Case # George & Evelyn Garcia

Evelyn & George Garcia 2816 Los Alamos Trail
Fort Worth TX. 76131

Att: Motors Liquidation Comp.

I sent all my Documents 2/07/11 & was recived, I called after that to make sure everything was proper & In order, I was asured at that time that Everything was Recieved & In Order.

I sent over 20 pages of Documentation's Police Report, Pictures, Doctor's Notes, Hospital & Rehab Reports, as Well as Insurance Information, also I sent over. 3 cps of the same documentation's Just in case.

After that I got a Pamplet, saying that my claim as Well as Others was being Denied due to the fact of No Documentation. I called back, & had It Investigated & was informed that It was there. I was given a apoige that Some one placed It In corectly, & was assured that It was going to be Sent over to the Proper Place. I called back makeing sure It was so & they confermed to Me that It was Reinstated once again. And I was assured that It was documeted. It was sent In before the dead line. Which It was. Here are the People I talked to about the situation along the Way.

Andy = July 18, 11
Kyle
Andy again
Kyle = again aug. 4, 11 assured to It was sent

RECEIVED MAR 20 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Saran Dec 28, 11, also my notes where documented. I called Jan 4, 31, Feb 2 called on Feb 14 & was told papers were loged in on that day, I called again May 2, July 13,

So I am asking to Please look Into this matter. Every thing is sent.

I am sending you Proof of me mailing my package.

I am also Sending all I wrote to the attorneys as well.

Contact Information
home #   817-306 9338
cell # for Eve.   682-521-3753
cell # for George   503-544 3889

please feel free to leave a message on either phone

After I drew up these documents Alison Moodie called me & said that all the Nessary Papers & cds are there. But to go ahead & send this letter any way. Her phone # is 631-4705176



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Att: Motors Liquidations Corp.
the Garden City group Inc.
P.O. Box 9386
Dublin, OH. 43017-4286

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [RECEIVED] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

THE GARDEN CITY GROUP INC.

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8281 1644

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

POST AND PARCEL
4360 WESTERN CENTER BLVD
FORT WORTH, TX 76137
8172323734
3899000001587540

Merchant ID: 028100173016
Term ID: 002                Ref #: 013

**Sale**

XXXXXXXXXXXX2190
VISA              Entry Method: Swiped

02/07/11                       16:08:14
Inv #: 000013    Appr Code: 440486
Aprvd: Online    Batch#: 000059

Total:                  $    29.57

Customer Copy
THANK YOU!

---

POST AND PARCEL
4360 Western Cntr. Blvd.
Fort Worth, Texas 76137
817-232-3734 fax 817-847-8575

COPIES- LETTE  61 @ 0.12         7.32 TX
USPS METER                      16.80
USPS METER                       4.85
  70091680000182811644
  USPS.COM OR 1800-222-1811

SUBTOTAL                        28.97
TAX
Standard Sta on 7.32             0.60
TOTAL                           29.57
TEND Visa                       29.57

Customer: None selected
#132799                     02/07/2011
                              04:10 PM

# USPS.COM

**Quick Tools**

**Always a Click Away**
Roll over the tools menu across the site to access quick, handy tools.

Track & Confirm

Find USPS Locations

Calculate a Price

Look Up a ZIP Code™



**Print a Shipping Label**

**What you need:**
- A standard printer
- Regular paper
- An envelope or package

**What to do:**
1. Choose a shipping service.
2. Add extra services.
3. Print the label.
4. Attach it to your mail.



### Track & Confirm

You entered: 70091680001828111644
Your item's Status: Your item was delivered at 7:53 am on February 12, 2011 in DUBLIN, OH 43017. Additional information for this item is stored in files offline. A request to restore this information has been submitted and is currently pending.
Check Again
What's your label (or receipt) number?

Go to full page version



**The New USPS.com.**
Watch the video ›


**Any Weight. Same Rate.**
Get free Flat Rate boxes ›

**Village Post Office**
We've expanded access to our products & services ›


Copyright© 2011 USPS. All Rights Reserved.



### Track/Confirm - Intranet Item Inquiry - Domestic

**Tracking Label: 7009 1680 0001 8281 1644**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 43017 | **City:** DUBLIN | **State:** OH |
| **Origin** | **ZIP Code:** 75261 | **City:** DALLAS | **State:** TX |

**Weight:** 0 lb(s) 0 oz(s)    **Postage:** $0.00

Record Restored on 08/03/2011: This signature/address image has been archived and is no longer available for viewing.

**Firm Book ID:** 51030SHA858529899741

**PO Box?:**

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 02/12/2011 07:53 | DUBLIN, OH 43017 | 030SHA4789 |
| | Input Method: Firm Book | | |
| | Finance Number: 382289 | | |
| | Firm Name: GARDEN CITY | | |
| | Recipient: 'J WARD' | | |
| ARRIVAL AT UNIT | 02/12/2011 06:53 | DUBLIN, OH 43016 | 030SHA8585 |
| | Input Method: Firm Book | | |
| ACCEPT OR PICKUP | 02/08/2011 19:51 | DALLAS, TX 75261 | 030SHGG730 |
| | Input Method: Scanned | | |
| | Finance Number: 482268 | | |

**Enter Request Type and Item Number:**

Quick Search ◉    Extensive Search ○

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Richard



## Track/Confirm - Intranet Item Inquiry
## Item Number: 7009 1680 0001 8281 1644

### This item was delivered on 02/12/2011 at 07:53



Enter Request Type and Item Number:

Quick Search ●        Extensive Search ○

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Richard



8/3/2011 5:25 PM