UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 20, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Buckley Erma Jeanine, 175 W 90th St, Apt 5C, New York, NY 10024 (affected party):

- Letter from Stefanie Birbrower Greer, Dickstein Shapiro LLP, to Judge Robert E. Gerber, dated March 20, 2012, regarding Erma Jeanine Buckley.

Dated: March 21, 2012
       Lake Success, New York

                                            /s/Barbara Kelley Keane
                                            Barbara Kelley Keane

Sworn to before me this 21st day of March, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015