**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ) ss
COUNTY OF NASSAU   )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 20, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Betty Dalton, 1707 Radford Rd, Christiansburg, VA 24073 (affected party):

- Letter from Stefanie Greer, Dickstein Shapiro LLP, to Betty E. Dalton, dated March 20, 2012, regarding Hearing on Objection re Claim No. 70180 [set for April 26, 2012 at 9:45 a.m.(Eastern Time)].

3.    On March 20, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on Sudie M. Venable, 3114 Mountain Road, Halifax, VA 24558 (affected party):

- Letter from Stefanie Greer, Dickstein Shapiro LLP, to Sudie M. Venable, dated March 20, 2012, regarding Hearing on Objection re Claim No. 70342 [set for April 26, 2012 at 9:45 a.m.(Eastern Time)].

Dated: March 21, 2012
      Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 21st day of March, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015