# SACHS WALDMAN
### PROFESSIONAL CORPORATION
www.sachswaldman.com

ATTORNEYS AND COUNSELORS AT LAW
1000 FARMER
DETROIT, MICHIGAN 48226-2899

(313) 965-3464

| | | |
|---|---|---|
| BARRY P. WALDMAN | MARSHALL J. WIDICK | THEODORE SACHS |
| I. MARK STECKLOFF | LINDA TUREK | 1928-2001 |
| MARY ELLEN GUREWITZ | HOPE L. CALATI | |
| GEORGE H. KRUSZEWSKI | DEREK L. WATKINS | ANN E. NEYDON |
| GEORGE T. FISHBACK | JAMES A. BRITTON | RETIRED |
| JOHN R. RUNYAN, JR. | AMY BACHELDER | JAMES M. MONDRO |
| ANDREW NICKELHOFF | EDMOND PRIFTI | ROLLAND R. O'HARE |
| PATRICIA J. TARINI | JOSEPH PAWLICK | GREGORY M. JANKS |
| BRIAN A. MCKENNA | STUART SHOUP | AMRIA N. AHMED |
| | | CARLTON R. ROESER |
| | | OF COUNSEL |

Writer's Direct Dial: (313) 496-9416
Writer's Fax No: (313) 965-4315
Writer's E-Mail: brianmckenna@sachswaldman.com

March 23, 2012

Clerk, United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Motors Liquidation Company
GUC Trust
c/o: AlixPartners
ATTN: ADR Claims Team
2101 Cedar Springs Road
Suite #1100
Dallas, TX 75201

RE:    *Our Client:  Teresa Pace*
*Name of Debtor: Motors Liquidation Company (f/k/a General*
*Motors Corporation)*
*Date of injury accident: January 18, 2008*
*Our File No: 28657*

Dear Sir/Madam :

Enclosed please find the fully executed Withdrawal of Claim relative to the above-referenced matter.

Respectfully,

BRIAN A. MCKENNA

BAM/tmr
opeiu42afl-cio
Enclosure



RECEIVED
MAR 2 6 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | [X] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| **Creditor Name and Address:** | TERESA PACE<br>BRIAN A MCKENNA ATTORNEY AND AGENT<br>FOR TERESA PACE<br>1000 FARMER STREET<br>DETROIT, MI 48226 |
| **Claim Number (if known):** | 60081 |
| **Date Claim Filed:** | 11/27/2009 |
| **Total Amount of Claim Filed:** | $450,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/23/12

Print Name: _Brian A. McKenna_

Title (if applicable): _Attorney_

----------------------------------------------------------------------------------