UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re: : Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No.: 09-50026 (REG)
f/k/a General Motors Corporation, *et al.*, :
: (Jointly Administered)
Debtors. :
------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mary Kim, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Motors Liquidation Company GUC Trust, a party-in-interest in the above-captioned jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-captioned jointly administered bankruptcy cases, including the adversary proceeding captioned *Motors Liquidation Company GUC Trust v. Appaloosa Investment Limited Partnership I, et al.*, Adv. Pro. No. 12-09802 (REG), pending in this Court.

I certify that I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and the bars of the United States District Court for the Eastern District of Virginia, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States Bankruptcy Court for the Eastern District of Virginia, the United States Bankruptcy Court for the District of Columbia, and the United States Bankruptcy Court for the District of Maryland.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
March 27, 2012

**DICKSTEIN SHAPIRO LLP**

/s/ Mary Kim
Mary Kim
1825 Eye Street, N.W.
Washington, DC 20006-5403
Telephone: (202) 420-3436
Facsimile: (202) 420-2201
Email: kimm@dicksteinshapiro.com
*Counsel for Motors Liquidation Company GUC Trust*