# KUHLMAN & LUCAS, LLC
## TRIAL ATTORNEYS

BRADLEY DEAN KUHLMAN
brad@kuhlmanlucas.com

CHAD CAMERON LUCAS
chad@kuhlmanlucas.com

## NOTICE OF CHANGE OF ADDRESS

March 26, 2012

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

    RE: Jessica Jenkins, individually and on behalf of the Estate of Ryan Jenkins and/or The Kuhlman Law Firm, LLC, Proof of Claim number 23007

Dear Mr. Smolinsky:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

    Jessica Jenkins, individually and on behalf of the Estate of Ryan Jenkins and/or The Kuhlman Law Firm, LLC
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-1419
Attn: Susan Selser
(651) 495-3731
(651) 495-8087 (fax)

With Fax Copy to:
Debby R. Wight
(206) 344-4679  fax: (206) 344-4630

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: Chad C. Lucas
Title: Attorney for Jessica Jenkins, individually and on behalf of the Estate of Ryan Jenkins

Cc:    The Garden City Group, Inc.
Motors Liquidation Company Claims Agent
PO Box 9386
Dublin, OH 43017-4286

1100 Main Street ♦ Suite 2550 ♦ Kansas City, Missouri 64105

Telephone 816.799.0330 ♦ Facsimile 816.799.0336 ♦ www.kuhlmanlucas.com