## FACSIMILIE COVER SHEET

**THOMAS COUNTY INSURANCE AGENCY**
100 W. 5TH
PO BOX 506
COLBY, KS 67701

PHONE NUMBER 785-462-3939
FAX NUMBER 785-462-3752

| SEND TO: Judge Robt E Gerber | |
| --- | --- |
| 7th SDoF NY, Bankruptcy Ct | FROM: Brtte |
| ATTENTION | DATE: 3/27/12 |
| FAX NUMBER 212-668-3357 | PHONE NUMBER |

☐ Urgent  ☐ Reply ASAP  ☐ Please Comment  ☐ Please Review  ☒ For your information
☐ AS REQUESTED

Total pages, including cover sheet: 6

COMMENTS:

I am Faxing these documents per request of Marjorie Creamer, ref # VK09-50026, was GCG 71249 - now GCG 48506.

Claim documents, 2 pictures, total pmt $ from accident/claim on 09/24/2009

Agent
Brtte A Albers

# Claim Summary

## Claim # 09-5735392

| Insured | Product | Policy Number | Date of Loss | Claim Status |
|---|---|---|---|---|
| Marjorie Creamer<br>P O Box 514<br>Hays, KS | Auto | 25255891-3 | 09/24/2009 at<br>05:30 PM CT | Closed |

### Claim Details

| Loss Information |
|---|
| **Driver Involved:** Marjorie Creamer, 705 S Monroe, Smith Center, KS |
| **Listed?:** Yes |
| **Loss Facts:** **IV RAN OFF ROAD AND STRUCK POLE; IV ROLLED (12) |
| **Loss Location:** Hwy 83 & Hwy 24, Sheldon, KS |
| **Police Report:** Hoxie Cnty (Rcvd 10/12) |

### Processing Details

| Activity on This Claim | Status |
|---|---|
| ✓ Claim is reported to Progressive<br>**Reported on:** 09/24/2009 at 08:45 PM ET | Completed |
| ✓ Claim is assigned to a Claims Representative<br>**Assigned to:** Jerrad Blake<br>(785) 271-2631 | Completed |
| ✓ Initial contact with Marjorie Creamer<br>**Contacted:** 09/30/2009 at 02:24 PM CT | Completed |
| ✓ Damage Inspection of 06 CHEVR COBALT LT 4D<br>**Inspected:** 09/30/2009 at 11:25 AM CT | Completed |
| ✓ Repairs to 06 CHEVR COBALT LT 4D<br>**Details:** Vehicle has been deemed a total loss | Completed |
| ✓ Determine who is at fault<br>**Details:** Liability has been determined. Please contact your Claims Rep for more information. | Completed |
| ✓ Payment is made for 06 CHEVR COBALT LT 4D<br>**Details:** Collision - Closed - 10771.6 | Completed |

### Information About Other Parties Involved

| Person/Vehicle | Coverage | Status | Total Payment |
|---|---|---|---|
| 06 Chevr Cobalt Lt 4d | Collision | Closed | $10,771.60 |
| Midwest Energy | | | $0.00 |
| Pole | Property Damage | Closed | $3,154.96 |

**Payments Made on Your Policyholder's Claim**

| Date | Payee | Coverage/Description | Type | Amount |
|---|---|---|---|---|
| 10/16/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Dos: 10/5/09, Acct#7677-091000cz, Marjorie Creamer  Payment#: 463429855 | Partial Payment | $60.00 |
| 10/20/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Dos; 9/27/09, Acct#237267, Marjorie Creamer  Payment#: 463430958 | Partial Payment | $60.00 |
| 10/20/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Dos; 9/27/09, Acct#237267, Marjorie Creamer  Stop Reason: Wrong Amount  Payment#: 463430958 | Stop Payment | ($60.00) |
| 10/20/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Dos;9/27/09, Acct#c83491xx001cb, Marjorie Creamer  Payment#: 463430959 | Partial Payment | $1,597.00 |
| 10/20/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Rx Reimbursment  Payment#: 463430962 | Partial Payment | $28.86 |
| 10/20/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Dos; 9/27/09, Acct#237267, Marjorie Creamer  Payment#: 463431201 | Partial Payment | $61.00 |
| 10/28/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Rx Reimbursement  Payment#: 463590058 | Partial Payment | $13.98 |
| 11/19/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Dos; 11/2/09, Acct#100203776, Marjorie Creamer  Payment#: 463878903 | Partial Payment | $126.00 |
| 11/24/2009 | Creamer, Marjorie | Personal Injury Protection | Partial Payment | $519.00 |

|  |  | Pip, Dos; 11/12/09, Acct#37376, Marjorie Creamer<br><br>Payment#: 464024263 |  |  |
|---|---|---|---|---|
| 12/1/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Dos; 11/11/09, Acct#106951, Marjorie Creamer<br><br>Payment#: 464026254 | Partial Payment | $1,387.00 |
| 12/14/2009 | Creamer, Marjorie | Personal Injury Protection Pip, Dos; 12/4/09, Acct#37376, Marjorie Creamer<br><br>Payment#: 464284021 | Partial Payment | $70.00 |
| 12/8/2009 | Creamer, Marjorie | Collision Stock #6062223 06/Chevr<br><br>Payment#: 464189226 | Supplemental Payment | $220.00 |
| 11/4/2009 | Creamer, Marjorie | Collision TI - 06 Chevrolet Cobalt Less $250 Ded - Pos<br><br>Payment#: 463647779 | Final Payment | $10,551.60 |
| 11/24/2009 | Midwest Energy, | Property Damage Pd - Power Pole - Invoice # 18638<br><br>Payment#: 463985856 | Final Payment | $3,154.96 |
|  |  |  | Paid to Date: | $17,789.40 |

## Collection Amounts

| Coverage Type | Collect From | Status |
|---|---|---|
| No information is currently available. | | |

## Coverage on 09/24/2009

| Coverage | Amount |
|---|---|
| Pip | Statutory Limits |
| Phys Dam - Collision | Acv Less $250 Deductible |
| Phys Dam - Comprehensive | Acv Less $250 Deductible |
| Property Damage | $25,000 Each Accident No Deductible |
| Uninsured/Underinsured Motorist | $25,000 Each Person-$50,000 Each Accident |
| Bodily Injury | $25,000 Each Person-$50,000 Each Accident |



DC 9/24/09          Marjorie Creamer



DOL 4/24/09                                   Marjorie Creamer