UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                            Chapter 11

MOTORS LIQUIDATION COMPANY, et al.               Case No. 09-50026
f/k/a General Motors Corp., et al.
Debtors.                                         (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Christopher Reddick, David Reddick, and Terri Eubanks,** creditors in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Christopher Reddick, Terri Eubanks
David Reddick and Texas Medicaid
c/o Sloan Bagley, Hatcher & Perry Law Firm
Attn: John D. Sloan, Jr. & M. Raymond Hatcher
101 E Whaley Street
Longview, TX 75601

New Address
Hain Capital Holdings, Ltd.
In re: Christopher Reddick, Terri Eubanks
David Reddick and Texas Medicaid
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

**CHRISTOPHER REDDICK,**
**INDIVIDUALLY**
By: _Christopher Reddick_
    By P.O.A.
Name: TERRI EUBANKS
Title:

**DAVID REDDICK,**
**INDIVIDUALLY**
By: _David Reddick_
Name:
Title:

**TERRI EUBANKS,**
**INDIVIDUALLY**
By: _Terri Eubanks_
Name: Terri Eubanks
Title: