# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.
f/k/a General Motors Corp., et al.
Debtors.

Chapter 11

Case No. 09-50026

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Robbin Durow and Randall Durow, creditors in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Robbin Durow and Randall Durow
c/o Cellino & Barnes PC
Attn: Denis J Bastible Esq.
350 Main Street 25th Floor
Buffalo NY 14202-3750

New Address
Hain Capital Holdings, Ltd.
In re: Robbin and Randall Durow
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

ROBBIN DUROW,
INDIVIDUALLY
By: [signature]
Name: _____
Title: _____

RANDALL DUROW,
INDIVIDUALLY
By: [signature]
Name: _____
Title: _____

ANITA D. FELLOWS
#01FE6008480
Notary Public, State of New York
Qualified in Cattaraugus County
My Commission Expires June 8, 2014

[signature]
Notary