UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re:                                                        :   Chapter 11
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,                         :   Case No.: 09-50026 (REG)
f/k/a General Motors Corporation, *et al.*,                   :
                                                              :   (Jointly Administered)
                                  Debtors.                    :
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mary Kim, to be admitted, *pro hac vice*, to represent Motors Liquidation Company GUC Trust, a party-in-interest in the above-captioned jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-captioned jointly administered bankruptcy cases, including the adversary proceeding captioned *Motors Liquidation Company GUC Trust v. Appaloosa Investment Limited Partnership I, et al.*, Adv. Pro. No. 12-09802 (REG), pending before this Court, and upon the movant's certification that the movant is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and the bars of the United States District Court for the Eastern District of Virginia, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States Bankruptcy Court for the Eastern District of Virginia, the United States Bankruptcy Court for the District of Columbia, and the United States Bankruptcy Court for the District of Maryland, it is hereby

ORDERED, that Mary Kim, Esq., is admitted to practice, *pro hac vice*, in the above referenced jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-referenced cases, including the adversary proceeding captioned *Motors Liquidation Company GUC Trust v. Appaloosa Investment Limited Partnership I, et al.*, Adv.

Pro. No. 12-09802 (REG), in the United States Bankruptcy Court for the Southern District of

New York, provided that the filing fee has been paid.


Dated: **March 28, 2012**              **s/ Robert E. Gerber**
       New York, New York              UNITED STATES BANKRUPTCY JUDGE