**DICKSTEIN**SHAPIRO<small>LLP</small>

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

March 20, 2012

**<u>Via Hand Delivery</u>**

Judge Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:    Motors Liquidation Company, *et al.* - Case No. 09-50026-reg

Dear Judge Gerber:

We write on behalf of the Motors Liquidation Company GUC Trust, formed by the above-referenced debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011.

This Court entered an order on February 10, 2012 [Docket No. 11408], expunging the claim filed by Erma Jeanine Buckley, and providing that "to the extent [Ms. Buckley] files any further pleadings, claims, or otherwise takes action against the Debtors or the GUC Trust in this Court, neither the Debtors nor the GUC Trust shall be required to file a response or take any action unless directed by this Court." Based on the foregoing, the GUC Trust does not intend to file a response to the recent letter filed by Ms. Buckley [Docket No. 11524].

Please do not hesitate to contact us should Your Honor need further information from the GUC Trust regarding this matter or should Your Honor want the GUC Trust to file a response to Ms. Buckley's letter.

Respectfully submitted,

Stefanie Birbrower Greer

cc:    Ms. Erma Jeanine Buckley

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC