CHARLES A. GRUEN
MEMBER OF N.J, N.Y. AND D.C. BARS
R.1:40 Qualified Mediator

ROBERT D. GRUEN
(1926-2010)

EDYTHE LAZAROW
(1946-2002)

ROSA AMICA-TERRA

OF COUNSEL
ROY D. GOLDBERG
MEMBER OF N.J. AND N.Y. BARS

MICHAEL KORIK
MEMBER OF N.J. AND N.Y. BARS

LAW OFFICES
# CHARLES A. GRUEN
381 Broadway
SUITE 300
WESTWOOD, N.J. 07675

TELEPHONE (201) 342-1212
TELECOPIER (201) 342-6474
E-MAIL: cgruen@gruenlaw.com

NEW YORK OFFICE
44 COURT STREET
SUITE 1212
BROOKLYN, N.Y. 11201

PLEASE ADDRESS ALL
CORRESPONDENCE TO
NEW JERSEY OFFICE

NOTICE OF CHANGE OF ADDRESS

July 19, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

RE:   Carol Heller and Frederick Heller and/or the Law Offices of Charles A. Gruen
      Proof of Claim number 1258

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Carol Heller and Frederick Heller and/or the Law Offices of Charles A. Gruen
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: Michael Korik
Title: Attorney for Carol Heller and Frederick Heller

cc:   The Garden City Group, Inc.
      Motors Liquidation Company Claims Agent
      PO Box 9386
      Dublin, OH 43017-4286