**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                          ) ss
COUNTY OF NASSAU       )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On March 28, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust,, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Letter from Shaya M. Berger, Dickstein Shapiro LLP, to Debra Hawkins, dated March 28, 2012, regarding Claim No. 65638.

Dated:  March 30, 2012
        Lake Success, New York

                                         /s/Barbara Kelley Keane_
                                          Barbara Kelley Keane

Sworn to before me this 30th day of March, 2012
/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

DEBRA HAWKINS
31901 JEFFERSON AVENUE
ST. CLR. SHORES, MI 48082-1363

DEBRA HAWKINS
PO BOX 476
EASTPOINTE, MI 48021-0476