

People. Power. Performance.℠

March 27, 2012

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

   **Re:** ***Motors Liquidation., et al.***
      **Case Co.: 09-50026 REG**

Dear Mr. Diamond:
   Enclosed please find 1 claim withdrawal as follows:

Citibank, N.A. – Clam #70856 in the amount of $289,196.99

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

             Very truly yours,

             /s/Kathy-Ann Awkward
             Kathy-Ann Awkward
             Sr. Project Supervisor

Enclosures

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026<br><br>☐   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | CITIBANK, N.A. in its capacity as Paying Agent<br>C/O SNR Denton<br>Attn Louis Curcio<br>1221 Avenue of the Americas<br>New York, NY   10020 |
| Claim Number (if known): | 70856 |
| Date Claim Filed: | 2/9/2011 |
| Total Amount of Claim Filed: | $289,196.99 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/27/2012

Print Name: Wafaa Orfy

Title (if applicable): Vice President

US_ACTIVE:\43219392\02\72240.0639