# COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD.

*Attorneys at Law*

12 West Lincoln Street
Belleville, Illinois 62220-2085

Bruce N. Cook *
Bernard J. Ysursa
Joseph A. Bartholomew *
Mary Mansfield Brauer *
Gregory L. Shevlin *
Bruce R. Cook

\* Licensed in Illinois and Missouri

June 4, 2011

(618) 235-3500
Fax: (618) 235-7286

Of Counsel:

Stephen M. Kernan
Ashley Payne Cook

## NOTICE OF CHANGE OF ADDRESS

In Re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

  Re: Maribeth Fritz Fahrenkamp, David M. Fahrenkamp and/or Cook, Ysursa, Bartholomew, Brauer & Shevlin, Ltd., Proof of Claim numbers 1146 and/or 1150

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

Maribeth Fritz Fahrenkamp, David M. Fahrenkamp and/or
Cook, Ysursa, Bartholomew, Brauer & Shevlin, Ltd.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:

Kyle J. Lunde
(206) 344-4677
fax (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Gregory L. Shevlin
Attorney for Maribeth Fritz Fahrenkamp and
David M. Fahrenkamp

cc: The Garden City Group, Inc.
  Motors Liquidation Company Claims Agent
  P.O. Box 9386
  Dublin, OH 43017-4286