HEARING DATE AND TIME: April 26, 2012 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: April 19, 2012 at 4:00 p.m. (Eastern Time)

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                          :
In re                                                     :   Chapter 11 Case No.
                                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,                     :   09-50026 (REG)
     f/k/a General Motors Corp., *et al.*                 :
                                                          :
                        Debtors.                          :   (Jointly Administered)
                                                          :
------------------------------------------------------------x

### NOTICE OF HEARING ON OBJECTIONS TO CLAIM NUMBERS 70180 AND 70342 FILED BY BETTY DALTON AND SUDIE VENABLE, RESPECTIVELY

**PLEASE TAKE NOTICE** that, on January 6, 2011, the above-captioned debtors (collectively, the "**Debtors**") filed their 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Objection**"), and various claimants filed responses thereto (the "**Contested Claims**");

**PLEASE TAKE FURTHER NOTICE** that, the Motors Liquidation Company GUC Trust (the "**GUC Trust**") was formed by the Debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, to among other things, resolve outstanding Disputed General Unsecured Claims (as defined therein), including the Contested Claims;

**PLEASE TAKE FURTHER NOTICE** that, at a hearing held on February 9,

2012 addressing certain of the Contested Claims, the Court sustained the Objection for certain Contested Claims, and requested additional briefing by the parties with respect to the remaining claims (the "**Remaining Claims**");

**PLEASE TAKE FURTHER NOTICE** that, since the hearing on the Objection, the GUC Trust has resolved all of the Remaining Claims, other than proof of claim numbers 70180 and 70342 filed by Betty Dalton and Sudie M. Venable, respectively;

**PLEASE TAKE FURTHER NOTICE** that, on April 3, 2012, the GUC Trust filed a letter brief with the Court addressing the law on constructive notice, as requested by the Court [Docket No. 11572] (the "**Supplemental Brief**");

**PLEASE TAKE FURTHER NOTICE** that, Ms. Dalton and Ms. Venable have agreed that any response to the Supplemental Brief must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Dickstein Shapiro, LLP, attorneys for the GUC Trust, 1633 Broadway, New York, New York, 10019-6708  (Attn: Barry N. Seidel, Esq., and Stefanie Birbrower Greer, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow ); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

2

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.); (xii) Gibson, Dunn & Crutcher LLP, attorneys for Wilmington Trust Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith Martorana, Esq.); (xiii) FTI Consulting, as the GUC Trust Monitor and as the Avoidance Action

Trust Monitor, One Atlantic Center, 1201 West Peachtree Street, Suite 500, Atlanta, Georgia 30309 (Attn: Anna Phillips); (xiv) Crowell & Moring LLP, attorneys for the Revitalizing Auto Communities Environmental Response Trust, 590 Madison Avenue, 19th Floor, New York, New York 10022-2524 (Attn: Michael V. Blumenthal, Esq.); and (xv) Kirk P. Watson, Esq., as the Asbestos Trust Administrator, 2301 Woodlawn Boulevard, Austin, Texas 78703, so as to be received no later than **April 19, 2012, at 4:00 p.m. (Eastern Time)** ; and

**PLEASE TAKE FURTHER NOTICE** that, Ms. Dalton and Ms. Venable have each agreed that a further hearing to consider the Objection, as related to their claims, will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **April 26, 2012, at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.  In accordance with the Court's request, if the Court deems it necessary, this hearing may be an evidentiary hearing.

Dated: New York, New York
April 3, 2012

      /s/ *Stefanie Birbrower Greer*
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

4