IN RE BANKRUPTCY COURT
of Southern District of NEW YORK

---

MARJORIE A. CREAMER,

v.

~~GENERAL MOTORS~~ aka MOTORS LIQUIDATION, INC

Case # 09-50026

REG

---

APPEARANCE ENTRY – MOTION PER TELEPHONE HEARING

NOTICE OF HEARING FOR

~~WARRANTY~~ – EXHIBIT A - 2006 LT Sedan Sport Coupe COBALT GM–Chevy – BANKRUPTCY Case no. 09-50026 on old #71249 now #48506 new CLAIM FOR MARJORIE A CREAMER, DEF,

ASKING FOR A PHONE CONFERENCE HEARING; AS IMPOSSIBLE FOR DEFENDANT TO ATTEND IN PERSON on APRIL 26, 2012. PHONE NUMBER 785-259-1460 IS CURRENT.

US. BK Clk of Court Appearance Entry and CERT of MAILING/FAX MOTION FOR TELEPHONE HEARING ON APRIL 26, 2012 mailing/FAX. Clk of CRT ~~GOT~~ of SD of New York, One Bowling Green, NY, NY 10004, US Bankruptcy Crt.

JUDGE ROBERT E. GERBER 212-668-3357
Bankruptcy General Motors attorneys 767 5th Ave NY NY 10153
Weil, Gotshal + Manges LLP

Marjorie A Creamer
PRO SE
April 3, 2012
705 S. MONROE
Smith Center Ks 66967
785-259-1460

04/03/2012  13:41    214331577E                         MBF                             PAGE 03
01/19/2012  11:29 FAX  7858250063          HAYS CHEVROLET                            ☒001/001

Global Warranty Management                                                    Page 1 of ?

*[Handwritten across top:]* purchased new by Marjorie Creamer
BRAND NEW 2006 LT Sedan Sport Coupe Cobalt – LEMON

**Global**

Patricia Schlyer                                            ▫ Update My Profile
January 19, 2012                                            ▫ Logout

Global Warranty Management: Main > Interface With Customer > View Vehicle Summary

**INTERFACE WITH CUSTOMER**

**View Vehicle Summary**

*[Handwritten:]* SD of NY  BK 09-50026

*[Handwritten right side:]* Severely injured her and her dog on Sept 24, 2009 accident and insurance company American Family harassment for this vehicle

This screen allows IVH users to view the Summary of Vehicle Information, Field Actions, Service Information, Applicable Warranties, Transaction History, Service Contract(s) if applicable, Warranty Block, Branded Title Information and OnStar and XM Radio information (if applicable).

- View Vehicle Summary
- Service Contract
- Branded Title
- Warranty Block
- View Vehicle Build
- View Vehicle Component Summary
- View Vehicle Transaction History Detail
- View Vehicle Delivery Information
- Investigate Major Assembly History

**Vehicle Information**

*[Handwritten:]* GM Bankruptcy 2009 June

VIN: 1G1AL55F367780039
Service Contract: No    Branded Title: Yes    Model: 1AL69-2006 COBALT LT SEDAN
Order Type: 70 - RETAIL - STOCK                Warranty Block: Yes    PDI Status: No
Field Actions: 1 Open

**Required Field Actions**                                    Open field actions are highlighted

| Type | Number | Original Nbr | Description | Release Date | Status |
|---|---|---|---|---|---|
| Product Emission Recall | N060090 | 06090 | ENGINE FUEL INJECTORS - REPLACE | 01/22/2007 | Closed |
| Product Safety Recall | N100023 | 10023 | LOSS OF POWER STEERING ASSIST - REPLACE ELECTRIC POWER STEERING MOTOR | 03/18/2010 | Open |

*[Handwritten:]* Accident 09/24/2009 before recall – loss of power caused accident/recall

**Branded Title**    *[Handwritten:]* TIRES  FACTORY

*The VIN information contained herein and information derived therefrom is the proprietary property of The Polk Company and is to be used only for the purpose of warranty verification and shall not be used for any other purpose whatsoever.*

Brand Description: SALVAGED
Date Branded: 11/01/2009
Title Number: R1588243
Reported By: KS
Reporting Source Code:
Effective Date: 02/26/201?

*[Handwritten:]* – all passenger factory tires had to be replaced 2007-08
– fuel injector replaced

**Warranty Block**  *[Handwritten:]* Harassment by American Family Insurance Insured the Cobalt

| Code | Description | Effective Date |
|---|---|---|
| BT | BRANDED TITLE | 12/04/2009 |

Block Transaction Types:
ZPDI
ZPTI
ZREG
ZSCT

Blocked Labour Ops:

**Service Information**

Vehicle has no current record of outstanding service information.

*[Handwritten box:]* EXHIBIT A

https://www.autopartners.net/apps/gmvis2/gmvis2/showVehicleHistorySummary.do?VIN=1G1AL55F3677...  1/19/2012

# Fax Transmission

MAIL BOX ETC.
9540 Garland Rd. Suite 381
Dallas, Texas 75218
Phone 214-321-7100
Fax    214-321-5775

To: JUDGE Robert E. GERBER    From: Marjorie A Creamer

Date: April 3, 2012    Pages (Including cover sheet): 3

Fax #: 212-668-3357    Phone #: 785-259-1460

Subject: 2006 DEFECTIVE AUTOMOBILE / ACCIDENT

PLEASE HOLD ON AS HAVE TO MAIL THE B.K. COURT of U.S. THE MOTION AND ENTRY TO FILE

thehush91@hotmail.com

THANK YOU

MARJORIE A. CREAMER
705 S. MONROE
SMITH CENTER, KS 66967

785-259-1460

- A street address, not a P.O. Box number
- 24-hour access*
- Package acceptance from all shipping carriers
- Package receipt notification by e-mail or text*
- Mail holding and forwarding*
- Call-in MailCheck®

*Available at participating locations.

MBE MAIL BOXES ETC.

If you are not the intended recipient, do not disclose, copy, distribute or use this information. If you received this transmission in error, please call immediately to arrange return of the documents at no cost to you.
Mail Boxes Etc., Inc. is a UPS® company. Mail Boxes Etc. locations are independently owned and operated by franchisees of Mail Boxes Etc., Inc. in the USA and by its master licensees and its franchisees in Canada. Services and hours of operation may vary by location. Copyright © 2009 Mail Boxes Etc., Inc.  41027241109