**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | **Chapter 11** |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* : | |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                                          ) ss
COUNTY OF NASSAU       )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.        I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.        On March 29, 2012, at the direction of Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Approving the Non-Owned Site Environmental Settlement Agreement [Docket No. 11564].

Dated:  April 4, 2012
            Lake Success, New York

/s/Barbara Kelley Keane_
  Barbara Kelley Keane

Sworn to before me this 4th day of April, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

CHARLES N. AND JANET A. BRUNSWICK
DAVID A VANASKEY
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH
1110 NORTH MARKET STREET
WILMINGTON, DE 19890

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH STREET
NEW YORK, NY 10013

TACONIC CAPITAL PARTNERS 1.5 L.P.
C/O RICHARDS KIBBE & ORBE LLP
ATTN MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

U.S. DEPARTMENT OF JUSTICE
ATTN: ALAN S TENEBAUM, PATRICK CASEY
ENVIRONMENT AND NATURAL RESOURCES DIV
PO BOX 4390, BEN FRANKLIN STATION
WASHINGTON, DC 20044

U.S. ENVIRONMENTAL PROTECTION AGENCY
ATTN CRAIG KAUFMAN
ARIEL RIOS BUILDING
1200 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20460

CHIEF, ENVIRONMENTAL ENFORCEMENT SECTION
ENVIRONMENT AND NATURAL RESOURCES DIVISION
REF. DOJ FILE NO. 90-11-3-1-09754
P.O. BOX 7611
BEN FRANKLIN STATION
WASHINGTON, DC 20044

CITIGROUP GLOBAL MARKETS INC
MORRISON & FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW
SUITE 5500
WASHINGTON, DC 20006

TACONIC CAPITAL PARTNERS 1.5 L.P.
TACONIC OPPORTUNITY FUND LP
C/O TACONIC CAPITAL ADVISORS LP
450 PARK AVE, 8TH FL
ATTN ELIZABETH KEELEY
NEW YORK, NY 10022

U.S. DEPARTMENT OF JUSTICE
ATTN: ALAN S. TENENBAUM, ESQ., PATRICK CASEY, ESQ.
ENVIRONMENT AND NATURAL RESOURCES DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

UNITED STATES OF AMERICA
C/O UNITED STATES ATTORNEY'S OFFICE
NATALIE N KUEHLER, AUSA
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007