**Hearing Date and Time: April 12, 2012 at 9:45 a.m. (Eastern Time)**

Elden J. Hopple
Victoria E. Powers
Erik Stock
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio 43215
(614) 462-5010; Fax: (614) 222-3478
*Attorneys for Nationwide Mutual*
*Insurance Co., Allied Group, Inc.,*
*and Titan Insurance Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | |
| **f/k/a General Motors Corp., et al.,** | : | **Case No. 09-50026 (REG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

**RESPONSE OF NATIONWIDE MUTUAL INSURANCE CO., ALLIED GROUP, INC.,
AND TITAN INSURANCE CO. TO THE GUC TRUST'S 269TH OMNIBUS
OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)
(Related to Docket No. 11511)**

For their Response to the 269th Omnibus Objection to Claims [Doc. No. 11511] (the

"Objection") filed by the Motors Liquidation Company GUC Trust (the "GUC Trust") on March

9, 2012, Nationwide Mutual Insurance Company ("Nationwide"), Allied Group, Inc. ("Allied")

and Titan Insurance Company ("Titan," and collectively, the "Companies") hereby state the

following:

## I.   INTRODUCTION

1.      The Companies filed three Proofs of Claim against Motors Liquidating Company

(f/k/a General Motors Corporation) (the "Debtor") and assigned Claim Numbers 48378 (Allied),

48376 (Nationwide) and 48377 (Titan) (collectively, the "Claims").  The Companies provided

property and casualty insurance coverage to policyholders related to General Motors Vehicles. The Claims are for amounts the Companies have paid to policyholders on account of insured losses arising from parts malfunctions in General Motors vehicles.  (*See* Dec.[1] at ¶ 3).

2.      The GUC Trust fails to state a valid objection to the Claims in the Objection. Contrary to the GUC Trust's assertion in the Objection, the Claims **do** include supporting documentation, including the amounts of each of the insured losses and the particular malfunctions giving rise thereto.

3.      In addition to the documentation attached to the Claims, since November 2011, the Companies have provided the GUC Trust significant additional information to support the amount and validity of the Claims.  This additional information includes check copies and other financial records supporting the dates and amounts of payments from the Companies to policyholders on the insured losses comprising the Claims, records evidencing that the Claims arise from parts malfunctions in vehicles manufactured by General Motors, and conclusions from cause and origin expert reports obtained by the Companies.  The Companies have responded to every request for further documentation or information by the GUC Trust.   In fact, the Companies have offered to provide even more documentation to support the Claims, including copies of cause and origin expert reports and photographic evidence, subject to agreement as to appropriate measures to protect the Companies' confidential and non-public commercial information.

---

[1] Attached hereto as **Exhibit A** and incorporated herein by reference is the Declaration of Cindy Collar, Claims Specialist III of Nationwide Mutual Insurance Company (the "Declaration").  The Declaration was originally filed with this Court in connection with the Companies' Response to the GUC Trust's 220th Omnibus Objection to Claims [Doc. No. 10210], which Response is hereby restated in its entirety and incorporated herein by reference. The GUC Trust and the Companies are currently attempting to resolve all objections to the Claims, including those asserted in the 220th and 269th Omnibus Objections (together, the "Objections").

4.      The Companies are currently working with the GUC Trust in an effort to resolve the Objections to the Claims.  For the reasons set forth herein and in the Companies' Response to the 220th Omnibus Objection, the Objections should be overruled and the Claims should be allowed in their entirety.  The Companies propose that any hearing on the Objections with respect to the Claims should be continued until the GUC Trust and the Companies have either resolved the Objections or have determined that they are unable to reach an agreement with respect to allowance of the Claims.

## II.    THE CLAIMS

5.      Each of the Companies is a provider of, among other insurance products, property and casualty insurance.  The Claims are for amounts actually paid by the Companies to policyholders who filed claims under insurance policies written by the Companies.  The policyholders are not claimants in these bankruptcy cases.  The Companies hold these Claims based on their rights of subrogation under the applicable policies.  These amounts were paid to the policyholders as a result of insured losses incurred as a result of parts malfunctions in General Motors vehicles.  As set forth in the Declaration and in the other Exhibits hereto, in all but two instances the result of these parts malfunctions was a vehicle fire.  (*See* Dec. at ¶ 3).

6.      On July 29, 2009, Nationwide filed its initial Proof of Claim against the Debtor's estate (Claim No. 1123), which Nationwide subsequently timely amended on November 25, 2009.  The amended Nationwide Proof of Claim, in the amount of $419,471.01, was assigned Claim No. 48376 (the "Nationwide Claim").  Attached hereto as **Exhibit B** and incorporated herein by reference is the spreadsheet attached to the Nationwide Claim that describes the nature and amount of the insured losses that underlie the Nationwide Claim.  (*See* Dec. at ¶ 5).

7.      Also on July 29, 2009, Allied filed its initial Proof of Claim against the Debtor's estate (Claim No. 1124), which Allied subsequently timely amended on November 25, 2009. The amended Allied Proof of Claim, in the amount of $270,499.21, was assigned Claim No. 48378 (the "Allied Claim").  Attached hereto as **Exhibit C** and incorporated herein by reference is the spreadsheet attached to the Allied Claim that describes the nature and amount of the insured losses that underlie the Allied Claim.  (*See* Dec. at ¶ 5).

8.      On November 25, 2009, Titan timely filed its Proof of Claim in the amount of $4,001.89, which was assigned Claim No. 48377 (the "Titan Claim").   Attached hereto as **Exhibit D** and incorporated herein by reference is the spreadsheet attached to the Titan Claim that describes the nature and amount of the insured loss that underlies the Titan Claim.  (*See* Dec. at ¶ 5).

## III.    <u>ARGUMENT</u>

9.      In the Objection, the GUC Trust asserts that the Claims should be disallowed and expunged from the claims register in this case on the grounds that the Claims fail to include sufficient documentation for the GUC Trust to ascertain the validity of the Claims, or alternatively, that the Claims are contingent and do not represent a current right to payment.  The Objection must fail on both counts.

10.     Attached to the Claims filed with the Court are spreadsheets detailing the insured losses that entitle the Companies to recover on the Claims.  (*See* Exs. B, C, and D attached hereto).  Included within the spreadsheets for each insured loss are the claim numbers assigned by the Companies, the insured loss amount, the vehicle involved, and an explanation of the cause of the insured loss.  Since November 2011 the GUC Trust and the Companies have been engaged in discussions to attempt to resolve the Objections to the Claims.  In connection with those

discussions, the Companies have provided the GUC Trust with significant additional documentation in support of the validity and amount of the Claims, including financial records and conclusions from cause and expert origin reports obtained by the Companies. The GUC Trust has ample information to ascertain the validity of the Claims.

11.     The GUC Trust's contention that the Claims should be disallowed on the grounds that they remain contingent also must fail. As set forth in the Companies' Response to the 220th Omnibus Objection [Doc. No. 10210] and in the Declaration, the Claims are for amounts actually paid by the Companies to their policyholders on insured losses. Even before the Objection was filed, the Companies had provided the GUC Trust with copies of checks that provide further evidence of the amounts and dates of those payments. The Companies have already paid their policyholders and the Claims are not contingent.

12.     For the reasons set forth herein and in the Response to the 220th Omnibus Objection, the Objections should be overruled and the Claims should be allowed in their entirety.

## IV.     **RESERVATION OF RIGHTS**

13.     Each of the Companies hereby expressly reserves its rights to amend its Claim to include additional insured losses not known to the Companies when the Claims were originally filed. If the Claims or any portion thereof are disallowed by this Court, each of the Companies (collectively or individually) hereby expressly reserves their or its right to seek reconsideration under Section 502(j) of the Bankruptcy Code.

14.     Each of the Companies hereby expressly reserves their or its right to assert any additional argument or arguments in response to the Objection, whether at a hearing on the Objection or otherwise, and further reserve the right to provide additional documentation in support of the Claims. Each of the Companies also hereby expressly reserves its rights to protect

its confidential and non-public commercial information, including without limitation their right to file additional documentation under seal pursuant to Rule 9018 and/or Rule 9037 of the Federal Rules of Bankruptcy Procedure.

## V.    <u>CONCLUSION</u>

15.    For the reasons set forth herein and in the Response to the 220th Omnibus Objection, the Companies respectfully request that the Court overrule the Objections as to the Claims and allow the Claims in their entirety.  The Companies further respectfully request that the Court continue any hearing on the Objections with respect to the Claims until the GUC Trust and the Companies have either resolved the Objections or have determined that they are unable to reach an agreement with respect to allowance of the Claims.


Dated: April 5, 2012                        Respectfully submitted,

                                            ICE MILLER LLP

                                            /s/ Elden J. Hopple
                                            Elden J. Hopple (OH 0019298)
                                            (admitted *pro hac vice*)
                                            Victoria E. Powers (OH 0054589)
                                            Erik Stock (OH 0083728)
                                            250 West Street, Suite 700
                                            Columbus, OH 43215
                                            Phone: (614) 462-2700
                                            Fax: (614) 222-4247
                                            Email: jim.hopple@icemiller.com
                                                    victoria.powers@icemiller.com
                                                    erik.stock@icemiller.com

                                            *Attorneys for Nationwide Mutual Insurance Co.,*
                                            *Allied Group, Inc., and Titan Insurance Co.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of April, 2012, the foregoing *Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 269th Omnibus Objection to Claims (Insufficient Documentation)* was filed via the Court's electronic filing system, and will be served electronically upon the following parties at the addresses indicated:

Letitia Accarrino    laccarrino@wilentz.com
David G. Aelvoet    sanantonio.bankruptcy@publicans.com
Anna Conlon Aguilar    aaguilar@conlonaguilar.com
Martin Alaniz    martin.alaniz@gmail.com
Derek P. Alexander    dalexand@debevoise.com, mao-ecf@debevoise.com
Jonathan Bradley Alter    jonathan.alter@bingham.com
Margaret M. Anderson    panderson@fhslc.com
Carla O. Andres    candres@gklaw.com
Philip D. Anker    philip.anker@wilmerhale.com
Gary L. Antoniewicz    gantoni@boardmanlawfirm.com
Joel D. Applebaum    japplebaum@clarkhill.com
W. David Arnold    darnold@rcolaw.com
Richard J. Arsenault    rarsenault@nbalawfirm.com
Thomas V. Askounis    taskounis@askounisdarcy.com
Karin F. Avery    avery@silvermanmorris.com
Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
John H. Bae    baej@gtlaw.com
Marc M. Bakst    mbakst@bodmanllp.com
David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
John T. Banks    jbanks@pbfcm.com
Leslie S. Barr    lbarr@windelsmarx.com, theston@windelsmarx.com
William M. Barron    wbarron@sgrlaw.com
Robert L. Barrows    rbarrows@wdblaw.com
Robert N. Bassel    ecfbbassel@gmail.com
Donald F. Baty    dbaty@honigman.com
Alison D. Bauer    abauer@torys.com, tmartin@torys.com
Leonora K. Baughman    ecf@kaalaw.com
Matthew K. Beatman    mbeatman@zeislaw.com
Andrew Behlmann    abehlmann@lowenstein.com
Samuel J. Behringer    sblawd35@msn.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
Howard S. Beltzer    hbeltzer@morganlewis.com
Walter Benzija    wbenzija@halperinlaw.net
Frederick A. Berg    fberg@kotzsangster.com
Frederick A. Berg    fberg@kotzsangster.com
Jan I. Berlage    JBerlage@GHSLLP.com
Daniel J. Bernard    dbernard@vmclaw.com
David R. Berz    gregory.bailey@weil.com

Kellie M. Blair    kblair@mattablair.com
Kevin Blaney    kblaney@kevinblaney.com, bmorehead@kevinblaney.com
Steven Harris Blatt    sblatt@dealerlaw.com
David M. Blau    dmb@kompc.com, tlj@kompc.com
Don W. Blevins    dwblevins@mcalpinelawfirm.com
Michael V. Blumenthal    mblumenthal@crowell.com
Charlotte P. Bodell    cbodell@sandw.com, rhiersteiner@sandw.com
Phillip W. Bohl    phillip.bohl@gpmlaw.com
Wanda Borges    ecfcases@borgeslawllc.com
Jean Winborne Boyles    jboyles@jhvgmlaw.com
Kimberly A. Brennan    kab@mccarthylebit.com
Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
James L. Bromley    maofiling@cgsh.com
Mark L. Brown    markb@lakinchapman.com,
ashleyo@lakinchapman.com;docket@lakinchapman.com
Scott N. Brown    snb@smrw.com
William J. Brown    wbrown@phillipslytle.com
Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US,
sherri.simpson@oag.state.tx.us
Robert H. Brownlee    rbrownlee@thompsoncoburn.com
Daniel G. Bruce    bankruptcy@baxterbrucelaw.com
Adam D. Bruski    adbruski@lambertleser.com
John W. Bryant    jbryant@dflaw.com
Charles D. Bullock    cbullock@sbplclaw.com
John R. Burns    john.burns@bakerd.com, skrhoads@bakerd.com;oliana.nansen@bakerd.com
John Wm. Butler    jbutler@skadden.com
Katharine Byrne    kbyrne@cooneyconway.com
James Christopher Caldwell    ccaldwell@starkreagan.com
John M. Callagy    jcallagy@kelleydrye.com
Carollynn H.G. Callari    ccallari@venable.com
Stefano Calogero    scalogero@windelsmarx.com, ncurto@windelsmarx.com
Judy B. Calton    jcalton@honigman.com
John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
James C. Carignan    carignanj@pepperlaw.com
James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
Daniel J. Carragher    djcarragher@daypitney.com
Linda J. Casey    caseyl@pepperlaw.com,
jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com
Katherine R. Catanese    kcatanese@foley.com
George B. Cauthen    george.cauthen@nelsonmullins.com
Steven R. Cavalli    scavalli@giccb.com
Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
Joseph M. Cerra    jcerra@formanlaw.com
Teresa H. Chan    kkansa@sidley.com;emcdonnell@sidley.com
Jeffrey Chang    jchang@changlawpllc.com

J Eric Charlton    echarlton@hiscockbarclay.com
Sarah M. Chen    schen@lockelord.com
Stephen N Chesnut    chesnutlawfirm@earthlink.net
Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com
Conrad Chiu    cchiu@pryorcashman.com
Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
Robert N. H. Christmas    rchristmas@nixonpeabody.com,
    nyc.managing.clerk@nixonpeabody.com
Ilissa Churgin Hook    ecfmail@yablaw.com, ihook@yablaw.com
Marvin E. Clements    agbanknewyork@ag.tn.gov
John R. Climaco    jrclim@climacolaw.com, gabrun@climacolaw.com
Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com
Wm. David Coffey    wdcoffeylaw@yahoo.com
Dennis J. Connolly    dconnolly@alston.com
Michael T. Conway    michael.conway@leclairryan.com
Susan M. Cook    smcook@lambertleser.com
Katie Leigh Cooperman    coopermank@dicksteinshapiro.com,
    nybankruptcydocketing@dicksteinshapiro.com
Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
Joseph N. Cordaro    joseph.cordaro@usdoj.gov
Joseph Corneau    jcorneau@klestadt.com
Trent P. Cornell    tcornell@stahlcowen.com
Jeffrey L. Coxon    rellis@warrenyoung.com
David N. Crapo    dcrapo@gibbonslaw.com
Randall D. Crocker    rcrocker@vonbriesen.com
Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
Louis A. Curcio    lcurcio@sonnenschein.com
Julius O. Curling    curlingj@michigan.gov
Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com
Teresa K.D. Currier    tcurrier@saul.com, mflores@saul.com
Peter D'Apice    dapice@sbep-law.com
Renee M. Dailey    renee.dailey@bgllp.com, meghan.olsen@bgllp.com
Timothy J. Dance    tdance@swlaw.com, kquick@swlaw.com;wsmart@swlaw.com
Colin Thomas Darke    cdarke@bodmanllp.com
Michael S. Davi    mdavi@velaw.com
Ashley Davis    ashley.davis@myfloridalegal.com
Jeffrey S. Davis    jsdesqtx@yahoo.com
Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com; rguttmann@zeklaw.com;
    mmillnamow@zeklaw.com
Stanley Dawson    ssd@fulton-devlin.com
James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
Sam Della Fera    sdellafera@trenklawfirm.com
Benjamin P. Deutsch    bdeutsch@schnader.com
Frank W. DiCastri    fdicastri@foley.com
Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

John P. Dillman    houston_bankruptcy@publicans.com
Joshua Ian Divack        jdivack@hahnhessen.com, jdivack@hahnhessen.com;
                kcraner@hahnhessen.com; jsmith@hahnhessen.com;
                hpatwardhan@hahnhessen.com; lschlussel@hahnhessen.com
Michael Dockterman    dockterman@wildman.com
Edward S. Donini    lm7ed@aol.com
J. Ted Donovan    TDonovan@Finkgold.com, David@Finkgold.com; CClarke@Gwfglaw.com
Charles E. Dorkey    cdorkey@mckennalong.com, tplunkett@mckennalong.com;
                rgee@mckennalong.com; akaufman@mckennalong.com
Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;
                campbell.andrea@arentfox.com
Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Joseph A. Dworetzky    jad@hangley.com
Lawrence P. Eagel    eagel@bragarwexler.com
David G. Ebert    debert@ingramllp.com, mtajika@ingramllp.com
James P. Eckels    EckelsJ@appellucas.com
Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
Daniel Edelson    daniel.edelson@kattenlaw.com
Henry A. Efroymson    henry.efroymson@icemiller.com
James W. Ehrman    jwe@kjk.com, pleadingsjwe@gmail.com
Steven B. Eichel    seichel@crowell.com
David M. Eisenberg    deisenberg@ermanteicher.com
Dan Elias    delias@eliasgroup.com
Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
Judith Elkin    judith.elkin@haynesboone.com
Kristin Elliott    kristin.elliott@klgates.com
Brent L English    benglish@englishlaw.com
Alyssa Englund    aenglund@orrick.com
Michael R. Enright    menright@rc.com
Richard L. Epling    richard.epling@pillsburylaw.com
Earle I. Erman    eerman@ermanteicher.com
Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Belkys Escobar    belkys.escobar@loudoun.gov
Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
Amy Evans    aevans@crosslaw.com
Kerry M Ewald    kewald@dickinsonwright.com
Jessica Fainman    jessica.fainman@barclayscapital.com
Stephen Vincent Falanga    sfalanga@connellfoley.com
Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
Thomas R. Fawkes    tfawkes@freebornpeters.com
Oscar B. Fears    bfears@law.ga.gov
David Michael Feldman    mjwilliams@gibsondunn.com;kmartorana@gibsondunn.com
Carol A. Felicetta    cfelicetta@reidandriege.com
Richard L. Ferrell    Ferrell@taftlaw.com
Alyson M. Fiedler    afiedler@schiffhardin.com
Robert J. Figa    rfiga@comlawone.com

Andrea Fischer     afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com
Deborah L. Fish     dfish@allardfishpc.com
Eric Fisher     fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
Matthew F. Fitzsimmons     matthew.fitzsimmons@po.state.ct.us
Elizabeth K. Flaagan     eflaagan@faegre.com
Steven B. Flancher     flanchers@michigan.gov
Daniel J. Flanigan     tbackus@polsinelli.com
Kenneth A. Flaska     gm@dmms.com
Jonathan L. Flaxer     jflaxer@golenbock.com, ssmith@golenbock.com;
                avassallo@golenbock.com; eneuman@golenbock.com
Neysa Ann Fligor     sccbankruptcy@cco.sccgov.org
Michael Foreman     michael.foreman@haynesboone.com
Shawn Randall Fox     sfox@mcguirewoods.com
Mark S. Frankel     mfrankel@couzens.com
Susan M. Franzetti     sf@nijmanfranzetti.com
Scott J. Freedman     sfreedman@dilworthlaw.com
William R. Fried     wrfried@herrick.com
Mark J. Friedman     mark.friedman@dlapiper.com
Michael Friedman     mfriedman@rkollp.com, mschneider@rkollp.com
Timothy A. Fusco     fusco@millercanfield.com
Thomas S. Galbo     ggalbobader@roadrunner.com
Michael G. Gallacher     mgallacher@comcast.net
Mark S. Gamell     mgamell@tlggr.com
Ethan D. Ganc     ethan@ethanganclegal.com, ethangancesq@gmail.com
Kathleen A. Gardiner     gardinerk@michigan.gov
Victoria D. Garry     vgarry@ag.state.oh.us
Roger A. Geddes     rgeddes@geddeslawfirm.com
Sara J. Geenen     sjg@previant.com
Robert T. Gibson     rgibson@gibsonlawfirm.net
Wendy J. Gibson     wgibson@bakerlaw.com
A. Spencer Gilbert     sgilbert@asgilbert.com, kimwolford@asgilbert.com
Jeanette M. Gilbert     jgilbert@motleyrice.com
Celeste R. Gill     gillcr@michigan.gov
Steven A. Ginther     sdnyecf@dor.mo.gov
Oren Giskan     ogiskan@gslawny.com
Andrew C. Gold     agold@herrick.com
Matthew J. Gold     mgold@kkwc.com, mattgoldesq@optonline.net
Eric A. Goldberg     eg@kahngoldberg.com
Thomas D. Goldberg     tdgoldberg@dbh.com
Daniel H. Golden     rbarloon@akingump.com; pabelson@akingump.com;
                markk@owlcreeklp.com; mlahaie@akingump.com;
                sschultz@AkinGump.com; rtennenbaum@akingump.com;
                dkrasa-berstell@akingump.com
Scott A. Golden     sagolden@hhlaw.com
Michelle Goldis     michelle.goldis@wilmerhale.com
Joyce M. Goldstein     jmgesq@altgoldlaw.com

David A. Golin    dagolin@arnstein.com
Sonya N. Goll    sgoll@sbplclaw.com
Brett D. Goodman    brett.goodman@troutmansanders.com,
    harriet.cohen@troutmansanders.com
Robert D. Gordon    rgordon@clarkhill.com
Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com; karentsen@fbm.com
Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com
Brian M. Graham    bmgrahampack@sbcglobal.net
Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;
    rgee@mckennalong.com
William F. Gray    wgray@torys.com, abauer@torys.com;tmartin@torys.com
John T. Gregg    jgregg@btlaw.com
Nancy Grim    nancy.grim@nancygrimlaw.net
Stephen M. Gross    sgross@mcdonaldhopkins.com
Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
Srivatsa V. Gupta    svgupta@nbalawfirm.com
Robert A. Guy    bguy@fbtlaw.com, mkroplin@fbtlaw.com
Elizabeth A. Haas    info@thehaaslawfirm.com
Paul R. Hage    phage@jaffelaw.com
Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
Matthew A. Hamermesh    mhamermesh@hangley.com
Gary A. Hansz    gah@wwrplaw.com
David Henry Hartheimer    dharthei@bellatlantic.net
Michael E. Hastings    michael.hastings@leclairryan.com
Michael D. Hausfeld    mhausfeld@hausfeldllp.com
Ryan D. Heilman    rheilman@schaferandweiner.com
Geoffrey W. Heineman    gheineman@rmkb.com
Christopher M. Hemrick    chemrick@connellfoley.com
Lee Henig-Elona    lhenigelona@wolffsamson.com
Suzanne Hepner    shepner@lrbpc.com, jcahn@lrbpc.com; rbarbur@lrbpc.com;
    psherer@lrbpc.com; ngrunfeld@levyratner.com
Terrance A. Hiller    tah@kompc.com, met@kompc.com;tlj@kompc.com
Mark D. Hofstee    markh@bolhouselaw.com
Michael S. Holmes    , mshatty@yahoo.com
Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com
Bruce W. Hoover    bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com;
    rbraden@goldbergsegalla.com
George R. Howard    grhoward@jonesday.com
Yolanda M. Humphrey    houbank@pbfcm.com, tpope@pbfcm.com
P. Warren Hunt    pwh@krwlaw.com
John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Donald J. Hutchinson    hutchinson@millercanfield.com
Roland Hwang    hwangr@michigan.gov
Jeffrey L. Ingram    jeff@galese-ingram.com
Elihu Inselbuch    eb@capdale.com

Robert M. Isackson    risackson@orrick.com
Adam H. Isenberg    aisenberg@saul.com
Steve Jakubowski    sjakubowski@colemanlawfirm.com
Peter F. Jazayeri    mkogan@ecjlaw.com
Sedgwick M. Jeanite    jeanites@whiteandwilliams.com
Susan Jennik    sjennik@kjmlabor.com
Nan E. Joesten    njoesten@fbm.com
John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
Andrew A. Jones    ajones@whdlaw.com, mwichman@whdlaw.com;rbradley@whdlaw.com
David S. Jones    david.jones6@usdoj.gov, john.donovan2@usdoj.gov
Jeffrey J. Jones    jjjones@jonesday.com
Nathan E. Jones    info@usdrllc.com
Roland Gary Jones    rgjresearch3@gmail.com
John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
Gregory O. Kaden    gkaden@goulstonstorrs.com
Ken Kansa    kkansa@sidley.com, matthew.martinez@sidley.com;malternelson@sidley.com
Olivia W. Karlin    olivia.karlin@doj.ca.gov
Stephen Karotkin    stephen.karotkin@weil.com, theodore.tsekerides@weil.com;
                    Shai.Waisman@weil.com
Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
Andrew C. Kassner    andrew.kassner@dbr.com
Clifford A. Katz    ckatz@platzerlaw.com
Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
Barry M. Kazan    Barry.Kazan@ThompsonHine.com
Daniel L. Keller    dkeller@kflegal.com
Thomas M. Kennedy    tkennedy@kjmlabor.com
I. Ray Kerlick    rkerlick@wphk-law.com
Christopher Kern    ckern@srgk-law.com
Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
Mary Kim    kimm@dicksteinshapiro.com
Myung Han Kim    paul.kim@wilsonelser.com
Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
Michael S. Kimm    kimmlaw@msn.com
Michael S. Kimm    msk@kimmlaw.com
Christopher K. Kiplok    kiplok@hugheshubbard.com
Theodore A. Kittila    tak@elliottgreenleaf.com
Kathleen H. Klaus    khk@maddinhauser.com
Patrick A. Klingman    pklingman@sfmslaw.com
Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
Anthony J. Kochis    akochis@wolfsonbolton.com
Thomas F. Koegel    tkoegel@flk.com
Mary W. Koks    mkoks@munsch.com
John F. Kostelnik    jkostelnik@frantzward.com
Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,
                      wisotska@pepperlaw.com, alexsym@pepperlaw.com
Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu

Robert R. Kracht      rrk@mccarthylebit.com
Rein F. Krammer      rkrammer@masudafunai.com
Stuart A. Krause      skrause@zeklaw.com
J. Alex Kress      akress@riker.com
Kay S. Kress      kressk@pepperlaw.com
Martin Krolewski      mkrolewski@kelleydrye.com, docketing@kelleydrye.com;
            BankruptcyCourt@KelleyDrye.com
Richard E. Kruger      rkruger@jaffelaw.com
Natalie N. Kuehler      natalie.kuehler@usdoj.gov
Patrick J. Kukla      pkukla@carsonfischer.com
Gary W. Kullmann      gkullmann@kkdpc.com, shall@kkdpc.com
Greg T. Kupniewski      greg.kupniewski@flastergreenberg.com
Jeffrey Kurtzman      jkurtzma@klehr.com
Matthew F. Kye      mkye@magnozzikye.com
Stephen S. LaPlante      laplante@millercanfield.com
Michael C. Lambert      mclambert@lawpost-nyc.com
Jacob F. Lamme      lamme@mltw.com
Forrest B. Lammiman      flammiman@mpslaw.com, lbell@mpslaw.com; dnichols@mpslaw.com
Barry M. Lasky      BMLPC@aol.com
Stuart A. Laven      slaven@beneschlaw.com, docket@beneschlaw.com
James N. Lawlor      jlawlor@wmd-law.com
Robert L. LeHane      KDWBankruptcyDepartment@Kelleydrye.com
Maureen F. Leary      maureen.leary@oag.state.ny.us
Mark G. Ledwin      mark.ledwin@wilsonelser.com
Candace Lee      candace.hoeft@gmail.com
Michael D Lee      mlee@srcattorneys.com
David S. Lefere      davidl@bolhouselaw.com
Eugene Leff      eleff@oag.state.ny.us
Michael S. Leib      msl@maddinhauser.com, bac@maddinhauser.com
Bryan D. Leinbach      bleinbach@zeklaw.com
Laura M. Leitner      leitnerl@pepperlaw.com
David A. Lerner      dlerner@plunkettcooney.com
Ira M. Levee      ilevee@lowenstein.com, mseymour@lowenstein.com
Larry A. Levick      levick@singerlevick.com, croote@singerlevick.com;
            ckirkland@singerlevick.com
Adam J. Levitt      levitt@whafh.com
Leslie C. Levy      leslie.levy@nebraska.gov, leora.platte@nebraska.gov
Kenneth M. Lewis      klewis@lewispllc.com
Kim Martin Lewis      kim.lewis@dinslaw.com, john.persiani@dinslaw.com;
            lisa.geeding@dinslaw.com; patrick.burns@dinslaw.com
Barry E. Lichtenberg      barryster@att.net
Demetra Liggins      demetra.liggins@tklaw.com
Harry A. Light      light@fec.net
David T. Lin      dlin@seyburn.com
Thomas K. Lindahl      tlindahl@kotzsangster.com, jdesantis@kotzsangster.com;
            dlemanski@kotzsangster.com

Daniel W. Linna     dlinna@honigman.com
Andrew K. Lipetz     alipetz@wgrlaw.com
Edward J. LoBello     elobello@msek.com
Eric Lopez Schnabel     schnabel.eric@dorsey.com
Dennis W. Loughlin     dloughlin@wnj.com, hziegler@wnj.com
Cynthia Jordan Lowery     cynthialowery@mvalaw.com
Kim R. Lynch     klynch@formanlaw.com, mudem@formanlaw.com
Dianna Lyons     dlyons@kazanlaw.com
Lauren Macksoud     lmacksoud@kramerlevin.com, jfriedman@kramerlevin.com;
          csiegel@kramerlevin.com
John S. Mairo     jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com;
          lkkabse@pbnlaw.com
Tristan Manthey     tmanthey@hellerdraper.com
Kayalyn A. Marafioti     kmarafio@skadden.com
Wendy G. Marcari     wmarcari@ebglaw.com
Michael A. Maricco     maricco.michael@pbgc.gov, efile@pbgc.gov
James M. Martin     mmllaw@swbell.net
Timothy Brian Martin     tmartin@torys.com
Richard W. Martinez     Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
Victor J. Mastromarco     vmastromar@aol.com
Steven A. Matta     smatta@mattablair.com
Jil Mazer-Marino     jmazermarino@msek.com, kgiddens@msek.com
Mark L. McAlpine     mlmcalpine@mcalpinelawfirm.com
Richard J. McCord     RMcCord@CBAH.com, afollett@certilmanbalin.com;
          cfollett@certilmanbalin.com; cglick@certilmanbalin.com
Lauren M. McEvoy     Lauren.McEvoy@thompsonhine.com
Frank McGinn     ffm@bostonbusinesslaw.com
Mark E. McKane     mmckane@kirkland.com, sarah.farley@kirkland.com;
          rosie.tejada@kirkland.com
Brian A. McKenna     brianmckenna@sachswaldman.com
Austin L. McMullen     amcmullen@babc.com
John A. McMullen     mcmullen@together.net
Patrick E. Mears     patrick.mears@btlaw.com
Barbara S Mehlsack     bmehlsack@gkllaw.com
Brian H. Meldrum     bmeldrum@stites.com
Marc B. Merklin     mmerklin@brouse.com
Christopher A. Merritt     cmerritt@rjlps.com
Richard M. Meth     msteen@foxrothschild.com, mlsecf@gmail.com
G. Christopher Meyer     cmeyer@ssd.com
Carl Micarelli     cmicarelli@debevoise.com, mao-ecf@debevoise.com
Robert N. Michaelson     rmichaelson@klgates.com
Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com
Harvey R. Miller     harvey.miller@weil.com, garrett.fail@weil.com
Gerald L. Mills     gerald.mills@bex.net
Robert K. Minkoff     robminko@yahoo.com
Carol E. Momjian     cmomjian@attorneygeneral.gov

James C. Moon          jmoon@melandrussin.com, ltannenbaum@melandrussin.com;
                       mrbnefs@yahoo.com
Margreta Morgulas      mmorgulas@stutman.com
Whitney L. Mosby       wmosby@binghammchale.com
Max Anderson Moseley   mmoseley@bakerdonelson.com
Eric T. Moser          eric.moser@klgates.com, kristen.serrao@klgates.com
Jill L. Murch          jmurch@foley.com, lapeterson@foley.com;khall@foley.com
Kevin C. Murphy        kmurphy@wladislawfirm.com
Daniel R. Murray       dmurray@jenner.com, mmatlock@jenner.com
Milissa A. Murray      m.murray@bingham.com
Lauren Nachinson       Lauren.Nachinson@quarles.com
David L. Neale         kjm@lnbrb.com
Michael A. Nedelman    mnedelman@nglegal.com, mwatler@nglegal.com
Melissa Z. Neier       mneier@ibolaw.com
Joseph H. Neiman       , dj.bradley@verizon.net
Arthur C. Neiwirth     aneiwirthcourt@qpwblaw.com, aneiwirthcourt@aol.com
James D. Newbold       James.Newbold@illinois.gov
Robert E. Nies         rnies@wolffsamson.com
Timothy F. Nixon       tnixon@gklaw.com, graiche@gklaw.com;mroufus@gklaw.com
Laura L. Noggle        nogglel@pepperlaw.com
Michael E. Norton      mnorton@nortonlawassociates.com
Matthew D. Novello     mdnovello@mcalpinelawfirm.com
Gordon Z. Novod        dcho@kramerlevin.com
Kevin T. O'Brien       ko'brien@websterszanyi.com
Dennis M. O'Dea        dennis.odea@sfslawgroup.com, dodeapc@aol.com
Michael B. O'Neal      moneal@wnj.com
Sean A. O'Neal         soneal@cgsh.com, maofiling@cgsh.com; jcroft@cgsh.com;
                       crodriguez@cgsh.com
Ronald Oran            roran@velaw.com
Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
Gregory Oxford         goxford@icclawfirm.com
Richard W. Paige       paige@bsplaw.com
Ingrid S. Palermo      ipalermo@bsk.com
Charles N. Panzer      cpanzer@sillscummis.com
Merritt A. Pardini     dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com
Larry E. Parres        lparres@lewisrice.com
Peter S. Partee        ppartee@hunton.com
Paul J. Pascuzzi       ppascuzzi@ffwplaw.com
William Dirk Pastorick tprete@nldhlaw.com
Rakhee V. Patel        rpatel@pronskepatel.com, cstephenson@pronskepatel.com;
                       rpatel@pronskepatel.com; smeiners@pronskepatel.com;
                       admin@pronskepatel.com; lwhatley@pronskepatel.com;
                       gpronske@pronskepatel.com; jkathman@pronskepatel.com
John A. Peca           japeca@climacolaw.com
Kimo S. Peluso         kpeluso@manatt.com, astaltari@manatt.com
Melissa A. Pena        mapena@nmmlaw.com

Nelson Perel           nperel@websterszanyi.com, docarroll@websterszanyi.com;
                       cbudniewski@websterszanyi.com
Frederick Perillo      fp@previant.com
John C. Phillips       jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com
Robert W. Phillips     rphillips@simmonscooper.com
Deborah J. Piazza      dpiazza@hodgsonruss.com
Dominic J. Picca       dpicca@mintz.com, Docketing@mintz.com
James A. Plemmons      jplemmons2@dickinsonwright.com
Gregory G. Plotko      gplotko@kramerlevin.com, achouprouta@kramerlevin.com;
                       ychernyak@kramerlevin.com
Michael P. Pompeo      mpompeo@dbr.com
Constantine Pourakis   cp@stevenslee.com
Steven C. Powell       scpowell@powellmurphylaw.com
Susan Power-Johnston   sjohnston@cov.com
Frank I. Powers        plesser@hpc-lawyers.com;dhedegard@hpc-lawyers.com
Jasmine Powers         jpowers@debevoise.com, mao-ecf@debevoise.com
Ronald S. Pretekin     pretekin@coollaw.com, piatt@coollaw.com
John J. Privitera      privitera@mltw.com, hill@mltw.com;lamme@mltw.com
Gerrit M. Pronske      gpronske@pronskepatel.com
Susan Przekop-Shaw     przekopshaws@michigan.gov
Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
Paul A. Rachmuth       prachmuth@gerstensavage.com
Marie T. Racine        mracine@racinelaw.us
Thomas B. Radom        radom@butzel.com
Mark L. Radtke         mradtke@shawgussis.com
Dennis Jay Raterink    raterinkd@michigan.gov
Eric T. Ray            eray@balch.com
Timothy M. Reardon     tmreardon@nnblaw.com
Michael Reed           nycourts@mvbalaw.com
Robert A. Rich         rrich2@hunton.com
Marc E. Richards       mrichards@blankrome.com
Paul J. Ricotta        pricotta@mintz.com
Matthew J. Riopelle    mriopelle@foley.com
David D. Ritter        ecf@krcl.com, dritter@krcl.com
Marianne Goldstein Robbins     MGR@PREVIANT.COM, MGR@PREVIANT.COM;
                               EM@PREVIANT.COM
Adam C. Rogoff         arogoff@kramerlevin.com
Adam L. Rosen          filings@spallp.com, arosen@silvermanacampora.com
Sanford Philip Rosen   srosen@rosenpc.com
Adina H. Rosenbaum     arosenbaum@citizen.org
Andrew Neil Rosenberg  mtattnall@paulweiss.com
Robert J. Rosenberg    adam.goldberg@lw.com
Donn Rosenblum         donn.rosenblum@ohioattorneygeneral.gov
David A. Rosenzweig    DRosenzweig@Fulbright.com
Douglas B. Rosner      drosner@goulstonstorrs.com
Robert R. Ross         rrross@fedex.com

Melissa-Jean Rotini     mjr1@westchestergov.com
Gerolyn P. Roussel     rousselp@bellsouth.net
Jayson B. Ruff     jruff@mcdonaldhopkins.com
Dianne Ruhlandt     druhlandt@ermanteicher.com
Scott K. Rutsky     srutsky@proskauer.com
Herbert K. Ryder     hryder@pitneyhardin.com
Alessandro Sabatino     asabatino@zsa-law.com
Jeffrey S. Sabin     jeffrey.sabin@bingham.com
Jennifer Lauren Saffer     jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com
Chester B. Salomon     csalomon@beckerglynn.com, jholdridge@beckerglynn.com
Kimberly Salomon     ksalomon@formanlaw.com
Edoardo Rigo Salvatore     rigo@salvatorenokes.com
Diane W. Sanders     austin.bankruptcy@publicans.com
George Franklin Sanderson     george.sanderson@elliswinters.com
Thomas P. Sarb     ecfsarbt@millerjohnson.com
William F. Savino     wsavino@damonmorey.com
Thomas J. Schank     tomschank@hunterschank.com, mcraig@hunterschank.com
Mark Schlachet     mschlachet@gmail.com
Steven R. Schlesinger     sschlesinger@jaspanllp.com
Robert T. Schmidt     rschmidt@kramerlevin.com
Erik Schneider     erik.schneider@srz.com
Kenneth M. Schneider     smpcecf@gmail.com
Thomas W. Schouten     tschouten@dunnsslaw.com
S. Robert Schrager     rschrager@hodgsonruss.com, mharmon@hodgsonruss.com
Carey D. Schreiber     cschreiber@winston.com
Jonathan R. Schulz     schulz@bsplaw.com
Andrea B. Schwartz     andrea.b.schwartz@usdoj.gov
Kathlyn Schwartz     kathlyn.schwartz@akerman.com
Matthew L. Schwartz     matthew.schwartz@usdoj.gov
Michael A. Schwartz     mschwartz@hhplawny.com
Steven Schwartz     sschwart@winston.com
David V. Scott     dave@davescott.us
Barry N. Seidel     nybankruptcydocketing@dicksteinshapiro.com
Stephen B. Selbst     sselbst@herrick.com, courtnotices@herrick.com
David J. Selwocki     brogers@swappc.com
Joseph R. Sgroi     jsgroi@honigman.com
Mark H. Shapiro     shapiro@steinbergshapiro.com
Mary Kay Shaver     mkshaver@varnumlaw.com
Brian L. Shaw     bshaw100@shawgussis.com
Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;
                   ashee1@yahoo.com; garza@txschoollaw.com
John W. Shenk     jshenk@ecjlaw.com
Howard S. Sher     howard@jacobweingarten.com
Tricia A. Sherick     tsherick@honigman.com
Joseph E. Shickich     jshickich@riddellwilliams.com
Matthew J. Shier     mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

George W. Shuster     george.shuster@wilmerhale.com
Patrick Sibley     psibley@pryorcashman.com
Robert Sidorsky     sidorsky@butzel.com
Paul H. Silverman     PSilverman@mclaughlinstern.com
John A. Simon     jsimon@foley.com
Rebecca H. Simoni     rsimoni@vonbriesen.com, jlohr@vonbriesen.com
Christina C. Skubic     bankruptcy@braytonlaw.com
Vicki R. Slater     vicki@vickislater.com
Edward Smith     easmith@venable.com
Mark Calvin Smith     msmith@hselaw.com
Robert T. Smith     rsmith@cniinc.cc
Richard G. Smolev     rsmolev@kayescholer.com, maosbny@kayescholer.com
Joseph H. Smolinsky          Joseph.Smolinsky@weil.com, michele.meises@weil.com;
                             sarah.roberts@weil.com; pablo.falabella@weil.com;
                             Edward.Wu@weil.com; david.griffiths@weil.com
Eric J. Snyder     esnyder@sillerwilk.com
Steven B. Soll     ssoll@oshr.com, awilliams@oshr.com
Fredric Sosnick     kerri.silver@shearman.com
Arthur J. Spector     aspector@bergersingerman.com, jdiaz@bergersingerman.com;
                      byglesia@bergersingerman.com; efile@bergersingerman.com
Stephen W. Spence     ss@pgslaw.com
Katherine Stadler     kstadler@gklaw.com, graiche@gklaw.com
Martin Stanley     mstanleyesq@gmail.com
Charles A. Stanziale     cstanziale@mccarter.com
Jeffrey S. Stein     PACERTeam@gardencitygroup.com
Leslie Stein     lstein@plunkettcooney.com, seccles@plunkettcooney.com
Arthur Jay Steinberg     asteinberg@kslaw.com, rtrowbridge@kslaw.com
Abigail Stempson     abigail.stempson@nebraska.gov
R. Hugh Stephens     hstephens@stephensstephens.com, eschmidt@stephensstephens.com
Jason V. Stitt     jstitt@kmklaw.com
Sharon L. Stolte     sstolte@stinsonmoheck.com
N. Kathleen Strickland     kstrickland@rmkb.com, schoo@rmkb.com;mmcpherson@rmkb.com
Harvey A. Strickon     harveystrickon@paulhastings.com
Emily A. Stubbs     estubbs@fklaw.com, vgarvey@fklaw.com
James M. Sullivan     jsullivan@mosessinger.com
Lowell F. Sutherland     sutherlandgerber@sbcglobal.net
Michelle T. Sutter     msutter@ag.state.oh.us
Marc N. Swanson     swansonm@millercanfield.com
Colleen M. Sweeney     csweeney@dickinsonwright.com
Craig Tadlock     craig@tadlocklawfirm.com
Stanley B. Tarr     tarr@blankrome.com
Samuel Jason Teele     jteele@lowenstein.com, gbuccellato@lowenstein.com;
                       klafiura@lowenstein.com
Jeffrey T. Testa     jtesta@mccarter.com
Gary Ticoll     ticollg@gtlaw.com
Richard S. Toder     rtoder@morganlewis.com

Gordon J. Toering      gtoering@wnj.com
Patrick J. Trostle      ptrostle@jenner.com
Tonya A. Trumm      tatrumm@michaelbest.com, safonte@michaelbest.com
Peter Tsao        peter.tsao@kirkland.com, beth.friedman@kirkland.com;
                jacob.goldfinger@kirkland.com
Debra S. Turetsky      dturetsky@reedsmith.com
Marshall C. Turner      marshall.turner@husch.com
Ann Marie Uetz      auetz@foley.com
Shmuel Vasser      shmuel.vasser@dechert.com
Wendy S. Walker      wwalker@morganlewis.com
G. Alan Wallace      wallace@millercanfield.com
Brian C. Walsh      brian.walsh@bryancave.com
Kimberly A. Walsh      bk-kwalsh@oag.state.tx.us
Sean M. Walsh      swalsh@gmhlaw.com
Lucas Ward      lucas.ward@ohioattorneygeneral.gov
Patrick G. Warner      pgwarn@climacolaw.com
Eric G. Waxman      ewaxman@westermanllp.com
Jeffrey T. Wegner      jeffrey.wegner@kutakrock.com
Martin James Weis      weismj@dilworthlaw.com
Robert B. Weiss      rweiss@honigman.com
Elizabeth Weller      dallas.bankruptcy@publicans.com
Barry A. Weprin      bweprin@milberg.com
Michael R. Wernette      mwernette@schaferandweiner.com
David B. Wheeler      davidwheeler@mvalaw.com
Stephanie Wickouski        jschwartz@gcd.com, kristin.going@dbr.com,
                dnorthrop@gcd.com, swickous@aol.com
Matthew E. Wilkins      wilkins@bwst-law.com, marbury@bwst-law.com
Jeffrey C. Wisler      jcw@cblhlaw.com
Blanka K. Wolfe      bwolfe@sheppardmullin.com
Robert D. Wolford      ecfwolfordr@millerjohnson.com
Scott A. Wolfson      swolfson@wolfsonbolton.com
Lee E. Woodard      bkemail@harrisbeach.com
Cynthia Woodruff-Neer      cwoodruff-neer@alpine-usa.com
Karon Y. Wright      karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
Dwight Yellen      dyellen@ballonstoll.com
Doron Yitzchaki      dyitzchaki@dickinsonwright.com
Jonathan W. Young      young@wildman.com
S. Alyssa Young      ayoung@leaderberkon.com
German Yusufov      pcaocvbk@pcao.pima.gov
Terry L. Zabel      ecf-tlz@rhoadesmckee.com
Rafael X. Zahralddin      rxza@elliottgreenleaf.com
Steven J. Zeehandelar      szehandelar@zsa-law.com
Erica M. Zilioli      ezilioli@bdlaw.com
Bruce R. Zirinsky      zirinskyb@gtlaw.com, cusumanod@gtlaw.com

Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com
Edward P. Zujkowski    ezujkowski@emmetmarvin.com


/s/ Elden J. Hopple
Elden J. Hopple