# EXHIBIT B

| NMIC | GM claims - July, 2009 | | | | | | Type of claim | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Clm# | Insured's name | YR | Make | Model | Claim amount inc ded | FTC fire/Collision/other - if other, specify | O&C (yes or no) | Cause-(defective part - specify) | Add'l info |
| 9112C443873 1/16/09 | [redacted for privacy] | 4 | Saturn | Vue | $642.96 | FTC fire | n | heater element shorted and burned through cover-seat | |
| 9247K302435 1/17/08 | [redacted for privacy] | 0 | Buick | Regal | $6,294.75 | FTC fire | n | engine fire | |
| 9234K535053 01/14/09 | [redacted for privacy] | 8 | Gmc | Yukon | $36,924.00 | FTC fire | y | frt seat master switch for power recliner was the origin of fire | |
| 9247H498382 2/5/09 | [redacted for privacy] | 1 | Buick | Regal | $1,056.49 | FTC fire | n | engine fire-manifold fire | |
| 5219A902884 9/30/08 | [redacted for privacy] | 4 | Chevy | Colorado | $10,373.53 | FTC fire | y | fuel fire | w/TD |
| 6631P512913 10/29/08 | [redacted for privacy] | 6 | Chevy | Trailblazer | $14,769.65 | FTC fire | y | a resistance heating connection in the d/s door | |
| 6631O624439 7/03/98 | [redacted for privacy] | 98 | Caddy | Seville | $42,154.87 | FTC fire | Y | short within the alternator | w/Sub Attny |
| 5345Q588113 7/3/08 | [redacted for privacy] | 0 | Chevy | Blazer | $4,337.14 | Coll clm | n | IV came out of gear, while parked and no keys in iv at tol | |
| 5345V436338 2/21/09 | [redacted for privacy] | 7 | Chevy | Aveo | $10,561.29 | Ftc Fire | Y | fuel leak in the engine compartment near the main fuel injection system. | |
| 6631P878575 3/2/09 | [redacted for privacy] | 7 | GMC | Yukon | $39,427.31 | | Y | electrical failure in engine compartment | Additional sums were paid on this claim, to bring the total paid to $16556.34. |
| 7709 20 009190 6/6/09 | [redacted for privacy] | 4 | Chevy | Suburban | $16,406.54 | Ftc Fire | Y | origin rear speaker | |
| 5345Q246302 6/15/08 | [redacted for privacy] | 8 | Chevy | Colorado | $24,676.94 | Ftc Fire | Y | driver side seat heating / wires fuse cause | |
| 9234N018339 6/12/09 | [redacted for privacy] | 5 | GMC | Envoy | $15,907.32 | Ftc Fire | Y | originated in area to the right of steering column | |
| 9121-20-037214 8/14/08 | [redacted for privacy] | 5 | Chevy | Avalanche | $22,269.22 | Ftc Fire | Y | in dash electrical behind AC and heating controls | |
| 6132N595756 6/22/09 | [redacted for privacy] | 6 | Chevy | Silverado | $23,357.08 | Ftc Fire | Y | OEM cig lighter circuit | |
| 6139M061097 1/2/09 | [redacted for privacy] | 7 | Pont | G6 | $11,311.00 | Ftc fire | Y | passengers side air bags | |
| 9234N070280 06/07/09 | [redacted for privacy] | 3 | Olds | Alero | $5,980.50 | Ftc Fire | y | failure of the gas line in the engine compartment | ho xfile 92-610995 |
| 9121-20-046209 3/12/09 | [redacted for privacy] | 6 | Saab | 9-7x | $18,939.02 | Ftc Fire | Y | Engine Fire | GM ext warr |
| 9247K127052 3/3/09 | [redacted for privacy] | 4 | Chevy | Silverado | 11949.05 | Ftc Fire | y | dash fire | |
| 5345 Q 754296 7/7/09 | [redacted for privacy] | 7 | Chevy | Silverado | 23129.32 | Ftc Fire | y | d/s engine compartment | |
| 7246 20 022711 5/19/09 | [redacted for privacy] | 8 | GMC | Sierra | 40861.04 | Ftc Fire | Y | origin undetermined, attempting to verify w/ho carrier | home dmg insured w/Sterling Ins |
| 5437A854779 6/19/09 | [redacted for privacy] | 8 | GMC | Hummer | 25230.5 | Ftc Fire | Y | electrical malfuction under the dash | |
| 5837 D 279962 1/14/08 | [redacted for privacy] | 7 | Saturn | Ion | 12911.52 | Ftc Fire | Y | rear upper section of engine compartment | file w/td in PA |
| | | | | | $419,471.04 | | | | |