# EXHIBIT C

Allied     GM claims - July, 2009

| Clm# | Insured's name | YR | Make | Model | Claim amount inc ded | Type of claim FTC fire/Collision/other - if other, specify | O&C (yes or no) | Cause-(defective part - specify) | Add'l info |
|---|---|---|---|---|---|---|---|---|---|
| 24C41580 | [redacted for privacy] | 6 | Chevy | Cargo | $24,221.78 | Ftc Fire | Y | broken hose allowed power steering fluid to spray out and ignite on hot engine surface | |
| 26E90246 | [redacted for privacy] | 5 | Chevy | Silverado | $24,988.50 | Ftc Fire | y | Fire in 00Gr Prix, recall oil leaking onto hot manifold | ho xfile72-001217 |
| 14U35414 | [redacted for privacy] | 7 | Chevy | Tahoe | $110,805.00 | Ftc Fire | y | dash fire | ho xfile 72-047054 w/sub attny |
| 14R62927 | [redacted for privacy] | 4 | Chevy | K2500 | 32994.22 | Ftc Fire | y | possible battery cable shorted | w/Sub Attny |
| 9234 PE043341 06/11/09 | [redacted for privacy] | 6 | Chevy | k3500 silverado | nothing to date | | y | blower motor/ resistor block | recent repairs at dealership; additional sums were paid on this claim, to bring the total paid to $25,575.62. |
| 25A42130 | [redacted for privacy] | 8 | Chevy | 3500 | 36,207.62 | ftc fire | y | engine compartment fire | styer |
| 24C32934 | [redacted for privacy] | 6 | Chevy | Corvette | 41282.09 | ftc fire | y | engine compartment fire | styer |
| | | | | | $270,499.21 | | | | |