# EXHIBIT D

| Titan | GM claims - November 20, 2009 | | | | | Type of claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| Clm# | Insured's name | YR | Make | Model | Claim amount inc ded | FTC fire/Collision/other - if other, specify | O&C (yes or no) | Cause-(defective part - specify) | Add'l info |
| 40009003398 | Carter | 92 | Isuzu | Rodeo | $4,001.89 | being towed a GM | n | IV being towed by 04 Escalde - o&c by cc determined a/c blower mover failed | cc-American Home |
| | | | | | $4,001.89 | | | | |