**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                         :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*       :
                                                                  :
         Debtors.    :    **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

### ORDER PURSUANT TO LOCAL R. BANKR. P. 2090-1(b) AUTHORIZING SUNNY J. THOMPSON TO PRACTICE PRO HAC VICE

Upon the Motion, dated April 5, 2012 (the "**Motion**")[1] pursuant to Rule 2090-1(b) of the Local Rules of the Bankruptcy Court for the Southern District of New York ("**Local Rules**"), for entry of an order authorizing Sunny J. Thompson, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent the MLC Parties in the above-referenced chapter 11 case, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that Sunny J. Thompson, is permitted to appear *pro hac vice* as counsel to the MLC Parties in the above-captioned chapter 11 case, subject to the payment of the filing fee; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
     **April 6, 2012**

                       */s/ **Robert E. Gerber***
                       United States Bankruptcy Judge