April 2, 2012

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------X
In re                                           :
                                                :   **Chapter 11 Case No.**
                                                :
**MOTORS LIQUIDATION COMPANY**, *et al.*,       :   **09-50026 (REG)**
    f/k/a **General Motors Corp.**, *et al.*    :
                                                :
            **Debtors.**                        :   (Jointly Adminstered)
                                                :
-----------------------------------------------X

<u>**RESPONSE TO NOTICE OF 269th OMNIBUS OBJECTION TO CLAIMS**</u>
**(Insufficient Documentation)**

To Whom It May Concern:

The Claimant in the aforementioned case:

> **Claim # 14448**
> **Margaret Hawley**
> **7 Avenrowe Court**
> **Fairless Hills, PA 19030**
> **(215) 295-5703**

Hereby objects to the request for her claim to be disallowed and expunged for insufficient documentation. Attached is all related documentation supporting her claim, as well as the following statement from the Claimant:

> *On December 25, 2007, while driving to church on Christmas morning, a car went through a red light at the intersection of Olds Boulevard and Trenton Road and demolished my car. My air bag did not deploy, resulting in severe injuries to my head, neck, chest, back, knee, and foot. I was taken by ambulance to the hospital and spent three years rehabilitating my injuries. I still have not made a full recovery, and the extent of my injuries are a direct result of the airbag malfunctioning.*

09-50026-mg Doc 11581 Filed 04/06/12 Entered 04/09/12 16:45:... Main Document Pg 2 of 8

# COMMONWEALTH OF PENNSYLVANIA
## POLICE CRASH REPORTING FORM

Margaret Hawley
7 Avenrowe Ct.
Fairless Hls, PA 19030

**AA 500 1**

Case Closed: ○ Yes ○ No
Reportable Crash: ● Yes ○ No

Page: 0 1
Crash Number: 07-17499 P1411756

## Police Agency Data

- **Incident Number:** 07359-100-00
- **Police Agency:** 09208
- **Patrol Zone:** 3
- **Agency Name:** Falls Twp
- **Precinct:** 34th
- **Investigation Date (MM-DD-YYYY):** 12-25-2007
- **Dispatch Time (mil):** 1144
- **Arrival Time (mil):** 1150
- **Investigator:** Thomas
- **Badge Number:** 100
- **Reviewer:** Christopher Clark
- **Badge Number:** 0074
- **Approval Date (MM-DD-YYYY):** 12-25-2007

## Crash Data

- **County:** 09
- **County Name:** Bucks
- **Municipality:** 308
- **Municipality Name:** Falls
- **Day of Week:** Tue
- **Crash Date (MM-DD-YYYY):** 12-25-2007
- **Crash Time (mil):** 1144
- **No of Units:** 02
- **People:** 02
- **Injured:** 02
- **Killed:** —
- **Workzone:** No
- **School Bus Related:** No
- **School Zone Related:** No
- **Notify PENNDOT Maintenance:** No

## Loc Type

- **Intersection Type:** ● 4 Way Intersection
- *Special Location:* See Overlay

## Principal Road

- **Travel Lanes:** 01
- **Speed Limit:** 35
- **Street Name:** TRENTON
- **Street Ending:** RD
- **Route Signing:** ● State Highway

## Intersecting Road

- **Travel Lanes:** 01
- **Speed Limit:** 25
- **Street Name:** N OLDS
- **Street Ending:** BL
- **Route Signing:** ● Local Road or Street

## Distance From Landmark

(blank)

## GPS

Latitude / Longitude: (blank)

## TCD

- **Traffic Control Device:** ● Traffic Signal
- **TCD Functioning:** ● Device Functioning Properly

## Lane Closure

- **Lane Closed:** ● Partially
- **Lane Closure Direction:** ● All (N,S,E,W)
- **Traffic Detoured:** Yes
- **Esti. Time Closed:** ● 30-60 Min.

# COMMONWEALTH OF PENNSYLVANIA
## POLICE CRASH REPORTING FORM

**Crash Number:** P1411756

**AA 500 2**

Police Use Only: 07359-100-02  Page: 02

### Unit Info
**Type (Mark):** ☒ Motor Vehicle in Transport ☐ Hit & Run Vehicle ☐ Illegally Parked ☐ Legally Parked ☐ Non-Motorized ☐ Pedestrian ☐ Pedestrian on Skates, in Wheelchair, etc. ☐ Disabled from Previous Crash ☐ Train ☐ Phantom Vehicle

**Commercial Vehicle:** ☐ Yes ☒ No (If Yes, Complete Form C)

(If "Pedestrian" or "Pedestrian on Skates, in Wheelchair, etc.", Complete Form M, Section 28)

### Vehicle Driver / Pedestrian Information

- **Unit No:** 01
- **First Name:** MILDRED
- **MI:** F
- **Date of Birth (MM-DD-YYYY):** 12-26-1922
- **Delete?** ☐
- **Last Name:** BOECKER
- **Telephone Number:** 215-547-4167
- **Address / City / State:** 835 Edmond Dr. Fairless Hills, PA
- **Zip:** 19030
- **Driver License Number:** 08973669
- **State:** PA
- **Class:** C

**Alcohol/Drugs Suspected:** ☒ No ☐ Illegal Drugs ☐ Medication ☐ Alcohol ☐ Alcohol and Drugs ☐ Unknown

**Driver or Pedestrian Physical Condition:** ☒ Apparently Normal ☐ Illegal Drug Use ☐ Fatigue ☐ Medication ☐ Had Been Drinking ☐ Sick ☐ Asleep ☐ Unknown

**Alcohol Test Type:** ☒ Test Not Given ☐ Breath ☐ Other ☐ Blood ☐ Urine ☐ Unknown if Test Given

**Primary Vehicle Code Violation:** Red light
**Charged?** ☐ Yes ☒ No

**Alcohol Test Results:** 0.—

**Driver Presence:** 1
1=Driver Operated Vehicle  2=No Driver  3=Driver Fled Scene  4=Hit and Run  9=Unknown

**Owner/Driver:** 01
00=Not Applicable  01=Private Vehicle Owned/Leased by Driver  02=Private Vehicle Not Owned/Leased by Driver  03=Rented Vehicle  04=State Police Vehicle  05=PENNDOT Vehicle  06=Other State Gov Veh  07=Municipal Police Veh  08=Other Municipal Government Vehicle  09=Federal Gov Veh  98=Other  99=Unknown

### Vehicle Information

**Same as Driver:** ☒
**Owner First Name:** 
**Owner Last Name or Business Name:**
**Address / City / State / Zip:**

- **Vehicle Make:** Oldsmobile
- **Make Code:** 21
- **VIN:** 1G3NL12E1YC350260
- **Model Year:** 2000
- **Vehicle Model:** Alero
- **License Plate:** DBT0355
- **Reg. State:** PA
- **Est. Speed:** 
- **Vehicle Towed:** ☒ Yes ☐ No
- **Towed By:** Dave Priscipio

**Insurance:** ☒ Yes ☐ No ☐ Unknown
**Insurance Company:** State Farm
**Policy No:** 3338049-B01-38P

**Trailing Unit - No. of Trailing Units:** 0
**Type Unit:** 
1=Towing Pass. Veh  2=Towing Truck  3=Towing Utility Trailer  4=Mobile/Modular Home  5=Camper  6=Full Trailer  7=Semi-Trailer  8=Other  9=Unknown

**Tag No:** 
**Tag Year:** 
**Tag St:** 

- **Direction of Travel:** E
- **Vehicle Position:** 01
- **Movement:** 01
- **Special Usage:** 00

**Vehicle Color:** 02
01=Blue  02=Red  03=White  04=Green  05=Black  06=Yellow  07=Silver  08=Gold  09=Brown  10=Orange  11=Purple  12=Other  99=Unknown

**Vehicle Type:** 01
01=Automobile  02=Motorcycle  03=Bus  04=Small Truck  05=Large Truck  06=SUV  07=Van  10=Snowmobile  11=Farm Equip  12=Construction Equip  13=ATV  18=Other Type Spec Veh  19=Unk. Type Spec Veh  20=Unicycle, Bicycle, Tricycle  21=Other Pedalcycle  22=Horse & Buggy  23=Horse & Rider  24=Train  25=Trolley  98=Other  99=Unknown

Special Usage: 00=Not Applicable  01=Fire Veh  02=Ambulance  03=Police  08=Other Emergency Vehicle  11=Public Transport  12=Commercial Passenger Carrier  13=Taxi  21=Tractor-Trailer  22=Twin Trailer  23=Triple Trailer  31=Modified Veh  99=Unknown

- **Initial Impact Point:** 09
- **Damage Indicator:** 3
- **Gradient:** 1 (1=Level 2=Uphill 3=Downhill 4=Bottom of Hill 5=Top of Hill 9=Unknown)
- **Road Alignment:** 1 (1=Straight 2=Curved 9=Unknown)

# COMMONWEALTH OF PENNSYLVANIA
## POLICE CRASH REPORTING FORM

**AA 500 2** | Police Use Only: 07555-100-07 | 03 | **P 1411756**

### Unit Info / Type Unit
- [x] Motor Vehicle in Transport
- [ ] Hit & Run Vehicle
- [ ] Illegally Parked
- [ ] Legally Parked
- [ ] Non-Motorized
- [ ] Pedestrian
- [ ] Pedestrian on Skates, in Wheelchair, etc.
- [ ] Disabled from Previous Crash
- [ ] Train
- [ ] Phantom Vehicle

**Commercial Vehicle:** [ ] Yes  [x] No

### Vehicle Driver / Pedestrian Information

| Unit No | First Name | MI | Date of Birth |
|---|---|---|---|
| 01 | MARGARET | A | 08/07/1936 |

**Last Name:** HAWLEY
**Telephone Number:** 215-295-5703
**Address / City / State:** 7 Avenrowe Ct, Fairless Hills, PA
**Zip:** 19030
**Driver License Number:** 20063983
**State:** PA  **Class:** C

**Alcohol/Drugs Suspected:** [x] No
**Driver or Pedestrian Physical Condition:** [x] Apparently Normal
**Alcohol Test Type:** [x] Test Not Given
**Primary Vehicle Code Violation:** N/A  **Charged?** [ ] Yes [ ] No
**Alcohol Test Results:** 0.—
**Driver Presence:** 1 (Driver Operated Vehicle)

**Owner/Driver:** 01 (Private Vehicle Owned/Leased by Driver)

### Vehicle Information

**Same as Driver:** [x]
**Vehicle Make:** Chevy  **Make Code:** 20
**VIN:** 2G1WF52E491157662  **Model Year:** 2000  **Vehicle Model:** Impala
**License Plate:** DZW524  **Reg. State:** PA  **Vehicle Towed:** [x] Yes  **Towed By:** Dave Piscope
**Insurance:** [x] Yes  **Insurance Company:** AIU  **Policy No:** 583 8787

### Trailing Unit
**No. of Trailing Units:** 0

**Direction of Travel:** S  **Vehicle Position:** 01  **Movement:** 01  **Special Usage:** 00
**Vehicle Color:** 17  **Vehicle Type:** 01
**Initial Impact Point:** 12  **Damage Indicator:** 3  **Gradient:** 1 (Level)  **Road Alignment:** 1 (Straight)

# COMMONWEALTH OF PENNSYLVANIA
## POLICE CRASH REPORTING FORM

AA 500 3 | Police Use Only: 07359-100-02 | 04 | P 1411756

## People Information

**A. Person Type:**
- 1=Driver
- 2=Passenger
- 7=Pedestrian
- 8=Other
- 9=Unknown

**B. Sex:**
- F=Female
- M=Male
- U=Unknown

**C. Injury Severity:**
- 0=Not Injured
- 1=Killed
- 2=Major Injury
- 3=Moderate Injury
- 4=Minor Injury
- 8=Injury, Unk Severity
- 9=Unknown if Injury

**D. Seat Position:**
- 00=Not A Passenger/Occupant
- 01=Driver - All Vehicles
- 02=Front Seat Middle Position
- 03=Front Seat Right Side
- 04=Second Row - Left Side Or Motorcycle Passenger
- 05=Second Row - Middle Position
- 06=Second Row - Right Side
- 07=Third Row Or Greater - Left Side
- 08=Third Row Or Greater - Middle Position
- 09=Third Row Or Greater - Right Side
- 10=Sleeper Section of Truckcab
- 11=In Other Enclosed Passenger Or Cargo Area
- 12=In Open Area (Back Of Pickup, Etc.)
- 13=Trailing Unit
- 14=Riding On Vehicle Exterior
- 15=Bus Passenger
- 98=Other
- 99=Unknown

**E. Safety Equipment One:**
- 00=None Used / Not Applicable
- 01=Shoulder Belt Used
- 02=Lap Belt Used
- 03=Lap And Shoulder Belt Used
- 04=Child Safety Seat Used
- 05=Motorcycle Helmet Used
- 06=Bicycle Helmet Used
- 10=Safety Belt Used Improperly
- 11=Child Safety Seat Used Improperly
- 12=Helmet Used Improperly
- 90=Restraint Used, Type Unknown
- 99=Unknown

**F. Safety Equipment Two:**
- 00=None Used / Not Applicable
- 01=Front Air Bag Deployed (For This Seat)
- 02=Side Air Bag Deployed (For This Seat)
- 03=Other Type Air Bag Deployed
- 04=Multiple Air Bags Deployed
- 05=Motorcycle Eye Protection
- 06=Bicyclist Wearing Elbow/Knee/Pads
- 10=Air Bag Not Deployed, Switch On
- 11=Air Bag Not Deployed, Switch Off
- 12=Air Bag Not Deployed, Unk Switch Setting
- 13=Air Bag Removed (Prior To Crash)
- 79=Unknown If Air Bag Deployed
- 99=Unknown

**G. Ejection:**
- 0=Not Applicable
- 1=Not Ejected
- 2=Totally Ejected
- 3=Partially Ejected
- 9=Unknown

**H. Ejection Path:**
- 0=Not Ejected / Not Applicable
- 1=Through Side Door Opening
- 2=Through Side Window
- 3=Through Windshield
- 4=Through Back Door
- 5=Through Back Door Tailgate Opening
- 6=Through Roof Opening (Sunroof/Convertible Top Down)
- 7=Through Roof Opening (Convertible Top Up)
- 9=Unknown

**I. Extrication:**
- 0=Not Applicable
- 1=Not Extricated
- 2=Extricated By Mechanical Means
- 3=Freed By Non - Mechanical Means
- 8=Other
- 9=Unknown

**EMS Agency:** Morrisville  
**Medical Facility:** St. Mary's

| Unit No | Person No | Delete? | Date of Birth (MM-DD-YYYY) | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | ☐ | 12-26-1922 | 1 | F | 8 | 01 | 99 | 00 | 0 | 0 | 0 |

☒ Same as Operator — Name / Address / Phone  
EMS Transport: ☒ Yes ☐ No

| Unit No | Person No | Delete? | Date of Birth (MM-DD-YYYY) | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 01 | ☐ | 08-07-1936 | 1 | F | 8 | 01 | 99 | 00 | 0 | 0 | 0 |

☒ Same as Operator — Name / Address / Phone  
EMS Transport: ☒ Yes ☐ No

(Remaining rows blank, crossed out with diagonal line)

# COMMONWEALTH OF PENNSYLVANIA
## POLICE CRASH REPORTING FORM

AA 500 4

Police Use Only: 07359-100-02    Page: 05

Crash Number: P1411756

## General Crash Information
(if more than 2 Units only complete one)

| Field | Value | Codes |
|---|---|---|
| Crash Description | 9 | 0=Non-Collision, 1=Rear End, 2=Head On, 3=Rear to Rear (Backing), 4=Angle, 5=Sideswipe (Same Direction), 6=Sideswipe (Opposite Direction), 7=Hit Fixed Object, 8=Hit Pedestrian, 9=Other/Unknown |
| Relation to Roadway | 1 | 1=On Travel Lanes, 2=Shoulder, 3=Median, 4=Roadside, 5=Outside Trafficway, 6=In Parking Lane, 7=Gore (Ramp Intersection), 9=Unknown |
| Illumination | 1 | 1=Daylight, 2=Dark - No Street Lights, 3=Dark - Street Lights, 4=Dusk, 5=Dawn, 6=Dark - Unknown Roadway Lighting, 8=Other |
| Weather Conditions | 1 | 1=No Adverse Conditions, 2=Rain, 3=Sleet (Hail), 4=Snow, 5=Fog, 6=Rain & Fog, 7=Sleet & Fog, 8=Other, 9=Unknown |
| Road Surface Conditions | 0 | 0=Dry, 1=Wet, 2=Sand, Mud, Dirt, Oil, 3=Snow Covered, 4=Slush, 5=Ice, 6=Ice Patches, 7=Water - Standing or Moving, 8=Other |

## Unit(s) Event Information

**Unit No 01**
| # | Harm Event | L/R | Most? | Utility Pole Number |
|---|---|---|---|---|
| 1 | 12 | L | | |
| 2 | 27 | R | | |
| 3 | | | | |
| 4 | | | | |

**Unit No 02**
| # | Harm Event | L/R | Most? | Utility Pole Number |
|---|---|---|---|---|
| 1 | 01 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Harmful Events (Harm Event):
01=Hit Unit 1, 02=Hit Unit 2, 03=Hit Unit 3, 04=Hit Unit 4, 05=Hit Unit 5, 06=Hit Other Traffic Unit, 07=Hit Deer, 08=Hit Other Animal, 09=Collision With Other Non-Fixed Object, 11=Struck By Unit 1, 12=Struck By Unit 2, 13=Struck By Unit 3, 14=Struck By Unit 4, 15=Struck By Unit 5, 16=Struck By Other Traffic Unit, 21=Hit Tree Or Shrubbery, 22=Hit Embankment, 23=Hit Utility Pole, 24=Hit Traffic Sign, 25=Hit Guard Rail, 26=Hit Guard Rail End, 27=Hit Curb, 28=Hit Concrete Or Longitudinal Barrier, 29=Hit Ditch, 30=Hit Fence Or Wall, 31=Hit Building, 32=Hit Culvert, 33=Hit Bridge Pier Or Abutment, 34=Hit Parapet End, 35=Hit Bridge Rail, 36=Hit Boulder Or Obstacle On Roadway, 37=Hit Impact Attenuator, 38=Hit Fire Hydrant, 39=Hit Roadway Equipment, 40=Hit Mail Box, 41=Hit Traffic Island, 42=Hit Snow Bank, 43=Hit Temporary Construction Barrier, 48=Hit Other Fixed Object, 49=Hit Unknown Fixed Object, 50=Overturn/Roll Over, 51=Struck By Thrown Or Falling Object, 52=Pot Holes Or Other Pavement Irregularities, 53=Jackknife, 54=Fire In Vehicle, 58=Other Non-Collision, 95=Unknown Harmful Event

| First Harmful Event in the Crash | Unit No: 02 | Harm Event: 01 | Most Harmful Event in The Crash | Unit No: 02 | Harm Event: 01 |
|---|---|---|---|---|---|

## Contributing Information

**Environmental / Roadway Potential Factors (E/R):** 1: 00  2:  3:

00=None, 01=Windy Conditions, 02=Sudden Weather Conditions, 03=Other Weather Conditions, 04=Deer In Roadway, 05=Obstacle On Roadway, 06=Other Animal In Roadway, 07=Glare, 08=Work Zone Related, 11=Slippery Road Conditions (Ice/Snow), 12=Substance On Roadway, 13=Potholes, 14=Broken Or Cracked Pavement, 15=RR Obstructed, 16=Soft Shoulder Or Shoulder Drop Off, 22=Other Roadway Factor, 29=Other Environmental Factor, 99=Unknown

**Possible Vehicle Failures (V):**
00=None, 01=Tires, 02=Brake System, 03=Steering System, 04=Suspension, 05=Power Train, 06=Exhaust, 07=Headlights, 08=Signal Lights, 09=Other Lights, 10=Horn, 11=Mirrors, 12=Wipers, 13=Driver Seating/Control, 14=Body, Doors, Hood, Etc, 15=Trailer Hitch, 16=Wheels, 17=Airbags, 18=Trailer Overloaded, 19=Unsecure/Shifted Trailer Load, 20=Improper Towing, 21=Obstructed Windshield, 99=Unknown

| Unit No | 1 | 2 |
|---|---|---|
| 01 | 00 | |
| 02 | 00 | |

**Driver Action (D):**
00=No Contributing Action, 01=Driver Was Distracted, 02=Driving Using Hand Held Phone, 03=Driving Using Hands Free Phone, 04=Making Illegal U-Turn, 05=Improper/Careless Turning, 06=Turning From Wrong Lane, 07=Proceeding W/O Clearance After Stop, 08=Running Stop Sign, 09=Running Red Light, 10=Failure To Respond To Other Traffic Control Device, 11=Tailgating, 12=Sudden Slowing/Stopping, 13=Illegally Stopped On Road, 14=Careless Passing Or Lane Change, 15=Passing In No Passing Zone, 16=Driving The Wrong Way On 1-Way Street, 17=Careless Or Illegal Backing On Roadway, 18=Driving On The Wrong Side Of Road, 19=Making Improper Entrance To Highway, 20=Making Improper Exit From Highway, 21=Careless Parking/Unparking, 22=Over/Under Compensation At Curve, 23=Speeding, 24=Driving Too Fast For Conditions, 25=Failure To Maintain Proper Speed, 26=Driver Fleeing Police (Pol Chase), 27=Driver Inexperienced, 28=Failure To Use Specialized Equip, 92=Affected By Physical Condition, 98=Other Improper Driving Actions, 99=Unknown

| Unit No | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 01 | 09 | — | | |
| 02 | 00 | | | |

**Pedestrian Action (P):**
00=None, 01=Entering Or Crossing At Specified Location, 02=Walking, Running, Jogging, Or Playing, 03=Working, 04=Pushing Vehicle, 05=Approaching Or Leaving Vehicle, 06=Working On Vehicle, 07=Standing, 98=Other, 99=Unknown

| Unit No: 01 | 00 | Unit No: 02 | 00 |
|---|---|---|---|

**Indicated Prime Factor** (Do not repeat this information on multiple pages)

| Unit No | Factor Code |
|---|---|
| 01 | 09 |

E/R ○    V ○    D ●    P ○

If E/R is the Prime Factor Type, leave Unit No blank.

## Diagram

[Hand-drawn diagram showing intersection of N. Olds Blvd / S. Olds Blvd with Trenton Rd, with arrows indicating vehicle paths and witness positions labeled "Wit 1" and "Wit 2". North arrow points left.]

## Witnesses

| # | Witness Name | Address | Phone |
|---|---|---|---|
| 1 | Bill Nohr | 350 Trenton Rd. Fairless Hills, Pa 19030 | 215-547-6693 |
| 2 | Christn Nicols | 323 Trenton Rd. Fairless Hills, Pa 19030 | 267-805-3607 |

**Narrative and additional witnesses:**  Accident Investigation Notification Issued? ☐   Property Damage ☐

Unit 1 states she does not recall what happened, just that she was hit.

Unit 2 states that she was traveling 5b on Trenton Rd. Her light was green & when she was entering the intersection Unit 1 came from her right through the red light.

Wit 1 stated that he was at the intersection on Trenton & N. Olds Blvd. The light on N. Olds / S. Olds was red. The opposite direction of Trenton Rd. had the green light / arrow. Unit 2 was traveling on Trenton Rd. approaching the intersection. Unit 1 was traveling on N. Olds toward Trenton Rd. Unit 1 went through the red light & Unit 2 struck Unit 1.

Wit 2 stated she was traveling a bit behind Unit 1. She states that she was slowing up for the red light on N. Old Blvd. & Unit 1 went through the light.

## Confirmation Report - Memory Send

Date & Time: Dec-27-2007  02:32pm
Tel line   : +12154281201
Machine ID : WACHOVIA

| | |
|---|---|
| Job number | : 907 |
| Date & Time | : Dec-27 02:30pm |
| To | : 918667434827 |
| Number of pages | : 006 |
| Start time | : Dec-27 02:30pm |
| End time | : Dec-27 02:32pm |
| Pages sent | : 006 |
| Status | : OK |

Job number  : 907        *** SEND SUCCESSFUL ***

[Commonwealth of Pennsylvania Police Crash Reporting Form AA 500 1, Crash Number 07-17499 P1411756, with handwritten entries including: Incident Number 07357-100-002, Police Agency 09208, Patrol Zone 3, Agency Name Falls Twp, Precinct 71B, Investigation Date 12-25-2007, Badge Number 100, Dispatch Time 1144, Arrival Time 1150, Investigator J Hanks, Reviewer Crystal Hall Clark, Badge 00074, Approval Date 12-25-2007, County 09 Bucks, Municipality 308 Falls, Crash Date 12-25-2007, Crash Time 1141, No of Units 1, People 02, Injured 02, Street Name Trenton, Speed Limit 35, Street Ending E2, Intersecting Street Name W Olds, Speed Limit 25, Street Ending E2]