If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
 f/k/a General Motors Corp., *et al.* : 
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 12, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER**

1. Motion of the Revitalizing Auto Communities Environmental Response Trust for an Order Pursuant to 11 U.S.C. §§ 105 and 1142 to Enforce Debtors' Payment Obligations Under the Second Amended Joint Chapter 11 Plan and the Confirmation Order ("**Motion**") (**ECF No. 11164**)

    A. Declaration of Scott R. Hamilton In Support of Motion (**ECF No. 11165**)

    B. Declaration of Michael O. Hill in Support of the Motion (**ECF No. 11385**)

    C. Supplemental Declaration of Scott R. Hamilton in Support of Motion (**ECF No. 11386**)

    Responses Filed:

    D. Motors Liquidation Company DIP Lenders Trust's Response in Opposition to the Motion (**ECF No. 11297**)

       1.    Motors Liquidation Company DIP Lenders Trust's Amended Response in Opposition to the Motion (**ECF No. 11335**)

Replies Filed:

E.    Reply Brief of the Revitalizing Auto Communities Environmental Response Trust (**ECF No. 11384**)

Sur-Replies Filed:

F.    Motors Liquidation Company DIP Lenders Trust's Sur-Reply to the Motion (**ECF No. 11519**)

Additional Documents:

G.    Debtors' Response to Motion of Revitalizing Auto Communities Environmental Response Trust (**ECF No. 11201**)

H.    Statement of the States of New York, New Jersey, Ohio, Missouri, Kansas, Michigan, Louisiana, Wisconsing, the Commonwealthy of Massachusetts, and the St. Regis Mohawk Tribe In Support of Motion (**ECF No. 11220**)

I.    Order Granting Ex Parte Motion by the State of New York to Enlarge the Time to File the Governmental Entities' Statement in Support of the Motion (**ECF No. 11223**)

J.    Ex Parte Motion by the State of New York to Enlarge the Time to File the Governmental Entities' Statement in Support of the Motion (**ECF No. 11224**)

K.    Stipulation and Order Regarding Motion (**ECF No. 11228**)

L.    Order Granting Motors Liquidation Company DIP Lenders Trust's Motion to File an Amended Response in Opposition to Motion (**ECF No. 11366**)

M.    Joinder of the States of New York, Illinois, Indiana, Kansas, Michigan, Missouri, New Jersey, Ohio, the Massachusetts Department of Enviornmental Protection, and the St. Regis Mohawk Tribe, in Motion (**ECF No. 11380**)

**Status:**    This matter is going forward.

## II. UNCONTESTED MATTERS

1. 269th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11511**)

    Responses Filed:

    A. Response of Nationwide Mutual Insurance Co., Allied Group, Inc. and Titan Insurance Co. to the GUC Trust's 269th Omnibus Objection to Claims (the "**Nationwide Et Al. Response.**") (**ECF No. 11578**)

    B. Response of Evelyn and George Garcia (the "**Garcia Response**") (**ECF No. 11542)**

    C. Response of Margaret Hawley (the "**Hawley Response**") (**ECF No. 11581)**

    D. TRC Optimum Fund LLC A/K/A Miles Press Inc. (the "**TRC Response**") (Informal Response)

    E. Delores J. Berardi (the "**Berardi Response**") (Informal Response)

    Replies Filed:           None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is going forward except as to the Nationwide Et. Al. Response, which is adjourned to May 15, 2012 at 9:45 a.m., subject to further adjournments. The omnibus objection is withdrawn as to the Garcia Response, Hawley Response, TRC Response and the Berardi Response.

2. 270th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 11512**)

    Responses Filed:         None to date.

    Replies Filed:           None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is going forward.

Dated: New York, New York
April 10, 2012

  /s/ Jospeh H. Smolinsky_____
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust