# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br><br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br><br> [ ] MLCS, LLC, Case No. 09-50027 <br><br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br><br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | MOTORISTS MUTUAL INSURANCE COMPANY <br> ZEEHANDELAR, SABATINO & ASSOCIATES, LLC <br> 471 EAST BROAD STREET SUITE 1200 <br> COLUMBUS, OH 43215 UNITED STATES OF AMERICA |
| Claim Number (if known): | 50964 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $87,500.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/6/12

Print Name: ALESSANDRO SABATINO TR

Title (if applicable): ATTORNEY FOR CREDITOR



RECEIVED APR 10 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

1

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number.   If you received a notice of the case form the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408.   Alternatively, attorneys with an ECF password may file this form electronically.   A copy of the form should also be sent to Motors Liquidation Company GUC Trust c/o AlixPartners, Attn: ADR Claims Team, 2101 Cedar Springs Road, Suite 1100, Dallas, TX 75201, or via email to rcuming@alixpartners.com and/or subrown@alixpartners.com.

# Zeehandelar, Sabatino & Associates, L.L.C.

Attorneys at Law
www.zsa-law.com

Alessandro Sabatino, Jr., Esquire
Phone: (614) 458-1220
Email: asabatino@zsa-law.com

471 East Broad Street, Suite 1500
Columbus, Ohio 43215
Phone:   (614) 458-1200
         (888) 234-3800
Fax:     (614) 458-1201
Email:   zsa@zsa-law.com

April 6, 2012

Clerk of Courts
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re:    Motors Liquidation Company, Case No. 09-50026
                Our File No. 9-1059

Dear Clerk:

Enclosed please find the original and one copy of a Withdrawal of Claim to be filed in the above-captioned case on behalf of Motorists Mutual Insurance Company, claim no. 50964. Please return a time-stamped copy to me in the enclosed postage paid envelope.

Thank you for your cooperation.

Very truly yours,

**Zeehandelar, Sabatino & Associates, LLC**


Alessandro Sabatino, Jr.


Enclosures

RECEIVED APR 1 0 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

A Limited Liability Company