**HEARING DATE AND TIME:  April 26, 2012 at 9:45 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                    :
              Debtors.              :    (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

**MOTORS LIQUIDATION COMPANY GUC TRUST'S REPLY TO**
**RESPONSES TO THE ONE HUNDREDTH OMNIBUS OBJECTION TO CLAIMS**
**<u>(Claims Relating to Former Employees Represented by United Auto Workers)</u>**

# **TABLE OF CONTENTS**

**Page**

Preliminary Statement..................................................................................................................... 1

The Claims Should Be Disallowed and Expunged ...................................................................... 2

The Responses ................................................................................................................................. 2

    (A)    Claim No. 29823: Stephan Theis .......................................................................... 2

    (B)    Claim No. 64968: Sarlower Olivier Tibbs ........................................................... 4

Conclusion ....................................................................................................................................... 5

## TABLE OF AUTHORITIES

**Page(s)**

CASES

*In re Oneida, Ltd.*,
   400 B.R. 384 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL
   234827 (S.D.N.Y. Jan. 22, 2010)..............................................................................................2

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

The Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**")[1] in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time), files this reply (the "**Reply**") to the Responses (defined below) interposed to the 100th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (ECF No. 7102) (the "**Omnibus Objection**"), and respectfully represents:

### Preliminary Statement

1.      On September 23, 2010, the Debtors filed the Omnibus Objection.  The Omnibus Objection seeks the disallowance and expungement of certain employment-related and pension and welfare benefits claims of UAW Employees[2] on the basis that such claims have been assumed by New GM pursuant to the terms of the Master Purchase Agreement, as described in the Omnibus Objection, are not the responsibility of the Debtors or the GUC Trust and therefore should be disallowed and expunged from the claims register.

2.      Responses to the Omnibus Objection were due by October 26, 2010.  The responses listed on **Annex "A"** hereto and described further herein were filed with respect to the Omnibus Objection (collectively, the "**Responses**") by Stephan Theis and Sarlower Olivier Tibbs (individually, a "**Responding Party**" and collectively, the "**Responding Parties**") relating to their individual claims (the "**Claims**").

---

[1] The Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**"), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.), Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.
[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Omnibus Objection.

3.    The Responses are generally not substantive.  After reviewing the Responses, the GUC Trust[3] respectfully reiterates the Debtors' position in the Omnibus Objection, and submits that the Responding Parties have failed to provide any legal or factual support for the Claims.  Notwithstanding the Responding Parties' opposition, the Responses should be dismissed because the Claims relate to liabilities for employment-related claims and pension, severance, and workers' compensation benefits of UAW Employees that have been assumed in full by New GM pursuant to the terms of the Master Purchase Agreement. Accordingly, the GUC Trust files this Reply in support of the Omnibus Objection and respectfully requests that the Claims be disallowed and expunged from the claims register.

## The Claims Should Be Disallowed and Expunged

4.    The Responding Parties have failed to demonstrate the validity of their Claims and, thus, the Claims should be disallowed and expunged.  *See, e.g.*, *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010) (claimant has burden to demonstrate validity of claim when objection is asserted refuting claim's essential allegations).

## The Responses

**(A)    Claim No. 29823: Stephan Theis (the "Theis Claim")**

5.    On October 14, 2010, a response was filed on behalf of Stephan Theis (the "**Theis Response**"), stating opposition to the relief sought in the Omnibus Objection with respect to the Theis Claim.  (*See* Proof of Claim and Theis Response at **Exhibit 1** attached hereto).  In the Theis Response, Mr. Theis opposes the disallowance and expungement of the Theis Claim on the basis that, though he agrees that New GM has assumed liability for his qualified defined

---

[3] While the Omnibus Objection was filed by the Debtors, this Reply is being filed by the GUC Trust because, pursuant to the Plan, the GUC Trust now has the exclusive authority to prosecute and resolve objections to Disputed General Unsecured Claims (as defined in the Plan).

benefit pension benefits and that Mr. Theis is receiving such benefits in full, New GM would be able in accordance with the terms of the applicable qualified defined benefit pension plan, the General Motors Hourly Rate Employee Pension Plan ("**Pension Plan**"), to amend or terminate the plan at any time, which in Mr. Theis' view, implies that New GM may be only temporarily responsible for his pension benefits.

6.     Paragraph 13 of the Omnibus Objection explains that, pursuant to Section 6.17(e) of the Master Purchase Agreement (*Assumption of Certain Parent Employee Benefit Plans and Policies*), New GM assumed all liabilities under employee benefit plans sponsored by Debtors under which UAW Employees participate, including responsibility for all claims with respect to pre- and post-petition benefits and benefits modifications provided under any such plan.  The Pension Plan, under which Debtors provided pension benefits to Mr. Theis and other UAW Employees, is accordingly covered under Section 6.17(e) of the Master Purchase Agreement.  In addition, this Court's *Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief* [ECF No. 2968] (the "**Sale Order**") dated July 5, 2009, provides:

> Except as expressly provided in the MPA or this Order, after the Closing, the Debtors and their estates shall have no further liabilities or obligations with respect to any Assumed Liabilities other than certain Cure Amounts as provided in the MPA, and all holders of such claims are forever barred and estopped from asserting such claims against the Debtors, their successors or assigns, and their estates.

Sale Order at paragraph 26.  Therefore, the Debtors and the GUC Trust do not have any liability with respect to the pension benefits of Mr. Theis.

7.      The Theis Response provides no additional support for the Theis Claim.
For the reasons set out above, the Debtors respectfully submit that the Theis Response should be
dismissed, and the Theis Claim should be disallowed and expunged.

**(B)      Claim No. 64968: Sarlower Olivier Tibbs (the "Tibbs Claims")**

8.      A response was filed on behalf of Sarlower Olivier Tibbs (the "**Tibbs
Response**") stating opposition to the relief sought in the Omnibus Objection with respect to the
Tibbs Claim.  (*See* Proof of Claim and Tibbs Response at **Exhibit 2** attached hereto).  In the
Tibbs Claim, Ms. Tibbs states that she did not receive the full amount of severance she was owed
in the context of a termination offer, because she was not properly credited for her past service to
Debtors.  In the Tibbs Response, Ms. Tibbs makes no reference to her claim for additional
severance, but opposes the disallowance and expungement of the Tibbs Claim on the basis that
she should be compensated for her pain and suffering attributable to a shoulder injury which
occurred in November 2000, which the Tibbs Response implies was incurred in the course of
Ms. Tibbs' employment by Debtors, and (as stated in the Tibbs Response) has been treated as
required under the applicable workers' compensation law.  Given that Ms. Tibbs' injury was
incurred in the course of her employment, the extent to which Ms. Tibbs may be compensated
for pain and suffering or other rights or benefits related to her shoulder injury would be
determined by the applicable workers' compensation law (including whether an employment-
related claim in tort could be sustained).

9.      Paragraph 8 of the Omnibus Objection explains that pursuant to Section
2.3(a)(xiii) (*Assumed and Retained Liabilities*) of the Master Purchase Agreement, New GM
assumed all liabilities with respect to all employment-related obligations and liabilities
pertaining to the UAW Employees, including (among other things) all liabilities with respect to
claims related to discrimination, torts, compensation, workers' compensation, grievances

09-50026-mg    Doc 11594    Filed 04/13/12    Entered 04/13/12 11:40:29    Main Document
Pg 8 of 46

originating under the UAW Collective Bargaining Agreement, and termination of employment, except for Retained Workers Compensation Claims. The Tibbs Claim is not a Retained Workers' Compensation Claim.[4] Both the severance obligations referenced in the Tibbs Claim and the workers' compensation-related claims and benefits referenced in the Tibbs Response are employment-related obligations and liabilities related to a UAW Employee that were assumed in full by New GM pursuant to Section 2.3(a)(xiii) of the Master Purchase Agreement. Therefore, the Debtors and the GUC Trust do not have any liability with respect to the severance and workers' compensation-related claims and benefits of Ms. Tibbs.

10.     The Tibbs Response provides no additional documentation to support the Tibbs Claim. For the reasons set out above, the Debtors respectfully submit that the Tibbs Response should be overruled, and the Tibbs Claim should be disallowed and expunged.

### Conclusion

11.     Because New GM assumed the employment-related and pension and welfare benefits claims of UAW Employees, the Debtors and the GUC Trust have no liability for the Responding Parties' Claims. The GUC Trust reiterates that the Responses have not provided any legal or factual support for the Claims and cannot be afforded prima facie validity under the Bankruptcy Code. Accordingly, the Claims should be disallowed and expunged in their entirety.

---

[4] "Retained Workers' Compensation Claims" include only workers' compensation claims brought by current or former employees residing in or employed in Alabama, Georgia, New Jersey, or Oklahoma. The Tibbs Claim indicates that Ms. Tibbs was a resident of the state of the Texas during the pre-petition period and continued to reside in Texas at the time the Tibbs Claim was filed.

WHEREFORE, for the reasons set forth above and in the Omnibus

Objection, the GUC Trust respectfully requests that the Court grant the relief requested in the

Omnibus Objection and such other and further relief as is just.

Dated: New York, New York
April 13, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
Company GUC Trust

**Annex A**

| No. | Proof of Claim No. | Response Docket No. | Name | Total Claimed | Summary |
|---|---|---|---|---|---|
| 1. | 29823 | 7476 | Stephan Theis | $504.000.00 (U) | Mr. Theis' response asserts that New GM is only temporarily responsible for pension obligations. Mr. Theis notes that he is currently receiving his pension benefits. |
| 2. | 64968 | Informal | Sarlower Oliver Tibbs | $15,000.00 (S) $20,634.60 (P) $158,587.00 (U) | Ms. Tibbs' original claim asserts only partial payment of a severance benefit. Her response makes no reference to a claim for severance and newly asserts a shoulder injury and requests compensation for pain and suffering and hardship. |

Table title: **100th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers)**

## Exhibit 1

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor** (Check Only One)

| | Case No |
|---|---|
| ☐ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc ) | 09-13558 (REG) |

**Your Claim is Scheduled As Follows.**

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503*

**Name of Creditor** (The person or other entity to whom the debtor owes money or property) STEPHAN THEIS

THE GARDEN CITY GROUP, INC.
NOV 18 2009

**Name and address where notices should be sent**

STEPHAN THEIS
2032 WATKINS LAKE RD
WATERFORD MI 48328-1432

☐ Check this box to indicate that this claim amends a previously filed claim

**Court Claim Number** _____
*(If known)*

Filed on _____

Telephone number
**Email Address** Stephan.THEIS@ATT.Net

**Name and address where payment should be sent** (if different from above)

Same as Above

FILED - 29823
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown  (This scheduled amount of your claim may be an amendment to a previously scheduled amount )  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS  If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

**1  Amount of Claim as of Date Case Filed, June 1, 2009**    $ 504,000,00

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4  If all or part of your claim is entitled to priority, complete item 5  If all or part of your claim is asserted pursuant to 11 U S C §503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges

**2  Basis for Claim** Pension / Benefits
(See instruction #2 on reverse side )

**3  Last four digits of any number by which creditor identifies debtor** _____

**3a  Debtor may have scheduled account as** _____
(See instruction #3a on reverse side )

**4  Secured Claim** (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

**Nature of property or right of setoff** ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
**Describe**

**Value of Property** $ _____    **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any** $ _____

**Basis for perfection** _____

**Amount of Secured Claim** $ _____    **Amount Unsecured** $ _____

**6  Credits**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7  Documents**  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

**5  Amount of Claim Entitled to Priority under 11 U S C § 507(a)**
If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(___)

**Amount entitled to priority**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

| **Date** 11/15/09 | **Signature**  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any | **FOR COURT USE ONLY** |
|---|---|---|

Stephan Theis          Stephan Theis

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571
**Modified B10 (GCG) (12/08)**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law  In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor there may be exceptions to these general rules  The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc , are not authorized and are not providing you with any legal advice*

### A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL  COMPLETED CLAIM FORM AS FOLLOWS  **IF BY MAIL**  THE GARDEN CITY GROUP, INC , ATTN  MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, P O  BOX 9386, DUBLIN, OH 43017-4286  **IF BY HAND OR OVERNIGHT COURIER**  THE GARDEN CITY GROUP, INC ,  ATTN MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY  SUITE A, DUBLIN, OH 43017  PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO  THE UNITED STATES BANKRUPTCY COURT, SDNY, ONE BOWLING GREEN, ROOM 534, NEW YORK, NEW YORK 10004  ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED

### THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5 00 P M   (PREVAILING EASTERN TIME)

**Court, Name of Debtor, and Case Number**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on  June 1, 2009  You should select the debtor against which you are asserting your claim
**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR**

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case  Please provide us with a valid email address  A separate space is provided for the payment address if it differs from the notice address  The creditor has a continuing obligation to keep the court informed of its current address  See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1   Amount of Claim as of Date Case Filed**
State the total amount owed to the creditor on the date of the bankruptcy filing Follow the instructions concerning whether to complete items 4 and 5  Check the box if interest or other charges are included in the claim

**2   Basis for Claim**
State the type of debt or how it was incurred  Examples include goods sold  money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card  If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information  You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim

**3   Last Four Digits of Any Number by Which Creditor Identifies Debtor**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor, if any

**3a  Debtor May Have Scheduled Account As**
Use this space to report a change in the creditor's name  a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4   Secured Claim**
Check the appropriate box and provide the requested information if the claim is fully or partially secured  Skip this section if the claim is entirely unsecured  (See DEFINITIONS, below )  State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5   Amount of Claim Entitled to Priority Under 11 U S C  § 507(a)**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority  (See DEFINITIONS, below )  A claim may be partly priority and partly non-priority  For example, in some of the categories, the law limits the amount entitled to priority

For claims pursuant to 11 U S C  § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases (See DEFINITIONS, below)  Attach documentation supporting such claim

**6   Credits**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt

**7   Documents**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt  You may also attach a summary  You must also attach copies of documents that evidence perfection of any security interest  You may also attach a summary  FRBP 3001(c) and (d)  If the claim is based on the delivery of health care goods or services, see instruction 2  Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature**
The person filing this proof of claim must sign and date it  FRBP 9011  If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature  Print the name and title, if any, of the creditor or other person authorized to file this claim  State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices  Attach a complete copy of any power of attorney  Criminal penalties apply for making a false statement on a proof of claim

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation  or other entity that has filed a bankruptcy case
The Debtors in these Chapter 11 cases are

| | |
|---|---|
| Motors Liquidation Company | |
| (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS, LLC | |
| (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation | |
| (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem, Inc | |
| (f/k/a Chevrolet-Saturn of Harlem, Inc ) | 09-13558 (REG) |

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing  See 11 U S C  §101(5)  A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing  The creditor must file the form with The Garden City Group  Inc as described in the instructions above and in the Bar Date Notice

**Secured Claim Under 11 U S C  § 506(a)**
A secured claim is one backed by a lien on property of the debtor  The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors  The amount of the secured claim cannot exceed the value of the property  Any amount owed to the creditor in excess of the value of the property is an unsecured claim  Examples of liens on property include a mortgage on real estate or a security interest in a car  A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding  In some states, a court judgment is a lien  A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim  A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U S C  § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information  A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc , please provide a self-addressed, stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims  One or more of these entities may contact the creditor and offer to purchase the claim  Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor  These entities do not represent the bankruptcy court or the debtor  The creditor has no obligation to sell its claim  However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C  § 101 et seq ), and any applicable orders of the bankruptcy court

**Additional Information**
If you have any questions with respect to this claim form, please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation com

### INFORMATION

Nov 15, 2009

I WORKED 35.3 years FOR General MOTORS CORP.

I am ENTITLED TO a RETIREMENT + BENEFITS Per agreements

SINCE G.M. NewCo IN The UAW-G.M. SETTLEMENT
agreement STATES "Newco DENIES any
RESPONSIBILITY FOR any G.M. LIABILITIES
and
"WHERE AS" UAW WAVED RIGHT TO CLAIM
That Newco was SUCCESSOR TO G.M.'s
LIABILITIES (IN The Amendments SECTION)

IT SEEMS Like The ENTITY Responsible To
Pay My BENEFITS IS NOT CLEAR — So I'm
FILING against The ONE That PROMISED ME
That Pension + BENEFITS — General MOTORS CORP
COST as Follows

$1,745.59 Per Month RETIREMENT FOR 35.3 years OF SERVICE
354.41 Medical INSURANCE Per Month
$2,100.00 TOTAL Per Month
X 240 Months = 20 years, The NUMBER Till I'm 82 (AVERAGE LIFE EXPECT)
$504,000.00 The Amount I Feel I'm Owed

SINCERLY

Oct 14, 2010

UNITED STATES BANKRUPTSY COURT
SOUTHERN DISTRCI OF NEW YORK
IN RE.

MOTORS LIQUIDATION COMPANY
f/k/a/ General Motors corp ., et al.,

Chapter 11 case No.
09-50026 (REG)

debtors

Notice of Claimants objection to the debtors one hundredth omnibus objection to claims..

The court is busy so ill be brief.  Im asking that my claim not be disallowed or expunged....

In the one hundredth omnibus objection to claims,  Debtors attorneys entire argument is that the new GM has assumed liability for the employees pension.. If that were so I wouldn't be filing this..  The truth can be found in the debtors own one hundredth omnibus to claims in paragraph #13 , page 8.. It clearly states ""Purchaser and its affiliates may in its sole discretion, amend, suspend, or terminate any such assumed plan at any time in accordance with its terms."

So actually what the new GM has agreed  to is be  "temporarily"  responsible for my pension.  To assume liability, by definition,  would mean to be responsible until the obligation is satisfied.. Even if they said they would be responsible as long as they're financially able – that would be good enough for me.. But to say they're responsible until they change their mind just is not!!

Im 62 years old, worked for GM 36 years, basically my whole working life, Im to old to start over. Ive counted on this pension,,  and until someone really does "ASSUME LIABILITY",,  Im holding the old GM (Motors Liquidation Co.) the ones that promised me,  responsible....

Thanks for reading this.......

Note,, the original amount I had
Ask for has dropped and continues
to be less every day as I receive
my temporary pension benefits.

Stephan THEIS
2032 Watkins Lk Rd
WaterFord Michigan
48328

**<u>Exhibit 2</u>**

01990587
APS0614126013



| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor (Check Only One)**  Case No

☒ Motors Liquidation Company (f/k/a General Motors Corporation)  09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC)  09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)  09-50028 (REG)
☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc )  09-13558 (REG)

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property) TIBBS SARLOWER OLIVIER

Name and address where notices should be sent

TIBBS SARLOWER OLIVIER
PO BOX 531282
GRAND PRAIRIE TX 75053-1282

Telephone number
Email Address

Name and address where payment should be sent (if different from above)

FILED - 64968
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number

**Your Claim is Scheduled As Follows**


THE GARDEN CITY GROUP, INC.
NOV 30 2009

☐ Check this box to indicate that this claim amends a previously filed claim

**Court Claim Number** _____
*(If known)*

Filed on _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED UNLIQUIDATED or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions you need not file again

**1 Amount of Claim as of Date Case Filed, June 1, 2009**  $_____

If all or part of your claim is secured, complete item 4 below however if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9) complete item 5

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

**2 Basis for Claim** _____
(See instruction #2 on reverse side )

**3 Last four digits of any number by which creditor identifies debtor** ___3819___

**3a Debtor may have scheduled account as** _____
(See instruction #3a on reverse side )

**4 Secured Claim** (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

**Nature of property or right of setoff** ☒ Real Estate  ☐ Motor Vehicle  ☒ Equipment  ☒ Other
Describe

Value of Property $_____  Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any  $_____

Basis for perfection _____

Amount of Secured Claim $ 15000 00  Amount Unsecured $ 158 587

**6 Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7 Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders invoices itemized statements or running accounts contracts judgments, mortgages and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of redacted on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

**5 Amount of Claim Entitled to Priority under 11 U S C § 507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business, whichever is earlier – 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☒ Up to $2 425* of deposits toward purchase lease or rental of property or services for personal family or household use – 11 U S C § 507(a)(7)

☒ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))

☒ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

**Amount entitled to priority**
$20 634.60

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**Date** 11 30 09  **Signature** The person filing this claim must sign it Sign and print name and title if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney if any

_Sarlower O Tibbs_

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim* Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571
**Modified B10 (GCG) (12/08)**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules. The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc. are not authorized and are not providing you with any legal advice.*

### A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: IF BY MAIL, THE GARDEN CITY GROUP, INC. ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, PO BOX 9386, DUBLIN OH 43017-4286. IF BY HAND OR OVERNIGHT COURIER, THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO THE UNITED STATES BANKRUPTCY COURT, SDNY, ONE BOWLING GREEN, ROOM 534, NEW YORK, NEW YORK 10004. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.

**THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

**Court, Name of Debtor, and Case Number**

These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1, 2009. You should select the debtor against which you are asserting your claim.

**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR**

**Creditor's Name and Address**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. Please provide us with a valid email address. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1  Amount of Claim as of Date Case Filed**

State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2  Basis for Claim**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim.

**3  Last Four Digits of Any Number by Which Creditor Identifies Debtor**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor, if any.

**3a  Debtor May Have Scheduled Account As**

Use this space to report a change in the creditor's name, a transferred claim or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4  Secured Claim**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5  Amount of Claim Entitled to Priority Under 11 U S C § 507(a)**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

For claims pursuant to 11 U S C § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases (See DEFINITIONS below). Attach documentation supporting such claim.

**6  Credits**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim the creditor gave the Debtor credit for any payments received toward the debt.

**7  Documents**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents as attachments may be destroyed after scanning.

**Date and Signature**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## DEFINITIONS

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

The Debtors in these Chapter 11 cases are:

| | |
|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) |

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing. See 11 U S C §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with The Garden City Group, Inc. as described in the instructions above and in the Bar Date Notice.

**Secured Claim Under 11 U S C § 506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Section 503(b)(9) Claim**

A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U S C § 507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out or otherwise deleted certain information. A creditor should redact and use only the last four digits of any social-security, individual's

---

## INFORMATION

tax-identification, or financial-account number, all but the initials of a minor's name, and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage lien certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing from The Garden City Group, Inc., please provide a self-addressed, stamped envelope and a copy of this proof of claim when you return the original claim to The Garden City Group, Inc.

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 et seq.) and any applicable orders of the bankruptcy court.

**Additional Information**

If you have any questions with respect to this claim form please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation.com

# SARLOWER TIBBS

P o Box 531282 Grand Prairie, TX
75053
Phone (817) 358-1767
Cell (817) 449 4392
Sweetlo42@yahoo.com

November 24, 2009

Recipient Name MOTORS LIQUIDATION COMPANY (f/ k/ a/ General Motors Corporation)
Case No 09-50026 (REG)

Dear, United State Bankruptcy Court for the Southern District Of New York,

I am writing this letter in good faith that you read and understand what has happen in my life for the last two and a half years First, I started working for General Motors in February of 1994 at the Shreveport Trucking plant I was there for five years and I decide to transfer to Arlington, TX, to the General Motors Assembly plant in May of 2000 I worked there until General Motors offered the buy out in July 2006 I actually left the company knowing that I have did more then ten year with the company And the buy out stated that if you have more then 10 yrs with the company you will get $140,000 00

Well that did not happen for me they only gave me $70,000 00 Because GM stated that, I did not have my 10yrs in with the company After talking to my benefit representative at the plant before, I took the buy out to make sure that I had my 10yrs She stated that I did so I went on and signed the paper knowing, that I had my 10yrs in with the company so when I receive $70,000 00 I actually thought that GM was going to send me another check for $70,000 00 but after I called the plant back they told me that they didn't owe me any more money and that I did not have my 10yrs in with the company So that when I went to talk to the UAW about this and the agreement that I wanted to come back to work and pay the money back . The UAW said that its was ok and that they would talk to management to let them know that I was going to make the payment back to GM, so I can get back to work but management told them that they wanted all the money back at one time

So that's when I file a grievance and I never heard anything about it until April 2008 stating that I need to contact them immediately upon receipt of this letter regarding the buy-out that I took from General Motors I left the company in July 2006 thinking that I was going to get $140,000 00 for my 10yrs but I didn't to get it I but only receive $70,000 00 after taxes only got $43,000 00 so I lost medical benefits, dental and all other that was due to me with the two and a half years

I suffered a big lost from a mistake that GM made I had to move in with my daughter I wanted to help with her bills, so I thought that I could draw my unemployment benefits being that it was GM mistake , because at the time the contract should have been void it was there mistake and that I should have able to come back to work Instead, I had to suffer and lose everything because they did not send me the money owed to me back in December 2008 Which that did not include any of my medical bills that I have accumulated over the two and a half years, that I was off with no income they denied me for unemployment benefits

I lost my home that I was leasing I owe the IRS money and my credit failed due to my entire over due and delinquent bills To make a long story short , I just want what is due to me for the two and a half years that I had to suffer due to their mistake So with this letter I have add all the medical bills, agreements that I have with the companies that I owe within the two years, six months with interest 18%, also all of my employment benefits that I could have been receiving, but due to their mistake which should have been breech of contract in 2006 and I could have been back to work with General Motors I would like to receive my back pay of two and a half years of all hours, and over time hours worked If you have, any questions please feel free to contact me at (817)-358-1767 or (817)-449-4392 I would also like to include an alternate contact of Crystal Surry (my daughter) if you are unable to contact me on either of the phone, numbers above please contact Crystal at (682)-556-8919 Thank you for your efforts in resolving this matter that has caused my family hardship and me

Sincerely,
Sarlower Tibbs

*Sarlower O Tibbs*

Will you Please give me a call - 817-449-4392
Something I Did not understand. Thanks



GENERAL MOTORS CORP
GM TRUCK GROUP
ARLINGTON PLANT
2525 EAST ABRAM STREET
ARLINGTON, TX 76010-1390

N000253    18008    43 1474617
18188 17    09A
SARLOWER O TIBBS
PO    BOX 531282
GRAND PRAIRIE, TX 75053



Pg 22 of 46

TRUCK GROUP

| NO | DATE | PLANT | DEPT | CLOCK | SHIFT | RATE | COLA | W4 |
|---|---|---|---|---|---|---|---|---|
| 1474617 | 10/23/2005 | *** | 3819 | 000 | 17 | 18188 | 2 | 26 680 | 1 16 | S05 |

### STATEMENT OF EARNINGS and DEDUCTIONS

| CURRENT PAY | HOURS | AMOUNT | DEDUCTIONS | AMOUNT | YEAR TO DATE | REMAINING BALANCE |
|---|---|---|---|---|---|---|
| STRAIGHT TIME | 40.70 | 1133.09 | FICA TAX SS | 74 40 | 938 72 | |
| OVERTIME PREM | .35 | 9.74 | FICA TAX HI | 17.40 | 219 52 | |
| SHIFT PREM | 40 70 | 57 14 | FEDERAL TAX | 147 97 | 1523 94 | |
| PSP PRE-TAX | | | UNION DUES | 56 18 | 356 63 | |
| GROSS PAY | | 1199 97 | FICA RECOVERY | 0 21 | | |
| | | | TOTAL DEDUCTS | 296.16 | | |
| YEAR TO DATE | 483 40 | 14909 55 | NETPAY | 903 81 | | |
| YTD INS II | | 9.50 | | | | |
| PSP PRE-TX YTD | | 230 96 | | | | |
| VACA ENT BAL | 16 00 | | | | | |
| VAC/WKS = 10 | | | | | | |

DETACH AND RETAIN THIS RECORD

his pay includes a cost f living allowance based pon existing corporation olicy, added to base rate nd included in night shift, vertime, and other remium payments

he hours will be used in he calculation of credited ervice at year end.

$29.94
a Hour

paid $19
$30

HANK YOU!
ONTRIBUTIONS FROM GM EMPLOYEES TO 'H
005 CHARITABLE GIVING CAMPAIGN ONCE,
GAIN PROVES THAT WE CAN DO IT TOGETHER

━━━━━━ REMOVE DOCUMENT ALONG THIS PERFORATION ━━━━━━

CheCK Stud of have much I was
making. Before I took the Buy-out

$29 84





United Automobile, Aerospace and Agricultural Implement Workers
UAW 276
Woodcock Hall

2505 W F Roberts Street
Grand Prairie, Texas 75051

7001 0320 0003 1514 9080

CERTIFIED MAIL

1180
23826
0995

04.75

U.S. POSTAGE
PAID
MAILED FROM ZIP CODE

PB352605Z

0 MAR 04 2008

75051

PITNEY BOWES

2nd Notice

Sarlower O. Tbbs
P. O. Box 531282
Grand Prairie, TX 75053-1282

This the letter UAW forward Motors
About the Buy out.

Sarlower O Tibbs



**Automobile, Aerospace, and Agricultural Implement Workers of America, UAW**



**2505 W E. Roberts Street • Grand Prairie, Texas 75051-1025**
**Metro 972-647-1282 • Fax 972-602-0553**
*(BUILDING AUTOS IN ARLINGTON SINCE 1954)*
www uaw276tx org

| President | Chairperson Shop Committee |
|---|---|
| *Ennque Flores, Jr* | *Dwayne Humphnes* |

CERTIFIED MAIL NO  7001 0320 0003 1514 9080
RETURN RECEIPT REQUESTED

March 4, 2004

Sarlower O  Tibbs
P  O  Box 531282
Grand Prairie, TX  75053-1282

RE      Buy-Out at General Motors

Dear Ms  Tibbs

It is requested that you contact me immediately upon receipt of this letter regarding the
buy-out you took from General Motors

Please call me immediately at 817-652-2491

Sincerely,

*Dwayne Humphries*

DWAYNE HUMPHRIES
SHOP CHAIRMAN

DH/kjropeiu277aflcio

## UNITED STATES TAX COURT

| | | |
|---|---|---|
| SARLOWER O. TIBBS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Docket No: 25895-08 |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### DECISION

Pursuant to the agreement of the parties in this case, it is

ORDERED AND DECIDED: That there are deficiencies in income taxes and penalties due from the petitioner as follows:

### Deficiencies

| Tax Year | Income Tax | Penalty §6662(a) |
|---|---|---|
| 2006 | $3,789.00 | $688.20 |
| 2007 | $4,452.00 | $890.40 |

Judge.

Entered:

\*    \*    \*    \*    \*

Docket No.  25895-08          - 2 -

It is hereby stipulated that the Court may enter the foregoing decision in this case.

It is further stipulated that interest will be assessed as provided by law on the deficiencies and penalties due from petitioner.

It is further stipulated that, effective upon the entry of this decision by the Court, petitioner waives the restrictions contained in I.R.C. §6213(a) prohibiting assessment and collection of the deficiencies and penalties (plus statutory interest) until the decision of the Tax Court becomes final.

WILLIAM J. WILKINS
Chief Counsel
Internal Revenue Service

SARLOWER O. TIBBS

Po Box 531282

Grand Prairie
TX 75053

By: _____

CINDY L. WOFFORD
Senior Attorney
(SB/SE, Dallas)
Tax Court Bar No. PC0275
4050 Alpha Road
13th Floor
MC 2000 NDA1
Dallas, TX 75244-4203
Telephone: (972)308-7900

Date: 8-20 09

Date: _____



TEXAS ASSOCIATION OF REALTORS®
## ITEMIZATION OF SECURITY DEPOSIT
USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS® IS NOT AUTHORIZED
©Texas Association of REALTORS®, Inc. 2007

To _____ Antoinette Wilson, & Sariower Ross Surry _____ (Tenant(s))
No forwarding address provided
_____ (Forwarding Address)

Re    Lease concerning the Property at 7223 Jurassic, Arlington, TX  76002 _____

Move-Out Date    August 29, 2007

**Total amount of Security Deposit tendered by Tenant, including**
**any refundable pet deposit:**                                        $ _____ 1,000.00

The following deductions were made to the security deposit

(1)  Damages to the Property, beyond wear and tear (*describe*) _____
     _____
     _____
     _____
     _____                $ _____

(2)  Costs for which Tenant is responsible to ☒ clean, ☐ deodorize,
     ☐ exterminate, or ☐ maintain the Property                          $ _____ 250.00

(3)  Unpaid or accelerated rent for the following period(s). **July–February**
     _____                $ _____ 9,560.00

(4)  Unpaid late charges for the following month(s). _____
     _____                $ _____

(5)  Costs of reletting (as defined in Paragraph 27 of lease), if Tenant is in
     default                                                            $ _____ 1,195.00

(6)  Unpaid utilities (*describe*) _____
     _____                $ _____

(7)  Unpaid pet charges (*describe*) _____
     _____                $ _____

(8)  Costs to replace unreturned ☐ keys, ☐ garage door openers, ☐ security
     devices, ☐ other components _____                $ _____

(9)  Cost to remove unauthorized locks or fixtures installed by Tenant
     (*describe*) _____                  $ _____

(10) Landlord's cost to access the Property because Property was made
     inaccessible by Tenant                                             $ _____

(TAR-2216) 4-13-07                                                          Page 1 of 2
Specialized Property Management, Inc 3341-A Winthrop Ave , Fort Worth TX 76116
Phone 8177321394          Fax (817) 377-1201        EL                      T6246358 ZFX
Produced with ZipForm™ by RE FormsNet, LLC 18025 Fifteen Mile Road, Clinton Township, Michigan 48035 www.zipform.com

Itemization of Security Deposit _____    **7223 Jurassic** _____

(11) Cost to replace missing or burned-out light bulbs and fluorescent tubes in
the following rooms _____    $ _____

(12) Cost to pack, remove, and store the following abandoned property _____

_____

_____    $ _____

(13) Cost to remove the following abandoned or illegally parked vehicles _____

_____    $ _____

(14) Attorney's fees, costs of court, costs of service, and other
costs incurred in a legal proceeding against Tenant (*describe proceeding*).

_____    $ _____57.00

(15) Mailing costs associated with sending notices to Tenant for the following
violations of the lease _____    $ _____

(16) Other _____    $ _____

**Balance of Security Deposit after Deductions**    $ _____(10,062.00)

<u>Amount Tendered or Owed</u>

❏ A    Enclosed is a check in the amount of $ _____ which represents the balance of the security
deposit you tendered under the above-referenced lease

❏ B    The deductions exceed the security deposit tendered  Landlord hereby demands payment of the
excess  In accordance with Paragraph 10 of the lease, Tenant must pay the excess within 10 days
after Tenant receives this notice to the following address _____

_____

*Failure to pay the excess may expose Tenant to additional costs and liability such as collection costs,
court costs, and attorney's fees*

_____    _____
Landlord                                                                                    Date

Or signed for Landlord under written property management agreement or power of attorney

By  *Stella Quick Beech*    1/16/07
                                                                            Date

Printed Name  *STELLA LOOK BEECH* _____

Firm Name  ____ **Specialized Property Management, Inc.** _____

| Means of Delivery |
| --- |
| ❏ *Regular US Mail*  ❏ *Certified Mail, Return Receipt Requested No* _____ |
| ❏ *Hand delivered to* _____ *on* _____ |
| *by* _____ |
| ❏ *Other* _____ |

*Classic* PROPERTY MANAGEMENT

### NOTICE TO VACATE FOR
### NON-PAYMENT OF RENT OR OTHER SUMS

September 7, 2006

Sarlower Ross
1408 Dundee
Arlington, TX 76002

Re Notice to vacate for non-payment of rent or
other sums TAA Lease Contract
dated 03/25/06 between residents named
above and Classic Property Management

Dear Sarlower Ross,

Because you have not paid rent or other sums due under the lease on your dwelling unit, your rights of
occupancy and possession are hereby terminated under the provisions of your lease   You are still liable for
rent and other charges you may owe under the TAA Lease Contract

Demand for possession is hereby made   You are hereby given notice to vacate the dwelling on or before
midnight, the 12th day of September 2006 which is at least one day from the delivery of the notice as noted
below (four days if the notice was mailed)   Your failure to move out then will result in appropriate legal
action before the Justice of the Peace   Delay or postponement of such action shall not constitute waiver

September 7, 2006
_____
Date notice was given by the method
checked below

_____
Signature of owner's representative

The notice was  (check at least one)

_x_ Sent by regular mail,
_X_ Sent by certified mail, return receipt requested

cc  File/Accounting

2415 Avenue J, Suite 100 • Arlington, Texas 76006 • (817) 640-2064 • Fax (817) 640-6028

**AMERIPATH DALLAS AP**
PO BOX 830913
BIRMINGHAM, AL 35283-0913

**TEMP RETURN SERVICE REQUESTED**

|  | CHECK CARD USING FOR PAYMENT |
|---|---|
| MASTERCARD    DISCOVER    VISA    AMERICAN EXPRE | |
| CARD HOLDER NAME    NOMBRE DEL TITULAR | |
| CARD NUMBER    U TIPO DE TARJETA | CID |
| SIGNATURE    FW-M | EXP DATE  FECHA ANEXU  MS |

PATIENT  SARLOWER O TIBBS
FOR BILLING INQUIRIES, PLEASE CALL
TOLL FREE  800-890-6220
LOCAL  972-385-4900

**PAGE: 1 of 1**

| STATEMENT DATE | PAY THIS AMOUNT | ACCT # |
|---|---|---|
| 12/31/07 | $240.00 | 70AV 1435366 |

*CID - Card ID Number  See reverse of card next to signature

SHOW AMOUNT PAID HERE  $

◄◄◄◄ ADDRESSEE - DESTINARIO ►►►►

SARLOWER O TIBBS
P O  BOX 531282
GRAND PRAIRIE, TX 75053-1282

◄◄◄◄ MAKE CHECKS PAYABLE TO/REMIT TO ►►►►

AMERIPATH DALLAS AP
DFW 5 01(A) CORP
PO BOX 844810
DALLAS, TX 75284-4810

☐ Please check box if above address is incorrect or insurance information has changed  and indicate change(s) on reverse side
☐ Por favor marque la casilla si la dirección o información de seguro ha cambiado y indique los cambios en el reves la pagina

**STATEMENT**

34316-70AV*T91I26YB6010001
PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
POR FAVOR INCLUYA ESTA PORCION CON SU PAGO

| DATE | DESCRIPTION | CPT CODE | UNITS | ACTIVITY | PENDING INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|
| **INVOICE#:** | **861964** | | | | | |
| REFERRING | KAMRAN MD, HAMID | | | | | |
| 06/14/07 | SURGICAL PATHOLOGY | 88305 | 1 | 240.00 | | |
| 07/27/07 | UNITED HEALTHCARE PAYMENT | | | 0 00 | | |
| | CONTRACTUAL ADJUST | | | 0 00CR | | |
| | **INVOICE BALANCE** | | | | | 240.00 |
| | NON-COVERED CHARGE(S) | | | | | |

Thank you for using our services  This statement is for Pathology services requested by your physician and billed separately from his/her charges  If you have insurance that will cover these services, please fill out the information and return to our office  Thank you

FED'L EMPL ID 75-2722708
PATIENT  SARLOWER O TIBBS
ACCT # 70AV 1435366

| DUE FROM PATIENT |
|---|
| ►►►►    $240.00 |

PAYMENT DUE BY  01/20/2008

AMERIPATH DALLAS AP
DFW 5 01(A) CORP
PO BOX 844810
DALLAS, TX 75284-4810

FOR BILLING INQUIRIES, PLEASE CALL
TOLL FREE  800-890-6220
LOCAL  972-385-4900

34316 70AV*T91I26YB6010001

# STATEMENT

046708       0006232
CLINICAL NEUROSCIENCE PA SLEEP
1441 N BECKLEY 5TH FL
DALLAS TX 75203

8558b
B5392
TH27
BN3 003
7494 L

RETURN SERVICE REQUESTED

| | AMOUNT | CREDIT CARD PAYMENT |
|---|---|---|
| CREDIT CARD | | Exp Date / |
| CARD NUMBER | | Security Code |
| CARDHOLDER NAME | | |
| SIGNATURE | | |

0046708 0001/0001 00000 12242007

SARLOWER O TIBBS
P O BOX 531282
GRAND PRAIRIE, TX 75053-1282

REMIT TO

CLINICAL NEUROSCIENCE PA SLEEP
1441 N BECKLEY 5TH FL
DALLAS, TX 75203-1201

PLEASE RETURN THIS PORTION WITH PAYMENT

| Office Phone Number | Statement Date | Your Account Number | Page No | Patient Balance | SHOW AMOUNT PAID HERE $ |
|---|---|---|---|---|---|
| (214) 943-9300 | 12/26/07 | 0006232 | 01 | 429 30 | |

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 02707 | | BALANCE FORWARD | | | | 429.30 |

**Balance Past Due**
• Please pay this bill today
• We accept Visa/MasterCard
• Call if you have questions

| tatement ate | 12/26/07 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE | | | 0006232 |
|---|---|---|---|---|---|

| CURRENT | 30-60 DAYS | 60-90 DAYS | > 90 DAYS | TOTAL | INS PENDING | PATIENT BALANCE PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | | | 429 30 | 429.30 | 0 00 | 429.30 |

END INQUIRIES / PAYMENTS TO
CLINICAL NEUROSCIENCE PA SLEEP         (214) 943-9300
1441 N BECKLEY 5TH FL
DALLAS TX 7S203-1201
IRS #:  752556421

NOTE  Charges and payments not appearing on this statement will appear on next month's statement

ANESTHESIA CONSULTANTS OF DALLAS
LOCK BOX 911589
DALLAS, TX 75391-0000

| | CHECK CARD USING FOR PAYMENT | |
|---|---|---|
| ☐ MASTERCARD ☐ DISCOVER | | ☐ VISA |
| CARD NUMBER | | SIGNATURE CODE |
| SIGNATURE | | EXP DATE |

33091

RETURN SERVICE REQUESTED

0101

FOR BILLING INQUIRIES CALL  (214) 522-7277
8 30 AM TO 4 30 PM
PAGE  1 of 1

| STATEMENT DATE | PAY THIS AMOUNT | ACCT # |
|---|---|---|
| 12/27/2007 | 262.20 | A24645 |

| MINIMUM PAYMENT DUE | SHOW AMOUNT PAID HERE $ |
|---|---|
| 262.20 | |

SARLOWER  TIBBS
PO BOX 531282
GRAND PRAIRIE, TX 75053-1282

ANESTHESIA CONSULTANTS OF DALLA
LOCK BOX 911589
DALLAS, TX 75391-1589

☐ Please check box if address is incorrect or insurance
☐ information has changed  and indicate change(s) on reverse side

33091*T9F0M3M99000444

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT     **STATEMENT**

300003A

| File Number: | 205952595 |
|---|---|
| Page: | 1 of 6 |
| Date Issued: | 09/25/2009 |

**TransUnion.**

## Personal Information

| Name: | SARLOWER O ROSS | | SSN: | XXX-XX 3819 |
|---|---|---|---|---|
| | | | Date of Birth: | 02/1965 |
| | | | Telephone: | 510-3165 |
| Other Names: | TIBBS,SARLOWER,O | | Your SSN is partially masked for your protection |
| | OTIBBS,SARLOWER | | | |
| | SURRY,SARLOWER | | | |
| You have been on our files since 11/1988 | | | | |

## CURRENT ADDRESS

| Address: | 1408 DUNDEE DR |
|---|---|
| | ARLINGTON, TX 76002 |
| Date Reported: | 11/2006 |

## PREVIOUS ADDRESS

| Address: | 1312 2401 LAURELWOOD DR APT, |
|---|---|
| | ARLINGTON, TX 76010 |
| Date Reported: | 10/2006 |
| Address: | 2300 HENDERSON DR 622 |
| | ARLINGTON, TX 76010 |

## EMPLOYMENT DATA REPORTED

| Employer Name: | SARLOWER ROSS | | Position: | CHILD CARE PROVIDER |
|---|---|---|---|---|
| Date Verified: | 08/2009 | | Hired: | |
| Employer Name: | GENERAL MOTORS | | Position: | |
| Date Reported: | 09/2002 | | Hired: | |
| Employer Name: | GM PLANT | | Position: | |
| Date Reported: | 10/1998 | | Hired: | |

Special Notes :Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time, depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years.

**TARRANT JP CT 7 MANSFIEL** Docket #: F00043320

| 1100 E BROAD ST | Type: | CIVIL JUDGMENT | | Date Filed: | 04/2007 |
|---|---|---|---|---|---|
| # 202 | Court Type: | CIRCUIT COURT | | Responsibility: | INDIVIDUAL DEBT |
| MANSFIELD, TX 76063 | | | | Plaintiff: | CLASSIC PROPERTY MGMT |
| (817) 531-5627 | | | | Amount: | $4,512 |
| Estimated date that this item will be removed: | 03/2014 | | | | |

**TARRANT JP CT 7 MANSFIEL** Docket #: F00041548

| 1100 E BROAD ST | Type: | CIVIL JUDGMENT | | Date Filed: | 10/2006 |
|---|---|---|---|---|---|
| # 202 | Court Type: | CIRCUIT COURT | | Responsibility: | INDIVIDUAL DEBT |
| MANSFIELD, TX 76063 | | | | Plaintiff: | CLASSIC PROPERTY MANAG |
| (817) 531-5627 | | | | Amount: | $1,898 |
| Estimated date that this item will be removed: | 09/2013 | | | | |



| | |
|---|---|
| File Number: | 205952595 |
| Page: | 1 of 7 |
| Date Issued: | 09/25/2009 |

TransUnion.

## ersonal Information

ame:    SARLOWER O TIBBS

SSN:             XXX XX-3819
Date of Birth:   02/1965
Telephone:       597 6674
Your SSN is partially masked for your protection

ou have been on our files since 11/2006

### RRENT ADDRESS

ddress:        1408 DUNDEE DR
               ARLINGTON, TX 76002
ate Reported:  01/2007

### PREVIOUS ADDRESS

Address:        531282 PO BOX 531282,
                GRAND PRAIRIE, TX 75053
Date Reported:  12/2006
Address:        2401 LAURELWOOD DR 1312
                ARLINGTON, TX 76010

### PLOYMENT DATA REPORTED

mployer Name:   GENERAL MOTORS          Position:
ate Verified:   05/2009                 Hired:

cial Notes. Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address
nd at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not
played to anyone but you except where permitted by law

## ccount Information

key to the right helps explain the payment history information
tained in some of the accounts below. Not all accounts will contain
ment history information, but some creditors report how you make
ments each month in relation to your agreement with them

| N/A Not Applicable | X Unknown | OK Current | 30 30 days late | 60 60 days late | 90 90 days late | 120 120 days late |
|---|---|---|---|---|---|---|

## dverse Accounts

following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years
m the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in [brackets] or is
ded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors (Note: The account # may be
ambled by the creditor for your protection)

LLIANCEONE INC #15617213
850 E STREET RD
UITE 300
REVOSE, PA 19053
377) 480-5110

Balance          $1,378
Date Updated.    07/2009
Original Amount: $1,378
Original Creditor: STREAM ENERGY
Past Due:        >$1,378<

Pay Status:      >COLLECTION ACCOUNT<
Account Type:    OPEN ACCOUNT
Responsibility:  INDIVIDUAL ACCOUNT

oan Type: COLLECTION AGENCY/ATTORNEY
emarks: >PLACED FOR COLLECTION<
ate placed for collection: 03/2008
stimated date that this item will be removed. 03/2014

Consumer Credit Report for  SARLOWER O  ROSS

File Number:    205952595
Page:    4 of 6
Date Issued.    09/25/2009

**WEST ASSET MGMT #6354090**
2703 N HIGHWAY 75
SHERMAN, TX 75090
(877) 411-7197

Loan Type. COLLECTION AGENCY/ATTORNEY
Remarks· ›PLACED FOR COLLECTION‹
Date placed for collection  08/2007
Estimated date that this item will be removed   08/2013

Balance·    $50
Date Updated:    09/2008
Original Amount   $50
Original Creditor: MED1  02 MEDICAL CENTER OF
                                        ARLINGTON
Past Due    ›$50‹

Pay Status·    ›COLLECTION ACCOUNT‹
Account Type:   OPEN ACCOUNT
Responsibility· INDIVIDUAL ACCOUNT

## Regular Inquiries

The following companies have received your credit report· Their inquiries remain on your credit report for two years

Consumer Credit Report for SARLOWER O. TIBBS

File Number: 205952595
Page: - 5 of 7
Date Issued: 09/25/2009

TransUnion.

**THE BUREAUS #414025444**
1717 CENTRAL ST
EVANSTON, IL 60201 1507
(847) 328 4300 x12020

Balance: $170
Date Updated: 08/2009
Original Amount: $170
Original Creditor: 01 NATIONAL HOME BUYERS ALLIANCE

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 10/2004
Past Due: >$170<
Estimated date that this item will be removed: 10/2010

**WEST ASSET MGMT #8241637**
2703 N HIGHWAY 75
SHERMAN, TX 75090
(877) 411-7197

Balance: $101
Date Updated: 08/2008
Original Amount: $101
Original Creditor: MED1 02 MEDICAL CENTER OF ARLINGTON

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 06/2008
Past Due: >$101<
Estimated date that this item will be removed 09/2014

**WEST ASSET MGMT #7526621**
2703 N HIGHWAY 75
SHERMAN, TX 75090
(877) 411 7197

Balance: $118
Date Updated: 05/2008
Original Amount: $118
Original Creditor: MED1 02 MEDICAL CENTER OF ARLINGTON

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 03/2008
Past Due: >$118<
Estimated date that this item will be removed: 03/2014

**WEST ASSET MGMT #7417056**
2703 N HIGHWAY 75
SHERMAN, TX 75090
(877) 411-7197

Balance: $386
Date Updated: 04/2008
Original Amount: $386
Original Creditor: MED1 02 MEDICAL CENTER OF ARLINGTON

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 02/2008
Past Due: >$386<
Estimated date that this item will be removed: 01/2014

**WEST ASSET MGMT #4677337**
2703 N HIGHWAY 75
SHERMAN, TX 75090
(877) 411-7197

Balance: $121
Date Updated: 02/2008
Original Amount: $121
Original Creditor: MED1 02 MEDICAL CENTER OF ARLINGTON

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 10/2006
Past Due: >$121<
Estimated date that this item will be removed: 01/2013

**Regular Inquiries**
The following companies have received your credit report. Their inquiries remain on your credit report for two years.

Consumer Credit Report for  SARLOWER O  TIBBS

File Number·        205952595
Page               4 of 7
Date Issued·        09/25/2009

**PARAMOUNT RECOVERY SYSTM** #MACSQPMS012433366
PO BOX 788
LORENA, TX 76655
(254) 857 7007

| | | |
|---|---|---|
| Balance. | $140 | Pay Status     ›COLLECTION ACCOUNT‹ |
| Date Updated | 06/2009 | Account Type.  OPEN ACCOUNT |
| Original Amount | $140 | Responsibility INDIVIDUAL ACCOUNT |
| Original Creditor | MED1 02 QUESTCARE ER ARLIN GTON | |
| Past Due | ›$140‹ | |

Loan Type  COLLECTION AGENCY/ATTORNEY
Remarks  ›PLACED FOR COLLECTION‹
Date placed for collection  02/2009
Estimated date that this item will be removed  10/2015

**PARAMOUNT RECOVERY SYSTM** #MACSQPMS012433367
PO BOX 788
LORENA, TX 76655
(254) 857 7007

| | | |
|---|---|---|
| Balance | $150 | Pay Status    ›COLLECTION ACCOUNT‹ |
| Date Updated | 06/2009 | Account Type.  OPEN ACCOUNT |
| Original Amount | $150 | Responsibility INDIVIDUAL ACCOUNT |
| Original Creditor | MED1 02 QUESTCARE ER ARLIN GTON | |
| Past Due | ›$150‹ | |

Loan Type  COLLECTION AGENCY/ATTORNEY
Remarks  ›PLACED FOR COLLECTION‹
Date placed for collection  02/2009
Estimated date that this item will be removed  10/2015

**PREFERRED CREDIT** #585199
PO BOX 1679
SAINT CLOUD, MN 56302 1679
(320) 255 9784

| | | |
|---|---|---|
| Balance | $1,967 | Pay Status     ›CHARGED OFF AS BAD DEBT‹ |
| Date Updated | 09/2009 | Account Type›  INSTALLMENT ACCOUNT‹ |
| High Balance | $1,348 | Responsibility INDIVIDUAL ACCOUNT |
| Terms | 36 MONTHLY $68 | Date Open    05/2006 |
| | | Date Closed  09/2007 |

Loan Type· SECURED
Remarks· ›PROFIT AND LOSS WRITEOFF‹
Estimated date that this item will be removed  08/2013

**RECEIVABLE RECOVERY LA** #1192674
110 VETERANS MEMORIAL BLV
#445
METAIRIE, LA 70005 3027
(504) 837 0116

| | | |
|---|---|---|
| Balance | $1,501 | Pay Status     ›COLLECTION ACCOUNT‹ |
| Date Updated. | 04/2007 | Account Type  OPEN ACCOUNT |
| Original Amount | $1,501 | Responsibility INDIVIDUAL ACCOUNT |
| Original Creditor | MED1 02 ORTHODONTIC CENTER S OF AMERI | |
| Past Due | ›$1,501‹ | |

Loan Type  COLLECTION AGENCY/ATTORNEY
Remarks· ›PLACED FOR COLLECTION‹
Date placed for collection· 01/2007
Estimated date that this item will be removed  11/2013

**RECOVERY SVCS OF AMERICA** #126256315645
PO BOX 815335
FARMERS BRANCH, TX 75381
(972) 759 0888

| | | |
|---|---|---|
| Balance | $700 | Pay Status     ›COLLECTION ACCOUNT‹ |
| Date Updated | 03/2009 | Account Type  OPEN ACCOUNT |
| Original Amount. | $700 | Responsibility INDIVIDUAL ACCOUNT |
| Original Creditor | MED1 01 DALLAS ANESTHESIOL OGY ASSOCI | |
| Past Due | ›$700‹ | |

Loan Type  COLLECTION AGENCY/ATTORNEY
Remarks· ›PLACED FOR COLLECTION‹
Date placed for collection  04/2008
Estimated date that this item will be removed  05/2014

**RS CLARK & ASSOCIATES** #30276001192274
8535 FERNDALE RD STE 11
DALLAS, TX 75238 4425
(214) 503 1482

| | | |
|---|---|---|
| Balance | $700 | Pay Status›     ›COLLECTION ACCOUNT‹ |
| Date Updated | 05/2008 | Account Type  OPEN ACCOUNT |
| Original Amount | $700 | Responsibility INDIVIDUAL ACCOUNT |
| Original Creditor | MED1 02 HAMID KAMRAN MD | |

Loan Type  COLLECTION AGENCY/ATTORNEY
Remarks· ›PLACED FOR COLLECTION‹
Date placed for collection· 12/2007
Estimated date that this item will be removed ·05/2014

Consumer Credit Report for SARLOWER O. TIBBS

File Number:      205952595
Page:             3 of 7
Date Issued:      09/25/2009

TransUnion.

**HSBC BANK #5489555117747859**
PO BOX 5253
CAROL STREAM, IL 60197
(800) 477 6000

| | |
|---|---|
| Balance: | $239 |
| Date Updated: | 02/2007 |
| High Balance | $598 |
| Credit Limit: | $350 |
| Past Due: | >$16< |

Pay Status: >120 DAYS PAST DUE<
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 07/2006
Date Closed: 01/2007

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR
>Maximum delinquency of 90+ days occurred on 02/2007 for    $16<
Estimated date that this item will be removed  08/2013

| Late Payments (06 months) | 30 | 60 | 90+ | Last 6 months | 90 07 | 60 dec | 30 nov | OK oct | OK sep | OK aug |
|---|---|---|---|---|---|---|---|---|---|---|

**NCO FINANCIAL #32098821**
PO BOX 13564
PHILADELPHIA, PA 19101
(800) 842 0640

| | |
|---|---|
| Balance: | $2,227 |
| Date Updated: | 03/2008 |
| Original Amount: | $2,227 |
| Original Creditor: | MED1 02 MEDICAL CENTER OF ARLINGTON |
| Past Due: | >$2,227< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 01/2008
Estimated date that this item will be removed  05/2014

**NCO FINANCIAL #31589859**
PO BOX 13564
PHILADELPHIA, PA 19101
(800) 842 0640

| | |
|---|---|
| Balance: | $243 |
| Date Updated: | 12/2007 |
| Original Amount: | $243 |
| Original Creditor: | MED1 02 MEDICAL CENTER OF ARLINGTON |
| Past Due: | >$243< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 10/2007
Estimated date that this item will be removed  10/2013

**PARAMOUNT RECOVERY SYSTM #MACSQPMS011705831**
PO BOX 788
LORENA, TX 76655
(254) 857 7007

| | |
|---|---|
| Balance | $180 |
| Date Updated | 06/2009 |
| Original Amount: | $180 |
| Original Creditor: | MED1 02 QUESTCARE ER ARLINGTON |
| Past Due. | >$180< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 06/2006
Estimated date that this item will be removed  01/2013

**PARAMOUNT RECOVERY SYSTM #MACSQPMS011954390**
PO BOX 788
LORENA, TX 76655
(254) 857-7007

| | |
|---|---|
| Balance: | $260 |
| Date Updated: | 06/2009 |
| Original Amount: | $260 |
| Original Creditor | MED1 02 QUESTCARE ER ARLINGTON |
| Past Due | >$260< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 08/2007
Estimated date that this item will be removed  10/2013

**PARAMOUNT RECOVERY SYSTM #MACSQPMS012433365**
PO BOX 788
LORENA, TX 76655
(254) 857 7007

| | |
|---|---|
| Balance: | $320 |
| Date Updated | 06/2009 |
| Original Amount. | $320 |
| Original Creditor | MED1 02 QUESTCARE ER ARLINGTON |
| Past Due | >$320< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 02/2009
Estimated date that this item will be removed: 10/2016

Consumer Credit Report for SARLOWER O TIBBS

| | |
|---|---|
| File Number | 205952595 |
| Page | 2 of 7 |
| Date Issued | 09/25/2009 |

**ANDERSON CRENSHAW & ASSO #211821**

6116 N CENTRAL EXP
SUITE 1090
DALLAS, TX 75206
(214) 368 2980

| | | | |
|---|---|---|---|
| Balance: | $1,377 | Pay Status· | ›COLLECTION ACCOUNT‹ |
| Date Updated. | 12/2008 | Account Type | OPEN ACCOUNT |
| Original Amount | $1,377 | Responsibility· | INDIVIDUAL ACCOUNT |
| Original Creditor | 05 SMYTH ALARMS INC II | | |
| Past Due | ›$1,377‹ | | |

Loan Type. COLLECTION AGENCY/ATTORNEY
Remarks ›PLACED FOR COLLECTION‹
Date placed for collection 12/2004
Estimated date that this item will be removed 09/2011

**COLLECTION CO OF AMERICA #11132901**

700 LONGWATER DR
NORWELL, MA 02061 1624
(800) 455 8026

| | | | |
|---|---|---|---|
| Balance | $799 | Pay Status· | ›COLLECTION ACCOUNT‹ |
| Date Updated: | 05/2009 | Account Type. | OPEN ACCOUNT |
| Original Amount | $799 | Responsibility | INDIVIDUAL ACCOUNT |
| Original Creditor· | 10 AT T | | |
| Past Due | ›$799‹ | | |

Loan Type COLLECTION AGENCY/ATTORNEY
Remarks ›PLACED FOR COLLECTION‹
Date placed for collection 02/2009
Estimated date that this item will be removed 07/2014

**CONN CREDIT CO #223934531**

PO BOX 2358
BEAUMONT, TX 77704 2358
(409) 832-1696

| | | | |
|---|---|---|---|
| Balance· | $783 | Pay Status. | ›CHARGED OFF AS BAD DEBT‹ |
| Date Verified: | 09/2009 | Account Type. | INSTALLMENT ACCOUNT |
| High Balance· | $1,062 | Responsibility· | INDIVIDUAL ACCOUNT |
| Past Due. | ›$783‹ | Date Open: | 03/2007 |
| Terms. | 39 MONTHLY $29 | Date Closed· | 05/2008 |

Loan Type SECURED
Remarks ›PROFIT AND LOSS WRITEOFF‹
Estimated date that this item will be removed 08/2014

**CONN CREDIT CO #223934530**

PO BOX 2358
BEAUMONT, TX 77704-2358
(409) 832-1696

| | | | |
|---|---|---|---|
| Balance: | $251 | Pay Status: | ›CHARGED OFF AS BAD DEBT‹ |
| Date Updated: | 08/2009 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $893 | Responsibility: | INDIVIDUAL ACCOUNT |
| Past Due: | ›$251‹ | Date Open: | 03/2006 |
| Terms: | 24 MONTHLY $37 | Date Closed: | 05/2008 |

Loan Type: SECURED
Remarks: ›PROFIT AND LOSS WRITEOFF‹
Estimated date that this item will be removed· 09/2014

**CONN CREDIT CO #229550331**

PO BOX 2358
BEAUMONT, TX 77704-2358
(409) 832 1696

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Verified: | 03/2007 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance· | $971 | Responsibility· | INDIVIDUAL ACCOUNT· |
| Terms: | 24 MONTHLY $40 | Date Open: | 05/2006 |
| | | Date Closed. | 03/2007 |
| | | Date Paid | 03/2007 |

Loan Type SECURED
Remarks. CLOSED

| Late Payments (09 months) | 30 | 60 | 90+ | Last 9 months | 30 feb '07 | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0 | 0 | | | dec | nov | oct | sep | aug | jul | jun |

**CREDIT SYSTEMS INT INC #102953442**

1277 COUNTRY CLUB LN
FORT WORTH, TX 76112 2304
(817) 429 0400

| | | | |
|---|---|---|---|
| Balance· | $72 | Pay Status: | ›COLLECTION ACCOUNT‹ |
| Date Updated: | 08/2009 | Account Type: | OPEN ACCOUNT |
| Original Amount: | $72 | Responsibility: | INDIVIDUAL ACCOUNT |
| Original Creditor· | MED1 ·02 RADIOLOGY ASSOC OF TARRANT C | | |
| Past Due | ›$72‹ | | |

Loan Type COLLECTION AGENCY/ATTORNEY
Remarks ›PLACED FOR COLLECTION‹
Date placed for collection 03/2009
Estimated date that this item will be removed 01/2014

Consumer Credit Report for SARLOWER O ROSS

File Number: 205952595
Page: 3 of 6
Date Issued: 09/25/2009

TransUnion.

**NATIONAL CREDIT SYSTEMS #759337**
PO BOX 312125
ATLANTA, GA 31131-2125
(404) 629-9595

| | |
|---|---|
| Balance: | $125 |
| Date Updated: | 12/2004 |
| Original Amount: | $125 |
| Original Creditor: | DBA AUTUMNWOOD UDRT |
| Past Due: | >$125< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 05/2003
Estimated date that this item will be removed  02/2010

**NCO FINANCIAL SYSTEMS #19394022**
POB 7216
PHILADELPHIA, PA 19101
(800) 709 8625

| | |
|---|---|
| Balance: | $2,240 |
| Date Updated: | 06/2009 |
| Original Amount: | $2,240 |
| Original Creditor: | 10 RELIANT ENERGY RETAIL SE RVIC |
| Past Due. | >$2,240< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 10/2008
Estimated date that this item will be removed  04/2013

**PARAMOUNT RECOVERY SYSTM #MACSQPMS011705831**
PO BOX 788
LORENA, TX 76655
(254) 857-7007

| | |
|---|---|
| Balance: | $180 |
| Date Updated: | 09/2007 |
| Original Amount: | $180 |
| Original Creditor: | MED1 02 QUESTCARE ER ARLIN GTON |
| Past Due: | >$180< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 06/2006
Estimated date that this item will be removed:  01/2013

**PROFESSIONAL FINANCE CO #37MNX**
PO BOX 7059
LOVELAND, CO 80537
(800) 864 4391

| | |
|---|---|
| Balance: | $467 |
| Date Updated: | 09/2009 |
| Original Amount: | $467 |
| Original Creditor: | 10 ATMOS ENERGY |
| Past Due: | >$467< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 09/2007
Estimated date that this item will be removed: 02/2014

**RS CLARK & ASSOCIATES #4001800155413**
8535 FERNDALE RD STE 11
DALLAS, TX 75238 4425
(214) 503 1482

| | |
|---|---|
| Balance: | $3,907 |
| Date Updated: | 02/2006 |
| Original Amount: | $3,907 |
| Original Creditor: | 09 LANDING OF CARRIER PARKW AY |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 02/2004
Estimated date that this item will be removed: 04/2010

**TU ELECTRIC #000790585197**
6555 SIERRA DR
IRVING, TX 75309
(800) 242 9113

| | |
|---|---|
| Balance | $121 |
| Date Updated: | 10/2005 |
| High Balance. | $121 |
| Past Due: | >$121< |

Pay Status: >CHARGED OFF AS BAD DEBT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 06/2005
Date Closed: 10/2005

Loan Type: UTILITY COMPANY
Remarks: >PROFIT AND LOSS WRITEOFF<
Estimated date that this item will be removed:  06/2012

Consumer Credit Report for SARLOWER O ROSS

| | |
|---|---|
| File Number: | 205952595 |
| Page. | 2 of 6 |
| Date Issued | 09/25/2009 |

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below  Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse  Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence  The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report  They are not bracketed or shaded this way for creditors  (Note  The account # may be scrambled by the creditor for your protection)

**BLAKELY-WITT** #8397256389392
802 E HWY 80
MESQUITE, TX 75149
(972) 288 2106

| | | | |
|---|---|---|---|
| Balance | $4,926 | Pay Status | >COLLECTION ACCOUNT< |
| Date Updated | 10/2004 | Account Type | OPEN ACCOUNT |
| Original Amount: | $4,926 | Responsibility | INDIVIDUAL ACCOUNT |
| Original Creditor | 09 SILVERWOOD | | |
| Past Due | >$4,926< | | |

Loan Type  COLLECTION AGENCY/ATTORNEY
Remarks  >PLACED FOR COLLECTION<
Date placed for collection  12/2003
Estimated date that this item will be removed   11/2010

**CMI** #26291925
4200 INTERNATIONAL PKWY
CARROLLTON, TX 75007 1912
(800) 377 7723

| | | | |
|---|---|---|---|
| Balance | $0 | Pay Status | PAID OR PAYING AS AGREED |
| Date Verified | 09/2004 | Account Type | OPEN ACCOUNT |
| Original Amount | $1,320 | Responsibility | INDIVIDUAL ACCOUNT |
| Original Creditor | SOUTHWESTERN BELL VIDEO SER VIC | | |

Loan Type  COLLECTION AGENCY/ATTORNEY
Remarks  ACCT CLOSED DUE TO TRANSFER
Date placed for collection  12/2003
Estimated date that this item will be removed   11/2010

**CREDIT SYSTEMS INT INC** #80606551
1277 COUNTRY CLUB LN
FORT WORTH, TX 76112 2304
(817) 429 0400

| | | | |
|---|---|---|---|
| Balance: | $130 | Pay Status | >COLLECTION ACCOUNT< |
| Date Updated | 05/2009 | Account Type | OPEN ACCOUNT |
| Original Amount. | $130 | Responsibility | INDIVIDUAL ACCOUNT |
| Original Creditor | MED1  02 ARLINGTON MEDICAL IMAGING | | |
| Past Due | >$130< | | |

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks >PLACED FOR COLLECTION<
Date placed for collection. 08/2004
Estimated date that this item will be removed  03/2011

**FINANCIAL CONTROL SVCS** #3010760004175018
6801 SANGER AVE # STE195
WACO, TX 76710 7818
(254) 772 6111

| | | | |
|---|---|---|---|
| Balance | $1,250 | Pay Status | >COLLECTION ACCOUNT< |
| Date Updated | 08/2008 | Account Type | OPEN ACCOUNT |
| Original Amount | $1,250 | Responsibility | INDIVIDUAL ACCOUNT |
| Original Creditor | MED1  02 ENVISION RADIOLOGY | | |
| Past Due | >$1,250< | | |

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks >PLACED FOR COLLECTION<
Date placed for collection  05/2008
Estimated date that this item will be removed  02/2014



**TEXAS APARTMENT ASSOCIATION**
M E M B E R

### Residential Lease Contract

APARTMENT
ASSOCIATION
GREATER DALLAS

*This Lease Contract is only valid if filled out before January 1, 2008.*

Date of Lease Contract    **March 3, 2006**
(when this Lease Contract is filled out)

*This is a binding contract  Read carefully before signing*

═══ **Moving In — General Information** ═══

**1  PARTIES**  This Lease Contract is between you, the resident(s) *(list all people signing the Lease Contract)*  **Sarlower T Ross**
_____
_____
**Robert Glover**    and us, the owner
_____

You've agreed to rent the following dwelling *[check one]* ☒ house, ☐ duplex unit, or ☐ other unit, and any grounds, garage or other improvements located at  **1408 Dundee**
_____ (street address)
in  **Arlington**    (city),
Texas, **76002**    (zip code) for use as a private residence only!  The terms "you" and "your" refer to all residents listed above  The terms "we", "us", and "our" refer to the owner listed above and not to property managers or anyone else  Written notice to or from our managers constitutes notice to or from us  If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor must be executed

**2  OCCUPANTS**  The dwelling will be occupied only by you and *(list all other occupants not signing the Lease Contract)*
**Terrell Tilmon, Chris Surry, Crysta Surry**
_____
_____
No one else may occupy the dwelling  Persons not listed above must not stay in the dwelling for more than **10** consecutive days without our prior written consent, and no more than twice that many days in any one month  *If the previous guest isn't filled in, two days per month is the limit*

**3  LEASE TERM**  The initial term of the Lease Contract begins on the **25th** day of  **March**    **2006** (year), and ends at midnight the **31st** day of    **March**   **2007** (year)  This Lease Contract will automatically renew month-to-month unless either party gives at least **30** days written notice of termination or intent to move out as required by paragraph 37  *If the number of days isn't filled in, at least 30 days notice is required*

**4  SECURITY DEPOSIT**  The total security deposit for all residents is **$1425 00** , due on or before the date this Lease Contract is signed  This amount *[check one]* ☐ does or ☒ does not include an animal deposit  Any animal deposit will be stated in an animal addendum  See paragraphs 41 and 42 for security deposit return information

**5  KEYS AND FURNITURE**  You will be provided  **2**  dwelling key(s), _____ mailbox key(s), and  **2**  other access devices for  **Garage Remotes**    Any resident, occupant, or spouse who, according to a remaining resident's affidavit, has permanently moved out or is under court order not to enter the dwelling, is (at our option) no longer entitled to occupancy, keys, or other access devices  Your dwelling will be *[check one]* ☐ furnished or ☒ unfurnished

**6  RENT AND CHARGES**  You will pay $ **1425 00** per month for rent, in advance and without demand at **2415 Ave J, #100 Arl, TX 76006**    and payable to ☐ owner or ☒  **Classic Property Mgmt**
Prorated rent of $  **332 50**  is due for the remainder of *[check one]* ☐ 1st month or ☒ 2nd month, on    **April 1** ,  **2006**  (year)  Otherwise, you must pay your rent on or before the 1st day of each month *(due date)* with no grace period  Cash is unacceptable without our prior written permission  You must not withhold or offset rent unless authorized by statute  We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks  If you don't pay all rent

on or before the **1st** day of the month and we haven't given notice to vacate before that date, you'll pay an initial late charge of $ **71 25**  plus a late charge of $   **14 25**  per day after that date until paid in full  Daily late charges will not exceed 15 days for any single month's rent  You'll also pay a charge of $  **25 00**  for each returned check, plus initial and daily late charges from due date until we receive acceptable payment  If you don't pay rent on time, you'll be delinquent and all remedies under state law and this Lease Contract will be authorized  If you violate the animal restrictions of paragraphs 27 or other animal rules, you'll pay an initial charge of $  **100 00**  per animal (not to exceed $100 per animal) and a daily charge of $  **10.00**  per animal (not to exceed $10 per day per animal) from the date the animal was brought into your dwelling until it is finally removed  We'll also have all other remedies for such violation

**7  UTILITIES**  You'll pay for all utilities including electricity, gas, water, wastewater, trash, and cable TV unless indicated in paragraph 10  You'll pay for all related deposits, charges or fees on such utilities  You must not allow any utilities (other than cable TV) to be cut off or switched for any reason—including disconnection for not paying your bills—until the Lease Contract term or renewal period ends  You must connect utilities in your name, and you must notify the utility provider of your move-out date so the meter can be timely read  If you delay getting it turned on in your name by Lease commencement or cause it to be transferred back into our name before you surrender or abandon the dwelling, you'll be liable for a $  **0  00** charge (not to exceed $50), plus the actual or estimated cost of the utilities used while the utility should have been connected in your name  If you are in an area open to competition, you may choose or change your retail electric provider at any time  If you qualify, your provider will be the same as ours, unless you choose a different provider  If you choose or change your provider, you must give us written notice  You must pay all applicable provider fees, including any fees to change service back into our name after you move out

**8  INSURANCE**  Our insurance does not cover your personal property  We urge you to get insurance for losses due to theft, fire, water damage, and the like  You intend to *[check one]*:
☐ not buy insurance to protect against such losses, or
☒ buy insurance from your own agent to cover such losses
*If neither is checked, you acknowledge that you will not have insurance coverage*

**9  SECURITY DEVICES  What We Must Provide**  Texas law requires, with some exceptions, that we must provide at no cost to you when occupancy begins (1) a window latch on each window, (2) a doorviewer (peephole) on each exterior door, (3) a pin lock on each sliding door, (4) either a door handle latch or a security bar on each sliding door, (5) a keyless bolting device (deadbolt) on each exterior door, and (6) either a keyed doorknob lock or a keyed deadbolt lock on one entry door  Keyed lock(s) will be rekeyed after the prior resident moves out  The rekeying will be done either before you move in or within 7 days after you move in, as required by statute  If we fail to install or rekey security devices as required by the Property Code, you have the right to do so and deduct the reasonable cost from your next rent payment under Section 92.165(1) of the Code.

**What You Are Now Requesting**  Subject to some limitations, under Texas law you may at any time ask us to (1) install one keyed deadbolt lock on an exterior door if it does not have one, (2) install a security bar on a sliding glass door if it does not have one, and (3) change or rekey locks or latches  We must comply with those requests, but you must pay for them  Subject to statutory restrictions on what security devices you may request, you are now requesting us to install or change at your expense

*If no item is filled in, then you are requesting none at this time*

**Payment.**  We will pay for missing security devices that are required by statute  You will pay for: (1) rekeying that you request (except when we failed to rekey after the previous resident moved out), and (2) repairs or replacements due to misuse or damage by you or your family, occupants, or guests  You must pay immediately after the work is done unless state statute authorizes advance payment  You also must pay for additional or changed security devices you request, in advance or afterward, at our option

═══ **Special Provisions and "What If" Clauses** ═══

**10  SPECIAL PROVISIONS**  The following or attached special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form
**HVAC filters to be changed every 30 days by tenant  Alarm monitoring and extermination at tenant expense   No smoking inside dwelling  Tenants agree to abide by the HOA guidelines  All payments must be in certified funds**

**11  UNLAWFUL EARLY MOVE-OUT, RELETTING CHARGE**  You'll be liable to us for a reletting charge of $  **1211 25**  (not to exceed 85% of the highest monthly rent during the Lease Contract term) if you
(1)  fail to move in, or fail to give written move-out notice as required in paragraphs 23 or 37, or
(2)  move out without paying rent in full for the entire Lease Contract term or renewal period, or
(3)  move out at our demand because of your default, or
(4)  are judicially evicted
*The reletting charge is not a cancellation fee and does not release you from your obligations under this Lease Contract  See the first paragraph of page 2*

0310200611450

Sarlower T Ross
Your Initials **STR**   Initials of Our Representative _____

Residential Lease Contract    © 2005, Texas Apartment Association, Inc    Page 1 of 6

To: United State Bankruptcy Court Southern District of New York
(Motors Liquidation Company) f/k/a General Motors Corp

Chapter 11 Case No. 09-50026 (REG)
OBJECTION ADJOURNED



Hello my name is (Sarlower o. Tibbs) my claim #64968

I am sending you this response and asking the court and other
Members of the court to please have mercy on me and my health
Of granting to me what is due by me losing everything I had to
living with kids that who are now taking care of me when I should
Be helping taking care of them along with my grandkids. I'm so
tried I really need to do something for myself and this will help me
a whole lot get me back to were. I need to be my kids have there
own family to take care of and I just want to at lease give back to
them. What they have done for me and to take care of myself its.
Not much but it would help pay off some of something even I
would love to go back to work for (GM) and start off were I left off
from I love working for this company and working for them was a
great experience for me and to put me back on my feet if the court
would grant that and that it be order by the court that I can return
back to the company where I left off from. Please I ask that the
court will consider my request on this are just give to me what is
due to me and I will be more and willing to work again and that I
am a very strong women of (God) so will you please here my voice
and my cry so that I can move on with my life and take care of
myself. Thank you again

P: Hm (817) 449-8975
Cell (817) 627-8740

Sarlower o Tibbs

case number 64968



UNITED STATE BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

DOCKET -7102

CHAPTER 11 CASE NO 9-50026

OBJection to

HELLO' MY NAME IS SARLOWER OLIVIER TIBBS   (CLAIM# 64968)

I'm sending you this letter to ask the court to do not disallowed and expunged this case

 I started working for GM and 1994 at an early age I was in good health never would have

Thought that I would get injured. And I was a very good hard worker, love working for Gm.

In 2000 of Nov I injured my left shoulder' I did everything that was ask of me by my doctors. I had

MRI,XRAYS,PHYSICAL THERPY,EVEN HAD TO GET SHOTS IN MY SHOULDER, to help for pain but did not help me it would just calm the pain down for a while, but the pain will come right back. Even when the

Doctors, kept  recommend surgery and work comp and Gm. keep on denied me from having surgery

I suffer for 8yr with my shoulder can't sleep at night. It was so bad and it looks like my shoulder was actually looking like it was detach from the shoulder bone .it was really hard for me to clean my house I was not able to work and that it kept me from having a chance to do all my regular duties as a mother grandmother (I WAS USE TO TAKING CARE OF MY KIDS NOT MY KIDS TAKING CARE OF ME). my grandkids it was so hard for me, I LOST EVERYTHING I just could not perform the

thing I use to do anymore and finally Work Comp and GM approve my surgery in march of 2008 my shoulder was so bad off it affected the way of walking the way I hold my neck it was to the point to where it was hard on me to do anything , my family had to help me with a lot trying to get back where needed to be, And guess what other company will not hire me, do to my shoulder injury I'm still going to the doctors for my shoulder seeing a pain doctor.my daughters are taking care of me along with their family. My shoulder gives out on me all the time a lot. I look at my grandkids every day and wants to play with them pick them up spin them around push them on the swing so I ask that the court do not drop this case are expunged this is all that I ask. Conversate for my pain and suffering and from the hardship.

CLAIM NUMBER 64968

Sincerely Sarlower O. Tibbs

TO. All the Attorney for the Debters.