UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.  I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On April 10, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Betty Dalton, 1707 Radford Rd, Christiansburg, VA 24073 (affected party):

    - Letter from Anamay M. Carmel, Dickstein Shapiro, LLP, to Betty E. Dalton, dated April 10, 2012, regarding Hearing on April 26, 2012 at 9:45 a.m. (Eastern Time) re Claim No. 70180.

2.  On April 10, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on Sudie M. Venable, 3114 Mountain Road, Halifax, VA 24558 (affected party):

    - Letter from Anamay M. Carmel, Dickstein Shapiro, LLP, to Sudie M. Venable, dated April 10, 2012, regarding Hearing on April 26, 2012 at 9:45 a.m. (Eastern Time) re Claim No. 70342.

2.  On April 10, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by e-mail on Marjorie A. Creamer-Consumer Protection,

thehush91@hotmail.com, and by first class mail on Marjorie A. Creamer-Consumer Protection, GM Product Liability, 705 S. Monroe, Smith Center, KS 66967 (affected party):

- Letter from Anamay M. Carmel, Dickstein Shapiro, LLP, to Marjorie A. Creamer, dated April 10, 2012, regarding Hearing on April 26, 2012 at 9:45 a.m. (Eastern Time) re Claim No. 71249].

Dated: April 12, 2012
      Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 12th day of April, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015