March 30, 2012

To Thee

Honorable Robert E. Gerber
United States Bankruptcy Judge
Courtroom 621, One Bowling Green
New York, NY 10004-1408



RECEIVED
APR 16 2012
U.S. BANKRUPTCY COURT, SDNY
REG

Your Honor

I am writing to you in regards to paperwork I received
from Old G.M. sometime ago.
When I received paperwork, I was confused as to what G.M.,
wanted from me so I sent copies of my Divorce Award Dated
Sept 30, 1997, also, copy of my Pension Award.
Then I received more paperwork from G.M.., so, I sent a letter
stating that I was not suing G.M. I just wanted to protect
what I had already been awarded.
I received a call from Mr. David Griffith concerning this,
he said that I would probably receive one more paper and then
hopefully the misunderstanding would be cleared off record.
I am so sorry your Honor if this has caused a problem for the
Court, it was not my intention to do so.
I beg Your forgiveness and hope this can be corrected.
I have talked to Mr. David Griffith on several occassions
about this, last one on March 12, 2012.
He was very nice and said at that time that I was to receive
a letter from the court with a phone number that I was to call
and speak with you on April 26, 2012.
He also said that after speaking with you I will hopefully
have problem resolved and that it would be ex-sponged from
record,
Your Honor, I do not know much about law and do not want to
sue G.M. I only want what I have already been Awarded.
And that is my Divorce Award and my Pension Award.
Again I apoligize to the Court and look forward to speaking
with you on April 26, 2012.

Most Respectfully,

Sharun Reyes

4780 Jamm Rd
Orion, Mi 48359

Phone # 248-391-1493

Ref 101st Omnibus
(ECF No. 7680)