## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | JAMES D STAHL II<br>C/O W KELLEY CAUDILL<br>215 STANLEY REED COURT<br>MAYSVILLE, KY 41056 |
| Claim Number (if known): | 11160 |
| Date Claim Filed: | 10/16/2009 |
| Total Amount of Claim Filed: | $ 6,500.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/13/2012         W. Kelly Caudill

Print Name: W. Kelly Caudill

Title (if applicable): Attorney for Creditor James D. Stahl



RECEIVED
APR 16 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1