UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On April 5, 2012, at the direction of Weil Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Agreed Order [Docket No. 11577].

Dated:  April 18, 2012
            Lake Success, New York

                                                                        /s/Barbara Kelley Keane
                                                                         Barbara Kelley Keane

Sworn to before me this 18th day of April, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

LEV L. DASSIN - ACTING UNITED STATES ATTORNEY FOR THE SOUTHERN
DISTRICT OF NEW YORK
ATT: DAVID S. JONES, JEFFREY S. OESTERICHER, MATTHEW L. SCHWARTZ &
JOSEPH N. CORDARO
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NY 10007

US CUSTOMS AND BORDER PROTECTION
ATTN: REVENUE DIVISION, BANKRUPTCY TEAM
6650 TELECOM DR SUITE 100
INDIANAPOLIS, IN 46278