ORIGINAL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



DIMITRIOS S. MARANGOS

Against

MOTORS LIQUIDATION COMPANY, et al.,
    f/k/a General Motors Corp., et al.

NOTICE OF APPEAL

Chapter 11

Case No. 09-50026 (REG)

Notice is hereby given that Dimitrios S. Marangos hereby appeals to the United States Bankruptcy Court Southern District of New York, order entered on the 19th of March 2012 Claim No. 61381, Docket No. 11529.

Dated: March 29, 2012

Signature of Appellant

3162 Glengrove Drive
Address of Appellant

Rochester Hills MI. 48309

(248) 481-7998

Telephone Number

TO: Law Office of Dickstein Shapiro LLP
    Barry N. Seidel (BS-1945)
    Stefanie Birbrower Greer (SG-2898)
    1633 Broadway New York,
    New York 10019-6708
    Tel: (212) 277-6500