**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DIMITRIOS S. MARANGOS

**Statement of Issues**

Against

Chapter 11

Case No. 09-50026 (REG)

MOTORS LIQUIDATION COMPANY, et al.,
   f/k/a General Motors Corp., et al.

Statement of Issues in regards Dimitrios S. Marangos v. Motors Liquidation Company f/k/a General Motors Corp., et al. and/or GUC Trust, Claim No. 61381, explanation bellow.

Please be noticed that from the beginning of my filing at the 6th District Court of Detroit the Judge assigned for my case never followed the due process and refused to provide me with an Attorney as EEOC advised me after they provided me with the letter Notice to Sue. General Motors was in Default of filing as they also provided falsified records to the Court but the Judge took no action to dismiss the case in my favor. Instead the case was dismissed in favor of General Motors. At Bankruptcy Court of Southern District of New York Attorney Stefanie Birbrower Greer representing GUC Trust filed Doc. No. 11350 on January 26, 2012 regarding Notice of Objection to proof of Claim No. 61381 by Dimitrios Marangos, enclosed Exhibit F page 4 of 4 to establish a factual case against me and prove that I have no rights against General Motors because I <u>Voluntary Quit</u>. This is the very same exhibit (Actual Exhibit A changed to Exhibit F) that was the falsified document General Motors submitted to the 6th Disrict Court of Detroit, on the filing of 1999. My answer to this filing submitted to the Bankruptcy Court of Southern District of New York on February 21, 2012 with the proof that this is a falsified document. On February 24 and 27 of 2012 Attorney Stefanie Birbrower Greer representing GUC Trust filed Doc. No. 11448 & 11459, stating that she is removing Exhibit F from the record,

1

which this move should be unacceptable by the Court but Judge Gerber looked other ways from what the law is stating. This is proving that Attorney Stefanie Birbrower Greer representing GUC Trust is not able to establish a case against me and that I never Voluntary Quit but was forced out of General Motors Corporation.

To conclude the above mentioned I state that the ruling of, March 1, 2012 from Judge Gerber Should have granted claim No. 61381 in my favor by taking under consideration the documents and proof I presented to the Court. Instead he dismissed the case again by favoring General Motors and GUC Trust.

Therefore, I am praying and asking the court and the Judges reviewing my appeal to give me a fair chance so that the truth can be perceived by granting me a good standing and enter an order in favor of the appellant as the Court deems just and proper for my case.

Dated: April 10, 2012

Signature of Appellant

3162 Glengrove Drive
Address of Appellant

Rochester Hills MI. 48309

(248) 481-7998

Telephone Number

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DIMITRIOS S. MARANGOS

**Designation of Items to**
**Be Included at the Record**

Against

Chapter 11

Case No. 09-50026 (REG)

MOTORS LIQUIDATION COMPANY, et al.,
    f/k/a General Motors Corp., et al.

Designation of Items to be included at the record in regards Dimitrios S. Marangos v. Motors Liquidation Company f/k/a General Motors Corp., et al. and/or GUC Trust Claim No. 61381. Please include all Records pertaining to the above mention claim as hard copy along with any Electronic Media such as CD/DVD.

Dated: April 10, 2012

_____
Signature of Appellant

3162 Glengrove Drive
Address of Appellant

Rochester Hills MI. 48309

(248) 481-7998

Telephone Number