

n 13, 2011

Marjori A Creamer
705 S. Monroe
Smith Center Ks 66967
785-259-1460

Product allegations service request
(purchased new) #71-762-294405
RE: 2006 Cobalt LT Sedan
Vin. 1G1AL55F367780039

RECEIVED
APR 16 2012
U.S. BANKRUPTCY COURT, S...

Dear Mark L Reuss Vice President +
President, GM
North America

Writing to get some relief as to the defective vehicle manufactured by GM. This above referenced defective vehicle caused a wreck on Sept 24, 2009. My injuries were severe and totaled the vehicle, approx 37,000 miles, at the time. In March 2010, a recall on cobalts, my car was one with a defective steering motor. Also, the near frontal impact should have deployed the air bag. Did not. Air bag would have safed from injuries. I would think GM would replace my car with a new one; as their product is defective and also help in assist with injuries, pain and suffering.

Please contact me as soon as possible

Thank you
Marjori A Creamer