# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | VEHICLE OCCUPANT SENSING SYSTEM LLC<br>C/O TADLOCK LAW FIRM<br>ATTN: CRAIG TADLOCK ESQ<br>400 E ROYAL LANE SUITE 290<br>IRVING, TX 75039 |
| Claim Number (if known): | 70758 |
| Date Claim Filed: | 2/1/2011 |
| Total Amount of Claim Filed: | $37,500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/16/2012

Print Name: Craig Tadlock

Title (if applicable): Outside Counsel for Vehicle Occupant Sensing System LLC



RECEIVED APR 17 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1