# EXHIBIT A

# PART 1 OF 3

09-50026-mg   Doc 11617-1   Filed 04/18/12   Entered 04/18/12 17:19:27   Exhibit A
Part 1 of 8   Pg 1 of 13



# DOCUMENTS REPOSITORY

This page contains the Site-related documents available at the public library and the GM Plant Lobby repository. This repository contains documents that are very large. Every document is provided in its entirety. Some documents are also broken into logical units called "Splits". These Splits are parts of the entire document, and are more quickly downloaded to your computer.

It is recommended to perform the following procedures in order to view any single document:

1. Using your mouse, "right-click" on the document you wish to view;
2. Select "Save Target As ...", and identify where you want to save the document on your computer;
3. Click the "Save" button; and
4. Once the document has been saved on your computer, open the document from your computer.

Document sizes are large, and the time to download depends upon your internet connection speed.

Copies of all Documents are available at the public library and the GM Plant lobby.

## Voluntary Corrective Action Agreement

| | | | |
|---|---|---|---|
| Voluntary Corrective Action Agreement | 3/20/2001 | 0.4 MB | 2 min |
| Performance Based Corrective Action Agreement | 10/01/2002 | 0.7 MB | 2 min |
| Request for Schedule Extension for Submittal of Final Corrective Measures Proposal | 02/28/2007 | 0.1 MB | 1 min |
| Schedule Extension for Submittal of Final Corrective Measures Proposal | 03/29/2007 | 0.1 MB | 1 min |
| Request for Schedule Extension for Submittal of Final Corrective Measures Proposal | 02/27/2008 | 0.1 MB | 1 min |
| Final Schedule for Submittal of Final Corrective Measures Proposal | 05/09/2008 | 0.1 MB | 1 min |

## Administrative Order On Consent (effective on July 31, 2003)

| | | | |
|---|---|---|---|
| AOC for Removal Action | 8/14/2003 | | |

## CERCLA Monthly Progress Reports

| | | | |
|---|---|---|---|
| July 2003 Progress Report | 8/19/2003 | 3.4 MB | 17 min |
| August 2003 Progress Report | 9/10/2003 | 0.2 MB | 1 min |
| September 2003 Progress Report | 10/14/2003 | 0.2 MB | 1 min |
| October 2003 Progress Report | 11/14/2003 | 1.9 MB | 9 min |
| November 2003 Progress Report | 12/12/2003 | 2 MB | 10 min |
| December 2003 Progress Report | 1/15/2004 | 1.9 MB | 9 min |
| January 2004 Progress Report | 2/13/2004 | 2.5 MB | 12 min |
| February 2004 Monthly Progress Report | 3/15/2004 | 4.8 MB | 24 min |
| March 2004 Monthly Progress Report | 4/15/2004 | 2.6 MB | 13 min |
| April 2004 Monthly Progress Report | 5/13/2004 | 4.7 MB | 23 min |
| May 2004 Monthly Progress Report | 6/14/2004 | 8.5 MB | 43 min |
| June 2004 Monthly Progress Report | 7/14/2004 | 5.9 MB | 29 min |

| Report | Date | Size | Duration |
|---|---|---|---|
| July 2004 Monthly Progress Report | 8/14/2004 | 6.5 MB | 33 min |
| August 2004 Monthly Progress Report | 9/17/2004 | 8.7 MB | 44 min |
| September 2004 Monthly Progress Report | 10/15/2004 | 8.1 MB | 41 min |
| October 2004 Monthly Progress Report | 11/15/2004 | 13.5 MB | 68 min |
| November 2004 Monthly Progress Report | 12/13/2004 | 13.5 MB | 68 min |
| December 2004 Monthly Progress Report | 1/15/2005 | 16.9 MB | 85 min |
| January 2005 Monthly Progress Report | 2/15/2005 | 14 MB | 71 min |
| February 2005 Monthly Progress Report | 3/11/2005 | 16.7 MB | 84 min |
| March 2005 Monthly Progress Report | 4/15/2005 | 17.7 MB | 89 min |
| April 2005 Monthly Progress Report | 5/13/2005 | 21.2 MB | 107 min |
| May 2005 Monthly Progress Report | 6/14/2005 | 21.6 MB | 109 min |
| June 2005 Monthly Progress Report | 7/14/2005 | 13.4 MB | 68 min |
| July 2005 Monthly Progress Report | 8/14/2005 | 22 MB | 111 min |
| August 2005 Monthly Progress Report | 9/14/2005 | 26.9 MB | 136 min |
| September 2005 Monthly Progress Report | 10/14/2005 | 25.5 MB | 129 min |
| October 2005 Monthly Progress Report | 11/14/2005 | 23.9 MB | 121 min |
| November 2005 Monthly Progress Report | 12/14/2005 | 16.7 MB | 84 min |
| December 2005 Monthly Progress Report | 1/13/2006 | 10.6 MB | 53 min |
| January 2006 Monthly Progress Report | 2/14/2006 | 15.8 MB | 80 min |
| February 2006 Monthly Progress Report | 3/14/2006 | 24.1 MB | 122 min |
| March 2006 Monthly Progress Report | 4/13/2006 | 19 MB | 96 min |
| April 2006 Monthly Progress Report | 5/12/2006 | 19.7 MB | 100 min |
| May 2006 Monthly Progress Report | 6/14/2006 | 14.4 MB | 73 min |
| June 2006 Monthly Progress Report | 7/14/2006 | 17.8 MB | 90 min |
| July 2006 Monthly Progress Report | 8/14/2006 | 8.8 MB | 44 min |
| August 2006 Monthly Progress Report | 9/14/2006 | 26.4 MB | 134 min |
| September 2006 Monthly Progress Report | 10/13/2006 | 18.5 MB | 93 min |
| October 2006 Monthly Progress Report | 11/14/2006 | 10.4 MB | 52 min |
| November 2006 Monthly Progress Report | 12/15/2006 | 14.7 MB | 74 min |
| December 2006 Monthly Progress Report | 1/12/2007 | 10.6 MB | 53 min |

| | | | |
|---|---|---|---|
| January 2007 Monthly Progress Report | 2/15/2007 | 9.1 MB | 46 min |
| February 2007 Monthly Progress Report | 3/14/2007 | 5.3 MB | 26 min |
| March 2007 Monthly Progress Report | 4/13/2007 | 18.8 MB | 95 min |
| April 2007 Monthly Progress Report | 5/14/2007 | 7.4 MB | 37 min |
| May 2007 Monthly Progress Report | 6/14/2007 | 36.9 MB | 187 min |
| June 2007 Monthly Progress Report | 7/13/2007 | 10 MB | 50 min |
| July 2007 Monthly Progress Report | 8/14/2007 | 8.2 MB | 41 min |
| August 2007 Monthly Progress Report | 9/14/2007 | 9.7 MB | 49 min |
| September 2007 Monthly Progress Report | 10/12/2007 | 8.4 MB | 42 min |
| October 2007 Monthly Progress Report | 11/14/2007 | 7.5 MB | 38 min |
| November 2007 Monthly Progress Report | 12/14/2007 | 6.2 MB | 31 min |
| December 2007 Monthly Progress Report | 1/14/2008 | 4.8 MB | 24 min |
| January 2008 Monthly Progress Report | 2/14/2008 | 5.4 MB | 27 min |
| February 2008 Monthly Progress Report | 3/14/2008 | 3.6 MB | 18 min |
| March 2008 Monthly Progress Report | 4/15/2008 | 3.5 MB | 17 min |
| April 2008 Monthly Progress Report | 5/14/2008 | 6 MB | 30 min |
| May 2008 Monthly Progress Report | 6/13/2008 | 8.2 MB | 41 min |
| June 2008 Monthly Progress Report | 7/14/2008 | 5.4 MB | 27 min |
| July 2008 Monthly Progress Report | 8/14/2008 | 3.7 MB | 18 min |
| August 2008 Monthly Progress Report | 9/12/2008 | 3.3 MB | 16 min |
| September 2008 Monthly Progress Report | 10/14/2008 | 2.9 MB | 14 min |
| October 2008 Monthly Progress Report | 11/14/2008 | 2.9 MB | 14 min |
| November 2008 Monthly Progress Report | 12/15/2008 | 0.3 MB | 1 min |
| December 2008 Monthly Progress Report | 1/14/2009 | 0.1 MB | < 1 min |
| January 2009 Monthly Progress Report | 2/13/2009 | 0.2 MB | 1 min |
| February 2009 Monthly Progress Report | 3/13/2009 | 0.2 MB | 1 min |
| March 2009 Monthly Progress Report | 4/14/2009 | 0.2 MB | 1 min |
| April 2009 Monthly Progress Report | 5/14/2009 | 0.2 MB | 1 min |
| May 2009 Monthly Progress Report | 6/11/2009 | 0.2 MB | 1 min |
| June 2009 Monthly Progress Report | 7/8/2009 | 0.2 MB | 1 min |

| | | | |
|---|---|---|---|
| July/August 2009 Progress Report | 9/11/2009 | 0.2 MB | 1 min |
| September/October 2009 Progress Report | 11/13/2009 | 0.1 MB | < 1 min |
| November/December 2009 Progress Report | 1/15/2010 | 0.1 MB | < 1 min |
| January/February 2010 Progress Report | 3/12/2010 | 1.1 MB | 5 min |
| March/April 2010 Progress Report | 5/14/2010 | 1.2 MB | 6 min |
| May/June 2010 Progress Report | 7/15/2010 | 0.1 MB | < 1 min |
| July/August 2010 Progress Report | 9/14/2010 | 0.1 MB | < 1 min |
| September/October 2010 Progress Report | 11/12/2010 | 0.2 MB | 1 min |
| November/December 2010 Progress Report | 1/14/2011 | 0.1 MB | < 1 min |
| January/February 2011 Progress Report | 3/14/2011 | 0.1 MB | < 1 min |
| March/April 2011 Progress Report | 5/13/2011 | 0.2 MB | 1 min |
| May/June 2011 Progress Report | 7/14/2011 | 0.1 MB | < 1 min |
| July/August 2011 Progress Report | 9/15/2011 | 0.1 MB | < 1 min |
| September/October 2011 Progress Report | 11/15/2011 | 0.1 MB | < 1 min |
| November/December 2011 Progress Report | 1/13/2012 | 0.1 MB | < 1 min |

**Creek Soil and Sediment Removal Action Reports**

| | | | |
|---|---|---|---|
| Parcel 22 Removal Action Work Plan | 7/18/2003 | 38.9 MB | 197 min |
| Parcel 22 Removal Action Work Plan Drawings | 7/18/2003 | 8.9 MB | 45 min |
| Upstream Parcels Removal Action Work Plan | 7/18/2003 | 42.5 MB | 215 min |
| Upstream Parcels Removal Action Work Plan Drawings | 7/18/2003 | 14.3 MB | 72 min |
| Upstream Parcels Removal Action Work Plan: Addendum No. 1 | 12/2/2003 | 6.4 MB | 32 min |
| Upstream Parcels Removal Action Work Plan: Addendum No. 2 | 2/23/2004 | 0.2 MB | 1 min |
| Upstream Parcels Removal Action Work Plan: Addendum No. 3 | 5/11/2004 | 2.2 MB | 11 min |
| Upstream Parcels Removal Action Work Plan: Addendum No. 4 | 6/30/2004 | 0.1 MB | < 1 min |
| Upstream Parcels Removal Action Work Plan: Addendum No. 5 | 10/2/2004 | 4.3 MB | 21 min |
| Site Source Control Work Plan | 11/11/2003 | 14.2 MB | 72 min |
| Site Source Control Work Plan: Addendum No. 1 | 4/21/2004 | 13.3 MB | 67 min |
| Site Source Control Work Plan: Addendum No.2 | 10/1/2004 | 16 MB | 81 min |

| | | | |
|---|---|---|---|
| Site Source Control Work Plan: Addendum No. 3 | 11/17/2004 | 3.1 MB | 15 min |
| Site Source Control Work Plan: Addendum No. 4 | 6/22/2005 | 6.7 MB | 34 min |
| Site Source Control Work Plan: Addendum No. 5 | 11/9/2006 | 9.6 MB | 48 min |
| Site Source Control Work Plan: Addendum No. 6 | 9/6/2007 | 19.7 MB | 100 min |
| Final Proposed Modification to the Ambient Air Quality Monitoring Plan | 11/23/2004 | 6.8 MB | 34 min |
| Master Creek Channel, Vegetation, and Habitat Restoration Plan | 11/26/2004 | 37.7 MB | 191 min |
| Downstream Parcels Removal Action Work Plan | 5/25/2004 | 46.8 MB | 237 min |
| Downstream Parcels and Parcel 22 Addendum No. 1 | 5/10/2005 | 0.2 MB | 1 min |
| Downstream Parcels Addendum No. 2 | 6/22/2006 | 34.6 MB | 175 min |
| Downstream Parcels Removal Action Work Plan Drawings | 5/25/2004 | 50.7 MB | 257 min |
| Downstream Parcels Removal Work Action Plan Addendum No. 3 | 3/25/2011 | 1.7 MB | 8 min |

Maps
| | | | |
|---|---|---|---|
| Pleasant Run And Bailey's Branch Creek Areas | 6/14/2002 | 0.7 MB | 3 min |
| Stream Sample Locations KEY MAP | 8/9/2002 | 7.9 MB | 40 min |
| Stream Sample Locations Study Area 1 | 8/9/2002 | 0.5 MB | 2 min |
| Stream Sample Locations Study Area 2 - 1 of 2 | 8/9/2002 | 0.2 MB | 1 min |
| Stream Sample Locations Study Area 2 - 2 of 2 | 8/9/2002 | 0.3 MB | 1 min |
| Stream Sample Locations Study Area 3 - 1 of 2 | 8/9/2002 | 1.6 MB | 8 min |
| Stream Sample Locations Study Area 3 - 2 of 2 | 8/9/2002 | 1.3 MB | 6 min |
| Stream Sample Locations Study Area 4 - 1 of 2 | 8/9/2002 | 1 MB | 5 min |
| Stream Sample Locations Study Area 4 - 2 of 2 | 8/9/2002 | 0.7 MB | 3 min |
| Stream Sample Locations Study Area 5 | 8/9/2002 | 0.9 MB | 4 min |
| Stream Sample Locations Study Area 6 | 8/9/2002 | 1.7 MB | 8 min |
| Stream Sample Locations Study Area 7 | 8/9/2002 | 0.7 MB | 3 min |
| Stream Sample Locations Study Area 8 | 8/9/2002 | 0.7 MB | 3 min |
| Stream Sample Locations Study Area 9 | 8/9/2002 | 2 MB | 10 min |
| Stream Sample Locations Study Area 10 | 8/9/2002 | 1.5 MB | 7 min |

Off-Site Well Investigation Reports
| | | | |
|---|---|---|---|
| Off-Site Well Survey & Sampling Work Plan | 6/6/2001 | 2.4 MB | 12 min |

| | | | |
|---|---|---|---|
| Technical Memorandum Off-Site Residential Well Survey and Sampling | 12/9/2002 | 34.7 MB | 176 min |

**Progress Reports**

| | | | |
|---|---|---|---|
| Quarterly Progress Report 1 | 7/12/2001 | 0.2 MB | 1 min |
| Quarterly Progress Report 2 | 10/15/2001 | 2.2 MB | 11 min |
| Quarterly Progress Report 3 | 1/15/2002 | 3.4 MB | 17 min |
| Quarterly Progress Report 4 | 4/15/2002 | 2.7 MB | 13 min |
| Quarterly Progress Report 5 | 7/15/2002 | 0.1 MB | < 1 min |
| Quarterly Progress Report 6 | 10/16/2002 | 0.2 MB | 1 min |
| Quarterly Progress Report 7 | 1/15/2003 | 8.8 MB | 44 min |
| Quarterly Progress Report 8 | 4/14/2003 | < 0.1 MB | < 1 min |
| Quarterly Progress Report 9 | 7/14/2003 | 0.4 MB | 2 min |
| Quarterly Progress Report 10 | 10/11/2003 | 1.7 MB | 8 min |
| Quarterly Progress Report 11 | 1/15/2004 | 0.1 MB | < 1 min |
| Quarterly Progress Report 12 | 4/15/2004 | 1.7 MB | 8 min |
| Quarterly Progress Report 13 | 7/12/2004 | 0.1 MB | < 1 min |
| Quarterly Progress Report 14 | 10/14/2004 | 0.1 MB | < 1 min |
| Quarterly Progress Report 15 | 1/15/2005 | 0.3 MB | 1 min |
| Quarterly Progress Report 16 | 4/15/2005 | 0.1 MB | < 1 min |
| Quarterly Progress Report 17 | 7/14/2005 | 0.1 MB | < 1 min |
| Quarterly Progress Report 18 | 9/14/2005 | 1.1 MB | 5 min |
| Quarterly Progress Report 19 | 1/13/2006 | 0.1 MB | < 1 min |
| Quarterly Progress Report 20 | 4/13/2006 | 0.7 MB | 3 min |
| Quarterly Progress Report 21 | 7/14/2006 | 1 MB | 5 min |
| Quarterly Progress Report 22 | 10/13/2006 | 2.4 MB | 12 min |
| Quarterly Progress Report 23 | 1/12/2007 | 3.4 MB | 17 min |
| Quarterly Progress Report 24 | 4/13/2007 | 4 MB | 20 min |
| Quarterly Progress Report 25 | 7/13/2007 | 3.9 MB | 19 min |
| Quarterly Progress Report 26 | 10/12/2007 | 3.3 MB | 16 min |
| Quarterly Progress Report 27 | 1/14/2008 | 2.9 MB | 14 min |
| Quarterly Progress Report 28 | 4/15/2008 | 1.5 MB | 7 min |

| | | | |
|---|---|---|---|
| Quarterly Progress Report 29 | 7/14/2008 | 1.4 MB | 7 min |
| Quarterly Progress Report 30 | 10/14/2008 | 0.5 MB | 2 min |
| Quarterly Progress Report 31 | 1/14/2009 | 0.8 MB | 4 min |
| Quarterly Progress Report 32 | 4/14/2009 | 0.8 MB | 4 min |
| Quarterly Progress Report 33 | 7/8/2009 | 0.1 MB | < 1 min |
| Quarterly Progress Report 34 | 10/14/2009 | 0.1 MB | < 1 min |
| Quarterly Progress Report 35 | 1/15/2010 | 0.1 MB | < 1 min |
| Quarterly Progress Report 36 | 4/14/2010 | 0.1 MB | < 1 min |
| Quarterly Progress Report 37 | 7/15/2010 | 0.1 MB | < 1 min |
| Quarterly Progress Report 38 | 10/14/2010 | 0.1 MB | < 1 min |
| Quarterly Progress Report 39 | 1/14/2011 | 0.1 MB | < 1 min |
| Quarterly Progress Report 40 | 4/14/2011 | 0.1 MB | < 1 min |
| Quarterly Progress Report 41 | 7/14/2011 | 0.1 MB | < 1 min |
| Quarterly Progress Report 42 | 10/14/2011 | 1.8 MB | 9 min |
| Quarterly Progress Report 43 | 1/13/2012 | 0.3 MB | 1 min |

**Project Fact Sheets**

| | | | |
|---|---|---|---|
| Project Fact Sheet 1 | 5/24/2001 | 2.2 MB | 11 min |
| Project Fact Sheet 2 | 7/16/2001 | 1.8 MB | 9 min |
| Project Fact Sheet 3 | 2/10/2002 | 1.6 MB | 8 min |
| Project Fact Sheet 4 | 9/9/2002 | 0.1 MB | < 1 min |
| Project Fact Sheet 5 | 2/13/2003 | 0.2 MB | 1 min |
| Project Fact Sheet 6 | 8/11/2003 | 0.2 MB | 1 min |
| Project Fact Sheet 7 | 1/20/2004 | 0.5 MB | 2 min |
| Project Fact Sheet 8 | 5/28/2004 | 2.4 MB | 12 min |
| Project Fact Sheet 9 | 10/28/2004 | 0.8 MB | 4 min |
| Project Fact Sheet 10 | 3/8/2005 | 1.8 MB | 9 min |
| Project Fact Sheet 11 | 5/25/2005 | 2.8 MB | 14 min |
| Project Fact Sheet 12 | 9/30/2005 | 2.4 MB | 12 min |
| Project Fact Sheet 13 | 1/6/2006 | 4.2 MB | 21 min |
| Project Fact Sheet 14 | 9/15/2006 | 4 MB | 20 min |

| | | | |
|---|---|---|---|
| Project Fact Sheet 15 | 2/20/2007 | 3.2 MB | 16 min |
| Project Fact Sheet 16 | 5/24/2007 | 0.2 MB | 1 min |
| Project Fact Sheet 17 | 9/14/2007 | 0.6 MB | 3 min |
| Project Fact Sheet 18 | 12/26/2007 | 0.9 MB | 4 min |
| Project Fact Sheet 19 | 2/27/2008 | 0.6 MB | 3 min |
| Project Fact Sheet 20 | 6/11/2008 | 1.5 MB | 7 min |
| Project Fact Sheet 21 | 9/15/2008 | 1.7 MB | 8 min |
| Project Fact Sheet 22 | 12/1/2008 | 1.9 MB | 9 min |
| Project Fact Sheet 23 | 3/16/2009 | 0.1 MB | < 1 min |
| Project Fact Sheet 24 | 6/8/2009 | 0.1 MB | < 1 min |
| Project Fact Sheet 25 | 10/1/2009 | 0.8 MB | 4 min |
| Project Fact Sheet 26 | 12/2/2009 | 1.3 MB | 6 min |
| Project Fact Sheet 27 | 3/10/2010 | 0.2 MB | 1 min |
| Project Fact Sheet 28 | 6/11/2010 | 2.3 MB | 11 min |
| Project Fact Sheet 29 | 9/22/2010 | 2.3 MB | 11 min |
| Project Fact Sheet 30 | 11/22/2010 | 1.2 MB | 6 min |
| Project Fact Sheet 31 | 3/7/2011 | 2.6 MB | 13 min |
| Project Fact Sheet 32 | 6/16/2011 | 2.7 MB | 13 min |
| Project Fact Sheet 33 | 9/22/2011 | 0.3 MB | 1 min |

**Public Presentations**

| | | | |
|---|---|---|---|
| January 28, 2004 Public Information Session | 1/28/2004 | 1.1 MB | 5 min |
| April 29, 2004 Public Information Session | 4/29/2004 | 5.5 MB | 27 min |
| August 5, 2004 Public Information Session | 8/5/2004 | 7.4 MB | 37 min |
| October 28, 2004 Public Information Session | 10/29/2004 | 20.9 MB | 106 min |
| February 22, 2005 Public Information Session | 2/22/2005 | 17.9 MB | 90 min |
| March 31, 2005 Public Information Session | 3/31/2005 | 18.1 MB | 91 min |
| June 2, 2005 Public Information Session | 6/2/2005 | 9.8 MB | 49 min |
| October 6, 2005 Public Information Session | 10/6/2005 | 16.9 MB | 85 min |
| February 2, 2006 Public Information Session | 2/2/2006 | 2.4 MB | 12 min |
| June 8, 2006 Public Information Session | 6/8/2006 | 6.3 MB | 32 min |

| | | | |
|---|---|---|---|
| September 28, 2006 Public Information Session | 9/28/2006 | 4.2 MB | 21 min |
| December 7, 2006 Public Information Session | 12/7/2006 | 5.3 MB | 26 min |
| March 1, 2007 Public Information Session | 3/1/2007 | 4.6 MB | 23 min |
| June 7, 2007 Public Information Session | 6/7/2007 | 3.9 MB | 19 min |
| October 11, 2007 Public Information Session | 10/11/2007 | 2.7 MB | 13 min |
| December 6, 2007 Public Information Session | 12/6/2007 | 2.9 MB | 14 min |
| March 13, 2008 Public Information Session | 3/13/2008 | 2.2 MB | 11 min |
| June 19, 2008 Public Information Session | 6/19/2008 | 3.5 MB | 17 min |
| September 25, 2008 Public Information Session | 9/25/2008 | 3.4 MB | 17 min |
| December 11, 2008 Public Information Session | 12/11/2008 | 11.2 MB | 56 min |
| March 26, 2009 Public Information Session | 3/26/2009 | 8.5 MB | 43 min |
| June 17, 2009 Public Information Session | 6/17/2009 | 2.8 MB | 14 min |
| October 8, 2009 Public Information Session | 10/8/2009 | 2.7 MB | 13 min |
| December 10, 2009 Public Information Session | 12/10/2009 | 3.1 MB | 15 min |
| March 18, 2010 Public Information Session | 3/18/2010 | 3.3 MB | 16 min |
| June 17, 2010 Public Information Session | 6/17/2010 | 3.5 MB | 17 min |
| September 30, 2010 Public Information Session | 9/30/2010 | 4 MB | 20 min |
| December 2, 2010 Public Information Session | 2/12/2010 | 4.5 MB | 22 min |
| March 10, 2011 Public Information Session | 3/10/2011 | 4.9 MB | 24 min |
| June 23, 2011 Public Information Session | 6/23/2011 | 3.9 MB | 19 min |
| September 29, 2011 Public Information Session | 9/29/2011 | 5.3 MB | 26 min |

**RCRA Facility Investigation Reports**

| | | | |
|---|---|---|---|
| Current Conditions Report (Volume I – Text, Figures, and Tables) | 5/25/2001 | 7.2 MB | 36 min |
| Current Conditions Report (Volume II - Appendix A through E) (Part 1) | 5/25/2001 | 212.4 MB | 1078 min |
| Current Conditions Report (Volume II - Appendix A through E) (Part 2) | 5/25/2001 | 30.8 MB | 156 min |
| Current Conditions Report (Volume III - Appendix F and G) (Part 1) | 5/25/2001 | 34.1 MB | 173 min |
| Current Conditions Report (Volume III - Appendix F and G) (Part 2) | 5/25/2001 | 140.1 MB | 711 min |
| Community Relations Plan | 6/6/2001 | 1.7 MB | 8 min |
| Quality Assurance Project Plan | 7/18/2001 | 70.8 MB | 359 min |

| | | | |
|---|---|---|---|
| RCRA Facility Investigation Work Plan (amended 12/17/2002) | 10/29/2001 | | |
| RCRA Facility Investigation Work Plan Addendum No. 1 | 11/8/2002 | 4.8 MB | 24 min |
| RCRA Facility Investigation Work Plan Addendum No. 2 | 5/22/2003 | 2.9 MB | 14 min |
| RCRA Facility Investigation Work Plan: Addendum No. 3 | 3/23/2004 | 1.3 MB | 6 min |
| RCRA Facility Investigation Work Plan: Addendum No. 4 | 5/6/2004 | 28.7 MB | 145 min |
| RCRA Facility Investigation Work Plan: Addendum No. 5 | 7/26/2004 | 10.1 MB | 51 min |
| RCRA Facility Investigation Work Plan: Addendum No. 6 | 9/27/2004 | 4.8 MB | 24 min |
| RCRA Facility Investigation Work Plan: Addendum No. 7 | 11/23/2004 | 4.8 MB | 24 min |
| RCRA Facility Investigation Work Plan: Addendum No. 8 | 3/11/2005 | 6 MB | 30 min |
| RCRA Facility Investigation Work Plan: Addendum No. 9 | 7/5/2005 | 11.7 MB | 59 min |
| RCRA Facility Investigation Work Plan: Addendum No. 10 | 8/19/2005 | 10.3 MB | 52 min |
| RCRA Facility Investigation Work Plan: Addendum No. 11 | 8/17/2005 | 5.5 MB | 27 min |
| RCRA Facility Investigation Work Plan: Addendum No. 12 | 12/6/2005 | 1.3 MB | 6 min |
| RCRA Facility Investigation Work Plan: Addendum No. 13 | 4/20/2006 | 8 MB | 40 min |
| Bedford RFI Technical Memorandum 1: 2001 Stream Investigation Data Summary | 3/19/2002 | 62.7 MB | 318 min |
| Bedford RFI Technical Memorandum 1, Addendum: 2002 Highflow Surface Water Sampling | 3/27/2003 | 0.4 MB | 2 min |
| Environmental Indicator CA 725 Report | 1/24/2005 | 6.5 MB | 33 min |
| Technical Memorandum RCRA Facility Investigation (RFI) Soil; Sediment; Surface Water; Wipe Sampling | 4/18/2005 | 82.8 MB | 420 min |
| Consolidated HASP Revision 2 | 6/24/2008 | 6 MB | 30 min |

### Stream Investigation Reports

| | | | |
|---|---|---|---|
| Stream Investigation Work Plan | 6/6/2001 | 1.4 MB | 7 min |
| Stream Investigation Field Sampling Plan | 9/21/2001 | 4.5 MB | 22 min |
| Bedford Stream Investigation High Flow Sampling Memorandum | 5/12/2002 | 0.1 MB | < 1 min |
| Technical Memorandum Phase II Stream Investigation | 2/11/2003 | | |

### Interim Measures

| | | | |
|---|---|---|---|
| RCRA Corrective Action Program Interim Measures Alternatives Review Report - East Plant Area | 4/13/2005 | 110.2 MB | 559 min |
| U. S. EPA, Region V - East Plant Area Interim Measures | 5/31/2005 | 0.2 MB | 1 min |

| | | | |
|---|---|---|---|
| **Statement of Basis** | | | |
| Final (100%) Design - Grading Areas 1 and 2 for the East Plant Area Interim Measure | 6/10/2005 | 5.5 MB | 27 min |
| Design Report Over 50 mg/kg PCB Soil Removal - East Plant Area | 5/26/2006 | 30.4 MB | 154 min |
| Western Tributary Interim Measure Work Plan | 2/14/2006 | 15 MB | 76 min |
| Northern Tributary Interim Measure Work Plan | 2/14/2006 | 14.1 MB | 71 min |
| East Plant Area Cover System Final Design | 4/18/2008 | 11 MB | 55 min |
| Proposed Grading Areas 3 and 4 Pre-Final Design Drawings | 1/16/2006 | 4.5 MB | 22 min |
| Parcels 201 and 204 Interim Measures Work Plan | 5/16/2008 | 14.7 MB | 74 min |
| **Technical Memorandum** | | | |
| RFI Addendum No. 12 Technical Memo | 7/21/2006 | 2.7 MB | 13 min |
| RFI Addendum No. 9 Technical Memo | 7/24/2006 | 60.9 MB | 309 min |
| RFI TM Addenda No. 3 Through 7 | 5/3/2007 | 25.9 MB | 131 min |
| **Monitoring Reports** | | | |
| Upstream Parcels Interim Operation, Maintenance, and Monitoring Plan | 6/13/2008 | 4.8 MB | 24 min |
| 2008 Upstream Parcels Monitoring Report | 1/27/2009 | 45.8 MB | 232 min |
| Parcel 22 Interim Operation, Maintenance, and Monitoring Plan (IOMMP) | 5/14/2010 | 4.5 MB | 22 min |
| **Construction Certification Reports** | | | |
| Upstream Parcels Removal Action Construction Certification Report | 10/1/2007 | 67.4 MB | 342 min |
| Western Tributary Interim Measure Construction Certification Report | 11/18/2008 | 22.3 MB | 113 min |
| Northern Tributary Construction Certification Report | 5/31/2010 | 66.7 MB | 338 min |
| Parcel 22 Construction Certification Report | 5/14/2010 | 57.8 MB | 293 min |
| **Restoration Progress** | | | |
| Animals, insects, fish and birds | 1/17/2011 | 6.1 MB | 30 min |
| Creeks and Ponds | 1/17/2011 | 5.2 MB | 26 min |
| Floodplain Photos | 1/17/2011 | 2.1 MB | 10 min |
| Habitat Features Photos | 1/17/2011 | 6.2 MB | 31 min |
| Plants and Flowers Photos | 1/17/2011 | 5.1 MB | 25 min |
| All Restoration Photos | 1/17/2011 | 24.6 MB | 124 min |

© 2002 – 2005 GM Bedford Plant RCRA Corrective Action Web Site