# EXHIBIT A

# Part 2-1 of 8



# REMOVAL ACTION

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GMCETC BEDFORD FACILITY BEDFORD, INDIANA

- Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Removal Action (RA)
  - Bailey's Branch and Pleasant Run PCB cleanup of creek sediments and floodplain soil.
  - RA Elements:
    - Control of impacted springs and seeps along creeks; and
    - Removal of floodplain soil to 1.8 ppm and sediment to 1 ppm in the creek. Removal is complete.
  - Remedy for large spring on Baileys Branch still to be implemented this year.
  - Restoration will continue into 2012.

SEPTEMBER 29, 2011