# EXHIBIT A

# Part 2-2 of 8





REMOVAL ACTION STATUS

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION

GMCETC BEDFORD FACILITY, BEDFORD, INDIANA

SEPTEMBER 29, 2011



CREEK RESTORATION — Restoration North of Broomsage Road — SEPTEMBER 29, 2011