# EXHIBIT A

# Part 3 of 8

09-50026-mg    Doc 11617-4    Filed 04/18/12    Entered 04/18/12 17:19:27    Exhibit A
Part 3 of 8    Pg 1 of 5

09-50026-mg    Doc 11617-4    Filed 04/18/12    Entered 04/18/12 17:19:27    Exhibit A
Part 3 of 8    Pg 2 of 5



# CREEK RESTORATION

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION

GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

Restoration North of Broomsage Road

SEPTEMBER 29, 2011

6


CREEK RESTORATION STATUS

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION

GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

Restoration east of Peerless Road

SEPTEMBER 29, 2011



# CREEK EXCAVATION STATUS

RCRA CORRECTIVE ACTION / CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY BEDFORD, INDIANA



Complete Area G Excavation

SEPTEMBER 29, 2011