# EXHIBIT A

# Part 4 of 8





# CREEK EXCAVATION STATUS
RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

Completed excavation area west of Peerless Road

SEPTEMBER 29, 2011



# SPRING 018

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GMCETC BEDFORD FACILITY, BEDFORD, INDIANA



- Construct French-drain east of Spring 018
- Clean groundwater collected in the French-drain will be diverted around Spring 018 and discharge into the creek downstream of the Spring
- After rerouting of clean water, the reduced volume of water discharged at Spring 018 will continue to be collected and treated at one of the on-Site water treatment plants
- Currently in design phase, construction anticipated for late 2011