# EXHIBIT A

# Part 5 of 8

09-50026-mg    Doc 11617-6    Filed 04/18/12    Entered 04/18/12 17:19:27    Exhibit A
Part 5 of 8    Pg 1 of 5

# TRUCK TRAFFIC ROUTES

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA



- Road traffic has decreased since the completion of creek excavation and will continue to do so as construction activities taper off this fall.
- CRA monitors safety of truckers.
- GM will continue to monitor the need for patching roads as truck traffic continues throughout the remainder of 2011.
- Trucking is expected to pick up next summer during restoration completion as backfill and topsoil are hauled in for final grading.
- Once project truck traffic has ended, GM will place a final surface layer, as necessary, on the portions of Peerless and Breckenridge Roads paved in early 2010.
- Truck Traffic Issues:
  Katie Kamm - (812) 277-8954

RCRA CORRECTIVE ACTION

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
RCRA CORRECTIVE ACTION FACILITY, BEDFORD, INDIANA
GM CETC BEDFORD FACILITY

- RCRA Corrective Action
  — Conducted in accordance with a performance-based agreement with the U.S. EPA Region V. The agreement was signed on March 20, 2001 and amended October 1, 2002, March 29, 2008, and May 9, 2008.



EAST PLANT AREA — RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION — GM CETC BEDFORD FACILITY, BEDFORD, INDIANA — SEPTEMBER 29, 2011



EAST PLANT AREA

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

SEPTEMBER 29, 2011