# EXHIBIT A

# Part 6 of 8

# EAST PLANT AREA

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION

GM CETC BEDFORD FACIL



East Plant Area Interim Measure
- Re-use of creek soil
- Select soil removal/landfill vault
- Perimeter groundwater collection system
- AOI 8 collection system
- Long-term maintenance and monitoring
- Cover system
  - Substantially complete cap areas
  - Partially complete cap areas

SEPTEMBER 29, 2011

09-50026-mg    Doc 11617-7    Filed 04/18/12    Entered 04/18/12 17:19:27    Exhibit A
Part 6 of 8    Pg 3 of 5



# EAST PLANT AREA
RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

Completed and partially completed cover work around the storm water pond.

SEPTEMBER 29, 2011

# EAST PLANT AREA

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA



Detention basin construction north of the storm water pond to be completed in 2011.

SEPTEMBER 29, 2011

# EAST PLANT AREA

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA



Cover System installation 2011:
- Overseeding of vegetation areas completed in fall 2010 – good grass growth emerged this spring on completed areas.
- Cover construction will be completed by the end of this year.

SEPTEMBER 29, 2011 — 21