# EXHIBIT A

# Part 7 of 8

09-50026-mg   Doc 11617-8   Filed 04/18/12   Entered 04/18/12 17:19:27   Exhibit A
Part 7 of 8   Pg 1 of 5



WEST PLANT AREA

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION

GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

SEPTEMBER 29, 2011

22

# WEST PLANT AREA

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

- Construction of the permanent vegetative and asphalt cover placed over the former excavation resumed in June 2011.
- Asphalt cover completed in August 2011.



SEPTEMBER 29, 2011

23

# WEST PLANT AREA

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

- Additional sampling completed in August 2011 the "front lawn" area of the plant.
- Additional excavation completed in the West Plant Area.
- Excavation depth ranged between 1 and 1.5 feet below ground surface.
- Excavation and backfill completed in August 2011.



SEPTEMBER 29, 2011

24

# AREA OF INTEREST (AOI) 8

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA



## AOI 8 COLLECTION SYSTEM

- Packer testing on existing wells with oil as part of additional bedrock studies completed in the spring of 2011 at AOI 8
- Vertical oil delineation testing at 2 wells southeast of the facility started in March 2011
- Packer testing confirmed the location of fractures containing oil.
- Following review of collected data, an oil recovery system will be designed and constructed in 2011/2012