# EXHIBIT A

# Part 8 of 8

# UPCOMING ACTIVITIES

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

**UPCOMING ACTIVITIES FOR 2011**

- Complete additional bedrock study at AOI 8
- Complete IM Work Plan for properties west of the Plant
- Complete East Plant Area Cover System
- Complete closure of TSCA vault
- Complete installation of additional coreholes at Spring 018
- Complete installation of Spring 018 remedy
- Continue RFI groundwater monitoring
- Complete installation of additional coreholes along alignment of perimeter groundwater collection trench
- Site will be shut down, except for maintenance activities, until 2012

**UPCOMING ACTIVITIES FOR 2012**

- Complete installation of pilot groundwater collection trench
- Complete IM construction for properties west of the Plant
- Complete restoration of properties west of Peerless Rd.

# COMMUNITY RELATIONS ACTIVITIES

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM ETC BEDFORD FACILITY, BEDFORD, INDIANA

- Community meetings have been held on a quarterly basis.
  - Due to the significantly reduced activities during the winter, no meetings are planned work resumes in summer 2012
  - GM will revise the public invitation mailing list based on postcard responses. Meetings will continue to be announced in the Bedford Times Mail.
  - Presentations have been and will continue to be posted to the website
  - People can always call Katie Kamm with questions: (812) 277-8954
- A CLP Meeting will be held tomorrow

# COMMUNITY RELATIONS ACTIVITIES

RCRA CORRECTIVE ACTION/CERCLA REMOVAL ACTION
GM CETC BEDFORD FACILITY, BEDFORD, INDIANA

- Project website at: http://www.BedfordPowertrainCorrectiveAction.com
- Quarterly Community Meetings are available on the website
- All final documents can be found on the project website
- Community Liaison Panel (CLP) – members listed in minutes on website
- Periodic information sessions – next meeting likely to be held in summer 2012.
- Periodic Project Fact Sheets (thirty-three issued to date)
- Project Questions or Truck Traffic Issues contact Katie Kamm: (812) 277-8954

SEPTEMBER 29, 2011     28