# EXHIBIT B

50 North M Street, Bedford, IN - Google Maps

