# EXHIBIT C

**1 OF 10 RECORD(S)**

## Assessment Record For LAWRENCE County

## Estimated Roll Certification Date: 07/01/2010

**Owner Information**

    Original Name: GENERAL MOTORS CORPORATION (COMPANY/CORPORATION)

    Standardized Name: GENERAL MOTORS CORPORATION
    Original Address: PO BOX 9024
                            DETROIT, MI 48202

    Standardized Address: PO BOX 9024
                               DETROIT, MI 48202-9024
                               WAYNE COUNTY

**Property Information**

    Original Property Address: 130 M ST
                                       BEDFORD, IN 47421

    Standardized Property Address: 130 M ST
                                             BEDFORD, IN 47421-1835
                                             LAWRENCE COUNTY
    Land Use: COMMERCIAL (GENERAL)
    Data Source: B

**Legal Information**

    Assessor's Parcel Number: 47-06-11-400-002.000-010
    Tax Account Number: 1100944200
    Recording Date: 06/23/2003
    Brief Description: SEC 11 TWP 5 R1W 5.46 A S PT SE
    Legal Description: SECTION: 11; DISTRICT: 0009; CITY/MUNI/TWNSP: SHAWSWICK
                                TOWNSHIP; MAP: MP 2
    Lot Description: MULTIPLE LOTS

**Sale Information**

    Recording Date: 06/23/2003

**Assessment Information**

    Market Value Year: 2010
    Market Land Value: $88,000
    Market Improvement Value: $240,500
    Total Market Value: $328,500
    Assessment Year: 2010
    Assessed Land Value: $88,000
    Assessed Improvement Value: $240,500
    Total Assessed Value: $328,500

**Tax Information**

    Tax Rate Code: 10:BEDFORD CITY
    Tax Amount: $9,855.00
    Tax Year: 2010

**Property Characteristics**

    Year Built: 1962
    Stories: 1
    Garage Type: DETACHED
    Garage Size: 2 CAR(S)
    Building Area: 8,374 1ST FLOOR

## Estimated Roll Certification Date: 07/01/2010

                               480 GARAGE
                               484 CANOPY/AWNING
                               8,374 BASE
**No. of Buildings:** 2
**Construction:** WOOD
**Building Class:** WOOD OR WOOD AND STEEL FRAMES.
**Acres:** 5.46 AC
**Effective Year:** 1962

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Persons with a Legal/Beneficial Interest in the Consumer

Copyright© 2012 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

6 OF 10 RECORD(S)

## Assessment Record For LAWRENCE County

## Estimated Roll Certification Date: 07/01/2010

**Owner Information**

|  |  |
|---|---|
| Original Name: | GENERAL MOTORS CORPORATION (COMPANY/CORPORATION) |
| Standardized Name: | GENERAL MOTORS CORPORATION |
| Original Address: | PO BOX 9024<br>DETROIT, MI 48202 |
| Standardized Address: | PO BOX 9024<br>DETROIT, MI 48202-9024<br>WAYNE COUNTY |

**Property Information**

|  |  |
|---|---|
| Original Property Address: | 130 M ST<br>BEDFORD, IN 47421 |
| Standardized Property Address: | 130 M ST<br>BEDFORD, IN 47421-1835<br>LAWRENCE COUNTY |
| Land Use: | RESIDENTIAL VACANT |
| Data Source: | B |

**Legal Information**

|  |  |
|---|---|
| Assessor's Parcel Number: | 47-06-11-400-003.000-010 |
| Tax Account Number: | 1100957800 |
| Recording Date: | 06/23/2003 |
| Brief Description: | SEC 11 TWP 5 R1W .10A W CENT PT W 1/2 SW SE |
| Legal Description: | SECTION: 11; DISTRICT: 0009; CITY/MUNI/TWNSP: SHAWSWICK TOWNSHIP; MAP: MP 3 |

**Sale Information**

|  |  |
|---|---|
| Recording Date: | 06/23/2003 |

**Assessment Information**

|  |  |
|---|---|
| Market Value Year: | 2010 |
| Market Land Value: | $1,400 |
| Total Market Value: | $1,400 |
| Assessment Year: | 2010 |
| Assessed Land Value: | $1,400 |
| Total Assessed Value: | $1,400 |

**Tax Information**

|  |  |
|---|---|
| Tax Rate Code: | 10:BEDFORD CITY |
| Tax Amount: | $42.00 |
| Tax Year: | 2010 |

**Property Characteristics**

|  |  |
|---|---|
| Square Footage: | 4356 SF |

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation

Your GLBA Permissible Use is: Persons with a Legal/Beneficial Interest in the Consumer

Copyright© 2012 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

1 OF 2 RECORD(S)

# Assessment Record For LAWRENCE County

## Estimated Roll Certification Date: 07/01/2006

**Owner Information**

    Original Name: GENERAL MOTORS CORP (COMPANY/CORPORATION)

    Standardized Name: GENERAL MOTORS CORP
    Original Address: P O BOX 9024
        DETROIT, MI 48202

    Standardized Address: PO BOX 9024
        DETROIT, MI 48202-9024
        WAYNE COUNTY

**Property Information**

    Original Property Address: 130 M ST
        BEDFORD, IN

    Standardized Property Address: 130 M ST
        BEDFORD, IN 47421-1835
        LAWRENCE COUNTY
    Land Use: RELIGIOUS (CHURCH, SYNAGOGUE; TEMPLE; CHAPEL AND RELATED)
    Data Source: B

**Legal Information**

    Assessor's Parcel Number: 11 009442 00
    Recording Date: 06/23/2003
    Brief Description: SEC 11 TWP 5 R1W 5.46 A S PT SE
    Legal Description: SECTION: 2N; DISTRICT: 008; CITY/MUNI/TWNSP: SHAWSWICK
        TOWNSHIP; MAP: MP 2
    Lot Description: MULTIPLE LOTS

**Sale Information**

    Recording Date: 06/23/2003

**Assessment Information**

    Assessment Year: 2006
    Assessed Land Value: $68,800
    Assessed Improvement Value: $233,300
    Total Assessed Value: $302,100

**Tax Information**

    Tax Rate Code: 10:BEDFORD CITY
    Tax Exemption(s): RELIGIOUS/CHURCH

**Property Characteristics**

    Year Built: 1962
    Stories: 1
    Garage Type: DETACHED
    Garage Size: 2 CAR(S)
    Building Area: 480 GARAGE
        8,374 TOTAL
    No. of Buildings: 2
    Acres: 5.00 AC
    Effective Year: 1962