UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* : | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Michelle Petrie, hereby certify that on April 18, 2012, I electronically filed a copy of the Declaration of Michael Hounshel (and Exhibits A-C) (and Electronic Notice of Service) with the Clerk of the Bankruptcy Court using CM/ECF system.

I further certify that notice of the foregoing filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

I further certify that on April 18, 2012, I caused a copy of the foregoing to be served via United States Postal Service First Class Maon on the CM/ECF participants listed below:

| | |
|---|---|
| Barry N. Seidel, Esq.<br>Stefanie Birbrower Greer, Esq.<br>Dickstein Shapiro, LLP<br>1633 Broadway<br>New York, New York 10019-6708 | Motors Liquidation Company<br>Thomas Morrow<br>401 South Old Woodward Avenue<br>Suite 370<br>Birmingham, Michigan 48009 |
| General Motors, LLC<br>Attn: Lawrence S. Buonomo, Esq.<br>400 Renaissance Center<br>Detroit, Michigan 48265 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, New York 10281 |
| Joseph Samarias, Esq.<br>The United States Department of Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220 | Michael J. Edelman, Esq.<br>Michael J. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, New York 10019 |

| | |
|---|---|
| Thomas Moers Mayer, Esq.<br>Robert Schmidt, Esq.<br>Lauren Macksoud, Esq.<br>Jennifer Sharret, Esq.<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 | The Office of United States Trustees for the Southern District of New York<br>Attn: Tracy Hope Davis, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 |
| U.S. Attorney's Office S.D.N.Y.<br>Attn: David S. Jones, Esq.<br>Natalie Kuehler, Esq.<br>86 Chambers Street<br>Third Floor<br>New York, New York 10007 | Elihu Inselbuch, Esq.<br>Rita C. Tobin, Esq.<br>Caplin & Drysdale<br>375 Park Avenue<br>35th Floor<br>New York, New York 10152-3500 |
| Trevor W. Swett III, Esq.<br>Kevin C. Maclay, Esq.<br>Caplin & Drysdale<br>One Thomas Circle N.W.<br>Suite 1100<br>Washington, D.C. 20005 | Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq.<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, Texas 75201 |
| Keith Martorana, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>47th Floor<br>New York, New York 10166 | FTI Consulting<br>Attn: Anna Phillips<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 500<br>Atlanta, Georgia 30309 |
| Michael V. Blumenthal, Esq.<br>Crowell & Moring, LLP<br>590 Madison Avenue<br>19th Floor<br>New York, New York 10022-2524 | Kirk P. Watson, Esq.<br>2301 Woodlawn Boulevard<br>Austin, Texas 78703 |

Dated: April 18, 2012

/s/ Michelle Petrie
Michelle Petrie
Legal Assistant
Damon Morey LLP
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
(716) 856-5500

Doc #1687514.1