**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :   09-50026 (REG)
    f/k/a General Motors Corp., et al.        :
                                              :
                               Debtors.       :   (Jointly Administered)
                                              :
-----------------------------------------------------------x
```

### ORDER GRANTING THE 269th OMNIBUS OBJECTION TO CLAIMS
### (Insufficient Documentation)

Upon the 269th omnibus objection to expunge certain claims, dated March 9, 2012 (the "**269th Omnibus Objection to Claims**"), of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), and this Court's order approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging the Insufficient Documentation Claims[1] listed on the Order Exhibit (as defined below) on the grounds that such claims fail to provide sufficient documentation to ascertain the validity of the claims, all as more fully described in the 269th

---

[1]    Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the 269th Omnibus Objection.

Omnibus Objection to Claims; and due and proper notice of the 269th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 269th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 269th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 269th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto are disallowed and expunged; and it is further

ORDERED that the 269th Omnibus Objection to Claims is adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Adjourned*"; and it is further

ORDERED that the 269th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Withdrawn*"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any claim listed on **Exhibit "A"** annexed to the 269th Omnibus Objection to Claims that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      **April 19, 2012**

                                  */s/ Robert E. Gerber*
                                  United States Bankruptcy Judge

**269th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AGNES SALAWAY REV.LIVING TRUST<br>AGNES SALAWAY TTEE<br>U/A/D 7/11/2000<br>9287 VISTA DEL LAGO<br>#13F<br>BOCA RATON, FL 33428-3170 | 9685 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,630.00 (U)<br>$26,630.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| ANDERSON-BARAHONA, DONNA<br>MALONE THOMAS WILLIAM<br>2 RAVINIA DR STE 300<br>ATLANTA, GA 30346-2104 | 48351 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| ANITA M KEDAS<br>ALEX R KEDAS<br>310 N J ST<br>TILTON, IL 61833-7449 | 69835 | Remediation And Liability Management Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| ARLENE ELLANT<br>30 AMHURT RD<br>GREAT NECK, NY 11021 | 10268 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| AUBREY E DENTON<br>C/O AUBREY E DENTON LTD<br>PO DRAWER 52110<br>LAFAYETTE, LA 70505 | 70147 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$840,000.00 (U)<br>$840,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 11618    Filed 04/19/12    Entered 04/19/12 10:50:54    Main Document
Pg 5 of 18

269th Omnibus Objection                     **Exhibit A**                     <u>Motors Liquidation Company, et al.</u>
                                                                              **Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BISCEGLIA DUMANSKI LLP<br>ATTN: JOSEPH A. BISCEGLIA<br>2ND FLOOR, 747 QUEEN STREET EAST<br>SAULT STE MARIE, ONTARIO  P6A 2A8 | 16786 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,100,000.00  (U)<br>$1,100,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| BRANCH, DOROTHY M<br>9976 S M-52<br>SAINT CHARLES, MI 48655 | 2233 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| CADREAU, JOAN A<br>APT A<br>1620 AVALON COURT<br>LK HAVASU CTY, AZ 86404-1135 | 68563 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| CARMACK, VICKIE L<br>276 S TUCSON CIR<br>AURORA, CO 80012-1327 | 45837 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$363,817.33  (U)<br>$363,817.33  (T) | Insufficient Documentation | Pgs. 4-5 |
| CARPENTER, JOHN<br>19 9TH ST<br>EAST HAMPTON, NY 11937-4032 | 2714 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$300,000.00  (U)<br>$300,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**269th Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>
Case No. 09-50026 (REG), Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLES CUNNINGHAM JR<br>640 DELAWARE ST APT 208<br><br>DETROIT, MI 48202-4402 | 69887 | Remediation And Liability Management Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,575.00 (U)<br>$11,575.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| COMMERCIAL METALS COMPANY<br>ATTN: JIM AUBUCHON<br>PO BOX 1046<br>DALLAS, TX 75221 | 20503 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,225.57 (U)<br>$65,225.57 (T) | Insufficient Documentation | Pgs. 4-5 |
| CROWN EQUIPMENT CORPORATION<br>ATTN RODNEY J HINDERS<br>102 S WASHINGTON ST<br>NEW BREMEN, OH 45869 | 43891 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,091.69 (U)<br>$26,091.69 (T) | Insufficient Documentation | Pgs. 4-5 |
| DAVID LILES<br>13579 W WATSON LN<br>SURPRISE, AZ 85379<br>UNITED STATES OF AMERICA | 31459 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,563.68 (U)<br>$2,563.68 (T) | Insufficient Documentation | Pgs. 4-5 |
| DOYLE CARMACK<br>276 S TUCSON CIR<br>AURORA, CO 80012-1327 | 45836 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,950.00 (P)<br>$720,675.29 (U)<br>$731,625.29 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

269th Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DR MEYER R BONCHEK<br>2530 BUCKHURST DR<br><br>BEACHWOOD, OH 44122-1669 | 6273 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$82.00  (U)<br>$82.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| ELLERBE, EDNA & ELLERBE, CRAWFORD<br>332 MOSES DR<br><br>DARLINGTON, SC 29532 | 68610 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| ELLERSLIE GRAHAM<br>139 PRESTON AVE<br><br>MERIDEN, CT 06450-4815 | 18740 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| ELLIS, DANNY<br>290 SYCAMORE ST<br><br>BUFFALO, NY 14204-1501 | 21482 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$75,000.00  (U)<br>$75,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| EVA RATH-WESTHOFEN<br>JAN-LUCA WETZEL<br>JAKOBSSTRASSE 5<br>D67281 KIRCHHEIM, GERMANY | 20155 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$53,856.00  (U)<br>$53,856.00  (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

| 269th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FREBCO INC<br>3350 KETTERING BLVD<br>MORAINE, OH 45439-2011 | 22619 | Motors Liquidation Company | $5,458.06 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,458.06 (T) | Insufficient Documentation | Pgs. 4-5 |
| FRYE, WILLIAM T<br>521 LOUISE ST<br>ANDERSON, IN 46016-2539 | 12250 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| GARZA LAWRENCE<br>KEENER CRAIG R PC<br>1005 HEIGHTS BLVD<br>HOUSTON, TX 77008-8913 | 65688 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| GILLIES, SHIRLEY<br>833 REFLECTIONS LOOP E<br>WINTER HAVEN, FL 33884-3568 | 1822 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| GULF STREAM COACH INC<br>ATTN KENNETH C BRINKER<br>503 SOUTH OAKLAND AVENUE<br>NAPPANEE, IN 46550 | 59189 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$420,000.00 (U)<br>$420,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

**269th Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HANS BAUER<br>DR MAX STR 3<br>D - GRUENWALD DE 82031 GERMANY | 19695 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,000.00 (U)<br>$12,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| HELEN D LEONARD<br>HC 60 BOX 185<br>CHECOTAH, OK 74426-9408 | 20966 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500.00 (U)<br>$2,500.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| IRENE ROSE<br>982 WYNDSOR DR<br>HIXSON, TN 37343 | 14677 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$125,000.00 (U)<br>$125,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| JANENE LAPRATT-SKIBA<br>PO BOX 283<br>SAINT HELEN, MI 48655-0283 | 6389 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| JOHN & GLORIA RANDAZZI<br>PO BOX 959<br>MAYS LANDING, NJ 08330 | 10080 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

269th Omnibus Objection    **Exhibit A**    **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN ALLEN<br>11412 1/2 N SAGINAW RD<br>CLIO, MI 48420 | 65242 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$356,178.88 (U)<br>$356,178.88 (T) | Insufficient Documentation | Pgs. 4-5 |
| KIRTDOLL, JOSEPHINE<br>PO BOX 682<br>NILES, MI 49120-0682 | 14900 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| KOPPINGER RONALD W<br>1018 MCBRIDE AVE<br>WEST PATERSON, NJ 07424-2535 | 65171 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| KOPPINGER RONALD W<br>KOPPINGER DEBORAH<br>1018 MCBRIDE AVE<br>WEST PATERSON, NJ 07424-2535 | 65172 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| KOWALSKI, EDWARD E<br>1544 SUFFOLK AVE<br>WESTCHESTER, IL 60154-3744 | 8292 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84.72 (U)<br>$84.72 (T) | Insufficient Documentation | Pgs. 4-5 |
| LYLE L LENHART<br>1470 W ALEXIS RD<br>TOLEDO, OH 43612-4045 | 69450 | Remediation And Liability Management Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$350,000.00 (U)<br>$350,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 7

269th Omnibus Objection    **Exhibit A**    <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTHA B REAVES<br>775 FOUR MILE DR<br>ANNISTON, AL 36206 | 4347 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,000.00 (U)<br>$13,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| METRIS USA INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>12701 GRAND RIVER RD<br>BRIGHTON, MI 48116-8506 | 20531 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,031.80 (U)<br>$27,031.80 (T) | Insufficient Documentation | Pgs. 4-5 |
| NOREEN GLASPIE<br>196 PARKWAY DR<br>DAVISON, MI 48423-9131 | 16805 | Motors Liquidation Company | $128,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$128,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| NORWOOD PROMOTIONAL PRODUCTS LLC<br>14421 MYERLAKE CIR<br>CLEARWATER, FL 33760-2840 | 15436 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,139.72 (U)<br>$65,139.72 (T) | Insufficient Documentation | Pgs. 4-5 |
| R & O TOOL SERVICE INC<br>ROBERT MCPHERSON<br>7708 OLYMPIC PARKWAY<br>SYLVANIA, OH 43560-4808<br>UNITED STATES OF AMERICA | 63841 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,600.73 (U)<br>$50,600.73 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

| 269th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RHODRICK HARDEN<br>1568 LORETTA AVENUE<br>COLUMBUS, OH 43211-1508 | 1976 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| ROBERT B SILLIMAN AS CHAPTER 7 TRUSTEE<br>ATTN ADAM P PRINCETHAL<br>ANDREWS, KNOWLES & PRINCENTHAL LLC<br>260 PEACHTREE ST NW STE 502<br>ATLANTA, GA 30303<br>UNITED STATES OF AMERICA | 59070 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,700,000.00 (U)<br>$1,700,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| RONALD HUDSON<br>1046 E PRINCETON AVE<br>FLINT, MI 48505-1514 | 69563 | Remediation And Liability Management Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,249.00 (U)<br>$17,249.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| ROWE, ROSCOE<br>PO BOX 700<br>5367 DICKENSON HWY 2ND FLOOR<br>CLINTWOOD, VA 24228 | 14735 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| STACY A PERKINS<br>805 E BROADWELL ST<br>ALBION, MI 49224-1407 | 69758 | Remediation And Liability Management Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000.00 (U)<br>$4,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

269th Omnibus Objection **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEPHEN C MAHONEY<br>282 N ROYAL BELL DR<br>GREEN VALLEY, AZ 85614 | 67481 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| SWOPE, RUTH M<br>RR 2 BOX 177<br>HOLLIDAYSBURG, PA 16648-9724 | 61860 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| SYLVIA BROWN<br>PO BOX 11527<br>LOS ANGELES, CA 90011-0527 | 71248 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| TULLOCH, JOANN<br>C/O ANTHONY ICENOGLE<br>ICENOGLE & SULLIVAN LLP<br>6805 N CAPITOL OF TEXAS HWY #220<br>AUSTIN, TX 78731 | 29301 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$85,000.00 (U)<br>$85,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| TULLOCH, WILLIAM<br>C/O ANTHONY ICENOGLE<br>ICENOGLE & SULLIVAN LLP<br>6805 N CAPITOL OF TEXAS HWY #220<br>AUSTIN, TX 78731 | 29300 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10

269th Omnibus Objection     **Exhibit A**     <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VELINDA ELLIS<br>290 SYCAMORE ST<br><br>BUFFALO, NY 14204-1501<br>UNITED STATES OF AMERICA | 21483 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| WATKINS TRUCKS INC<br>ATTN: GEORGE WATKINS, PRESIDENT<br>4031 NEW CASTLE AVENUE<br>NEW CASTLE, DE 19720 | 71046 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| WILLIAM FRYE<br>521 LOUISE ST<br><br>ANDERSON, IN 46016-2539 | 12251 | Motors Liquidation Company | Unliquidated<br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| YIELDING, RYAN T<br>C/O MARTIN LAW OFFICES PSC<br>PO BOX 790<br>SALYERSVILLE, KY 41465-0790 | 17981 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| ZDENEK MUZIKAR<br>LIBELLENWEG 7<br>CH-8600 DUEBENDORF SWITZERLAND | 70814 | Motors Liquidation Company | $0.00 (S)<br>$304.96 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$304.96 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

269th Omnibus Objection                              **Exhibit A**                              <u>Motors Liquidation Company, et al.</u>
                                                                                                 Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ZELDA MESHBERG<br>C/O LOIS GANSHEROFF<br>605 MANAYUNK RD<br>BALA CYNWYD, PA 19004 | 10081 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **57** | | **$133,458.06**  (S)<br>**$304.96**  (A)<br>**$10,950.00**  (P)<br>**$11,328,301.41**  (U)<br>**$11,473,014.43**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 12

**269th Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALLIED GROUP INC<br>RANDALL W MAY, MANAGING COUNSEL<br>CRAIG MABBETT<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 | 48378 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$270,499.21 (U)<br>$270,499.21 (T) | Insufficient Documentation | Pgs. 4-5 |
| NATIONWIDE MUTUAL INSURANCE COMPANY<br>RANDALL W MAY, MANAGING COUNSEL<br>CRAIG MABBETT, SUBROGATION MANAGER<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 | 48376 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$419,471.04 (U)<br>$419,471.04 (T) | Insufficient Documentation | Pgs. 4-5 |
| TITAN INSURANCE COMPANY<br>RANDALL W MAY, MANAGING COMPANY<br>CRAIG MABBETT, SUBROGATION MANAGER<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 | 48377 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,001.89 (U)<br>$4,001.89 (T) | Insufficient Documentation | Pgs. 4-5 |
| ***OBJECTION ADJOURNED*** | **3** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$693,972.14** (U)<br>**$693,972.14** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 13

**269th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DELORES J. BERARDI<br>128 WESTERN AVE<br>#2<br>DOWNINGTOWN, PA 19335-2578 | 23822 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,797.21 (U)<br>$11,797.21 (T) | Insufficient Documentation | Pgs. 4-5 |
| GARCIA, EVELYN & GEORGE<br>2816 LOS ALAMOS TRL<br>FORT WORTH, TX 76131-2838 | 5316 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| HAWLEY MARGARET<br>HAWLEY, MARGARET<br>7 AVENROWE CT<br>FAIRLESS HILLS, PA 19030-4406 | 14448 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| HAWLEY, MARGARET<br>7 AVENROWE CT<br>FAIRLESS HILLS, PA 19030-4406 | 14449 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| TRC OPTIMUM FUND LLC<br>re: MILES PRESS INC, THE<br>ATTN TERREL ROSS<br>336 ATLANTIC AVENUE, SUITE 302<br>EAST ROCKAWAY, NY 11518 | 65526 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,280.00 (U)<br>$12,280.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

| | | | | | |
|---|---|---|---|---|---|
| **269th Omnibus Objection** | | **Exhibit A** | | **Motors Liquidation Company, et al.** | |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** | |

## *OBJECTION WITHDRAWN*

| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
|---|---|---|---|---|---|
| ***OBJECTION WITHDRAWN*** | 5 | | $0.00   (S) | | |
| | | | $0.00   (A) | | |
| | | | $0.00   (P) | | |
| | | | $974,077.21   (U) | | |
| | | | $974,077.21   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.