UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:  Chapter 11 Case No.
In re :
:  09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.* :
    f/k/a General Motors Corp., *et al.*, :
:  (Jointly Administered)
                    Debtors. :
:
------------------------------------------------------------- x

## ORDER GRANTING 270th OMNIBUS OBJECTION TO CLAIMS
### (No Liability Claims)

Upon the 270th Omnibus Objection to expunge certain claims, dated March 9, 2012 (the "**270th Omnibus Objection to Claims**"),[1] of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the No Liability Claims on the grounds that such claims seek recovery of amounts for which the Debtors are not liable, all as more fully described in the 270th Omnibus Objection to Claims; and due and proper notice of the 270th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 270th Omnibus Objection to Claims.

sought in the 270th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 270th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is:

ORDERED that the relief requested in the 270th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibits "A", "B", "D" and "E"** annexed hereto are disallowed and expunged; and it is further

ORDERED that, Claim Nos. 18359, 9419, 14426, 29733 and 63130 listed on **"Exhibit C"** annexed hereto are disallowed and expunged; and it is further

ORDERED that, Claim No. 71119 listed on **"Exhibit C"** annexed hereto is reclassified as equity under the Plan and disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any claim listed on **Exhibits "A", "B", "C", "D" and "E"** annexed to the 270th Omnibus Objection to claims that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: **April 19, 2012**
      New York, New York

                              */s/ Robert E. Gerber*
                              United States Bankruptcy Judge

**270th Omnibus Objection**     Exhibit A     <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ABRASIVOS Y SERVICIOS<br>EULOGIO FLORES # 105 FRACCLA VICTORIA<br>GUADALUPE NL CP 67110, MEXICO | 22320 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,007.00 (U)<br>$19,007.00 (T) | Non-Debtor Claims | Pg. 5 |
| ANDERSON UNIVERSITY<br>ATTN CASHIER<br>1100 E 5TH ST<br>ANDERSON, IN 46012-3462 | 48350 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,920.00 (U)<br>$4,920.00 (T) | Non-Debtor Claims | Pg. 5 |
| ANDREW P THOMPSON TR FBO W THOMPSON TRUST<br>2 REQUA STREET<br>BRIARCLIFF MANOR, NY 10510 | 70775 | Motors Liquidation Company | $0.00 (S)<br>$5,865.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,865.00 (T) | Non-Debtor Claims | Pg. 5 |
| APPLIED SCIENCE ASSOCIATES INC<br>4607 W LAMB AVE<br>TAMPA, FL 33629-7632 | 5033 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,150.00 (U)<br>$3,150.00 (T) | Non-Debtor Claims | Pg. 5 |
| BITO LOZADA ORTEGA & CASTILLO<br>PO BOX 781<br>MANILA PHILIPPINES 12105 PHILIPPINES | 61059 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,942.00 (U)<br>$4,942.00 (T) | Non-Debtor Claims | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BLOOMBERG L P<br>PO BOX 30244<br>HARTFORD, CT 06150-0244<br>UNITED STATES OF AMERICA | 6950 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,057.29 (U)<br>$6,057.29 (T) | Non-Debtor Claims | Pg. 5 |
| CASSANDRA MOREHEAD<br>2600 COUNTRYSIDE CT UNIT 19B<br>AUBURN HILLS, MI 48326-2224 | 33459 | Motors Liquidation Company | $13,172.94 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$13,172.94 (T) | Non-Debtor Claims | Pg. 5 |
| CB RICHARD ELLIS INC<br>700 COMMERCE DRIVE SUITE 550<br>OAK BROOK, IL 60523 | 70949 | Motors Liquidation Company | $0.00 (S)<br>$14,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$14,000.00 (T) | Non-Debtor Claims | Pg. 5 |
| CITY OF CERRITOS<br>ATTN: FINANCE DEPT<br>18125 BLOOMFIELD AVE<br>CERRITOS, CA 90703 | 70985 | MLCS, LLC | $0.00 (S)<br>$78,404.85 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$78,404.85 (T) | Non-Debtor Claims | Pg. 5 |
| CONTITECH MGW GMBH<br>ACCOUNTS DEPT<br>A FRANZISKA HEUER, KASSELER STRABE 11<br>POSTFACH 1420<br>D 34334 HANN MUNDEN GERMANY | 17712 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$92,779.47 (U)<br>$92,779.47 (T)<br><br>Unliquidated | Non-Debtor Claims | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 270th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| D & M CONTRACTING CO<br>PO BOX 362<br>RANDOLPH, OH 44265-0362 | 31227 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$67,869.16 (U)<br>$67,869.16 (T) | Non-Debtor Claims | Pg. 5 |
| DAIMLER CHRYSLER MOTORS COMPANY LLC<br>CONNELLY JACKSON & COLLIER<br>1801 CALIFORNIA ST STE 3400<br>DENVER, CO 80202-2634 | 9383 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,593.20 (U)<br>$47,593.20 (T) | Non-Debtor Claims | Pg. 5 |
| DEMORRIS THOMAS<br>C/O DEMORRIS WILEY<br>2531 MORNING GLORY LN<br>LAWRENCEVILLE, GA 30044-7308 | 71234 | Motors Liquidation Company | $120,456.12 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,600.00 (U)<br>$140,056.12 (T) | Non-Debtor Claims | Pg. 5 |
| GARY WADE TRUCKING<br>825 FAYETTEVILLE WILLIAMS RD<br>WILLIAMS, IN 47470-9661 | 6872 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,285.00 (U)<br>$6,285.00 (T) | Non-Debtor Claims | Pg. 5 |
| INGUI, RONALD C<br>24 DARTMOUTH RD<br>WAYNE, NJ 07470-4607 | 1684 | Motors Liquidation Company | $2,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Non-Debtor Claims | Pg. 5 |
| JOSEPH R POLVERARI SR APC<br>FOR RUBY HILL LLC LANDLORD<br>333 W SAN CARLOS STREET 8TH FLOOR<br>SAN JOSE, CA 95110 | 70052 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$795,482.00 (U)<br>$795,482.00 (T) | Non-Debtor Claims | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**270th Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAPRISE OILFIELD SERVICES, INC.<br>C/O CLEALL LLP<br>ATTN: HARVEY HAIT<br>2500 COMMERCE PLACE, 10155 - 102 STREET<br>EDMONTON, ALBERTA T5J 4G8, CANADA | 58908 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$129,638.77 (U)<br>$129,638.77 (T)<br><br>Unliquidated | Non-Debtor Claims | Pg. 5 |
| PIVAL INTERNATIONAL INC<br>1000 AVE ST CHARLES STE 800<br>CANADA<br>VAUDREUIL-DORION PQ J7V 8P5 CANADA | 63379 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,459.86 (U)<br>$21,459.86 (T) | Non-Debtor Claims | Pg. 5 |
| QUIGG PARTNERS<br>LEVEL 7, THE BAYLEYS BUILDING<br>28 BRANDON STREET<br>P.O. BOX 3035<br>WELLINGTON 6140 NEW ZEALAND | 23260 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,491.38 (U)<br>$21,491.38 (T) | Non-Debtor Claims | Pg. 5 |
| SHANGHAI TAIYE AUTOMOBILE SEATCOP LTD<br>NO 688 CHUANSHA RD<br>PUDONG SHANGHAI<br>SHANGHAI CHINA | 39272 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,941.36 (U)<br>$20,941.36 (T) | Non-Debtor Claims | Pg. 5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **20** | | **$135,629.06** (S)<br>**$98,269.85** (A)<br>**$0.00** (P)<br>**$1,261,216.49** (U)<br>**$1,495,115.40** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

270th Omnibus Objection                    **Exhibit B**                    <u>Motors Liquidation Company, et al.</u>
                                                                            Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ASHLAND INC<br>C/O REGINALD W JACKSON, ESQ<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | 1223 | Motors Liquidation Company | $0.00 (S)<br>$40,131.24 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$40,131.24 (T) | New GM Claims | Pgs. 5-6 |
| ASHLAND INC & ASHLAND WATER TECHNOLOGIES<br>5200 BLAZER PKWY<br>DUBLIN, OH 43017 | 1222 | Motors Liquidation Company | $0.00 (S)<br>$40,131.29 (A)<br>$0.00 (P)<br>$97,670.72 (U)<br>$137,802.01 (T) | New GM Claims | Pgs. 5-6 |
| BRANDON J. DAVIS<br>869 BEVERLY RD<br>CLEVELAND, OH 44121 | 70339 | Motors Liquidation Company | $8,060.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$13,060.00 (T) | New GM Claims | Pgs. 5-6 |
| CONSOLIDATED RAIL CORPORATION<br>ATTN: JOHN K ENRIGHT ESQ<br>1717 ARCH STREET 32ND FL<br>PHILADELPHIA, PA 19103 | 64554 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,540.82 (U)<br>$30,540.82 (T) | New GM Claims | Pgs. 5-6 |
| CROWN EQUIPMENT CORPORATION<br>ATTN: RODNEY J. HINDERS<br>102 S. WASHINGTON ST.<br>NEW BREMEN, OH 45869<br>UNITED STATES OF AMERICA | 70844 | Motors Liquidation Company | $0.00 (S)<br>$26,550.52 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$26,550.52 (T) | New GM Claims | Pgs. 5-6 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 270th Omnibus Objection | | Exhibit B | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| DOUGLAS GROCH<br>C/O KEVIN J BOISSONEAULT<br>3516 GRANITE CIRCLE<br>TOLEDO, OH 43617 | 310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | New GM Claims | Pgs. 5-6 |
| GENESEE PACKAGING INC<br>ATTN DENNIS M HALEY (P14538)<br>G-9460 S SAGINAW STREET SUITE A<br>GRAND BLANC, MI 48439 | 70377 | Motors Liquidation Company | $0.00 (S)<br>$6,260.85 (A)<br>$0.00 (P)<br>$27,864.03 (U)<br>$34,124.88 (T) | New GM Claims | Pgs. 5-6 |
| GENESEE PACKAGING, INC<br>DENNIS M HALEY (P14538)<br>G-9460 S SAGINAW STREET, SUITE A<br>GRAND BLANC, MI 48439<br>UNITED STATES OF AMERICA | 45644 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$64,837.63 (U)<br>$64,837.63 (T) | New GM Claims | Pgs. 5-6 |
| INDIANAPOLIS POWER & LIGHT COMPANY<br>ATTN LACHELLE D STEPP<br>8520 ALLISON POINTE BLVD SUITE 200<br>INDIANAPOLIS, IN 46250 | 1172 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$282,816.11 (U)<br>$282,816.11 (T) | New GM Claims | Pgs. 5-6 |
| INGRASSIA, JOSEPHINE<br>12 SPRUCE ST<br>CARTERET, NJ 07008 | 33218 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,305.78 (U)<br>$26,305.78 (T) | New GM Claims | Pgs. 5-6 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS<br>re: SMITH INSTRUMENT INC<br>ATTN: MIKE RICHARDS<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CN 06902 | 7908 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,957.51 (U)<br>$23,957.51 (T) | New GM Claims | Pgs. 5-6 |
| KONE INC<br>4225 NAPERVILLE ROAD # 400<br>LISLE, IL 60532 | 70881 | Motors Liquidation Company | $0.00 (S)<br>$44,366.99 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$44,366.99 (T) | New GM Claims | Pgs. 5-6 |
| MIKE DAVIS<br>503 N. APPERSONWAY<br>KOKOMO, IN 46901<br>UNITED STATES OF AMERICA | 70694 | Motors Liquidation Company | $0.00 (S)<br>$297,666.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$297,666.00 (T) | New GM Claims | Pgs. 5-6 |
| RELIANT ENERGY RETAIL SERVICES LLC<br>C/O JACKSON WALKER L.L.P.<br>ATTN HEATHER M. FORREST<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 | 70877 | Motors Liquidation Company | $0.00 (S)<br>$13,000.98 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$13,000.98 (T) | New GM Claims | Pgs. 5-6 |
| ROCKY FORK COMPANY<br>C/O JERRY E. PEER, JR.<br>PETERSON ELLIS FERGUS & PEER LLP<br>250 CIVIC CENTER DRIVE<br>PLAZA ONE, SUITE 650<br>COLUMBUS, OH 43215<br>UNITED STATES OF AMERICA | 70843 | Motors Liquidation Company | $0.00 (S)<br>$3,153.81 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,153.81 (T) | New GM Claims | Pgs. 5-6 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

270th Omnibus Objection **Exhibit B** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STANLEY WORKS THE<br>5335 AVION PARK DR<br>CLEVELAND, OH 44143-1916 | 45625 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$44,761.02 (U)<br>$44,761.02 (T) | New GM Claims | Pgs. 5-6 |
| SUMMIT FUNDING GROUP<br>RICHARD L FERRELL ESQ<br>TAFT STETTMAUS & HOLLISTER LLP<br>425 WALNUT ST STE 1800<br>CLEVELAND, OH 44114 | 60284 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,426.70 (U)<br>$53,426.70 (T) | New GM Claims | Pgs. 5-6 |
| SUN MICROSYSTEMS INC<br>C/O LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 67363 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$338,240.00 (U)<br>$338,240.00 (T)<br>Unliquidated | New GM Claims | Pgs. 5-6 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **18** | | **$8,060.00** (S)<br>**$471,261.68** (A)<br>**$0.00** (P)<br>**$1,395,420.32** (U)<br>**$1,874,742.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

09-50026-mg    Doc 11619    Filed 04/19/12    Entered 04/19/12 10:53:41    Main Document
Pg 11 of 16

270th Omnibus Objection  **Exhibit C**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA SWANSON<br>17255 E 200TH ST<br><br>ORION, IL 61273 | 14426 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Securities Claims | Pgs. 6-7 |
| CHUNG CHIT, LAU<br>18B TWR 5 PARC ROYALE<br>8 HIN TAI STR SHATIN<br>NT HONG KONG | 29733 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) | Securities Claims | Pgs. 6-7 |
| JOHN BUTE<br>2328 E FINLEY ST<br><br>GILBERT, AZ 85296-1001 | 9419 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.01 (U)<br>$5,000.01 (T) | Securities Claims | Pgs. 6-7 |
| M FELBER & F FELBER TTEE<br>MICHAEL J & FLORANCE C FELBER<br>U/A DTD 04/08/1994<br>821 E ROYAL RIDGE DR<br>ORO VALLEY, AZ 85737-8805 | 18359 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,300.00 (U)<br>$10,300.00 (T) | Securities Claims | Pgs. 6-7 |
| MARGARET A O'NEILL A/K/A MARGARET ANN O'NEILL<br>25 STOWELL RD<br><br>BEDFORD, NH 03110-4714 | 71119 | Motors Liquidation Company | Unliquidated | Securities Claims | Pgs. 6-7 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

270th Omnibus Objection     **Exhibit C**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>PEARL KLOSTER<br>IRA ROLLOVER DATED 07/31/86<br>1520 CLERMONT ROAD<br>DURHAM, NC 27713-2410 | 63130 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,300.00 (U)<br>$3,300.00 (T) | Securities Claims | Pgs. 6-7 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **6** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$328,600.01** (U)<br>**$328,600.01** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

**270th Omnibus Objection**      **Exhibit D**      <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BOBBY LOUGHRIDGE<br>2401 21ST STREET NORTH<br>TEXAS CITY, TX 77590-5209 | 18744 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,013.55 (U)<br>$3,013.55 (T) | Individual Dex-Cool Claims | Pgs. 7-8 |
| FRED COGNETTI<br>7534 S CARLISLE AVE<br>TUCSON, AZ 85746-2518 | 28022 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750.00 (U)<br>$750.00 (T) | Individual Dex-Cool Claims | Pgs. 7-8 |
| JENSEN MARTHA J<br>8825 IROQUOIS RD<br>SAINT HELEN, MI 48656-9746 | 1776 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$102.68 (U)<br>$102.68 (T) | Individual Dex-Cool Claims | Pgs. 7-8 |
| JENSEN MARTHA J<br>8825 IROQUOIS RD<br>SAINT HELEN, MI 48656-9746 | 1777 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,240.52 (U)<br>$1,240.52 (T) | Individual Dex-Cool Claims | Pgs. 7-8 |
| JENSEN MARTHA J<br>8825 IROQUOIS RD<br>SAINT HELEN, MI 48656-9746 | 1778 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$255.90 (U)<br>$255.90 (T) | Individual Dex-Cool Claims | Pgs. 7-8 |
| LLOYD STURTEVANT<br>5560 SCHIERING DRIVE<br>FAIRFIELD, OH 45014 | 59018 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,199.93 (U)<br>$1,199.93 (T) | Individual Dex-Cool Claims | Pgs. 7-8 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**270th Omnibus Objection**     **Exhibit D**     <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **6** | | $0.00  (S) | | |
| | | | $0.00  (A) | | |
| | | | $0.00  (P) | | |
| | | | $6,562.58  (U) | | |
| | | | $6,562.58  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

270th Omnibus Objection                                     Exhibit E                                      Motors Liquidation Company, et al.
                                                                                                     Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOE B<br>RASNER BRUCE<br>WATERFIELD TOWER<br>18881 VON KARMAN AVENUE SUITE 920<br>IRVINE, CA 92612 | 64733 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Settled Claims | Pgs. 8-9 |
| DOE C<br>RASNER BRUCE<br>WATERFIELD TOWER<br>18881 VON KARMAN AVENUE SUITE 920<br>IRVINE, CA 92612 | 64732 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Settled Claims | Pgs. 8-9 |
| DOE, A<br>RASNER, BRUCE<br>WATERFIELD TOWER,18881 VON KARMAN AVE, SUITE 920<br>IRVINE, CA 92612 | 64735 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Settled Claims | Pgs. 8-9 |
| FERNAND JOSEPH DELAROSBIL<br>C.O BISCEGLIA DUMANSKI LLP<br>ATTN: JOSEPH A. BISCEGLIA<br>2ND FLOOR, 747 QUEEN STREET<br>SAULT STE. MARIE, ON  P6A 2A8 | 16787 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | Settled Claims | Pgs. 8-9 |
| KANDI VILLA<br>C/O MICHAEL ROOFIAN & ASSOC APC<br>11766 WILSHIRE BLVD<br>6TH FL<br>LOS ANGELES, CA 90025 | 18741 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Settled Claims | Pgs. 8-9 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

270th Omnibus Objection                                      **Exhibit E**                                      Motors Liquidation Company, et al.
                                                                                                                 Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TORRES, ALEJANDRO<br>C/O BRUCE ELLIOTT RASNER<br>WATERFIELD TOWER<br>18881 VON KARMAN AVENUE STE 920<br>IRVINE, CA 92612 | 64734 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Settled Claims | Pgs. 8-9 |//

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 6 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2