# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

RECEIVED APR 19 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | CHARLOTTE PAYNE AND JAY PAYNE<br>ATTN: ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER PC<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFIELD, MO 65906 |
| Claim Number (if known): | 54 |
| Date Claim Filed: | 6/15/2009 |
| Total Amount of Claim Filed: | $750,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4-17-2012        *Mark Brinkmann*

Print Name: Mark Brinkmann

Title (if applicable): Attorney for Creditor

1