**UNITED STATES BANKRUPTCY COURT**

<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : |
| Debtors. | : (Jointly Administered) |

RECEIVED APR 19 2012 U.S. BANKRUPTCY COURT, SDNY REG

**RESPONSE TO NOTICE OF OBJECTION TO PROOF OF CLAIM NO. 71249 FILED AND THE CURRENT CLAIM NO. 48506 FOR THE NEW CHAPTER 11 REORGANIZATION OF OLD GENERAL MOTORS CORP.**

Before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York 10004, on April 26, 2012, at 9:45 a.m. (Eastern Time) This response is to the Objection that debtors believe that there is no claim for the "consumer protection laws" of which Marjorie A. Creamer prays that the court seeks the validity of this resubmitted claim number from the Garden City Group and that the claim no. 71249 does not even exist today. So, therefore how can there be an objection to this claim no. 71249 submitted for the old GM, when this new claim no. is 48506 and it is just and knowingly the obligation of the liability of new GM reorganization.

Dated April 18, 2012.

Marjorie A. Creamer  705 S. Monroe, Smith Center KS 66967

Cert of fax    Clerk of Court of the SD of NY BK Court/ Judge Clerk 212-668-3357

and attorney for debtors fax 212 277 6501 and Washington DC 20005 address