### UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE,

GENERAL MOTORS CORP., ET AL.,          CASE# 09-50026

DEBTORS.                                CLAIM#69683

### NOTICE OF HEARING FOR THE OBJECTION TO A STIPULATED ORDER BETWEEN MOTORS LIQUIDATION COMPANY GUC TRUST AND SHERIF RAFIK KODSY PROVIDING FOR LIMITED MODIFICATION OF THE AUTOMATIC STAY AND THE PLAN INJUNCTION

Comes now claimant, Sherif Kodsy, herein as pro'se, as Kodsy, gives notice to all parties, that a special set hearing was scheduled for the above captioned matter, to be heard before the Honorable judge Robert E. Gerber.

THE HEARING IS SET FOR MAY 15, 2012, AT 9:45 A.M.



RECEIVED APR 19 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1

## CERTIFICATE OF SERVICE

ALL ASSERTIONS MADE IN THE FOREGOING OBJECTION AND REQUEST ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT A COPY WAS FILED AND SENT TO THE DEFENDANTS ATTORNEY OF RECORD, BY EMAIL AND U.S. MAIL ON APRIL 13, 2012 .

..................................
SHERIF RAFIK KODSY
Individual/pro'se
15968 LAUREL OAK CIRCLE
DELRAY BEACH FLORIDA 33484
561-294-3046

COPY(S) TO:
WEIL, GOTSHAL & MANGES LLP.
200 CRECENT COURT
SUITE 300
DALLAS , TEXAS 75201-6950