Craig Tadlock
(admitted *pro hac vice*)
TADLOCK LAW FIRM PLLC
400 E. Royal Lane
Suite 290
Irving, Texas 75039
P. 214.785.6014
craig@tadlocklawfirm.com

Attorney for Creditor Vehicle Occupant
Sensing Systems, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | |

## NOTICE TO BE REMOVED FROM ELECTRONIC SERVICE LIST

Craig Tadlock of Tadlock Law Firm PLLC, attorney for creditor Vehicle Occupant Sensing Systems, LLC, hereby requests to be removed from the court's CM/ECF electronic filing system in reference to the above captioned bankruptcy case.

The e-mail address to be removed from all mailing lists and notices of electronic filings in the above-captioned matter is craig@tadlocklawfirm.com.

Dated: April 19, 2012                                        Respectfully submitted,

                                                              /s/ Craig Tadlock
                                                             Craig Tadlock
                                                             (admitted *pro hac vice*)
                                                             TADLOCK LAW FIRM PLLC

1

400 E. Royal Lane, Suite 290
Irving, Texas 75039
P. 214.785.6014
craig@tadlocklawfirm.com

***Attorney for Creditor Vehicle Occupant Sensing Systems, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 19, 2012, via the Court's CM/ECF system.

/s/ Craig Tadlock
Craig Tadlock