**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a | |
| General Motors Corp., et al., | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael T. Gill, request admission, *pro hac vice,* before the Honorable Robert E. Gerber, to represent Don Verdina and Kelly Labunski, Individually, and as Co-Special Administrators of the Estate of Stephanie Verdina, holders of proof of claim number 134 in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Illinois, and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee for $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: 4/17/12 | /s/ Michael T. Gill |
| | Michael T. Gill |
| | Pfaff & Gill, Ltd. |
| | One E. Wacker Dr., Suite 3310 |
| | Chicago, IL 60601 |
| | (312) 828-9666 |
| | (312) 828-0880 (facsimile) |
| | mgill@pfaffgill.coom |

1