**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a | |
| General Motors Corp., et al., | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon motion of Michael T. Gill, to be admitted, ***pro hac vice,*** to represent Don Verdina and Kelly Labunski, Individually, and as Co-Special Administrators of the Estate of Stephanie Verdina, holders of proof of claim number 134 in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby:

ORDERED, that Michael T. Gill is admitted to practice, *pro hac vice,* in the above-referenced case to represent Don Verdina and Kelly Labunski, Individually, and as Co-Special Administrators of the Estate of Stephanie Verdina, in the United States Bankruptcy Court for the Southern District of New York provided that the filing fee has been paid.

Dated:
_____, NY           /s/_____
                                                    UNITED STATES BANKRUPTCY JUDGE

1