**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a | |
| General Motors Corp., et al., | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

I, Sarah Fraser, being duly sworn, depose and state:

1. I am a non-attorney employed by the law firm of Pfaff & Gill, Ltd., One E. Wacker Drive, Suite 3310, Chicago, IL 60601.

2. On April 17, 2012, I caused a true and correct copy of the following documents to be served on the Clerk of the United States Bankruptcy Court for the Southern District of New York, via overnight delivery to be filed electronically in accordance with General Order M-399:

- Don Verdina and Kelly Labunski, Individually, and as Co-Special Administrators of the Estate of Stephanie Verdina's Objection to Motors Liquidation Company, GUC Trust's Motion for Limited Modification of Automatic Stay and Plan Injunction;
- Motion for Admission to Practice, *Pro Hac Vice* on behalf of Michael T. Gill;
- Proposed Order.

3. Courtesy copies of the above-referenced documents were furnished to Honorable Robert E. Gerber, along with a CD containing the proposed order in Word format.

4. Electronic copies of Don Verdina and Kelly Labunski, Individually, and as Co-Special Administrators of the Estate of Stephanie Verdina's Objection to Motors Liquidation Company, GUC Trust's Motion for Limited Modification of Automatic Stay and Plan Injunction in text-searchable portable document format (PDF) were served on the following individuals by electronic mail:

- Weil, Gotshal & Manges LLP, attorneys for the GUC Trust, 767 Fifth Avenue, New York, New York 10153(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); harvey.miller@weil.com, stephen.karotkin@weil.com; joseph.smolinsky@weil.com

1

- the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow); tmorrow@alixpartners.com
- General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); lawrence.s.buonomo@gm.com
- Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); john.rapisardi@cwt.com
- the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); joseph.samarias@do.treas.gov
- Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); MJEdelman@vedderprice.com; MSchein@vedderprice.com
- Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); tmayer@kramerlevin.com, rschmidt@kramerlevin.com, lmacksoud@kramerlevin.com, jsharret@kramerlevin.com
- the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); david.jones6@usdoj.gov; natalie.kuehler@usdoj.gov
- Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) ei@capdale.com, rct@capdale.com, and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); tws@capdale.com; kcm@capdale.com
- Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.); brousseau@sbep-law.com, esserman@sbep-law.com
- Gibson, Dunn, Crutcher LLP, attorneys for Wilmington Trust Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith Martorana, Esq.); kmartorana@gibsondunn.com
- FTI Consulting, as the GUC Trust Monitor and as the Avoidance Action Trust Monitor, One Atlantic Center, 1201 West Peachtree Street, Suite 500, Atlanta, Georgia 30309 (Attn: Anna Phillips); anna.phillips@fticonsulting.com;
- Kirk P. Watson, Esq., as the Asbestos Trust Administrator, 2301 Woodlawn Boulevard, Austin, Texas 78703, kirkpwatson@gmail.com

5. Hard copies of Don Verdina and Kelly Labunski, Individually, and as Co-Special Administrators of the Estate of Stephanie Verdina's Objection to Motors Liquidation Company, GUC Trust's Motion for Limited Modification of Automatic Stay and Plan Injunction were served on the following individuals by facsimile:

- the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (212) 668-2255
- Crowell & Moring LLP, attorneys for the Revitalizing Auto Communities Environmental Response Trust, 590 Madison Avenue, 19th Floor, New York, New York 10022-2524 (Attn: Michael V. Blumenthal, Esq.); (212) 895-4201

Dated: April 17, 2012

/s/ Sarah Fraser

Sarah Fraser, Paralegal
One E. Wacker Drive, Suite 3310
Chicago, IL 60601
(312) 828-9666
(312) 828-0880 (facsimile)
sfraser@pfaffgill.com

Sworn before me this 17th day of April, 2012

/s/ Ivy Clough
NOTARY PUBLIC-State of Illinois
Commission Expires 11/8/2014