# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** ***et al.*****,** | : | |
| **f/k/a General Motors Corp.,** ***et al.*** | : | **09-50026 (REG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

CERTIFICATE OF PUBLICATION

I, Angela Ferrante, certify as follows:

1. I am a Director of the Business Reorganization Department of the Melville office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Melville office is 105 Maxess Road, Melville, New York 11747

2. On October 15, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused publication of the **Notice of Deadlines for Filing Proofs of Claim (Including Claims Under Section 503(b)(9) of the Bankruptcy Code)** in the following publications:

Publication Name

*Financial Times*, Worldwide

*The Wall Street Journal*, Global

*The New York Times*, National

*USA Today*, (Mon-Thurs) National

*Detroit Free Press/Detroit News*

*Le Journal de Montreal* (French) [1]

*Montreal Gazette* (English)

*The Global and Mail*, National

*The National Post*

[1] The Certificate of Translation is attached hereto.

3.   I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Melville, New York
October 23, 2009

/s/ Angela Ferrante
Angela Ferrante

World news

# US hunkers down in arduous search for Mideast peace

**Regional solution**

**The administration has begun to talk in terms of a long and difficult process, write Harvey Morris and Vita Bekker**

The Obama administration has reached an impasse in its Middle East peace strategy as it this week assesses progress – or rather the lack of it – in nine months of intensive diplomacy aimed at reviving stalled Israeli-Palestinian talks.

In the face of rigid positions adopted by both sides, the administration has begun to talk in terms of a long and difficult process towards the peace settlement that Barack Obama, president, made a high policy priority from his first day in the Oval Office last January.

"We're under no illusions here that even when a formal negotiation begins, it is going to be arduous," according to Philip Crowley, US Department of State spokesman. "It's going to take a considerable amount of time. How much? Who knows?"

An already negative atmosphere has been further soured by a human rights report from a United Nations panel chaired by Richard Goldstone, a South African judge, that focused on alleged Israeli war crimes during the invasion of Gaza at the turn of the year. The report called for a full investigation of atrocities claimed to have been committed by both Israel and Hamas.

Israeli fury at the report's findings entrenched public opinion behind the right-wing government of Benjamin Netanyahu in resisting pressure from the US to compromise on the terms for reopening peace talks.

Mishandling of the Palestinian response to the Goldstone report by Mahmoud Abbas, the Palestinian Authority president, meanwhile provoked an outcry at home that threatens his political future.

He bowed to US and Israeli pressure to defer discussion of the report's findings at the Human Rights Council, which ordered the Goldstone investigation, and then backtracked in the face of domestic opposition that has been exploited by his Hamas rivals.

The Geneva-based HRC will now vote today on whether to endorse a report that could theoretically lead to Israeli politicians and soldiers facing indictments at the International Criminal Court.

Mr Abbas's about face on the Goldstone report further fuelled domestic dissent provoked by his decision to meet Mr Netanyahu in New York last month, at the invitation of Mr Obama, after he said he would do so only if Israel announced in advance a freeze on settlement activity.

Michael Warschawski, founder of the Alternative Information Centre, an Israeli-Palestinian advocacy group in Jerusalem, says Mr Obama's bid to renew peace talks would be undermined by Mr Abbas's weakness.

He adds: "Abu Mazen [Abbas] does not have the trust of the people right now to protect their rights in negotiations with Israel."

George Mitchell, who is Mr Obama's special envoy to the Middle East, will this week report back to Hillary Clinton, secretary of state, after his seventh and apparently inconclusive visit to the region and Mrs Clinton will, in turn, report to the president.

"Those who are stonewalling are hoping that the Obama administration will give up and go away," says Hussein Ibish of the Washington-based American Task Force on Palestine. "But there's no sign of a let-up by the administration in the push [for peace]. There's a sense though that they're hunkering down for the long haul."

Hard sell: this year Indians have been minding the price tag on gold, with demand falling rapidly because of a weak economy and high rupee prices Reuters

# Golden words to tempt Indian buyers

**Bullion sales**

**By Joe Leahy and James Fontanella-Khan in Mumbai**

"Only gold is divine. You can't really put a price tag on something so divine," gushed the advertisement on the cover of HT Café, an English-language lifestyle magazine.

As India prepares to celebrate Diwali this Saturday, gold industry groups have stepped up marketing campaigns to persuade Indians to indulge in their love affair with the precious metal.

The problem for industry groups, such as the World Gold Council, author of the "gold is divine" advert, is that this year Indians have very much been minding the price tag on gold.

A weak economy and high rupee prices for gold in India, the world's largest importer of bullion, pushed demand down 81 per cent from a year earlier to 17.7m tonnes in the January-March quarter. In the next quarter demand was down 38 per cent year on year, though recently there have been signs of a rebound.

The problem for the gold industry is that even during normal price fluctuations, Indian sales suffer from lumpy demand.

India's main gold-buying season usually kicks off in October or November with Dussehra, a festival celebrating the triumph of good over evil, and Diwali, when Hindus pray to the goddess Lakshmi for prosperity and buy gold for family members. People also buy during the wedding season, mainly in November and December.

To try to spread buying more evenly through the year, the World Gold Council strategy is to encourage gold buying during more of India's ancient religious festivals. These include Baisakhi, the Punjabi harvest festival in April and Pitru Paksha, a period when Hindus honour their ancestors. "In a way, it would be a tribute to your ancestors to show them you are prosperous. So gold buying during [Pitru Paksha] is not bad at all," says Dharmesh Sodah, director of the World Gold Council in Mumbai.

Other initiatives include gold savings schemes at post offices, microfinance schemes to enable peasant farmers to save gold, and retail marketing schemes such as the "Great Indian Gold Rush".

Regardless of these efforts, near Zaveri market, Jasbeel, a housewife, admits during some frantic pre-Diwali shopping that she is buying stuff other than gold this season. She plans to shop for gold when it becomes cheaper. In the meantime she has bought some pens and toys for her children and is looking for a wallet.

"I will also be buying imitation jewellery that I will wear for Diwali. A lot of my friends are doing the same."

Video: Keyur Shah, of India's World Gold Council www.ft.com/indiagold

**Legal Notices**

[illegible]

# Debt-burdened Dubai begins to exorcise its economic demons

**Emirate's rally**

**Traffic congestion in the city state points to a growth in commercial activity, writes Simeon Kerr**

It is a strange, but telling, reaction: some commuters in Dubai are breathing a sigh of relief when they hit traffic jams.

"I rejoice when I grind to a halt," says one businessman, who watched with growing unease over the past year as vehicles disappeared from the roads as building activity fell silent and companies downsized their workforces.

The gloom after the crash that followed Dubai's period of petrodollar and credit-driven growth is starting to clear, and residents have returned from the extended summer and Ramadan lull to a city that feels as though it is expelling its economic demons.

The first post-break test has been cleared: schools have not seen marked reductions in returning pupils. Analysts had feared that an expatriate exodus would dampen domestic consumption and slash demand for real estate.

Several schools surveyed by the Financial Times have reported strong new-year enrolments, from the high-end Repton School Dubai, a boarding school outpost of the English public school, to the cross-cultural educational empire of GEMS, which has seen numbers rise 6 per cent this year.

"Not many children have left, the school is bustling," said Debbie Watson, head teacher at King's School Dubai, where demand has spiked after a strong performance in last year's debut schools inspections.

Real estate remains in the doldrums, with values half of their peak last year and an overhang of soon-to-be-completed properties, but there are glimmers of hope.

Dubai can now fight back as a competitive city: its infrastructure and lifestyle are now bolstered by reasonable prices, says Blair Hagkull, regional managing director for Jones Lang LaSalle, the global property agent.

Plummeting rents have also allowed workers to upgrade the size and location of their accommodation and agents say some residential areas are seeing a rise in sales inquiries, possibly presaging a price rise. Many of those finding work in booming Abu Dhabi are using the western end of more relaxed Dubai as a dormitory, commuting up to three hours a day.

"The mood is changing and I can feel confidence strengthening as those that tried to suggest Dubai would be hollowed out by a summer expatriate exodus or brought to its knees by a drop in property prices have been proved wrong," said Simon Williams, senior economist with HSBC in Dubai.

He argues that as the regional economy strengthens, demand for the business services that are Dubai's forte will return, while domestic deflation will help the city to compete more effectively.

Already the stock market has rallied, insurance against a government default is easing and markets assume the Dubai government will clear developer Nakheel's $4.05bn (£2.75bn, €2.54bn) Islamic bond maturing in December.

"Dubai still has very serious challenges to overcome," says Mr Williams. "I expect the next 12 months to be an awful lot better but don't confuse this with a return to the boom days."

Yet despite the newly-found optimism, the emirate continues to face several hurdles in its path to growth, from an overhanging debt mountain to a huge upcoming overhang in property supply against questionable demand.

And in the meantime, Dubai-based expatriates continue to lose their jobs.

Nakheel is shedding at least 300 more staff, as it continues to shrink its once-huge workforce towards a third of its peak.

One employee recently made redundant says he is seeking other work before his resident's visa elapses in two months, but fears for the ability of the developer to carry on effectively with such a skeleton staff.

For now, he keeps himself busy at the mall, in between meetings and interviews for new jobs. And such jobs are generally on offer in the new centres of growth, such as Abu Dhabi, Doha and Saudi Arabia.

"I like this area and want to stay, but will there be something for me here?" he asks.

MORE ON FT.COM

Abu Dhabi is emerging as the Middle East bond capital, with $17bn raised so far this year www.ft.com/world

# Eurozone optimism as output rises again

**EU figures extend V-shaped recovery**

**By Ralph Atkins in Frankfurt**

Eurozone industry has reported a fourth consecutive monthly rise in production, pointing to a robust third-quarter growth rebound right across the 16-country region.

Industrial production in August was 0.9 per cent higher than the previous month, reported Eurostat, the European Union's statistical office also revised up July's data to show a 0.3 per cent rise rather than a 0.3 per cent fall, as reported originally.

The latest data extended the V-shaped recovery in eurozone industrial production since April. Just as the region was worse hit than other parts of the world from repercussions of last year's Lehman Brothers failure, the eurozone was benefiting disproportionately from the subsequent revival in global growth prospects, analysts said.

Much of the region's industrial sector was highly cyclical, said Robert Barrie, European economist at Credit Suisse. "In a downswing, that is a big problem, but as things start to recover it makes for a lot of upside."

The latest upbeat data did not ease fears, however, that the pace of economic recovery would slow later this year and in 2010, as the effects globally of emergency stimulus measures wore off, and eurozone exports were hit by the strength of the euro. At the same time, the eurozone is still a long way off pre-crisis levels of activity: industrial production in August was still 15.4 per cent lower than a year ago.

Recent months' production data have been volatile, perhaps distorted by summer factory shutdowns. But the eurozone's revival appears to be widespread. Italy reported a 7 per cent rise in production in August alone, compared with the 1.5 per cent rise in Germany and 1.9 per cent increase in France.

The eurozone recovery might also assist Spain, which was badly hit by falling house prices and high unemployment. Spanish industrial production was up by 1 per cent in August. However, Ireland, where data have been volatile, saw production fall by almost 17 per cent month on month.

# LEGAL NOTICES

# Be
## in the Legal Loop

Legal Notices

in

The Wall Street Journal.

To advertise, call

44-20-7842-9600

or 49-69-971-4280.

THE WALL STREET JOURNAL.
EUROPE

Bookshelf / *By Alexander Theroux*

# Urban Ardor, Urban Angst

"My childhood fame had made me impossible to cast, and relieved me of the burden of ambition." This is one of the early confessions of the narrator of "Chronic City," a hapless 40-year-old man named Chase Insteadman who is for no strongly apparent reason drawn deeper and deeper into the "pocket universe" of a New York City—specifically, the Upper East Side—that is as random, astir and oddly peopled as any party that Holly Golightly ever threw.

**Chronic City**
*By Jonathan Lethem*
(Doubleday, 467 pages, $27.95)

In a way, Insteadman plays the role of Everyman in "Chronic City," an entertaining novel devoted to a kind of loopy urban sociology. He is even called "Chase Unperson" by one of his friends, as if to point up his role as random raisonneur. A former child-actor who lives off the residuals of a long-ago TV show, Insteadman has plenty of time to involve himself with a number of bizarre marginals, both rich and poor.

There is, for instance, the young, cheeky, mysterious, always-black-attired Oona Laszlo, a mercurial ghostwriter. Or the rowdy, roosterish Richard Abneg, "like a cartoon Communist in his wide-legged charcoal suit," a hip fixer for New York's billionaire mayor. Most notably, there is Insteadman's sweetheart and fiancée, Janice Trumbull, an astronaut on the International Space Station whom we encounter in the book solely through the loving letters she writes to him from beyond the stratosphere.

If this all sounds a bit comic and satirical, it is, though the satire is gentle—these are sweet, if zaniable, urban types—and the flaky confusion cannot hide, at times, a portentous Quest for Meaning. The search becomes chronic in Mr. Lethem's focal character, the bohemian Perkus Tooth, a wall-eyed rock critic and tangled misfit—a "fugitive ecstatic"—who experiences no end of elaborate hallucinations and cosmic "Heartbreakers"? as he collects books, studies Lps and rare ceramics. He is disconnected from society, the duke of his own domain. He smokes high-grade marijuana. He wears suits. He lives alone and solely for his heroes, among whom are Norman Mailer, G.I. Gurdjieff, the Russian mystic, and Marlon Brando.

"Chronic City" is, then, a prosopographical investigation of New York City by way of a handful of strange, unclassifiable characters (and some remarkable writing). But it is Tooth's fate that commands the book's attention. He is troubled, and caring for him seems to be inexplicably the self-appointed hobby of all those who know him. "Perkus had thrown a lot of himself, too much, down a rabbit-hole leading into no Wonderland whatsoever," Insteadman says, assessing his friend. What this odd duck represents, if anything, is anyone's guess. I opt for dogged—not rugged—individualism. Perkus Tooth seems to combine two previous Lethem characters: rock journalist Dylan Ebdus in "The Fortress of Solitude," a lonely, confused soul wishing for invisibility, and Lionel Essrog, the protagonist of "Motherless Brooklyn," who with Tourette's Syndrome has his own obsessions, one of them language itself.

Insteadman pursues Tooth and what he "means" as, say, Ishmael does Ahab, though the comparison is extravagant: "Chronic City" has not a jot of the weight of such a classic. There is nothing deeply philosophical at stake in any of these pages. It is mostly whimsy, interrupted by splendidly observed if sardonic evaluations and support-group-like gatherings in 24-hour cafés.

The individual portraits remain the book's best feature. There is no urgency to the plot, however, because there is no plot. At best, the arc of the book traces Tooth's brief, varied and not always convincing life. Entire chapters of "Chronic City" could be expunged without changing the book at all. The narration is open-ended, going off in arbitrary directions—at one moment the "embedded" histories of words, at another the questionable drama of a detailed online auction for a rare object.

It is New York City itself, "a puzzletrap for anonymous encounters," that takes pride of place here—or provides the place of pathos. One could draw a street grid from the citations in "Chronic City." And yet it is an unmappable city, too. "Our sphere of the real (call it Manhattan) was riddled with simulations, yet was the world at hand," Insteadman says at one point. "Or the simulation was riddled through with the real. . . . The world was ersatz and actual, forged and fake, by ourselves and unseen others. Daring to attempt to absolutely sort fake from real was a folly that would call down tigers or hiccups to ruin us of our restlessness."

That reference to "simulation"—suggesting a surface reality that is not real—is telltale. The work of Thomas Pynchon inevitably comes to mind. Like Mr. Pynchon, Mr. Lethem loves crazy names—we encounter (along with Insteadman and Tooth) Sadie Tappinz, Laird Noteless, Rosemary Dusting and Strabo Blandiana, among many others. Like Mr. Pynchon, Mr. Lethem revels in a goofy, puzzling randomness, as well as in the presentation of enthusiastic arcana. But beneath it all beats a pulse of paranoia. With the narrator, readers of Mr. Lethem's novel travel on a lively and learned odyssey of their own, trying to sort through information, flirting with chaos and tussling with wing-nuts, oddballs and dead ends.

*Mr. Theroux's latest novel is "Laura Warholic; Or, The Sexual Intellectual" (Fantagraphics).*

Pepper . . . and Salt
THE WALL STREET JOURNAL

"Well, what do you know — I guess this was my ideal weight."

# The Message of Dollar Disdain

By Judy Shelton

Unprecedented spending, unending fiscal deficits, unconscionable accumulations of government debt: These are the trends shaping America's financial future. And since loose monetary policy and a weak U.S. dollar are part of the mix, apparently, it's no wonder people around the world are searching for an alternative form of money in which to calculate and preserve their own wealth.

It may be too soon to dismiss the dollar as an utterly debauched currency. It remains the most used for international transactions and constitutes over 60% of other countries' official foreign-exchange reserves. But the dollar's reputation is being severely compromised.

Funny how words normally used to address issues of morality come to the fore when judging the dollar. Perhaps it's because the U.S. has long represented the virtues of democratic capitalism. To be "sound as a dollar" is to be deemed trustworthy, dependable, and in good working condition.

It used to mean all that, anyway. But as the dollar is increasingly perceived as the default mechanism for out-of-control government spending, its role as a reliable standard of value is destined to fade. Who wants to accumulate assets denominated in a shrinking unit of account? Excess government spending leads to inflation, and inflation plays dollar investors for patsies—both at home and abroad.

A return to sound financial principles in Washington would signal that America still believes it can restore the integrity of the dollar and provide leadership for the global economy. But for all the talk from the Obama administration about needing to exert fiscal discipline—the president's 10-year budget is subtitled "A New Era of Responsibility: Renewing America's Promise"—the projected numbers anticipate a permanent pattern of deficit spending and vastly higher levels of outstanding federal debt.

Even with the optimistic economic assumptions implicit in the Obama administration's budget, it's a mathematical impossibility to reduce debt if you continue to spend more than you take in. Mr. Obama promises to lower the deficit from its current 9.9% of gross domestic product to an average 4.8% of GDP for the years 2010-2014, and an average 4% of GDP for the years 2015-2019. All of this presupposes no unforeseen expenditures such as a second "stimulus" package or additional costs related to health-care reform. But even if the deficit shrinks as a percentage of GDP, it's still a deficit. It adds to the amount of the nation's outstanding indebtedness, which reflects the cumulative total of annual budget deficits.

By the end of 2012, according to the administration, the federal debt will reach $23.3 trillion, compared to $11.9 trillion today. To put it in perspective: U.S. federal debt equaled 61.4% of GDP in 1999; it grew to 70.2% in 2008 (under the Bush administration); it will climb to an estimated 90.4% this year and touch the 100% mark in 2011, after which the projected debt will continue to equal or exceed America's entire annual economic output through 2019.

The U.S. is thus slated to join the ranks of those countries—Zimbabwe, Japan, Lebanon, Jamaica—with the highest government debt-to-GDP ratio (which measures debt against a nation's capacity to repay). In 2008, the U.S. ranked 23rd on the list—crossing the 100% threshold vaults the country into seventh place.

If you were a foreign government, would you increase your holdings of Treasury securities knowing the U.S. has no plans to balance its budget in the next decade, let alone achieve a surplus?

European Union countries wishing to adopt the euro must first limit government debt to 60% of GDP; it's the reference criterion for "soundness and sustainability of public finances." Politicians find it all too tempting to print money—something Europeans have understood since the Weimar Republic—and excessive government borrowing poses a threat to monetary stability.

Valuable lessons also emerge from Japan's unsuccessful experiment with quantitative easing in the aftermath of its ruptured 1980s bubble economy. The Bank of Japan's desperate efforts to fight deflation through a zero-interest rate policy aimed at bailing out zombie companies, along with massive deficit spending, only contributed to a decade of stagnant growth. Japan's government debt-to-GDP ratio escalated to more than 170% now from 63% in 1990. Over the same period, the yen's use as an international reserve currency went from comprising 10.2% of official foreign-exchange reserves to 3.3% today.

The U.S. has long been the world's "indispensable nation" and the dollar's role in the global economy has likewise seemed to testify to American exceptionalism. But Washington's passivity toward the nation's dismal fiscal future, and its inevitable toll on U.S. economic influence, suggests that American leadership is no longer a priority and that U.S. money cannot be trusted.

If money is a moral contract between government and its citizens, Americans are being violated. The rest of the world, meanwhile, simply wants to avoid being duped. That is why China and Russia—large dollar holders—are angling for some new kind of global currency for denominating reserve assets. It's why oil-producing Gulf States are fretting over whether to continue pricing energy exports in depreciated dollars. It's why central banks around the world are dumping dollars for alternative currencies, even as reduced demand exacerbates the dollar's decline. Until the U.S. sends convincing signals that it believes in a strong dollar—rhetorical assertions ring hollow—the world has little reason to hold dollar-denominated securities.

Sadly, due to the fiscal quagmire, the Federal Reserve may be forced to raise interest rates to draw foreign capital even if it hurts the domestic economy. That's the price of having already succumbed to symbiotic fiscal and monetary policy. If Washington could genuinely commit to private-sector growth by reducing taxes, while significantly cutting future spending, it might be able to turn things around. Under President Reagan, the Fed slashed inflation and strengthened the dollar by dramatically tightening credit. It was a painful process, but the economy ultimately boomed.

Whether the U.S. can once more summon the resolve to address its problems is an open question. But the world's growing dollar disdain conveys a message: Issuing more promissory notes is not the way to renew America's promise.

*Ms. Shelton, an economist, is author of "Money Meltdown: Restoring Order to the Global Currency System" (Free Press, 1994).*

# CORPORATE NEWS

## GM expects strong growth in China in 2009

*Sales should rise 47% from a year ago, company says, but end of government incentives could pose problem*

BY PATRICIA JIAYI HO

BEIJING—General Motors Co.'s sales in China this year will likely exceed 1.6 million vehicles, said Kevin Wale, president and managing director of GM China Group.

The forecast represents an increase of about 47% from last year, when GM's total vehicle sales in China rose 6.1% to 1.09 million. GM in September forecast its China sales growth would exceed 40% this year.

GM sold 1.29 million vehicles in China in the January-September period this year, up 56% from the same period last year. GM counts sales of Wuling commercial vans, produced by a joint venture of which GM owns a third, as part of its overall sales.

By comparison, Toyota Motor Corp.'s sales in China have suffered this year after a failure to anticipate the demand for smaller cars. The Japanese auto maker's China sales from January through August rose 9% from a year earlier to 415,000 vehicles. Toyota has said it seeks to raise its 2009 sales in China slightly from 2008 levels, when its sales rose 17% to 585,000.

Car makers in China have benefited from Beijing's policies to boost sales, including tax incentives for purchases of vehicles with engines of 1.6 liters or smaller, and subsidies to encourage sales of some autos in rural areas. Both policies are set to expire at the end of the year.

GM's sales performance in China could prove especially vulnerable to changes in government policy, as all of the vehicles sold by its Wuling joint venture with SAIC Motor Corp. and Wuling Automobile Co. qualify for the small-engine tax cut. Sales by the venture accounted for more than 50% of GM's volume in China in the January-September period.

Mr. Wale said he is confident the Chinese government will take appropriate actions next year to maintain stability in the country's auto market, which is on track to overtake the U.S. as the world's largest car market this year.

Mr. Wale also said demand from smaller cities "should ensure some growth momentum."

GM aims to increase its Chinese sales volume next year at a slightly faster rate than that of the overall auto industry, he said.

Tuesday, GM Chief Executive Frederick "Fritz" Henderson, on his first trip to China since GM emerged from bankruptcy in July, said China plays an increasingly important role in GM's global operations.

GM executives have repeatedly extolled China's significance but haven't quantified how much revenue comes from the country.

The China Association of Automobile Manufacturers said Tuesday that vehicle sales from January through September rose 34% from a year earlier to 9.66 million. The association expects overall auto sales for the whole year to exceed 12 million.

Mr. Henderson said Tuesday that GM plans to launch a new Chevrolet Sail by the Lunar New Year in mid-February, designed and developed primarily by the Pan-Asia Technical Automotive Center Co., or Patac, an automotive design and development joint venture between GM and SAIC Motor in Shanghai.

Mr. Henderson said the compact Sail "has been developed for customers in China and has great potential for other customers in emerging markets."

GM said in August that its Wuling joint venture will expand exports of two micro-minivans designed and produced in China, apparently part of a wider strategy to use China as an export hub.

Other auto makers have come up with small no-frills cars targeted at emerging markets. GM's Sail follows such cars as Ford Motor Co.'s recently unveiled Figo, to be made in India and exported to South Africa and other countries, as well as Renault SA's low-cost Dacia models.

Separately, GM's Thai subsidiary said it has reached an agreement with striking assembly workers that will allow production to resume Thursday, the Associated Press reported.

Its factory in the eastern Thailand seaboard province of Rayong, which makes one-ton pickup trucks and passenger cars, had halted production Oct. 5 when several hundred of its 1,700 workers began striking for higher pay and better conditions.

**Speeding up**
GM automobile sales in China

| Year | |
|---|---|
| 2003 | |
| '04 | |
| '05 | |
| '06 | |
| '07 | |
| '08 | |
| '09 | Forecast |

Axis: 0, 0.5, 1.0, 1.5, 2.0 million
Source: the company

◄ General Motors CEO Fritz Henderson at a Chinese dealership in Shanghai

## Intel quarterly results bolster hopes for PC rebound

BY DON CLARK

Intel Corp. served up evidence that the computer market is healthier than many people suspected, reporting third-quarter results that were well above upbeat projections it issued several weeks ago.

The chip giant predicted business conditions will improve even more in the current quarter, including a jump in its closely watched gross profit margin to the highest level since late 2005.

It predicted revenue of about $10.1 billion, up about 7% from the third period.

Intel, maker of the chips that act as electronic brains in personal computers, is seen as an early proxy for changes in PC demand because manufacturers typically stock up on chips to prepare for sales to their customers.

Intel executives said they saw signs of strong purchasing of laptop PCs, led by back-to-school purchases in the U.S. and demand from consumers in China.

The company's third-quarter profit and revenue remained about 8% lower than the same quarter in 2008, before the recession took hold.

But revenue was up 17% from the second quarter, and profit—excluding a $1.45 billion antitrust fine levied by the European Union—was up 77% over the same period.

"It's a nice indication of what we can achieve when the market is cooperating and we are executing well," said Stacy Smith, Intel's chief financial officer, in an interview.

Intel reported income for the period ended Sept. 26 of $1.86 billion, or 33 cents a share, compared to profit in the year-earlier period of $2.01 billion, or 35 cents a share.

Revenue declined to $9.39 billion from $10.22 billion.

Intel in late August predicted that its third-quarter revenue would be about 6% higher than it estimated the prior month, citing growing chip demand. The numbers reported Wednesday were 4% higher than the revised projection, and also higher than analysts' average estimates.

The improvement in profitability was more striking. Intel had projected in August that its second-quarter gross profit margin would be in the upper half of its prior prediction of 53% "plus or minus two percentage points."

Instead, the company said its profit margin hit 57.6%, and projected it would likely rise to 62% in the current quarter. It predicted revenue would rise about 7% from the third period.

"People have been underestimating demand for a long time," said Ubal Narayanan, chief executive of Primary Global Research. Among other things, he said, PC makers are placing orders on the expectation that Microsoft Corp.'s Windows 7 operating system—to be formally released Oct. 22—will get customers buying.

Paul Otellini, Intel's chief executive officer, told analysts that the company was seeing unit sales of chips for conventional notebook PCs growing at a faster rate than sales of its Atom chip for popular low-end portable computers called netbooks.

Fears that demand for netbooks would cannibalize sales from Intel's more profitable chip lines have dogged the company since last year.

Mr. Otellini also reported strong demand for chips used in server systems, based on a new technology line called Nehalem, despite the sour economy.

In Nasdaq trading midday Wednesday, the shares were up 2.6%, or 54 cents, at $21.03.

"The market had set high expectations for Intel this quarter, and Intel delivered," said Bill Kreher, an analyst at Edward Jones.

**Ups and downs**
Intel's gross profit margin, by quarter

Axis: 30, 40, 50% ; 3Q 2008, 4Q, 1Q '09, 2Q, 3Q
Source: the company

## ASML posts first quarterly profit in year as chip demand rises

BY ARCHIBALD PREUSCHAT

Semiconductor-equipment maker ASML Holding NV Wednesday reported a profit in the third quarter after three consecutive quarters of losses, as demand from the chip industry improved after months of underinvestment.

ASML, based in the Netherlands, posted a net profit of €19.7 million ($29.2 million) in the quarter ended Sept. 30, down 73% from a net profit of €73.3 million a year earlier. The company posted a net loss of €104 million in the second quarter.

Sales slipped 20% to €553.3 million from €696.5 million.

ASML Chief Financial Officer Peter Wennink said in an interview posted on the company's Web site that the first half of 2010 looks good, but he added that ASML needs a recovery in the world economy for the second half.

Mr. Wennink said ASML had experienced nine months of underinvestment. There is now higher-than-expected end-demand for chips used in personal computers and wireless phones, Mr. Wennink said, but he cautioned that customers buy new technology to drive down their costs—not to scale up capacity.

The company's order intake in the third quarter was €777 million, and its backlog stood at €1.35 billion as of Sept. 30.

The company expects order intake in the fourth quarter be "at least" level with the third quarter, with net sales of about €550 million and a gross margin of about 37%.

The results beat analyst expectations for net profit of €13.5 million on sales of €526 million, according to a Dow Jones Newswires poll of five analysts.

ASML is the world's largest maker of lithography systems, which map out tiny electronic circuits on silicon wafers. It counts Intel Corp., Samsung Electronics Co. and Taiwan Semiconductor Manufacturing Co. among its customers.

Late Tuesday, Intel—the world's largest semiconductor maker—reported a 7.8% decline in profit but said revenue and gross margin exceeded the company's guidance.

# LEGAL NOTICES

BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
MOTORS LIQUIDATION COMPANY
f/k/a GENERAL MOTORS CORPORATION, et al.,
Debtors.

Chapter 11 Case No.
09-50026 (REG)

(Jointly Administered)

[illegible]

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

[illegible]

Be in the Legal Loop

Legal Notices in The Wall Street Journal.

To advertise, call (852) 2831-2553 or (65) 6415-4279.

THE WALL STREET JOURNAL. ASIA

THE WALL STREET JOURNAL.

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1-800-366-3975
FAX: 201-641-2700
ADVERTISING.WSJ.COM

## BANKRUPTCIES

## BANKRUPTCIES

## BANKRUPTCIES

### NOTICE OF VOTING RIGHTS AND HEARING TO CONSIDER WHETHER TO CONFIRM THE PLAN OF REORGANIZATION OF PITTSBURGH CORNING CORPORATION

### KEY ELEMENTS OF THE PLAN

### VOTING ON THE PLAN

### THE HEARING ON THE PLAN

### ADDITIONAL INFORMATION

## CLASS ACTIONS

### NOTICE OF PUBLIC AUCTION

Get Noticed.

Legal Notices. Advertise Today.
Call 1-800-845-9720

# Anxiety in Canada Over Near Parity With U.S. Dollar

By IAN AUSTEN

OTTAWA — For Canadians looking to escape winter's premature arrival in many parts of the country by visiting the United States, the equally unexpected movement of the Canadian dollar toward parity with its American counterpart is welcome news. For corporate Canada, however, the development is less cheering.

At Cascades, a producer of cardboard used to make boxes and tissue paper, every cent the Canadian dollar gains shaves 1 million Canadian dollars from its operating earnings.

With 40 percent of the Canadian economy dependent on trade, mostly with the United States, the prospect of the two currencies being at par for the second time since 2007 probably creates more anxiety than joy in Canada. And while currencies around the world have been rising against the United States dollar, many are laggards compared with Canada's. Since mid-March the Canadian dollar has risen 27 percent, closing on Wednesday at 97.33 cents, up from 76.53 cents.

"The Canadian dollar is a strong threat to the economy," said David Watt, a vice president and senior currency strategist at the Royal Bank of Canada. "Once the Canadian dollar starts getting to levels like parity, the recovery scenario goes from assured to dicey."

Most economists and businesses had forecast that the Canadian dollar would appreciate this year and had set their budgets and, in the case of large corporations, their currency hedging strategies appropriately. But few if any of them anticipated that the rise would be as rapid and that the result would most likely be parity.

Mr. Watt was among the surprised. He cites the usual reasons for the Canadian dollar's rise: increased prices for oil and other Canadian commodities as well as the worldwide distaste that has fallen upon the United States dollar. But the speed and rate of the change, he said, came from unexpectedly high demand from China for Canadian commodities.

Thomas J. Velk, an economics

*The Canadian dollar has risen 27% since the middle of March.*

professor at McGill University in Montreal, said he believes that the Canadian currency's movement also reflects the perceptions by the currency markets of the economic prospects of the United States.

"It's a very loud and clear statement about the failure of Obama's policies," he said. That dissatisfaction is causing some capital movement from the United States to Canada, in Professor Velk's analysis. And that trend, he added, is amplified by recent investments in Canadian mining and energy companies by their Chinese customers.

In 2007, exports were strong when Canadian companies were confronted by a high dollar. That, however, is no longer the case partly because Canada's manufacturing sector is particularly dependent on the American automotive industry.

Since July 2008, Canadian exports have fallen 21.3 percent by volume, and export prices are down 10.3 percent, according to Statistics Canada, a government agency.

Economists looking for good news two years ago said that the strong dollar would make it easier for Canadian companies to increase their productivity, which lags behind that of the United States, by reducing the cost of new machinery and systems. About 80 percent of machinery and computer systems used in Canada are imported, Craig Alexander, an economist with the Toronto-Dominion Bank estimates, and most of that is priced in United States dollars regardless of its country of origin.

That investment generally did not happen, however. Capital investment by Canadian companies rose 0.6 percent in 2007, compared with 16 percent the year earlier. The increase was just 0.5 percent last year as companies struggled with the recession, Mr. Alexander said.

Not every company, however, avoided adjustments. Didier Filion, the director of investor relations for Cascades, which is based in Kingsey Falls, Quebec, said that the previous move of the dollar to parity prompted the company to permanently close underperforming mills and expand automation at those that remained.

Cascades also shifted production of some products it mainly sold in the United States to mills in that country. Still the United States accounts for about 45 percent of the sales of Cascades but only 33 percent of its production.

"The first time in 2007 was a practice round," Mr. Filion said. "This time we're ready to face it."

In speeches over the last several months, Mark J. Carney, the governor of the Bank of Canada, has warned currency markets that he will take action if the Canadian dollar, as he put it in a recent interview with the Canadian Broadcasting Corporation "appears to move away from fundamentals."

If and when that time comes, Mr. Carney said he may resort to "quantitative easing, the printing of money" given that he has effectively exhausted interest rate cuts.

Mr. Carney has avoided defining what exchange rate might prompt action.

But several business groups in Canada argue that the time has come.

"The recent movements up and down look more like a penny stock than a currency," said Avrim Lazar, the president and chief executive of the Forest Products Association of Canada. "The case for talking the dollar down has passed. This is the sort of thing that will just suck the life out of the recovery."

TAKE THEM FOR
A WALK TEST.
WALK TEST
JOHNSTON & MURPHY

# Obama Seeks $250 Check For Retirees And Veterans

By JACKIE CALMES

WASHINGTON — President Obama urged Congress on Wednesday to authorize a second $250 stimulus check to be sent early next year to an estimated 57 million Social Security recipients, veterans and people with disabilities.

In effect, the payment would be in lieu of a cost-of-living increase for Social Security beneficiaries next year. The White House request, and receptive statements from Congressional Democratic leaders, anticipated an announcement on Thursday from the Social Security Administration that there would be no cost-of-living adjustment for 2010 because the inflation rate has been negative as the recession has driven down prices.

By contrast, a year ago the cost of living adjustment was 5.8 percent, reflecting strong inflation and high energy prices.

White House officials put the cost of the checks at $13 billion.

*Money in lieu of a cost-of-living increase in Social Security.*

The first $250 checks went out in May as part of the $787 billion two-year stimulus package. As with that package, the officials said Mr. Obama would not ask Congress to offset the cost with other savings because the checks were intended to stimulate the economy, and budget cuts or tax increases would defeat that.

The money would go to all Social Security beneficiaries, regardless of their income, as well as disabled veterans. Those eligible for railroad retirement payments and people who receive federal and state government pensions instead of Social Security.

Mark Zandi, chief economist of Moody's Economy.com, said the checks would not add a lot to economic growth early next year. But, he added, "This is symbolic of policy makers' willingness to provide more temporary help to the economy, which I believe is appropriate."

Support for the additional payments is certain to be bipartisan, given the political influence of older Americans. But Republicans will almost certainly seize the opportunity to draw attention to persistent economic woes.

"This regrettably shows that families and seniors continue to struggle in this severe economic downturn, and that the 'stimulus' has failed to live up to its billing," said Antonia Ferrier, a spokeswoman for John A. Boehner, Republican of Ohio and the House minority leader.

No day is complete without The New York Times.

NOTICE OF VOTING RIGHTS AND HEARING TO CONSIDER WHETHER TO CONFIRM THE PLAN OF REORGANIZATION OF PITTSBURGH CORNING CORPORATION

THE HEARING ON THE PLAN

ADDITIONAL INFORMATION

The New York Times Knowledge Network

Cover story

# 'Generalized' farce keeps Python relevant

Continued from 1D

a "Otherwise, y tuck with these extremely tedious things where people tell y ," says Idle, who isn't necessarily keen about r - missing. "It's lik talking about sex. It's more fun to do than to talk about."

Others would think awards are fitting for a group that hasn't performed together in more than 25 years yet remains popular across cultures and generations. "I k to people with children and they all keep saying, 'Oh, m , he just discovered Python.' And I say, 'How old is he?' And invariably, 11 is the number," Gilliam says.

In addition to the original show and films including *The Life of Brian*, *Monty Python and the Holy Grail*, and *And Now for Something Completely Different*, P bled in the Tony-winning *Spamalot* and a limited run of *An Evening Without Monty Python*, testament to the timeless stew of absurdity, whimsy and farce with sides of edge and erudition.

Idle, with composer John Du Prez, was behind both shows. Of the original works in *Evening*, he says: "We decided to put them out there and see if they were still funny. The answer is yes." Gilliam's fatalistic take: "If we're to be ripped off, it might as well be one of us doing it."

Hank Azaria became a Python fan at 11; later, he starred in *Spamalot*. "I think it's fair to call their stuff timeless and classic," says the actor, noting that *Holy Grail* bits in the musical drew a great audience response. "Good writing really holds up."

In , fl tches

The six-hour *Almost the Truth* tr the six from their youth — five hail from the U.K., Gilliam from Minnesota — to the four-season TV series, *M* *Flying Circus*, t the films. The IFC "Python-a-thon" also will feature *Holy Grail*, *Brian* and *Monty Python Live at the Hollywood Bowl*.

The documentary contains ex- t , archival footage of Chapman and comments by Jim m lon, Eddie Izzard, Stephen Merchant, Lorne Michaels and others. It shows the collaboration — and the conflicts and fr let, such as Gilliam's and Jones' direc- t lem.

DVD and Blu-r , include some legendary sketches, including The Parrot Sketch, The Cheese Shop, Spanish Inquisition, The Fish Slapping Dance, The Lumberjack Song and the Ministry of Silly Walks.

What made them classics? "The dead parrot became a classic because of the brilliance of my writing, and the Silly Walk sketch became a classic because of the brilliance of my performance, in spite of Michael Palin's performances," Cleese harrumphs in an e-mail interview.

Four Pythons will continue to celebrate the Ruby Jubilee (as Idle calls it) when Gilliam, Jones and Palin join Idle for the oratorio *Not the Messiah (He's a Very Naughty Boy)*, r ted on Bravo, on Oct. 23 at L l Hall. They will be missing Cleese. "Well, maybe not," Idle says. "He can be a bit grumpy on those occasions."

Any get-together is a rare event. Jones, P now a British citizen, live in England, Idle and Cleese in California. "There's a balance in nature, clearly," Gilliam says. "One American equals tw bshmen."

Says Cleese, "I still contact my Python friends, whenever I r member their names — some are more difficult than others, but none of them is easy."

Jones is surprised at Python's durability. "I don't think any of us thought when we made the TV shows that we would still be doing interviews about the show and films 40 years later. It's a bit of luck it's happened."

## No current events, 'just antics'

Specifically, he says, P - mania almost ended before it started. *Flying Circus* premiered just after BBC1 switched to color, Jones says. A black-and-white series could have quickly become dated and lost appeal to later generations, he says. More significantly, the videotapes containing the shows were scheduled to be erased and reused.

"So we smuggled the tapes out of the BBC and made VCR tapes of them," Jones says. "For six months, I thought the only record of the shows was going to be in my cellar." But after the British run ended in 1974, P thon found a huge new audience on U.S. public television.

Cleese attributes Python's fan- g ful work and comic stereotypes recognizable in other cultures.

Python tweaked a still-stuffy British society but avoided topical humor, which lets today's fans enjoy it without having a knowledge of, say, English politics in the 1970s. "We followed a satire boom in England, and the rules, we couldn't do satire," Idle says. "Our humor had to be generalized, so it was satire about generalized comedy figures rather than particular names" future generations might not recognize.

Says Palin: "There was a lot of pure farce, just antics. You didn't ha 'd just see guys coming in at the wrong time and getting the words wrong."

Save for some pockets of cable (along with Fox's *Family Guy*), Gilliam says performers today don't ha no studio executives, no marketing people saying, 'Go for this demographic, go for that audience.' Six guys making each other laugh and having the freedom to do so, and the BBC's willingness to put it on the air."

Test your Python IQ and see a clip from *Almost the Truth* at life.usatoday.com

As far as Pythonic signs in today's performers, Gilliam sees kinship with *Family Guy* and *South Park*. *South Park* creators Trey Parker and Matt Stone "say they're my children in animation. They continue to be far more out- r by. Jones says there is much comic talent t thon descendants. "I don't reali t, I think we kind of stuff(ed) other people. They'd say, 'Oh well, they'v t.'"

Cleese doesn't, either, "but that's because I don't watch much comedy these days, as I get better laughs from Sean Hannity's show."

For all the silliness, the Oxford- and Cambridge-heavy troupe has eclectic skills and interests, too. Palin, the host of numerous tr tares, is president of the Royal Geographical Society. Gilliam's latest directorial effort, *The Imaginarium of Dr. Parnassus* with Heath Ledger, Johnn , Jude Law and Colin Farrell, opens at Christmas.

Jones, a writer and lecturer who feels "a burning need" to restore the reputation of King Richard II, says his interest in the Middle Ages dovetailed with *Holy Grail*. "In the original screenpla lf took place in medieval times and half took place in the present day. I think they found the Holy Grail in Harrods because that's the store that has everything," Jones says. "I suggested to the others, 'Why don't we set it all in the Middle Ages?' And to my surprise, everybody agreed."

They didn't always: Cleese and Jones could agitate each other. "I think John knew he could wind me up because I tended to explode, and he liked playing games with people," Jones says. But "because we all thought a lot of what each other did, everybody had a respect for the other writers. So if they said it's not funny, well, y , 'Oh, it's not funny.'"

But one endeavor they could all agree on: "We all enjoyed getting into drag," Palin says. "Whatever they might say, w - ping a dress on and wrestling in the mud."

## The original troupers: Pythonesque to this day

The founding members of the Monty Python troupe — who they are, what they like, and what they're doing today.

### Terry Jones, 67

**Favorite Python moment:** Pianist Sviatoslav Richter playing a concerto while escaping from a sac the films I enjoyed most, and directing the movies."

**Comedy favorites:** Eddie Izzard, R Ken"

**Projects and releases:** Working on a screenpla he once gave up on; writing an opera for the Royal Opera House. "It's quite a departure for the Royal Opera House."

### John Cleese, 69

**Best Python moments:** "The nature documentary (in the par- t Idle, Eddie Izzard, Bill Bailey, Jay Leno, Bill Maher.

**Projects and releases:** Tuesday's release of the remastered *Fawlty Towers* DVD (favorite scene: Fire Bell sequence in the "Germans" episode); a musical version of *A Fish Called Wanda* he's writing with daughter Camilla; a movie script with Lisa Hogan.

### Michael Palin, 66

**Favorite Python sketch:** "I think The Fish-Slapping Dance is quintessential Python. It's short, silly, but it has a certain formality that makes it funny each time."

**Comedy curiosity:** "The comedy of observation like *The Office* and Steve Coogan, who does the *Alan Partridge* shows. They take a different t thon."

**Projects and releases:** *Halfway to Hollywood*, his diaries of the 1980s, which include *Monty Python Live at the Hollywood Bowl*, t -up to 1994 novel.

### Eric Idle, 66

**Favorite Python scenes:** Playing jailer (Gilliam) and jailer's assis- t ) in *Life of Brian*; sketches included in *An Evening Without Monty Python*: The Spanish Inquisition and The Argument.

**Comedy favorites:** *The Mighty Boosh*; *Flight of the Conchords*; *Nurse Jackie*.

**Projects and releases:** *Not the Messiah (He's a Very Naughty Boy)*, an oratorio to be performed with three other Pythons Oct. 23, edited the book *Monty Python Live!*; *Spamalot*, created with John Du Prez, is finishing its tour.

### Terry Gilliam, 68

**Favorite Python sketch:** The one in which Cleese drags a bag with his dead mother into a funeral home, trying to figure out whether "to cremate, bury or possibly eat her. It's the most outrageous, offensive, horrible kind of idea, and I'm proud we got that through."

**TV favorites:** *South Park*, *Family Guy*, *Dexter*, T

**ts and releases:** The director has *The Imaginarium of Dr. Parnassus* in December. Upcoming film project: *The Man Who Killed Don Quixote*.

### Graham Chapman, died 1989

Thoughts on Chapman:

Palin: "I look at the work he did, especially the centr - mances in *Grail* and *Brian*, and I think there's some of the best, if not the best, sustained acting in any of the Python shows."

Idle: "He was the empathetic one. He brought a certain peaceful quality. Graham was the interpreter or the glue who kept people together. … He absolutely had his personal issues, which were difficult. When he cleared up, he was wonderful."

# USA TODAY MARKETPLACE TODAY

NOTICES

[illegible]

UNITED STATES [illegible] SOUTHERN DISTRICT OF NEW YORK

In re [illegible] LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, et al., Debtors. — Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)

[illegible]

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
| --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |

PLEASE TAKE NOTICE THAT [illegible]

[illegible]

Dated: [illegible] September 16, 2009 [illegible]

WEIL, GOTSHAL & MANGES LLP [illegible]

Telephone: (212) 310-8000 [illegible]

[illegible]

| | Debt Instrument | CUSIP, ISIN, or Other Security Number |
| --- | --- | --- |
| 1 | [illegible] | [illegible] |
| 2 | [illegible] | [illegible] |
| 3 | [illegible] | [illegible] |
| 4 | [illegible] | [illegible] |
| 5 | [illegible] | [illegible] |
| 6 | [illegible] | [illegible] |
| 7 | [illegible] | [illegible] |
| 8 | [illegible] | [illegible] |
| 9 | [illegible] | [illegible] |
| 10 | [illegible] | [illegible] |
| 11 | [illegible] | [illegible] |
| 12 | [illegible] | [illegible] |

[illegible]

CALL 1-800-WANT-ADS (1-800-926-8237) TO PLACE YOUR WANT AD

Thu., Oct 15, 2009 /THE DETROIT FREE PRESS/ 11E

CLASSIFIEDS BUY+SELL To place an ad, visit us online or call 1-800-WANT ADS (926-8237)

WIN $5,000 IN GAS
$2,500 GRAND PRIZE
+5 WEEKLY WINNERS OF $100 (25 total)

Detroit Free Press

Mail to: GAS OFL, PO BOX 310198 Detroit, MI 48231

Find the perfect apartment right from my phone?
Another reason why it's always a good move with apartments.com.
Featuring apartments.com.

Spring cleaning?
Call 800-WANT ADS to sell your stuff.

Fur, Fins & Feathers
To advertise call 1-800-WANT-ADS

Find one or sell one
cars.com

LEGAL NOTICES/BIDS/PROPOSALS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al., Debtors.

NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(Tribunal fédéral des faillites pour le district Sud de New York)

En l'affaire
Motors Liquidation Company
anciennement connue sous le nom de
GENERAL MOTORS CORPORATION et consorts
Débiteurs.

Chapitre 11, affaire n° 09-50026 (REG)

(Administré conjointement)

**AVIS DE DÉLAIS DE DÉPÔSE DE PREUVE DE RÉCLAMATION (Y COMPRIS DES RÉCLAMATIONS AU TITRE DE LA SECTION 503(b)(9) DU CODE DES FAILLITES)**

À L'ATTENTION DE TOUTE PERSONNE PHYSIQUE ET MORALE AYANT DES RÉCLAMATIONS (Y COMPRIS DES RÉCLAMATIONS AU TITRE DE LA SECTION 503(b)(9) DU CODE DES FAILLITES) À L'ENCONTRE D'UN DÉBITEUR INDIQUÉ CI-DESSOUS :

| Nom du Débiteur | Numéro de l'affaire | Numéro d'identification fiscale | Autres noms utilisés par les Débiteurs au cours des 8 dernières années |
|---|---|---|---|
| Motors Liquidation Company (anciennement connue sous le nom de General Motors Corporation) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (anciennement connue sous le nom de Saturn, LLC) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (anciennement connue sous le nom de Saturn Distribution Corporation) | 09-50028 | 38-2755761 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (anciennement connue sous le nom de Chevrolet-Saturn of Harlem, Inc.) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc.<br>CKS of Harlem |

**VEUILLEZ NOTER QUE**, le 16 septembre 2009, le United States Bankruptcy Court for the Southern District of New York (Tribunal fédéral des faillites pour le district Sud de New York) (le « Tribunal »), ayant compétence pour les procédures relevant du chapitre 11 de Motors Liquidation Company (anciennement connue sous le nom de General Motors Corporation) et de ses débiteurs affiliés en qualité de débiteurs en possession (collectivement, les « **Débiteurs** »), a rendu une ordonnance (l'« **Ordonnance de date limite** ») établissant (i) le 30 novembre 2009 à 17 h 00 (heure normale de l'Est) comme les date et heure limites auxquelles toute personne, physique ou morale, y compris et de manière non limitative, les personnes physiques, les sociétés de personnes, les sociétés par actions, les coentreprises et les fiducies, doit déposer une preuve de réclamation (« **Preuve de réclamation** ») [illegible] (ii) le 30 novembre 2009 à 17 h 00 (heure normale de l'Est) [illegible] « **Date limite applicable** » [illegible] « **Dates limites** ». [illegible]

Pour toute question relative à cet Avis, veuillez contacter AlixPartners au 1-800-414-9607 ou par courriel à l'adresse claims@motorsliquidation.com. En outre, vous pouvez contacter le Comité officiel des créanciers ordinaires par l'intermédiaire de son site Web à l'adresse www.motorsliquidationcreditorscommittee.com ou au 1-212-715-3275.

**NOUS VOUS RECOMMANDONS DE CONSULTER UN AVOCAT POUR LUI SOUMETTRE TOUTE QUESTION, Y COMPRIS LE POINT DE SAVOIR SI VOUS DEVEZ DÉPOSER UNE PREUVE DE RÉCLAMATION.**

**1. QUI DOIT DÉPOSER UNE PREUVE DE RÉCLAMATION?**

[illegible]

**2. QUI N'EST PAS TENU DE DÉPOSER UNE PREUVE DE RÉCLAMATION?**

[illegible]

**VOUS NE DEVEZ PAS DÉPOSER UNE PREUVE DE RÉCLAMATION SI VOUS N'AVEZ PAS DE RÉCLAMATION À L'ENCONTRE DES DÉBITEURS.**

**3. CONTRATS À EXÉCUTER ET BAUX EN COURS**

[illegible]

**4. QUAND ET OÙ EFFECTUER LE DÉPÔT?**

[illegible]

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

United States Bankruptcy Court, SDNY
One Bowling Green
Room 534
New York, New York 10004

[illegible]

**5. QUOI DÉPOSER?**

[illegible]

**SI VOUS FAITES VALOIR UNE RÉCLAMATION À L'ENCONTRE DE PLUS D'UN DÉBITEUR, VOUS DEVEZ DÉPOSER DES PREUVES DE RÉCLAMATION DISTINCTES [illegible]**

[illegible]

**NOUS VOUS RECOMMANDONS DE JOINDRE À VOTRE FORMULAIRE DE PREUVE DE RÉCLAMATION COMPLÉTÉ DES COPIES DE TOUS LES DOCUMENTS SUR LESQUELS VOTRE RÉCLAMATION EST FONDÉE. [illegible]**

**6. CONSÉQUENCE D'UN DÉFAUT DE DÉPÔT DE PREUVE DE RÉCLAMATION AU PLUS TARD À LA DATE LIMITE**

*À l'exception des réclamations du type décrit dans la Section 2 ci-dessus* [illegible]

**INVENTAIRES DES DÉBITEURS, LEUR ACCÈS ET LES CONSÉQUENCES DE LEUR MODIFICATION**

[illegible]

The Garden City Group, Inc., Attn: Motors Liquidation Company, P.O. Box 9386, Dublin, Ohio 43017-4286, 1-703-286-6401

[illegible]

**Il est recommandé au titulaire d'une réclamation éventuelle à l'encontre des Débiteurs de consulter un avocat à propos à tout sujet non couvert par cet Avis, tel que la question de savoir si le titulaire doit déposer une Preuve de réclamation.**

LE : 16 septembre 2009
New York, New York

SUR L'ORDRE DU TRIBUNAL

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Téléphone : (212) 310-8000
Fax : (212) 310-8007
AVOCATS DES DÉBITEURS ET DÉBITEURS EN POSSESSION

**Certains Titres de créance**

| | Titre de créance | Numéros CUSIP, ISIN ou de sécurité autres |
|---|---|---|
| 1 | Contrat synallagmatique daté du 15 novembre 1990, entre GM et Citibank en qualité de fiduciaire désigné par l'acte constitutif | n° CUSIP 370442AN5, 370442AJ4, 370442AR6, 370442AT8, 370442AS7 |
| 2 | Contrat synallagmatique, daté du 7 décembre 1995, entre GM et Citibank en qualité de fiduciaire désigné par l'acte constitutif | n° CUSIP 370442AT2, 370442AU9, 370442AV7, 370442AZ8, 370442BB0, 370442816, 370442774, 370442766, 370442758, 370442741, 370442733, 370442725, 370442BQ7, 370442BT1, 370442717, 370442BW4, 370442BS3, 370442121, 370442691 |
| 3 | Acte de fiducie daté du 1er juillet 1995, entre Michigan Strategic Fund et Dai-Ichi Kangyo Trust Company of New York (obligations-recettes de conversion relatives au contrôle de la pollution à taux interchangeables totalisant 58 800 000 $) | n° CUSIP 594693AQ6 |
| 4 | Acte de fiducie daté du 1er juillet 1994, entre la ville de Moraine, Ohio et Dai-Ichi Kangyo Trust Company of New York (obligations-recettes relatives à l'élimination des déchets solides de 12 500 000 $) | n° CUSIP 616449AA2 |
| 5 | Acte de fiducie daté du 1er juillet 1994, entre la ville de Moraine, Ohio et Dai-Ichi Kangyo Trust Company of New York (obligations-recettes relatives à l'élimination des déchets solides de 10 000 000 $) | n° CUSIP 616449AB0 |
| 6 | Acte de fiducie daté du 1er décembre 2002, entre la ville de Fort Wayne, Indiana, JPMorgan Chase Bank et Bank One Trust Company, N.A., (obligations-recettes de conversion relatives au contrôle de la pollution de 31 000 000 $) | n° CUSIP 349272AT1 |
| 7 | Acte de fiducie daté du 1er mars 2002, entre Ohio Water Development Authority et JPMorgan Chase Bank (obligations-recettes de conversion relatives au contrôle de la pollution de l'État de l'Ohio de 20 040 000 $) | n° CUSIP 677525AU2 |
| 8 | Acte de fiducie daté du 1er décembre 2002, entre Ohio Water Development Authority et JPMorgan Chase Bank (obligations-recettes relatives à l'élimination des déchets solides de l'État de l'Ohio de 46 000 000 $) | n° CUSIP 677596AB2 |
| 9 | Acte de fiducie daté du 1er avril 1984, entre la ville d'Indianapolis, Indiana, Bankers Trust Company et The Indiana National Bank (obligations-recettes relatives au contrôle de la pollution de 1 400 000 $) | n° CUSIP 455329AH8 |
| 10 | Contrat d'agence fiscale et de paiement daté du 3 juillet 2003, entre GM, Deutsche Bank AG London, en qualité d'agent fiscal et d'agent payeur et la Banque Générale du Luxembourg S.A., en qualité d'agent payeur | n° ISIN XS0171942757, XS0171943649 |
| 11 | Contrat d'agence fiscale et de paiement daté du 10 juillet 2003, entre GM Nova Scotia Finance Company, GM, en qualité de garant, Deutsche Bank Luxembourg S.A., en qualité d'agent fiscal et de paiement et Banque Générale du Luxembourg S.A., en qualité d'agent de paiement | n° ISIN XS0171922643, XS0171908063 |
| 12 | Contrat d'achat d'obligations et d'agence de paiement daté du 20 mai 1986, entre GM et Crédit Suisse | n° de sécurité suisse 876876 |

SERVICES FINANCIERS

**ENDETTÉ ?**
Libérez-vous!
Proposition ou faillite,
vous pourriez:
• Arrêter le harcèlement des créanciers
• Éliminer les intérêts / réduire le capital
• Faire un seul paiement mensuel
Rendez-vous flexible
Visionnez nos vidéos d'information
www.dettes.ca
514 938-2870 ou 1 877 951-0003
Groupe Leblanc Syndic Inc.

OCCASIONS D'AFFAIRES

DEVENEZ MILLIONNAIRE
[illegible]

NOUVEAU CONCEPT DE COUTURES [illegible]

WWW.HSD2003.COM
[illegible]

ENTREPOSAGE

BÂTIMENT [illegible]

ENTREPOSAGE [illegible]

ENTREPOSAGE [illegible]

ENTREPOSAGE [illegible]

CAMIONNAGE TRANSPORT

DÉMÉNAGEMENTS PERFECTO
514 266-7813, local/long dist.

Déménagement [illegible]

GAÉTAN déménagements
[illegible]

[illegible]

TRANSPORTEUR MARTIN [illegible]

336 ASTROLOGIE CARTOMANCIE

* MÉDIUM QUÉBEC *
Les meilleures voyantes du Québec vous guident au
514 524-6000
* GRATUIT *
[illegible]

** HR. BARRY **
GRAND VOYANT MÉDIUM [illegible]

VOYANCEQUÉBEC.COM
[illegible]
Gratuit le 514 768-0000
[illegible]

* TARO GRAND MÉDIUM *
SPÉCIALISTE EN AMOUR, RETOUR IMMÉDIAT ET DÉFINITIF DE L'ÊTRE AIMÉ EN 3 JOURS.
* (514) 966-9170 *

[illegible]

340 ESCORTES

FANTASME
XXX

agencefantasme-xxx.com

514-944-9545

[illegible]

BIENVENUE NOUVELLES VENUES
VIPxxx 24 / 24 VIPxxx
514-944-9545

VIP
FERRARY

ESCORTES XXX enr.
WWW.MONTREALXXX.CA

Bienvenue aux nouvelles venues

OUVERT 7 JOURS 24/24

514 220-0222

PARADISE
XXX
514 588-3644
Le meilleur service
514 588-3644
Nous essayer c'est nous adopter
Bienvenue aux nouvelles venues

DOUCE FOLIE
XXX
$120$

514 497-4836
www.doucefolie.com

Bienvenue à nos nouvelles venues.

SATISFACTION
XXX
$120$
24/7 V.I.P. NATIONALITÉ, COUPLE
+ SÉLECTION même tôt le MATIN
514-991-4272
• V.I.P • FILLES • DISCRÉTION

W IRLS
514-467-9336
enr. déplacement seulement
514-467-9336

High Class
[illegible]
514 569-3695




MERRILL BRINK
INTERNATIONAL

State of Minnesota )
) ss:
County of Ramsey )

**Certificate of Accuracy**

This is to certify that the content/substance of the following document:

*Bar Date Notice Revisions*

originally written in *English* is, to the best of our knowledge and belief, a true, accurate and complete translation into *French-Canadian*..

Dated: *October 20, 2009*

Leo Lipnik
Project Manager
Merrill Brink International

Sworn to and signed before
Me this 20th day of
October, 2009

Notary Public

LORI A WIETMAN
NOTARY PUBLIC – MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

Merrill Brink International Corporation
One Merrill Circles, Building #1455, St. Paul, MN 55108
Phone 651-646-4501, Fax 651-632-4781

# CRITICS 'We pay the money back'

CONTINUED FROM B1

"It's not provocation. There simply is no viable aircraft being produced in that specific market niche [illegible]" Beaudoin said.

Besides, he noted, despite all the talk about putting a new and more efficient engine on Airbus A320s and Boeing 737s, it would not work.

"They're much, much heavier planes and could not match the 20 per cent operating cost savings (the CSeries expects to offer after its scheduled la[illegible]

[illegible] Embraer, whose president, Frederico Fleury Curado, told The Gazette last week that he would scrutinize CSeries launch aid Bombardier received from the British government, Beaudoin said succinctly: "There are many things about Embraer that are not well-known."

Regarding Boeing, Beaudoin turned the table around.

"If we in Canada had anything remotely resembling a fraction of the military contracts given to (companies like Boeing), we wouldn't begin to need any government aid. Everyone in the world does it [illegible]

[illegible] tally paid for (by government). And then the commercial side gets the benefits of the (defence contracts). Airbus [illegible]

[illegible] third, one [illegible], one-third (shouldered by companies, suppliers and governments for launching new aircraft programs), under which the CSeries was financed, is legal and accepted by all trade organizations that regu[illegible]

[illegible] this focus by companies on their competitors," he concluded. "There's a place in the sun for everyone."

fshalom@thegazette.canwest.com

# Bombardier gets on track for rail modernization in Europe

## Lands $383M deal for locomotives

**Bombardier Inc.** is strengthening its role in Europe's massive rail-modernization program with the help of technology acquired with the 2001 takeover of Germany's Adtranz from Daimler AG.

Bombardier Transportation, its Berlin-based rail equipment subsidiary and the world's biggest builder of electric locomotives, yesterday pulled in a $383-million U.S. follow-[illegible] 100 of its E464 [illegible] Italian Railways), together with an option for 50 more.

Trenitalia already has ordered 600 of the E464 locos, of which 450 are in commercial service. It recently announced a $9-billion U.S. program to modernize and expand its regional system.

The latest order guarantees delivery from 2010 to 2012 and Trenitalia will boast one of Europe's largest single-type fleets and benefit from the E464's lower operating and maintenance costs, and env[illegible]

[illegible] strengthen its manufacturing presence in Italy [illegible] The loco bodies and propulsion systems will be supplied from specialized Bombardier plants in Poland and Spain for assembly at Vado Ligure in Italy.

Bombardier's diesel-electric TRAXX locos are operat[illegible] tries. More than 4,000 Bombardier locomotives have been sold world[illegible]

[illegible] lear builder in Europe before buying Adtranz – the deal brought it locomotive technology and [illegible] search and design facilities and manufacturing plants, analysts said.

# In the NEWS

### PORTER FLYING AGAIN TO MONT TREMBLANT

**Toronto's Porter Airlines** is returning to the Mont Tremblant [illegible] for the third winter skiing season. There will be eight flights weekly, up from five last year, and avail[illegible] Wednesday through Sunday starting Dec. 19 and running to April 4, 2010. Porter said flight time from Toronto City Centre Airport is just over one hour. Flights also will be available from Thunder Bay, Ont., Boston, Chicago and New York. Porter said in December there will be three round-trip flights, in January/February 2010 five weekly round-trip flights and in February to April 4 eight weekly round trips. "We expect the strongest demand since we started the service two years ago," said Porter CEO Robert Deluce in a statement. Porter is partnering with Ultimate Ski Vacations to provide all-inclusive packages, including lift tickets and accommodation, starting at $829 per person (double occupancy). Ski Magazine has rated Intrawest's Mont Tremblant as the leading ski resort in eastern North America for the 13th consecutive year.

### MINER HIRES GENIVAR FOR IMPACT STUDY

**Canada Lithium Corp.**, which is developing a lithium mining operation 60 kilometres north of Val d'Or, said yesterday it has hired Montreal-based engineer[illegible]

[illegible] ll be done in conjunction with a pre-feasibility study already begun by BBA Inc., said Canada Lithium. Both have to be completed in time for construction to begin at the target date of 2011. A drill [illegible]

[illegible] feasibili[illegible] 10. The mine, assuming approval, will produce battery-grade li[illegible] to makers of new-generation batteries for all-electric cars and hybrid cars.

**BREAKING NEWS**
**WEATHER**
**SPORTS**

Log on to **montrealgazette.com**

**CANADA LANDS COMPANY**

Cameron Charlebois

Canada Lands Company CLC Limited (CLC) President and CEO Mark Laroche is pleased to announce the appointment of Cameron Charlebois as Vice-President, Real Estate, Québec.

In this role, Mr. Charlebois will be responsible for the company's real estate activities in the Province of Québec. Mr. Charlebois possesses more than 30 years of experience in architecture [illegible] lopment, municipal management and governance in the voluntary sector. He holds degrees in architecture and management from McGill University, as well as a Doctor of Management degree from the University of Hertfordshire in the UK.

Canada Lands Company CLC Limited is a Crown corporation owned by the Government of Canada with a mandate to ensure the commercially oriented, orderly disposition of selected surplus federal real properties with optimal financial and community value to Canadians, and the holding of certain properties. For more information, visit www.clc.ca.

Canada

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
MOTORS LIQUIDATION COMPANY [illegible], et al.,
Debtors.

Chapter 11 Case No. [illegible]
(Jointly Administered)

NOTICE OF [illegible] PROOFS OF CLAIM [illegible]

[illegible]

| Name of Debtor | Case Number | Tax ID | [illegible] |
| --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

A. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE

[illegible]

.swen eht dniheB

Complete daily election coverage in
The Gazette and online at www.montrealgazette.com

The Gazette
Words matter

B12 Report on Business · The Globe and Mail Thursday, Oct. 15, 2009

The Wall Street Journal

DOWJONES. WSJ.COM

LITIGATION

# Two New York investors sue SEC over losses incurred in Madoff scandal

BY KARA SCANNELL

Two New York investors are suing the U.S. government, alleging the federal agency responsible for overseeing Bernard Madoff's business failed in its duty to protect investors.

The investors, who filed a lawsuit in federal court in Manhattan, allege the Securities and Exchange Commission was negligent for failing to detect the fraud by Mr. Madoff despite receiving many tips that something was amiss.

The investors, Phyllis Molchatsky, a retired office worker, and Steven Schneider, a physician, invested with Mr. Madoff years ago. After the fraud was discovered in December, 2008, Ms. Molchatsky lost $1.7-million (U.S.) from her retirement savings, while Dr. Schneider lost $754,000, according to the lawsuit.

"Bernard Madoff is obviously the chief culprit in the scheme that imploded so shockingly in December, 2008. However, the SEC must be held accountable and responsible for its own negligent actions and inactions that directly and proximately caused the loss of billions of investor funds," the lawsuit states.

SEC spokesman John Heine said: "Based on our initial understanding of the matter, we believe there is no merit to the complaint."

The lawsuit follows an administrative claim Ms. Molchatsky filed against the SEC in December. The SEC didn't negotiate to settle the administrative claim, opening the door for a lawsuit.

The doctrine of sovereign immunity limits the kind of cases in which a U.S. citizen can sue the government for damages. In an attempt to get around those limits, the lawsuit cites a report by the SEC's inspector general, who found the agency's staff didn't follow up on tips and didn't verify basic data on trades that Mr. Madoff purportedly made.

The report found no evidence that the SEC staff had been influenced by Mr. Madoff or any of his family members.

SEC chairman Mary Schapiro has said she regrets the failure to detect the fraud and has taken steps to address problems, including rules aimed at tightening regulatory holes that Mr. Madoff used.

The lawsuit accuses the SEC of failing to follow its own procedures and says the agency "cannot evade accountability with a shield of immunity that is designed to be reserved for policy decisions."

LEGALS

[illegible]

CONGLOMERATES

GE expects to lose up to $2-billion from 2008 to 2010 on its subprime U.K. mortgages.

# GE's bottom line hit by U.K. subprime losses

## 15.8% of $23-billion mortgage portfolio 90 days behind payment

BY PAUL GLADER

One of the biggest hits to General Electric Co.'s earnings tomorrow will likely be its ongoing losses on subprime British mortgages. But unlike its quick exit from U.S. mortgages, GE plans to hold steady in Britain in the hope of capitalizing on a projected housing shortage.

The looming losses on British mortgages highlight ongoing weakness in GE's finance unit, known as GE Capital, which investors will be watching tomorrow when GE reports third-quarter financial results.

Losses and writedowns at GE Capital have hobbled the conglomerate in the past two years.

Analyst Scott Davis of Morgan Stanley expects quarterly profit at GE Capital to fall 94 per cent from a year ago, contributing to a projected 57 per-cent decline in GE earnings.

GE said it expects to lose as much as $2 billion (U.S.) between 2008 and 2010 on subprime U.K. mortgages.

As of July 26, 15.8 per cent of its $23-billion British mortgage portfolio value was 90 days behind payment, the company said.

That's more than six times the 2.4 per cent delinquency rate on all U.K. mortgages, according to the Council of Mortgage Lenders.

But it is lower than other British subprime lenders.

GE's industrial businesses, meanwhile, which make such things as gas turbines, wind turbines and aircraft engines, have kept the firm earning money despite major losses at GE Capital, which in addition to mortgage losses has taken hits on its private label credit cards and $50 billion commercial real estate portfolio.

GE's stock price, dragged down by the finance unit, has rebounded from a low of $6 in March to trade at $16.84 at yesterday's close, near the price it started the year.

The company is also expected to be one of the biggest recipients of money from the U.S. government's stimulus plan, aiming for as much as $100 billion from stimulus spending in the next three years for big ticket items such as building a "smart" power grid, health-care technology and renewable energy.

GE Capital's consumer finance unit, GE Money, acquired a series of British lenders beginning in 2001. The U.K. became GE's largest market for mortgage lending, accounting for roughly half its $60 billion global portfolio by 2008.

The British operation dwarfed GE's move into U.S. mortgages, where it bought subprime lender WMC Mortgage in 2004, before selling it in 2007 after about $1-billion in losses. GE says it has a more conservative model in the U.K., where regulation is stricter on brokers and lenders.

Britain's property boom matched that of the U.S. Mortgage debt as a per cent of gross domestic product in the U.K. topped 80 per cent in 2007, similar to the U.S., and was up from 40 per cent in 1987.

In 2007, 45 per cent of British mortgage borrowers didn't have to verify their income, according to the Financial Services Authority.

The subsequent 25 per cent plunge in British home prices effectively wiped out lenders such as Northern Rock PLC, now controlled by the U.K. government; HBOS PLC, now part of Lloyds Banking Group PLC; and Abbey National PLC, now part of Santander Group.

The companies GE Money acquired were aggressive lenders, specializing in loans to borrowers with patchy credit histories, loans where borrowers didn't have to verify income and mortgages for rental property, according to several mortgage experts in the U.K. GE says it improved the companies' lending practices.

"We compare very favourably" to other subprime lenders, says GE spokesman Russell Wilkerson.

Fitch Ratings says 25 per cent of mortgages to U.K. borrowers with impaired credit histories were more than 90 days delinquent in June, up from 15 per cent in December.

GE says it employs sophisticated risk-management practices and was among the first British lenders to consider borrowers' previous debts, as well as income, in making loans.

Mr. Wilkerson says GE limited its self-certification loans to self employed borrowers, and subjected those to some reviews.

Earlier this year, GE ramped up foreclosures to get delinquent mortgages off its books.

Nonetheless, Mr. Wilkerson says GE is "committed to maintaining a presence in the U.K.," even as competitors such as Citigroup Inc. and several British lenders have scaled back new business.

"We believe the specialist mortgage market will recover, and this will be helped by the housing shortage in the U.K.," he says.

Analysts are mixed on the outlook for the British market.

"Home prices appear to have stabilized ... and [U.K.] repossessions are already close to peaking," wrote JPMorgan analyst Bruce Kasman in a recent report.

But analysts at Fitch Ratings say "rising unemployment in Europe has not yet worked through" to delinquencies and foreclosures, particularly for subprime and nonconforming portfolios.

GE issued $76 million in U.K. mortgages in the first half of this year, compared with $5-billion in all of 2008. Worldwide, GE said it plans to originate $1 billion or less in mortgages this year, down from $13.8 billion in 2008 and $25.4 billion in 2007.

ANIMAL HEALTH MARKET

# FTC sees no competition concerns, gives Pfizer green light to buy Wyeth

BY BRENT KENDALL, WASHINGTON

The Federal Trade Commission yesterday cleared Pfizer Inc.'s $68-billion cash-and-stock deal to acquire rival Wyeth, but required the companies to divest assets in the animal health market as a condition of government approval.

With the antitrust clearance, Pfizer said it expects to close the transaction today.

The FTC said the divestitures will protect competition in the market for animal vaccines and other animal health products.

The commission found no competitive concerns about the merger's effect on human health products, saying the deal likely wouldn't harm consumers in any prescription-drug market.

The FTC said the two companies' product portfolios are highly complementary.

"Although the commission, based on the evidence gathered, determined that this transaction did not raise antitrust competitive concerns in the markets for human pharmaceuticals, the commission remains dedicated to ensuring that pharmaceutical markets are competitive," the commission said in a written statement.

The Pfizer-Wyeth deal, disclosed in January, received approval from the European Commission and from Wyeth stockholders in July.

"We are pleased to have received all of the requisite regulatory approvals for our combination with Wyeth," said Jeffrey Kindler, Pfizer's chief executive.

"We now look forward to combining the two companies so that we can achieve meaningful results for patients, customers and the communities we serve, as well as for our shareholders," he said.

Pfizer has said it expects a 15 per-cent reduction in the combined entity's work force.

A spokesman for Wyeth, of Madison, N.J., said the company was making preparations for the deal's closing.

As part of its settlement with the commission, Pfizer has agreed to sell half of Wyeth's Fort Dodge U.S. animal health business to Boehringer Ingelheim Vetmedica Inc. within 10 days of the acquisition.

Pfizer and Wyeth set the animal-health agreement with Boehringer Ingelheim last month.

Assets to be sold include vaccines for cattle, dogs and cats.

FP4 financialpost.com FINANCIAL POST NATIONAL POST, THURSDAY, OCTOBER 15, 2009

*TAX EVASION*

## Thousands of U.S. citizens reveal overseas assets to avoid prosecution

**Some 7,500 wealthy Americans** turned over information about hidden overseas assets, including some valued at more than US$100-million, ahead of a tax amnesty program's deadline today, the top U.S. tax collector said. Doug Shulman, commissioner of the Internal Revenue Service, said his agency would expand its crackdown on offshore tax evasion and will open new criminal investigation offices in Beijing, Panama and Sydney, Australia. "You add all of this up and it means increased risk for anyone still hiding assets offshore," Mr. Shulman said yesterday. Under the amnesty program that began in September, tax cheats can declare offshore accounts and income, pay reduced fines and, in general, get immunity from criminal prosecution. The program turned up undeclared offshore accounts ranging from US$10,000 to more than US$100-million, Mr. Shulman said. *Reuters*

*DOW'S DECADE-LONG DANCE WITH 10,000*

Trader Theodore Weisberg wears a hat from March 1999, the first time the Dow Jones industrial average rose above 10,000, at the New York Stock Exchange yesterday.

# *The punch bowl's out until it's taken away*

*FOLK*

*Continued from Page FP1*

Despite all the good news, it is hard not to feel jaded about yesterday's event because it represents the fourth time that the Dow has breached 10,000 with an air of permanence to the move. The sad truth is that in the 10 years before the Dow first crossed 10,000 in March 1999, the index had more than quadrupled. In the 10½ years since, it has returned nothing.

Much like during past rallies, the Dow's latest 10,000-point moment is proof that low interest rates will lift equity markets while risking inflating an asset bubble. The U.S. Federal Reserve has cut interest rates to less than 0.25% and the U.S. federal budget deficit is estimated at more than 11% of gross domestic product this year and 9.6% in 2010.

It's a case of history repeating itself.

The first time that the almighty Dow went through 10,000 the technology bubble was nearing its peak. Like so many other financial manias, irrational expectations by investors were fostered by real technological innovation, and the market eventually succumbed when the Fed eventually hiked rates.

Again, in December 2005, amid an economic recovery that was vigorously taking hold, the Dow burst through the 10,000 barrier for what may have seemed like the last time. A look back at the news offers an eerie parallel to the current market rally. Investors responded favourably to minutes of the Federal Reserve Open Market Committee (FOMC) that stated Fed members would wait for "definitive signs" of economic recovery before they raised interest rates.

This decision to put off monetary tightening played a major part in inflating the housing bubble and creating the current mess we are in. It is also very similar to the current justification by investors for the current Dow 10,000 redux.

Investors are buying the market because they believe that the FOMC will once again sit on its hands and wait for definitive signs that economic recovery is taking hold. Indeed, unless the current economic recovery is stronger than expected, interest rates are likely to stay put until well into 2010, and the market rally could continue.

The early stage of an economic recovery enabled by low interest rates is typically a good time to get invested in the market, and the current policy mix is a cocktail that investors are willing to drink.

William McChesney Martin, former chairman of the Federal Reserve, once said that his job was to take away the punch bowl just as the party gets going. The trick for investors will be to take leave of the party before the Fed cuts them off.

*Financial Post*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, et al., Debtors.

Chapter 11 Case No. 09-50026 (REG)

(Jointly Administered)

NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM ... UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE

[illegible]

## SHELL ENDS MAINTENANCE AT SCOTFORD REFINERY

**Royal Dutch Shell PLC** is starting units at its Scotford refinery in Alberta following a scheduled maintenance turnaround, according to a message on a community hotline. The 100,000-barrel-a-day plant, about 40 kilometres northeast of Edmonton, may have intermittent flaring over the next 48 hours, the company said. The Scotford refinery processes so-called synthetic crude oil produced by Shell's upgrader. The upgrader uses hydrogen-addition technology to break bitumen, or high-viscosity oil sands, into light, sweet synthetic crude. *Bloomberg News*

## NEW-VEHICLE SALES SLIDE LOWER IN AUGUST

New-vehicle sales fell in August as consumers pulled back on purchases of passenger cars, Statistics Canada said yesterday. Sales declined 0.3% to 126,401 units during the month, the agency said, after rising by a revised 5.2% in July. Most economists had expected sales to be flat in August. "Sales of new motor vehicles have generally been rising since the beginning of 2009, following a sharp decline at the end of 2008," Statscan said. "On a year-over-year basis, sales in August were 6.6% lower than in August 2008." Declines occurred in six provinces, with the biggest drop in Saskatchewan, a 5.7% slide to 3,710 units. The largest increase was realized in New Brunswick, a 3.8% advance to 3,068 units. Passenger-car sales totalled 62,425 units in August, a 1% decline, while sales of North American-built cars fell 9.3% to 33,853 units. Overseas-built passenger cars rose 11% to 28,572, offsetting declines in the previous three months. Truck sales, which have exceeded passenger-car sales since May, rose 0.4% to 63,976 units, including minivans, sport-utility vehicles, light and heavy trucks, vans and buses. *Financial Post*

## BOMBARDIER WINS US$383M ITALIAN TRAIN DEAL

**Bombardier Inc.** won a contract yesterday to supply Italy's **Trenitalia SpA** with an additional 100 electric locomotives in a deal valued at US$383-million. The order adds to the 638 of the so-called E464 electric locomotives that the Italian railway has already ordered, 480 of which have already been delivered. "We are really proud that our locomotives are the first acquisition decided on by Trenitalia under the recently announced €7-billion (US$2.99-billion) investment plan to reinforce its regional passenger fleet," said Roberto Tazzioli, Bombardier's representative in the country. The locomotives will be manufactured at Bombardier's plant in Vado Ligure, Italy, while the car bodies and propulsion systems will be built in Poland and Spain. The company said it expects the locomotives to delivered between 2010 and 2010. *Scott Deveau, Financial Post*

## $779M COMMITTED TO CARBON-CAPTURE PROJECT

The Alberta and federal governments have announced they will spend $779-million over 15 years to help kick-start a carbon-dioxide capture project west of Edmonton — the kind of effort that's been offered as the answer to international concerns over emissions from the province's energy sector. The funding was announced for **TransAlta Corp.'s** project for its Keephills 3 coal-fired electricity generation plant near Wabamun Lake. Called Project Pioneer, it is intended to capture and store up to one million tonnes of $CO_2$ a year. Last week, the two governments laid down their first big bet in the fight to limit $CO_2$ by promising Shell Energy a total of $865-million for its Quest project near Fort Saskatchewan. The Pioneer Project will utilize leading-edge technology to capture $CO_2$. The $CO_2$ will be used for enhanced oil recovery in nearby conventional fields, or stored almost three kilometres underground. *Financial Post*