If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 26, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1.    Motion by Dr. Sizemore for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order and ARMSPA Ordering New GM to Comply with Terms and Provisions and Motion for Sanctions (**ECF No. 10714**)

    Responses Filed:

    A.    General Motor LLC's Response to Dr. Sizemore's (i) Motion for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order and ARMSPA Ordering New GM to Comply with Terms and Provisions, and (ii) Motion for Sanctions (**ECF No. 10995**)

    Replies Filed:

    B.    Dr. Sizemore's Reply to General Motors LLC's Response (**ECF No. 11021**)

Additional Documents:

    C.    Memorandum Endorsed Order (**ECF No. 10763**)

**Status**:        This matter is going forward.

2.    Motion of Motors Liquidation Company GUC Trust for Limited Modification of the Automatic Stay and the Plan Injunction as to the Action filed by Don Verdina and Kelly Labunski, Individually, and as Co-Special Administrators of the Estate of Stephanie Verdina (**ECF No. 11547**)

Responses Filed:

    A.    Don Verdina and Kelly Labunski, Individually, and as Co-Special Administrators of the Estate of Stephanie Verdina's Objection to Motors Liquidation Company GUC Trust's Motion for Limited Modification of Automatic Stay and Plan Injunction (**ECF No. 11629**)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's reply to be filed by April 25, 2011.

Additional Documents:    None to date.

**Status:**        This matter is going forward.

3.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 6740**)

Responses Filed:

    A.    Objection and Response to Debtors' Eighty-Third Omnibus Objection to Claim by Linda K. Bellaire (the "**Bellaire Response**") (**ECF No. 6972**)

        1.    Response and Objection to Debtors' Eighty-Third Omnibus Objections to Claims by Linda K. Bellaire (**ECF No. 7076**)

    B.    David E. Turner (Informal Response)

    C.    Calvin H. Purnell (Informal Response)

Replies Filed:

    D.    Motors Liquidation Company GUC Trust's Reply to Responses to the 83rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11445**)

      1.      Declaration of Joseph H. Smolinsky in Support of Motors Liquidation Company GUC Trust's Reply to Responses to the 83rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11453**)

Additional Documents:

    E.      Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7215**)

    F.      Supplemental Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7819**)

    G.      Supplemental Order Granting 83rd Omnibus Objection to Claims as to Proof of Claim No. 64959 (**ECF No. 11391**)

    H.      Supplemental Order Granting 83rd Omnibus Objection To Claims as to Proof Of Claim No. 30614 Filed by Alfred Mcmullen, Proofs Of Claim No. 36256 and 36257 Filed by Darlene M. Schneider, And Proof Of Claim No. 51346 Filed by Robert R. Hickman (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11560**)

**Status:**      This matter is going forward as to the Bellaire Response and is adjourned as to all other responses to May 15, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

4.      Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

Responses Filed:

    A.      Objection to Debtor on Hundredth Omnibus Objection to Claims Stephan Theis (the "**Theis Response**") (**ECF No. 7476**)

    B.      Sarlower Olivier Tibbs (the "**Tibbs Response**") (Informal Response)

Replies Filed:

    C.      Motors Liquidation Company GUC Trust's Reply to Responses to the One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 11594**)

Additional Documents:

    D.    Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

**Status:**    This matter is going forward as to the Theis Response and the Tibbs Response and is adjourned as to all other responses to May 15, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

5.    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

    Responses Filed:

    A.    Sharron S. Reyes (**ECF No. 11605**)

        1.    Letter re: Claim by Sharron S. Reyes (the "**Reyes Response**") (**ECF No. 11630**)

    Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Response to Sharron S. Reyes to the One Hundred and First Omnibus Objection to Claims (Proof of Claim No. 7625) (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 11592**)

    Additional Documents:

    C.    Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

**Status:**    This matter is going forward as to the Reyes Response and is adjourned as to all other responses to May 15, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

6.    Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

    Responses Filed:

    A.    Sharon A. Bell (the "**Bell Response**") (**ECF No. 7492**)

    Replies Filed:

B.       Motors Liquidation Company GUC Trust's Reply to Response of Sharon A. Bell to the One Hundred and Second Omnibus Objection to Claims (Proof of Claim No. 68029) (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 11595**)

Additional Documents:         None to date.

**Status:**       This matter is going forward as to the Bell Response and is adjourned as to all other responses to May 15, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

7.    Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

Responses Filed:

A.       Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Don Siefkes (the "**Siefkes Response**") (**ECF No. 8761**)

B.       Response by Richard McManama (the "**McManama Response**") (**ECF No. 9039**)

C.       Objection to Debtors' 116th Omnibus Motion to Claims by William D. Scott (the "**Scott Response**") (**ECF No. 8802**)

D.       Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Nick Houvras (**ECF No. 8797**)

E.       Objection and Response to the Notice of Debtors' 116th Omnibus Objection to Claims by Richard A. Schell (**ECF No. 8812**)

1.    Response to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Richard A. Schell (**ECF No. 10124**)

F.       Objection to Debtor's 116th Omnibus Motion to Claims by James Kurlinski (**ECF No. 8801**)

G.       Objection to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Jerry B. Imboden (**ECF No. 8940**)

H.       Response to the Notice of Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Judy J. Haywood (**ECF No. 8936**)

I.       Response and Objection to the Notice of Debtors' 116th Omnibus Motion to Claims by Allan C. Seely (**ECF No. 8815**)

J.       Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Freerk J. Schaafsma (**ECF No. 9041**)

K.      Objection to Debtors' 116th Omnibus Objection to Claims, Filed by David Volpe (**ECF No. 9038**)

<u>Replies Filed</u>:

L.       Motors Liquidation Company GUC Trust's Reply to Responses to the 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11593**)

<u>Additional Documents</u>:

M.      Order Granting Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9162**)

**<u>Status</u>:**      This matter is going forward as to the Siefkes Response, the McManama Response, and the Scott Response and is adjourned as to all other responses to May 15, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

8.      Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 6996**)

<u>Responses Filed</u>:

A.      Response in form of letter by John Pierro (the "**Pierro Response**") (**ECF No. 7563**)

B.      Response to Debtors' Eighty-Ninth Objection to Claim by Gerald A. Kolb (**ECF No. 7367**)

<u>Replies Filed</u>:

C.      Reply to Motion/Reply to Response filed by Claimant John Pierro to the 89th Omnibus Objection to Late-filed Proofs of Claim (**ECF No. 11491**)

<u>Additional Documents</u>:

D.      Order Granting Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 7668**)

**Status:**  This matter is going forward as to the Pierro Response and is adjourned as to all other responses to May 15, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

9.  Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar Date Orders (Late-Filed Claims) (**ECF No. 8847**)

Responses Filed:

A.  Objection to Debtors' Motion Expunging Claim by Theresa M. McHugh (**ECF No. 9231**)

B.  Response of Debtors' Objection to Proof of Claim No. 70180 by Betty E. Dalton (the "**Dalton Response**") (**ECF No. 9344**)

1.  Response to Debtors' Adjourned Omnibus Objection No. 165 Supplemental Brief to Claim #70180 (**ECF No. 11620**)

C.  Rachel L. Boodram (Informal Response)

D.  Ronald L. Phillips (Informal Response)

E.  Sudie M. Venable (the "**Venable Response**") (Informal Response)

Replies Filed:

F.  Reply to Responses filed by Claimants to the 89th, 165th, 245th, and 253rd Omnibus Objections to Late-Filed Proofs of Claim Numbered 70400, 69688, 70180, 71170, 70303, 71140, 71193, and 70342 ("GUC Trust Omnibus Reply to Late Filed Claims") (**ECF No. 11352**)

G.  Letter Brief re: Adjourned Omnibus Objection No. 165, Claim Nos. 70180 and 70342 (**ECF No. 11572**)

H.  Declaration of Carrianne Basler in Support of the Supplemental Letter Brief Filed in Further Support of the Objection to Claim Numbers 70180 and 70342 and Related Documents filed by the GUC Trust (**ECF No. 11631**)

Additional Documents:

I.  Order Granting Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9635**)

J.  Supplemental Order signed on 8/17/2011 Regarding Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10711**)

      K.       Notice of Hearing on Objections to Claim Numbers 70180 and 70342 filed by Betty Dalton and Sudie Venable, Respectively (**ECF No. 11573**)

**Status:**      This matter is going forward as to the Venable and Dalton responses and is adjourned as to all other responses to May 15, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

10.      Objection to Proof of Claim No. 71249 filed by Marjorie A. Creamer (**ECF No. 11535**)

      Responses Filed:

      A.       Response to Notice of Objection to Proof of Claim No. 71249 Filed and the Current Claim No. 48506 for the New Chapter 11 Reorganization of Old General Motors Corp. (**ECF No. 11622**)

      Replies Filed:      None to date.

      Additional Documents:

      B.       Letter Dated 1/18/2012 Re: Claim No. 48506 filed by Marjorie Creamer (**ECF No. 11326**)

      C.       Letter Dated 1/17/2012 Re: Claim No. 48506 filed by Marjorie Creamer (**ECF No. 11345**)

      D.       Letter Re: attached letter from Attorney dated January 12, 2012 regarding Claim 71249 (**ECF No. 11455**)

      E.       Letter RE: Claim documents, pictures, total price from accident/claim on 09/24/2009 filed by Marjorie Creamer (**ECF No. 11556**)

      F.       Motion Per Telephone Hearing on April 26, 2012 filed by Marjorie Creamer (**ECF No. 11574**)

      G.       Letter re: Defective Vehicle Manufacutred by GM filed by Marjorie Creamer (**ECF No. 11615**)

**Status:**      This matter is going forward.

## II.    UNCONTESTED MATTERS

1.      Objection to Proofs of Claim Filed by Exide Technologies, Relco Systems, Inc. and Roth Global Plastics, Inc. (**ECF No. 11536**)

      Responses Filed:

     A.     Affidavit of Michael Hounshel in Opposition to Objection to Proof of Claim 70019 on behalf of Relco Systems, Inc (the "**Relco Response**") (**ECF No. 11617**)

Replies Filed:        None to date.

Additional Documents:     None to date.

**Status:**     This matter is going forward except as to the Relco Response, which is adjourned to May 15, 2012 at 9:45 A.M. (Eastern Time), subject to further adjournments.

2.     249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 10942**)

Responses Filed:

     A.     Response of Antony Burton to the 249th Omnibus Objection (the "**Burton Response**") (Informal)

Replies Filed:        None to date.

Additional Documents:

     B.     Order Granting the 249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11094**)

     **Status:**     This matter is going forward.

3.     271st Omnibus Objection to Claims (Pension Claims and Welfare Benefits Claims of Former Salaried, Executive, or Hourly Employees) (**ECF No. 11539**)

Responses Filed:     None to date.

Replies Filed:        None to date.

Additional Documents:     None to date.

     **Status:**     This matter is going forward.

4.     272nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired Employees and Former Salaried and Executive Employees) (**ECF No. 11540**)

Responses Filed:     None to date.

Replies Filed:        None to date.

Additional Documents:          None to date.

**Status:**          This matter is going forward.

5.          273rd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 11541**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**          This matter is going forward.

6.          274th Omnibus Objection to Claims (Workers' Compensation Claims in Retained States - Alabama) (**ECF No. 11543**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**          This matter is going forward.

7.          275th Omnibus Objection to Claims (Workers' Compensation Claims in Retained States - Oklahoma) (**ECF No. 11544**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**          This matter is going forward.

III.     **ADJOURNED MATTERS**

1.          Claimaints' Motion to Enforce Settlement, for an Order Compelling Two Stock Distributions and to Extend Time for Filing Voluntary Dismissal of Injury Case and Notice of Hearing by Richard Birdsall and Elise Birdsall (**ECF No. 11591**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time).

2.        Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

3.        Motors Liquidation Company GUC Trust's Objection to Claim No. 60929 for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (**ECF No. 11360**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status**:        This matter is adjourned to May 15 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

4.        Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 5993**)

Responses Filed:

    A.        Objection to Motion by Impact Group (**ECF No. 6240**)

    B.        Consumers Energy (Informal Response)

    C.        OCE (Informal Response)

Replies Filed:        None to date.

Additional Documents:

    D.        Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 6334**)

**Status:**  This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

5. Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:

 A. Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

 B. Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented with my Claim No. 44240] and for Other Purposes [Timely or by Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

 C. Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

 D. Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

 E. Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

 F. Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

Replies Filed:    None to date.

Additional Documents:

 G. Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**  This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

6. Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

Responses Filed:

A.  Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

Replies Filed:                None to date.

Additional Documents:

B.  Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

C.  Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

**Status:**  This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

7.  Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

Responses Filed:

A.  The DeMassi Response (**ECF No. 6454**)

Replies Filed:                None to date.

Additional Documents:

B.  Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

C.  Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

**Status:**  This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

8.  Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6255**)

Responses Filed:

 A. Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp. by Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:    None to date.

Additional Documents:

 B. Order Granting Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

 C. Supplemental Order Granting Debtors' Thirty-Second Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:** This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

9. Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 6646**)

Responses Filed:

 A. Objection to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Gardner Chevrolet-Oldsmobile-Cadillac, Inc. (**ECF No. 7034**)

 B. Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-Ninth Omnibus Objection to Claims (**ECF No. 6987**)

 C. Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth Onibus Objection to Claims (**ECF No. 7008**)

 D. Response to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Coral Cadillac, Inc. (**ECF No. 7035**)

Replies Filed:    None to date.

Additional Documents:

 E. Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 7170**)

**Status:**     This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

10.     Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 6739**)

Responses Filed:

A.     Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty - Second Omnibus Objection to Claims" (**ECF No. 7022**)

Replies Filed:                    None to date.

Additional Documents:

B.     Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7214**)

C.     Supplemental Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7818**)

**Status:**     This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

11.     Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

Responses Filed:

A.     Pearly M. Jones (Informal Response)

B.     Faye M. Tompach (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

C.     Order Granting Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7669**)

**Status:**   This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

12.   Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

Responses Filed:

   A.   Barry E. Herr (Informal Response)

Replies Filed:              None to date.

Additional Documents:

   B.   Order Granting Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7671**)

**Status:**   This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

13.   Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

Responses Filed:

   A.   Cecilia N. Best, Trustee (Informal Response)

Replies Filed:              None to date.

Additional Documents:

   B.   Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

**Status:**   This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

14.   Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

Responses Filed:

    A.      Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

**Status:**      This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

15.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

Responses Filed:

    A.      City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**      This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

16.    Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

Responses Filed:

    A.      Response in form of letter by Frank J. Ceslnak (the "**Ceslnak Response**") (**ECF No. 7324**)

    B.      Response in form of letter by George Leedom (the "**Leedom Response**") (**ECF No. 7401**)

Replies Filed:

    C.    Motors Liquidation Company GUC Trust's Reply to Responses to the 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11446**)

Additional Documents:

    D.    Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

    E.    Supplemental Order Granting 103rd Omnibus Objection to Claims as to Proof Of Claim No. 10327 Filed by Floyd Jankowski, Proof Of Claim No. 19527 Filed by Louis J. Alarie, and Proof of Claim No. 31467 Filed by George W. Conrad (**ECF No. 11561**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

17.    Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

Responses Filed:

    A.    Response by Ann F. McHugh (**ECF No. 7433**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 7687**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

18.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

Responses Filed:

    A.    Response to Motion of Debtors on the 110th Omnibus Objection to claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

19.    Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

Responses Filed:

    A.    Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

    B.    Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders  (**ECF No. 8877**)

    C.    Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

    D.    William Bradford Jones (Informal Response)

Replies Filed:        None to date.

Additional Documents:

    E.    Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

    F.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 67977 by Sandra Caccoma) (**ECF No. 11130**)

    G.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 69532 by Larry Compton) (**ECF No. 11417**)

    H.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70113 by Timothy Roberts) (**ECF No. 11417**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

20.    Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

Responses Filed:

A.    Objection to the 114th Omnibus Objection to Claims by Timothy L. Fitzpatrick (**ECF No. 8762**)

B.    David Scott (Informal)

C.    Thomas L. & Donna L. Kracker (Informal)

Replies Filed:            None to date.

Additional Documents:

D.    Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9160**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

21.    Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

Responses Filed:

A.    Claimant Response and Objection to the Debtors' 115th Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 8811**)

B.    Objection to Motion Debtors' 115th Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 8803**)

C.    Richard P. McManama (**Informal Response**)

Replies Filed:            None to date.

Additional Documents:

    D.    Order Granting Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9161**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

22.    Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8826**)

    Responses Filed:

    A.    Response to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) and Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) by Daniel Plouffe (the "**Plouffe Response**") (**ECF No. 9894**)

        1.    Response by Daniel Plouffe (**ECF No. 10474**)

    Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

    Additional Documents:

    C.    Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9615**)

    D.    Supplemental Order Granting 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10631**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

23.    Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8828**)

    Responses Filed:

    A.      Response to Debtors' 155th Omnibus Objection Re: Claim No. 45172 by Daniel Plouffe (the "**D. Plouffe Response**") (**ECF Nos. 9403**)

        1.     The Plouffe Response (**ECF No. 9894, 10474**)

Replies Filed:

    B.      Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    C.      Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9618**)

    D.      Supplemental Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10787**)

**Status:**      This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

24.    Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

Responses Filed:

    A.      Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:            None to date.

Additional Documents:

    B.      Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**      This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

25.    Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

Responses Filed:

A.    Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9359**)

B.    Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:                          None to date.

Additional Documents:

C.    Order Granting Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9630**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

26.    Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

Responses Filed:

A.    Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF Nos. 9341, 9342**)

B.    Response of GE Consumer & Industrial to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9345**)

C.    Response of Sundram Fasteners Limited to Debtors 161st Omnibus Objection to Claims (**ECF No. 9572**)

D.    Carrier Corp. (Informal Response)

Replies Filed:                          None to date.

Additional Documents:

E.    Order Granting Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9631**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

27.    Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

<u>Responses Filed</u>:

    A.    Jack Wendall and Freda Peterson (Informal Response)

    B.    Marian S. Morelli (Informal Response)

    C.    Marion and Della Goble (Informal Response)

<u>Replies Filed</u>:        None to date.

<u>Additional Documents</u>:

    D.    Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

**<u>Status</u>:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

28.    Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

    <u>Responses Filed</u>:

    A.    Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

    <u>Replies Filed</u>:        None to date.

    <u>Additional Documents</u>:

    B.    Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

**<u>Status</u>:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

29.    Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

    <u>Responses Filed</u>:

    A.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

      B.     Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

      C.     Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

      D.     Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

      E.     Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

Replies Filed:          None to date.

Additional Documents:

      F.     Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

**Status:**     This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

30.     Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

Responses Filed:

      A.     Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (the "**Meder Response**") (**ECF No. 9293**)

      B.     Response to Claim by Thomas Jarusinski (**ECF No. 9076**)

      C.     Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

          1.     Letter to Judge Gerber (**ECF No. 9914**)

      D.     Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (**ECF No. 9253**)

Replies Filed:          None to date.

Additional Documents:

E.    Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

F.    Supplemental Order signed on 9/6/2011 Re: Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10788**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

31.    Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

Responses Filed:

A.    Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

Replies Filed:    None to date.

Additional Documents:

B.    Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9644**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

32.    Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

Responses Filed:

A.    Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

B.    Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (**ECF No. 9357**)

C.    Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

D.     Richard Schell (Informal)

E.     Mohamed Fetouh (Informal)

Replies Filed:                 None to date.

Additional Documents:

F.     Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

**Status:**        This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

33.     Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

A.     Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:                 None to date.

Additional Documents:

B.     Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status:**        This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

34.     Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:        None to date.

Additional Documents:

    B.    Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

35.    Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

    Responses Filed:

    A.    Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (**ECF No. 9273**)

    B.    Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (**ECF No. 9239**)

Replies Filed:        None to date.

Additional Documents:

    C.    Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9649**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

36.    Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

    Responses Filed:

    A.    Alan C. Zak's Response to Omnibus Objections (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412**)

    B.    Gerald S. Kaspzyk (the "**Kaspzyk Response**") (Informal)

    C.    Mohamed Fetouh (the "**Fetouh Response**") (Informal)

Replies Filed:

    D.    Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

    E.    Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

37.    Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

    A.    The Zak's Response (**ECF Nos. 9396, 9397 and 9412**)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

    C.    Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter

goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

38.    Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

Responses Filed:

A.    Stanley Jack (Informal)

Replies Filed:                     None to date.

Additional Documents:

B.    Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

39.    Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

Responses Filed:

A.    Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

B.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

C.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

D.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

E.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

F.    Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:                     None to date.

Additional Documents:

    G.    Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

40.    Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

    Responses Filed:

    A.    Objection to Debtors' 182nd Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9270**)

    B.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.    Claimant's Response and Objection to Debtors' 182nd Omnibus Objection to Claims by David W. Turner (**ECF No. 9393**)

    D.    Richard Zmierski's Response and Objections to Debtors' 182nd Omnibus Objection to Claims (**ECF No. 9491**)

    Replies Filed:    None to date.

    Additional Documents:

    E.    Order Granting Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9682**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

41.    Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

    Responses Filed:

    A.    Objection to Debtors' 183rd Omnibus Objection to Claims by Gordon Hall (**ECF No. 9230**)

      B.      Objection to Debtors' 183rd Omnibus Objection to Claims by David R. Volpe (**ECF No. 9290**)

      C.      Objection Re: 183 Omnibus Objection to Claims 36730 by Donald T. Lico (**ECF No. 9401**)

      D.      Response to Notice of Debtors' 183rd Omnibus Objection to Claims by David L. Robertson (**ECF No. 9411**)

<u>Replies Filed</u>:            None to date.

<u>Additional Documents</u>:

      E.      Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9683**)

**<u>Status</u>:**      This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

42.     Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

<u>Responses Filed</u>:

      A.      Objection to Debtors' 184th Omnibus Objection to Claims by Stanley E. Jack (**ECF No. 9274**)

      B.      Response to the Notice of Debtors' 184th Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9235**)

      C.      Claiman'ts Response and Objection to Debtors' 184th Omnibus Objection to Claims by David W. Turner (**ECF No. 9394**)

      D.      Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim No. 37728 by Donald T. Lico (**ECF No. 9399**)

<u>Replies Filed</u>:            None to date.

<u>Additional Documents</u>:

      E.      Order Granting Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9684**)

**Status:**      This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

43.      Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

    A.      Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

    B.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.      Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

Replies Filed:      None to date.

Additional Documents:

    D.      Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

**Status:**      This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

44.      Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

Responses Filed:

    A.      Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S. Coscarelli (**ECF No. 9294**)

    B.      Carolyn Deruso (Informal)

Replies Filed:      None to date.

Additional Documents:

    C.    Order Granting Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9686**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

45.    Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

Responses Filed:

    A.    Jessica High (the "**High Response**") (Informal)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Responses to the 187th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10457**)

Additional Documents:

    C.    Order Granting Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9687**)

    D.    Supplemental Order signed on 9/6/2011 Re: Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10790**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

46.    Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

Responses Filed:

    A.    Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (**ECF No. 9284**)

Replies Filed:                     None to date.

Additional Documents:

    B.    Letter to Judge Gerber Withdrawing Objection to the Debtors' 188th Motion but Not Withdrawing Claim Filed by Proof of Claim and Supporting Documentation on or Around November 23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF No. 9915**)

    C.    Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9688**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

47.    Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8872**)

    Responses Filed:

    A.    Vincent Germano Jr. (Informal)

    Replies Filed:                     None to date.

    Additional Documents:

    B.    Order Granting Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9690**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

48.    Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

    Responses Filed:

    A.    ATEL Leasing Corporation (Informal Response)

    B.    Noreen Glaspie (Informal Response)

Replies Filed:

    C.    Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

    D.    Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

49.    Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

Responses Filed:

    A.    Frances L. Kelleher (**Informal Response**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

50.    Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

Responses Filed:

    A.    Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims (**ECF No. 9380**)

    B.    Response to Debtors' 208th Omnibus Objection to Claims by Honeywell International Inc. (**ECF No. 9872**)

    C.    Response of Kettering University to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9843**)

    D.      Response of Ford Motor Company to Debtors' 208th Omnibus Objection to Claims (**ECF Nos. 9840**)

Replies Filed:           None to date.

Additional Documents:

    E.      Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

    F.      Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

**Status:**      This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

51.      Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

Responses Filed:

    A.      Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (**ECF Nos. 9851, 9852**)

    B.      General Electric Company (Informal)

    C.      Owens-Illinois Inc. (Informal)

Replies Filed:           None to date.

Additional Documents:

    D.      Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9712**)

**Status:**      This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

52.      Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

    A.      Timothy Mayer (the "**Mayer Response**") (Informal Response)

<u>Replies Filed</u>:

B.  Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

<u>Additional Documents</u>:

C.  Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9978**)

D.  Supplemental Order signed on 9/6/2011 Re: Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 10792**)

**<u>Status</u>:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

53.  Debtors' 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10088**)

<u>Responses Filed</u>:

A.  Grange Mutual Casualty Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Grange Response**") (**ECF No. 10217**)

B.  State Farm Mutual Automobile Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**State Farm Response**") (**ECF No. 10218**)

C.  Motorists Mutual Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Motorists Mutual Response**") (**ECF No. 10219**)

D.  Travelers Insurance (Informal)

E.  Country Mutual Insurance Company (Informal)

F.  Country Preferred Insurance Company (Informal)

<u>Replies Filed</u>:              None to date.

Additional Documents:

    G.    Order Granting 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10346**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

54.    Debtors' 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10089**)

Responses Filed:

    A.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10177**)

        1.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10426**)

    B.    Response of Pompey Dodge, Inc. to Debtors' 220th Objection to Claims (**ECF No. 10213**)

    C.    Response of Zurich Direct Underwriters to Debtors 220th Objection to Claims (**ECF No. 10212**)

    D.    Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to Claims (**ECF No. 10210**)

    E.    Opposition to 220th Omnibus Objection to Claims Filed by AIG and Its Subsidiaries (**ECF No. 10207**)

Replies Filed:    None to date.

Additional Documents:

    F.    Order Granting 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10347**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

55.    221st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10294**)

Responses Filed:

    A.    Response to Motion 221st Omnibus Objection to Claims (Claims for Equity Interests) by Margaret A. O'Neill (the "**O'Neil Response**") (**ECF No. 10427**)

Replies Filed:            None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

56.    225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10301**)

Responses Filed:

    A.    Response to Debtors' 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Beverly J. Meeks (the "**Meeks Response**") (**ECF No. 10388**)

    B.    Response to Motion 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Marie V. Pilz (the "**Pilz Response**") (**ECF No. 10417**)

    C.    Letter to the Honorable Judge Gerber, dated June 6, 2011, Filed by Gerald Morris (the "**Morris Response**") (**ECF No. 10419**)

Replies Filed:            None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

57.    226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10302**)

Responses Filed:

A.     Letters to the Honorable Judge Gerber, dated June 2, 2011, Filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10411 and 10412**)

    1.    Letter to the Honorable Judge Gerber, dated September 13, 2011, filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10900**)

B.     Response to Motion 226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Walter M. Bogucki and Diana Bogucki (the "**Bogucki Response**") (**ECF No. 10422**)

Replies Filed:        None to date.

Additional Documents:     None to date.

**Status:**     This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

58.    227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10305**)

Responses Filed:

A.     Response to Retiree Benefits filed by Francis T. Brennan (the "**Brennan Response**") (**ECF No. 10421**)

Replies Filed:        None to date.

Additional Documents:     None to date.

**Status:**     This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

59.    229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10304**)

Responses Filed:

A.     Response of J. Michael Losh to 229th Omnibus Objection to Claims (the "**Losh Response**") (**ECF No. 10409**)

B.     Response to Debtors' 229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of

Retired and Former Salaried and Executive Employees) by Eugene L. Abbott and Bernadine M. Abbott (the "**Abbott Response**") (**ECF No. 10437**)

Replies Filed:                    None to date.

Additional Documents:            None to date.

**Status:**        This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

60.    232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10308**)

Responses Filed:

A.    UAW Local 259 Pension Fund (the "**UAW Response**") (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

B.    Order Granting 232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10507**)

**Status:**        This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

61.    234th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10719**)

Responses Filed:

A.    Opposition by Claimant, Robert Cramer, to Motion to Disallow and Expunge His Claim ("**Cramer Response**") **ECF No. 10909**)

Replies Filed:                    None to date.

Additional Documents:            None to date.

**Status:**        This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter

goes forward on May 15, 2012, claimants will be notified via letter
sent by May 9, 2012.

62.    235th Omnibus Objection to Claims (Pension Claims and Welfare Benefits
       Claims of Former Salaried, Executive, or Hourly Employees) (**ECF No. 10720**)

       Responses Filed:

       A.    Response of T. Charles Powell to 235th Omnibus Objection to Claims
             (the "**Powell Response**") (**ECF Nos. 10895 and 10898**)

       Replies Filed:            None to date.

       Additional Documents:     None to date.

       **Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern
                      Time) and may be subject to further adjournments.  If this matter
                      goes forward on May 15, 2012, claimants will be notified via letter
                      sent by May 9, 2012.

63.    237th Omnibus Objection to Claims (Claims Relating to Former Employees
       Represented by United Auto Workers) (**ECF No. 10722**)

       Responses Filed:

       A.    Beverley A. Cary (Informal)

       Replies Filed:            None to date.

       Additional Documents:     None to date.

       **Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern
                      Time) and may be subject to further adjournments.  If this matter
                      goes forward on May 15, 2012, claimants will be notified via letter
                      sent by May 9, 2012.

64.    243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar
       Date Orders (Late-Filed Claims) (**ECF No. 10746**)

       Responses Filed:

       A.    Memorandum in Opposition to Motion to Enforce Bar Dates (243rd)
             with Respect to Lyndia Brewer on Behalf of the Estate of Marcus Wirt
             (the "**Brewer Response**")(**ECF No. 10908**)

       B.    Response of Peggy L. Jernigan to the 243rd Omnibus Objection (**ECF
             No. 11427**)

C.     Response of Overstreet, Cathy Sue to the 243rd Omnibus Objection (Informal).

D.     Response of Overstreet, Katlyn to the 243rd Omnibus Objection (Informal).

E.     Response of Overstreet, Megan to the 243rd Omnibus Objection (Informal).

Replies Filed:     None to date.

Additional Documents:     None to date.

**Status:**     This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

65.     244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10747**)

Responses Filed:

A.     C R Rondinelli, Inc.'s Answer to 244th Objection Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Rondinelli Response**") (**ECF No. 10894**)

B.     Response of Erica L. Davis to the 244th Omnibus Objection (the "**Davis Response**") (ECF No. 11168).

Replies Filed:     None to date.

Additional Documents:

C.     Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 69755 by Terry Love) (**ECF No. 11130**)

D.     Order Granting 244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10962**)

E.     Supplemental Order Granting 244th Omnibus Objection To Claims And Enforcement Of Bar Date Orders (Late-Filed Claims) (**ECF No. 11285**)

F.     Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70910 by Austin and Rebecca Viall) (**ECF No. 11417**)

**Status:**     This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter

goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

66.    245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims Post-Effective Date) (**ECF No. 10748**)

Responses Filed:

A.    Claimant Diane Vanwinkle's Reply to Debtors' Objection to Claim and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10896**).

B.    Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10893**).

1.    Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10902**)

C.    Response of Wingo Winston to the 245th Omnibus Objection (**ECF No. 10798**)

D.    Response of Crown Enterprises, Inc. to the Motors Liquidation Company GUC Trust's 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10887**)

E.    Claimants Aranzuza Mejia, Juan Carlos Mejia, Maria Alejandra Mejia, and Aranzuza Mejia as *guardian ad litem* of Lucas Mejia, Nicolas Mejia, and Santiago Mejia Response to the 245th Omnibus Objection to Claims and Claimants' Opposition to Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10911**)

F.    Response of Mary Lee Metzler (the "**Metzler Response**") (Informal)

G.    Response of Jeremy DeLarosa to the 245th Omnibus Objection (Informal)

Replies Filed:

H.    GUC Trust Omnibus Reply to Late Filed Claims (**ECF No. 11352**)

Additional Documents:        None to date.

**Status:**        This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

67.     246th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 10749**)

    Responses Filed:

    A.    Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") (**ECF No. 10888**)

    Replies Filed:

    B.    Reply to Motion and Response of Erma Jeanine Buckley re: 246th Omnibus Objection to Claims (**ECF No. 11348**) Order Granting 246th Omnibus Objection As To Claim Number 66268

    Additional Documents:

    C.    Order Granting 246th Omnibus Objection As To Claim Number 66268 (ECF No. 11408)

    **Status**:    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

68.     253rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11054**)

    Responses Filed:

    A.    Objection to Disallowing Claim #70400 by Alberta Bruster (the "**Bruster Response**") (**ECF No. 11146**)

    B.    **Lonnie Chapman (the "Chapman Response") (ECF No. 11136)**

    Replies Filed:

    C.    GUC Trust Omnibus Reply to Late Filed Claims (**ECF No. 11352**)

    Additional Documents:

    D.    Order Granting 253rd Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11171**)

    E.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70225 by Alicia C. Harris) (**ECF No. 11417**)

    F.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70213 by Linda Mariscal) (**ECF No. 11417**)

**Status:**          This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on May 15, 2012, claimants will be notified via letter
sent by May 9, 2012.

69.      258th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11152**)

Responses Filed:

   A.      Atlas Technologies Inc.'s Response to the Debtor's Omnibus Objection
to Claims (the "**Atlas Response**") (**ECF No. 11231**)

   B.      Twayna Rorer (the "**Rover Response**") (Informal)

   C.      Debra Hawkins (the "**Hawkins Response**") (Informal)

Replies Filed:                 None to date.

Additional Documents:

   D.      Order Granting The 258th Omnibus Objection To Claims (Insufficient
Documentation) (**ECF No. 11287**)

**Status:**          This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on May 15, 2012, claimants will be notified via letter
sent by May 9, 2012.

70.      259th Omnibus Objection to Claims  and Motion Requesting Enforcement of Bar
Date Orders (Late-Filed Claims) (**ECF No. 11153**)

Responses Filed:

   A.      Response to 259th Omnibus Objection to Expunge Certain Claims by
Margaret A. O'Neill (the "**O'Neill Response**") (**ECF No. 11216**)

Replies Filed:                 None to date.

Additional Documents:

   B.      Order Granting 259th Omnibus Objection To Claims And Enforcement
Of Bar Date Orders (Late-Filed Claims) (**ECF No. 11288**)

**Status:**          This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on May 15, 2012, claimants will be notified via letter
sent by May 9, 2012.

71.     262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 11156**)

Responses Filed:

    A.    Sheila Marie Whorley (the "Whorley Response") (Informal)

Replies Filed:           None to date.

Additional Documents:

    B.    Order Granting 262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 11263**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

72.     265th Omnibus Objection to Claims (Reducing, Allowing and Reclassifying Property Damage Claims) (**ECF No. 11299**)

Responses Filed:

    A.    Tower Insurance Company of NY as Subrogee of Trisha Brown-Janvier (the "**Tower Response**") (Informal)

Replies Filed:           None to date.

Additional Documents:

    B.    Order Granting The 265th Omnibus Objection To Claims (Reducing, Allowing and Reclassifying Property Damage Claims) (**ECF No. 11407**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

73.     267th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11355**)

Responses Filed:

    A.    Juanita Picket, Claim Nos. 18839 and 70846 (**ECF No. 11429**) Response) (the "**Pickett Response**")

    B.    Walters Chevrolet-Pontiac, Inc. John Walters, Claim No. 17147 (**ECF No. 11426**)  (the "**Walters Chevrolet-Pontiac Response**")

Replies Filed:           None to date.

Additional Documents:      None to date.

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

74.    268th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11356**)

Responses Filed:

    A.    Limited Opposition by Woodbury Cadilalc LLC (the "**Woodbury Cadillac LLC Response**") (**ECF No. 11442**)

Replies Filed:           None to date.

Additional Documents:

    B.    Order Granting 268th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 11490**)

**Status:**    This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

75.    269th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11511**)

Responses Filed:

    A.    Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 269th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11578**)

Replies Filed:           None to date.

Additional Documents:

    B.    Order signed on 4/19/2012 Granting Re: 269th Omnibus Objection to Claims (**ECF No. 11618**)

**Status:**　　　This matter is adjourned to May 15, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 15, 2012, claimants will be notified via letter sent by May 9, 2012.

## IV.　RESOLVED MATTERS

1.　　Motion of Maguire Family Properties, Inc. to Permit Filing of Late Claim Pursuant to 11 U.S.C. § 105 and Rule 9006 of the Federal Rules of Bankruptcy Procedure (**ECF No. 10355**)

Responses Filed:　　　None to date.

Replies Filed:　　　None to date.

Additional Documents:　　　None to date.

**Status:**　　　This matter is resolved pursuant to a settlement by the parties.

Dated: New York, New York
April 24, 2012

　　　　　　　　/s/ Joseph H. Smolinsky
　　　　　　　　Harvey R. Miller
　　　　　　　　Stephen Karotkin
　　　　　　　　Joseph H. Smolinsky

　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　767 Fifth Avenue
　　　　　　　　New York, New York 10153
　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　Attorneys for Motors Liquidation
　　　　　　　　 Company GUC Trust