UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On April 19, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Affected Parties):

- Order Granting the 269th Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 11618].

3. On April 19, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (Affected Parties):

- Order Granting 270th Omnibus Objection to Claims (No Liability Claims) [Docket No. 11619].

Dated: April 23, 2012
Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 23rd day of April, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015

# EXHIBIT A

| | |
|---|---|
| AGNES SALAWAY REV.LIVING TRUST<br>AGNES SALAWAY TTEE<br>U/A/D 7/11/2000<br>9287 VISTA DEL LAGO<br>#13F<br>BOCA RATON, FL 33428-3170 | ALLIED GROUP INC<br>NATIONWIDE INSURANCE<br>CRAIG MABBETT<br>ONE NATIONWIDE PALZA 2-5-15<br>COLUMBUS, OH 43215 |
| ANDERSON-BARAHONA, DONNA<br>MALONE THOMAS WILLIAM<br>2 RAVINIA DR STE 300<br>ATLANTA, GA 30346-2104 | ANITA M KEDAS<br>ALEX R KEDAS<br>310 N J ST<br>TILTON, IL 61833-7449 |
| ARLENE ELLANT<br>30 AMHURT RD<br>GREAT NECK, NY 11021 | AUBREY E DENTON<br>C/O AUBREY E DENTON LTD<br>PO DRAWER 52110<br>LAFAYETTE, LA 70505 |
| BISCEGLIA DUMANSKI LLP<br>ATTN: JOSEPH A. BISCEGLIA<br>2ND FLOOR, 747 QUEEN STREET EAST<br>SAULT STE MARIE, ONTARIO  P6A 2A8 | BRANCH, DOROTHY M<br>9976 S M-52<br>SAINT CHARLES, MI 48655 |
| CADREAU, JOAN A<br>APT A<br>1620 AVALON COURT<br>LK HAVASU CTY, AZ 86404-1135 | CARMACK, VICKIE L<br>276 S TUCSON CIR<br>AURORA, CO 80012-1327 |
| CARMACK, VICKIE L<br>ATTN DAVID M MILLER<br>C/O KUINER MILLER BRINEN PC<br>303 E 17TH AVE STE 500<br>DENVER, CO 80203 | CARPENTER, JOHN<br>19 9TH ST<br>EAST HAMPTON, NY 11937-4032 |
| CHARLES CUNNINGHAM JR<br>640 DELAWARE ST APT 208<br>DETROIT, MI 48202-4402 | COMMERCIAL METALS COMPANY<br>ATTN: JIM AUBUCHON<br>PO BOX 1046<br>DALLAS, TX 75221 |
| CROWN EQUIPMENT CORPORATION<br>ATTN RODNEY J HINDERS<br>102 S WASHINGTON ST<br>NEW BREMEN, OH 45869 | DAVID LILES<br>13579 W WATSON LN<br>SURPRISE, AZ 85379-8426 |
| DELORES J. BERARDI<br>128 WESTERN AVE<br>#2<br>DOWNINGTOWN, PA 19335-2578 | DOYLE CARMACK<br>276 S TUCSON CIR<br>AURORA, CO 80012-1327 |
| DR MEYER R BONCHEK<br>2530 BUCKHURST DR<br>BEACHWOOD, OH 44122-1669 | ELLERBE, EDNA & ELLERBE, CRAWFORD<br>332 MOSES DR<br>DARLINGTON, SC 29532 |

| | |
|---|---|
| ELLERSLIE GRAHAM<br>139 PRESTON AVE<br>MERIDEN, CT 06450-4815 | ELLIS, DANNY<br>290 SYCAMORE ST<br>BUFFALO, NY 14204-1501 |
| EVA RATH-WESTHOFEN<br>JAN-LUCA WETZEL<br>JAKOBSSTRASSE 5<br>D67281 KIRCHHEIM, GERMANY | FREBCO INC<br>3350 KETTERING BLVD<br>MORAINE, OH 45439-2011 |
| FRYE, WILLIAM T<br>521 LOUISE ST<br>ANDERSON, IN 46016-2539 | GARCIA, EVELYN & GEORGE<br>2816 LOS ALAMOS TRL<br>FORT WORTH, TX 76131-2838 |
| GARZA LAWRENCE<br>KEENER CRAIG R PC<br>1005 HEIGHTS BLVD<br>HOUSTON, TX 77008-8913 | GILLIES, SHIRLEY<br>833 REFLECTIONS LOOP E<br>WINTER HAVEN, FL 33884-3568 |
| GULF STREAM COACH INC<br>ATTN KENNETH C BRINKER<br>503 SOUTH OAKLAND AVENUE<br>NAPPANEE, IN 46550 | HANS BAUER<br>DR MAX STR 3<br>D - GRUENWALD DE 82031 GERMANY |
| HAWLEY MARGARET<br>HAWLEY, MARGARET<br>7 AVENROWE CT<br>FAIRLESS HILLS, PA 19030-4406 | HELEN D LEONARD<br>HC 60 BOX 185<br>CHECOTAH, OK 74426-9408 |
| IRENE ROSE<br>982 WYNDSOR DR<br>HIXSON, TN 37343 | JANENE LAPRATT-SKIBA<br>PO BOX 283<br>SAINT HELEN, MI 48655-0283 |
| JOHN & GLORIA RANDAZZI<br>PO BOX 959<br>MAYS LANDING, NJ 08330 | JOHN ALLEN<br>11412 1/2  N SAGINAW RD<br>CLIO, MI 48420-1685 |
| JOHN ALLEN<br>12086 VIENNA RD<br>MONTROSE, MI 48457-9405 | KIRTDOLL, JOSEPHINE<br>1204 ONTARIO APT 1-B<br>NILES, MI 49120 |
| KIRTDOLL, JOSEPHINE<br>PO BOX 682<br>NILES, MI 49120-0682 | KOPPINGER RONALD W<br>1018 MCBRIDE AVE<br>WEST PATERSON, NJ 07424-2535 |

| | |
|---|---|
| KOWALSKI, EDWARD E<br>1544 SUFFOLK AVE<br>WESTCHESTER, IL 60154-3744 | LYLE L LENHART<br>1470 W ALEXIS RD<br>TOLEDO, OH 43612-4045 |
| MARTHA B REAVES<br>775 FOUR MILE DR<br>ANNISTON, AL 36206 | METRIS USA INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>12701 GRAND RIVER RD<br>BRIGHTON, MI 48116-8506 |
| MILES PRESS INC, THE<br>ATTN CORPORATE OFFICER/AUTHORIZED AGENT<br>PO BOX 6069<br>DEPT 98<br>INDIANAPOLIS, IN 46206-6069 | MILES PRESS INC, THE<br>C/O TRC OPTIMUM FUND LLC<br>ATTN TERREL ROSS<br>336 ATLANTIC AVENUE, SUITE 302<br>EAST ROCKAWAY, NY 11518 |
| NATIONWIDE MUTUAL INSURANCE COMPANY<br>RANDALL W MAY, MANAGING COUNSEL<br>CRAIG MABBETT, SUBROGATION MANAGER<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 | NOREEN GLASPIE<br>196 PARKWAY DR<br>DAVISON, MI 48423-9131 |
| NORWOOD PROMOTIONAL PRODUCTS LLC<br>14421 MYERLAKE CIR<br>CLEARWATER, FL 33760-2840 | R & O TOOL SERVICE INC<br>ROBERT MCPHERSON<br>7708 OLYMPIC PARKWAY<br>SYLVANIA, OH 43560-4808 |
| RHODRICK HARDEN<br>1568 LORETTA AVENUE<br>COLUMBUS, OH 43211-1508 | ROBERT B SILLIMAN AS CHAPTER 7 TRUSTEE<br>ATTN  ADAM P PRINCETHAL<br>ANDREWS, KNOWLES & PRINCENTHAL LLC<br>260 PEACHTREE ST NW STE 502<br>ATLANTA, GA 30303 |
| RONALD HUDSON<br>1046 E PRINCETON AVE<br>FLINT, MI 48505-1514 | ROWE, ROSCOE<br>339 VCR DR<br>CLINTWOOD, VA 24228-6849 |
| ROWE, ROSCOE<br>ATTN: GREG BAKER, ESQUIRE<br>C/O JOHNSON MONAHAN BAKER PLC<br>PO BOX 700<br>CLINTWOOD, VA 24228 | ROWE, ROSCOE<br>PO BOX 700<br>5367 DICKENSON HWY 2ND FLOOR<br>CLINTWOOD, VA 24228 |
| STACY A PERKINS<br>805 E BROADWELL ST<br>ALBION, MI 49224-1407 | STEPHEN C MAHONEY<br>282 N ROYAL BELL DR<br>GREEN VALLEY, AZ 85614 |
| SWOPE, RUTH M<br>RR 2 BOX 177<br>HOLLIDAYSBURG, PA 16648-9724 | SYLVIA BROWN<br>PO BOX 11527<br>LOS ANGELES, CA 90011-0527 |

| | |
|---|---|
| TITAN INSURANCE COMPANY<br>NATIONWIDE INSURANCE<br>CRAIG MABBETT, SUBROGATION MANAGER<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 | TULLOCH, JOANN<br>C/O ANTHONY ICENOGLE<br>ICENOGLE & SULLIVAN LLP<br>6805 N CAPITOL OF TEXAS HWY #220<br>AUSTIN, TX 78731 |
| VELINDA ELLIS<br>290 SYCAMORE ST<br>BUFFALO, NY 14204-1501 | WATKINS TRUCKS INC<br>ATTN: GEORGE WATKINS, PRESIDENT<br>4031 NEW CASTLE AVENUE<br>NEW CASTLE, DE 19720 |
| WILLIAM FRYE<br>521 LOUISE ST<br>ANDERSON, IN 46016-2539 | YIELDING, RYAN T<br>C/O MARTIN LAW OFFICES PSC<br>PO BOX 790<br>SALYERSVILLE, KY 41465-0790 |
| ZDENEK MUZIKAR<br>LIBELLENWEG 7<br>CH-8600 DUEBENDORF SWITZERLAND | ZELDA MESHBERG<br>C/O LOIS GANSHEROFF<br>605 MANAYUNK RD<br>BALA CYNWYD, PA 19004 |

# EXHIBIT B

| | |
|---|---|
| ABRASIVOS Y SERVICIOS<br>EULOGIO FLORES # 105 FRACCLA VICTORIA<br>GUADALUPE NL CP 67110, MEXICO | ANDERSON UNIVERSITY<br>ATTN CASHIER<br>1100 E 5TH ST<br>ANDERSON, IN 46012-3462 |
| ANDREW P THOMPSON TR FBO W THOMPSON TRUST<br>2 REQUA STREET<br>BRIARCLIFF MANOR, NY 10510 | APPLIED SCIENCE ASSOCIATES INC<br>4607 W LAMB AVE<br>TAMPA, FL 33629-7632 |
| ASHLAND INC<br>C/O REGINALD W JACKSON, ESQ<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | ASHLAND INC & ASHLAND WATER TECHNOLOGIES<br>5200 BLAZER PKWY<br>DUBLIN, OH 43017 |
| ASHLAND INC & ASHLAND WATER TECHNOLOGIES<br>COLLECTIONS DEPARTMENT<br>PO BOX 2219<br>COLUMBUS, OH 43216 | BARBARA SWANSON<br>17255 E 200TH ST<br>ORION, IL 61273 |
| BITO LOZADA ORTEGA & CASTILLO<br>PO BOX 781<br>MANILA PHILIPPINES 12105 PHILIPPINES | BLOOMBERG L P<br>PO BOX 30244<br>HARTFORD, CT 06150-0244 |
| BOBBY LOUGHRIDGE<br>2401 21ST STREET NORTH<br>TEXAS CITY, TX 77590-5209 | BRANDON J. DAVIS<br>869 BEVERLY RD<br>CLEVELAND, OH 44121-2003 |
| CASSANDRA MOREHEAD<br>2600 COUNTRYSIDE CT UNIT 19B<br>AUBURN HILLS, MI 48326-2224 | CB RICHARD ELLIS INC<br>700 COMMERCE DRIVE SUITE 550<br>OAK BROOK, IL 60523 |
| CHUNG CHIT, LAU<br>18B TWR 5 PARC ROYALE<br>8 HIN TAI STR SHATIN<br>NT HONG KONG | CITY OF CERRITOS<br>ATTN: FINANCE DEPT<br>18125 BLOOMFIELD AVE<br>CERRITOS, CA 90703 |
| CONSOLIDATED RAIL CORPORATION<br>ATTN:  JOHN K ENRIGHT ESQ<br>1717 ARCH STREET 32ND FL<br>PHILADELPHIA, PA 19103 | CONTITECH MGW GMBH<br>ACCOUNTS DEPT<br>A FRANZISKA HEUER, KASSELER STRABE 11<br>POSTFACH 1420<br>D 34334 HANN MUNDEN GERMANY |
| CROWN EQUIPMENT CORPORATION<br>ATTN: RODNEY J. HINDERS<br>102 S. WASHINGTON ST.<br>NEW BREMEN, OH 45869 | D & M CONTRACTING CO<br>PO BOX 362<br>RANDOLPH, OH 44265-0362 |

| | |
|---|---|
| DAIMLER CHRYSLER MOTORS COMPANY LLC<br>CONNELLY JACKSON & COLLIER<br>1801 CALIFORNIA ST STE 3400<br>DENVER, CO 80202-2634 | DEMORRIS THOMAS<br>C/O DEMORRIS WILEY<br>2531 MORNING GLORY LN<br>LAWRENCEVILLE, GA 30044-7308 |
| DOE B<br>RASNER BRUCE<br>WATERFIELD TOWER<br>18881 VON KARMAN AVENUE SUITE 920<br>IRVINE, CA 92612 | DOUGLAS GROCH<br>C/O KEVIN J BOISSONEAULT<br>3516 GRANITE CIRCLE<br>TOLEDO, OH 43617 |
| FERNAND JOSEPH DELAROSBIL<br>C.O BISCEGLIA DUMANSKI LLP<br>ATTN: JOSEPH A. BISCEGLIA<br>2ND FLOOR, 747 QUEEN STREET<br>SAULT STE. MARIE, ON  P6A 2A8 | FRED COGNETTI<br>7534 S CARLISLE AVE<br>TUCSON, AZ 85746-2518 |
| GARY WADE TRUCKING<br>825 FAYETTEVILLE WILLIAMS RD<br>WILLIAMS, IN 47470-9661 | GENESEE PACKAGING INC<br>ATTN DENNIS M HALEY (P14538)<br>G-9460 S SAGINAW STREET SUITE A<br>GRAND BLANC, MI 48439 |
| INDIANAPOLIS POWER & LIGHT COMPANY<br>ATTN LACHELLE D STEPP<br>8520 ALLISON POINTE BLVD SUITE 200<br>INDIANAPOLIS, IN 46250 | INGRASSIA, JOSEPHINE<br>12 SPRUCE ST<br>CARTERET, NJ 07008 |
| INGRASSIA, JOSEPHINE<br>84 ROOSEVELT AVE<br>JERSEY CITY, NJ 07304-1208 | INGUI, RONALD C<br>24 DARTMOUTH RD<br>WAYNE, NJ 07470-4607 |
| JENSEN MARTHA J<br>8825 IROQUOIS RD<br>SAINT HELEN, MI 48656-9746 | JOHN BUTE<br>2328 E FINLEY ST<br>GILBERT, AZ 85296-1535 |
| JOSEPH R POLVERARI SR APC<br>FOR RUBY HILL LLC LANDLORD<br>333 W SAN CARLOS STREET 8TH FLOOR<br>SAN JOSE, CA 95110 | KANDI VILLA<br>C/O MICHAEL ROOFIAN & ASSOC APC<br>11766 WILSHIRE BLVD<br>6TH FL<br>LOS ANGELES, CA 90025 |
| KONE INC<br>4225 NAPERVILLE ROAD # 400<br>LISLE, IL 60532 | LAPRISE OILFIELD SERVICES, INC.<br>C/O CLEALL LLP<br>ATTN: HARVEY HAIT<br>2500 COMMERCE PLACE, 10155 - 102 STREET<br>EDMONTON, ALBERTA T5J 4G8, CANADA |
| LLOYD STURTEVANT<br>5560 SCHIERING DRIVE<br>FAIRFIELD, OH 45014 | M FELBER & F FELBER TTEE<br>MICHAEL J & FLORANCE C FELBER<br>U/A DTD 04/08/1994<br>821 E ROYAL RIDGE DR<br>ORO VALLEY, AZ 85737-8805 |

MARGARET A O'NEILL A/K/A MARGARET ANN O'NEILL
25 STOWELL RD
BEDFORD, NH 03110-4714

MIKE DAVIS
503 N. APPERSONWAY
KOKOMO, IN 46901

MS&CO C/F
PEARL KLOSTER
IRA ROLLOVER DATED 07/31/86
1520 CLERMONT ROAD
DURHAM, NC 27713-2410

PIVAL INTERNATIONAL INC
1000 AVE ST CHARLES STE 800
CANADA
VAUDREUIL-DORION PQ J7V 8P5 CANADA

QUIGG PARTNERS
LEVEL 7, THE BAYLEYS BUILDING
28 BRANDON STREET
P.O. BOX 3035
WELLINGTON 6140 NEW ZEALAND

RELIANT ENERGY RETAIL SERVICES LLC
C/O JACKSON WALKER L.L.P.
ATTN HEATHER M. FORREST
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

ROCKY FORK COMPANY
C/O JERRY E. PEER, JR.
PETERSON ELLIS FERGUS & PEER LLP
250 CIVIC CENTER DRIVE
PLAZA ONE, SUITE 650
COLUMBUS, OH 43215

SHANGHAI TAIYE AUTOMOBILE SEATCOP LTD
NO 688 CHUANSHA RD
PUDONG SHANGHAI
SHANGHAI CHINA

SMITH INSTRUMENT INC
C/O JEFFERIES LEVERAGED CREDIT PRODUCTS
ATTN: MIKE RICHARDS
ONE STATION PLACE
THREE NORTH
STAMFORD, CN 06902

STANLEY WORKS THE
5335 AVION PARK DR
CLEVELAND, OH 44143-1916

SUMMIT FUNDING GROUP
RICHARD L FERRELL ESQ
TAFT STETTMAUS & HOLLISTER LLP
425 WALNUT ST STE 1800
CLEVELAND, OH 44114

SUN MICROSYSTEMS INC
C/O LAWRENCE SCHWAB/THOMAS GAA
BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

TORRES, ALEJANDRO
C/O BRUCE ELLIOTT RASNER
WATERFIELD TOWER
18881 VON KARMAN AVENUE STE 920
IRVINE, CA 92612