**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On April 23, 2012, at the direction of Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Lorin W Tate, 103 48th Street Southeast, Kentwood, Michigan 49548 (affected party):

- Stipulation and Settlement Resolving Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate [Docket No. 11627].

Dated: April 25, 2012
Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 25th day of April, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015