Cheryl C. Green
P.O. Box 13894
New Orleans, LA 70185

April 11, 2012

Honorable Robert Gerber
US Bankruptcy Court
Southern District of New York
11 Bowling Green Rm # 534
New York, New York 10004

Re: Case# 09-50026, Claim# 12265

To: Honorable Robert Gerber

I am requesting you reconsider my claim (on the job injury). The court documents were not received until 7/23/2010. Because these documents were not time censored nor was there a tracking number. The United States Post Office can not determine the delay of receipt. Court documents mailed from Garden City Groups should contain a tracking number. Please see enclosed documents.

Thank you for your consideration.

Sincerely,

Cheryl C. Green



RECEIVED
APR 2 5 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

The Garden City Group, Inc.
As the Motors Liquidation Company
P.O. Box 9386
Dublin, OH 43017-4286

IMPORTANT COURT PAPERS ENCLOSED
Return Service Requested

CHERYL C GREEN
PO BOX 8384
NEW ORLEANS LA 70182-8384

01793737
APS0604824683

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM**

**Name of Debtor** (Check Only One):
- ☐ Motors Liquidation Company (f/k/a General Motors Corporation)
- ☐ MLCS, LLC (f/k/a Saturn, LLC)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
- ☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc)

Case No:
- 09-50026 (REG)
- 09-50027 (REG)
- 09-50028 (REG)
- 09-13558 (REG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U.S.C § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): CHERYL C GREEN

**Name and address where notices should be sent:**
CHERYL C GREEN
PO BOX 13894
NEW ORLEANS, LA 70185-3894

Telephone number:
Email Address:

**Name and address where payment should be sent** (if different from above):
Cheryl C. Green
PO Box 13894
New Orleans, LA

Telephone number: 225-247-1923

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 12265 (If known)
Filed on: [FILED - MOTORS LIQUIDATION COMPANY F/K/A GENERAL MOTORS CORP SDNY # 09-50026 (REG)]

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

THE GARDEN CITY GROUP INC.
OCT 19 2009

**1. Amount of Claim as of Date Case Filed, June 1, 2009** $_____

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side)

**4. Secured Claim** (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe: _____

Value of Property $_____  Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any $_____

Basis for perfection: PENSION, BENEFITS, INSURANCE

Amount of Secured Claim $_____  Amount Unsecured $500,000.00

**5. Amount of Claim Entitled to Priority under 11 U.S.C § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C § 507(a)(4)
- ☐ Contributions to an employee benefit plan – 11 U.S.C § 507(a)(5)
- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C § 507(a)(8)
- ☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C § 503(b)(9) (§ 507(a)(2))
- ☐ Other – Specify applicable paragraph of 11 U.S.C § 507(a)(__)

Amount entitled to priority: $_____

**6. Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If documents are not available, please explain in an attachment.

Date: 10/12/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Cheryl C Green (Retiree)
225-247-1923

FOR COURT USE ONLY

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B10 (GCG) (12/08)

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152

### INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules. The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc., are not authorized and are not providing you with any legal advice.*

**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR**

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: IF BY MAIL: THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, P.O. BOX 9386, DUBLIN, OH 43017-4286. IF BY HAND OR OVERNIGHT COURIER: THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO THE UNITED STATES BANKRUPTCY COURT, SDNY, ONE BOWLING GREEN, ROOM 534, NEW YORK, NEW YORK 10004. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.

**THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

**Court, Name of Debtor, and Case Number**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1, 2009. You should select the debtor against which you are asserting your claim.
**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR**

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. Please provide us with a valid email address. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1  Amount of Claim as of Date Case Filed**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2  Basis for Claim**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim.

**3  Last Four Digits of Any Number by Which Creditor Identifies Debtor**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor, if any.

**3a. Debtor May Have Scheduled Account As**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4  Secured Claim**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5  Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

For claims pursuant to 11 U.S.C. § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases (See DEFINITIONS, below.) Attach documentation supporting such claim.

**6  Credits**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt.

**7  Documents**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.
The Debtors in these Chapter 11 cases are:

| | |
|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) |

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with The Garden City Group, Inc. as described in the instructions above and in the Bar Date Notice.

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc., please provide a self-addressed, stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**Additional Information**
If you have any questions with respect to this claim form, please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation.com.

## INFORMATION

8/04/10

Cheryl C. Green
P.O. Box 13894
New Orleans, La 70185
(504) 460-5282
claim # 12265

Re: Motors Liquidation Co.
FKA General Motors Corp.
Chapter 11 Case No. 09-50026 (REG)

I recently received (July 23, 2010) a court order granting Debtors' Fifth Omnibus Objecting to claims with insufficient documentation. Please see Exhibit A (pg. 3) claim # 12265.
I lost all documents during Hurricane Katrina. 8/2005
I am in the process of obtaining documents related to an on the job injury, which declared me disabled by GM.
I am requesting additional time to secure GM-related info. Enclosed is a copy of envelope with important court papers, I didn't receive just 7/23/2010
I am request compensation from back and neck injury that rendered me disabled. I did not have surgery (I elected not) Injury have progress to fibromyalgia. Early retirement, due to on the job injury has or did reduce my income and other pension benefits.

Sincerely,
Cheryl C. Green



claim # 12265

Could be 13894!! Thanks from 13891

Date 2/1/10 1st time
Date 2/18/10 2nd time

CHERYL C GREEN
PO BOX 13894
NEW ORLEANS LA 70185-3894

The Garden City Group, Inc
Motors Liquidation Company Claims Agent
P O Box 9386
Dublin, OH 43017-4286

IMPORTANT COURT PAPERS ENCLOSED
Return Service Requested



```
Cheryl C Green — Claim #12265
PO BOX 13894
NEW ORLEANS, LA 70185
```



Please review the enclosed important benefit information

Re: Motors Liquidation Co.
F/K/A General Motors Corp.
Chapter 11 Case No 09-50026 (REG)

Objection

I am forwarding documents as made available to me from GM on Nov, 1990 I sustained an on the job injury I am requesting 500,000. Injury Rendered Sincerely total and permanently disabled at age 42.

Cheryl C. Green



Claim # 12265

September 20, 2010

CHERYL C GREEN
PO BOX 13894
NEW ORLEANS, LA 70185-3894

GM Benefits & Services Center
gmbenefits com
1-800-489-4646
**International Access**
Dial AT&T Direct® Access Code, then
877-833-9900
**TDD Service for the Hearing Impaired**
1-877-347-5225

**RE: General Motors Retirement Program for Salaried Employees, "the Program"
Request for Retirement Paperwork, W039902-13SEP10**

Dear Cheryl C Green

This letter is in response to your recent inquiry to the GM Benefits & Services Center regarding Total & Permanent Disability (T&PD) paperwork

We regret to inform that we are unable to retrieve your original T&PD retirement paperwork at this time Nonetheless, we are confirming the below data pertaining to your retirement under the Plan Please be informed that we are legally required to only keep the paper data for a period of 7 years Please find the data pertaining to pension options in addition to the information listed below

- Date of Hire               11/01/1975
- Date of Termination        04/30/1992
- Benefit Commencement Date  05/01/1992
- Credited Service           16 0000 Years
- Vesting Service            16 0000 Years
- Date of Birth              11/15/1948
- Payment Option             Single Life Annuity

You may view the details of your benefit and account information on the NetBenefits™ web-site located at http //netbenefits fidelity com  We thank you for your understanding

If you have any additional questions, please call the GM Benefits & Services Center toll-free at 1-800-489-4646, Monday through Friday, between 7 30 A M and 6 00 P M , Eastern Time zone, to speak with a Customer Service Associate From outside the U S , dial your country's toll-free AT&T Direct® access number then enter 877-833-9900 In the U S., call 1-800-331-1140 to obtain AT&T Direct access numbers From anywhere in the world, access numbers are available online at www att com/traveler or from your local operator

Sincerely,

**GM Benefits & Services Center**

/ 1 ATTACHMENT



Cheryl C Green — Claim #12265
PO BOX 13894
NEW ORLEANS, LA 70185


THE GARDEN CITY GROUP, INC
OCT 15 2010

Please review the enclosed important benefit information

Re: Motors Liquidation Co.
F/K/A General Motors Corp.
Chapter 11 Case No 09-50026 (REG)

Objection

I am forwarding documents as made available to me from GM ON Nov, 1990 I sustained an on the job injury I am requesting 500,000. Ijury rendered Sincerely total and permanently disabled at age 42.

Cheryl C Green

Cheryl C Green — Claim #12265
PO BOX 13894
NEW ORLEANS, LA 70185



THE GARDEN CITY GROUP INC
OCT 15 2010

Please review the enclosed important benefit information

Re: Motors Liquidation Co.
F/K/A General Motors Corp.
Chapter 11 Case No 09-50026 (REG)

Objection

I am forwarding documents as made available to me from GM on Nov. 1990 I sustained an on the job injury I am requesting 500,000 injury rendered sincerely total and permanently disabled at age 42.

Cheryl C Green



Claim # 12265

September 20, 2010

CHERYL C GREEN
PO BOX 13894
NEW ORLEANS, LA 70185-3894

GM Benefits & Services Center
gmbenefits com
1-800-489-4646
International Access
Dial AT&T Direct® Access Code, then
877-833-9900
TDD Service for the Hearing Impaired
1-877-347-5225

RE: General Motors Retirement Program for Salaried Employees, "the Program"
Request for Retirement Paperwork, W039902-13SEP10

Dear Cheryl C Green

This letter is in response to your recent inquiry to the GM Benefits & Services Center regarding Total & Permanent Disability (T&PD) paperwork

We regret to inform that we are unable to retrieve your original T&PD retirement paperwork at this time Nonetheless, we are confirming the below data pertaining to your retirement under the Plan Please be informed that we are legally required to only keep the paper data for a period of 7 years Please find the data pertaining to pension options in addition to the information listed below

- Date of Hire            11/01/1975
- Date of Termination     04/30/1992
- Benefit Commencement Date  05/01/1992
- Credited Service        16 0000 Years
- Vesting Service         16 0000 Years
- Date of Birth           11/15/1948
- Payment Option          Single Life Annuity

You may view the details of your benefit and account information on the NetBenefits™ web-site located at http //netbenefits fidelity com   We thank you for your understanding

If you have any additional questions, please call the GM Benefits & Services Center toll-free at 1-800-489-4646, Monday through Friday, between 7 30 A M and 6 00 P M , Eastern Time zone, to speak with a Customer Service Associate From outside the U S , dial your country's toll-free AT&T Direct® access number then enter 877-833-9900 In the U S call 1-800-331-1140 to obtain AT&T Direct access numbers From anywhere in the world, access numbers are available online at www att com/traveler or from your local operator

Sincerely,

GM Benefits & Services Center



The Garden City Group, Inc.
Motors Liquidation Company Claims Agent
P.O. Box 9386
Dublin, OH 43017-4286

**IMPORTANT COURT PAPERS ENCLOSED**
Return Service Requested

CHERYL C GREEN
PO BOX 13894
NEW ORLEANS LA 70185-3894

APS0737049263    01793737

Return 7/23/2010

Could be 13894 !!    Thanks from 13891

Date 2/1/10
Date 2/18/10