Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :   09-50026 (REG)
       f/k/a General Motors Corp., *et al.*                 :
                                                            :
                         Debtors.                           :   (Jointly Administered)
                                                            :
-----------------------------------------------------------x


## NOTICE OF WITHDRAWAL OF OMNIBUS OBJECTIONS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that, the Motors Liquidation Company GUC Trust, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, hereby withdraws, without prejudice, the Omnibus Objections to Claims with respect to the Proofs of Claim listed below (the "**Claims**").

DOCSNY-502333

| Claim No. | Claimant | Omnibus Objection |
|---|---|---|
| 70280 | Terje Sorhaug | 165th Omnibus Objection |
| 36699 | Lammers Barrel Factors PRP Group | 208th Omnibus Objection |
| 59698 | ITW Food Equipment Group LLC | 208th Omnibus Objection |
| 59841 | Hobart Corporation | 208th Omnibus Objection |
| 59842 | Illinois Tool Works Inc. | 208th Omnibus Objection |
| 70471 | Cathy Sue Overstreet | 243rd Omnibus Objection |
| 70469 | Katlyn Overstreet | 243rd Omnibus Objection |
| 70470 | Megan Overstreet | 243rd Omnibus Objection |
| 70390 | Peggy Jernigan | 243rd Omnibus Objection |
| 71185 | Aranzuza Mejia | 245th Omnibus Objection |
| 71186 | Juan Carlos Mejia | 245th Omnibus Objection |
| 71187 | Maria Alejandra Mejia | 245th Omnibus Objection |
| 71188 | Aranzuza Mejia as Guardian of Lucas Mejia | 245th Omnibus Objection |
| 71189 | Aranzuza Mejia as Guardian of Santiago Mejia | 245th Omnibus Objection |
| 71190 | Aranzuza Mejia as Guardian of Nicolas Mejia | 245th Omnibus Objection |
| 71107 | Jeremy Delarosa c/o Sylvia Quinn | 245th Omnibus Objection |
| 71177 | Donald Warner c/o Joseph H. Howitt, Esq. | 245th Omnibus Objection |
| 64240 | Twayna Rorer | 258th Omnibus Objection |
| 60044 | Atlas Technologies | 258th Omnibus Objection |
| 70846 | Juanita Pickett | 267th Omnibus Objection |
| 18839 | Juanita Pickett | 267th Omnibus Objection |

2

Dated: New York, New York
      April 27, 2012

/s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust