## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE,

| | |
|---|---|
| **GENERAL MOTORS CORP., ET AL.,** | **CASE# 09-50026** |
| **DEBTORS.** | **CLAIM#69683** |

## NOTICE OF CLAIMANT SHERIF R. KODSY'S

## CHANGE OF PHONE NUMBER

Comes now claimant, Sherif Kodsy, herein as pro'se, as Kodsy, gives notice to all parties, that claimant's phone number has changed and the new number is 561-294-3046.

Claimant can be reached at the above listed telephone number for any and all future proceedings.



RECEIVED APR 27 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1

## CERTIFICATE OF SERVICE

ALL ASSERTIONS MADE IN THE FOREGOING OBJECTION AND REQUEST ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT A COPY WAS FILED AND SENT TO THE DEFENDANTS ATTORNEY OF RECORD, BY EMAIL AND U.S. MAIL ON APRIL 24, 2012 .

*[signature]*
**SHERIF RAFIK KODSY**
Individual/pro'se
**15968 LAUREL OAK CIRCLE**
**DELRAY BEACH FLORIDA 33484**
**561-294-3046**

COPY(S) TO:
WEIL, GOTSHAL & MANGES LLP.
200 CRECENT COURT
SUITE 300
DALLAS , TEXAS 75201-6950