Presentment Date and Time: May 14, 2012 at 12:00 p.m. (Eastern Time)
Response Deadline: May 14, 2012 at 11:30 a.m. (Eastern Time)

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                     :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                      :
                                                              :
                                    Debtors.                  :    (Jointly Administered)
                                                              :
-------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 71249 FILED BY MARJORIE A. CREAMER

**PLEASE TAKE NOTICE** that, the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan dated March 18, 2011, will present the attached Order granting the GUC Trusts' Objection to Proof of Claim No. 71249 filed by Marjorie A. Creamer(the **"Proposed Order"**) to the Honorable Robert E. Gerber, United States Bankruptcy Judge, for signature on **May 14, 2012 at 12:00 noon (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Order must be made in writing and received (i) in the Bankruptcy Judge's chambers at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 and (ii) by Dickstein Shapiro LLP, attorneys for the GUC Trust,

1633 Broadway, New York, New York 10019 (Attn: Stefanie Birbrower Greer, Esq., and Barry N. Seidel, Esq.), not later than **May 14, 2012 at 11:30 a.m. (Eastern).** Unless objections are received by that time, the GUC Trust may submit the Proposed Order to the Bankruptcy Court, which may be entered with no further notice or opportunity to be heard to any party.

Dated: New York, New York
      April 30, 2012

                                      /s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

2

Presentment Date and Time: May 14, 2012 at 12:00 p.m. (Eastern Time)
Response Deadline: May 14, 2012 at 11:30 a.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 : 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : 09-50026 (REG)
f/k/a General Motors Corp., *et al.* : 
 : 
Debtors. : (Jointly Administered)
 : 
------------------------------------------------------------x

**ORDER GRANTING OBJECTION TO PROOF OF**
**CLAIM NO. 71249 FILED BY MARJORIE A. CREAMER**

Upon the objection to Proof of Claim Number 71249 (the "**Claim**") filed by Marjorie A. Creamer dated March 22, 2012 (the "**Objection**") (ECF. No. 11535), of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), seeking entry of an order disallowing and expunging the Claim on the basis that such claim seeks recovery of an amount for which the Debtors are not liable, as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the letters filed by Ms. Creamer prior to the filing of the Objection (ECF Nos. 11326, 11345, and 11455) and the response to the Objection filed by Ms. Creamer (ECF. No. 11622); and the Court at the hearing on the Objection on April 26th, 2012 (the "**Hearing**") having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Objection establish just cause for the relief granted herein; and upon the record, including findings of fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

       ORDERED that the relief requested in the Objection is granted; and it is further

       ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claim is disallowed and expunged; and it is further

       ORDERED that, to the extent Ms. Creamer files any further pleadings, claims, or otherwise takes action against the Debtors or the GUC Trust in this Court, neither the Debtors nor the GUC Trust shall be required to file a response or take any action unless directed by this Court; and it is further

       ORDERED that the time to appeal runs from the date this order is entered; and it is further

       ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       _____, 2012

       _____
       United States Bankruptcy Judge

DOCSNY-503069