Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Motors Liquidation
Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                             :     **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*,         :     **09-50026 (REG)**
           f/k/a General Motors Corp., *et al.*   :
: 
                              Debtors.            :     (Jointly Administered)
: 
------------------------------------------------------------x

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD TO BE PRESENTED ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Motors Liquidation Company GUC Trust ("the **GUC Trust**"), as appellee, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), respectfully submits the following designation of additional items (the "**Additional Designated Items**") to be included in the record of the appeal filed by Dimitrios S. Marangos (the "**Appellant**") of the Bankruptcy Court's decision read into the record at the hearing held on March 1, 2012 (Docket No. 11506) and the related Order dated March 19, 2012 (Docket No. 11529).  The GUC Trust requests that the Additional Designated Items be included in the record to be presented on appeal to the District Court for the Southern District of New

York in addition to the items designated by Appellant (Docket No. 11614). The GUC Trust reserves the right to seek clarification of the statement of issues raised on appeal and to further supplement the record if necessary.

## ADDITIONAL DESIGNATED ITEMS[1]

### Case No. 09-50026 (REG)

| Item | Date | Docket No. | Description |
|---|---|---|---|
| 1. | 1/26/12 | 11350 | Objection to Proof of Claim No. 61381 by Dimitrios Marangos, filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust |
| 2. | 2/22/12 | 11436 | Response (related document(s) 11350) filed by Dimitrios S. Marangos |
| 3. | 2/24/12 | 11448 | Reply to Response to Objection to Proof of Claim No. 61381 filed by Dimitrios Marangos (related document(s) 11350) filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust |
| 4. | 2/27/12 | 11459 | Amended Reply to Response to Objection to Proof of Claim No. 61381 filed by Dimitrios Marangos (related document(s) 11350) filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust |
| 5. | 3/2/12 | 11506 | Transcript regarding Hearing Held on 03/01/2012 9:45 AM regarding Objection to Proof of Claim No. 61381 by Dimitrios Marangos |
| 6. | 3/19/12 | 11529 | Order Granting Objection to Proof of Claim No. 61381 by Dimitrios Marangos |
| 7. | 3/30/12 | 11613 | Notice of Appeal (related document(s) 11529) filed by Dimitrios S. Marangos |
| 8. | 4/12/12 | 11614 | Statement of Issues and Designation of Items (related document(s) 11613) filed by Dimitrios S. Marangos |

---

[1] To the extent any of the below listed documents contain exhibits or attachments that are not specifically designated, all such exhibits and attachments are included in this designation.

Dated: New York, New York
April 30, 2012

/s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

3