PREET BHARARA
United States Attorney for the
Southern District of New York
DAVID S. JONES
NATALIE N. KUEHLER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2741
Facsimile:  (212) 637-2750
Email: natalie.kuehler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
                                                                 :
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,                            :   Case No. 09-50026 (REG)
    f/k/a/ GENERAL MOTORS CORP., *et*                            :
    *al.*,                                                       :   Jointly Administered
                                                                 :
                Debtors.                                         :
                                                                 :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF LODGING OF PROPOSED LOWER LEY CREEK NON-OWED SITE
CONSENT DECREE AND SETTLEMENT AGREEMENT BETWEEN THE GUC TRUST,
THE STATE OF NEW YORK, AND THE UNITED STATES OF AMERICA**

The United States of America hereby lodges with the Court the proposed Lower Ley Creek Non-Owned site Consent Decree and Settlement Agreement (the "Lower Ley Creek Settlement Agreement") attached hereto as Exhibit 1.  The Lower Ley Creek Settlement Agreement has been executed by all parties.

The United States requests that the Court not approve the proposed Lower Ley Creek Settlement Agreement at this time.  Notice of the lodging of the proposed Lower Ley Creek Settlement Agreement will be published in the *Federal Register*, following which the United States Department of Justice will accept public comments on the proposed Lower Ley Creek

Settlement Agreement for a 30-day period. After the conclusion of the public comment period, the United States will file with the Court any comments received, as well as responses to the comments, and at that time, if appropriate, will request that the Court approve the proposed Lower Ley Creek Settlement Agreement.

Dated: New York, New York
April 30, 2012

        PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for the United States of America

By:    */s/ Natalie N. Kuehler*
DAVID S. JONES
NATALIE N. KUEHLER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2741
Facsimile: (212) 637-2750
Email: natalie.kuehler@usdoj.gov