PREET BHARARA
United States Attorney for the
Southern District of New York
DAVID S. JONES
NATALIE N. KUEHLER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:   (212) 637-2741
Facsimile:   (212) 637-2750
Email: natalie.kuehler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
                                                                :
                                                                :
In re:                                                          :       Chapter 11
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :       Case No. 09-50026 (REG)
        f/k/a/ GENERAL MOTORS CORP., *et*                       :
*al.*,                                                          :       Jointly Administered
                                                                :
                        Debtors.                                :
                                                                :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**NOTICE OF LODGING OF PROPOSED STIPULATION AND AGREED**</u>
<u>**ORDER BETWEEN THE GUC TRUST AND THE UNITED STATES OF AMERICA**</u>

        The United States of America hereby lodges with the Court the proposed Stipulation and

Agreed Order between the GUC Trust and the United States of America (the "Stipulation and

Proposed Order") attached hereto as Exhibit 1.   The Stipulation and Proposed Order has been

executed by all parties.

        The United States requests that the Court not approve the Stipulation and Proposed Order

at this time, but will request that the Court approve it simultaneously with the proposed Lower Ley

Creek Settlement Agreement that was also lodged today if, after the public comment period, the

United States determines that it is appropriate to seek entry of that Settlement Agreement.

Dated:    New York, New York
          April 30, 2012

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for the United States of America

By:    _____/s/ Natalie N. Kuehler_____
       DAVID S. JONES
       NATALIE N. KUEHLER
       Assistant United States Attorneys
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone:   (212) 637-2741
       Facsimile:   (212) 637-2750
       Email: natalie.kuehler@usdoj.gov