**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

Renea Gargiulo, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 30th day of April, 2012, I served a copy of:

- NOTICE OF FILING OF ANNUAL REPORT AND ACCOUNT OF THE MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2011, and

- ANNUAL REPORT AND ACCOUNT OF THE MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2011

by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon the attached service list.

/s/Renea Gargiulo
Renea Gargiulo

Sworn to and subscribed before me this
30th day of April, 2012

/s/Patrick J. Orr
Notary Public

## Service List

John D. Cooney, Esq.
Cooney and Conway
120 N. LaSalle Street, 30th Fl.
Chicago, IL 60602-6412
Fax: (312) 551-6759
jcooney@cooneyconway.com

Perry Weitz, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Fax: (212) 344-5461
pweitz@weitzlux.com

Hon. Dean M. Trafelet (Ret.)
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202
Fax: (920) 839-9438
dtrafelet@sbcglobal.net

Andrew Kress, LLP
Kaye Scholer
425 Park Avenue
New York, NY  10022-3598

Steven Kazan, Esq.
Kazan, McClain, Lyons, Greenwood
& Harley, PLC
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Fax: (510) 835-4913

Hon. Dean M. Trafelet (Ret.)
50 West Schiller
Chicago, IL 60610
Fax: (312) 335-8015

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004