| 271st Omnibus Objection | | **Exhibit A** | | | **Motors Liquidation Company, et al.** |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ESTA PERDUE<br>715 S PORTLAND ST<br>BRYAN, OH 43506-2060 | 5722 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000,000.00  (U)<br>$4,000,000.00  (T)<br>Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINDA BERTANZETTI<br>44344 STATE ROUTE 517<br>COLUMBIANA, OH 44408-9571 | 15437 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$421,668.67  (U)<br>$421,668.67  (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MYERS, JIMMIE<br>2727 E WYNNTON LN<br>COLUMBUS, GA 31906-2166 | 19483 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NAZAREEN WARD<br>2038 85TH AVE<br>OAKLAND, CA 94621<br>UNITED STATES OF AMERICA | 14949 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T)<br>Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STRALEY, THOMAS J<br>3429 FOREST RIDGE DR<br>SPRING GROVE, IL 60081-8630 | 61147 | Motors Liquidation Company | $25,000.00  (S)<br>$0.00  (A)<br>$75,000.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 271st Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIAM C GRAY<br>PO BOX 319<br>COUNCE, TN 38326 | 70811 | Motors Liquidation Company | $0.00 (S)<br>$42,968.74 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$42,968.74 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WOITTE, RICHARD A<br>6715 W 175TH AVE<br>EDEN PRAIRIE, MN 55346-2138 | 49685 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 7 | | $25,000.00 (S)<br>$42,968.74 (A)<br>$75,000.00 (P)<br>$5,921,668.67 (U)<br>$6,064,637.41 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.