| 273rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALLEN PATRICE<br>ALLEN, PATRICE / RAYMOND MASER ATTY<br>183 W MARKET ST SUITE 300<br>WARREN, OH 44481 | 15563 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COLEMAN GRADY<br>C/O DEBORAH L GORDON, ESQ<br>33 BLOOMFIELD HILLS PKWY STE 275<br>BLOOMFIELD HILLS, MI 48304-2909 | 43439 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DALE E VANDERBUR<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY, LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024 | 67017 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DENT NELL<br>C/O LAW OFFICE SCOTT E COMBS<br>27780 NORI RD SUITE 105<br>NOVI, MI 48377-3427 | 62204 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T)<br>Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONNA BLYZE<br>C/O HERMAN L JIMERSON<br>225 S MERAMEC AVE, STE 508<br>ST LOUIS, MO 63105 | 44407 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$200,000.00 (P)<br>$0.00 (U)<br>$200,000.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

273rd Omnibus Objection **Exhibit A** <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FELICIA A SORENSEN<br>PO BOX 58<br>ATTICA, MI 48412-0058 | 46241 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FELICIA A. SORENSEN<br>PO BOX 58<br>ATTICA, MI 48412-0058 | 46239 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,600.00 (U)<br>$59,600.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GIORDANO, JOHN A<br>C/O PAMELA C BRATCHER<br>PO BOX 130<br>BOWLING GREEN, KY 42102-0130 | 49691 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JONES, PEARLY M<br>168 BRANCH ST<br>LOCKPORT, NY 14094-8930 | 69398 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,000.00 (U)<br>$45,000.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARK VERMEERSCH<br>216 E RANDOLPH ST<br>LANSING, MI 48906-4043 | 19821 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84,172.18 (U)<br>$84,172.18 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PIKE, RANDY<br>MEIER RICHARD A<br>30300 NORTHWESTERN HWY SUITE 320<br>FARMINGTON HILLS, MI 48334-3255 | 9198 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$90,000.00 (U)<br>$90,000.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

273rd Omnibus Objection        Exhibit A        **Motors Liquidation Company, et al.**
        Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STUBBS, MIA F<br>3613 QUAIL HIGH BLVD<br>MORRISVILLE, NC 27560-7019 | 3236 | Motors Liquidation Company | $45,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$70,000.00 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THE MASTROMARCO FIRM<br>ATTY FOR GERALD HAYNOR<br>1024 N. MICHIGAN AVE<br>SAGINAW, MI 48602-4325 | 51383 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,000.00 (U)<br>$75,000.00 (T)<br>Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WICE HARVEY<br>50 CROCKER BLVD, SUITE 100<br>MOUNT CLEMENS, MI 48043-2580 | 30947 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T)<br>Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILSON, MARK S<br>JONES, MARK S<br>400 TRAVIS ST STE 1309<br>SHREVEPORT, LA 71101-3129 | 39459 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,999.99 (U)<br>$49,999.99 (T) | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WIRTH THOMAS<br>WIRTH, THOMAS<br>27780 NOVI RD STE 105<br>NOVI, MI 48377-3427 | 45159 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T)<br>Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

273rd Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 16 | | $45,000.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $200,000.00 | (P) | | |
| | | | $7,603,772.17 | (U) | | |
| | | | $7,848,772.17 | (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.