**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
:
In re                                               :          **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*          :          **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*       :
:
                                     **Debtors.**  :          **(Jointly Administered)**
:
--------------------------------------------------------------x

### <u>ORDER GRANTING 275TH OMNIBUS OBJECTION TO CLAIMS</u>
#### (Workers' Compensation Claims in Retained States – Oklahoma)

Upon the 275th omnibus objection to claims, dated March 23, 2012 (the "**275th**

**Omnibus Objection to Claims**"),[1] of the Motors Liquidation Company GUC Trust (the "**GUC**

**Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with

the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be

amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b)

of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures

for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the

Workers' Compensation Claims on the grounds that such claims seek recovery of amounts for

which the Debtors are not liable, all as more fully described in the 275th Omnibus Objection to

Claims; and due and proper notice of the 275th Omnibus Objection to Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 275th Omnibus Objection to Claims.

found and determined that the relief sought in the 275th Omnibus Objection to Claims is in the

best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the 275th Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 275th Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be*

*Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to any claim listed on Exhibit "A" annexed to the 275th Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
    <u>*May 1, 2012*</u>

                                    <u>*s/ Robert E. Gerber*</u>
                                    United States Bankruptcy Judge

US_ACTIVE:\43792420\4\72240.0639