| 275th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| BETTY J SMITH<br>5361 HICKORY LN<br>NEWALLA, OK 74857-8399<br>State of Workers' Compensation Claim:   Oklahoma | 67802 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$6,837.00   (P)<br>$0.00   (U)<br>$6,837.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAYNA L UNDERWOOD<br>6900 E 576 RD<br>CATOOSA, OK 74015-6541<br>State of Workers' Compensation Claim:   Oklahoma | 62525 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM LOCKE<br>116 PARKWOODS CT<br>NOBLE, OK 73068-9399<br>State of Workers' Compensation Claim:   Oklahoma | 16386 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00   (U)<br>$10,000.00   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **3** | | **$0.00**   (S)<br>**$0.00**   (A)<br>**$6,837.00**   (P)<br>**$10,000.00**   (U)<br>**$16,837.00**   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.