**Hearing Date:** May 15, 2012 at 9:45 AM (ET)
**Objection Deadline:** May 8, 2012 by 5:00 PM (ET)

Edward S. Donini, Esq.
P.O. Box 605
New Smyrna Beach, FL 32170
(386) 760-1941

*Counsel to Richard and Elise Birdsall*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____x

In re

MOTORS LIQUIDATION COMPANY
f/k/a GENERAL MOTORS CORP, *et al.*,

     Debtors.
_____x

Chapter 11 Case No.

09-50026 (REG)
(Jointly Administered)

JUDGE ROBERT E. GERBER
CLAIM NUMBERS:
7617, 7618, 58954, & 65890

## CLAIMANTS' WITHDRAWAL OF THEIR PENDING MOTION TO ENFORCE SETTLEMENT SET FOR MAY 15, 2012

PLEASE TAKE NOTICE:

1. That Claimants, Richard and Elise Birdsall, by and through their undersigned attorney hereby WITHDRAW Their Pending Motion To Enforce Settlement, For An Order Compelling Two Stock Distributions And To Extend Time For Filing Voluntary Dismissal Of Injury Case, said motion having been filed and served on April 13, 2012 and was scheduled to be heard on May 15, 2012.

2. This Withdrawal is based upon the fact that the debtor, through its agent, Wilmington Trust Co., has issued stock and stock warrants to the

1

designated investment account set up and owned by claimants and their undersigned attorney at TD Ameritrade.

3. This WITHDRAWAL is made without prejudice, in the event that Claimants' Attorney later finds probable cause that the debtor or its agents violated the Settlement Agreement in the future.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that the original of this Withdrawal of Motion has been served upon Vito Genna, Clerk of the U.S. Bank. Court, Southern Dist. of New York, One Bowling Green, New York City, N.Y. 10004 and that copies were served upon all the below-listed parties electronically, May 3, 2012.

1. The Garden City Group, Inc., ATTN: Motors Liquidation Co. Claims Processing, 5151 Blazer Parkway, Suite A., Dublin, Ohio, 43017;
2. Attorneys for the Debtor, Weil, Gotshal & Manges, Esqs., 767 Fifth Ave., New York City, NY 10153, Fax # 212-310-8007;
3. Office of the U.S. Trustee, Assistant Trustee Brian Masumoto, Esq., 33 Whitehall Street, 21st Floor, New York City, NY 10004;
4. Attorneys for the Committee of Unsecured Creditors, Kramer, Levin, Esqs., 1177 Avenue of the Americas, New York City, NY 10036.
5. All listed parties and entities.

EDWARD S. DONINI, ESQ.
/s/ Edward S. Donini, Esq.
P.O. Box 605
New Smyrna Beach, FL 32170
Tel.: (386) 760-1941
Fla. Bar # 0984787
Attorney for Creditors Richard and Elise Birdsall