Form Confirmation

Nationals us are POC #70464 And all other US Bankruptcies Claims and all dockets of the plantiffs everywhere included all ways.

# Form Confirmation

Also please see the most recent searches results for Michigan General on all USPTO Websites databases - all included also.

Thank you for submitting the following information:

Q1: Appellant
Q2:
Q3: !!!general motors corporation us bankruptcies & michigan general and ...http://www.stanford.edu/search/?cx=003265255082301896483%3Asq5n7qoyfh8&cof=FORID%3A9&ie=UTF-8&q=michigan+general&as_dt=i&as_sitesearch=securities.stanford.edu&sa=Search...
Q4:
Q5: Monetary damages
Q6:
Q7:
Q8:
Q9A:
Q9B:
Q9C:
Q9D:
Q9E:
Q9F:
Q9G:
Q9H:
Q10:
Q11:
Q13: b e smith and all others

RECEIVED
MAY - 2 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

All legal ease all exchangeably automatically. All Legal and equitable documents enclosed all ways transferred to all Internationals and all Nationals US courts Official Forms - all completed. After usage please include all documents enclosed all full versions to and onto the plantiffs federal pacer account. so0789 Fed: 5-cv-4459 & POC #70464 General motors & All other US Bankruptcies.

All Full versions all updates timely included all ways.

Also Page 1 of 8. All dockets of the plantiffs and flashdrive contents included all ways everywhere.

**Q9**

!!!general motors corporation us bankruptcies & michigan general and ...http://www.stanford.edu/search/?cx=003265255082301896483%3Asq5n7qoyfh8&cof=FORID%3A9&ie=UTF-8&q=michigan+general&as_dt=i&as_sitesearch=securities.stanford.edu&sa=Search...

**Q9I**

!!!general motors corporation us bankruptcies & michigan general and ...http://www.stanford.edu/search/?cx=003265255082301896483%3Asq5n7qoyfh8&cof=FORID%3A9&ie=UTF-8&q=michigan+general&as_dt=i&as_sitesearch=securities.stanford.edu&sa=Search...

**Q12**

!!!general motors corporation us bankruptcies & michigan general and ...http://www.stanford.edu/search/?cx=003265255082301896483%3Asq5n7qoyfh8&cof=FORID%3A9&ie=UTF-8&q=michigan+general&as_dt=i&as_sitesearch=securities.stanford.edu&sa=Search... LEGAL AND EQUITABLE FEDERALS & INTERNATIONALS eDocuments according to the egovernment act of 2002 and all other internationals and nationals laws to be legally and equitably answered in writings in and by one months time. All edocuments all transferred in all ways to all Official & all International Forms On & In All Behalfs Of The Plantiffs Only-Thanks! opinions and observations !!!! fed5cv4457 and poc70464 inclusions.All legal and all equitable ease and typings all ways all transferred onto and in all Officials nationals and internationals and all other forms and documents –all ways all in and on all behalfs of the plantiffs only. Now revised and all added also.Please answer what is known and/or easily discovered-thanks! possibly easier to read,legally and equitably act upon these legal and equitable edocuments according to ALSO The egovernment Act of 2002 (all laws) from bottom to top. last legal date below:05 31 2012 -03 14 2012 After all usages please upload to federal pacer account id:so0789 if possible.Thanks! Also,all Process Receipt and return (please see attachments of the same also)all legal and equitable documents(all ways) all are legally and equitably retroactive (back in time) of all legal dates of all the plantiffs filings and all ways and all motions and all petitions to all us courts and all courts and all others to enforce all legal and equitable documents served and eserved all ways.All legal and equitable documents in any and all ways according to the eGovernment Act OF 2002 and all other nationals and internationals laws in any and all ways. Also revised and added to from the last legal efilings-all legally and equitably completed:OPINIONS AND OBSERVATIONS. THE PLANTIFFS ARE DEFINITELY NOT RESPONSIBLE FOR ANY AND ALL MISINFORMATIONS!All legal and all equitable corrections and all legal additions in all legal and equitable united states courts dockets and all legal filings (all ways and in all locations): all legal ease in any and all ways all are legally and automatically transferred to all official federal forms/documents in any and allways. Now placed on top of this form/legal document also.Also,now revised and all retroactive if not completed (all ways) before all Motions and all Petitions to use all Flashdrive legal and equitable contents in any and all ways on all legal and equitable behalfs of the plantiffs only and all their contents as well as black books of all legal and equitable notes based on all research if correct also are legally and equitably entered with all their legal and equitable contents and all sending and all possible esending of all flashdrive contents in any and all ways. For legal and equitable examples also: pdfs-all names and all annual reports contents and all sec-all names contents and all other possible ways even all flashdrives with all legal and equitable contents mailed via and by us postal service mail also. Fed:5cv4457 and all others and poc#70464 and Borders group (all names) bankruptcy and Blockbuster (all names) and all other bankruptcies in the past that the plantiffs were past over by if correct are legally and equitably included and all other us courts dockets and all lehigh county pa and all entities all surrounding and all within. Shortened official federal legal document (all ways). all legal ease (all ways) is automatically transferred to all Official federal subpoenas and summons forms-all legally and equitably completed. All opinions and observations. The plantiffs are not responsible for any/all misinformations. All recent united states mailings of all legal and equitable documents sent all ways and especially all official forms/legal documents all legally completed with all legal ease (all ways) also all official federal legal documents attached all herewithin and all throughout and all legal ease herewithin and all throughout also automatically transferred to all official federal legal and equitable documents.All websites contents especially and also as follows are legally and equitably included also: All legal and equitable questions all legally typed all herewithin and all surronding all legally and all equitably applies to all possible entities and all possible indivdiduals all eserved,served,contacted,legally efiled to (all and any ways) to be legally answered if known in all legal writings by one months time to the united states supreme court.All legally and equitably continued from all past legal efilings also: for legal and equitable examples of 08-28-2011 through 07-27-2011 also. All legal ease (all ways) is automatically transferred to all Official federal subpoenas and summons forms-all legally and equitably completed. All opinions and observations. The plantiffs are not responsible for any/all misinformations. All recent united states mailings of all legal and equitable documents sent all ways and especially all official forms/legal documents all legally completed with all legal ease (all ways) also all official federal legal documents attached all herewithin and all throughout and all legal ease herewithin and all throughout also automatically transferred to all official federal legal and equitable documents.All websites contents especially and also as follows are legally and equitably included also: All legal and equitable questions all legally typed all herewithin and all surronding all legally and all equitably applies to all possible entities and all possible indivdiduals all eserved,served,contacted,legally efiled to (all and any ways) to be legally answered if known in all legal writings by one months time to the united states supreme court.All legally and equitably continued from all past legal efilings also: for legal and equitable examples of 08-28-2011 through 07-27-2011 also. All legal and equitable ease in any and all ways and everywhere of the plantiffs legally and equitable stands corrected and added to with all websites insertions of all legal edocuments (in any and all ways-all legally and equitably completed) and all of the same legal edocuments and all US Courts and all others dockets of the plantiffs are all legally and equitably transferred to all official forms and also all legal and equitable attachments as esent in all and from all legal efilings accounts in Yahoo (in any and all ways) and all other ways if applicable. All previously aka in the past and in the present and in the future legal and equitable writings and typings (all forms of all communications is again legally and equitably attached and all legally and equitably bound in any and all ways,if involved in any and all ways also. All legal ease in any and all ways all legally and equitably typed and legally and equitably questioned all herewithin and all surronding applies to all entities and all possible individuals esent to in any and all ways,all known factual replies in all legal and equitable writings to the us courts as legally and equitably typed all herewithin and all surronding as legally and equitably requested all herewithin and all surronding also.Nobody is above the law even U S states and all possible duals interests and all possible duals jobs personnel all within and all surronding ,if correct.All legal and equitable ease in any and all ways is automatically transferred to all official federals and official u s states and all other officials forms all legally and equitably filled in and all legally and equitably completed according to all and any laws and American & International laws & principles.All international and all national laws also are legally and equitably included in any and all times.All previously filed and all legal and equitable notes and all the plantiffs courts (all ) dockets in tact

BES & all others (A Class Action All Homeless) ← All signed all ways. All enclosed documents all ways all docket numbers, legal date and signatures all ways on of the plantiffs.

4/29/2012 Fedi 5-W-4457 And POC [illegible] Pg 2 of 8

Internationals and All Nationals Dockets and Claims of the plaintiffs everywhere, Motion and Petition to include all losses due to no legal and equitable remedies, It warrant.

All signed & cosigned on bottom ← All signed (A class Action All Holdings) all ways)

BE [signature] all ow

740-17164-15

04/26 PAYMENT ON ACCOUNT 250.00

TOTAL 250.00

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**Scottrade**

12800 Corporate Hill Dr.
St. Louis, Missouri 63131-1834

US Bank N.A.
Memphis, Missouri
www.usbank.com

80-1769
815

5561663

37E 740-17164-15

PAY ONLY $250DOLLARS AND 00CENTS

DATE 04/26/2012

AMOUNT $250.00

VOID AFTER 90 DAYS

PAY TO THE ORDER OF

BEVERLEY E SMITH
151 W MOUNTAIN RD APT 5
ALLENTOWN PA 18103-5866

SCOTTRADE, INC.

[signature]

Authorized Signature

⑈5561663⑈ ⑆081517693⑆ 3500705839⑈

Fed: 5-CV-44577 & POC #70464 And all Internet websites and all Networks Defendants of the Plaintiffs. Even possible law firms, lawyers it associated, it involved Also Page 306 8 and it related to Nolo Press and all securities, it involved

MSRB
Municipal Securities
Rulemaking Board

All full contents included all ways it involved all ways every where

This is a complete list of all broker-dealers registered with the MSRB as of 4/25/2012 6:02:28 PM Eastern.

Click here to download this list in Excel (XLS) format

| MSRB Number | Company Name | State | Registrant Type |
|---|---|---|---|
| A5255 | ConvergEx Execution Solutions LLC | NY | Broker Dealer |
| A4779 | 1st Discount Brokerage, Inc. | CA | Broker Dealer |
| A4432 | 1st Global Capital Corp | TX | Broker Dealer |
| A6607 | 1st Worldwide Financial Partners, LLC | GA | Broker Dealer |
| A4892 | A. BRIDGE - Realvest Securities Corp. | NJ | Broker Dealer/Municipal Advisor |
| A6373 | A.P. Securities, Inc. | NY | Broker Dealer |
| A4327 | Abacus International Capital | NY | Broker Dealer |
| A4454 | Abacus Investments, Inc. | WI | Broker Dealer |
| A3048 | Abel/Noser Corp. | NY | Broker Dealer |
| A0005 | Abner, Herrman & Brock, LLC | NJ | Broker Dealer |
| A6717 | Abramson Financial, LLC | NY | Broker Dealer |
| A6224 | ACA/Prudent Investors Planning Corporation | NJ | Broker Dealer |
| A3858 | Academy Securities, Inc. | NY | Broker Dealer/Municipal Advisor |
| A4335 | Access Financial Group, Inc. | IL | Broker Dealer |
| A5363 | ACGM, Inc. | NY | Broker Dealer |
| A6746 | ACP Securities, LLC | FL | Broker Dealer |
| A7076 | Actinver Securities, Inc. | TX | Broker Dealer |
| A5605 | Adirondack Trading Group LLC | NY | Broker Dealer |
| A6131 | Advance Capital Services, Inc. | MI | Broker Dealer |
| A6783 | Advanced Advisor Group,LLC | MN | Broker Dealer |
| A5624 | Advanced Equities, Inc. | IL | Broker Dealer |
| A6855 | Advantage Securities LLC | IL | Broker Dealer |
| A5434 | Advisors Asset Management, Inc. | CO | Broker Dealer |
| A6867 | Advisors Clearing Network, Inc. | CA | Broker Dealer |
| A5235 | Advisory Group Equity Svcs Ltd | MA | Broker Dealer |
| A7122 | Advoca Securities, LLC | OH | Broker Dealer/Municipal Advisor |
| A3490 | Aegis Capital Corp. | NY | Broker Dealer |
| A2999 | Aegis Investments, Inc. | MN | Broker Dealer |
| A6044 | Affinity Investment Services | NJ | Broker Dealer |
| A4951 | AG BD LLC | NY | Broker Dealer |
| A7017 | Agency Trading Group, Inc. | MN | Broker Dealer |
| A5889 | AJ Pace & Co., Inc. | NY | Broker Dealer |
| A7015 | AK Capital LLC | NY | Broker Dealer |
| A3686 | Alamo Capital | CA | Broker Dealer |
| A0538 | Albert Fried & Co. | NY | Broker Dealer |
| A4524 | Alerus Securities | ND | Broker Dealer |
| A5312 | Aletheia Securities, Inc. | CA | Broker Dealer |
| A6968 | Alexander Capital, L.P. | NY | Broker Dealer |
| A6379 | Alexander Investment Services Co. | KY | Broker Dealer |
| A0022 | Allegheny Investments, Ltd. | PA | Broker Dealer |
| A5754 | Allegiance Capital, LLC, DBA Richard Brothers, Financial Advisors | ME | Broker Dealer |
| A0024 | Allen & Company LLC | NY | Broker Dealer/Municipal Advisor |
| A0025 | Allen & Company of Florida,Inc | FL | Broker Dealer |
| A7168 | Allen C. Ewing & Co. | FL | Broker Dealer |
| A6805 | Allen, Mooney & Barnes Brokerage Srvs, LLC | GA | Broker Dealer |
| A3906 | Alliance Financial Group, Inc. | TX | Broker Dealer |
| A5694 | AllianceBernstein Investments, Inc. | NY | Broker Dealer |
| A0166 | Alliant Securities Inc. | WA | Broker Dealer |
| A5968 | Allianz Global Investors Distributors LLC | NY | Broker Dealer/Municipal Advisor |

Bth & all am

STANFORD LAW SCHOOL
# SECURITIES CLASS ACTION CLEARINGHOUSE
IN COOPERATION WITH CORNERSTONE RESEARCH

## Company and Case Information

IMPORTANT INFORMATION | INDEX OF FILINGS | SEARCH

- Home
- Index of Filings
- News and Press Releases
- Filings
- Decisions
- Settlements
- Litigation Activity Indices
- Top Ten List
- Annual/Quarterly Updates
- Clearinghouse Research
- Articles & Papers
- Search
- Related Sites
- About Us
- Local Rules
- Sponsors
- Register

Copyright (c) 2001
Stanford Law School

## Value America , Inc.

SEARCH CASE COURT FILINGS

**Summary:** The complaint alleges violations of Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. On or about April 8, 1999, Value America commenced an initial public offering of 5,500,000 of its shares of common stock at an offering price of $23.00 per share (the "Value America IPO"). In connection therewith, Value America filed a registration statement, which incorporated a prospectus (the "Prospectus"), with the SEC. The complaint further alleges that the Prospectus was materially false and misleading because it failed to disclose, among other things, that: (i) Robertson Stephens had solicited and received excessive and undisclosed commissions from certain investors in exchange for which Robertson Stephens allocated to those investors material portions of the restricted number of Value America shares issued in connection with the Value America IPO; and (ii) Robertson Stephens had entered into agreements with customers whereby Robertson Stephens agreed to allocate Value America shares to those customers in the Value America IPO in exchange for which the customers agreed to purchase additional Value America shares in the aftermarket at pre-determined prices.

INDUSTRY CLASSIFICATION:
**SIC Code:** 5990
**Sector:** Services
**Industry:** Retail (Catalog & Mail Order)

| | |
|---|---|
| COMPANY/ISSUER NAME: | **Value America , Inc.** |
| COMPANY/ISSUER TICKER: | **VUSA** |
| COMPANY WEBSITE: | **http://www.valueamerica.com** |

**FIRST IDENTIFIED COMPLAINT IN THE DATABASE**
**Wolfe, et al. v. Value America, Inc., et al.**

| | |
|---|---|
| COURT: **S.D. New York** | DOCKET NUMBER: **01-CV-05739** |
| JUDGE NAME: **Magistrate Judge Frank Maas** | |
| DATE FILED: **06/21/2001** | SOURCE: **Business Wires** |
| CLASS PERIOD START: **04/08/1999** | CLASS PERIOD END: **12/06/2000** |
| TYPE OF COMPLAINT: **Unamended/Unconsolidated** | |
| PLAINTIFF FIRMS IN THIS OR SIMILAR CASE: | |
| • Milberg Weiss Bershad Hynes & Lerach LLP (New York, NY)<br>One Pennsylvania Plaza, New York, NY, 10119-1065<br>(voice) 212.594.5300, (fax) ,<br>• Seeger Weiss LLP (New York)<br>One William Street, New York, NY, 10004<br>(voice) 212.584.0700, (fax) , info@seegerweiss.com | |
| TOTAL NUMBER OF PLAINTIFF FIRMS: **2** | |

| | |
|---|---|
| DOCUMENTS FOR THE FIRST IDENTIFIED COMPLAINT | |
| **Class Action Complaint for Violations of the Federal Securities Laws** | |
| Type: Complaint | Date on the document: 06/21/2001 |

**REFERENCE COMPLAINT**
**In Re Value America, Inc. Initial Public Offering Securities Litigation**

| | |
|---|---|
| COURT: **S.D. New York** | DOCKET NUMBER: **01-CV-05739** |

Fed: 5-Ways 1969 and All Internationals and All Nationals Courts/Entities Dockets on the Plantiffs. Even again all Book exclusions contents all ways Facts on Bill, Brands, Who Owns what 1986 (all dates) also included all ways, it is solved all ways. All versions, volumes, all editions, all ways included

4/25/2012 Also Page 5 of 8

STANFORD
GRADUATE SCHOOL OF BUSINESS
Career Management Center

# Stanford GSB Recruiting Organizations, 2010–2011

The following recruiting organizations hired Stanford MBAs (in red) and/or participated in one or more of the following CMC programs or events: On-Campus Recruiting, the GSB Job Board, and the Resume Database.

140 Proof
1Life Healthcare
31Projects
4.0 Schools
57th & Luxe, LLC
99Bill Corporation
A Human Right
AAR
**Abbott**
ABR Investment Strategy
Abraaj Capital
Academy of Business Leadership
Acadian Asset Management
Accel Partners
Accenture
ACCION International
**Acclarent, Inc.**
Accretive, LLC
Accurate Drug & Alcohol Testing
Achievement Network, The
ACM ( Adams Capital Management)
**Actis Private Equity**
Activision Blizzard
**Acumen Fund**
Adility, Inc.
Adobe Systems
Adolfo Dominguez S.A.
Advanced Data Centers
**Advent International**
Advisory Board, The
AeroVironment, Inc.
**African Leadership Academy**
Agile Energy, inc.
Aginity
**AirBnB**
Aircell, LLC
AKSA-SDS
Al Tayer Group
Alaska Railroad Corporation, The
Alcatel-Lucent
Alcone Marketing Group
Alfa
Alghanim Industries
All Kids Lane
Allan Gray Limited
Alliance HealthCare Services
Allianz SE
Allstate Investments LLC
Alpha Card Systems
AlRajhi United
Altamont Capital Partners
Altira Group LLC
Altisource Portfolio Solutions
Altman Vilandrie & Company
Altus Corp.
Alyeska Investment Group
**Amazon Inc.**
**American Airlines, Inc**
American Express Company
American Franchise Company
American Greetings
American Well
America's Growth Capital LLC
Ameriprise Financial
Amgen
Amsted Industries
Amy Matto
Amyris
Analog Devices, Inc.
Analysis Group, Inc
**Andreessen Horowitz**
**Angeleno Group**
**Anheuser-Busch InBev**
Animeeple Inc.



[illegible signature] All Class Actions All Homes... All signed all ways.

Fed: 5-cv-4457 And All International and all National Dockets (All world) / Also Page 6 of 8 — Rotation of the plaintiffs everywhere.

All Full versions all included All ways it works



STANFORD LAW SCHOOL
SECURITIES CLASS ACTION CLEARINGHOUSE
IN COOPERATION WITH CORNERSTONE RESEARCH

Filings

INDEX OF FILINGS | SEARCH

- Home
- Index of Filings
- News and Press Releases
- Filings
- Decisions
- Settlements
- Litigation Activity Indices
- Top Ten List
- Annual/Quarterly Updates
- Clearinghouse Research
- Articles & Papers
- Search
- Related Sites
- About Us
- Local Rules
- Sponsors
- Register

Copyright © 2001 Stanford Law School

LIST OF LITIGATIONS WITH COMPLAINTS AVAILABLE ON THE DATABASE
Sorted by company's name

mes size=2 color=#330066> NYSE
IGN="center"> 05/09/1997
=2 color=#330066> MD
size=2 color=#330066> NY
mes size=2 color=#330066> TYC
nt>
ODSY
color=#330066> CA
PTEK

| Number | Litigation Name | Exchange & Ticker | | Date | Court | |
|---|---|---|---|---|---|---|
| 1 | 2TheMart.com | OTC | TMRT | 09/13/1999 | C.D. | CA |
| 2 | 360Networks, Inc. | OTC | TSIXQ | 06/21/2002 | S.D. | NY |
| 3 | 3Com Corporation 98 | NASD | COMS | 02/09/1998 | N.D. | CA |
| 4 | 724 Solutions, Inc. | NASD | SVNX | 06/13/2001 | S.D. | NY |
| 5 | 99 Cents Only Stores | NYSE | NDN | 03/04/2004 | C.D. | CA |
| 6 | ABS Industries, Inc. | NASD | ABSI | 01/19/1996 | N.D. | OH |
| 7 | ACLN, Ltd. | NYSE | ASW | 12/27/2001 | S.D. | NY |
| 8 | ACT Manufacturing | NASD | ACTM | 02/27/1998 | D. | MA |
| 9 | ADAC Laboratories | NASD | ADAC ID | 12/29/1998 | N.D. | CA |
| 10 | ADC Telecommunications, Inc. | NASD | ADCT | 02/26/2003 | D. | MN |
| 11 | AES Corporation | NYSE | AES | 07/24/2002 | S.D. | IN |
| 12 | AFC Enterprises, Inc. | NASD | AFCE | 03/27/2003 | N.D. | GA |
| 13 | AGCO Corporation | NYSE | AG | 02/06/2004 | N.D. | IL |
| 14 | AMF Bowling Inc. | NYSE | PIN | 04/27/1999 | S.D. | NY |
| 15 | AML Communications | NASD | AMLJ | 03/20/1998 | C.D. | CA |
| 16 | AOL Time Warner, Inc. | NYSE | AOL | 07/18/2002 | S.D. | NY |
| 17 | APAC Teleservices | NASD | APAC | 12/11/1997 | S.D. | NY |
| 18 | APW, Ltd. | NYSE | APW | 12/10/2001 | E.D. | WI |
| 19 | AT&T Corporation : AT&T Wireless Group Tracking Stock | NYSE | AWE | 12/06/2000 | S.D. | NY |
| 20 | AT&T Corporation: At Home Corporation Common Stock | OTC | ATHMQ | 03/08/2002 | S.D. | NY |
| 21 | AT&T Corporation | NYSE | T | 10/27/2000 | D. | NJ |
| 22 | ATI Technologies, Inc. | NASD | ATYT | 05/23/2001 | E.D. | PA |
| | 03/21/2000 | W.D. | WA | | | |
| 24 | Abatix Corporation | NASD | ABIX | 04/22/2004 | N.D. | TX |
| 25 | Abbott Laboratories | NYSE | ABT | 10/07/1999 | N.D. | IL |
| 26 | Able Telcom Holding | NYSE | ABTE | 09/10/1998 | S.D. | FL |
| 27 | Accelerated Networks | NASD | ACCL | 04/18/2001 | C.D. | CA |
| 28 | Accelr8 Technology Corporation | NASD | ACLY | 05/04/2000 | D. | CO |
| 29 | Acclaim Entertainment, Inc. | NASD | AKLM | 03/14/2003 | E.D. | NY |
| 30 | Accredo Health, Inc. | NASD | ACDO | 04/08/2003 | W.D. | TN |
| 31 | Aclara Biosciences | NASD | ACLA | 11/13/2001 | S.D. | NY |
| 32 | Acres Gaming Inc. | NASD | AGAM | 12/17/1997 | D. | NV |
| 33 | Actema Corporation | NASD | ACTR | 04/16/2003 | D. | MD |
| 34 | Activision, Inc. | NASD | ATVI | 03/05/2004 | C.D. | CA |
| 35 | Actrade Financial Technologies, Inc. | NASD | ACRT | 02/15/2002 | S.D. | NY |
| 36 | Adams Golf | NASD | ADGO | 06/11/1999 | D. | DE |
| 37 | Adaptec | NASD | ADPT | 01/21/1998 | N.D. | CA |
| 38 | Adaptive Broadband Corp. | NASD | ADAP | 03/19/2001 | N.D. | CA |
| 39 | Adecco S.A. | NYSE | ADO | 01/16/2004 | E.D. | NY |
| 40 | Adelphia Business Solutions, Inc. | OTC | ABIZQ.O | 05/10/2002 | E.D. | PA |
| 41 | Adelphia Communications | NASD | ADLAC | 04/04/2002 | E.D. | PA |
| 42 | Administaff, Inc. | NYSE | ASF | 06/13/2003 | S.D. | TX |
| 43 | Adolor Corporation | NASD | ADLR | 04/21/2004 | E.D. | PA |
| 44 | Advanced Deposition Technologies, Inc. | NASD | ADTCQ | 07/20/2001 | D. | MA |
| 45 | Advanced Fibre | NASD | AFCI | 07/02/1998 | N.D. | CA |
| 46 | Advanced Marketing Services, Inc. | NYSE | MKT | 01/16/2004 | S.D. | CA |
| 47 | Advanced Micro Dev. | NYSE | AMD | 03/10/1999 | N.D. | CA |
| 48 | Advanced Switching Communications, Inc. | NASD | ASCX | 02/21/2002 | E.D. | VA |

[handwritten signature] & all other Class Action All Homeless & All signed all ways

Fed: 5-cv-4457 And POC #70464 And All Internationals and All National Dockets of the plaintiffs everywhere. All custom tailored / fit to the plaintiffs situations legal and equitable issues it correct also 4/29/2012 Also Page 7 of 8

STANFORD LAW SCHOOL
# SECURITIES CLASS ACTION CLEARINGHOUSE
IN COOPERATION WITH CORNERSTONE RESEARCH

## Securities Class Action Filings

IMPORTANT INFORMATION | SEARCH

Home

Index of Filings

News and Press Releases

Filings

Decisions

Settlements

Litigation Activity Indices

Top Ten List

Annual/Quarterly Updates

Clearinghouse Research

Articles and Papers

Search

Related Sites

About Us

Local Rules

Sponsors

Register

Click each column caption to sort by that column First | Prev | Records 1 - 30 of 120 | Next | Last

| | Litigation Name | Exchange | Ticker | Date | Court |
|---|---|---|---|---|---|
| 1 | Impac Mortgage Holdings, Inc. | NYSE | IMH | 01/10/2006 | C.D. California |
| 2 | General Motors Corporation : General Motors Acceptance Corporation SmartNotes | NYSE | GM | 01/13/2006 | E.D. Michigan |
| 3 | The Mills Corporation | NYSE | MLS | 01/20/2006 | E.D. Virginia |
| 4 | Amkor Technology, Inc. | NASDAQ | AMKR | 01/23/2006 | E.D. Pennsylvania |
| 5 | Refco Capital Markets, Limited | NASDAQ | _ | 01/26/2006 | S.D. New York |
| 6 | Dot Hill Systems Corporation | NASDAQ | HILL | 01/31/2006 | S.D. California |
| 7 | Jarden Corporation | NYSE | JAH | 01/31/2006 | S.D. New York |
| 8 | Repsol YPF, S.A. | NYSE | REP | 01/31/2006 | S.D. New York |
| 9 | Take-Two Interactive Software, Inc. | NASDAQ | TTWO | 02/01/2006 | S.D. New York |
| 10 | Omnicare, Inc. | NYSE | OCR | 02/02/2006 | E.D. Kentucky |
| 11 | Applica Incorporated | NYSE | APN | 02/03/2006 | S.D. Florida |
| 12 | Coca-Cola Enterprises, Inc. | NYSE | CCE | 02/07/2006 | N.D. Georgia |
| 13 | NVE Corporation | NASDAQ | NVEC | 02/10/2006 | D. Minnesota |
| 14 | ProQuest Company | NYSE | PQE | 02/10/2006 | E.D. Michigan |
| 15 | The Cooper Companies, Inc. | NYSE | COO | 02/15/2006 | C.D. California |
| 16 | Chicago Bridge & Iron Co. NV | NYSE | CBI | 02/17/2006 | S.D. New York |
| 17 | Micron Technology, Inc. | NYSE | MU | 02/24/2006 | D. Idaho |
| 18 | GrafTech International Limited | NYSE | GTI | 02/28/2006 | D. Delaware |
| 19 | Bausch & Lomb, Inc. | NYSE | BOL | 03/13/2006 | S.D. New York |
| 20 | H&R Block, Inc. | NYSE | HRB | 03/17/2006 | W.D. Missouri |
| 21 | Northfield Laboratories, Inc. | NASDAQ | NFLD | 03/17/2006 | N.D. Illinois |
| 22 | PHH Corporation | NYSE | PHH | 03/17/2006 | D. New Jersey |
| 23 | PainCare Holdings, Inc. | OTC-BB | PRZ | 03/21/2006 | M.D. Florida |
| 24 | Merge Technologies, Inc. | NASDAQ | MRGE | 03/22/2006 | E.D. Wisconsin |
| 25 | SAC Capital Management L.L.C. : Biovail Corporation Common Stock | NYSE | BVF | 03/24/2006 | D. New Jersey |
| 26 | The Estee Lauder Companies Inc. | NYSE | EL | 03/30/2006 | S.D. New York |
| 27 | Sea Containers, Ltd. | NYSE | SCR.A | 03/31/2006 | S.D. New York |
| 28 | Nature's Sunshine Products, Inc. | NASDAQ | NATRE | 04/03/2006 | D. Utah |
| 29 | TNS Inc. | NYSE | TNS | 04/04/2006 | E.D. Virginia |
| 30 | GMH Communities Trust | NYSE | GCT | 04/05/2006 | E.D. Pennsylvania |

Copyright © 2001
Stanford Law School

Also all positions like Coca Cola it correct - all ways

[signature] all ways / A class Action All signed all ways. (All Classes)

About 127 results (0.12 seconds)

Donald E. Haase, et al. v. Frank J. Bluestein, et al. 08-CV-10927-Order
File Format: PDF/Adobe Acrobat
'Haase is a resident of Oakland County, **Michigan** who claims to have "invested in .... filed a legally sufficient notice in a newspaper of **general** circulation (i.e., the ...
securities.stanford.edu/1039/TMFGI_01/200885_f01x_0810927.pdf

In Re: **General** Motors Corporation Securities Litigation 06-MD ...
File Format: PDF/Adobe Acrobat
Oct 16, 2007 ... EASTERN DISTRICT OF **MICHIGAN**. SOUTHERN DIVISION. IN RE: **GENERAL** MOTORS CORP. MDL No. 1749. SECURITIES & DERIVATIVE ...
securities.stanford.edu/1035/GM05_01/20071016_r01o_061749.pdf

City of St. Clair Shores **General** Employees Retirement System, et al ...
File Format: PDF/Adobe Acrobat
9. Co-Lead Plaintiff City of St. Clair Shores **General** Employees Retirement System. ("City of St. Clair Shores GERS"), a citizen of St. Clair, **Michigan**, held 57321 ...
securities.stanford.edu/1038/IWRRE_01/2008612_r01c_076174.pdf

In Re: **General** Motors Corporation Securities Litigation 06-MD ...
File Format: PDF/Adobe Acrobat
UNITED STATES DISTRICT COURT. EASTERN DISTRICT OF **MICHIGAN**. SOUTHERN DIVISION. IN RE **GENERAL** MOTORS CORP. SECURITIES LITIGATION ...
securities.stanford.edu/1035/GM05_01/2006815_r01c_0601749.pdf

City of Pontiac **General** Employee's Retirement System, et al. v ...
File Format: PDF/Adobe Acrobat
FOR THE WESTERN DISTRICT OF **MICHIGAN**. SOUTHERN DIVISION. CITY OF PONTIAC **GENERAL**. EMPLOYEES' RETIREMENT SYSTEM,. On Behalf of ...
securities.stanford.edu/1044/SYK00_01/201113_r01x_1000520.pdf

J&R Marketing, SEP, et al. v. **General** Motors Corporation, et al. 06 ...
File Format: PDF/Adobe Acrobat
Motors Corporation, **General** Motors Acceptance Corporation , ABN A.NiRC] Financial ..... ADDRESS ; 2 W000WARD AVENUE, DETROIT, **MICHIGAN** 48226 ...
securities.stanford.edu/1036/GM_01/2006113_f01n_0610201.pdf

In Re: HealthSouth Corporation Securities Litigation 03-CV-1500 ...
File Format: PDF/Adobe Acrobat
(2) The entity with the next largest loss is the State Treasurer of **Michigan**,3 who claims a ... 2003) (describing the **general** criterion within the context of R. 23).
securities.stanford.edu/1008/HRC98/200578_r01o_031500.pdf

Stanford Securities Class Action Clearinghouse - Index of Filings
Records 1 - 30 of 120 ... Litigation Name · Exchange · Ticker · Date · Court.
securities.stanford.edu/.../recordlist.xsl?-...

In Re: **General** Motors Corporation Securities Litigation 05-CV-8088 ...
File Format: PDF/Adobe Acrobat
Sep 19, 2005 ... 1 COMPLAINT against **General** Motors Corporation, **General** Motors ...... to the United States District Court - Eastern District of **Michigan**.
securities.stanford.edu/1035/GM05_01/200677_f01k_058088.pdf

In Re: Krispy Kreme Doughnuts, Inc. Securities Litigation 04-CV ...
File Format: PDF/Adobe Acrobat
Krispy Kreme Reacquires the Failing **Michigan** franchise and Improperly Bundles ..... Shores Police and Fire") ; City of Sterling Heights **General** Employee ...
securities.stanford.edu/1030/KKD04-01/2005215_r01c_04416.pdf

1 2 3 4 5 6 7 8 9 10

powered by Google™ Custom Search