IN RE
MOTORS LIQUIDATION, INC            Case no # 09-50026 REG
Bankruptcy Crt. SD of NY

THE MOTORS LIQUIDATION COMPANY
MARJORIE A. CREAMER

Memo to Court of INTERlocutory
RE: HEARING / TRANSCRIPTS
and or response by Creditor attorney

Pursuant to Fed. R. Bankr. P. 5003(a) DOCKET Records of Motor Liquidation, Inc Attorney's Stephanie Greer has reported she entered another document after hearing held on April 26, 2012. She said she would email both the Court's hearing and her response FRIDAY April 27 and Monday, May 1, 2012. My emails had NO emails on internet pages, However she emailed the hearing information of April 26, 2012, early to me; what happened to above emails Also needed by Clerk of Court and law Clerk of Judge Gerber is the Docket Sheet requested, no help with this either as requested on emails as NOT home at address to receive mail. thehush912@hotmail.com

May 2, 2012
Marjorie A Creamer

FAX Clerk of Court address
Court 212-668-3315 / 2-72-6501