# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | LONG JR, JOHN W<br>14153 COBIA CT<br>WOODBRIDGE, VA 22193 |
| Claim Number (if known): | 13156 |
| Date Claim Filed: | 10/20/2009 |
| Total Amount of Claim Filed: | $ 0.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5-3-2012

*John William Long Jr* (signature)

Print Name: JOHN WILLIAM LONG JR

Title (if applicable): _____

RECEIVED
MAY - 4 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1



People. Power. Performance.℠

May 3, 2012

Via FedEx

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

*Re: Motors Liquidation., et al.*
*Case Co.: 09-50026 REG*

Dear Mr. Diamond:
Enclosed please find 1 claim withdrawal as follows:

Long Jr, John W– Clam #13156 in the amount of $0.00

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

Very truly yours,

/s/Kathy-Ann Awkward
Kathy-Ann Awkward
Sr. Project Supervisor

Enclosures



RECEIVED
MAY - 4 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1985 Marcus Avenue | Lake Success, NY 11042 | P 631.470.5000 F 631.470.5100 | gcginc.com