UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,           :    09-50026 (REG)
f/k/a General Motors Corp., *et al.*             :
:
Debtors.                                     :    (Jointly Administered)
:
-----------------------------------------------------------------x

## ORDER GRANTING OBJECTION TO PROOFS OF CLAIM FILED BY EXIDE TECHNOLOGIES AND ROTH GLOBAL PLASTICS, INC. AND DISALLOWING AND EXPUNGING SUCH CLAIMS

Upon the Objection (the **"Objection"**) to the proofs of claim of Exide Technologies (Claim No. 44829) and Roth Global Plastics, Inc. (Claim No. 64854) (collectively, the "**Claims**")[1] filed by the Motors Liquidation Company GUC Trust formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, pursuant to sections 502(b) and 502(e)(1)(B) of title 11 of the United States Code (the "**Bankruptcy Code**"), seeking entry of an order disallowing and expunging the Claims on the grounds set forth in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establishes just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1]     The Objection also included an objection to Claim No. 70019 filed by Relco Systems, Inc. (the "**Relco Claim**").  The Relco Claim has been adjourned and is not subject to this Order.

ORDERED that the relief requested in the Objection is granted as to the Claims; and it is further

ORDERED that, pursuant to sections 502(b) and 502(e)(1)(B) of the Bankruptcy Code, the Claims are disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      *May 8, 2012*

                                      *s/ Robert E. Gerber*
                                      United States Bankruptcy Judge

DOCSNY-503071v1