**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On May 4, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Atul C Shah MD, 2884 Manorwood Dr, Troy, Michigan 48085-1145 (affected party):

- Letter from Anamay M. Carmel, Dickstein Shapiro LLP, to Atul Shah, dated May 3, 2012, regarding Hearing on Objection re Claim No. 28820 [set for May 15, 2012 at 11:00 a.m.(Eastern Time)].

2. On May 4, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on Juanita Pickett, PO Box 1181, Mableton, Georgia 30126-1003 (affected party):

- Letter from Anamay M. Carmel, Dickstein Shapiro LLP, to Juanita Pickett, dated May 3, 2012, regarding Hearing on Objection re Claim Nos. 18839 and 70846 [set for May 15, 2012 at 11:00 a.m.(Eastern Time)].

Dated:   May 8, 2012
         Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 8th day of May, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015