**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | :      Case No. 09-50026 (REG) |
| **f/k/a General Motors Corp.,** *et al.,* | : |
| | : |
| Debtors. | :   **(Jointly Administered)** |
| | : |

---------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                          ) ss
COUNTY OF NASSAU          )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On May 8, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Objection to Proofs of Claim Filed by Exide Technologies and Roth Global Plastics, Inc. and Disallowing and Expunging Such Claims [Docket No. 11683].

Dated:  May 9, 2012
        Lake Success, New York

                                        /s/Barbara Kelley Keane
                                        Barbara Kelley Keane

Sworn to before me this 9th day of May, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

EXIDE TECHNOLOGIES
C/O NATHAN HARWELL
13000 DEERFIELD PKWY STE 200
MILTON, GA 30004-6118

ROTH GLOBAL PLASTICS INC
C/O HARTER SECREST & EMERY LLP (JRW)
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604