HEARING DATE AND TIM: May 15, 2012 at 9.45 a.m. (Eastern Time)
Response Deadline: May 8, 2012 at 4.00 p.m. (Eastern Time)

Atul C. Shah, MD
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah

UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPNAY, et al., <br> F/k/a General Motors Corp., et al. | 09-50026 (REG) |
| Debtor | (Jointly Administered) |

## ATUL SHAH RESPONSE TO DEBTORS' "NOTICE OF OBJECTION TO PROOF OF CLAIM NO. 28820 FILED BY ATUL SHAH"

**PLEASE TAKE NOTICE** that this is a brief and response to objection filed by the defendant

Attorneys Barry N. Seidel (BS-1945) and Stefanie Birbrower Greer from Dickson Shapiro LLP

representing Motor Liquidation Company (the GUC Trust) formed by the above-captioned

debtors (Collectively, the Debtors) in connection with the Debtor's Second Amended joint

Chapter 11 Plan, dated March 18, 2011 for a hearing to be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on May

15, 2012, at 9.45 a.m. (Eastern Time), or as soon thereafter as counsel may be heard.

1

**PLEASE TAKE FURTHER NOTICE** that I am forwarding this response electronically in writing and per the Local Rules of the Bankruptcy Court and on CD-ROM in PDF format to fifteen recipients as requested by defendant attorneys on May 4, 2012 prior to the May 8, 2012 (Eastern Time) deadline.

**PLEASE TAKE NOTICE** that Plaintiff Dr. Atul C. Shah is representing himself in these proceedings, case MLC GUC Claim NO. 28820 filed by Atul Shah (Plaintiff).

### Introduction

1. In August of 1997, Dr. Shah (Plaintiff) was graciously hired by Dr. Ralph Hanson, D.O., Plant Medical Director at General Motors Company. Plaintiff is of Indian origin that openly practices his Hindu religion. When he was hired, six to ten physicians with different national and religious origins were hired at the same time. Dr. Hasan Rehman, MD from Indian origin with Muslim background and Dr. Orr, MD from USA with Christian background are pertinent examples hired as Per Diem physicians or Contract physician during fall of 1997. We were happy to be affiliated with General Motors Company and greeted by Secretary with good luck and hope for becoming Full Time Physician with General Motors Company in future (**Exhibit A**).

2. Dr. Shah (Plaintiff) and other physicians were hired as Per Diem by General Motors Company in August-September 1997 with part time working 20 hour to 35 hours per week as or less than 40 hours work. We part time physicians were given different titles such as Contract Physician or Independent Contractor by Human Recourse Department of General Motors Company. Per Diem, Contract Physician or Independent Contractor

status carry termination or separation at will from both side that is Employer and

Employed.

3.  However, termination (Dr. Atul C. Shah, MD) of any Per Diem, Contract Physician or

Independent Contractor with unfair and discriminatory intent by Superiors (Dr. Miller &

Dr. Burton) or Human Resource personnel ( Peter Felton) or Plant Manager ( Kingsley

Wooten)  is unlawful and indicate abuse of administrative power.

4.  Dr. Stanly Miller, DO., the Senior Group Medical Director, and Dr. Anthony Burton, MD

Plant Director intentionally and abruptly terminated Dr. Shah, (Plaintiff) on June 11,

2008. This is an indication of abuse of administrative power, injustice and example of

discrimination while there have been examples of supposed poor performance by

Plaintiff and those excuses were pretexts for Dr. Miller and Dr. Burton's frustration with

Plaintiff stemming from Plaintiff's workplace statements relating to the superiority of

Hinduism and Vedic Literature over Modern Science and Bio-medical Science.

5.  Dr. Shah (Plaintiff) filed a claim by eleven page documentation (**Exhibit B**) with EEOC

on December 4, 2008 and November 12, 2009 titled as "Injustice, Discrimination and

Abuse of Power" describing in detail the factual episodes and incidents carried out by Dr.

Stanly Miller and Dr. Burton with help from Human Resource Personnel (Peter Felton)

and Plant Manager (Kingsley Wooten) at Willow Run GM Plant.

### Factual Examples of Injustice and Discrimination

6.  Dr. Stanley Miller and Dr. Anthony Burton abused their administrative power for

termination of Dr. Shah based upon Religion, Color and National Origin and Age with

subtle help from Human Resource Personnel and Plant Manager as described. I prefer to

call this kind of termination as Collective Assault or Collective Ganging for

3

discriminatory purpose. Following are the examples and evidences as described in

**Exhibit B**.

a.  I was interviewed for Plant Physician position at Toledo GM Plant during spring

of 2007.  Human Resource Manager of Toledo GM Plant (unable to provide his

name) reviewed my curriculum vitae and said that my qualifications are excellent

for Plant Medical Director Job. Dr. Stanley Miller being a Senior Group Medical

Director and ultimate person responsible for hiring at this GM Plant intentionally

denied me for this post and hired another white physician at Toledo GM Plant in

summer of 2007.  This fact can be easily established during the discovery process,

something that has not been able to occur and naturally something Debtors do not

want to explore.

b.  I worked with Willow Run GM Plant with Plant Medical Director Dr. Renato

Oteyza, MD for almost four years until my termination by Dr. Stanley Miller and

Dr. Burton. Dr. Oteyza is from Philippine origin physician and I am from India.

Dr. Oteyza mentioned several times to me during our friendly conversation at

Willow Run Plant that Dr. Miller was planning to remove or fire me past three

years (2005 to 2008) for some reasons. However, Dr. Oteyza resisted Dr. Miller's

desire and intentions to fire me for three years. Dr. Oteyza retired abruptly in fall

of 2007. Most of RN, Secretary and other Human Resource personnel at Willow

Run GM Plant were expecting me (Dr. Shah) will be the next Plant Medical

Director at Willow Run Plant. Dr. Oteyza even recommended my name as next

Willow Run Plant Medical Director to Dr. Stanley Miller, Human Resource and

Plant Manager. However, Dr. Stanley Miller even did not consider or invited me for interview for this position.

c. Dr. Miller and Dr. Burton were President of Michigan Occupational Medicine in 2005 or 2006 and they know each other well. Dr. Miller just hired Dr. Anthony Burton, his friend and past president of Michigan Occupational Medicine for this position immediately after Dr. Oteyza retired in fall of 2007.

d. Plant Medical Director Dr. Anthony Burton started intentionally finding faults with my documentation of patients immediately after he became Plant Medical Director at Willow Run Plant in 2007. He tried to prove that I am a bad doctor through an engineered, pretextual and concealed plan by Dr. Miller and Dr. Burton for my easy removal from Willow Run GM Plant.

e. I applied for another position as full time Plant physician with Grand Blanc GM Plant in Genesee County in Michigan and Dr. Donna Smith an African American was selected during mid or late 2000. I personally discussed with Dr. Donna Smith and she was surprised to hear as I was working with GM for many years. My qualification and Dr. Donna Smith's qualification were practically same qualifications. I have had better experiences than Dr. Smith who was an African American Physician.

f. Prior to my termination on June 11, 2008, I had already applied one or two month before my termination for another position as full time Plant Physician Position at GM Holland Battery Plant in Michigan. During my interview with Dr. Miller and Dr. Burton on June 11, 2008, I requested Dr. Miller and Dr. Burton to transfer me to another facility or help me to get another plant physician position if they do not

like me for any reason. However, Dr. Miller bluntly told that now you are already terminated and you are not eligible for any hiring and I will be never hired in the future with General Motors.

g.  Strangely after my unfair termination in June 11, 2008, one month later on July 2008, I received a renewal of contract letter from Human Resource Manager Jay Manor for extension of my contract for one more year until July 2009. I thank Dr. Joel Bender, MD Corporate Medical Director for giving another opportunity to work with General Motors. However, Dr. Miller called me on telephone mentioning that this was a clerical error. I was really surprised with the persistent, diligent and concealed abuse of administrative power and discrimination past three to four years by Dr. Miller, Group Medical Director with subtle help from other people as mentioned earlier. The letter I received extending my contract is not something Debtors should be able to "sweep under the rug." It shows that I was not someone who was on any type of termination list or poor performance list because if I was, certainly they would not have made the type of "error" that they supposedly made in sending it to me.  Instead, I believe Debtors were ready and willing to provide me an extension, but were forced into a reversal based on Dr. Miller and Dr. Burton executing their well-engineered plan to be rid of me and my religious beliefs which they felt threatened their medical practice and the practice of medicine in general.

7.  The above-mentioned facts are factual experiences and real stories indicating injustice, discrimination and abuse of Power by Dr. Miller and Dr. Burton with help from Human Resource Personnel and Plant manager as described in my first letter to EEOC on

6

November 12, 2009 (**Exhibit C**). However, defendant Attorneys Stefanie Birbrower Greer considers these facts as circumferential, deficient and laundry list evidences with no merits (**Exhibit D**).

8. I requested EEOC Investigator Spyridon E. Mellows to thoroughly investigate above-mentioned incidences that was not investigated properly. Also, my claim was not dismissed by EEOC as alleged by defendant Attorney Stefanie Birbrower Greer as follow. "The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violation of the statutes. *This does not certify that the respondent is in compliance with the statutes. No finding is made as to any issues that might be construed as having been raised by this charge*". So, EEOC did not dismiss my case on July 7, 2009.

9. Acceptance by Michigan Department of Civil Rights or MDCR based upon EEOC investigation was not correct as EEOC did not dismiss my case as EEOC could not conclude well. Conclusion of Bashen Corporation that is an affiliate of General Motors Corporation and Debtors was deficient and incorrect particularly in light of Bashen Corporations legal conflict of interest.

10. Primary purpose of filing case against debtor Motor Liquidation Company or General Motors Corporation was "Justice, Discrimination and Power of Abuse" by Dr. Stanley Miller, Senior Medical Director, Dr. Anthony Burton, Human Resource Manager Peter Felton and Plant Manager Kingsley Wooten rather than monetary gain as explicitly described in my first eleven page letter to EEOC on December 4, 2008 and November 12, 2009 in **Exhibit B**. I am happy to reiterate that Justice is more important than the secondary monetary gain.

7

11. I am representing my case since I filed this case on December 4, 2008 and November 12, 2009 with EEOC and United Sates District Court, Eastern District of Michigan, Southern Division. I have no formal education and experience with Law matters. However, I strongly felt that I must present my case myself as far as I can go for the sublime purpose of Justice and fairness. During my early stage one of my retired Lawyer friends Mr. Bob Macquade has been willingly helping on volunteer base for this case since 2009. I wrote this brief on my own. I am getting some help from retired Lawyer Bob Macquade and my relative Lawyer Mr. Satyam Talati who is my nephew who is practicing Law past one decade in Michigan. I tried my best to write this brief as clear, concise and complete as possible.

12. I greatly admire that American Spirits for relentless pursuits to realize the truths: the Absolute Truth. This is the primary reason I am writing this long letter trying to prove that my termination as Contract Physician on June 11, 2008 by Dr. Stanley Miller and Dr. Anthony Burton was unfair and unjust primarily based upon "Religion, National Origin, Color and Age" rather than contractual relationship as Contract Physician. I have a great privilege to be a naturalized citizen of USA past about twenty five years and I am a natural citizen of India: two greatest democratic countries of this small globe.

**Expressed Intentions and Concealed Intentions**

13. I believe that I am expert in understanding and revealing "Expressed Intentions and Concealed Intensions" of people with help of my experiences practicing as General Practitioner and Psychiatrist past more than thirty years in USA and India. This statement is true for other professionals such as Attorneys, Lawyers and other erudite Intellectuals with different fields.

8

14. Also, I want to humbly mention "Passive Inaction manifesting as Silent and Concealed Discrimination" by influential executive heads and professionals at various prestigious medical and educational organizations in USA at Local, State and Central levels in USA. For an example: I requested Presidents, Secretaries, Chairmen and influential executive head of prestigious organizations at American Medical Association, American Psychiatric Association, Michigan State Medical Society, Disability Determination Services at Michigan and Program Directors at Wayne State University and Hospitals for Revision and Higher Dimensions with Conventional Modern Science and Bio-medical Science with great help from blissful Vedic Literature in Sanskrit language with authoritative English translation by erudite Vedic Scholars from USA and India. I am requesting Presidents, Chairmen, Program Directors, Secretaries, Corporate Medical Directors and other influential executive heads of medical and educational organization past two decades with no avail or zero response (**Exhibit E**).

15. I am an ardent reader of the Vedic Literature in Sanskrit language with authoritative English translation by Vedic Scholars from India and USA past thirty years. I strongly believe that the superior knowledge of blissful Vedic Literature can provide Higher Dimensions with fundamental principles of conventional Modern Science and Bio-medical Science right now. I am practicing General Practice and Psychiatric Medicine past thirty plus years in USA and India with excellent experiences and qualifications. These are good assets as physician.

16. I sincerely and humbly believe that "Passive Inaction manifesting as Silent and Concealed Discrimination" by influential and prestigious executive heads such as Presidents, Chairmen, Secretaries and Program Directors as well as Corporate Medical

Directors at American Medical Association, American Psychiatric Association, Michigan State Medical Society, Educational Conferences and General Motor Conferences as well as Disability Determination Services are primarily based upon concealed intention of discrimination per Religion, national origin and Color as well as Pseudo-superiority Complex prevalent in our modern society. I am providing examples of this Silent Discrimination or Passive Inaction by influential people as documented in **Exhibit E** with this brief. ***The superiority of Vedic Literature over Modern Bio-Medical Science topic was discussed by me during several General Motors Conferences and that was one of the major reasons for my termination by Dr. Stanley Miller, MD and Dr. Anthony Burton, MD as Contract Physician (Exhibit E pages 7 & 8).***

17. I am sure that defendant Attorneys will immediately object this kind of presentation. The defendant Attorneys will consider this presentation as useless diversions and not coming to central point or hitting the Target. I may request your Honor to consider this presentation as Freedom of Speech and Freedom of Expression for the betterment of Modern Culture and Civilization rather than diversions and fruitless arguments.

18. Expressing your religious beliefs to your Superiors, Supervisors and Employers as well as other influential intellectuals should not be the reasons or ground for termination, intimidation, injustice, discrimination and abuse of administrative power at Medical, Educational, Occupational and University level of Employees with different religious, cultural, linguistic, national and cast or creed affiliation in USA, India or other countries. This is the definition of "Passive Inaction manifesting as Silent and Concealed Discrimination". Hope that your Honor may be happy to agree with this simple information.

19. Accusations by Supervisors, Superiors and Bosses such as "Poor Performances, Poor Documentations and Lack of Consistencies" etc for Employees are common practice with unfair terminations or firing in USA and other countries. Dr. Stanley Miller and Dr. Anthony Burton applied this common strategy for my termination on June 11, 2008. These kinds of accusations are common examples of negative and detrimental approaches applied by Employers, Supervisors and Bosses at work places and educational systems in USA and other countries. Dr. Stanley Miller, D.O. and Dr. Anthony Burton applied this negative approach resulting into concealed discrimination with me (Dr. Atul C. Shah, MD). *__Significantly, Defendant provides scant evidence of "poor documentation" (only three or four incidents) which are merely hearsay evidence. This does not rise to a justification to terminate a Contract Physician. Further, the undated letter which the Defendant claims it sent to me notifying me of my termination was never received by me. It is not normal for a termination letter to be undated. This is too self-serving for the Defendant__*.

20. Also, it is important to remember my termination was on June 11, 2008, after a career that started with Debtors ELEVEN years prior, in 1997. Debtors rely on FOUR instances of "poor quality of patient care" that they contend occurred in April of 2008. If Debtors genuinely believed that my patient care was poor, it would have manifested itself in the ELEVEN years prior to 2008. It did not. Instead, and not coincidentally, Dr. Burton (one of the principal decision makers of my termination, along with Dr. Miller) began overseeing my work beginning in November of 2007 and it was only then that certain documentation was being created as an apparent pretext to terminate my employment with Debtors. In essence, it took Dr. Burton less than six months to ruin my career with

11

Debtors that otherwise was very successful in the TEN plus years before he began overseeing my work.

### Higher Dimensions with Modern Science and Bio-medical Science

21. Higher Dimensions with Conventional Modern Science and Bio-medical Science with help of Vedic Literature in Sanskrit language with authoritative English translation by Vedic Scholars from India, USA and other countries is nice example of "Positive and Constructive strategy or approach". I tried my best to apply this "*Positive and Constructive strategy or approach for integration of Modern Science and Spiritual Science*" with help from Presidents, Chairmen, Supervisors and influential people at General Motors Company, American Medical Association, American Psychiatric Association, Michigan State Medical Society, Wayne State University, General Motors Conferences and many educational conferences (**Exhibit E**). However, the negative response or lack of response by influential people is indication of Passive Inaction manifesting as Concealed and silent Discrimination.

22. Presidents, Chairmen, Program Directors and Medical Directors are very generous and open minded persons who believe in democratic spirit and fairness with their subordinates. ***However, they unable to comprehend and unable to appreciate that Vedic Literature in Sanskrit language with authoritative English translation are superior to Modern Science and Bio-medical Science***. This is the great point I am trying to emphasize past two decades as Resident Physician and Practicing Physician with American Medical Association, American Psychiatric Association, Wayne State University, General Motors Conferences and other Educational Conferences.

23. Again, I may humbly mention that I greatly admire the American Spirit: the relentless pursuit to know and realize the truths – the Absolute Truth. Let all of us reveal the truths together with Unity in Diversity for the Global peace and prosperity for modern mankind in this small globe. The Supreme Courts are the best places for this sublime purpose.

### Passive Inaction manifesting as Concealed and Silent Discrimination

24. This brief by Dr. Atul C. Shah (Plaintiff) represents and describes examples of factual evidences of discrimination, injustice and abuse of power by Dr. Stanly Miller, DO the Senior Group Medical Director with help from other administrative people at Willow Run General Motors Plant. Also, this brief describes "Passive Inactions manifesting as Concealed and Silent Discrimination" by Presidents, Secretaries, Chairmen, Program Directors and Corporate Medical Directors at Medical, Educational, University and Occupational organization levels in USA as experienced by Dr. Atul Shah, MD (Plaintiff). These are the description of "Expressed Intensions and Concealed Intentions" of mankind that has been Used and Abused at Singular, Dual and Plural levels as experienced and understood by everyone in this small globe.

### Discrimination Summary

25. There needs to be some ability to review the decisions and conduct discovery on the actions of Dr. Miller and Dr. Burton. I have set forth adequately why I believe I was discriminated against based on my religion, color, age, and national origin – mainly, that I was vocal about my beliefs stemming from Vedic Literature and Hinduism and those beliefs threatened Dr. Miller and Dr. Burton. I expressed those beliefs in writing, in e-mails, and meetings. Instead of taking the appropriate steps to curtail my expression of those beliefs, they engineered and executed a plan to have me terminated based on four

13

purported incidences of poor patient care which are nothing more than pretext. My allegations, despite Debtors' self-serving conclusion to the contrary, do establish a prima facie case for discrimination based on color, age, religion, and national origin, and respectfully, this Court should allow discovery and other fact-finding to move this matter forward.

## Conclusion

For the reasons set forth above, this court should enter an order for justice, fairness and respect for the claim filed by Dr. Atul C. Shah, MD (Plaintiff). I will be happy to present for hearing scheduled on May 15, 2012 before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 1004.

Dated May 4, 2012
Troy, Michigan

Respectfully submitted,

Atul C. Shah, MD
Plaintiff
2884 Manorwood Drive
Troy, Michigan
Telephone: (248) 879-0795 Home
Telephone: (248) 835-5025 Cell Phone

Copy with CD-ROM in text-searchable PDF with Hard Copy to following recipients:

1. Dickstein Shapiro, LLP, attorneys for the GUC Trust, 1633 Broadway, New York, New York 10019-6708 (Attn: Barry N. Seidel, Esq., and Stefanie Birbrower Greer, Esq.)
2. The Debtor, c/o Motor Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 ( Attn: Thomas Morrow)
3. General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.)
4. Cadwalder, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York New York 10281 (Attn: John J. Rapisardi, Esq.)
5. The United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.)
6. Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq)
7. Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 ( Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud Esq., and Jennifer Sharret, Esq.)
8. The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.)
9. The U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.)
10. Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and one Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, ESq.)
11. Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.)
12. Gibson, Dunn & Crutcher LLP, attorneys for Wilmington trust Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith Martorana, Esq.)
13. FTI Consulting. As the GUC Trust Monitor and as the Avoidance Action Trust Monitor, One Atlantic Center, 1201 West Peachtree Street, Suite 500, Atlanta, Georgia 30309 (Attn: Anna Phillips)
14. Crowell & Moring LLP, attorneys for the revitalizing Auto Communities Environmental Response Trut, 590 Madison Avenue, 19th Floor, New York, New York 10022-2524 (Attn: Michael V. Blumenthal, Esq.)
15. Kirk P. Watson, Esq. as the Asbestos Trust Administrator, 2301 Woodlawn Boulevard, Austin, Texas 78703.

# EXHIBIT A

Exhibit A – Page 1

Atul C. Shah, MD
2884 Manorwood Drive
Troy, MI 48085
Tel : 248-879-0795

October 2, 2002

Sharon M. Stewart, MD
Director of Health Services
P.O. Box 7025
M/C-480-991-405
Troy, MI 48007-7025

Ref : To serve as Physician with GM Flint- Metal Fab location.

Dear Dr. Stewart:

As an introduction, my name is Atul C. Shah, MD and I am working as Physician with
General Motors since August 1999. I believe that it is a great privilege and pleasure to
work as Physician with General Motors.

I am forwarding my curriculum vitae to your office for a quick review. Currently I am
working as Contract Physician and I have a sincere desire and hope for the permanent and
full time position with General Motors. I believe that I have an excellent credential and
experience in the Occupational, Family Practice and Psychiatric Medicine.

Please take some time from your busy schedule to review my curriculum vitae. I will be
happy to work as a full time Physician at Flint- Metal Fab location with General Motors.

Again, I greatly appreciate your valuable time and consideration. You can reach me at my
pager number 313-514-3411 any time.

Truly yours,

Atul C. Shah, MD

Atul C. Shah, MD
2884 Manorwood Drive
Troy, MI 48098
Tel : 248-879-0795

Exhibit A – Page 2

June 7, 2003

Ralph Hanson, D.O., MPH
MC: 480-205-211
Chevrolet  Central Office
30007 Van Dyke
Warren, MI 48090

Ref :  To serve as Physician with General Motors.

Dear Dr. Hanson:

As an introduction, my name is Atul C. Shah, MD and I am working as Physician with
General Motors since August 1999. I believe that it is a great privilege and pleasure to
work as Physician with General Motors.

I am forwarding my curriculum vitae to your office for a quick review. Currently, I am
working as a contract physician and I have a sincere desire and hope for the permanent
position with General Motors. I believe that I have an excellent credential and experience
in the Occupational, Family Practice and Psychiatric Medicine since last twenty five
years.

Please take a time from your busy schedule to review my curriculum vitae. I will be
happy to work as full time physician at Hamtramck Plant with General Motors.

Again, I greatly appreciate your valuable time and consideration. You can reach me at my
pager number 313-514-3411 any time.

Truly yours,


Atul C. Shah, MD

Atul C. Shah, MD
2884 Manorwood Drive
Troy, MI 48098
Tel : 248-879-0795

Exhibit A -- Page 3

March 4, 2004

Stanley Miller, D.O., MPH
GMPT Global Headquarters
MC: 483-720-420
777 Joslyn  Avenue
Pontiac, MI 48340-2925

Ref :  To serve as Full time Physician with General Motors.

Dear Dr. Miller:

As an introduction, my name is Atul C. Shah, MD and I am working as Physician with
General Motors since August 1999. I believe that it is a great privilege and pleasure to
work as Physician with General Motors.

I am forwarding my curriculum vitae to your office for a quick review. Currently, I am
working as  Contract Physician and I have a sincere desire and hope for the permanent
position with General Motors. I have an excellent credentials and experiences in the
Occupational Medicine, Family Practice and Psychiatric Medicine and I am practicing
medicine in these areas since last twenty- five years.

Please take a time from your busy schedule to review my curriculum vitae. I will be
happy to work as full time physician at Powertrain Plant at Willow run or Flint area with
General Motors.

Again, I greatly appreciate your valuable time and consideration. I will be available at my
pager number 313-514-3411 any time.

Truly yours,

Atul C. Shah, MD

Subject:  GMStanMillerDO2004

From:  Atul Shah (atul99krishna@yahoo.com)

To:  atul99krishna@yahoo.com;

Date:  Monday, March 8, 2004 11:39 AM

Exhibit A – Page 4

Atul C. Shah, MD
2884 Manorwood Drive
Troy, MI 48098
Tel: 248-879-0795

March 8, 2004

Stanley Miller, D.O., MPH
GMPT Global Headquarters
MC: 483-720-420
777 Joslyn Avenue
Pontiac, MI 48340-2925

  Ref:  To serve as Full time Physician with
      General Motors.

Dear Dr. Miller:

It was a great pleasure to meet you personally during
the Palm Spring Occupational Medicine/Safety
Convention in January 2004. I learned a lot during the
Palm Spring Convention. As you know well that I am
working as Physician with General Motors since August
1999. I believe that it is a great privilege and
pleasure to work as Physician with General Motors.

I am forwarding my curriculum vitae to your office for
a quick review. Currently, I am working as Contract
Physician and I have a sincere desire and hope for the
permanent position with General Motors. I have an
excellent credentials and experiences in the
Occupational Medicine, Family Practice and Psychiatric
Medicine and I am practicing medicine in these areas
since last twenty-five years.

Please take some time from your busy schedule to
review my curriculum vitae. I will be happy to work as
full time physician at Power-train Plant at Willow run
or Flint area with General Motors.

Again, I greatly appreciate your valuable time and
consideration. I will be available at my pager number
313-514-3411 any time.

Truly yours,


Atul C. Shah, MD

Do you Yahoo!?
Yahoo! Search - Find what you're looking for faster
http://search.yahoo.com

http://us.mg1.mail.yahoo.com/neo/launch?.rand=e5gb86g97etq3                    5/4/2012

| Subject: | Your application at General Motors |
| From: | Human Resources (GM_TalentAcquisition@gm.com) |
| To: | atul99krishna@yahoo.com; |
| Date: | Thursday, June 28, 2007 4:35 PM |

**Exhibit A – Page 5**

Sir or Madam:

Thank you for applying for the position of HUM0000515 - 9-Plant Medical Director 10P. Please find below the information you submitted in your candidate file. You can modify this information while the position is posted.
Best regards,

Human Resources Department

General Motors
Replies to this message are undeliverable and will not reach the Human Resources Department. Please do not reply.

**Candidate Personal Information**

**Shah, MD, Atul C**

| Employee Number | Social Security Number | Date of Birth |
| --- | --- | --- |
| **Not Applicable** | **Not Specified** | **Not Specified** |

| Address | Home Phone Number | Cellular Number |
| --- | --- | --- |
| **2884 Manorwood Drive** | **248-879-0795** | **248-835-5025** |
| **Troy, Michigan** | Work Phone Number | Pager Number |
| **United States, 48085** | **734-481-5244** | **Not Specified** |
| Region | Email Address | Fax Number |
| **US>MI>Ann Arbor** | **atul99krishna@yahoo.com** | **734-481-6997** |
| | Web Page Address | |
| | **Not Specified** | |

| Are you willing to relocate? | Preferred Contact Number: | Are you willing to travel? | Indicate the organization(s) in which you seek employment: (if you wish to be considered for opportunities in both General Motors and GMAC-MIC, you must check both organizations)* | Preferred Job Function |
| --- | --- | --- | --- | --- |
| **Yes** | **248-879-0795** | **Infrequent Travel** | | **Human Resources** |
| | | | **General Motors** | |

Questions for: 9-Plant Medical Director 10P
**Questions**
The list of questions is empty

Skills for: 9-Plant Medical Director 10P
**Skills**                                                                      Proficiency    Experience    Last Used    Interest
The list of skills is empty

Questions for: 9-Plant Medical Director 10P
**Questions**
1. Are you currently authorized to accept employment in the U.S.?
    *Type: Single Answer*
    **Answer | Possible Answers**
        X    Yes

                No

**Education**
**Medicine**

| Education Level |
| --- |
| **Doctorate Degree (over 19 years)** |

| Institution |
| --- |
| **Wayne State University** |

| GPA |
| --- |
| **Not Specified** |

**Work Experience**
**Physician in Medical Department**

| Employer | Supervisor's Name | Supervisor's Phone Number |
| --- | --- | --- |
| **General Motors Corp. (GM)** | **Renato Oteyza, MD** | **734-481-5244** |

| Achievements |
| --- |
| **Excellent physician past thirty years.** |

| From  Sep, 1997  to  Present Date |
| --- |

**Additional Information**
No information available

**Pasted Cover Letter**
No information available

**Pasted Resume**
No information available

**Subject:** 9-Plant Medical Director 10P-HUM0000515 at General Motors

**From:** Human Resources (GM_TalentAcquisition@gm.com)

**To:** atul99krishna@yahoo.com;

**Date:** Thursday, June 28, 2007 4:33 PM

Exhibit A – Page 6



Dear Atul C. Shah, MD:

We have received your application for the position of 9-Plant Medical Director 10P-HUM0000515 and are currently reviewing your experience and qualifications.

If you would like to review your candidate file, click here.

If your profile corresponds to our requirements, a member of our Talent Acquisition Center will contact you.

Thank you for your participation and interest in General Motors and its subsidiaries.

Replies to this message are undeliverable and will not reach the Talent Acquisition Center. Please do not reply.

Subject:  Request

From:    Atul C. Shah, MD (atul99krishna@yahoo.com)

To:      joel.bender@gm.com; atul99krishna@yahoo.com;

Date:    Wednesday, June 11, 2008 3:49 PM

Exhibit A – Page 7

Dear Dr. Bender:

Just I had a meeting with Dr. Miller and Dr. Burton this afternoon. It was great shock for me and my qualification.

Dr. Miller mentioned that I will be removed from GM from today. He gave the reason as "Problem with documentation".

I am practicing Physician past thirty years in U.S.A. and India. I am practicing Occupational Medicine past seventeen years with GM and other companies in Michigan. I am practicing Family Practice Medicine past almost thirty years and I have seen and evaluated more than 100,000 patients nicely and professionally. Furthermore, I have evaluated and seen 12,000 (twelve thousand) Psychiatric patients within last fifteen years in Michigan.

These are the excellent and versatile experience and I am working very nicely and professionally with GM past eleven years.

There is no need to remove me from GM today or later on.

I am requesting you to relocate me to different location such as Tech Center or Pontiac or Renaissance Center.

I greatly appreciate your support and help. I left message at your pager and at your office. I will greatly appreciate a short meeting with you in Pontiac location tomorrow for this matter.

You may reach me at my cell number 284-835-5025 any time.

Thank you very much for your continuous support and consideration.

Atul C. Shah, MD

Contract Physician

GMPT Willow Run

**EXHIBIT B**

### Injustice, Discrimination and Abuse of Power

**Detroit District EEOC Office**
Patrick V. McNamara Building
477 Michigan Avenue
Room 865
Detroit, MI 48226

Dear Director:

As a short introduction, my name is Atul C. Shah, MD. I am practicing medicine past thirty years as General Practitioner and Psychiatrist. I graduated in 1974 from Medical College and practice medicine for six years in India. I immigrated to U.S.A. in 1982 and I am practicing medicine about twenty years in U.S.A. In this letter, I want to file a complaint with you about discrimination and injustice I faced recently in Michigan.

I worked as Contract Physician with General Motors Inc for eleven years since September 1997 to June 11, 2008 with unfair dismissal. I worked as Physician with Professional dignity and diligently through out my eleven years without problems. Most of my patients, medical staffs and co-workers were happy with my professional knowledge and attitudes.

I am licensed Physician practicing medicine past thirty years in United States and India. I have evaluated more than one hundred twenty thousand medical patients (120,000) including twelve thousand (12,000) psychiatric patients in U.S.A. These are the excellent and versatile experiences and medical knowledge I have in my career as practicing Physician. My experiences and medical knowledge include diagnosis, treatment and management of patients in Family Practice, Occupational Medicine and Psychiatric Medicine in Metro-Detroit in U.S.A. and in India.

On June 11, 2008, I was removed unfairly from General Motors Willow Run Power-train Plant by Dr. Stanley Miller, D.O. Senior Group Director and Dr. Anthony Burton, MD Plant Medical Director. I strongly believe that my removal by Dr. Stanley Miller and Dr. Anthony Burton from GM Plant as Contract Physician was primarily based upon my religion, nationality, color, race and age. Also, my removal as physician by Dr. Miller was unfairly supported by General Motors Health Services Administrative staffs, Willow Run Power-train Plant manager and Director of Human Resources.

On June 11, 2008 at 2.00 pm I had an unexpected meeting with Dr. Stanley Miller, D.O. Senior Group Medical Director and Dr. Anthony Burton, MD Plant Medical Director or my immediate Boss at Willow Run Plant Medical for about forty minutes. I am providing the detail of our discussion as follow in this letter indicating the injustice, discrimination and abuse of the power by Dr. Stanley Miller and Dr. Anthony Burton for my removal as Contract Physician from the General Motors recently.

1

I am practicing Physician and Psychiatrist past thirty years and I am expert in understanding and revealing the "Expressed Intentions" and "Concealed Intentions" of the persons or patients. In this letter I will reveal and explain the "Expressed and Concealed intentions" of Dr. Stanley Miller and Dr. Anthony Burton to remove or kicked me out as Contract Physician from the General Motors on June 11, 2008 after my affiliation with General Motors past eleven years.

### A. Meeting with Dr. Stanley Miller, D.O. and Dr. Anthony Burton on June 11, 2008:

Dr. Burton informed me on June 10, 2008 that Dr. Miller is specially coming to see me tomorrow on June 11, 2008. Dr. Burton did not mention the purpose of special meeting with me by Dr. Miller. Prior to this meeting, I was very sick for two months and I was hospitalized twice in April & May of 2008. I was on Medical Leave from April 17, 2008 until May 23, 2008 due to my unexpected medical sickness. I continue to keep informed of my sickness to Dr. Burton and Dr. Miller. Our meeting lasted for about forty minutes and I am describing the content of the surprised meeting with Dr. Miller and Dr. Burton on June 11, 2008 in Medical Department at Willow Run Plant of General Motors. I worked with great care and professionally past eleven years as Contract Physician with GM. I am presenting the content of our meeting as follow.

### Surprised Meeting and Discussion with Dr. Miller on June 11, 2008 as follow:

Dr. Miller started saying that I am happy to see you and good thing that you are (Dr. Atul C. Shah) doing well with your health and sickness now. Dr. Miller immediately said that I have bad news for you (Dr. Atul C. Shah) that you will be removed from General Motors today as Contract Physician (June 11, 2008). I politely asked the reason to remove me after eleven years of working professionally with General Motors. Dr. Miller mentioned that he is informed by people from Willow Run Medical department (by Dr. Anthony Burton, Dr Mark Singer, MD and Plant Manager Mr. Wooten) about "Problem with Documentation" with me and "Other Reasons". He did not elaborate the "Other Reasons" during this meeting. I told Dr. Miller and Dr. Burton that I have evaluated and seen more than one hundred twenty thousand patients in my career as Physician and documented their Medical History and Progress Note all my life. Also, I told them that there may be some human errors such as spellings and typographical errors in Medical recording by any one including them (Dr. Miller & Dr. Burton). Also, I mentioned to Dr. Miller and Dr. Burton that I can find hundreds of Problems and faults with their documentation if I want to find problems with Dr. Miller's and Dr. Burton's documentations in any cases. Of course, Dr. Miller and Dr. Burton were surprised to hear this statement. I told them that I can find hundreds of faults with Dr Miller's and Dr. Burton's documentation because that the Modern Medical Science including Occupational Medicine is Superficial, disorganized and primitive in nature. Any one can find several faults and problems with any one's documentation and Medical Records of any patients.

After our meeting immediately, I discussed the "Problem with my Documentation" with Nursing Supervisor Emerson Cameron, RN at Willow Run Medical Department. He was utterly surprised to hear this phony allegation by Dr. Miller and Dr. Burton. He says this is not right and my documentation of patients is excellent. Also, He mentioned that he did

not notice any Problem with my documentation within last six or seven years working with me. Emerson Cameron, RN is well experienced Registered Nurse working with GM as Nursing Director past more than thirty five years and he has more experience in Medical Record Practice than Dr. Miller and Dr. Burton who are working with GM and practicing Medicine past fifteen or seventeen years only.

During this meeting, I requested Dr. Miller and Dr. Burton to transfer me to different Division or different GM plant and help me to remedy the Problem with my Documentation if any or they do not like me. However, they did not listen to my request and simply insisted that you are removed today immediately without considering the remedial measurements. They says here is a empty box for you to pack up my belongings and return the Identity Badge, keys and other GM documents to Dr. Burton immediately before I leave this plant at 5.00 pm. I told them that my contract is good until end of this year 2008 but did not pay any attention to it.

### B. Head Hunting by Big Corporation like GM:
I told Dr. Miller and Dr. Burton about "Head Hunting" technique applied by Big Corporation such as GM Personnel with the strong back up support by their attorney staffs. In this Head Hunting Technique, persons like Dr. Miller and Dr. Burton can abuse the administrative power to kick out or remove the person whom they do not like and are able to discriminate their victims based upon their different religion, race, color, nationality and age. Dr. Miller and Dr. Burton listened about this Head Hunting Method but did not responded or answer this question.

Also, I discussed with Dr. Miller and Dr. Burton about the following topics on June 11, 2008 meeting at Willow Run Medical department.
- **Phony Allegations:** My removal from GM Health Services by Dr. Miller was primarily unfair with phony allegation such as Problem with Documentation etc. Also, I requested Dr. Miller and Dr. Burton to give me in writing about the reasons to remove me as Contract Physician. He declined to give me the reasons in writing for my removal as Contract Physician. He just said that he will not give any thing in writing for my removal. I requested that the Human Resource Director should give me in writing the reason(s) for my removal but Dr. Miller and Dr. Burton never paid any attention to this request during this meeting.
- **Phony Documentation allegation:** After my meeting with Dr. Miller and Dr. Burton, I immediately talked and discussed with Nursing Director Mr. Emerson Cameron at Willow Run Medical Plant. He is working with GM Health Services past more than 35 years and he is well aware of the Medical Documentation of different Physicians. Mr. Emerson Cameron was surprised to hear that my documentation is not good as accused by Dr. Miller and Dr. Burton during this meeting on June 11, 2008. Also, Mr. Cameron, RN & Nursing Director mentioned that Dr. Shah's Medical Documentation and Case records are very good and accurate in nature. Mr. Cameron have reviewed and supervised my documentation past six or seven years with Willow Run Medical Plant.
- **Denial of Promotion as Plant Medical Director with GM Health Services several times:** I was deliberately denied the post of Plant Medical Director twice

3

within last two years from 2006 to 2008. For an example - I was denied the post of Plant Medical Director at Toledo GM Plant and another physician - a white man - was given that post in spring of 2007 by Dr. Miller. Also, I was not even invited to apply for the position of Plant Medical Director with Willow Run GM Power train Plant where I was working past six years. This Plant Physician position was awarded to Dr. Anthony Burton, MD by Dr. Miller who is Dr. Miller's friend and immediate past president of Michigan Occupational Medicine. Dr. Miller is President of Michigan Occupational Medicine right now and both are white man with similar cultural and religious background. Another example- Donna Smith, MD, an African-American who just joined with GM was selected as Plant Physician at Grand Blanc GM Plant in Genesis County, Michigan in 2006. T had a nice discussion with Dr. Donna Smith and Dr. Donna Smith was surprised that I was not selected for this post. She knew that I was senior for many years than her working with GM. These are the examples of the discrimination based upon the religion, nationality, race and color.

- **Denial of opportunity to attend GM Conferences:** GM Health Services invite all doctors such as Full Time and Contract Physicians for all GM Conferences every year. I was invited to many GM Conferences in past ten years. Recently in June 2008, there was GM Conference scheduled at Cincinnati, Ohio. GM Health Services invited all Contract and Full time Physicians except me! I believe that this action of not inviting me for June 2008 Conference was based upon my belief of Eastern Philosophical Concepts which I strongly consider as the super-scientific and accurate than the conventional Modern Science including Bio-medical Science including Occupational Medicine. I attended many GM conferences earlier and I asked several scientific questions to the Key Speakers and Presenters. I politely mentioned to them that Eastern Philosophical concepts are Super-scientific than the current conventional concepts of Modern Science including Bio-medical Science. I humbly but strongly believe that Dr. Miller and Dr. Burton did not like my view about the superior concepts of the Eastern Philosophy than current Modern Science including Bio-medical Science. They were unable to tolerate this difference of opinion in our democratic country.

- **Discrimination based upon Religion:** Dr. Miller, Dr. Burton and other GM Health Service Personnel did not like my views and comment about the Superiority of the Eastern Philosophical Concepts during several GM Conferences as mentioned earlier. During conferences Meeting and discussion, I told that Eastern Philosophical concepts are Super-scientific and superior to the Concepts of the Modern Science including Bio-medical Science. Some how they did not like these comments and they retaliated by kicking me out from General Motors as Contract physician on June 11, 2008. For an example: at earlier GM Conference in 2006 I mentioned to a learned Cardiologist Dr. Peter Vaitkevicius, MD about the Soul is the original Pace-maker and Sino-Atrial Node in heart is the secondary Pace-maker in our heart and body. Even this Cardiologist did not like this simple inquiry in a conference which supposed to be an open forum to discuss any new idea and concept. Conferences are not only for drinking coffee, eating Donuts, Bagels and sleeping. There are many similar examples and I will be happy to produce evidences for your review and consideration.

4

- **Dr. Miller's Long standing and Concealed plan to remove me as Contract Physician from GM:** During our meeting on June 11, 2008, Dr. Miller mentioned that he was planning to remove me from GM past few years and I strongly believe the reason primarily was based upon my religion, nationality, race, color and age. Surprisingly, during our meeting on June 11, 2008 he did confessed that he was planning to remove me as physician from GM for a long time. He did not remove me or he was unable to remove me as physician in past few years due to several reasons which I am going to describe in this letter in following paragraphs. I am describing the factual dialogue occurred during our meeting on June 11, 2008 and this information is not fictitious or imaginary in nature.

- **Ganging the Detroit Style:** Dr. Steve Miller, Group Medical Director, Dr. Anthony Burton, Plant Medical Director, Pete Felton, Human Resource Director and Kingsley Wooten, Plant Manager removed me as Contract Physician under the vicious direction of Dr. Miller with phony allegations such as "Problem with Documentations" etc. They were not able to remove me as Contract Physician in past two or three years (2005 to 2007) as Dr. Oteyza was resisting the pressure from Dr. Miller past few years and I was lucky to survive within last few years. Dr. Oteyza, Plant Medical Director at Willow Run Plant told me several times during our formal talk about Dr. Miller's plan and his desire to remove me as Contract Physician in past few years. Also, Dr. Oteyza had similar harassment from Dr. Miller and his associates and Dr. Oteyza prematurely quit or resigned as Willow Run Plant Medical Director after twenty two years of great service. Dr. Oteyza highly recommended my selection as next Willow Run Plant Medical Director after his resignation. Dr. Miller just ignored completely Dr. Oteyza's recommendation and even he did not considered me for interview for this post.

- **Trap to remove me by Dr. Anthony Burton, Willow Run Plant Medical Director:** I was sick for two months from April 17, 2008 to May 23, 2008 with two hospitalizations in April and May of 2008 for one week each time. I asked Dr. Burton whether I need Primary Care Physician's certification prior to returning to work on May 23, 2008. Dr. Burton cunningly mentioned on telephone that I should return to work immediately and I do not need to bring a "letter from my family physician" upon returning to Willow Run Plant. Initially, I was really surprised that I do not need any "Return to Work" letter from my attending physician. I thought that Dr. Burton is very generous and nice person. However and unfortunately, this was a great plan and vicious TRAP for me to return to work immediately so Dr. Burton and Dr. Miller can remove me as the Contract Physician for ever. No wonder that this TRAP did worked very well. I returned to work on May 23, 2008. Dr. Burton informed me on June 10, 2008 that Dr. Miller is coming specially to see me on June 11, 2008 in after noon. This trap by Dr. Burton and Dr. Miller did work well and I was mercilessly removed after my recent unexpected sickness and eleven years of my service with GM.

- **Denial of an opportunity to rectify or improve Problem with Documentation:** I requested to transfer me to another plant if Dr. Miller does not like me or help me to improve with medical documentation. He simply refused to give me any opportunity saying that you are "Removed as Contract Physician today".

- **Denial to be interview as Full Time Plant Physician with GM**: In June 6, 2008, I applied as Full time Plant Physician at Grand Rapids GM Plant when I returned to work in May 23, 2008 after my long illness. Also, I did talk with Dr. Jimmy Brandon, MD Grand Rapid GM Plant Medical Director for interview for the post of Grand Rapids Plant Medical Director two weeks prior to my unfair removal. I requested Dr. Miler to give me a chance for an interview at Grand Rapids GM plant as full time Plant Medical Director. Dr. Miller declined for this interview at Grand Rapids GM Plant. He arrogantly mentioned that you are just removed today and you are not eligible to apply for another post with GM.

- **Abuse of Power and injustice by Dr. Miller and Dr. Burton**: At the end of our meeting, Dr. Miller viciously mentioned that Dr. Shah will not be Re-hired with GM, Dr. Shah will not be transferred to different Plant with GM, and Dr. Shah cannot apply for Full Time Position with GM. This statement was strongly supported by Dr. Anthony Burton who joined GM Health Services just six months ago. I was really surprised about this statement of Dr. Miller and Dr. Burton. I am wondering who gave them power to prevent me to re-hire with GM, not to apply as Full Time Physician or not to be transfer to another GM location. He mentioned that this is Permanent Removal from GM and my relation with GM is permanently sealed now. This shows the vicious and well planned concealed intention as well as the blatant abuse of administrative power to remove me from the GM as Physician by Dr. Miller and supported by Dr. Burton others administrative people at GM.

- **Contract Extension, Contract Expiration and Employment Termination**: Every employment have Contract Extension, Expiration and Termination clauses and guidelines. My contract was renewed and extended **every year** or **every one and half years** regularly past eleven years by General Motors Purchasing Department. However, I was told by Dr. Miller that "I am Removed from GM on June 11, 2008" although my contract was good until 12-31-2008 or eight more months.

- **Discrimination base upon Religion, nationality and Color etc:** My removal as Contract Physician by Dr. Miller was essentially and primarily based upon my religious belief, color, nationality and racial background as described earlier in this letter. The reasons such as Problem with Documentation, Bad economy, Employer to Terminate for Convenience etc are really the tip of iceberg and phony in nature. There are four Contract physicians including myself with GM for past eleven years working together and we know each other well. The other three Contract physician Dr. Hasan Rehman, MD a Muslim Physician from India, Dr. Orr, MD, a Black Christian Physician from U.S.A. and Dr. Soboloski, MD a White Physician with Christian background were "Not Removed" from General Motors because of their racial, national, religious and color.

- **Further evidence of Discrimination and Insult**: I received a letter dated July 15, 2008 from GM Global purchasing Department stating that my Contract have been extended until **12-31-2009**. For a reminder that I was removed from GM on June 11, 2008. However, I was very happy that my contract has been extended for another one and half years as Contract physician. However, this action was

6

another example of insult and discrimination by the GM Administration for no reason. I contacted Dr. Joel Bender, MD Corporate Medical Director by email and thanking him for the extension for one and half years as contract physician with GM. Few days later, Dr. Miller told me on telephone that this letter of extension was a "Clerical Error" and he does not want to extend the contract. This is another example of cold blooded discrimination and insult based upon my color, race, religion and nationality.

- **Selection of Dr. Anthony Burton as Plant Medical Director at Willow Run Power-train in Ypsilanti, Michigan is the Best Example of the Discrimination based upon Race, Religion, Nationality and Color**: Dr. Renato Oteyza, MD the immediate past Plant Medical Director past twenty two years strongly recommended my name for the next Plant Medical Director as I was working at this GM Plant past seven or eight years with almost thirty years of experiences in Occupational Medicine, Family Practice Medicine and Psychiatric Medicine in U.S.A and India. Most of people in Willow Run Plant were also thinking that I will be selected as next Plant Medical Director at this GM Plant. However, Dr. Stanley Miller did not paid any attention to the recommendation of Dr. Oteyza and he had different plan and strategy to help his friend and immediate past President of Michigan Occupational Medicine Dr. Anthony Burton. Dr. Miller is current President of Michigan Occupational Medicine right now.  Dr. Miller and Dr. Burton is both white American with Jewish background and graduated from the so called prestigious universities from Michigan. Dr. Miller told me that I will not even invited for the interview for this plant medical position. He invited another two candidates with Dr. Burton as a fake show of selection process in fall of 2007. I humbly mentioned during my unfortunate meeting on June 11, 2008 that graduating from prestigious university, having Board Certification and being a President of Michigan Occupation Medicine or any other organization are definitely a great honor and qualifications for any one. However, if our Fundamental Principles, the quality of the conventional knowledge in Bio-medical Science and Modern Science is poor, disorganized and superficial in nature, then, the qualification and honor received from prestigious university and presidential position etc are useless and without any value. Dr. Miller and Dr. Burton were certainly surprised hearing my statement and they did not respond any way.

Above mentioned description are the evidences of the Injustice, Discrimination and Abuse of the Administrative Power by Dr. Miller and Dr. Burton which were based upon my religion, race, color, nationality and age background and carefully executed by Dr. Miller and Dr. Burton and other personnel as mentioned earlier at GM Health Services, Willow Run Power train Plant in Michigan on June 11, 2008.

I will be very happy to submit above-mentioned evidences and many other examples of the well planned execution to remove me unfairly as the Contract Physician at General Motors in Detroit by Dr. Miller and his friends where I worked for eleven years.

7

Dear Director and Executive member of EEOC, this article is very interesting and factual case for your information and action. I have had a similar bitter experience as a Resident Physician in Psychiatric Residency Training Program in Wayne State University at Detroit, Michigan during early 1990's. I did file a complaint with EEOC during early 1009's. Also, I actively participated with American Medical Association and Michigan State Medical Society to increase the awareness about the "Resident Physician Abuse" by the Supervisors, Program Director and Chairman of the respective Residency Training programs in Michigan and U.S.A. Resident Physicians and especially the foreign medical graduates or International Medical Graduates who are treated as Dirt.  Resident Physicians are practically defenseless people and they are at the mercy of their supervisors, program directors and chairman in their training programs.

I did not pursue the discrimination as perceived as a Resident Physician during early 1990s with EEOC as I was helpless and totally unprepared as Resident Physician. I was thinking that dismissal as Resident Physician was my "Bad Karma" or "Bad Dream" rather than well plan and well executed discrimination by group of people at Residency Training Program at Wayne State University in Detroit, Michigan.

I may humbly suggest the following proposal or humble request to EEOC as the resolution for the justice and fairness.

1. First of all, I want to assure the EEOC executive member that filing this complaint is not intended for getting instantly rich from General Motors Inc who is in great financial trouble right now. I am really thankful to General Motors for providing me and my family the Bread & Butter on our table for eleven years.
2. The primary purpose to file this complaint is justice, fairness and in the spirit of the democracy. In the democracy, people are allowed to express their opinion and views without subject to punishment covertly or overtly by the people in power and at administrative position.
3. In this article, I have already mentioned that the Eastern Philosophical Concepts or Eternal and blissful Vedic Literature of India in Sanskrit language are Super Scientific and the concepts of Modern Science including Bio-medical Science concepts are Poor, Superficial, Disorganized and at the Observational level only.
4. If Dr. Miller, Dr. Burton and other colleagues at General Motors do not like my idea or understanding in our democratic country and they abuse their position and administrative power to dismiss or kicked out their subordinate people especially with different cultural, religious, color and racial background is unfair and undemocratic in nature.
5. If the people like Dr. Miller, Dr. Burton and colleagues at General Motors or any organizations who are unaware of or do not believe in the Super Scientific Concepts of the Eastern Philosophy or the Eternal and Blissful Vedic Literature in Sanskrit language of India, then, they should inquire about this wealth of knowledge from the right sources without suppressing and destroying the people like me who are willing to share the supreme knowledge with the fellow human beings for the betterment of mankind irrespective of his or her religious, cultural, racial and national affiliation.

6. Recently, in summer of 2008, I wrote a letter and humbly mentioned to President of American Medical Association Dr. Ronald M. Davis, MD from Michigan about how the eternal and blissful Vedic Literature in Sanskrit language of India with authoritative English translation by Western and Eastern Scholars will certainly help to provide higher dimensions and will help the Modern Science including Bio-medical Science in understanding of the fundamental principles of the Spiritual and Material Science right now. Also, I emailed this letter to Dr. Miller, Dr. Burton, and Dr. Joel Bender, who is the Corporate Medical Director of General Motors in summer of 2008. I have to mention that, unfortunately, they did not like this understanding and kicked me out as Contract Physician with unfair allegations as described earlier in this letter.

7. I will be happy to provide a copy of letter I wrote to Dr. Ronald M. Davis, MD who was immediate past President of AMA in summer of 2008. I had a nice discussion with Dr. Ronald M. Davis, MD in October 2008 about the integration of Spiritual Science and Modern Science for the betterment of the mankind. Unfortunately, I have to mentioned that Dr. Ronald M. Davis have been passed away from us in November of 2008 due to Pancreatic Cancer ailment. This information is publicly known to every one.

8. Members of EEOC are well aware that to discriminate and to dismiss some one based upon his or her belief or understanding is unfair, unjustifiable and undemocratic in nature in U.S.A., India and any part of this small globe.

9. I would like to reiterate that the purpose of this article or letter is constructive in nature and not intended for any other purposes. I know very well that EEOC is not directly responsible for the improvement of the poor and disorganized quality of the Modern Science including Bio-medical Science. However, EEOC is responsible for exposing the people like Dr. Miller and Dr. Burton suffering from the Pseudo Superiority Complex such as "White is Right and "West is Best" mentality which is crumbling like the House of Cards crumbles upon the small breeze of a wind right now as well as abuse of power, injustice and discrimination of the subordinate people.

10. I am planning to share this letter with current Presidents of American Medical Association, Michigan State Medical Society and possibly to Senator Carl Levin for their information and review as well their constructive comments and actions.

I greatly admire the American Spirit: the relentless pursuit to realize the truth - the Absolute Truth. Let us continue to revitalize this great spirit for the betterment of the people in general and for the entire world. I am a naturalized citizen of the America and I have strong faith and admiration for the democratic process of this great country.

Thank you very much for your time. I hope to hearing from you soon.

Sincerely and fraternally yours,

Atul C. Shah, MD
Troy, Michigan

9

**Enclosures:**

**1.** Letter to Ronald M. Davis, Late Immediate Past President of American Medical Association Titled as "Together We are Stronger: Integration of the Spiritual Science and Modern Science"

**2.** Letter to Apparao Mukkamala, MD, Immediate Past President of Michigan State Medical Society titled as *"Doctor, Share Your Vision of the Marvelous Machine"*

**3.** Two Letters written to Joel Bender, MD, PhD, Corporate Medical Director at General Motors Health Services, Detroit, MI titled as "Feed Back for GMHS Leadership Conference at Dallas, Texas - December 2007" & "The Understanding of the Supreme Court Judge about Symptomatology at Molecular level"

**4.** Curriculum Vitae of Atul C. Shah, MD


**Name, Address and Contact Numbers:**

**1.** Stanley H. Miller, D.O Group Medical Director – GM Powertrain. Work Phone # 248-857-2577, GM Pager 800-430-1446. Prime Accused and current President of Michigan Occupational Medicine who removed me as Contract Physician at GM Willow Run Plant at Ypsilanti, Michigan where I worked for almost eight years.

**2.** Anthony Burton, MD Plant Medical Director, Plant Medical Director at GM Powertrain at Ypsilanti, Michigan. Work Phone # 734-481-5244.
He just joined on November 2007. He is immediate past President of Michigan Occupational Medicine and good friend of Dr. Miller. He was selected as Plant Medical Director bypassing me being white and with Jewish background. Dr. Miller and Dr. Burton did not like my views that Eastern Philosophy or the Vedic Literature in Sanskrit language with authoritative English translation by the Eastern and Western Scholars is super-scientific and accurate than the conventional concepts of Modern Science including Bio-medical Science. They ignored my views completely without paying any attention to my views and kicked me out unfairly on June 11, 2008. I sincerely request investigators at EEOC to pay special attention about this very important aspect. Also, I mentioned several times to my colleagues during our GM Conferences that quality of Modern Science including Bio-medical Science is disorganized, poor and superficial as well as at observational level only. Simply Dr. Miller and Dr. Burton unable to tolerate my views as they are suffering from the Pseudo Superiority Complex as described earlier.

**3.** Joel R. Bender, MD, PhD, Corporate Medical Director GM Health Services. Work Telephone # 313-665-1652. He is my good friend and sympathetic to my views about Vedic Literature are super-scientific and can provide higher dimension to the conventional Modern Science including Bio-medical Science. However, he opted to support Dr. Miller and Dr. Burton. I believe this was due to being white American with cultural, national, color and racial similarity.

**4.** Renato Oteyza, MD. He is retired Plant Medical Director at GMPT Willow Run, Ypsilanti, Michigan where he worked for twenty two years. I work with him as Contract Physician for about eight years. He mentioned several times to me that Dr. Miller wanted and tried to kick me out as Contract Physician within last three or fours years. Dr. Oteyza resisted bravely Dr. Miller's recommendations or suggestions to replace or remove at Willow Run Plant. He graciously gave me his home # 248-990-9080 and Cell # 248-349-8515.

**5.** Kingsley Wooten, Plant Manager at GMPT Willow Run, Ypsilanti, Michigan. I met him several times and provided my Curriculum vitae to him. Initially, he was favorable for my selection as Plant Medical Director but later he changed his mind probably per pressure and request by Dr. Miller.

**6.** Pete Felton, Director of Human Resources at GMPT Willow Run Plant for many years. Also, I gave him my curriculum vitae for his review and he appeared to be favorable for my selection but he changed his mind with Mr. Wooten.

**7.** David B. Siegel, MD, Assistant Director, Health Services Operation and Programs. Work phone # 248-320-8517. He is a good friend and good person. He did like my views about the Superiority of the blissful and eternal Vedic Literature. However, he preferred to remain neutral in this situation.

**8.** Mark G. Singer, MD, Senior Medical Director, Powertrain. Work Phone # 248-857-0599. He works with and under Dr. Miller. Probably, he reported to Dr. Miller that I have documentation problems. Dr. Oteyza and I work under him.

**9.** Emerson Cameron, RN, Nursing Director at GMPT Willow Run Medical for thirty five years. He was observing and checking my documentation of all my patients past eight years. He mentioned several time that my documentation of patients are accurate and professional. He responded with surprise the allegation by Dr. Miller and Dr. Burton that **"this is not right"** in front of Dennis Craszanski, X-Ray Technician and friend who works at Willow Run Medical for years.

**10.** Chuck Rue, Linda Jenkins and Geraldine Brooks are Registered Nurse working at Willow Run Medical for more than thirty five years and they witness my work for about eight years. They are good friend and coworker. They were in praise of my professionalism and my work experiences. Work phone # for these nursing personnel is 734-481-5244. All these nursing personnel and many of other coworkers was surprised hearing my removal by Dr. Stanley Miller, D.O. on June 11, 2008 including many of my medical colleagues.

**11.** Jennifer Abrams, Assistant Vice President, Field Services Manager. Work phone # 248-223-6611. She invited all GM physicians for Disability Conference to discuss about disability topic with GM Attorneys during summer of 2007. As a feedback, I responded to Jennifer Abrams with a letter titled as "The Understanding of the Supreme Court Judge about Symptomatology at Molecular level" per request of GM Attorney. However, I never received any response from her or GM Attorney about this feedback.

**12.** Jay G. Manor, Senior Buyer-GSS at Global Purchasing Health care Initiatives. Work phone # 313-665-1793. He was renewing contract of all four Contract physician every year. I received a letter of renewal from him on July 15, 2008 mentioning that my contract have been extended up to 12-31-2009. I was removed as Contract Physician on June 11, 2008. I was very happy to receive this Contract Extension from GM and immediately I thanked Dr. Joel Bender, MD Corporate Medical Director for the extension (copy of letter attached). Few days later, I received a phone call from Dr. Miller and email from Jay Manor saying that this letter of extension was a "Clerical Error"!! I sincerely consider these kinds of behaviors by Dr, Miller and other GM personnel as expressed and concealed injustice, discrimination and abuse of power.

Thank you very much for your valuable time and consideration. Atul C. Shah, MD

# EXHIBIT C

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 471-2009-00726 |

## Michigan Department Of Civil Rights
State or local Agency, if any — and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Atul C. Shah** | **(248) 879-0795** | **02-09-1950** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2884 Manorwood Drive, Troy, MI 48085** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **GENERAL MOTORS INC** | **500 or More** | **(734) 481-4559** |

| Street Address | City, State and ZIP Code |
|---|---|
| **GMPT Willow Run,  Ypsilanti, MI 48197** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☒ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **06-11-2008** | **06-11-2008** |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the above named employer as Contract Physician and last worked in the same capacity.

On June 11, 2008, I was removed from my position as Contract Physician.  No explanation was given to me with regards to my removal.  I had not had any prior disciplinary action filed against me and I was the only one removed at this time.   In July 2008, I received documentation that my contract had been extended until December 31, 2009.  When I called with regards to this document, I was told it was a clerical error.

I can only conclude that I have been discriminated against by being removed from my position due to my color, age, religion and national origin in violation of Title VII of the Civil Rights Act  of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended.

I authorize the EEOC to use my name during the investigation of this charge.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| **Dec 04, 2008** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | 12/04/2008 |

Exhibit C – Page 1

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** | **PROOF OF CLAIM**

| Name of Debtor (Check Only One): | Case No. | Your Claim is Scheduled As Follows: |
|---|---|---|
| ☑ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) | |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) | |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) | |
| ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) | |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): SHAH ATUL C MD

Name and address where notices should be sent:

SHAH ATUL C MD
2834 MANORWOOD DR
TROY MI 48085-1145

Telephone number: 248-879-0795
Email Address: atul99krishna@yahoo.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(if known)*

Filed on: _____

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

---

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ Ten millions dollars

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Employment Discrimination
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

See attachment

If the documents are not available, please explain in an attachment.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

---

Date: 11/12/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

(Atul C. Shah, MD)

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Modified B10 (GCG) (12/08)

Exhibit C – Page 2

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules. The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc., are not authorized and are not providing you with any legal advice.*

### A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, P.O. BOX 9386, DUBLIN, OH 43017-4286. **IF BY HAND OR OVERNIGHT COURIER:** THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO: THE UNITED STATES BANKRUPTCY COURT, SDNY, ONE BOWLING GREEN, ROOM 534, NEW YORK, NEW YORK 10004. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.

**THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

**Court, Name of Debtor, and Case Number:**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1, 2009. You should select the debtor against which you are asserting your claim.

**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR.**

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. Please provide us with a valid email address. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor, if any.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

For claims pursuant to 11 U.S.C. § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases (See DEFINITIONS, below). Attach documentation supporting such claim.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.
The Debtors in these Chapter 11 cases are:

| | |
|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) |

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with The Garden City Group, Inc. as described in the instructions above and in the Bar Date Notice.

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be

paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's

### INFORMATION

tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc., please provide a self-addressed, stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**Additional Information**
If you have any questions with respect to this claim form, please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation.com.

Exhibit C – Page 3

ATTACHMENT TO PROOF OF CLAIM #7. DOCUMENT:

*The basis of my claim is termination of my employment because of religion,
race, etc.  I seek money damages for my unjust and illegal termination.*

I have filed a complaint as required with the Equal Employment Opportunity
Commission.  I have obtained a right to sue letter and I have filed a
suit in the United States for the Eastern District of Michigan Southern
Division, Case No.  2:09-cv-14038 assigned to the Honorable Judge: Battani, Marianne O.

I also have another year to pursue my case in State Court under the Michigan Civil Rights Act.

I have been sent a proof of claim by Motors Liquidation Company (f/k/a General Motors
Corporation.

I have not been able to see myself listed in their schedules on the internet because of the
voluminous filings by the debtor and the technical difficulties of accessing this information on the
internet or even over the telephone.  Further, my claim is not listed on any schedules according
to the box on the Proof of Claim titled ""Your claim is scheduled as follows".

I am sure that my claim would be considered as contingent, disputed, or unliquidated.  But, I take
the fact that I was mailed the proof of claim as an acknowledgment that by the debtor that I may
be owed money for the discrimination I endured.

If you need anything further, please call or write or e-mail me at the appropriate entry listed on the
front of my Proof of Claim.

11/12/2009

Atul C. Shah, MD
Troy, Michigan, U.S.A.

Exhibit C – Page 4

**EXHIBIT D**

| | |
|---|---|
| **Subject:** | RE: MLC GUC Case Number MLC-0028820 |
| **From:** | Greer, Stefanie (GreerS@dicksteinshapiro.com) |
| **To:** | atul99krishna@yahoo.com; |
| **Cc:** | ONeilA@dicksteinshapiro.com; CarmelA@dicksteinshapiro.com; |
| **Date:** | Monday, April 2, 2012 3:04 PM |

Exhibit D – Page 1

Dr. Shah,

Just to clarify, as I stated, we represent the GUC Trust, which acts through its trustee. David Vanasky is trustee of the GUC Trust. You should direct all correspondence regarding this matter to me, as a representative of the GUC Trust.

The GUC Trust reserves all rights with respect to your statements below and does not consent thereto.

Thank you,

Stefanie

**Stefanie Birbrower Greer**
Dickstein Shapiro LLP
1633 Broadway | New York , NY 10019
Tel (212) 277-6743 | Fax (917) 677-8208
greers@dicksteinshapiro.com

**Confidentiality Statement**

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP

www.dicksteinshapiro.com

**From:** Atul C. Shah, MD [mailto:atul99krishna@yahoo.com]
**Sent:** Monday, April 02, 2012 7:08 AM
**To:** Greer, Stefanie
**Cc:** Atul Shah MD
**Subject:** MLC GUC Case Number MLC-0028820

**Atul C. Shah, MD**
**2884 Manorwood Drive**
**Troy, Michigan 48085**

April 2, 2012

Stefanie Greer
Attorney

http://us.mg1.mail.yahoo.com/neo/launch?.rand=d45gquv8d4c61                                   5/4/2012

Dickstein Shapiro LLP
1633 Broadway
New York, New York
10019-6708

Exhibit D – Page 2

Ref: MLC GUC Case Number MLC-0028820.

Dear Ms Stefanie Greer:

It was nice to discuss with you personally on telephone 212-277-6743 at your office on Monday Morning at 11.00 am March 19, 2012. We talked about fifteen minutes regarding above-mentioned case.

I greatly appreciate your time and information during this conversation. I may summarize the important points of our conversation in this email. I received your first message on my cell phone on March 15, 2012.

**1.** I am pursuing my case MLC-0028820 against Motor Liquidation Company (General Motors Corporation) since this case filed on Nov 17, 2009. This was the first question you ask me and this is the answer for your pertinent question.

**2.** I am representing this case myself since I filed this case on November 12, 2009. I do have Lawyer friend helping me on voluntary base.

**3.** The United States Bankruptcy Court for the Southern District of New York selected Wilmington Trust Company as the Trust Administrator and Trustee for the Motors Liquidation Company GUC Trust.

**4.** I have had a nice talk with Mr. David Vanaskey by telephone 302-636-6019 on February 24, 2012 at 4.30 pm. He mentioned that he is a Wilmington Company Trust Administrator for MLC GUC Claims. He mentioned that a Specific Person handing my case will contact me soon.

**5.** During our conversation, you mentioned that your self from Dickstein Shapiro will be handling my case from now and I do not have to contact Mr. David Vanaskey or other persons at Wilmington Company. You did not mention the reason for no need to contact Wilmington Trust by me in future.

**6.** During our conversation you mentioned that there is NO MERITS in my case and you offered me $ 25,000 (Twenty Five Thousand Dollars) for settlement of this case.

**7.** I mentioned to you that let the Supreme Court Judge decide about the MERITS or NO MERITS for this case and I may pursue this case all the way up to the US Supreme Court if necessary.

**8.** My first question to you was the reason for contacting me and your relationship with Wilmington Company. You mentioned that Dickstein Shapiro is Independent Company and it does not represent Wilmington Company directly.

**9.** Our telephone ended with your comment that I will receive further information in two or three weeks from her or other sources. No information was provided for other sources during our conversation.

**10.** This email letter is just for a record of our telephone conversation on March 19, 2012 Monday Morning at 11.00 AM. I am providing this information per my memory as we discussed.

I greatly appreciate your time for initial contact with me for this case. I am practicing Family Practice Medicine and Psychiatric Medicine past twenty five years. I consider myself as an expert in understanding and revealing "**Expressed Intentions and Concealed Intensions**" of people. I believe that Attorneys have similar capability for understanding and revealing our Human Emotions and Intentions.

Hope to hearing from you soon. My cell phone number is 248-835-5025.

Thank you very much.

Sincerely,


Atul C. Shah, MD
Troy, Michigan

# EXHIBIT E

Exhibit E – Page 1

**Subject:** Meeting Reminder: Office Hours with Dr. Carmel

**From:** Peter Carmel, MD, AMA President (meetings@meetings.readytalk.com)

**To:** atul99krishna@yahoo.com;

**Date:** Wednesday, April 18, 2012 7:00 PM



# Office Hours with Dr. Carmel

Dear Dr Atul C. Shah, MD,

This is an upcoming meeting reminder for Office Hours with Dr. Carmel, scheduled for 7 p.m. Eastern on April 19. All of the information you need to join the meeting is below.

## Dial-In Information

&#9742; **U.S. & Canada Toll-Free    800 909 4195**

**Meeting Description:**
As president of America's largest physicians organization, AMA President Peter Carmel, MD, wants to stay connected to the medical community he represents. Office Hours with Dr. Carmel allows him to do exactly that.

Office Hours is an hour-long call that provides an interactive forum for two-way discussion between Dr. Carmel and AMA members. Ask Dr. Carmel a question about an issue that's important to you or share a particular concern. After the call, Dr. Carmel will share your thoughts with the AMA Board of Trustees.

### Details

| | |
|---|---|
| **Date:** | Thu, Apr 19, 2012 |
| **Time:** | 07:00 PM EDT |
| **Duration:** | 1 hour |
| **Host(s):** | Peter Carmel, MD, AMA President |

Add to your Calendar

☐ Outlook Calendar

☐ Lotus Notes Calendar

☐ Google Calendar

ReadyTalk Support Information

**For technical support:**
U.S. and Canada: 800.843.9166
International: 303.209.1600
Email: help@readytalk.com
Web: Conferencing Support

Presenter Information

**Peter Carmel, MD**



Peter Carmel, MD, a pediatric neurosurgeon who practices in Newark, N.J., became the 166th president of the American Medical Association (AMA) in June 2011. Dr. Carmel has been a member of the AMA Board of Trustees since 2002 and a member of the AMA House of Delegates since 1985.

Dr. Carmel served as chair of the Specialty and Service Society (SSS) from 1992 to 1993 and helped the SSS achieve AMA

bylaws recognition. Dr. Carmel has also served on the AMA Council on Long Range Planning and Development and was its chair from 2000 to 2001. During his tenure, the council originated the AMA International Medical Graduates Section and established proportional representation for specialty medical society members. From 2006 to 2007, Dr. Carmel served as president of the AMA Foundation, and he is currently on the foundation's board of directors.

Powered by ReadyTalk

Exhibit E – Page 3

Subject:  Higher Dimensions with Modern science and Bio-medical Science

From:  Atul C. Shah, MD (atul99krishna@yahoo.com)

To:  peter.carmel@ama-assn.org; barry.dickinson@ama-assn.org; apa@psych.org;

Cc:  atul99krishna@yahoo.com;

Date:  Friday, April 27, 2012 12:04 PM

**Atul C. Shah, MD**
**Centerline Medical Clinic**
**8033 E. 10 Mile Road, Suite 105**
**Center Line , MI 48015**
**Tel: 586-755-6101**
**Fax: 586-755-8609**

April 26, 2012

Dr. Peter Carmel, MD
President
American Medical Association
515 N. State Street
Chicago , IL 60654

Ref:  Higher Dimensions with Modern Science and Bio-medical Science.

Dear Dr. Carmel:

I greatly appreciate and thank you very much for organizing largest Office Hour Meeting with Two-way interactive discussion teleconference for AMA members on Thursday 19, 2012 under your able leadership.

The primary reason for interactive discussion as 166th AMA President with AMA members was to share particular concerns and important questions by invited participants. I am happy to mention that I was one of the invited participants during this interactive dialog.

AMA is the Parent and largest Physician organization representing fifty plus medical specialties including Psychiatry, Psychology, Neurology, Cardiology and other medical specialties.

It was very nice to discuss several concerns and questions by our erudite medical colleagues during one hour interactive discussion with you as President of AMA. We thank you very much for your guidance and able leadership.

During our interactive discussion, I ask question about "Higher Dimensions with our Modern Bio-medical Science" as the most important step for the Health Reform helping general public in USA and abroad right now.

During our discussion, I cited an example for Higher Dimension with Modern Biological Science with you and all our invited colleagues from different medical specialties.

I mentioned that "Spirit Soul is the Original Pacemaker and Sino-Atrial Node or SA Node is Secondary Pacemaker in heart" as research topic and other pertinent topics that may provide higher dimensions with our modern biomedical science.

I have had a private and friendly discussion with 162ndAMA President late Ronald M. Davis, MD during fall of 2008 for one and half hour at Detroit Downtown restaurant Lunch Hour about topic "Together we are stronger: integration of Modern and Spiritual Science".  He showed great interest in higher dimension with Bio-medical Science.

Also, I was invited participant with Tele-Conference organized by 163rd AMA President Nancy Nielsen, MD on September 1, 2009 with main topic of Health Reform. I requested Dr. Nielsen about great need for "Revision of the Fundamental Principles of Modern Science including Bio-medical Science" as the most important and primary step for Health Reform. Conventional Modern Science including Bio-medical Science needs higher dimensions right now.

I humbly and sincerely mentioned in my letter to 162ndAMA President late Ronald M. Davis, MD that Vedic Literature in Sanskrit

language with authoritative English translation is available and may provide higher dimensions with our Modern Science and Bio-medical Science right now.

We easily discuss at prestigious universities about Mind, Id, Ego and Super-ego of Psychiatry and Psychology without any hesitation. However, it is a fact that no one is unable to describe scientifically about the location of Mind, Id, Ego and Super-ego in our gross anatomical body.  These are the Abstract Concepts of Psychiatry and Psychology past two centuries that needs higher dimensions.

Psychologists and Psychiatrists at APA know this fact well. They are very reluctant to discuss these topics openly or privately. I wrote a letter to past President and Secretary of American Psychiatry Association (APA) during March 2005 about topic of "Description of Science of Rasa or Relationships and higher dimensions with Psychiatry" with zero response or lack of response from APA.

The Spirit Soul is original pacemaker and Sino-Atrial Nodes is the secondary pacemaker in heart is more scientific and tangible fact than description of Id, Ego and Super-ego of Psychiatry and Psychology concepts. I asked this question to panel of Cardiologists at Cardiology conference in Michigan in September 2010. They reluctantly agreed with concluding remark by Chairman that this topic needs further research and study.

AMA is parent organization and APA is sister organization for fifty plus medical specialties in USA and abroad. AMA and APA must take active and vital role for the integration of the Modern Science and Spiritual Science with higher dimensions for betterment of modern mankind. I am a member with AMA past 21 year with state and county medical society. I was a member with APA for more than fifteen year.

I sincerely believe that Vedic Literature in Sanskrit Language with authoritative English translation by Vedic Scholars from India, USA other countries will be of great help for the sublime and higher dimensions with Bio-medical Science and Modern Science.

I will be happy to be a member or Co-chairman with "Council on Science and Public Health" at AMA for the purpose of higher dimensions with Bio-medical Science. I believe that I have genuine qualifications and sincere desire for providing higher dimensions with Modern Science including our Modern Bio-medical Science right now.

I am practicing General Practice and Psychiatric Medicine past thirty years in USA and India . Currently, I am a solo practitioner at my clinic and working as Disability Specialist performing Disability Evaluations at Metro-Detroit area past sixteen years. Recently, I requested Charles A. Jones, Michigan DDS Director for "Higher Dimensions with DDS Evaluation".

Let all of us share our concerns and knowledge in friendly and democratic spirit. Please kindly review this proposal with the Board of Trustees at AMA and other research organizations per your discretion.

I am forwarding this email to Barry D. Dickinson, PhD Director, Science Policy & Secretary of AMA and President of APA. I have had a nice talk with Kevin O'Neil at AMA few days ago.

Again, I greatly appreciate your valuable time and consideration. Hope you had a great time past few weeks with conferences at Europe and other countries.

Together we are stronger, prosperous and healthy: the motto of AMA.

Hope to hearing from you soon. My cell phone number is 248-835-5025.


Sincerely and fraternally,


Atul C. Shah, MD
Medical Director
Centerline Medical Clinic
Center Line, Michigan

**Following articles will be e-mailed to AMA Council on Science and Public Health on request:**
1. "Together we are Stronger: the Integration of Spiritual and Modern Science". Letter written to late Dr. Ronald M. Davis, MD and Nancy Nielsen, MD Presidents of AMA forwarded during spring of 2008
2. "The Understanding of the Supreme Court Judge about the Symptomatology at Molecular level". Letter written to Dr. Joel Bender, MD the Corporate Medical Director of General Motors during 2007
3. Universal Health Form: Easy Guidelines for the Health Professionals and Workers
4. Super-scientific concepts of the Structural Classification and Functional Classification of Gross Human Body and Senses
5. Higher Dimensions with Psychiatry and Psychology. Letter to APA President Michelle B. Riba, MD and APA Secretary Nada Logan Stotland, MD in March 2005

6. Soul is the original pacemaker and S.A. Node is the secondary pacemaker in heart. Follow up Letter to Cardiologists Dr. S. K. Doshi and Dr. M. Siddiqui Chairman of Cardiology Conference in Michigan on September 2010.

7. Higher Dimensions with DDS Evaluations. Letter to Charles A. Jones Michigan DDS Director in March 2012.

Exhibit E – Page 6

Subject:   Soul is Original Pace-maker and S.A. Node is Secondary Pace-maker in Heart

From:   Atul C. Shah, MD (atul99krishna@yahoo.com)

To:   skdoshi@pacificheart.com; yashshah@hotmail.com; khuranakd@hotmail.com;

Cc:   atul99krishna@yahoo.com;

Date:   Friday, September 24, 2010 6:53 AM

Dear Dr. Shephal Doshi, MD:

Namaste

Congratulation for wonderful 6th Annual Symposium  "Frontiers in Cardiology" on September 23, 2010  at Westin Hotel in Southfield, Michigan. Your presentation as an erudite Scholar and Cardiologist was really impressive and wonderful. It was nice to discuss during  Break with you, Dr. Subramaniam Krishnan and Course Director Dr. Siddiqui, MD about the Most Important aspect but intentionally neglected  topic in Cardiology: **Soul is the original Pace-maker and S.A. Node is the secondary Pace-maker in heart.**

I asked this fundamental question during end of Cardiology Symposium to Dr. Mukarram Siddiqui, MD Course Director. His response was that this question - **Soul is the original Pace-maker in heart is a Profound Question and Cardiology Panel have no answer for this fundamental Question at this moment.** This topic needs further investigation, insight and higher knowledge or Divine Dimension.

As we discussed, I am forwarding several Super-scientific articles written by me past four or five years and transmitted to my Web Site VedicLiteraturetheSupremeScience@yahoogroups.com and other Web sites for your review and pleasure.

I am forwarding these super-scientific articles to my close friends Dr. Yash Shah, MD well known Professor of Radiology at DMC & Harper Hospital in Detroit, Michigan and Drs & Mrs Kishan Khurana for information and pleasure per their personal request during this conference.

Please keep these articles in a separate folder with title as **"Dr. Atul Shah's Articles"** for quick access and review. I will email my latest article titled as **"Preface & Article - Global Pollution: Classification, Causes and Remedy"** by separate email for your review. This article contains Fundamental Principles of Physics, Biology and Bio-medical Sciences and other basic sciences per the authoritative and super-scientific concepts derived from eternal and blissful Vedic Literature: the Supreme Science for entire mankind. This "Global Pollution article" provides super-scientific information about size, location and functions of Soul in heart.

Also, I am forwarding my short profile by separate email.

I am sure that you have wide open mind and sincere desire to learn from the great sources. Please pay attention for the Sanskrit nomenclatures which are self explanatory and easy to understand. Sanskrit language is the Mother Language of all languages in this planet including Indo-European languages. This sublime truth is known to most of Scholars in Western and Eastern Hemispheres.

Again, congratulation for your superb presentation at Cardiology Symposium. I will be happy to provide bright ideas and insights for helping people in USA, India and other places for betterment of mankind in this small globe.

Thank you very much in advance for your time reading my articles. I will greatly appreciate friendly input and comments from you and our colleagues Dr. Yash Shah and Dr. Khurana at your leisure.

Sincerely,

Atul C. Shah, MD
Troy, Michigan, U.S.A.
September 15, 2010

Subject: Feedback

From: Atul C. Shah, MD (atul99krishna@yahoo.com)

To: atul99krishna@yahoo.com; jfinney@msms.org;

Date: Friday, April 11, 2008 7:53 AM

Dr. Stanley H. Miller, D.O.
Group Medical Director
GM Power Train
777 Joslyn Avenue
Pontiac , MI 48340-2925

Dear Dr. Miller:

I hope that you may have read the article I wrote to AMA President Ronald M. Davis, MD few weeks ago - **"Together We are Stronger: the Integration of Spiritual Science and Modern Science"**. I hope you may have like it and may have interest with this important topic.

I have had a nice talk with Anthony Burton, MD, Plant Physician at Willow Run Power Train here recently. At Willow Run Plant, we do discuss some times about several topics as described in my article to AMA President Ron M. Davis, MD. Unfortunately, Dr. Ron M. Davis, MD has been diagnosed with serious form of Pancreatic Cancer few weeks ago and he is fighting with this ailment now. Dr. Davis is sharing his treatment plan and current illness with colleagues and sympathizers all across U.S.A. and may be abroad as AMA is a prestigious organization.

Dr. Burton requested me to write you about my special interest in the Spiritual Science topics as you are the Group Medical Director with GM Power Train Division. Earlier, I was forwarding all my emails expressing my special interest in Spiritual Science to Dr. Joel Bender, MD our Corporate Medical Director. However, Dr. Bender being very busy with his corporate duty, Dr Burton mentioned that I may send all my email with special interest and relevant topics which may help our Bio-medical Science to you for your review and consideration. I am sure you are also very busy with your regular duty. However, I will greatly appreciate your extra time and support for this very essential subject matter.

 It is a great privilege to work with General Motors Corporation past eleven years and working with you, Dr. Bender, Dr. Singer, Dr. Burton and our colleagues as Contract Physician. I certainly anticipate our continued cordial relationship as colleagues at this great automotive company now and in the future.

Again, I would like to express my sincere desire to discuss and elaborate several essential topics to enhance and improve our fundamental principles and basic understandings of the Human nature at the Gross Anatomical, Mental and Spiritual levels as described in my earlier email correspondences.

Following topics should be very appropriate at this time for consideration and practical implementation in our Occupational Medicine set up:

1. Universal Health Form: Easy Guide for the Health Professionals and Workers.
2. Description of the Structural and Functional Classification of the Gross Human Body and Senses.

We attended a GM conference in summer of 2006 at Marriott Renaissance Center for application of new Health Information System (HIS) for GM Health Services created by Medgate Company from Canada . GM is purchasing new HIS System from Medgate Company with millions of dollars to upgrade the GM HIS System. Medgate company consultants have postponed several time to update our GM HIS System, I believe, primarily due to their inability to find out perfect "Universal Health Form" we all are looking for past few decades.

I had a nice talk with the Medgate consultant Mark Wallace about the idea of perfect "Universal Health Form" which can help their company to create a perfect format for implementation of HIS System for any company, clinic or hospital. However, Medgate consultants did not pay any attention to my suggestions during this conference and did not pursue this topic later on with them. I believe that the **Universal Health Form** I am proposing in my email correspondence will certainly help our GM HIS System, Medgate Company and hospitals right now.

Also, I may request you to go to another interesting web site www.functionalmedicine.org for the description of "Functional Classification of Human Body" by the experts of the Functional Medicine. I have gone through this web site and I believe they are struggling very hard and unable to differentiate between the **"Structural and Functional Classification of Human Body and Senses".**

The Vedic Literature: the Supreme Science definitely will help and provide higher dimensions with the above mentioned topics as well as about many topics and concepts now and in the future.

I sincerely thank you very much for your valuable time and consideration for very important subject matter and spiritual topics. I humbly believe that the Spiritual Science as described in the eternal and blissful Vedic Literature will certainly revolutionize the fundamental principles of Modern Science including Bio-medical Science right now. I did try to contact with Dr. Ron M. Davis, MD few weeks ago at his private clinic at Henry Ford Health System in Detroit and I talked with his personal secretary Linda Perry about this subject matter. I was not able to discuss with Dr. Davis, MD as he is battling with his cancer illness now.

The primary purpose of my correspondence with the AMA President Ronald M. Davis, MD, Dr. Joel Bender, MD, with you and our colleagues is to stimulate the dialog for the improvement and betterment of our Bio-medical Science. If we want to obtain Butter from buttermilk, then, we have to churn and stir the buttermilk. This is exactly what I am doing right now to stimulate application of authoritative concepts from the blissful and eternal Vedic Literature: the Supreme Science. One person cannot do all work. More hands produce plenty of butter by churning the buttermilk for every one.

If some one believes that Modern Science including Bio-medical Science is perfect and there is no room for improvement, then, this will be a big mistake. We should not be following any doctrine, vision or path blindly as it is dangerous to do so. We all know this simple truth by heart.

I hope to hearing from you soon. I will be happy to see you personally at GMPT Willow Run or at your office for the above mentioned topics any time per your desire and wish. I am forwarding this email to Dr. Ronald M. Davis, MD, Dr. Joel Bender, MD and our colleagues for information and consideration.

**Together We are Stronger and Best of the both World.**

Sincerely and fraternally yours,


Atul C. Shah, MD
Contract Physician
GMPT, Willow Run

Note: I am emailing the letter - **"Together We are Stronger: the Integration of Spiritual Science and Modern Science"** - written to Dr. Ronald M. Davis, MD President of AMA and a letter by AppaRao Mukkamala, MD MSMS President  for a quick review and reference by separate email.

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Exhibit E – Page 9

Subject: Doctor, Share Your Vision of the "Marvelous Machine"

From: Atul C. Shah, MD (atul99krishna@yahoo.com)

To: atul99krishna@yahoo.com; jfinney@msms.org;

Date: Thursday, March 27, 2008 4:31 PM

AppaRao Mukkamala, MD
President
Michigan State Medical Society
P.O. Box 950
East Lansing, MI 48826-0950

Dear Dr. Mukkamala:

As an introduction, my name is Atul C. Shah, MD. I am General Practitioner and Psychiatrist practicing at Metro Detroit area in Michigan past twenty years. Originally, I am from India and I practiced as General Practitioner in India for eight years after my medical graduation in 1974. I have evaluated 12,000 (Twelve thousand) psychiatric patients and 112,500 medical patients during my thirty years of career as physician and psychiatrist in both countries. I have a great privilege to be the citizen of the two greatest democratic countries of this small globe - India and U.S.A. Presently, I am working with General Motors Corporation as Contract physician past eleven years and solo practitioner at Metro Detroit in Michigan.

Just today, I had an opportunity to read your view in Michigan Medicine magazine of MSMS in President's Perspective section. I am glad to mention that various problems we face as Physicians in U.S.A. and abroad described by you are excellent and laudable. Let me reprint the last paragraph from this magazine about your wonderful vision and advice for every one:

*"Share this vision of the human body with your patients. And then ask - don't you owe it to yourself to keep this marvelous machine working at its best, to treat it with the care it deserves?"*

I greatly appreciate this wonderful vision from you as the President of MSMS. You have already mentioned about the Gross Anatomical body and Behavioral aspects of our patients with this Perspective sections are responsible for physiological and pathological processes for any human being including physicians and patients alike.

However, I have to mention that you were very reluctant to mention about the Spiritual aspect of the "Marvelous Human Body" - the Spirit Soul - which resides within the heart of the human body. The reason for not mentioning by you about the Spirit Soul or Spiritual Aspect which certainly the most important aspect of Gross Body is very simple - the gross neglect and ignorance of and about the Soul, Super Soul and Spiritual Science with our Modern Bio-medical science primarily due to the political, cultural and religious reasons in U.S.A., in India and all over the world. Every one is advised and forced not to discuss at all about this great frontier of the Spiritual Science including Presidents, Chairmen, Program Directors and every one.

This is the sad and horrible aspect of the modern mankind, unfortunately.

Only question is hovering for all of us at present moment is that how long we will continue to neglect and deny the great care and knowledge of Soul and Spiritual Science deserves by every human being as American, Indian, African, Chinese, Japanese and with numerous designations?

We all know instinctively that if Soul leaves this body all disease percentages, disease processes and billions of dollars spent for gross body become useless statistic and verbiage.

I am forwarding a copy of letter I wrote recently to Ronald M. Davis, MD 162nd President of American Medical Association for your review and consideration by separate email. You may forward this article to any research organization per your discretion.

Again, I thank you very much for your time and consideration. It was really my pleasure to work with you during my early Residency Training Program during early1990's with IMG section of MSMS and AMA meetings and

conferences in Detroit and Lansing areas.

I hope to hearing from you soon. You may email me at my email address any time.

Sincerely and fraternally yours,

Atul C. Shah, MD
General Practitioner and Psychiatrist
Troy, Michigan , U.S.A.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Exhibit E – Page 11

Subject:   Together We are Stronger: The Integration of Spiritual and Modern Science

From:   Atul C. Shah, MD (atul99krishna@yahoo.com)

To:   atul99krishna@yahoo.com; rdavis1@hfhs.org;

Date:   Wednesday, February 20, 2008 10:18 AM

Together We are Stronger: The Integration of Spiritual Science and Modern Science

Ronald M. Davis, MD
President
American Medical Association
515 N. State Street
Chicago, IL 60610

Dear Dr. Davis:

As an introduction, my name is Atul C. Shah, MD. I am General Practitioner and Psychiatrist practicing at Metro Detroit area in Michigan past twenty years. Originally, I am from India and I practiced as General Practitioner in India for eight years after my medical graduation in 1974. I have evaluated 12,000 (Twelve thousand) psychiatric patients and 112,500 medical patients during my thirty years of career as physician and psychiatrist in both countries. I have a great privilege to be the citizen of the two greatest democratic countries of this small globe - India and U.S.A. Presently, I am working with General Motors Corporation as Contract physician past eleven years and solo practitioner at Metro Detroit in Michigan.

The inaugural speech by you as the President of AMA on June 26, 2007 was simply wonderful. As the Spiritualist and Psychiatrist, I am glad to mention that you certainly believe in Re-incarnation as you connect your self with the founder of AMA and 16Th President Dr. Nathan Davis one and half century ago. However, I have to mention that you were reluctant to use word "Re-incarnation" in your speech primarily due to political, cultural and religious reasons.

Another reason for not mentioning "Re-incarnation" in your inaugural speech was the lack of knowledge and poor understanding of Re-incarnation concept within our Modern Bio-medical Science. However, I greatly appreciate your boldness to acknowledge this wonderful topic with our medical specialties as President of AMA. I will be very happy to support this revelation and let me be the first person to recognize that Dr. Ronald M. Davis and founder of AMA Dr. Nathan Davis are the same person or Soul transmigrating into two different bodies. This phenomenon will be a great stimulant to understand and propagate the **"Spiritual Science"** at present moment and in the future in U.S.A. and all over the world.

The primary purpose to write this letter to you is to support the wonderful Motto of American Medical Association **"Together we are stronger"** and to help the Mission of AMA **"To promote the art and science of medicine and the betterment of public health"**. These are the wonderful Motto and Mission of the AMA past one and half centuries for the American public and the people all over the world.

I am a proud member of AMA past seventeen years from Michigan . I actively participated with AMA activities during my Psychiatric Residency Training at Wayne State University , Detroit , Michigan in early 1990'. Also, I am a member with Michigan State Medical Society, Wayne County Medical Society past seventeen years as well with American Psychiatric Association and Michigan Psychiatric Society for ten years in Michigan . This information is just for a short introduction.

Also, another interesting purpose to write this letter to you is the great need of integration of Spiritual Science and Modern Science at present moment. The motto of AMA - **"Together We are Stronger"** - is precisely pointing that our human body is a sophisticated machine made up of the three natural divisions as follow:
**1.** Gross Anatomical Body,

**2.** Subtle or Astral Body and
**3.** Spiritual Body or Spirit Soul

The integration and accurate understanding of above-mentioned three aspect of our human existence is very essential. In other words, artificial separation of these three aspects of Living Entity will be detrimental and this vital information must be re-introduced to the educational system from Elementary school to University level. The artificial separation of Gross Anatomical Body, Subtle or Astral Body and Spiritual Body of the living entity have created great chaos in mind of the modern mankind resulting into disorganized and poor quality of knowledge in Modern Science including the Bio-medical Science.

The summary description of the Living Entity such as Human being can be categorized in three levels:
**1.** Description of the Gross Anatomical Body
**2.** Description of the Subtle or Astral Body
**3.** Description of the Spiritual Body

I am happy to mention that the blissful and eternal Vedic Literature of India super-scientifically describe the fundamental principles of the above-mentioned three divisions of the human and sub-human body. The accurate understanding of three aspects or divisions of the human body is extremely essential for revealing the purpose of the human existence and human nature. The super-scientific concepts of the blissful Vedic Literature certainly will help Modern Science including Bio-medical Science to achieve the higher dimensions with our conventional knowledge at the present moment and in the future.

Furthermore, we have to take a serious note that the fundamental principles of the Basic Sciences such as Physics, Chemistry, Biology and Social Science are less accurate, disorganized and semi-scientific in nature. For an example - The Periodic Chart with description of 106 or 108 Atoms is not able to describe how the atoms were formed and where the atoms were originated. Physicists are not able to reveal whether the atoms were created in chronological sequence or in non-chronological order as described in the periodic chart. Physicists are unable to answer scientifically about these relevant inquiries.

Also, Biological Science fails miserably in description of the chronological evolution of the various species such as sub-human to human species. Social Science fails to describe the natural "Occupational and Social Divisions" of the human beings. Psychologists and Psychiatrists have been undoubtedly and miserably failed in the description of the Mental Apparatus, the Mental Activities and the classification of the natural emotions and relationships of the human beings.

The missing links and deficient nature of our Modern Science becomes apparent when we scientifically analyze the fundamental principles and concepts of the Basic Sciences at Atomic, Molecular, Cellular and Organ levels. In Medicine we have fifty plus specialties based upon the structural information at Atomic, Molecular, Cellular and Organ levels. The atoms, molecules, cells and organs with their distinct structures are described in the basic sciences of the Modern Science are less accurate and defective in nature.

The reason for defective nature of modern science can be summarized as follow.

The structural classification or Anatomical Classification is based upon the structural information obtained by the natural senses and extended senses or modern instruments or innovations. Unfortunately, our Natural Senses and Extended Senses or Modern Instruments are defective and they are mis-guiding all of us about the ultimate purpose of the human body & senses, subtle body or mental apparatus and mental activities. In other words, our Natural Senses and Extended Senses or Modern Instruments have limited capability and they themselves are defective in nature. The modern instruments are not able to reveal the truths about human body, mind and spirit soul.

The primary purpose to mention the above-mentioned deficiencies of the Modern Science including Bio-medical Science is to elaborate that our fundamental principles and concepts of Basic Science are disorganized, semi-scientific and deficient in nature at present moment. In this scenario, it will be very difficult to make any progress to understand the ultimate **structural and functional classification** of the human body, human mind and spiritual nature.

We are very fortunate that the blissful and eternal Vedic Literature in Sanskrit language of India with authoritative English transliteration is available. The Vedic Literature will certainly help to rectify these cardinal deficiencies of the modern science right now. **Together we are stronger, healthy and happy as well peaceful and prosperous.**

The Spiritual Science and Material Science or Modern Science are complimentary to each other and the integration of Spiritual and Material sciences is the greatest need at present moment in our educational system in U.S.A, India and all other countries of this small globe.

I am trying my best to share this great body of knowledge with colleagues past twenty five years in U.S.A. and in India as physician, colleague and inquisitive human being in very humble way. I am an ardent reader of the eternal and blissful Vedic Literature in Sanskrit language with authoritative English translation by Vedic Scholars from the Eastern and Western hemispheres past twenty five years. I humbly believe that the blissful and eternal Vedic Literature can and will solve the deficient and disorganized nature of Modern Science including Bio-medical Science right now.

I have experienced many bitter and sweet experiences in trying to share the super-scientific and impeccable concepts of the blissful and eternal Vedic Literature in U.S.A. and in India . I have experienced personal ridicules, apathy and lack of interest by Supervisors, Program Directors and Chairman as Resident Physician in my residency training program, as Physician working with several companies and at CME conferences with colleagues and co-workers in work places. However, most of the colleagues and co-workers are sympathetic and inquisitive to the questions of Spiritual Science. The Spiritual Science definitely able to resolve the queries such as Soul as the original pace maker in heart and body; S.A. Node is the secondary pace maker in heart; transmigration of Soul; description and classification of emotions; description of mental apparatus & mental activities and fundamental principles of cellular metabolism and other interesting but poorly understood topics within the modern science.

I may humbly request to you and our colleagues at AMA to discuss above-mentioned authoritative and super-scientific topics of the Spiritual Science freely in democratic spirit for the improvement of modern science and betterment of the mankind of this small globe.

Dear Dr Davis, I have a spectacular proposal for you, for Dr. Plested William G. III, MD, Immediate Past President and Dr. Nancy Nielsen H., MD President-Elect of AMA and our colleagues as follow:

**1.** Recognition of Spiritual Science as Specialty just like Psychiatry and Psychology specialty including Spiritual Science Residency Training Program.
**2.** Integration of Spiritual Science and Modern Science/Material Science at graduate, post -graduate and PhD levels with educational system.
**3.** Acceptance of defective nature of Modern Science including psychiatry and psychology. Spiritual Science can provide higher dimensions in the Modern Science including psychiatry, psychology, social science and other basic sciences.
**4.** Encouragement and active participation of physicians, scientists and physicists for the understanding of the Spiritual Science at undergraduate, graduate and post-graduate levels in Schools, Universities, Clinics and Hospitals.
**5.** Encouragement to discuss the Spiritual Science with dignity, love and respect by Physicians, Co-religionists and Scientists of the various disciplines and faiths in U.S.A., India and all over the world.
**6.** Formation of the "Spiritual Science Committee" at AMA, National and International levels to implement the integration of Spiritual Science and Modern Science or Material Science. I will be happy to be member with this committee.
**7.** Removal of the artificial separation of the Science and Religion without any political, religious and financial consideration and manipulation. Politicians, Co-religionists and Financial institutes should support "The Synthesis of Science and Religion" honestly and whole-hearted without any reservation and obligation.
**8.** The blissful and eternal Vedic Literature in Sanskrit language are just like an endless and unfathomable ocean. The eternal Vedic Literature are the original source and the fountain-head of the Spiritual Science and Material Science including Modern Science since the beginning of this planet Earth and Universe.

<u>9.</u> Acknowledgment of the Vedic Literature: the Supreme Science in Sanskrit language with authoritive English transliteration as the World Heritage of the mankind.

<u>10.</u> The eternal and blissful Vedic Literature in Sanskrit language with authoritive English transliteration by the Vedic Scholars from Eastern and Western hemispheres will help to understand the Spiritual Science and Material Science or Modern Science accurately and super-scientifically for the betterment of the mankind at present and in the future.

<u>11.</u> Establishment, endorsement and grant support of the Spiritual Research Institutes to promote, preserve and propagate the spiritual Science and Spiritual topics all over the world.

<u>12.</u> The eternal and blissful Vedic Literature and Modern Science are created by the Almighty One for the entire mankind irrespective of his or her religious, national, cultural, linguistic, racial, caste or creed affiliation in this small globe.

The eternal and blissful Vedic Literature will provide higher dimensions with the Modern Science in the following essential fundamental understandings and topics. These topics are just the glimpses of the impeccable concepts and wisdom of the Vedic Literature in Sanskrit language - the ultimate body of knowledge for the entire mankind.

<u>A.</u> Universal Health Form: Easy Guide for Health Professionals and Workers. We are looking for the **'Universal Health Form'** which can be use by Physicians, Nurse Practitioners, Insurance Carriers for easy to understand and easy to communicate the patient information at Clinics, Hospitals and offices.

<u>B.</u> Fundamental Principles of the Spiritual Science and Material Science.

<u>C.</u> Fundamental Principles of Transmigration of Soul or Re-incarnation Concept.

<u>D.</u> Fundamental Principles and Realistic Concept of Mind and Mental Activities.

<u>E.</u> Classification of Emotions, Inter-personal Relationships and Science of Rasa.

<u>F.</u> Super-scientific Description of the Structural and Functional Classification of Human Body and Human Senses.

<u>G.</u> Occupational and Spiritual Division and Classification of the Human Society based upon the Characteristic and Actions of the Individual Person.

<u>H.</u> Super-scientific Definition of Time and Actions of Time Factor.

<u>I.</u> Super-scientific explanation of Creation of the Universe and Universal Management.

Dear Dr. Davis and fellow colleagues at AMA this is very simple and humble proposal for the betterment of the mankind from a simple, ordinary and humble person like me. The ordinary persons performing the extra-ordinary actions are very common in America and in this world. This wonderful phenomenon - **"Ordinary persons performing extra-ordinary action"** - is well known to the people of America past five centuries.

I greatly admire the American Spirit - **the relentless pursuit to realize the truth: the Absolute Truth**. I believe that this is the real secret of success for America past five centuries. Let us continue to re-vitalize this Great Spirit for the betterment of the entire mankind now and forever with unity in diversity, with love and respect for every spirit soul. However, the Absolute Truth is neither American, Indian, African, Chinese nor Japanese.

Birth, Death, Old age and Disease are the four formidable and inevitable events for every Living Entity - Human, Sub-human or Super-human beings in this mortal world. We all at AMA can perform better job by transforming these four formidable and inevitable events of Birth, Death, Old age and Disease processes into pleasurable events in service of the Almighty Creator rather than the source of miseries and sufferings. I am sure we all can do better job together with unity in diversity.

We greatly appreciate your able leadership as President of AMA and Preventive Medicine Specialist helping and taking care of many needy persons in U.S.A. Your genuine relationship with late Dr. Nathan Davis and your fascination with â€œ Davis " lineage and terminology bring all of us into the amazing arena of Re-incarnation Concept. The eternal and blissful Vedic Literature has complete and super-scientific explanation to unravel this frontier of the Spiritual Science for every one of this small planet. Let us pray that we all take advantage of this foremost and ultimate body of knowledge without any reservation and with open mind and heart.

I hope to hearing from you soon. I may humbly request you to forward this letter to all Board of Trustees at AMA and other research organizations per your discretion. Dr. Joel Bender, PhD, MD, the Corporate Medical Director and my colleagues at General Motors Corporation are very supportive of the Spiritual Science. I am happy to let you know that we are discussing some of the above-mentioned Spiritual topics past few years at personal level at General Motors conferences.

**The purpose of this correspondence is very simple: Together We are Stronger.**

Sincerely and fraternally yours,

Atul C. Shah, MD
Troy, Michigan , U.S.A.

Home Telephone # 248-879-0795
Cell Phone # 248-835-5025
My web site address: VedicLiteraturetheSupremeScience@yahoogroups.com
My personal Email address: atul99krishna@yahoo.com

Note: This is a copy for colleagues at General Motors Incorporation, Metro-Detroit , Michigan for information. Thanks a lot.   Atul C. Shah, MD

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

**Subject:** What did you think of last night's call?

**From:** AMA Advocacy (AMA.Advocacy@ama-assn.org)

**To:** AMA.Advocacy@ama-assn.org;

**Date:** Wednesday, September 2, 2009 1:03 PM

Thank you for your interest in last night's Physicians Forum with AMA Immediate Past President Nancy Nielsen, MD.

We'd like to get your feedback. Please take a minute to answer eight brief questions about the Forum. To take the survey please visit: http://bit.ly/RrUK2