

I am sending the Proof of documentation for Notice of 269th Omnibus Objection to Claims. For Claim number ~~8~~ 2714

I HAVE A PERMENT INJURY. MY SECOND AND THIRD RIBS ARE SWOLLEN FROM HITTING STEERING WHEEL WHEN AIR BAG DID NOT COME OUT. CAUSING SHORTNESS OF BREATH. CHEST PAIN. TIGHTNESS IN CHEST.

I ALSO HAVE FLUIDS LEAKING IN MY CHEST. CAUSING PAIN IN CHEST.

I HAVE SENT YOU 3 LETTER FROM THE STATE OF NEW YORK; I AM UNABLE TO WORK BECAUSE OF INJURIES SUFFERING FROM HITTING STEERING WHEEL WHEN AIR BAG DID NOT COME OUT. I SAW DISABILITY DOCTORS THAT WORK FOR THE STATE OF NEW YORK.

To Who it may Concern

I have sent you documentation, showing you the injuries I suffer, when I hit the steering wheel. The airbag did not come out. Right shoulder, tear in rotator cuff. Adhesive capsule / frozen shoulder. Had surgery on 10/13/11 for rotator cuff, frozen shoulder. I inclose the bills for the surgery.

Left shoulder. Tearing in the superior labrum. Adhesive capsule / frozen shoulder. Need surgery on my left shoulder to repair my shoulder.