**ALEXANDER CHUN, M.D.**
Gastroenterology/Internal Medicine
132 East 76th Street
New York, NY 10021

Telephone: (212) 988-2900
Fax: (212) 879-4112

September 10, 2010

To whom it may concern,

John Carpenter had an MRI August 25, 2010. This MRI matches the MRI taken September 2008 showing 2nd & 3rd rib still with abnormality (abnormal signal) from motor vehicular accident in 2008 (May). Increased signal on fat suppressed T2 weighted images in anterior chest wall at region of bilateral 2nd & 3rd rib. Causing chest pain, tightness in chest and shortness of breath. Injury at this point seems permanent as no change or improvement has been seen since first MRI. Mr. Carpenter is unable to work & is disabled.

Alexander Chun

**ALEXANDER CHUN, M.D.**
Gastroenterology/Internal Medicine
132 East 76th Street
New York, NY 10021

Telephone: (212) 988-2900
Fax: (212) 879-4112

April 26, 2011

To whom it may concern,

Mrs. Carpenter went to Stonybrook University to see Dr. Ilizarov for pain in both shoulders from car accident on May 26, 2008. Doctor Ilizarov found in right shoulder = frozen shoulder w/ adhesive capsule + rotator cuff tear, left shoulder frozen shoulder, tendinitis + rotator cuff tear. The injuries to both shoulders were caused by injury to or trauma to the area in car accident on May 26, 2008 as shown on MRI 2/4/11 & 3/14/11.

Alexander Chun