LDSS-4005 (Rev. 3/06)

**NOTIFICATION OF TEMPORARY ASSISTANCE WORK REQUIREMENTS DETERMINATION (EXEMPT)**

NAME AND ADDRESS OF AGENCY/CENTER OR DISTRICT OFFICE:
Suffolk County DSS
P.O. Box 18100
Hauppauge, NY 11762-2300
ATTN: CMP

NOTICE DATE: 11-6-09

CASE NUMBER: P00523323
CN NUMBER: BA072584

CASE NAME (And C/O Name if Present) AND ADDRESS:
John Carpenter
19 9th Street
E. Hampton, NY 11937

GENERAL TELEPHONE NO. FOR QUESTIONS OR HELP: (631) 853-3664 / (631) 853-3___

OR
Agency Conference: (516) 739-4868
Fair Hearing information and assistance: (631) 853-3664
Record Access: 
Legal Assistance information: (631) 232-2400

OFFICE NO.: ___
UNIT NO.: EMP
WORKER NO.: ___
UNIT OR WORKER NAME: E. Niemynski
TELEPHONE NO.: 853-3869

☑ **PART 1 (Medical)**

__John__ HAS BEEN DETERMINED TO BE EXEMPT FROM PARTICIPATING IN TEMPORARY ASSISTANCE WORK ACTIVITIES EFFECTIVE __11-6-09__ because according to medical evidence he/she is currently unable to work due to a medical issue. The Department of Social Services may require additional evidence in the future to evaluate his/her ability to work. The Department may also require him/her to participate in a treatment program or other services that could restore or improve the ability to work.

IF THIS SECTION (PART 1) IS CHECKED, YOU HAVE 10 DAYS FROM THE DATE OF THIS NOTICE TO REQUEST A FAIR HEARING. Please see the REVERSE of this page for instructions describing how to request a fair hearing.

The law and regulations that allow us to do this are Social Services Law 332-b and 18 NYCRR 385.2.

☐ **PART 2 (Other than Medical)**

_____ HAS BEEN DETERMINED TO BE EXEMPT FROM PARTICIPATING IN TEMPORARY ASSISTANCE WORK ACTIVITIES EFFECTIVE _____ because he/she is

____ Pregnant and within thirty days from the expected date of delivery.

____ The parent or other caretaker of a child under three months of age who is personally providing care for the child and who has not already been exempt for this reason for twelve months. This exemption may be extended for up to twelve months based on local policy.

____ Sixty years of age or older.

____ Under the age of nineteen and attending secondary, vocational or technical school full-time.

____ Needed in the home to care for a medically verified ill, incapacitated or disabled household member and no other appropriate household member is available to provide the care.

This means that _____ will not be assigned to a work activity as long as he/she remains exempt from work activities. However, he/she may be required to provide additional evidence in the future to determine if he/she continues

# TEMPORARY ASSISTANCE WORK REQUIREMENTS DETERMINATION (EXEMPT)

| | |
|---|---|
| DATE: 1/15/ | NAME AND ADDRESS OF AGENCY/CENTER OR DISTRICT OFFICE |
| CASE NUMBER: P0N 523323 | S.C. DEPT. OF SOCIAL SERVICES |
| CN NUMBER: BH 07258Y | SUFFOLK WORKS EMPLOYMENT PROGRAM |
| | P.O. BOX 18100 |
| | HAUPPAUGE, NY 11788-8900 |

CASE NAME (And C/O Name if Present) AND ADDRESS:

John Carpenter
19 9th Street
E. Hampton, NY 11937

GENERAL TELEPHONE NO. FOR QUESTIONS OR HELP — 853-3664
OR Agency Conference — 853-3664
Fair Hearing information and assistance — 1-800-342-3334 / 853-3664
Record Access
Legal Assistance information — 232-2400

| OFFICE NO. | UNIT NO. | WORKER NO. | UNIT OR WORKER NAME | TELEPHONE NO. |
|---|---|---|---|---|
| SC001 | | | | 853-382W |

☒ **PART 1 (Medical)**

_____John_____ HAS BEEN DETERMINED TO BE EXEMPT FROM PARTICIPATING IN TEMPORARY ASSISTANCE WORK ACTIVITIES EFFECTIVE ___5/14/10___ because according to medical evidence he/she is currently unable to work due to a medical issue. The Department of Social Services may require additional evidence in the future to evaluate his/her ability to work. The Department may also require him/her to participate in a treatment program or other services that could restore or improve the ability to work.

IF THIS SECTION (PART 1) IS CHECKED, YOU HAVE 10 DAYS FROM THE DATE OF THIS NOTICE TO REQUEST A FAIR HEARING. Please see the REVERSE of this page for instructions describing how to request a fair hearing.

The law and regulations that allow us to do this are Social Services Law 332-b and 18 NYCRR 385.2.

☐ **PART 2 (Other than Medical)**

_____ HAS BEEN DETERMINED TO BE EXEMPT FROM PARTICIPATING IN TEMPORARY ASSISTANCE WORK ACTIVITIES EFFECTIVE _____ because he/she is

____ Pregnant and within thirty days from the expected date of delivery.

____ The parent or other caretaker of a child under three months of age who is personally providing care for the child and who has not already been exempt for this reason for twelve months. This exemption may be extended for up to twelve months based on local policy.

____ Sixty years of age or older.

____ Under the age of nineteen and attending secondary, vocational or technical school full-time.

____ Needed in the home to care for a medically verified ill, incapacitated or disabled household member and no other appropriate household member is available to provide the care.

This means that _____ will not be assigned to a work activity as long as he/she remains exempt from work activities. However, he/she may be required to provide additional evidence in the future to determine if he/she continues to be exempt.

IF THIS SECTION (PART 2) IS CHECKED, YOU HAVE 60 DAYS FROM THE DATE OF THIS NOTICE TO REQUEST A FAIR HEARING. Please see the REVERSE of this page for instructions describing how to request a fair hearing.