**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, et al.,            :    Case No. 09-50026 (REG)
        f/k/a General Motors Corp., et al.,    :
                                               :
                Debtors.                       :    (Jointly Administered)
                                               :
------------------------------------------------------------x
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                   ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On May 9, 2012, at the direction of Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Thomas M Smalley, P.O. Box 93, Lynnville, Iowa 50153 (affected party):

- Memorandum and Order [regarding Appeal of Thomas Smalley] [Docket No. 11685].

Dated:  May 11 , 2012
        Lake Success, New York

                                    /s/Barbara Kelley Keane_
                                     Barbara Kelley Keane

Sworn to before me this 11th day of May, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015