GREGORY J. DECHIE
632 CELIA DR.
HARTSELLE AL.
35640

TO: THE HON. JUDGE ROBERT GERBER

DEAR JUDGE GERBER I WISH TO OBJECT TO SETTLING MY CLAIM ON THE GROUNDS THAT MYSELF AND THE OTHERS IN THE CLAIM ARE NOT BEING PAID BY THE ALABAMA GUARANTEE CORP. PLEASE I URG YOU TO FURTHER INVESTIGATE THEY ARE REFUSING TO TREAT ME AND THERE IS NO APPEALS PROCEDURE IN ALABAMA I NEED BACK SURGERY AND THEY REFUSE TO HONOR MY CLAIM AND ALSO IN THE STATE OF TEXAS THEY REFUSE TO TREAT IT AS WORK COMP AND THIS CAUSES MY INSURANCE NOT TO PAY IT EITHER BECAUSE IT SHOULD BE WORK COMP PLEASE LOOK INTO THIS EITHER MAKE THEM (GM) TREAT US OR PAY OUR CLAIM

THANK YOU