RECEIVED
MAY - 8 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 543
New York, New York 10004-1408


GM 'bearer settlement'
Lerner Sampson Rothfuss - Cincinnati
dew / political equity bearer accounts Democratic (Springer debt)

- Crosley (Taft) needs
tool + die transfers, securities charges +
governmental tax obligations (double
entry or binary accounting) transferred:

- Vauxhall, Edosa (American Axle)
- Studebaker
- Packard

Renewal in subset financial transfers
block registry, import quota relaxation
under old military standards.
Used old 'record' (platinum) on wall
there.

- dictaphone available.

This involves the Chevrolet Volt, Nepal, and the Chevrolet Corvair 'airport' technology transfers:

Logan Airport (Boston) 9/11
Reagan Airport (Washington DC) 9/11

They didn't get 1958 asset dumps - Tibet was invaded by China or Nepalese trade rights demand - all became monastic.

Alpine Club - NY
The Lost Horizon 'Ronald Colman' motion picture

This is the 'bin Laden' continuing airport construction problem and several mafia movies were made about it due to the 'visage of Ralph Nader' as a key crime boss in the area, deceased even on film
10 million Cisco payoff / Federal Elections Commission

Ø dead body as usual in
corporate enjoinment — Ø affiliation
— Ford Edsel — same grid

'John DeLorean' — Fiat / Maserati

That's why the 'Volt' has
a fusion edge to it like the
Corvair.
( different driving rights & technology
transfer issue violates — Curtis-Wright
fraud / Hughes cover all in foreign prod. etc )

No charges filed, just as you
as usual in brainless think and channel
(stalk) law enforcement
a.k.a. 'Brooke Astor'
       'Bunny Mellon'

Cincinnati Milling Machine
'Milacron' 2003

Here's *Dragnet*: Joe Friday's Sgt badge on display, a guy gets shotgun slain in a field on a jump as an 'ex con in riding w under' and I need to frown a guy to get the liquor, pool hall, or tobacco/reefer money swung to my men.

This is a disposable *Official* usually celebrated by being fed information.
- cold calling to convict on interchange w/ probated felonies
- continuing investigation

GM + other 'big industrial' need to haul in patronage police + private security to depart to settle scores. That's a 1960's kinda deficit *Dragnet*. Anybody walking in through those doors, hit the insurance bookmaker or factory book or em in effigy + kill em off for media appointments in The Star Chamber.

