If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any) and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                    :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*             :
                                                             :
                    **Debtors.**                             :        **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 15, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    STATUS CONFERENCE**

1.    Official Committee of Unsecured Creditors' First Amended Objection to Claims filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (**ECF No. 7859**)

        Responses Filed:

        A.    Response of Certain Noteholders in Opposition to Official Committee of Unsecured Creditors' First Amended Objection to Claims filed by Green Hunt Wedlake, Inc., and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (**ECF No. 8084**)

        B.    Initial Response and Reservation of Rights of Certain Noteholders of General Motors Nova Scotia Finance to the official Committee of Unsecured Creditors' First Amended Objection to their Claims, and Joinder to Response of Noteholders Represented by Greenberg Traurig, LLP (**ECF No. 8104**)

C.      Response by General Motors LLC to the Official Committee of
        Unsecured Creditors' First Amended Objection to Claims Filed by
        Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova
        Scotia Finance Company and Motion for Other Relief filed by Arthur
        Jay Steinberg on behalf of General Motors LLC. (**ECF No. 8073**)

D.      Response to Motion Response of Green Hunt Wedlake, Inc., Trustee of
        General Motors Nova Scotia Finance Company, to Official Committee
        of Unsecured Creditors' First Amended Objection to Claims Filed by
        Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova
        Scotia Finance Company and Motion for Other Relief filed by Philip
        Dublin on behalf of Green Hunt Wedlake, Inc., Trustee (**ECF No.
        8088**)

E.      Joinder of Citigroup Global Markets Inc. to Response of Certain
        Noteholders in Opposition to Official Committee of Unsecured
        Creditors First Amended Objection to Claims Filed by Green Hunt
        Wedlake, Inc., and Noteholders of General Motors Nova Scotia Finance
        Company and Motion for Other Relief  (**ECF No. 8118**)

F.      Joinder And Reservation Of Rights Of Morgan Stanley & Co.
        International PLC to Response of Certain Noteholders in Opposition to
        Official Committee of Unsecured Creditors' First Amended Objection
        to Claims Filed by Green Hunt Wedlake, Inc. and Noteholders of
        General Motors Nova Scotia Finance Company and Motion for Other
        Relief (**ECF No. 8160**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

G.      Joint Status Report (**ECF No. 11060**)

H.      Transcript of status conference held on October 28, 2011 (**ECF No.
        11105**)

**<u>Status</u>**:        A status conference on this matter is going forward.

2.      *Motors Liquidation Company GUC Trust, v. Appaloosa Investment Limited
        Partnership, et al.*, Adv. Pro. No. 12-09802 (REG)

        **<u>Status</u>**:        A status conference on this matter is going forward.

II.    **CONTESTED MATTERS**

1.    *Motors Liquidation Company GUC Trust, v. Appaloosa Investment Limited Partnership, et al., Adv. Pro. No. 12-09802 (REG)*:  Defendant Aurelius Investment, LLC's Motion To Dismiss GUC Trust's Complaint For Failure To State A Claim Upon Which Relief May Be Granted (**Adv. Pro. ECF No. 7**)

Responses Filed:

A.    Motors Liquidation Company GUC Trust's Opposition to Defendant Aurelius Investmetn, LLC's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief May Be Granted (**Adv. Pro. ECF No. 13**)

Replies Filed:

B.    Reply To Opposition Of GUC Trust To Aurelius Investment, LLC's Motion To Dismiss GUC Trust's Complaint For Failure To State A Claim Upon Which Relief May Be Granted (**Adv. Pro. ECF No. 14**)

Additional Documents:      None to date.

**Status:**      This matter is going forward.

2.    Motion of Motors Liquidation Company GUC Trust for Limited Modification of the Automatic Stay and the Plan Injunction as to Action Filed by Burton Taft, Administrator of the Estates of Brian Taft (**ECF No. 11601**)

Responses Filed:

A.    Reply of Burton Taft, Administrator of the Estate of Brian Taft to the Motion of Motors Liquidation Company GUC Trust for Limited Modification of the Automatic Stay and the Plan Injunction (**ECF No. 11682**)

Replies Filed:

B.    Reply in Support of Motors Liquidation Company GUC Trust's Motion for Limited Modification of the Automatic Stay and the Plan Inunction as to the Action Filed by Burton Taft, Administrator of the Estate of Brian Taft (**ECF No. 11695**)

Additional Documents:      None to date.

**Status:**      This matter is going forward.

3.    Motion of Motors Liquidation Company GUC Trust for Limited Modification of
the Automatic Stay and the Plan Injunction as to the Action Filed by Sherif Rafik
Kodsy (**ECF No. 11604**)

   Responses Filed:

      A.    Objection to a Stipulated Order Between the Motors Liquidation
Company GUC Trust and Sherif Rafik Kodsy Providing for Limited
Modification of the Automatic Stay and the Plan Injunction (**ECF No.
11589**)

   Replies Filed:

      B.    Motors Liquidation Company GUC Trust's Reply to the Objection Filed
by Sherif Rafik Kodsy to Order Providing for Limited Modification of
the Automatic Stay and the Plan Injunction (**ECF No. 11689**)

   Additional Documents:        None to date.

   **Status:**        This matter is going forward.

4.    Motion of Motors Liquidation Company GUC Trust for Entry of an Order Fixing
the Amount of and Allowing Claim No. 11385 Filed by Dana H. Fox for
Distribution Purposes and Granting Related Relief (**ECF No. 11598**)

   Responses Filed:        None to date.

   Replies Filed:        None to date.

   Additional Documents:

      A.    Fox's Notice of Appeal from the Bankruptcy Court to the District Court
from the Order of Judge Robert E. Gerber Bankruptcy Court Case
Numbers: 09-B-50026 (REG) (***Fox v. Motors Liquidation Co.*, No. 11
Civ. 9087(SAS) (S.D.N.Y.), ECF No. 1**)

      B.    Fox's Motion for Leave to Proceed in Forma Pauperis and for Late Entry
Document (***Fox v. Motors Liquidation Co.*, No. 11 Civ. 9087(SAS)
(S.D.N.Y.), ECF No. 3**)

      C.    GUC Trust's Opposition to Fox's Motions for Leave to Proceed In
Forma Pauperis and Motion for Late Entry (***Fox v. Motors Liquidation
Co.*, No. 11 Civ. 9087(SAS) (S.D.N.Y.), ECF No. 6**)

      D.    Order of U.S. District Court Judge Shira A. Scheindlin Signed on March
26, 2012 (***Fox v. Motors Liquidation Co.*, No. 11 Civ. 9087(SAS)
(S.D.N.Y.), ECF No. 8**)

    E.      Fox's Notice of Appeal from the District Court to the Court of Appeals for the Second Circuit (***Fox v. Motors Liquidation Co.***, **No. 11 Civ. 9087(SAS) (S.D.N.Y.), ECF No. 10**)

**Status:**        This matter is going forward.

5.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)

Responses Filed:

    A.      Response of David Turner (Informal)

Replies Filed:          None to date.

Additional Documents:

    B.      Response/Motors Liquidation Company GUC Trust's Reply to David E. Turner's Response to the 83rd Omnibus Objection to Claims (Welfare Benefit Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11669**)

**Status:**        This matter is going forward.

6.    Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

Responses Filed:

    A.      Response in form of letter by Frank J. Ceslnak (the "**Ceslnak Response**") (**ECF No. 7324**)

    B.      Response in form of letter by George Leedom (the "**Leedom Response**") (**ECF No. 7401**)

Replies Filed:

    C.      Motors Liquidation Company GUC Trust's Reply to Responses to the 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11670**)

Additional Documents:

    D.      Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

**Status:**        This matter is going forward.

7.     Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

    Responses Filed:

      A.     Objection to the 114th Omnibus Objection to Claims by Timothy L. Fitzpatrick (the "**Fitzpatrick Response**") (**ECF No. 8762**)

      B.     David Scott (the "**Scott Response**") (Informal)

      C.     Thomas L. & Donna L. Kracker (the "**Kracker Response**") (Informal)

    Replies Filed:

      D.     Motors Liquidation Company GUC Trust's Reply to Timothy L. Fitzpatrick's Response to the 114th Omnibus Objection to Claims (Welfare Benefit Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11668**)

      E.     Response/Motors Liquidation Company GUC Trust's Reply to David I. Scott's Informal Response to the 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11667**)

    Additional Documents:

      F.     Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9160**)

    **Status:**     This matter is going forward as to the Fitzpatrick Response and the Scott Response.  The matter is adjourned as to Kracker Response to May 31, 2012 at 9:45 a.m. (Eastern Time), subject to futher adjournments.

8.     Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

    Responses Filed:

      A.     Response to Claim by Thomas Jarusinski (the "**Jarusinski Response**") (**ECF No. 9076**)

      B.     Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (the "**Johnson-Green Response**") (**ECF No. 9286**)

         1.     Letter to Judge Gerber (**ECF No. 9914**)

    C.      Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (the "**Szynski Response**") (**ECF No. 9253**)

    D.      Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (the "**Meder Response**") (**ECF No. 9293**)

Replies Filed:

    E.      Motors Liquidation Company GUC Trust's Reply to Responses to the 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11679**)

Additional Documents:

    F.      Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

    G.      Supplemental Order signed on 9/6/2011 Re: Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10788**)

**Status:**      This matter is going forward as to the Jarusinski Response, the Johnson-Green Response, and the Szynski Response. This matter is adjourned as to the Meder Response to May 31, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

9.      Objection to Proof of Claim No. 28820 Filed by Atul Shah (**ECF No. 11590**)

Responses Filed:

    A.      Shah's Response to Debtors' Notice of Objection to Proof of Claim No. 28820 (**ECF No. 11696**)

Replies Filed:

    B.      GUC Trust's Reply to Motion/Objection to Proof of Claim No. 28820 (**ECF No. 11694**)

Additional Documents:      None to date.

**Status**:      This matter is going forward.

10.      Objection to Proofs of Claim Nos. 18839 and 70846 filed by Juanita Pickett (**ECF No. 11585**)

Responses Filed:      None to date.

Replies Filed:                None to date.

Additional Documents:      None to date.

**Status**:        This matter is going forward.

## III.    UNCONTESTED MATTERS

1.      Motors Liquidation Company GUC Trust's Objection to Claim No. 4171 Filed by James O. Bryant, Jr. (**ECF No. 11545**)

Responses Filed:         None to date.

Replies Filed:              None to date.

Additional Documents:      None to date.

**Status:**        This matter is going forward.

## IV.    ADJOURNED MATTERS

1.      Motors Liquidation Company GUC Trust's Objection to Claim No. 60929 for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (**ECF No. 11360**)

Responses Filed:         None to date.

Replies Filed:              None to date.

Additional Documents:      None to date.

**Status**:        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

2.      Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

Responses Filed:         None to date.

Replies Filed:              None to date.

Additional Documents:      None to date.

**Status:**        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

3.      Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 5993**)

Responses Filed:

    A.      Objection to Motion by Impact Group (**ECF No. 6240**)

    B.      Consumers Energy (Informal Response)

    C.      OCE (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    D.      Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 6334**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

4.      Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:

    A.      Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

    B.      Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented with my Claim No. 44240] and for Other Purposes [Timely or by Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

    C.      Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

    D.      Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

    E.      Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

    F.      Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

Entered at top.

Replies Filed:                    None to date.

Additional Documents:

G.    Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

5.    Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

Responses Filed:

A.    Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

Replies Filed:                    None to date.

Additional Documents:

B.    Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

C.    Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

6.    Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

Responses Filed:

A.    The DeMassi Response (**ECF No. 6454**)

Replies Filed:                    None to date.

Additional Documents:

   B.    Order Granting Debtors' Thirtieth Omnibus Objection to Claims
(Incorrectly Classified Claims) (**ECF No. 6630**)

   C.    Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to
Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on May 31, 2012, claimants will be notified via letter
sent by May 24, 2012.

7.    Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified)
(**ECF No. 6255**)

Responses Filed:

   A.    Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims;
(2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors'
Thirty-Second Omnibus Objection to Claims (Incorrectly Classified
Claims) by 295 Park Avenue Corp. by Robert A. DeMassi, Executor of
the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:                    None to date.

Additional Documents:

   B.    Order Granting Debtors' Thirty-Second Omnibus Objection to Claims
(Incorrectly Classified Claims) (**ECF No. 6632**)

   C.    Supplemental Order Granting Debtors' Thirty-Second Omnibus
Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on May 31, 2012, claimants will be notified via letter
sent by May 24, 2012.

8.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF
No. 6646**)

Responses Filed:

   A.    Objection to Motion to Debtors' Thirty Ninth Omnibus Objection to
Claims by Gardner Chevrolet-Oldsmobile-Cadillac, Inc. (**ECF No. 7034**)

     B.       Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-Ninth Omnibus Objection to Claims (**ECF No. 6987**)

     C.       Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth Onibus Objection to Claims (**ECF No. 7008**)

Replies Filed:          None to date.

Additional Documents:

     D.       Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 7170**)

**Status:**       This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

9.     Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 6739**)

    Responses Filed:

     A.       Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty - Second Omnibus Objection to Claims" (**ECF No. 7022**)

Replies Filed:          None to date.

Additional Documents:

     B.       Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7214**)

     C.       Supplemental Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7818**)

**Status:**       This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

10.    Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

    Responses Filed:

    A.      Pearly M. Jones (Informal Response)

    B.      Faye M. Tompach (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    C.      Order Granting Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7669**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

11.    Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

Responses Filed:

    A.      Barry E. Herr (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7671**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

12.    Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

Responses Filed:

    A.      Cecilia N. Best, Trustee (Informal Response)

Replies Filed:          None to date.

Additional Documents:

B.      Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

13.    Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

Responses Filed:

A.      Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

Replies Filed:                      None to date.

Additional Documents:

B.      Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

14.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

Responses Filed:

A.      City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

Replies Filed:                      None to date.

Additional Documents:

B.      Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter

goes forward on May 31, 2012, claimants will be notified via letter
sent by May 24, 2012.

15.    Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

Responses Filed:

A.    Response by Ann F. McHugh (**ECF No. 7433**)

Replies Filed:                    None to date.

Additional Documents:

B.    Order Granting Debtors' 107th Omnibus Objection to Claims (Claims
with Insufficient Documentation) (**ECF No. 7687**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on May 31, 2012, claimants will be notified via letter
sent by May 24, 2012.

16.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims)
(**ECF No. 8000**)

Responses Filed:

A.    Response to Motion of Debtors on the 110th Omnibus Objection to
claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

Replies Filed:                    None to date.

Additional Documents:

B.    Order Granting Debtors' 110th Omnibus Objection to Claims
(Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on May 31, 2012, claimants will be notified via letter
sent by May 24, 2012.

17.    Debtors' 111th Omnibus Objection to Claims and Motion Requesting
Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

Responses Filed:

A.  Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

B.  Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders  (**ECF No. 8877**)

C.  Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

D.  William Bradford Jones (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

E.  Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

F.  Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 67977 by Sandra Caccoma) (**ECF No. 11130**)

G.  Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 69532 by Larry Compton) (**ECF No. 11417**)

H.  Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70113 by Timothy Roberts) (**ECF No. 11417**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

18.  Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

Responses Filed:

A.  Claimant Response and Objection to the Debtors' 115th Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 8811**)

B.  Objection to Motion Debtors' 115th Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 8803**)

    C.      Richard P. McManama (**Informal Response**)

Replies Filed:            None to date.

Additional Documents:

    D.      Order Granting Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9161**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

19.    Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8826**)

    Responses Filed:

    A.      Response to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) and Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) by Daniel Plouffe (the "**Plouffe Response**") (**ECF No. 9894**)

        1.      Response by Daniel Plouffe (**ECF No. 10474**)

    Replies Filed:

    B.      Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

    Additional Documents:

    C.      Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9615**)

    D.      Supplemental Order Granting 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10631**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

20.    Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8828**)

Responses Filed:

    A.    Response to Debtors' 155th Omnibus Objection Re: Claim No. 45172 by Daniel Plouffe (the "**D. Plouffe Response**") (**ECF Nos. 9403**)

        1.    The Plouffe Response (**ECF No. 9894, 10474**)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    C.    Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9618**)

    D.    Supplemental Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10787**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

21.    Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

Responses Filed:

    A.    Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:        None to date.

Additional Documents:

    B.    Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

22.    Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

Responses Filed:

    A.    Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9359**)

    B.    Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:          None to date.

Additional Documents:

    C.    Order Granting Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9630**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

23.    Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

Responses Filed:

    A.    Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF Nos. 9341, 9342**)

    B.    Response of GE Consumer & Industrial to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9345**)

    C.    Response of Sundram Fasteners Limited to Debtors 161st Omnibus Objection to Claims (**ECF No. 9572**)

    D.    Carrier Corp. (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    E.    Order Granting Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9631**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

24.    Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

    Responses Filed:

        A.    Jack Wendall and Freda Peterson (Informal Response)

        B.    Marian S. Morelli (Informal Response)

        C.    Marion and Della Goble (Informal Response)

    Replies Filed:        None to date.

    Additional Documents:

        D.    Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

    **Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

25.    Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

    Responses Filed:

        A.    Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

    Replies Filed:        None to date.

    Additional Documents:

        B.    Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

    **Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

26.    Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

    Responses Filed:

A.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

B.      Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

C.      Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

D.      Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

E.      Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

Replies Filed:                     None to date.

Additional Documents:

F.      Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

**Status:**          This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

27.     Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

Responses Filed:

A.      Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

Replies Filed:                     None to date.

Additional Documents:

B.      Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9644**)

**Status:**          This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

28.    Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

    Responses Filed:

    A.    Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

    B.    Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (**ECF No. 9357**)

    C.    Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

    D.    Richard Schell (Informal)

    E.    Mohamed Fetouh (Informal)

    Replies Filed:                None to date.

    Additional Documents:

    F.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

    **Status:**        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

29.    Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

    Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

    Replies Filed:                None to date.

Additional Documents:

    B.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

30.    Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

    Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

    Replies Filed:    None to date.

    Additional Documents:

    B.    Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

31.    Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

    Responses Filed:

    A.    Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (**ECF No. 9273**)

    B.    Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (**ECF No. 9239**)

    Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9649**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

32.    Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

    A.    Alan C. Zak's Response to Omnibus Objections (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412**)

    B.    Gerald S. Kaspzyk (the "**Kaspzyk Response**") (Informal)

    C.    Mohamed Fetouh (the "**Fetouh Response**") (Informal)

Replies Filed:

    D.    Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

    E.    Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

33.    Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

    A.    The Zak's Response (**ECF Nos. 9396, 9397 and 9412**)

Replies Filed:

> B.    Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

> C.    Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

34.    Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

Responses Filed:

> A.    Stanley Jack (Informal)

Replies Filed:                    None to date.

Additional Documents:

> B.    Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

35.    Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

Responses Filed:

> A.    Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

> B.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

    C.      Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

    D.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    E.      Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

    F.      Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:          None to date.

Additional Documents:

    G.      Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

36.    Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

Responses Filed:

    A.      Objection to Debtors' 182nd Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9270**)

    B.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.      Claimant's Response and Objection to Debtors' 182nd Omnibus Objection to Claims by David W. Turner (**ECF No. 9393**)

    D.      Richard Zmierski's Response and Objections to Debtors' 182nd Omnibus Objection to Claims (**ECF No. 9491**)

Replies Filed:          None to date.

Additional Documents:

    E.    Order Granting Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9682**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

37.    Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

Responses Filed:

    A.    Objection to Debtors' 183rd Omnibus Objection to Claims by Gordon Hall (**ECF No. 9230**)

    B.    Objection to Debtors' 183rd Omnibus Objection to Claims by David R. Volpe (**ECF No. 9290**)

    C.    Objection Re: 183 Omnibus Objection to Claims 36730 by Donald T. Lico (**ECF No. 9401**)

    D.    Response to Notice of Debtors' 183rd Omnibus Objection to Claims by David L. Robertson (**ECF No. 9411**)

Replies Filed:    None to date.

Additional Documents:

    E.    Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9683**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

38.    Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

Responses Filed:

    A.    Objection to Debtors' 184th Omnibus Objection to Claims by Stanley E. Jack (**ECF No. 9274**)

       B.       Response to the Notice of Debtors' 184th Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9235**)

       C.       Claiman'ts Response and Objection to Debtors' 184th Omnibus Objection to Claims by David W. Turner (**ECF No. 9394**)

       D.       Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim No. 37728 by Donald T. Lico (**ECF No. 9399**)

Replies Filed:          None to date.

Additional Documents:

       E.       Order Granting Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9684**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

39.      Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

       A.       Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

       B.       Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

       C.       Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

Replies Filed:          None to date.

Additional Documents:

       D.       Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

40.     Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits
        Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No.
        8869**)

        Responses Filed:

        A.     Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S.
               Coscarelli (**ECF No. 9294**)

        B.     Carolyn Deruso (Informal)

        Replies Filed:                    None to date.

        Additional Documents:

        C.     Order Granting Debtors' 186th Omnibus Objection to Claims (Qualified
               Defined Benefits Pension Benefits Claims of Former Salaried and Hourly
               Employees) (**ECF No. 9686**)

        **Status:**        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern
                           Time) and may be subject to further adjournments.  If this matter
                           goes forward on May 31, 2012, claimants will be notified via letter
                           sent by May 24, 2012.

41.     Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits
        Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No.
        8870**)

        Responses Filed:

        A.     Jessica High (the "**High Response**") (Informal)

        Replies Filed:

        B.     Motors Liquidation Company GUC Trust's Reply to Responses to the
               187th Omnibus Objection to Claims (Welfare Benefits Claims of Retired
               and Former Salaried and Executive Employees) (**ECF No. 10457**)

        Additional Documents:

        C.     Order Granting Debtors' 187th Omnibus Objection to Claims (Qualified
               Defined Benefits Pension Benefits Claims of Former Salaried and Hourly
               Employees) (**ECF No. 9687**)

        D.     Supplemental Order signed on 9/6/2011 Re: Debtors' 187th Omnibus
               Objection to Claims (Qualified Defined Benefits Pension Benefits
               Claims of Former Salaried and Hourly Employees) (**ECF No. 10790**)

**Status:**     This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

42.     Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

Responses Filed:

A.     Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (**ECF No. 9284**)

Replies Filed:          None to date.

Additional Documents:

B.     Letter to Judge Gerber Withdrawing Objection to the Debtors' 188th Motion but Not Withdrawing Claim Filed by Proof of Claim and Supporting Documentation on or Around November 23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF No. 9915**)

C.     Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9688**)

**Status:**     This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

43.     Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8872**)

Responses Filed:

A.     Vincent Germano Jr. (Informal)

Replies Filed:          None to date.

Additional Documents:

B.     Order Granting Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9690**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

44.    Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

Responses Filed:

    A.    ATEL Leasing Corporation (Informal Response)

    B.    Noreen Glaspie (Informal Response)

Replies Filed:

    C.    Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

    D.    Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

45.    Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

Responses Filed:

    A.    Frances L. Kelleher (**Informal Response**)

Replies Filed:             None to date.

Additional Documents:

    B.    Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

46.     Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

    Responses Filed:

      A.    Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims (**ECF No. 9380**)

      B.    Response to Debtors' 208th Omnibus Objection to Claims by Honeywell International Inc. (**ECF No. 9872**)

      C.    Response of Kettering University to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9843**)

      D.    Response of Ford Motor Company to Debtors' 208th Omnibus Objection to Claims (**ECF Nos. 9840**)

    Replies Filed:          None to date.

    Additional Documents:

      E.    Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

      F.    Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

    **Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

47.     Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

    Responses Filed:

      A.    Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (**ECF Nos. 9851, 9852**)

      B.    General Electric Company (Informal)

      C.    Owens-Illinois Inc. (Informal)

    Replies Filed:          None to date.

Additional Documents:

    D.    Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9712**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

48.    Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

    A.    Timothy Mayer (the "**Mayer Response**") (Informal Response)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    C.    Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9978**)

    D.    Supplemental Order signed on 9/6/2011 Re: Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 10792**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

49.    Debtors' 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10088**)

Responses Filed:

    A.    Grange Mutual Casualty Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Grange Response**") (**ECF No. 10217**)

   B.   State Farm Mutual Automobile Insurance Company's Response to
        Debtors' 219th and 220th Omnibus Objection to Claims (the "**State
        Farm Response**") (**ECF No. 10218**)

   C.   Motorists Mutual Insurance Company's Response to Debtors' 219th and
        220th Omnibus Objection to Claims (the "**Motorists Mutual
        Response**") (**ECF No. 10219**)

   D.   Travelers Insurance (Informal)

   E.   Country Mutual Insurance Company (Informal)

   F.   Country Preferred Insurance Company (Informal)

Replies Filed:                 None to date.

Additional Documents:

   G.   Order Granting 219th Omnibus Objection to Claims (Contingent Co-
        Liability Claims) (**ECF No. 10346**)

**Status:**   This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern
              Time) and may be subject to further adjournments.  If this matter
              goes forward on May 31, 2012, claimants will be notified via letter
              sent by May 24, 2012.

50.   Debtors' 220th Omnibus Objection to Claims (Contingent Co-Liability Claims)
      (**ECF No. 10089**)

   Responses Filed:

   A.   Foster Townsend Graham & Associates, LLP's Response to Objection
        to Claim (**ECF No. 10177**)

        1.   Foster Townsend Graham & Associates, LLP's Response to
             Objection to Claim (**ECF No. 10426**)

   B.   Response of Pompey Dodge, Inc. to Debtors' 220th Objection to Claims
        (**ECF No. 10213**)

   C.   Response of Zurich Direct Underwriters to Debtors 220th Objection to
        Claims (**ECF No. 10212**)

   D.   Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and
        Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to
        Claims (**ECF No. 10210**)

    E.       Opposition to 220th Omnibus Objection to Claims Filed by AIG and Its Subsidiaries **(ECF No. 10207)**

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    F.       Order Granting 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) **(ECF No. 10347)**

**<u>Status</u>:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

51.    221st Omnibus Objection to Claims (Claims for Equity Interests) **(ECF No. 10294)**

    <u>Responses Filed</u>:

    A.       Response to Motion 221st Omnibus Objection to Claims (Claims for Equity Interests) by Margaret A. O'Neill (the "**O'Neil Response**") **(ECF No. 10427)**

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:      None to date.

**<u>Status</u>:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

52.    225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) **(ECF No. 10301)**

    <u>Responses Filed</u>:

    A.       Response to Debtors' 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Beverly J. Meeks (the "**Meeks Response**") **(ECF No. 10388)**

    B.       Response to Motion 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Marie V. Pilz (the "**Pilz Response**") **(ECF No. 10417)**

    C.      Letter to the Honorable Judge Gerber, dated June 6, 2011, Filed by Gerald Morris (the "**Morris Response**") (**ECF No. 10419**)

Replies Filed:          None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

53.      226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10302**)

Responses Filed:

    A.      Letters to the Honorable Judge Gerber, dated June 2, 2011, Filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10411 and 10412**)

        1.      Letter to the Honorable Judge Gerber, dated September 13, 2011, filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10900**)

    B.      Response to Motion 226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Walter M. Bogucki and Diana Bogucki (the "**Bogucki Response**") (**ECF No. 10422**)

Replies Filed:          None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

54.      227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10305**)

Responses Filed:

    A.      Response to Retiree Benefits filed by Francis T. Brennan (the "**Brennan Response**") (**ECF No. 10421**)

Replies Filed:          None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

55.        229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10304**)

Responses Filed:

A.        Response of J. Michael Losh to 229th Omnibus Objection to Claims (the "**Losh Response**") (**ECF No. 10409**)

B.        Response to Debtors' 229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Eugene L. Abbott and Bernadine M. Abbott (the "**Abbott Response**") (**ECF No. 10437**)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

56.        232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10308**)

Responses Filed:

A.        UAW Local 259 Pension Fund (the "**UAW Response**") (Informal Response)

Replies Filed:        None to date.

Additional Documents:

B.        Order Granting 232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10507**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

57.    234th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10719**)

Responses Filed:

   A.    Opposition by Claimant, Robert Cramer, to Motion to Disallow and Expunge His Claim ("**Cramer Response**") **ECF No. 10909**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

58.    235th Omnibus Objection to Claims (Pension Claims and Welfare Benefits Claims of Former Salaried, Executive, or Hourly Employees) (**ECF No. 10720**)

Responses Filed:

   A.    Response of T. Charles Powell to 235th Omnibus Objection to Claims (the "**Powell Response**") (**ECF Nos. 10895 and 10898**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

59.    237th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10722**)

Responses Filed:

   A.    Beverley A. Cary (Informal)

Replies Filed:    None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

60.     243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10746**)

Responses Filed:

A.     Memorandum in Opposition to Motion to Enforce Bar Dates (243rd) with Respect to Lyndia Brewer on Behalf of the Estate of Marcus Wirt (the "**Brewer Response**")(**ECF No. 10908**)

B.     Response of Peggy L. Jernigan to the 243rd Omnibus Objection (**ECF No. 11427**)

C.     Response of Overstreet, Cathy Sue to the 243rd Omnibus Objection (Informal).

D.     Response of Overstreet, Katlyn to the 243rd Omnibus Objection (Informal).

E.     Response of Overstreet, Megan to the 243rd Omnibus Objection (Informal).

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

61.     244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10747**)

Responses Filed:

A.     C R Rondinelli, Inc.'s Answer to 244th Objection Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Rondinelli Response**") (**ECF No. 10894**)

B.     Response of Erica L. Davis to the 244th Omnibus Objection (the "**Davis Response**") (ECF No. 11168).

Replies Filed:                None to date.

Additional Documents:

    C.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 69755 by Terry Love) (**ECF No. 11130**)

    D.    Order Granting 244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10962**)

    E.    Supplemental Order Granting 244th Omnibus Objection To Claims And Enforcement Of Bar Date Orders (Late-Filed Claims) (**ECF No. 11285**)

    F.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70910 by Austin and Rebecca Viall) (**ECF No. 11417**)

    **Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

62.    245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims Post-Effective Date) (**ECF No. 10748**)

Responses Filed:

    A.    Claimant Diane Vanwinkle's Reply to Debtors' Objection to Claim and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10896**).

    B.    Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10893**).

        1.    Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10902**)

    C.    Response of Wingo Winston to the 245th Omnibus Objection (**ECF No. 10798**)

    D.    Response of Crown Enterprises, Inc. to the Motors Liquidation Company GUC Trust's 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10887**)

    E.    Claimants Aranzuza Mejia, Juan Carlos Mejia, Maria Alejandra Mejia, and Aranzuza Mejia as *guardian ad litem* of Lucas Mejia, Nicolas Mejia, and Santiago Mejia Response to the 245th Omnibus Objection to Claims

and Claimants' Opposition to Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10911**)

F.      Response of Mary Lee Metzler (the "**Metzler Response"**) (Informal)

G.      Response of Jeremy DeLarosa to the 245th Omnibus Objection (Informal)

<u>Replies Filed</u>:

H.      GUC Trust Omnibus Reply to Late Filed Claims (**ECF No. 11352**)

<u>Additional Documents</u>:        None to date.

**<u>Status</u>:**        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

63.     246th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 10749**)

<u>Responses Filed</u>:

A.      Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") (**ECF No. 10888**)

<u>Replies Filed</u>:

B.      Reply to Motion and Response of Erma Jeanine Buckley re: 246th Omnibus Objection to Claims (**ECF No. 11348**) Order Granting 246th Omnibus Objection As To Claim Number 66268

<u>Additional Documents</u>:

C.      Order Granting 246th Omnibus Objection As To Claim Number 66268 (ECF No. 11408)

**<u>Status</u>**:        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

64.     253rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11054**)

<u>Responses Filed</u>:

    A.    Objection to Disallowing Claim #70400 by Alberta Bruster (the "**Bruster Response**") (**ECF No. 11146**)

    B.    **Lonnie Chapman (the "Chapman Response") (ECF No. 11136)**

Replies Filed:

    C.    GUC Trust Omnibus Reply to Late Filed Claims (**ECF No. 11352**)

Additional Documents:

    D.    Order Granting 253rd Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11171**)

    E.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70225 by Alicia C. Harris) (**ECF No. 11417**)

    F.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70213 by Linda Mariscal) (**ECF No. 11417**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

65.    258th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11152**)

Responses Filed:

    A.    Atlas Technologies Inc.'s Response to the Debtor's Omnibus Objection to Claims (the "**Atlas Response**") (**ECF No. 11231**)

    B.    Twayna Rorer (the "**Rover Response**") (Informal)

    C.    Debra Hawkins (the "**Hawkins Response**") (Informal)

Replies Filed:    None to date.

Additional Documents:

    D.    Order Granting The 258th Omnibus Objection To Claims (Insufficient Documentation) (**ECF No. 11287**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

66.     259th Omnibus Objection to Claims  and Motion Requesting Enforcement of Bar
        Date Orders (Late-Filed Claims) (**ECF No. 11153**)

        Responses Filed:

        A.    Response to 259th Omnibus Objection to Expunge Certain Claims by
              Margaret A. O'Neill (the "**O'Neill Response**") (**ECF No. 11216**)

        Replies Filed:                    None to date.

        Additional Documents:

        B.    Order Granting 259th Omnibus Objection To Claims And Enforcement
              Of Bar Date Orders (Late-Filed Claims) (**ECF No. 11288**)

        **Status:**        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern
                           Time) and may be subject to further adjournments.  If this matter
                           goes forward on May 31, 2012, claimants will be notified via letter
                           sent by May 24, 2012.

67.     262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried
        and Hourly Employees) (**ECF No. 11156**)

        Responses Filed:

        A.    Sheila Marie Whorley (the "Whorley Response") (Informal)

        Replies Filed:                    None to date.

        Additional Documents:

        B.    Order Granting 262nd Omnibus Objection to Claims (Pension Benefits
              Claims of Former Salaried and Hourly Employees) (**ECF No. 11263**)

        **Status:**        This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern
                           Time) and may be subject to further adjournments.  If this matter
                           goes forward on May 31, 2012, claimants will be notified via letter
                           sent by May 24, 2012.

68.     265th Omnibus Objection to Claims (Reducing, Allowing and Reclassifying
        Property Damage Claims) (**ECF No. 11299**)

        Responses Filed:

        A.    Tower Insurance Company of NY as Subrogee of Trisha Brown-Janvier
              (the "**Tower Response**") (Informal)

        Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting The 265th Omnibus Objection To Claims (Reducing, Allowing and Reclassifying Property Damage Claims) (**ECF No. 11407**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

69.    267th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11355**)

Responses Filed:

    A.    Juanita Picket, Claim Nos. 18839 and 70846 (**ECF No. 11429**) Response) (the "**Pickett Response**")

    B.    Walters Chevrolet-Pontiac, Inc. John Walters, Claim No. 17147 (**ECF No. 11426**) (the "**Walters Chevrolet-Pontiac Response**")

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

70.    268th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11356**)

Responses Filed:

    A.    Limited Opposition by Woodbury Cadilalc LLC (the "**Woodbury Cadillac LLC Response**") (**ECF No. 11442**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting 268th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 11490**)

**Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter

goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

71.    269th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11511**)

   Responses Filed:

   A.    Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 269th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11578**)

   Replies Filed:               None to date.

   Additional Documents:

   B.    Order signed on 4/19/2012 Granting Re: 269th Omnibus Objection to Claims (**ECF No. 11618**)

   **Status:**    This matter is adjourned to May 31, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on May 31, 2012, claimants will be notified via letter sent by May 24, 2012.

## V.    WITHDRAWN MATTERS

1.    Claimaints' Motion to Enforce Settlement, for an Order Compelling Two Stock Distributions and to Extend Time for Filing Voluntary Dismissal of Injury Case and Notice of Hearing by Richard Birdsall and Elise Birdsall (**ECF No. 11591**)

Responses Filed:              None to date.

Replies Filed:                 None to date.

Additional Documents:

A.    Notice of Withdrawal of Claimants' Motion to Enforce Settlement filed by Edward S. Donini on behalf of Richard and Elise Birdsall (**ECF No. 11671**)

**Status:**        This matter is withdrawn.


Dated: New York, New York
       May 11, 2012

                              /s/ Joseph H. Smolinsky
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Motors Liquidation
                               Company GUC Trust