UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In Re
   MOTORS LIQUIDATION COMPANY, et al.,
   F/K/A General Motors Corp., et al.,
                    Debtors
                                                    Chapter 11 Case No.
                                                    09-50026 (REG)
                                                    (Jointly Administered)
----------------------------------------x

NOTICE OF PRESENTATION REJECTING ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO #71249 FILED BY MARJORIE A. CREAMER

READY TO BE SIGNED BY HONORABLE ROBERT E. GERBER, UNITED STATES BANKRUPTCY JUDGE for signature on May 14, 2012 at 12:00 noon (Eastern Time).

THIS OBJECTION IS IN ACCORDANCE WITH THE RIGHT OF CLAIM 11-USC § 101(5) DATE OF THE RELEASE OF THE SAFETY RECALL OF DEFECTIVE MOTOR-STEERING WAS MARCH 10, 2010 AFTER THE ACCIDENT ON SEPT. 24, 2009, AND FURTHERMORE, AFTER THE FACT OF THE GM Corp filing bankruptcy on June 2009. THE DEBTORS OWED THE DEBT the DAY of PURCHASE OF THE SAID BRAND NEW 2006 COBALT LT

SEDAN DO TO PRODUCT LIABILITY —
RECALL 2010 march

1) K.S.A. section 60-3302 (c) and (d)
Kansas Product Liability Act provides:

(c) "Product Liability claim" includes any claim or action brought for harm caused by the manufacture, production, making, construction, fabrication, design, formula, preparation, assembly, installation, testing, warning, instructions, marketing, packaging, storage, or labeling of the relevant product. It includes but is not limited to any action based on strict liability in tort, negligence, breach of express or implied warranty, breach of or failure to, discharge a duty to warn or instruct, whether negligent or innocent, misrepresentation, or concealment or nondisclosure whether negligent or innocent or under any other substantive legal theory.

(d) "Harm" includes: (1) Damage to property; (2) Personal physical injuries, illness

(2-6)

and death. (3) mental anguish or emotional harm attendant to such personal physical injuries, illness, or death. The term "harm" does not include direct or consequential economic loss.

The KPLA applies to all product liability claims. Kansas law states how a product can be found defective: (1) a manufacturing defect; (2) a warning defect and (3) a design defect.

CREAMER v. GENERAL MOTORS CORP., No. 11-CV-4028-CM/DJW, 2011 WL 2836750 (D. Kan., July 15, 2011) (Murguia J.) states:

according to the complaint, plaintiff was injured in an accident on September 24, 2009 in her 2006 Chevy Cobalt. Although the complaint is unclear, it appears that the accident was caused by a defective steering motor (which plaintiff alleges was subsequently subject to a recall in March 2010), and that injury was caused

(3-5)

by the failure of the airbags to deploy. Apparently GM's Claims Dept. has been of "no help" to plaintiff...

VIN # 1G1AL55F367780039
Global Warranty Management (ie. document factual of Recall Date) not issued by ESIS either; Constitues a product liability case of which debtors owe.

In retrospect the Old GM Claims Agent was ESIS who is now the reorganized GM - ESIS. The cause of action is plausible and clear failure to notify plantff of safety recall of steering motor. This ignorance is uncalled for and furthermore the judge needs to reconsider the facts of case before ordering an granting of objection to the debtors claim on the year 2007 when purchasing the new 2006 Chevy Cobalt LT Sedan

(4-8)

Sport package, xm satellite radio and touring tires.   11 U.S.C. § 101.

Phone hearing of April 26, 2012, due to interference no hearing was had by, need transcripts of hearing and Marjorie Ann Creamer, prays that the honorable Judge Rober E. Gerber, United States Bankruptcy Judge sees this as a Debtors liability for recovery to her and that her objection to NOT grant this order is plausible as the findings and fact find debtors at fault and set forth by the conclusions of law under the bankruptcy and KPLA acts.   Dated May 14, 2012
8:30 Am

*signature*
thehush91@hotmail.com
705 S. Monroe
Smith Center Ks 66967

fax to attorney 212-668-3357

212 277-6501

(5-6)

01/19/2012 11:29 FAX 785625 1063    HAYS CHEVROLET    ☑001/001

# Global Warranty Management

2nd Marjorie Creamer

Page 1 of 2



Patricia Schlyer
January 19, 2012

- Update My Profile
- Logout

Global Warranty Management: Main > Interface With Customer > View Vehicle Summary

**INTERFACE WITH CUSTOMER**

## View Vehicle Summary

This screen allows IVH users to view the Summary of Vehicle Information, Field Actions, Service Information, Applicable Warranties, Transaction History, Service Contract(s) if applicable, Warranty Block, Branded Title information and OnStar and XM Radio Information (if applicable).

For this vehicle:
- View Vehicle Summary
- Service Contract
- Branded Title
- Warranty Block
- View Vehicle Build
- View Vehicle Component Summary
- View Vehicle Transaction History Detail
- View Vehicle Delivery Information
- Investigate Major Assembly History

### Vehicle Information
VIN: 1G1AL55F367780039
Model: 1AL69-2006 COBALT LT SEDAN
Service Contract: No    Branded Title: Yes    Warranty Block: Yes    PDI Status: No
Order Type: 70 - RETAIL - STOCK
Field Actions: 1 Open

### Required Field Actions

Open field actions are highlighted

| Type | Number | Original Nbr | Description | Release Date | Status |
|---|---|---|---|---|---|
| Product Emission Recall | N060090 | 06090 | ENGINE FUEL INJECTORS - REPLACE | 01/22/2007 | Closed |
| Product Safety Recall | N100023 | 10023 | LOSS OF POWER STEERING ASSIST - REPLACE ELECTRIC POWER STEERING MOTOR | 03/18/2010 | Open |

### Branded Title

"The VIN information contained herein and information derived therefrom is the proprietary property of The Polk Company and is to be used only for the purpose of warranty verification and shall not be used for any other purpose whatsoever.

Brand Description: SALVAGED    Date Branded: 11/01/2009
Title Number: R1568243    Reporting Source Code:
Reported By: KS    Effective Date: 02/28/2011

### Warranty Block

| Code | Description | Effective Date |
|---|---|---|
| BT | BRANDED TITLE | 12/04/2009 |

Block Transaction Types:    Blocked Labour Ops:
ZPDI
ZPTI
ZREG
ZSCT

### Service Information

Vehicle has no current record of outstanding service information.