UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.
f/k/a General Motors Corp., et al. Debtors.

Chapter 11

Case No. 09-50026
(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Wells Fargo Bank, N.A.,** creditors in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim number 784 (and only claim number 784, as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Wells Fargo Bank, N.A.
c/o Susan L. Martineau, Esq.
12151 Spruce Street
Thornton, CO 80602

New Address
Hain Capital Holdings, Ltd.
In re: Wells Fargo Bank, N.A.
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

**WELLS FARGO BANK, N.A.**

By: _____
Name: TERI HAMANO
Title: Assist. V.P.