**EXHIBIT A**
**In Re Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.**
**Case Number: 09-50026 (REG)**

GIRARD GIBBS LLP

TIME REPORT — June 1, 2009 through April 30, 2012

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Daniel C. Girard | 21.80 | $ 795.00 | $ 17,331.00 |
| A. J. De Bartolomeo | 333.20 | $ 625.00 | $ 208,250.00 |
| Elizabeth C. Pritzker | 79.10 | $ 610.00 | $ 48,251.00 |
| | | | |
| **ATTORNEYS:** | | | |
| Anthony K. Lee | 56.50 | $ 550.00 | $ 31,075.00 |
| Geoffrey A. Munroe | 31.30 | $ 445.00 | $ 13,928.50 |
| Matthew B. George | 29.10 | $ 425.00 | $ 12,367.50 |
| | | | |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| Bradley L. Hyppa | 64.50 | $ 240.00 | $ 15,480.00 |
| Loren C. Bondurant | 17.80 | $ 200.00 | $ 3,560.00 |
| Derek L. Connolly | 171.50 | $ 200.00 | $ 34,300.00 |
| Kaitlin E. Jacobson | 340.50 | $ 200.00 | $ 68,100.00 |
| Nathaniel Miller | 18.00 | $ 200.00 | $ 3,600.00 |
| Virginia Slutu | 162.60 | $ 200.00 | $ 32,520.00 |
| | | | |
| **BANKRUPTCY CONSULTANT:** | | | |
| Richard M. Adler | 40.50 | $ 675.00 | $ 27,337.50 |
| | | | |
| **TOTALS** | **1325.90** | | $ **516,100.50** |