**EXHIBIT B**
**In Re Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.**
**Case Number: 09-50026 (REG)**

GIRARD GIBBS LLP

EXPENSE REPORT — June 1, 2009 through April 30, 2012

| Categories: | Amount |
|---|---:|
| In-house Photocopies/Reproduction | $ 150.00 |
| Postage/Notice Costs | $ 4.20 |
| Telephone | $ 265.85 |
| Messengers/Express Services | $ 409.79 |
| Lexis/Westlaw/Legal Research | $ 175.21 |
| Meals, Hotels & Ground Transportation | $ 1,226.36 |
| Travel | $ 898.76 |
| Fees to Retained Bankruptcy Counsel | $ 5,707.67 |
|  |  |
| **TOTAL EXPENSES:** | **$ 8,837.84** |