**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No.: 09-50026 (REG)
f/k/a General Motors Corporation, *et al.*, :
: (Jointly Administered)
Debtors. :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Deborah P. Kelly, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Motors Liquidation Company GUC Trust, a party-in-interest in the above-captioned jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-captioned jointly administered bankruptcy cases.

I certify that I am a member in good standing of the bars of the State of Maryland and the District of Columbia, and the bars of the United States District Court for the District of Columbia and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: New York, New York    **DICKSTEIN SHAPIRO LLP**
May 8, 2012

_____
Deborah P. Kelly
1825 Eye Street, N.W.
Washington, DC  20006-5403
Telephone:    (202) 420-4772
Facsimile:    (202) 379-9316
Email:        kellyd@dicksteinshapiro.com
*Counsel for Motors Liquidation Company GUC Trust*