**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No.: 09-50026 (REG)
f/k/a General Motors Corporation, *et al.*, :
: (Jointly Administered)
Debtors. :
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Deborah P. Kelly, to be admitted, *pro hac vice*, to represent Motors Liquidation Company GUC Trust, a party-in-interest in the above-captioned jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-captioned jointly administered bankruptcy cases pending before this Court, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Maryland and the District of Columbia, and the bars of the United States District Court for the District of Columbia and the United States Supreme Court, it is hereby

ORDERED, that Deborah P. Kelly, Esq., is admitted to practice, *pro hac vice*, in the above referenced jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-referenced cases in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____    _____
       New York, New York        UNITED STATES BANKRUPTCY JUDGE