Mr. Tommy Warwas
P.O. Box 5765
Lake Charles, LA 70606

May 10, 2012

U.S. Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Re:    Motors Liquidation Company
       Case No. 09-50026
       Chapter 11
       Claim #MLC -0071043 $296,900.00 (exceed)
       Claim# MLC-0071054 $296,900.00

Dear Sir:

Enclosed please find copies of my medical bills and records regarding the above referenced claims. Please be advised that I am still currently treating and incurring medical bills to-date. I am submitting these bills and records as my demand for both claims of $296,900.00. Please file the attached documents in the above referenced bankruptcy.

Thanking you for your assistance in this matter, I remain,

Sincerely,

TOMMY WARWAS

Cc:  Stefanie Birbrower Greer

Mr. Tommy Warwas
P.O. Box 5765
Lake Charles, LA 70606

May10, 2012

U.S. Bankruptcy Court
355 Main Street
Poughkeepsie, New York 12601

Re:   Motors Liquidation Company
      Case No. 09-50026
      Chapter 11
      Claim #MLC -0071045 $296,900.00   *Exceed*
      Claim# MLC-0071054  $296,900.00

Dear Sir:

Enclosed please find copies of my medical bills and records regarding the above referenced claims.
Please be advised that I am still currently treating and incurring medical bills to-date.  I am
submitting these bills and records as my demand for both claims of $296,900.00.  Please file the
attached documents in the above referenced bankruptcy.

Thanking you for your assistance in this matter, I remain,

Sincerely,

TOMMY WARWAS

Cc:  Stefanie Birbrower Greer

requesting enforcement of the Bar Date Orders[1] (the "**276th Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 276th Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **May 31, 2012 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 276th OMNIBUS OBJECTION TO CLAIMS AND MOTION REQUESTING ENFORCEMENT OF BAR DATE ORDERS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 276th Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Dickstein Shapiro, LLP, attorneys for the GUC Trust, 1633 Broadway, New York, New York, 10019-6708 (Attn: Barry N. Seidel, Esq., and Stefanie Birbrower Greer, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn:

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 276th Omnibus Objection to Claims.

In addition, to the extent your most recent proof(s) of claim **[does]/[do]** not: (a) state the correct amount of your Designated Claim(s); (b) expressly identify each and every cause of action and legal theory on which you base your Designated Claim(s); (c) include current, correct, and complete contact information of your counsel or other representative; or (d) provide all documents on which you rely in support of your Designated Claim(s), you hereby are requested to provide all such information and documentation with your Claimant's Response.

If you do not return this ADR Notice with the requested information and a Claimant's Response to the Settlement Offer to **[the GUC Trust's Representative]** so that it is received by the Deadline to Respond, your Designated Claim(s) will be subject to mandatory mediation as set forth in Section II.B of the ADR Procedures.

IN ADDITION, YOU ARE REQUIRED TO INDICATE EXPRESSLY WHETHER YOU CONSENT TO **BINDING ARBITRATION** IF YOUR DESIGNATED CLAIM(S) CANNOT BE SETTLED. PLEASE MARK THE BOX BELOW INDICATING WHETHER YOU (i) CONSENT TO **BINDING ARBITRATION** OR (ii) **DO NOT** CONSENT TO (AND SEEK TO **OPT OUT** OF) **BINDING ARBITRATION**. PLEASE NOTE THAT YOUR CONSENT TO **BINDING ARBITRATION** CANNOT SUBSEQUENTLY BE WITHDRAWN. IN ADDITION, ANY ATTEMPT TO OPT OUT OF **BINDING ARBITRATION** IN THE RESPONSE TO THIS ADR NOTICE SHALL BE INEFFECTIVE IF YOU PREVIOUSLY HAVE CONSENTED IN WRITING (EITHER PREPETITION OR POSTPETITION) TO **BINDING ARBITRATION** AS A MEANS TO RESOLVE YOUR CLAIM(S).

Details about the arbitration process, including the sharing of fees, are set forth in Section II.C of the ADR Procedures.

YOU MUST RESPOND TO THE FOLLOWING SETTLEMENT OFFER:

**Settlement Offer**: The GUC Trust offers you an allowed general unsecured, nonpriority claim in the amount of $_____ against **[Name of Debtor]** in full satisfaction of your Designated Claim(s), to be satisfied in accordance with the Debtors' Second Amended Joint Chapter 11 Plan.

The only permitted response (the **"Claimant's Response"**) to the Settlement Offer are (a) acceptance of the Settlement Offer or (b) rejection of the Settlement Offer coupled with a counteroffer (a **"Counteroffer"**). Accordingly, please select your Claimant's Response below:

---

*Please indicate below if you accept or reject the GUC Trust's Settlement Offer by marking the appropriate box. If you reject the Settlement Offer, please make your counteroffer where indicated.*

☐  I/we agree to and accept the terms of the Settlement Offer.

**or**

☐  I/we reject the Settlement Offer. However, I/we will accept, and propose as a Counteroffer, the following allowed claim in full satisfaction of the Designated Claim(s), to be satisfied in accordance with the Debtors' Second Amended Joint Chapter 11 Plan.

---

prior Brandy General Motors
866-790-5600 ext 31065
Claim no 71-800293829

Brandy
ref: motors Liquidation Company
Alan : 1-800-414-9603
Case # 685891

Erma   800 ~~~~~~~~~~
   866-790-5700 ext 22330

my claim was before their deadline

Defect Tranmission locked up at
(441 miles bought car 07 corvette new.)
Tranmission locked up at approx
8000mils at the time of the accident,
also not one air bag went off.
Causing injuries.

Thank you
Tommy Warur

82293

THE STATE OF TEXAS                          JUSTICE OF THE PEACE

                VS.                         PCT.    1 , PLACE    1

WARWAS JR., TOMMY EDWARD                     COUNTY OF ORANGE


                        JUDGMENT


    CAME ON to be heard this the  15th  day of July      ,  2009 ,
the above styled case and cause, wherein a plea of NOT GUILTY to
the accusation contained in the complaint was entered for the
Defendant in person and/or by and through their attorneys.  The
Court found that the case should be dismissed due to insufficient
evidence for the offense of:
UNSAFE SPEED (TOO FAST FOR CONDITIONS)                      .

    IT IS THEREFORE the Judgement of this Court that ORANGE
County does not have and recover of the defendant the sum of
    $195.00, and that the case is therefore dismissed.


                        _____
                        PRESIDING JUDGE
                        ORANGE                County, Texas

# CMS/ Medicare Summary Notice

CENTERS for MEDICARE & MEDICAID SERVICES

June 04, 2011

---

TOMMY E. WARWAS
P O BOX 5765
LAKE CHARLES LA 70606-5765

**BE INFORMED:** You may see some claims that have been adjusted. For an explanation see the General Information section.

---

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: XXX-XX-2749A**

If you have questions, call 1-800-Medicare
**(1-800-633-4227)(#52280)**

**Ask for Hospital Services
TTY for hearing impaired: 1-877-486-2048**

**Appeals Address: Please see the General Information Section.**

---

This is a summary of claims processed from 03/25/2011 through 05/11/2011.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 21108100312502NTA    03 | | | | | | a,b,c |
| **Southwest Louisiana Hospital As** | | | | | | |
| **1701 Oak Park Blvd** | | | | | | |
| **Lake Charles, LA 70601** | | | | | | |
| Referred by:  Ameer Khan | | | | | | |
| 02/09/11 | Routine venipuncture (36415) | $12.50 | $0.00 | $0.00 | $0.00 | d |
| | Metabolic panel total ca (80048) | 127.00 | 0.00 | 0.00 | 0.00 | d |
| | Lipid panel (80061) | 53.50 | 53.50 | 0.00 | 53.50 | e |
| | Hepatic function panel (80076) | 134.50 | 0.00 | 0.00 | 0.00 | d |
| | Complete cbc w/auto diff wbc (85025) | 43.00 | 43.00 | 0.00 | 43.00 | f |
| **Claim Total** | | **$370.50** | **$96.50** | **$0.00** | **$96.50** | |
| Control number 21110100574502NTA    03 | | | | | | b,c,g |
| **Southwest Louisiana Hospital As** | | | | | | |
| **1701 Oak Park Blvd** | | | | | | |
| **Lake Charles, LA 70601** | | | | | | |
| Referred by:  Ameer Khan | | | | | | |
| 03/07/11-03/31/11 | TENS suppl 2 lead per month (A4595) | $53.50 | $53.50 | $0.00 | $0.00 | h,i |
| | | | | | **(continued)** | |

---

**THIS IS NOT A BILL - Keep this notice for your records.**

**Your Medicare Number: XXX-XX-2749A**

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| **This Claim was continued from the previous page.** | | | | | | |
| 03/07/11-03/31/11 | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | | | | | **(continued)** | |

**Your Medicare Number:  XXX-XX-2749A**

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| **This Claim was continued from the previous page.** | | | | | | |
| 03/07/11-03/31/11 | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 200.67 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 85.83 | 0.00 | 15.86 | 15.86 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| | Pt evaluation (97001) | 169.36 | 0.00 | 0.00 | 0.00 | i,k |
| | Pt evaluation (97001) | 70.14 | 0.00 | 14.03 | 14.03 | |
| | **Claim Total** | **$3,326.50** | **$746.50** | **$135.40** | **$135.40** | |

Control number 21112500291402NTA    03
**Southwest Louisiana Hospital As**                                                                                    b,c,m
   1701 Oak Park Blvd
   Lake Charles, LA 70601
Referred by:  Ameer Khan

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| 04/07/11-04/27/11 | Elec stim other than wound (G0283) | $48.88 | $0.00 | $0.00 | $0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | | | | | **(continued)** | |

**Your Medicare Number:  XXX-XX-2749A**

Page 04 of 07
June 04, 2011

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | **This Claim was continued from the previous page.** | | | | | |
| 04/07/11-04/27/11 | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| | **Claim Total** | **$1,804.00** | **$441.00** | **$70.54** | **$70.54** | |

**Notes Section:**

a  The amount Medicare paid the provider for this claim is $17.87.

b  This information is being sent to your private insurer(s).
Send any questions regarding your benefits to them.

(continued)

**Your Medicare Number: XXX-XX-2749A**

## Notes Section: (continued)

c  This information is being sent to Medicaid.  They will review it to see if additional benefits can be paid.

d  This service is paid at 100% of the Medicare approved amount.

e  The following policies 190.23
    were used when we made this decision.  If the policy begins with 40, use the October 2004 version.  If the policy begins with 190.xx use the January 2005 version.  This information can be found at CMS's web site at: www.cms.hhs.gov/coverage/labindexlist.asp#coding  If the policy begins with an L, it is a local policy, and you can contact your intermediary for more information.

f  The following policies 190.15
    were used when we made this decision.  If the policy begins with 40, use the October 2004 version.  If the policy begins with 190.xx use the January 2005 version.  This information can be found at CMS's web site at: www.cms.hhs.gov/coverage/labindexlist.asp#coding  If the policy begins with an L, it is a local policy, and you can contact your intermediary for more information.

g  The amount Medicare paid the provider for this claim is $541.46.

h  The provider billed this charge as non-covered.

i  You should not be billed for this service. You are only responsible for any deductible and coinsurance amounts listed in the 'You May Be Billed' column.

j  The approved amount is based on a special payment method.

k  This amount is the difference in billed amount and Medicare approved amount.

l  Medicare does not pay separately for this service.

m The amount Medicare paid the provider for this claim is $282.12.

**Your Medicare Number: XXX-XX-2749A**

## Deductible Information:

You have met the Part B deductible for 2011.

## General Information:

Your claims may have been adjusted since Medicare changed how it pays for certain services in 2010. You can compare claims that have been changed to previous statements you received in the past. Your provider may owe you a refund or you may have to pay more coinsurance. Call your provider or 1-800-MEDICARE.

NOTICE:
Please send written appeal requests to:
Wisconsin Physicians Service, Medicare, P.O. Box 1602, Omaha, NE 68101.
Only appeals related correspondence sent to this address will be answered. For general inquiries, please call 1-800-MEDICARE (1-800-633-4227).

The Pap test is the most effective way to screen for cervical cancer.

If you aren't due a payment check from Medicare, your Medicare Summary Notices (MSN) will now be mailed to you on a quarterly basis. You will no longer get a monthly statement in the mail for these types of MSNs. You will now get a statement every 90 days summarizing all of your Medicare claims. Your provider may send you a bill that you may need to pay before you get your MSN. When you get your MSN, look to see if you paid more than the MSN says is due. If you paid more, call your provider about a refund. If you have any questions about the bill from your provider, you should call your provider.

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital, or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

Want to see your latest claims? Visit MyMedicare.gov on the web any time, day, or night, and get the most out of your Medicare. Your personalized Medicare information is waiting for you online.

**Your Medicare Number:  XXX-XX-2749A**

## General Information (continued):

Please have your complete Medicare number with you when you call
1-800-MEDICARE so your record can be located. For your protection this MSN
does not include your entire number.

If you change your address, contact the Social Security Administration by
calling 1-800-772-1213.

## Appeals Information - Part B (Outpatient)

**If you disagree with any claims decisions on either PART A or PART B of this notice,**
your appeal must be received by **October 07, 2011.**
Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1.
   (You may also send any additional information you may have about your appeal.)

3) Sign here _____ Phone number (____)_____

4) Medicare Number: _____

0810000000



## Patient Visit Information

### Staff

Your caregivers today were:

| | |
|---|---|
| Physician | BURTON,JOHN M MD |
| Practitioner | DAVID GUILLORY |
| Nurse | A WF |

### Patient Instructions Reviewed

Contusion
Motor Vehicle Accident

received 03/15/09 - 1813

### Activity Restrictions or Additional Instructions

FOLLOW UP WITH ORTHOPEDIC MD THIS WEEK IF NOT BETTER OR RETURN HERE IF WORSE.
TAKE MEDICATION AS DIRECTED. USE ICE - NO HEAT.

### Medication Dose and Instructions

Naproxen Ec (Naprosyn Ec) 1 TAB, ORAL TWICE A DAY, #30

### Follow-up

WARWAS,TOMMY E has been referred to the following clinics/specialists for follow up care:

UNASSIGNED,ED

GOOLSBY,HENRY J III MD
501 DR. MICHAEL DEBAKEY DRIVE
LAKE CHARLES, LA 70601
Ph: (337) 433-8400
Fax: (337) 312-8411



AL0640156702
WARWAS,TOMMY E
AL.EDMAIN
BURTON,JOHN M MD

# Motor Vehicle Accident

Motor vehicle accidents are one of the leading causes of injuries. Even a low-speed (5-10 mph) crash with little or no vehicle damage can result in some minor injuries.



Injuries caused by motor vehicle accidents range from minor cuts, bruises, and scrapes to back and neck injuries (such as strained neck muscles), broken bones, head injuries (like a *concussion*, which affects thinking and balance), and severe internal injuries (to the chest or abdominal organs).

Signs and symptoms of an injury from a crash may include neck pain and stiffness, headaches, chest pain, difficulty breathing, abdominal pain, dizziness, loss of balance, ear ringing, blurred vision, memory problems, difficulty concentrating, moodiness, tiredness, sleep problems, upper or lower back pain, and arm, hand, leg, or foot pain.

Anyone can be injured in a motor vehicle accident, but children are hurt more frequently. Most injuries occur from not using the proper safety restraints (seatbelts, carseats, etc.). A child not properly restrained or sitting in an adult's lap can receive serious injuries, even at low speeds or during sudden stops.

Most minor accidents result in little, if any, serious injury. They usually cause strained muscles and bruises, which go away in a few days. Treatment for more serious injuries depends on the type and severity of the injury and the parts of the body involved. This may include casting of broken bones, short or long term physical therapy, surgery, and "watchful waiting." It can take days or even weeks for some injuries to appear, and some that don't seem too serious may get worse over time. A follow-up with your primary care doctor is very important.

## Home Care

- If the doctor prescribed any medications, take them exactly as prescribed.
- Make a follow-up appointment with your primary care doctor (or recommended specialist) as soon as possible.
- Take only medications that your/your child's doctor has approved.
- If you are a pregnant woman, see you obstetrician as soon as possible.
- Watch for signs of *whiplash* (sudden neck strain), particularly neck, shoulder, or back pain or stiffness, and pain or numbness in the hands.
- Don't drink alcohol or take recreational drugs.
- Get plenty of rest during the day and sleep at night.
- Resume normal activities slowly.
- Ask your doctor when you can drive a car or operate any other equipment that requires

a quick reaction.
- Tell your child's school, daycare provider, etc. what to watch for and which activities to restrict.
- If you or your child had a head injury:
  - Watch for signs of concussion, including confusion, headache, dizziness, vomiting, loss of balance, double or fuzzy vision, and memory or concentration problems.
  - Make sure someone stays with you/your child for at least the first 24-48 hours after the accident.
  - Write things down if you need help remembering.
  - Until the doctor says it's okay, avoid sports and activities that can result in another head injury.

## Prevention

- Obey all speed limits and traffic laws.
- Drive *defensively* (trying to avoid risk and danger) and with courtesy (respectful and polite to others)
- Don't be distracted while driving by using a cell phone, eating, reading, watching TV, or applying makeup.
- Always wear a seat belt, and have children wear the proper safety restraints according to federal standards.

## When to Call the Doctor

*Call emergency medical help right away, if you or your child:*

- have chest pain or difficulty breathing
- develop abdominal pain
- has a sudden, severe headache or headaches that get worse
- has difficulty speaking or seeing
- can't move or feel part of the body
- feel weak or numb in any part of the body
- has coordination/balance problems that get worse
- has slurred speech
- cannot be awakened from sleep
- have blood in the urine

*Call the doctor, or go to the Emergency Department, right away if you or your child:*

- develop new or worsening symptoms
- vomits more than once
- has clear fluid draining from the nose or ears
- can't be comforted or won't stop crying (children)
- don't want to eat or drink

*If you are a pregnant woman and have any of the following, call your doctor or go to the Emergency Department right away:*

- labor contractions
- abdominal pain
- bleeding from your vagina
- blood clots, white or gray tissue, or fluid passing from your vagina

Thank you for choosing Christus St. Patrick Emergency Department for you health care needs.



AL0640156702
WARWAS,TOMMY E
AL.EDMAIN
BURTON,JOHN M MD

## Contusion (Bruise)

A contusion, or bruise, is an injury that doesn't break the skin but causes discoloration (a "black and blue" area). It forms when the small blood vessels near the skin surface break and leak blood under the skin.



Most bruises are caused by bumping into or being struck by something, usually during sports, fights, falls, or physical work (like home repairs). Some people bruise more easily than others. Certain medications (like blood thinners) and medical conditions (such as blood clotting problems and blood related diseases) can also cause people to bruise more easily.

The first signs and symptoms of a bruise are usually a red or purple bump with pain and possibly swelling. Sometimes a bruise can cause enough pain and swelling that the affected area (like a leg) is hard to move. After a day or so, the bruise may look blue or even black. It may then turn green, yellow, and brown until it fades away around a week or two later.

Treatment for most bruises focuses on reducing pain and swelling while the body heals on its own. Bruising associated with a medication, medical condition, or serious injury requires a follow-up with a primary care doctor (or recommended specialist).

### Home Care

- Take over-the-counter and prescription medications for pain, swelling, and discomfort, as directed by the doctor. *Don't take or give aspirin or any aspirin-containing products unless your doctor says it's okay.*
- Make a follow-up appointment with your primary care doctor or a recommended specialist.
- Don't rub or massage the bruised area. It can make the pain and swelling worse and lead to other problems.
- Use **RICE** therapy to reduce pain and swelling and aid healing, as follows:
    - **R**-est the affected area as much as you can. Protect it from further injury and start using it again slowly.
    - **I**-ce the bruise for the first 48 hours. Apply an ice pack for 20 minutes on, then 20 minutes off. After 48 hours, use a heating pad for 20 minutes on then off.
    - **C**-ompress the bruised area by lightly wrapping it with an elastic bandage.
    - **E**-levate the injured area above or level with your heart, as much as possible.

**Prevention**

- Wear the proper protective gear while participating in sports and other activities that may cause an injury.
- Take special care to avoid injury if you are taking a blood thinning medication or have blood clotting problems or a blood related disease.

**When to Call the Doctor**

Call your doctor, or go to the Emergency Department, if you develop:

- fever
- a red, swollen, or painful joint
- a bruise from a very light bump or for no obvious reason
- bruises and are taking a blood thinning medication or have blood clotting problems or a blood related disease
- bleeding from your nose or gums, or have blood in your eyes, urine, or stool
- any worsening symptoms

Thank you for choosing Christus St. Patrick Emergency Department for you health care needs.

Law Enforcement and TxDOT Use ONLY

☐ FATAL   ☐ CMV INVOLVED   ☐ SCHOOL BUS RELATED   ☐ RAILROAD RELATED   ☐ MEDICAL ADVISORY BOARD   ☐ HIT AND RUN   ☐ AMENDMENT / SUPPLEMENT

# Texas Peace Officer's Crash Report

Form CR-3
(Rev. 03/08)
(GSO-EPC)

Submission of Crash Records: This report may be submitted via the CRIS Web Portal, electronically submitted via XML, or by mailing to the Texas Department of Transportation, Crash Records, PO Box 149349, Austin, TX 78714
Questions? Call: 512/486-5780

PAGE 3 OF 4

| PLACE WHERE CRASH OCCURRED | | | | LOC# | |
|---|---|---|---|---|---|
| COUNTY | ORANGE | CITY OR TOWN | ORANGE | ORI# | TX DPS 04X1 |
| IF CRASH WAS OUTSIDE CITY LIMITS INDICATE FROM NEAREST TOWN | | MILES N S E W of | | TxDOT # | |

| ROAD ON WHICH CRASH OCCURRED | BLOCK NUMBER | STREET OR ROAD NAME IH-10 | ROUTE NUMBER OR STREET CODE | CONSTRUCTION ZONE WORKERS PRESENT ☐ YES ☒ NO ☐ YES ☒ NO | SPEED LIMIT 70 |
|---|---|---|---|---|---|
| INTERSECTING STREET OR RR XING NUMBER | BLOCK NUMBER | STREET OR ROAD NAME | ROUTE NUMBER OR STREET CODE | CONSTRUCTION ZONE WORKERS PRESENT ☐ YES ☐ NO ☐ YES ☐ NO | SPEED LIMIT |
| NOT AT INTERSECTION | .1 | ☐ FT. ☐ ML ☐ N ☒ S ☐ E ☐ W of | SIMMONS DR | MILEPOST 878 | LATITUDE 30.118A LONGITUDE 93.435A |

| DATE OF CRASH | MARCH MONTH | 13 DAY | 09 YEAR | DAY OF WEEK FRIDAY | HOUR 3:00 | ☐ AM ☒ PM | IF EXACTLY NOON OR MIDNIGHT, SO STATE |
|---|---|---|---|---|---|---|---|

| UNIT # 3 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN# 1NXB1232E28Z041514 | ALTERED VEHICLE HEIGHT ☐ YES ☐ NO |

| YEAR MODEL 2008 | COLOR & MAKE GREEN/TOYOTA | MODEL NAME COROLLA | BODY STYLE 4 DR SED | LICENSE PLATE 10 TX DSG767 YEAR STATE NUMBER |
|---|---|---|---|---|

| DRIVER'S NAME | RIVERA, RICHARD ELLIS LAST FIRST M.I. | 9935 MEMORIAL CROSS TOMBALL, TX. 77375 ADDRESS (STREET, CITY, STATE, ZIP) | 281-251-3175 PHONE NUMBER |
|---|---|---|---|

| DRIVER'S LICENSE TX. 00169690 STATE NUMBER | C CLASS/TYPE | ENDORSEMENTS | RESTRICTIONS | 6/24/60 DATE OF BIRTH | LICENSE STATUS 1 | 1-VALID 2-NOT VALID 3-SUSPENDED / REVOKED | 4-CANCELLED / DENIED 5-EXPIRED 6-UNKNOWN |
|---|---|---|---|---|---|---|---|

| DRIVER'S ETHNICITY 1 | 1-WHITE 4-ASIAN 2-HISPANIC 5-OTHER 3-BLACK | DRIVER'S SEX ☒ MALE ☐ FEMALE | DRIVER'S OCCUPATION OTHER | POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE |
|---|---|---|---|---|

| TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED 4 | TEST RESULTS | TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED 3 | TEST RESULTS | DRUG CATEGORY 1. ___ 2. ___ |
|---|---|---|---|---|

☐ LESSEE
☒ OWNER   SAME AS DRIVER
NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)      ADDRESS (STREET, CITY, STATE, ZIP)

| LIABILITY INSURANCE ☒ YES ☐ NO ☐ EXP | FARMERS INSURANCE COMPANY | 1-800-225-0011 | 1904195-92-85 POLICY NUMBER | VEHICLE DAMAGE RATING 12-FD-1 |
|---|---|---|---|---|

| UNIT # 4 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN# 1FTPW14V38FB96128 | ALTERED VEHICLE HEIGHT ☐ YES ☐ NO |

| YEAR MODEL 2008 | COLOR & MAKE BLUE/FORD | MODEL NAME F150 | BODY STYLE PICKUP | LICENSE PLATE 09 LA X572157 YEAR STATE NUMBER |
|---|---|---|---|---|

| DRIVER'S NAME | LEBO, JUSTIN W. LAST FIRST M.I. | 36123 SUNNY HILL RD. MOUNT HERMON, LA. 70450 ADDRESS (STREET, CITY, STATE, ZIP) | 985-515-7326 PHONE NUMBER |
|---|---|---|---|

| DRIVER'S LICENSE LA 006792516 STATE NUMBER | E CLASS/TYPE | ENDORSEMENTS | RESTRICTIONS | 6/22/79 DATE OF BIRTH | LICENSE STATUS 1 | 1-VALID 2-NOT VALID 3-SUSPENDED / REVOKED | 4-CANCELLED / DENIED 5-EXPIRED 6-UNKNOWN |
|---|---|---|---|---|---|---|---|

| DRIVER'S ETHNICITY 1 | 1-WHITE 4-ASIAN 2-HISPANIC 5-OTHER 3-BLACK | DRIVER'S SEX ☒ MALE ☐ FEMALE | DRIVER'S OCCUPATION OTHER | POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE |
|---|---|---|---|---|

| TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED 4 | TEST RESULTS | TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED 3 | TEST RESULTS | DRUG CATEGORY 1. ___ 2. ___ |
|---|---|---|---|---|

☐ LESSEE
☒ OWNER   SAME AS DRIVER
NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)      ADDRESS (STREET, CITY, STATE, ZIP)

| LIABILITY INSURANCE ☒ YES ☐ NO ☐ EXP | LA AUTO INSURANCE INSURANCE COMPANY | 1-886-850-1051 | A W00170 POLICY NUMBER | VEHICLE DAMAGE RATING 12-FD-1 |
|---|---|---|---|---|

| DAMAGE TO PROPERTY OTHER THAN VEHICLES | | | |
|---|---|---|---|
| SEE PAGE 1 OF 4 OBJECTS | NAME AND ADDRESS OF OWNER | FEET FROM CURB | DAMAGE ESTIMATE |

IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY?   ☒ YES ☐ NO

| CHARGES FILED | | | |
|---|---|---|---|
| NAME SEE PAGE 1 OF 4 | CHARGE | | CITATION# |
| NAME | CHARGE | | CITATION# |

| TIME NOTIFIED OF CRASH 3/13/09 DATE 3:05 PM HOUR | HOW DPS BEAUMONT | TIME ARRIVED AT SCENE 3/13/09 DATE 3:15 PM HOUR | DATE OF REPORT 3/13/09 |
|---|---|---|---|

| TYPED OR PRINTED NAME OF INVESTIGATOR S MOSES | ID# 11877 | AGENCY DPS/THP | DIST/AREA 2B08 | REPORT COMPLETE ☒ YES ☐ NO |
|---|---|---|---|---|

Form CR-3
(Rev. 03/03)

| SEAT POSITION | SOLICITATION | EJECTED | RESTRAINT USED | AIRBAG | HELMET USE | INJURY SEVERITY |
|---|---|---|---|---|---|---|
| 1-FRONT LEFT 7-THIRD SEAT LEFT 2-FRONT CENTER 8-THIRD SEAT CENTER 3-FRONT RIGHT 9-THIRD SEAT RIGHT 4-SECOND SEAT LEFT 10-CARGO AREA 5-SECOND SEAT CENTER 11-OUTSIDE VEHICLE 6-SECOND SEAT RIGHT 12-UNKNOWN | INDICATES A PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSONS SEEKING PROFESSIONAL EMPLOYMENT AS FOR AN ATTORNEY, CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY (Y=SOLICIT, N=NO SOLICIT) | 1-NO 2-YES 3-YES,PARTIAL 4-NOT APPLICABLE 5-UNKNOWN | 1-SHOULDER & LAP BELT 7-BOOSTER SEAT 2-SHOULDER BELT ONLY 8-NONE 3-LAP BELT ONLY 9-OTHER 4-CHILD SEAT, FACING FORWARD 5-CHILD SEAT, FACING REAR 6-CHILD SEAT, UNKNOWN | 1-NOT APPLICABLE 2-NOT DEPLOYED 3-DEPLOYED, FRONT 4-DEPLOYED, SIDE 5-DEPLOYED, OTHER 6-UNKNOWN | 1-WORN, DAMAGED 2-WORN, NOT DAMAGED 3-WORN, UNK DAMAGE 4-NOT WORN 5-UNKNOWN IF WORN | 1-KILLED 2-INCAPACITATING INJURY 3-NON-INCAPACITATING INJURY 4-POSSIBLE INJURY 5-NON-INJURY 6-UNKNOWN |

| UNIT # 1 | TOWED DUE TO DISABLING DAMAGE | ☐ YES ☒ NO  VEHICLE REMOVED TO | 16527 SH 62 ORANGE, TX. 77630 | BY | HQ-109 N GILBEAUX'S 409-886-0007 |
|---|---|---|---|---|---|

| ITEM# | SEAT POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED NAME (LAST, FIRST, MI) ADDRESS | SOL | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | WARWAS JR., TOMMY EDWARD  368 VANESSA AVE. LAKE CHARLES, LA. 70605 | N | 1 | 1 | 3 | 4 | 51 | M | N |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |

| UNIT # 2 | TOWED DUE TO DISABLING DAMAGE | ☐ YES ☒ NO  VEHICLE REMOVED TO | 909 12TH ST. LAKE CHARLES, LA. 70605 | BY | HQ-109 N HEBERT, D. 327-304-4802 |
|---|---|---|---|---|---|

| ITEM# | SEAT POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED NAME (LAST, FIRST, MI) ADDRESS | SOL | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 1 | HEBERT, DUSTIN JOHN  7950 CLEARVIEW DR. LOT 29 LAKE CHARLES, LA. 70605 | N | 1 | 1 | 2 | 4 | 25 | M | N |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |

| PED, PEDAL, MOT, CONVEY, ETC. | COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE CASUALTY NAME (LAST, FIRST, MI) ADDRESS | SOL | ALCOHOL SPECIMEN TAKEN | RESULTS | DRUG SPECIMEN TAKEN | RESULTS | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| DISPOSITION OF KILLED OR INJURED | | | | IF AMBULANCE USED, SHOW | | | |
|---|---|---|---|---|---|---|---|
| ITEM# | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | AMBULANCE UNIT# | # OF ATTENDANTS INCLUDING DRIVER | # OF PERSONS TRANSPORTED FOR TREATMENT |
| | | | | | | | |

| COMPLETE THIS SECTION IF PERSON KILLED | (If a driver or occupant dies within 30 days of the crash, please complete this area and mail the supplement to the Crash Records Bureau) |
|---|---|

| ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)

UNIT 1 WAS TRAVELING IN THE INSIDE LANE OF IH-10 EASTBOUND. UNITS 2,3, AND 4 WERE TRAVELING ON IH-10 EASTBOUND IN THE OUTSIDE LANE. UNIT 1 TRAVELING AT AN UNSAFE SPEED (UNDER LIMIT) FOR THE WEATHER CONDITIONS LEFT THE ROADWAY, AND STRUCK THE GUARDRAIL CABLE SYSTEM WITH IT'S FRONT DISTRIBUTED. THE DEBRIS FROM THE IMPACT STRUCK UNITS 2,3, AND 4.

WITNESSES:

DIAGRAM — INDICATE NORTH — NOT TO SCALE

DEBRIS — IH-10 EB — GUARDRAIL — GUARDRAIL CABLE SYSTEM

Units shown: 1, 2, 3, 4

| | 1-TWO-WAY, NOT DIVIDED |
| 3 | 2-TWO-WAY, DIVIDED, UNPROTECTED MEDIAN |
| | 3-TWO-WAY, DIVIDED, PROTECTED BARRIER |
| | 4-ONE-WAY |
| | 5-UNKNOWN |

FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION

| UNIT# | FACTORS/CONDITIONS CONTRIBUTING | | | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | | | VEHICLE DEFECTS CONTRIBUTING | | | VEHICLE DEFECTS MAY HAVE CONTRIBUTED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 60 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 |
| 2 | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 |

| TRAFFIC CONTROL | | ROADWAY RELATION | |
|---|---|---|---|
| 1-NONE 10-FLASHING YELLOW LIGHT 11-RR GATES/SIGNAL 2-INOPERATIVE 6-STOP SIGN 14-SCHOOL ZONE 3-OFFICER 8-YIELD SIGN 15-CROSSWALK 4-FLASHING 12-WARNING SIGN 16-WORK LANE 5-SIGNAL LIGHT 13-CENTER STRIPE/DIVIDER 17-OTHER 9-FLASHING RED LIGHT 12-NO PASSING ZONE | 11 | 1-ON ROADWAY 2-OFF ROADWAY 3-SHOULDER 4-MEDIAN | 1 |

VEHICLE DEFECTS

| PART OF THE ROADWAY | ROADWAY ALIGNMENT | LIGHT CONDITION |
|---|---|---|
| 1-MAIN LANE 6-DEFECTIVE OR NO HEADLAMPS 2-SERVICE ROAD 7-DEFECTIVE OR NO STOP LAMPS 3-ENTRANCE RAMP 8-DEFECTIVE OR NO TAIL LAMPS 4-EXIT RAMP 9-DEFECTIVE OR NO TURN SIG. LAMPS 5-CONNECTOR 10-DEFECTIVE OR NO TRAILER BRAKES 6-DETOUR 11-DEFECTIVE OR NO STEERING MECH 7-OTHER 12-DEFECTIVE OR SLICK TIRES 13-DEFECTIVE TRAILER HITCH | 1-STRAIGHT, LEVEL 5-OTHER 2-STRAIGHT, GRADE 6-UNKNOWN 3-STRAIGHT, HILLCREST 4-CURVE, LEVEL 5-CURVE, GRADE 6-CURVE, HILLCREST | 1-DAYLIGHT 3-OTHER 2-DARK, NOT LIGHTED 4-UNKNOWN 3-DARK, LIGHTED 4-DARK, UNK LIGHTING 5-DAWN 6-DUSK |
| 1 | 2 | 1 |

| TYPE OF ROAD SURFACE | WEATHER | SURFACE CONDITION |
|---|---|---|
| 1-CONCRETE 5-DIRT 2-BLACKTOP 6-OTHER 3-BRICK 7-UNKNOWN 4-GRAVEL | 1-CLEAR/CLOUDY 5-SEVERE CROSSWINDS 2-RAIN 6-OTHER 3-SLEET/HAIL 7-UNKNOWN 4-SNOW 5-FOG 6-BLOWING SAND/SNOW | 1-DRY 5-SAND, MUD, DIRT 2-WET 6-OTHER 3-STANDING WATER 7-UNK 4-SLUSH 5-SNOW 6-ICE |
| 2 | 2 | 2 |

Form CR-3
(Rev. 03/09)

| SEAT POSITION | | SOLICITATION | EJECTED | RESTRAINT USED | AIRBAG | HELMET USE | INJURY SEVERITY |
|---|---|---|---|---|---|---|---|

**Unit # 3** — TOWED DUE TO DISABLING DAMAGE: ☐ YES  ☒ NO  VEHICLE REMOVED TO: 9935 MEMORIAL CROSS TOMBALL, TX. 77375  BY: RIVERA, R. 281-251-3179  HQ-109 N

| ITEM | SEAT POSITION | NAME (LAST, FIRST, MI) / ADDRESS | SOL. | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | RIVERA, RICHARD ELLIS  9935 MEMORIAL CROSS TOMBALL, TX. 77375 | N | 1 | 1 | 3 | 4 | 48 | M | N |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |

**Unit # 4** — TOWED DUE TO DISABLING DAMAGE: ☐ YES  ☒ NO  VEHICLE REMOVED TO: 36123 SUNNY HILL RD. MOUNT HERMON, LA. 70450  BY: LEBO, J. 985-515-7326  HQ-109 N

| ITEM | SEAT POSITION | NAME (LAST, FIRST, MI) / ADDRESS | SOL. | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 1 | LEBO, JUSTIN W.  36123 SUNNY HILL RD. MOUNT HERMON, LA. 70450 | N | 1 | 1 | 2 | 4 | 29 | M | N |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |

PED, PEDAL, MOT. CONVEY, ETC. — COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE — CASUALTY NAME (LAST, FIRST, MI) / ADDRESS

DISPOSITION OF KILLED OR INJURED.    IF AMBULANCE USED, SHOW

COMPLETE THIS SECTION IF PERSON KILLED (If a driver or occupant dies within 30 days of the crash, please complete this area and mail the supplement to the Crash Records Bureau.)

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)
SEE PAGE 1 OF 4

DIAGRAM    INDICATE NORTH    3

WITNESSES:

FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION

| UNIT | FACTORS/CONDITIONS CONTRIBUTING | | | OTHER FACTORS/CONDITIONS MAY / OR MAY NOT HAVE CONTRIBUTED | | | VEHICLE DEFECTS CONTRIBUTED | VEHICLE DEFECTS MAY HAVE CONTRIBUTED | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 2 | | 1 | 2 | 3 | | | |
| 4 | 1 | 2 | | 1 | 2 | 3 | | | |

RECEIVED
JAN 11
TJM
NOT TO SCALE

TRAFFIC CONTROL: 11

ROADWAY RELATION: 1

PART OF THE ROADWAY: 1

ROADWAY ALIGNMENT: 2

LIGHT CONDITION: 1

TYPE OF ROAD SURFACE: 2

WEATHER: 2

SURFACE CONDITION: 2

Form CR-3
(Rev. 03/05)

| SEAT POSITION | SOLICITATION | EJECTED | RESTRAINT USED | AIRBAG | HELMET USE | INJURY SEVERITY |
|---|---|---|---|---|---|---|
| 1-FRONT LEFT   7-THIRD SEAT LEFT<br>2-FRONT CENTER   8-THIRD SEAT CENTER<br>3-FRONT RIGHT   9-THIRD SEAT RIGHT<br>4-SECOND SEAT LEFT   10-CARGO AREA<br>5-SECOND SEAT CENTER   11-OUTSIDE VEHICLE<br>6-SECOND SEAT RIGHT   12-UNKNOWN | INDICATES A PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSONS SEEKING PROFESSIONAL EMPLOYMENT AS FOR AN ATTORNEY, CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY (Y=SOLICIT, N=NO SOLICIT) | 1-NO<br>2-YES<br>3-YES,PARTIAL<br>4-NOT APPLICABLE<br>5-UNKNOWN | 1-SHOULDER & LAP BELT   7-BOOSTER SEAT<br>2-SHOULDER BELT ONLY   8-NONE<br>3-LAP BELT ONLY   9-OTHER<br>4-CHILD SEAT, FACING FORWARD   10-UNKNOWN<br>5-CHILD SEAT, FACING REAR<br>6-CHILD SEAT, UNKNOWN | 1-NOT APPLICABLE<br>2-NOT DEPLOYED<br>3-DEPLOYED, FRONT<br>4-DEPLOYED, SIDE<br>5-DEPLOYED, OTHER<br>6-UNKNOWN | 1-WORN, DAMAGED<br>2-WORN, NOT DAMAGED<br>3-WORN, UNK DAMAGE<br>4-NOT WORN<br>5-UNKNOWN | 1-KILLED<br>2-INCAPACITATING INJURY<br>3-NON INCAPACITATING INJURY<br>4-POSSIBLE INJURY<br>5-NOT INJURED<br>6-UNKNOWN |

| UNIT 1 | TOWED DUE TO DISABLING DAMAGE | [X] YES   [ ] NO VEHICLE REMOVED TO | 16527 SH 62 ORANGE, TX. 77630 | BY | HQ-109 N GILBEAUX'S 409-886-0007 |
|---|---|---|---|---|---|

| ITEM# | SEAT POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED. NAME (LAST, FIRST, MI) | ADDRESS | SOL. | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | WARWAS JR., TOMMY EDWARD 368 VANESSA AVE. LAKE CHARLES, LA. 70605 | | N | 1 | 1 | 3 | 4 | 51 | M | N |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |

| UNIT 2 | TOWED DUE TO DISABLING DAMAGE | [ ] YES   [X] NO VEHICLE REMOVED TO | 909 12TH ST. LAKE CHARLES, LA. 70605 | BY | HQ-109 N HEBERT, D. 327-304-4802 |
|---|---|---|---|---|---|

| ITEM# | SEAT POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED. NAME (LAST, FIRST, MI) | ADDRESS | SOL. | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 1 | HEBERT, DUSTIN JOHN 7950 CLEARVIEW DR. LOT 29 LAKE CHARLES, LA. 70605 | | N | 1 | 1 | 2 | 4 | 25 | M | N |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

| PED., PEDAL., MOT. CONVEY., ETC. | COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE CASUALTY NAME (LAST, FIRST, MI) | ADDRESS | SOL. | ALCOHOL SPECIMEN TAKEN | RESULTS | DRUG SPECIMEN TAKEN | RESULTS | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**DISPOSITION OF KILLED OR INJURED**

| ITEM# | | TAKEN TO | | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | AMBULANCE UNIT# | # OF ATTENDANTS INCLUDING DRIVER | # OF PERSONS TRANSPORTED FOR TREATMENT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**COMPLETE THIS SECTION IF PERSON KILLED** (If a driver or occupant dies within 30 days of the crash, please complete this area and mail the supplement to the Crash Records Bureau)

| ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)

UNIT 1 WAS TRAVELING IN THE INSIDE LANE OF IH-10 EASTBOUND. UNITS 2,3, AND 4 WERE TRAVELING ON IH-10 EASTBOUND IN THE OUTSIDE LANE. UNIT 1 TRAVELING AT AN UNSAFE SPEED (UNDER LIMIT) FOR THE WEATHER CONDITIONS LEFT THE ROADWAY, AND STRUCK THE GUARDRAIL CABLE SYSTEM WITH IT'S FRONT DISTRIBUTED. THE DEBRIS FROM THE IMPACT STRUCK UNITS 2,3, AND 4.

WITNESSES:

DIAGRAM

FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION

| UNIT# | FACTORS/CONDITIONS CONTRIBUTING | | | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | | VEHICLE DEFECTS CONTRIBUTING | VEHICLE DEFECTS MAY OR MAY NOT HAVE CONTRIBUTED |
|---|---|---|---|---|---|---|---|
| 1 | 60 | | | | | | |
| 2 | | | | | | | |

| TRAFFIC CONTROL | ROADWAY RELATION |
|---|---|
| 11 | 1 |

| PART OF THE ROADWAY | ROADWAY ALIGNMENT | LIGHT CONDITION |
|---|---|---|
| 1 | 2 | 1 |

| TYPE OF ROAD SURFACE | WEATHER | SURFACE CONDITION |
|---|---|---|
| 2 | 2 | 2 |

Law Enforcement and TxDOT Use ONLY

| ☐ FATAL | ☐ CMV INVOLVED | ☐ SCHOOL BUS RELATED | ☐ RAILROAD RELATED | ☐ MEDICAL ADVISORY BOARD | ☐ HIT AND RUN | ☐ AMENDMENT / SUPPLEMENT |



# Texas Peace Officer's Crash Report

Submission of Crash Records: This report may be submitted via the CRIS Web Portal, electronically submitted via XML, or by mailing to the Texas Department of Transportation, Crash Records, PO Box 149349, Austin, TX 78714
Questions? Call: 512/486-5780

Form CR-3
(Rev. 03/08)
(GSO-EPC)

PAGE 3 OF 4

| PLACE WHERE CRASH OCCURRED | | LOC# |
|---|---|---|
| COUNTY | ORANGE | CITY OR TOWN ORANGE | ORI# TX DPS 04X1 |
| IF CRASH WAS OUTSIDE CITY LIMITS INDICATE FROM NEAREST TOWN | MILES N S E W OF | TxDOT # |

| ROAD ON WHICH CRASH OCCURRED | BLOCK NUMBER | IH-10 STREET OR ROAD NAME | ROUTE NUMBER OR STREET CODE | CONSTRUCTION ZONE WORKERS PRESENT ☐ YES ☒ NO | SPEED LIMIT 70 |
|---|---|---|---|---|---|
| INTERSECTING STREET OR RR X'ING NUMBER | BLOCK NUMBER | STREET OR ROAD NAME | ROUTE NUMBER OR STREET CODE | CONSTRUCTION ZONE WORKERS PRESENT ☐ YES ☐ NO | SPEED LIMIT |
| NOT AT INTERSECTION | .1 | ☐ FT. ☒ MI. N S E W OF | SIMMONS DR SHOW MILEPOST ON NEAREST INTERSECTING ROADWAY, RIGHWAY, OR HONE. SHOW NEAREST INTERSECTING STREET OR REFERENCE POINT | MILEPOST 878 | LATITUDE 30.118A LONGITUDE 93.435A |

| DATE OF CRASH | MONTH MARCH | DATE 13 | YEAR 09 | DAY OF WEEK FRIDAY | HOUR 3:00 | ☐ AM ☒ PM IF EXACTLY NOON OR MIDNIGHT, SO STATE |
|---|---|---|---|---|---|---|

| UNIT # 3 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN# 1NXB1232E28Z041514 | ALTERED VEHICLE HEIGHT ☐ YES ☐ NO |
|---|---|---|---|---|---|---|

| YEAR MODEL 2008 | COLOR & MAKE GREEN/TOYOTA | MODEL NAME COROLLA | BODY STYLE 4 DR SED | LICENSE PLATE 10 TX DSG767 YEAR STATE |

| DRIVER'S NAME | RIVERA, RICHARD ELLIS | 9935 MEMORIAL CROSS TOMBALL, TX. 77375 | 281-251-3175 |
|---|---|---|---|
| | LAST FIRST M.I. | ADDRESS (STREET, CITY, STATE, ZIP) | PHONE NUMBER |

| DRIVER'S LICENSE TX | 00169690 | C | | 6/24/60 | LICENSE STATUS 1 | 1-VALID 2-NOT VALID 3-SUSPENDED / REVOKED | 4-CANCELLED / DENIED 5-EXPIRED 6-UNKNOWN |
|---|---|---|---|---|---|---|---|
| STATE | NUMBER | CLASS/TYPE | ENDORSEMENTS | RESTRICTIONS | DATE OF BIRTH | | |

| DRIVER'S ETHNICITY 1 | 1-WHITE 2-HISPANIC 3-BLACK | 4-ASIAN 5-OTHER | DRIVER'S SEX ☒ MALE ☐ FEMALE | DRIVER'S OCCUPATION OTHER | POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE |

| TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED | TEST RESULTS 4 | TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED | TEST RESULTS 3 | DRUG CATEGORY 1. 2. |
|---|---|---|---|---|

| ☐ LESSEE ☒ OWNER | SAME AS DRIVER | | |
|---|---|---|---|
| | NAME (ALWAYS SHOW DRIVER IF LEASED, OTHERWISE SHOW OWNER) | ADDRESS (STREET, CITY, STATE, ZIP) | |
| LIABILITY INSURANCE ☒ YES ☐ NO ☐ EXP | FARMERS INSURANCE COMPANY | 1-800-225-0011 | 1904195-92-85 POLICY NUMBER | VEHICLE DAMAGE RATING 12-FD-1 |

| UNIT # 4 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN# 1FTPW14V38FB96128 | ALTERED VEHICLE HEIGHT ☐ YES ☐ NO |
|---|---|---|---|---|---|---|

| YEAR MODEL 2008 | COLOR & MAKE BLUE/FORD | MODEL NAME F150 | BODY STYLE PICKUP | LICENSE PLATE 09 LA X572157 YEAR STATE |

| DRIVER'S NAME | LEBO, JUSTIN W. | 36123 SUNNY HILL RD. MOUNT HERMON, LA. 70450 | 985-515-7326 |
|---|---|---|---|
| | LAST FIRST M.I. | ADDRESS (STREET, CITY, STATE, ZIP) | PHONE NUMBER |

| DRIVER'S LICENSE LA | 006792516 | E | | 6/22/79 | LICENSE STATUS 1 | 1-VALID 2-NOT VALID 3-SUSPENDED / REVOKED | 4-CANCELLED / DENIED 5-EXPIRED 6-UNKNOWN |
|---|---|---|---|---|---|---|---|
| STATE | NUMBER | CLASS/TYPE | ENDORSEMENTS | RESTRICTIONS | DATE OF BIRTH | | |

| DRIVER'S ETHNICITY 1 | 1-WHITE 2-HISPANIC 3-BLACK | 4-ASIAN 5-OTHER | DRIVER'S SEX ☒ MALE ☐ FEMALE | DRIVER'S OCCUPATION OTHER | POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE |

| TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED | TEST RESULTS 4 | TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED | TEST RESULTS 3 | DRUG CATEGORY 1. 2. |
|---|---|---|---|---|

| ☐ LESSEE ☒ OWNER | SAME AS DRIVER | | |
|---|---|---|---|
| | NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER) | ADDRESS (STREET, CITY, STATE, ZIP) | |
| LIABILITY INSURANCE ☒ YES ☐ NO ☐ EXP | LA AUTO INSURANCE INSURANCE COMPANY | 1-886-850-1051 | A W00170 POLICY NUMBER | VEHICLE DAMAGE RATING 12-FD-1 |

| DAMAGE TO PROPERTY OTHER THAN VEHICLES | | | |
|---|---|---|---|
| SEE PAGE 1 OF 4 | | | |
| OBJECTS | NAME AND ADDRESS OF OWNER | FEET FROM CURB | DAMAGE ESTIMATE |
| IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? | ☒ YES ☐ NO | | |

| CHARGES FILED | | |
|---|---|---|
| NAME SEE PAGE 1 OF 4 | CHARGE | CITATION# |
| NAME | CHARGE | CITATION# |

| TIME NOTIFIED OF CRASH 3/13/09 DATE | 3:05 PM HOUR | HOW DPS BEAUMONT | TIME ARRIVED AT SCENE 3/13/09 | 3:15 PM | DATE OF REPORT 3/13/09 |
|---|---|---|---|---|---|
| TYPED OR PRINTED NAME OF INVESTIGATOR S MOSES | ID# 11877 | AGENCY DPS/THP | DIST/AREA 2B08 | REPORT COMPLETE ☒ YES ☐ NO |

Law Enforcement and TxDOT Use ONLY

| ☐ FATAL | ☐ CMV INVOLVED | ☐ SCHOOL BUS RELATED | ☐ RAILROAD RELATED | ☐ MEDICAL ADVISORY BOARD | ☐ HIT AND RUN | ☐ AMENDMENT / SUPPLEMENT |



# Texas Peace Officer's Crash Report

Form CR-3
(Rev. 03/09)
(GSO-EPC)

Submission of Crash Records: This report may be submitted via the CRIS Web Portal, electronically submitted via XML, or by mailing to the Texas Department of Transportation, Crash Records, PO Box 149349, Austin, TX 78714
Questions? Call: 512/486-5780

PAGE 1 OF 4

**PLACE WHERE CRASH OCCURRED**

LOC# ___

COUNTY: ORANGE    CITY OR TOWN: ORANGE

ORI# TX DPS 04X1

IF CRASH WAS OUTSIDE CITY LIMITS INDICATE FROM NEAREST TOWN: ___ MILES N S E W OF ___

TxDOT # ___

**ROAD ON WHICH CRASH OCCURRED**
BLOCK NUMBER ___ STREET OR ROAD NAME: IH-10   ROUTE NUMBER OR STREET CODE ___
CONSTRUCTION ZONE WORKERS PRESENT: ☐ YES ☒ NO   SPEED LIMIT 70

**INTERSECTING STREET OR RR XING NUMBER**
BLOCK NUMBER ___ STREET OR ROAD NAME ___ ROUTE NUMBER OR STREET CODE: SIMMONS DR
CONSTRUCTION ZONE WORKERS PRESENT: ☐ YES ☒ NO   SPEED LIMIT ___

NOT AT INTERSECTION .1   ☐ FT. ☐ ☐ ☒ ☐ N MI S E W OF   MILEPOST 878   LATITUDE 30.118A   LONGITUDE 93.435A

SHOW MILEPOST OR NEAREST INTERSECTING NUMBERED HIGHWAY. IF NONE, SHOW NEAREST INTERSECTING STREET OR REFERENCE POINT

**DATE OF CRASH**: MARCH 13 09   DAY OF WEEK: FRIDAY   HOUR 3:00   ☐ AM ☒ PM   ☐ IF EXACTLY NOON OR MIDNIGHT, SO STATE

---

| UNIT # 1 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN# 1G1YY26U475129317 | ALTERED VEHICLE HEIGHT ☐ YES ☐ NO |

YEAR MODEL 2007   COLOR & MAKE: BLACK/CHEVY   MODEL NAME: CARVETTE   BODY STYLE: 2 DR SED   LICENSE PLATE 09 LA RAG177   YEAR STATE

DRIVER'S NAME: WARWAS JR., TOMMY EDWARD   ADDRESS: 368 VANESSA AVE. LAKE CHARLES, LA. 70605   337-304-5945

DRIVER'S LICENSE: LA 009375927   CLASS E   ENDORSEMENTS M   RESTRICTIONS ___   DATE OF BIRTH 4/20/57   LICENSE STATUS 1
1-VALID 2-NOT VALID 3-SUSPENDED / REVOKED   4-CANCELLED / DENIED 5-EXPIRED 6-UNKNOWN

DRIVER'S ETHNICITY: 1 (1-WHITE 2-HISPANIC 3-BLACK 4-ASIAN 5-OTHER)   DRIVER'S SEX ☒ MALE ☐ FEMALE   DRIVER'S OCCUPATION: OTHER   POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN: 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED → 4   TEST RESULTS ___   TYPE OF DRUG SPECIMEN TAKEN: 1-BLOOD 2-URINE 3-NONE 4-REFUSED → 3   TEST RESULTS ___   DRUG CATEGORY 1 ___ 2 ___

☐ LESSEE ☐ OWNER: SAME AS DRIVER   NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)   ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☒ YES ☐ NO ☐ EXP   FARMERS   1-800-225-0011   POLICY NUMBER 1904195-92-85   VEHICLE DAMAGE RATING 12-FD-4

---

| UNIT # 2 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN# 1HGFA16576L058633 | ALTERED VEHICLE HEIGHT ☐ YES ☐ NO |

YEAR MODEL 2006   COLOR & MAKE: SILVER/HONDA   MODEL NAME: CIVIC   BODY STYLE: 4 DR SED   LICENSE PLATE 09 LA OAU682

DRIVER'S NAME: HEBERT, DUSTIN JOHN   ADDRESS: 7950 CLEARVIEW DR. LOT 29 LAKE CHARLES, LA. 70605   327-304-4802

DRIVER'S LICENSE: LA 007842473   CLASS E   ENDORSEMENTS ___   RESTRICTIONS ___   DATE OF BIRTH 8/11/83   LICENSE STATUS 1
1-VALID 2-NOT VALID 3-SUSPENDED / REVOKED   4-CANCELLED / DENIED 5-EXPIRED 6-UNKNOWN

DRIVER'S ETHNICITY: 1 (1-WHITE 2-HISPANIC 3-BLACK 4-ASIAN 5-OTHER)   DRIVER'S SEX ☒ MALE ☐ FEMALE   DRIVER'S OCCUPATION: OTHER   POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN: 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED → 4   TEST RESULTS ___   TYPE OF DRUG SPECIMEN TAKEN: 1-BLOOD 2-URINE 3-NONE 4-REFUSED → 3   TEST RESULTS ___   DRUG CATEGORY 1 ___ 2 ___

☐ LESSEE ☒ OWNER: NANCY M. EISKINA   909 12TH ST. LAKE CHARLES, LA. 70605   NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)   ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☒ YES ☐ NO ☐ EXP   STATE FARM   337-475-2740   POLICY NUMBER 1101959B1318C   VEHICLE DAMAGE RATING VX-0 , 1-RD-1

---

**DAMAGE TO PROPERTY OTHER THAN VEHICLES** ___

| OBJECTS: 20 FT GUARDRAIL CABLE SYSTEM | NAME AND ADDRESS OF OWNER: TX DOT 3128 SH 62 ORANGE, TX. 77630 | FEET FROM CURB 6 | DAMAGE ESTIMATE $2,500 |

IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☒ YES ☐ NO

**CHARGES FILED**
NAME: WARWAS JR., TOMMY EDWARD   CHARGE: UNSAFE SPEED (UNDER LIMIT)   CITATION# TX09200FTB001

NAME ___   CHARGE ___   CITATION# ___

TIME NOTIFIED OF CRASH: 3/13/09   3:05 PM   HOW: DPS BEAUMONT   TIME ARRIVED AT SCENE: 3/13/09   3:15 PM   DATE OF REPORT: 3/13/09

TYPED OR PRINTED NAME OF INVESTIGATOR: S MOSES   ID# 11877   AGENCY DPS/THP   DIST/AREA 2B08   REPORT COMPLETE ☒ YES ☐ NO

Form CR-3
(Rev. 03/09)

**SEAT POSITION**
1-FRONT LEFT
2-FRONT CENTER
3-FRONT RIGHT
4-SECOND SEAT LEFT
5-SECOND SEAT CENTER
6-SECOND SEAT RIGHT
7-THIRD SEAT LEFT
8-THIRD SEAT CENTER
9-THIRD SEAT RIGHT
10-CARGO AREA
11-OUTSIDE VEHICLE
12-UNKNOWN

**SOLICITATION**
INDICATES A PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSONS SEEKING PROFESSIONAL EMPLOYMENT AS/FOR AN ATTORNEY, CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY (Y=SOLICIT, N=NO SOLICIT)

**EJECTED**
1-NO
2-YES
3-YES, PARTIAL
4-NOT APPLICABLE
9-UNKNOWN

**RESTRAINT USED**
1-SHOULDER & LAP BELT
2-SHOULDER BELT ONLY
3-LAP BELT ONLY
4-CHILD SEAT, FACING FORWARD
5-CHILD SEAT, FACING REAR
6-CHILD SEAT, UNKNOWN
7-BOOSTER SEAT
8-NONE
9-OTHER
10-UNKNOWN

**AIRBAG**
1-NOT APPLICABLE
2-NOT DEPLOYED
3-DEPLOYED, FRONT
4-DEPLOYED, SIDE
5-DEPLOYED, OTHER
9-UNKNOWN

**HELMET USE**
1-WORN, DAMAGED
2-WORN, NOT DAMAGED
3-WORN, UNK DAMAGE
4-NOT WORN
5-UNKNOWN IF WORN

**INJURY SEVERITY**
K-KILLED
A-INCAPACITATING INJURY
B-NON INCAPACITATING INJURY
C-POSSIBLE INJURY
N-NOT INJURED
U-UNKNOWN

| UNIT # 3 | TOWED DUE TO DISABLING DAMAGE | ☐ YES ☒ NO VEHICLE REMOVED TO | 9935 MEMORIAL CROSS TOMBALL, TX. 77375 | BY | HQ-109 N  RIVERA, R. 281-251-3179 |

| ITEM | SEAT POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED  NAME (LAST, FIRST, MI)          ADDRESS | SOL | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | RIVERA, RICHARD ELLIS  9935 MEMORIAL CROSS TOMBALL, TX. 77375 | N | 1 | 1 | 3 | 4 | 48 | M | N |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |

| UNIT # 4 | TOWED DUE TO DISABLING DAMAGE | ☐ YES ☒ NO VEHICLE REMOVED TO | 36123 SUNNY HILL RD. MOUNT HERMON, LA. 70450 | BY | HQ-109 N  LEBO, J. 985-515-7326 |

| ITEM | SEAT POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED  NAME (LAST, FIRST, MI)          ADDRESS | SOL | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 1 | LEBO, JUSTIN W.  36123 SUNNY HILL RD. MOUNT HERMON, LA. 70450 | N | 1 | 1 | 2 | 4 | 29 | M | N |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |

| PED., PEDAL., MOT. CONVEY, ETC. | COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE  CASUALTY NAME (LAST, FIRST, MI)          ADDRESS | SOL | ALCOHOL SPECIMEN TAKEN | RESULTS | DRUG SPECIMEN TAKEN | RESULTS | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**DISPOSITION OF KILLED OR INJURED.**

IF AMBULANCE USED, SHOW

| ITEM # | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | AMBULANCE UNIT # | # OF ATTENDANTS INCLUDING DRIVER | # OF PERSONS TRANSPORTED FOR TREATMENT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**COMPLETE THIS SECTION IF PERSON KILLED**   (If a driver or occupant dies within 30 days of the crash, please complete this area and mail the supplement to the Crash Records Bureau)

| ITEM # | DATE OF DEATH | TIME OF DEATH | ITEM # | DATE OF DEATH | TIME OF DEATH | ITEM # | DATE OF DEATH | TIME OF DEATH | ITEM # | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)

SEE PAGE 1 OF 4

DIAGRAM

INDICATE NORTH

1-TWO-WAY, NOT DIVIDED
2-TWO-WAY, DIVIDED, UNPROTECTED MEDIAN
3-TWO-WAY, DIVIDED, PROTECTED BARRIER
4-ONE-WAY
9-UNKNOWN

**3**

WITNESSES:

**FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION**

| UNITS | FACTORS/CONDITIONS CONTRIBUTING | | | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | | | VEHICLE DEFECTS MAY HAVE CONTRIBUTED | |
|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 |
| 4 | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 |

RECEIVED  JAN 11  TJM

NOT TO SCALE

**TRAFFIC CONTROL**
1-NONE
2-INOPERATIVE
3-OFFICER
4-FLAGMAN
5-SIGNAL LIGHT

**VEHICLE DEFECTS**

**PART OF THE ROADWAY**
1-MAIN LANE
2-ENTRANCE RAMP
3-EXIT RAMP
4-CONNECTOR
5-OFF/ON
7-OTHER

| | 1 |

**TYPE OF ROAD SURFACE**
1-CONCRETE
2-BLACKTOP
3-BRICK
4-GRAVEL
5-DIRT
6-OTHER

| | 2 |

**ROADWAY ALIGNMENT**
1-STRAIGHT, LEVEL
2-STRAIGHT, GRADE
3-STRAIGHT, HILLCREST
4-CURVE, LEVEL
5-CURVE, GRADE
6-CURVE, HILLCREST
7-OTHER
9-UNKNOWN

| | 2 |

**WEATHER**
1-CLEAR/CLOUDY
2-RAIN
3-SLEET/HAIL
4-SNOW
5-FOG
6-BLOWING SAND/SNOW
7-SEVERE CROSSWINDS
9-OTHER

| | 2 |

**ROADWAY RELATION**

| | 11 |

**LIGHT CONDITION**
1-DAYLIGHT
2-DARK, NOT LIGHTED
3-DARK, LIGHTED
4-DARK, UNK LIGHTING
5-DAWN
6-DUSK

| | 1 |

**SURFACE CONDITION**
1-DRY
2-WET
3-STANDING WATER
4-SNOW
5-SLUSH
6-ICE
7-SAND, MUD, DIRT
9-OTHER
U-UNK

| | 2 |

| | 1 |

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------------x

**NOTICE OF (I) ENTRY OF ORDER
CONFIRMING DEBTORS' SECOND AMENDED JOINT
CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,
AND OTHER PARTIES IN INTEREST:**

        PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.

        PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**Your Medicare Number: XXX-XX-2749A**

## General Information (continued):

Please have your complete Medicare number with you when you call
1-800-MEDICARE so your record can be located. For your protection this MSN
does not include your entire number.

If you change your address, contact the Social Security Administration by
calling 1-800-772-1213.

## Appeals Information - Part B (Outpatient)

**If you disagree with any claims decisions on either PART A or PART B of this notice,**
your appeal must be received by **October 07, 2011.**
Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1.
   (You may also send any additional information you may have about your appeal.)

3) Sign here _____ Phone number (____)_____

4) Medicare Number: _____

**Your Medicare Number:  XXX-XX-2749A**

**Deductible Information:**

—
—
—

You have met the Part B deductible for 2011.

**General Information:**

Your claims may have been adjusted since Medicare changed how it pays for certain services in 2010. You can compare claims that have been changed to previous statements you received in the past. Your provider may owe you a refund or you may have to pay more coinsurance. Call your provider or 1-800-MEDICARE.

NOTICE:
Please send written appeal requests to:
Wisconsin Physicians Service, Medicare, P.O. Box 1602, Omaha, NE 68101.
Only appeals related correspondence sent to this address will be answered.  For general inquiries, please call 1-800-MEDICARE (1-800-633-4227).

The Pap test is the most effective way to screen for cervical cancer.

If you aren't due a payment check from Medicare, your Medicare Summary Notices (MSN) will now be mailed to you on a quarterly basis. You will no longer get a monthly statement in the mail for these types of MSNs. You will now get a statement every 90 days summarizing all of your Medicare claims.  Your provider may send you a bill that you may need to pay before you get your MSN. When you get your MSN, look to see if you paid more than the MSN says is due. If you paid more, call your provider about a refund.  If you have any questions about the bill from your provider, you should call your provider.

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital, or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice.  If you have questions, call your doctor or provider.  If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

Want to see your latest claims?  Visit MyMedicare.gov on the web any time, day, or night, and get the most out of your Medicare.  Your personalized Medicare information is waiting for you online.







































82293

THE STATE OF TEXAS                    JUSTICE OF THE PEACE

          VS.                         PCT.   1 , PLACE   1

WARWAS JR.,TOMMY EDWARD               COUNTY OF ORANGE

### JUDGMENT

CAME ON to be heard this the 15th day of July    , 2009 ,
the above styled case and cause, wherein a plea of NOT GUILTY to
the accusation contained in the complaint was entered for the
Defendant in person and/or by and through their attorneys.   The
Court found that the case should be dismissed due to insufficient
evidence for the offense of:
UNSAFE SPEED (TOO FAST FOR CONDITIONS)                .

     IT IS THEREFORE the Judgement of this Court that ORANGE
County does not have and recover of the defendant the sum of
     $195.00, and that the case is therefore dismissed.

                         _____
                         PRESIDING JUDGE
                         ORANGE            County, Texas

APRIL 27,2010

THE COST FOR THE FOUR MRI'S BEING ORDERED ON MR TOM WARWAS IS $650.00 UP FRONT IN FULL PER EXAM.  THE MRI'S BEING ORDERED ARE THORACIC/LUMBAR & BOTH SHOULDERS. THE TOTAL COST UP FRONT IN FULL WILL BE $2600.00.



**OPEN AIR MRI**
OF LAKE CHARLES
3114 Lake Street • Lake Charles, LA 70601
337.474.3333
www.openairmrioflc.com

H. Boudreaux
Open Air MRI of LC
Secretary






# OUR LADY OF LOURDES
### R E G I O N A L   M E D I C A L   C E N T E R
*Franciscan Missionaries of Our Lady Health System*

June 9, 2009

WARWAS, TOM
P O BOX 5765
LAKE CHARLES, LA 70606

Account No.: 0904700117
Patient Name: WARWAS, TOM
Date of Service: 02-28-09

Amount Due: $93.00

Dear TOM WARWAS:

## PAST DUE NOTICE

If we do not receive the balance of your account in full or hear from you within 10 days, your account may be placed with a collection agency.

**NOTICE:** **THIS IS A BILL. BASED UPON INFORMATION FROM YOUR HEALTH PLAN, YOU OWE THE AMOUNT SHOWN.**

Please reference your account number on your check or money order to ensure proper credit to your account and mail in the enclosed envelope. If you would like to use a major credit card please complete and return the form below.

If your payment has been mailed, please disregard this notice.

Sincerely,

Account Representative
337-289-4866 or 866-316-6185

———————————————— (Please Detach and Send With Payment) ————————————————
XAMBF\1513438\

Our Lady of Lourdes Regional Medical Center
PO Box 90906
Lafayette, LA 70509-0906
Return Service Requested

Payment Type: MC ▢ VISA ▢ DSCVR ▢ AMEX ▢
Card #: _____
Amount Paid: $ _____    Exp Date: _____
Cardholders Name: _____
Signature: _____

PERSONAL & CONFIDENTIAL
WARWAS, TOM
P O BOX 5765
LAKE CHARLES, LA 70606

Our Lady of Lourdes Regional Medical Center
PO Box 90906
Lafayette, LA 70509-0906
IIıuıllıuıblblılıuılıllıuılılılıllıuıllıdlıuıllılılılı

Patient Name: WARWAS, TOM
Acct #: 0904700117

XAMBF\1513438\

APRIL 27,2010

THE COST FOR THE FOUR MRI'S BEING ORDERED ON MR TOM WARWAS IS $650.00 UP FRONT IN FULL PER EXAM.  THE MRI'S BEING ORDERED ARE THORACIC/LUMBAR  & BOTH SHOULDERS. THE TOTAL COST UP FRONT IN FULL WILL BE $2600.00.



**OPEN AIR MRI**
OF LAKE CHARLES
3114 Lake Street • Lake Charles, LA 70601
337.474.3333
www.openairmrioflc.com

H. Boudreaux
Open Air MRI of LC
Secretary

82293

THE STATE OF TEXAS

VS.

WARWAS JR.,TOMMY EDWARD

JUSTICE OF THE PEACE

PCT.   1 , PLACE   1

COUNTY OF ORANGE

## JUDGMENT

CAME ON to be heard this the  15th  day of July      , 2009 , the above styled case and cause, wherein a plea of NOT GUILTY to the accusation contained in the complaint was entered for the Defendant in person and/or by and through their attorneys.   The Court found that the case should be dismissed due to insufficient evidence for the offense of:
UNSAFE SPEED (TOO FAST FOR CONDITIONS)                   .

   IT IS THEREFORE the Judgement of this Court that ORANGE County does not have and recover of the defendant the sum of
     $195.00, and that the case is therefore dismissed.

_____

PRESIDING JUDGE
ORANGE                    County, Texas



**CHRISTUS Health®**

AL0640156702
WARWAS,TOMMY E
AL.EDMAIN
BURTON,JOHN M MD

## Contusion (Bruise)

A contusion, or bruise, is an injury that doesn't break the skin but causes discoloration (a "black and blue" area). It forms when the small blood vessels near the skin surface break and leak blood under the skin.

Most bruises are caused by bumping into or being struck by something, usually during sports, fights, falls, or physical work (like home repairs). Some people bruise more easily than others. Certain medications (like blood thinners) and medical conditions (such as blood clotting problems and blood related diseases) can also cause people to bruise more easily.

The first signs and symptoms of a bruise are usually a red or purple bump with pain and possibly swelling. Sometimes a bruise can cause enough pain and swelling that the affected area (like a leg) is hard to move. After a day or so, the bruise may look blue or even black. It may then turn green, yellow, and brown until it fades away around a week or two later.



Treatment for most bruises focuses on reducing pain and swelling while the body heals on its own. Bruising associated with a medication, medical condition, or serious injury requires a follow-up with a primary care doctor (or recommended specialist).

**Home Care**

- Take over-the-counter and prescription medications for pain, swelling, and discomfort, as directed by the doctor. *Don't take or give aspirin or any aspirin-containing products unless your doctor says it's okay.*
- Make a follow-up appointment with your primary care doctor or a recommended specialist.
- Don't rub or massage the bruised area. It can make the pain and swelling worse and lead to other problems.
- Use **RICE** therapy to reduce pain and swelling and aid healing, as follows:
    - **R**-est the affected area as much as you can. Protect it from further injury and start using it again slowly.
    - **I**-ce the bruise for the first 48 hours. Apply an ice pack for 20 minutes on, then 20 minutes off. After 48 hours, use a heating pad for 20 minutes on then off.
    - **C**-ompress the bruised area by lightly wrapping it with an elastic bandage.
    - **E**-levate the injured area above or level with your heart, as much as possible.

a quick reaction.
- Tell your child's school, daycare provider, etc. what to watch for and which activities to restrict.
- If you or your child had a head injury:
  - Watch for signs of concussion, including confusion, headache, dizziness, vomiting, loss of balance, double or fuzzy vision, and memory or concentration problems.
  - Make sure someone stays with you/your child for at least the first 24-48 hours after the accident.
  - Write things down if you need help remembering.
  - Until the doctor says it's okay, avoid sports and activities that can result in another head injury.

**Prevention**

- Obey all speed limits and traffic laws.
- Drive *defensively* (trying to avoid risk and danger) and with courtesy (respectful and polite to others)
- Don't be distracted while driving by using a cell phone, eating, reading, watching TV, or applying makeup.
- Always wear a seat belt, and have children wear the proper safety restraints according to federal standards.

**When to Call the Doctor**

*Call emergency medical help right away, if you or your child:*

- have chest pain or difficulty breathing
- develop abdominal pain
- has a sudden, severe headache or headaches that get worse
- has difficulty speaking or seeing
- can't move or feel part of the body
- feel weak or numb in any part of the body
- has coordination/balance problems that get worse
- has slurred speech
- cannot be awakened from sleep
- have blood in the urine

*Call the doctor, or go to the Emergency Department, right away if you or your child:*

- develop new or worsening symptoms
- vomits more than once
- has clear fluid draining from the nose or ears
- can't be comforted or won't stop crying (children)
- don't want to eat or drink

*If you are a pregnant woman and have any of the following, call your doctor or go to the Emergency Department right away:*

- labor contractions
- abdominal pain
- bleeding from your vagina
- blood clots, white or gray tissue, or fluid passing from your vagina


**CHRISTUS Health.®**

AL0640156702
WARWAS,TOMMY E
AL.EDMAIN
BURTON,JOHN M MD

# Motor Vehicle Accident

Motor vehicle accidents are one of the
leading causes of injuries. Even a
low-speed (5-10 mph) crash with little
or no vehicle damage can result in
some minor injuries.



Injuries caused by motor vehicle
accidents range from minor cuts,
bruises, and scrapes to back and neck
injuries (such as strained neck
muscles), broken bones, head injuries
(like a *concussion*, which affects
thinking and balance), and severe
internal injuries (to the chest or
abdominal organs).

Signs and symptoms of an injury from a crash may include neck pain and stiffness, headaches,
chest pain, difficulty breathing, abdominal pain, dizziness, loss of balance, ear ringing, blurred
vision, memory problems, difficulty concentrating, moodiness, tiredness, sleep problems, upper or
lower back pain, and arm, hand, leg, or foot pain.

Anyone can be injured in a motor vehicle accident, but children are hurt more frequently. Most
injuries occur from not using the proper safety restraints (seatbelts, carseats, etc.). A child not
properly restrained or sitting in an adult's lap can receive serious injuries, even at low speeds or
during sudden stops.

Most minor accidents result in little, if any, serious injury. They usually cause strained muscles and
bruises, which go away in a few days. Treatment for more serious injuries depends on the type
and severity of the injury and the parts of the body involved. This may include casting of broken
bones, short or long term physical therapy, surgery, and "watchful waiting." It can take days or
even weeks for some injuries to appear, and some that don't seem too serious may get worse over
time. A follow-up with your primary care doctor is very important.

## Home Care

- If the doctor prescribed any medications, take them exactly as prescribed.
- Make a follow-up appointment with your primary care doctor (or recommended
  specialist) as soon as possible.
- Take only medications that your/your child's doctor has approved.
- If you are a pregnant woman, see you obstetrician as soon as possible.
- Watch for signs of *whiplash* (sudden neck strain), particularly neck, shoulder, or back
  pain or stiffness, and pain or numbness in the hands.
- Don't drink alcohol or take recreational drugs.
- Get plenty of rest during the day and sleep at night.
- Resume normal activities slowly.
- Ask your doctor when you can drive a car or operate any other equipment that requires

| DATE | DOCTOR | CPT | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|
| 03/15/09 | E | 73030 | SHOULDER COMPLETE MINIMUM TWO VIEWS | $34.00 |

**PAYMENT DUE ON: 04/09/2009**

**BALANCE DUE: $34.00**

Patient: WARWAS TOMMY E

Location: ST PATRICK HOSPITAL

IF YOU HAVE INSURANCE, PLEASE CONTACT OUR
OFFICE IMMEDIATELY. THIS IS THE ONLY STATEMENT
YOU WILL RECEIVE. PLEASE PAY IN FULL BY DUE DATE
SHOWN ABOVE.

DIAGNOS1-018450A-0207238-1279870-001-000166-#008377

Account Number: 0640156702

Referring Physician: JOHN BURTON

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles  LA  70602

Phone: 337/439-4706  IRS# 74-1740101

Statement Date: 03/25/2009

## Prevention

- Wear the proper protective gear while participating in sports and other activities that may cause an injury.
- Take special care to avoid injury if you are taking a blood thinning medication or have blood clotting problems or a blood related disease.

## When to Call the Doctor

Call your doctor, or go to the Emergency Department, if you develop:

- fever
- a red, swollen, or painful joint
- a bruise from a very light bump or for no obvious reason
- bruises and are taking a blood thinning medication or have blood clotting problems or a blood related disease
- bleeding from your nose or gums, or have blood in your eyes, urine, or stool
- any worsening symptoms

Thank you for choosing Christus St. Patrick Emergency Department for you health care needs.

# CMS/ Medicare Summary Notice

CENTERS for MEDICARE & MEDICAID SERVICES

June 04, 2011

TOMMY E. WARWAS
P O BOX 5765
LAKE CHARLES LA 70606-5765

---

## CUSTOMER SERVICE INFORMATION

**Your Medicare Number: XXX-XX-2749A**

If you have questions, call 1-800-Medicare
**(1-800-633-4227)(#52280)**

**Ask for Hospital Services**
**TTY for hearing impaired: 1-877-486-2048**

**Appeals Address: Please see the General Information Section.**

---

**BE INFORMED:** You may see some claims that have been adjusted. For an explanation see the General Information section.

This is a summary of claims processed from 03/25/2011 through 05/11/2011.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 21108100312502NTA    03 | | | | | | |
| Southwest Louisiana Hospital As | | | | | | a,b,c |
| 1701 Oak Park Blvd | | | | | | |
| Lake Charles, LA 70601 | | | | | | |
| Referred by: Ameer Khan | | | | | | |
| 02/09/11 | Routine venipuncture (36415) | $12.50 | $0.00 | $0.00 | $0.00 | d |
| | Metabolic panel total ca (80048) | 127.00 | 0.00 | 0.00 | 0.00 | d |
| | Lipid panel (80061) | 53.50 | 53.50 | 0.00 | 53.50 | e |
| | Hepatic function panel (80076) | 134.50 | 0.00 | 0.00 | 0.00 | d |
| | Complete cbc w/auto diff wbc (85025) | 43.00 | 43.00 | 0.00 | 43.00 | f |
| Claim Total | | $370.50 | $96.50 | $0.00 | $96.50 | |
| Control number 21110100574502NTA    03 | | | | | | |
| Southwest Louisiana Hospital As | | | | | | b,c,g |
| 1701 Oak Park Blvd | | | | | | |
| Lake Charles, LA 70601 | | | | | | |
| Referred by: Ameer Khan | | | | | | |
| 03/07/11-03/31/11 | TENS suppl 2 lead per month (A4595) | $53.50 | $53.50 | $0.00 | $0.00 | h,i |
| | | | | | (continued) | |

---

**THIS IS NOT A BILL - Keep this notice for your records.**

0804000000

**Your Medicare Number: XXX-XX-2749A**

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | **This Claim was continued from the previous page.** | | | | | |
| 04/07/11-04/27/11 | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| **Claim Total** | | **$1,804.00** | **$441.00** | **$70.54** | **$70.54** | |

**Notes Section:**

a  The amount Medicare paid the provider for this claim is $17.87.

b  This information is being sent to your private insurer(s).
Send any questions regarding your benefits to them.

**(continued)**

0807000000

**Your Medicare Number:** XXX-XX-2749A

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | **This Claim was continued from the previous page.** | | | | | |
| 03/07/11-03/31/11 | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 200.67 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 85.83 | 0.00 | 15.86 | 15.86 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 133.78 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 57.22 | 0.00 | 10.79 | 10.79 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| | Therapeutic exercises (97110) | 66.89 | 0.00 | 0.00 | 0.00 | i,k |
| | Therapeutic exercises (97110) | 28.61 | 0.00 | 5.72 | 5.72 | |
| | Pt evaluation (97001) | 169.36 | 0.00 | 0.00 | 0.00 | i,k |
| | Pt evaluation (97001) | 70.14 | 0.00 | 14.03 | 14.03 | |
| **Claim Total** | | **$3,326.50** | **$746.50** | **$135.40** | **$135.40** | |

Control number 21112500291402NTA    03
**Southwest Louisiana Hospital As**                                                                                              b,c,m
   1701 Oak Park Blvd
   Lake Charles, LA 70601
Referred by:  Ameer Khan

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/07/11-04/27/11 | Elec stim other than wound (G0283) | $48.88 | $0.00 | $0.00 | $0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |

(continued)

**Your Medicare Number:** XXX-XX-2749A

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| **This Claim was continued from the previous page.** | | | | | | |
| 03/07/11-03/31/11 | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Elec stim other than wound (G0283) | 48.88 | 0.00 | 0.00 | 0.00 | i,k |
| | Elec stim other than wound (G0283) | 12.12 | 0.00 | 2.14 | 2.14 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.23 | 3.23 | |
| | Group therapeutic procedures (97150) | 35.14 | 0.00 | 0.00 | 0.00 | i,k |
| | Group therapeutic procedures (97150) | 18.36 | 0.00 | 3.67 | 3.67 | |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | Hot or cold packs therapy (97010) | 63.00 | 63.00 | 0.00 | 0.00 | i,l |
| | | | | | **(continued)** | |

**Your Medicare Number:  XXX-XX-2749A**

—
—

**Notes Section: (continued)**

c  This information is being sent to Medicaid.  They will review it to see if additional benefits can be paid.

d  This service is paid at 100% of the Medicare approved amount.

e  The following policies 190.23
     were used when we made this decision.  If the policy begins with 40, use the October 2004 version.  If the policy begins with 190.xx use the January 2005 version.  This information can be found at CMS's web site at: www.cms.hhs.gov/coverage/labindexlist.asp#coding  If the policy begins with an L, it is a local policy, and you can contact your intermediary for more information.

f  The following policies 190.15
     were used when we made this decision.  If the policy begins with 40, use the October 2004 version.  If the policy begins with 190.xx use the January 2005 version.  This information can be found at CMS's web site at: www.cms.hhs.gov/coverage/labindexlist.asp#coding  If the policy begins with an L, it is a local policy, and you can contact your intermediary for more information.

g  The amount Medicare paid the provider for this claim is $541.46.

h  The provider billed this charge as non-covered.

i  You should not be billed for this service. You are only responsible for any deductible and coinsurance amounts listed in the 'You May Be Billed' column.

j  The approved amount is based on a special payment method.

k  This amount is the difference in billed amount and Medicare approved amount.

l  Medicare does not pay separately for this service.

m The amount Medicare paid the provider for this claim is $282.12.



**CHEVROLET**

February 8, 2010

Mr. Tom Warwas
Po Box 5765
Lake Charles, LA 70606

Service request: 71-800293829
Vehicle Identification Number: 1G1YY26U475129317
Customer Relationship Specialist: Brandy

Dear Mr. Warwas:

Thank you for allowing us the opportunity to review the product allegation involving your 2007 Chevrolet Corvette. Unfortunately, our attempts to reach you by phone on February 4 and 5 were unsuccessful.

Therefore, we will not be able to take any further action regarding your concern until we have an opportunity to discuss this with you. We will continue to hold your file open for 10 days. Please contact our Business Resource Center at 1-800-231-1841 Monday through Friday between 9:30 a.m. and 6:00 p.m., Eastern Time. Please refer to your service request number above when calling.

Sincerely,

General Motors

cc: FILE

PA0005
V10202009

Dept 842    6083787310042
PO Box 4115
Concord, CA 94524

# RRS RECEIVABLE RECOVERY SERVICES, L.L.C.

110 Veterans Blvd., Suite 445, Metairie, LA  70005
504-837-0116 * Fax 504-837-0376 * 800-459-0116

Return Service Requested

2076815
TOMMY E WARWAS
PO BOX 5765
LAKE CHARLES LA 70606-5765

RE:  OUR LADY OF LOURDES
DATE: 04-08-10
ACCOUNT: 0917000091
**BALANCE: $59.00**
PATIENT NAME:  WARWAS, TOMMY E

## NOTICE OF DEFAULT

Your account is seriously past due and payment in full is required.

We have been retained by the above creditor to present this claim on their behalf.

If you cannot pay this amount in full, please call our office to make suitable arrangements. If we do not hear from you, we will assume that you have no intention of paying this debt and proceed accordingly.

Our client's records indicate that the above balance is your responsibility.  If you have health insurance covering these specific charges, please call us immediately with the information.

This bill may be reported to a credit reporting bureau if not paid in full within 45 days from the date we first received your account.

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

NOTICE:  THIS IS A BILL.  BASED UPON INFORMATION FROM YOUR HEALTH PLAN, YOU OWE THE AMOUNT SHOWN.

✂    In order to credit your account properly, please return this bottom portion with your payment.  ✂

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RE: OUR LADY OF LOURDES
DATE: 04-08-10
ACCOUNT: 0917000091
**BALANCE: $59.00**
AMOUNT ENCLOSED:  $_____

To pay online, please visit our website:
www.rrspay.com
Use Account #: 2076815

Receivable Recovery Services, LLC.
P.O. Box 7100
Metairie, LA 70010-7100

IF PAYING BY MASTERCARD, VISA, DISCOVER OR AMEX, FILL OUT BELOW.

CHECK CARD USAGE FOR PAYMENT

☐ MASTERCARD   ☐ VISA   ☐ DISCOVER   **AMERICAN EXPRESS** ☐ AMEX

CARD NUMBER                          SECURITY CODE

SIGNATURE                            EXP DATE

| DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 04-08-10 | $59.00 | 0917000091 |

Card holder's phone #        SHOW AMOUNT PAID HERE   $

TOMMY E WARWAS 2076815
PO BOX 5765
LAKE CHARLES LA 70606-5765

RRSECBM-0408A301768-JRR1-7 1768

**DELTA**
**FINANCIAL SERVICES**

1442 South College
Lafayette LA 70503-2912

(337) 265-2840



MEMBER

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals

Name:   Tommy E Warwas
Ref No: 1180287
Balance: $124.18

## FINAL DEMAND FOR PAYMENT

Demand for this claim was sent to you previously. According to our records neither payment nor valid reason for non-payment has been received. We must make final disposition of this claim within ten days time. To avoid further measures remit by cash, check, or money order immediately. Your creditors are listed as follows:

Emergency Medicine Specia    124.18

Your balance is now $124.18. How we proceed now is up to you. Visa and MasterCard accepted!

This is an attempt to collect a debt and any information obtained will be used for that purpose.

This communication is from a debt collector.

Please call (337) 265-2840 if you have any questions.

NONDELT01211

***Detach Lower Portion and Return with Payment***

Account Number _____ / Exp Date

$ _____ Pmt Amt

Card Holder Name _____

Signature of Card Holder _____ / / Date

PO Box 52253
Lafayette LA  70505-2253
RETURN SERVICE REQUESTED

April 15, 2010

1180287-211   678949   001536

Tommy Warwas
PO Box 5765
Lake Charles LA 70606-5765

Delta Financial Services
PO Box 52253
Lafayette LA  70505-2253

Ref No.:  1180287
Balance: $124.18

# HRRG



PO BOX 189053
PLANTATION FL 33318-9053

*Faxed 8 7627 0837 - 1389*
*Anne*
*Clm # 10136949191-1-11*

**800-567-1757**

en Español 800-398-3975



July 16, 2009

TOMMY E WARWAS          T5 P1    HRRG/001300 Y/AABB
PO BOX 5765
LAKE CHARLES LA 70606-5765

Re: **FST182 Insurance Denial**                                    PIN# 63130878

Dear Tommy E Warwas:

In response to a claim submitted for services provided on the date(s) listed below, your carrier has recently sent a denial letter. We ask that you **please remit full payment** at this time. (NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.)

Payment may be by credit card, check or money order. Just fill in your credit card information on the reverse, or enclose your check/money order **payable to the creditor**, along with the payment voucher below. The reply envelope provided needs no postage. Unless specified, your payment will be applied to the oldest balance first.

Thank you for your anticipated cooperation in this matter.

Best regards from,

Healthcare Revenue Recovery Group, LLC

✂ — — — — — — — — — — — — — — — — — — — — — — — — — ✂

Client Account: **0028 - 04315112**                          Amount Enclosed  $_____

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| ACS PRIM CARE PHYS-LA,PC | 0081840111-04315112 | WARWAS,TOMMY E | 727.00 | 03/15/09 |
| ACS PRIM CARE PHYS-LA,PC | 0081923555-04315112 | WARWAS,TOMMY E | 727.00 | 03/13/09 |

**PAYMENT VOUCHER**

PO BOX 5406
CINCINNATI OH 45273-7942

0 009436604 000145400 5

H

Law Enforcement and TxDOT Use ONLY

| ☐ FATAL | ☐ | ☐ CMV INVOLVED | ☐ | ☐ SCHOOL BUS RELATED | ☐ | ☐ RAILROAD RELATED | ☐ | ☐ MEDICAL ADVISORY BOARD | ☐ | ☐ HIT AND RUN | ☐ | ☐ AMENDMENT / SUPPLEMENT |



# Texas Peace Officer's Crash Report

Form CR-3
(Rev. 03/09)
(650-4PC)

Submission of Crash Records: This report may be submitted via the CRIS Web Portal, electronically submitted via XML, or by mailing to the Texas Department of Transportation, Crash Records, PO Box 149349, Austin, TX 78714
Questions? Call: 512/486-5780

PAGE 1 OF 4

**PLACE WHERE CRASH OCCURRED**

| | | LOC# | |
|---|---|---|---|
| COUNTY | ORANGE | CITY OR TOWN | ORANGE |

ORI# TX DPS 04X1

IF CRASH WAS OUTSIDE CITY LIMITS INDICATE FROM NEAREST TOWN    ☐☐☐☐ MILES N S E W   OF

TxDOT #

| ROAD ON WHICH CRASH OCCURRED | IH-10 | | CONSTRUCTION ZONE WORKERS PRESENT | ☐ YES ☒ NO SPEED LIMIT 70 |
|---|---|---|---|---|
| | BLOCK NUMBER | STREET OR ROAD NAME | ROUTE NUMBER OR STREET CODE | |
| INTERSECTING STREET OR RR X'ING NUMBER | | | CONSTRUCTION ZONE WORKERS PRESENT | ☐ YES ☐ NO SPEED LIMIT |
| | BLOCK NUMBER | STREET OR ROAD NAME | ROUTE NUMBER OR STREET CODE | |

NOT AT INTERSECTION     .1     ☐ FT. ☐ ☐ ☒ ☐   ☒ MI. N S E W   OF SIMMONS DR

MILEPOST 878    LATITUDE 30.118A    LONGITUDE 93.435A

| DATE OF CRASH | MARCH | 13 | 09 | DAY OF WEEK | FRIDAY | HOUR | 3:00 | ☐ AM ☒ PM |
|---|---|---|---|---|---|---|---|---|
| | MONTH | DATE | YEAR | | | | | |

| UNIT # 1 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN# 1G1YY26U475129317 | ALTERED VEHICLE HEIGHT | ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|

| YEAR MODEL | 2007 | COLOR & MAKE | BLACK/CHEVY | MODEL NAME | CARVETTE | BODY STYLE | 2 DR SED | LICENSE PLATE | 09 LA RAG177 |
|---|---|---|---|---|---|---|---|---|---|

| DRIVER'S NAME | WARWAS JR., TOMMY EDWARD | | 368 VANESSA AVE. LAKE CHARLES, LA. 70605 | | 337-304-5945 |
|---|---|---|---|---|---|
| | LAST | FIRST | MI | ADDRESS (STREET, CITY, STATE, ZIP) | PHONE NUMBER |

| DRIVER'S LICENSE | LA | 009375927 | E | M | | 4/20/57 | LICENSE STATUS 1 | 1-VALID 2-NOT VALID 3-SUSPENDED / REVOKED | 4-CANCELLED / DENIED 5-EXPIRED 6-UNKNOWN |
|---|---|---|---|---|---|---|---|---|---|
| | STATE | NUMBER | CLASS/TYPE | ENDORSEMENTS | RESTRICTIONS | DATE OF BIRTH | | | |

| DRIVER'S ETHNICITY 1 | 1-WHITE 4-ASIAN 2-HISPANIC 5-OTHER 3-BLACK | DRIVER'S SEX | ☒ MALE ☐ FEMALE | DRIVER'S OCCUPATION | OTHER | POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE |
|---|---|---|---|---|---|---|

| TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED | 4 | TEST RESULTS | TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED | 3 | TEST RESULTS | DRUG CATEGORY | 1. ___ 2. ___ |
|---|---|---|---|---|---|---|---|

| ☐ LESSEE ☒ OWNER | SAME AS DRIVER | |
|---|---|---|
| | NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER) | ADDRESS (STREET, CITY, STATE, ZIP) |

| LIABILITY INSURANCE | ☒ YES ☐ NO ☐ EXP | FARMERS | 1-800-225-0011 | 1904195-92-85 | VEHICLE DAMAGE RATING | 12-FD-4 |
|---|---|---|---|---|---|---|
| | | INSURANCE COMPANY | | POLICY NUMBER | | |

| UNIT # 2 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN# 1HGFA16576L058633 | ALTERED VEHICLE HEIGHT | ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|

| YEAR MODEL | 2006 | COLOR & MAKE | SILVER/HONDA | MODEL NAME | CIVIC | BODY STYLE | 4 DR SED | LICENSE PLATE | 09 LA OAU682 |
|---|---|---|---|---|---|---|---|---|---|

| DRIVER'S NAME | HEBERT, DUSTIN JOHN | | 7950 CLEARVIEW DR. LOT 29 LAKE CHARLES, LA. 70605 | | 327-304-4802 |
|---|---|---|---|---|---|
| | LAST | FIRST | MI | ADDRESS (STREET, CITY, STATE, ZIP) | PHONE NUMBER |

| DRIVER'S LICENSE | LA | 007842473 | E | | | 8/11/83 | LICENSE STATUS 1 | 1-VALID 2-NOT VALID 3-SUSPENDED / REVOKED | 4-CANCELLED / DENIED 5-EXPIRED 6-UNKNOWN |
|---|---|---|---|---|---|---|---|---|---|
| | STATE | NUMBER | CLASS/TYPE | ENDORSEMENTS | RESTRICTIONS | DATE OF BIRTH | | | |

| DRIVER'S ETHNICITY 1 | 1-WHITE 4-ASIAN 2-HISPANIC 5-OTHER 3-BLACK | DRIVER'S SEX | ☒ MALE ☐ FEMALE | DRIVER'S OCCUPATION | OTHER | POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE |
|---|---|---|---|---|---|---|

| TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED | 4 | TEST RESULTS | TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED | 3 | TEST RESULTS | DRUG CATEGORY | 1. ___ 2. ___ |
|---|---|---|---|---|---|---|---|

| ☐ LESSEE ☒ OWNER | NANCY M. EISKINA | 909 12TH ST. LAKE CHARLES, LA. 70605 |
|---|---|---|
| | NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER) | ADDRESS (STREET, CITY, STATE, ZIP) |

| LIABILITY INSURANCE | ☒ YES ☐ NO ☐ EXP | STATE FARM | 337-475-2740 | 1101959B1318C | VEHICLE DAMAGE RATING | VX-0 , 1-RD-1 |
|---|---|---|---|---|---|---|
| | | INSURANCE COMPANY | | POLICY NUMBER | | |

**DAMAGE TO PROPERTY OTHER THAN VEHICLES**

| 20 FT GUARDRAIL CABLE SYSTEM | TX DOT 3128 SH 62 ORANGE, TX. 77630 | 6 | $2,500 |
|---|---|---|---|
| OBJECTS | NAME AND ADDRESS OF OWNER | FEET FROM CURB | DAMAGE ESTIMATE |

IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☒ YES ☐ NO

**CHARGES FILED**

| NAME WARWAS JR., TOMMY EDWARD | CHARGE UNSAFE SPEED (UNDER LIMIT) | CITATION# TX09200FTB001 |
|---|---|---|
| NAME | CHARGE | CITATION# |

| TIME NOTIFIED OF CRASH | 3/13/09 | 3:05 PM | HOW DPS BEAUMONT | TIME ARRIVED AT SCENE | 3/13/09 | 3:15 PM | DATE OF REPORT | 3/13/09 |
|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | | | DATE | TIME | | |

| TYPED OR PRINTED NAME OF INVESTIGATOR | S MOSES | ID# 11877 | AGENCY | DPS/THP | DIST/AREA 2B08 | REPORT COMPLETE | ☒ YES ☐ NO |
|---|---|---|---|---|---|---|---|

*Family Medical Center*
2750 Aster Street
Lake Charles, LA 70601
(337) 478-2657

| Payment Method | | |
|---|---|---|
| Check ☐ | Money Order ☐ | Credit Card ☐ |

| Billing Date | Pay This Amount | Acct. # |
|---|---|---|
| 11/05/2009 | $    84.00 | 033534 |

| Due Date | Show Amount |
|---|---|
| Due Upon Receipt | Paid Here    $ |

| | Mastercard ☐  Mastercard | VISA ☐  Visa |
|---|---|---|
| Card Number | | Amount |
| Signature | | Exp Date |

**ADDRESSEE:**

Illlllllllllllllllllllllllllllllllllllllllll

TOMMY WARWAS                              557

PO BOX 5765
LAKE CHARLES    LA  70606-5765

**Remit To:**

Illlllllllllllllllllllllllllllllllllllll

Family Medical Center
2750 Aster Street
Lake Charles, LA  70601-8824

Please put account number(s) on check or money order.

Please detach and return top portion with your payment.

## STATEMENT

**Patient Name: TOMMY WARWAS**                                    **Account #  033534**

For any questions on your statement, give us a call at Ph:(337)478-2657

| Claim No. | Transaction Date | Description | Amount | Balance |
|---|---|---|---|---|
| 0000 | 09/01/2009 | BALANCE FORWARD | 49.39 | 49.39 |
| 0001 | 09/29/2009 | *BC 8/10 TO DEDUCTIBLE | 0.00 | 49.39 |
| 0003 | 10/23/2009 | MP-MEDICARE | 0.00 | 49.39 |
| 0003 | 10/23/2009 | DAM - MEDICARE WRITE-OFF | -15.39 | 34.00 |
| 0003 | 10/06/2009 | ESTAB PATIENT VISIT | 50.00 | 84.00 |

| | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Balance |
|---|---|---|---|---|---|---|
| $ | 34.61 | $    0.00 | $    49.39 | $    0.00 | $    0.00 | $    84.00 |

**FRIENDLY REMINDER. THIS ACCOUNT IS PAST DUE. YOUR
PROMPT ATTENTION IS COURTEOUSLY REQUESTED.
WE ACCEPT MASTER CARD AND VISA.**
Family Medical Center, 2750 Aster Street, Lake Charles, LA 70601-8824

*Family Medical Center*
2750 Aster Street
Lake Charles, LA 70601
(337) 478-2657

| Payment Method | | |
|---|---|---|
| Check ☐ | Money Order ☐ | Credit Card ☐ |
| **Billing Date** 10/02/2009 | **Pay This Amount** $ 49.39 | **Acct. #** 033534 |
| **Due Date** Due Upon Receipt | **Show Amount Paid Here** $ | |

| | | |
|---|---|---|
| MasterCard ☐ Mastercard | VISA ☐ Visa | |
| Card Number | | Amount |
| Signature | | Exp Date |

**ADDRESSEE:**

TOMMY WARWAS    567

PO BOX 5765
LAKE CHARLES  LA  70606-5765

**Remit To:**

Family Medical Center
2750 Aster Street
Lake Charles, LA  70601-8824

Please put account number(s) on check or money order.

**Please detach and return top portion with your payment.**

# STATEMENT

**Patient Name: TOMMY WARWAS**        **Account #  033534**

For any questions on your statement, give us a call at Ph:(337)478-2657

| Claim No. | Transaction Date | Description | Amount | Balance |
|---|---|---|---|---|
| 0000 | 08/01/2009 | BALANCE FORWARD | -35.00 | -35.00 |
| 0001 | 09/29/2009 | *BC 8/10 TO DEDUCTIBLE | 0.00 | -35.00 |
| 0001 | 07/22/2009 | NEW PATIENT VISIT | 86.00 | 51.00 |
| 0001 | 07/22/2009 | REMOVE IMPACTED EAR WAX | 73.00 | 124.00 |
| 0001 | 07/22/2009 | REMOVE IMPACTED EAR WAX | 73.00 | 197.00 |
| 0001 | 08/12/2009 | BC - BLUE CROSS | -39.54 | 157.46 |
| 0001 | 08/12/2009 | BLUE CROSS PPO | -108.07 | 49.39 |
| 0001 | 08/19/2009 | BC - BLUE CROSS | 0.00 | 49.39 |
| 0001 | 08/19/2009 | BC - BLUE CROSS | 0.00 | 49.39 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Balance |
|---|---|---|---|---|---|
| $ 0.00 | $ 49.39 | $ 0.00 | $ 0.00 | $ 0.00 | $ 49.39 |

**THANK YOU! YOUR PROMPT PAYMENT IS APPRECIATED.**
**WE ACCEPT MASTER CARD AND VISA.**

Family Medical Center, 2750 Aster Street, Lake Charles, LA 70601-8824

Partners in Physical Therapy

# Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 79580 | 12/8/2009 | | Carrier: BLU00 was billed | 3303 | INSBILLED | 0911030000 | LAG | 0.00 |
| 79754 | 12/4/2009 | 11 | | 3303 | 97110 | 0912080000 | FAR | 90.00 |
| 79755 | 12/4/2009 | 11 | | 3303 | 97140 | 0912080000 | FAR | 90.00 |
| 79804 | 12/8/2009 | | Medicare was billed | 3303 | INSBILLED | 0912080000 | LAG | 0.00 |
| 80097 | 12/7/2009 | 11 | | 3303 | 97110 | 0912090000 | FAR | 90.00 |
| 80098 | 12/7/2009 | 11 | | 3303 | 97110 | 0912090000 | FAR | 90.00 |
| 80305 | 12/9/2009 | | Medicare was billed | 3303 | INSBILLED | 0912090000 | LAG | 0.00 |
| 80539 | 12/9/2009 | 11 | | 3303 | 97140 | 0912100000 | FAR | 135.00 |
| 80540 | 12/9/2009 | 11 | | 3303 | 97035 | 0912100000 | FAR | 30.00 |
| 80589 | 12/10/2009 | | Medicare was billed | 3303 | INSBILLED | 0912100000 | LAG | 0.00 |
| 81194 | 12/11/2009 | 11 | | 3303 | 97110 | 0912140000 | FAR | 45.00 |
| 81195 | 12/11/2009 | 11 | | 3303 | 97140 | 0912140000 | FAR | 135.00 |
| 81250 | 12/14/2009 | | Medicare was billed | 3303 | INSBILLED | 0912140000 | LAG | 0.00 |
| 82539 | 12/14/2009 | 11 | | 3303 | 97110 | 0912160000 | LAG | 90.00 |
| 82540 | 12/14/2009 | 11 | | 3303 | 97140 | 0912160000 | LAG | 90.00 |
| 82579 | 12/16/2009 | | Medicare was billed | 3303 | INSBILLED | 0912160000 | LAG | 0.00 |
| 82717 | 12/16/2009 | | #881313895 Medicare | 3303 | MEDICARE | 0911240000 | FAR | -42.70 |
| 82718 | 12/16/2009 | | Adjustment | 3303 | MEDICAREAD | 0911240000 | FAR | -36.62 |
| 82719 | 12/16/2009 | | #881313895 Medicare | 3303 | MEDICARE | 0911240000 | FAR | -39.52 |
| 82720 | 12/16/2009 | | Adjustment | 3303 | MEDICAREAD | 0911240000 | FAR | -40.60 |
| 82953 | 12/16/2009 | 11 | | 3303 | 97110 | 0912170000 | FAR | 90.00 |
| 82954 | 12/16/2009 | 11 | | 3303 | 97140 | 0912170000 | FAR | 90.00 |
| 82997 | 12/17/2009 | | Medicare was billed | 3303 | INSBILLED | 0912170000 | LAG | 0.00 |
| 83267 | 12/18/2009 | 11 | | 3303 | 97110 | 0912210000 | MBM | 45.00 |
| 83268 | 12/18/2009 | 11 | | 3303 | 97140 | 0912210000 | MBM | 135.00 |
| 83543 | 12/21/2009 | | Medicare was billed | 3303 | INSBILLED | 0912210000 | LAG | 0.00 |
| 83849 | 12/21/2009 | 11 | | 3303 | 97110 | 0912220000 | FAR | 180.00 |
| 84626 | 12/21/2009 | | #881316957 Medicare | 3303 | MEDICARE | 0912010000 | LAG | -64.06 |
| 84627 | 12/21/2009 | | Adjustment | 3303 | MEDICAREAD | 0912010000 | LAG | -54.93 |
| 84628 | 12/21/2009 | | #881316957 Medicare | 3303 | MEDICARE | 0912010000 | LAG | -8.85 |
| 84629 | 12/21/2009 | | Adjustment | 3303 | MEDICAREAD | 0912010000 | LAG | -18.94 |
| 84679 | 12/22/2009 | | Medicare was billed | 3303 | INSBILLED | 0912220000 | LAG | 0.00 |
| 84939 | 12/23/2009 | | Medicare was billed | 3303 | INSBILLED | 0911160000 | LAG | 0.00 |
| 85682 | 12/28/2009 | | #881321166 Medicare | 3303 | MEDICARE | 0912080000 | FAR | -42.70 |
| 85683 | 12/28/2009 | | Adjustment | 3303 | MEDICAREAD | 0912080000 | FAR | -36.62 |
| 85684 | 12/28/2009 | | #881321166 Medicare | 3303 | MEDICARE | 0912080000 | FAR | -39.52 |
| 85685 | 12/28/2009 | | Adjustment | 3303 | MEDICAREAD | 0912080000 | FAR | -40.60 |
| 86922 | 1/4/2010 | | Patient statement was billed | 3303 | STMTBILLED | 0910230000 | LAG | 0.00 |
| 87121 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912090000 | FAR | -39.52 |
| 87122 | 12/31/2009 | | Adjustment | 3303 | MEDICAREAD | 0912090000 | FAR | -40.60 |
| 87123 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912090000 | FAR | -42.70 |
| 87124 | 12/31/2009 | | Adjustment | 3303 | MEDICAREAD | 0912090000 | FAR | -36.62 |
| 87125 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912100000 | FAR | -59.28 |
| 87126 | 12/31/2009 | | Adjustment | 3303 | MEDICAREAD | 0912100000 | FAR | -60.90 |
| 87127 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912100000 | FAR | -8.85 |
| 87128 | 12/31/2009 | | Adjustment | 3303 | MEDICAREAD | 0912100000 | FAR | -18.94 |
| 87129 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912140000 | FAR | -21.35 |

Partners in Physical Therapy
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 74910 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911020000 | LAG | -42.70 |
| 74911 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911020000 | LAG | -36.62 |
| 74912 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911020000 | LAG | -39.52 |
| 74913 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911020000 | LAG | -40.60 |
| 74914 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911030000 | LAG | -39.52 |
| 74915 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911030000 | LAG | -40.60 |
| 74916 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911030000 | LAG | -21.35 |
| 74917 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911030000 | LAG | -18.31 |
| 74918 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911030000 | LAG | -12.28 |
| 74919 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911030000 | LAG | -16.65 |
| 75374 | 11/19/2009 | 11 | | 3303 | 97110 | 0911240000 | FAR | 90.00 |
| 75375 | 11/19/2009 | 11 | | 3303 | 97140 | 0911240000 | FAR | 90.00 |
| 75581 | 11/25/2009 | | Medicare was billed | 3303 | INSBILLED | 0911240000 | LAG | 0.00 |
| 76416 | 11/30/2009 | 11 | | 3303 | NOSHOW | 0912010000 | LAG | 25.00 |
| 76681 | 11/24/2009 | 11 | | 3303 | 97110 | 0912010000 | LAG | 135.00 |
| 76682 | 11/24/2009 | 11 | | 3303 | 97035 | 0912010000 | LAG | 30.00 |
| 77140 | 11/30/2009 | | #881299835 Medicare | 3303 | MEDICARE | 0911060000 | LAG | -59.28 |
| 77141 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -60.90 |
| 77142 | 11/30/2009 | | #881299835 Medicare | 3303 | MEDICARE | 0911060000 | LAG | -12.28 |
| 77143 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -16.65 |
| 77144 | 11/30/2009 | | #881299835 Medicare | 3303 | MEDICARE | 0911060000 | LAG | -42.70 |
| 77145 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -36.62 |
| 77146 | 11/30/2009 | | #881299835 Medicare | 3303 | MEDICARE | 0911060000 | LAG | -39.52 |
| 77147 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -40.60 |
| 77148 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -21.00 |
| 77279 | 11/30/2009 | | #881303449 Medicare | 3303 | MEDICARE | 0911110000 | FAR | -42.70 |
| 77280 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911110000 | FAR | -36.62 |
| 77281 | 11/30/2009 | | #881303449 Medicare | 3303 | MEDICARE | 0911110000 | FAR | -39.52 |
| 77282 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911110000 | FAR | -40.60 |
| 78353 | 12/3/2009 | | Medicare was billed | 3303 | INSBILLED | 0911160000 | LAG | 0.00 |
| 78780 | 12/3/2009 | | Patient statement was billed | 3303 | STMTBILLED | 0911160000 | LAG | 0.00 |
| 79251 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911160000 | LAG | -42.70 |
| 79252 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911160000 | LAG | -36.62 |
| 79253 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911160000 | LAG | -39.52 |
| 79254 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911160000 | LAG | -40.60 |
| 79255 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911160000 | LAG | -39.52 |
| 79256 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911160000 | LAG | -40.60 |
| 79257 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911160000 | LAG | -42.70 |
| 79258 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911160000 | LAG | -36.62 |
| 79259 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911170000 | MBM | -39.52 |
| 79260 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911170000 | MBM | -40.60 |
| 79261 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911170000 | MBM | -21.35 |
| 79262 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911170000 | MBM | -18.31 |
| 79263 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911170000 | MBM | -12.28 |
| 79264 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911170000 | MBM | -16.65 |
| 79575 | 12/8/2009 | | Carrier: BLU00 was billed | 3303 | INSBILLED | 0910290000 | LAG | 0.00 |
| 79576 | 12/8/2009 | | Carrier: BLU00 was billed | 3303 | INSBILLED | 0911020000 | LAG | 0.00 |







> THIS NOTICE IS REQUIRED BY LAW. IT DOES NOT CONSTITUTE AN ADMISSION OF
> ·LIABILITY BY THE INSURANCE COMPANY.

REQUIRED NOTICE TO INSURANCE CLAIMANTS FOR MOTOR VEHICLE REPAIRS

By law, you have the right to select where your motor vehicle is repaired and the parts used for repairs. However, an insurance company is not required to pay more than a reasonable amount for such repairs and parts. Your statutory rights regarding motor vehicle repairs are explained in the copy of the Insurance Code §§1952.301 to 1952.307, printed on the reverse side of this notice or attached to this notice. If the costs of repairing your vehicle are to be paid under an insurance policy issued by us, the nature of the coverage is stated in more detail in the applicable policy. For detailed information regarding the insurance policy, contact:

| | |
|---|---|
| NAME OF INSURANCE COMPANY: Company | Farmers Texas County Mutual Insurance |
| MAILING ADDRESS: | P.O. Box 268994 |
| | Oklahoma City, OK 73126-8994 |
| TELEPHONE: | (800) HelpPoint – (800) 435-7764 |
| FAX: | (877) 217-1389 |
| E-MAIL ADDRESS: | claimsdocuments@farmersinsurance.com |

For questions about your statutory rights regarding motor vehicle repairs under the Insurance Code §§1952.301 to 1952.307, contact the Texas Department of Insurance. You may write to the Consumer Protection Division at P.O. Box 149091, Austin, TX 78714-9091, call 1-800-252-3439, fax 1-512-475-1771, e-mail ConsumerProtection@tdi.state.tx.us, or visit the Department online at http://www.tdi.state.tx.us.

**FARMERS**

Send all correspondence to:
Farmers National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994
Fax: (877) 217-1389
Email: claimsdocuments@farmersinsurance.com

March 14, 2009

001167

Tommy E Warwas
PO Box 5765
Lake Charles, LA 70606-5765

RE:     Claim Number:        1013694191
        Policy Number:       0041959285
        Date of Loss:        03/13/2009

Dear Tommy Warwas:

This letter is to confirm the report of a recent claim and to provide you with important details about our claims process. A claims professional out of our Total Loss COE claims office has been assigned to work with you. If you ever need to contact your assigned claims representative directly, please feel free to call them at (800) 435-7764; simply refer to your assigned claim number shown above. Your claims representative will be responsible for explaining the claims process to you, keeping you informed and ensuring that you understand your specific outcome. You can help us speed the process along by sharing all the details of your loss, providing requested documents as soon as possible and asking questions about any part of the process that is unclear to you. By this letter, we are advising you of your responsibility to take the necessary steps to protect your vehicle from further damages including avoiding unnecessary storage expenses.

For your convenience, you may obtain information about your claim online at our web site _www.farmers.com_ within our "Manage My Policies" feature. Enrolling is simple and if you are already enrolled, enter your User ID and Password to obtain updates about your claim.

Our goal is to provide you with the best possible service, including a clear understanding of your claims process and outcome, and to respond promptly to your inquiries. Your claims representative is available to answer your questions and can be reached at (800) 435-7764. If you need emergency assistance after our normal business hours — 8 a.m. to 4:30 p.m. Monday through Friday — please call Farmers HelpPoint at (800) HelpPoint – (800) 435-7764.

Sincerely,

Farmers Texas County Mutual Insurance Company

PXRR60LD11

**LYNN E. FORET, M.D.**
A Professional Medical Corporation
ORTHOPAEDIC SURGERY
640 S. Ryan Street

Lynn E. Foret, M.D.
NARCOTIC REG. NO. DEA AF 9563861
ID #72-1012121

Lake Charles, LA 70601
Telephone: (337) 562-1000

NAME _Tom Warwas_          D.O.B. _____
                           DATE _07-08-09_

ADDRESS _____

℞  MRI                    723.1,
                          724.2
    Thoracic w/0          719.41
    Lumbar w/0
    Bilateral Shoulders w/0

GENERIC _____
LABEL _____
SAFETY CAP _____
REFILL _____ TIMES

LCP 16657


# CHRISTUS
## Health®

AL0640156702
WARWAS,TOMMY E
AL.EDMAIN
BURTON,JOHN M MD

# Patient Visit Information

### Staff

Your caregivers today were:

| | |
|---|---|
| Physician | BURTON,JOHN M MD |
| Practitioner | DAVID GUILLORY |
| Nurse | AWF |

### Patient Instructions Reviewed

Contusion
Motor Vehicle Accident

   received 03/15/09 - 1813

### Activity Restrictions or Additional Instructions

FOLLOW UP WITH ORTHOPEDIC MD THIS WEEK IF NOT BETTER OR RETURN HERE IF WORSE.
TAKE MEDICATION AS DIRECTED. USE ICE - NO HEAT.

### Medication Dose and Instructions

Naproxen Ec (Naprosyn Ec) 1 TAB, ORAL TWICE A DAY, #30

### Follow-up

WARWAS,TOMMY E has been referred to the following clinics/specialists for follow up care:

   UNASSIGNED,ED

   GOOLSBY,HENRY J III MD
      501 DR. MICHAEL DEBAKEY DRIVE
      LAKE CHARLES, LA 70601
      Ph: (337) 433-8400
      Fax: (337) 312-8411

Insurance Code 1952.305

(a) At the time a motor vehicle is presented to an insurer, an insurance adjuster, or other person in connection with a claim for damage repair, the insurer, insurance adjuster, or other person shall provide to the beneficiary or third-party claimant notice of the provisions of this subchapter.

(b) The commissioner shall adopt a rule establishing the method or methods insurers must use to comply with the notice provisions of this section.

Insurance Code 1952.306

A beneficiary, third-party claimant, or repair person or facility may submit a written, documented complaint to the department with respect to an alleged violation of this subchapter.

Insurance Code 1952.307

Rules adopted by the commissioner to implement this subchapter must include requirements that:

(1) any limitation described by Section 1952.301(a) be clearly and prominently displayed on the face of the insurance policy or certificate in lieu of an insurance policy; and

(2) the insured give written consent to a limitation described by Section 1952.301(a) after the insured is notified orally and in writing of the limitation at the time the insurance policy is purchased.

> LA LEY REQUIERE ESTE AVISO, PERO NO CONSTITUYE ADMISIÓN DE
> . RESPONSABILIDAD CIVIL DE LA COMPAÑÍA ASEGURADORA.

## AVISO OBLIGATORIO A LOS QUE PRESENTAN RECLAMACIONES
## PARA REPARACIÓN DE VEHÍCULO DE MOTOR

Por ley, usted tiene derecho a escoger donde desea que su vehículo sea reparado y las refacciones que se usen en la reparación. Sin embargo, la compañía aseguradora no está obligada a pagar más de la cantidad razonable por las reparaciones y refacciones. Sus derechos por estatuto concernientes a las reparaciones de vehículo de motor están descritos en la copia del Código de Seguros §§1952.301 a 1952.307, impreso al reverse de este aviso o adjunto a este aviso. Si el costo de reparar su vehículo debe ser pagado bajo una póliza de seguro que nosotros dimos, la naturaleza técnica de la cobertura es establecida en más detalle en la póliza aplicable. Para información detallada acerca de la póliza de seguro, contacte:

**NOMBRE DE LA COMPAÑÍA ASEGURADORA:** Farmers Texas County Mutual Insurance Company
**DIRECCIÓN DE CORREOS:**

    P.O. Box 268994
    Oklahoma City, OK 73126-8994
**TELÉFONO:**    (800) HelpPoint – (800) 435-7764
**FAX:**    (877) 217-1389
**DIRECCIÓN DE E-MAIL:**    claimsdocuments@farmersinsurance.com

Para preguntas sobre sus derechos por estatuto respecto a las reparaciones de vehículo de motor bajo el Código de Seguros §§1952.301 a 1952.307, comuníquese con el Departamento de Seguros de Texas (Texas Department of Insurance o TDI). Puede escribir a Consumer Protection Division al P. O. Box 149091, Austin, TX 78714-9091, llamar al 1-800-252-3439, enviar fax al 1-512-475-1771, e-mail a ConsumerProtection@tdi.state.tx.us o visitar el sitio electrónico de TDI por internet al http://www.tdi.state.tx.us.

Insurance Code 1952.301 – 1952.307

## Insurance Code 1952.301

(a) Except as provided by rules adopted by the commissioner, under an automobile insurance policy that is delivered, issued for delivery, or renewed in this state, an insurer may not directly or indirectly limit the insurer's coverage under a policy covering damage to a motor vehicle by:
  (1) specifying the brand, type, kind, age, vendor, supplier, or condition of parts or products that may be used to repair the vehicle; or
  (2) limiting the beneficiary of the policy from selecting a repair person or facility to repair damage to the vehicle.
(b) In settling a liability claim by a third party against an insured for property damage claimed by the third party, an insurer may not require the third-party claimant to have repairs made by a particular repair person or facility or to use a particular brand, type, kind, age, vendor, supplier, or condition of parts or products.

## Insurance Code 1952.302

In connection with the repair of damage to a motor vehicle covered under an automobile insurance policy, an insurer, an employee or agent of an insurer, an insurance adjuster, or an entity that employs an insurance adjuster may not:
  (1) solicit or accept a referral fee or gratuity in exchange for referring a beneficiary or third-party claimant to a repair person or facility to repair the damage;
  (2) state or suggest, either orally or in writing, to a beneficiary that the beneficiary must use a specific repair person or facility or a repair person or facility identified on a preferred list compiled by an insurer for the damage repair or parts replacement to be covered by the policy; or
  (3) restrict the right of a beneficiary or third-party claimant to choose a repair person or facility by requiring the beneficiary or third-party claimant to travel an unreasonable distance to repair the damage.

## Insurance Code 1952.303

(a) A contract between an insurer and a repair person or facility, including an agreement under which the repair person or facility agrees to extend discounts for parts or labor to the insurer in exchange for referrals by the insurer, may not result in a reduction of coverage under an insured's automobile insurance policy.
(b) The commissioner may adopt rules under Chapter 542 with respect to any fraudulent activity of any party to an agreement described by Subsection (a).

## Insurance Code 1952.304

An insurer may not prohibit a repair person or facility from providing a beneficiary or third-party claimant with information that states:
  (1) the description, manufacturer, or source of the parts used; and
  (2) the amounts charged to the insurer for the parts and related labor.



Thank you for choosing Christus St. Patrick Emergency Department for you health care needs.

**DELTA**
FINANCIAL SERVICES

1442 South College
Lafayette LA 70503-2912

(337) 265-2840

MEMBER

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals

Name:   Tommy E Warwas
Ref No:  1180287
Balance: $124.18

## FINAL DEMAND FOR PAYMENT

Demand for this claim was sent to you previously.  According to our records neither payment nor valid reason for non-payment has been received.  We must make final disposition of this claim within ten days time.  To avoid further measures remit by cash, check, or money order immediately.  Your creditors are listed as follows:

Emergency Medicine Specia    124.18

Your balance is now $124.18.  How we proceed now is up to you.  Visa and MasterCard accepted!

This is an attempt to collect a debt and any information obtained will be used for that purpose.

This communication is from a debt collector.

Please call (337) 265-2840 if you have any questions.

***Detach Lower Portion and Return with Payment***

NONDELT01211

---

PO Box 52253
Lafayette LA  70505-2253
RETURN SERVICE REQUESTED

| Account Number | | Exp Date |
| --- | --- | --- |
| | | $ |
| Card Holder Name | | Pmt Amt |
| Signature of Card Holder | | Date |

April 15, 2010

1180287-211   678949   001536

Tommy Warwas
PO Box 5765
Lake Charles LA 70606-5765

**Delta Financial Services**
PO Box 52253
Lafayette LA  70505-2253

Ref No.:  1180287
Balance: $124.18

| Allergies: ☐ No Known Allergies | ☐ Latex | ☐ Food: |
|---|---|---|

☐ Medications/Contrast Media:

| Home medication List Obtained by: | ☐ Medication brought from home | ☐ Patient Report |
|---|---|---|

## MEDICATIONS I SHOULD TAKE AT HOME (Use additional sheet if necessary)

| Start Date | My Medicine | Strength | Dose | Route | How Often to Take Each Day | Reason | Provider Name | Recommended Changes, if any / Status |
|---|---|---|---|---|---|---|---|---|
| | Lyrica | 15m | 1 | ☑ By mouth / Other: ___ | ☐1 ☐2 ☑3 ☐4 ☐ ___ | Headaches | K Ammel | |
| | Clonazepam | 1mg | 1 | ☑ By mouth / Other: ___ | ☐1 ☑2 ☐3 ☐4 ☐ ___ | Headaches | K Ammel | |
| | Ibuprofen | 600m | 1 | ☐ By mouth / Other: ___ | ☑ As needed ☐ ___ | Pain | OTC | OFF |
| | Nexium | 40mg | 1 | ☑ By mouth / Other: ___ | ☑1 ☐2 ☐3 ☐4 ☐ ___ | Stomach | Hutchinson | Changed |
| 11/16/10 | Topamax | 2 un | 1 | ☑ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☑ bedtime | Migranes | Sxitic | STOPPED AE |
| | Dexilant | | 1 | ☐ By mouth / Other: ___ | ☑1 ☐2 ☐3 ☐4 ☐ ___ | Stomach | Hut / BAHN | |
| | Sumitriptan | 50 mg | 1/3 | ☑ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☑ As need | migraine | AMER KAHN | |
| 4/20/11 | Propranolol | 40 | 1-11 | ☑ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☐ 2 or 3 times a day | headache | Snatic | |
| | | | | ☐ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☐ ___ | | | |
| | | | | ☐ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☐ ___ | | | |
| | | | | ☐ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☐ ___ | | | |
| | | | | ☐ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☐ ___ | | | |
| | | | | ☐ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☐ ___ | | | |
| | | | | ☐ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☐ ___ | | | |
| | | | | ☐ By mouth / Other: ___ | ☐1 ☐2 ☐3 ☐4 ☐ ___ | | | |

PT#: 1032000124
WARWAS, TOMMY E JR
SERVICE: LNC    TYPE: SER    FC:BC
ADMIT DATE/TIME: 11/16/10 14:14
SNATIC, STEVEN JAME    C#:00496958
UNIT#: 0000526864
DOB:04/20/57 53Y
C/M

**OUR LADY OF LOURDES REGIONAL MEDICAL CENTER**
**611 ST LANDRY STREET, LAFAYETTE, LA 70506**

**OFF-SITE CLINIC**
**HOME MEDICATION RECONCILIATION FORM**

Form # * L 1 0 0 0 6 4 * ; 6/08, 04/10



Test: _____ Location: _____ Phone: _____ Scheduled Date/Time: _____

Test: _____ Location: _____ Phone: _____ Scheduled Date/Time: _____

Test: _____ Location: _____ Phone: _____ Scheduled Date/Time: _____

**The Neurology center will send the order for your test and your insurance information to the facility above. We will ask them to call you to schedule a time that is convenient for you. If you have not received a call in two working days, please call them to schedule.**

## Lab Work

- [ ] Have your lab work drawn _____
- [ ] Do not eat or drink after midnight _____ OK to eat and drink after midnight
- [ ] After completing all tests, call the office within 3-5 working days for results.
- [ ] **All test results will be discussed at your next appointment.**

## Medications

- [ ] **Bring to your appointment, all the medicines, including vitamins and over the counter medicines you are taking.**
  **Prescription refills given today:** _____
- [ ] Updated list of medicines reviewed and given to patient.
- [ ] Please replace any old medicine list with your new one. Let your doctors and pharmacist know you have had changes in your medicines.

- [ ] Call the clinic if you have any questions or concerns: **Phone # 337-289-4978  Fax # 337-289-4951. If you are calling after business hours, please listen for the phone number for the on call physician.**

1 month
**Next Appointment: Day** _Thurs_ **Date** _May 19_ **Time** _3:00 pm_

Propanolol 40mg take 1 twice a day if not
helping may increase to 1 1/2 twice a day
if still no relief may increase to 2 twice
a day - If still no help may also increase
three times a day.

**Time** _3:16_ **Date** _4/20/11_ _Tommy Warwas NB_ _____
          M  D  Y    **Signature/Relationship**           **Nurse Signature**

Tommy Warwas

**PATIENT LABEL**

**OUR LADY OF LOURDES REGIONAL MEDICAL CENTER**
**611 ST LANDRY STREET, LAFAYETTE, LA 70506**

**NEUROLOGY CENTER DISCHARGE INFORMATION**



; NEW 01/10

*196691*

96691

#85630/; Rev. 2/05

# TREATMENT AND BENEFIT AUTHORIZATION

11. DENTURES: I understand that the Hospital provides denture cups for me if I require them. I will take precautions to be sure that my dentures are properly kept and cared for and they will be kept in the denture cup at all times when I am not wearing/using them.

12. **ADVANCED DIRECTIVES AND PATIENTS BILL OF RIGHTS. (Patient Self Determination Act)** Complete this section for acute, ambulatory surgery, observation and transitional care patients only.) **I acknowledge that I have been given information regarding this state's law on living wills and advance directives. Advance directives are documents such as living wills or powers of attorney for health care.**
**Please initial** the following Applicable Statements:
_____  I have executed a Living Will and have been requested to supply a copy to Lourdes.
_____  I have reviewed the Living Will on file at Lourdes and it is my current copy.
_____  I have not executed a Living Will.
_____  I have received information about Advanced Directives as required by federal law.

13. Patient Information Booklet: I ☐ have received ☐ refused a Patient Information booklet/packet with the following information and understand that I can ask for help in understanding this information from my healthcare provider:
Patient Bill of Rights & Responsibilities
Personal Representative Designation Form ☐ Received ☐ Refused
Medicare Message (Medicare Message for Medicare patients only)
Your Safety & Security or Being a Partner in Healthcare Pamphlet
Smoke Free Facility & Smoke Stopping Information

14. **Initial this _____ for outpatient non-surgical procedures**. This Agreement shall apply to any/all outpatient Non-surgical procedures provided during the twelve (12) month period from the date indicated below for the same diagnosis and service. **PATIENT/PERSONAL REPRESENTATIVE MUST COMPLETE BY SIGNING OR INITIALING.**

15. **CONSENT TO DISCLOSE GENERAL INFORMATION. I understand that my name, location in hospital, and general condition may be provided to any person asking about me by name, and to members of the clergy, my family, individuals involved in my health care, for disaster relief efforts, or as required by law. I do ☐ do not ☐ give consent for this information to be disclosed. Except as listed** _____.

_____
**(Patient/Personal Representative Signature or Initial)**

**I certify that I have read and fully understand this document. I, as the patient/personal representative, agree to sign this document indicating that I agree with all of its terms and statements.**

| | | |
|---|---|---|
| _____ | _____ | \_\_\_ / \_\_\_ / \_\_\_ |
| **Patient / Personal Representative** | **Relationship to Patient** | **Date** |

_____   \_\_\_ / \_\_\_ / \_\_\_
**Signature, Witness**                         **Date**

_____   \_\_\_ / \_\_\_ / \_\_\_
**Insureds Signature if not patient**          **Date**

PATIENT LABEL

**OUR LADY OF LOURDES REGIONAL MEDICAL CENTER**
**611 ST. LANDRY STREET**
**LAFAYETTE, LA 70506**
Page 3 of 3



**FARMERS**

Send all correspondence to:
Farmers National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994
Fax: (877) 217-1389
Email: claimsdocuments@farmersinsurance.com

March 14, 2009

001167

Tommy E Warwas
PO Box 5765
Lake Charles, LA 70606-5765

RE:     Claim Number:      1013694191
         Policy Number:      0041959285
         Date of Loss:        03/13/2009

Dear Tommy Warwas:

This letter is to confirm the report of a recent claim and to provide you with important details about our claims process. A claims professional out of our Total Loss COE claims office has been assigned to work with you. If you ever need to contact your assigned claims representative directly, please feel free to call them at (800) 435-7764; simply refer to your assigned claim number shown above. Your claims representative will be responsible for explaining the claims process to you, keeping you informed and ensuring that you understand your specific outcome. You can help us speed the process along by sharing all the details of your loss, providing requested documents as soon as possible and asking questions about any part of the process that is unclear to you. By this letter, we are advising you of your responsibility to take the necessary steps to protect your vehicle from further damages including avoiding unnecessary storage expenses.

For your convenience, you may obtain information about your claim online at our web site _www.farmers.com_ within our "Manage My Policies" feature. Enrolling is simple and if you are already enrolled, enter your User ID and Password to obtain updates about your claim.

Our goal is to provide you with the best possible service, including a clear understanding of your claims process and outcome, and to respond promptly to your inquiries. Your claims representative is available to answer your questions and can be reached at (800) 435-7764. If you need emergency assistance after our normal business hours — 8 a.m. to 4:30 p.m. Monday through Friday — please call Farmers HelpPoint at (800) HelpPoint – (800) 435-7764.

Sincerely,

Farmers Texas County Mutual Insurance Company

PXRR60LD11



**CHEVROLET**

February 8, 2010

Mr. Tom Warwas
Po Box 5765
Lake Charles, LA  70606

Service request: 71-800293829
Vehicle Identification Number: 1G1YY26U475129317
Customer Relationship Specialist: Brandy

Dear Mr. Warwas:

Thank you for allowing us the opportunity to review the product allegation involving your 2007 Chevrolet Corvette.  Unfortunately, our attempts to reach you by phone on February 4 and 5 were unsuccessful.

Therefore, we will not be able to take any further action regarding your concern until we have an opportunity to discuss this with you.  We will continue to hold your file open for 10 days.

Please contact our Business Resource Center at 1-800-231-1841 Monday through Friday between 9:30 a.m. and 6:00 p.m., Eastern Time.  Please refer to your service request number above when calling.

Sincerely,

General Motors

cc:  FILE

PA0005
V10202009

**HRRG**

PO BOX 189053
PLANTATION FL 33318-9053

Faxed 8 7 ( ~ ) 389
Anne
Clm # 10136949198~1-11

**800-567-1757**

en Español 800-398-3975

July 16, 2009



TOMMY E WARWAS          T5  P1      HRRG/001300 Y/AABB
PO BOX 5765
LAKE CHARLES LA 70606-5765

Re: **FST182 Insurance Denial**                                      PIN# 63130878

Dear Tommy E Warwas:

In response to a claim submitted for services provided on the date(s) listed below, your carrier has recently sent a denial letter. We ask that you **please remit full payment** at this time. (NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.)

Payment may be by credit card, check or money order. Just fill in your credit card information on the reverse, or enclose your check/money order **payable to the creditor**, along with the payment voucher below. The reply envelope provided needs no postage. Unless specified, your payment will be applied to the oldest balance first.

Thank you for your anticipated cooperation in this matter.

Best regards from,

Healthcare Revenue Recovery Group, LLC

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

Client Account: **0028 - 04315112**                    Amount Enclosed  $_____

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| ACS PRIM CARE PHYS-LA,PC | 0081840111-04315112 | WARWAS,TOMMY E | 727.00 | 03/15/09 |
| ACS PRIM CARE PHYS-LA,PC | 0081923555-04315112 | WARWAS,TOMMY E | 727.00 | 03/13/09 |

**PAYMENT VOUCHER**

PO BOX 5406
CINCINNATI OH 45273-7942

0 009436604 000145400 5

H

Partners in Physical Therapy

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| **WARTO000  Tom Warwas** | | | (337)309-5945 | | | | | |
| | Last Payment: | -85.41 | On: 1/8/2010 | | | | | |
| 67033 | 10/22/2009 | 11 | | 3303 | 97001 | 0910230000 | LAG | 200.00 |
| 67470 | 10/26/2009 | | Medicare was billed | 3303 | INSBILLED | 0910230000 | LAG | 0.00 |
| 68596 | 10/28/2009 | 11 | | 3303 | 97110 | 0910290000 | LAG | 90.00 |
| 68597 | 10/28/2009 | 11 | | 3303 | 97140 | 0910290000 | LAG | 90.00 |
| 68753 | 10/29/2009 | 11 | | 3303 | 97140 | 0910300000 | LAG | 90.00 |
| 68754 | 10/29/2009 | 11 | | 3303 | 97140 | 0910300000 | LAG | 90.00 |
| 68843 | 10/30/2009 | | Medicare was billed | 3303 | INSBILLED | 0910290000 | LAG | 0.00 |
| 69003 | 10/30/2009 | 11 | | 3303 | 97110 | 0911020000 | LAG | 90.00 |
| 69004 | 10/30/2009 | 11 | | 3303 | 97140 | 0911020000 | LAG | 90.00 |
| 69213 | 11/3/2009 | | Medicare was billed | 3303 | INSBILLED | 0911020000 | LAG | 0.00 |
| 69612 | 11/2/2009 | 11 | | 3303 | 97140 | 0911030000 | LAG | 90.00 |
| 69613 | 11/2/2009 | 11 | | 3303 | 97110 | 0911030000 | LAG | 45.00 |
| 69614 | 11/2/2009 | 11 | | 3303 | 97032 | 0911030000 | LAG | 32.00 |
| 69653 | 11/3/2009 | | Medicare was billed | 3303 | INSBILLED | 0910230000 | LAG | 0.00 |
| 70054 | 11/2/2009 | | #317838184 Medicare | 3303 | MEDICARE | 0910230000 | LAG | 0.00 |
| 70055 | 11/2/2009 | | Adjustment | 3303 | MEDICAREAD | 0910230000 | LAG | -133.26 |
| 70958 | 11/5/2009 | | Carrier: BLU00 was billed | 3303 | INSBILLED | 0910230000 | LAG | 0.00 |
| 71119 | 11/4/2009 | 11 | | 3303 | 97140 | 0911060000 | LAG | 135.00 |
| 71120 | 11/4/2009 | 11 | | 3303 | 97032 | 0911060000 | LAG | 32.00 |
| 71121 | 11/4/2009 | 11 | | 3303 | 97010 | 0911060000 | LAG | 21.00 |
| 71122 | 11/5/2009 | 11 | | 3303 | 97110 | 0911060000 | LAG | 90.00 |
| 71123 | 11/5/2009 | 11 | | 3303 | 97140 | 0911060000 | LAG | 90.00 |
| 71167 | 11/6/2009 | | Medicare was billed | 3303 | INSBILLED | 0911060000 | LAG | 0.00 |
| 72290 | 11/10/2009 | 11 | | 3303 | 97110 | 0911110000 | FAR | 90.00 |
| 72291 | 11/10/2009 | 11 | | 3303 | 97140 | 0911110000 | FAR | 90.00 |
| 72359 | 11/11/2009 | | Medicare was billed | 3303 | INSBILLED | 0911110000 | LAG | 0.00 |
| 72852 | 11/13/2009 | 11 | | 3303 | A4556 | 0911160000 | LAG | 7.50 |
| 73017 | 11/12/2009 | 11 | | 3303 | 97110 | 0911160000 | LAG | 90.00 |
| 73018 | 11/12/2009 | 11 | | 3303 | 97140 | 0911160000 | LAG | 90.00 |
| 73120 | 11/13/2009 | 11 | | 3303 | 97140 | 0911160000 | LAG | 90.00 |
| 73121 | 11/13/2009 | 11 | | 3303 | 97110 | 0911160000 | LAG | 90.00 |
| 73200 | 11/17/2009 | | Medicare was billed | 3303 | INSBILLED | 0911160000 | LAG | 0.00 |
| 74047 | 11/16/2009 | 11 | | 3303 | 97140 | 0911170000 | MBM | 90.00 |
| 74048 | 11/16/2009 | 11 | | 3303 | 97110 | 0911170000 | MBM | 45.00 |
| 74049 | 11/16/2009 | 11 | | 3303 | 97032 | 0911170000 | MBM | 32.00 |
| 74208 | 11/17/2009 | | Medicare was billed | 3303 | INSBILLED | 0911170000 | LAG | 0.00 |
| 74680 | 11/18/2009 | | #881294077 Medicare | 3303 | MEDICARE | 0910290000 | LAG | -15.78 |
| 74681 | 11/18/2009 | | Carrier 1 Deductible -$33.65 | 3303 | DEDUCTIBLE | 0910290000 | LAG | 0.00 |
| 74682 | 11/18/2009 | | Adjustment | 3303 | MEDICAREAD | 0910290000 | LAG | -36.62 |
| 74683 | 11/18/2009 | | #881294077 Medicare | 3303 | MEDICARE | 0910290000 | LAG | -39.52 |
| 74684 | 11/18/2009 | | Adjustment | 3303 | MEDICAREAD | 0910290000 | LAG | -40.60 |
| 74685 | 11/18/2009 | | #881294077 Medicare | 3303 | MEDICARE | 0910300000 | LAG | -42.70 |
| 74686 | 11/18/2009 | | Adjustment | 3303 | MEDICAREAD | 0910300000 | LAG | -36.62 |
| 74687 | 11/18/2009 | | #881294077 Medicare | 3303 | MEDICARE | 0910300000 | LAG | -39.52 |
| 74688 | 11/18/2009 | | Adjustment | 3303 | MEDICAREAD | 0910300000 | LAG | -40.60 |

Dept 842      6083787310042
PO Box 4115
Concord, CA 94524

# RRS RECEIVABLE RECOVERY SERVICES, L.L.C.

110 Veterans Blvd., Suite 445, Metairie, LA. 70005
504-837-0116  *  Fax 504-837-0376  *  800-459-0116

Return Service Requested

2076815
TOMMY E WARWAS
PO BOX 5765
LAKE CHARLES LA 70606-5765

RE: OUR LADY OF LOURDES
DATE: 04-08-10
ACCOUNT: 0917000091
**BALANCE: $59.00**
PATIENT NAME: WARWAS,TOMMY E

# NOTICE OF DEFAULT

Your account is seriously past due and payment in full is required.

We have been retained by the above creditor to present this claim on their behalf.

If you cannot pay this amount in full, please call our office to make suitable arrangements. If we do not hear from you, we will assume that you have no intention of paying this debt and proceed accordingly.

Our client's records indicate that the above balance is your responsibility. If you have health insurance covering these specific charges, please call us immediately with the information.

This bill may be reported to a credit reporting bureau if not paid in full within 45 days from the date we first received your account.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

NOTICE: THIS IS A BILL. BASED UPON INFORMATION FROM YOUR HEALTH PLAN, YOU OWE THE AMOUNT SHOWN.

✁ In order to credit your account properly, please return this bottom portion with your payment. ✁

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RE: OUR LADY OF LOURDES
DATE: 04-08-10
ACCOUNT: 0917000091
**BALANCE: $59.00**
AMOUNT ENCLOSED: $_____

To pay online, please visit our website:
www.rrspay.com
Use Account #: 2076815

Receivable Recovery Services, LLC.
P.O. Box 7100
Metairie, LA 70010-7100

IF PAYING BY MASTERCARD, VISA, DISCOVER OR AMEX, FILL OUT BELOW.

| CHECK CARD USAGE FOR PAYMENT | | | |
|---|---|---|---|
| ☐ MASTERCARD | ☐ VISA | ☐ DISCOVER | ☐ AMERICAN EXPRESS AMEX |

CARD NUMBER _____    SECURITY CODE _____

SIGNATURE _____    EXP DATE _____

| DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 04-08-10 | $59.00 | 0917000091 |

Card holder's phone # _____    SHOW AMOUNT PAID HERE $_____

TOMMY E WARWAS 2076815
PO BOX 5765
LAKE CHARLES LA 70606-5765

RRSECBM-0408A301768-JRR1-7 1768

# TRANSFINANCIAL COMPANIES

CREDIT RECOVERY AND MANAGEMENT SYSTEMS

**Toll Free: (800) 611-7508 ◆ (225) 767-5055**

PO Box 80103
Baton Rouge LA 70898-0103
ADDRESS SERVICE REQUESTED

May 3, 2010

**TRANSFINANCIAL COMPANIES**
PO Box 80103
Baton Rouge LA 70898-0103

0003077827-H1A     329447675

**\*PERSONAL & CONFIDENTIAL\***
Tommy E Warwas
PO Box 5765
Lake Charles LA 70606-5765

Re: Our Client:  Lake Charles Memorial Hospital
Our File No.:    TFC1-100005-0003077827
Total Due:       $1,143.33

---

**Past Due Balance**

**\*\*\*Detach Upper Portion And Return With Payment\*\*\***

Re: Our Client:  **Lake Charles Memorial Hospital**
Our File No.:    **TFC1-100005-0003077827**
Total Due:       **$1,143.33**

**Insurance Form on Back**


TransFinancial Companies (TFC) has been retained by Lake Charles Memorial Hospital to collect your past due account in the amount of $1,143.33.

To amicably resolve this account, make your check or money order for $1,143.33 payable to TransFinancial Companies, and mail to TransFinancial Companies, PO Box 80103, Baton Rouge LA 70898-0103.

If you wish to discuss your account or make installment payment arrangements, please contact one of our friendly account representatives.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT (15 USC 1692G), UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF THIS OFFICE RECEIVES FROM YOU A REQUEST WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE NAMED CREDITOR.**

To pay your bill online with an electronic check or a Visa/Mastercard debit or credit card, please go to
http://paytransfinancialonline.com.

   

2COTRAN01H1A

---

Partners in Physical Therapy

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| **WARTO000  Tom Warwas** | | | (337)309-5945 | | | | | |
| Last Payment: | | -85.41 | On: 1/8/2010 | | | | | |
| 67033 | 10/22/2009 | 11 | | 3303 | 97001 | 0910230000 | LAG | 200.00 |
| 67470 | 10/26/2009 | | Medicare was billed | 3303 | INSBILLED | 0910230000 | LAG | 0.00 |
| 68596 | 10/28/2009 | 11 | | 3303 | 97110 | 0910290000 | LAG | 90.00 |
| 68597 | 10/28/2009 | 11 | | 3303 | 97140 | 0910290000 | LAG | 90.00 |
| 68753 | 10/29/2009 | 11 | | 3303 | 97110 | 0910300000 | LAG | 90.00 |
| 68754 | 10/29/2009 | 11 | | 3303 | 97140 | 0910300000 | LAG | 90.00 |
| 68843 | 10/30/2009 | | Medicare was billed | 3303 | INSBILLED | 0910290000 | LAG | 0.00 |
| 69003 | 10/30/2009 | 11 | | 3303 | 97110 | 0911020000 | LAG | 90.00 |
| 69004 | 10/30/2009 | 11 | | 3303 | 97140 | 0911020000 | LAG | 90.00 |
| 69213 | 11/3/2009 | | Medicare was billed | 3303 | INSBILLED | 0911020000 | LAG | 0.00 |
| 69612 | 11/2/2009 | 11 | | 3303 | 97140 | 0911030000 | LAG | 90.00 |
| 69613 | 11/2/2009 | 11 | | 3303 | 97110 | 0911030000 | LAG | 45.00 |
| 69614 | 11/2/2009 | 11 | | 3303 | 97032 | 0911030000 | LAG | 32.00 |
| 69653 | 11/3/2009 | | Medicare was billed | 3303 | INSBILLED | 0911030000 | LAG | 0.00 |
| 70054 | 11/2/2009 | | #317838184 Medicare | 3303 | MEDICARE | 0910230000 | LAG | 0.00 |
| 70055 | 11/2/2009 | | Adjustment | 3303 | MEDICAREADJ | 0910230000 | LAG | -133.26 |
| 70958 | 11/5/2009 | | Carrier: BLU00 was billed | 3303 | INSBILLED | 0910230000 | LAG | 0.00 |
| 71119 | 11/4/2009 | | | 3303 | 97140 | 0911060000 | LAG | 135.00 |
| 71120 | 11/4/2009 | 11 | | 3303 | 97032 | 0911060000 | LAG | 32.00 |
| 71121 | 11/4/2009 | 11 | | 3303 | 97010 | 0911060000 | LAG | 21.00 |
| 71122 | 11/5/2009 | 11 | | 3303 | 97110 | 0911060000 | LAG | 90.00 |
| 71123 | 11/5/2009 | 11 | | 3303 | 97140 | 0911060000 | LAG | 90.00 |
| 71167 | 11/6/2009 | | Medicare was billed | 3303 | INSBILLED | 0911060000 | LAG | 0.00 |
| 72290 | 11/10/2009 | 11 | | 3303 | 97110 | 0911110000 | FAR | 90.00 |
| 72291 | 11/10/2009 | 11 | | 3303 | 97140 | 0911110000 | FAR | 90.00 |
| 72359 | 11/11/2009 | | Medicare was billed | 3303 | INSBILLED | 0911110000 | LAG | 0.00 |
| 72852 | 11/13/2009 | 11 | | 3303 | A4556 | 0911160000 | LAG | 7.50 |
| 73017 | 11/12/2009 | 11 | | 3303 | 97110 | 0911160000 | LAG | 90.00 |
| 73018 | 11/12/2009 | 11 | | 3303 | 97140 | 0911160000 | LAG | 90.00 |
| 73120 | 11/13/2009 | 11 | | 3303 | 97140 | 0911160000 | LAG | 90.00 |
| 73121 | 11/13/2009 | 11 | | 3303 | 97110 | 0911160000 | LAG | 90.00 |
| 73200 | 11/17/2009 | | Medicare was billed | 3303 | INSBILLED | 0911160000 | LAG | 0.00 |
| 74047 | 11/16/2009 | 11 | | 3303 | 97140 | 0911170000 | MBM | 90.00 |
| 74048 | 11/16/2009 | 11 | | 3303 | 97110 | 0911170000 | MBM | 45.00 |
| 74049 | 11/16/2009 | 11 | | 3303 | 97032 | 0911170000 | MBM | 32.00 |
| 74208 | 11/17/2009 | | Medicare was billed | 3303 | INSBILLED | 0911170000 | LAG | 0.00 |
| 74680 | 11/18/2009 | | #881294077 Medicare | 3303 | MEDICARE | 0910290000 | LAG | -15.78 |
| 74681 | 11/18/2009 | | Carrier 1 Deductible -$33.65 | 3303 | DEDUCTIBLE | 0910290000 | LAG | 0.00 |
| 74682 | 11/18/2009 | | Adjustment | 3303 | MEDICAREADJ | 0910290000 | LAG | -36.62 |
| 74683 | 11/18/2009 | | #881294077 Medicare | 3303 | MEDICARE | 0910290000 | LAG | -39.52 |
| 74684 | 11/18/2009 | | Adjustment | 3303 | MEDICAREADJ | 0910290000 | LAG | -40.60 |
| 74685 | 11/18/2009 | | #881294077 Medicare | 3303 | MEDICARE | 0910300000 | LAG | -42.70 |
| 74686 | 11/18/2009 | | Adjustment | 3303 | MEDICAREADJ | 0910300000 | LAG | -36.62 |
| 74687 | 11/18/2009 | | #881294077 Medicare | 3303 | MEDICARE | 0910300000 | LAG | -39.52 |
| 74688 | 11/18/2009 | | Adjustment | 3303 | MEDICAREADJ | 0910300000 | LAG | -40.60 |

Partners in Physical Therapy

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 79580 | 12/8/2009 | | Carrier: BLU00 was billed | 3303 | INSBILLED | 0911030000 | LAG | 0.00 |
| 79754 | 12/4/2009 | 11 | | 3303 | 97110 | 0912080000 | FAR | 90.00 |
| 79755 | 12/4/2009 | 11 | | 3303 | 97140 | 0912080000 | FAR | 90.00 |
| 79804 | 12/8/2009 | | Medicare was billed | 3303 | INSBILLED | 0912080000 | LAG | 0.00 |
| 80097 | 12/7/2009 | 11 | | 3303 | 97140 | 0912090000 | FAR | 90.00 |
| 80098 | 12/7/2009 | 11 | | 3303 | 97110 | 0912090000 | FAR | 90.00 |
| 80305 | 12/9/2009 | | Medicare was billed | 3303 | INSBILLED | 0912090000 | LAG | 0.00 |
| 80539 | 12/9/2009 | 11 | | 3303 | 97140 | 0912100000 | FAR | 135.00 |
| 80540 | 12/9/2009 | 11 | | 3303 | 97035 | 0912100000 | FAR | 30.00 |
| 80589 | 12/10/2009 | | Medicare was billed | 3303 | INSBILLED | 0912100000 | LAG | 0.00 |
| 81194 | 12/11/2009 | 11 | | 3303 | 97110 | 0912140000 | FAR | 45.00 |
| 81195 | 12/11/2009 | 11 | | 3303 | 97140 | 0912140000 | FAR | 135.00 |
| 81250 | 12/14/2009 | | Medicare was billed | 3303 | INSBILLED | 0912140000 | LAG | 0.00 |
| 82539 | 12/14/2009 | 11 | | 3303 | 97110 | 0912160000 | LAG | 90.00 |
| 82540 | 12/14/2009 | 11 | | 3303 | 97140 | 0912160000 | LAG | 90.00 |
| 82579 | 12/16/2009 | | Medicare was billed | 3303 | INSBILLED | 0912160000 | LAG | 0.00 |
| 82717 | 12/16/2009 | | #881313895 Medicare | 3303 | MEDICARE | 0911240000 | FAR | -42.70 |
| 82718 | 12/16/2009 | | Adjustment | 3303 | MEDICAREAD | 0911240000 | FAR | -36.62 |
| 82719 | 12/16/2009 | | #881313895 Medicare | 3303 | MEDICARE | 0911240000 | FAR | -39.52 |
| 82720 | 12/16/2009 | | Adjustment | 3303 | MEDICAREAD | 0911240000 | FAR | -40.60 |
| 82953 | 12/16/2009 | 11 | | 3303 | 97110 | 0912170000 | FAR | 90.00 |
| 82954 | 12/16/2009 | 11 | | 3303 | 97140 | 0912170000 | FAR | 90.00 |
| 82997 | 12/17/2009 | | Medicare was billed | 3303 | INSBILLED | 0912170000 | LAG | 0.00 |
| 83267 | 12/18/2009 | 11 | | 3303 | 97110 | 0912210000 | MBM | 45.00 |
| 83268 | 12/18/2009 | 11 | | 3303 | 97140 | 0912210000 | MBM | 135.00 |
| 83543 | 12/21/2009 | | Medicare was billed | 3303 | INSBILLED | 0912210000 | LAG | 0.00 |
| 83849 | 12/21/2009 | 11 | | 3303 | 97110 | 0912220000 | FAR | 180.00 |
| 84626 | 12/21/2009 | | #881316957 Medicare | 3303 | MEDICARE | 0912010000 | LAG | -64.06 |
| 84627 | 12/21/2009 | | Adjustment | 3303 | MEDICAREAD | 0912010000 | LAG | -54.93 |
| 84628 | 12/21/2009 | | #881316957 Medicare | 3303 | MEDICARE | 0912010000 | LAG | -8.85 |
| 84629 | 12/21/2009 | | Adjustment | 3303 | MEDICAREAD | 0912010000 | LAG | -18.94 |
| 84679 | 12/22/2009 | | Medicare was billed | 3303 | INSBILLED | 0912220000 | LAG | 0.00 |
| 84939 | 12/23/2009 | | Medicare was billed | 3303 | INSBILLED | 0911160000 | LAG | 0.00 |
| 85682 | 12/28/2009 | | #881321166 Medicare | 3303 | MEDICARE | 0912080000 | FAR | -42.70 |
| 85683 | 12/28/2009 | | Adjustment | 3303 | MEDICAREAD | 0912080000 | FAR | -36.62 |
| 85684 | 12/28/2009 | | #881321166 Medicare | 3303 | MEDICARE | 0912080000 | FAR | -39.52 |
| 85685 | 12/28/2009 | | Adjustment | 3303 | MEDICAREAD | 0912080000 | FAR | -40.60 |
| 86922 | 1/4/2010 | | Patient statement was billed | 3303 | STMTBILLED | 0910230000 | LAG | 0.00 |
| 87121 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912090000 | FAR | -39.52 |
| 87122 | 12/31/2009 | | Adjustment | 3303 | MEDICAREAD | 0912090000 | FAR | -40.60 |
| 87123 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912090000 | FAR | -42.70 |
| 87124 | 12/31/2009 | | Adjustment | 3303 | MEDICAREAD | 0912090000 | FAR | -36.62 |
| 87125 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912100000 | FAR | -59.28 |
| 87126 | 12/31/2009 | | Adjustment | 3303 | MEDICAREAD | 0912100000 | FAR | -60.90 |
| 87127 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912100000 | FAR | -8.85 |
| 87128 | 12/31/2009 | | Adjustment | 3303 | MEDICAREAD | 0912100000 | FAR | -18.94 |
| 87129 | 12/31/2009 | | #881323307 Medicare | 3303 | MEDICARE | 0912140000 | FAR | -21.35 |

Partners in Physical Therapy

# Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| 74910 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911020000 | LAG | -42.70 |
| 74911 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911020000 | LAG | -36.62 |
| 74912 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911020000 | LAG | -39.52 |
| 74913 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911020000 | LAG | -40.60 |
| 74914 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911030000 | LAG | -39.52 |
| 74915 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911030000 | LAG | -40.60 |
| 74916 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911030000 | LAG | -21.35 |
| 74917 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911030000 | LAG | -18.31 |
| 74918 | 11/20/2009 | | #881295610 Medicare | 3303 | MEDICARE | 0911030000 | LAG | -12.28 |
| 74919 | 11/20/2009 | | Adjustment | 3303 | MEDICAREAD | 0911030000 | LAG | -16.65 |
| 75374 | 11/19/2009 | 11 | | 3303 | 97140 | 0911240000 | FAR | 90.00 |
| 75375 | 11/19/2009 | 11 | | 3303 | 97140 | 0911240000 | FAR | 90.00 |
| 75581 | 11/25/2009 | | Medicare was billed | 3303 | INSBILLED | 0911240000 | LAG | 0.00 |
| 76416 | 11/30/2009 | 11 | | 3303 | NOSHOW | 0912010000 | LAG | 25.00 |
| 76681 | 11/24/2009 | 11 | | 3303 | 97110 | 0912010000 | LAG | 135.00 |
| 76682 | 11/24/2009 | 11 | | 3303 | 97035 | 0912010000 | LAG | 30.00 |
| 77140 | 11/30/2009 | | #881299835 Medicare | 3303 | MEDICARE | 0911060000 | LAG | -59.28 |
| 77141 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -60.90 |
| 77142 | 11/30/2009 | | #881299835 Medicare | 3303 | MEDICARE | 0911060000 | LAG | -12.28 |
| 77143 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -16.65 |
| 77144 | 11/30/2009 | | #881299835 Medicare | 3303 | MEDICARE | 0911060000 | LAG | -42.70 |
| 77145 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -36.62 |
| 77146 | 11/30/2009 | | #881299835 Medicare | 3303 | MEDICARE | 0911060000 | LAG | -39.52 |
| 77147 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -40.60 |
| 77148 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911060000 | LAG | -21.00 |
| 77279 | 11/30/2009 | | #881303449 Medicare | 3303 | MEDICARE | 0911110000 | FAR | -42.70 |
| 77280 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911110000 | FAR | -36.62 |
| 77281 | 11/30/2009 | | #881303449 Medicare | 3303 | MEDICARE | 0911110000 | FAR | -39.52 |
| 77282 | 11/30/2009 | | Adjustment | 3303 | MEDICAREAD | 0911110000 | FAR | -40.60 |
| 78353 | 12/3/2009 | | Medicare was billed | 3303 | INSBILLED | 0912010000 | LAG | 0.00 |
| 78780 | 12/3/2009 | | Patient statement was billed | 3303 | STMTBILLED | 0911160000 | LAG | 0.00 |
| 79251 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911160000 | LAG | -42.70 |
| 79252 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911160000 | LAG | -36.62 |
| 79253 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911160000 | LAG | -39.52 |
| 79254 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911160000 | LAG | -40.60 |
| 79255 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911160000 | LAG | -39.52 |
| 79256 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911160000 | LAG | -40.60 |
| 79257 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911160000 | LAG | -42.70 |
| 79258 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911160000 | LAG | -36.62 |
| 79259 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911170000 | MBM | -39.52 |
| 79260 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911170000 | MBM | -40.60 |
| 79261 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911170000 | MBM | -21.35 |
| 79262 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911170000 | MBM | -18.31 |
| 79263 | 12/4/2009 | | #881305477 Medicare | 3303 | MEDICARE | 0911170000 | MBM | -12.28 |
| 79264 | 12/4/2009 | | Adjustment | 3303 | MEDICAREAD | 0911170000 | MBM | -16.65 |
| 79575 | 12/8/2009 | | Carrier: BLU00 was billed | 3303 | INSBILLED | 0910290000 | LAG | 0.00 |
| 79576 | 12/8/2009 | | Carrier: BLU00 was billed | 3303 | INSBILLED | 0911020000 | LAG | 0.00 |



545500 545500                                                    000861L

**OUR LADY OF LOURDES**
REGIONAL MEDICAL CENTER
*Franciscan Missionaries of Our Lady Health System*
611 ST. LANDRY STREET, LAFAYETTE, LA 70506

RETURN SERVICE REQUESTED

| ACTIVITY STATEMENT DATE 04/06/09 | TOTAL | ACCOUNT # 0906001024 |
|---|---|---|

F/C:BC          P/T:SER

OUR LADY OF LOURDES
PO BOX 90906
LAFAYETTE LA 70509

TOM WARWAS
P O BOX 5765
LAKE CHARLES LA   70606

014

| PATIENT NAME | ACCOUNT NO. | ADMIT DATE | DISCHARGE DATE |
|---|---|---|---|
| WARWAS,TOM | 0906001024 | 03/01/09 | 03/31/09 |

| DESCRIPTION | AMOUNT |
|---|---|
| 761   TREATMENT ROOM | 63.00 |
| 983   PRO FEE/CLINIC | 22.00 |
| TOTAL CHARGES | 85.00 |
| 03/18/09 P0011   629 UPFRONT PATIENT PAYMENT | -20.00 |
| TOTAL PAYMENTS/ADJUSTMENTS | -20.00 |

NOTICE:
THIS IS NOT A BILL.  DO NOT PAY. IF IT IS
DETERMINED THAT THIS SERVICE OR A PORTION
OF THESE SERVICES IS NOT PAYABLE BY YOUR
HEALTH PLANS, YOU WILL BE RESPONSIBLE.

| INSURANCE NAME | GROUP # | POLICY | ACCOUNT BALANCE |
|---|---|---|---|
| 300098 BCBS PPO | | | |

**Your Medicare Number: XXX-XX-2749A**

336669648
Page 3 of 4
September 21, 2010



## General Information:

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital, or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Please have your complete Medicare number with you when you call 1-800-MEDICARE so your record can be located. For your protection this MSN does not include your entire number.

If you change your address, contact the Social Security Administration by calling 1-800-772-1213.

Want to see your latest claims? Visit MyMedicare.gov on the web any time, day, or night, and get the most out of your Medicare. Your personalized Medicare information is waiting for you online.

Cold and Flu Campaign
During this flu season, get your flu shot. Contact your health care provider for the flu shot. Get the flu shot, not the flu. You pay nothing if your health care provider accepts Medicare assignment.

Prostate Cancer Awareness Month
Prostate cancer is the second leading cause of cancer deaths in men. Medicare covers prostate screening tests once every 12 months for men with Medicare who are over age 50.

If you aren't due a payment check from Medicare, your Medicare Summary Notices (MSN) will now be mailed to you on a quarterly basis. You will no longer get a monthly statement in the mail for these types of MSNs. You will now get a statement every 90 days summarizing all of your Medicare claims. Your provider may send you a bill that you may need to pay before you get your MSN. When you get your MSN, look to see if you paid more than the MSN says is due. If you paid more, call your provider about a refund. If you have any questions about the bill from your provider, you should call your provider.

ALERT: Coverage by Medicare is limited to $1840 in 2009 and $1860 for 2010 for outpatient physical therapy and speech-language pathology combined. Occupational therapy services have the same limits. Medicare pays up to 80 percent of the limits after the deductible has been met. Exceptions to these limits apply to therapy billed by hospital outpatient departments and may also apply to medically necessary services.

NOTICE: Please send written appeal requests to: Medicare Redeterminations, Pinnacle Medicare Services, P.O. Box 8066, Little Rock, AR 72203-8066. Only appeals related correspondence sent to this address will be answered. For general inquiries, please call 1-800 MEDICARE.

Please send routine written inquiries to: General Medicare - BIC, P.O. Box 100297, Columbia, SC 29202-3297.

## MEDICARE PART B MEDICAL INSURANCE:

Medicare Part B helps pay for doctors' services, diagnostic tests, ambulance services, durable medical equipment, and other health care services, Medicare Part A Hospital Insurance helps pay for inpatient hospital care, inpatient care in a skilled nursing facility following a hospital stay, home health care and hospice care. You will be sent a separate notice if you received Part A services or any outpatient facility services.

## MEDICARE ASSIGNMENT:

Medicare Part B claims may be **assigned** or **unassigned**. Providers who accept **assignment** agree to accept the Medicare approved amount as total payment for covered services. Medicare pays its share of the approved amount directly to the provider. You may be billed for unmet portions of the annual deductible and the coinsurance. You may contact us at the address or telephone number in the Customer Service Information box on the front of this notice for a list of **participating providers** who always accept assignment. You may save money by choosing a participating provider.

Doctors who submit unassigned claims have not agreed to accept Medicare's approved amount as payment in full. Generally, Medicare pays you 80% of the approved amount after subtracting any part of the annual deductible you have not met. A doctor who does not accept assignment may charge you up to 115% of the Medicare approved amount. This is known as the Limiting Charge. Some states have additional payment limits. The NOTES section on the front of this notice will tell you if a doctor has exceeded the Limiting Charge and the correct amount to pay your doctor under the law.

## YOUR RESPONSIBILITY:

The amount in the **You May Be Billed** column is your share of cost for the services shown on this notice. You are responsible for:
- **annual deductible:** taken from the first Medicare Part B approved charges each calendar year,
- **coinsurance:** 20% of the Medicare approved amount, after the deductible has been met for the year,
- the amount billed, up to the **limiting charge,** for unassigned claims, and
- charges for services/supplies that are **not covered** by Medicare. You may not have to pay for certain denied services. If so, a NOTE on the front will tell you.

If you have supplemental insurance, it may help you pay these amounts. If you use this notice to claim supplemental benefits from another insurance company, make a copy for your records.

## WHEN OTHER INSURANCE PAYS FIRST:

All Medicare payments are made on the condition that you will pay Medicare back if benefits could be paid by insurance that is primary to Medicare. Types of insurance that should pay before Medicare include employer group health plans, no-fault insurance, automobile medical insurance, liability insurance and workers' compensation. Notify us right away if you have filed or could file a claim with insurance that is primary to Medicare.

## YOUR RIGHT TO APPEAL:

If you disagree with what Medicare approved for these services, you may appeal the decision. You must file your appeal within **120 days of the date you receive this notice.** Unless you show us otherwise, we assume you received this notice 5 days after the date of this notice. Follow the appeal instructions on the front of the last page of this notice. If you want **help with your appeal,** a friend or someone else can help you. Also, groups such as legal aid services may provide free assistance. To contact us for the names and telephone numbers of groups in your area, please see our Customer Service Information box on the front of this notice.

## HELP STOP MEDICARE FRAUD:

Fraud is a false representation by a person or business to get Medicare payments.
Some examples of fraud include:
- offers of goods or money in exchange for your Medicare Number
- telephone or door to door offers of free medical services or items, and
- claims for Medicare services/items you did not receive.

If you think a person or business is involved in fraud, you should call Medicare at the Customer Service telephone number on the front of this notice.

## INSURANCE COUNSELING AND ASSISTANCE:

Insurance Counseling and Assistance programs are located in every State. These programs have volunteer counselors who can give you free assistance with Medicare questions, including enrollment, entitlement, Medigap, and premium issues. If you would like to know how to get in touch with your local Insurance Counseling and Assistance Program Counselor, please call us at the number shown in the Customer Service Information box on the front of this notice.

336669648

# CMS/ Medicare Summary Notice

CENTERS for MEDICARE & MEDICAID SERVICES

Page 1 of 4

September 21, 2010

TOMMY      E WARWAS
P O BOX 5765
LAKE CHARLES LA  70606-5765

## CUSTOMER SERVICE INFORMATION

**Your Medicare Number: XXX-XX-2749A**

Pinnacle Medicare Services (#00528)

**Call: 1-800-MEDICARE (1-800-633-4227)**
**Ask For Doctor Services**
TTY for Hearing Impaired:  1-877-486-2048

Appeals Address: Please see the General
Information Section.

**BE INFORMED:**      Treat your Medicare Card
as you would a credit card.

This is a summary of claims processed from 07/20/2010 through 08/25/2010.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-10211-264-120 | | | | | | |
| **Acadian Ambulance Service IN, PO Box  92970,** | | | | | | a |
| **Lafayette, LA  70509-2970** | | | | | | |
| 07/09/10 | 1.0 ALS1-emergency (A0427-SH) | $745.11 | $388.95 | $311.16 | $77.79 | |
| 07/09/10 | 5.0 Ground mileage (A0425-SH) | 75.55 | 34.35 | 27.48 | 6.87 | |
| | Claim Total | $820.66 | $423.30 | $338.64 | $84.66 | |
| Claim number 11-10189-141-290 | | | | | | |
| **Jana P. Kaimal, MD, LLC, P O Box 4591,** | | | | | | a |
| **Lake Charles, LA  70606-4591** | | | | | | |
| Referred by: Landry, Richard | | | | | | |
| Dr. Kaimal, Janardana P.  M.D. | | | | | | |
| 07/01/10 | 1.0 Office/outpatient visit, est (99213) | $116.00 | $64.76 | $14.77 | $49.99 | b |

## THIS IS NOT A BILL - Keep this notice for your records.

0635267000078270105