03/16/2009 AT 10:54 AM
30885

1013694191-1-1
0NTX0551

FARMERS TEXAS COUNTY MUTUAL INS CO
BEAUMONT FIELD CLAIMS CENTER
FOR SUPPLEMENT CALL (800) 282-7033
P.O. BOX 268994
OKLAHOMA CITY, OK 73126-8994
(800)435-7764

ESTIMATE OF RECORD

WRITTEN BY:  BUNTING, CHAD  03/16/2009 10:54 AM
ADJUSTER:  BUNTING, CHAD  (409)350-2973

INSURED: TOMMY WARWAS
OWNER: TOMMY WARWAS
ADDRESS: PO BOX 5765
LAKE CHARLES, LA 70606
OTHER: (337)309-5945

CLAIM #1013694191-1-1
POLICY #0041959285
DATE OF LOSS: 03/13/2009 AT 03:00 PM
TYPE OF LOSS: MD
POINT OF IMPACT: 19.  ALL OVER

INSPECT GILBEAUX'S TOWING
LOCATION: 16527 HIGHWAY 62 S
ORANGE, TX 77630

DAY: (409)886-0007
OTHER

REPAIR TOTAL LOSS
FACILITY:

51 DAYS TO REPAIR
LICENSE #

2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK
VIN: 1G1YY26U475129317 LIC:  RAG177   LA PROD DATE: 03/2007  ODOMETER: 15000

| | | |
|---|---|---|
| AIR CONDITIONING | REAR DEFOGGER | TILT WHEEL |
| CRUISE CONTROL | TELESCOPIC WHEEL | INTERMITTENT WIPERS |
| KEYLESS ENTRY | THEFT DETERRENT/ALARM | NAVIGATION SYSTEM |
| STEERING WHEEL CONTROLS | REMOTE STARTER | ON BOARD COMPUTER |
| MESSAGE CENTER | DUAL MIRRORS | CONSOLE/STORAGE |
| DETACHABLE ROOF | TRACTION CONTROL | STABILITY CONTROL |
| FOG LAMPS | HEADLAMP WASHERS | CLEAR COAT PAINT |
| POWER STEERING | POWER BRAKES | POWER WINDOWS |
| POWER LOCKS | POWER DRIVER SEAT | POWER PASSENGER SEAT |
| POWER MIRRORS | HEATED MIRRORS | POWER TRUNK/TAILGATE |
| MEMORY PACKAGE | AM RADIO | FM RADIO |
| STEREO | SEARCH/SEEK | CD PLAYER |
| CD CHANGER/STACKER | PREMIUM RADIO | AUXILIARY AUDIO CONNECTIO |
| SATELLITE RADIO | ANTI-LOCK BRAKES (4) | DRIVER AIR BAG |
| PASSENGER AIR BAG | 4 WHEEL DISC BRAKES | POSITRACTION |
| LEATHER SEATS | BUCKET SEATS | RECLINE/LOUNGE SEATS |
| HEATED SEATS | AUTOMATIC TRANSMISSION | ALUMINUM/ALLOY WHEELS |

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 1 | | FRONT BUMPER | | | | |
| 2 | | O/H FRONT BUMPER | | | 3.2 | |
| 3** | REPL | RECOND BUMPER COVER W/HDLP WASHER | 1 | 599.00 | INCL. | 3.2 |
| 4 | | ADD FOR CLEAR COAT | | | | 1.3 |
| 5 | REPL | ENERGY ABSORBER | 1 | 109.83 | INCL. | |

1

03/16/2009 AT 10:54 AM

1013694191-1-1
0NTX0551

30885

### ESTIMATE OF RECORD
### 2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 6** | REPL | RECOND IMPACT BAR | 1 | 264.78 | S  3.5 | |
| 7 | REPL | FRONT DEFLECTOR | 1 | 63.60 | INCL. | |
| 8 | REPL | RETAINER | 1 | 35.73 | INCL. | |
| 9 | REPL | RETAINING BRKT | 1 | 43.97 | INCL. | |
| 10 | | FRONT LAMPS | | | | |
| 11 | REPL | RT HEADLAMP ASSY BLACK | 1 | 910.64 | 0.7 | |
| 12 | | AIM HEADLAMPS | | | 0.5 | |
| 13* | REPL | QUAL RECY PARTS LT HEADLAMP | 1 | 687.50 | 0.7* | |
| | | ASSY BLACK +25% | | | | |
| 14 | REPL | RT WASHER NOZZLE W/O Z06 | 1 | 126.85 | 0.3 | |
| 15 | REPL | LT WASHER NOZZLE W/O Z06 | 1 | 126.85 | 0.3 | |
| 16 | REPL | RT SIDE MARKER LAMP | 1 | 41.46 | INCL. | |
| 17 | REPL | LT SIDE MARKER LAMP | 1 | 41.46 | INCL. | |
| 18 | REPL | RT FOG LAMP ASSY | 1 | 137.25 | INCL. | |
| 19 | | AIM FOG LAMPS | | | 0.3 | |
| 20 | REPL | LT FOG LAMP ASSY | 1 | 133.40 | INCL. | |
| 21 | | RADIATOR SUPPORT | | | | |
| 22 | REPL | UPPER SUPPORT | 1 | 87.05 | 0.6 | |
| 23 | REPL | SKID PLATE | 1 | 328.33 | 1.5 | |
| 24 | | COOLING | | | | |
| 25** | REPL | QUAL REPL PARTS RADIATOR 6.0 | 1 | 262.00 | M  2.8 | M |
| | | & 6.2 LITER, W/OIL COOLER | | | | |
| 26 | | ADD FOR OIL COOLER | | | M  0.3 | M |
| 27 | | ADD FOR AUTO TRANS | | | M  0.3 | M |
| 28 | REPL | RESERVOIR TANK | 1 | 106.55 | 0.8 | |
| 29** | REPL | QUAL REPL PARTS FAN ASSY | 1 | 285.00 | MINCL. | M |
| 30 | | AIR CONDITIONER & HEATER | | | | |
| 31** | REPL | QUAL REPL PARTS CONDENSER | 1 | 201.00 | MINCL. | M |
| 32 | | EVACUATE & RECHARGE | | | M  1.4 | M |
| 33 | | REFRIGERANT RECOVERY | | | M  0.4 | M |
| 34 | | HOOD | | | | |
| 35 | REPL | HOOD | 1 | 954.02 | 1.6 | 2.8 |
| 36 | | ADD FOR UNDERSIDE(COMPLETE) | | | | 1.6 |
| 37 | REPL | RT HINGE | 1 | 49.52 | 0.4 | 0.3 |
| 38 | REPL | LT HINGE | 1 | 56.51 | 0.4 | 0.3 |
| 39 | REPL | RT LIFT CYLINDER | 1 | 39.91 | 0.3 | |
| 40 | REPL | INSULATOR | 1 | 90.79 | INCL. | |
| 41 | | FENDER | | | | |
| 42 | REPL | RT FENDER | 1 | 546.14 | 2.3 | 2.2 |
| 43 | | OVERLAP MAJOR ADJ. PANEL | | | | -0.4 |
| 44 | | DEDUCT FOR OVERLAP | | | -0.4 | |
| 45 | REPL | LT FENDER | 1 | 546.14 | 2.3 | 2.2 |
| 46 | | OVERLAP MAJOR ADJ. PANEL | | | | -0.4 |
| 47 | | DEDUCT FOR OVERLAP | | | -0.4 | |
| 48 | REPL | RT WHEELHOUSE | 1 | 583.25 | S  4.5 | 1.0 |
| 49 | REPL | LT WHEELHOUSE | 1 | 583.03 | S  4.5 | 1.0 |
| 50 | | OVERLAP MAJOR NON-ADJ. PANEL | | | | -0.2 |

2

```
03/16/2009 AT 10:54 AM                                    1013694191-1-1
30885                                                     0NTX0551
                           ESTIMATE OF RECORD
         2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK
```

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|-----|-----|-------------|-----|------------|-------|-------|
| 51** | REPL | QUAL REPL PARTS RT FENDER LINER FRONT | 1 | 23.00 | INCL. | |
| 52** | REPL | QUAL REPL PARTS LT FENDER LINER FRONT | 1 | 23.00 | INCL. | |
| 53 | | FRAME | | | | |
| 54 | REPL | LT FRONT RAIL | 1 | 892.81 | S 18.5 | F |
| 55* | RPR | RT FRONT RAIL | | | S  5.0* | F |
| 56 | | ELECTRICAL | | | | |
| 57 | REPL | PCM | 1 | 364.62 | M  1.2 | M |
| 58 | | ENGINE | | | | |
| 59 | REPL | OUTLET DUCT | 1 | 106.23 | 0.3 | |
| 60 | | WHEELS | | | | |
| 61* | REPL | QUAL RECY PARTS RT WHEEL CODE: QX3, CHROME FRONT +25% | 1 | 375.00 | M  0.3* | M |
| 62* | REPL | QUAL RECY PARTS LT WHEEL CODE: QX3, CHROME FRONT +25% | 1 | 375.00 | M  0.3* | M |
| 63 | | FRONT SUSPENSION | | | | |
| 64 | REPL | RT KNUCKLE | 1 | 165.35 | M  1.6 | M |
| 65 | REPL | RT UPPER CNTRL ARM | 1 | 160.96 | M  0.9 | M |
| 66 | | DEDUCT FOR OVERLAP | | | -0.3 | M |
| 67 | REPL | RT LOWER CNTRL ARM | 1 | 286.84 | M  1.5 | M |
| 68 | | DEDUCT FOR OVERLAP | | | -0.3 | M |
| 69 | REPL | STABILIZER BAR FE2: RIDE & HANDLING | 1 | 103.07 | MINCL. | M |
| 70# | SUBL | 2 WHEEL / THRUST ANGLE ALIGNMENT | 1 | 49.95 | X | |
| 71 | REPL | RT SHOCK FE2: RIDE & HANDLING | 1 | 995.76 | M  0.6 | M |
| 72 | | DEDUCT FOR OVERLAP | | | -0.2 | M |
| 73 | REPL | ENGINE CRADLE | 1 | 883.03 | M  5.0 | M |
| 74 | | DEDUCT FOR OVERLAP | | | -0.3 | M |
| 75 | | WINDSHIELD | | | | |
| 76** | SUBL | QUAL REPL PARTS WINDSHIELD W/O HEAD UP DISPLAY W/O HARDWARE PLUS KIT | * 1 * * | 725.87* | T | |
| 77* | SUBL | WINDSHIELD W/O HEAD UP DISPLAY W/O HARDWARE LABOR | * 1 * | 143.00* | X | |
| 78 | | ROOF | | | | |
| 79 | REPL | WINDSHIELD FRAME | 1 | 1226.53 | S  9.0 | 1.5 |
| 80 | | OVERLAP MINOR PANEL | | | | -0.2 |
| 81 | REPL | ROOF COVER | 1 | 564.88 | 2.5 | 1.6 |
| 82 | | PILLARS, ROCKER & FLOOR | | | | |
| 83* | RPR | RT APERTURE PANEL | | | S  5.0* | 2.5 |
| 84 | | OVERLAP MAJOR NON-ADJ. PANEL | | | | -0.2 |
| 85 | | DOOR | | | | |
| 86 | REPL | RT OUTER PANEL | 1 | 688.58 | 5.5 | 2.1 |
| 87 | | OVERLAP MAJOR ADJ. PANEL | | | | -0.4 |
| 88 | REPL | LT OUTER PANEL | 1 | 688.58 | 5.5 | 2.1 |
| 89 | | OVERLAP MAJOR ADJ. PANEL | | | | -0.4 |

03/16/2009 AT 10:54 AM                                    1013694191-1-1
30885                                                     0NTX0551
                              ESTIMATE OF RECORD
            2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 90* | REPL | QUAL RECY PARTS RT MIRROR OUTSIDE W/LIGHT SENSITIVE, W/DIGITAL AUDIO +25% | 1 | 206.25 | 0.7* | 1.0* |
| 91* | REPL | QUAL RECY PARTS LT MIRROR OUTSIDE W/LIGHT SENSITIVE, W/DIGITAL AUDIO +25% | 1 | 375.00 | 0.7* | 1.0* |
| 92** | SUBL | QUAL REPL PARTS RT DOOR GLASS * | 1 | 377.56* T | | |
| 93* | SUBL | RT DOOR GLASS LABOR * | 1 | 82.00* X | | |
| 94 | | QUARTER PANEL | | | | |
| 95 | REPL | LT QUARTER PANEL COUPE W/O Z06 | 1 | 601.86 | 2.3 | 2.4 |
| 96 | | OVERLAP MAJOR ADJ. PANEL | | | | -0.4 |
| 97 | | CLEAR COAT | | | | 2.5 |
| 98 | | REAR LAMPS | | | | |
| 99 | | O/H REAR BUMPER | | | 4.6 | |
| 100 | R&I | RT TAIL LAMP ASSY | | | INCL. | |
| 101 | R&I | LT TAIL LAMP ASSY | | | INCL. | |
| 102 | R&I | RT SIDE MARKER LAMP | | | INCL. | |
| 103 | R&I | LT SIDE MARKER LAMP | | | INCL. | |
| 104 | | REAR BUMPER | | | | |
| 105** | REPL | RECOND BUMPER COVER | 1 | 655.95 | INCL. | 3.0 |
| 106 | | ADD FOR CLEAR COAT | | | | 1.2 |
| 107# | | SET UP AND MEASURE - RACK | 1 | | 1.5 F | |
| 108# | | COVER CAR | 1 | 5.00 X | | |
| 109# | SUBL | HAZARDOUS WASTE | 1 | 3.50 X | | |
| 110# | | GLASS CLEAN UP | 1 | | 2.0 | |
| 111# | RPR | BODY PULL | | | 5.0 F | |
| 112# | SUBL | TOWING | 1 | 986.60 X | | |

                         SUBTOTALS ==>   20177.34   111.5   34.2

LINE 13 : SUPPLIERS PART DESCRIPTION: H/LAMP ASSY, LT TAG 85297 IQ READY FIXED
          TABS,SILVER (OPT 67U)  L.
LINE 61 : SUPPLIERS PART DESCRIPTION: WHEEL 18IN,CHRM,RH,FRONT,SMALL
          NICKS,18X8-1/2  5 SPOKE  CHROME (OPT QX3)
LINE 62 : SUPPLIERS PART DESCRIPTION: WHEEL 18IN,CHRM,RH,FRONT,SMALL
          NICKS,18X8-1/2  5 SPOKE  CHROME (OPT QX3)
LINE 90 : SUPPLIERS PART DESCRIPTION: SIDE MIRROR, RT -RH-ELECTRIC, W/LT.
          SENSITIVE (OPT DD0),,ELECTRIC  W/LIGHT SENSITIVE (OPT DD0)
LINE 91 : SUPPLIERS PART DESCRIPTION: SIDE MIRROR, LT
          -LH-ELE.W/LT.SENSITIVE(OPT DDO)W/DIGITA,ELECTRIC  W/LIGHT SENSITIVE
          (OPT DD0)

4

```
03/16/2009 AT 10:54 AM                              1013694191-1-1
30885                                               0NTX0551
                        ESTIMATE OF RECORD
          2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK

                    PARTS                                  18907.29
                    BODY LABOR        66.0 HRS  @$ 46.00/HR  3036.00
                    PAINT LABOR       34.2 HRS  @$ 46.00/HR  1573.20
                    MECHANICAL LABOR  15.5 HRS  @$ 70.00/HR  1085.00
                    FRAME LABOR       30.0 HRS  @$ 65.00/HR  1950.00
                    PAINT SUPPLIES                            450.00
                    SUBLET/MISC.                             1270.05
            -------------------------------------------------------
                    SUBTOTAL                               $28271.54
                    SALES TAX         $19357.29 @ 8.2500% 1596.98
            -------------------------------------------------------
                    TOTAL COST OF REPAIRS                  $29868.52

                    ADJUSTMENTS:
                      DEDUCTIBLE                              500.00
            -------------------------------------------------------
                    TOTAL ADJUSTMENTS                      $  500.00
                    NET COST OF REPAIRS                    $29368.52
```

FARMERS' NON-OEM SHEET METAL PARTS WARRANTY

WHEN YOU HAVE YOUR VEHICLE REPAIRED AFTER AN ACCIDENT AND THE REPAIR ESTIMATE
INCLUDES THE USE OF CERTAIN NON-OEM SHEET METAL CRASH PARTS (PARTS NOT MADE BY
OR FOR YOUR VEHICLE'S ORIGINAL MANUFACTURER), FARMERS WILL STAND BEHIND THOSE
PARTS FOR AS LONG AS YOU OWN THE VEHICLE.  IF A SUPPLIER OF A PART LISTED IN
YOUR REPAIR ESTIMATE OR THE SHOP THAT PERFORMED THE REPAIRS ON YOUR VEHICLE IS
UNABLE TO RESOLVE A LEGITIMATE COMPLAINT ABOUT THE QUALITY OF THE NON-OEM
SHEET METAL PARTS USED IN THE REPAIR, WE WILL MAKE EVERY EFFORT TO SEE THAT
THE PROBLEM IS CORRECTED.

PARTS COVERED BY THIS WARRANTY ARE LIMITED TO HOODS, FENDERS, DOOR SHELLS,
TRUCK BEDS, BOX SIDES, TAILGATES, LIFT GATES, QUARTER PANELS, REAR OUTER
PANELS, BODY SIDE PANELS, TRUNK LIDS AND DECK LIDS.

FOR ASSISTANCE, CONTACT YOUR NEAREST FARMERS CLAIMS OFFICE OR AGENT.

DISCLAIMER

THIS WARRANTY AND ANY REPRESENTATIONS MADE HEREIN ARE NON-TRANSFERABLE AND ITS
BENEFITS EXTEND ONLY TO THE PARTY OWNING THE VEHICLE AT THE TIME OF THE
REPAIR.  IT IS NOT PART OF YOUR INSURANCE POLICY AND DOES NOT CONSTITUTE AN
EXTENSION OF COVERAGE THEREUNDER.

03/16/2009 AT 10:54 AM                                    1013694191-1-1
30885                                                     0NTX0551
                          ESTIMATE OF RECORD
           2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK

TO EXPEDITE THE HANDLING OF ANY SUPPLEMENTAL DAMAGES CLAIM, PLEASE HAVE THE
APPROXIMATE AMOUNT OF ADDITIONAL DAMAGES AVAILABLE WHEN YOU CALL 1 (800)
282-7033.  POTENTIALLY, A REINSPECTION MAY BE CONDUCTED WITHIN HOURS OF YOUR
CALL.  ALL SUPPLEMENTS MUST BE APPROVED BY A CLAIMS REPRESENTATIVE BEFORE
REPAIRS ARE COMPLETED.

"IF THE ABOVE ESTIMATE INCLUDES A NAPA PART PRICE, THE REPAIR FACILITY MUST
COMPLETE A ONE TIME SET UP WITH THEIR LOCAL NAPA RETAILER IN ORDER TO RECEIVE
THE SPECIAL "FARMERS PREFERRED PARTS PROGRAM" PRICING.  TO ACCOMPLISH SET UP,
CONTACT YOUR LOCAL NAPA RETAILER AND ASK THEM TO INSERT BILLING CODE NUMBER
9066 INTO YOUR CUSTOMER BILLING PROFILE.  THE 9066 CODE WILL ENABLE YOUR
REPAIR FACILITY TO RECEIVE SPECIAL PRICING ON ALL NAPA PARTS AND/OR SUPPLIES
PURCHASED.  IF YOU DO NOT ALREADY HAVE A LOCAL NAPA RETAILER ACCOUNT, PLEASE
CALL 1-800-LET-NAPA FOR YOUR NEAREST NAPA LOCATION."

ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A
LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR
INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN
PRISON.

ESTIMATE CALCULATED USING A PRESET USER THRESHOLD AMOUNT FOR THE PAINT AND
MATERIAL COST.

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF CRASH PARTS SUPPLIED BY A
SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE.  WARRANTIES
APPLICABLE TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE MANUFACTURER OR
DISTRIBUTOR OF THESE PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

RECYCLED PART COSTS BASED ON INFORMATION PROVIDED BY CAR-PART.COM.  FOR
ASSISTANCE, CALL CCC AT 800-637-8511.

GLASS REPLACEMENT IS AVAILABLE BY CALLING SAFELITE AT 1-800-826-0914.

```
03/16/2009 AT 10:54 AM                                    1013694191-1-1
30885                                                     0NTX0551
```

ESTIMATE OF RECORD
2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK

ESTIMATE BASED ON MOTOR CRASH ESTIMATING GUIDE.  UNLESS OTHERWISE NOTED ALL
ITEMS ARE DERIVED FROM THE GUIDE DR1CF05, CCC DATA DATE 03/02/2009, AND THE
PARTS SELECTED ARE OEM-PARTS MANUFACTURED BY THE VEHICLES ORIGINAL EQUIPMENT
MANUFACTURER.  OEM PARTS ARE AVAILABLE AT OE/VEHICLE DEALERSHIPS.  OPT OEM
(OPTIONAL OEM) OR ALT OEM (ALTERNATIVE OEM) PARTS ARE OEM PARTS THAT MAY BE
PROVIDED BY OR THROUGH ALTERNATE SOURCES OTHER THAN THE OEM VEHICLE
DEALERSHIPS.  OPT OEM OR ALT OEM PARTS MAY REFLECT SOME SPECIFIC, SPECIAL, OR
UNIQUE PRICING OR DISCOUNT.  OPT OEM OR ALT OEM PARTS MAY INCLUDE "BLEMISHED"
PARTS PROVIDED BY OEM'S THROUGH OEM VEHICLE DEALERSHIPS.  ASTERISK (*) OR
DOUBLE ASTERISK (**) INDICATES THAT THE PARTS AND/OR LABOR INFORMATION
PROVIDED BY MOTOR MAY HAVE BEEN MODIFIED OR MAY HAVE COME FROM AN ALTERNATE
DATA SOURCE.  TILDE SIGN (~) ITEMS INDICATE MOTOR NOT-INCLUDED LABOR
OPERATIONS.  NON-ORIGINAL EQUIPMENT MANUFACTURER AFTERMARKET PARTS ARE
DESCRIBED AS AM, QUAL REPL PARTS OR COMP REPL PARTS WHICH STANDS FOR
COMPETITIVE REPLACEMENT PARTS.  USED PARTS ARE DESCRIBED AS LKQ, QUAL RECY
PARTS, RCY, OR USED.  RECONDITIONED PARTS ARE DESCRIBED AS RECOND.  RECORED
PARTS ARE DESCRIBED AS RECORE.  NAGS PART NUMBERS AND BENCHMARK PRICES ARE
PROVIDED BY NATIONAL AUTO GLASS SPECIFICATIONS.  LABOR OPERATION TIMES LISTED
ON THE LINE WITH THE NAGS INFORMATION ARE MOTOR SUGGESTED LABOR OPERATION
TIMES.  NAGS LABOR OPERATION TIMES ARE NOT INCLUDED.  POUND SIGN (#) ITEMS
INDICATE MANUAL ENTRIES.  SOME 2009 VEHICLES CONTAIN MINOR CHANGES FROM THE
PREVIOUS YEAR.  FOR THOSE VEHICLES, PRIOR TO RECEIVING UPDATED DATA FROM THE
VEHICLE MANUFACTURER, LABOR AND PARTS DATA FROM THE PREVIOUS YEAR MAY BE USED.
THE PATHWAYS ESTIMATOR HAS A COMPLETE LIST OF APPLICABLE VEHICLES.  PARTS
NUMBERS AND PRICES SHOULD BE CONFIRMED WITH THE LOCAL DEALERSHIP.

CCC PATHWAYS - A PRODUCT OF CCC INFORMATION SERVICES INC.

```
03/16/2009 AT 10:54 AM                                    1013694191-1-1
30885                                                     0NTX0551
                              ESTIMATE OF RECORD
                2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK

                          RECYCLED PART SUPPLIERS

   LINE   LINE DESCRIPTION                                       PRICE

   61     QUAL RECY PARTS RT WHEEL  +25% STOCK NO.: AA5714    $   375.00
   62     QUAL RECY PARTS LT WHEEL  +25% STOCK NO.: AA5714    $   375.00

          AIRLINE USED AUTO PARTS - KOLT (800)989-0090
          10616 AIRLINE DR.             PETER NGUYEN
          HOUSTON, TX 77037

   13     QUAL RECY PARTS LT HEADLA +25% STOCK NO.: 27308     $   687.50

          BIG LEROY'S AUTO PARTS - KOLT  (800)288-6725
          11801 W. MONTGOMERY RD.        GREG BLAIR
          HOUSTON, TX 77086

   90     QUAL RECY PARTS RT MIRROR +25% STOCK NO.: Z0643D    $   206.25
   91     QUAL RECY PARTS LT MIRROR +25% STOCK NO.: Z0644D    $   375.00

          LKQ - CENTRAL                (866)557-2677
          TX,KS,NE,OK,AR
          TOPEKA, KS 66619
```

03/16/2009 AT 10:54 AM                                    1013694191-1-1
30885                                                     0NTX0551

ESTIMATE OF RECORD
2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK

ALTERNATE PARTS SUPPLIERS

| | | | | |
|---|---|---|---|---|
| 6 RECOND IMPACT BAR | PART NO. | 3100-RF | PRICE | 264.78 |
| 105 RECOND BUMPER COVER | PART NO. | 5748-RB | PRICE | 655.95 |

HOUSTON BUMPERS, INC.                     (713)237-1200
3915 MCKINNEY ST.                         (800)392-6531
HOUSTON, TX   77023

| | | | | |
|---|---|---|---|---|
| 29 QUAL REPL PARTS FAN ASSY | PART NO. | GM3115202 | PRICE | 285.00 |
| 31 QUAL REPL PARTS CONDENSER | PART NO. | GM3030252 | PRICE | 201.00 |
| 51 QUAL REPL PARTS RT FENDER L | PART NO. | GM1249176 | PRICE | 23.00 |
| 52 QUAL REPL PARTS LT FENDER L | PART NO. | GM1248176 | PRICE | 23.00 |

NATIONAL AUTOBODY PARTS FPPP - DEL        (800)214-7222
2000 E. MAIN                              (972)263-1111
GRAND PAIRIE, TX   75050

| | | | | |
|---|---|---|---|---|
| 3 RECOND BUMPER COVER W/HDLP | PART NO. | GM1000738 | PRICE | 599.00 |

COVERS & CHROME                           (713)643-2700
6827 LA PASEO STREET                      (866)643-2772
HOUSTON, TX   77087

| | | | | |
|---|---|---|---|---|
| 25 QUAL REPL PARTS RADIATOR 6. | PART NO. | 103243 | PRICE | 262.00 |

1-800-RADIATOR TX, AR, LA, OK FPPP        (800)723-4286
16+ WHS, DELVR DAILY/OVERNIGHT
TX, AR, LA, OK, TX  76118

```
03/16/2009 AT 10:54 AM                              1013694191-1-1
30885                                                    0NTX0551
```

ESTIMATE OF RECORD
2007 CHEV CORVETTE 8-6.0L-FI 2D CPE BLACK INT:BLACK

ALTERNATE PARTS USAGE

AFTERMARKET PARTS

AFTERMARKET SELECTION METHOD:    AUTOMATICALLY LIST

NO. OF TIMES USER WAS NOTIFIED THAT AN AFTERMARKET PART WAS AVAILABLE:      6

NO. OF AFTERMARKET PARTS THAT APPEAR IN THE FINAL ESTIMATE:      7

OPTIONAL OEM PARTS

OPTIONAL OEM SELECTION METHOD:    AUTOMATICALLY LIST

NO. OF TIMES USER WAS NOTIFIED THAT AN OPTIONAL OEM PART WAS AVAILABLE:      0

NO. OF OPTIONAL OEM PARTS THAT APPEAR IN THE FINAL ESTIMATE:      0

RECONDITIONED PARTS

RECONDITIONED SELECTION METHOD:    AUTOMATICALLY LIST

NO. OF TIMES USER WAS NOTIFIED THAT A RECONDITIONED PART WAS AVAILABLE:      5

NO. OF RECONDITIONED PARTS THAT APPEAR IN THE FINAL ESTIMATE:      3

RECYCLED PARTS

NO. OF TIMES USER WAS NOTIFIED THAT A RECYCLED PART WAS AVAILABLE:      18

NO. OF RECYCLED PARTS THAT APPEAR IN THE FINAL ESTIMATE:      5

# CARMICHAEL✝S



## DELIVERY TICKET

INFUSION THERAPY & MEDICAL EQUIPMENT

1725 W Sale Rd, Lake Charles, LA 70605-2521, Phone: (337) 474-7000

**Date**   11/10/2011 3:59:12 PM
**Sales Order**   52719
**Customer ID** 35604

**Customer** WARWAS, TOMMY E       **DOB** 04/20/1957   **Height** 61 in.   **Weight** 195 lbs.   **Sex** M

**Bill to**   P.O.BOX 5765
LAKE CHARLES, LA 70605
(337) 707-2201

**Deliver to**   7612 SPECK DRIVE
LAKE CHARLES, LA 70605
(337) 707-2201

**Insurance**   CIGNA GOVERNMENT SERVICES / MCAID

**HIPAA Signature on file**   No

**Comments or Special Instructions**

| Delivery Date | Time | CSR | Branch | | Warehouse | | |
|---|---|---|---|---|---|---|---|
| 11/10/2011 | | Kristen | Lake Charles | | Lake Charles | | |
| Qty | Type | Bin | Item | | Ext. AMT. | Tax | Co-Pay |
| 1 | Purchase | | MDS86810B / ROLLATOR 250 LB CAP CRV BK BLUE MEDLINE HEALTH, INC. / MDS86810B | | $141.45 | $0.00 | $0.00 |
| 1 | Purchase | | 001223 / SEAT FOR ROLLATOR _C / 001223 | | $31.10 | $0.00 | $0.00 |
| | | | | TOTAL | $172.55 | $0.00 | $0.00 |

**Financial Responsibility Statement:**

**Assignment of Benefits Statement:**

I have received a copy of the Medicare Supplier Standards:  [ Y ]   [ N ]   [ D ]  Initals:_____

*K. Ramsey*

**Thank You for Your Business !!!**



**Carmichael's Medical Equipment & Supply Company**

1002 N Parkerson
Crowley, LA
337-783-7263
800-570-7263

1725 W Sale Road
Lake Charles, LA
337-474-7000

1472 S. College
Suite 101
Lafayette, LA 70503
337-234-0085

### Customer Information Checklist

Patient Name: Tommy Warwas

Equipment Ordered: Rolatur - Blue

( ✓ ) Advanced Directives

( ✓ ) Mission Statement, Customer Information, Customer Complaints, Customer Rights, and Responsibilities

( ✓ ) Medicare Supplier Standards

( ✓ ) Acceptance of Services

    I understand that by signing this agreement, I authorize provision of products and/or services provided to me by Carmichael's Medical Equipment Company. I also understand that the products and services provided are prescribed by my physician and that it is necessary that I remain under the supervision of my attending physician during the course of my care.

( ✓ ) Medical Information Authorization

    I hereby authorize release to Carmichael's Medical Equipment Company any and all of my medical records pertaining to my medical history, services rendered, or treatments received from my physician(s) or hospital in order to process insurance claims. I also hereby authorize Carmichael's Medical Equipment Company to furnish my insurance carrier(s) any medical history, services rendered, or treatment needed.

( ✓ ) Release of information for Accreditation

    I authorize Carmichael's Medical Equipment Company to release any or all parts of my medical record to accrediting, certifying, and licensing organizations and their surveyors. In addition (upon my expressed verbal consent) I allow telephone and/or person contact between myself, my family, and these surveyors for the purpose of obtaining accreditation, certification, and/or licensure for the organization.

( ✓ ) Assignment of Insurance Benefits

    I authorize direct payment of insurance benefits by my insurance company to Carmichael's Medical Equipment Company. In the event that my insurance carrier does not accept "assignment of benefits", I understand that payments may be sent directly to me and that I am obligated to endorse and directly send such payments to Carmichael's Medical Equipment Company for payment of my bill.

( ✓ ) Financial Responsibility

    I understand that I am responsible to Carmichael's Medical Equipment Company for all charges not covered by my insurance. I recognize that in the event that my insurance company, employer, or any third party payer refuses to pay the rental and/or purchase price(s) of the above items, or delays payment beyond 90 days of my receipt of items, or in the event that I have no insurance coverage or third party payer, that I will be responsible for said payment and will make prompt reimbursement within 30 days of notification by Carmichael's Medical Equipment Company.

( ✓ ) Medicare/Medicaid/Insurance will cover __80 %__ supplement will cover __100 %__ %, estimated co-payment $ _____ . Patient will be responsible for any deductible and any non-covered items.

( ✓ ) Equipment Set-Up Instruction

| | |
|---|---|
| _____ Assemble and install equipment | _____ Perform safety and operation checks |
| _____ Instruct alternate caregiver if appropriate | _____ Explain physician's Rx for equipment use |
| _____ Explain after hours contact | _____ Explain procedure for non-operating equipment |
| _____ Environmental and safety checks (home assessment) | |
| _____ Demonstrate equipment and give verbal instruction to patient and caregiver | |
| _____ Review printed education material including printed safety | |
| _____ Explain customer's responsibility for routine maintenance and cleaning | |
| _____ Give Carmichael's Medical Equipment Company's address, phone, and business hours | |
| _____ Explain need to contact Carmichael's Medical Equipment Company of any change in patient status | |

( ✓ ) Return Demonstration of Equipment Use      ( ) Notice of Privacy Standards

### I ACKNOWLEDGE AND UNDERSTAND THE ENTIRE CONTENTS OF THIS DOCUMENT.

Patient Signature: X Tomy Warw _____ Date: X 11-10-11

Family Signature (if needed): _____ Date: _____

Relationship to Patient: _____

Carmichael's Medical Equipment Co. Staff Kristy J Ramsey : 11/10/2011



**CHRISTUS**
**Health**®

03/13/09
AL0640156556
WARWAS,TOMMY E
AL.EDMAIN
CONGTANG,LENO H MD

# High Blood Pressure (Hypertension)

Blood pressure (BP) is the force of blood against the artery walls as the heart beats. High blood pressure, or hypertension, means that this force (or tension) is too high.

Because blood pressure varies during the day and from day to day, doctors monitor readings over time and calculate an average. A BP reading consists of two numbers (for example, 110/80). The top/first number (called *systolic*) indicates the force of blood when the heart beats. The bottom/second number (*diastolic*) indicates the force when the heart rests between beats. If the average systolic number is over 140 OR the average diastolic number is over 90, then a person's blood pressure is considered high.



Symptoms of high blood pressure may include headaches, dizziness, vision problems, and nausea. However, many times the condition has no symptoms and may not be detected for many years. This is why hypertension is often called the "silent killer." The higher a person's blood pressure and the longer it stays that way, the more damage it can do. High blood pressure damages the walls of arteries in the neck, brain, heart, and kidneys and can lead to serious problems like stroke, heart attack, and kidney failure.

Causes of hypertension are not easy to determine, but certain factors can increase the risk of developing it. They include poor diet, high salt intake, lack of exercise, overweight, smoking, alcohol, stress, age, and family history,

Although high blood pressure is usually associated with older people and aging arteries, anyone can develop it. A newborn's normal blood pressure is usually around 70/52. Teenagers are generally less than 130/70, depending on their body size. In adults, blood pressure lower than 140/90 is generally considered normal.

Treatment focuses on controlling high blood pressure and limiting damage to the body. It can include life-long monitoring, medications, and possibly lifestyle changes.

**Home Care**

- If the doctor prescribed any medications, take them exactly as directed.
- Make a follow-up appointment with your primary care doctor (or recommended specialist) as soon as possible.
- Learn how to take your own blood pressure and keep a diary of your readings. This helps your doctor track your BP status and adjust your medications, if necessary;

**Prevention**

Thank you for choosing Christus St. Patrick Emergency Department for you health care needs.



# Patient Visit Information

### Staff

Your caregivers today were:

| | |
|---|---|
| Physician | CONGTANG,LENO H MD |
| Practitioner | CHARMAINE LEMAIRE |
| Nurse | KXB |

### Patient Instructions Reviewed

Back Pain
Hypertension

    received 03/13/09 - 2151

### Activity Restrictions or Additional Instructions

F/U WITH PMD IN AM IF SYMPTOMS WORSEN

### Medication Dose and Instructions

Cyclobenzaprine Hcl (Flexeril) 5 MG, ORAL THREE TIMES A DAY, #15
Hydrocodone-Apap 5-500 (Lortab 5-500) 1 TAB, ORAL FOUR TIMES DAILY, #25

### Follow-up

WARWAS,TOMMY E has been referred to the following clinics/specialists for follow up care:

DIGIGLIA,JOHN A III MD
    4150 NELSON ROAD
    BUILDING A, SUITE 3
    LAKE CHARLES, LA 70605
    Ph: (337) 474-7290
    Fax: (337) 477-4674

*Dr. Treme   721-7236*

*medicare*

**CHRISTUS Health.**

03/13/09
AL0640156556
WARWAS,TOMMY E
AL.EDMAIN
CONGTANG,LENO H MD

# Back Pain

Back pain can occur from a muscle strain, muscle spasm, herniated (slipped) disk, pinched nerve, or strained ligament.

If you are overweight, out of shape, or use bad body mechanics (improper lifting, reaching, bending, etc.), you are more likely to injure your back.



Back pain usually heals on its own with time and rest. Healing can take from a few days to a month or so.

### Home Care

- Try to do your normal daily activities, but don't do anything strenuous for several days.
- Lie down and rest, as needed, in a comfortable position. You can lie on your side with a pillow between your legs or on your back with a pillow under your knees.
- Apply heat and cold to your back. For the first 48 hours, apply an ice pack to the area for 20 minutes on, then 20 minutes off. After 48 hours, use a heating pad for 20 minutes on then off.
- Take over-the-counter and prescription medications, as directed by your doctor.

### Prevention

Here are some guidelines to help you prevent future back problems:

- Stand and sit up straight.
- Don't stay in one position for too long.
- When sitting, keep your knees even with your hips and put a cushion behind your lower back.
- Don't stretch your arms or trunk when reaching. Move closer to the object.
- Don't bend at your waist. Lower yourself by bending your knees.
- Don't twist at your waist. Turn your whole body.
- Exercise regularly to keep back muscles strong and flexible.
- Learn and practice proper lifting techniques.

### When to Call the Doctor

Call your doctor, or go the Emergency Department, if you have:

- decreased feeling or weakness in one or both legs
- symptoms that get worse
- sudden increase in pain

*Go to the Emergency Department immediately if you lose bowel or bladder control.*

# PLEASE RETURN THIS FORM TO THE RECEPTIONIST

☐ Credit  ☐ Due Patient  
PREVIOUS BALANCE  
☐ Insurance

NAME _Tommy Warn_

DATE OF SERVICE: _4-15-11_

**ATTENDING PHYSICIAN'S STATEMENT**

Acct #: _____  ☐ Male  ☐ Female

SHAMIEH          ODENHEIMER

BEST             DUMITRU

TOTAL FEE [ ]

INSURANCE CARRIERS: This form has been adopted to keep paperwork costs down. If any additional form or itemized bill is required they will be furnished upon receipt of $25.00

Authorization # _____

Referred By _Carolyn Hutchinson_

PCP _____

SPECIAL INSTRUCTIONS:

PATIENT SIGNATURE: X _____

**NEURO ASSOCIATES**
A Medical Corporation
707 DR. MICHAEL DEBAKEY DR.
LAKE CHARLES, LOUISIANA 70601
PH: (337) 433-0762
FAX: (337) 433-4868

TAX I.D. # 72-0879908
GROUP NPI# 1639379670

MEDICARE # 5___
Medicaid # ___

## OFFICE SERVICES

| | FEE |
|---|---|
| **New Patient** | |
| 99202 Office Visit, Limited | |
| 99203 Office Visit, Intermediate | |
| 99204 Office Visit, Comprehensive | |
| 99205 Comprehensive Extensive | |
| 99354 Prolonged Service | |
| **Established Patient** | |
| 99213 Office Visit, Limited | |
| 99214 Office Visit, Intermediate | |
| 99215 Office Visit, Comprehensive | |
| 99244 Consult | |
| 99245 Consult | |

## DIAGNOSTIC (ICDA CODES)

| | |
|---|---|
| 781.0 | Abnormal Involuntary Movements |
| 331.0 | Alzheimer's Disease |
| 335.20 | Amyotrophic Lateral Sclerosis |
| 346.10 | Atypical Migraine |
| 351.0 | Bell's Palsy |
| 353.0 | Brachial Plexus Lesions |
| 239.6 | Brain Tumor Neoplasm |
| 354.0 | Carpal Tunnel Syndrome |
| 433.10 | Carotid Artery Stenosis w/out Cerebral Infarction |
| 437.3 | Cerebral Aneurysm / Other |
| 346.91 | Cerebral Palsy |
| 348.89 | Cerebral Mass Lesion |
| 343.9 | Cerebral Palsy |
| 437.9 | Cerebrovascular Disease |
| 353.2 | Cervical Disc Disease |
| 353.2 | Cervical Dislocation |
| 721.1 | Cervical Myelopathy |
| 723.0 | Cervical Radiculopathy |
| 357.81 | CIDP |
| 346.21 | Cluster Headaches |
| 850.0 | Concussion |
| 436.0 | CVA |
| 722.6 | Degenerative Disc Disease |
| 341.8 | Demyelinating Disease |
| 368.2 | Diplopia |
| 780.4 | Dizziness |
| 787.20 | Dysphagia Unspecified |
| 323.9 | Encephalitis |
| 348.39 | Encephalopathy |
| 345.40 | Epilepsy, Partial Complex |
| 345.80 | Epilepsy / Other |
| 333.1 | Essential Tremor |
| 334.0 | Friedreich's Ataxia |
| 781.2 | Gait Disturbance |
| 357.0 | Guillain Barre Syndrome |
| 784.0 | Headache |
| 342.90 | Hemiparesis / Other |
| 053.9 | Herpes Zoster |
| 331.3 | Hydrocephalus, Communicating |
| 354.2 | Lesion Ulnar Nerve |
| 722.52 | Lumbar Disc Disease |
| 724.4 | Lumbar Radiculopathy |
| 847.2 | Lumbar Strain |
| 780.09 | Memory Loss |
| 355.1 | Meralgia Paresthetica |
| 322.9 | Meningitis |
| 346.91 | Migraine Headaches Unspecified |
| 340 | Multiple Sclerosis |
| 728.87 | Muscle Weakness |
| 358.0 | Myasthenia Gravis |

Return: ___ Days  ___ Weeks  ___ Months

## DIAGNOSTIC (ICDA CODES) Cont'd

| | |
|---|---|
| 335.9 | Myelopathy |
| 359.89 | Myopathy |
| 347.0 | Narcolepsy Without Cataplexy |
| 723.1 | Neck Pain / Cervicalgia |
| 847.0 | Neck Sprain / Strain |
| 729.2 | Neuralgia |
| 729.5 | Pain in Limb |
| 332.0 | Parkinson's Disease |
| 356.8 | Peripheral Neuropathy |
| 353.8 | Plexopathy |
| 356.4 | Polyneuropathy Idiopathic Progressive |
| 053.19 | Post Herpetic Neuralgia |
| 310.2 | Post Traumatic Brain Syndrome |
| 348.2 | Pseudotumor Cerebri |
| 354.3 | Radial Nerve Lesion |
| 333.94 | Restless Leg Syndrome |
| 724.3 | Sciatica |
| 780.39 | Seizure Disorder |
| 719.41 | Shoulder Pain |
| 780.52 | Sleep Apnea Unspecified |
| 780.59 | Sleep Disorder |
| 780.2 | Syncope |
| 355.5 | Tarsal Tunnel Syndrome |
| 346.6 | Temporal Arteritis |
| 353.0 | Thoracic Outlet Syndrome (Brachial/Plexus Lesion) |
| 388.31 | Tinnitus NOS |
| 435.9 | Transient Ischemic Attack |
| 781.0 | Tremor |
| 350.1 | Trigeminal Neuralgia |
| 780.4 | Vertigo |
| 386.10 | Vertigo, Peripheral |
| 386.12 | Vestibulopathy |
| 386.12 | Vestibulopathy, Peripheral |
| 368.9 | Visual Disturbance Unspecified |

## PROCEDURES

| | FEE |
|---|---|
| 95860 Electromyography, one extremity | |
| 95861 Electromyography, two extremities | |
| 95863 Electromyography, three extremities | |
| 95864 Electromyography, four extremities | |
| 95867 Electromyography, facial | |
| 95903 Motor F Wave Study | |
| 95900 Nerve Conduction Study | |
| 95904 Sensory Study | |
| 95857 Tension Test | |
| 95934 H. Reflex | |
| Other: | |

## NERVE BLOCKS

| | |
|---|---|
| 64400 Trigeminal Nerve | |
| 64402 Facial | |
| 64421 Intercostal | |
| Other: | |

## MISCELLANEOUS

| | FEE |
|---|---|
| Medical Report | |
| Conference Time | |
| Other: | |
| State Disability | |
| Disability Form for Patient | |

**IF 24 HOUR NOTICE OF CANCELLATION IS NOT RECEIVED YOU WILL BE CHARGED FOR MISSED APPOINTMENT FEE OF $25.00.**

Here are some guidelines for people with a family history of high blood pressure (or heart disease):

- Take any prescribed medicine exactly as directed, even if you're feeling fine.
- Get regular exercise.
- Eat healthy and reduce your salt intake.
- Get plenty of sleep.
- Limit alcohol and caffeine.
- Quit smoking.
- Don't abuse drugs.
- Lose weight, if necessary, and maintain a healthy weight.
- Check your blood pressure regularly. Buy a BP monitor or use the automatic machine at your local drug store.
- Learn ways to reduce stress and relax. Some relaxation techniques include yoga, meditation, slow rhythmic breathing, and visualization.

## When to Call the Doctor

Call your doctor, or go to the Emergency Department, if you have:

- a sudden rise in your blood pressure while taking BP medicine
- pounding heartbeats in your ears
- ringing in your ears
- a resting pulse rate greater than 100 heartbeats per minute
- faster than normal pulse lasting more than 1 hour

*Go to the Emergency Department right away, or get emergency medical help, if you have:*

- lightheadedness, dizziness, faintness
- weakness
- shortness of breath or trouble breathing
- chest, neck, jaw, or shoulder pain
- sudden, severe headache with dizziness, blurred vision, nausea, confusion, anxiety
- severe chest pain or breathlessness that occurs at rest
- symptoms of stroke (weakness or numbness on one side of the body, problems speaking)

Thank you for choosing Christus St. Patrick Emergency Department for you health care needs.

# General Information

**Name :** Warwas Jr., Tommy
**ID :** 462042749
**Sex :** male
**Age :** 54 [4/20/1957]

**BMI :** 23.86 72
**Height :** 67.5 In
**Weight :** 187.0 Lb
**Date :** 9/19/2011

**Physician :** ,
**Technician :** Schlegel, D
**Record # :** 2749-1
**Scorer :** DSchlegel RPSGT

**Medication Information**



**Sleep Disorder**

**Comments**

**Lights out:** 09:46:11 PM          **Lights on:** 04:58:53 AM

| Time | Total | S | D | P | U |
|---|---|---|---|---|---|
| Recording (TRT) | 7h 12.5m | 3h 34.5m | 3h 37.5m | 0h 0.0m | 0h 0.5m |
| Sleep (TST) | 6h 9.0m | 3h 13.0m | 2h 56.0m | 0h 0.0m | 0h 0.0m |
| | | (S) = Supine, (D) = Side, (P) = Prone, (U) = Upright | | | |

| Latency | Stage. N1 | Stage. N2 | Stage. N3 | REM | Onset | Eff. |
|---|---|---|---|---|---|---|
| Actual | 0h 57.0m | 1h 11.0m | 0h 0.0m | 1h 56.5m | 0h 57.0m | 85.32% |
| Normal | | | | 1h 24.8m | 0h 11.9m | 92.00% |

| Duration | Wake | Stage. N1 | Stage. N2 | Stage. N3 | REM | MT |
|---|---|---|---|---|---|---|
| Total | 63.5 | 121.5 | 200.5 | 0.0 | 47.0 | 0.0 |
| Supine | 21.5 | 80.5 | 82.5 | 0.0 | 30.0 | 0.0 |
| Side | 41.5 | 41.0 | 118.0 | 0.0 | 17.0 | 0.0 |
| Prone | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Upright | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| % | Wake | Stage. N1 | Stage. N2 | Stage. N3 | REM | MT |
|---|---|---|---|---|---|---|
| Total | 14.7 | 32.9 | 54.3 | 0.0 | 12.7 | 0.0 |
| Normal | 4.3 | 7.6 | 61.7 | 4.9 | 21.5 | |
| Supine | 5.0 | 18.6 | 19.1 | 0.0 | 6.9 | 0.0 |
| Side | 9.6 | 9.5 | 27.3 | 0.0 | 3.9 | 0.0 |
| Prone | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Upright | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| Apnea Summary | | | Sub | S | D | P | U |
|---|---|---|---|---|---|---|---|
| TOT | 6 | Total | 6 | 5 | 1 | 0 | 0 |
| | | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 6 | 5 | 1 | 0 | 0 |
| OBS | 6 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 6 | 5 | 1 | 0 | 0 |
| MIX | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| CEN | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| | | (S) = Supine, (D) = Side, (P) = Prone, (U) = Upright | | | | | |

| Hypopnea Summary | | | Sub | S | D | P | U |
|---|---|---|---|---|---|---|---|
| TOT | 10 | Total | 10 | 10 | 0 | 0 | 0 |
| | | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 10 | 10 | 0 | 0 | 0 |
| OBS | 10 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 10 | 10 | 0 | 0 | 0 |
| MIX | 0.0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| CEN | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| | | (S) = Supine, (D) = Side, (P) = Prone, (U) = Upright | | | | | |

| AHI | | Total | OBS | MIX | CEN |
|---|---|---|---|---|---|
| | | | | 0.00 | 0.00 |
| 2.60 | Apnea | 0.98 | 0.98 | 0.00 | 0.00 |
| | Hypopnea | 1.63 | 1.63 | 0.00 | 0.00 |

| | Total | S | D | P | U |
|---|---|---|---|---|---|
| | | | | 0.00 | 0.00 |
| Position AHI | 2.60 | 4.66 | 0.34 | 0.00 | 0.00 |
| REM AHI | 0.00 | | | | |
| NREM AHI | 2.98 | (S) = Supine, (D) = Side, (P) = Prone, (U) = Upright | | | |

## Desaturation Information

| | <100% | <90% | <80% | <70% | <60% | <50% | <40% |
|---|---|---|---|---|---|---|---|
| Supine | 15 | 0 | 0 | 0 | 0 | 0 | 0 |
| Side | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prone | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uprigh | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 16 | 0 | 0 | 0 | 0 | 0 | 0 |

Desaturation threshold setting: 3%
Minimum desaturation setting: 10 seconds
SaO2 nadir: 86%

The longest event was a 46 sec obstructive Hypopnea with a minimum SaO2 of 93%.

The lowest SaO2 was 86% associated with a 41 sec obstructive Hypopnea.

## EKG Rates

| EKG | Avg | Max | Min |
|---|---|---|---|
| Awake | 53 | 81 | 39 |
| Asleep | 51 | 65 | 38 |

EKG Events: Bradycardia

## Awakening/Arousal Information

# of Awakenings          3
Wake after sleep onset     05 minutes

| Arousal Assoc. | Arousals | Index |
|---|---|---|
| Apneas | 5 | 0.8 |
| Hypopneas | 7 | 1.1 |
| Leg Movements | 0 | 0.0 |
| Snore | 0 | 0.0 |
| Spontaneous | 74 | 12.0 |
| Total | 86 | 14.0 |

## Myoclonus Information

| PLMS | Leg Movements | Index |
|---|---|---|
| Total LMs during PLMS | 0 | 0.0 |
| LMs w/ Microarousals | 0 | 0.0 |

| LM | Leg Movements | Index |
|---|---|---|
| w/ Microarousal | 0 | 0.0 |
| w/ Awakening | 0 | 0.0 |
| w/ Resp Event | 0 | 0.0 |
| Spontaneous | 4 | 0.7 |
| Total | 4 | 0.7 |

Name: Tommy Warwas  Jr.

DOB: 4/20/1957

Date: Mon, Sep 19, 2011

Patient ID: 462042749

Age: 54



**Sleep Stages**

**Apneas/Hypopneas**

**Oxygen Saturation**

**Microarousals**

**Body Position**

**Leg Movements**

# General Information

**Name :** Warwas Jr., Tommy
**ID :** 462042749
**Sex :** male
**Age :** 54 [4/20/1957]

**BMI :** 28.86
**Height :** 67.5 In
**Weight :** 187.0 Lb
**Date :** 9/19/2011

**Physician :** ,
**Technician :** Schlegel, D
**Record # :** 2749-1
**Scorer :** DSchlegel RPSGT



**Medication Information**

**Sleep Disorder**

**Comments**

Lights out: 09:46:11 PM          Lights on: 04:58:53 AM

| Time | Total | S | D | P | U |
|---|---|---|---|---|---|
| Recording (TRT) | 7h 12.5m | 3h 34.5m | 3h 37.5m | 0h 0.0m | 0h 0.5m |
| Sleep (TST) | 6h 9.0m | 3h 13.0m | 2h 56.0m | 0h 0.0m | 0h 0.0m |

(S) = Supine, (D) = Side, (P) = Prone, (U) = Upright

| | Stage. N1 | Stage. N2 | Stage. N3 | REM | Onset | Eff. |
|---|---|---|---|---|---|---|
| Latency | | | | 1h 56.5m | 0h 57.0m | 85.32% |
| Actual | 0h 57.0m | 1h 11.0m | 0h 0.0m | 1h 24.8m | 0h 11.9m | 92.00% |
| Normal | | | | | | |

| Duration | Wake | Stage. N1 | Stage. N2 | Stage. N3 | REM | MT |
|---|---|---|---|---|---|---|
| Total | 63.5 | 121.5 | 200.5 | 0.0 | 47.0 | 0.0 |
| Supine | 21.5 | 80.5 | 82.5 | 0.0 | 30.0 | 0.0 |
| Side | 41.5 | 41.0 | 118.0 | 0.0 | 17.0 | 0.0 |
| Prone | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Upright | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| % | Wake | Stage. N1 | Stage. N2 | Stage. N3 | REM | MT |
|---|---|---|---|---|---|---|
| Total | 14.7 | 32.9 | 54.3 | 0.0 | 12.7 | 0.0 |
| Normal | 4.3 | 7.6 | 61.7 | 4.9 | 21.5 | |
| Supine | 5.0 | 18.6 | 19.1 | 0.0 | 6.9 | 0.0 |
| Side | 9.6 | 9.5 | 27.3 | 0.0 | 3.9 | 0.0 |
| Prone | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Upright | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| Apnea Summary | | | Sub | S | D | P | U |
|---|---|---|---|---|---|---|---|
| TOT | 6 | Total | 6 | 5 | 1 | 0 | 0 |
| | | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 6 | 5 | 1 | 0 | 0 |
| OBS | 6 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 6 | 5 | 1 | 0 | 0 |
| MIX | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| CEN | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |

(S) = Supine, (D) = Side, (P) = Prone, (U) = Upright

| Hypopnea Summary | | | Sub | S | D | P | U |
|---|---|---|---|---|---|---|---|
| | | Total | 10 | 10 | 0 | 0 | 0 |
| TOT | 10 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 10 | 10 | 0 | 0 | 0 |
| OBS | 10 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 10 | 10 | 0 | 0 | 0 |
| MIX | 0.0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| CEN | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |

(S) = Supine, (D) = Side, (P) = Prone, (U) = Upright

| AHI | | Total | OBS | MIX | CEN |
|---|---|---|---|---|---|
| | | 0.98 | 0.98 | 0.00 | 0.00 |
| 2.60 | Apnea | 0.98 | 0.98 | 0.00 | 0.00 |
| | Hypopnea | 1.63 | 1.63 | 0.00 | 0.00 |

| | Total | S | D | P | U |
|---|---|---|---|---|---|
| | | | | 0.00 | 0.00 |
| Position AHI | 2.60 | 4.66 | 0.34 | | |
| REM AHI | 0.00 | | | | |
| NREM AHI | 2.98 | (S) = Supine, (D) = Side, (P) = Prone, (U) = Upright | | | |

## Desaturation Information

| | <100% | <90% | <80% | <70% | <60% | <50% | <40% |
|---|---|---|---|---|---|---|---|
| Supine | 15 | 0 | 0 | 0 | 0 | 0 | 0 |
| Side | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prone | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Upright | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 16 | 0 | 0 | 0 | 0 | 0 | 0 |

Desaturation threshold setting: 3%
Minimum desaturation setting: 10 seconds
SaO2 nadir: 86%

The longest event was a 46 sec obstructive Hypopnea with a minimum SaO2 of 93%.

The lowest SaO2 was 86% associated with a 41 sec obstructive Hypopnea.

## EKG Rates

| EKG | Avg | Max | Min |
|---|---|---|---|
| Awake | 53 | 81 | 39 |
| Asleep | 51 | 65 | 38 |

EKG Events: Bradycardia

## Awakening/Arousal Information

# of Awakenings              3
Wake after sleep onset       05 minutes

| Arousal Assoc. | Arousals | Index |
|---|---|---|
| Apneas | 5 | 0.8 |
| Hypopneas | 7 | 1.1 |
| Leg Movements | 0 | 0.0 |
| Snore | 0 | 0.0 |
| Spontaneous | 74 | 12.0 |
| Total | 86 | 14.0 |

## Myoclonus Information

| PLMS | Leg Movements | Index |
|---|---|---|
| Total LMs during PLMS | 0 | 0.0 |
| LMs w/ Microarousals | 0 | 0.0 |

| LM | Leg Movements | Index |
|---|---|---|
| w/ Microarousal | 0 | 0.0 |
| w/ Awakening | 0 | 0.0 |
| w/ Resp Event | 0 | 0.0 |
| Spontaneous | 4 | 0.7 |
| Total | 4 | 0.7 |

Routine For: T. Warwas
Created By: Nicholas J Cronan, DPT

Jun 08, 2011
Final L/sp Therex

## TRUNK STABILITY - 9  Bridging



Slowly raise buttocks from floor, keeping stomach tight.

Repeat __20__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

## TRUNK STABILITY - 4  Isometric Abdominal



Lying on back with knees bent, tighten stomach by pressing elbows down. Hold __2__ seconds.

Repeat __20__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

## BACK - 16  Lower Trunk Rotation Stretch



Keeping back flat and feet together, rotate knees to _right_ side. Hold __2__ seconds.

Repeat __20__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

## TRUNK STABILITY - 6  Bent Leg Lift (Hook-Lying)



Tighten stomach and slowly raise _right_ leg __4__ inches from floor. Keep trunk rigid. Hold __2__ seconds.

Repeat __20__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

## TRUNK STABILITY - 8  Heel Walk (Hook-Lying)



Tighten stomach and slowly walk feet forward in short steps until legs are nearly straight, or until back begins to arch.

Repeat __20__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

## SITTING - 4
Supported Anterior / Posterior Weight Shift:
Lower Trunk Leading

Sit with feet flat on floor, hands on support. Lean forward through hips bringing nose over knees. Return. Then lean backward through hips.



Hold each position __2__ seconds.
Repeat __20__ times per session.
Do __1__ sessions per day.

Copyright© 1999-2004 VHI

Routine For: T. Warwas
Created By: Nicholas J Cronan, DPT

Jun 08, 2011
Final L/sp Therex

## STANDING DYNAMIC - 3
Weight Shift: Diagonal

Slowly shift weight forward
over right leg. Return to
starting position. Shift
backward over right leg.

Hold each position
___2___ seconds.
Repeat __20__ times
per session.
Do __1__ sessions
per day.



## HIP / KNEE - 75

Squat with head up,
reaching back with buttocks
as if sitting down.

Repeat __20__ times per set.
Do __1__ sets per session.
Do __1__ sessions per day.



## HIP / KNEE - 48  Piriformis (Supine)



Cross legs, right on top. Gently pull other knee toward
chest until stretch is felt in buttock/hip of top leg.
Hold __15__ seconds.

Repeat __3__ times per set. Do __1__ sets per session.
Do __1__ sessions per day.

## HIP / KNEE - 39  Stretching: Hamstring (Standing)

Place right foot on stool.
Slowly lean forward,
keeping back straight,
until stretch is felt
in back of thigh.
Hold __15__ seconds.

Repeat __3__ times
per set.
Do __1__ sets
per session.
Do __1__ sessions
per day.




Copyright© 1999-2004 VHI

Routine For: T. Warwas
Created By: Nicholas J Cronan, DPT

Jun 08, 2011
Final C/sp Therex

## CERVICAL SPINE - 1  AROM: Neck Rotation



Turn head slowly to look over one shoulder, then the other.
Hold each position __2__ seconds.

Repeat __20__ times per set. Do __1__ sets per session.
Do __1__ sessions per day.

## CERVICAL SPINE - 4  AROM: Neck Extension



Bend head backward.
Hold __2__ seconds.

Repeat __20__ times per set.
Do __1__ sets per session.
Do __1__ sessions per day.

## CERVICAL SPINE - 22A Strengthening: Shoulder Shrug (Phase 1)



Shrug shoulders up and down,
forward and backward.

Repeat __20__ times per set.
Do __1__ sets per session.
Do __1__ sessions per day.

## SHOULDER - 112  Resisted External Rotation: in Neutral – Bilateral

Sit or stand, tubing in both hands, elbows
at sides, bent to 90°, forearms forward.
Pinch shoulder blades together
and rotate forearms out.
Keep elbows at sides.

Repeat __20__ times
per set.
Do __1__ sets
per session.
Do __1__ sessions
per day.

## SHOULDER - 113  Resisted Horizontal Abduction: Bilateral

Sit or stand, tubing in both
hands, arms out in front.
Keeping arms straight, pinch
shoulder blades together and
stretch arms out.



Repeat __20__ times per set.
Do __1__ sets per session.
Do __1__ sessions per day.

## SHOULDER - 88  PNF Strengthening: Resisted



Standing with resistive band around each hand, bring
right arm up and away, thumb back.

Repeat __10__ times per set. Do __1__ sets per session.
Do __1__ sessions per day.

Copyright© 1999-2004 VHI

Routine For: T. Warwas

Created By: Nicholas J Cronan, DPT

Jun 08, 2011

Final C/sp Therex

## SHOULDER - 45  Strengthening: Resisted Extension

Hold tubing in right hand, arm forward. Pull arm back, elbow straight.



Repeat __30__ times per set.
Do __1__ sets per session.
Do __1__ sessions per day.

## CERVICAL SPINE - 24  Flexibility: Corner Stretch

Standing in corner with hands just above shoulder level and feet __4__ inches from corner, lean forward until a comfortable stretch is felt across chest.
Hold __2__ seconds.



Repeat __20__ times per set.
Do __1__ sets per session.
Do __1__ sessions per day.

## SHOULDER - 57  Scapular: Protraction – 90° of Flexion



Holding __2-3__ pound weights, attempt to push arms up toward ceiling, keeping elbows straight and back against floor.

Repeat __20__ times per set. Do __1__ sets per session.
Do __1__ sessions per day.

## CERVICAL SPINE - 60  Corkscrew



Lie on right side with left hand on your hip. Bend your left elbow and relax the elbow down, behind your back. Relax in this position for 1-2 minutes.

Repeat __1__ times per set. Do __1__ sets per session.
Do __1__ sessions per day.

## CERVICAL SPINE - 30
## Lower Cervical / Upper Thoracic Stretch

Clasp hands together in front with arms extended. Gently pull shoulder blades apart and bend head forward.
Hold __15__ seconds.



Repeat __3__ times per set.
Do __1__ sets per session.
Do __1__ sessions per day.

Copyright© 1999-2004 VHI

CHRISTUS
Health®

## Motor Vehicle Accident



Motor vehicle accidents are one of the leading causes of injuries. Even a low-speed (5-10 mph) crash with little or no vehicle damage can result in some minor injuries.

Injuries caused by motor vehicle accidents range from minor cuts, bruises, and scrapes to back and neck injuries (such as strained neck muscles), broken bones, head injuries (like a *concussion*, which affects thinking and balance), and severe internal injuries (to the chest or abdominal organs).

Signs and symptoms of an injury from a crash may include neck pain and stiffness, headaches, chest pain, difficulty breathing, abdominal pain, dizziness, loss of balance, ear ringing, blurred vision, memory problems, difficulty concentrating, moodiness, tiredness, sleep problems, upper or lower back pain, and arm, hand, leg, or foot pain.

Anyone can be injured in a motor vehicle accident, but children are hurt more frequently. Most injuries occur from not using the proper safety restraints (seatbelts, carseats, etc.). A child not properly restrained or sitting in an adult's lap can receive serious injuries, even at low speeds or during sudden stops.

Most minor accidents result in little, if any, serious injury. They usually cause strained muscles and bruises, which go away in a few days. Treatment for more serious injuries depends on the type and severity of the injury and the parts of the body involved. This may include casting of broken bones, short or long term physical therapy, surgery, and "watchful waiting." It can take days or even weeks for some injuries to appear, and some that don't seem too serious may get worse over time. A follow-up with your primary care doctor is very important.

## Home Care

- If the doctor prescribed any medications, take them exactly as prescribed.
- Make a follow-up appointment with your primary care doctor (or recommended specialist) as soon as possible.
- Take only medications that your/your child's doctor has approved.
- If you are a pregnant woman, see you obstetrician as soon as possible.
- Watch for signs of *whiplash* (sudden neck strain), particularly neck, shoulder, or back pain or stiffness, and pain or numbness in the hands.
- Don't drink alcohol or take recreational drugs.
- Get plenty of rest during the day and sleep at night.
- Resume normal activities slowly.
- Ask your doctor when you can drive a car or operate any other equipment that requires

# Lake Charles
# Memorial Hospital

*Everything Your Healthcare Should Be.*

1701 Oak Park Boulevard • Lake Charles, Louisiana 70601 • (337) 494-2556 • FAX (337) 494-2698
Outpatient Rehabilitation and Sports Medicine

## Billing Information

# ATTENTION VALUED PATIENTS

- Please note that filling to your Insurance Company is not a guarantee of payment .

- Please be aware that some Insurance Companies do not pay 100% of amount billed

- We will file with your insurance. The patient will be responsible for any remainder after insurance pays.

- If you have any questions regarding your account, please contact the Business Office at (337) 494-3265. Monday through Friday, 8:00AM – 4:30PM.

_____
Patient Signature

_____
Date

OUTPATIENT REHAB AND SPORTS MEDICINE CENTER
OF LAKE CHARLES MEMORIAL HOSPITAL

## PATIENT NON-COMPLIANCE POLICY

Dear Client,

In an effort to help you recover and to be sure that all of our clients are scheduled as efficiently as possible, we recommend and hope that you will attend your scheduled therapy appointments.

In consideration of your schedule and the demands of insurance companies and workers compensation, we have developed certain criteria by which a client may be discharged from therapy services. Please familiarize yourself with these criteria and sign and date this form.

We hope that you will be as committed to your rehabilitative care as we are.

- Clients who cancel 3 consecutive scheduled appointments may be discharged.

- Clients who miss 50% of their scheduled appointments within the prescription dated period or duration of planned treatment may be discharged.

- New clients that miss 3 scheduled "first" appointments and/or surpass 2 weeks from the physician prescription date will be discharged.

- Letters will be sent to the client's referring physician and/or case manager.

- Prior to resuming therapy, a new prescription will be required from the client's physician.

_____

Patient Signature

_____

Date

Name: _____    Date: _____

Occupation: _____    Age: _____

Sex: _____ M  or  _____ F    ·Date of Birth: _____

Presently working:  Yes _____  No _____

Physical Requirements of your job: _____
_____
_____

Are you currently receiving home health for any·healthcare needs? (please check one)
_____ YES         _____ NO

## PAST MEDICAL HISTORY:
Cancer:      Yes _____    No _____
                    Malignant _____  Benign _____  Where _____
Diabetes:    Yes_____  No _____  Insulin _____
Cardiac:     High Blood Pressure _____
             Heart Attack _____         ____/____/____
             Bypass _____              ____/____/____
             Pacemaker _____           ____/____/____
Surgeries: _____
Other Diagnoses: _____

## PRESENT MEDICAL HISTORY:
Diagnosis: _____    Doctor: _____
How was the injury sustained: _____
_____
Date of injury: _____
Previous admit to Hospital: ____/____/____
Surgeries: _____

1.  Rate your pain on a scale from 1 (lowest) to 10 (highest)?
2.  When did your pain begin? _____
3.  Where is your pain? _____
4.  How long does your pain last? _____
5.  How would you describe your pain? _____
6.  What increases your pain? _____
7.  What decreases your pain? _____
8.  Where precisely did the pain start?  (Draw it in with an "X")
9.  What is your pain like first thing in the morning?
       Better/Worse:    Stiff _____    Sore _____    Sharp _____
10. What is your pain like by mid-day?
       Better/Worse:    Stiff _____    Sore _____    Sharp _____

12. What is your pain in the evening?

    Better/Worse:   Stiff \_\_\_\_    Sore \_\_\_\_    Sharp \_\_\_\_

13. Does it hurt at night? Yes \_\_\_\_\_ No \_\_\_\_\_

    If yes, can you change positions to decrease your pain? Yes \_\_\_\_\_ No \_\_\_\_\_

14. Do you have any tingling, numbness, or loss of skin sensation? Yes \_\_\_\_ No \_\_\_\_

    Explain: _____

15. Have you received treatment for this condition? Yes \_\_\_\_\_ No \_\_\_\_\_

    List: _____

    Did it help? Yes \_\_\_\_\_ No \_\_\_\_\_

16. Presently are you: Getting better \_\_\_\_\_ Worse \_\_\_\_\_ Staying much the same \_\_\_\_\_

17. Have you experienced similar symptoms before? Yes \_\_\_\_\_ No \_\_\_\_\_

    Describe: _____

18. Are you taking any medications? Yes \_\_\_\_\_ No \_\_\_\_\_

## MEDICAL TEST RESULTS:

| TEST | DATE | RESULTS | WHAT AREA |
|---|---|---|---|
| X-Rays | \_\_\_/\_\_\_/\_\_\_ | _____ | _____ |
| MRI | \_\_\_/\_\_\_/\_\_\_ | _____ | _____ |
| CT Scan | \_\_\_/\_\_\_/\_\_\_ | _____ | _____ |
| Bone Scan | \_\_\_/\_\_\_/\_\_\_ | _____ | _____ |
| Angiogram | \_\_\_/\_\_\_/\_\_\_ | _____ | _____ |
| EMG | \_\_\_/\_\_\_/\_\_\_ | _____ | _____ |
| Cardiac Catheterization | \_\_\_/\_\_\_/\_\_\_ | _____ | _____ |

What concerns you most?  Your pain \_\_\_\_\_

               Restrictions of Activities \_\_\_\_\_

               Both \_\_\_\_\_

               N/A \_\_\_\_\_

When is your next physician appointment? \_\_\_\_/\_\_\_\_/\_\_\_\_

What are your goals in coming to physical therapy or occupational therapy? _____

_____

Our goal is to help you achieve the most efficient and successful recovery based on your doctor's referral. In order for us to help you, you must attend your scheduled appointments. Your progress depends on your attendance. Please acknowledge that you are committed to a rehabilitation program designed specifically for you by signing below.

_____        _____

Patient                              Therapist

**LAKE
CHARLES
MEMORIAL
HOSPITAL**

1701 Oak Park Boulevard • Lake Charles, Louisiana • (337) 494-3000

# Billing Information

## ATTENTION VALUED PATIENTS

- We request payment of your co-pays and/or deductibles at the time of services. Arrangements, when necessary, can be made with your Registration Representative.

- Referrals when applicable are the patient/guarantor responsibility. If you have questions please ask your Registration Representative for clarification.

- If you do not have insurance coverage, please contact a Financial Counselor at (337) 494-2893 or (337) 494-4641.

For your convenience, we accept all major Credit Cards.

You will be receiving a statement within 30 days for this service. If you do not receive this statement, please contact the Business Office at (337) 494-3265.

## OTHER BILLING

ease be aware that certain professional services rendered during your visit will be ovided by physicians who are independent practitioners and are not employees or ents of the hospital. These fees will be billed to you directly by the physician or dical group, which performs the interpretation. Therefore, you may receive a parate bill from the following:

Radiologist (X-Rays, Ultrasounds, etc.)
Pathologist (Lab Test)
Anesthesiologist
Attending/Consulting Physicians

Business Office hours are 8:00 AM – 4:30 PM Monday through Friday. Any stions please call the Business Office at (337) 494-3265.

look forward to servicing your needs. Thank you for choosing Lake Charles norial Hospital.

Lake Charles Memorial Hospital

# PATIENT BILL OF RIGHTS

The Board of Trustees, Medical Staff and each employee at Lake Charles Memorial Hospital is committed to assure you excellent care. Because it is our policy to respect your individuality and your dignity, it has long been our sincere intention to provide you with the considerations listed below. We believe they are rightful expectations on our part.

1. You or your representative have the right to express concerns regarding your hospital stay and have them addressed quickly and respectfully. If the staff is unable to resolve your concerns, you are encouraged to contact Volunteer Services at 494-3030 or the Administrator on Call at 494-3000 so that an investigation can be conducted. If you wish to contact an outside agency, you may do so by contacting someone at Department of Health and Hospitals (DHH), Health Standards Section, PO Box 3767, Baton Rouge, LA 70821 or call (225) 342-6429.

2. You have the right to the care medically indicated for your problem. We will provide service without considerations to race, color, religion or national origin.

3. You have the right to be treated respectfully by others; to be addressed by your proper name and without question to receive an appropriate and helpful response.

4. You have the right to expect that your individuality will be respected and that difference in cultural and educational background will be taken into account so far as is practical.

5. You have the right to personal privacy and confidentiality. You should be able to talk with your doctor, nurse or an administrative officer in private, and know that the information you supply will not be overheard nor given to others without your permission.

   In the Hospital, when you are in a semi-private room, you can expect a reasonable attempt to keep the conversation private. When you are examined, you are entitled to privacy -- to have the curtains drawn, to know the role of any observers unrelated to your care, and to have them leave if you so request. Your hospital records are confidential, and no person or agency beyond those caring for you should learn the information in your medical record without your specific permission.

. You have the right to be fully informed of your medical condition; to know the name of the doctor who is responsible for your care; to receive all the information necessary for you to understand your medical problem, the planned course of treatment and the prognosis or medical outlook for your future. You have the right to ask your doctor any questions that concern your health. You have the right to request from your doctor a consultation on your medical condition, if you desire it. You have the right to have a full explanation of any research study before you agree to participate in it. If you agree to certain diagnostic and therapeutic procedures recommended by your doctor, you may be asked to sign a consent form.

You have the right to make informed decisions regarding care; the right to request or refuse treatment; and the right to formulate advance directives and to have hospital staff and practitioners comply with those directives.

You have the right receive care in a safe setting. 

. You have the right to receive appropriate assessment and management of pain.

. You have the right to be free from mental/physical abuse, chemical and physical restraints, except in emergencies and as authorized by your physician for a specified and limited period of time.

. You have the right to inquire about the possibility of various payment plans to help you in the payment of your hospital bill.

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles  LA  70602

Date:             12/02/2009
Patient Name:     TOMMY WARWAS
Account #:        1944307
Amount Due:       $156.40

Amount Remitted: _____

Office Phone:     337/439-4706
Patient Name:     TOMMY WARWAS

548 1 AT 0.357 *2              00548

Tommy Warwas     1944307
PO Box 5765
Lake Charles  LA  70606-5765

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles  LA  70602

DIAGNOS2-0208640-0000548-1472158-001-000170-#000556-0015

PLEASE RETURN TOP PORTION WITH PAYMENT

---

# THIS IS YOUR FINAL NOTICE!

You have failed to meet your obligation to pay this bill as required.

Full payment is required. Should you fail to promptly make payment or contact us, we will recommend that further collection efforts be taken by our collection agency.

In order to avoid any collection efforts by our agency, please make payment in full.   Direct all payments and inquiries to:

Radiology Assoc Of SW LA
PO Box 3749
Lake Charles  LA  70602
Office Phone: 337/439-4706

Sincerely,

Final Resolution Department

## PAYMENT DUE ON: 12/17/2009

DIAGNOS2-0208640-0000548-1472158-001-000170-#000556-0015

M-RCP-SP

(Vea por favor el lado inverso para una explicación en Español)

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles LA 70602

STATEMENT

| | | |
|---|---|---|
| CARD NUMBER | SEC. CODE | AMOUNT |
| NAME ON CARD (PLEASE PRINT) | | EXP. DATE |
| SIGNATURE | | |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 03/23/2009 | 0640156556 | $50.00 |

Office Hours: 8:00 a.m. - 5:00 p.m.          Patient: WARWAS TOMMY E          AMOUNT PAID
Phone: 337/439-4706  IRS# 74-1740101

74174010100000000000006401565560005000 8

5662 1 AT 0.346 *21          05662

Tommy E Warwas   0640156556
PO Box 5765
Lake Charles LA 70606-5765

MAKE CHECK PAYABLE & REMIT TO:

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles LA 70602

DIAGNOS1-0184308-0005662-1278228-001-000224-#005786

◻ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | DOCTOR | CPT | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|
| 03/13/09 | E | 72100 | LUMBOSACRAL SPINE AP AND LATERAL | $50.00 |

## PAYMENT DUE ON: 04/07/2009

**BALANCE DUE:  $50.00**

| Patient:  WARWAS TOMMY E | Account Number:  0640156556 | Statement Date:  03/23/2009 |
|---|---|---|
| Location: ST PATRICK HOSPITAL | Referring Physician: LENO CONGTANG MD | |

IF YOU HAVE INSURANCE, PLEASE CONTACT OUR
OFFICE IMMEDIATELY. THIS IS THE ONLY STATEMENT
YOU WILL RECEIVE. PLEASE PAY IN FULL BY DUE DATE
SHOWN ABOVE.

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles LA 70602

Phone: 337/439-4706  IRS# 74-1740101

DIAGNOS1-0184308-0005662-1278228-001-000224-#005786

**DELTA** Exhibit
**FINANCIAL SERVICES**
**(337) 265-2840**

PO Box 52253
Lafayette LA 70505-2253
RETURN SERVICE REQUESTED

September 10, 2010

Delta Financial Services
PO Box 52253
Lafayette LA 70505-2253
‖l₁ₙₗₗₗₕₙₐₗₗₗₐₗₗₕₙₐₗₗₐₗₐₗₐₗₗₗₐₗₗₗₕₐₗₗₗₐₗₗₗₗ‖ₗₗ

1255326-100   881863   000150
‖l₁ₙₗₗₕₙₐₗₗₐₗₗₐₗₕₙₐₗₗₐₗₗₐₗₐₗₗₕₐₗₗₐₗₕₗₐₗₗ
Tommy Warwas
PO Box 5765
Lake Charles LA 70606-5765

Creditor Acct. # 81755-1
Creditor: Lake Charles Medical & Surgical Clinic
Balance: $2203.79

---

### Past Due Balance

***Detach Upper Portion And Return With Payment***

| | |
|---|---|
| Name: | Tommy Warwas |
| Creditor: | Lake Charles Medical & Surgical Clinic |
| Creditor Acct. #: | 81755-1 |
| Service Date: | 07/14/08 |
| Balance: | $2203.79 |

MEMBER



**A C A**
INTERNATIONAL
The Association of Credit
and Collection Professionals

Your creditor has placed your account with our collection service for collection.  If you have any questions please call us at 337-265-2840.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will:  obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.   ☐   ☐ 

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| &#124; &#124; &#124; &#124; &#124; &#124; &#124; &#124; &#124; &#124; &#124; &#124; &#124; &#124; &#124; &#124; | $ | _____/_____ |

---

| Card Holder Name | Signature of Card Holder | Date | 3-Digit Security Code (found on the back of card) |
|---|---|---|---|

1ONDELT01100



OUR LADY OF LOURDES REGIONAL MEDICAL CENTER

Steven Snatic, MD
DEA#

Leo Dezhaynes, MD
DEA#

Daniel Dunlap, MD
DEA#

Tedd Schneider, APRN, FNP-C
Phy Code#

NEUROLOGY CENTER
601 WEST MARY BLVD, SUITE 500
LAFAYETTE, LA 70506
(337) 289-4978 TEL (337) 289-4951 FAX

Name _____  Age _____  Date _____

Address _____

℞

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 & over

Refill: NR ☐ 1 2 3 4 5 6              Units

Dispense as Written ☐ _____
(Signature)

Brand Medically Necessary must be handwritten by the practitioner for Medicaid/Medicare patients or product selection will be allowed.

PP24376-08-10

---

M. _____
HAS AN APPOINTMENT ON

☐ MON.  ☐ TUES.  ☐ WED.  ☐ THUR.  ☐ FRI.  ☐ SAT.

DATE _____  AT _____ ☐ A.M.  ☐ P.M.

LYNN E. FORET, M.D., A.P.M.C.

640 DR. MICHAEL DEBAKEY DRIVE          TELEPHONE (337) 562-1000
LAKE CHARLES, LA 70601                       FAX (337) 439-8829

IF UNABLE TO KEEP APPOINTMENT KINDLY GIVE 24 HOURS NOTICE.

## 2. Summary of Prescription Claims Processed from 04/01/2010 through 04/30/2010

| Date Prescription Filled | Prescription Claim Number | Name of Drug | Quantity Filled | Amount Plan Paid | Amount You Paid | Amount Paid by Secondary Coverage/Other Sources | Extra H. from Medicare |
|---|---|---|---|---|---|---|---|
| 04/02/2010 | 1269136 | NEXIUM    CAP 40MG | 30.00 | $0.00 | $6.30 | · | $164.86 |
| 04/02/2010 | 1270272 | HYDROCO/APAP TAB 10-650MG | 60.00 | $0.00 | $2.50 | $0.00 | $5.92 |
| 04/26/2010 | 1268662 | LYRICA    CAP 150MG | 270.00 | $419.88 | $6.30 | $0.00 | $173.45 |

**Totals**

- Total Drug Costs from 04/01/2010 to 04/30/2010: $779.21
- Out-of Pocket costs: $359.33
- Amount you paid: $15.10
- Total Amount left to pay before catastrophic coverage: $4,182.25



also:
Topamax
Clanazapam
† Bropro Fran

can send labels if needed
Should be in my records
sent to you.

Thank you

Tom

6405-07-00-0032503-0002-0101735

335360154
Page 5 of 7
December 23, 2009

**Your Medicare Number: XXX-XX-2749A**

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-09344-441-120 | | | | | | b,c |
| **Partners IN Physical Therapy, Ste D,** | | | | | | |
| 3221 Ryan St , Lake Charles, LA  70601-8780 | | | | | | |
| Referred by: Hutchinson, Carolyn A | | | | | | |
| Regan, Freddie A.  PT | | | | | | |
| 12/09/09 | 3 Manual therapy (97140-GPKX) | $135.00 | $74.10 | $59.28 | $14.82 | |
| 12/09/09 | 1 Ultrasound therapy (97035-GPKX) | 30.00 | 11.06 | 8.85 | 2.21 | |
| | Claim Total | $165.00 | $85.16 | $68.13 | $17.03 | |
| Claim number 11-09348-479-480 | | | | | | b,c |
| **Partners IN Physical Therapy, Ste D,** | | | | | | |
| 3221 Ryan St , Lake Charles, LA  70601-8780 | | | | | | |
| Referred by: Hutchinson, Carolyn A | | | | | | |
| Regan, Freddie A.  PT | | | | | | |
| 12/11/09 | 1 Therapeutic exercises (97110-GPKX) | $45.00 | $26.69 | $21.35 | $5.34 | |
| 12/11/09 | 3 Manual therapy (97140-GPKX) | 135.00 | 74.10 | 59.28 | 14.82 | |
| | Claim Total | $180.00 | $100.79 | $80.63 | $20.16 | |

**Notes Section:**

a  This approved amount has been applied toward your deductible.

b  This information is being sent to Medicaid.  They will review it to see if additional benefits can be paid.

c  1643.95 has been applied during this calendar year 2009 towards the 1840.00 limit on outpatient physical therapy and speech-language pathology benefits.

d  $ 33.65 of this approved amount has been applied toward your deductible.

e  Medicare does not pay separately for this service.

f  You cannot be billed separately for this item or service.  You do not have to pay this amount.

(continued)

335360154
Page 3 of 7
December 23, 2009

**Your Medicare Number: XXX-XX-2749A**

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| 11/04/09 | 1 Electrical stimulation (97032-GP) | 32.00 | 15.35 | 12.28 | 3.07 | |
| 11/04/09 | 1 Hot or cold packs therapy (97010-GP) | 21.00 | 0.00 | 0.00 | 0.00 | e,f,g |
| 11/05/09 | 2 Therapeutic exercises (97110-GP) | 90.00 | 53.38 | 42.70 | 10.68 | |
| 11/05/09 | 2 Manual therapy (97140-GP) | 90.00 | 49.40 | 39.52 | 9.88 | |
| | Claim Total | $368.00 | $192.23 | $153.78 | $38.45 | |

Claim number 11-09316-408-180
**Partners IN Physical Therapy, Ste D,**                                                                    **b,c**
    **3221 Ryan St , Lake Charles, LA  70601-8780**
Referred by: Hutchinson, Carolyn A
Regan, Freddie A.  PT

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/10/09 | 2 Therapeutic exercises (97110-GP) | $90.00 | $53.38 | $42.70 | $10.68 | |
| 11/10/09 | 2 Manual therapy (97140-GP) | 90.00 | 49.40 | 39.52 | 9.88 | |
| | Claim Total | $180.00 | $102.78 | $82.22 | $20.56 | |

Claim number 11-09321-468-870
**Partners IN Physical Therapy, Ste D,**                                                                    **b,c**
    **3221 Ryan St , Lake Charles, LA  70601-8780**
Referred by: Hutchinson, Carolyn A
Gilley, Lauren A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/09 | 2 Therapeutic exercises (97110-GP) | $90.00 | $53.38 | $42.70 | $10.68 | |
| 11/12/09 | 2 Manual therapy (97140-GP) | 90.00 | 49.40 | 39.52 | 9.88 | |
| 11/13/09 | 2 Manual therapy (97140-GP) | 90.00 | 49.40 | 39.52 | 9.88 | |
| 11/13/09 | 2 Therapeutic exercises (97110-GP) | 90.00 | 53.38 | 42.70 | 10.68 | |
| | Claim Total | $360.00 | $205.56 | $164.44 | $41.12 | |

Claim number 11-09322-452-990
**Partners IN Physical Therapy, Ste D,**                                                                    **b,c**
    **3221 Ryan St , Lake Charles, LA  70601-8780**
Referred by: Hutchinson, Carolyn A
McBride, Mark B.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/16/09 | 2 Manual therapy (97140-GP) | $90.00 | $49.40 | $39.52 | $9.88 | |
| 11/16/09 | 1 Therapeutic exercises (97110-GP) | 45.00 | 26.69 | 21.35 | 5.34 | |
| 11/16/09 | 1 Electrical stimulation (97032-GP) | 32.00 | 15.35 | 12.28 | 3.07 | |
| | Claim Total | $167.00 | $91.44 | $73.15 | $18.29 | |

06535622000079170204

# Partners in Physical Therapy

3221 Ryan Street
Suite D
Lake Charles , LA  70601
Phone: (337) 439-3344
Fax: (337) 439-3380

## Appointment list for Warwas, Tommy

Thank you for visiting Partners in Physical Therapy. If we can be of any further assistance, please let us know.

| Date | Time | Appointment Type | Clinician | Copay |
|------|------|------------------|-----------|-------|
| Mon, Nov 30, 2009 | 04:00 PM | Medicare Daily Visit | Regan , Freddie | 0.00 |
| Fri, Dec 04, 2009 | 04:00 PM | Medicare Daily Visit | Gilley , Lauren | 0.00 |
| Mon, Dec 07, 2009 | 04:00 PM | Medicare Daily Visit | Regan , Freddie | 0.00 |
| Wed, Dec 09, 2009 | 04:00 PM | Medicare Daily Visit | Gilley , Lauren | 0.00 |
| Fri, Dec 11, 2009 | 04:00 PM | Medicare Daily Visit | Gilley , Lauren | 0.00 |
| Mon, Dec 14, 2009 | 04:00 PM | Medicare Daily Visit | Gilley , Lauren | 0.00 |
| Wed, Dec 16, 2009 | 04:00 PM | Medicare Daily Visit | Gilley , Lauren | 0.00 |
| Fri, Dec 18, 2009 | 04:00 PM | Medicare Daily Visit | McBride , Mark | 0.00 |
| Mon, Dec 21, 2009 | 04:00 PM | Re-Evaluation | Gilley , Lauren | 0.00 |

**Additional Instructions:**

Thank you,
Partners in Physical Therapy

335360154
Page 2 of 7
December 23, 2009

**Your Medicare Number: XXX-XX-2749A**

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-09306-421-900 | | | | | | |
| **Partners IN Physical Therapy, Ste D,** | | | | | | **b,c** |
| 3221 Ryan St , Lake Charles, LA  70601-8780 | | | | | | |
| Referred by: Hutchinson, Carolyn A | | | | | | |
| Gilley, Lauren A. | | | | | | |
| 10/28/09 | 2 Therapeutic exercises (97110-GP) | $90.00 | $53.38 | $15.78 | $37.60 | d |
| 10/28/09 | 2 Manual therapy (97140-GP) | 90.00 | 49.40 | 39.52 | 9.88 | |
| 10/29/09 | 2 Therapeutic exercises (97110-GP) | 90.00 | 53.38 | 42.70 | 10.68 | |
| 10/29/09 | 2 Manual therapy (97140-GP) | 90.00 | 49.40 | 39.52 | 9.88 | |
| | Claim Total | $360.00 | $205.56 | $137.52 | $68.04 | |
| Claim number 11-09307-432-530 | | | | | | |
| **Partners IN Physical Therapy, Ste D,** | | | | | | **b,c** |
| 3221 Ryan St , Lake Charles, LA  70601-8780 | | | | | | |
| Referred by: Hutchinson, Carolyn A | | | | | | |
| Gilley, Lauren A. | | | | | | |
| 10/30/09 | 2 Therapeutic exercises (97110-GP) | $90.00 | $53.38 | $42.70 | $10.68 | |
| 10/30/09 | 2 Manual therapy (97140-GP) | 90.00 | 49.40 | 39.52 | 9.88 | |
| | Claim Total | $180.00 | $102.78 | $82.22 | $20.56 | |
| Claim number 11-09308-479-520 | | | | | | |
| **Partners IN Physical Therapy, Ste D,** | | | | | | **b,c** |
| 3221 Ryan St , Lake Charles, LA  70601-8780 | | | | | | |
| Referred by: Hutchinson, Carolyn A | | | | | | |
| Gilley, Lauren A. | | | | | | |
| 11/02/09 | 2 Manual therapy (97140-GP) | $90.00 | $49.40 | $39.52 | $9.88 | |
| 11/02/09 | 1 Therapeutic exercises (97110-GP) | 45.00 | 26.69 | 21.35 | 5.34 | |
| 11/02/09 | 1 Electrical stimulation (97032-GP) | 32.00 | 15.35 | 12.28 | 3.07 | |
| | Claim Total | $167.00 | $91.44 | $73.15 | $18.29 | |
| Claim number 11-09313-432-440 | | | | | | |
| **Partners IN Physical Therapy, Ste D,** | | | | | | **b,c** |
| 3221 Ryan St , Lake Charles, LA  70601-8780 | | | | | | |
| Referred by: Hutchinson, Carolyn A | | | | | | |
| Gilley, Lauren A. | | | | | | |
| 11/04/09 | 3 Manual therapy (97140-GP) | $135.00 | $74.10 | $59.28 | $14.82 | |

# STATEMENT

0001

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles  LA  70602

CHECK CREDIT CARD USING FOR PAYMENT AND FILL OUT BELOW.

☐ MasterCard   ☐ VISA

CARD NUMBER

SEC. CODE   AMOUNT

NAME ON CARD (PLEASE PRINT)

EXP. DATE

SIGNATURE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 09/25/2009 | 1944307 | $156.40 |

AMOUNT PA

Office Hours: 8:00 a.m. - 5:00 p.m.
Phone: 337/439-4706  IRS# 74-1740101

Patient: WARWAS TOMMY

7417401010000000000000001944307001 56409

3015 1 AT 0.357 *14        03015

Tommy Warwas     1944307
Box 5765
arles LA 70606-5765

MAKE CHECK PAYABLE & REMIT TO:

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles  LA  70602

DIAGNOS1-0201734-0003015-1419998-001-000152-#003223-0001
ECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE   AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | DOCTOR | CPT | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|
| 07/18/09 | E | 72125 | CT CERVICAL SPINE W/O CONTRAST | $189.00 |
| 07/18/09 | E | 70450 | CT HEAD OR BRAIN W/O CONTRAST | $169.00 |
| 08/12/09 | E | E45 | PMT-EXCEED FEE SCH/MAX ALLOW CONTRA | $0.00 |
|  |  |  | 081009@5374840    D156 |  |
| 08/12/09 | E | 380 | CR-BLUE SHIELD ADJUSTMENT | $201.60– |

## PAYMENT DUE ON: 10/10/2009

## BALANCE DUE: $156.40

| Patient:  WARWAS TOMMY | Account Number: 1944307 | Statement Date: 09/25/2009 |
|---|---|---|
| Location: LAKE CHARLES MEMORIAL | Referring Physician: STEVEN HEDLESKY MD | |

YOUR INSURANCE COMPANY HAS RESPONDED TO THIS
CLAIM. THE ACCOUNT BALANCE IS YOUR
RESPONSIBILITY. THIS IS THE ONLY STATEMENT YOU
WILL RECEIVE. PLEASE PAY IN FULL BY DUE DATE

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles  LA  70602

Phone: 337/439-4706  IRS# 74-1740101

DIAGNOS1-0201734-0003015-1419998-001-000152-#003223-0001

Test: _____ Location: _____ Phone: _____ Scheduled Date/Time: _____

Test: _____ Location: _____ Phone: _____ Scheduled Date/Time: _____

Test: _____ Location: _____ Phone: _____ Scheduled Date/Time: _____

**The Neurology center will send the order for your test and your insurance information to the facility above. We will ask them to call you to schedule a time that is convenient for you. If you have not received a call in two working days, please call them to schedule.**

## Lab Work

☐ Have your lab work drawn _____

☐ Do not eat or drink after midnight _____ OK to eat and drink after midnight

☐ After completing all tests, call the office within 3-5 working days for results.

☐ **All test results will be discussed at your next appointment.**

## Medications

☑ **Bring to your appointment, all the medicines, including vitamins and over the counter medicines you are taking.**

Prescription refills given today: _____

☐ Updated list of medicines reviewed and given to patient.

☐ Please replace any old medicine list with your new one. Let your doctors and pharmacist know you have had changes in your medicines.

☑ Call the clinic if you have any questions or concerns. **Phone # 337-289-4978 Fax # 337-289-4951. If you are calling after business hours, please listen for the phone number for the on call physician.**

*4 weeks*

**Next Appointment: Day** _Wed_ **Date** _12-15-10_ **Time** _2 30/_

*See your gastroenterologist*

*TopAmAx 50mg   1 At bedtime for 1 week*
*then   2 At bedtime for 1 week*
*then   3 At bedtime for 1 week*
*then   4 At Bedtime*

**Time** _3 PM_ **Date** _11_/_16_/_10_    _Tommy Warr_    _[signature]_
     M   D   Y   Signature/Relationship          Nurse Signature

_Tom Warwas_

**PATIENT LABEL**

**OUR LADY OF LOURDES REGIONAL MEDICAL CENTER**
**611 ST LANDRY STREET, LAFAYETTE, LA 70506**

**NEUROLOGY CENTER DISCHARGE INFORMATION**



; NEW 01/10

966

BTX00812391        PrimeMail® Refill Order Form         PRIME THERAPEUTICS®

---

**Mail this form to:**
Prime Therapeutics, LLC
PO BOX 650041
Dallas, TX 75265-0041



**For faster refills:**
Our automated refill line at 877.357.7463
Visit WWW.MYRXHEALTH.COM

---

## PATIENT INFORMATION

TOMMY        WARWAS
P O BOX 5765

LAKE CHARLES        LA 70606-0000
Patient's Email:

Card Holder's ID: **903559287**
Patient's Date of Birth: **04/20/1957**
Patient's Phone: **(337)309-5945**

---

O If your drug allergies or health conditions have changed, please update.

### DRUG ALLERGIES

O None      O Codeine      O Sulfa
O Aspirin   O Erythromycin O Penicillin
O Other _____

### HEALTH CONDITIONS

O Arthritis O Diabetes   O Glaucoma      O High cholesterol
O Asthma    O Depression O Heart condition O Hypertension
O Other _____

---

## PATIENT'S REFILLS

Use this form to request your refills by filling in the applicable ovals completely (◉) and mail to PrimeMail pharmacy.

| Rx # | | Drug Name | Rx Expires | Refillable After |
|------|---|-----------|-----------|------------------|
| O 06203849 | | LYRICA   50MG CAP | 01/25/10 | 08/03/09 |
| O 05691010 | | TOPAMAX  TAB 100MG | 03/17/10 | 11/01/09 |
| O | | | | |
| O | | | | |
| O | | | | |
| O | | | | |
| O | | | | |
| O | | | | |

---

## PATIENT'S NEW PRESCRIPTIONS

| Drug Name | Physician/Prescriber's Name & Phone Number | *Mark if brand requested |
|-----------|--------------------------------------------|--------------------------|
| | | O |
| | | O |
| | | O |

**Total Number of New Prescriptions:** _____

Mail the original physician-signed prescriptions with this completed form. If more than 3 prescriptions are needed, write the requested information from this table on a separate piece of paper and enclose with your order.

*Pharmacy law may permit pharmacists to substitute a less expensive FDA-approved generically equivalent medication for a brand-name medication unless you or your prescriber indicate otherwise. Some health plans require the patient to pay the difference between generic and brand name cost.

**CONTINUED ON BACK ➡**

PRIMEMAIL

ADDRESS
PHONE  877.357.7463
WEB SITE  WWW.MYRXHEALTH.COM

Date: 09/02/2009
**Patient: TOMMY WARWAS**
**Drug Name: TOPAMAX TAB 100MG**

Rx: 05691010
**Doctor: STEVEN SNATIC**

**GENERIC NAME:** TOPIRAMATE (toe-PIR-a-mate)

**COMMON USES:** This medicine is an anticonvulsant used alone or with other medicines to control certain types of seizures. It may be also used to prevent migraine headaches or to treat other conditions as determined by your doctor.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. This medicine has a MEDICATION GUIDE approved by the U.S. Food and Drug Administration. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that your may have about this medicine. SWALLOW WHOLE. Do not break, crush, or chew before swallowing. This medicine may be taken on an empty stomach or with food. DRINKING EXTRA FLUIDS while you are taking this medicine is recommended. Check with your doctor or nurse for instructions. STORE THIS MEDICINE at room temperature, between 59 and 86 degrees F (15 and 30 degrees C), in a tightly-closed container, away from heat and light. Do not suddenly stop taking this medicine. Suddenly stopping this medicine may cause seizures to occur more often. If you need to stop this medicine, your doctor will gradually lower your dose. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule.

**CAUTIONS:** DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. Laboratory and/or medical tests may be done before you start taking this medicine and during therapy to monitor for side effects. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are taking this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS OF ALCOHOL and other depressants. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. THIS MEDICINE MAY CAUSE REDUCE SWEATING which could raise your body temperature, especially in children. The risk of this serious side effect is greater in hot weather and/or during vigorous exercise. Drink plenty of fluids and dress lightly while in hot climates, or when exercising. Check carefully for signs of decreased sweating. If this occurs, promptly seek cooler or air-conditioned shelter and/or stop exercising. SEEK IMMEDIATE MEDICAL ATTENTION if your body temperature is above normal, or if you have mental or mood changes, headache, or dizziness. THIS MEDICINE MAY CAUSE HIGH BLOOD ACID LEVELS (METABOLIC ACIDOSIS). Contact your doctor immediately if you experience fast breathing, unusual weakness or fatigue, sluggishness, fainting, persistent loss of appetite, or irregular heartbeat. PATIENTS WHO TAKE THIS MEDICINE MAY BE AT INCREASED RISK FOR SUICIDAL THOUGHTS OR ACTIONS. The risk may be greater in patients who have had suicidal thoughts or actions in the past. Watch patients who take this medicine closely. Contact the doctor at once if new, worsened, or sudden symptoms such as depressed mood; anxious, restless, or irritable behavior; panic attacks; or any unusual change in mood or behavior occur. Contact the doctor right away

if any signs of suicidal thoughts or actions occur. THIS MEDICINE MAY CAUSE SERIOUS EYE PROBLEMS that could lead to permanent loss of vision if not treated. Seek medical attention right away if you experience new eye symptoms (eg, blurred vision or other vision changes, eye pain or redness). BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN, TAKING THIS MEDICINE while you are using birth control pills may decrease the effectiveness of your birth control pills. To prevent pregnancy, use an additional form of birth control while you are taking this medicine. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include diarrhea, drowsiness, constipation, loss of appetite, nausea, numbness and tingling, decreased sweating, tiredness, or trouble sleeping. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience chest pain; loss of concentration; severe abdominal pain; significant weight loss; loss of coordination; memory problems; vision changes; unusual eye movement; fast, deep breathing; unusual bruising or bleeding; unusual tiredness; irregular heartbeat; tremor; change in speech; new or worsening mental or mood changes; or suicidal thoughts or actions. SEEK IMMEDIATE MEDICAL ATTENTION if you experience increased body temperature, unexplained fever, or very serious eye problems such as a sudden vision change or blurred vision, eye pain, or redness. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking a carbonic anhydrase inhibitor (eg, acetazolamide). ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking hormonal birth control (eg, birth control

Copyright 2009 by Medi-Span, Inc. Patient Education Drug Database (TM) All rights reserved. Expires November 2009
Thank you for your prescription.

PRIMEMAIL

ADDRESS
PHONE    877.357.7463
WEB SITE    WWW.MYRXHEALTH.COM

Date: 09/02/2009
**Patient: TOMMY WARWAS**
**Drug Name: TOPAMAX TAB 100MG**

Rx: 05691010
**Doctor: STEVEN SNATIC**

pills), carbamazepine, hydantoins (eg, phenytoin), lithium,
anticholinergics (eg, benztropine), tricyclic antidepressants
(eg, amitriptyline), haloperidol, valproic acid, metformin,
pioglitazone, hydrochlorothiazide, or risperidone. DO NOT START
OR STOP ANY MEDICINE without doctor or pharmacist approval.
Inform your doctor of any other medical conditions including a
history of status epilepticus (continuous seizure activiy or a
series of seizures without a full return to consciousness),glauc
oma, liver or kidney problems, kidney stones, kidney dialysis,
osteoporosis (weak bones), metabolic problems, lung or
breathing problems, low bicarbonate levels in the blood,
allergies, pregnancy, or breast-feeding. Tell your doctor if
you have a history of mental or mood problems, or suicidal
thoughts or actions. Tell your doctor if you have diarrhea, are
on a ketogenic diet, drink alcohol, or you will be having
surgery. Contact your doctor or pharmacist if you have any
questions or concerns about taking this medicine.

**OVERDOSE:** If overdose is suspected, contact your local poison
control center or emergency room immediately. Symptoms of
overdose may include agitation; depression; lethargy; loss of
coordination; mental impairment; seizures; severe drowsiness or
dizziness; severe or persistent stomach pain; stupor; and
vision problems (eg, blurred or double vision).

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others
for whom it was not prescribed. DO NOT USE THIS MEDICINE for
other health conditions. KEEP THIS MEDICINE out of the reach of
children and pets. IF USING THIS MEDICINE FOR AN EXTENDED
PERIOD OF TIME, obtain refills before your supply runs out.

**IDENTIFICATION:** This medicine is a yellow, round-shaped, coated,
tablet imprinted with OMN on one side and 100 on the other side.

The information in this monograph is not intended to cover all possible
uses, directions, pecautions, drug interactions, or adverse effects.
This information is generalized and is not intended as specific medical
advice. If you have questions about the medicines you are taking or would
like more information, check with your doctor, pharmacist, or nurse.

Copyright 2009 by Medi-Span, Inc. Patient Education Drug Database (TM) All rights reserved. Duplication for commercial use must be authorized in writing by ADAM, Inc.
Thank you for your prescription...



# Patient Visit Information

### Staff

Your caregivers today were:

| | |
|---|---|
| Physician | CONGTANG,LENO H MD |
| Practitioner | CHARMAINE LEMAIRE |
| Nurse | KXB |

### Patient Instructions Reviewed

Back Pain
Hypertension

   received 03/13/09 - 2151

### Activity Restrictions or Additional Instructions

F/U WITH PMD IN AM IF SYMPTOMS WORSEN

### Medication Dose and Instructions

Cyclobenzaprine Hcl (Flexeril) 5 MG, ORAL THREE TIMES A DAY, #15
Hydrocodone-Apap 5-500 (Lortab 5-500) 1 TAB, ORAL FOUR TIMES DAILY, #25

### Follow-up

WARWAS,TOMMY E has been referred to the following clinics/specialists for follow up care:

DIGIGLIA,JOHN A III MD
   4150 NELSON ROAD
   BUILDING A, SUITE 3
   LAKE CHARLES, LA 70605
   Ph: (337) 474-7290
   Fax: (337) 477-4674

*Dr. Treme   721-7236*

*medicare*

**CHRISTUS**
**Health**®

AL0040130702
WARWAS,TOMMY E
AL.EDMAIN
BURTON,JOHN M MD

# Contusion (Bruise)

A contusion, or bruise, is an injury that doesn't break the skin but causes discoloration (a "black and blue" area). It forms when the small blood vessels near the skin surface break and leak blood under the skin.

Most bruises are caused by bumping into or being struck by something, usually during sports, fights, falls, or physical work (like home repairs). Some people bruise more easily than others. Certain medications (like blood thinners) and medical conditions (such as blood clotting problems and blood related diseases) can also cause people to bruise more easily.

The first signs and symptoms of a bruise are usually a red or purple bump with pain and possibly swelling. Sometimes a bruise can cause enough pain and swelling that the affected area (like a leg) is hard to move. After a day or so, the bruise may look blue or even black. It may then turn green, yellow, and brown until it fades away around a week or two later.




Treatment for most bruises focuses on reducing pain and swelling while the body heals on its own. Bruising associated with a medication, medical condition, or serious injury requires a follow-up with a primary care doctor (or recommended specialist).

## Home Care

- Take over-the-counter and prescription medications for pain, swelling, and discomfort, as directed by the doctor. *Don't take or give aspirin or any aspirin-containing products unless your doctor says it's okay.*
- Make a follow-up appointment with your primary care doctor or a recommended specialist.
- Don't rub or massage the bruised area. It can make the pain and swelling worse and lead to other problems.
- Use **RICE** therapy to reduce pain and swelling and aid healing, as follows:
  - **R**-est the affected area as much as you can. Protect it from further injury and start using it again slowly.
  - **I**-ce the bruise for the first 48 hours. Apply an ice pack for 20 minutes on, then 20 minutes off. After 48 hours, use a heating pad for 20 minutes on then off.
  - **C**-ompress the bruised area by lightly wrapping it with an elastic bandage.
  - **E**-levate the injured area above or level with your heart, as much as possible.



05/13/09
AL0640156556
WARWAS,TOMMY E
AL.EDMAIN
CONGTANG,LENO H MD

# Back Pain

Back pain can occur from a muscle strain, muscle spasm, herniated (slipped) disk, pinched nerve, or strained ligament.

If you are overweight, out of shape, or use bad body mechanics (improper lifting, reaching, bending, etc.), you are more likely to injure your back.

Back pain usually heals on its own with time and rest. Healing can take from a few days to a month or so.



## Home Care

- Try to do your normal daily activities, but don't do anything strenuous for several days.
- Lie down and rest, as needed, in a comfortable position. You can lie on your side with a pillow between your legs or on your back with a pillow under your knees.
- Apply heat and cold to your back. For the first 48 hours, apply an ice pack to the area for 20 minutes on, then 20 minutes off. After 48 hours, use a heating pad for 20 minutes on then off.
- Take over-the-counter and prescription medications, as directed by your doctor.

## Prevention

Here are some guidelines to help you prevent future back problems:

- Stand and sit up straight.
- Don't stay in one position for too long.
- When sitting, keep your knees even with your hips and put a cushion behind your lower back.
- Don't stretch your arms or trunk when reaching. Move closer to the object.
- Don't bend at your waist. Lower yourself by bending your knees.
- Don't twist at your waist. Turn your whole body.
- Exercise regularly to keep back muscles strong and flexible.
- Learn and practice proper lifting techniques.

## When to Call the Doctor

Call your doctor, or go the Emergency Department, if you have:

- decreased feeling or weakness in one or both legs
- symptoms that get worse
- sudden increase in pain

*Go to the Emergency Department immediately if you lose bowel or bladder control.*

YOUR STATEMENT



Lake Charles
**Memorial Hospital**
*Everything Your Healthcare Should Be.*

LAKE CHARLES MEMORIAL HOSPITAL
1701 OAK PARK BLVD
LAKE CHARLES, LA 70601

## ▶ SUMMARY OF CHARGES

| | |
|---|---:|
| CYCLE: 1 | |
| 0250 PHARMACY | 273.15 |
| 0270 GENERAL SUPPLIES | 10.40 |
| 0351 CT SCAN/HEAD | 1,738.00 |
| 0352 BODY SCAN | 2,381.50 |
| 0450 EMER.ROOM GENERAL | 936.00 |
| 0900 TOTAL PAYMENTS/ADJUSTMENTS | 4,195.72- |
| CYCLE: 1  TOTAL DUE: | 1,143.33 |
| CLINIC: EMERGENCY ROOM  F/C: $ | |

## ▶ INSURANCE INFORMATION

**PRIMARY**

| | |
|---|---:|
| Insurance Name | BLUE CROSS/BS LOUISIANA |
| Name of Insured | TOMMY E WARWAS |
| Policy Number | ZGP903559287 |

**SECONDARY**

| | |
|---|---:|
| Insurance Name | MEDICARE |
| Name of Insured | TOMMY E WARWAS |
| Policy Number | 462042749A |

## ▶ ACCOUNT SUMMARY

| | |
|---|---:|
| Statement Date | 2/10/10 |
| Date of Service | 7/18/09-7/18/09 |
| Account Number | 1944307 |
| Total Charges | 5339.05 |
| Total Adjustments | 4195.72- |
| Payments Received | .00- |
| Clinic | EMERGENCY ROOM |
| Attending Physician | HEDLESKY, STEVEN |
| **This is your balance** | 1,143.33 |

## ▶ QUESTIONS

Billing questions or an itemized bill request?  Call your
customer service representative at 337-494-3265
Monday-Friday 8:00 am to 4:30 pm.
See back for more information.

---

PLEASE DETACH AND RETURN REMIT PORTION WITH YOUR PAYMENT

921428A (08/07)

### ■ MAKE CHECKS PAYABLE TO: ■

LAKE CHARLES MEMORIAL HOSPITAL
1701 OAK PARK BLVD
LAKE CHARLES, LA 70601

33431

**RETURN SERVICE REQUESTED**

Please write your account number on your check.



PATIENT NAME:    WARWAS, TOMMY

☐ Please check box if address is incorrect or insurance
  information has changed, and indicate change(s) on reverse side.

0101

### ■ ADDRESSEE: ■

|�功|�|ᵘᵘᵘ|ᵘ|ᵘᵘ|ᵘᵘᵘ|ᵘ|
TOMMY E WARWAS
P O BOX 5765
LAKE CHARLES, LA 70606-5765

| IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW. |
|---|
| CHECK CARD USING FOR PAYMENT |
| ☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS |
| CARD NUMBER                    SIGNATURE CODE |
| SIGNATURE                      EXP. DATE |

| DUE DATE | STATEMENT DATE | ACCT. # |
|---|---|---|
| 3/02/10 | 2/10/10 | 1944307 |

| AMOUNT DUE | SHOW AMOUNT PAID HERE |
|---|---|
| 1,143.33 | $ |

### ■ REMIT TO: ■

LAKE CHARLES MEMORIAL HOSPITAL
1701 OAK PARK BLVD
LAKE CHARLES, LA 70601

*Family Medical Center*
2750 Aster Street
Lake Charles, LA 70601
(337) 478-2657

| Payment Method | | |
|---|---|---|
| Check ☐ | Money Order ☐ | Credit Card ☐ |
| Billing Date | Pay This Amount | Acct. # |
| 02/19/2010 | $    84.00 | 033534 |
| Due Date | Show Amount | |
| Due Upon Receipt | Paid Here   $ | |

| | | |
|---|---|---|
| Mastercard ☐ | Visa ☐ | |
| Card Number | | Amount |
| Signature | | Exp Date |

**ADDRESSEE:**

||ₒₒ|||ₒₒₒ|ₒ|ₒₒₒ|||ₒ|ₒ|ₒₒₒ|ₒ|ₒₒₒₒ|ₒₒ||ₒₒ||ₒₒₒ||ₒ|
TOMMY WARWAS          456

PO BOX 5765
LAKE CHARLES   LA  70606-5765

**Remit To:**

||ₒₒ|||ₒₒ||ₒ||ₒₒ|||||ₒ|ₒ|ₒₒ|ₒ|ₒₒₒ|ₒₒ||ₒₒₒₒ|ₒ|
Family Medical Center
2750 Aster Street
Lake Charles, LA  70601-8824

Please put account number(s) on check or money order.

**Please detach and return top portion with your payment.**

# STATEMENT

**Patient Name: TOMMY WARWAS**                    **Account #   033534**

For any questions on your statement, give us a call at Ph:(337)478-2657

| Claim No. | Transaction Date | Description | Amount | Balance |
|---|---|---|---|---|
| 0000 | 11/01/2009 | BALANCE FORWARD | 84.00 | 84.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Balance |
|---|---|---|---|---|---|
| $    0.00 | $    0.00 | $    0.00 | $    34.61 | $    49.39 | $    84.00 |

**FINAL NOTICE!!   PAYMENT MUST BE RECEIVED WITHIN 10 DAYS OR
YOU MAY LOSE YOUR DOCTOR.
WE ACCEPT MASTER CARD AND VISA.**

Family Medical Center, 2750 Aster Street, Lake Charles, LA 70601-8824

# DELTA
## FINANCIAL SERVICES
### (337) 265-2840

PO Box 52253
Lafayette LA  70505-2253
RETURN SERVICE REQUESTED

February 26, 2010

1180287-111   609566   003661

||..|||...||..||..||..|..|.|.||..||..|.|.|..|.|.|..||.||..||

Tommy Warwas
PO Box 5765
Lake Charles LA 70606-5765

Delta Financial Services
PO Box 52253
Lafayette LA  70505-2253

||..|||...||.|.|...||..||.|.|.|.||.|.|..||.|.|..|||.|

Ref No.:        1180287
Total Balance: $124.18

---

## Past Due Balance

### ***Detach Upper Portion And Return With Payment***

MEMBER



A C A
INTERNATIONAL
The Association of Credit
and Collection Professionals

Ref No.:   1180287
Balance:   $124.18

Tommy E Warwas,

Sometimes drastic steps are taken to collect an account which could have been avoided with the debtors co-operation.  To avoid such measures you must either, pay the above balance, make acceptable arrangements for settlement, or notify us in the event you do not regard the bill as a just debt.

If you have any questions please call us at 337-265-2840.  If you continue to ignore requests for friendly deposition of this bill, you must accept the responsibility for any future collection procedure.  Your creditors are listed as follows:

Emergency Medicine Specia    124.18

The entire balance of $124.18 is due.

Visa and MasterCard accepted!

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.  ☐  VISA  ☐  MasterCard

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| \| \| \| \| \| \| \| \| \| \| \| \| \| \| | $ | ____/____ |

Card Holder Name                    Signature of Card Holder              Date

3ONDELT01111

Delta Financial Services ♦ 1442 South College ♦ Lafayette LA 70503-2912 ♦ (337) 265-2840

**DELTA**
**FINANCIAL SERVICES**
**(337) 265-2840**

PO Box 52253
Lafayette LA  70505-2253
RETURN SERVICE REQUESTED

January 23, 2010

1180287-100   557828   001179

Tommy Warwas
PO Box 5765
Lake Charles LA 70606-5765

Delta Financial Services
PO Box 52253
Lafayette LA  70505-2253

Creditor Acct. # 0051772194
Creditor: Emergency Medicine Specialists
Balance: $124.18

---

**Past Due Balance**

***Detach Upper Portion And Return With Payment***

| | |
|---|---|
| Name: | Tommy E Warwas |
| Creditor: | Emergency Medicine Specialists |
| Creditor Acct. #: | 0051772194 |
| Service Date: | 07/18/09 |
| Balance: | $124.18 |

MEMBER



**ACA**
**INTERNATIONAL**
The Association of Credit
and Collection Professionals

Your creditor has placed your account with our collection service for collection.  If you have any questions please call us at 337-265-2840.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will:  obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

10NDELT01100

*Family Medical Center*
2750 Aster Street
Lake Charles, LA 70601
(337) 478-2657

| Payment Method | | |
|---|---|---|
| Check ☐ | Money Order ☐ | Credit Card ☐ |

| Billing Date | Pay This Amount | Acct. # |
|---|---|---|
| 12/08/2009 | $     84.00 | 033534 |

| Due Date | Show Amount |
|---|---|
| Due Upon Receipt | Paid Here   $ |

| | Mastercard ☐ | VISA ☐ Visa |
|---|---|---|
| Card Number | | Amount |
| Signature | | Exp Date |

**ADDRESSEE:**

TOMMY WARWAS                    582

PO BOX 5765
LAKE CHARLES    LA  70606-5765

| Remit To: |
|---|

Family Medical Center
2750 Aster Street
Lake Charles, LA  70601-8824

Please put account number(s) on check or money order.

**Please detach and return top portion with your payment.**

## STATEMENT

Patient Name: **TOMMY WARWAS**                    Account #   033534

For any questions on your statement, give us a call at Ph:(337)478-2657

| Claim No. | Transaction Date | Description | Amount | Balance |
|---|---|---|---|---|
| 0000 | 10/01/2009 | BALANCE FORWARD | 49.39 | 49.39 |
| 0003 | 10/23/2009 | MP-MEDICARE | 0.00 | 49.39 |
| 0003 | 10/23/2009 | DAM - MEDICARE WRITE-OFF | -15.39 | 34.00 |
| 0003 | 10/06/2009 | ESTAB PATIENT VISIT | 50.00 | 84.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Balance |
|---|---|---|---|---|---|
| $    0.00 | $    34.61 | $    0.00 | $    49.39 | $    0.00 | $    84.00 |

**THIS BALANCE IS OVERDUE!**
**PROMPT PAYMENT WILL AVOID COLLECTION PROCEDURES.**
**WE ACCEPT MASTER CARD AND VISA.**
Family Medical Center, 2750 Aster Street, Lake Charles, LA 70601-8824
Page 1

EMERGENCY MEDICINE SPECIALISTS APMC
P.O. BOX 48305
JACKSONVILLE FL 32247-8305

**Return Service Requested**

Place of Service: LAKE CHARLES MEMORIAL HOSPITAL

GOT500.A35FPH001234.J03N8B.011769 011762

TOMMY WARWAS
PO BOX 5765
LAKE CHARLES LA 70606

| | PATIENT NAME | |
|---|---|---|
| | TOMMY E WARWAS | |
| ACCOUNT NUMBER | | STATEMENT DATE |
| 0824*0051772194 | | 10/05/2009 |

| AMOUNT DUE | AMOUNT PAID |
|---|---|
| $124.18 | |

EMERGENCY MEDICINE SPECIALISTS APMC
DEPT AT 952544
ATLANTA GA 31192-0001

---

### PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

Page 1 of 1

| Date | Doctor | Code | Description | Amount |
|---|---|---|---|---|
| 07/18/2009 | STEVEN HEDLESKY, MD | 99284 | EMERGENCY  DEPARTMENT VISIT | 381.00 |
| 08/17/2009 | | 0050282 | DENIAL INS#1 | |
| 08/17/2009 | | 0050282 | WRITE OFF - INS#1 | -256.82 |
| 08/17/2009 | | 0050282 | 124.18 DEDUCTIBLE | |
| 09/04/2009 | | 0030020 | DENIAL INS#2 31   CANNOT IDE | |

**ACCESS/CHANGE YOUR ACCOUNT VIA THE INTERNET ANYTIME!!!**
**Visit us at http://www.peryourhealth.com and enter your account**
**number of 188-51772194 and password 6D7F4A**

---

| ACCOUNT NUMBER | DATE OF STATEMENT | PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT | BALANCE | AMOUNT DUE |
|---|---|---|---|---|
| 0824*0051772194 | 10/05/2009 | | | $124.18 |

PATIENT NAME

TOMMY E WARWAS

*YOUR INSURANCE COMPANY HAS PAID ITS PORTION OF YOUR BILL THE BALANCE IS NOW DUE AND PAYABLE BY YOU. PLEASE PAY PROMPTLY. IF YOU HAVE ANY QUESTIONS ABOUT THE BALANCE WE ASK THAT YOU FIRST CONTACT YOUR INSURANCE COMPANY THANK YOU*

BILLING QUESTIONS
OUT OF AREA: 1(866)-898-7012 CUSTOMER SERVICE
MON-FRI 8:00 AM THRU 5:45 PM EST

Tax Id: 721484152
Place of Service:  LAKE CHARLES MEMORIAL HOSPITAL

MAKE CHECKS PAYABLE TO:

EMERGENCY MEDICINE SPECIALISTS  APMC
DEPT AT 952544
ATLANTA GA 31192-0001
(866)-898-7012

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION



**OUR LADY of LOURDES**
R E G I O N A L   M E D I C A L   C E N T E R
*Franciscan Missionaries of Our Lady Health System*
611 ST. LANDRY STREET, LAFAYETTE, LA 70506

**RETURN SERVICE REQUESTED**

| ACTIVITY STATEMENT DATE 10/03/09 | TOTAL | ACCOUNT # 0917000091 |
|---|---|---|

F/C:BC        P/T:SER

OUR LADY OF LOURDES
PO BOX 90906
LAFAYETTE LA 70509

296

TOM WARWAS
P O BOX 5765
LAKE CHARLES LA   70606

| PATIENT NAME | ACCOUNT NO. | ADMIT DATE | DISCHARGE DATE |
|---|---|---|---|
| WARWAS,TOM | 0917000091 | 09/03/09 | 09/30/09 |

| DESCRIPTION | AMOUNT |
|---|---|
| 761  TREATMENT ROOM | 66.00 |
| 983  PRO FEE/CLINIC | 23.00 |
| TOTAL CHARGES | 89.00 |
| 09/04/09 P0011   391 UPFRONT PATIENT PAYMENT | -20.00 |
| TOTAL PAYMENTS/ADJUSTMENTS | -20.00 |

NOTICE:
THIS IS NOT A BILL.  DO NOT PAY. IF IT IS
DETERMINED THAT THIS SERVICE OR A PORTION
OF THESE SERVICES IS NOT PAYABLE BY YOUR
HEALTH PLANS, YOU WILL BE RESPONSIBLE.

| INSURANCE NAME | GROUP # | POLICY | ACCOUNT BALANCE |
|---|---|---|---|
| 300098 BCBS PPO | | | |

PLANTATION BILLING CENTER
PO BOX 189016
PLANTATION FL 33318-9016

**DETACH AND RETURN THIS COUPON WITH
THE REVERSE SIDE COMPLETED TO PAY BY
CREDIT CARD, TO PROVIDE INSURANCE
INFORMATION OR FOR CHANGE OF ADDRESS.**

Credit card charges will appear as "Team Health"

| Patient | | |
|---|---|---|
| Name:  TOMMY E WARWAS | AMT DUE: $1,454.00 | |

PHYSICIAN SERVICES RENDERED AT: CHRISTUS ST PATRICK HOSPITAL

04315112-28-31900
TOMMY E WARWAS        T77  P1  PS/020162
PO BOX 5765
LAKE CHARLES LA 70606-5765

28
EMERG PHYS CHRISTUS ST PATRICK
DEPT: A ☐ B ☐ C ☐ (check one - see reverse)
PO BOX 189016
PLANTATION FL 33318-9016

0181000431511250260288101831900600145400085

✄          ✄          ↑ *Detach Here* ↑          ✄          ✄

| DATE | INVOICE# | DESCRIPTION | PROVIDER | DEBITS | CREDITS |
|---|---|---|---|---|---|
| 03/15/09 | 81840111 | EMERGENCY DEPT VISIT | BURTON MD,JOHN M / GUILLORY NP,DAVID P | $727.00 | |
| 03/13/09 | 81923555 | EMERGENCY DEPT VISIT | CONGTANG MD,LENO H / LEMAIRE FNP,CHARMINE H | $727.00 | |

THIS IS YOUR PHYSICIAN SERVICES BILL AND IS SEPARATE FROM THE HOSPITAL BILL

| ACCOUNT NUMBER:  04315112-28-31900 | STATEMENT DATE:  04/01/09 | TOTAL NOW DUE: | $1,454.00 |
|---|---|---|---|

PLEASE REMIT BALANCE DUE. IF YOU HAVE INSURANCE COVERAGE OR WANT TO PAY BY CREDIT CARD, VISIT OUR WEBSITE AT WWW.TEAMHEALTH.COM OR
COMPLETE THE BACK OF THIS STATEMENT OR SEND A COPY (FRONT AND BACK) OF YOUR INS CARD

For Billing Inquiries, call 1-888-952-6772 on Monday through Friday, from 8am to 8pm and Saturday from 10am to 3pm Eastern Time.
**SEND US YOUR INFORMATION OVER THE WEB!**
You may now provide insurance information and make credit card payments at www.teamhealth.com

↓ *Detach Here* ↓

✄          ✄          ✄          ✄

# PAYMENT COUPON - RETURN WHEN PAYING BY CHECK OR MONEY ORDER

| PATIENT NAME:  TOMMY E WARWAS | ACCT#:  04315112-28-31900 | CHECK#: | AMT PAID: |
|---|---|---|---|

PHYSICIAN SERVICES RENDERED AT:  CHRISTUS ST PATRICK HOSPITAL

☐ CHECK HERE FOR CHANGE OF ADDRESS

DO NOT STAPLE OR TAPE YOUR CHECK
OR MONEY ORDER TO THIS COUPON

*MAKE CHECKS PAYABLE TO:*

04315112-28-31900
Tommy E Warwas
PO Box 5765
Lake Charles LA 70606-5765

28
EMERG PHYS CHRISTUS ST PATRICK
PO BOX 740022
CINCINNATI OH 45274-0022

0181000431511250260288101831900600145400085

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles LA 70602

Date:               04/27/2009
Patient Name:       TOMMY E WARWAS
Account #:          0640156556
Amount Due:         $50.00

Amount Remitted: _____

Office Phone:    337/439-4706
Patient Name:    TOMMY E WARWAS

4951 1 AT 0.346 *21          04951

Tommy E Warwas    0640156556
PO Box 5765
Lake Charles LA 70606-5765

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles LA 70602

DIAGNOS2-0187376-0004951-1302089-001-000182-#005251

PLEASE RETURN TOP PORTION WITH PAYMENT

# THIS IS YOUR FINAL NOTICE!

You have failed to meet your obligation to pay this bill as required.

Full payment is required. Should you fail to promptly make payment or contact us, we will recommend that further collection efforts be taken by our collection agency.

In order to avoid any collection efforts by our agency, please make payment in full. Direct all payments and inquiries to:

Radiology Assoc Of SW LA
PO Box 3749
Lake Charles LA 70602
Office Phone: 337/439-4706

Sincerely,

Final Resolution Department

# PAYMENT DUE ON: 05/12/2009

A-RCP-SP

# DELTA
## FINANCIAL SERVICES
### (337) 265-2840

PO Box 52253
Lafayette LA 70505-2253
RETURN SERVICE REQUESTED

November 5, 2010

Delta Financial Services
PO Box 52253
Lafayette LA 70505-2253
IllallIllll.lldd.lll.lll.ldldld.lll.ll.lll.ll.llll.ll

1255326-111   940847   000339
Illll.llll.lldll.lll.lllll.llll.lll.lll.ll.llll.ll
Tommy Warwas
PO Box 5765
Lake Charles LA 70606-5765

Ref No.:        1255326
Total Balance:  $2203.79

---

### Past Due Balance
***Detach Upper Portion And Return With Payment***



MEMBER

Ref No.:  1255326
Balance:  $2203.79

Tommy Warwas,

Sometimes drastic steps are taken to collect an account which could have been avoided with the debtors co-operation.  To avoid such measures you must either, pay the above balance, make acceptable arrangements for settlement, or notify us in the event you do not regard the bill as a just debt.

If you have any questions please call us at 337-265-2840.  If you continue to ignore requests for friendly deposition of this bill, you must accept the responsibility for any future collection procedure.  Your creditors are listed as follows:

Lake Charles Medical & Su    2203.79

The entire balance of $2203.79 is due.

Visa and MasterCard accepted!

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

---

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.   ☐    ☐ 

| Account  Number | Payment Amount | Expiration Date |
|---|---|---|
| \| \| \| \| \| \| \| \| \| \| \| \| \| | $ | ___/___ |

Card Holder Name            Signature of Card Holder        Date        3-Digit Security Code
                                                                        (found on the back of card)

3ONDELT01111

---

Delta Financial Services ✦ 1442 South College ✦ Lafayette LA 70503-2912 ✦ (337) 265-2840

PRIMEMAIL

ADDRESS  PO BOX 650041, Dallas, TX 75265-0041
PHONE  877.357.7463
WEB SITE  WWW.MYRXHEALTH.COM

08300970*

# Receipt

**TOMMY WARWAS**
**P O BOX 5765**
**LAKE CHARLES, LA 70606**

Plan: **000691**
Member ID: **903559287**
Group: **0007**

Order Number: **08300970**
Ship Date: **09/02/09**

| Rx | Patient Name | Drug Name | Qty | Plan Paid | Member Paid |
|----|--------------|-----------|-----|-----------|-------------|
| 05691010 | TOMMY WARWAS | TOPAMAX TAB 100MG NDC: 50458-0641-65 | 90ea | $.00 | $50.85 |

Your next refill may be placed on or after 11/01/2009
Your prescription has 2 refills remaining through 03/17/2010

| | |
|---|---|
| Order Total: | $50.85 |
| Previous Balance: | $70.15 |
| Payment Received: | $.00 |
| Credit Due: | $19.30 |

Thank you for your prescription order. We appreciate your business and look forward to serving your long term prescription needs.

Here are some guidelines for people with a family history of high blood pressure (or heart disease):

- Take any prescribed medicine exactly as directed, even if you're feeling fine.
- Get regular exercise.
- Eat healthy and reduce your salt intake.
- Get plenty of sleep.
- Limit alcohol and caffeine.
- Quit smoking.
- Don't abuse drugs.
- Lose weight, if necessary, and maintain a healthy weight.
- Check your blood pressure regularly. Buy a BP monitor or use the automatic machine at your local drug store.
- Learn ways to reduce stress and relax. Some relaxation techniques include yoga, meditation, slow rhythmic breathing, and visualization.

## When to Call the Doctor

Call your doctor, or go to the Emergency Department, if you have:

- a sudden rise in your blood pressure while taking BP medicine
- pounding heartbeats in your ears
- ringing in your ears
- a resting pulse rate greater than 100 heartbeats per minute
- faster than normal pulse lasting more than 1 hour

*Go to the Emergency Department right away, or get emergency medical help, if you have:*

- lightheadedness, dizziness, faintness
- weakness
- shortness of breath or trouble breathing
- chest, neck, jaw, or shoulder pain
- sudden, severe headache with dizziness, blurred vision, nausea, confusion, anxiety
- severe chest pain or breathlessness that occurs at rest
- symptoms of stroke (weakness or numbness on one side of the body, problems speaking)

Thank you for choosing Christus St. Patrick Emergency Department for you health care needs.



CHRISTUS
Health®

03/13/09
AL0640156556
WARWAS,TOMMY E
AL.EDMAIN
CONGTANG,LENO H MD

# High Blood Pressure (Hypertension)

Blood pressure (BP) is the force of blood against the artery walls as the heart beats. High blood pressure, or hypertension, means that this force (or tension) is too high.

Because blood pressure varies during the day and from day to day, doctors monitor readings over time and calculate an average. A BP reading consists of two numbers (for example, 110/80). The top/first number (called *systolic*) indicates the force of blood when the heart beats. The bottom/second number (*diastolic*) indicates the force when the heart rests between beats. If the average systolic number is over 140 OR the average diastolic number is over 90, then a person's blood pressure is considered high.

Symptoms of high blood pressure may include headaches, dizziness, vision problems, and nausea. However, many times the condition has no symptoms and may not be detected for many years. This is why hypertension is often called the "silent killer." The higher a person's blood pressure and the longer it stays that way, the more damage it can do. High blood pressure damages the walls of arteries in the neck, brain, heart, and kidneys and can lead to serious problems like stroke, heart attack, and kidney failure.



Causes of hypertension are not easy to determine, but certain factors can increase the risk of developing it. They include poor diet, high salt intake, lack of exercise, overweight, smoking, alcohol, stress, age, and family history,

Although high blood pressure is usually associated with older people and aging arteries, anyone can develop it. A newborn's normal blood pressure is usually around 70/52. Teenagers are generally less than 130/70, depending on their body size. In adults, blood pressure lower than 140/90 is generally considered normal.

Treatment focuses on controlling high blood pressure and limiting damage to the body. It can include life-long monitoring, medications, and possibly lifestyle changes.

## Home Care

- If the doctor prescribed any medications, take them exactly as directed.
- Make a follow-up appointment with your primary care doctor (or recommended specialist) as soon as possible.
- Learn how to take your own blood pressure and keep a diary of your readings. This helps your doctor track your BP status and adjust your medications, if necessary;

## Prevention

#96691

# Neurology Center Discharge Information    *Tom WasWos*

## Testing

| Test Ordered | Office / Facility | Phone number |
|---|---|---|
| _____ at | _____ | _____ |
| _____ at | _____ | _____ |
| _____ at | _____ | _____ |

The Neurology Center will send the order for your test and your insurance information to the facility above. We will ask them to call you to schedule a time that is convenient for you. If you have not received a call in two working days, please call them to schedule.

## Lab Work

_____ Have your lab work drawn _____

_____ Do not eat or drink after midnight        _____ OK to eat and drink after midnight

_____ **All test results will be discussed at your next visit**

## Medications

___√___ Bring all your medicines to your appointment. Please remember to bring vitamins and any over the counter medicines you are taking

_____ Prescription refills given to you today _____

_____ Updated list of medicines reviewed and given to patient

_____ Please replace any old medicine list with your new one. Let your doctors and pharmacist know you have had a change in your medicines.

___√___ Call the clinic if you have any questions. **Phone# 337-289-4978    Fax# 337-289-4951 If you are calling after business hours, please listen for the phone number of the doctor on call**

Next Appointment - Day _Tues_    Date _6/23/09_    Time _1:30_

*Continue    Topamax*

Patient Signature _Tom Warwns_
Nurse _____
Date _4/23/09_    Time _3pm_



**OUR LADY OF LOURDES**
REGIONAL MEDICAL CENTER
*Franciscan Missionaries of Our Lady Health System*
611 ST. LANDRY STREET, LAFAYETTE, LA 70506

345500 345500
0004561

RETURN SERVICE REQUESTED

| ACTIVITY STATEMENT DATE 05/04/09 | TOTAL | ACCOUNT # 0909100784 |
|---|---|---|

F/C:BC   P/T:SER

OUR LADY OF LOURDES
PO BOX 90906
LAFAYETTE LA 70509

456

TOM WARWAS
P O BOX 5765
LAKE CHARLES LA   70606

| PATIENT NAME | ACCOUNT NO. | ADMIT DATE | DISCHARGE DATE |
|---|---|---|---|
| WARWAS,TOM | 0909100784 | 04/01/09 | 04/30/09 |

| DESCRIPTION | AMOUNT |
|---|---|
| 761   TREATMENT ROOM | 63.00 |
| 983   PRO FEE/CLINIC | 43.00 |
| **TOTAL CHARGES** | 106.00 |
| 04/24/09 P0011   274 UPFRONT PATIENT PAYMENT | -20.00 |
| **TOTAL PAYMENTS/ADJUSTMENTS** | -20.00 |

NOTICE:
THIS IS NOT A BILL.  DO NOT PAY. IF IT IS
DETERMINED THAT THIS SERVICE OR A PORTION
OF THESE SERVICES IS NOT PAYABLE BY YOUR
HEALTH PLANS, YOU WILL BE RESPONSIBLE.

| INSURANCE NAME | GROUP # | POLICY | ACCOUNT BALANCE |
|---|---|---|---|
| 300098 BCBS PPO | | | |

# CHRISTUS
## Health®

ALGO4G150793
WARWAS,TOMMY E
AL.EDMAIN
BURTON,JOHN M MD

## Patient Visit Information

### Staff

Your caregivers today were:

| | |
|---|---|
| Physician | BURTON,JOHN M MD |
| Practitioner | DAVID GUILLORY |
| Nurse | AWF |

### Patient Instructions Reviewed

Contusion
Motor Vehicle Accident

   received 03/15/09 - 1813

### Activity Restrictions or Additional Instructions

FOLLOW UP WITH ORTHOPEDIC MD THIS WEEK IF NOT BETTER OR RETURN HERE IF WORSE.
TAKE MEDICATION AS DIRECTED. USE ICE - NO HEAT.

### Medication Dose and Instructions

Naproxen Ec (Naprosyn Ec) 1 TAB, ORAL TWICE A DAY, #30

### Follow-up

WARWAS,TOMMY E has been referred to the following clinics/specialists for follow up care:

   UNASSIGNED,ED

   GOOLSBY,HENRY J III MD
      501 DR. MICHAEL DEBAKEY DRIVE
      LAKE CHARLES, LA 70601
      Ph: (337) 433-8400
      Fax: (337) 312-8411

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles  LA  70602

| | |
|---|---|
| Date: | 04/27/2009 |
| Patient Name: | TOMMY E WARWAS |
| Account #: | 0640156702 |
| Amount Due: | $34.00 |

Amount Remitted: _____

Office Phone:        337/439-4706
Patient Name:        TOMMY E WARWAS

4952 1 AT 0.346 *21                    04952

Tommy E Warwas      0640156702
PO Box 5765
Lake Charles  LA  70606-5765

**Radiology Assoc Of SW LA**
PO Box 3749
Lake Charles  LA  70602

DIAGNOS2-0187376-0004952-1302089-001-000183-#005252

PLEASE RETURN TOP PORTION WITH PAYMENT

# THIS IS YOUR FINAL NOTICE!

You have failed to meet your obligation to pay this bill as required.

Full payment is required. Should you fail to promptly make payment or
contact us, we will recommend that further collection efforts be taken by
our collection agency.

In order to avoid any collection efforts by our agency, please make
payment in full.   Direct all payments and inquiries to:

Radiology Assoc Of SW LA
PO Box 3749
Lake Charles  LA  70602
Office Phone: 337/439-4706

Sincerely,

Final Resolution Department

# PAYMENT DUE ON: 05/12/2009

# OUR LADY OF LOURDES
## R E G I O N A L   M E D I C A L   C E N T E R
*Franciscan Missionaries of Our Lady Health System*

April 8, 2009

WARWAS,TOM
P O BOX 5765
LAKE CHARLES, LA 70606

Account No.: 0904700117
Patient Name: WARWAS, TOM
Date of Service: 02-28-09

Amount Due: $93.00

Dear TOM WARWAS:

Thank you for selecting Our Lady of Lourdes Regional Medical Center for your recent medical services.

We have filed the above claim with your insurance carrier and have applied all insurance payments to your account. The remaining amount due is your responsibility.

**NOTICE:**    **THIS IS A BILL. BASED UPON INFORMATION FROM YOUR HEALTH PLAN, YOU OWE THE AMOUNT SHOWN.**

For your convenience a return envelope is enclosed. If you would like to use a major credit card please complete and return the form below.

A patient account representative will be available to assist you at 337-289-4866 or 866-316-6185 between the hours of 8:00 AM and 5:00 PM CST Monday through Friday.

Sincerely,

Account Representative
337-289-4866 or 866-316-6185

---

XAMB\1513438\

———————————————————— (Please Detach and Send With Payment) ————————————————————

Our Lady of Lourdes Regional Medical Center
PO Box 90906
Lafayette, LA 70509-0906
Return Service Requested

Payment Type: MC [] VISA [] DSCVR []AMEX []
Card #:
Amount Paid: $ _____    Exp Date:
Cardholders Name: _____
Signature: _____

PERSONAL & CONFIDENTIAL
WARWAS,TOM
P O BOX 5765
LAKE CHARLES, LA 70606

Our Lady of Lourdes Regional Medical Center
PO Box 90906
Lafayette, LA 70509-0906

Patient Name: WARWAS, TOM
Acct #: 0904700117

#96691

# Neurology Center Discharge Information *Tom Wanwas*

## Testing

| Test Ordered | | Office / Facility | Phone number |
|---|---|---|---|
| _____ | at | _____ | _____ |
| _____ | at | _____ | _____ |
| _____ | at | _____ | _____ |

The Neurology Center will send the order for your test and your insurance information to the facility above.  We will ask them to call you to schedule a time that is convenient for you.  If you have not received a call in two working days, please call them to schedule.

## Lab Work

_____ Have your lab work drawn _____

_____ Do not eat or drink after midnight _____ OK to eat and drink after midnight

_____ **All test results will be discussed at your next visit**

## Medications

___√___ Bring all your medicines to your appointment.  Please remember to bring vitamins and any over the counter medicines you are taking

_____ Prescription refills given to you today ___Topamax_____

___✓__ Updated list of medicines reviewed and given to patient

_____ Please replace any old medicine list with your new one.  Let your doctors and pharmacist know you have had a change in your medicines.

___√___ Call the clinic if you have any questions.  **Phone# 337-289-4978    Fax# 337-289-4951  If you are calling after business hours, please listen for the phone number of the doctor on call**

Next  Appointment -  Day __Thurs__  Date __4/16/09__  Time __1:30__

*Melatonin 3mg — 1 tablet p4 bedtime — about 2-3 hrs before bedtime*

*Try to wean off lovtabs*

Patient Signature ___Tom Wann___

Nurse ___Brona___

Date __3/17/09__    Time __1:50__

*Topamax*



## MOTORS LIQUIDATION COMPANY
## GENERAL UNSECURED CREDITORS TRUST

WILMINGTON TRUST

### CLAIMS ROOM

Claims Room

Search By Creditor Name [ ] includes: tommy wawas   [Search] [View All]

Displaying: Creditor Name contains 'tommy wawas'

| Claim/Schedule | Claims/Schedule | C | Date | Status | Current Total | C/U/I/D | Transferred | Image |
|---|---|---|---|---|---|---|---|---|
| MLC-0021053 | TOMMY WAWAS | C | 02/03/2011 | To Be Resolved | $296,900.00 | ⬜⬜⬜⬜ | L | Download |
| MLC-0021024 | TOMMY WAWAS | C | 02/07/2011 | To Be Resolved | $296,900.00 | ⬜⬜⬜⬜ | L | Download |

Records per page: 20

Hotline
(800) 414-9607

Copyright ©2011 AlixPartners, LLP | (61) AlixPartners

Home    Login    Privacy Notice    Terms Of Use    October 24, 2011 @ 09:40:45 AM

---

## MOTORS LIQUIDATION COMPANY
## GENERAL UNSECURED CREDITORS TRUST

WILMINGTON TRUST

### CLAIMS ROOM

Creditor Summary

Match Code: 9968589101

Claims Room > Creditor Summary

| Filed Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 2 | $0.00 | $0.00 | $653,800.00 | $0.00 | $653,800.00 |
| Current Status | 2 | $0.00 | $0.00 | $593,000.00 | $0.00 | $593,000.00 |

| Scheduled Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Current Status | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Filed Claims

| Claim # | Creditor | Date | Total | Status | C/U/I/D | Debtor | Transferred |
|---|---|---|---|---|---|---|---|
| MLC-0021053 | TOMMY WAWAS | 02/03/2011 | $296,900.00 | To Be Resolved | ⬜⬜⬜ | Motors Liquidation Company | L |
| MLC-0021024 | TOMMY WAWAS | 02/07/2011 | $296,900.00 | To Be Resolved | ⬜⬜⬜ | Motors Liquidation Company | L |

Records per page: 25

Scheduled Liabilities

| Schedule # | Creditor | Total | Status | C/U/I/D | Debtor | Transferred |
|---|---|---|---|---|---|---|
|  | There are no records available. |  |  |  |  |  |

Records per page: 25

Hotline
(800) 414-9607

Copyright ©2011 AlixPartners, LLP | (61) AlixPartners

Home    Login    Privacy Notice    Terms Of Use    October 24, 2011 @ 09:41:20 AM