# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | FLANNIGAN LARRY P<br>C/O MICHAEL PHELPS<br>NUNN LAW OFFICE<br>104 S FRANKLIN RD<br>BLOOMINGTON, IN 47404 |
| Claim Number (if known): | 22881 |
| Date Claim Filed: | 11/12/2009 |
| Total Amount of Claim Filed: | $850,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5/14/2012

_[signature]_, Attorney for Larry Flannigan

Print Name: Dean J. Arnold

Title (if applicable): Attorney, Nunn Law Office.

1