# **EXHIBIT D**

**MLC GUC Trust**
**2012 Updated Budget**
**May 2012**
**($ in thousands)**

| Category | 1Q | 2Q | 3Q | 4Q | 2012 Updated Budget (1) | 2012 Approved Budget (Presented Previously) (2) | Over/(Under) | Comments |
|---|---|---|---|---|---|---|---|---|
| **Professional Fees** | | | | | | | | |
| 1   AlixPartners | $ 2,320.2 | $ 2,177.1 | $ 1,385.9 | $ 1,243.2 | $ 7,126.4 | $ 7,918.2 | $ (791.7) | 10% reduction to fund GUC Trust contingency (3) |
| **Legal Advisors** | | | | | | | | |
| 2   Lead Counsel | 1,984.5 | 1,894.5 | 1,264.5 | 1,174.5 | 6,318.0 | 7,020.0 | (702.0) | 10% reduction to fund GUC Trust contingency (3) |
| 3   ADR Legal Counsel | 2,316.4 | 2,316.3 | 2,316.3 | 2,316.3 | 9,265.2 | 9,566.6 | (301.4) | 2011 actual variance carry over |
| 4   Nova Scotia Litigation | 1,029.7 | 1,302.8 | 291.9 | 291.9 | 2,916.2 | 3,400.0 | (483.8) | 10% reduction to fund GUC Trust contingency (3); 2011 actual variance carry over |
| 5   Stewart McKelvey | 37.5 | 37.5 | 37.5 | 37.5 | 150.0 | 160.3 | (10.3) | 2011 actual variance carry over |
| 6 Professional Fees Subtotal | 7,688.2 | 7,728.2 | 5,296.1 | 5,063.4 | 25,776.0 | 28,065.1 | (2,289.2) | |
| **Category** | | | | | | | | |
| **Other Costs** | | | | | | | | |
| 7   Garden City Group | 210.0 | 180.0 | 110.0 | - | 500.0 | 500.0 | - | |
| 8   GUC Trustee Fees | 579.0 | 579.0 | 579.0 | 579.0 | 2,316.0 | 2,520.0 | (204.0) | 2011 actual variance carry over |
| 9   GUC Trustee Legal Fees - Gibson Dunn | 75.0 | 75.0 | 75.0 | 75.0 | 300.0 | 300.0 | - | |
| 10   Monitoring Fees | 469.0 | 409.0 | 409.0 | 409.0 | 1,695.9 | 1,648.5 | 47.4 | 2011 actual variance carry over |
| 11   Accounting and Tax Advisors | 151.3 | 151.2 | 151.2 | 151.2 | 604.9 | 622.8 | (17.9) | 2011 actual variance carry over |
| 12   Rent & Facilities Expense | 44.4 | 44.4 | 44.4 | 44.4 | 177.6 | 201.4 | (23.8) | 2011 actual variance carry over |
| 13   Insurance | 125.0 | - | - | - | 125.0 | 125.0 | - | |
| 14   Michigan Tax on DIP Loan | 6,000.0 | - | - | - | 6,000.0 | 6,000.0 | - | |
| 15 Other Cost Subtotal | 7,653.6 | 1,438.6 | 1,368.6 | 1,258.6 | 11,719.4 | 11,917.7 | (198.4) | |
| 16   Contingency | 692.2 | 712.5 | 600.2 | 722.0 | 2,726.7 | - | 2,726.7 | Contingency reserve funded by 10% reduction in available line items and positive 2011 variance (3) |
| 17 Total Funded to GUC | 16,034.0 | 9,879.3 | 7,264.8 | 7,044.0 | 40,222.1 | 39,982.8 | 239.2 | |
| 18 Grand Total | $ 16,034.0 | $ 9,879.3 | $ 7,264.8 | $ 7,044.0 | $ 40,222.1 | $ 39,982.8 | $ 239.2 | <u>Please note</u>: increase to the total budgeted amount reflects the carry over of the net positive variance from 2011. These are dollars not spent during 2011 due to timing that will be used in 2012. |

(1) Revised as of May 2012 and submitted to DIP Lenders and the Trust Monitor for approval on May 15, 2012
(2) As revised February 2012 submitted to and approved by the DIP Lenders and Trust Monitor
(3) Funds which have been reallocated among line items in the Updated Budget are derived solely from Other GUC Trust Administrative Cash, and the integrity of the line items as they relate to the Wind-Down Budget Cash has been preserved.

**MLC GUC Trust**
**Wind-Down**
**Actual vs. Approved Budget Report**
($ in thousands)

| | | Jan - Mar 2012 Actual [1] | Jan - Mar 2012 Approved Budget [2] | Actual o(u) Budget $ | % | Notes |
|---|---|---|---|---|---|---|
| 1 | AlixPartners | $2,319.9 | $2,450.2 | ($130.3) | (6%) | Timing |
| 2 | Lead Counsel | 1,942.3 | 2,205.0 | (262.7) | (14%) | Timing |
| 3 | ADR | 680.5 | 2,391.7 | (1,711.2) | (251%) | Under budget due to settlements in lieu of litigation |
| 4 | Nova Scotia Litigation | 1,037.7 | 1,183.9 | (146.2) | (14%) | Timing |
| 5 | Stewart McKelvey | 0.0 | 40.1 | (40.1) | 0% | Timing |
| 6 | **Total Professional Fees** | **5,980.4** | **8,270.8** | **(2,290.4)** | **(38%)** | Variance due to timing, expenses expected to be incurred during future periods |
| 7 | Garden City Group | 264.2 | 210.0 | 54.2 | 21% | Additional unanticipated work |
| 8 | GUC Trustee Fees - Wilmington | 623.5 | 630.0 | (6.5) | (1%) | |
| 9 | GUC Trustee Legal-Gibson | 234.5 | 75.0 | 159.5 | 68% | Timing and additional unanticipated work |
| 10 | Monitoring Fees | 450.0 | 412.1 | 37.9 | 8% | Timing |
| 11 | Acctg & Tax Advisors | 111.8 | 155.7 | (43.9) | (39%) | Timing |
| 12 | Rent/Facilities Expense | 13.0 | 50.3 | (37.3) | (287%) | Timing |
| 13 | Insurance Expense - Wind Down | 25.1 | 125.0 | (99.9) | (399%) | Timing; budget reflects full year expense being paid in Q1 |
| 14 | Michigan Tax on DIP Loan | 0.0 | 6,000.0 | (6,000.0) | 0% | Timing |
| 15 | **Total Other Costs** | **1,722.2** | **7,658.2** | **(5,936.0)** | **(345%)** | |
| 16 | **Total GUC Trust Expenses** | **$7,702.5** | **$15,929.0** | **($8,226.5)** | **(107%)** | |

(1) The actual results for the GUC Trust's Fiscal Quarter reflect expenses incurred in and accrued for the quarter ended March 31, 2012 and do not include any reconciliation with prior period accruals; as such, the presentation of actual results does not strictly comply with Generally Accepted Accounting Principles.
(2) As revised February 2012 submitted to and approved by the DIP Lenders and Trust Monitor

**MLC GUC Trust**
**Wind-Down**
**Actual vs. Updated Budget Report**
**($ in thousands)**

| | | Jan - Mar 2012 Actual [1] | Jan - Mar 2012 Updated Budget [2] | Actual o(u) Budget $ | % | Notes |
|---|---|---|---|---|---|---|
| 1 | AlixPartners | $2,319.9 | $2,320.2 | ($0.3) | (0%) | |
| 2 | Lead Counsel | 1,942.3 | 1,984.5 | (42.2) | (2%) | |
| 3 | ADR | 680.5 | 2,316.4 | (1,635.9) | (240%) | Under budget due to settlements in lieu of litigation |
| 4 | Nova Scotia Litigation | 1,037.7 | 1,029.7 | 8.1 | 1% | |
| 5 | Stewart McKelvey | 0.0 | 37.5 | (37.5) | 0% | Timing |
| 6 | **Total Professional Fees** | **5,980.4** | **7,688.2** | **(1,707.9)** | **(29%)** | |
| 7 | Garden City Group | 264.2 | 210.0 | 54.2 | 21% | Additional unanticipated work |
| 8 | GUC Trustee Fees - Wilmington | 623.5 | 579.0 | 44.5 | 7% | Variance driven by reimbursable expenses |
| 9 | GUC Trustee Legal-Gibson | 234.5 | 75.0 | 159.5 | 68% | Timing and additional unanticipated work |
| 10 | Monitoring Fees | 450.0 | 469.0 | (19.0) | (4%) | |
| 11 | Acctg & Tax Advisors | 111.8 | 151.3 | (39.4) | (35%) | Timing |
| 12 | Rent/Facilities Expense | 13.0 | 44.4 | (31.4) | (242%) | Timing |
| 13 | Insurance Expense - Wind Down | 25.1 | 125.0 | (99.9) | (399%) | Timing; budget reflects full year expense being paid in Q1 |
| 14 | Michigan Tax on DIP Loan | 0.0 | 6,000.0 | (6,000.0) | 0% | Timing |
| 15 | **Total Other Costs** | **1,722.2** | **7,653.6** | **(5,931.5)** | **(344%)** | |
| | Contingency | 0.0 | 692.2 | (692.2) | 0% | Timing |
| 16 | **Total GUC Trust Expenses** | **$7,702.5** | **$16,034.0** | **($8,331.5)** | **(108%)** | |

(1) The actual results for the GUC Trust's Fiscal Quarter reflect expenses incurred in and accrued for the quarter ended March 31, 2012 and do not include any reconciliation with prior period accruals; as such, the presentation of actual results does not strictly comply with Generally Accepted Accounting Principles.
(2) As revised May 2012 for submission to DIP Lenders