UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                               :

In re                                          :         Chapter 11 Case No.
                                               :

**MOTORD LIQUIDATION COMPANY** *et al.*,  :
                                             :         09-50026 (REG)
           f/k/a General Motors Corp., *et al.*     :
                                             :
                       Debtors.          :         (Jointly Administered)
                                             :
-----------------------------------------------------------------x

## ORDER GRANTING OBJECTION TO PROOF OF
## CLAIM NO. 71249 FILED BY MARJORIE A. CREAMER

Upon the objection to Proof of Claim Number 71249 (the "**Claim**") filed by Marjorie A. Creamer dated March 22, 2012 (the "**Objection**") (ECF. No. 11535), of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), seeking entry of an order disallowing and expunging the Claim on the basis that such claim seeks recovery of an amount for which the Debtors are not liable, as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the letters filed by Ms. Creamer prior to the filing of the Objection (ECF Nos. 11326, 11345, and 11455), the response to the Objection filed by Ms. Creamer (ECF No. 11622), and the response filed on May 14, 2012 to the proposed order filed by the GUC Trust (ECF No. 11706); and the Court at the hearing on the Objection on April 26th, 2012 (the "**Hearing**") having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon the record, including findings of fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claim is disallowed and expunged; and it is further

ORDERED that, to the extent Ms. Creamer files any further pleadings, claims, or otherwise takes action against the Debtors or the GUC Trust in this Court, neither the Debtors nor the GUC Trust shall be required to file a response or take any action unless directed by this Court; and it is further

ORDERED that the time to appeal runs from the date this order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
*May 16, 2012*

                     *s/ Robert E. Gerber*
                     United States Bankruptcy Judge