**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
Motors Liquidation Company et al.,           :       09-50026 (REG)
f/k/a General Motors Corpration, et al.,     :       Jointly Administered
                                             :
            Debtor(s)                        :
_____x


**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Deborah P. Kelly, Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  *May 16, 2012*


*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE