# EXHIBIT B

B 10 (Official Form 10) (12/08)

**UNITED STATES BANKRUPTCY COURT** | **PROOF OF CLAIM**

Name of Debtor: MOTORS LIQUIDATION COMPANY (F/K/A General Motors Corp.)

Case Number: 09-50026

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): MARVIN ECHOLS

Name and address where notices should be sent:
P.O. BOX 2211
BAY CITY, MICHIGAN 48707

Telephone number: 1-989-529-3937

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number ________ (If known)

Filed on ________

Name and address where payment should be sent (if different from above)

FILED - 44240
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

THE GARDEN CITY GROUP, INC. NOV 24 2009

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 25,000.00 to $30,000.00 estimated value to replace my 1986 Cadillac/DeVille/Fleetwood

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. GM DEALER IN BAY CITY HAD LAST PHYSICAL POSSESSION OF MY VEHICLE (Said Cadillac/DeVille/Fleetwood) Year 1986

If all or part of your claim is entitled to priority, complete item 5. PRIORITY FOR RECALL WARRANTY FOR [ABS] BRAKING System

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. FAILURES

**2. Basis for Claim:** FOR FAILURE OF ABS BRAKING System Under SEVERAL Federal govTment RECALLS.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** PLEASE CALL 1-800-414-9607 OR 1-866-790-5600 AT GM, etc. FOR THIS INFORMATION.

**3a. Debtor may have scheduled account as:** ________
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.) [Under Federal Recall Laws, etc]
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. → YES: UNDER NHTSA ATTN: CRD COMPLAINTS AT THE FEDERAL Government 1-202-366-0699 [Phone #]

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $________ **Annual Interest Rate** ____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $________ **Basis for perfection:** ________

**Amount of Secured Claim:** $________ **Amount Unsecured:** $________

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. PLEASE CONTRACT NHTSA ATTN: CRD COMPLAINTS AT telephone #1-202-366-0699 FOR DETAILED copies OF DOCUMENTATION.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$________

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Please see attached papers herewith also.

Date: 11-20-2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Marvin Echols

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (12/08) – Cont

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law In certain circumstances such as bankruptcy cases not filed voluntarily by the debtor there may be exceptions to these general rules*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

1 **Amount of Claim as of Date Case Filed**
State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4 and 5 Check the box if interest or other charges are included in the claim

2 **Basis for Claim**
State the type of debt or how it was incurred Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan mortgage note, and credit card If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim

3 **Last Four Digits of Any Number by Which Creditor Identifies Debtor**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

3a **Debtor May Have Scheduled Account As**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

4 **Secured Claim**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

5 **Amount of Claim Entitled to Priority Under 11 U S C §507(a)**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

6 **Credits**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

7 **Documents**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) If the claim is based on the delivery of health care goods or services, see instruction 2 Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**
A creditor is a person corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing See 11 U S C §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing See 11 U S C §101 (5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed

**Secured Claim Under 11 U S C §506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U S C §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual s tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www pacer psc uscourts gov) for a small fee to view your filed proof of claim

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor These entities do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 *et seq* ), and any applicable orders of the bankruptcy court

delivery 11:06AM. 09-26-2008 Receipt of same is in the mail to me. [handwritten]

EH 097871705 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11 B March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 48706
Day of Delivery: Next
Postage: $ 16.50
Date Accepted: 9 25 8
Scheduled Date of Delivery: Month 9 Day 26
Return Receipt Fee: $
Time Accepted: 9:25 AM
Scheduled Time of Delivery: Noon
COD Fee: $
Insurance Fee: $
Military: 2nd Day / 3rd Day
Total Postage & Fees: $ 16.50
Flat Rate or Weight: X
Acceptance Emp. Initials: [handwritten]

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt — Mo Day — Time — AM / PM — Employee Signature
Delivery Attempt — Mo Day — Time — AM / PM — Employee Signature
Delivery Date — Mo Day — Time — AM / PM — Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY — Weekend — Holiday
Mailer Signature

FROM (PLEASE PRINT) PHONE ( 989 529-3937
MARVIN ECHOLS
P.O. BOX 2211
BAY CITY, MICH. 48707

TO (PLEASE PRINT) PHONE ( 202 366-0699
NHTSA
ATTN: CRD
1200 NEW JERSEY AVE S.E.
WASHINGTON D.C. 20590

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
20590 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811
EMS



EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B March 2004

**Post Office To Addressee**

EH 097871705 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code: 48706 | Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day | Postage: $ 16.50 |
| Date Accepted: Mo 9 Day 25 Year 8 | Scheduled Date of Delivery: Month 9 Day 26 | Return Receipt Fee: $ |
| Time Accepted: 9:25 ☑ AM ☐ PM | Scheduled Time of Delivery: ☑ Noon ☐ 3 PM | COD Fee: $ / Insurance Fee: $ |
| | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $ 16.50 |
| Flat Rate ☒ or Weight lbs ozs | Int'l Alpha Country Code | Acceptance Emp. Initials: [illegible] |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt Mo Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo Day | Time ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

FROM (PLEASE PRINT) PHONE ( 989 529-3937

MARVIN ECHOLS
P.O. BOX 2211
BAY CITY, MICH. 48707

TO (PLEASE PRINT) PHONE ( 202 366-0699

NHTSA
ATTN: CRD
1200 NEW JERSEY AVE S.E.
WASHINGTON D.C. 20590

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
2 0 5 9 0 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS

K - Cadillac 1986 C - (62C) - Deville

GM04-196
092088

Copyright 2008 General Motors Corporation

HOT RODS/ CLASSICS

Selling your CAR shouldn't involve spinning your wheels.

Gentlemen, click your mouses.

cars.com

CEMETERIES & MONUMENTS

ADULT ENTERTAINMENT

DATING SERVICES

THE NIGHT EXCHANGE

Fins& ...thers

advertise call 1-800-WANT-ADS

DOGS & KENNELS

Spring cleaning?

The Detroit News

LEGAL NOTICE/ BIDS/PROPOSALS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
MOTORS LIQUIDATION COMPANY
f/k/a GENERAL MOTORS CORPORATION et al.
Debtors.

Chapter 11 Case No. 09 50026 (REG)

(Jointly Administered)

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM (INCLUDING CLAIMS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE)**

TO ALL PERSONS AND ENTITIES WITH CLAIMS (INCLUDING CLAIMS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE) AGAINST A DEBTOR SET FORTH BELOW

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 | 38-0572515 | General Motors Corporation; GMC Truck Division; NAO Fleet Operations; GM Corporation; GM Corporation-GM Auction Department; National Car Rental; National Car Sales; Automotive Market Research |
| MLCS LLC (f/k/a Saturn, LLC) | 09 50027 | 38 2577506 | Saturn LLC; Saturn Corporation; Saturn Motor Car Corporation; GM Saturn Corporation; Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09 50028 | 38 2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc; CKS of Harlem |

PLEASE TAKE NOTICE THAT on September 16, 2009 the United States Bankruptcy Court for the Southern District of New York (the "Court"), having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors as debtors in possession (collectively the "Debtors") entered an order (the "Bar Date Order") establishing (i) **November 30, 2009, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including without limitation individuals, partnerships, corporations, joint ventures and trusts) to file a proof of claim ("Proof of Claim") based on prepetition claims including a claim under section 503(b)(9) of the Bankruptcy Code as described more fully below (a "503(b)(9) Claim"), against any of the Debtors (the "General Bar Date") and (ii) **November 30, 2009, at 5:00 p.m. (Eastern Time)** as the last date and time for each governmental unit (as defined in section 101(27) of the Bankruptcy Code) to file a Proof of Claim based on prepetition claims against any of the Debtors (the "Governmental Bar Date" and, together with the General Bar Date the "Bar Dates").

The Bar Date Order, the Bar Dates and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the Debtors (other than those set forth below as being specifically excluded) that arose prior to June 1, 2009 the date on which the Debtors commenced their cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you have any questions relating to this Notice, please feel free to contact AlixPartners at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1 212 715-3275.**

YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.

**1. WHO MUST FILE A PROOF OF CLAIM**

You MUST file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009** including a 503(b)(9) Claim and it is not one of the other types of claims described in Section 2 below. Acts or omissions of the Debtors that arose before **June 1, 2009** may give rise to claims against the Debtors that must be filed by the applicable Bar Date notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to June 1, 2009.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured, or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. Further, claims include unsecured claims, secured claims, priority claims, and 503(b)(9) Claims (as defined in Section 2(d) below).

**2. WHO NEED NOT FILE A PROOF OF CLAIM**

You need not file a Proof of Claim if:

(a) Your claim is listed on the Schedules (as defined below) and (i) is **not** described in the Schedules as "disputed," "contingent," or "unliquidated," (ii) you do **not** dispute the amount or nature of the claim set forth in the Schedules, and (iii) you do **not** dispute that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules.

(b) Your claim has been paid in full.

(c) You hold an interest in any of the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants or rights to purchase, sell or subscribe to such a security or interest; **provided, however,** that interest holders who wish to assert claims (as opposed to ownership interests) against any of the Debtors that arise out of or relate to the ownership or purchase of an interest, including claims arising out of or relating to the sale, issuance, or distribution of the interest, must file Proofs of Claim on or before the applicable Bar Date unless another exception identified herein applies.

(d) You hold a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative claim; **provided, however, 503(b)(9) Claims are subject to the General Bar Date as provided above.** Section 503(b)(9) provides in part: " there shall be allowed administrative expenses including (9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." **Accordingly if you have a 503(b)(9) Claim, you must file a Proof of Claim on or before the General Bar Date.**

(e) You hold a claim that has been allowed by an order of the Court entered on or before the applicable Bar Date.

(f) You hold a claim against any of the Debtors for which a separate deadline is fixed by the Court (whereupon you will be required to file a Proof of Claim by that separate deadline).

(g) You are a Debtor in these cases having a claim against another Debtor.

(h) You are an affiliate (as defined in section 101(2) of the Bankruptcy Code) of any Debtor as of the Bar Date.

(i) You hold a claim for which you have already properly filed a Proof of Claim against any of the Debtors with the Clerk of the Court or The Garden City Group, Inc., the Debtors' claims agent, utilizing a claim form that substantially conforms to the Proof of Claim Form (as defined below) or Official Form 10; or

(j) You hold a claim that is limited exclusively to the repayment of principal, interest and other fees and expenses on or under any agreements (a "Debt Claim") governing any debt security issued by any of the Debtors pursuant to an indenture (together the "Debt Instruments") if the indenture trustee or similar fiduciary under the applicable indenture or fiscal and paying agency agreement files a Proof of Claim against the applicable Debtor, on or before the Bar Date, on account of all Debt Claims against such Debtor under the applicable Debt Instruments; **provided, however,** that any holder of a Debt Claim wishing to assert a claim arising out of or relating to a Debt Instrument, other than a Debt Claim, shall be required to file a Proof of Claim with respect to such claim on or before the Bar Date unless another exception identified herein applies. Debt Instruments include those agreements listed at the end of this Notice.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**3. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim arising from the rejection of an executory contract or unexpired lease, you must file a Proof of Claim based on such rejection by the later of (i) the applicable Bar Date, and (ii) the date which is **thirty days** following the entry of the order approving such rejection or you will be forever barred from doing so. Notwithstanding the foregoing, if you are a party to an executory contract or unexpired lease and you wish to assert a claim on account of unpaid amounts accrued and outstanding as of June 1, 2009 pursuant to that executory contract or unexpired lease (other than a rejection damages claim), you must file a Proof of Claim for such amounts on or before the applicable Bar Date unless an exception identified above applies.

**4. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before the applicable Bar Date at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before the applicable Bar Date. Proofs of Claim may **not** be delivered by facsimile, telecopy or electronic mail transmission.

**5. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to Official Bankruptcy Form No. 10 ("Proof of Claim Form"); (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Additional Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**6. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

***Except with respect to claims of the type set forth in Section 2 above, any creditor who fails to file a Proof of Claim on or before the applicable Bar Date in the appropriate form in accordance with the procedures described in this Notice for any claim such creditor holds or wishes to assert against each of the Debtors, will be forever barred, estopped, and enjoined from asserting that claim against each of the Debtors (or filing a Proof of Claim with respect to the claim), and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to the claim, and the holder will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, participate in any distribution in any of the Debtors' chapter 11 cases on account of the claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**7. THE DEBTORS' SCHEDULES, ACCESS THERETO, AND CONSEQUENCES OF AMENDMENT THEREOF**

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively the "**Schedules**"). If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the classification and amount of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the specified Debtor, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a Proof of Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules may be examined by interested parties on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at www.motorsliquidation.com and www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov). Copies of the Schedules may also be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004. Copies of the Debtors' Schedules may also be obtained by written request to the Debtors' claims agent at the address and telephone number set forth below:

The Garden City Group, Inc., Attn: Motors Liquidation Company
P.O. Box 9386, Dublin, Ohio 43017-4286, 1 703 286-6401

In the event that the Debtors amend their Schedules to (a) designate a claim as disputed, contingent, unliquidated, or undetermined, (b) change the amount of a claim reflected therein, (c) change the classification of a claim reflected therein, or (d) add a claim that was not listed on the Schedules, the Debtors will notify you of the amendment. In such case, the deadline for you to file a Proof of Claim on account of any such claim is the later of (a) the applicable Bar Date and (b) the date that is thirty days after the Debtors provide notice of the amendment.

**A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered in this Notice, such as whether the holder should file a Proof of Claim.**

DATED: September 16, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

**Certain Debt Instruments**

| | Debt Instrument | CUSIP, ISIN, or Swiss Security Numbers |
|---|---|---|
| 1 | Indenture dated as of Nov 15 1990, between GM and Citibank as indenture trustee | CUSIP Nos 370442AN5 370442AJ4 370442AR6 37045EAG3, 37045TAS7 |
| 2 | Indenture dated as of Dec 7 1995 between GM and Citibank as indenture trustee | CUSIP Nos 370442AT2 370442AL9 370442AV7 370442AZ8 370442BB0 370442816 370442774 370442766, 370442758 370442741 370442733 370442725 370442BQ7 370442BT1 370442717 370442BW4 370442BS3 370442121, 370442691 |
| 3 | Trust Indenture dated as of July 1 1995 between Michigan Strategic Fund and Dai Ichi Kangyo Trust Company of New York ($58,800,000 Multi Modal Interchangeable Rate Pollution Control Refunding Revenue Bonds) | CUSIP No 594693AQ6 |
| 4 | Indenture of Trust dated as of July 1 1994 between City of Moraine, Ohio and Dai Ichi Kangyo Trust Company of New York ($12,500,000 Solid Waste Disposal Revenue Bonds) | CUSIP No 616449AA2 |
| 5 | Indenture of Trust dated as of July 1 1999 between City of Moraine Ohio and Dai Ichi Kangyo Trust Company of New York ($10 000,000 Solid Waste Disposal Revenue Bonds) | CUSIP No 616449AB0 |
| 6 | Trust Indenture dated as of Dec 1 2002 among City of Fort Wayne, Indiana, JPMorgan Chase Bank and Bank One Trust Company N A ($31 000,000 Pollution Control Revenue Refunding Bonds) | CUSIP No 349272AT1 |
| 7 | Trust Indenture dated as of Mar 1 2002 between Ohio Water Development Authority and JPMorgan Chase Bank ($20,040,000 State of Ohio Pollution Control Refunding Revenue Bonds) | CUSIP No 667596AU2 |
| 8 | Indenture of Trust dated as of Dec 1 2002 between Ohio Water Development Authority and JPMorgan Chase Bank ($46,000,000 State of Ohio Solid Waste Revenue Bonds) | CUSIP No 67759ABC2 |
| 9 | Trust Indenture dated as of Apr 1 1984 among City of Indianapolis Indiana, Bankers Trust Company and The Indiana National Bank ($1 400,000 Pollution Control Revenue Bonds) | CUSIP No 455329AB8 |
| 10 | Fiscal and Paying Agency Agreement, dated as of July 3 2003 between GM Deutsche Bank AG London as fiscal agent and paying agent, and Banque Générale du Luxembourg S A as paying agent | ISIN Nos XS0171942757 XS0171943649 |
| 11 | Fiscal and Paying Agency Agreement, dated as of July 10, 2003 between GM Nova Scotia Finance Company GM, as guarantor Deutsche Bank Luxembourg S A as fiscal agent and paying agent, and Banque Générale du Luxembourg S.A., as paying agent | ISIN Nos XS0171922643 XS0171908063 |
| 12 | Bond Purchase and Paying Agency Agreement dated May 28 1986 between GM and Credit Suisse | Swiss Security No 876 926 |

N1981482pdf

FOR MY
1986 Cadillac
DeVILLE/Fleetwood
ABM BRAKING PROBLEMS,
FAILURES, ETC.

TO; The Garden City GROUP, INC
ATTN: Motors Liquidation
COMPANY
CLAIMS PROCESSING/
P.O. BOX 9386
DUBLIN, OHIO
43017

