**<u>Exhibit E</u>**

CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.

PILLSBURY WINTHROP SHAW PITTMAN LLP
MATTHEW S. WALKER  Cal. Bar No. 101470
CRAIG A. BARBAROSH  Cal. Bar No. 160224
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
Telephone: (619) 234-5000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
325 West "F" Street, San Diego, California 92101-6991

Order Entered on February 26, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

| | |
|---|---|
| In Re<br>JAMES LARRY ALLEN<br>Debtor. | BANKRUPTCY NO. 09-05214-JM7 |
| WELLS FARGO BANK, N.A.<br>Plaintiff(s) | ADVERSARY NO. 09-90241-JM7 |
| v.<br>JAMES LARRY ALLEN<br>Defendants(s) | Date of Hearing: February 18, 2010<br>Time of Hearing: 11:00 a.m.<br>Name of Judge: Hon. James W. Meyers |

### JUDGMENT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __10__

//
//
//
//

DATED: February 25, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Pillsbury Winthrop Shaw Pittman, LLP
(Firm name)

By: Matthew S. Walker
Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

CSD 3000A

```
CSD 3000A [11/15/04] (Page 2)
ORDER ON JUDGMENT
DEBTOR: JAMES LARRY ALLEN                    CASE NO.: 09-05214-JM7
                                             ADV. NO.: 09-90241-JM7
```

Based upon this Court's order granting plaintiff's Motion For Summary Judgment To Deny Discharge Pursuant To 11 U.S.C. §§ 727(a)(2), (3), (4), (5) and (7), judgment is entered in favor of plaintiff Wells Fargo Bank, N.A. and against defendant and debtor, James Larry Allen, as follows:

IT IS ORDERED THAT: debtor JAMES LARRY ALLEN is denied a discharge of his debts.

Approved as to form:
Singleton and Associates

/s/ Horacio Barraza
Attorney for James Larry Allen

CSD 3000A

*Signed by Judge James W. Meyers February 25, 2010*