**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
Nickolas J. Karavolas (NK-0324)

*Counsel for Wells Fargo Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | |
| f/k/a General Motors Corp., et al. | ) | 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

Nickolas J. Karavolas, Esq., under penalty of perjury, hereby certifies to the following:

1. I am an attorney and an associate with the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel to Wells Fargo Bank, N.A.

2. This certificate of service supplements the Affidavit of Mailing of John S. Franks dated May 17, 2012 with respect to the Notice of Motion of Wells Fargo Bank, N.A. for an Order Directing Disbursement of Claim Distributions to Secured Party (the "**Notice of Motion**") and the Motion for an Order Directing Disbursement of Claim Distributions to Secured Party (with Exhibits A through G) (the "**Motion**").

3. On May 17, 2012, I served or caused to be served the Notice of Motion and Motion via Federal Express Overnight Delivery to the party identified in Exhibit A.

**I hereby certify, under penalty of perjury, that the statements made herein are true and correct.**

Dated: May 18, 2012

<u>/s/ Nickolas J. Karavolas</u>
Nickolas J. Karavolas

## Exhibit A.
Service via Federal Express Overnight

Lowell F. Sutherland
Sutherland & Gerber
2299 West Adams Avenue, Suite 102
El Centro, CA 92243