Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :   09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                     :
                                                             :
                                Debtors.                     :   (Jointly Administered)
                                                             :
-------------------------------------------------------------x


**NOTICE OF WITHDRAWAL OF OMNIBUS OBJECTIONS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that, the Motors Liquidation Company GUC Trust, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, hereby withdraws, without prejudice, the Omnibus Objections to Claims with respect to the Proofs of Claim listed below (the "**Claims**").

| Claim No. | Claimant | Omnibus Objection |
|---|---|---|
| 70342 | Sudie M. Venable | 165th Omnibus Objection |
| 70180 | Betty Dalton | 165th Omnibus Objection |
| 65638 | Debra Hawkins | 258th Omnibus Objection |

Dated: New York, New York
       May 22, 2012

                                      <u>/s/ Stefanie Birbrower Greer</u>
                                      Barry N. Seidel (BS-1945)
                                      Stefanie Birbrower Greer (SG-2898)

                                      DICKSTEIN SHAPIRO LLP
                                      1633 Broadway
                                      New York, New York 10019-6708
                                      Telephone: (212) 277-6500
                                      Facsimile: (212) 277-6501

                                      Attorneys for Motors Liquidation
                                      Company GUC Trust