UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                 :
                                                            :
                  Debtors.                 :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### ORDER FIXING THE AMOUNT OF AND ALLOWING CLAIM NO. 11385 FILED BY DANA H. FOX FOR DISTRIBUTION PURPOSES AND GRANTING RELATED RELIEF

Upon the Motion, dated April 13, 2012 (the "**Motion**"),[1] of Motors Liquidation Company GUC Trust (the "**GUC Trust**") pursuant to section 502 of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order fixing the amount of and allowing claim no. 11385 filed by Dana H. Fox for distribution purposes, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, the GUC Trust and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that Proof of Claim No. 11385 is reduced and allowed as a general unsecured claim in the amount of $19,500.00; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the claim for "6 years litigation time" in Proof of Claim No. 11385 is hereby disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
**May 22, 2012**

**s/ Robert E. Gerber**
United States Bankruptcy Judge