UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
**MOTORS LIQUIDATION COMPANY**, *et al.,*  :        09-50026 (REG)
f/k/a General Motors Corp., *et al.*      :
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
------------------------------------------------------------x

### ORDER GRANTING MOTORS LIQUIDATION COMPANY GUC TRUST'S OBJECTION TO CLAIM NO. 4171 FILED BY JAMES O. BRYANT, JR.

Upon the Objection[1] dated March 23, 2012 of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing and expunging the Bryant Claim on the grounds that such claim seeks recovery of amounts for which the Debtors are not liable, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Bryant Claim is disallowed and expunged in its entirety from the claims register; and it is further

ORDERED that nothing herein shall affect James O. Bryant's rights as against the New Jersey Property Liability Insurance Guaranty Association with respect to the Covered Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       **_May 22, 2012_**

                                                                    **_s/ Robert E. Gerber_**
                                                                    United States Bankruptcy Judge