.UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re                                                                           : | Chapter 11 |
|                                                                                    : | |
| MOTORS LIQUIDATION COMPANY, *et al.*,    : | Case No. 09-50026 (REG) |
|        f/k/a General Motors Corp., *et al.*,            : | |
|                                                                                    : | |
|                                        Debtors.              : | (Jointly Administered) |
|                                                                                    : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                               ) ss
COUNTY OF NASSAU        )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.        I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.        On May 22, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Notice of Withdrawal of Omnibus Objections to Certain Claims [Docket No. 11740].

3.        On May 22, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on Maya H. Broady aka Killings, 238 Sawyer St, Rochester, New York 14619 (affected party):

- Letter from Anamay M. Carmel, Dickstein Shapiro LLP, to Maya Broady, dated May 22, 2012, regarding Hearing on Objection re Claim Nos. 70896 and 70925 [set for May 31, 2012 at 9:45 a.m.(Eastern Time)].

Dated: May 23, 2012
      Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 23rd day of May, 2012

/s/ Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

BETTY DALTON
1707 RADFORD RD
CHRISTIANSBURG, VA 24073

DEBRA HAWKINS
17999 FRAZHO RD
ROSEVILLE, MI 48061-3880

DEBRA HAWKINS
31901 JEFFERSON AVENUE
ST. CLR. SHORES, MI 48082-1363

SUDIE M VENABLE
3114 MOUNTAIN ROAD
HALIFAX, VA 24558