UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————x

IN RE: Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY et al.;
09-50026 (REG)
f/k/a General Motors Corp., et al.

Debtors: (Jointly Administered)
————————————————x

MISTRIAL MOTION
ORDER FROM TRANSCRIPT of HEARING via phone ON April 26, 2012 IS NOT LEGAL. THE TRANSCRIPTION OF THIS HEARING AFTER BEING TRANSCRIBED IS NOT CITING THE U.S CODE THAT; MS. CREAMER ARGUED, DURING HEARING AND DISCONNECT OF INCOMING CALL ON HER PHONE DURING THE TRIAL HEARING OF APRIL 26, 2012 of PRODUCT SAFETY RECALL OF DEFECTIVE STEERING MOTOR on 3, 2010 when the STEERING MOTOR DEFECTIVE TIME OF PURCHASE 2007 of 2006 CHEVY COBALT-FACTORY and MANUFACTURED IN USA with 18% SEDAN IN MEXICO. RECALL IN MARCH 2010 AFTER SPORT FACT OF ACCIDENT CAUSED BY STEERING FAILURE COUPE ON SEPTEMBER 24, 2009. SUBMITTED MAY 22 2012
ym. satellite

Ngwe A Creamer
THE HUSH
705 S. Monroe
Smith Center, Ks
66967

Cert of Mailing - Attorys
1633 Brdwy NY NY 10019
CLERK of COURT / JUDGE GERBER