UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,                             :    09-50026 (REG)
       f/k/a General Motors Corp., *et al.*                 :
                                                                  :
                   Debtors.                      :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

        Sarah B. Roberts, being duly sworn, hereby deposes and says:

        1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

        2.    On the 22nd day of May, 2012, I caused a true and correct copy of the *Notice of Settlement of an Order Further Supplementing Order Enforcing 363 Sale Order With Respect to Products Liability Claim and Discovery Requests of Dr. Terrie Sizemore* filed at ECF No. 11746 to be served upon the party listed in Exhibit A via e-mail and United States Postal Service.

                                            */s/ Sarah B. Roberts*
                                            Sarah B. Roberts

Sworn to before me this
23rd day of May 2012

*/s/ Jacob Gerber*

JACOB GERBER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GE6250960
Qualified in New York County
My Commission Expires November 14, 2015

## EXHIBIT A - SERVICE LIST

Dr. Terrie Sizemore
P.O. Box 23
Sullivan, Ohio 44880
Email: sizemore3630@aol.com