# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026<br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br>[ ] MLCS, LLC, Case No. 09-50027<br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DELORES J BERARDI<br>128 WESTERN AVENUE #2<br>DOWNINGTOWN, PA 19335 |
| Claim Number (if known): | 71255 |
| Date Claim Filed: | 4/9/2012 |
| Total Amount of Claim Filed: | $11,797.21 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 12, 12

*[signature: Dolores J Berardi]*

Print Name: Dolores J Bernardi

Title (if applicable): _____

--------------------------------------------------------------------------



RECEIVED MAY 21 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1