May 18, 2012

Honorable Robert E. Gerber
United States Bankruptcy Judge
Courtroom 621, One Bowling Green
New York, New York 10004-1408

RE: GM Chapter 11 Case No.: 09-50026 (REG)

Dear Honorable Gerber,

On April 26th over the phone GM Bankruptcy Hearing in New York. I have received the paperwork and decision.

If I understand this correctly it states my pension and previous settlement, including my divorce will remain the same. That I will have no changes in my monthly settlement, that I am and have been receiving. Also that I was not asking for anything more than that.

Your Honor as I stated previously, I am not knowledgeable of the law. So I put my trust in your hands. I would like to thank you for hearing my case. I would also like to thank you for having patience in hearing my concerns.

But I do have a question on page 4 several errors. It shows Sharron A. Bell in my paperwork. Is this a clerical error? If so could you please see to as why her name is on my documents? All others pages state my name Sharron S. Reyes only.

If you have any question, please don't hesitate to call or write: Sharron S. Reyes, 4780 Jamm Road, Orion, Michigan 48359 (248) 391-1493.

Sincerely,

*[signature: Sharron Reyes]*

Sharron S. Reyes


Cc:    GM  David Griffiths
       Weil, Gotshal & Manges LLP

an obligation for which the Debtors have no liability, all as more fully described in the 101st Omnibus Objection to Claims; and due and proper notice of the 101st Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the response filed by Sharron A. Bell (ECF No. 11630), and the Motors Liquidation Company GUC Trust's Response (ECF No. 11592); and a hearing on the 101st Omnibus Objection to Claims having been held on April 26, 2012; and the Court having found and determined that the relief sought in the 101st Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 101st Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 101st Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Proof of Claim No. 7625 filed by Sharron S. Reyes is hereby disallowed and expunged; and it is further

ORDERED that the time to appeal runs from the date of entry of this Order and not from the date of the Hearing; and it is further

ORDERED that the claimants reserve and retain any and all rights, if any, that they may have against New GM; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2012

_____<br>United States Bankruptcy Judge

PRESENTMENT DATE AND TIME: June 1, 2012 at 12:00 noon (Eastern Time)
OBJECTION DEADLINE: June 1, 2012 at 11:30 a.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Motors Liquidation
  Company GUC Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                    :
            Debtors.                :    (Jointly Administered)
                                    :
------------------------------------------------------------x

**NOTICE OF SETTLEMENT OF SUPPLEMENTAL ORDER GRANTING
DEBTORS' 101ST OMNIBUS OBJECTION TO CLAIMS AS TO PROOF OF
CLAIM NO. 7625 FILED BY SHARRON S. REYES**
(Claims Relating to Former Employees Represented by United Auto Workers)

PLEASE TAKE NOTICE that, pursuant to Rule 9074-1 of the Local Rules of Bankruptcy Procedure for the Southern District of New York, and in accordance with the oral decision of the Honorable Robert E. Gerber on the record on April 26, 2012, the annexed proposed Supplemental Order Granting Debtors' 101st Omnibus Objection to Claims as to Proof of Claim No. 7625 filed by Sharron S. Reyes (Claims Relating to Former Employees Represented by United Auto Workers) (the "**Order**"), will be presented for settlement and entry to the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern

US_ACTIVE:\43992625\02\72240.0639

District of New York, One Bowling Green, New York, New York 10004, on **June 1, 2012 at 12:00 noon (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that any objections or proposed counter-orders must be made in writing and received by the Court and the undersigned not later than **June 1, 2012, at 11:30 a.m. (Eastern Time).** Unless an objection or proposed counter-order is received by that time, the proposed order annexed hereto may be entered by the Court.

Dated: New York, New York
       May 16, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :    09-50026 (REG)
    f/k/a General Motors Corp., et al.      :
                                            :
                            Debtors.        :    (Jointly Administered)
                                            :
---------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' 101ST OMNIBUS OBJECTION TO CLAIMS AS TO PROOF OF CLAIM NO. 7625 FILED BY SHARRON S. REYES
(Claims Relating to Former Employees Represented by United Auto Workers)

Upon the 101st omnibus objection to expunge certain claims relating to former employees who are or had been represented by the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, dated September 23, 2010 (the "**101st Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the UAW Claims on the grounds that each UAW Claim is for

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 101st Omnibus Objection to Claims.

April 26, 2012

Honorable Robert E. Gerber
United States Bankruptcy Judge
Courtroom 621, One Bowling Green
New York, New York 10004-1408

RE: GM Chapter 11 Case No.: 09-50026 (REG)

Dear Honorable Gerber,

I have sent you information pertaining to Weil, Gotshal & Manges LLP. You can add this to the file I sent last week. This contains information on a case I was recently informed of. I had no knowledge as to what this firm was talking about.

When GM filed bankruptcy, I did not expect to do anything. That my pension and divorce settlement would stay as is. Now I am totally confused as to why now? What is it that I am suing for? I do not want to lose my disability pension or any other matter that would pertain to the old GM.

On number 4. of **The Claim Should be Disallowed and expunged.** Now this is information I just received on April 18, 2012 (enclosed). I read the case and I still do not understand as to what they say I am asking for?

If this is just procedure to GM filing bankruptcy, could you please let me know? In reality I have no clue as what is going on? What claim should be disallowed and expunged?

Your Honor, I do not what to lose my pension or make any changes to anything that pertains to GM and what I was awarded back in 1997-1998. I want everything to stay as is.

If you have any question, please don't hesitate to call or write: Sharron S. Reyes, 4780 Jamm Road, Orion, Michigan 48359 (248) 391-1493.

Sincerely,

*[signature]*
Sharron S. Reyes

Cc: Senator Carl Levin