UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss |
| COUNTY OF NASSAU | ) |

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for

the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business

address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On May 22, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for Motors

Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be

served by both first class mail and by overnight delivery on the parties identified on Exhibit A annexed

hereto (affected parties):

- Order Fixing the Amount of and Allowing Claim No. 11385 Filed by Dana H. Fox for Distribution Purposes and Granting Related Relief [Docket No. 11741].

3.      On May 22, 2012, also at the direction of Weil, I caused a true and correct copy of the following

document to be served by both first class mail and by overnight delivery on James O. Bryant, Jr., 6

Lawrence Dr. Apt B, Browns Mills, New Jersey 08015-1754 (affected party):

- Order Granting Motors Liquidation Company GUC Trust's Objection to Claim No. 4171 Filed by James O. Bryant, Jr. [Docket No. 11742].

4.      On May 22, 2012, also at the direction of Weil, I caused a true and correct copy of the following

document to be served both by first class mail and by overnight delivery on Sherif Rafik Kodsy, 15968

Laurel Oak Circle, Delray Beach, Florida 33484 (affected party), and by overnight delivery on Sherif

Rafik Kodsy, 15968 Laurel Oak Circle, Delray Beach, Florida 33484 (affected party):

- Order Granting Motion of Motors Liquidation Company GUC Trust for Limited Modification of the Automatic Stay and Plan Injunction as to the Action Filed by Sherif Rafik Kodsy [Docket No. 11743].

5.      On May 22, 2012, also at the direction of Weil, I caused a true and correct copy of the following

document to be served by both first class mail and by overnight mail on Burton Taft, Administrator of the

Estate of Brian T, c/o Roth & Dempsey, PC, 436 Jefferson Avenue, Scranton, Pennsylvania 18510

(affected party):

- Order Granting Motion of Motors Liquidation Company GUC Trust for Limited Modification of the Automatic Stay and Plan Injunction as to Action Filed by Burton Taft, Administrator of the Estates of Brian Taft [Docket No. 11744].


Dated:  May 25th , 2012
        Lake Success, New York

                                            /s/Barbara Kelley Keane__
                                             Barbara Kelley Keane


Sworn to before me this 25th day of May, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

09-50026-mg    Doc 11759    Filed 05/25/12    Entered 05/25/12 14:41:14    Main Document
Pg 4 of 4

DANA H FOX
1625-2 PARKMEADOWS DR
FORT MYERS, FL 33907-4600

DANA H FOX
2169 DOMINICA AVE
FORT MYERS, FL 33905

DANA H FOX
955 MASS. AVE. #155
CAMBRIDGE, MA 02139