G. Alan Wallace (P69333)
Miller, Canfield, Paddock and Stone, Professional Corporation
One Michigan Avenue, Suite 900
Lansing, MI 48933
Telephone: (517) 483-4905
Fax: (517) 374-6304
Email: wallace@millercanfield.com
Attorneys for the City of Sioux City, Iowa

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** | Chapter 11 |
| | Case No.: 09-50026-reg |
| **MOTORS LIQUIDATION COMPANY, et al.,** | |
| f/k/a **General Motors Corp., et al.,** | (Jointly Administered) |
| Debtors. | |

### WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST
### TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

PLEASE TAKE NOTICE that G. Alan Wallace of Miller Canfield, Paddock and Stone, Professional Corporation, hereby withdraws his Notice of Appearance as counsel for the City of Sioux City, Iowa and requests that his name be removed from the service list and matrix.

By: /s/ G. Alan Wallace
G. Alan Wallace (P69333)
Attorneys for the City of Sioux City, Iowa
One Michigan Avenue, Suite 900
Lansing, MI 48933
Phone: (517) 483-4905
Fax: (517) 374-6304
wallace@millercanfield.com

Dated: May 29, 2012
20,175,673.1\146190-00001