> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
    f/k/a **General Motors Corp.,** *et al.* : 
: 
            Debtors. : (Jointly Administered)
: 
-----------------------------------------------------------x

**AMENDED NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 31, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.   CONTESTED MATTERS**

1. Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

   Responses Filed:

   A.   Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (**ECF No. 9293**)

   Replies Filed:

   B.   Motors Liquidation Company GUC Trust's Reply to the Meder Response to the 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11739**)

   Additional Documents:

C. Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

**Status**: **This matter is going forward.**

2. Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

Responses Filed:

A. Objection by James Kurlinski (**ECF No. 8801**)

B. Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

Replies Filed:

C. Motors Liquidation Company GUC Trust's Reply to Response of James P. Kurlinski to the 170th and 172nd Omnibus Objections to Claim (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11732**)

D. Motors Liquidation Company GUC Trust's Reply to Response of Douglas Sterett to the 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11735**)

Additional Documents:

E. Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9644**)

**Status**: **This matter is going forward.**

3. Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

Responses Filed:

A. Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (the "**Kaspzyk Response**") (**ECF No. 9434**)

B. Objection and Response by Richard A. Schell (the "**Schell Response**") (**ECF Nos. 8812, 10124**)

C. Response of Mohamed Fetouh (the "**Fetouh Response**") (Informal)

D.  Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (the "**Curzan Response**") (**ECF Nos. 9357, 9862**)

Replies Filed:

E.  Motors Liquidation Company GUC Trust's Reply to Responses of Richard A. Schell to the 171st and 174th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11733**)

F.  Motors Liquidation Company GUC Trust's Reply to Responses of Mohamed A. Fetouh to the 171st and 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11736**)

G.  Motors Liquidation Company GUC Trust's Reply to Response of Gerald S. Kaspzyk to the 171st and 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11737**)

Additional Documents:

H.  Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

**Status**:  **This matter is going forward as to the Kaspzyk Response, the Schell Response and the Fetouh Response. This matter is adjourned as to the Curzan Response to June 14, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on June 14, 2012, claimants will be notified via letter sent by June 7, 2012.**

4.  Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

A.  Objection by James Kurlinski (**ECF No. 8801**)

B.  Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:

    C.    Motors Liquidation Company GUC Trust's Reply to Response of James P. Kurlinski to the 170th and 172nd Omnibus Objections to Claim (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11732**)

    D.    Motors Liquidation Company GUC Trust's Reply to Responses of Ronald C. Tanciar to the 172nd and 174th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11734**)

Additional Documents:

    E.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status**:    **This matter is going forward.**

5.    Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

    B.    Objection and Response by Richard A. Schell (**ECF Nos. 8812, 10124**)

Replies Filed:

    C.    Motors Liquidation Company GUC Trust's Reply to Responses of Richard A. Schell to the 171st and 174th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11733**)

    D.    Motors Liquidation Company GUC Trust's Reply to Responses of Ronald C. Tanciar to the 172nd and 174th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11734**)

Additional Documents:

    E.    Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

    **Status**:    **This matter is going forward.**

6.    Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

    A.    Gerald S. Kaspzyk (the "**Kaspzyk Response**") (**ECF No. 9434**)

    B.    Mohamed Fetouh (the "**Fetouh Response**") (Informal)

    C.    Alan C. Zak's Response to Omnibus Objections (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412**)

Replies Filed:

    D.    Motors Liquidation Company GUC Trust's Reply to Responses of Mohamed A. Fetouh to the 171st and 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11736**)

    E.    Motors Liquidation Company GUC Trust's Reply to Response of Gerald S. Kaspzyk to the 171st and 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11737**)

    F.    Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

    G.    Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

    **Status**: **This matter is going forward as to the Kaspzyk Response and the Fetouh Response. This matter is adjourned as to the Zak Response to June 14, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on June 14, 2012, claimants will be notified via letter sent by June 7, 2012.**

7. Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

    Responses Filed:

    A. Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented with my Claim No. 44240] and for Other Purposes [Timely or by Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

    B. Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

    C. Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

    D. Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

    E. Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

    F. Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

    Replies Filed:

    G. Motors Liquidation Company GUC Trust's Reply to Response of Marvin Echols to the 27th Omnibus Objection to Claims (**ECF No. 11724**).

    Additional Documents:

    H. Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

    **Status:** **This matter is going forward only as to the Echols Response. This matter is adjourned as to all other responses to June 14, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on June 14, 2012, claimants will be notified via letter sent by June 7, 2012.**

8. Notice of Objection to Claims 44829, 70019 and 64854 (filed by Exide Technologies, Relco Systems, Inc., and Roth Global Plastics, Inc.) (**ECF No. 11536**)

   Responses Filed:

   A. Affidavit of Michael Hounshel in Opposition to Objection to Proof of Claim 70019 filed by Relco Systems, Inc. (**ECF No. 11617**)

   Replies Filed:

   B. Motors Liquidation Company GUC Trust's Reply to Declaration filed by Relco Systems, Inc. in Opposition to Objection to Proof of Claim No. 70019 (**ECF No. 11751**)

   Additional Documents: None to date.

   **Status:** **This matter is going forward as to the Relco Response only. This matter is adjourned to June 14, 2012 at 9:45 a.m. (Eastern Time) as to all other responses and may be subject to further adjournments. If this matter goes forward on June 14, 2012, claimants will be notified via letter sent by June 7, 2012.**

9. 276th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11646**)

   Responses Filed:

   A. Response to Motion to Expunge Claim No. 70896 & 70925 filed by Maya A. Broady (the "**Broady Response**") (**ECF No. 11726**)

   B. **Letter Re: Copies of Medical bills regarding reference claim filed by Tommy Warwas (the "Warwas Response") (ECF No. 11714)**

   Replies Filed:

   C. Motors Liquidation Company GUC Trust's Reply to Response filed by Maya A. Broady to the 276th Omnibus Objection (Proofs of Claim Nos. 70896, 70925) (**ECF No. 11752**)

   Additional Documents: None to date.

   **Status**: **This matter is going forward on a contested basis as to the Broady Response. This matter is adjourned as to the Warwas Response to June 14, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. This matter is going forward on an uncontested basis as to all other claimants that failed to respond by the objection deadline.**

**II.    UNCONTESTED MATTERS**

1. 268th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11356**)

    Responses Filed:

    A. Limited Opposition by Woodbury Cadillac LLC (the "**Woodbury Cadillac LLC Response**") (**ECF No. 11442**)

    Replies Filed:            None to date.

    Additional Documents:

    B. Order Granting 268th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 11490**)

    **Status:**     **A status conference on this matter is adjourned to June 28, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.**

2. 277th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11647**)

    Responses Filed:

    A. **Kerry Arnswald (the "Arnswald Response") (Informal)**

    B. **Major Cadillac Company, Inc. (the "Major Cadillac Response") (Informal)**

    C. **Sharon Palmer (the "Palmer Response") (Informal)**

    D. **Universal Underwriters Ins. Co. and its Affiliates (the "Universal Response") (Informal)**

    Replies Filed:            None to date.

    Additional Documents:     None to date.

    **Status:**     **This matter is going forward except as to the Arnswald Response, the Major Cadillac Response, the Palmer Response, and the Universal Response, which are adjourned to June 14, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on June 14, 2012, claimants will be notified via letter sent by June 7, 2012.**

3.     278th Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 11648**)

       Responses Filed:    None to date.

       Replies Filed:    None to date.

       Additional Documents:    None to date.

       **Status:**    **This matter is going forward.**

4.     279th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 11649**)

       Responses Filed:

       A.    **H E Baher Incorporated (Claim No. 71165) (the "Baher Response") (Informal)**

       Replies Filed:    None to date.

       Additional Documents:    None to date.

       **Status:**    **This matter is going forward except as to the Baher Response, which is adjourned to June 14, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. The Objection is withdrawn as to (i) Claim No. 31315, filed by Value Fleet LLC, (ii) Claim No. 60791, filed by Capital Associates Intl. Inc, (iii) Claim No. 786, filed by Carol Clark, and (iv) Claim No. 1215, filed by Jefferies Leveraged Credit Products.**

### III.   ADJOURNED MATTERS

1.     Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

       Responses Filed:    None to date.

       Replies Filed:    None to date.

       Additional Documents:    None to date.

       **Status:**    **This matter is adjourned to June 14, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.**

> **ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**
>
> This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).
>
> If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.
>
> Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

IV.  **WITHDRAWN MATTER**

1.  Motors Liquidation Company GUC Trust's Objection to Claim No. 60929 for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (**ECF No. 11360**)

    Responses Filed:         None to date.

    Replies Filed:           None to date.

    Additional Documents:    None to date.

    **Status**:    **This matter is withdrawn.**

Dated: New York, New York
       May 30, 2012

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Motors Liquidation
                                         Company GUC Trust