p. 1 of 2

Date: May 29, 2012

To: Law Offices
767 Fifth Avenue
New York, NY 10153

Honorable Robert E. Gerber
U.S. Bankruptcy Judge
Courtroom 621
One Bowling Green
New York, NY 10004-1408

Re: Settlement of 169th Omnibus Objection
to Claims. Claim No. 64286 –
Felah Johnson-Brown

Dear Sirs,

I submit an objection to the ruling that my claim No. 64286 be disallowed and expunged.

I wish to appeal the decision.

Lilah Johnson-Green

248-334-0447
1545 Winthrop Rd.
Bloomfield Hills, MI
48302-0684