UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

IN RE: Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY et al,
09-50026 (REG)
f/k/a General Motors Corp., et al.

RECEIVED MAY 29 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Debtors. (Jointly Administered)
------------------------------x

MISTRIAL MOTION

ORDER FROM TRANSCRIPT of HEARING k/a phone ON April 26, 2012 IS NOT LEGAL. THE TRANSCRIPTION OF THIS HEARING AFTER BEING TRANSCRIBED IS NOT CITING THE U.S. CODE THAT; MS. CREAMER ARGUED, DURING HEARING AND DISCONNECT OF INCOMING CALL ON HER PHONE DURING THE TRIAL HEARING OF APRIL 26, 2012 OF PRODUCT SAFETY RECALL OF DEFECTIVE STEERING MOTOR ON 3, 2010 when the STEERING MOTOR DEFECTIVE TIME OF PURCHASE 2007 of 2006 CHEVY COBALT-FACTORY and MANUFACTURED IN USA with 18% SEDAN LT IN MEXICO. RECALL IN MARCH 2010 AFTER SPORT COUPE FACT OF ACCIDENT CAUSED BY STEERING FAILURE xm satellite ON SEPTEMBER 24, 2009. SUBMITTED MAY 22 2012

Marie A Creamer
THE HUSH
705 S. Monroe
Smith Center KS
66967

Cert of Mailing - Attorneys
1633 Broadway NY NY 10019
CLERK OF COURT / JUDGE GERBER