Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                             :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,         :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*          :
:
                              Debtors.            :    **(Jointly Administered)**
:
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OMNIBUS OBJECTIONS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that, the Motors Liquidation Company GUC Trust, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, hereby withdraws, without prejudice, the Omnibus Objections to Claims with respect to the Proofs of Claim listed below (the "**Claims**"). Such withdrawal does not affect any other objections which may have already been filed or may be filed in the future with respect to the Claims.

| **Claim No.** | **Claimant** | **Omnibus Objection** |
|---|---|---|
| 67832 | William B. Jones | 111th Omnibus Objection |
| 69696 | Sandra Slaymaker | 111th Omnibus Objection |
| 70339 | Brandon Davis | 165th Omnibus Objection |
| 70019 | Relco Systems Inc. | 244th Omnibus Objection |
| 65681 | Kevin King | 246th Omnibus Objection |
| 70400 | Alberta Bruster | 253rd Omnibus Objection |
| 69688 | Lonnie Chapman | 253rd Omnibus Objection |
| 71119 | Margaret O'Neill | 259th Omnibus Objection |

Dated: New York, New York
June 1, 2012

/s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

2

DOCSNY-506105