| 277th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BROWN, GLEN L<br>2920 S ESTRELLA CIR<br><br>MESA, AZ 85202-7842 | 1831 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| ERDMAN, DARYL<br>4436 S 65TH ST<br><br>GREENFIELD, WI 53220-3420 | 12112 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$153,000.00  (U)<br>$153,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| EVERETT CHEVROLET INC<br>C/O HOGUET NEWMAN REGAL & KENNEY LLP<br>JOSHUA D RIEVMAN ESQ<br>ATTNY FOR EVERETT CHEVROLET<br>10 EAST 40TH STREET<br>NEW YORK, NY 10016-0200 | 36855 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| F LEE MAJOR III<br>DAVID W EDGAR<br>EDGAR LAW FIRM LLC<br>1032 PENNSYLVANIA<br>KANSAS CITY, MO 64105 | 68596 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$200,000.00  (U)<br>$200,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| GUNDERSON LAW FIRM<br>3895 WARREN WAY<br><br>RENO, NV 89509 | 1050 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,515.01  (U)<br>$9,515.01  (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**277th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| INTEVA PRODUCTS LLC<br>ATTN GENERAL COUNSEL<br>1401 CROOKS ROAD<br>TROY, MI 48084 | 66269 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$120,000.00 (U)<br>$120,000.00 (T)<br><br>Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| JAMES S HENDERSON<br>C/O DAVID W EDGAR<br>EDGAR LAW FIRM LLC<br>1032 PENNSYLVANIA<br>KANSAS CITY, MO 64105 | 68598 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| JOHN T MAJOR<br>DAVID W EDGAR<br>EDGAR LAW FIRM LLC<br>1032 PENNSYLVANIA<br>KANSAS CITY, MO 64105 | 68597 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| M3S SPORTS LLC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>5003 HORIZONS DRIVE<br>COLUMBUS, OH 43220-5286 | 16683 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| MEYER, JOHN<br>2413 SW 2ND STREET TER<br>BLUE SPRINGS, MO 64014-4605 | 28968 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,100.00 (U)<br>$1,100.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

277th Omnibus Objection   **Exhibit A**   **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MRS TERRY L LOVE<br>PO BOX 585<br>FLINT, MI 48501-0585 | 69755 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,000.00 (U)<br>$18,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| PRITCHARD, SUSAN<br>C/O CHRISTENSEN LAW<br>ATTN: THOMAS CHRISTENSEN, ESQ.<br>1000 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89107-4448 | 65407 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| SMITH, TAMARA<br>2721 BIRD ST APT B<br>FORT WORTH, TX 76111-2478 | 21061 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,000.00 (U)<br>$75,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| UNITED HEALTHCARE AND BUNGE NORTH AMERICA<br>INGENIX<br>10701 WEST RESEARCH DRIVE WI030-3550<br>WAUWATOSA, WI 53226 | 7272 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$315,648.02 (U)<br>$315,648.02 (T) | Insufficient Documentation | Pgs. 4-5 |
| VICTORY MEDIA INC DBA MILITARY SPOUSE<br>429 MILL ST<br>CORAOPOLIS, PA 15108 | 527 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,456.00 (U)<br>$9,456.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

277th Omnibus Objection                    **Exhibit A**                    Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **15** | | $0.00 (S) | | |
| | | | $0.00 (A) | | |
| | | | $0.00 (P) | | |
| | | | $6,611,719.03 (U) | | |
| | | | $6,611,719.03 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 277th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

***OBJECTION ADJOURNED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ARNSWALD, KERRY N<br>1587 MARY LN W<br>ARBOR VITAE, WI 54568 | 28328 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| MAJOR CADILLAC COMPANY, INC<br>DAVID W EDGAR<br>EDGAR LAW FIRM, LLC<br>1032 PENNSYLVANIA<br>KANSAS CITY, MO 64105 | 63340 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$902,357.36 (U)<br>$902,357.36 (T) | Insufficient Documentation | Pgs. 4-5 |
| PALMER, SHARON<br>7058 SHENANDOAH TRL<br>AUSTELL, GA 30168-6699 | 49544 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| UNIVERSAL UNDERWRITERS INS CO & ITS AFFILIATES<br>C/O FOX HEFTER SWIBEL LEVIN & CARROLL LLP<br>ATTN MARGARET M ANDERSON<br>200 W MADISON ST SUITE 3000<br>CHICAGO, IL 60606 | 70572 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,884,703.00 (U)<br>$9,884,703.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| **OBJECTION ADJOURNED** | **4** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$10,817,060.36** (U)<br>**$10,817,060.36** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.