| 278th Omnibus Objection | | | **Exhibit A** | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ANGELA HOOPER | 48381 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 9344 TRUE AVE | | | $30,142.42 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| DOWNEY, CA 90240-2533 | | | | | | | | |
| | | | $0.00 | (Unsecured Claim) | $30,142.42 | (Unsecured Claim) | | |
| Official Claim Date: 11/25/2009 | | | $30,142.42 | (Total Claim) | $30,142.42 | (Total Claim) | | |
| DONALD B JACKSON | 33487 | Motors Liquidation Company | $810.62 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 3502 DARIEN DRIVE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| TROTWOOD, OH 45426-2301 | | | | | | | | |
| | | | $0.00 | (Unsecured Claim) | $810.62 | (Unsecured Claim) | | |
| Official Claim Date: 11/21/2009 | | | $810.62 | (Total Claim) | $810.62 | (Total Claim) | | |
| JENNIFER DENNY | 69723 | Motors Liquidation Company | $6,664.86 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1855 LONG HOLLOW RD | | | $6,664.86 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| LAFOLLETTE, TN 37766 | | | | | | | | |
| | | | $0.00 | (Unsecured Claim) | $13,329.72 | (Unsecured Claim) | | |
| Official Claim Date: 1/7/2010 | | | $13,329.72 | (Total Claim) | $13,329.72 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**278th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MARK FRANCIS | 568 | Motors Liquidation Company | $2,900.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 4-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 141 WEST 10TH STREET<br>NEW YORK, NY 10014 |  |  | $2,425.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
|  |  |  | $2,900.00 | (Unsecured Claim) | $2,900.00 | (Unsecured Claim) |  |  |
| Official Claim Date: 6/26/2009 |  |  | $8,225.00 | (Total Claim) | $2,900.00 | (Total Claim) |  |  |
| TRANSTECH ASSOCIATES | 70720 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 4-5 |
|  |  |  | $9,822.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 242 SO. WASHINGTON BLVD., #120<br>SARASOTA, FL 34236 |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
|  |  |  | $0.00 | (Unsecured Claim) | $9,822.00 | (Unsecured Claim) |  |  |
| Official Claim Date: 1/29/2011 |  |  | $9,822.00 | (Total Claim) | $9,822.00 | (Total Claim) |  |  |

| CLAIMS TO BE RECLASSIFIED | 5 | | | | | |
|---|---|---|---|---|---|---|
|  |  | $10,375.48 | (Secured Claim) | $0.00 | (Secured Claim) |
|  |  | $9,822.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |
|  |  | $39,232.28 | (Priority Claim) | $0.00 | (Priority Claim) |
|  |  | $2,900.00 | (Unsecured Claim) | $57,004.76 | (Unsecured Claim) |
|  |  | $62,329.76 | (Total Claim) | $57,004.76 | (Total Claim) |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.