279th Omnibus Objection **Exhibit A** <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLOUGH CHARLES<br>CLOUGH, CHARLES<br>574 SANTIAGO CANYON WAY<br>BREA, CA 92821-3543 | 16119 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,320.00 (U)<br>$1,320.00 (T) | Non-Debtor Claims | Pg. 4 |
| MARTIN, LINDA A<br>2205 NE SCANDIA DR APT E-411<br>KANSAS CITY, MO 64118-5823 | 30245 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,020.00 (U)<br>$1,020.00 (T) | Non-Debtor Claims | Pg. 4 |
| RUNIONS RONALD L<br>RUNIONS, RONALD L<br>7 E CONGRESS ST STE 1001<br>SAVANNAH, GA 31401-3357 | 8312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$116,286.00 (U)<br>$116,286.00 (T) | Non-Debtor Claims | Pg. 4 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **3** | | **$0.00 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$118,626.00 (U)**<br>**$118,626.00 (T)** | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 279th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VALUE FLEET LLC<br>C/O RANSDELL & ROACH, PLLC<br>W KEITH RANSDELL<br>176 PASADENA DRIVE, BUILDING ONE<br>LEXINGTON, KY 40503 | 31315 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,129,167.00 (U)<br>$1,129,167.00 (T) | Non-Debtor Claims | Pg. 4 |
| ***OBJECTION WITHDRAWN*** | **1** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$1,129,167.00** (U)<br>**$1,129,167.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.