| 279th Omnibus Objection | | Exhibit B | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ATEL LEASING CORPORATION, AS AGENT<br>ATTN V MORAIS OR R WILDER<br>600 CALIFORNIA STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94108-2733 | 70872 | Motors Liquidation Company | $0.00 (S)<br>$13,782.87 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$13,782.87 (T)<br><br>Unliquidated | New GM Claims | Pg. 5 |
| CORVUS TROTWOOD LLC<br>PO BOX 110599<br>LAKEWOOD RCH, FL 34211-0008 | 15632 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,825,666.42 (U)<br>$13,825,666.42 (T) | New GM Claims | Pg. 5 |
| CTRE NAT DE LA RECHERCHE SCIEN<br>74 RUE DE PARIS<br>RENNES FR 35000 FRANCE | 16456 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | New GM Claims | Pg. 5 |
| DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATES<br>ATTN LISA WURSTER<br>3939 TECHNOLOGY DRIVE<br>MAUMEE, OH 43537 | 65896 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,034.72 (U)<br>$10,034.72 (T)<br><br>Unliquidated | New GM Claims | Pg. 5 |
| FREUDENBERG-NOK GENERAL PARTNERSHIP<br>BODMAN LLP C/O COLIN R DARKE ESQ<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 64695 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,928.56 (U)<br>$29,928.56 (T) | New GM Claims | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERDES BVBA<br>BAKHUISSTRAAT 2<br>LOMMEL BE 3920 BELGIUM | 21067 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$135,910.97  (U)<br>$135,910.97  (T) | New GM Claims | Pg. 5 |
| GMAC RESIDENTIAL HOLDING LLC<br>ATTN JONATHAN N HELFAT<br>OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 63745 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,740,864.14  (U)<br>$1,740,864.14  (T) | New GM Claims | Pg. 5 |
| LIFE TIME FITNESS, INC<br>C/O JESSICA MONSON<br>2902 CORPORATE PL<br>CHANHASSEN, MN 55317-4560 | 30039 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,670.00  (U)<br>$16,670.00  (T) | New GM Claims | Pg. 5 |
| ROBERT J WILSON SR<br>C/O PAUL WILLIAM BELTZ PC<br>36 CHURCH STREET<br>BUFFALO, NY 14202 | 60584 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | New GM Claims | Pg. 5 |
| RUBY HERNANDEZ INDIVIDUALLY AND AS NEXT FRIEND OF SELENA HERNANDEZ<br>A MINOR<br>C/O CLAY LEWIS JENKINS, JENKINS AND KENKINS<br>516 WEST MAIN ST<br>WAXAHACHIE, TX 75165 | 16874 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$60,000.00  (U)<br>$60,000.00  (T) | New GM Claims | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SIGMA VIBRACOUSTIC (INDIA) PRIVATE LIMITED<br>BODMAN LLP<br>C/O COLIN T DARKE ESQ<br>1901 ST ANTOINE STREET<br>FORD FIELD 6TH FL<br>DETROIT, MI 48226 | 64696 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,223.63 (U)<br>$31,223.63 (T) | New GM Claims | Pg. 5 |
| SN & JN LP<br>C/O METRO COMMERCIAL REAL ESTATE INC<br>ATTN: STEVE NIGGEMAN<br>303 FELLOWSHIP ROAD, SUITE 202<br>MT LAUREL, NJ 08054 | 71052 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$369,234.42 (U)<br>$369,234.42 (T) | New GM Claims | Pg. 5 |
| VALLEY TRANSPORTATION AUTHORITY<br>3331 N 1ST<br>SAN JOSE, CA 95134-1906 | 64401 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,716.13 (U)<br>$7,716.13 (T) | New GM Claims | Pg. 5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 13 | | $0.00 (S)<br>$13,782.87 (A)<br>$0.00 (P)<br>$18,247,248.99 (U)<br>$18,261,031.86 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

279th Omnibus Objection **Exhibit B** <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| H E BAHER INCORPORATED<br>C/O RUTTER HOBBS & DAVIDOFF INCORPORATED<br>ATTN: C JOHN M MELISSINOS<br>1901 AVENUE OF THE STARS, SUITE 1700<br>LOS ANGELES, CA 90067 | 71165 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$125,000.00 (U)<br>$125,000.00 (T)<br><br>Unliquidated | New GM Claims | Pg. 5 |

| *OBJECTION ADJOURNED* | **1** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$125,000.00** (U)<br>**$125,000.00** (T) | | |
|---|---|---|---|---|---|

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 279th Omnibus Objection | | Exhibit B | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## OBJECTION WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| CAPITAL ASSOCIATES INTL INC<br>ATTN MICHELLE YOUNG<br>3300 S PARKER RD STE 500<br>RMV CN VEND CTGY 7/10/08 CP<br>AURORA, CO 80014-3522 | 60791 | Motors Liquidation Company | $31,493.06 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$31,493.06 (T) | New GM Claims | Pg. 5 |
| CAROL L CLARK<br>162 WARREN STREET APT 2<br>GLENS FALLS, NY 12801 | 786 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,685.16 (U)<br>$24,685.16 (T)<br>Unliquidated | New GM Claims | Pg. 5 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS,<br>re: GENE LATTA BUICK, INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | 1215 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | New GM Claims | Pg. 5 |
| **OBJECTION WITHDRAWN** | **3** | | **$31,493.06 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$124,685.16 (U)**<br>**$156,178.22 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.