UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY, *et al.*,** : 09-50026 (REG)
    f/k/a General Motors Corp., *et al.* :
:
Debtors. : (Jointly Administered)
:
-----------------------------------------------------------------x

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 44240 FILED BY MARVIN ECHOLS

Upon the 27th Omnibus Objection to Proof of Claim Number 44240 (the "**Claim**") filed by Marvin Echols dated July 2, 2010 (the "**Objection**") (ECF. No. 6250), of the above-captioned debtors (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), seeking entry of an order reclassifying the Claim on the grounds that the Claim was incorrectly classified by Mr. Echols, as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the response to the Objection filed by Marvin Echols (ECF. No. 6445) and the Motors Liquidation Company GUC Trust's reply thereto (ECF. No. 11724); and the Court at the hearing on the Objection on May 31, 2012 having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that the Claim is hereby reclassified as a general unsecured claim; and it is further

ORDERED that the Motors Liquidation Company GUC Trust reserves all of its rights to object on any other basis to the Claim; and it is further

ORDERED that the time to appeal runs from the date this order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
*June 4, 2012*

*s/ Robert E. Gerber*
United States Bankruptcy Judge

2