George R Leedom
97 Westgate Dr.
Mansfield, Ohio 44906
419-526-2788

May 30, 2012

To: Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621 United States Bankruptcy Court
Southern District Of NewYork
One Bowling Green New York, New York 10004

Your Honor:

I am writing to you regarding the correspondence dated May 15, 2012 concerning Motors Liquidation Company, et al, f/k/a/ General Motors Corp Chapter 11 Bankruptcy Case No. 09-50026 (Reg) indicating my claim is to be disallowed and expunged.

After all due consideration please be advised and consider this letter as my objection (s) and appeal (s) regarding the decision rendered at this time in the aforementioned case on my behalf.
I feel the GM Salaried Employees and retirees were singled out and did not receive equitably treatment on the health care and life insurance issues when compared to the UAW represented GM employees simply because we were non-union. The Salaried Employees were not given proper voice in the process either because political intervention or a failure to recognize a fairness doctern for equitable treatment of all employees.
In addition, I still maintain the definition of (Ultimate Life Insurance) was the reduced amount and was intended as the lifetime benefit.
I have also sent a similar letter to the Garden City Group and WEIL, GOTSHAL, & MANAGES LLP Firm.


Respectfully Submitted

*George R. Leedom* (signature)

George R. Leedom