UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 ☐ MLC of Harlem, Inc., Case No. 09-13558 ☐ MLCS, LLC, Case No. 09-50027 ☐ MLCS Distribution Corporation, Case No. 09-50028 ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Henry II Class Representatives c/o Stember Feinstein Doyle & Payne 429 Forbes Avenue, 17th Floor Pittsburgh, PA 15219 |
| Claim Number (if known): | 66721 |
| Date Claim Filed: | June 1, 2009 |
| Total Amount of Claim Filed: | Contingent & Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 5, 2012                               *William T. Payne* (signature)

Print Name: William T. Payne

Title (if applicable): Class Counsel

---

US_ACTIVE:\43219392\02\72240.0639