UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| Debtors. : | (Jointly Administered) |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.   I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On June 4, 2012, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties)

- Second Amended Order Pursuant to 11 U.S.C § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation [Docket No. 11777].

Dated:  June 5, 2012
         Lake Success, New York

                                                                    /s/Barbara Kelley Keane
                                                                    Barbara Kelley Keane

Sworn to before me this 5th day of June, 2012

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

ALESIA R DORSEY  
3714 KURKENDALL RD  
BEASLEY, TX 77417-9662

ALLEN PATRICE  
ALLEN, PATRICE / RAYMOND MASER ATTY  
183 W MARKET ST SUITE 300  
WARREN, OH 44481

ALLEN REGINALD JR  
ALLEN JR, REGINALD/RAYMOND MASER ATTY  
183 W MARKET ST SUITE 300  
WARREN, OH 44481

ALLIED GROUP INC  
NATIONWIDE INSURANCE  
CRAIG MABBETT  
ONE NATIONWIDE PALZA 2-5-15  
COLUMBUS, OH 43215

ALLSTATE PROPERTY & CASUALTY INS CO  
COZEN OCONNOR  
ATTN: WILLIAM N CLARK ESQ  
1900 MARKET STREET  
RE: JOHN  GASSAWAY  
PHILADELPHIA, PA 19103

ANDERSON, DANIEL  
C/O BARBE LAW OFFICE  
SUITE 500, FERNWELL BUILDING  
505 WEST RIVERSIDE AVENUE  
SPOKANE, WA 99201-0500

ARENA NICHOLAS  
ARENA, NICHOLAS  
ROBERT J BISWURM & ASSOC. LTD  
123 W MADISON  
CHICAGO, IL 60602-4511

BARNES DARRELL  
BARNES, LISA  
EAST SIDE SQUARE , 1522 "I" STREET  
BEDFORD, IN 47421

BIGGART, JOHN  
AINSMAN LEVINE & DREXLER  
330 GRANT STREET - SUITE 2201  
PITTSBURGH, PA 15219

BIGGART, PAMELA  
AINSMAN LEVINE & DREXLER  
330 GRANT STREET - SUITE 2201  
PITTSBURGH, PA 15219

BILLY ENGLAND HUSBAND AND SURVIVING SPOUSE OF FANNIE L ENG  
C/O DAVE SCOTT  
PO BOX 99  
NEW ALBANY, IN 47151-0099

BITZER, DIANA  
BENKIE & CRAWFORD  
156 E MARKET ST  
STE 200  
INDIANAPOLIS, IN 46204-3222

BLACKBURN, BRENDA  
AUGUSTUS BROWN  
212 E MAIN ST  
ELKTON, MD 21921-5763

BLANKEN, FRED F  
18125 BILNEY DR  
OLNEY, MD 20832-2813

BLOOMSTRAN, KEVIN M  
213 KEENELAND WAY  
GREER, SC 29651-6855

BRENDA BLACKBURN  
899 JACOB TOME MEMORIAL HWY  
PORT DEPOSIT, MD 21904-1662

BRENDA J JOHNSON  
2217 S 140TH PLAZA APT 16  
OMAHA, NE 68144

BROCK, STEPHANIE  
BROCK, STEPHANIE  
C/O MARTIN LAW OFFICES PSC  
PO BOX 790  
SALYERSVILLE, KY 41465-0790

CAIN CARL B  
C/O THE BELL LAW FIRM PLLC  
PO BOX 1723  
CHARLESTON, WV 25326-1723

CAMPBELL, SOPHIA  
902 SYCAMORE DR  
GULFPORT, MS 39503-5855

CARL B CAIN & E JEAN CAIN
ATTN: HARRY F BELL JR, ESQ
BELL & BANDS PLLC
PO BOX 1723
CHARLESTON, WV 25326-1723

CARMACK, VICKIE L
276 S TUCSON CIR
AURORA, CO 80012-1327

CARMACK, VICKIE L
ATTN DAVID M MILLER
C/O KUINER MILLER BRINEN PC
303 E 17TH AVE STE 500
DENVER, CO 80203

CAROL BERRY
ATTN: WOLFGANG MUELLER, ESQ.
OLSMAN, MUELLER, WALLACE & MACKENZIE, P.C.
2684 W. ELEVEN MILE ROAD
BERKLEY, MI 48072

CAROL BERRY
CAROL BERRY
46830 NURSERY ST.
CHESTERFIELD, MI 48051

CARPENTER, JOHN
19 9TH ST
EAST HAMPTON, NY 11937-4032

CASE, LOUANNE
1400 VALLEYVIEW
CLARKSTON, MI 48348-4096

CASTLE BUICK PONTIAC GMC INC
BURKE WARREN MACKAY & SERRITELLA PC
330 NORTH WABASH AVENUE
CHICAGO, IL 60611

CATANZARITE THERESA
84 PARK STREET
WEST SPRINGFIELD, MA 01089-3336

CHIANG, PHILIP
PETER GOLDSTEIN
312 W 5TH ST APT 1002
LOS ANGELES, CA 90013-1756

CLINE TERRY
1609 WARWOOD AVE
WHEELING, WV 26003-7110

CLINE TERRY
CLINE, SUSAN
C/O RECHT LAW OFFICES
3405 MAIN ST
WEIRTON, WV 26062

COLEMAN GRADY
C/O DEBORAH L GORDON, ESQ
33 BLOOMFIELD HILLS PKWY STE 275
BLOOMFIELD HILLS, MI 48304-2909

COPPER, KATRINA D
AISOLA LARRY M JR
530 E JUDGE PEREZ DR
SUITE B
CHALMETTE, LA 70043

CROCI CHERYL
CROCI, CHERYL
JOEL GROSSBARTH
148 ROUTE 9W MONTE PLAZA
STONY POINT, NY 10980

CUZZOCREO, ZACHARY
30 PRINDLE RD
WEST HAVEN, CT 06516-3913

DANIEL BUTLER
124 S GRAHAM ST
PITTSBURGH, PA 15206

DAVIS, DEEDEE
713 SUNSET DR
VISTA, CA 92081-6823

DAVIS, DEEDEE
ATTN ROBERT D SHOECRAFT ESQ
1230 COLUMBIA ST #1140
SAN DIEGO, CA 92101

DEIMEL, GEORGE W
BOSWELL TUCKER & BREWSTER
PO BOX 798
BRYANT, AR 72089-0798

DENT NELL
C/O LAW OFFICE SCOTT E COMBS
27780 NORI RD SUITE 105
NOVI, MI 48377-3427

DIANA ISMOND
C/O KENNETH G EGAN LAW OFFICE
1111 E LOHMAN AVE
LAS CRUCES, NM 88001

DODDO MICHAEL
DODDO, LYNNE
902 2ND AVE
ELIZABETH, NJ 07201-2702

DONNA BLYZE
C/O HERMAN L JIMERSON
225 S MERAMEC AVE, STE 508
ST LOUIS, MO 63105

DOUGLAS GROCH
C/O KEVIN J BOISSONEAULT
3516 GRANITE CIRCLE
TOLEDO, OH 43617

EATON DUANE J
EATON, DUANE J
C/O FELT & FIELDS PC
805 E MAIN ST
PINCKNEY, MI 48169-8147

ELJOUHFI ABDERRAHMANE
37 AVENUE DIAE ARRAHMANE LA
CHAVOLIERE 2 MAYRIAD RABAT

ELLERBE, EDNA & ELLERBE, CRAWFORD
332 MOSES DR
DARLINGTON, SC 29532

ENRIQUEZ, RICARDO
1035 PAWNEE TRI
GRANDBURY, TX 76048-7521

ERDMAN, DARYL
4436 S 65TH ST
GREENFIELD, WI 53220-3420

F LEE MAJOR III
DAVID W EDGAR
EDGAR LAW FIRM LLC
1032 PENNSYLVANIA
KANSAS CITY, MO 64105

FERGUSON, JAMES
24011 ZAHN ST
MAGNOLIA, TX 77355-2342

FRANCZKOWSKI, NANCY
C/O EVANS PORTNOY & QUINN
401 LIBERTY AVE
STE 2325
PITTSBURGH, PA 15222-1035

GARCIA LANA
PO BOX 5456
WHITTIER, CA 90607-5456

GEARY, JUDITH AND GEARY, KENNETH
KOFE MANGANVULLO GARTLEY & LATCH
179 S WYOMING AVE
KINGSTON, PA 18704-3405

GOMEZ, TIA
800 NICHOLS BLVD
APT 139
SPARKS, NV 89434-5388

GROSSINGER AUTOPLEX INC
BURKE WARREN MACKAY & SERRITELLA PC
330 NORTH WABASH AVENUE
CHICAGO, IL 60611

GULF STREAM COACH INC
ATTN KENNETH C BRINKER
503 SOUTH OAKLAND AVENUE
NAPPANEE, IN 46550

HAWLEY MARGARET
HAWLEY, MARGARET
7 AVENROWE CT
FAIRLESS HILLS, PA 19030-4406

HAWLEY, MARGARET
7 AVENROWE CT
FAIRLESS HILLS, PA 19030-4406

| | |
|---|---|
| HAXTON, MICHAEL<br>PREDILETTO HALPIN SCHARNIKOW & NELSON<br>PO BOX 2129<br>YAKIMA, WA 98907-2129 | HOYT, JENNIE<br>PO BOX 84<br>STOTTVILLE, NY 12172-0084 |
| HOYT, LONNIE<br>PO BOX 84<br>STOTTVILLE, NY 12172-0084 | HUNTER, DOROTHY<br>1903 N TYLER ST<br>MIDLAND, TX 79705-7745 |
| IDRISSOU, TRAORE & ELOMMI AGBETO<br>6350 COACHLIGHT DR<br>UNIT 1106<br>WDM, IA 50266-2805 | INFRASOURCE<br>ATTN JENNIFER PETRICK AIC<br>3015 S 163RD ST<br>NEW BERLIN, WI 53151 |
| INFRASOURCE<br>SHANNON L DEEBY<br>CLARK HILL PLC<br>151 S OLD WOODWARD SUITE 200<br>BIRMINGHAM, MI 48009 | IRENE ROSE<br>982 WYNDSOR DR<br>HIXSON, TN 37343 |
| JACOBS JENNIFER<br>C/O ELLIS LAWHORNE & SIMS PA<br>1501 MAIN STREET<br>FIFTH FLOOR P O BOX 2285<br>COLUMBIA, SC 29202-2285 | JACOBS, MARK J<br>ELLIS LAWHORNE & SIMS PA<br>1501 MAIN STREET - FIFTH FLOOR P O BOX 2285<br>COLUMBIA, SC 29202-2285 |
| JAMES S HENDERSON<br>C/O DAVID W EDGAR<br>EDGAR LAW FIRM LLC<br>1032 PENNSYLVANIA<br>KANSAS CITY, MO 64105 | JOE MITCHELL BUICK-GMC TRUCK, INC.<br>372 S KENILWORTH AVE<br>ELMHURST, IL 60126-3927 |
| JOHN ALLEN<br>11412 1/2  N SAGINAW RD<br>CLIO, MI 48420-1685 | JOHN ALLEN<br>12086 VIENNA RD<br>MONTROSE, MI 48457-9405 |
| JOHN M CHASE JR ESQ CONSERVATOR AND GUARDIAN<br>OF EVAN WARRENCHUK<br>ATTN: B A TYLER<br>TYLER LAW FIRM PLLC<br>3001 W BIG BEAVER RD #704<br>TROY, MI 48084 | JOHN T MAJOR<br>DAVID W EDGAR<br>EDGAR LAW FIRM LLC<br>1032 PENNSYLVANIA<br>KANSAS CITY, MO 64105 |
| JOHNSON, DAWN L<br>HANCHEY LAW FIRM<br>PO BOX 2210<br>LAKE CHARLES, LA 70602-2210 | JOHNSON, LEON<br>YEOTIS DEAN T LAW OFFICES OF<br>611 WEST COURT STREET<br>FLINT, MI 48503-5000 |
| JONES, DARLENE<br>C/O KLEST LAW FIRM<br>1701 E WOODFIELD RD STE #909<br>SCHAUMBURG, IL 60173 | JULIAN KEBSCHULL<br>LAW OFFICES OF DAVID J. LANG<br>SQUIRES II, SUITE 190 16655 WEST BLUEMOUND ROAD<br>BROOKFIELD, WI 53005 |

| | |
|---|---|
| JULIAN KEBSCHULL AND ANGELA GIRARD<br>C/O LAW OFFICES OF DAVID J LANG<br>16655 W BLUEMOUND RD STE 190<br>BROOKFIELD, WI 53005-5937 | JULIE FORBES<br>21312 LAKE HOOK ROAD<br>HUTCHINSON, MN 55350 |
| JULIE FORBES<br>MICHAEL A BRYANT<br>1505 DIVISION STREET<br>WAITE PARK, MN 56387 | KATULKA, MICHAEL A<br>OLTMAN FLYNN & KUBLER<br>415 GALLERIA PROFESSIONAL BUILDING 915 MIDDLE RIVER DRIVE<br>FORT LAUDERDALE, FL 33304 |
| KIRTDOLL, JOSEPHINE<br>1204 ONTARIO APT 1-B<br>NILES, MI 49120 | KIRTDOLL, JOSEPHINE<br>PO BOX 682<br>NILES, MI 49120-0682 |
| KJIRI YOUNES<br>2 RUE BELGNAOUI SOUISSI<br>RABAT MAROC | KONSTANTINO DAKAS<br>C/O HILBORN AND HILBORN PC<br>999 HAYNES SUITE 205<br>BIRMINGHAM, MI 48009-6775 |
| KONSTANTINO DAKAS<br>C/O KEVIN C RIDDLE (P57435)<br>HILBORN & HILBORN P.C.<br>999 HAYNES STE 205<br>BIRMINGHAM, MI 48009 | KOPPINGER RONALD W<br>1018 MCBRIDE AVE<br>WEST PATERSON, NJ 07424-2535 |
| KOPPINGER RONALD W<br>KOPPINGER DEBORAH<br>1018 MCBRIDE AVE<br>WEST PATERSON, NJ 07424-2535 | LAPRISE OILFIELD SERVICES, INC.<br>C/O CLEALL LLP<br>ATTN: HARVEY HAIT<br>2500 COMMERCE PLACE, 10155 - 102 STREET<br>EDMONTON, ALBERTA T5J 4G8, CANADA |
| LYON STEPHENS<br>C/O JAMES D MURPHY JR - ATTORNEY AT LAW<br>24750 LAHSER ROAD<br>SOUTHFIELD, MI 48033-6044 | MARIA GALLO<br>1405 RAZORBILL LN<br>PUNTA GORDA, FL 33983 |
| MARIA MACIAS<br>C/O MONICA C VAUGHAN<br>HOUSSIERE DURANT HOUSSIERE LLP<br>1990 POST OAK BLVD SUITE 800<br>HOUSTON, TX 77056 | MARILYN ROBERTSON<br>2901 SPRING COVE WAY<br>BURLINGTON, KY 41005 |
| MATHEW SELBY<br>102 MEDOWS DR<br>TRUSSVILLE, AL 35235 | MAVETY, BRIANNA<br>7620 SINALOA AVE<br>ATASCADERO, CA 93422 |
| MAVETY, BRIANNA<br>804 WESTMINSTER RD<br>TRAVERSE CITY, MI 49686-3529 | MICHAEL T JONES 2ND ACTION<br>PRO SE<br>63 WAVERLY AVE<br>DAYTON, OH 45405-2228 |

| | |
|---|---|
| MOBLEY, PAULA<br>2949 CLAUDE BREWER RD<br>LOGANVILLE, GA 30052-3924 | MORAN, VERA WILLIAMS<br>2695 MACKEYVILLE ROAD<br>HAMBLETON, WV 26269-9338 |
| MORRISEY, THOMAS<br>PERKINS & ASSOCIATES<br>30 LUCY ST<br>WOODBRIDGE, CT 06525-2214 | MORRISON, ANTHONY<br>7030 S MAPLEWOOD<br>CHICAGO, IL 60629 |
| MORRISON, ANTHONY<br>7030 S MAPLEWOOD<br>CHICAGO, IL 60629 | MOSBEY, JUDY<br>C/O BRIAN SONDES<br>212 VETERANS BLVD<br>METAIRIE, LA 70005 |
| MR EARLY SCOTT<br>488 FOX HILLS DR S APT 3<br>BLOOMFIELD, MI 48304-1357 | MS ELVIRA D POSADA<br>1617 N WABASH AVE<br>KOKOMO, IN 46901-2008 |
| MURRAY, DAVID LYNN<br>C/O CARY L BAUER ATTY<br>GILBREATH & ASSOCIATES<br>PO BOX 1270<br>KNOXVILLE, TN 37901-1270 | NATIONWIDE MUTUAL INSURANCE COMPANY<br>RANDALL W MAY, MANAGING COUNSEL<br>CRAIG MABBETT, SUBROGATION MANAGER<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 |
| NEVILLE & ADA PIKE<br>C/O BENSON MYLES<br>ATTN: DAVID BAIRD, Q.C.<br>P.O. BOX 1538<br>ST, JOHN'S, NL  A1C 5N8 CANADA | NORTH SHORES INC - GMC ADD POINTS<br>NORTH SHORES INC<br>150 NORTH WACKER DRIVE SUITE 1650<br>CHICAGO, IL 60610-1622 |
| NUSBAUM, TOSHIA<br>115 N 1ST ST<br>MARSHALLTOWN, IA 50158-5803 | NUSBAUM, TOSHIA<br>C/O CHAD A SWANSON<br>3151 BROCKWAY RD<br>WATERLOO, IA 50701 |
| PATRICIA CRAIG<br>5637 FOX RIDGE DR<br>CLARKSTON, MI 48348 | PENN NATIONAL INSURANCE COMPANY<br>ATTN: LEGAL DEPT.<br>PO BOX 2361<br>HARRISBURG, PA 17105 |
| PENN NATIONAL INSURANCE COMPANY<br>PO BOX 2361<br>ATTN: LEGAL DEPT<br>HARRISBURG, PA 17105 | PHILLIPS DAVIS, CONNIE<br>COSKY FRANCIS A<br>214 W MAIN ST STE 104<br>MOORESTOWN, NJ 08057-2345 |
| PUGH, STANLEY<br>AINSMAN LEVINE & DREXLER<br>330 GRANT STREET - SUITE 1500<br>PITTSBURGH, PA 15219 | QUENTIN ALLEN<br>C/O BELL LEGAL GROUP LLC<br>232 KING STREET<br>GEORGETOWN, SC 29440 |

| | |
|---|---|
| RODNEY L ARCHER<br>1550 PONTIUS ROAD<br>CIRCLEVILLE, OH 43113 | RONALD A. KATZ TECHNOLOGY LICENSING, L.P<br>ATTN: JACK BAN<br>9229 W SUNSET BLVD STE 850<br>LOS ANGELES, CA 90069-3413 |
| ROWE, ROSCOE<br>339 VCR DR<br>CLINTWOOD, VA 24228-6849 | ROWE, ROSCOE<br>ATTN: GREG BAKER, ESQUIRE<br>C/O JOHNSON MONAHAN BAKER PLC<br>PO BOX 700<br>CLINTWOOD, VA 24228 |
| ROWE, ROSCOE<br>PO BOX 700<br>5367 DICKENSON HWY 2ND FLOOR<br>CLINTWOOD, VA 24228 | SANCHEZ FLORENCE<br>570 CALLE CATANIA VILLA CAPRI<br>SAN JUAN, PR 00924-4048 |
| SANDERS, DORIS<br>5836 CLUB HOUSE CT<br>CHARLOTTE, NC 28227-9203 | SARAH COLLINS<br>AA ACCIDENT ATTORNEYS, PLC<br>4700 TELLER AVE, 2ND FLOOR<br>NEWPORT BEACH, CA 92660 |
| SHENKER, REBECCA<br>MOSHE D FULD PC<br>1963 CONEY ISLAND AVE<br>BROOKLYN, NY 11223-2328 | SNYDER MILDRED<br>C/O SNYDER MILDRED<br>RONALD FRAZIER<br>612 EAST MARKET STREET<br>INDIANAPOLIS, IN 46202-3807 |
| STATE FARM MUTUAL INSURANCE COMPANY A/S/O RYAN BEECH<br>ATTN R GAREIS ATTORNEY AT LAW<br>C/O GROTEFELD & HOFFMAN<br>407 S 3RD STSTE 200<br>GENEVE, IL 80134 | SUDIE M VENABLE<br>3114 MOUNTAIN ROAD<br>HALIFAX, VA 24558 |
| TAMMY HOUGHTALING<br>PO BOX 42<br>CAMERON MILLS, NY 14820-0042 | TERESA PACE<br>BRIAN A MCKENNA ATTORNEY AND AGENT<br>FOR TERESA PACE<br>1000 FARMER STREET<br>DETROIT, MI 48226 |
| TILLER, LARRY<br>PO BOX 2824<br>SHOW LOW, AZ 85902-2824 | TIPLER, PATRICIA<br>C/O JANKLOW LAW FIRM PROF. L.L.C.<br>1700 W. RUSSELL STREET<br>SIOUX FALLS, SD 57104-1331 |
| TOMMY WARWAS<br>PO BOX 5765<br>LAKE CHARLES, LA 70606 | TOMMY WARWAS<br>PO BOX 5765<br>LAKE CHARLES, LA 70606 |
| TULLOCH, WILLIAM<br>C/O ANTHONY ICENOGLE<br>ICENOGLE & SULLIVAN LLP<br>6805 N CAPITOL OF TEXAS HWY #220<br>AUSTIN, TX 78731 | UNITED HEALTHCARE AND BUNGE NORTH AMERICA<br>INGENIX<br>10701 WEST RESEARCH DRIVE WI030-3550<br>WAUWATOSA, WI 53226 |

UPTON, G TODD
LEESEBERG & VALENTINE
175 S 3RD ST PH 1
COLUMBUS, OH 43215-5134

VELINDA ELLIS
290 SYCAMORE ST
BUFFALO, NY 14204-1501

VICKI EDGAR
COHEN HIGHLEY LLP
ONE LONDON PL
1100-255 QUEENS AVE
LONDON ONTARIO, N6A 5R8

WENDLER LAW PC
RE: ANGIE HENDERSON
900 HILLSBORO
SUITE 10
EDWARDSVILLE, IL 62025-1202

WICE HARVEY
50 CROCKER BLVD, SUITE 100
MOUNT CLEMENS, MI 48043-2580

WIDEMAN, RUBY P
PO BOX 2826
ANDERSON, IN 46018-2826

WILLIAMS, DORCAS
3158 E AVE H8
LANCASTER, CA 93535-3729

WILLIAMS, IVY JEAN
201 ST. CHARLES AVE
NEW ORLEANS, LA 70170-1000

WILLIAMS, IVY JEAN
C/O CAMILO K SALAS IV
SALAS & CO LC
650 POYDRAS ST SUITE 1660
NEW ORLEANS, LA 70130

YIELDING, RYAN T
C/O MARTIN LAW OFFICES PSC
PO BOX 790
SALYERSVILLE, KY 41465-0790