**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
| | |
|---|---|
| In re | : | Chapter 11 |

In re                                                  :    Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.,*     :    Case No. 09-50026 (REG)
          f/k/a General Motors Corp., *et al.,*   :
                                                       :
               Debtors.                            :    (Jointly Administered)
                                                       :
----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                        ) ss
COUNTY OF NASSAU        )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.        I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for

the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business

address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.        On June 4, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors

Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be

served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting the 277th Omnibus Objection to Claims (Insufficient Documentation)
[Docket No. 11778].

3.        On June 4, 2012, also at the direction of Dickstein, I caused a true and correct copy of the

following document to be served by first class mail on the parties identified on Exhibit B annexed hereto

(affected parties):

- Order Granting the 278th Omnibus Objection to Claims (Incorrectly Classified Claims)
[Docket No. 11779].

4.        On June 4, 2012, also at the direction of Dickstein, I caused a true and correct copy of the

following document to be served by first class mail on the parties identified on Exhibit C annexed hereto

(affected parties):

- Order Granting 279th Omnibus Objection to Claims (No Liability Claims) [Docket No. 11780].

5.      On June 4, 2012, also at the direction of Dickstein, I caused a true and correct copy of the

following document to be served by first class mail on Marvin Echols, PO Box 2211, Bay City, Michigan

48707 (affected party):

- Order Granting Objection to Proof of Claim No. 44240 Filed by Marvin Echols [Docket No. 11781].


Dated:  June 5, 2012
            Lake Success, New York                                  /s/Barbara Kelley Keane
                                                                            Barbara Kelley Keane


Sworn to before me this 5th day of June, 2012

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

ARNSWALD, KERRY N
1587 MARY LN W
ARBOR VITAE, WI 54568

BROWN, GLEN L
2920 S ESTRELLA CIR
MESA, AZ 85202-7842

ERDMAN, DARYL
4436 S 65TH ST
GREENFIELD, WI 53220-3420

EVERETT CHEVROLET INC
C/O HOGUET NEWMAN REGAL & KENNEY LLP
JOSHUA D RIEVMAN ESQ
ATTNY FOR EVERETT CHEVROLET
10 EAST 40TH STREET
NEW YORK, NY 10016-0200

F LEE MAJOR III
DAVID W EDGAR
EDGAR LAW FIRM LLC
1032 PENNSYLVANIA
KANSAS CITY, MO 64105

GUNDERSON LAW FIRM
3895 WARREN WAY
RENO, NV 89509

INTEVA PRODUCTS LLC
ATTN GENERAL COUNSEL
1401 CROOKS ROAD
TROY, MI 48084

JAMES S HENDERSON
C/O DAVID W EDGAR
EDGAR LAW FIRM LLC
1032 PENNSYLVANIA
KANSAS CITY, MO 64105

JOHN T MAJOR
DAVID W EDGAR
EDGAR LAW FIRM LLC
1032 PENNSYLVANIA
KANSAS CITY, MO 64105

M3S SPORTS LLC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
5003 HORIZONS DRIVE
COLUMBUS, OH 43220-5286

MAJOR CADILLAC COMPANY, INC
DAVID W EDGAR
EDGAR LAW FIRM, LLC
1032 PENNSYLVANIA
KANSAS CITY, MO 64105

MEYER, JOHN
2413 SW 2ND STREET TER
BLUE SPRINGS, MO 64014-4605

MRS TERRY L LOVE
PO BOX 585
FLINT, MI 48501-0585

PALMER, SHARON
2463 CHAUNCEY LANE
MARIETTA, GA 30064

PRITCHARD, SUSAN
C/O CHRISTENSEN LAW
ATTN: THOMAS CHRISTENSEN, ESQ.
1000 S. VALLEY VIEW BLVD.
LAS VEGAS, NV 89107-4448

SMITH, TAMARA
2721 BIRD ST APT B
FORT WORTH, TX 76111-2478

UNITED HEALTHCARE AND BUNGE NORTH AMERICA
INGENIX
10701 WEST RESEARCH DRIVE WI030-3550
WAUWATOSA, WI 53226

UNIVERSAL UNDERWRITERS INS CO & ITS AFFILIATES
C/O FOX HEFTER SWIBEL LEVIN & CARROLL LLP
ATTN MARGARET M ANDERSON
200 W MADISON ST SUITE 3000
CHICAGO, IL 60606

VICTORY MEDIA INC DBA MILITARY SPOUSE
429 MILL ST
CORAOPOLIS, PA 15108

# EXHIBIT B

ANGELA HOOPER
9344 TRUE AVE
DOWNEY, CA 90240-2533

DONALD B JACKSON
3502 DARIEN DRIVE
TROTWOOD, OH 45426-2301

JENNIFER DENNY
1855 LONG HOLLOW RD
LAFOLLETTE, TN 37766

MARK FRANCIS
141 WEST 10TH STREET
NEW YORK, NY 10014

TRANSTECH ASSOCIATES
242 SO. WASHINGTON BLVD., #120
SARASOTA, FL 34236

# EXHIBIT C

ATEL LEASING CORPORATION, AS AGENT
ATTN V MORAIS OR R WILDER
600 CALIFORNIA STREET, 6TH FLOOR
SAN FRANCISCO, CA 94108-2733

CAPITAL ASSOCIATES INTL INC
ATTN MICHELLE YOUNG
3300 S PARKER RD STE 500
RMV CN VEND CTGY 7/10/08 CP
AURORA, CO 80014-3522

CAROL L CLARK
162 WARREN STREET APT 2
GLENS FALLS, NY 12801

CLOUGH CHARLES
CLOUGH, CHARLES
574 SANTIAGO CANYON WAY
BREA, CA 92821-3543

CORVUS TROTWOOD LLC
PO BOX 110599
LAKEWOOD RCH, FL 34211-0008

CTRE NAT DE LA RECHERCHE SCIEN
74 RUE DE PARIS
RENNES FR 35000 FRANCE

DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATE
ATTN LISA WURSTER
3939 TECHNOLOGY DRIVE
MAUMEE, OH 43537

DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATE
C/O PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ALAN KORNBERG
1285 AVE OF THE AMERICAS
NEW YORK, NY 10019

FREUDENBERG-NOK GENERAL PARTNERSHIP
BODMAN LLP  C/O COLIN R DARKE ESQ
6TH FLOOR AT FORD FIELD
1901 ST ANTOINE STREET
DETROIT, MI 48226

GENE LATTA BUICK, INC
C/O JEFFERIES LEVERAGED CREDIT PRODUCTS,
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

GERDES BVBA
BAKHUISSTRAAT 2
LOMMEL BE 3920 BELGIUM

GMAC RESIDENTIAL HOLDING LLC
ATTN JONATHAN N HELFAT
OTTERBOURG STEINDLER HOUSTON & ROSEN PC
230 PARK AVENUE
NEW YORK, NY 10169

H E BAHER INCORPORATED
ATTN: MYRA BAHER TOTTEN
3003 REDONDO AVENUE
SANTA ROSA VALLEY, CA 93102

H E BAHER INCORPORATED
C/O RUTTER HOBBS & DAVIDOFF INCORPORATED
ATTN: C JOHN M MELISSINOS
1901 AVENUE OF THE STARS, SUITE 1700
LOS ANGELES, CA 90067

H E BAHER INCORPORATED
PAUL H. LEVIEN, ESQ
10850 WILSHIRE BOULEVARD, SUITE 825
LOS ANGELES, CA 90024-4644

LIFE TIME FITNESS, INC
C/O JESSICA MONSON
2902 CORPORATE PL
CHANHASSEN, MN 55317-4560

MARTIN, LINDA A
2205 NE SCANDIA DR APT E-411
KANSAS CITY, MO 64118-5823

MULLENDORE JOHN KENT
MULLENDORE, RANDAL K
205 PARK CENTRAL EAST, SUITE 511
SPRINGFIELD, MO 65806-1324

ROBERT J WILSON SR
C/O PAUL WILLIAM BELTZ PC
36 CHURCH STREET
BUFFALO, NY 14202

RUBY HERNANDEZ INDIVIDUALLY AND AS NEXT FRIEND OF SELENA HE
A MINOR
C/O CLAY LEWIS JENKINS, JENKINS AND KENKINS
516 WEST MAIN ST
WAXAHACHIE, TX 75165

RUNIONS RONALD L
RUNIONS, RONALD L
7 E CONGRESS ST STE 1001
SAVANNAH, GA 31401-3357

SN & JN LP
C/O METRO COMMERCIAL REAL ESTATE INC
ATTN: STEVE NIGGEMAN
303 FELLOWSHIP ROAD, SUITE 202
MT LAUREL, NJ 08054

VALUE FLEET LLC
C/O RANSDELL & ROACH, PLLC
W KEITH RANSDELL
176 PASADENA DRIVE, BUILDING ONE
LEXINGTON, KY 40503

SIGMA VIBRACOUSTIC (INDIA) PRIVATE LIMITED
BODMAN LLP
C/O COLIN T DARKE ESQ
1901 ST ANTOINE STREET
FORD FIELD 6TH FL
DETROIT, MI 48226

VALLEY TRANSPORTATION AUTHORITY
3331 N 1ST
SAN JOSE, CA 95134-1906