BLANK ROME LLP
Marc E. Richards
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In re:                                                             :
                                                                   :
MOTORS LIQUIDATION COMPANY, et al,                                 :   Chapter 11
f/k/a General Motors Corp., et al.,                                :
                                                                   :   Case No. 09-50026 (REG)
                                Debtors.                           :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## REQUEST BY ATTORNEY TO WITHDRAW

Request is hereby made by Marc E. Richards, Esquire of the law firm of Blank Rome LLP to withdraw from electronic notification and be removed from the master service list maintained in connection with the within case (including any and all related adversary proceedings).

Dated: New York, New York
       June 7, 2012

                                                BLANK ROME LLP

                                                By:  */s/ Marc E. Richards*
                                                    Marc E. Richards
                                                    405 Lexington Avenue
                                                    New York, New York 10174-0208
                                                    Tel: (212) 885-5000
                                                    Fax: (212) 885-5001

900200.00001/22136240v.1