UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.* ) | |
| f/k/a General Motors Corp., et al. ) | 09-50026 (REG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### ORDER GRANTING MOTION FOR AN ORDER DIRECTING DISBURSEMENT OF CLAIM DISTRIBUTIONS TO SECURED PARTY

Upon consideration of the motion (the "**Motion**")[1] filed by Wells Fargo Bank, N.A. ("**Wells Fargo**") for an order pursuant to Rule 3001(e) of the Bankruptcy Rules and Section 105(a) of the Bankruptcy Code directing that all distributions on Claim No. 04957 ("**Del Norte Claim**") filed by Del Norte Chevrolet-Olds Co. ("**Del Norte**") and James Larry Allen ("**Allen**") be made to Wells Fargo on the terms specified in this Order; and the Court having reviewed the Motion; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion was sufficient under the circumstances, and the Court having determined that the legal and factual bases set forth in the Motion establish grounds for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Motion is granted; and it is further

ORDERED that notwithstanding any other provision in the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, the claims register maintained by the GUC Trust

---

[1] Unless otherwise stated, capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

703705639v3

Administrator or its agents shall be adjusted to reflect Wells Fargo as the holder of the Del Norte Claim for purposes of all distributions; and it is further

ORDERED that within fifteen (15) calendar days of entry of this order Wells Fargo shall deliver to the GUC Trust the name and tax identification number to be utilized for purposes of distributions on the Del Norte Claim; and it is further

ORDERED that all distributions to be made on account of the Del Norte Claim shall be made to Wells Fargo, who shall hold Allen's portion of such distributions subject to an order of the Bankruptcy Court presiding over Allen's chapter 7 case pertaining to such funds; and it is further

ORDERED that distributions to Wells Fargo that otherwise would have been provided to Del Norte pursuant to the *Stipulation Regarding Claim No. 4957*, dated March 23, 2012, by and among the Motors Liquidation GUC Trust and Del Norte, shall be in full and final satisfaction of the Debtors' and the GUC Trust's liability for and on account of the Del Norte Claim; and it is further

ORDERED that this Court shall retain any jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: **June 12, 2012**
New York, New York

*s/ Robert E. Gerber*
United States Bankruptcy Judge

703705639v3