UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,                              :   Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,                              :
                                                                   :   (Jointly Administered)
                                  Debtors.                         :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

**THIRD AMENDMENT TO STIPULATION AND AGREED SCHEDULING ORDER
REGARDING THE CONTESTED MATTER OF THE MOTORS LIQUIDATION
COMPANY GUC TRUST'S FIRST AMENDED OBJECTION TO CLAIMS FILED BY
GREEN HUNT WEDLAKE, INC. AND NOTEHOLDERS OF GENERAL MOTORS
NOVA SCOTIA FINANCE COMPANY AND MOTION FOR OTHER RELIEF
[DOCKET NO. 7859] AND ADVERSARY PROCEEDING NO. 12-09802**

Elliott Management Corporation, Fortress Investment Group LLC, and Morgan Stanley & Co. International, plc (each a "**Noteholder**" and collectively the "**Noteholders**"), Motors Liquidation Company GUC Trust (the "**GUC Trust**"), General Motors LLC (f/k/a General Motors Company) (on behalf of itself and its affiliate, General Motors of Canada Limited (individually and collectively, "**New GM**")), and Green Hunt Wedlake, Inc., in its capacity as trustee for General Motors Nova Scotia Finance Company (the "**Nova Scotia Trustee**" and collectively with the Noteholders, the GUC Trust and New GM, the "**Parties**") respectfully submit this Third Amendment to Stipulation and Agreed Scheduling Order with respect to the GUC Trust's First Amended Objection to Claims Filed by the Nova Scotia Trustee and the Noteholders [Docket No. 7859] ("**Objection**") and the Adversary Proceeding No. 12-09802 ("**Adversary Proceeding**") and state as follows:

1. The Court so ordered and entered the Stipulation and Agreed Scheduling Order Regarding the Contested Matter of the Motors Liquidation Company GUC Trust's First

Amended Objection to Claims Filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief [Docket No. 7859] and Adversary Proceeding No. 12-09802 on March 19, 2012 [Docket No. 11527] ("**Agreed Order**"). The Parties agreed to modify the Agreed Order in its First Amendment First Amendment to Stipulation and Agreed Scheduling Order, entered by the Court on May 1, 2012 [Docket No. 11665] ("**First Amended Agreed Order**"). The Parties also agreed to modify the Agreed Order in its Second Amendment to Stipulation and Agreed Scheduling Order, entered by the Court on May 7, 2012 [Docket No. 11680] ("**Second Amended Agreed Order**").

2. In the Second Amended Agreed Order, the Parties agreed to a discovery schedule which accounted for the exchange of rebuttal expert reports and expert depositions. The Parties stipulate to amend the expert discovery schedule as follows:

   a. The Parties shall exchange rebuttal expert reports on or before June 12, 2012; and

   b. The Parties shall take the depositions of all experts, rebuttal or otherwise, between June 11 and July 10, 2012.

3. Unless specifically referenced herein, the schedule set forth as amended by the Second Amended Agreed Order remains in full force and effect.

4. Nothing in this Stipulation and Agreed Order shall preclude any party from seeking an additional extension of time by agreement or by Order of the Court.

*[signature page to follow]*

**SO AGREED TO BY AND AMONG THE FOLLOWING:**

/s/ Eric. B. Fisher
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019
*Attorneys for the Motors Liquidation Company GUC Trust*

DATED: June 8, 2012

/s/ Kevin D. Finger
Bruce R. Zirinsky
John H. Bae
Gary D. Ticoll
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166

- and -

Kevin D. Finger
Bevin M. Brennan
GREENBERG TRAURIG LLP
77 W. Wacker Dr., Suite 3100
Chicago, IL 60601
*Attorneys for Elliot Management Corporation (and its managed entities); Fortress Investment Group LLC (and its managed entities); and Morgan Stanley & Co. International plc.*

DATED: June 8, 2012

/s/ Sean E. O'Donnell
Daniel H. Golden
Philip C. Dublin
Sean E. O'Donnell
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
*Attorneys for Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company*

DATED: June 8, 2012

/s/ Scott Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
*Attorneys for General Motors LLC, on behalf of itself and its affiliate General Motors of Canada Limited*

DATED: June 8, 2012

**IT IS SO ORDERED.**

Dated: **June 12, 2012**
 New York, New York

                                    *s/ Robert E. Gerber*
                                    United States Bankruptcy Judge