> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY**, *et al.*, : **09-50026 (REG)**
f/k/a General Motors Corp., *et al.* : 
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 14, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    STATUS CONFERENCE**

1. *Toyota Motor Corporation v. Motors Liquidation Company*, Adv. Pro. No. 10-05015 (REG)

    **Status**:    **This matter is going forward.**

**II.    CONTESTED MATTERS**

1. Motion for Order to Change Venue for Determination of Claim by Marcus Jordan (**ECF No. 11676**)

    Responses Filed:

    A. Response of Motors Liquidation Company GUC Trust to the Motion of Marcus Jordan for an Order Changing Venue for Determination of Claim (**ECF No. 11804**)

    Replies Filed:            None to date.

    Additional Documents:    None to date.

    **Status**:    **This matter is going forward.**

2. Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

    Responses Filed:

    A.    Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (the "**Curzan Response**") (**ECF Nos. 9357, 9862**)

    Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Response of Paul C. Curzan's Responses to the 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11738**)

    Additional Documents:    None to date.

    **Status**:    **This matter is going forward.**

3. Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

    Responses Filed:

    A.    Response of Timothy J. Kuechenmeister (**ECF No. 9239**)

    Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Timothy J. Kuechenmeister's Response to the 175th Omnibus Objection to Claims (Welfare Benefit Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11800**)

    Additional Documents:    None to date.

    **Status**:    **This matter is going forward.**

4. Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

    Responses Filed:

    A.    Alan C. Zak's Response to Omnibus Objections (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412**)

09-50026-mg    Doc 11823    Filed 06/12/12    Entered 06/12/12 15:48:53    Main Document
Pg 3 of 8

Replies Filed:

B. Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:    None to date.

**Status**:    **This matter is going forward.**

5. Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

A. Alan C. Zak's Response to Omnibus Objections (the "Zak Response") (**ECF Nos. 9396, 9397, 9412**)

Replies Filed:

B. Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:    None to date.

**Status**:    **This matter is going forward.**

6. Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

Responses Filed:

A. Response of Stanley E. Jack (**ECF No. 9274**)

Replies Filed:

B. Motors Liquidation Company GUC Trust's Reply to the Response of Stanley E. Jack to the 180th and 184th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)

Additional Documents:    None to date.

**Status**:    **This matter is going forward.**

3

7. Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

   Responses Filed:

   A. Responses of Robert L. Grajek (the "**Grajek Responses**") (**ECF Nos. 9232, 9235**)

   B. Response of Jane C. Bogue (the "**Bogue Response**") (**ECF No. 9378**)

   Replies Filed:

   C. Motors Liquidation Company GUC Trust's Reply to Robert L. Grajek's Responses to the 181st and 184th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11790**)

   D. Motors Liquidation Company GUC Trust's Reply to Jane C. Bogue's Response to the 181st Omnibus Objection to Claims (Welfare Benefit Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11798**)

   Additional Documents:   None to date.

   **Status**:   **This matter is going forward.**

8. Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

   Responses Filed:

   A. Response of Gordon Hall (the "**Hall Response**") (**ECF No. 9230**)

   B. Response of David R. Volpe (the "**Volpe Response**") (**ECF No. 9290**)

   C. Response of David L. Robertson (the "**Robertson Response**") (**ECF No. 9411**)

   Replies Filed:

   D. Motors Liquidation Company GUC Trust's Reply to the Responses of David R. Volpe to the 116th and 183rd Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11793**)

   E. Motors Liquidation Company GUC Trust's Reply to the Response of David L. Robertson to the 183rd Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11794**)

4

  F. Motors Liquidation Company GUC Trust's Reply to Gordon Hall's Response to the 183rd Omnibus Objection to Claims (Welfare Benefit Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11799**)

  Additional Documents: None to date.

  **Status**: **This matter is going forward.**

9. Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

  Responses Filed:

  A. Response of Stanley E. Jack (the "**Jack Response**") (**ECF No. 9274**)

  B. Responses of Robert L. Grajek (**ECF Nos. 9232, 9235**)

  Replies Filed:

  C. Motors Liquidation Company GUC Trust's Reply to the Response of Stanley E. Jack to the 180th and 184th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11791**)

  D. Motors Liquidation Company GUC Trust's Reply to Robert L. Grajek's Responses to the 181st and 184th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11790**)

  Additional Documents: None to date.

  **Status**: **This matter is going forward.**

10. Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

  Responses Filed:

  A. Response of Glenn C. Kuntz (the "**Kuntz Response**") (**ECF No. 9413**)

  Replies Filed:

  B. Motors Liquidation Company GUC Trust's Reply to Responses of Glenn C. Kuntz to the 185th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11796**)

  Additional Documents: None to date.

    **Status**: **This matter is going forward.**

III.    **UNCONTESTED MATTERS**

1. Motion of Motors Liquidation Company GUC Trust for Limited Modification of the Automatic Stay and the Plan Injunction as to the Proof of Claim Filed by Anne Valdes for the Sole Purpose of Allowing Claimant to Liquidate the Proof of Claim by Filing an Action (**ECF No. 11767**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status**: **This matter is going foward.**

2. Anderson Class Counsel's Motion for Approval of Notice Pursuant to Fed. R. Civ. P. 23(h) for Award of Attorney's Fees from Claim No. 51093 Settlement Fund (**ECF No. 11709**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:

    A. Memorandum of Law in Support of Motion to Approve Notice Pursuant to Fed. R. Civ. P. 23(h) for Award of Attorneys Fees from Claim No. 51093 Settlement Fund (**ECF No. 11710**)

    B. Declaration of A. J. De Bartolomeo in Support of Motion to Approve Notice Pursuant to Fed. R. Civ. P. 23(h) for Award of Attorneys Fees from Claim No. 51093 Settlement Fund (**ECF No. 11711**)

    C. Notice of Proposed Order Proposed Order for Motion to Approve Notice Pursuant to Fed. R. Civ. P. 23(h) for Award of Attorneys Fees from Claim No. 51093 Settlement Fund (**ECF No. 11712**)

    **Status**: **This matter is going foward.**

3. Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

    Responses Filed:

    A. Response to Debtors' 170th Omnibus Objection to Claim by Doug Sterett (**ECF No. 9355**)

6

1. Response to Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Justin Sterett (**ECF No. 9889**)

2. Letter dated February 18, 2011 by Doug Sterett (**ECF No. 9355**)

Replies Filed:

B. Motors Liquidation Company GUC Trust's Reply to Response of Douglas Sterett to the 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11735**)

Additional Documents:    None to date.

**Status**:    **This matter is going foward.**

IV. **RESOLVED MATTERS**

1. Motion for an Order Directing Disbursement of Claim Distributions to Secured Party filed by Wells Fargo Bank N.A. (**ECF No. 11729**)

   Responses Filed:    None to date.

   Replies Filed:    None to date.

   Additional Documents:    None to date.

   **Status**:    **No responses were filed as to the motion. Counsel for Wells Fargo Bank indicates that it has contacted Chambers to arrange for a proposed Order to be entered by the Court without the need for Wells Fargo to appear at the hearing.**

2. Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

   Responses Filed:    None to date.

   Replies Filed:    None to date.

   Additional Documents:    None to date.

   **Status:**    **This matter has been resolved.**

**V.    ADJOURNED MATTERS**

> **ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**
>
> This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).
>
> If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.
>
> Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

Dated:  New York, New York
        June 12, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust