PREET BHARARA
United States Attorney for the
Southern District of New York
DAVID S. JONES
NATALIE N. KUEHLER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2741
Facsimile: (212) 637-2750
Email: natalie.kuehler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* f/k/a/ GENERAL MOTORS CORP., *et al.*, | : : : | Case No. 09-50026 (REG) Jointly Administered |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF LODGING OF PROPOSED NON-OWED
SITE CONSENT DECREE AND SETTLEMENT AGREEMENT
BETWEEN THE GUC TRUST AND THE UNITED STATES OF AMERICA**

The United States of America hereby lodges with the Court the proposed Onondaga Non-Owned Site Consent Decree and Settlement Agreement (the "Onondaga Settlement Agreement") attached hereto as Exhibit 1. The Onondaga Settlement Agreement has been executed by all parties.

The United States requests that the Court not approve the proposed Onondaga Settlement Agreement at this time. Notice of the lodging of the proposed Onondaga Settlement Agreement will be published in the *Federal Register,* following which the United States Department of Justice will accept public comments on the proposed Onondaga Settlement Agreement for a 30-day

period. After the conclusion of the public comment period, the United States will file with the Court any comments received, as well as responses to the comments, and at that time, if appropriate, will request that the Court approve the proposed Onondaga Settlement Agreement.

Dated: New York, New York
April 30, 2012

                PREET BHARARA
                United States Attorney for the
                Southern District of New York
                Attorney for the United States of America

By:    */s/ Natalie N. Kuehler*
      DAVID S. JONES
      NATALIE N. KUEHLER
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2741
      Facsimile: (212) 637-2750
      Email: natalie.kuehler@usdoj.gov