George W. McClain
9022 Imperial Valley Dr
Little Rock, Arkansas 72212

Phone: 501-225-7295
e-mail: GWMcC@sbcglobal.net

Retired salaried employe of General Motors
with unsecured claim for life insurance benefits
Claim No. 9513, Page 6, Exhibit A, Debtors' 181st Omnibus Objection to Claims

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
In re                             :    Chapter 11 Case No.
                                  :
MOTORS LIQUIDATION COMPANY, et al.,:    09-50026
    f/k/a General Motors Corp., et al. :
                                  :
           Debtors.               :
----------------------------------x

RECEIVED JUN 11 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Response to the Debtors' Reply June 5, 2012 to George W. McClain's response to the 181st and 185th Omnibus Objection to Claims.

On June 7, 2012 I received the Debtors' reply to my response which I had filed February 11, 2011, one year and three months earlier.

The notice received stated that a hearing date had been scheduled for June 14, 2012 at 9:45 a.m. (Eastern time).

The Debtors' reply does not deal with my contention that an affirmative contractual obligation was created by the letter February 10, 1984 from Motors Insurance Corporation (an offer) and the required Statement of Acceptance which I signed February 14, 1984.

The offer listed benefits to which I would be entitled by accepting the offer. The list of benefits included the statement "Complete Details regarding Benefit Plan Continuation Privileges are contained in the enclosed booklet Your Benefits in Retirement".

The enclosed booklet did not contain a "Reservation of Rights Clause.

I would not have agreed to an early Mutually Satisfactory Retirement had it been explained to me by Vice President V.K. Quinn or Regional Manager A.C. Clark that the benefits promised for life might be terminated.

The increased retirement benefits I would have received by working until age 65 would have resulted in a substantial amount of money over the 28 years I have been retired.

The short notice about the sheduled hearing does not provide adequate time to prepare for the hearing and I respectfully request the Court to reschedule the hearing date for 90 days or more.

Dated:  Little Rock, Arkansas
        June 7, 2012

                                           *George W. McClain*
                                           George W. McClain