# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | STATE FARM MUTUAL AUTO<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO<br>HANNAH COLVIN & PIPES<br>2051 SILVERSIDE DRIVE, SUITE 260<br>BATON ROUGE, LA 70808 |
| Claim Number (if known): | 59307 |
| Date Claim Filed: | 11/27/2009 |
| Total Amount of Claim Filed: | $15,478.63 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 10, 2012

Print Name: Megg Beverage

Title (if applicable): Claim Representative



RECEIVED
JUN 11 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1