## EXHIBIT A

**[Proposed Order]**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                         :
:                 **Chapter 11 Case No.**
:
:                 **09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY,** *et al.,*      :
f/k/a General Motors Corp., *et al.*                          :                 **(Jointly Administered)**
:
:
Debtors.                                          :
---------------------------------------------------------------x

### ORDER APPROVING AMENDMENT TO MOTORS LIQUIDATION COMPANY GUC TRUST AGREEMENT

Upon the motion, dated June 14, 2012 (the "**Motion**") of Wilmington Trust Company, in its capacity as trust administrator and trustee (in such capacity, the "**Trust Administrator**") of the Motors Liquidation Company GUC Trust (the "**GUC Trust**") established under Article VI of the Debtors' Second Amended Joint Chapter 11 Plan dated as of March 18, 2011 (as confirmed, the "**Plan**"), seeking entry of an Order, pursuant to Sections 1142(b) and 105(a) of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. approving the amendment to the Motors Liquidation Company GUC Trust Agreement (the "**Trust Agreement**") substantially in the form attached to the Motion as Exhibit B (the "**Amendment**"); and any objections to the Motion having been settled, resolved, withdrawn or overruled; and this Court having determined that the relief requested in the Motion is in the best interests of the above-captioned post-effective date debtors' creditors and estates; and it further appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor:

**FINDINGS OF FACT**

IT IS HEREBY FOUND AND DETERMINED THAT:

A.    The Trust Administrator's entry into the Amendment complies fully with Section 13.13 of the Trust Agreement and is consistent with both the purpose and intent of the GUC Trust and the Plan.

B.    The Trust Administrator's entry into the Amendment does not require any additional approvals or consents.

**CONCLUSIONS OF LAW**

IT IS HEREBY ORDERED THAT:

ORDERED, that the relief requested in the Motion is granted in its entirety; and it is further

ORDERED, that the Amendment to the Trust Agreement, in substantially the form attached as Exhibit B to the Motion, is hereby approved, and the Trust Administrator and FTI Consulting, Inc., as Trust Monitor, are authorized to execute the same; and it is further

ORDERED, that this Order shall be effective immediately upon entry; and it is further

ORDERED, that this Court shall retain jurisdiction of all matters and disputes arising in connection with or related to the interpretation or implementation of the Amendment.

Dated: _____ __, 2012
       New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE