June 6, 2012

## OBJECTION OF PROPOSED ORDER TO
## EXPONGE CLAIMS

Maya A.Broady aka Killings
238 Sawyer Street
Rochester, New York   14619

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York   10004-1408

TO:   Whom It May Concern:                    Claims No 70896 & 70925

Once again, I am objecting to the proposed order that I received on Friday, June 1, 2012
to expunge my claims (#70896 & 70925) by the Debtors and its attorneys, DICKSTEIN
SHAPIRO LLP based on additional evidence enclosed.

On May 31, 2012, at 9:45 a.m., a telephonically hearing was held by Judge Robert
Gerber to expunge my claims.  Even though the judge ruled in the Debtors favor, I feel
that the Debtor's attorneys based their entire case on hearsay, inaccuracies, hypothesis,
and circumstantial evidence versus factual, including questionable evidence and the
legitimacy of the evidence that the Debtor's attorney claimed to have received moments
before the hearing; proof that I had received the Original Bar Date information in
2009/2010.  Even Judge Gerber rebutted the Debtors attorney evidence.

If the document cannot be authenticated, it should not be admissible, but inadmissible for
lack of proven authenticity and, therefore, become biased again the climate (Evidence
Law 101), and Rule 901.39 United States v. Alicea-Cardonza.

I also feel that important evidence that I submitted in my response on May 3, 2012 was ignored:

- The e-mail from the claimant dated 1/7/2011 to the Debtors stating that I needed to know
  what types of claims to file, and the problems that I incurred obtaining information pertaining
  to the claims, etc.  Rule 901.08[3]

- The e-mail from Attorney Conray Tseng dated 2/24/2011 promising to keep me informed, but
  failed to do so.  Rule 901.08[3]

- Documented letter to Attorney Conray Tseng dated 3/25/2011 pertaining to his e-mail dated
  2/24/2011, and my response letter to the court dated May 3, 2012.

- Other documents that the court considered prejudicial.  Are they prejudicial to the public,
  other clients, or perhaps prejudicial to the Debtors?

United States Bankruptcy Court
Southern District of New York
Page 2


The attached medical statements are also being submitted as burden of proof or evidence for "excusable neglect" that I received numerous medical treatments during 2009/2010. This evidence will refute all allegations and disparaging remarks made by the Debtor's attorney in her Preliminary Statement filed on 5/24/2012, and at the telephone conference on 5/31/2012. Also, I stated in my response dated May 3, 2012 that I experienced problems with my car in 2006, not 2007 as the Debtors attorneys alleges in their Preliminary Statement filed on 5/24/2012 (see Response letter dated May 3, 2012, page 3 for verification). This is just one of many of the Debtor's attorney's inaccurate allegations and statements.

Unless General Motors aka Motors Liquidation and its attorneys do what is morally and ethically right by its past and future employees, and businesses, especially by God's people, their foundation is doomed to crumble once again, and I pray that these words will be etched in their heart because of the constant injustice.

In closing, I am respectfully asking that all parties involved in making the final decision to expunge my clams evaluate themselves for honesty. I feel that the case was steered in favor of the Debtors based on circumstantial evidence, and in many ways, "equity, justice, facts, and law have little to do with the process" but interferes with it." "Justice is incidental to control (J. Edgar Hoover). I understand that rules and regulations must be enforced, but some rules are not right, but they are wrong.

On May 31, 2012, I was discombobulated and mentally disconnected during the teleconference due to lack of sleep caused by a tooth infection that resulted in surgery on Monday, June 4, 2012. This can also be validated by my dentist.

I am asking the court not to expunge my claims; the deadline should be extended for "cause" in order to file the proper claims, which I have no knowledge of receiving, and allow me to seek legal representation. Rule 48.24 (Norton Bankruptcy Law and Practice 3d)

Once again, I have no knowledge of receiving the Original Bar Data information. I am also asking that the Debtors' attorney submit prima facie proof that this evidence actually exist, and it is what the Debtor's attorneys claims them to be; evidence that I received the Original Bar Data documents she has in her possession. Rule 901.37 (Authentication or Identification)

Sincerely,

Maya Broady


cc:  Dickstein Shapiro
     Barry N. Seidel
     Stefanie Birbrower Greer



**ROCHESTER**
UNIVERSITY of
MEDICAL CENTER

601 Elmwood Ave, Box 320, Rochester, NY 14642

**To pay using your credit card:** For your convenience, we accept Visa, MasterCard, and Discover. Please visit our web site at **http://paybill.urmc.edu/urmfg** .

BILLING INQUIRIES: 585-758-7650 OR 1-888-925-4301
OFFICE HOURS: 8:00AM-5:00PM MONDAY-FRIDAY

| STATEMENT DATE | ACCT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 02/22/10 | | $25.00 $ | |

MAYA BROADY                3532 1 AT 0.357 DAY1
238 SAWYER ST
ROCHESTER, NY  14619-1928

MAIL PAYMENT TO:
UNIVERSITY OF ROCHESTER
PO BOX 382096
PITTSBURGH, PA  15251-8096

☐ CHECK BOX IF YOUR ADDRESS/INSURANCE HAS CHANGED (SEE REVERSE SIDE).
PLEASE DETACH AND RETURN THIS TOP PORTION WITH YOUR PAYMENT.

0662826022220100000025006

-------------------------------------------------------------------------------------------------

# STATEMENT OF PROFESSIONAL SERVICES
(AS OF FEBRUARY 22, 2010)

MAYA BROADY (ACCT # 3-662826)

PAGE 2

INVOICE NUMBER: 3-20615006
**CHARGES**

PROVIDER: _____ MD (OFFICE)

11/12/09 99214-OFFICE VISIT-LEV 4 ............................ $230.00
                                            TOTAL:    $230.00

**PAYMENT ACTIVITY**
11/16/09  INSURANCE CLAIM FILED
11/25/09  MEDICARE BLUE CHOICE ELECTR PYMT
               MEDICARE PAYMENT............   $66.02
               CONTRACTUAL ADJUSTMENT......  $138.98
AMOUNT DUE NOW............................    $25.00

DIAGNOSIS CODE: 340.

| TOTAL AMOUNT DUE NOW: | $25.00 |
|---|---|

### THANK YOU FOR CHOOSING THE UNIVERSITY OF ROCHESTER MEDICAL CENTER



**University Medical Imaging**
**LOOK DEEPER**

4901 Lac De Ville Blvd
Building D, Suite 140
Rochester, NY 14618

☐ VISA ☐ MASTERCARD

CARD NUMBER: _____  EXP DATE: _____
SIGNATURE: _____  CHECK # _____
PAYMENTS WILL BE POSTED TO OLDEST INVOICES FIRST UNLESS YOU
INDICATE OTHERWISE HERE: _____

| STATEMENT DATE | ACCT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 11/22/09 | ~~~~~~ | $25.00 $ | |

UMI OFFICE: 585-341-9100
UMI OFFICE HOURS: 8AM-10PM M-F, 8AM-3PM SAT
BILLING INQUIRIES: 585-341-4979;8AM-4:30PM M-F

llallllallllllllllllllllllllllllllllllllllllll
**MAYA BROADY**           2975 1 AT 0.357 DAY3
238 SAWYER ST
ROCHESTER, NY 14619-1928

MAIL PAYMENT TO:
UNIVERSITY MEDICAL IMAGING
PO BOX 278997
ROCHESTER, NY 14627-8997
llallllallllllllllllllllllllllllllllllllllllll

☐ CHECK BOX IF YOUR ADDRESS/INSURANCE HAS CHANGED (SEE REVERSE SIDE).
**PLEASE DETACH AND RETURN THIS TOP PORTION WITH YOUR PAYMENT.**

0662826112222009000025008

---

# STATEMENT OF PROFESSIONAL SERVICES
(AS OF NOVEMBER 22, 2009)

**MAYA BROADY (**  **)**                 PAGE 1

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS
AT UNIVERSITY MEDICAL IMAGING. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED AND THE CHARGES FOR EACH SERVICE. THE RIGHT
SIDE DESCRIBES PAYMENTS, ADJUSTMENTS, INSURANCE FILINGS, AND AMOUNTS OWED. PLEASE DISREGARD IF YOU HAVE ALREADY MADE A
PAYMENT.

INVOICE NUMBER: 4-20561450
**CHARGES**

PROVIDER: ~~~~~~~~~~ MD (OFFICE)

11/06/09 70553-MR HEAD PRE/POST CONTRAST ..................... $1367.00
11/06/09 A9579-MISCELLANEOUS GADO CONTRAST/ MANUAL ENTER CO...  $120.00
                                            **TOTAL: $1487.00**

DIAGNOSIS CODE: 340.

**PAYMENT ACTIVITY**
11/09/09  INSURANCE CLAIM FILED
11/19/09  MEDICARE BLUE CHOICE ELECTR PYMT
            MEDICARE PAYMENT.............  $819.56
            CONTRACTUAL ADJUSTMENT......  $642.44
**AMOUNT DUE NOW**..........................  **$25.00**

THANK YOU FOR YOUR PAYMENT.

| TOTAL AMOUNT DUE NOW: | $25.00 |
|---|---|

THANK YOU FOR CHOOSING UNIVERSITY MEDICAL IMAGING



**Excellus**
165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

## MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

**THIS IS NOT A BILL**
This is an explanation of the action
taken on your most recent claim.
Please retain this Explanation of
Benefits for your records.

DATE: 12/31/09

* SUBSCRIBER ID -

PAGE    1

```
*       MAYA BROADY
*       238 SAWYER ST
*       ROCHESTER NY 14619
```

**\* PATIENT NAME — MAYA          (01)**

| DATES OF<br>SERVICE | DESCRIPTION<br>OF SERVICE | TOTAL<br>EXPENSES | EXPENSES<br>EXCLUDED | DEDUCTIBLE<br>APPLIED | CO -<br>PAYMENT | PLAN<br>PAYMENT |
|---|---|---|---|---|---|---|
| CLAIM RECEIVED ON    12/07/09 | | | | | | |

**\* \* \* CLAIM NUMBER 693416818603    \* PROVIDER - SHARON Y GLEZEN MD            \* \***

PAYMENT, IF ANY, TO PROVIDER(S)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/24/09  OFFICE VISITS | | 60.18 | 0.00 | 0.00 | 10.00 | 50.18 |
| SUB-TOTAL | | 60.18 | 0.00 | 0.00 | 10.00 | 50.18 |
| THIS PATIENTS TOTALS | | 60.18 | 0.00 | 0.00 | 10.00 | 50.18 |
| GRAND TOTALS | | 60.18 | 0.00 | 0.00 | 10.00 | 50.18 |

```
PLAN PAYMENT AMOUNTS PAID TO PROVIDER(S):            50.18
PLAN PAYMENT AMOUNTS PAID TO SUBSCRIBER:              0.00
                                                 -------------
TOTAL PLAN PAYMENT IS:                               50.18
```

FOR CLARIFICATION OF THIS EXPLANATION OF BENEFITS, YOU MAY CALL THE PHONE NUMBER ON YOUR ID CARI
FOR TTY INQUIRIES CALL: (800) 421-1220

MSFR11

# Excellus

165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

## MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

**THIS IS NOT A BILL**
This is an explanation of the action
taken on your most recent claim.
Please retain this Explanation of
Benefits for your records.

DATE: 01/29/10

PAGE    1

\* SUBSCRIBER ID - ▓▓▓▓▓▓▓

\*    MAYA BROADY
\*    238 SAWYER ST
\*    ROCHESTER NY 14619

**\* PATIENT NAME – MAYA          (01)**

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|

CLAIM RECEIVED ON   01/04/10

**\* \* \* CLAIM NUMBER 600047529303   \* PROVIDER – ▓▓▓▓▓▓▓ MD          \* \***

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| 10/30/09 | OFFICE VISITS | 58.55 | 0.00 | 0.00 | 10.00 | 48.55 |
| | SUB-TOTAL | 58.55 | 0.00 | 0.00 | 10.00 | 48.55 |

CLAIM RECEIVED ON   01/05/10

**\* \* \* CLAIM NUMBER 800050456409   \* PROVIDER – ▓▓▓▓▓▓▓ MD          \* \***

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| 12/30/09 | OFFICE VISITS | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | SUB-TOTAL | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | THIS PATIENTS TOTALS | 118.73 | 0.00 | 0.00 | 35.00 | 83.73 |
| | GRAND TOTALS | 118.73 | 0.00 | 0.00 | 35.00 | 83.73 |

PLAN PAYMENT AMOUNTS PAID TO PROVIDER(S):          83.73
PLAN PAYMENT AMOUNTS PAID TO SUBSCRIBER:          0.00
                                        ------------
TOTAL PLAN PAYMENT IS:                      83.73
FOR CLARIFICATION OF THIS EXPLANATION OF BENEFITS, YOU MAY CALL THE PHONE NUMBER ON YOUR ID CAR
FOR TTY INQUIRIES CALL: (800) 421-1220

MSEB11

*To ensure proper credit to your account, detach top section and return with your payment*

*Please address correspondence to:*

# STRONG MEMORIAL HOSPITAL
## Patient Accounts Office
601 Elmwood Avenue, Rochester, NY 14642



| 15 Account Number | 16 Patient Name | 17 Service Date(s) | 18 Statement Dt | Page |
|---|---|---|---|---|
| *illegible* | BROADY, MAYA | 11/05/09 | 03/22/10 | 1 |

| 19 Date(s) | 20 Description | 21 Charges | 22 Est Ins Coverage | 23 Payments/Adj's |
|---|---|---|---|---|
| | MEDICARE BLUE CH<br>SELF PAY<br><br>Visit Number: 264623752<br>Name: BROADY, MAYA<br>Type of Service: OUTPATIENT<br>Date(s): 11/05/09<br>Prior Balance: $25.00<br><br>FOR QUESTIONS PLEASE CALL:<br>585-273-0414 or 800-754-0567<br>------------------------------------<br>Patient Balance for visit | <br><br><br><br><br><br><br><br><br>$25.00 | | |
| | | | | |

| 24 Previous Balance: | | Column Totals: | | |
|---|---|---|---|---|

THIS BALANCE IS SERIOUSLY DELINQUENT.
TO AVOID FURTHER COLLECTION ACTIVITY
PLEASE PAY IN FULL TODAY.

**25 PLEASE PAY THIS AMOUNT**      $25.00

**For Billing or Insurance Related Questions,**
please call the Patient Accounts Office
at (585) 275-7223 or 1-800-544-0877 from
outside the Rochester area.

*Please see reverse side for additional information about your account*

SMH6F/ rev : 0609

# Excellus

165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

## MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

**THIS IS NOT A BILL**
This is an explanation of the action
taken on your most recent claim.
Please retain this Explanation of
Benefits for your records.

DATE: 11/30/09

\* SUBSCRIBER ID

PAGE    1

\*    MAYA BROADY
\*    238 SAWYER ST
\*    ROCHESTER NY 14619

**\* PATIENT NAME – MAYA        (01)**

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| CLAIM RECEIVED ON   11/18/09 | | | | | | |
| **\* \* \* CLAIM NUMBER 893221647409   \* PROVIDER – MD** | | | | | | **\* \*** |
| PAYMENT, IF ANY, TO PROVIDER(S) | | | | | | |
| 11/05/09 RADIOLOGY | | 11.15 | 0.00 | 0.00 | 0.00 | 11.15 |
| | SUB-TOTAL | 11.15 | 0.00 | 0.00 | 0.00 | 11.15 |
| CLAIM RECEIVED ON   11/16/09 | | | | | | |
| **\* \* \* CLAIM NUMBER 893208610309   \* PROVIDER – MD** | | | | | | **\* \*** |
| PAYMENT, IF ANY, TO PROVIDER(S) | | | | | | |
| 11/12/09 OFFICE VISITS | | 91.02 | 0.00 | 0.00 | 25.00 | 66.02 |
| | SUB-TOTAL | 91.02 | 0.00 | 0.00 | 25.00 | 66.02 |
| CLAIM RECEIVED ON   11/10/09 | | | | | | |
| **\* \* \* CLAIM NUMBER 893143062909   \* PROVIDER – MD** | | | | | | **\* \*** |
| PAYMENT, IF ANY, TO PROVIDER(S) | | | | | | |
| 11/06/09 RADIOLOGY | | 789.81 | 0.00 | 0.00 | 25.00 | 764.81 |
| 11/06/09 RADIOLOGY | | 54.75 | 0.00 | 0.00 | 0.00 | 54.75 |
| | SUB-TOTAL | 844.56 | 0.00 | 0.00 | 25.00 | 819.56 |
| THIS PATIENTS TOTALS | | 946.73 | 0.00 | 0.00 | 50.00 | 896.73 |
| GRAND TOTALS | | 946.73 | 0.00 | 0.00 | 50.00 | 896.7² |

Faclely bill
on Nov 6,2009

# UNIVERSITY of ROCHESTER
## MEDICAL CENTER

601 Elmwood Ave, Box 320, Rochester, NY 14642

**To pay using your credit card:** For your convenience, we accept Visa, MasterCard, and Discover. Please visit our web site at **http://paybill.urmc.edu/urmfg** .

BILLING INQUIRIES: 585-758-7650 OR 1-888-925-4301
OFFICE HOURS: 8:00AM-5:00PM MONDAY-FRIDAY

| STATEMENT DATE | ACCT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 11/22/09 | 3        26 | $25.00 $ | |

MAYA BROADY                    3834 1 AT 0.357 DAY1
238 SAWYER ST
ROCHESTER, NY  14619-1928

MAIL PAYMENT TO:
UNIVERSITY OF ROCHESTER
PO BOX 382096
PITTSBURGH, PA  15251-8096

☐ CHECK BOX IF YOUR ADDRESS/INSURANCE HAS CHANGED (SEE REVERSE SIDE).
**PLEASE DETACH AND RETURN THIS TOP PORTION WITH YOUR PAYMENT.**

0662826112222009000025008

---

# STATEMENT OF PROFESSIONAL SERVICES
(AS OF NOVEMBER 22, 2009)

## MAYA BROADY (ACCT #3-662828)

PAGE 2

INVOICE NUMBER: 3-20146739
**CHARGES**

PROVIDER:                MD (OFFICE)

09/14/09 99213-OFFICE VISIT-LEV 3 ..........................  $155.00
                                    **TOTAL:   $155.00**

DIAGNOSIS CODE: 704.00

**PAYMENT ACTIVITY**
09/16/09  INSURANCE CLAIM FILED
09/25/09  MEDICARE BLUE CHOICE ELECTR PYMT
                MEDICARE PAYMENT............  $35.18
                CONTRACTUAL ADJUSTMENT......  $94.82
**AMOUNT DUE NOW...........................**  **$25.00**

| TOTAL AMOUNT DUE NOW: | $25.00 |
|---|---|

**THANK YOU FOR CHOOSING THE UNIVERSITY OF ROCHESTER MEDICAL CENTER**



**Excellus**
165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

## MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

**THIS IS NOT A BILL**
This is an explanation of the action taken on your most recent claim. Please retain this Explanation of Benefits for your records.

DATE: 09/30/09

\* SUBSCRIBER ID - ~~~~

PAGE   1

```
*    MAYA BROADY
*    238 SAWYER ST
*    ROCHESTER NY 14619
```

**\* PATIENT NAME - MAYA**          **(01)**

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|

CLAIM RECEIVED ON   09/17/09

**\* \* \* CLAIM NUMBER ~~~~209   \* PROVIDER - ~~~~ MD                                \* \***

PAYMENT, IF ANY, TO PROVIDER(S)

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/14/09  OFFICE VISITS | | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | SUB-TOTAL | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | THIS PATIENTS TOTALS | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | GRAND TOTALS | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |

```
PLAN PAYMENT AMOUNTS PAID TO PROVIDER(S):         35.18
PLAN PAYMENT AMOUNTS PAID TO SUBSCRIBER:           0.00
                                             -------------
TOTAL PLAN PAYMENT IS:                            35.18
```

FOR CLARIFICATION OF THIS EXPLANATION OF BENEFITS, YOU MAY CALL THE PHONE NUMBER ON YOUR ID CARD
FOR TTY INQUIRIES CALL: (800) 421-1220

MSEB11



**University
Medical
Imaging**
LOOK DEEPER

4901 Lac De Ville Blvd
Building D, Suite 140
Rochester, NY 14618

**UMI OFFICE: 585-341-9100**

UMI OFFICE HOURS: 8AM-10PM M-F, 8AM-3PM SAT

BILLING INQUIRIES: 585-341-4979;8AM-4:30PM M-F

MAKE CHECKS PAYABLE TO: UNIVERSITY MEDICAL IMAGING

☐ VISA   ☐ MASTERCARD

CARD NUMBER: _____    EXP DATE: _____

SIGNATURE: _____    CHECK # _____

PAYMENTS WILL BE POSTED TO OLDEST INVOICES FIRST UNLESS YOU
INDICATE OTHERWISE HERE: _____

| STATEMENT DATE | ACCT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 08/22/09 | 4-663826 | $25.00 $ | |

MAYA BROADY                    2733 AT 0.357 DAY3
238 SAWYER ST
ROCHESTER, NY  14619-1928

**MAIL PAYMENT TO:**
UNIVERSITY MEDICAL IMAGING
PO BOX 278997
ROCHESTER, NY 14627-8997

☐ CHECK BOX IF YOUR ADDRESS/INSURANCE HAS CHANGED (SEE REVERSE SIDE).
**PLEASE DETACH AND RETURN THIS TOP PORTION WITH YOUR PAYMENT.**

0662826082220090000025003

---

# STATEMENT OF PROFESSIONAL SERVICES
(AS OF AUGUST 22, 2009)

## MAYA BROADY (ACCT # 4-663826)

PAGE 1

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS
AT UNIVERSITY MEDICAL IMAGING. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED AND THE CHARGES FOR EACH SERVICE. THE RIGHT
SIDE DESCRIBES PAYMENTS, ADJUSTMENTS, INSURANCE FILINGS, AND AMOUNTS OWED.  PLEASE DISREGARD IF YOU HAVE ALREADY MADE A
PAYMENT.

INVOICE NUMBER: 4-19704891
**CHARGES**

PROVIDER: GARY HOOD, MD (OFFICE)

07/10/09 73721/LT-MR KNEE,LT,W/O CONTRAST .................... $890.00
                                                    **TOTAL:**  $890.00

DIAGNOSIS CODE: 719.46, 717.6, 719.06

**PAYMENT ACTIVITY**
07/14/09  INSURANCE CLAIM FILED
07/22/09  MEDICARE BLUE CHOICE ELECTR PYMT
                MEDICARE PAYMENT............    $484.33
                CONTRACTUAL ADJUSTMENT......    $380.67
**AMOUNT DUE NOW...........................**    $25.00

YOUR PAYMENT IN FULL IS DUE UPON RECEIPT OF THIS STATEMENT. FOR YOUR CONVENIENCE WE ACCEPT VISA, MASTERCARD AND DISCOVER.

| TOTAL AMOUNT DUE NOW: | $25.00 |
|---|---|

**THANK YOU FOR CHOOSING UNIVERSITY MEDICAL IMAGING**



**University Medical Imaging**
LOOK DEEPER

4901 Lac De Ville Blvd
Building D, Suite 140
Rochester, NY 14618

<table>
<tr><td>☐ VISA ☐ MASTERCARD</td><td></td></tr>
<tr><td>CARD NUMBER:</td><td>EXP DATE:</td></tr>
<tr><td>SIGNATURE:</td><td>CHECK #</td></tr>
</table>

PAYMENTS WILL BE POSTED TO OLDEST INVOICES FIRST UNLESS YOU INDICATE OTHERWISE HERE:

| STATEMENT DATE | ACCT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 02/22/10 | 4-662826 | $25.00 $ | |

UMI OFFICE: 585-341-9100
UMI OFFICE HOURS: 8AM-10PM M-F, 8AM-3PM SAT
BILLING INQUIRIES: 585-341-4979;8AM-4:30PM M-F

MAYA BROADY                    2887 1 AT 0.357 DAY3
238 SAWYER ST
ROCHESTER, NY   14619-1928

MAIL PAYMENT TO:
UNIVERSITY MEDICAL IMAGING
PO BOX 278997
ROCHESTER, NY 14627-8997

☐ CHECK BOX IF YOUR ADDRESS/INSURANCE HAS CHANGED (SEE REVERSE SIDE).
**PLEASE DETACH AND RETURN THIS TOP PORTION WITH YOUR PAYMENT.**

0662826022220100000250006

---

# STATEMENT OF PROFESSIONAL SERVICES

(AS OF FEBRUARY 22, 2010)

## MAYA BROADY (ACCT # 4-662826)

PAGE 1

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS AT UNIVERSITY MEDICAL IMAGING. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED AND THE CHARGES FOR EACH SERVICE. THE RIGHT SIDE DESCRIBES PAYMENTS, ADJUSTMENTS, INSURANCE FILINGS, AND AMOUNTS OWED. PLEASE DISREGARD IF YOU HAVE ALREADY MADE A PAYMENT.

INVOICE NUMBER: 4-19704891
**CHARGES**

PROVIDER: GA████████ MD (OFFICE)

07/10/09 73721/LT-MR KNEE,LT,W/O CONTRAST ..................... $890.00
                                            **TOTAL:** $890.00
DIAGNOSIS CODE: 719.46, 717.6, 719.06

**PAYMENT ACTIVITY**
07/14/09   INSURANCE CLAIM FILED
07/22/09   MEDICARE BLUE CHOICE ELECTR PYMT
                MEDICARE PAYMENT............ $484.33
                CONTRACTUAL ADJUSTMENT...... $380.67
11/09/09   ON-SITE/CHECK PYMT............. $25.00
AMOUNT DUE NOW............................. 0.00

INVOICE NUMBER: 4-20561450
**CHARGES**

PROVIDER: ████████ MD (OFFICE)

11/06/09 70553-MR HEAD PRE/POST CONTRAST ..................... $1367.00
11/06/09 A9579-MISCELLANEOUS GADO CONTRAST/ MANUAL ENTER CO... $120.00
                                            **TOTAL:** $1487.00
DIAGNOSIS CODE: 340.

**PAYMENT ACTIVITY**
11/09/09   INSURANCE CLAIM FILED
11/19/09   MEDICARE BLUE CHOICE ELECTR PYMT
                MEDICARE PAYMENT............ $819.56
                CONTRACTUAL ADJUSTMENT...... $642.44
AMOUNT DUE NOW............................. $25.00

THANK YOU FOR YOUR PAYMENT.

| TOTAL AMOUNT DUE NOW: | $25.00 |
|---|---|

## THANK YOU FOR CHOOSING UNIVERSITY MEDICAL IMAGING

# STATEMENT OF PROFESSIONAL SERVICES

(AS OF OCTOBER 22, 2009)

MAYA BROADY (ACCT #/4-562826)                                                    PAGE 1

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS
AT UNIVERSITY MEDICAL IMAGING. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED AND THE CHARGES FOR EACH SERVICE. THE RIGHT
SIDE DESCRIBES PAYMENTS, ADJUSTMENTS, INSURANCE FILINGS, AND AMOUNTS OWED.  PLEASE DISREGARD IF YOU HAVE ALREADY MADE A
PAYMENT.

---

INVOICE NUMBER: 4-19704891
**CHARGES**

PROVIDER: MARY _____ (OFFICE)

07/10/09 73721/LT-MR KNEE,LT,W/O CONTRAST ....................    $890.00
                                                    TOTAL:    $890.00

DIAGNOSIS CODE: 719.46, 717.6, 719.06

**PAYMENT ACTIVITY**
07/14/09   INSURANCE CLAIM FILED
07/22/09   MEDICARE BLUE CHOICE ELECTR PYMT
                   MEDICARE PAYMENT............    $484.33
                   CONTRACTUAL ADJUSTMENT......    $380.67
AMOUNT DUE NOW............................       $25.00

---

YOUR ACCOUNT HAS NOT BEEN RESOLVED AND IS NOW SERIOUSLY PAST DUE. TO AVOID COLLECTION PROCEDURES, PAY NOW OR CALL OUR OFFICE.

TOTAL AMOUNT DUE NOW:                $25.00

## THANK YOU FOR CHOOSING UNIVERSITY MEDICAL IMAGING

UNIVERSITY MEDICAL IMAGING     4901 LAC DE VILLE BLVD BUILDING D, SUITE 140 ROCHESTER, NY 14618     (585) 341-9100

ALL 002770 001 001



idxbil.urmc.rochester.edu Winsock - IDXterm                                    _|□|×|

File   Edit   Connect   Help   © GE Healthcare

View Invoice Detail Grp 3                                      1   UPHE.A

Patient: BROADY,MAYA          HRN: 662826        Invoice #: 19812863

Rend Prov: _____,KE    Bill Area: ORTHO SPORTS    Dx 1: 836.1    TEAR LAT ME
Super Prov: _____E    Serv Date: 07/01/2009   Discount:
Ref Phys: _____HA      Case #:                 Rejects: Y
Bus Center: ORTHO SPOR  Case Type:              Charges:        205.00
Pl of Serv: OFFICE                              Balance:         25.00

Posted      Service       Description Payments      Adjust Charges FSC Batch
Pg Up                                                                    Up
                              Beginning
1)07/29/09  07/01/09 99242 OFFICE CONSULT-LEV 2 (1), Dx 1,2
                                               205.00  PREC
            RVU: 1.34
                                                      1555164
PCD  Post Dt    Appr   Pay/Adj   C/Adj DedCoiCop    PatR Rej
Pg Down                                                              Down
  0  Selected F7Q-Quit F10-OK <Shift>F5-Help <Shift>F3-More Keys <Home>-Find
1-Cus Tran detail    C-All Charges      I-More Inquiries... J-Documents
L-Claim Info...      W-More Inv Hdr Info O-Oldest/Newest    T-Trans Detail

---

RSITY of
ROCHESTER          Patient Accounts Office
MEDICAL CENTER     Rochester, NY 14642-8406

| 1 Patient Name | | |
| BROADY,MAYA | | |
| 2 Service Dates From/Through | 3 Statement Date | Page |
| 07/01/09 | 07/28/09 | 1 |

| 4 | This is the current insurance information on file |
Please review and make corrections on the back of this form
Insurance Name        Policy #
Please review insurance
information listed in Box 20.

5 If paying by CREDIT CARD
To pay by credit card
please visit our website at:
PAYBILL.URMC.EDU/STRONG

| 6 Check/M.O. |
Amount
Enclosed
$ _____ . ___

MAYA BROADY
238 SAWYER ST
ROCHESTER,NY 14619

7

Make Checks Payable To:
Strong Memorial Hospital
Church Street Station
PO Box 6772
New York, New York 10249-6772

8

| 9 Account Number | 10 Previous Balance | 11 Charges | 12 Est Ins Coverage | 13 Payments/Adj's | 14 Please Pay This Amount |
| 174926 | | | | | |
| | | | | | $25.00 |

To ensure proper credit to your account ...

| | |
|---|---|
| **UNIVERSITY of ROCHESTER MEDICAL CENTER** Patient Accounts Office Rochester, NY 14642-8406 ⭐ | **Patient Name** BROADY, MAYA |

| 2 Service Dates From/Through | 3 Statement Date | Page |
|---|---|---|
| 07/01/09 11/05/09 | 12/31/09 | 1 |

| 4 This is the current insurance information on file | 5 If paying by CREDIT CARD | 6 Check/M.O. |
|---|---|---|
| *Please review and make corrections on the back of this form* Insurance Name   Policy # **Please review insurance information listed in Box 20.** | **To pay by credit card please visit our website at:** **PAYBILL.URMC.EDU/STRONG** | Amount Enclosed $_____._ |

MAYA BROADY
238 SAWYER ST
ROCHESTER, NY 14619

7

Make Checks Payable To:
Strong Memorial Hospital
Church Street Station
PO Box 6772
New York, New York 10249-6772

8

| 9 Account Number | 10 Previous Balance | 11 Charges | 12 Est Ins Coverage | 13 Payments/Adj's | 14 Please Pay This Amount |
|---|---|---|---|---|---|
| 174926 | | | | | |

*To ensure proper credit to your account, detach top section and return with your payment*

*Please address correspondence to:* **STRONG MEMORIAL HOSPITAL**
**Patient Accounts Office**
601 Elmwood Avenue, Rochester, NY 14642  ⭐

| 15 Account Number | 16 Patient Name | 17 Service Date(s) | 18 Statement Dt | Page |
|---|---|---|---|---|
| 174926 | BROADY, MAYA | 07/01/09 11/05/09 | 12/31/09 | 1 |

| 19 Date(s) | 20 Description | 21 Charges | 22 Est Ins Coverage | 23 Payments/Adj's |
|---|---|---|---|---|
| | MEDICARE BLUE CH SELF PAY Visit Number: 256548728 Name: BROADY, MAYA Type of Service: OUTPATIENT Date(s): 07/01/09 Prior Balance: $25.00 FOR QUESTIONS PLEASE CALL: 585-273-0414 or 800-754-0567 | | | |
| ------ | Patient Balance for visit MEDICARE BLUE CH SELF PAY Visit Number: 264623752 Name: BROADY, MAYA Type of Service: OUTPATIENT Date(s): 11/05/09 Prior Balance: $0.00 324 DX X-RAY/CHEST | $25.00 $126.00 | | |

| 24 Previous Balance: | Column Totals: | | | |
|---|---|---|---|---|
| THIS BALANCE IS SERIOUSLY DELINQUENT. TO AVOID FURTHER COLLECTION ACTIVITY PLEASE PAY IN FULL TODAY. | 25 **For Billing or Insurance Related Questions,** please call the Patient Accounts Office at (585) 275-7223 or 1-800-544-0877 from outside the Rochester area. | | | |

*Please see reverse side for additional information about your account*

SMH6F rev 0609

**Excellus** 🔷 ♥

105 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

## MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

| THIS IS NOT A BILL |
|---|
| This is an explanation of the action taken on your most recent claim. Please retain this Explanation of Benefits for your records. |

DATE: 06/30/09

★ SUBSCRIBER ID – ~~███████~~

PAGE    1

```
*     MAYA BROADY
*     238 SAWYER ST
*     ROCHESTER NY 14619
```

**★ PATIENT NAME – MAYA          (01)**

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO-PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| CLAIM RECEIVED ON | 06/02/09 | | | | | |

**★ ★ ★ CLAIM NUMBER 891532414009   ★ PROVIDER – ~~████████~~ MD                    ★ ★**

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO-PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| 05/30/09 | OFFICE VISITS | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | SUB-TOTAL | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | THIS PATIENTS TOTALS | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | GRAND TOTALS | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |

```
PLAN PAYMENT AMOUNTS PAID TO PROVIDER(S):          35.18
PLAN PAYMENT AMOUNTS PAID TO SUBSCRIBER:            0.00
                                                  -------------
TOTAL PLAN PAYMENT IS:                             35.18
```

FOR CLARIFICATION OF THIS EXPLANATION OF BENEFITS, YOU MAY CALL THE PHONE NUMBER ON YOUR ID CARD
FOR TTY INQUIRIES CALL: (800) 421-1220

**University Health Service**
**PO Box 270617**
**Rochester NY 14627**

Invoice Number: 355681                 **RECEIPT**     First Name: MAYA
University ID                                          Last Name: BROADY
                                                       Birth Date: July 28, 1953
                                                       Local Phone: (585) 328-2325

MAYA BROADY                                            Provider: ~~Steven~~ D
238 SAWYER ST                                          Service Date: 04/21/10
ROCHESTER  NY    14619                                 Invoice Date: 04/21/10
                                                       Referral:

*Account Summary*

Diagnoses: 1 - Contact dermatitis-NOS, Eczema NOS (692.9)

| Service Date | Action Code | Type | Code | Dx Code | Fee | Patient Resp. | Patient Paid | Bursar | Insurance Resp. | Insurance Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/2010 | CHG | RX | 183153 | 1 | | | | | | | |
| 4/21/2010 | CHG | PS | 99213 | 1 | $74.27 | $10.00 | $10.00 | | $64.27 | | $64.27 |
| | | | | **Totals** | $74.27 | $10.00 | $10.00 | | $64.27 | | $64.27 |

Patient Balance Due:   $   0.00      Other Balance Due:   $  64.27

**NOTE: RESPONSIBILITY FOR THE CHARGES IN THE"BURSAR"COLUMN WILL BE TRANSFERRED TO THE STUDENT'S CENTRAL UNIVERSITY ACCOUNT.**

*NDC#: 183153; Elidel Topical Cream 1 %; RX# 183153, 99213 - OV Est Pat -Intermediate*

I was enventually diagnosed with a bacterial infection that started to spread throughout my body H Pylora in 12/10

This statement may not reflect charges for all services provided on this date.

Printed: 04/21/10 @ 4:34 PM

# STATEMENT OF PROFESSIONAL SERVICES

(AS OF MAY 8, 2010)

MAYA BROADY (ACCT #~~~~~~~~~)

PAGE 1

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS
AT URMC. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED AND THE CHARGES FOR EACH SERVICE. THE RIGHT SIDE DESCRIBES
PAYMENTS, ADJUSTMENTS, INSURANCE FILINGS, AND AMOUNTS OWED.  PLEASE DISREGARD IF YOU HAVE ALREADY MADE A PAYMENT.

INVOICE NUMBER: 3-21754068
**CHARGES**

PROVIDER: ~~~~~~~~~ OD (OFFICE)

04/23/10 92004-OPHTH NEW PATIENT COMP ........................ $365.00
                                          TOTAL:    $365.00
DIAGNOSIS CODE: 372.13, 379.24

**PAYMENT ACTIVITY**
04/26/10  INSURANCE CLAIM FILED
05/07/10  MEDICARE BLUE CHOICE ELECTR PYMT
          MEDICARE PAYMENT............    $75.99
          CONTRACTUAL ADJUSTMENT......    $264.01
AMOUNT DUE NOW.............................    $25.00

---

AMOUNT PENDING WITH INSURANCE MAY NOT REFLECT ALL PAYMENTS, DEDUCTIBLES, COPAYS AND COINSURANCE.

\* \* \* \* \* \*

YOUR PAYMENT IN FULL IS DUE UPON RECEIPT OF THIS STATEMENT. FOR YOUR CONVENIENCE WE ACCEPT VISA, MASTERCARD AND DISCOVER.

| ACCOUNT BALANCE | AMOUNT PENDING WITH INSURANCE | AMOUNT DUE UPON RECEIPT |
|---|---|---|
| $25.00 | $0.00 | $25.00 |

**THANK YOU FOR CHOOSING THE UNIVERSITY OF ROCHESTER MEDICAL CENTER**

**URMC**    601 ELMWOOD AVE BOX 888    ROCHESTER, NY    14642    (585) 758-7650 OR 1-888-925-4301

ALL 002553 001 001


**Excellus**

165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

# MEDICARE BLUE CHOICE

# EXPLANATION OF BENEFITS

**THIS IS NOT A BILL**
This is an explanation of the a
taken on your most recent clai
Please retain this Explanation
Benefits for your records.

PAGE        1

DATE: 09/30/10        *11/15/10*        * SUBSCRIBER ID

*call Center (Jellin)*
*Problem with my*
*Will let Sarah Know*

* MAYA BROADY
* 238 SAWYER ST
* ROCHESTER NY 14619

* PATIENT NAME - MAYA        (01)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO-PAYMENT | PLAN PAYME |
|---|---|---|---|---|---|---|

CLAIM RECEIVED ON   08/31/10

* * * CLAIM NUMBER 802435538309     * PROVIDER - STRONG MEMORIA LABORATORY MED

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO-PAYMENT | PLAN PAYME |
|---|---|---|---|---|---|---|
| 05/13/10 | XRAY/LAB | 3.00 | 0.00 | 0.00 | 0.00 | 3. |
| 05/13/10 | XRAY/LAB | 14.00 | 0.00 | 0.00 | 0.00 | 1 |
| 05/13/10 | XRAY/LAB | 17.77 | 0.00 | 0.00 | 0.00 | |
| 05/13/10 | XRAY/LAB | 21.04 | 0.00 | 0.00 | 0.00 | |
| 05/13/10 | XRAY/LAB | 13.90 | 0.00 | 0.00 | 0.00 | |
| 05/13/10 | XRAY/LAB | 24.16 | 0.00 | 0.00 | 0.00 | |
| 05/13/10 | XRAY/LAB | 23.58 | 0.00 | 0.00 | 0.00 | |
| 05/13/10 | XRAY/LAB | 15.38 | 0.00 | 0.00 | 0.0 | |
| 05/13/10 | XRAY/LAB | 14.13 | 0.00 | 0.00 | 0. | |
| 05/13/10 | XRAY/LAB | 32.00 | 0.00 | 0.00 | | |
| 05/13/10 | XRAY/LAB | 25.64 | 0.00 | 0.00 | | |
| SUB-TOTAL | | 204.60 | 0.00 | 0.00 | --- | |
| THIS PATIENTS TOTALS | | 204.60 | 0.00 | 0.00 | | |
| GRAND TOTALS | | 204.60 | 0.00 | 0 | | |

PLAN PAYMENT AMOUNTS PAID TO PROVIDER(S):
PLAN PAYMENT AMOUNTS PAID TO SUBSCRIBER:

TOTAL PLAN PAYMENT IS:
FOR CLARIFICATION OF THIS EXPLANATION OF BENEFITS,
FOR TTY INQUIRIES CALL: (800) 421-1220

*11/15/10  11:19*

# STATEMENT OF PROFESSIONAL SERVICES

(AS OF OCTOBER 29, 2010)

BROADY (ACCT # ▓▓▓▓)                                                           PAGE 1

E FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS
URMC. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED AND THE CHARGES FOR EACH SERVICE. THE RIGHT SIDE DESCRIBES
YMENTS, ADJUSTMENTS, INSURANCE FILINGS, AND AMOUNTS OWED.  PLEASE DISREGARD IF YOU HAVE ALREADY MADE A PAYMENT.

E NUMBER: 3-▓▓▓▓▓▓4
S

ER: L▓▓▓▓▓ ▓▓▓▓▓ ▓D (OFFICE)

| | | PAYMENT ACTIVITY | |
|---|---|---|---|
| | | 08/23/10   INSURANCE CLAIM FILED | |
| | | 09/02/10   MEDICARE BLUE CHOICE ELECTR PYMT | |
| 10 99213-OFFICE VISIT-LEV 3 ............................ | $180.00 | MEDICARE PAYMENT............ | $35.18 |
| | | CONTRACTUAL ADJUSTMENT...... | $119.82 |
| TOTAL: | $180.00 | AMOUNT DUE NOW........................... | $25.00 |

SIS CODE: 340.

UNT PENDING WITH INSURANCE MAY NOT REFLECT ALL PAYMENTS, DEDUCTIBLES, COPAYS AND COINSURANCE.

\* \* \* \* \* \*

YOU FOR YOUR PAYMENT.

| ACCOUNT BALANCE | AMOUNT PENDING WITH INSURANCE | AMOUNT DUE UPON RECEIPT |
|---|---|---|
| $25.00 | $0.00 | $25.00 |

## THANK YOU FOR CHOOSING THE UNIVERSITY OF ROCHESTER MEDICAL CENTER

C     601 ELMWOOD AVE BOX 888    ROCHESTER, NY    14642    (585) 758-7650 OR 1-888-925-4301

ALL 001661  001  001

# Excellus ✚ 🛡️

165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

## MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

| THIS IS NOT A BILL |
| --- |
| This is an explanation of the action taken on your most recent claim. Please retain this Explanation of Benefits for your records. |

DATE: 09/30/10                                    PAGE    1

*SUBSCRIBER ID*

```
*    MAYA BROADY
*    238 SAWYER ST
*    ROCHESTER NY 14619
```

*handwritten: 11/15/10 called Center (Dellion) Problem with my Will let Sarah know*

**\* PATIENT NAME – MAYA          (01)**

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|

CLAIM RECEIVED ON   08/31/10

**\* \* \* CLAIM NUMBER 802435538309   \* PROVIDER – STRONG MEMORIA LABORATORY MED          \* \***

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| 05/13/10 | XRAY/LAB | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/13/10 | XRAY/LAB | 14.00 | 0.00 | 0.00 | 0.00 | 14.00 |
| 05/13/10 | XRAY/LAB | 17.77 | 0.00 | 0.00 | 0.00 | 17.77 |
| 05/13/10 | XRAY/LAB | 21.04 | 0.00 | 0.00 | 0.00 | 21.04 |
| 05/13/10 | XRAY/LAB | 13.90 | 0.00 | 0.00 | 0.00 | 13.90 |
| 05/13/10 | XRAY/LAB | 24.16 | 0.00 | 0.00 | 0.00 | 24.16 |
| 05/13/10 | XRAY/LAB | 23.58 | 0.00 | 0.00 | 0.00 | 23.58 |
| 05/13/10 | XRAY/LAB | 15.38 | 0.00 | 0.00 | 0.00 | 15.38 |
| 05/13/10 | XRAY/LAB | 14.13 | 0.00 | 0.00 | 0.00 | 14.13 |
| 05/13/10 | XRAY/LAB | 32.00 | 0.00 | 0.00 | 0.00 | 32.00 |
| 05/13/10 | XRAY/LAB | 25.64 | 0.00 | 0.00 | 0.00 | 25.64 |
| | SUB-TOTAL | 204.60 | 0.00 | 0.00 | 0.00 | 204.60 |
| THIS PATIENTS TOTALS | | 204.60 | 0.00 | 0.00 | 0.00 | 204.60 |
| GRAND TOTALS | | 204.60 | 0.00 | 0.00 | 0.00 | 204.60 |

```
PLAN PAYMENT AMOUNTS PAID TO PROVIDER(S):          204.60
PLAN PAYMENT AMOUNTS PAID TO SUBSCRIBER:             0.00
                                               -------------
TOTAL PLAN PAYMENT IS:                             204.60
```
FOR CLARIFICATION OF THIS EXPLANATION OF BENEFITS, YOU MAY CALL THE PHONE NUMBER ON YOUR ID CA
FOR TTY INQUIRIES CALL: (800) 421-1220

*handwritten: 11/15/10 11:49*

MSEB1
04/07

# STATEMENT OF PROFESSIONAL SERVICES
(AS OF OCTOBER 29, 2010)

**MAYA BROADY (ACCT #_____)**                                                    PAGE 1

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS
AT URMC. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED AND THE CHARGES FOR EACH SERVICE. THE RIGHT SIDE DESCRIBES
PAYMENTS, ADJUSTMENTS, INSURANCE FILINGS, AND AMOUNTS OWED.  PLEASE DISREGARD IF YOU HAVE ALREADY MADE A PAYMENT.

---

INVOICE NUMBER: 3-_____

**CHARGES**

PROVIDER: _____ MD (OFFICE)

| | | PAYMENT ACTIVITY | |
|---|---|---|---|
| | | 08/23/10 INSURANCE CLAIM FILED | |
| | | 09/02/10 MEDICARE BLUE CHOICE ELECTR PYMT | |
| | | MEDICARE PAYMENT.......... | $35.18 |
| 08/19/10 99213-OFFICE VISIT-LEV 3 ........................... | $180.00 | CONTRACTUAL ADJUSTMENT...... | $119.82 |
| TOTAL: | $180.00 | AMOUNT DUE NOW.......................... | $25.00 |

DIAGNOSIS CODE: 340.

---

**AMOUNT PENDING WITH INSURANCE MAY NOT REFLECT ALL PAYMENTS, DEDUCTIBLES, COPAYS AND COINSURANCE.**

\* \* \* \* \* \*

THANK YOU FOR YOUR PAYMENT.

| ACCOUNT BALANCE | AMOUNT PENDING WITH INSURANCE | AMOUNT DUE UPON RECEIPT |
|---|---|---|
| $25.00 | $0.00 | $25.00 |

**THANK YOU FOR CHOOSING THE UNIVERSITY OF ROCHESTER MEDICAL CENTER**

**URMC**      **601 ELMWOOD AVE BOX 888      ROCHESTER, NY      14642**      **(585) 758-7650 OR 1-888-925-4301**

ALL 001661 001 001



**Excellus**

165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

# MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

**THIS IS NOT A BILL**
This is an explanation of the action
taken on your most recent claim.
Please retain this Explanation of
Benefits for your records.

DATE: 04/30/10

\* SUBSCRIBER ID

PAGE    1

\*    MAYA BROADY
\*    238 SAWYER ST
\*    ROCHESTER NY 14619

**\* PATIENT NAME - MAYA          (01)**

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| CLAIM RECEIVED ON   03/26/10 | | | | | | |
| **\* \* \* CLAIM NUMBER 800856937209   \* PROVIDER - ROCHESTER GENR INDEPEND LAB          \* \*** | | | | | | |
| PAYMENT, IF ANY, TO PROVIDER(S) | | | | | | |
| 03/12/10  XRAY/LAB | | 27.04 | 0.00 | 0.00 | 0.00 | 27.04 |
| | SUB-TOTAL | 27.04 | 0.00 | 0.00 | 0.00 | 27.04 |
| CLAIM RECEIVED ON   04/20/10 | | | | | | |
| **\* \* \* CLAIM NUMBER 601106111003   \* PROVIDER - S███████████ NP          \* \*** | | | | | | |
| PAYMENT, IF ANY, TO PROVIDER(S) | | | | | | |
| 04/08/10  OFFICE VISITS | | 51.16 | 0.00 | 0.00 | 10.00 | 41.16 |
| | SUB-TOTAL | 51.16 | 0.00 | 0.00 | 10.00 | 41.16 |
| | THIS PATIENTS TOTALS | 78.20 | 0.00 | 0.00 | 10.00 | 68.20 |
| | GRAND TOTALS | 78.20 | 0.00 | 0.00 | 10.00 | 68.20 |

PLAN PAYMENT AMOUNTS PAID TO PROVIDER(S):                    68.20
PLAN PAYMENT AMOUNTS PAID TO SUBSCRIBER:                      0.00
                                                    -------------
TOTAL PLAN PAYMENT IS:                                       68.20
FOR CLARIFICATION OF THIS EXPLANATION OF BENEFITS, YOU MAY CALL THE PHONE NUMBER ON YOUR ID CARD
FOR TTY INQUIRIES CALL: (800) 421-1220

MSEB11

*Detach the upper portion and return with your payment to the address above.*
*Do not send cash. Please include the ID / Account # on the check or money order.*

## ACCOUNT SUMMARY

| ate(s) | Action Code | Code | Description | Service Fee | Adjust. | Patient Resp. | Patient Paid | Bursar | Insur. Resp. | Insur. Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| /8/2010 | CHG | 99213 | OV Est Pat -Intermediate | $78.00 | $26.84 | $10.00 | | | $41.16 | $41.16 | $10.00 |
| /21/2010 | CHG | 99213 | OV Est Pat -Intermediate | $78.00 | $3.73 | $10.00 | $10.00 | | $64.27 | | $64.27 |
| OTALS: | | | | $156.00 | $30.57 | $20.00 | $10.00 | | $105.43 | $41.16 | $74.27 |

HS accepts Visa, MasterCard, and Discover.
/e hope you find the new statement format easier
) understand.

University Health Service    PO Box 270617    Rochester NY 14627
BILLING OFFICE: (585) 275-2638    GENERAL INFORMATION: (585) 275-2662

### ACCOUNT STATUS

| Responsible Party | Total Due | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|---|---|
| Patient | $ 10.00 | $ 10.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Insurance | $ 64.27 | $ 64.27 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |



Clinton Crossings | 4901 Lac De Ville Boulevard | Building D, Suite 140 | Rochester, NY 14618
Phone: 585-341-9100 | Fax: 585-341-9066 | www.universitymedicalimaging.com

**Patient:** BROADY, MAYA

**DOB:** 7/28/53       **Age:** 55 Y       **Sex:** F       **MRN:** 0662826

**Requesting Provider:** ████████████E., M.D.
**Attending Provider:** ████████████E., M.D.
**Report To Name(s):** ███████SHARON.

**Exam Date:** 07/10/2009 8:02 PM
**Exam:** MR KNEE LT WITHOUT CONTRAST

Dear Dr. DEHAVEN,

We appreciate the opportunity to see your patient.

CLINICAL INFORMATION: 55 year old woman with question of lateral meniscus tear and cyst. Patient has pain and swelling. Exam compared to prior knee radiographs dated 7/1/09 from Strong Memorial system.

PROCEDURE: MR imaging was performed at high magnet field strength (1.5 tesla). Coronal and sagittal FSE proton density weighted images; coronal, sagittal, and axial fat pre-saturated fast spin echo long TR images through the left knee were obtained.

FINDINGS: ACL and PCL intact. Distal quadriceps and patellar tendon maintained, as are the collateral ligaments.

There is mild truncation of the body of the medial meniscus without a definite tear. There is abnormal horizontal signal involving the body of the lateral meniscus, likely an old tear.

There is focal cartilage loss posterior aspect lateral femoral condyle on series 5, image 17. There is mild associated reactive marrow edema. There is lesser thinning of the cartilage along the posterior aspect of the medial femoral condyle. Tiny geodes along the trochlear groove. Patellar cartilage demonstrates a small fissure along the medial facet and apex. Early geode formation with a moderate sized joint effusion. Small loose body along the popliteus sheath on series 3, image 3.

IMPRESSION:

1. Old appearing horizontal tear body of lateral meniscus.

2. Focal cartilage loss, worst along the posterior aspect lateral femoral condyle with a loose body along

Allan D. Bernstein, MD | Gary M. Hollenberg, MD | Steven P. Meyers, MD, PhD | Peter A. Rosella, MD
David A Shrier MD | Charlene B. Varnis, MD | Eric P. Weinberg, MD | Andrea Zynda-Weiss, MD
Department of Imaging Sciences, University of Rochester

# Excellus 🛡️💙

165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

## MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

**THIS IS NOT A BILL**
This is an explanation of the action taken on your most recent claim. Please retain this Explanation of Benefits for your records.

DATE: 10/29/10

PAGE    1

\* SUBSCRIBER ID - 1466K2082

\*    MAYA BROADY
\*    238 SAWYER ST
\*    ROCHESTER NY 14619

\* PATIENT NAME - MAYA        (01)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|

CLAIM RECEIVED ON   09/29/10

\* \* \* CLAIM NUMBER 802726220609   \* PROVIDER - STRONG MEMORIA LABORATORY MED        \* \*

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| 09/22/10 | XRAY/LAB | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 09/22/10 | XRAY/LAB | 15.14 | 0.00 | 0.00 | 0.00 | 15.14 |
| 09/22/10 | XRAY/LAB | 11.07 | 0.00 | 0.00 | 0.00 | 11.07 |
|  | SUB-TOTAL | 29.21 | 0.00 | 0.00 | 0.00 | 29.21 |

CLAIM RECEIVED ON   09/29/10

\* \* \* CLAIM NUMBER 602725320703   \* PROVIDER - ▓▓▓▓▓▓▓▓ N MD        \* \*

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| 09/22/10 | OFFICE VISITS | 65.83 | 0.00 | 0.00 | 10.00 | 55.83 |
|  | SUB-TOTAL | 65.83 | 0.00 | 0.00 | 10.00 | 55.83 |

CLAIM RECEIVED ON   10/04/10

\* \* \* CLAIM NUMBER 602776616903   \* PROVIDER - ▓▓▓▓▓▓▓▓ M MD        \* \*

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| 09/22/10 | XRAY/LAB | 4.75 | 0.00 | 0.00 | 0.00 | 4.75 |
|  | SUB-TOTAL | 4.75 | 0.00 | 0.00 | 0.00 | 4.75 |

CLAIM RECEIVED ON   10/19/10

\* \* \* CLAIM NUMBER 602925623803   \* PROVIDER - ▓▓▓▓▓▓▓▓ M MD        \* \*

MSEB11

# Excellus 🏥 💙

165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

## MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

**THIS IS NOT A BILL**
This is an explanation of the action taken on your most recent claim. Please retain this Explanation of Benefits for your records.

DATE: 08/31/10

* SUBSCRIBER ID -

PAGE    1

```
*    MAYA BROADY
*    238 SAWYER ST
*    ROCHESTER NY 14619
```

**\* PATIENT NAME - MAYA        (01)**

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|

CLAIM RECEIVED ON   08/18/10

**\* \* \* CLAIM NUMBER 802304155109    \* PROVIDER - ▓▓▓▓▓▓▓ MD                      \* \***

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| 08/10/10 | RADIOLOGY | 532.73 | 0.00 | 0.00 | 25.00 | 507.73 |
| 08/10/10 | RADIOLOGY | 74.67 | 0.00 | 0.00 | 0.00 | 74.67 |
| | SUB-TOTAL | 607.40 | 0.00 | 0.00 | 25.00 | 582.40 |

CLAIM RECEIVED ON   08/23/10

**\* \* \* CLAIM NUMBER 802357142009    \* PROVIDER - ▓▓▓▓▓▓▓ MD                      \* \***

PAYMENT, IF ANY, TO PROVIDER(S)

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| 08/19/10 | OFFICE VISITS | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | SUB-TOTAL | 60.18 | 0.00 | 0.00 | 25.00 | 35.18 |
| | THIS PATIENTS TOTALS | 667.58 | 0.00 | 0.00 | 50.00 | 617.58 |
| | GRAND TOTALS | 667.58 | 0.00 | 0.00 | 50.00 | 617.58 |

```
PLAN PAYMENT AMOUNTS PAID TO PROVIDER(S):            617.58
PLAN PAYMENT AMOUNTS PAID TO SUBSCRIBER:               0.00
                                               -------------
TOTAL PLAN PAYMENT IS:                               617.58
```

FOR CLARIFICATION OF THIS EXPLANATION OF BENEFITS, YOU MAY CALL THE PHONE NUMBER ON YOUR ID CAR
FOR TTY INQUIRIES CALL: (800) 421-1220

MSEB11

# Excellus ✚ ⬤

165 Court Street
Rochester, NY 14647
A nonprofit independent licensee of the
BlueCross BlueShield Association

## MEDICARE BLUE CHOICE

## EXPLANATION OF BENEFITS

**THIS IS NOT A BILL**
This is an explanation of the action taken on your most recent claim. Please retain this Explanation of Benefits for your records.

DATE: 10/29/10

* SUBSCRIBER ID — ~~(redacted)~~

PAGE   2

```
*    MAYA BROADY
*    238 SAWYER ST
*    ROCHESTER NY 14619
```

**\* PATIENT NAME – MAYA          (01)**

| DATES OF SERVICE | DESCRIPTION OF SERVICE | TOTAL EXPENSES | EXPENSES EXCLUDED | DEDUCTIBLE APPLIED | CO - PAYMENT | PLAN PAYMENT |
|---|---|---|---|---|---|---|
| PAYMENT, IF ANY, TO PROVIDER(S) | | | | | | |
| 10/13/10  OFFICE VISITS | | 65.83 | 0.00 | 0.00 | 10.00 | 55.83 |
| | SUB-TOTAL | 65.83 | 0.00 | 0.00 | 10.00 | 55.83 |

CLAIM RECEIVED ON   10/12/10

**\* \* \* CLAIM NUMBER 802860017009   \* PROVIDER – ~~(redacted)~~ KI MD        \* \***

| | | | | | | |
|---|---|---|---|---|---|---|
| PAYMENT, IF ANY, TO PROVIDER(S) | | | | | | |
| 10/04/10  RADIOLOGY | | 61.10 | 0.00 | 0.00 | 0.00 | 61.10 |
| | SUB-TOTAL | 61.10 | 0.00 | 0.00 | 0.00 | 61.10 |
| THIS PATIENTS TOTALS | | 226.72 | 0.00 | 0.00 | 20.00 | 206.72 |
| GRAND TOTALS | | 226.72 | 0.00 | 0.00 | 20.00 | 206.72 |

```
PLAN PAYMENT AMOUNTS PAID TO PROVIDER(S):        206.72
PLAN PAYMENT AMOUNTS PAID TO SUBSCRIBER:           0.00
                                               -------------
TOTAL PLAN PAYMENT IS:                           206.72
```

FOR CLARIFICATION OF THIS EXPLANATION OF BENEFITS, YOU MAY CALL THE PHONE NUMBER ON YOUR ID CARD
FOR TTY INQUIRIES CALL: (800) 421-1220

MSEB11



*Please address correspondence to:*

# STRONG MEMORIAL HOSPITAL
**Patient Accounts Office**
601 Elmwood Avenue, Rochester, NY  14642

| 15 Account Number | 16 Patient Name | 17 Service Date(s) | 18 Statement Dt | Page |
|---|---|---|---|---|
|  | BROADY, MAYA | 10/04/10 | 10/26/10 | 1 |

| 19 Date(s) | 20 Description | 21 Charges | 22 Est Ins Coverage | 23 Payments/Adj's |
|---|---|---|---|---|
|  | MEDICARE BLUE CH<br>SELF PAY<br><br>Visit Number: 285283933<br>Name: BROADY,MAYA<br>Type of Service: OUTPATIENT<br>Date(s): 10/04/10<br>Prior Balance: $0.00<br><br>350 CT SCAN<br><br>MEDICARE BL CHOICE PAYM<br>INSURANCE ADJUSTMENT | <br><br><br><br><br><br><br>$906.00 |  | <br><br><br><br><br><br><br><br><br>$-399.37<br>$-481.63 |
| ------ | -------------------------------- Patient Balance for visit | ------------ $25.00 |  |  |

| 24 Previous Balance: |  | Column Totals: |  |
|---|---|---|---|

| THE BALANCE INDICATED IS YOUR RESPONSIBILITY AND DUE UPON RECEIPT. THANK YOU. | **25 PLEASE PAY THIS AMOUNT** | $25.00 |
|---|---|---|
|  | **For Billing or Insurance Related Questions,** please call the Patient Accounts Office at (585) 275-7223 or 1-800-544-0877 from outside the Rochester area. | |

*Please see reverse side for additional information about your account*

SMH6F/ rev  0609

May 25, 2012


Ms. Maya Broady
238 Sawyer Street
Rochester, New York   14619




P. O. Box 11247
Albany, New York   12211

Dear Ms. ██████:

Ms. ██████, I am very grateful for having such a dental program to assist people who
cannot afford to pay for dental services, and I am very much appreciative to you,
especially the effort that you put into locating a dentist here in Rochester, New York that
would do the dental work.

Even though Dr. ██████████ is a nice person, I personally, would not have chosen him nor
would I recommend other patients to him due to the poor services that I have received
based on the following observations and facts:

1)   I feel that he is not matriculate with his work; he rushes.  This is when the
     mistakes occur.

2)   He reshaped my natural upper teeth (left side of my mouth) in order to
     accommodate the partial.  He filed (or sanded) some of my natural teeth down
     near my gum line.  Therefore, some of my natural teeth are shorter than the
     others.  **You do not file a person's natural teeth down unless it is
     absolutely necessary, and you do not take as much off as he did**.  I did
     question him about this.  He attempted to reassure me it was ok, **but it is not ok**.
     He later said that he could build them back up again.

3)   The partial does not fit.  I have known this from the start because it was made
     too bulky from the beginning.  I also expressed this to Dr. ██████████, and he
     said that final adjustments have to be made.

4)   My mouth is very tender from the partial (soar), it moves inside of my mouth,
     and my teeth chatter whenever I eat or bite down.  With my old partial, when I
     bite down, my top and bottom teeth meet together.  With the new partial,
     whenever I bite down, they do not, and this is when the chattering and pain
     occur.  As a matter of fact, I cannot bite down without it hurting.  I am in tears
     at times.

Page 2

Ms. ████ I have had my share of bad experiences with dentists, even brutal ones, and I know the signs of a professional dentist versus an unprofessional dentist. From these bad experiences with former dentists, I am trying to avoid others (unnecessary extractions, spaces, bridges, etc, and now a partial). I attempted to get this across a few months ago, but at your recommendation, I allowed Dr. ██████ to continue with the work. I have not worn the partial at all since receiving it last week, and will not until the problems are corrected. I feel that he should have made it identical like the old one or as close as possible versus making many modifications.

I can sense that Dr. ██████ is not happy with all the corrections he made last week, but as I have indicated, the partial was too bulky from the beginning, the quality of his work is very questionable, and he reshaped my natural teeth to accommodate the partial that is not working out. By the way, he reshaped my teeth before he found out that the partial needed adjustments.

I have another appointment with Dr. ██████ on June 7, 2012 to seal the tooth that had an infection, and Dr. ██████ did a great job in removing the infection.

It would be an injustice to someone else if I did not inform you about the quality of work (or lack thereof) that I am receiving. I am not saying that all the dentists at ██████ are unprofessional, because this too, would be an injustice to them. I just feel that Dr. ██████ needs more experience in this area.

Sincerely,

Maya Broady