**Michelle T. Sutter**
**Ohio Attorney General**
**30 East Broad Street, 26th Floor**
**Columbus, OH 43215**
**(614) 466-8600**
**(866) 483-1104 (facsimile)**
**Michelle.sutter@ohioattorneygeneral.gov**
**Attorney for the Ohio Environmental**
  **Protection Agency**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:                                               Case No.: 09-50026 (reg)

**Motors Liquidation Company, et al.,**              (Jointly Administered)
  **f/k/a General Motors Corp., et al.,**

              Debtors.                                Chapter 11

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST
## TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

        Please take notice that Michelle T. Sutter, Assistant Attorney General, State of Ohio, hereby

withdraws her Notice of Appearance as counsel for the Ohio Attorney General and requests that her name

be removed from the service list and matrix.  This Withdrawal applies only to the undersigned and not to

any other member of the Office of the Ohio Attorney General who has entered an appearance in this

proceeding.

                              **MICHAEL DEWINE (00009181)**
                              **Ohio Attorney General**

                              */s/ Michelle T. Sutter*
                              _____
                              Michelle T. Sutter  (0013880)
                              Assistant Attorney General
                              30 East Broad Street, 26th Floor
                              Columbus, OH 43215
                              (614) 466-8600
                              (866) 483-1104 (facsimile)
                              Michelle.sutter@ohioattorneygeneral.gov

Dated:  June 15, 2012