UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On June 13, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Maya H. Broady aka Killings, 238 Sawyer St, Rochester, New York 14619 (affected party):

- Order Granting the Objection to Proofs of Claim Nos. 70896 and 70925 Filed by Maya Broady [Docket No. 11824].

3. On June 13, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by overnight delivery on Relco Systems Inc, c/o Damon Morey LLP, Attn: John Kolaga, Esq, 200 Delaware Avenue, Buffalo, New York 14202 (affected party):

- Order Granting Objection to Proof of Claim No. 70019 Filed by Relco Systems, Inc [Docket No. 11825].

Dated: June 18, 2012

Lake Success, New York  /s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 18th day of June, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015