**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                              :        **Chapter 11**
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.,*          :        **Case No. 09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.,*   :
                                                   :
       **Debtors.**                :        **(Jointly Administered)**
                                                   :
-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the

debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business

address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      Between June 11, 2012 and June 12, 2012, at the direction of Dickstein Shapiro LLP

("Dickstein"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of

the following document to be served by first class mail and overnight delivery on the parties identified on

Exhibit A annexed hereto (affected claimants):

- Supplemental Order Granting Debtors' One Hundredth Omnibus Objection to Claims as to Proof of Claim No. 29823 Filed by Stephan Theis and Proof of Claim No. 64968 Filed by Sarlower Olivier Tibbs (Claims Relating to Former Employees Represented By United Auto Workers) [Docket No. 11811].

3.      Between June 11, 2012 and June 12, 2012, also at the direction of Dickstein, I caused a true and

correct copy of the following document to be served by first class mail and overnight delivery on David I.

Scott, 862 Saint Andrews Way, Frankfort, Illinois 60423-6500 (affected claimant):

- Supplemental Order Granting Debtors' 114th Omnibus Objection to Claims as to Proof of Claim No. 21810 Filed by David I Scott (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 11812].

4.      Between June 11, 2012 and June 12, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail and overnight delivery on Timothy L. Fitzpatrick, 117 S Wilson Blvd, Mount Clemens, Michigan 48043-2138 (affected claimant):

- Supplemental Order Granting Debtors' 114th Omnibus Objection to Claims as to Proof of Claim No. 23057 Filed by Timothy L. Fitzpatrick (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 11813].

5.      Between June 11, 2012 and June 12, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail and overnight delivery on the parties identified on Exhibit B annexed hereto (affected claimants):

- Supplemental Order Granting Debtors' 116th Omnibus Objection to Claims as to Proof of Claim No. 43262 Filed by Don Siefkes, Proof of Claim No. 38358 Filed by Richard McManama, and Proof of Claim No. 62599 Filed by William D. Scott (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 11814].

6.      On June 11, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on David I. Scott, 862 Saint Andrews Way, Frankfort, Illinois 60423-6500 (affected claimant):

- Supplemental Order Granting Debtors' 169th Omnibus Objection to Claims as to Proof of Claim No. 21810 Filed by David I. Scott (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 11815].

7.      Between June 11, 2012 and June 12, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail and overnight delivery on the parties identified on Exhibit C annexed hereto (affected claimants):

09-50026-mg    Doc 11838    Filed 06/18/12    Entered 06/18/12 17:08:12    Main Document
Pg 3 of 9

- Supplemental Order Granting Debtors' 103rd Omnibus Objection to Claims as to Proof of Claim No. 21175 Filed by Frank J. Celsnak and Proofs of Claim No. 49601 and 49602 Filed by George R. Leedom (Claims Relating to Former Employees Represented by United Auto Workers)  [Docket No. 11816].

Dated:  June 18, 2012
         Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 18th

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

STEPHAN THEIS
2032 WATKINS LAKE RD
WATERFORD, MI 48328-1432

TIBBS, SARLOWER OLIVIER
PO BOX 531282
GRAND PRAIRIE, TX 75053-1282

# EXHIBIT B

DON SIEFKES
42541 SADDLE LANE
STERLING HEIGHTS, MI 48314

RICHARD MCMANAMA
1033 DEVONSHIRE RD
GROSSE POINTE PARK, MI 48230-1416

WILLIAM D SCOTT
71 BITTERSWEET DR
BREWSTER, MA 02631

# EXHIBIT C

FRANK J. CELSNAK
455 W OAKHAMPTON DR
EAGLE, ID 83616-6740

GEORGE LEEDOM
97 WESTGATE DR
MANSFIELD, OH 44906