HEARING DATE AND TIME: July 19, 2012 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: June 29, 2012 at 5:00 p.m. (Eastern Time)
REPLY DEADLINE: July 11, 2012 at 5:00 p.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
------------------------------------------------------------- x
| | | |
|---|---|---|
| MOTORS LIQUIDATION COMPANY GUC TRUST, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding |
| | : | Case No.: 12-09802 (REG) |
| v. | : | |
| | : | |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP, *et al.*, | : | |
| | : | |
| Defendants | : | |
------------------------------------------------------------- x

**DECLARATION OF SCOTT I. DAVIDSON
IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT FILED BY GENERAL MOTORS LLC**

I, Scott I Davidson, an attorney admitted to practice before this Court, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel in the law firm of King & Spalding LLP, attorneys for General Motors LLC ("**New GM**") in the above-entitled contested matter. I am fully familiar with the statements set forth below based on my personal knowledge. I submit this declaration in support of the *Motion by General Motors LLC for Summary Judgment*, filed simultaneously herewith.

2. True and correct copies of the documents identified in Exhibit "A" annexed hereto are contained in the Compendium of Exhibits filed simultaneously herewith.

Dated: June 8, 2012

/s/ Scott I. Davidson
Scott I. Davidson

# EXHIBIT "A"

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Affidavit of Frederick A. Henderson Pursuant to Local Bankruptcy Rule 1007-2, dated June 1, 2009 [Docket No. 21] |
| B | Order dated July 5, 2009 approving 363 Sale,[1] which has attached thereto the Amended and Restated Master Sale and Purchase Agreement ("**MSPA**") |
| C | Declaration of Harry Wilson, dated June 25, 2009 [Docket No. 2577] |
| D | The Objection to Claims (as amended), dated November 11, 2010, filed by the GUC Trust |
| E | Relevant Excerpts from Sellers' Disclosure Schedules with respect to the MSPA, and Related E-Mails |
| F | Complaint, dated January 17, 2012, filed by the GUC Trust in the above-referenced Adversary Proceeding |
| G | Fiscal and Paying Agency Agreement, dated as of July 10, 2003 |
| H | International Swap Dealers Association, Inc. Master Agreement and Schedules, and Currency Rate Confirmations |
| I | Relevant Transcript Excerpts from the Deposition of Lawrence S. Buonomo, dated April 18, 2012 |
| J | Relevant Transcript Excerpts from the Deposition of Daniel Ammann, dated April 27, 2012 |
| K | Relevant Transcript Excerpts from the Deposition of Thomas M. Mayer, dated May 29, 2012 |
| L | Letter from Blake, Cassels, & Graydon LLP, dated January 27, 2009, a Letter from McInnes Cooper, dated February 4, 2009, a Letter from Blake, Cassels, & Graydon LLP, dated February 10, 2009, and a Letter from McInnes Cooper, dated February 13, 2009 |

---

1  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Statement of Undisputed Facts in Support of Motion for Summary Judgment filed by General Motors LLC*, filed simultaneously herewith.

19047908v1                              3

| | |
|---|---|
| M | Notice of Action with respect to Oppression Action |
| N | Email from Stephen Worth, dated March 18, 2009 |
| O | Press Release, General Motors Co., *GM Statement on Auto Industry Restructuring* (March 30, 2009) |
| P | Form S-4, dated April 27, 2009 |
| Q | Lock-Up Agreement, dated June 1, 2009 |
| R | Relevant Transcript Excerpts from the Deposition of Daniel Gropper, dated March 14, 2012 |
| S | Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky, dated April 12, 2012 |
| T | Relevant Transcript Excerpts from the Deposition of Bao Truong, dated April 20, 2012 |
| U | Relevant Transcript Excerpts from the Deposition of James Bolin, dated April 11, 2012 |
| V | Relevant Transcript Excerpts from the Deposition of Didric Cederholm, dated March 15, 2012 |
| W | Relevant Transcript Excerpts from the Deposition of Maurita Sutedja, dated May 31, 2012 |
| X | E-Mail from Daniel Ammann to Walter Borst, dated June 1, 2009 at 6:49 a.m. |
| Y | Promissory Note, dated as of May 29, 2009, and Trust Agreement, dated as of May 29, 2009 |
| Z | TD Bank Wiring Documents for May 29, 2009 |
| AA | GM Receipt, dated June 12, 2009, for $78,500,000 |
| BB | Amended Promissory Note, dated June 12, 2009 |
| CC | GM Receipt, dated July 7, 2009, for $372,589,733.33 |
| DD | Relevant Transcript Excerpts from the Deposition of Lawrence S. Buonomo, dated May 8, 2012 |

| EE | Escrow Agreement, dated as of June 4, 2009 |
|---|---|
| FF | Notice of Meeting Respecting Extraordinary Resolution, published on June 3, 2009 |
| GG | Relevant Transcript Excerpts from the Deposition of David Vanaskey, dated April 25, 2012 |
| HH | Form 8-K, dated June 1, 2009 |
| II | Relevant Excerpts from the Time Records of Kramer Levin for June, 2009 |
| JJ | First Amendment, Consent and Waiver Under Debtor-In-Possession Credit Agreement, dated June 25, 2009 |
| KK | Form 8-K, dated August 7, 2009 (Relevant Excerpts) |
| LL | Notice of Interim Report, dated August 11, 2009 |
| MM | Relevant Transcript Excerpts from the Deposition of Joseph Smolinsky, dated May 24, 2012 |
| NN | Relevant Excerpts from the Transcript of Sale Hearing, held on July 2, 2009 |
| OO | Relevant Excerpts from the Transcript of the Final DIP Hearing held on June 25, 2009 |
| PP | Email String beginning with Gordon Novod, dated July 1, 2009 |
| QQ | Order of the Court, dated June 2, 2009, Approving Sale Procedures |
| RR | Relevant Excerpts from the Contract Database Maintained for Assumption/Assignment Purposes |
| SS | Consent to Bankruptcy Order for Nova Scotia Finance, dated June 4, 2009 |
| TT | Form 8-K, dated October 9, 2009 |
| UU | Relevant Excerpts from the Debtors' Confirmed Plan of Liquidation |
| VV | Relevant Excerpts from the Motors Liquidation Company GUC Trust Agreement |
| WW | Motors Liquidation Company GUC Trust Quarterly GUC Trust Reports as of |

|  | March 31, 2012, filed with the Court on May 15, 2012 (Relevant Excerpts) |