Juanita Pickett
P.O. Box 1181
Mableton Ga 30126
6/6/2012



RECEIVED
JUN 13 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I Juanita Pickett are Appealing This Propose Order To Claims #18839 and #10846 the Docket #11782 the Date of Propose Order June 5, 2012 the Case # 09-50026 Re: this Order was in Bankruptcy under Judge Robert E Gerber

Thank you

Phone 678-913-7114