# COMPENDIUM OF EXHIBITS FOR MOTION FOR SUMMARY JUDGMENT FILED BY GENERAL MOTORS LLC