# EXHIBIT I

09-50026-mg  Doc 11853-3  Filed 06/20/12  Entered 06/20/12 15:17:35  Exhibit I - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon  Pg 2 of 19

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CHAPTER 11
CASE NO. 09-50026 (REG)
(Jointly Administered)

IN RE:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corporation, et al.,

      Debtors,

------------------------------------------

Transcript Designated Confidential

TRANSCRIPT OF
DEPOSITION OF LAWRENCE S. BUONOMO

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before TAB PREWETT, a Registered Professional Reporter, a Certified Shorthand Reporter, a Certified LiveNote Reporter, and Notary Public, held at the Offices of DICKSTEIN SHAPIRO, 1633 Broadway, New York, New York, on Thursday, April 18, 2012, commencing at 10 a.m.

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 3 of 19

2

```
 1

 2    A P P E A R A N C E S:

 3

 4           DICKSTEIN SHAPIRO LLP
             BY:  ERIC B. FISHER, ESQ.
 5                KATIE L. COOPERMAN, ESQ.
                  HILLARY GARDNER, ESQ.
 6           1633 Broadway
             New York, New York  10019-6708
 7           Counsel for the GUC Trust

 8

 9           GREENBERG TRAURIG LLP
             BY:  BRUCE ZIRINSKY, ESQ.
10                KEVIN D. FINGER, ESQ.
                  JOHN BAE, ESQ.
11                GARY D. TICOLL, ESQ.
             200 Park Avenue
12           New York, New York  10166
             Counsel for Aurelius
13

14
             KING & SPALDING, LLP
15           BY:  SCOTT DAVIDSON, ESQ.
                  ARTHUR J. STEINBERG, ESQ.
16           1185 Avenue of the Americas
             New York, New York  10036-4003
17           Counsel for New GM

18

19           AKIN GUMP STRAUSS
             HAUER & FELD, LLP
20           BY:  SEAN E. O'DONNELL, ESQ.
                  MICHAEL K. CROSS, ESQ.
21           One Bryant Park
             New York, New York  10036
22           Counsel for
             Green Hunt Wedlake, Inc.
23

24

25
```

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 4 of 19

3

```
 1

 2

 3              PAUL HASTINGS, LLP
                BY:  MARIA E. DOUVAS, ESQ.
 4              75 East 55th Street
                New York, New York  10022
 5              Counsel for Appaloosa Management

 6

 7
                BROWN RUDNICK LLP
 8              BY:  JAMILA JUSTINE WILLIS, ESQ.
                Seven Times Square
 9              New York, New York  10036
                Counsel for
10              GM Nova Scotia Noteholders

11

12   Also Present:  Michael A. Gruskin, Esq.
                    GM Counsel
13

14

15

16

17

18

19

20

21

22

23

24

25
```

09-50026-mg   Doc 11853-3   Filed 06/20/12   Entered 06/20/12 15:17:35   Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 5 of 19

4

```
 1                   Lawrence S. Buonomo
 2      L A W R E N C E    S.    B U O N O M O,
 3      doing business at General Motors,
 4      In-House Counsel,
 5      400 Renaissance Center,
 6      Detroit, Michigan   48265,
 7      having been sworn by the notary public to
 8      testify to the truth, testified as follows:
 9      DIRECT EXAMINATION
10      BY MR. FISHER:
11          Q    Good morning, Mr. Buonomo.  I
12      am going to be asking you a number of
13      questions today.  If you don't understand a
14      question, please let me know, and I will be
15      happy to rephrase it.
16               Okay?
17          A    Okay.
18          Q    Have you ever -- have you been
19      deposed before?
20          A    Yes.
21          Q    Approximately, how many times?
22          A    Four or five.
23          Q    And have you ever been deposed
24      in any matter involving the General Motors
25      bankruptcy case?
```

09-50026-mg   Doc 11853-3   Filed 06/20/12   Entered 06/20/12 15:17:35   Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 6 of 19

25

1                 Lawrence S. Buonomo
2        Q    Just jumping back for a moment,
3   you said that it was Mr. Lefkowitz who, on
4   behalf of GM, initiated contact with
5   Mr. Zirinsky at Greenberg Traurig?
6        A    I believe that's correct, yes.
7        Q    When did he do so?
8        A    It would have been immediately
9   after we terminated the bond exchange
10  offer.  So you could date it by that, but I
11  don't recall the date.
12       Q    Okay.  Is there a reason why
13  General Motors waited until after
14  expiration of the bond exchange offer
15  before initiating contact with
16  representatives of the noteholders?
17       A    Yes.
18       Q    What's the reason?
19       A    We didn't feel we were in
20  position to have those discussions with the
21  bond exchange offer outstanding.
22       Q    And why was that?
23       A    In part, it was because, as a
24  matter of practicality, it would undercut
25  the bond exchange offer.  I believe there

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 7 of 19

26

1           Lawrence S. Buonomo

2   were also much legal prohibitions -- right

3   word -- legal constraints about

4   communications we could have other than as

5   set forth in the S-4 with the bond exchange

6   offer in the market.

7           MR. STEINBERG:  Let me caution

8       the witness that, if the basis of your

9       knowledge is based on discussions with

10      outside counsel, it's subject to

11      privilege.

12          THE WITNESS:  Yeah.  I think I

13      can go that far and still be within

14      the constraints of the business

15      discussions.

16          MR. STEINBERG:  Okay.

17      Q    You mentioned that Mr. Young

18  had indicated that Mr. Ammann would be the

19  chief spokesperson for GM with regard to

20  the negotiations with the noteholders; is

21  that right?

22      A    It's not exactly what I said,

23  but Mr. Ammann did serve as our chief

24  spokesman.  And I am certain it was

25  Mr. Young's decision.

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 8 of 19

104

```
 1                  Lawrence S. Buonomo
 2    June 1st, I believe.
 3         Q     And if you turn to page
 4    12429 --
 5         A     Yes.
 6         Q     -- paragraph 4A-I --
 7         A     Um-hum.
 8         Q     -- there's reference there to a
 9    certain number of noteholders signing and
10    delivering "a lock-up agreement with GM
11    Nova Scotia in the form attached on or
12    before 6:00 a.m. EST, on or before June 1,
13    2009."
14         A     Um-hum.
15         Q     Do you know whether that
16    condition was satisfied?
17         A     Very close, one way or another,
18    by a couple of minutes.
19         Q     To your knowledge, when was the
20    lock-up agreement signed and delivered by
21    noteholders holding or representing not
22    less than two-thirds of the principal
23    amount of the notes?
24         A     Somewhere between approximately
25    6:00 a.m. on June 1st and 6:30 a.m. on
```

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 9 of 19

105

1               Lawrence S. Buonomo
2    June 1st, is the best of my recollection.
3    It's not a precise memory.
4        Q    Okay.  And do you know if that
5    was Eastern Standard Time or Eastern
6    Daylight Time?
7        A    It was whatever time was on my
8    watch.
9        Q    On your watch.  Okay.
10              So whatever time it was in
11   New York --
12       A    Yes, in New York.
13       Q    -- on June 1st?
14       A    Yes.
15       Q    Do you know -- do you know
16   whether -- which way -- on which side of
17   6:00 a.m.?
18       A    I really don't.
19       Q    The --
20       A    I really don't.
21       Q    Just so the record is clear --
22            MR. STEINBERG:  He said between
23       6:00 and 6:30, right?  So your
24       question was on which side of
25       6:00 a.m.?

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 10 of 19

107

1                  Lawrence S. Buonomo

2     conference room table.

3          Q    And did you see the signature

4     pages on the conference room table?

5          A    Yes.

6          Q    And -- and when you talk about

7     between 6:00 or 6:30 -- and I realize you

8     are doing your best to say what you thought

9     the time -- what time it was -- is that

10    where you are talking about?

11              You are talking about seeing

12    signature pages on the table between 6:00

13    and 6:30 a.m.?

14         A    We declared ourselves done in

15    that range of time.  Certainly, some of the

16    signature pages were presented in that time

17    period.  They were arranged on the table

18    for inspection by the Canadian government.

19    And that occurred a little later in the

20    morning.  So I don't think I saw the pile

21    of stuff on the table at 6:00 a.m.

22         Q    Okay.  When did you see the

23    signatures?

24         A    I saw signature pages in that

25    time frame; but the presentation of the

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 11 of 19

108

1                 Lawrence S. Buonomo
2     documents in the pile on this page -- on
3     the table to the government -- Canadian
4     government representatives occurred
5     somewhere in the 7:00 to 7:15 a.m. time
6     period.
7          Q    Okay.  And who from the
8     Canadian government was there?
9          A    I believe it was Monsieur
10    Pierre LaGeux, I believe, and his counsel.
11         Q    Who was his counsel?
12         A    I don't remember the name.
13         Q    Do you remember the firm?
14         A    It may come to me, but I don't.
15    It was a New York firm.  It was a US
16    lawyer.
17         Q    Okay.  Had Mr. LaGeux asked to
18    review the signature pages?
19         A    Yes.
20         Q    And did he tell you why he
21    wanted to look at them?
22         A    He wanted to confirm that there
23    was a deal that had been struck in order to
24    authorize, from the Canadian perspective,
25    that we would proceed in the version of the

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 12 of 19

119

1          Lawrence S. Buonomo
2    proceeding.  Did you participate in any
3    discussions with Treasury as to --
4    regarding that specific topic?
5         A     Yes.
6         Q     And when were those
7    discussions, just time frame?
8         A     In particular, there was a
9    meeting in mid-May.  Actually, I believe it
10   was May 14th -- but that is not with
11   100 percent certainty -- in Washington, DC,
12   with the Treasury and the Canadian
13   government representatives, to discuss what
14   to do with respect to Canada.
15        Q     And who from Treasury spoke to
16   the topic of whether GM Canada -- as to
17   whether the government -- the US government
18   had a preference for whether or not to file
19   GM Canada?
20        A     The sense I had -- who spoke to
21   it, Mr. Feldman was present.  I think
22   Mr. Wilson was present.  Mr. Feldman is the
23   one I definitely recall speaking.
24        Q     And what do you recall him
25   saying?

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 13 of 19

120

1           Lawrence S. Buonomo

2      A     Well, essentially, their

3   position, as expressed in that particular

4   meeting, at least, was that the Canadian

5   government would prefer not to file a GM of

6   Canada.  And, you know, the governments

7   were working together.  They were

8   cooperating.  And, therefore -- therefore,

9   it follows me -- to look at as to whether

10  there was a way to avoid it.

11          There were other times on the

12  phone I remember Mr. Feldman also

13  expressing concern about this issue of

14  execution risk that I mentioned earlier.

15          I don't actually specifically

16  recall that coming up in that particular

17  meeting.  It doesn't mean it didn't; but I

18  just can't recall, sitting here today.

19     Q     Now, not restricting yourself

20  to a particular meeting, but speaking more

21  generally, what did people from Treasury

22  tell you about concerns they had about

23  execution risks associated with a potential

24  GM Canada bankruptcy filing?

25     A     It was -- it was essentially

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 14 of 19

121

1                   Lawrence S. Buonomo

2    common ground that it would be difficult to

3    keep the time frame contemplated with the

4    necessity to coordinate between proceedings

5    on either side of the border.

6             The Treasury representatives

7    were emphatic at all points that the time

8    frame they laid out, which was, in fact,

9    enshrined, I believe, in the loan

10   documentation, must be maintained.

11            Timing was a critical element

12   to them, and this was one of the things --

13   the need to coordinate was one of the

14   things identified as possibly disruptive of

15   that time.

16       Q    Did you participate in any

17   board of directors meetings or calls during

18   which the Nova Scotia Bondholder issue was

19   discussed?

20       A    No.

21       Q    And just referring back for a

22   moment to your earlier testimony about

23   Mr. Gropper asking to see documents that

24   related to the loan between General Motors

25   Corporation and GM Canada --

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 15 of 19

145

1

2                           J U R A T

3

4        I DO HEREBY CERTIFY that I have

5   read the foregoing transcript of my

6   deposition testimony.

7

8

9

10

11  SWORN TO AND SUBSCRIBED

12  BEFORE ME THIS

13  DAY OF 2012

14  _ _ _ _ _ _ _ _ _ _

15

16

17

18

19

20

21

22

23

24

25

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 16 of 19

146

1

2                    I N D E X

3  WITNESS                 DIRECT        CROSS

4

5  LAWRENCE BUONOMO, ESQ.

6

7

8    BY MR. FISHER         4

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

09-50026-mg   Doc 11853-3   Filed 06/20/12   Entered 06/20/12 15:17:35   Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon   Pg 17 of 19

147

```
 1

 2                E X H I B I T S

 3   NUMBER      DOCUMENT                          PAGE

 4

 5   Exhibit No. Buonomo Exhibit 1,       6
     2009 E-Mail, Bates No. NGM 9131
 6
     Exhibit No. Buonomo Exhibit 2,       42
 7   Document with attachment, Bates
     No. MS&Co. 2389
 8
     Exhibit No. Buonomo Exhibit 3,       54
 9   4/17/09 GM Presentation Document,
     Bates Nos. UST 1 through 3
10
     Exhibit No. Buonomo Exhibit 4,       59
11   E-Mail Document, Bates No. NGM
     6151
12
     Exhibit No. Buonomo 5, E-Mail        62
13   Chain Document, Bates Nos. NGM
     6450 through 6451
14
     Exhibit No. Buonomo 6, Document,     63
15   Bates Nos. UST 2248 through 2253

16   Exhibit No. Buonomo 7, Document      64
     with two-page attachment, Bates
17   No. UST 2248

18   Exhibit No. Buonomo 8, E-Mail        74
     Chain Document, Bates Nos. NGM
19   10593 through 10597

20   Exhibit No. Buonomo Exhibit 9,       77
     Document, Bates No. NGM 10605
21
     Exhibit No. Buonomo 10, E-Mail       84
22   Chain Document, Bates Nos. NGM
     10610 through 10611
23

24

25
```

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 18 of 19

148

```
 1

 2

 3    Exhibit No. Buonomo 11, E-Mail        84
      Chain Document, Bates Nos. NGM
 4    13246 through 13269

 5    Exhibit No. Buonomo 12, E-Mail        89
      Chain Document, Bates Nos. NGM
 6    20626 through 20628

 7    Exhibit No. Buonomo 13, Document,     91
      Bates Nos. NGM 9127 through 9128
 8
      Exhibit No. Buonomo 14, Document,     92
 9    Bates No. NGM 9130

10    Exhibit No. Buonomo 15, Document      99
      with attachments, Bates Nos. NGM
11    595 through 606

12    Exhibit No. Buonomo 16, E-Mail        102
      Chain Document with attachments,
13    Bates NGM 12427 through 12440

14    Exhibit No. Buonomo 17, 6/5/09        114
      E-Mail Chain Document, Bates Nos.
15    NGM 14944 through 14956

16    Exhibit No. Buonomo 18, GM            116
      Presentation to the board for a
17    board meeting on May 27, 2009,
      Document, Bates Nos. NGM 28497
18    through 28518

19    Exhibit No. Buonomo 19, Document      128
      with attachment, Bates Nos. NGM
20    20632 to 20643

21

22

23

24

25
```

09-50026-mg    Doc 11853-3    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit I -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buon    Pg 19 of 19

149

1

2                         CERTIFICATE

3

4          I, TAB PREWETT, A Registered
Professional Reporter, Notary Public,
5   Certified LiveNote Reporter, and Certified
Shorthand Reporter, do hereby certify that
6   prior to the commencement of the
examination LAWRENCE BUONOMO was sworn by
7   the notary public to testify the truth, the
whole truth and nothing but the truth.  I
8   certify that neither LAWRENCE BUONOMO nor
counsel for LAWRENCE BUONOMO requested to
9   review the transcript to make changes to
form or substance.
10          I DO FURTHER CERTIFY that the
foregoing is a true and accurate transcript
11  of the testimony as taken stenographically
by and before me at the time, place and on
12  the date hereinbefore set forth.  I DO
FURTHER CERTIFY that I am neither a
13  relative nor employee nor attorney nor
counsel of any of the parties to this
14  action, and that I am neither a relative
nor employee of such attorney or counsel,
15  and that I am not financially interested in
the action.
16

    _____
17
    Notary Public
18

19  My Commission expires February 9, 2014
    Dated:  April 19, 2012
20

21

22

23

24

25

              Elisa Dreier Reporting Corp.  (212) 557-5558
                 950 Third Avenue, New York, NY 10022