# EXHIBIT J

1

- DANIEL AMMANN -

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------- X
                                                    )
In Re:                                              )  Chapter 11
                                                    )
MOTORS LIQUIDATION COMPANY, et al.,                 )  Case No.
f/k/a General Motors Corporation,                      09-50026 (REG)
et al,                                              )
                                                    )
        Debtors.                                    )
--------------------------------- X


DATE:  April 27, 2012

TIME:  9:30 a.m.


        DEPOSITION OF DANIEL AMMANN, held at the offices of Dickstein Shapiro, 1633 Broadway, New York, New York, pursuant to Agreement, before Hope Menaker, a Shorthand Reporter and Notary Public of the State of New York.

09-50026-mg  Doc 11853-4  Filed 06/20/12  Entered 06/20/12 15:17:35  Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann  d  Pg 3 of 20

2

```
 1                  - DANIEL AMMANN -

 2      A P P E A R A N C E S

 3      DICKSTEIN SHAPIRO, LLP

 4      Attorneys for the GUC Trust

 5           1633 Broadway

 6           New York, New York  10019-6708

 7      BY:  ERIC B. FISHER, ESQ.
             KATIE L. COOPERMAN, ESQ.
 8           HILLARY R. GARDNER, ESQ.

 9

10      KING & SPALDING, LLP

11      Attorneys for New GM and Witness

12           1185 Avenue of the Americas

13           New York, New York 10036-4003

14      BY:  ARTHUR J. STEINBERG, ESQ.
             SCOTT DAVIDSON, ESQ.
15

16      GREENBERG TRAURIG, LLP

17      Attorneys for Aurelius

18           200 Park Avenue

19           New York, New York  10166

20      BY:  BRUCE R. ZIRINSKY, ESQ.
             KEVIN D. FINGER, ESQ.
21           JOHN BAE, ESQ.
             GARY D. TICOLL, ESQ.
22

23

24

25
```

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 4 of 20

3

```
 1                    - DANIEL AMMANN -

 2    A P P E A R A N C E S (cont'd):

 3

 4    AKIN GUMP STRAUSS HAUER & FELD, LLP

 5    Attorneys for Green Hunt Wedlake, Inc.

 6         One Bryant Park

 7         New York, New York 10036

 8    BY:  SEAN E. O'DONNELL, ESQ.
           MICHAEL K. CROSS, ESQ.
 9

10    PAUL HASTINGS, LLP

11    Attorneys for Appaloosa Management

12         75 East 55th Street

13         New York, New York 10022

14    BY:  MARIA E. DOUVAS, ESQ.

15
      BROWN RUDNICK LLP
16    Attorneys for Certain of the GM Nova Scotia
       Noteholders
17         Seven Times Square

18         New York, New York 10036

19    BY:  DANIEL J. SAVAL, ESQ.

20

21    ALSO PRESENT:

22         Michael A. Gruskin, Esq.

23

24

25
```

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 5 of 20

4

```
 1                    - DANIEL AMMANN -

 2

 3            DANIEL AMMANN, called as a witness,

 4      having been duly sworn on April 27, 2012, by

 5      a Notary Public, was examined and testified

 6      as follows:

 7                        300 Renaissance Center

 8                        Detroit, MI 48265-3000

 9                        (Business)

10

11  EXAMINATION BY MR. FISHER:

12      Q.    Good morning, Mr. Ammann.  We met

13  just a few moments ago.  My name is Eric Fisher and

14  I'm with Dickstein Shapiro and we represent the

15  GUC Trust in this litigation.

16             Have you ever been deposed before?

17      A.    No.

18      Q.    Well, I'm going to be asking you a

19  number of questions today.  If a question is not

20  clear or confusing, I'd ask that you please let me

21  know and I'd be happy to rephrase, okay?

22      A.    Okay.

23      Q.    If you want to take a break at any

24  point, just let me know and we can go off the

25  record and take a break.  I only ask that we not
```

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J -
Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 6 of 20

27

1                    - DANIEL AMMANN -

2   yourself, have a view as to what the noteholder

3   recoveries would be in the event that GM Canada

4   were to file a bankruptcy proceeding in Canada?

5        A.     Our focus was much more on the pros

6   and cons to General Motors as distinct from the

7   impact on the creditors of a bankruptcy filing

8   versus no bankruptcy filing.

9        Q.     Okay.  I've shown you a spreadsheet

10  that you don't recall seeing.  What work do you

11  recall doing that helped to educate you --

12  withdrawn.

13              What work do you recall doing that

14  assisted you in being prepared to negotiate with

15  the noteholders?

16              MR. O'DONNELL:  Object to form.

17       A.     The main decision in front of us was

18  what are the benefits and costs of a GMCL filing

19  versus an out-of-court restructuring.  In the

20  context of that, there were both qualitative and

21  quantitative inputs that went into that decision

22  process.  And as I've previously explained to you,

23  the Nova Scotia notes were but one of three major

24  elements of that restructuring.

25              The assessment we had to make was in

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J -
Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 7 of 20

28

1                       - DANIEL AMMANN -

2     the context of all three elements, was there an

3     out-of-court alternative that would be acceptable,

4     not just to General Motors, but to the U.S. and

5     Canadian governments who were financing the

6     overall restructuring.

7          Q.     And when you first entered into those

8     negotiations, did you have a view as to what kind

9     of offer General Motors was prepared to make?

10         A.     Yes.

11         Q.     What was -- who made the initial

12    offer in those negotiations?  Did the offer come

13    from the noteholders or did it come from General

14    Motors?

15         A.     From General Motors.

16         Q.     What was General Motors' opening

17    offer?

18         A.     It was an offer -- cash offer in the

19    -- I don't recall the precise number, in the

20    between 20-something cent range.

21         Q.     Were you, at the time, comfortable

22    that was an appropriate opening offer?

23         A.     In what context?

24         Q.     Did you communicate the offer to the

25    noteholders?

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 8 of 20

29

```
 1                    - DANIEL AMMANN -
 2        A.    Yes.
 3        Q.    Did you think it was the right place
 4   to start?
 5        A.    Yes.  Otherwise we would not have
 6   started there.
 7        Q.    Okay.  So, what work did you do to
 8   determine that that was the right place to
 9   started?
10        A.    As I previously explained, we
11   conducted work around three main elements of the
12   restructuring.  In order to keep GMCL out of
13   bankruptcy we had to successfully reach agreement
14   with the CAW, the dealer group and the Nova Scotia
15   bondholders.  Those were the conditions that were
16   required of us in order to keep GMCL out of
17   bankruptcy.  If we were unsuccessful in reaching
18   agreement with any of those constituencies, we
19   would proceed with a GMCL filing.
20        Q.    And in terms of figuring out what the
21   opening offer was going to be in the negotiations,
22   did the labor issue and the dealer issue impact
23   the determination of what the opening offer to the
24   bondholders should be?
25        A.    Not directly.
```

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J -
Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 9 of 20

30

```
 1                   - DANIEL AMMANN -
 2        Q.    Did it impact it indirectly?
 3        A.    Well, without successful resolution
 4   of all three elements, there was no out-of-court
 5   alternative.
 6        Q.    And in the end, was there a
 7   successful resolution of the labor issue?
 8        A.    Yes.
 9        Q.    And when was that successfully
10   resolved?
11        A.    In the very few days preceding the GM
12   bankruptcy filing.
13        Q.    And was there a successful resolution
14   of the dealer issue?
15        A.    Yes.
16        Q.    And when was that successfully
17   resolved?
18        A.    In the same time frame.
19        Q.    And what about the issue of the
20   notes, when was that resolved?
21        A.    Very late on the Sunday evening or
22   early on the Monday morning before the GM
23   bankruptcy filing.
24        Q.    Of the three issues you described,
25   were -- the issue of the notes, was that the last
```

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 10 of 20

67

1              - DANIEL AMMANN -

2              MR. STEINBERG:  Objection,

3         foundation.  Withdrawn.

4         A.    Repeat the question.

5         Q.    Sure.  What discussions were there

6    about when to engage the Nova Scotia bondholders

7    in negotiations?

8         A.    As I mentioned previously, there were

9    three main elements of the GMCL restructuring that

10   we were working to resolve; CAW, dealers, Nova

11   Scotia bondholders.  So, as a general matter, we

12   wanted to make sure that we had all three of those

13   groups lined up, if you'd like.  At the same time,

14   given that there was an SEC bond exchange out at

15   that time, we concluded, I believe, that we would

16   be better off, for various reasons, waiting until

17   that offer had either expired or was completed.

18        Q.    And why was that?

19              In other words, why did you decide to

20   wait until the bond exchange offer expired before

21   approaching the Nova Scotia bondholders?

22             MR. STEINBERG:  To the extent that

23        your answer relies on conversations with

24        counsel, I'm going to instruct you not to

25        answer that.

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J -
Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 11 of 20

115

1                    - DANIEL AMMANN -

2        A.    You'll need to check the signature

3    pages.

4        Q.    Okay.  Is there anyone -- who at GM

5    did you keep apprised of the negotiations?

6        A.    Larry Buonomo was with me at all

7    times.

8        Q.    And did you and Larry report up the

9    chain, if you will, to other people at General

10   Motors about the status of the negotiations?

11       A.    Yes, I believe so.

12       Q.    And to whom did you report?

13       A.    My recollection would be that we

14   would have kept Ray Young and others in the loop.

15   But, as importantly, Matt Feldman as a

16   representative of the U.S. Treasury Automotive

17   Task Force and the Canadian government

18   representatives.

19       Q.    In terms of the deadline for getting

20   this deal done, did the Canadian government ever

21   express to you some deadline that they sought to

22   impose on completing the transaction?

23       A.    Yes.

24       Q.    Who from the Canadian government

25   communicated that deadline to you?

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 12 of 20

129

1                     - DANIEL AMMANN -

2     all collected?

3          A.     Not precisely.

4          Q.     Did the -- did anyone ask to review

5     the final signed version of the lockup agreement?

6          A.     Yes.

7          Q.     Who?

8          A.     Amongst others, the Canadian

9     government officials.

10         Q.     And was that request directed to you

11    or to somebody else?

12         A.     It was directed to the team

13    generally.

14         Q.     And, in fact, did they do that?

15         A.     Yes, they did.

16         Q.     Who from the Canadian government

17    reviewed the lockup agreement?

18         A.     I don't recall precisely.

19         Q.     Were you there when someone from the

20    Canadian government reviewed the document?

21         A.     Yes, I was.  It was more than one

22    person from the Canadian government.

23         Q.     Where did that review take place?

24         A.     In the conference room at Weil.

25         Q.     And what did that person or those

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J -
Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 13 of 20

130

1                       - DANIEL AMMANN -

2      people from the Canadian government review?

3          A.      They reviewed the -- as I recall,

4      they reviewed the document in detail and reviewed

5      all of the signature pages.

6          Q.      And what time was that?

7          A.      I would say approximately between

8      6:00 and 7:00 a.m. in the morning.

9                  MR. FISHER:  This might be as good a

10         time as any to take a short lunch break.

11                 MR. STEINBERG:  Are you finished with

12         the May 31st events or --

13                 MR. FISHER:  I think we're already on

14         the morning of June 1st.  No, I don't think

15         I'm finished with June 1st.

16                 MR. STEINBERG:  Do you want to finish

17         that or do you want to take the break.

18                 MR. FISHER:  Even if I ask a few more

19         questions I'm not sure I'll be finished.  We

20         might as well take a break.

21                 MR. STEINBERG:  Off the record.

22                 (Whereupon, a lunch break was taken

23         from 1:00 p.m. to 1:45 p.m.)

24                 MR. FISHER:  We are back on the

25         record.

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J -
Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 14 of 20

164

1                    - DANIEL AMMANN -

2              I'm going to ask the court reporter

3         the please mark as Exhibit 26 MS&Co 242.

4              (Whereupon, Ammann Exhibit 26 was

5         marked at this time.)

6         Q.    Is this an e-mail that you sent to

7    Mr. Feldman and Mr. Wilson?

8         A.    Seems to be.

9         Q.    And in this e-mail the last sentence

10   you write, "So it's a function of getting the

11   definitive docs done in time."  What did you mean

12   by that sentence?

13        A.    As I previously described and will

14   describe again, it was very clear all along

15   through these days leading up to the bankruptcy of

16   GM, that we had to get the Nova Scotia agreements,

17   along with the other elements of the Canadian

18   restructuring, completed prior to the GM

19   bankruptcy file.

20        Q.    As the night wore on from May 31st

21   and into the morning of June 1st, 2009, was there

22   any discussion among the parties about what time

23   in the morning Old GM was going to -- or what was

24   then General Motors Corporation, was going to file

25   for Chapter 11?

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J -
Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 15 of 20

176

1                       - DANIEL AMMANN -

2    communicating in this e-mail to Mr. Borst?

3         A.    Walter has sent me an e-mail asking

4    whether the Nova Scotia matter is still open.  I

5    sent him a response at 6:49 a.m. on June 1st,

6    notifying him that we were done with that

7    transaction.

8         Q.    What did you mean with the expression

9    "We are done"?

10        A.    That the transaction was completed,

11   agreements were executed and we were done.

12        Q.    As you sit here today, is there

13   anything that comes to your mind to question

14   whether you were done at the time that you sent

15   the e-mail to Mr. Borst?

16        A.    No.  As I've said consistently

17   through the day here, it was very clear and

18   unambiguous that we were required to be completed

19   with this transaction before the General Motors

20   bankruptcy filing.

21        Q.    If the transaction was not done by

22   the time GM was ready to file, would GM Canada

23   have then filed?

24        A.    Yes.

25        Q.    And was there a desire to file GM

09-50026-mg   Doc 11853-4   Filed 06/20/12   Entered 06/20/12 15:17:35   Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann   d   Pg 16 of 20

177

1                - DANIEL AMMANN -

2    Canada and GM at simultaneous filings in Canada

3    and the United States?

4         A.    There was a clear preference as a

5    business matter to not file GM Canada based on the

6    assessment of the pros and cons that I've

7    described at length here.  But at the same time,

8    there was a requirement from the Canadian

9    government and the U.S. Treasury to file GM Canada

10   if we had not completely resolved all of the

11   outstanding issues relating to the Nova Scotia

12   bondholders, the dealers, the CAW and some other

13   matters.

14            MR. STEINBERG:  I have nothing else.

15            MR. FISHER:  Me either.

16            THE WITNESS:  Thank you.

17            (Whereupon, the deposition concluded

18        at 3:25 p.m.)

19

20

21

22

23

24

25

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 17 of 20

178

```
 1                   - DANIEL AMMANN -

 2                   C E R T I F I C A T E

 3   STATE OF NEW YORK        )

 4                            ) ss.

 5   COUNTY OF NEW YORK       )

 6

 7         I, HOPE LYNN MENAKER, a Notary Public within

 8   and for the State of New York, do hereby certify:

 9         That DANIEL AMMANN, the witness whose

10   deposition is hereinbefore set forth, was duly

11   sworn by me and that such deposition is a true

12   record of the testimony given by the witness.

13         I FURTHER CERTIFY that neither DANIEL AMMANN

14   nor counsel for DANIEL AMMANN requested to review

15   the transcript to make changes to form or

16   substance.

17         I FURTHER CERTIFY that I am not related to

18   any of the parties to this action by blood or

19   marriage, and that I am in no way interested in

20   the outcome of this matter.

21              IN WITNESS WHEREOF, I have hereunto

22   set my hand this 30th day of April, 2012.

23

24                        _____

25                        HOPE LYNN MENAKER
```

09-50026-mg    Doc 11853-4    Filed 06/20/12    Entered 06/20/12 15:17:35    Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann    d    Pg 18 of 20

178

```
 1                    - DANIEL AMMANN -

 2                  C E R T I F I C A T E

 3    STATE OF NEW YORK        )

 4                             ) ss.

 5    COUNTY OF NEW YORK       )

 6

 7         I, HOPE LYNN MENAKER, a Notary Public within

 8    and for the State of New York, do hereby certify:

 9         That DANIEL AMMANN, the witness whose

10    deposition is hereinbefore set forth, was duly

11    sworn by me and that such deposition is a true

12    record of the testimony given by the witness.

13         I FURTHER CERTIFY that neither DANIEL AMMANN

14    nor counsel for DANIEL AMMANN requested to review

15    the transcript to make changes to form or

16    substance.

17         I FURTHER CERTIFY that I am not related to

18    any of the parties to this action by blood or

19    marriage, and that I am in no way interested in

20    the outcome of this matter.

21             IN WITNESS WHEREOF, I have hereunto

22    set my hand this 30th day of April, 2012.

23

24                        _____

25                        HOPE LYNN MENAKER
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

09-50026-mg   Doc 11853-4   Filed 06/20/12   Entered 06/20/12 15:17:35   Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann   d   Pg 19 of 20

179

```
1                    - DANIEL AMMANN -

2                          INDEX

3    WITNESS:  DANIEL AMMANN

4      EXAMINATION BY                              PAGE

5       MR. FISHER                                    4

6       MR. STEINBERG                              175

7
     INSTRUCTED NOT TO ANSWER                      PAGE
8
        MR. STEINBERG                              171
9

10   EXHIBITS FOR IDENTIFICATION

11    NUMBER           DESCRIPTION                 PAGE

12     1              MS&Co 2389 and attachment      20

13     2              MS&Co 475 - 481                40

14     3              MS&Co 475 with attachment      40

15     4              UST 2248 with attachment       50

16     5              UST 2248 - 2253                50

17     6              NGM 6450 - 6451                57

18     7              NGM 24847 - 24848              65

19     8              MS&Co 278 - 279                71

20     9              NGM 9130                       73

21    10              UST 001265 - 133               76

22    11              NGM 13190 - 13191              77

23    12              NGM 9118 - 9120                86

24    13              NGM 32338 - 32344              88

25    14              NGM 9131                      101
```

09-50026-mg Doc 11853-4 Filed 06/20/12 Entered 06/20/12 15:17:35 Exhibit J - Relevant Transcript Excerpts from the Deposition of Daniel Ammann d Pg 20 of 20

180

```
 1                      - DANIEL AMMANN -

 2                       INDEX (cont'd)

 3     15         NGM 8703 - 8704                        116

 4     16         NGM 8715                               120

 5     17         NGM 17418                              133

 6     18         MS&Co 2029 - 2030                      141

 7     19         MS&Co 1875 - 1876                      146

 8     20         WGM 791 - 819                          148

 9     21         GM 8-K dated 6/1/09                    151

10     22         GHW 4657 - 4673                        156

11     23         APP 5581 - 5587                        157

12     24         NGM 31542 - 31551                      159

13     25         NGM 28497 - 28518                      161

14     26         MS&Co 242                              164

15     27         NGM 955 - 956                          165

16     28         MS&Co 1826                             166

17     29         CC 133 - 135                           168

18     30         MS&Co 0001831                          175

19

20

21

22

23

24

25
```