# EXHIBIT N

| | |
|---|---|
| **From:** | Worth, Stephen <Worth@Evercore.com> |
| **Sent:** | Wednesday, March 18, 2009 4:13 PM |
| **To:** | walter.borst@gm.com; adil.mistry@gm.com; Ammann, Daniel (IBD) <daniel.ammann@morganstanley.com>; andrew.c.karp@bankofamerica.com; Repko, Bill <Repko@Evercore.com> |
| **Subject:** | Aurelis Capital |

We got a call from Dan Gropper (Aurelis Capital) - Nova Scotia investor along with Fortress and Appaloosa - to let us know that they are out there ready to talk when we are.  I assured him we knew they were out there.


Stephen Worth

Evercore Partners

55 East 52nd Street

New York, NY 10055

(W) 212-857-7419 | (M) 917-514-6892

worth@evercore.com