# EXHIBIT R

```
 1              - HIGHLY CONFIDENTIAL - DAN GROPPER -

 2       UNITED STATES BANKRUPTCY COURT

 3       SOUTHERN DISTRICT OF NEW YORK

 4       -------------------------------- X

 5                                        )

 6       In Re:                           )  Chapter 11

 7       MOTORS LIQUIDATION COMPANY, et al., )  Case No.
         f/k/a General Motors Corporation,    09-50026 (REG)
 8       et al,                           )

 9                  Debtors.              )

10       -------------------------------- X

11

12       DATE:  March 14, 2012

13       TIME:  9:05 a.m.

14

15                 HIGHLY CONFIDENTIAL DEPOSITION OF DAN

16       GROPPER, held at the offices of Greenberg Traurig,

17       200 Park Avenue, New York, New York, pursuant to

18       Agreement, before Hope Menaker, a Shorthand

19       Reporter and Notary Public of the State of New

20       York.

21

22

23

24

25
```

2

```
 1              - HIGHLY CONFIDENTIAL - DAN GROPPER -

 2       A P P E A R A N C E S

 3       DICKSTEIN SHAPIRO, LLP

 4       Attorneys for the GUC Trust

 5            1633 Broadway

 6            New York, New York  10019-6708

 7       BY:  ERIC B. FISHER, ESQ.
              KATIE L. COOPERMAN, ESQ.
 8            HILLARY R. GARDNER, ESQ.

 9

10       GREENBERG TRAURIG, LLP

11       Attorneys for Aurelius and the Witness

12             200 Park Avenue

13            New York, New York  10166

14       BY:  BRUCE R. ZIRINSKY, ESQ.
              KEVIN D. FINGER, ESQ.
15            JOHN BAE, ESQ.

16

17       KING & SPALDING LLP

18       Attorneys for New GM

19            1185 Avenue of the Americas

20            New York, New York 10036-4003

21       BY:  ARTHUR J. STEINBERG, ESQ.
              SCOTT DAVIDSON, ESQ.
22            JOHN A. CALABRO, ESQ.

23

24

25
```

3

```
 1              - HIGHLY CONFIDENTIAL - DAN GROPPER -
 2       A P P E A R A N C E S (cont'd)
 3
 4       AKIN GUMP STRAUSS HAUER & FELD, LLP
 5       Attorneys for Green Hunt Wedlake, Inc.
 6            One Bryant Park
 7            New York, New York 10036
 8       BY:  SEAN E. O'DONNELL, ESQ.
              MICHAEL K. CROSS, ESQ.
 9
10       PAUL HASTINGS, LLP
11       Attorneys for Appaloosa Management
12            75 East 55th Street
13            New York, New York 10022
14       BY:  MARIA E. DOUVAS, ESQ.
              BARRY G. SHER, ESQ.
15
16       BROWN RUDNICK
17       Attorneys for Certain of the GM Nova Scotia
          Noteholders
18
19            Seven Times Square
20            New York, New York 10036
21       BY:  DANIEL J. SAVAL, ESQ.
22
23
24
25
```

09-50026-mg    Doc 11856-2    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit R -
Relevant Transcript Excerpts from the Deposition of Daniel Gropper    Pg 5 of 15

4

```
 1            - HIGHLY CONFIDENTIAL - DAN GROPPER -
 2
 3                 DANIEL GROPPER, called as a witness,
 4        having been duly sworn on March 12, 2012, by a
 5        Notary Public, was examined and testified as
 6        follows:
 7                                   535 Madison Avenue
 8                                   New York, New York
 9                                   (Business)
10
11        EXAMINATION BY MR. FISHER:
12            Q.    Good morning, Mr. Gropper.  My name
13        Eric Fisher and I'm with the law firm of Dickstein
14        Shapiro, and we represent the GUC Trust in
15        connection with the GM bankruptcy proceedings.
16                 I'm going to have a number of
17        questions for you today.  If you don't understand
18        a question, please let me know and I'll be happy
19        to rephrase, okay?
20            A.    Yes.
21            Q.    And if at any point you want to take
22        a break, of course you're free to take a break,
23        just let me know.  I only ask that we not take a
24        break while there's still a question pending,
25        okay?
```

09-50026-mg    Doc 11856-2    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit R -
Relevant Transcript Excerpts from the Deposition of Daniel Gropper    Pg 6 of 15

42

```
 1            - HIGHLY CONFIDENTIAL - DAN GROPPER -
 2        A.    The terms were reflected in the
 3   lockup agreement that was signed subsequent to
 4   Saturday.
 5        Q.    The lockup agreement that was signed
 6   subsequent to Saturday, when was that signed?
 7        A.    That was signed before General Motors
 8   filed for bankruptcy, on Monday morning.
 9        Q.    Who signed that the lockup agreement
10   that was signed on Monday who signed that
11   agreement?
12        A.    Well, I did.  I know that
13   representatives from Fortress, Elliott and
14   Appaloosa signed it and certain of the GM entities
15   signed it.  I don't recall which ones.
16        Q.    What time on Monday morning did you
17   sign it?
18        A.    Around 7:00.
19        Q.    And when you signed it at around 7:00
20   a.m. on Monday morning, was the text of the lockup
21   agreement itself in its final form?
22        A.    I believe it was.
23        Q.    Do you remember -- where were you
24   when you signed the lockup agreement?
25        A.    At Weil, Gotshal's offices.
```

46

1         - HIGHLY CONFIDENTIAL - DAN GROPPER -
2         Q.    When you say you know the parties
3    were collecting signatures, who was collecting the
4    signatures from the parties?
5         A.    Weil.
6         Q.    And do you know whether Weil
7    collected all of the signatures from all of the
8    parties before GM filed for bankruptcy on Monday
9    morning?
10        A.    I remember being told they had.
11        Q.    Who told you that they had?
12        A.    I don't recall.
13        Q.    Apart from being told that all the
14   signatures had been collected prior to the GM
15   bankruptcy filing, do you have any other facts on
16   which you base the conclusion that all the
17   signature pages had been collected before the GM
18   bankruptcy filing?
19        A.    Again, I said that the Canadian
20   government was not prepared to sign off on the
21   filing of GM until the agreement was done and
22   signed and the Canadian government was investing
23   capital in the restructuring of GM, actually I
24   recall meeting representatives of the Canadian
25   government who were looking at the final version

09-50026-mg    Doc 11856-2    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit R -
Relevant Transcript Excerpts from the Deposition of Daniel Gropper    Pg 8 of 15

47

```
 1              - HIGHLY CONFIDENTIAL - DAN GROPPER -
 2       of the agreement before the filing and being
 3       introduced to them.  They were senior members of
 4       the Canadian government finance -- I don't know
 5       what they called their treasury, but it's that
 6       entity in Canada.
 7            Q.     That recollection is from Monday
 8       morning?
 9            A.     Yes.
10            Q.     Who told you that the Canadian
11       government would not sign off on the bankruptcy
12       filing for GM until after the lockup agreement had
13       been fully executed?
14            A.     I don't recall.
15            Q.     Can you think of any document that
16       might help refresh your recollection as to who
17       told you that?
18            A.     No.
19            Q.     What's your understanding or do you
20       have an understanding as to why that was important
21       to the Canadian government?
22            A.     I don't.
23            Q.     And you stated that you signed
24       Aurelius' signature page to the lockup agreement
25       sometime around 7:00 a.m. on Monday morning.  Do
```

93

```
 1              - HIGHLY CONFIDENTIAL - DAN GROPPER -
 2         A.    I don't know that there were any
 3    further revisions.
 4         Q.    What's your recollection as to when
 5    the final documentation -- as to when the lockup
 6    agreement was in its final form?
 7         A.    I don't recall.  When I say I don't
 8    recall, I don't recall the time on the clock when
 9    it occurred.
10         Q.    Do you recall anything, even if you
11    don't recall the time on the clock, what do you
12    recall about the time when the documentation was
13    finalized?
14              MR. FINGER:  Objection.  I believe
15         it's asked and answered.  You may answer
16         again.
17         A.    I'm not -- I'm not sure I understand
18    the question in that form.
19         Q.    Is it your testimony that the
20    document, that the lockup agreement document was
21    finalized before the GM bankruptcy petition was
22    filed?
23         A.    Yes.
24         Q.    How do you know that?
25         A.    Just -- it's just my recollect of it.
```

206

```
1              - HIGHLY CONFIDENTIAL - DAN GROPPER -
2                    A C K N O W L E D G E M E N T
3
4      STATE OF NEW YORK        )
5                               )  ss.
6      COUNTY OF NEW YORK       )
7
8           I, DANIEL GROPPER, hereby certify that I have
9      read the transcript of my testimony taken under
10     oath in my deposition of March 14, 2012; that
11     the  transcript is a true, complete and correct
12     record of my testimony, and that the answers on
13     the record as given by me are true and correct.
14
15                       _____
16                       DANIEL GROPPER
17
18     Subscribed and sworn
19     to before me on this the
20     _____ day of _____, 2012.
21     Notary Public, State of New York
22
23
24
25
```

09-50026-mg    Doc 11856-2    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit R - Relevant Transcript Excerpts from the Deposition of Daniel Gropper    Pg 11 of 15

207

```
 1
 2              C E R T I F I C A T E
 3     STATE OF NEW YORK        )
 4                              ) ss.
 5     COUNTY OF NEW YORK       )
 6
 7          I, HOPE LYNN MENAKER, a Notary Public within
 8     and for the State of New York, do hereby certify:
 9          That DANIEL GROPPER, the witness whose
10     deposition is hereinbefore set forth, was duly
11     sworn by me and that such deposition is a true
12     record of the testimony given by the witness.
13          I certify that neither Daniel Gropper nor
14     counsel for Mr. Gropper requested to review the
15     transcript to make changes to form or substance.
16          I further certify that I am not related to
17     any of the parties to this action by blood or
18     marriage, and that I am in no way interested in
19     the outcome of this matter.
20          IN WITNESS WHEREOF, I have hereunto
21     set my hand this 16th day of March, 2012.
22
23                          _____
24                          HOPE LYNN MENAKER
25
```

208

```
 1
 2                            INDEX
 3   WITNESS:  DAN GROPPER
 4     EXAMINATION BY                                    PAGE
 5       MR. FISHER                                         4
 6
 7
 8
 9
10
     INSTRUCTED NOT TO ANSWER                           PAGE
11     MR. FINGER                                        107
12     MR. FINGER                                        108
13     MR. FINGER                                        109
14     MR. FINGER                                        110
15     MR. FINGER                                        114
16
17   EXHIBITS FOR IDENTIFICATION
18     NUMBER        DESCRIPTION                        PAGE
19     1             WGM 195509 through 195517            16
20     2             Aurelius 25694 through 695           21
21     3             Aurelius 21352 through 21512         28
22     4             Aurelius 25076 through 25077         32
23     5             Aurelius 25067 to 25068              48
24     6             Aurelius 38528 to 38529              55
25     7             Aurelius 25053 through 25066         61
```

09-50026-mg    Doc 11856-2    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit R -
Relevant Transcript Excerpts from the Deposition of Daniel Gropper    Pg 13 of 15

209

| | | INDEX (cont'd) | |
|---|---|---|---|
| 3 | 8 | Aurelius 38508 to 38511 | 65 |
| 4 | 9 | Aurelius 24929 through 24934 | 68 |
| 5 | 10 | Aurelius 38476 | 73 |
| 6 | 11 | Elliot 1269 through 1308 | 73 |
| 7 | 12 | Aurelius 38470 through 38471 | 78 |
| 8 | 13 | Aurelius 38645 through 38467 | 79 |
| 9 | 14 | Fortress 2844 through 2868 | 79 |
| 10 | 15 | Aurelius 38377 | 84 |
| 11 | 16 | WGM 34804 through 34822 | 90 |
| 12 | 17 | WGM 791 through 819 | 95 |
| 13 | 18 | Aurelius 20470 through 20478 | 99 |
| 14 | 19 | Aurelius 20713 | 102 |
| 15 | 20 | Aurelius 12214 through 12228 | 111 |
| 16 | 21 | Aurelius 36093 through 36095 | 116 |
| 17 | 22 | Aurelius 34455 - WITHDRAWN | 117 |
| 18 | 23 | Aurelius 39716 to 39717 | 121 |
| 19 | 24 | Aurelius 36972 through 36980-R | 126 |
| 20 | 25 | Aurelius 21994 | 132 |
| 21 | 26 | Aurelius 15982 through 15894 | 134 |
| 22 | 27 | Aurelius 20491 | 135 |
| 23 | 28 | Aurelius 15659 through 15716 | 137 |
| 24 | 29 | Aurelius 20695 through 20697 | 139 |
| 25 | 30 | GHW 3386 to 3387 | 141 |

09-50026-mg    Doc 11856-2    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit R - Relevant Transcript Excerpts from the Deposition of Daniel Gropper    Pg 14 of 15

210

INDEX (cont'd)

| No. | Description | Page |
|---|---|---|
| 31 | GHW 2044 to 2045 | 143 |
| 32 | Aurelius 14277 through 14285 | 145 |
| 33 | Aurelius 24822 | 156 |
| 34 | Aurelius 20465 through 20469 | 157 |
| 35 | GHW 3353 through 3354 | 158 |
| 36 | Aurelius 24140 | 160 |
| 37 | Aurelius 22955 through 22956 | 161 |
| 38 | Aurelius 39827 through 39829 | 169 |
| 39 | Aurelius 26295 to 26296 | 170 |
| 40 | A letter from Mr. Zirinsky dated 2/2/12 | 172 |
| 41 | Second amended verified statement of Greenberg Traurig pursuant to bankruptcy rule 2019 | 177 |
| 42 | WGM 34823 through 34825 | 184 |
| 43 | Aurelius 38370 through 38372 | 186 |
| 44 | Aurelius 23960 to 23962 | 188 |
| 45 | WGM 32069 through 32080 | 189 |
| 46 | Aurelius 20963 | 191 |
| 47 | Aurelius 20970 to 20971 | 193 |
| 48 | Aurelius 20974 to 20975 | 194 |
| 49 | Aurelius 20745 | 197 |

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

09-50026-mg    Doc 11856-2    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit R -
Relevant Transcript Excerpts from the Deposition of Daniel Gropper    Pg 15 of 15

211

```
 1
 2                    INDEX (cont'd)
 3      50         Aurelius 24832 through 24834        199
 4      51         Proof of Claim                      203
 5      52         GHW 0004610 through 4617            203
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

09-50026-mg    Doc 11856-2    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit R -
Relevant Transcript Excerpts from the Deposition of Daniel Gropper    Pg 15 of 15