# EXHIBIT S

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S -
Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 2 of 15

1

```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CHAPTER 11
CASE NO. 09-50026 (REG)
(Jointly Administered)


IN RE:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corporation, et al.,


        Debtors,

-------------------------------------------


        TRANSCRIPT DESIGNATED CONFIDENTIAL


            TRANSCRIPT OF
    DEPOSITION OF BRUCE R. ZIRINSKY, ESQ.
```

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before TAB PREWETT, a Registered Professional Reporter, a Certified Shorthand Reporter, a Certified LiveNote Reporter, and Notary Public, held at the Offices of DICKSTEIN SHAPIRO, 1633 Broadway, New York, New York, on Thursday, April 12, 2012, commencing at 10 a.m.

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 3 of 15

2

```
 1

 2    A P P E A R A N C E S:

 3

 4          DICKSTEIN SHAPIRO LLP
            BY:  ERIC B. FISHER, ESQ.
 5               KATIE L. COOPERMAN, ESQ.
                 HILLARY R. GARDNER, ESQ.
 6               BARRY N. SEIDEL, ESQ.
            1633 Broadway
 7          New York, New York  10019-6708
            Counsel for the GUC Trust
 8

 9
            GREENBERG TRAURIG LLP
10          BY:  BEVIN M. BRENNAN, ESQ.
                 KEVIN D. FINGER, ESQ.
11               JOHN BAE, ESQ.
                 GARY D. TICOLL, ESQ.
12          200 Park Avenue
            New York, New York  10166
13          Counsel for Aurelius

14

15          KING & SPALDING, LLP
            BY:  SCOTT DAVIDSON, ESQ.
16          1185 Avenue of the Americas
            New York, New York  10036-4003
17          Counsel for New GM

18

19          AKIN GUMP STRAUSS
            HAUER & FELD, LLP
20          BY:  SEAN E. O'DONNELL, ESQ.
            One Bryant Park
21          New York, New York  10036
            Counsel for
22          Green Hunt Wedlake, Inc.

23

24

25
```

09-50026-mg   Doc 11856-3   Filed 06/20/12   Entered 06/20/12 15:50:11   Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky   Pg 4 of 15

3

```
 1

 2

 3              PAUL HASTINGS, LLP
                BY:  MARIA E. DOUVAS, ESQ.
 4              75 East 55th Street
                New York, New York  10022
 5              Counsel for Appaloosa Management

 6

 7
                BROWN RUDNICK LLP
 8              BY:  JAMILA JUSTINE WILLIS, ESQ.
                Seven Times Square
 9              New York, New York  10036
                Counsel for
10              GM Nova Scotia Noteholders

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 5 of 15

4

```
 1                  Bruce Zirinsky
 2      B R U C E    Z I R I N S K Y,
 3      doing business at Greenberg Traurig,
 4      MetLife Building,
 5      200 Park Avenue,
 6      New York, New York  10166,
 7      having been sworn by the notary public to
 8      testify to the truth, testified as follows:
 9      DIRECT EXAMINATION
10      BY MR. FISHER:
11           Q    Good morning, Mr. Zirinsky.
12           A    Good morning.
13           Q    Mr. Zirinsky, when did the law
14      firm of Greenberg Traurig first begin
15      representing the client in connection with
16      the General Motors Nova Scotia Finance
17      notes?
18           A    It was sometime in May of 2009.
19           Q    And how many such clients did
20      Greenberg represent in May of 2009?
21               MR. FINGER:  I object to the
22           form of the question.  But you can
23           answer.
24           A    Okay.  We started out
25      representing Aurelius, and then as things
```

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 6 of 15

106

```
 1                  Bruce Zirinsky
 2        A    Yes, once everybody gave up
 3   their signature pages.
 4        Q    Okay.  So you mentioned that
 5   you had custody of the Elliott signature
 6   page.  Did you have custody of any other
 7   signature pages?
 8        A    Not that I -- as I said, I
 9   don't recall on Fortress, but I just don't
10   have any recollection.
11        Q    Was there a moment when
12   everyone came together and signed the
13   document?
14        A    No.  I mean, signature pages
15   had been gathered in advance with the
16   understanding that, when we were done,
17   everybody would release them to Weil
18   Gotshal -- excuse me, which would then --
19   Weil Gotshal was obviously in control of
20   the document and was in control of making
21   sure that everybody's signature pages were
22   in, including the GM side.
23        Q    So Weil gathered all of the
24   signature pages?
25        A    I believe there was a room in
```

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S -
Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 7 of 15

107

1                    Bruce Zirinsky

2    which Weil had put all the signature pages

3    on their side.  And I remember seeing them

4    all laid out on a table at some point

5    before I left.  It was also -- I have a

6    recollection that the -- that the -- there

7    were representatives there from the

8    Canadian government together with their

9    counsel who wanted -- we were told they

10   wanted to make sure that all the signature

11   pages were in place, so that my

12   recollection is they actually went into the

13   room themselves and reviewed to make sure

14   everybody had signed.

15           Q     And you saw them do that?

16           A     I saw them come out of the

17   room.

18           Q     Okay.  So in terms of the GM

19   representatives who signed the lock-up

20   agreement, did you see their signatures on

21   the agreement before you left Weil Gotshal

22   that morning?

23           A     I don't know what you mean by

24   "on the agreement."

25           Q     Did you see their signatures on

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 8 of 15

114

1          Bruce Zirinsky
2    privileged; so if you can answer the
3    question without revealing privileged
4    communications, you may do so.
5    Otherwise I advise you not to answer.
6          MR. FISHER: Would you read the
7    question back.
8          Rather than do that, I'm going
9    to rephrase my question to make sure
10   that it's not asking for something
11   that may be privileged.
12         THE WITNESS: Um-hum.
13   Q    Were you -- did Mr. Gropper
14   ever tell Weil why he wanted to review this
15   document at 6:30 a.m. on June 1, 2009?
16   A    I don't know. I don't recall.
17   Q    As of 6:30 a.m., do you know
18   whether Mr. Gropper -- again, based on
19   anything he may have said in the presence
20   of Weil or other GM representatives, do you
21   know whether Mr. Gropper considered the
22   lock-up agreement to be finished?
23   A    I think he was -- had some -- I
24   think Dan was the last one to finish
25   reviewing and to deliver signature pages.

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 9 of 15

115

1              Bruce Zirinsky
2    I think he delivered them around 7:00, a
3    little after, maybe 7:15.  But it's my
4    recollection that, you know, Dan was the
5    last of the noteholders to hand over his
6    signature pages.
7         Q    If you look at the document
8    that's attached to the E-Mail --
9         A    Um-hum.
10        Q    -- you will see a footer on the
11   document.  When you were reviewing drafts
12   of the lock-up agreement, did you pay any
13   attention to the footer?
14        A    No.  I'm not a footer person.
15        Q    Do you know -- do you know what
16   version of the lock-up agreement on Weil
17   Gotshal's document management system this
18   document is, the one that we are looking
19   at?
20        A    I have no idea.
21        Q    And do you have any idea what
22   version of the lock-up agreement is the
23   version that all the parties considered
24   final?
25        A    I have no idea.

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 10 of 15

194

1
2                    J U R A T
3
4        I DO HEREBY CERTIFY that I have
5    read the foregoing transcript of my
6    deposition testimony.
7
8
9
10
11   SWORN TO AND SUBSCRIBED
12   BEFORE ME THIS
13   DAY OF 2012
14    _ _ _ _ _ _ _ _ _ _
15
16
17
18
19
20
21
22
23
24
25

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 11 of 15

195

```
 1
 2                    I N D E X
 3   WITNESS              DIRECT        CROSS
 4
 5   BRUCE R. ZIRINSKY, ESQ.
 6
 7
 8     BY MR. FISHER           4
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 12 of 15

196

```
 1

 2              E X H I B I T S

 3   NUMBER      DOCUMENT                        PAGE

 4

 5    Exhibit No. Zirinsky 1, E-Mail,       14
      Bates Nos. WGM 725 through 733
 6
      Exhibit No. Zirinsky 2, E-Mail,       22
 7    Bates No. WGM 33337

 8    Exhibit No. Zirinsky 3, Document,     30
      Bates Nos. WGM 34461 through 62
 9
      Exhibit No. Zirinsky 4, Document,     37
10    Bates Nos. Fortress 2585 to 2586

11    Exhibit No. Zirinsky 5, Document,     40
      Bates Nos. Aurelius 21352 through
12    21512

13    Exhibit No. Zirinsky 6, Document,     46
      Bates Nos. WGM 34465 through
14    34466

15    Exhibit No. Zirinsky 7, E-Mail        58
      Document, Bates Nos. WGM 34469
16    through 34471

17    Exhibit No. Zirinsky 8, Document,     59
      Bates No. 34476
18
      Exhibit No. Zirinsky 9, Document,     61
19    Bates Nos. Aurelius 25067 to
      25068
20
      Exhibit No. Zirinsky 10,              78
21    Document, Bates Nos. Appaloosa
      1838 through 1851
22

23

24

25
```

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S -
Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 13 of 15

197

| | | |
|---|---|---|
| 3 | Exhibit No. Zirinsky 11, Document, Bates Nos. Aurelius 38508 through 38511 | 82 |
| 5 | Exhibit No. Zirinsky 12, Document, Bates Nos. WGM 36232 to 36233 | 88 |
| 7 | Exhibit No. Zirinsky 13, E-Mail, Bates Nos. MS&Co. 1878 through 1890 | 89 |
| 9 | Exhibit No. Zirinsky 14, Markup of Lock-up Agreement, Bates Nos. Elliott 1269 through 1308 | 90 |
| 11 | Exhibit No. Zirinsky 15, E-Mail, Bates Nos. Aurelius 38476 | 92 |
| 13 | Exhibit No. Zirinsky 16, Document, Bates Nos. MS&Co. 32646 through 32670 | 94 |
| 15 | Exhibit No. Zirinsky 17, Document, Bates Nos. WGM 34800 through 34803 | 111 |
| 17 | Exhibit No. Zirinsky 18, Document, Bates Nos. WGM 34804 through 34822 | 113 |
| 19 | Exhibit No. Zirinsky 19, Document, Bates Nos. GTGNMS 1 through 2 | 118 |
| 21 | Exhibit No. Zirinsky 20, Document, Bates Nos. WGM 791 through 819 | 119 |
| 23 | Exhibit No. Zirinsky 21, Document, 8-K, Bates Nos. Aurelius 14277 through 14285 | 127 |

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S -
Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 14 of 15

198

```
 1

 2

 3     Exhibit No. Zirinsky 22,              131
       Document, Bates Nos. Aurelius
 4     14277 through 14285

 5     There was an instruction not to       136
       answer.
 6
       There was an instruction not to       138
 7     answer.

 8     Exhibit No. Zirinsky 23,              140
       Document, exhibit subsequently
 9     withdrawn from record, Bates Nos.
       GHW 2044 to 2045
10
       Exhibit No. Zirinsky 23,              144
11     Document, Bates Nos. WGM 35143
       through 35145
12
       Exhibit No. Zirinsky 24,              146
13     Document, Bates Nos. Aurelius
       22088 through 22090
14
       Exhibit No. Zirinsky 25,              151
15     Document, Bates Nos. Aurelius
       20470 through 20478
16
       Exhibit No. Zirinsky 26,              159
17     Document, Bates Nos. WGM 15007
       through 008
18
       Exhibit No. Zirinsky 27,              164
19     Document, Bates Nos. WGM 15056

20     Exhibit No. Zirinsky 28,              169
       Document, Bates Nos. GHW 6218
21     through 6219

22     Exhibit No. Zirinsky 29,              180
       Document, Bates Nos. GHW 6220
23     through 21

24     Document, Lock-Up Agreement with      191
       Signatures, requested
25
```

09-50026-mg    Doc 11856-3    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit S - Relevant Transcript Excerpts from the Deposition of Bruce Zirinsky    Pg 15 of 15

199

```
 1

 2                       CERTIFICATE

 3

 4          I, TAB PREWETT, A Registered
    Professional Reporter, Notary Public,
 5  Certified LiveNote Reporter, and Certified
    Shorthand Reporter, do hereby certify that
 6  prior to the commencement of the
    examination BRUCE ZIRINKSY was sworn by the
 7  notary public to testify the truth, the
    whole truth and nothing but the truth.  I
 8  certify that neither Bruce Zirinsky nor
    counsel for Bruce Zirinsky requested to
 9  review the transcript to make changes to
    form or substance.
10             I DO FURTHER CERTIFY that the
    foregoing is a true and accurate transcript
11  of the testimony as taken stenographically
    by and before me at the time, place and on
12  the date hereinbefore set forth.  I DO
    FURTHER CERTIFY that I am neither a
13  relative nor employee nor attorney nor
    counsel of any of the parties to this
14  action, and that I am neither a relative
    nor employee of such attorney or counsel,
15  and that I am not financially interested in
    the action.
16

17  _____
    Notary Public
18

19  My Commission expires February 9, 2014
    Dated:  April 12, 2012
20

21

22

23

24

25
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022