# EXHIBIT T

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T - Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 2 of 15

1

```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CHAPTER 11
CASE NO. 09-50026 (REG)
(Jointly Administered)


IN RE:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corporation, et al.,


        Debtors,

-------------------------------------------


       Transcript Designated Highly Confidential


               TRANSCRIPT OF
        DEPOSITION OF BAO D. TRUONG
```

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before TAB PREWETT, a Registered Professional Reporter, a Certified Shorthand Reporter, a Certified LiveNote Reporter, and Notary Public, held at the Offices of DICKSTEIN SHAPIRO, 1633 Broadway, New York, New York, on Friday, April 20, 2012, commencing at 10:13 a.m.

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T -
Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 3 of 15

2

```
 1

 2    A P P E A R A N C E S:

 3

 4            DICKSTEIN SHAPIRO LLP
              BY:  ERIC B. FISHER, ESQ.
 5                 KATIE L. COOPERMAN, ESQ.
                   HILLARY R. GARDNER, ESQ.
 6                 COLLEEN KILFOYLE, ESQ.
              1633 Broadway
 7            New York, New York  10019-6708
              Counsel for the GUC Trust
 8

 9
              GREENBERG TRAURIG LLP
10            BY:  KEVIN D. FINGER, ESQ.
                   JOHN BAE, ESQ.
11                 GARY D. TICOLL, ESQ.
              200 Park Avenue
12            New York, New York  10166
              Counsel for Aurelius
13

14
              KING & SPALDING, LLP
15            BY:  SCOTT DAVIDSON, ESQ.
              1185 Avenue of the Americas
16            New York, New York  10036-4003
              Counsel for New GM
17

18

19

20

21

22

23

24

25
```

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T - Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 4 of 15

3

```
 1

 2

 3              AKIN GUMP STRAUSS
                HAUER & FELD, LLP
 4              BY:  SEAN E. O'DONNELL, ESQ.
                     WILLIAM MONGAN, ESQ.
 5                   DEAN L. CHAPMAN, JR., ESQ.
                One Bryant Park
 6              New York, New York  10036
                Counsel for
 7              Green Hunt Wedlake, Inc.
                Mr. O'Donnell left as noted
 8              In the transcript.  Mr. Chapman
                was present as noted in the
 9              Transcript.

10


11              PAUL HASTINGS, LLP
                BY:  MARIA E. DOUVAS, ESQ.
12              75 East 55th Street
                New York, New York  10022
13              Counsel for Appaloosa Management

14

15

16              LATHAM & WATKINS LLP
                BY:  RICHARD OWENS, ESQ.
17              885 Third Avenue
                New York, New York  10022-4834
18              Counsel for the Witness,
                Bao Truong
19

20

21

22

23

24

25
```

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T - Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 5 of 15

4

```
 1                    Bao Truong
 2      B A O    D.     T R U O N G,
 3      doing business at Centerbridge Partners,
 4      375 Park Avenue,
 5      New York, New York,
 6      having been sworn by the notary public to
 7      testify to the truth, testified as follows:
 8      DIRECT EXAMINATION
 9      BY MR. FISHER:
10           Q    Good morning, Mr. Truong.
11           A    Good morning.
12           Q    My name is Eric Fisher.  I am
13      going to be asking you a number of
14      questions today.  If you don't understand a
15      question, please let me know, and I will be
16      happy to rephrase.
17                Okay.  And if you would like to
18      take a break at any point during your
19      deposition, I ask that you let me know,
20      and, as long as there is no question
21      pending, I will be happy to take a break.
22                Is that clear?
23           A    Yes.
24           Q    Where are you currently
25      employed?
```

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T - Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 6 of 15

129

```
 1                    Bao Truong
 2       A    That's correct.
 3       Q    And what did you do with his
 4  signature page?
 5       A    I kept them.
 6       Q    And did there come a point in
 7  time when you turned his signature page
 8  over to someone?
 9       A    Yes.
10       Q    When was that?
11       A    After we finalized the
12  agreement.
13       Q    And do you remember what time
14  that was?
15       A    It was approximately 7:00 a.m.
16       Q    And who did you give the
17  signature page to?
18       A    I don't recall the -- I don't
19  recall who I handed it to.
20       Q    It would -- do you know if it
21  was someone from Weil, or -- do you know if
22  it was someone from Weil?
23       A    I don't recall who the
24  individual was.
25       Q    Do you have any understanding
```

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T - Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 7 of 15

166

1                    Bao Truong
2      hard copy of the agreement or not?
3           A     I remember -- I recall waiting
4      for a copy of all of the documents, for the
5      document, for the executed document.
6                    Having gone through some of the
7      documents that you have shared, I waited
8      for some time.  I don't know if I -- I
9      don't recall if I left with the documents
10     or if the document was sent around and
11     shared pursuant to that E-Mail.
12                   But the document in itself was
13     in an executed form with signatures
14     certainly in around by 7:00 a.m. is my
15     recollection.
16          Q     Okay.  And the E-Mail below,
17     Ms. Cowen writes, quote:
18                   "I assume Dan or someone will
19     send documents around electronically when
20     ready."  Closed quote.
21                   To your knowledge, did Dan
22     Gropper ever send around the executed
23     version of the Lock-up Agreement?
24          A     I don't recall.
25          Q     Following General Motors'

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T - Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 8 of 15

208

```
 1
 2                      J U R A T
 3
 4         I DO HEREBY CERTIFY that I have
 5    read the foregoing transcript of my
 6    deposition testimony.
 7
 8
 9
10
11    SWORN TO AND SUBSCRIBED
12    BEFORE ME THIS
13    DAY OF 2012
14    _ _ _ _ _ _ _ _ _ _
15
16
17
18
19
20
21
22
23
24
25
```

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T - Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 9 of 15

209

```
 1
 2                    I N D E X
 3   WITNESS              DIRECT        CROSS
 4
 5   BAO TRUONG
 6
 7
 8      BY MR. FISHER         4
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

210

```
 1

 2                  E X H I B I T S

 3   NUMBER      DOCUMENT                          PAGE

 4

 5     There was an instruction not to        13
       answer.
 6
       Exhibit Nos. Fortress 1 to              18
 7     Fortress 7 were marked before the
       commencement of the deposition.
 8     Certain exhibits were not used
       during the deposition
 9
       Exhibit No. Fortress 1, Proof of       18
10     Claim Document, Bates Nos. FOR GM
       4732 to 4739
11
       Exhibit No. Fortress 7, Fourth         24
12     Amended Verified Statement of
       Greenberg Traurig Pursuant to
13     Bankruptcy Rule 2019

14     Exhibit No. Fortress 2, Proof of       25
       Claim Document
15
       There was an instruction not to        45
16     answer.

17     Exhibit No. Fortress 8, 12/3/08        55
       E-Mail Chain between Drew
18     McKnight and Bao Truong, Bates
       Nos. FOR GM 5436 to 37
19
       Exhibit No. Fortress 9, 12/10/08       59
20     E-Mail from Bao Truong to Michael
       Chung, Bates No. FOR GM 5443
21
       Exhibit No. Fortress 10, E-Mail        69
22     Chain Document, Bates FOR GM 245

23

24

25
```

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T -
Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 11 of 15

211

```
 1
 2
 3    Exhibit No. Fortress 11, E-Mail        77
      Chain between Mr. Truong and
 4    Robert Bebb, Bates Nos. FOR GM
      490 through 498
 5
      Exhibit No. Fortress 12, E-Mail        82
 6    Chain between Mr. Truong,
      Mr. Gropper, et als., Bates No.
 7    FOR GM 550

 8    Exhibit No. Fortress 13, E-Mail        86
      Chain between Mr. Truong and
 9    Leslee Cowen, et als., Bates No
      FOR GM 856
10
      Exhibit No. Fortress 14, Message       93
11    from Mr. Truong to Rebecca
      Pacholder at Sandell Asset
12    Management, Bates Nos. FOR GM 436
      to 437
13
      Exhibit No. Fortress 15, Document      95
14    with Attachment, Notes of
      Mr. Truong, Bates Nos. FOR GM
15    1050 to 1052

16    Exhibit No. Fortress 16, E-Mail       100
      Chain Document, Bates No. FOR GM
17    2215

18    Exhibit No. Fortress 17, 5/23/09      101
      E-Mail Chain with Mr. Truong and
19    Rebecca Pacholder at Sandell
      Asset Management, Castlerigg
20    Master Investments, Bates Nos.
      FOR GM 2205 to 2206
21
      Exhibit No. Fortress 18, 5/23/09      103
22    E-Mail Chain with Mr. Chung and
      Mr. Truong, Bates No. FOR GM 2209
23
      Exhibit No. Fortress 19, 5/23/09      104
24    E-Mail Chain, Bates Nos. FOR GM
      2211 to 2212
25
```

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T -
Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 12 of 15

212

 1

 2

 3    Exhibit No. Fortress 20, 5/31/09    122
      E-Mail Chain with Mr. Woodworth
 4    and Mr. Truong, Gropper, and
      Prieto, et als., Bates Nos. FOR
 5    GM 2654 through 2667

 6    Exhibit No. Fortress 21, 6/1/09     137
      E-Mail Chain with Mr. Truong and
 7    Ms. Cowen, Bates Nos. FOR GM 2890

 8    Exhibit No. Fortress 22, E-Mail     140
      Chain with Mr. Truong and Leslee
 9    Cowen, Re:  GM sig, Bates Nos.
      FOR GM 2897 through 2898
10
      Exhibit No. Fortress 23,            144
11    Document, Bates Nos. AUR GM 14277
      to 14285, a Copy of an 8-K with a
12    filing date of June 1, 2009

13    Exhibit No. Fortress 24, 6/1/09     146
      E-Mail from Peter Godhard to
14    many, with attached final Lock-up
      Agreement, Bates Nos. WGM 791 to
15    819

16    Exhibit No. Fortress 25, 5/30/09    158
      E-Mail Chain with Mr. Truong and
17    Leslee Cowen, Bates Nos. FOR GM
      2639 to 2642
18
      Exhibit No. Fortress 26, E-Mail     163
19    Chain with attachment, Bates Nos.
      FOR GM 2714 through 2715
20
      Exhibit No. Fortress 27, E-Mail     164
21    Chain Document, Bates Nos. FOR GM
      2899 to 2900
22
      Exhibit No. Fortress 28, 6/1/09     167
23    E-Mail Chain with Mr. Truong and
      Mr. Chung, Bates Nos. FOR GM 2976
24    to 2981

25

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T - Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 13 of 15

213

```
 1

 2

 3    Exhibit No. Fortress 29, 6/1/09    169
      E-Mail Chain from Ms. Pacholder
 4    to Mr. Truong, Bates Nos. FOR GM
      2982 to 2983
 5
      Exhibit No. Fortress 30, 6/2/09    170
 6    E-Mail Chain between Mr. McKnight
      and Pete Briger, Dean Dakolias,
 7    et als., Bates No. FOR GM 2994

 8    Exhibit No. Fortress 31, E-Mail    173
      Chain from Jonathon Goldrath to
 9    Bao Truong on 7/7/09, Bates Nos.
      FOR GM 1936 to 1940
10
      Exhibit No. Fortress 32, 11/3/09    175
11    Summary Document, Bates Nos. FOR
      GM 4676 to 4681
12
      Exhibit No. Fortress 33, 12/2/09    175
13    Summary Document, Bates Nos. FOR
      GM 5421 to 5424
14
      Exhibit No. Fortress 34, 1/5/10    175
15    Summary Document, Bates Nos. FOR
      GM 4070 to 4074
16
      Exhibit No. Fortress 35, 6/3/09    176
17    E-Mail from Mr. Truong to
      Jennifer Sorkin, Bates No. FOR GM
18    3254

19    Exhibit No. Fortress 36, 6/3/09    177
      E-Mail with attachment, from
20    AnaMaria Fratila to Mr. Truong,
      Bates Nos. FOR GM 3272 to 3284
21
      There was an instruction not to    184
22    answer.

23

24

25
```

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T -
Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 14 of 15

214

```
 1

 2

 3    Exhibit No. Fortress 37, 6/3/09     188
      E-Mail Chain from Mr. Truong to
 4    Ms. Cowen and Suki Sohn, Bates
      Nos. FOR GM 3351 to 3353
 5
      There was an instruction not to    195
 6    answer.

 7    Exhibit No. Fortress 38, 6/24/09    197
      E-Mail from Mr. Truong to Michael
 8    Divney, Bates No. FOR GM 1388

 9    Exhibit No. Fortress 39, 5/22/09    198
      E-Mail Chain with Mr. McKnight
10    and Bao Truong and Dean Dakolias,
      Bates Nos. FOR GM 2196 to 2198
11
      Exhibit No. Fortress 40, 4/27/09    201
12    Chat Conversation Transcript with
      Mr. Chung and Mr. Truong, Bates
13    Nos. FOR GM 1136 to 1144

14    Exhibit No. Fortress 41, Chat       203
      Room Transcript of Michael Chung
15    and Mr. Truong on 6/8/09, Bates
      Nos. FOR GM 4003 to 4013
16

17

18

19

20

21

22

23

24

25
```

09-50026-mg    Doc 11856-4    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit T - Relevant Transcript Excerpts from the Deposition of Bao Truong    date    Pg 15 of 15

215

```
 1
 2                    CERTIFICATE
 3
 4         I, TAB PREWETT, A Registered
    Professional Reporter, Notary Public,
 5  Certified LiveNote Reporter, and Certified
    Shorthand Reporter, do hereby certify that
 6  prior to the commencement of the
    examination BAO TRUONG was sworn by the
 7  notary public to testify the truth, the
    whole truth and nothing but the truth.  I
 8  certify that neither BAO TRUONG nor counsel
    for BAO TRUONG requested to review the
 9  transcript to make changes to form or
    substance.
10            I DO FURTHER CERTIFY that the
    foregoing is a true and accurate transcript
11  of the testimony as taken stenographically
    by and before me at the time, place and on
12  the date hereinbefore set forth.  I DO
    FURTHER CERTIFY that I am neither a
13  relative nor employee nor attorney nor
    counsel of any of the parties to this
14  action, and that I am neither a relative
    nor employee of such attorney or counsel,
15  and that I am not financially interested in
    the action.
16
    _____
17
    Notary Public
18
19  My Commission expires February 9, 2014
    Dated:  April 23, 2012
20
21
22
23
24
25
```