# EXHIBIT U

09-50026-mg   Doc 11856-5   Filed 06/20/12   Entered 06/20/12 15:50:11   Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin   dat   Pg 2 of 15

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CHAPTER 11
CASE NO. 09-50026 (REG)
(Jointly Administered)


IN RE:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corporation, et al.,


        Debtors,
-----------------------------------------

 TRANSCRIPT DESIGNATED HIGHLY CONFIDENTIAL


            TRANSCRIPT OF
      DEPOSITION OF JAMES BOLIN

        TRANSCRIPT of the stenographic

notes of the proceedings in the

above-entitled matter, as taken by and

before TAB PREWETT, a Registered

Professional Reporter, a Certified

Shorthand Reporter, a Certified LiveNote

Reporter, and Notary Public, held at the

Offices of DICKSTEIN SHAPIRO, 1633

Broadway, New York, New York, on Wednesday,

April 11, 2012, commencing at 10 a.m.

09-50026-mg   Doc 11856-5   Filed 06/20/12   Entered 06/20/12 15:50:11   Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin   dat   Pg 3 of 15

2

```
 1

 2    A P P E A R A N C E S:

 3

 4            DICKSTEIN SHAPIRO LLP
             BY:  ERIC B. FISHER, ESQ.
 5               KATIE L. COOPERMAN, ESQ.
                 HILLARY R. GARDNER, ESQ.
 6            1633 Broadway
             New York, New York  10019-6708
 7            Counsel for the GUC Trust

 8

 9            GREENBERG TRAURIG LLP
             BY:  BRUCE R. ZIRINSKY, ESQ.
10               KEVIN D. FINGER, ESQ.
                 JOHN BAE, ESQ.
11            200 Park Avenue
             New York, New York  10166
12            Counsel for Aurelius

13

14            KING & SPALDING, LLP
             BY:  ARTHUR J. STEINBERG, ESQ.
15               SCOTT DAVIDSON, ESQ.
             1185 Avenue of the Americas
16            New York, New York  10036-4003
             Counsel for New GM
17

18

19

20

21

22

23

24

25
```

09-50026-mg   Doc 11856-5   Filed 06/20/12   Entered 06/20/12 15:50:11   Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin   dat   Pg 4 of 15

3

1

2

3         AKIN GUMP STRAUSS
          HAUER & FELD, LLP
4         BY:  SEAN E. O'DONNELL, ESQ.
          One Bryant Park
5         New York, New York  10036
          Counsel for
6         Green Hunt Wedlake, Inc.

7

8

9         PAUL HASTINGS, LLP
          BY:  MARIA E. DOUVAS, ESQ.
10             BARRY G. SHER, ESQ.
          75 East 55th Street
11        New York, New York  10022
          Counsel for Appaloosa Management
12

13

14

15

16

17

18

19

20

21

22

23

24

25

09-50026-mg    Doc 11856-5    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin    dat    Pg 5 of 15

4

1              James Bolin

2              P R O C E E D I N G S

3    J A M E S    B O L I N,

4    doing business at Appaloosa Management,

5    51 JFK Parkway,

6    Short Hills, New Jersey  07078,

7    having been sworn by the notary public to

8    testify to the truth, testified as follows:

9    DIRECT EXAMINATION

10   BY MS. COOPERMAN:

11        Q    Good morning, Mr. Bolin.

12        A    Good morning.

13        Q    My name is Katie Cooperman.  I

14   am with the law firm of Dickstein, Shapiro.

15   We represent the GUC Trust in the GM

16   bankruptcy proceedings.  I will be asking

17   you a series of questions this morning;

18   and, if you don't understand a question,

19   just let me know, and I will be happy to

20   rephrase.  Okay?

21        A    Okay.

22        Q    If at any point you want to

23   take a break, just let me know, and I will

24   be happy to take a break.  I will only ask

25   that we not break while there is still a

1                    James Bolin

2          Q      And was that deadline met?

3          A      Roughly, yes.

4          Q      And what happened at 6:00 a.m.

5     on Monday morning?

6          A      Approximately, 6:00 a.m.,

7     thereabouts, we had the final documents in

8     place and executed them.

9          Q      When did you first arrive at

10    Weil's offices on Sunday, May 31st?

11               MR. SHER:  If you are going

12          back to start there, we might want to

13          break for lunch.  It's about a quarter

14          of 1:00.  Is now a good time?  Unless

15          you have a short --

16               MS. COOPERMAN:  That's fine.

17          Yes.

18               (A lunch recess was taken.)

19          Q      I will ask the court reporter

20    to mark as Bolin Exhibit 31, document

21    APP 1302 through 1315.

22               (Exhibit No. Bolin 31, Document

23          APP 1302 through 1315, is marked by

24          the reporter for identification.)

25          Q      Mr. Bolin, do you recognize

09-50026-mg    Doc 11856-5    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin    dat    Pg 7 of 15

206

```
 1

 2                        J U R A T

 3

 4            I DO HEREBY CERTIFY that I have

 5    read the foregoing transcript of my

 6    deposition testimony.

 7

 8

 9

10

11    SWORN TO AND SUBSCRIBED

12    BEFORE ME THIS

13    DAY OF 2012

14    _ _ _ _ _ _ _ _ _ _

15

16

17

18

19

20

21

22

23

24

25
```

09-50026-mg    Doc 11856-5    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin    dat    Pg 8 of 15

207

```
 1

 2                        I N D E X

 3     WITNESS                  DIRECT        CROSS

 4

 5     JAMES BOLIN

 6

 7

 8       BY MS. COOPERMAN        4

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2                E X H I B I T S

 3    NUMBER      DOCUMENT                        PAGE

 4

 5    Exhibit No. Bolin 1, Proof of        9
      Claim Prepared by Greenberg
 6    Traurig for GM nova bonds

 7    Exhibit No. Bolin 2, Proof of       10
      Claim Prepared by Greenberg
 8    Traurig for GM nova bonds

 9    Exhibit No. Bolin 3, Proof of       10
      Claim Prepared by Greenberg
10    Traurig for GM nova bonds

11    Exhibit No. Bolin 4, Proof of       10
      Claim Prepared by Greenberg
12    Traurig for GM nova bonds

13    Exhibit No. Bolin 5, Proof of       13
      Claim filed in the General Motors
14    Nova Scotia bankruptcy

15    Exhibit No. Bolin 6, Proof of       13
      Claim in the General Motors nova
16    Canadian bankruptcy for nova
      bonds
17
      Exhibit No. Bolin 7, Proof of       14
18    Claim filed in Canada for the
      Nova Scotia bankruptcy
19
      Exhibit No. Bolin 8, Proof of       14
20    Claim filed in the Nova Scotia
      bankruptcy for Nova bonds
21
      Exhibit No. Bolin 9, second         17
22    amended statement of Greenberg
      Traurig pursuant to bankruptcy
23    rule 2019

24

25
```

09-50026-mg    Doc 11856-5    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin    dat    Pg 10 of 15

209

1

2

3    Exhibit No. Bolin 10, 10/21/08   28
    E-Mail chain, Bates Nos. APP 3301
4    through 3304

5    Exhibit No. Bolin 11, E-Mail   34
    chain, Bloomberg Chat, Bates Nos.
6    FOR 570 through 571

7    Exhibit No. Bolin 12, Bloomberg   36
    Chat Document, Bates No. MSIP
8    2138

9
    Exhibit No. Bolin 13, Bloomberg   37
10   Chat Document, Bates No. MSIP
    2152
11
    Documents, Bloomberg Chats,   37
12   requested

13   Exhibit No. Bolin 14, Gmail   38
    document involving Mr. Cole,
14   Bates No. MSIP 2186

15   Documents, Personal E-Mail   39
    accounts, requested
16
    Exhibit No. Bolin 15, E-Mail   41
17   chain, Bates Nos. MSIP 20476

18   Exhibit No. Bolin 16, E-Mail   43
    chain, Bates Nos. MSIP 21162
19
    Exhibit No. Bolin 17, Complaint,   47
20   Bates Nos. APP 1216 through 1227

21   There was an instruction not to   50
    answer.
22
    There was an instruction not to   51
23   answer.

24

25

09-50026-mg   Doc 11856-5   Filed 06/20/12   Entered 06/20/12 15:50:11   Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin   dat   Pg 11 of 15

210

```
 1

 2

 3    Exhibit No. Bolin 18, Document,     54
      Bates Nos. AUR 13920 through
 4    13934

 5    There was an instruction not to     60
      answer.
 6
      Exhibit No. Bolin 19, Document,     61
 7    Bates Nos. FOR 436 through 437

 8    Exhibit No. Bolin 20, E-Mail,       63
      Document, Bates No. APP 5310
 9
      Exhibit No. Bolin 21, Document,     67
10    Bates No. APP 5572,

11    There was an instruction not to     70
      answer.
12
      Exhibit No. Bolin 22, E-Mail        74
13    Chain, Document, Bates Nos. APP
      245 through 254
14
      There was an instruction not to     79
15    answer.

16    Exhibit No. Bolin 23, 5/28          80
      E-Mail chain with Andrew
17    Woodworth, Document, Bates Nos.
      APP 1056 through 1074
18
      Exhibit No. Bolin 24, Document,     83
19    Bates Nos. WGM 34447 through
      34452
20
      Exhibit No. Bolin 25, Document,     91
21    Bates Nos. APP 487 through 488

22    Exhibit No. Bolin 26, Document,     95
      Bates Nos. MSN CO 261 through 265
23

24

25
```

09-50026-mg   Doc 11856-5   Filed 06/20/12   Entered 06/20/12 15:50:11   Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin   dat   Pg 12 of 15

211

```
 1

 2

 3     Exhibit No. Bolin 27, Document,     101
       Bates Nos. WGM 33338 through
 4     33339

 5     Exhibit No. Bolin 28, Document,     107
       Bates Nos. AUR 21352 through
 6     21512

 7     There was an instruction not to     109
       answer.
 8
       Exhibit No. 29, E-Mail, Bates       116
 9     Nos. APP 1316 through 1318

10     Unredacted version of Exhibit 29,   118
       requested
11
       Exhibit No. Bolin 30, Document,     119
12     Bates Nos. FOR 2684 through 2687

13     Exhibit No. Bolin 31, Document      125
       APP 1302 through 1315
14
       Documents, Personal E-Mail          127
15     account production, requested

16     Exhibit No. Bolin 32, Document,     132
       Bates Nos. App 220 through 234
17
       Exhibit No. Bolin 33, Document,     139
18     Bates Nos. ELL 1269 through 1308

19     Documents, Appaloosa Production,    141
       requested
20
       Exhibit No. Bolin 34, Document,     143
21     Bates Nos. 36258 through 36265

22     Exhibit No. Bolin 35, Document,     147
       Bates Nos. WGM 34760 through
23
       Exhibit No. Bolin 36, Document,     151
24     Bates Nos.

25
```

09-50026-mg    Doc 11856-5    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin    dat    Pg 13 of 15

212

```
 1

 2

 3      Exhibit No. 37, Document, Bates      157
        Nos. 21760 through 21761
 4
        Exhibit No. 38, Document, Bates      159
 5      No. 20713

 6      Exhibit No. Bolin 39, Document,      165
        Bates Nos. ELL 2301 through 2308
 7
        Exhibit No. Bolin 40, Document,      168
 8      Bates Nos. AUR 23022 through
        23054
 9
        Exhibit No. Bolin 41, Document,      173
10      Bates Nos. ELL 1583 through 1594

11      Exhibit No. Bolin 42, Document,      174
        Bates Nos. 35754 through 35759
12
        Exhibit No. Bolin 43, Document,      177
13      Bates Nos. APP 64 through 66

14      Exhibit No. Bolin 44, Document,      177
        Bates Nos. APP 67 through 69
15
        Exhibit No. 45, Document, Bates      182
16      Nos. ELL 1371 through 1372

17      There was an instruction not to      183
        answer.
18
        Exhibit No. Bolin 46, Document,      184
19      Bates No. AUR 14277

20      Exhibit No. Bolin 47, Document,      193
        Bates Nos. GHW 3353 through 3354
21
        Exhibit No. Bolin 48, Document,      195
22      Bates Nos. NGM 3376 through 3381

23

24

25
```

09-50026-mg   Doc 11856-5   Filed 06/20/12   Entered 06/20/12 15:50:11   Exhibit U -
Relevant Transcript Excerpts from the Deposition of James Bolin   dat   Pg 14 of 15

213

1

2

3    Exhibit No. Bolin 49, 8-K, Bates    197
     Nos. AUR 20465 through 20469
4
     Exhibit No. Bolin 50, Minutes of    200
5    Creditors Meeting, Bates Nos. GHW
     2218 through 2228
6
     Exhibit No. Bolin 51, third         203
7    Amended Verified statement of
     Greenberg Traurig pursuant to
8    bankruptcy rule 2019

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2                    CERTIFICATE

 3          I, TAB PREWETT, A Registered Professional

 4  Reporter, Notary Public, Certified LiveNote

 5  Reporter, and Certified Shorthand Reporter, do

 6  hereby certify that prior to the commencement

 7  of the examination JAMES BOLIN was sworn by the

 8  notary public to testify the truth, the

 9  whole truth and nothing but the truth.

10      I CERTIFY that neither JAMES BOLIN nor

11  counsel for Mr. BOLIN requested to review the

12  transcript to make changes to form or substance.

13      I DO FURTHER CERTIFY that the foregoing is a

14  true and accurate transcript of the testimony as

15  taken stenographically by and before me at the

16  time, place and on the date hereinbefore set forth.

17      I DO FURTHER CERTIFY that I am neither a

18  relative nor employee nor attorney nor counsel

19  of any of the parties to this action, and that

20  I am neither a relative nor employee of such

21  attorney or counsel, and that I am not

22  financially interested in the action.

23  _____
    Notary Public
24  My Commission expires February 9, 2014
    Dated:  April 11, 2012
25
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022