# EXHIBIT V

```
 1            - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -

 2       IN THE UNITED STATES BANKRUPTCY COURT

 3       FOR THE SOUTHERN DISTRICT OF NEW YORK

 4       ------------------------------------------ X

 5       In Re:                              )

 6       MOTORS LIQUIDATION COMPANY,         )  Chapter 11

 7       et al., f/k/a General Motors        )  CASE NO.

 8       Corporation, et al.,                )  09-50026 (REG)

 9                    Debtors.               )  (Jointly Administered)

10

11       ------------------------------------------ X

12       DATE:  March 15, 2012

13       TIME:  10:00 a.m.

14

15                HIGHLY CONFIDENTIAL DEPOSITION OF

16       DIDRIC CEDERHOLM, held at the offices of Dickstein

17       Shapiro, 1633 Broadway, New York, New York,

18       pursuant to Agreement, before Hope Menaker, a

19       Shorthand Reporter and Notary Public of the State

20       of New York.

21

22

23

24

25
```

09-50026-mg    Doc 11856-6    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit V -
Relevant Transcript Excerpts from the Deposition of Didric Cederholm    Pg 3 of 11

2

```
 1           - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -
 2       A P P E A R A N C E S:
 3
 4       DICKSTEIN SHAPIRO LLP
 5       Attorneys for the GUC Trust
 6            1633 Broadway
 7            New York, New York  10019-6708
 8       BY:  ERIC B. FISHER, ESQ.
 9            KATIE L. COOPERMAN, ESQ.
10            JONATHAN A. ZAKHEIM, ESQ.
11
12       GREENBERG TRAURIG LLP
13       Attorneys for Aurelius and the Witness
14            200 Park Avenue
15            New York, New York  10160
16       BY:  BRUCE R. ZIRINSKY, ESQ.
17            KEVIN D. FINGER, ESQ.
18            JOHN BAE, ESQ.
19
20       KING & SPALDING, LLP
21       Attorneys for New GM
22            1185 Avenue of the Americas
23            New York, New York  10036-4003
24       BY:  ARTHUR J. STEINBERG, ESQ.
25            SCOTT DAVIDSON, ESQ.
```

```
                                                       3
 1          - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -
 2            JOHN CALABRO, ESQ.
 3
 4     AKIN GUMP STRAUSS HAUER & FELD, LLP
 5     Attorneys for Green Hunt Wedlake, Inc.
 6           One Bryant Park
 7           New York, New York  10036
 8     BY:  SEAN E. O'DONNELL, ESQ.
 9           DEAN L. CHAPMAN, ESQ.
10
11     PAUL HASTINGS, LLP
12     Attorneys for Appaloosa Management
13           75 East 55th Street
14           New York, New York  10022
15     BY:  MARIA E. DOUVAS, ESQ.
16
17     BROWN RUDNICK LLP
18     Attorneys for Certain of the
19     GM Nova Scotia Noteholders
20           Seven Times Square
21           New York, New York  10036
22     BY:  JAMILA JUSTINE WILLIS, ESQ.
23
24
25
```

4

```
 1            - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -
 2                   DIDRIC CEDERHOLM, called as a
 3            witness, having been duly sworn on
 4            March 15, 2012, by a Notary Public, was
 5            examined and testified as follows:
 6                                        40 West 59th Street
 7                                        New York, NY  10019
 8                                        (Business)
 9
10       EXAMINATION BY MR. FISHER:
11            Q.     Good morning, Mr. Cederholm.
12            A.     Good morning.
13            Q.     My name is Eric Fisher, and I'm with
14       the law firm of Dickstein Shapiro and we represent
15       the GUC Trust in this proceeding.
16                   I'm going to be asking you a number
17       of questions today.  If you don't understand a
18       question, please let me know and I'll be happy to
19       rephrase.  Okay?
20            A.     Yes.
21            Q.     And if you want to take a break --
22                   (Whereupon, a brief discussion was
23            held off record.)
24                   MR. FISHER:  So let's go back on the
25            record.  Good morning, Arthur.
```

09-50026-mg    Doc 11856-6    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit V - Relevant Transcript Excerpts from the Deposition of Didric Cederholm    Pg 6 of 11

108

```
 1          - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -
 2        A.    Before it had to be.
 3        Q.    And was it ready at 4:00 a.m.?
 4        A.    Are you asking me when all the sig
 5   pages were on the table?
 6        Q.    No.  Did Elliott sign the final
 7   version of the lockup agreement?
 8        A.    Yes, we did.
 9        Q.    Well, my question is just, if you
10   know, when did that lockup agreement reach its
11   final form?
12              MR. FINGER:  Objection to form and
13        foundation.
14        A.    We signed our signature page I
15   believe in the evening of that Sunday.  And that
16   signature page was given to Greenberg Traurig to
17   be held in trust until the document was
18   effectively agreed upon by the parties.
19        Q.    And it's really the last part of your
20   answer that I'm asking about, which is when was
21   the document effectively agreed upon?
22        A.    So, effectively, in substance, my
23   view was that it was agreed upon when Todd
24   Chandler walked into the room and said we had an
25   agreement.  That was about 4:00.  Then there was a
```

09-50026-mg    Doc 11856-6    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit V - Relevant Transcript Excerpts from the Deposition of Didric Cederholm    Pg 7 of 11

109

1         - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -
2    delay until they were able to actually get
3    sign-off from other parties who weren't in the
4    room, but still needed to opine because of how
5    this bankruptcy evolved and because of all the
6    parties that -- that were involved.
7              And that occurred -- you know, that
8    had occurred when we were allowed to walk in and
9    confirm that the signature pages of all the
10   parties relevant were on the table in that room.
11   It was light out.  We stayed there all night.  It
12   was early morning and it was before -- when I said
13   before it had to be, it was before GM filed for
14   bankruptcy.
15        Q.    What time?
16        A.    GM filed for bankruptcy sometime
17   before 8:00 a.m. I believe.  I think I walked into
18   that room somewhere between 6:00 and 7:15, but
19   recall our sig page had been released way before I
20   walked into that room.  We walked into that room
21   when the Canadian minister had effectively blessed
22   the deal and others whom I did not take part in
23   those discussions.
24        Q.    Who released your signature page?
25        A.    That would be Bruce I believe.

214

```
1            - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -
2                  A C K N O W L E D G E M E N T
3
4       STATE OF NEW YORK       )
5                               )  ss.
6       COUNTY OF NEW YORK      )
7
8            I, DIDRIC CEDERHOLM, hereby certify that I
9       have read the transcript of my testimony taken
10      under oath in my deposition of March 15, 2012;
11      that the    transcript is a true, complete and
12      correct record of my testimony, and that the
13      answers on the record as given by me are true and
14      correct.
15
16                      _____
                        DIDRIC CEDERHOLM
17
18      Subscribed and sworn
        to before me on this the
19      _____ day of _____, 2012.
20
21                      _____
                        Notary Public, State of New York
22                      My commission expires:_____
23
24
25
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

09-50026-mg    Doc 11856-6    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit V - Relevant Transcript Excerpts from the Deposition of Didric Cederholm    Pg 9 of 11

215

```
 1          - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -
 2                    C E R T I F I C A T E
 3     STATE OF NEW YORK         )
 4                               ) ss.
 5     COUNTY OF NEW YORK        )
 6
 7          I, HOPE LYNN MENAKER, a Notary Public within
 8     and for the State of New York, do hereby certify:
 9          That DIDRIC CEDERHOLM, the witness whose
10     deposition is hereinbefore set forth, was duly
11     sworn by me and that such deposition is a true
12     record of the testimony given by the witness.
13          I certify that neither DIDRIC CEDERHOLM nor
14     counsel for Mr. CEDERHOLM requested to review the
15     transcript to make changes to form or substance.
16          I further certify that I am not related to
17     any of the parties to this action by blood or
18     marriage, and that I am in no way interested in
19     the outcome of this matter.
20          IN WITNESS WHEREOF, I have hereunto
21     set my hand this 19th day of March, 2012.
22
23                         _____
24                         HOPE LYNN MENAKER
25
```

```
                                                                      216

 1              - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -

 2                            INDEX

 3     WITNESS:  DIDRIC CEDERHOLM

 4      EXAMINATION BY                                        PAGE

 5        MR. FISHER                                             4

 6

 7      INSTRUCTED NOT TO ANSWER                              PAGE

 8        MR. FINGER                                            43

 9        MR. FINGER                                            91

10        MR. FINGER                                           175

11        MR. ZIRINSKY                                         207

12        MR. FINGER                                           208

13

14      EXHIBITS FOR IDENTIFICATION

15       NUMBER          DESCRIPTION                          PAGE

16         1             PREMARKED:  Proof of Claim              5

17         2             PREMARKED:  Proof of Claim             35

18         3             PREMARKED:  GHW 4641-4648              38

19         4             PREMARKED:  GHW 4710-4717              38

20         5             PREMARKED:  Rule 2019 Statement        18

21         6             ELL 2484-2486                          48

22         7             Elliott 104                            63

23         8             Aurelius 45389-400                     66

24         9             Elliott 175-176                        67

25        10             Elliott 191-193                        77
```

09-50026-mg    Doc 11856-6    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit V - Relevant Transcript Excerpts from the Deposition of Didric Cederholm    Pg 11 of 11

217

```
 1           - HIGHLY CONFIDENTIAL - DIDRIC CEDERHOLM -

 2                           INDEX (cont'd)

 3      11           Elliott 682                              79

 4      12           PREMARKED:  Elliott 1233-1234           114

 5      13           AUR 24920-921                           120

 6      14           ELL1269-1308                            124

 7      15           NGM 918-943                             133

 8      16           WGM791-819                              136

 9      17           WGM 34800-803                           152

10      18           Elliott 3398                            155

11      19           Elliott 2494-2497                       160

12      20           ELL 3878-3879                           172

13      21           Elliott 2651                            174

14      22           Elliott 2727-2728                       178

15      23           Elliott 2301-2308                       185

16      24           RETRACTED:  (Elliott 1700-1754)         186

17      24           Aurelius 23022-054                      186

18      25           Elliott 1700-1754                       190

19      26           Elliott 4041-4050                       197

20      27           Elliott 3720-3721                       199

21      28           GHW 420-422                             201

22      29           Elliott 1371-1372                       203

23      30           GHW 3353-3354                           206

24      31           Aurelius 14277-285                      209

25
```