# EXHIBIT W

09-50026-mg    Doc 11856-7    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit W -
Relevant Transcript Excerpts from the Deposition of Maurita Sutedja    Pg 2 of 11

1

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
 2              FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
                                              )
 4                                            )
       In re:                                 )
 5                                            )
       MOTORS LIQUIDATION COMPANY, et         )  Chapter 11
 6     al., f/k/a General Motors              )
       Corporation, et al.,                   )  Case No.
 7                                            )  09-50026 (REG)
                        Debtors,              )
 8                                            )
                                              )
 9
10                    DEPOSITION OF MAURITA SUTEDJA
11                          May 31, 2012
12                       Seattle, Washington
13
14
15
16
17
18
19
20
21
22
23
24
25
```

ELISA DREIER
REPORTING CORP.

950 Third Avenue
New York, New York 10022

Telephone: 212-557-5558
Fax: 212-557-0050
Email:production@courtreportingedrc.com

```
 1                          APPEARANCES

 2      For GUC Trust:

 3                  Katie L. Cooperman, Esq.
                    Hillary R. Gardner, Esq.
 4                  Eric B. Fisher, Esq.
                    Dickstein Shapiro LLP
 5                  1633 Broadway
                    New York, NY   10019-6708
 6


 7


 8
        For General Motors LLC:
 9
                    Arthur J. Steinberg, Esq.
10                  King & Spalding LLP
                    1185 Avenue of the Americas
11                  New York, NY   10036-4003

12


13
                    Lawrence S. Buonomo, Esq.
14                  GM Office of the General Counsel
                    400 Renaissance Center
15                  PO Box 400
                    Detroit, MI   48265-4000
16


17


18
        For Nova Scotia Noteholders, Elliott Associates,
19         Morgan Stanley, and Fortress:

20                  Kevin D. Finger, Esq.
                    Bevin Brennan, Esq.
21                  Gary D. Ticoll, Esq. (via phone)
                    John H. Bae, Esq. (via phone)
22                  Greenberg Traurig
                    77 West Wacker Drive
23                  Suite 2500
                    Chicago, IL   60601
24


25
```

09-50026-mg    Doc 11856-7    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit W -
Relevant Transcript Excerpts from the Deposition of Maurita Sutedja    Pg 4 of 11

3

```
 1        APPEARANCES (CONTINUED)
 2
 3            For Green Hunt Wedlake Inc.:
 4                    Dean L. Chapman, Esq.
                      Akin Gump Strauss Hauer & Feld LLP
 5                    One Bryant Park
                      New York, NY  10036-6745
 6
 7
 8
              For Appaloosa (via phone):
 9
                      Maria E. Douvas, Esq.
10                    Paul Hastings LLP
                      75 East 55th Street
11                    New York, NY  10022
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1                      EXAMINATION INDEX
 2      EXAMINATION BY:                                PAGE NO.
 3      MS. COOPERMAN                                      8
 4
 5                        EXHIBIT INDEX
 6      EXHIBIT NO.     DESCRIPTION                    PAGE NO.
 7
 8      Exhibit No. 1   2-page e-mail and attachment       19
                        from Mr. Holy, dated 2/22/09,
 9                      MS&CO_GM_A 0002389, and
                        attachment.
10
        Exhibit No. 2   3-page "Canadian 363," dated       29
11                      4/17/09, UST 000001-3.
12      Exhibit No. 3   24-page e-mail and attachment      37
                        from Mr. Mistry, dated 4/30/09,
13                      NGM 20431-54.
14      Exhibit No. 4   4-page e-mail chain,               64
                        NGM 6147-50.
15
        Exhibit No. 5   1-page e-mail chain,               67
16                      NGM 6151.
17      Exhibit No. 6   4-page e-mail and attachment       71
                        from Ms. Sutedja, dated
18                      5/13/09, NGM 20547-50.
19      Exhibit No. 7   3-page e-mail chain,               76
                        NGM 6430-32.
20
        Exhibit No. 8   7-page e-mail chain and            81
21                      attachment, NGM 6435-41.
22      Exhibit No. 9   3-page e-mail chain and            81
                        attachment, NGM 6435 and
23                      attachment.
24      Exhibit No. 10  1-page e-mail chain,               86
                        NGM 6433.
25
```

09-50026-mg   Doc 11856-7   Filed 06/20/12   Entered 06/20/12 15:50:11   Exhibit W -
Relevant Transcript Excerpts from the Deposition of Maurita Sutedja    Pg 6 of 11

5

EXHIBIT INDEX (CONTINUED)

| | | | |
|---|---|---|---|
| Exhibit No. 11 | 2-page e-mail chain, NGM 6450-51. | 88 |
| Exhibit No. 12 | 2-page e-mail chain, NGM 6452-53. | 90 |
| Exhibit No. 13 | 2-page e-mail chain, NGM 13190-91. | 95 |
| Exhibit No. 14 | 3-page e-mail chain, NGM 9118-20. | 97 |
| Exhibit No. 15 | 2-page e-mail chain, NGM 9123-24. | 100 |
| Exhibit No. 16 | 2-page e-mail chain, NGM 9127-28. | 102 |
| Exhibit No. 17 | 12-page e-mail chain with attachment, NGM 20632-43. | 107 |
| Exhibit No. 18 | 5-page e-mail chain, NGM 13346-50. | 113 |
| Exhibit No. 19 | 4-page e-mail chain, NGM 13383-86. | 117 |
| Exhibit No. 20 | 12-page e-mail and attachment from Ms. Zhou, dated 5/29/09, NGM 595-606. | 119 |
| Exhibit No. 21 | 3-page e-mail chain, NGM 636-38. | 125 |
| Exhibit No. 22 | 2-page e-mail chain, NGM 10782-83. | 134 |
| Exhibit No. 23 | 4-page e-mail chain, NGM 23410-13. | 135 |
| Exhibit No. 24 | 29-page e-mail and attachment from Mr. Godhard, dated 6/1/09, WGM 791-819. | 137 |

6

1                              EXHIBIT INDEX (CONTINUED)
2
         Exhibit No. 25        4-page e-mail chain,                        141
3                              NGM 17397-400.
4        Exhibit No. 26        9-page "SEC filing," Form 8-K,              143
                               AUR_GMO14277-85.
5
         Exhibit No. 27        2-page e-mail chain,                        145
6                              NGM 4619-20.
7        Exhibit No. 28        1-page e-mail chain,                        146
                               NGM 14119.
8
         Exhibit No. 29        3-page e-mail chain,                        152
9                              NGM 14916-18.
10       Exhibit No. 30        3-page e-mail chain,                        153
                               NGM 15018-20.
11
         Exhibit No. 31        2-page accounting memo - draft,             155
12                             dated 7/8/09,
                               NGM 17558-59.
13
         Exhibit No. 32        13-page e-mail chain and                    157
14                             attachment, NGM 7281-93.
15       Exhibit No. 33        17-page letter to                           158
                               Mr. Wedlake, with enclosures,
16                             dated 11/10/09, GHW 4657-73.
17       Exhibit No. 34        12-page e-mail chain and                    160
                               attachment, GHW 6240-51.
18
         Exhibit No. 35        10-page e-mail chain,                       166
19                             AUR_GMO39690-R (05-2012) to
                               699.
20
         Exhibit No. 36        2-page e-mail and attachment to             166
21                             Mr. Wedlake, dated 11/3/09, GHW
                               1374-75.
22
         Exhibit No. 37        17-page e-mail chain and                    168
23                             attachment, NGM 16047-63.
24
25

09-50026-mg    Doc 11856-7    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit W -
Relevant Transcript Excerpts from the Deposition of Maurita Sutedja    Pg 8 of 11

7

```
 1                    EXHIBIT INDEX (CONTINUED)
 2
       Exhibit No. 38    9-page e-mail chain and         168
 3                       attachments, NGM 16047-52 plus
                         attachment.
 4
       Exhibit No. 39    1-page e-mail chain,            172
 5                       NGM 4116.
 6     Exhibit No. 40    4-page e-mail and attachment    175
                         from Mr. Golick, dated 1/15/10,
 7                       NGM 16215-18.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

8

1    BE IT REMEMBERED that on Thursday, May
2    31, 2012, at 1001 Fourth Avenue, Suite 4500, Seattle,
3    Washington, at 9:09 a.m., before Terilynn Pritchard,
4    Certified Court Reporter, CCR, RMR, CRR, CLR, appeared
5    MAURITA SUTEDJA, the witness herein;
6    WHEREUPON, the following proceedings
7    were had, to wit:
8
9    <<<<<<  >>>>>>
10
11   MAURITA SUTEDJA,        having been first duly sworn
12                           by the Certified Court Reporter,
13                           testified as follows:
14
15                           EXAMINATION
16   BY MS. COOPERMAN:
17   Q  Good morning, Ms. Sutedja.  My name is Katie Cooperman,
18      and I'm with the law firm of Dickstein Shapiro, and we
19      represent the GUC Trust in the GMC bankruptcy
20      proceedings.
21      I am going to ask you a number of questions today,
22      and if you don't understand the question, just let me
23      know, and I'll be happy to rephrase.
24   A  Okay.
25   Q  If at any point you would like to take a break, just let

09-50026-mg    Doc 11856-7    Filed 06/20/12    Entered 06/20/12 15:50:11    Exhibit W -
Relevant Transcript Excerpts from the Deposition of Maurita Sutedja    Pg 10 of 11

122

| | | |
|---|---|---|
| 1 | | agreement this 2A refers to? |
| 2 | | MR. STEINBERG: Objection; foundation. |
| 3 | | THE WITNESS: I don't remember. |
| 4 | Q | (By Ms. Cooperman) Do you know whether a lockup |
| 5 | | agreement was entered into on or before 11:30 p.m. EST on |
| 6 | | May 31, 2009? |
| 7 | A | We reached a settlement with the bondholders early in the |
| 8 | | morning. I can't remember-- before the bankruptcy |
| 9 | | filing. |
| 10 | Q | And which morning are you referring to? |
| 11 | A | When was the bankruptcy? |
| 12 | | MR. STEINBERG: June 1. |
| 13 | | THE WITNESS: June 1. |
| 14 | Q | (By Ms. Cooperman) Do you know when in the morning on |
| 15 | | June 1 you reached a settlement with the bondholders? |
| 16 | A | Around 6 or 7. |
| 17 | Q | And how do you remember that it was around 6 or 7 in the |
| 18 | | morning? |
| 19 | | MR. STEINBERG: Objection; vague. |
| 20 | | THE WITNESS: Can you be more |
| 21 | | specific? |
| 22 | Q | (By Ms. Cooperman) Did you look at your watch? |
| 23 | A | I looked at my watch. |
| 24 | Q | And what time did it say on your watch? |
| 25 | A | We were working through the night, so I looked at my |

```
 1      STATE OF WASHINGTON )    I, Terilynn Pritchard, RMR, CRR,
                             ) ss CLR, a certified court reporter
 2      County of Pierce     )    in the State of Washington, do
                                  hereby certify:
 3
 4
                That the foregoing deposition of MAURITA SUTEDJA
 5      was taken before me and completed on May 31, 2012, and
        thereafter was transcribed under my direction; that the
 6      deposition is a full, true and complete transcript of the
        testimony of said witness, including all questions, answers,
 7      objections, motions and exceptions;
 8              That the witness, before examination, was by me
        duly sworn to testify the truth, the whole truth, and
 9      nothing but the truth, and that the witness was not asked at
        the deposition regarding signature, so signature will be
10      reserved;
11              That I am not a relative, employee, attorney or
        counsel of any party to this action or relative or employee
12      of any such attorney or counsel and that I am not
        financially interested in the said action or the outcome
13      thereof;
14              That I am herewith securely sealing the said
        deposition and promptly delivering the same to
15      Attorney Katie L. Cooperman.
16              IN WITNESS WHEREOF, I have hereunto set my
        signature on the 1st day of June, 2012.
17
18
19
20
21
22
                                    Terilynn Pritchard, CCR, RMR, CRR, CLR
23                                  Certified Court Reporter No. 2047.
24
25
```