# EXHIBIT X

| | |
|---|---|
| From: | walter.borst@gm.com |
| Sent: | Monday, June 1, 2009 6:50 AM |
| To: | Ammann, Daniel (IBD) <Daniel.Ammann@morganstanley.com> |
| Subject: | Re: Nova Scotia |

Excellent. And not a moment too soon.

Regards, Walter

---

From: "Ammann, Daniel" [Daniel.Ammann@morganstanley.com]
Sent: 06/01/2009 06:49 AM AST
To: Walter Borst
Subject: Re: Nova Scotia

We are done.

Dan Ammann
Managing Director
Morgan Stanley
(212) 761-3341

----- Original Message -----
From: walter.borst@gm.com <walter.borst@gm.com>
To: Ammann, Daniel (IBD)
Sent: Mon Jun 01 05:51:18 2009
Subject: Nova Scotia

Is this still open?

Regards, Walter

---

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns. We may monitor and store emails to the extent permitted by applicable law.



CONFIDENTIAL

MS&CO_GM_A 0001831