# EXHIBIT Z

 **Securities**

TD Bank Financial Group
Cash Management
Canadian Pacific Tower
100 Wellington Street West, 30th Floor
Toronto ON M5K 1A2

To whom it may concern:

The following identifies when the Incoming wire was posted to the GM Account and the details of the wire.

```
BR #:   3184      ACCOUNT: 7351252  US C     SHORTNAME: GM OF CAN

DATE              T/C   TRANS DESCRIPTION      TRANS AMOUNT
05 / 29 / 2009    50    090529S4854200WIRE     449,999,990.00 CR
------------------------------------------------------------------
POSTING BRANCH: 3184
PROCESSING DATE: 05 / 29 / 2009
TRAN TIME: 05 / 29 / 2009   05:15:21 PM


Incoming Wire Payment Details

:20:C0091495520901
:23B:CRED
Original Amount : USD450,000,000.00
CHGS : 10.00
NET AMOUNT : USD 449,999,990.00
:50K:/2905420
Ordering customer:

UNKNOWN NAME
:52D:/9102002095
Ordering Institution:

GENERAL MOTORS CORPORATION
TREAS. 24TH FLOOR, G.M. BUILDING
767 FIFTH AVENUE
NEW YORK, N.Y. 10022
BNF Details:

:59:/7351252
GENERAL MOTORS OF CANADA LIMITED
:70:GM CORPORATION LOAN TO GM CANADA IS
N 088012 OSN 055209 SSN 0401809
:71A:SHA
:72:/BNF/GM CORP LOAN TO GM CANADA
```

Date: 12/20/2011 (mm/dd/yyyy)

_____ McCracken, VP & Director, TD Securities
Name, Title

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

NGM000017462

{1:F01TDOMCATTATOR5998844502}
(Block 1, F 01 = N otes this is a SWIFT FIN (type of Message and data) being sent inside the SWIFT message,
 TDOMCATTTOR = is TD Banks identifier Code (BIC) for our Canadian Branch and Toronto Payment Office,    5998844502 = Unique Reference Number made up of FIN Session number and Sequence number)
{2:O1031712090529CITIUS33DXXX16395812440905291712N}
(Block 2: O = Output of the remitter onto the SWIFT network ,    103= SWIFT message type sent ,    1712 =Input Time of Sender,    090529CITIUS33DXXX1639581244 = Senders Input reference including input date YYMMDD and senders BIC address, Senders reference # and ISN,   090529 Output Date,    1712 Output time with respect to Receiver,    N = Message priority where N=Normal)
{3:{108:095291712137D900}}{4:
(Block 3:  108 Banking Priority, 0925291712137D900 Reference)

| | |
|---|---|
| :20:C0091495520901 | Senders Reference # |
| :23B:CRED | Type of message-CRED = CREDIT |
| :32A:090529USD450000000 | Value Date YYMMDD, Currency, Amount |
| :50K:/2905420 | Ordering Customer Account |
| UNKNOWN NAME | Ordering Customer Name |
| :52D:/9102002095 | Remitter Account number |
| GENERAL MOTORS CORPORATION | Remitter Name |
| TREAS. 24TH FLOOR, G.M. BUILDING | Remitter Address |
| 767 FIFTH AVENUE | Remitter Address con't |
| NEW YORK, N.Y. 10022 | Remitter Address con't |
| :59:/7351252 | Beneficiary Customer Account number |
| GENERAL MOTORS OF CANADA LIMITED | Beneficiary Customer Name |
| :70:GM CORPORATION LOAN TO GM CANADA IS | Remittance Information |
| N 088012 OSN 055209 SSN 0401809 | Remittance Information con't |
| :71A:SHA | Details of Charges, SHA = Shared |
| :72:/BNF/GM CORP LOAN TO GM CANADA | Sender to Receiver Information |

```
APPL: CPA TRAN: EAF        ID: _____    SC: ___
BR #:  1171                    DEPOSIT ACCOUNT HISTORY              PAGE   1 OF   1
                                  FINANCIAL ENQUIRY

BR #:  3184    ACCOUNT: 7351252 USC            SHORTNAME: GM OF CAN
PERIOD:        FROM   : 05 / 29 / 2009         TO        : 05 / 29 / 2009

FN   DATE         TRANS DESCRIPTION          TRANS AMOUNT              BALANCE
_    05/29/2009   090529S4854200WIRE         449,999,990.00 CR     449,999,990.00




FN=> R-RETURN REQUEST, S-SELECT DETAILS, X-EXEMPT
USER ID:              PSWD:

1/HELP  3/END  4/MENU  5/PRINT  7/BKWD  8/FWD                          12/LOGOFF
               IMSTX TDASHF    LTRM M4800059 MOD DASHFEO  2012-03-13 16.46
```

```
APPL: CPA  TRAN: EAFD        ID:
BR #:  1171              DEPOSIT ACCOUNT TRANSACTION ENQUIRY


BR #:   3184      ACCOUNT: 7351252  US C    SHORTNAME: GM OF CAN
PERIOD:           FROM  : 05 / 29 / 2009   TO    : 05 / 29 / 2009


DATE              T/C   TRANS DESCRIPTION       TRANS AMOUNT
05 / 29 / 2009    50    090529S4854200WIRE      449,999,990.00 CR
-----------------------------------------------------------------
POSTING BRANCH: 3184         PROCESSING DATE: 05 / 29 / 2009
CHEQUE SERIAL#:              ITEM TRACE #    :
TELLER #     : 200           LOGON ID        : PWPSTC01
AUTH ID      :               TRAN TIME (EST): 05 / 29 / 2009  05:15:21 PM
RETURN REASON :
APPL SOURCE  : WPS
TRANS SOURCE : O/L
INITIATOR    : PWPSTC01
ADVICE #     : N/A


USER ID:              PSWD:


1/HELP  3/END  4/MAIN                                     12/LOGOFF
              IMSTX TDASHD   LTRM M4800059 MOD DASHDEO  2012-03-13 16.47
```

# WIRE TRANSFER TRANSACTION

Today's Date: 29-May-09
Value Date: 29-May-09

**Debit to:** General Motors Corporation (JPMorgan)

TO Contact: Ivanna Yoo (Tel: 212-418-6163, Fax: 212-418-6431)
CPPR Contact: Ben T. Abbott (Tel: 313-665-1655, Fax: 313-667-7662)

FSSC should charge these funds to: (SEE BELOW)
(Note: If multiple 26-digit G/L accounts, please list with USD Amount following)

Original and copy of Wire Request, plus a copy of supporting documentation to TOG Admin.
Copy wire request to NYTO-Cash Desk

| No. | Control No. | Debit Bank A/C No. | Payment Amount | Bank Account No. | Beneficiary Name: | Routing (ABA) | Beneficiary Bank Name: | Specify Payment Details |
|---|---|---|---|---|---|---|---|---|
| 1 | 2905420 | 9102002095 | $450,000,000.00 | 7351252 | General Motors of Canada Limited | TDOMCATTTOR | TD Canada Trust | GM Corporation loan to GM Canada |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |

CFPR should charge to following G/L
G/L#: 00 4411 01615 00000 000 000 0000

Prepared by: Joyce Zhou                                              5/29/2009
             Print Name                                                 Date

Authorized Signer: [signature]
Print Name: NORA INES CLAVIJOHD
Date: 5/29/09

Inputter: _____ Initials _____ Date _____
Sent for Repair: _____
Approver #1: _____
Approver #2: _____
New Preformat Created* _____ Preformat Name _____
*Requesting Approval of New Preformat Template

S:\Overseas Finance\PLAN B\GMNA\GMCL\Nova Scotia\GMC to GMCL loan.xls Wire Transfer Template

(Page 1 of 1)

```
RP WPS1040                              TORONTO DOMINION BANK          BRANCH 5184      PAGE:    6
REPORT DATE 09/05/29                    WIRE PAYMENTS SYSTEMS
                                        WPS DAILY JOURNAL
```

0023/0051

CONFIRMATIONS TO BRANCH

CONFIRMATIONS FROM ICT - FOR RAPIDWIRE PAYMENTS


CONFIRMATIONS FROM ICT - FOR BRANCH INITIATED PAYMENTS

```
PAYMENT ID        NET AMOUNT     CURR VALUE DT   ORDERING CUST/ACCT #/BENE CUST       TYPE/   ICT       RELEASE   STAT  LOGONID
                                                 ACCT #/PAYMENT DETAILS/REGULAT.RPT   PDA NAME RECEIPT   TIME            POSTING

0905293485928CP   449,999,990.00 USD 09/05/29   /2905421                              INC     17:12:37  17:15:21        PASSTHRU
                                                UNKNOWN NAME                                                             17:15:22
                                                0009-8885080

                                                /7351232
                                                GENERAL MOTORS OF CANADA LIMITED
                                                5184-7351232                          GM OF CAN
                                                GM CORPORATION LOAN TO GM CANADA IS N 888012 OSN 855209 SSN 8402889
                                                /RFB/CAP OF 09/05/29
                                                INS TO BR:/BNF/GM CORP LOAN TO GM CANADA     /INS/C0082
```

Iron Mountain
02/12/2012 07:45 FAX



```
RP WFS3020                TORONTO DOMINION BANK
                          WIRE PAYMENTS SYSTEMS
                          INCOMING CREDIT ADVICE

DATE                    : 09/05/29
PAYMENT ID              : 090529S4654200
RECEIVED FROM           : CITIUS3XXX
FOR CREDIT TO ACCOUNT NO. : 5184-7351252
ORIGINAL AMOUNT         :   450,000,000.00 USD
COMMISSION              :           10.00
NET AMOUNT              :   449,999,990.00
VALUE DATE              : 09/05/29
ORDERING CUSTOMER       : /2905420
                          UNKNOWN NAME

BENEFICIARY CUSTOMER    : /7351252
                          GENERAL MOTORS OF CANADA LIMITED

PAYMENT DETAILS         : GM CORPORATION LOAN TO GM CANADA IS
                          N 088012 OSN 055209 SSN 0401809
                          /RFB/CAP OF 09/05/29

REGULATORY REPORTING    :
```

Payment details are as follows:

:20:C0091495520901
:23B:CRED
Original Amount : USD450,000,000.00
CHGS : 10.00
NET AMOUNT : USD 449,999,990.00
:50K:/2905420
Ordering customer:

UNKNOWN NAME
:52D:/9102002095
Ordering Institution:

GENERAL MOTORS CORPORATION
TREAS. 24TH FLOOR, G.M. BUILDING
767 FIFTH AVENUE
NEW YORK, N.Y. 10022
BNF Details:

:59:/7351252
GENERAL MOTORS OF CANADA LIMITED
:70:GM CORPORATION LOAN TO GM CANADA IS
N 088012 OSN 055209 SSN 0401809
:71A:SHA
:72:/BNF/GM CORP LOAN TO GM CANADA

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

NGM000017461