# EXHIBIT AA

# RECEIPT

TO:  **GENERAL MOTORS OF CANADA LIMITED ("GMCL")**

RE:  **Promissory Note issued by GMCL dated May 29, 2009 payable to General Motors Corporation ("GMC") in the amount of USD$450,000,000 (the "Promissory Note")**

GMC acknowledges receipt from GMCL of the amount of USD$78,500,000.00 as a partial prepayment of the principal amount outstanding pursuant to the Promissory Note.

DATED as of June 12, 2009.

GENERAL MOTORS CORPORATION

By: _____
Name: Walter G Burt
Title: Treasurer

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

NGM000028091