# EXHIBIT CC

# RECEIPT

To: General Motors of Canada Limited ("GMCL")

RE: Promissory Note issued by GMCL dated May 29, 2009 payable to General Motors Corporation ("GMC") in the amount of US$450,000,000.00 (the "Promissory Note")

GMC acknowledges receipt from GMCL of the amount of US$ 372,589,733.33 as the full and final repayment of the principal amount and accrued interest outstanding pursuant to the Promissory Note dated May 29th, 2009.

DATED as of July 7, 2009

FOR GENERAL MOTORS CORPORATION,

_____
Name: Walter G Borst
Title: Treasurer

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER
NGM000019097