# EXHIBIT DD

120

-HIGHLY CONFIDENTIAL - LAWRENCE BUONOMO -

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------- X

                                              )
In Re:                                        )  Chapter 11
                                              )
MOTORS LIQUIDATION COMPANY, et al.,           )  Case No.
f/k/a GENERAL MOTORS CORPORATION,             )  09-50026 (REG)
et al.,                                       )
                                              )
              Debtors.                        )

---------------------------------- X


DATE:  May 8, 2012

TIME:  10:07 a.m.



                       VOLUME II

         CONTINUED DEPOSITION OF LAWRENCE

BUONOMO, held at the offices of Dickstein Shapiro,

1633 Broadway, New York, New York, pursuant to

Agreement, before Hope Menaker, a Shorthand

Reporter and Notary Public of the State of New

York.

09-50026-mg    Doc 11857-4    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit DD - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buo    Pg 3 of 11

121

```
 1       -HIGHLY CONFIDENTIAL - LAWRENCE BUONOMO -

 2    A P P E A R A N C E S

 3    DICKSTEIN SHAPIRO, LLP

 4    Attorneys for the GUC Trust

 5         1633 Broadway

 6         New York, New York  10019-6708

 7    BY:  ERIC B. FISHER, ESQ.
            KATIE L. COOPERMAN, ESQ.
 8          HILLARY R. GARDNER, ESQ.

 9

10    KING & SPALDING, LLP

11    Attorneys for New GM and Witness

12         1185 Avenue of the Americas

13         New York, New York 10036-4003

14    BY:  ARTHUR J. STEINBERG, ESQ.
            SCOTT DAVIDSON, ESQ.
15

16    GREENBERG TRAURIG, LLP

17    Attorneys for Aurelius

18         200 Park Avenue

19         New York, New York  10160

20    BY:  BRUCE R. ZIRINSKY, ESQ.
            KEVIN D. FINGER, ESQ.
21          JOHN BAE, ESQ.
            GARY D. TICOLL, ESQ.
22

23

24

25
```

09-50026-mg    Doc 11857-4    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit DD - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buo    Pg 4 of 11

122

-HIGHLY CONFIDENTIAL - LAWRENCE BUONOMO -

A P P E A R A N C E S:  (cont'd)

AKIN GUMP STRAUSS HAUER & FELD, LLP

Attorneys for Green Hunt Wedlake, Inc.

    One Bryant Park

    New York, New York 10036

BY:  MICHAEL CROSS, ESQ.

PAUL HASTINGS, LLP

Attorneys for Appaloosa Management

    75 East 55th Street

    New York, New York 10022

BY:  MARIA E. DOUVAS, ESQ.

BROWN RUDNICK

Attorneys for Certain of the GM Nova Scotia Noteholders

    Seven Times Square

    New York, New York 10036

BY:  JAMILA JUSTINE WILLIS, ESQ.

ALSO PRESENT:

    Michael A. Gruskin, Esq.

09-50026-mg    Doc 11857-4    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit DD - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buo    Pg 5 of 11

123

1      -HIGHLY CONFIDENTIAL - LAWRENCE BUONOMO -

2

3              LAWRENCE BUONOMO, recalled as a

4      witness, having been duly sworn on May 8,

5      2012, by a Notary Public, was examined and

6      testified as follows:

7

8   EXAMINATION BY MR. FISHER:

9       Q.     Good morning, Mr. Buonomo.

10      A.     Morning.

11      Q.     The court reporter has put before you

12   a document that's been premarked as Exhibit 20.

13   Take a moment, please, just to familiarize

14   yourself with the exhibit and let me know whether

15   you recognize it.

16             (Whereupon, Buonomo Exhibit 20 was

17      tendered to the witness for identification.)

18      A.     It appears to be an e-mail from Peter

19   Godhard dated June 1st at -- 10:37 a.m. on June

20   1st, circulating the lockup agreement.

21      Q.     To your knowledge, is this the final

22   executed version of the lockup agreement?

23      A.     Yes.

24      Q.     I'm going to ask you please to turn

25   to Page 9 of the lockup agreement which

09-50026-mg    Doc 11857-4    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit DD -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buo    Pg 6 of 11

166

```
 1        -HIGHLY CONFIDENTIAL - LAWRENCE BUONOMO -
 2   there were discussions that were premised on the
 3   fact, the reality, that we did not intend to and
 4   did not plan to seek Bankruptcy Court approval.
 5        Q.    And what discussions were premised on
 6   the assumption that you were not going to seek
 7   Bankruptcy Court approval?
 8        A.    Well, the one that I recall most
 9   specifically is that we could not allow claims or
10   guarantee their allowance.
11        Q.    Any other topics that were premised
12   on not seeking Bankruptcy Court approval?
13        A.    Not that I recall.
14        Q.    When it came to allowance to whether
15   or not claims could be allowed under the lockup
16   agreement, what did the parties say to each other
17   about that topic?
18        A.    There was discussion at a point in
19   time on the evening of May 31st, possibly the
20   early morning of June 1, in the context of
21   negotiating the language, and there was proposed
22   -- might have been language or it might have been
23   conceptual, I just don't recall at this point --
24   that noteholders wanted the claims established.
25              We said no.  We can't do that and
```

09-50026-mg    Doc 11857-4    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit DD -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buo    Pg 7 of 11

167

1      -HIGHLY CONFIDENTIAL - LAWRENCE BUONOMO -
2   among other reasons and -- was that we didn't have
3   the power to do that.  We could not guarantee that
4   the claims would be allowed and, in fact, I
5   accurately predicted the future and predicted that
6   someone like you would be sitting where you are
7   arguing against it, and so we declined to do that.
8              And what resulted was the formulation
9   that they would be allowed, to the fullest extent
10  permitted by law, or something close to that, and
11  the noteholders response was, well, in that case
12  we want you to support the claims because we don't
13  want you sort of making this agreement and
14  undercutting it afterwards, and I believe the
15  specific statement was from Mr. Zirinsky that he
16  wanted Mr. Karotkin standing behind him,
17  supporting him, and we agreed to the language
18  which ultimately was included in the lockup
19  agreement about supporting allowance of the
20  claims.
21       Q.    Was there ever any discussion about
22  whether Bankruptcy Court approval would be
23  required in the event that the agreement was not
24  finished before the Old GM bankruptcy filing?
25       A.    No.

09-50026-mg    Doc 11857-4    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit DD - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buo    Pg 8 of 11

231

```
 1        -HIGHLY CONFIDENTIAL - LAWRENCE BUONOMO -

 2            A C K N O W L E D G E M E N T

 3

 4   STATE OF NEW YORK       )

 5                           ) ss.

 6   COUNTY OF NEW YORK      )

 7

 8        I, LAWRENCE BUONOMO, hereby certify that I

 9   have read the transcript of my testimony taken

10   under oath in my deposition of May 8, 2012; that

11   the  transcript is a true, complete and correct

12   record of my testimony, and that the answers on

13   the record as given by me are true and correct.

14

15                    _____
                      LAWRENCE BUONOMO
16

17   Subscribed and sworn
     to before me on this the
18   _____ day of _____, 2012.

19

20                    _____
                      Notary Public, State of New York
21                    My commission expires:_____

22

23

24

25
```

09-50026-mg    Doc 11857-4    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit DD -
Relevant Transcript Excerpts from the Deposition of Lawrence S. Buo    Pg 9 of 11

232

```
 1
 2                    C E R T I F I C A T E
 3   STATE OF NEW YORK         )
 4                             )  ss.
 5   COUNTY OF NEW YORK        )
 6
 7        I, HOPE LYNN MENAKER, a Notary Public within
 8   and for the State of New York, do hereby certify:
 9        That LAWRENCE BUONOMO, the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of the testimony given by the witness.
13        I FURTHER CERTIFY that neither LAWRENCE
14   BUONOMO nor counsel for LAWRENCE BUONOMO requested
15   to review the transcript to make changes to form
16   or substance.
17        I FURTHER CERTIFY that I am not related to
18   any of the parties to this action by blood or
19   marriage, and that I am in no way interested in
20   the outcome of this matter.
21             IN WITNESS WHEREOF, I have hereunto
22   set my hand this 9th day of May, 2012.
23
24                         _____
25                         HOPE LYNN MENAKER
```

233

```
 1           -HIGHLY CONFIDENTIAL - LAWRENCE BUONOMO -

 2                            INDEX

 3    WITNESS:  LAWRENCE BUONOMO

 4      EXAMINATION BY                                      PAGE

 5      MR. FISHER                                           123

 6      MR. STEINBERG                                        219

 7      MR. FISHER                                           228

 8

 9    INSTRUCTED NOT TO ANSWER                              PAGE

10      MR. STEINBERG                                        154

11

12    EXHIBITS FOR IDENTIFICATION

13      NUMBER         DESCRIPTION                          PAGE

14       20            PREMARKED:  6/1/09 e-mail             123

15       21            NGM 30552 - 555                       134

16       22            GHW 4657-4673                         142

17       23            NGM 16047-16063:  CLAWED BACK         147

18       24            NGM 16047-16052:  CLAWED BACK         147

19       25            NGM 9500-9510:  CLAWED BACK           149

20       26            NGM 9500 with Excel                   149
                       spreadsheet:  CLAWED BACK
21
         27            CC 133-135                            151
22
         28            GHW 2553-2554                         152
23
         29            GHW 2688-2689                         157
24
         30            NGM 4181-4184                         159
25
```

09-50026-mg    Doc 11857-4    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit DD - Relevant Transcript Excerpts from the Deposition of Lawrence S. Buo    Pg 11 of 11

234

```
 1          -HIGHLY CONFIDENTIAL - LAWRENCE BUONOMO -

 2                          INDEX (cont'd)

 3      31            NGM 16215-16218                    162

 4      32            NGM 636-638                        168

 5      33            NGM 878                            186

 6      34            NGM 891-894                        187

 7      35            NGM 2855-2858                      194

 8      36            8-K dated 6/1/2009                 197

 9      37            NGM 17558-17559                    201

10      38            NGM 15296-15298, with              202
                      attachment NGM 15286- 5292
11
        39            WGM 15055-15056                    206
12
        40            NGM 4031-4050                      208
13
        41            NGM 30589-30593                    214
14
        42            NGM 31542-31551                    215
15
        43            CC 3120-3122                       217
16
        44            NGM 7260-7262                      217
17

18

19

20

21

22

23

24

25
```