# EXHIBIT GG

1



```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
In re:                              Chapter 11
MOTORS LIQUIDATION COMPANY, et al., Case No.
f/k/a General Motors Corporation,   09-50026 (REG)
et al.,
              Debtors.
-----------------------------------x
MOTORS LIQUIDATION COMPANY GUC TRUST,
              Plaintiff,
                                    Adv. Proceeding
      -against-                     12-09802

APPALOOSA INVESTMENT LIMITED
PARTNERSHIP, et al.,
              Defendants.
-----------------------------------x
                        April 25, 2012
                        10:08 a.m.
```

Deposition of DAVID VANASKEY, taken by the Defendants, pursuant to Rule 30(b)(6) Notice, at the offices of Greenberg Traurig, LLP, 200 Park Avenue, New York, New York, before David Levy, CSR, RPR, a Notary Public of the State of New York.





09-50026-mg    Doc 11857-7    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit GG - Relevant Transcript Excerpts from the Deposition of David Vanaskey    Pg 3 of 12

2

```
 1
 2     A P P E A R A N C E S:
 3
 4         DICKSTEIN SHAPIRO LLP
 5         Attorneys for Plaintiff GUC Trust
 6             1633 Broadway
 7             New York, New York 10019-6708
 8         BY: ERIC B. FISHER, ESQ.
 9             fishere@dicksteinshapiro.com
10             KATIE L. COOPERMAN, ESQ.
11             cooperman@dicksteinshapiro.com
12
13         PAUL HASTINGS, LLP
14         Attorneys for Defendant Appaloosa
15         Management, Inc.
16             75 East 55th Street
17             New York, New York 10022
18         BY: MARIA E. DOUVAS, ESQ.
19             mariadouvas@paulhastings.com
20
21
22
23
24
25
```

09-50026-mg    Doc 11857-7    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit GG -
Relevant Transcript Excerpts from the Deposition of David Vanaskey    Pg 4 of 12

3

```
 1
 2      A P P E A R A N C E S (Cont'd):
 3
 4         GREENBERG TRAURIG LLP
 5         Attorneys for Defendants Elliott
 6         Management Corporation, Fortress
 7         Investment LLC, Morgan Stanley & Co.
 8         International, plc
 9              77 West Wacker Drive, Suite 2500
10              Chicago, Illinois 60601
11         BY: KEVIN D. FINGER, ESQ.
12              kfinger@gtlaw.com
13              BEVIN M. BRENNAN, ESQ.
14              brennanb@gtlaw.com
15                  -and-
16         GREENBERG TRAURIG LLP
17              MetLife Building
18              200 Park Avenue
19              New York, New York 10166
20         BY: BRUCE R. ZIRINSKY, ESQ.
21              zirinskyb@gtlaw.com
22              GARY D. TICOLL, ESQ.
23              ticollg@gtlaw.com
24
25
```

09-50026-mg    Doc 11857-7    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit GG -
Relevant Transcript Excerpts from the Deposition of David Vanaskey    Pg 5 of 12

4

```
 1
 2    A P P E A R A N C E S (Cont'd):
 3
 4        KING & SPALDING LLP
 5        Attorneys for New GM
 6            1185 Avenue of the Americas
 7            New York, New York 10036-4003
 8        BY: ARTHUR J. STEINBERG, ESQ.,
 9            asteinberg@kslaw.com
10            SCOTT DAVIDSON, ESQ.
11            sdavidson@kslaw.com
12
13        AKIN GUMP STRAUSS HAUER & FELD, LLP
14        Attorneys for Defendant Green Hunt
15        Wedlake, Inc.
16            One Bryant Park
17            New York, New York 10036
18        BY: SEAN E. O'DONNELL  ESQ.
19            sodonnell@akingump.com
20            MICHAEL K. CROSS, ESQ.
21            mcross@akingump.com
22
23
24
25
```

09-50026-mg    Doc 11857-7    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit GG -
Relevant Transcript Excerpts from the Deposition of David Vanaskey    Pg 6 of 12

5

| | | |
|---|---|---|
| 1 | | |
| 2 | D A V I D    V A N A S K Y , having been duly | 09:10:35 |
| 3 | sworn by the Notary Public, was examined | 09:10:35 |
| 4 | and testified as follows: | 10:07:54 |
| 5 | EXAMINATION BY | 10:07:54 |
| 6 | MR. FINGER: | 10:07:54 |
| 7 | Q.  Sir, would you state and spell your | 10:07:55 |
| 8 | name for the record, please? | 10:07:57 |
| 9 | A.  It's David A. Vanaskey, Jr.  Last | 10:07:58 |
| 10 | name V-a-n-a-s-k-e-y. | 10:08:05 |
| 11 | Q.  Mr. Vanaskey, we met before the | 10:08:08 |
| 12 | deposition.  My name is Kevin Finger and I | 10:08:12 |
| 13 | represent certain holders of notes issued by | 10:08:14 |
| 14 | General Motors Nova Scotia Finance Company. | 10:08:19 |
| 15 | Have you had your deposition taken | 10:08:22 |
| 16 | before? | 10:08:23 |
| 17 | A.  Yes. | 10:08:27 |
| 18 | Q.  How many times? | 10:08:27 |
| 19 | A.  About four. | 10:08:34 |
| 20 | Q.  Have they been in connection with | 10:08:34 |
| 21 | your employment by Wilmington Trust Company? | 10:08:40 |
| 22 | A.  Yes. | 10:08:44 |
| 23 | Q.  You're probably familiar with the | 10:08:44 |
| 24 | ground rules but I'll just go over a couple | 10:08:53 |
| 25 | briefly.  I'm going to ask you a series of | 10:08:55 |

09-50026-mg    Doc 11857-7    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit GG -
Relevant Transcript Excerpts from the Deposition of David Vanaskey    Pg 7 of 12

272

|  |  |  |
|---|---|---|
| 1 | Vanaskey | |
| 2 | MR. FISHER: So should you. | 19:15:36 |
| 3 | MR. STEINBERG: Enough from you. | 19:15:40 |
| 4 | Those aren't objections. | 19:15:42 |
| 5 | MR. FISHER: These aren't questions. | 19:15:45 |
| 6 | MR. STEINBERG: Well, I'm glad for | 19:15:47 |
| 7 | your evaluation. | 19:15:49 |
| 8 | Q. Now answer the question. | 19:15:49 |
| 9 | A. What's the question, Arthur? | 19:15:51 |
| 10 | Q. What was the proper labeling in your | 19:15:52 |
| 11 | mind of the payment that was made? If Consent | 19:15:54 |
| 12 | Fee was an intentional mislabelling, what was the | 19:16:02 |
| 13 | proper label that should be put on that? | 19:16:04 |
| 14 | MR. FISHER: Asked and answered. | 19:16:07 |
| 15 | A. Could be labeled as a principal | 19:16:19 |
| 16 | reduction. | 19:16:21 |
| 17 | Q. All right. In the pleadings that are | 19:16:22 |
| 18 | filed by the GUC Trust, are they trying to undo | 19:16:24 |
| 19 | the release that GM Canada got from Nova Scotia | 19:16:30 |
| 20 | Finance relating to the intercompany claim? | 19:16:36 |
| 21 | MR. FISHER: Objection as to form. | 19:16:42 |
| 22 | A. Can you repeat the question? | 19:16:53 |
| 23 | (Record read.) | 19:16:55 |
| 24 | A. I believe so, yes. | 19:17:07 |
| 25 | Q. And what would be the basis for the | 19:17:17 |

09-50026-mg    Doc 11857-7    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit GG -
Relevant Transcript Excerpts from the Deposition of David Vanaskey    Pg 8 of 12

276

ACKNOWLEDGEMENT

STATE OF NEW YORK )

                ss:

COUNTY OF NEW YORK)


      I, DAVID VANASKEY, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

                oOo



              _____

                  DAVID VANASKEY




Subscribed and sworn to before me

this ____ day of _____, 20__

_____

09-50026-mg    Doc 11857-7    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit GG -
Relevant Transcript Excerpts from the Deposition of David Vanaskey    Pg 9 of 12

277

```
 1
 2                    *** ERRATA SHEET ***
 3    NAME OF CASE: MOTORS LIQUIDATION
      DATE OF DEPOSITION:  APRIL 25, 2012
 4    WITNESS:  DAVID VANASKEY
      PAGE   LINE         FROM                  TO
 5    ____|_____|_____|_____
 6    ____|_____|_____|_____
 7    ____|_____|_____|_____
 8    ____|_____|_____|_____
 9    ____|_____|_____|_____
10    ____|_____|_____|_____
11    ____|_____|_____|_____
12    ____|_____|_____|_____
13    ____|_____|_____|_____
14    ____|_____|_____|_____
15    ____|_____|_____|_____
16    ____|_____|_____|_____
17    ____|_____|_____|_____
18    ____|_____|_____|_____
19                      _____
20                            DAVID VANASKEY
21    Subscribed and sworn to before me
22    this ____ day of _____, 20____.
23    _____   _____
24    (Notary Public)               My Commission Expires:
25
```

278

C E R T I F I C A T E

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK   )

I, DAVID LEVY, RPR, CSR, a Shorthand Reporter and Notary Public. within and for the State of New York, do hereby certify:

That DAVID VANASKEY, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of April, 2012.

*David Levy*

DAVID LEVY, RPR, CSR

09-50026-mg    Doc 11857-7    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit GG -
Relevant Transcript Excerpts from the Deposition of David Vanaskey    Pg 11 of 12

279

```
------------------ I N D E X ------------------

WITNESS              EXAMINATION BY          PAGE

 DAVID VANASKEY       MR. FINGER              5

                      MR. O'DONNELL           223

                      MR. STEINBERG           246


REQUESTS (RQ)                                 PAGE

 RQ                                           108

 RQ                                           199

 RQ                                           222


DIRECTIONS (DI)                               PAGE

 DI                                           187

 DI                                           197

 DI                                           249


DEPOSITION EXHIBITS (VANASKEY)          FOR IDENT.

 Exhibit 1    Complaint in adversary         6
              proceeding


 Exhibit 2    Official committee of          7
              unsecured creditors
              first amended objection
              to claims filed by Green
              Hunt Wedlake, Inc., and
              noteholders of GMNSFC,
              and motion for other
              relief
```

09-50026-mg    Doc 11857-7    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit GG - Relevant Transcript Excerpts from the Deposition of David Vanaskey    Pg 12 of 12

281

```
 1
 2              ---------------- I N D E X (Cont'd.) ---------
 3       DEPOSITION EXHIBITS (VANASKEY)              FOR IDENT.
 4       Exhibit 11    Document entitled "First       162
                       Amendment, Consent and
 5                     Waiver under
                       Debtor-In-Possession
 6                     Credit Agreement,
                       Execution Version"
 7
 8       Exhibit 12    Document entitled "Notice      168
                       of Interim Report"
 9
10       Exhibit 13    SEC Form 8-K, General          174
                       Motors Company, 8/7/09
11
12       Exhibit 14    Document entitled "Lock        180
                       Up Agreement"
13
14       Exhibit 15    E-Mail dated 3/18/09,          209
                       Stephen Worth to
15                     distribution, subject,
                       Aurelius Capital
16
17       Exhibit 16    Letter dated 1/12/10 on        215
                       Green Hunt Wedlake
18                     letterhead to Buonomo
                       and Golick, Bates
19                     numbered GHW0002710 and
                       2711
20
21       Exhibit 17    E-Mail chain Bates             216
                       numbered GHW0002721 and
22                     2722
23       Exhibit 18    Copy of cover of               238
                       Merriam-Webster's Tenth
24                     Edition Collegiate
                       Dictionary with copy of
25                     page 226
```