# EXHIBIT II

09-50026-mg   Doc 11857-9   Filed 06/20/12   Entered 06/20/12 16:13:21   Exhibit II - Relevant Excerpts from the Time Records of Kramer Levin for June   2   Pg 2 of 6

09-50026-reg Doc 4715 Filed 12/29/09 Entered 12/29/09 19:35:58 Main Document   Pg 1 of 412

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Adam C. Rogoff
Amy Caton
1177 Avenue of the Americas
New York, New York 10036
(212) 715-3275

*Counsel for the Official Committee of Unsecured
Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| MOTORS LIQUIDATION COMPANY., et al. | ) Chapter 11 |
| (f/k/a General Motors Corp., et al.) | ) |
| | ) Case No. 09-50026 (REG) |
| Debtors. | ) Jointly Administered |
| | ) |

**CORRECTION AND SUPPLEMENT TO THE FIRST INTERIM APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM JUNE 3, 2009 THROUGH SEPTEMBER 30, 2009**

TO:   THE HONORABLE ROBERT E. GERBER
      UNITED STATES BANKRUPTCY JUDGE:

Kramer Levin Naftalis & Frankel LLP (the "Applicant" or "Kramer Levin"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned as debtors and debtors-in-possession in these chapter 11 cases (collectively, the "Debtors"), hereby submits this correction and supplement to its First Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred

09-50026-mg    Doc 11857-9    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit II - Relevant Excerpts from the Time Records of Kramer Levin for June    2    Pg 3 of 6

09-50026-reg Doc 4715 Filed 12/29/09 Entered 12/29/09 19:35:58 Main Document    Pg 2 of 412

for the Period from June 3, 2009 throught September 30, 2009 (the "Application"),[1] filed with this Court on November 16, 2009 (Docket No. 4459). Summaries of Kramer Levin's disbursements and time were attached to the Application as Exhibits C and D, respectively. Copies of the detailed records were provided to the Court, the Debtors, and the United States Trustee, but were not initially filed due to their size.

Kramer Levin now seeks to correct and supplement the Application as follows:

(a) Annexed hereto as Exhibit C is the corrected Summary of Disbursements.[2]

(b) Annexed hereto as Exhibit E-H are the detailed time entries during the months of June though September, respectively.

(c) Annexed hereto as Exhibit I is the detail of the expenses incurred during the Compensation Period for which Kramer Levin is seeking reimbursement.

Kramer Levin requests that this supplement be treated as part of and incorporated in the Application, and that the Application be granted.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Capitalized terms not defined herein have the meaning as defined in the Application.

[2] The total amounts in the original summary are accurate, however certain descriptions and amounts were inaccurately matched.

09-50026-mg    Doc 11857-9    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit II -
Relevant Excerpts from the Time Records of Kramer Levin for June    2    Pg 4 of 6

09-50026-reg Doc 4715 Filed 12/29/09 Entered 12/29/09 19:35:58 Main Document    Pg 3 of 412

Dated: December 29, 2009
New York, New York

        /s/ Amy Caton
Amy Caton

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Adam C. Rogoff
Amy Caton
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-3275
Facsimile:  (212) 715-8000

*Counsel for the Official Committee of Unsecured Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

Kramer Levin Naftalis & Frankel LLP                                               Page No. 26

GENERAL MOTORS CREDITORS COMMITTEE                       November 16, 2009
068000-00008 (CORPORATE & SECURITIES MATTERS)            Invoice No. 523067

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| DIENSTAG, ABBE L. | PARTNER | 3.70 | 2,645.50 |
| DIENSTAG, ABBE L. | PARTNER | 16.20 | 11,583.00 |
| KOPELMAN, KENNETH P. | PARTNER | 1.00 | 835.00 |
| WECHSLER, ERNEST S. | PARTNER | 4.00 | 2,800.00 |
| MOLNER, THOMAS E. | PARTNER | 3.20 | 2,352.00 |
| NOVOD, GORDON | ASSOCIATE | 0.50 | 307.50 |
| TAYLOR, JEFFREY | ASSOCIATE | 3.00 | 1,905.00 |
| CAMPANA, KRISTEN V | ASSOCIATE | 4.50 | 2,925.00 |
| WEBBER, AMANDA | ASSOCIATE | 1.60 | 704.00 |
| VESSEY, JONATHAN B | ASSOCIATE | 48.10 | 23,328.50 |
| AMSTER, JASON S | ASSOCIATE | 7.20 | 3,744.00 |
| **TOTAL** | | **93.00** | **$53,129.50** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/04/09 | VESSEY, JONATHAN B | Discussions with A. Dienstag (1.4) location/organization of background documents (2.0); review and analyze 10-K, 10-Q and 8-Ks (3.0) | 6.40 | 3,104.00 |
| 06/04/09 | DIENSTAG, ABBE L. | C/w E. Wechsler re 1145 issues on a 363 sale; c/w J. Vessey re GM public filing review. | 1.00 | 715.00 |
| 06/04/09 | AMSTER, JASON S | Draft summaries of motions (3); EDGAR search for indentures (2) | 5.00 | 2,600.00 |
| 06/04/09 | NOVOD, GORDON | Call w/ Amster, call w/ Kevin Z. re: corporate issues. | 0.50 | 307.50 |
| 06/05/09 | DIENSTAG, ABBE L. | Begin review of public documents. | 0.50 | 357.50 |
| 06/05/09 | AMSTER, JASON S | Unsecured bond indentures research (1.5) | 1.50 | 780.00 |
| 06/05/09 | VESSEY, JONATHAN B | Discussions with A. Dienstag (.4); review of financial information resources (.4); review of | 1.30 | 630.50 |

KL4 2265153.1

09-50026-mg    Doc 11857-9    Filed 06/20/12    Entered 06/20/12 16:13:21    Exhibit II - Relevant Excerpts from the Time Records of Kramer Levin for June    2    Pg 6 of 6

09-50026-reg Doc 4715 Filed 12/29/09 Entered 12/29/09 19:35:58 Main Document    Pg 33 of 412

Kramer Levin Naftalis & Frankel LLP

Page No. 27

GENERAL MOTORS CREDITORS COMMITTEE
068000-00008 (CORPORATE & SECURITIES MATTERS)

November 16, 2009
Invoice No. 523067

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | general overview documents (.5) | | |
| 06/05/09 | CAMPANA, KRISTEN V | Review and analyze Unsecured Note Indentures | 3.50 | 2,275.00 |
| 06/07/09 | DIENSTAG, ABBE L. | Continue 10-Q review. | 1.50 | 1,072.50 |
| 06/07/09 | VESSEY, JONATHAN B | Review of 10-Q and 10-K re: assets and liabilities | 3.30 | 1,600.50 |
| 06/07/09 | KOPELMAN, KENNETH P. | Incl prep of preliminary issue checklist; t/c M Fein re real estate items (.3) | 0.30 | 250.50 |
| 06/07/09 | WECHSLER, ERNEST S. | Review/revise summary warrants, registration rights agreement and schedules | 4.00 | 2,800.00 |
| 06/08/09 | VESSEY, JONATHAN B | Review of 10-K and 10-Q; research and review into 8-Ks; preparation of overview summary; discussions with L. Feibelmann and A. Dienstag | 5.60 | 2,716.00 |
| 06/08/09 | DIENSTAG, ABBE L. | Continue review and summary of 1Q 09 10-Q in preparation for corporate profile with some review of 10-K (3.5). C/w JTa re registration rights agreement and applicability of 1145 of the Code to Warrant Shares (.2). | 3.70 | 2,645.50 |
| 06/09/09 | DIENSTAG, ABBE L. | C/w J. Vessey re corporate profile, incl. geographic dispersion, contingent liabilities, special assets, Delphi and GMAC. | 1.00 | 715.00 |
| 06/09/09 | VESSEY, JONATHAN B | Discussions with A. Dienstag re: overview project (1.5); initial draft of overview memo; review of 10-Q and 10-K (3.0); research into sales of divested divisions (2.0). | 6.50 | 3,152.50 |
| 06/10/09 | DIENSTAG, ABBE L. | Review public disclosures since 10-Q and c/w J. Vessey re implications for company profile memo. | 2.00 | 1,430.00 |
| 06/10/09 | VESSEY, JONATHAN B | Review of 10-K and 10-Q (2.3); preparation of overview memo (1.5); discussions with A. Dienstag (1.0) | 5.30 | 2,570.50 |
| 06/11/09 | WEBBER, AMANDA | Research publicly-traded warrants (1.0); correspondence with J. Vessey regarding disclosure schedules (.6) | 1.60 | 704.00 |
| 06/11/09 | AMSTER, JASON S | Update summary of outstanding debt (.7) | 0.70 | 364.00 |
| 06/11/09 | DIENSTAG, ABBE L. | Substantial work on GM public company disclosure memo. | 3.00 | 2,145.00 |
| 06/11/09 | TAYLOR, JEFFREY | Research regarding customary public warrant terms. | 3.00 | 1,905.00 |
| 06/11/09 | VESSEY, JONATHAN B | Review of public filings (4); drafting assets/liabilities overview memorandum (6.1) | 10.10 | 4,898.50 |

KL4 2265153.1