# EXHIBIT NN

09-50026-mg   Doc 11858-17   Filed 06/20/12   Entered 06/20/12 16:03:10   Exhibit NN
09-50026-reg Doc 3082-1 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 1 of 236
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 2 of 46

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 09-50026

- - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


GENERAL MOTORS CORPORATION, et al.,


        Debtors.


- - - - - - - - - - - - - - - - - - - - -x


            United States Bankruptcy Court

            One Bowling Green

            New York, New York


            July 2, 2009

            9:02 AM


B E F O R E:

HON. ROBERT E. GERBER

U.S. BANKRUPTCY JUDGE

09-50026-mg Doc 11858-1 Filed 06/20/12 Entered 06/20/12 16:03:10 Exhibit NN
09-50026-reg Doc 3662 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 2 of 236
Relevant Excerpts from the Transcript of Sale Hearing held on July Pg 3 of 46

2

1

2     HEARING re Motion of the Debtors for Entry of Order Pursuant to

3     11 U.S.C. § 363(b) Authorizing and Approving Settlement

4     Agreements with Certain Unions

5

6     HEARING re Debtors' Motion Pursuant to Bankruptcy Code §§

7     105(a), 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002,

8     4001 and 6004 to Amend DIP Credit Facility

9

10    HEARING re Continuation of GM 363 Sale Hearing

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Lisa Bar-Leib

3

1

2      A P P E A R A N C E S :

3    WEIL, GOTSHAL & MANGES LLP

4          Attorneys for Debtor General Motors Corporation

5          767 Fifth Avenue

6          New York, NY 10153

7

8    BY:  HARVEY R. MILLER, ESQ.

9          STEPHEN KAROTKIN, ESQ.

10         JOSEPH H. SMOLINSKY, ESQ.

11         JOHN A. NEUWIRTH, ESQ.

12         IRWIN WARREN, ESQ.

13

14   HONIGMAN MILLER SCHWARTZ & COHN

15         Special Counsel for General Motors Corporation

16         2290 First National Building

17         660 Woodward Avenue

18         Detroit, MI 48226

19

20   BY:  ROBERT B. WEISS, ESQ.

21         SETH A. DRUCKER, ESQ. (TELEPHONICALLY)

22

23

24

25

VERITEXT REPORTING COMPANY

212-267-6868                                                   516-608-2400

4

1

2    JENNER & BLOCK LLP

3          Special Counsel for Debtors and Debtors-in-Possession

4          919 Third Avenue

5          37th Floor

6          New York, NY 10022

7

8    BY:  PATRICK J. TROSTLE, ESQ.

9

10   JENNER & BLOCK LLP

11         Special Counsel for Debtors and Debtors-in-Possession

12         330 North Wabash Avenue

13         Chicago, IL 60611

14

15   BY:  DANIEL R. MURRAY, ESQ.

16

17   KRAMER LEVIN NAFTALIS & FRANKEL LLP

18         Attorneys for Official Committee of Unsecured Creditors

19         1177 Avenue of the Americas

20         New York, NY 10036

21

22   BY:  KENNETH ECKSTEIN, ESQ.

23         ADAM ROSOFF, ESQ.

24         THOMAS MOERS MAYER, ESQ.

25         ROBERT T. SCHMIDT, ESQ.

09-50026-mg    Doc 11858-1    Filed 06/20/12    Entered 06/20/12 16:03:10    Exhibit NN
09-50026-reg Doc 3062 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 5 of 236
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 6 of 46

5

1

2    UNITED STATES DEPARTMENT OF JUSTICE

3         Office of the United States Trustee

4         33 Whitehall Street

5         21st Floor

6         New York, NY 10004

7

8    BY:  TRACY HOPE DAVIS, ESQ.

9         BRIAN MASUMOTO, ESQ.

10

11   U.S. DEPARTMENT OF JUSTICE

12        United States Attorney's Office

13        Southern District of New York

14        86 Chambers Street

15        New York, NY 10007

16

17   BY:  MATTHEW L. SCHWARTZ, AUSA

18        DAVID S. JONES, AUSA

19

20

21

22

23

24

25

09-50026-mg    Doc 11858-7    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit NN
09-50026-reg Doc 3662 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 6 of 236
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 7 of 46

6

1

2    ARENT FOX LLP

3        Attorneys for The Timken Company, Superior Industries

4         International, Inc., Discovery Communications, LLC,

5         Harman Becker Automotive Systems and its affiliated

6         companies, Toyota Boshoku America, Inc., and JJF

7         Management Services, Inc.

8        1675 Broadway

9        New York, NY 10019

10

11   BY:   JAMES M. SULLIVAN, ESQ.

12

13   ATTORNEY GENERAL OF TEXAS

14        Counsel to State of Texas On Behalf of Texas Department of

15         Transportation

16        P.O. Box 12548

17        Austin, TX 78711

18

19   BY:   J. CASEY ROY, ASSISTANT ATTORNEY GENERAL

20

21

22

23

24

25

7

```
 1

 2    BINGHAM MCCUTCHEN LLP

 3         Attorneys for Wells Fargo Bank, as Indenture Trustee

 4         399 Park Avenue

 5         New York, NY 10022

 6

 7    BY:  ERIN H. MAUTNER, ESQ.

 8

 9    CADWALADER, WICKERSHAM & TAFT LLP

10         Attorneys for U.S. Treasury Auto Task Force

11         One World Financial Center

12         New York, NY 10281

13

14    BY:  JOHN RAPISARDI, ESQ.

15

16    CADWALADER, WICKERSHAM & TAFT LLP

17         Attorneys for U.S. Treasury Auto Task Force

18         1201 F Street, N.W.

19         Washington, DC 20004

20

21    BY:  PETER M. FRIEDMAN, ESQ.

22         JILL KAYLOR, ESQ. (TELEPHONICALLY)

23

24

25
```

09-50026-mg   Doc 11858-7   Filed 06/20/12   Entered 06/20/12 16:03:10   Exhibit NN
09-50026-reg Doc 3062 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 8 of 236
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 9 of 46

8

1

2   CAPLIN & DRYSDALE, CHARTERED

3        Attorneys for Mark Buttita

4        375 Park Avenue

5        35th Floor

6        New York, NY 10152

7

8   BY:  RITA C. TOBIN, ESQ.

9

10  CAPLIN & DRYSDALE, CHARTERED

11       Attorneys for Mark Buttita

12       One Thomas Circle N.W.

13       Suite 1100

14       Washington, DC 20005

15

16  BY:  RONALD E. REINSEL, ESQ.

17

18

19

20

21

22

23

24

25

09-50026-mg   Doc 11858-7   Filed 06/20/12   Entered 06/20/12 16:33:10   Exhibit NN
09-50026-reg   Doc 3682   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 9 of 236
Relevant Excerpts from the Transcript of Sale Hearing   held on July    Pg 10 of 46

9

```
 1

 2     CLEARY GOTTLIEB STEEN & HAMILTON LLP

 3          Attorneys for The International Union, United Automobile

 4           Aerospace and Agricultural Implement Workers of America,

 5           AFL-CIO

 6          One Liberty Plaza

 7          New York, NY 10006

 8

 9     BY:  AVRAM E. LUFT, ESQ.

10          JAMES BROMLEY, ESQ.

11

12     CLIFFORD CHANCE US LLP

13          Attorneys for ABN AMRO BANK N.V., RBS Citizens N.A., Royal

14           Bank of Scotland plc

15          31 West 52nd Street

16          New York, NY 10019

17

18     BY:  ANDREW BROZMAN, ESQ.

19

20     COHEN, WEISS AND SIMON LLP

21          Attorneys for United Auto Workers

22          330 West 42nd Street

23          New York, NY 10036

24

25     BY:  BABETTE CECCOTTI, ESQ.
```

09-50026-mg    Doc 11858-1  Filed 06/20/12  Entered 06/20/12 16:35:10    Exhibit NN
09-50026-reg  Doc 3062  Filed 07/08/09  Entered 07/09/09 12:44:24  Main Document  Pg 10 of
Relevant Excerpts from the Transcript of Sale Hearing   held on July    Pg 11 of 46

10

```
 1
 2    THE COLEMAN LAW FIRM
 3         Attorneys for Product Liability Claimants:  Callan
 4          Campbell, Kevin Junso, et al.; Edwin Agosto, Kevin
 5          Chadwick, et al., and Joseph Berlingieri
 6         77 West Wacker Drive
 7         Suite 4800
 8         Chicago, IL 60601
 9
10    BY:  STEVE JAKUBOWSKI, ESQ.
11
12    CONNOLLY BOVE LODGE & HUTZ LLP
13         Attorneys for Connecticut General
14         The Nemours Building
15         1007 North Orange Street
16         Wilmington, DE 19899
17
18    BY:  JEFFREY C. WISLER, ESQ.
19
20
21
22
23
24
25
```

09-50026-reg   Doc 11858-1   Filed 06/20/12   Entered 06/20/12 16:35:10   Exhibit NN -
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 12 of 46

09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 11 of
25

11

```
 1
 2     COVINGTON & BURLING LLP
 3          Attorneys for Union Pacific Railroad Company
 4          The New York Times Building
 5          620 Eighth Avenue
 6          New York, NY 10018
 7
 8     BY:  MARTIN E. BEELER, ESQ.
 9
10     DLA PIPER US LLP
11          Attorneys for Hewlett-Packard Company and all of its
12           Affiliates, Domestic and International, Including but not
13           Limited to Electronic Data Systems Corporation, and HP
14           Company and Hewlett-Packard Financial Services Company
15          550 South Hope Street
16          Suite 2300
17          Los Angeles, CA 90071
18
19     BY:  KAROL K. DENNISTON, ESQ.
20
21
22
23
24
25
```

09-50026-reg    Doc 11858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit NN
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 12 of
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 13 of 46

12

```
 1
 2     DICKINSON WRIGHT PLLC
 3          Attorneys for Multimatic Inc.
 4          301 East Liberty
 5          Suite 500
 6          Ann Arbor, MI 48104
 7
 8     BY:  TRENT B. COLLIER, ESQ.
 9
10     DRINKER BIDDLE & REATH LLP
11          Attorneys for Cross-Complainant/Defendant, Manufacturers
12           and Trust Company and Wells Fargo Bank Northwest
13          1500 K Street, N.W.
14          Washington, DC 20005
15
16     BY:  STEPHANIE WICKOUSKI, ESQ.
17
18     FORMAN HOLT ELIADES & RAVIN LLC
19          Attorneys for Rose Cole, Guardian of Timothy L. Montis, a
20           Disabled Adult
21          80 Route 4 East
22          Paramus, NJ 07652
23
24     BY:  KIMBERLY J. SALOMON, ESQ.
25
```

09-50026-mg    Doc 11858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit NN
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 15 of
Relevant Excerpts from the Transcript of Sale Hearing   held on July    Pg 14 of 46

13

1

2   GIBSON, DUNN & CRUTCHER LLP

3       Attorneys for Wilmington Trust Co., as Indenture Trustee

4       200 Park Avenue

5       New York, NY 10166

6

7   BY:  MATTHEW J. WILLIAMS, ESQ.

8        DAVID M. FELDMAN, ESQ.

9

10  GORLICK, KRAVITZ & LISTHAUS, P.C.

11      Attorneys for International Union of Operating Engineers

12       Local 18S, 101S and 832S, United Steelworkers, IUE- CWA

13      17 State Street

14      4th Floor

15      New York, NY 10004

16

17  BY:  BARBARA S. MEHLSACK, ESQ.

18

19  HISCOCK & BARCLAYS

20      Attorneys for The Schaeffer Group

21      One Park Place

22      300 South State Street

23      Syracuse, NY 13202

24

25  BY:  SUSAN R. KATZOFF, ESQ.

09-50026-reg   Doc 12858-1   Filed 06/20/12   Entered 06/20/12 16:35:10   Exhibit NN -
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 15 of 46

09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 14 of
25

14

```
 1
 2    KELLEY DRYE & WARREN LLP
 3         Attorneys for Law Debenture Trust Company of New York, as
 4          Successor Indenture Trustee
 5         101 Park Avenue
 6         New York, NY 10178
 7
 8    BY:  JENNIFER A. CHRISTIAN, ESQ.
 9         ROBERT L. LEHANE, ESQ.
10
11    KENNEDY JENNIK AND MURRAY, PC
12         Attorneys for IUE-CWA
13         113 University Place
14         Floor 7
15         New York, NY 10003
16
17    BY:  THOMAS M. KENNEDY, ESQ.
18         JOHN HOFFMAN, ESQ.
19
20    KIRKLAND & ELLIS LLP
21         Citigroup Center
22         153 East 53rd Street
23         New York, NY 10022
24
25    BY:  MARC A. LEWINSTEIN, ESQ.
```

09-50026-reg   Doc 11858-1   Filed 06/20/12   Entered 06/20/12 16:35:10   Exhibit NN -
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 16 of 46

09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 15 of

15

```
 1

 2     KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

 3          Attorneys for Manufactures Traders & Trust

 4          260 South Broad Street

 5          Philadelphia, PA 19102

 6

 7     BY:  BRIAN CROWLEY, ESQ.

 8

 9     LATHAM & WATKINS LLP

10          Attorneys for GE Capital Corp.

11          Sears Tower

12          Suite 5800

13          233 South Wacker Drive

14          Chicago, IL 60606

15

16     BY:  DOUGLAS BACON, ESQ.

17

18     LAW OFFICES OF OLIVER ADDISON PARKER

19          Attorney Pro Se

20          4900 North Ocean Blvd.

21          Suite 421

22          Lauderdale By the Sea, FL 33308

23

24     BY:  OLIVER A. PARKER, ESQ.

25
```

16

1

2    MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

3         Attorneys for Henry Case Class Plaintiffs

4         1350 Broadway

5         Suite 501

6         New York, NY 10018

7

8    BY:  EDWARD J. LOBELLO, ESQ.

9         HANAN KOLKO, ESQ.

10

11   N.W. BERNSTEIN & ASSOCIATES, LLC

12        Attorneys for Environmental Conservation and Chemical

13        Corporation Site Trust Fund

14        800 Westchester Avenue

15        Suite N319

16        Rye Brook, NY 10573

17

18   BY:  NORMAN W. BERNSTEIN, ESQ.

19

20   NATIONAL ASSOCIATION OF ATTORNEYS GENERAL

21        2030 M Street, NW

22        8th Floor

23        Washington, DC 20036

24

25   BY:  KAREN CORDRY, ESQ.

09-50026-mg    Doc 11858-1    Filed 06/20/12    Entered 06/20/12 16:38:10    Exhibit NN -
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 18 of 46
09-50026-reg Doc 3062 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 17 of

17

 1

 2    PUBLIC CITIZEN LITIGATION GROUP

 3         Attorneys for Product Liability Claimants:  Center for

 4          Auto Safety, Consumer Action, Consumers for Auto

 5          Reliability and Safety, National Association of Consumer

 6          Advocates, and Public Citizen

 7         1600 20th Street NW

 8         Washington, DC 20009

 9

10    BY:  ADINA H. ROSENBAUM, ESQ.

11         ALLISON M. ZIEVE, ESQ.

12

13    ORRICK, HERRINGTON & SUTCLIFFE LLP

14         Attorneys for GM Unofficial Dealer Committee

15         Columbia Center

16         1152 15th Street, NW

17         Washington, DC 20005

18

19    BY:  RICHARD H. WYRON, ESQ.

20         ROGER FRANKEL, ESQ.

21

22

23

24

25

09-50026-mg    Doc 12858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit NN -
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 19 of 46
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 18 of
Sale Hearing

18

```
 1

 2     ORRICK, HERRINGTON & SUTCLIFFE LLP

 3          Attorneys for Finmeccenica S.p.A. and Ansaldo Ricercke

 4           S.p.A.; Ad Hoc Dealer Committee

 5          666 Fifth Avenue

 6          New York, NY 10103

 7

 8     BY:  ROBERT M. ISACKSON, ESQ.

 9          ALYSSA D. ENGLUND, ESQ.

10

11     PATTON BOGGS LLP

12          Attorneys for Unofficial Committee of Family Bondholders

13          1185 Avenue of the Americas

14          30th Floor

15          New York, NY 10036

16

17     BY:  MICHAEL P. RICHMAN, ESQ.

18

19     PATTON BOGGS LLP

20          Attorneys for Unofficial Committee of Family Bondholders

21          2550 M Street, NW

22          Washington, DC 20037

23

24     BY:  MARK A. SALZBERG, ESQ.

25
```

09-50026-mg    Doc 11858-17    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit NN -
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 20 of 46
09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 19 of

19

```
 1

 2    PATTON BOGGS LLP

 3         Attorneys for Unofficial Committee of Family Bondholders

 4         2001 Ross Avenue

 5         Suite 3000

 6         Dallas, TX 75201

 7

 8    BY:  JAMES CHADWICK, ESQ.

 9         (TELEPHONICALLY)

10

11    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

12         Attorneys for Ad Hoc Bondholders Group

13         1285 Avenue of the Americas

14         New York, NY 10019

15

16    BY:  ANDREW N. ROSENBERG, ESQ.

17         JONATHAN KOEVARY, ESQ. (TELEPHONICALLY)

18

19    PENSION BENEFIT GUARANTY CORPORATION

20         United States Government Agency

21         1200 K Street NW

22         Washington, DC 20005

23

24    BY:  MICHAEL A. MARICCO, ESQ.

25         ANDREA WONG, Assistant Chief Counsel
```

09-50026-mg    Doc 11858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit N
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 21 of 46
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 20 of 3

20

```
 1

 2    ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

 3         Attorneys for Greater New York Automobile Dealers

 4          Association

 5         1345 Avenue of the Americas

 6         New York, NY 10105

 7

 8    BY:  RUSSELL P. MCRORY, ESQ.

 9

10    ROBINSON WATERS & O'DORISIO, PC

11         Attorneys for Environmental Testing Corporation

12         1099 18th Street

13         Suite 2600

14         Denver, CO 80202

15

16    BY:  ANTHONY L. LEFFERT, ESQ.

17

18    SCHNADER HARRISON SEGAL & LEWIS LLP

19         Attorneys for Ad Hoc Committee Consumer Victims

20         1600 Market Street

21         Suite 3600

22         Philadelphia, PA 19103

23

24    BY:  BARRY E. BRESSLER, ESQ.

25
```

09-50026-reg Doc 3062 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 21 of

21

```
 1
 2    SCHNADER HARRISON SEGAL & LEWIS LLP
 3         Attorneys for Ad Hoc Committee Consumer Victims
 4         824 North Market Street
 5         Suite 1001
 6         Wilmington, DE 19801
 7
 8    BY:  RICHARD A. BARKASY, ESQ.
 9
10    STATE OF MICHIGAN
11         Office of the State Attorney General
12         G. Mennen Williams Building
13         525 West Ottawa Street
14         6th Floor
15         Lansing, MI 48909
16
17    BY:  CELESTE R. GILL, Assistant Attorney General
18
19    STATE OF NEW YORK
20         Office of the Attorney General
21         The Capitol
22         Albany, NY 12224
23
24    BY:  MAUREEN F. LEARY, Assistant Attorney General
25
```

09-50026-reg Doc 12858-1 Filed 07/05/12 Entered 06/20/12 16:35:10 Exhibit N
Relevant Excerpts from the Transcript of Sale Hearing held on July    Pg 23 of 46
09-50026-reg  Doc 3062  Filed 07/08/09 Entered 07/09/09 12:44:24  Main Document  Pg 22 of

22

```
 1
 2   STATE OF NEW YORK
 3        Office of the Attorney General
 4        120 Broadway
 5        New York, NY 10271
 6
 7   BY:  KATHERINE KENNEDY, Special Deputy Attorney General
 8
 9   STEMBERG FEINSTEIN DOYLE & PAYNE, LLC
10        Attorneys for Class Representatives in Henry Case
11        1007 Mt. Royal Blvd.
12        Pittsburgh, PA 15223
13
14   BY:  WILLIAM T. PAYNE, ESQ.
15
16   STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
17        Attorneys for Ad Hoc Committee of Unsecured Creditors
18        2323 Bryan Street
19        Suite 2200
20        Dallas, TX 75201
21
22   BY:  SANDER L. ESSERMAN, ESQ.)
23
24
25
```

09-50026-reg Doc 11858-1 Filed 06/20/12 Entered 06/20/12 16:35:10 Exhibit N
Relevant Excerpts from the Transcript of Sale Hearing held on July    Pg 24 of 46

09-50026-reg Doc 3062 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 23 of

23

```
1

2     VEDDER PRICE P.C.

3          Attorneys for Export Development Canada

4          1633 Broadway

5          47th Floor

6          New York, NY 10019

7

8     BY:  MICHAEL L. SCHEIN, ESQ.

9

10    WILMER CURLER PICKERING HALE AND DORR LLP

11         Attorneys for Pension Benefit Guaranty Corporation

12         399 Park Avenue

13         New York, NY 10022

14

15    BY:  PHILIP D. ANKER, ESQ.

16

17    WINDELS MARK LANE & MITTENDORF, LLP

18         Attorneys for Lloyd Good; Plastic Omanna et al.;

19          Progressive Stamping Company; Morgan Adhesives Co. d/b/a

20          MACTAC; Western Flyer Express

21         156 West 56th Street

22         New York, NY 10019

23

24    BY:  LESLIE S. BARR, ESQ.

25
```

09-50026-mg    Doc 11858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit N-1
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 25 of 46
09-50026-reg  Doc 3062  Filed 07/08/09  Entered 07/09/09 12:44:24  Main Document  Pg 24 of

24

```
 1

 2     TELEPHONIC APPEARANCES:

 3     ALLARD & FISH, P.C.

 4          Attorneys for Creditor Severstal North America, Inc.

 5          535 Griswold

 6          Suite 2600

 7          Detroit, MI 48226

 8

 9     BY:  DEBORAH L. FISH, ESQ.

10          (TELEPHONICALLY)

11

12     ARNALL GOLDEN & GREGORY LLP

13          Attorneys for Verizon Communications

14          171 17TH Street NW

15          Suite 1200

16          Atlanta, GA 30363

17

18     BY:  DARRYL S. LADDIN, ESQ.

19          FRANK N. WHITE, ESQ.

20          (TELEPHONICALLY)

21

22

23

24

25
```

09-50026-reg    Doc 11858-1   Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit N-1
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 26 of 46
09-50026-reg  Doc 3062-1 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document  Pg 25 of
35

25

```
 1
 2   ATTORNEY GENERAL'S OFFICE, STATE OF CALIFORNIA
 3        Attorneys for State of California
 4        California Dept. of Justice
 5        P.O. Box 744255
 6        Sacramento, CA 94244
 7
 8   BY:  MARGARITA PACFILLA, ESQ.
 9        (TELEPHONICALLY)
10
11   ATTORNEY GENERAL'S OFFICE, STATE OF ILLINOIS
12        Attorneys for State of Illinois
13        100 West Randolph Street
14        Chicago, IL 60601
15
16   BY:  JAMES NEWBOLD, ESQ.
17        (TELEPHONICALLY)
18
19
20
21
22
23
24
25
```

09-50026-mg    Doc 12858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit NN
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 26 of
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 27 of 46

26

```
 1

 2    ATTORNEY GENERAL'S OFFICE, STATE OF MICHIGAN

 3         State of Michigan Department of Treasury

 4         G. Mennen Williams Building

 5         7th Floor

 6         525 West Ottawa Street

 7         Lansing, MI 48909

 8

 9    BY:  JULIUS O. CURTING, ESQ.

10         (TELEPHONICALLY)

11

12    ATTORNEY GENERAL'S OFFICE, STATE OF NEW JERSEY

13         Attorneys for State of New Jersey Department of

14          Environmental Protection Agency

15         Richard J. Hughes Justice Complex

16         8th Floor, West Wing

17         25 Market Street

18         Trenton, NJ 08625

19

20    BY:  RACHEL LEHR, ESQ.

21         (TELEPHONICALLY)

22

23

24

25
```

09-50026-reg Doc 21858-1 Filed 06/20/12 Entered 06/20/12 16:35:10 Exhibit N -
Relevant Excerpts from the Transcript of Sale Hearing held on July    Pg 28 of 46
09-50026-reg Doc 3062 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 27 of
Pg 28 of 46

27

```
 1
 2     ATTORNEY GENERAL'S OFFICE, STATE OF TENNESSEE
 3          Attorneys for Tennessee Department of Revenue
 4          Office of the Attorney General
 5          P.O. Box 20207
 6          Nashville, TN 37202
 7
 8     BY:  MARVIN CLEMENTS, ESQ.
 9          (TELEPHONICALLY)
10
11     ATTORNEY GENERAL'S OFFICE, STATE OF TEXAS
12          Attorneys for Texas Department of Transportation Motor
13           Vehicle Division
14          300 West 15th Street
15          Austin, TX 78701
16
17     BY:  HAL F. MORRIS, ESQ.
18          RON DEL VENTO, ESQ.
19          (TELEPHONICALLY)
20
21
22
23
24
25
```

09-50026-reg    Doc 12858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit N
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:44    Main Document    Pg 28 of
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 29 of 46

28

1

2    DAVIS POLK & WARDWELL

3        Attorneys for Interested Party Ford Motor Company

4        450 Lexington Avenue

5        New York, NY 10017

6

7    BY:   BRIAN M. RESNICK, ESQ.

8        (TELEPHONICALLY)

9

10   DLA PIPER LLP U.S.

11       Attorneys for Creditor Hewlett Packard

12       550 South Hope Street

13       Suite 2300

14       Los Angeles, CA 90071

15

16   BY:   KAROL K. DENNISTON, ESQ.

17       (TELEPHONICALLY)

18

19

20

21

22

23

24

25

09-50026-mg    Doc 12858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit N -
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 29 of
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 30 of 46
                                                                                          30

29

```
 1

 2     FOLEY & LARDNER LLP

 3          Attorneys for Toyota Motor Corp.

 4          One Detroit Center

 5          500 Woodward Avenue

 6          Suite 2700

 7          Detroit, MI 48226

 8

 9     BY:  KATHERINE R. CALANESE, ESQ.

10          JOHN A. SIMON, ESQ.

11          (TELEPHONICALLY)

12

13     FOLEY & LARDNER LLP

14          Attorneys for Toyota Motor Corp.

15          407 West Broadway

16          Suite 2100

17          San Diego, CA 92101

18

19     BY:  MATTHEW J. RIOPELLE, ESQ.

20          (TELEPHONICALLY)

21

22

23

24

25
```

09-50026-mg    Doc 12858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit N
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 30 of
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 31 of 46

30

1

2    FREEBORN & PETERS LLP

3         Attorneys for Trico Products & PGW LLC

4         311 South Wacker Drive

5         Suite 3000

6         Chicago, IL 620606

7

8    BY:  THOMAS R. FAWKES, ESQ.

9         (TELEPHONICALLY)

10

11   FROST BROWN TODD LLC

12        Lexington Financial Center

13        250 West Main

14        Suite 2800

15        Lexington, KY 40507

16

17   BY:  ROBERT V. SARTIN, ESQ.

18        (TELEPHONICALLY)

19

20

21

22

23

24

25

09-50026-mg    Doc 11858-1    Filed 06/20/12    Entered 06/20/12 16:38:10    Exhibit N
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 31 of
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 32 of 46

31

1

2    FULBRIGHT & JAWORSKI L.L.P

3        Attorneys for Bell Atlantic

4        2200 Ross Avenue

5        Suite 2800

6        Dallas, TX 75201

7

8    BY:  ELIZABETH N. BOYDSTON, ESQ.

9        (TELEPHONICALLY)

10

11

12   GOULSTON & STORRS P.C.

13       Attorneys for Creditor 767 Fifth Partners, LLC

14       400 Atlantic Avenue

15       Boston, MA 02110

16

17   BY:  DOUGLAS B. ROSNER, ESQ.

18       (TELEPHONICALLY)

19

20

21

22

23

24

25

09-50026-mg    Doc 11858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit NN -
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 33 of 46
09-50026-reg Doc 3062 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 32 of
55

32

1

2    HANGLEY ARONCHICK SEGAL & PUDLIN

3         Attorneys for NCR Corporation

4         One Logan Square

5         18th & Cherry Streets

6         27th Floor

7         Philadelphia, PA 19103

8

9    BY:  MATTHEW A. HAMERMESH, ESQ.

10        (TELEPHONICALLY)

11

12   KEMP KLEIN LAW FIRM

13        Attorneys for Custom Automotive Services, Inc.

14        201 West Big Beaver Road

15        Suite 600

16        Troy, MI 48084

17

18   BY:  GLORIA M. CHON, ESQ.

19        (TELEPHONICALLY)

20

21

22

23

24

25

09-50026-reg Doc 12858-1 Filed 06/20/12 Entered 06/20/12 16:35:10 Exhibit N
09-50026-reg Doc 3062 Filed 07/08/09 Entered 07/09/09 12:44:24 Main Document Pg 36 of
Relevant Excerpts from the Transcript of Sale Hearing held on July Pg 34 of 46

33

1

2    MASTROMARCO FIRM

3         Attorneys for Gerald Haynor, Interested Party

4         1024 North Michigan Avenue

5         Saginaw, MI 48602

6

7    BY:  VICTOR MASTROMARCO, ESQ.

8         (TELEPHONICALLY)

9

10   MCDONALD HOPKINS CO., LPA

11        Attorneys for Swegalok Company

12        39533 Woodward Avenue

13        Bloomfield Hills, MI 48304

14

15   BY:  JAYSON B. RUFF, ESQ.

16        (TELEPHONICALLY)

17

18   MCNAMEE, LOCHNER, TITUS & WILLIAMS, PC

19        Attorneys for The Saint Regis Mohawk Tribe

20        677 Broadway

21        Albany, NY 12201

22

23   BY:  JACOB F. LAMME, ESQ.

24        (TELEPHONICALLY)

25

09-50026-mg    Doc 12858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit N -
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 35 of 46
09-50026-reg  Doc 3062  Filed 07/08/09  Entered 07/09/09 12:44:24  Main Document  Pg 34 of

34

MILLER, CANFIELD, PADOCK AND STONE, P.L.C.

    Attorneys for Creditor Ford Motor Company

    150 West Jefferson

    Suite 2500

    Detroit, MI 48226


BY:  MARC N. SWANSON, ESQ.

    (TELEPHONICALLY)


MORRIS JAMES LLP

    Attorneys for Monster Worldwide

    500 Delaware Avenue

    Suite 1500

    Wilmington, DE 19801


BY:  CARL N. KUNZ, III, ESQ.

    (TELEPHONICALLY)

09-50026-mg   Doc 11858-1   Filed 06/20/12   Entered 06/20/12 16:35:10   Exhibit NN-
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 36 of 46

09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 35 of
Pg 36 of 46

35

```
 1
 2      OFFICE OF SANTA CLARA COUNTY COUNSEL
 3           Attorneys for County of Santa Clara Tax Collector
 4           70 West Hedding Street
 5           9th Floor, East Wing
 6           San Jose, CA 95110
 7
 8      BY:  NEYSA A. FIGOR, ESQ.
 9           (TELEPHONICALLY)
10
11      OHIO ATTORNEY GENERAL'S OFFICE
12           Attorneys for State of Ohio
13           State Office Tower
14           30 East Broad Street
15           17th Floor
16           Columbus, OH 43215
17
18      BY:  LUCAS C. WARD, ESQ.
19           (TELEPHONICALLY)
20
21
22
23
24
25
```

09-50026-mg    Doc 12858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit N
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 36 of
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 37 of 46

36

```
 1
 2    PEPPER HAMILTON LLP
 3         Attorneys for Creditor SKF USA Inc.
 4         400 Berwyn Park
 5         899 Cassatt Road
 6         Berwyn, PA 19312
 7
 8    BY:  HENRY J. JAFFE, ESQ.
 9         (TELEPHONICALLY)
10
11    PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
12         Attorneys for Arlington ISD et al.
13         4025 South Woodland Park Boulevard
14         Suite 300
15         Arlington, TX 76013
16
17    BY:  ELIZABETH BANDA, ESQ.
18         (TELEPHONICALLY)
19
20
21
22
23
24
25
```

09-50026-reg    Doc 11858-1    Filed 06/20/12    Entered 06/20/12 16:35:10    Exhibit N -
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 38 of 46
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 37 of
Sale Hearing    held on July    Pg 38 of 46

37

```
 1
 2    ROTH & DEMPSEY P.C.
 3         Attorneys for Burton Taft
 4         436 Jefferson Avenue
 5         Scranton, PA 18510
 6
 7    BY:  MICHAEL G. GALLACHER, ESQ.
 8         (TELEPHONICALLY)
 9
10    SCHIFF HARDIN LLP
11         Attorneys for Columbia Gas of Ohio; Columbia Gas of
12         Virginia
13         233 South Wacker Drive
14         Suite 6600
15         Chicago, IL 60606
16
17    BY:  JASON TORF, ESQ.
18         (TELEPHONICALLY)
19
20
21
22
23
24
25
```

09-50026-reg   Doc 12858-1   Filed 06/20/12   Entered 06/20/12 16:38:10   Exhibit NN
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 39 of 46

09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 38 of

38

1

2    SINGER & LEVICK, P.C.

3         Attorneys for ACS Affiliated Computers Services, Inc.

4         16200 Addison Road

5         Suite 140

6         Addison, TX 75001

7

8    BY:  LARRY A. LEVICK, ESQ.

9         (TELEPHONICALLY)

10

11   WOLFSON BOLTON PLLC

12        Attorneys for Guardian Industries

13        3150 Livernois

14        Suite 275

15        Troy, MI 48084

16

17   BY:  SCOTT A. WOLFSON, ESQ.

18        (TELEPHONICALLY)

19

20

21

22

23

24

25

09-50026-mg   Doc 11858-1   Filed 06/20/12   Entered 06/20/12 16:35:10   Exhibit NN 2 of
09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 102 of
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 40 of 46

102

1          First, a housekeeping item.  I'm pleased to report

2     that we can't confirm that we are fine on the GE matter; I

3     think that may be a typo.  My partner at Waldorf was actually

4     with his wife at a medical facility and was able to get to us

5     and tell us he had this --

6          THE COURT:  That's fine.

7          MR. MAYER:  The committee is prepared to withdraw its

8     limited objection to the sale motion subject to the following:

9          First, individual committee members have forcefully

10    advocated certain of the arguments advanced in the committee's

11    limited objection, and the committee's withdrawal of its

12    limited objection is without prejudice to any position taken by

13    those individual committee members on their own behalf.

14          Second, the committee's withdrawal of its limited

15    objection is subject to the completion of the wind-down budget

16    and the sale order to the committee's satisfaction.  And in

17    that connection, Your Honor, I'm pleased to report that in

18    literally the last sixteen hours, in a meeting that went until

19    I think 2 in the morning and resumed at 7, and it was handled

20    primarily for the committee by FTI's Conner and Anna Phillips

21    and two partners from my firm who are not here today, Amy Caton

22    and Bob Schmidt.  Actually, Bob is here, I apologize.

23          We were able to close the substantive gap on the

24    wind-down budget.  My understanding, which I would ask the

25    government to confirm is that the total amount of the facility

09-50026-mg   Doc 11958-17   Filed 06/20/12   Entered 06/20/12 16:35:10   Exhibit NN
09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 103 of
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 41 of 46

103

1   being provided to cover wind-down expenses has been upsized

2   such that the government is going to make available financing

3   in the amount of 1.175 billion dollars, Your Honor.

4          In addition, there is an agreement that asset

5   proceeds which have previously been dedicated to the repayment

6   of the government's facility will be available to fund

7   additional expenses if needed.

8          The government has agreed that asset sale proceeds

9   that were previously dedicated to the repayment of the

10  government's wind-down facility will now be available for the

11  payment of wind down expenses if needed.

12         MR. JONES:  Also correct, Your Honor.  And I should

13  make clear that the funding facility is on a non-recourse

14  basis, as has been the case throughout these discussions.

15         MR. MAYER:  The details are still being fine tuned,

16  but those are the highlights.  We also had useful discussions

17  with AlixPartners on its administration of the wind-down,

18  again, details will be forthcoming.  But we believe we have an

19  agreement in principal on certain elements on that that are

20  important to us and will be disclosed at a later time when Alix

21  is prepared to come forward with its application.

22         With respect to corporate governance, there are two

23  time periods.  There's a period between now and confirmation

24  and -- strike that.  Consummation.  And there's a period

25  between consummation and final distribution.  And to be precise

09-50026-mg   Doc 11358-17   Filed 06/20/12   Entered 06/20/12 16:35:10   Exhibit NN
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 42 of 46
09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 104 of
Pg

1    we talked in this proceeding, Your Honor, about a sale

2    consummation, that's not what I mean here.  I mean, there's a

3    period between the sale and the consummation of a Chapter 11

4    plan.  And then there's a period after consummation of a

5    Chapter 11 plan.  And we have agreements in principle for the

6    most part on both periods.  One is ready for publication.

7         During the period from the sale until consummation of

8    a plan of reorganization, it is our understanding that the

9    board of directors of this debtor will be composed of one

10   designee from Alix, one designee from the creditors' committee.

11   And there's a third individual who the parties have agreed on,

12   but I'm not entirely sure he has agreed on it, so perhaps I

13   should keep his name confidential for the moment.  But we have

14   an agreement on a person that would be acceptable to both of

15   us.  And actually is quite a good pick.

16        And, again, the permanent board -- the board for the

17   post-consummation, GM -- Old GM will be in a plan of

18   reorganization and disclosure statement, itself, but we have

19   the outlines of an agreement on that as well.

20        Based on those agreements and one or two other

21   things, there was an issue that came up yesterday, about

22   workers' compensation claims in connection with the State of

23   Michigan.  Our understanding is that the order or relevant

24   documents will be changed so as to have New GM bear

25   responsibility for Michigan Workers' Comp claims.  Old GM will

09-50026-mg    Doc 11958-17    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit NN
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 105 of
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 43 of 46

105

1    not bear responsibility for Michigan workers' comp claims.

2    Does that need to be amplified.

3            MR. JONES:  No amplification needed, Your Honor.

4    That description is correct so far.

5            THE COURT:  Am I right in assuming Michigan has the

6    most workers and potentially the most workers' comp?

7            MR. MAYER:  Mr. Henderson is nodding yes.

8            Finally, the committee reserves its rights with

9    respect to the master sale and purchase agreement and related

10    documents.  As indicated by the narrative as to how late we

11    went last night, these things are still being machine, as is

12    not uncommon.  And we intend to continue to work with Treasury

13    and the debtors.  They fully involved us last night, we

14    appreciate that.  We look forward to working with them to reach

15    a consensual resolution on these documents and we expect that

16    we will reach some if for some unforeseen reason there's an

17    issue of such moment that compels us to come back to the Court

18    we will let Your Honor know.  But this is in the nature of

19    negotiating documents that we expect to reach an agreement on

20    and one that does not affect what I have said previously.

21            And if the Court has any questions, I'm happy to

22    answer them.

23            THE COURT:  Just a couple.  If I heard you right the

24    creditors' committee is withdrawing it's limited objection and

25    it is no longer taking the position one way or the other on the

09-50026-mg   Doc 13158-17   Filed 06/20/12   Entered 06/20/12 16:33:10   Exhibit NN
Pg 44 of 46
09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 106 of
Relevant Excerpts from the Transcript of Sale Hearing   held on July

1   tort and asbestos issues that at one time the creditors'

2   committee as a whole were taking.  As of now you're just

3   leaving that to the individual advocates on both sides.

4          MR. MAYER:  That's correct, Your Honor.

5          THE COURT:  I sense that you folks are working very

6   hard to further narrow issues.  But this is an ongoing process.

7   Is it possible for you, in consultation with other parties, to

8   figure out a mechanism to keep me informed over the next

9   several days, even though it's a holiday weekend, so that I can

10  keep my arms around where you are in that.  Obviously, I don't

11  want to be ex parte.  You have to figure out a mechanic to

12  notify me.  Not on what's going on but when issues are buttoned

13  up, just like you reported to me now.

14         MR. MAYER:  Yes, Your Honor.  I think together with

15  the debtors and Treasury we can definitely do that.

16         THE COURT:  Okay.  Anything else at this point, Mr.

17  Mayer?

18         MR. MAYER:  Well, we are withdrawing our objection so

19  we are no longer opposed to this transaction going forward.

20         THE COURT:  Okay.

21         MR. MAYER:  Thank you.

22         THE COURT:  Thank you very much.

23         MR. MAYER:  I don't want to leave any confusions.

24  The committee's papers were originally not in opposition to the

25  transaction going forward.  The committee remains in support of

09-50026-mg   Doc 11858-17   Filed 06/20/12   Entered 06/20/12 16:33:10   Exhibit NN
09-50026-reg   Doc 3062   Filed 07/08/09   Entered 07/09/09 12:44:24   Main Document   Pg 235 of
Relevant Excerpts from the Transcript of Sale Hearing   held on July   Pg 45 of 46

235

1                          I N D E X

2

3                        R U L I N G S

4    DESCRIPTION                                PAGE      LINE

5    Motion to authorize/Motion of the debtors    162       15

6    for entry of order authorizing and

7    approving settlement agreements with

8    certain unions, approved

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

09-50026-mg    Doc 11858-17    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit NN -
Relevant Excerpts from the Transcript of Sale Hearing    held on July    Pg 46 of 46
09-50026-reg    Doc 3062    Filed 07/08/09    Entered 07/09/09 12:44:24    Main Document    Pg 236 of
Pg 46 of 46

236

C E R T I F I C A T I O N

I, Lisa Bar-Leib, certify that the foregoing transcript is a

true and accurate record of the proceedings.

**Lisa Bar-Leib**
Digitally signed by Lisa Bar-Leib
DN: cn=Lisa Bar-Leib, c=US
Reason: I am the author of this
document
Date: 2009.07.08 11:10:04 -04'00'

_____

LISA BAR-LEIB

AAERT Certified Electronic Transcriber (CET**D-486)


Also transcribed by:     Clara Rubin (CET**D-491)

                         Penina Wolicki

                         Esther Accardi (CET**D-485)


Veritext LLC

200 Old Country Road

Suite 580

Mineola, NY 11501


Date:  July 6, 2009