# EXHIBIT OO

09-50026-mg   Doc 11858-2   Filed 06/20/12   Entered 06/20/12 16:03:10   Exhibit OO
09-50026-reg Doc 2955 Filed 06/26/09 Entered 06/26/09 13:31:24 Main Document Pg 1 of 122
Relevant Excerpts from the Transcript of the Final DIP Hearing held   Pg 2 of 25

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 09-50026

- - - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


GENERAL MOTORS CORPORATION, et al.,


          Debtors.


- - - - - - - - - - - - - - - - - - - - - -x


                    United States Bankruptcy Court

                    One Bowling Green

                    New York, New York


                    June 25, 2009

                    9:03 AM



B E F O R E:

HON. ROBERT E. GERBER

U.S. BANKRUPTCY JUDGE

09-50026-mg    Doc 11858-2    Filed 06/20/12    Entered 06/20/12 16:03:10    Exhibit QQ-
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 3 of 25
09-50026-reg  Doc 2395  Filed 06/26/09  Entered 06/26/09 11:37:24  Main Document  Pg 2 of 122

2

1

2    HEARING re Motion of Debtors for Entry of an Order Pursuant to

3    11 U.S.C. §§ 361, 362, 363, and 364 (i) Authorizing the Debtors

4    to Obtain Post-petition Financing, Including on an Immediate,

5    Interim Basis; (ii) Granting Superpriority Claims and Liens;

6    (iii) Authorizing the Debtors to Use Cash Collateral; (iv)

7    Granting Adequate Protection to Certain Prepetition Secured

8    Parties; (v) Authorizing the Debtors to Prepay Certain Secured

9    Obligations in Full Within Forty-Five Days; and (vi) Scheduling

10   a Final Hearing Pursuant to Bankruptcy Rule 4001

11

12   HEARING re Motion of Debtors for Entry of Order Pursuant to 11

13   U.S.C. Sections 105, 363, and 364 Authorizing Debtors to (i)Pay

14   Pre-petition Claims of Certain Essential Suppliers, Vendors and

15   Services Providers; (ii)Continue Troubled Supplier Assistance

16   Program; and (iii)Continue Participation in the United States

17   Treasury Auto Supplier Support Program

18

19   HEARING re Motion of Debtors for Entry of Order Pursuant to 11

20   U.S.C. §§ 105(a) and 366 (i)Approving Debtors Proposed Form of

21   Adequate Assurance of Payment; (ii)Establishing Procedures for

22   Resolving Objections By Utility Companies; and (iii)Prohibiting

23   Utilities from Altering, Refusing, or Discontinuing Service

24

25

3

1

2      HEARING re Motion of Debtors for Entry of Orders Pursuant to 11

3      U.S.C. §§ 105, 361, 362, 363, and 507 (i)Authorizing Use of

4      Cash Collateral; (ii)Granting Adequate Protection to the

5      Revolver Secured Parties; (iii)Granting Adequate Protection to

6      the Term Loan Secured Parties, and (iv) Scheduling a Final

7      Hearing Pursuant to Bankruptcy Rule 4001

8

9      HEARING re Application For An Order Pursuant To Sections 327(a)

10     And 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a)

11     Authorizing the Employment and Retention of Evercore Group

12     L.L.C. as Investment Banker and Financial Advisor for the

13     Debtors Nunc Pro Tunc to the Petition Date

14

15     HEARING re Motion of the Debtors Pursuant to 11 U.S.C. § 363

16     for an Order Authorizing the Debtors to Employ and Retain AP

17     Services, LLC As Crisis Managers and to Designate Albert A.

18     Koch as Chief Restructuring Officer, Nunc Pro Tunc to the

19     Petition Date

20

21     HEARING re Motion to Appoint Committee Motion of Ad Hoc

22     Committee of Consumer Victims of General Motors for Appointment

23     of Official Committee of Tort Claimants Pursuant to 11 U.S.C.

24     §1102(a)(2)

25

09-50026-mg    Doc 13858-2    Filed 06/20/12    Entered 06/20/12 16:03:10    Exhibit QQ - Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 5 of 25

09-50026-reg    Doc 2956    Filed 06/26/09    Entered 06/26/09 13:17:24    Main Document    Pg 4 of 122

4

1

2    HEARING re Motion to Appoint Committee Motion for an Order

3    (i)Appointing a Legal Representative for Future Asbestos

4    Personal Injury Claimants; and (ii)Directing the United States

5    Trustee to Appoint an Official Committee of Asbestos Personal

6    Injury Claimants

7

8    HEARING re Application of the General Motors Retirees

9    Association for Order to Appoint a Retiree Committee Pursuant

10   to 11 U.S.C. Section 1114(d)

11

12   HEARING re Motion of Debtors for Entry of Order Pursuant to 11

13   U.S.C. Sections 105(a) and 363(b) (i)Authorizing Debtors to Pay

14   Prepetition Obligations to Foreign Creditors; and

15   (ii)Authorizing and Directing Financial Institutions to Honor

16   and Process Related Checks and Transfers

17

18   HEARING re Motion of the Debtors Pursuant to 11 U.S.C. Sections

19   105(a) and 362 for Entry of (i)Interim and Final Orders

20   Establishing Notification Procedures Regarding Restrictions on

21   Certain Transfers of Interests in the Debtors; and (ii)Orders

22   Scheduling a Final Hearing

23

24

25

09-50026-reg  Doc 2996  Filed 06/26/09  Entered 06/26/09 11:31:24  Main Document  Pg 9 of 122

5

1

2    HEARING re Motion of Debtors for Entry of Order Pursuant to 11

3    U.S.C. Sections 105(a), 345(b), 363(b) and 363(c) and 364(a),

4    and Fed. R. Bankr. P. 6003 and 6004 (A)Authorizing Debtors to

5    (i)Continue Using Existing Cash Management System; (ii)Honor

6    Certain Pre-petition Obligations Related to Use of Cash

7    Management System; and (iii)Maintain Existing Bank Accounts and

8    Business Forms; (B)Extending Time to Comply with 11 U.S.C.

9    Section 345(b); and (C)Scheduling a Final Hearing

10

11    HEARING re Debtors' Motion Pursuant to Section 363 of the

12    Bankruptcy Code for Authority to Exercise Put Rights

13

14    HEARING re of Debtors for Entry of Order Granting Additional

15    Time to File Reports of Financial Information or to Seek

16    Modification of Reporting Requirements Pursuant to Bankruptcy

17    Rule 2015.3

18

19    HEARING re Application of the Debtors Pursuant to 11 U.S.C. §§

20    327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) for Authority

21    to Employ Weil, Gotshal & Manges LLP as Attorneys for the

22    Debtors, Nunc Pro Tunc to the Commencement Date

23

24

25

09-50026-mg   Doc 11858-2   Filed 06/20/12   Entered 06/20/12 16:03:10   Exhibit OO
09-50026-reg Doc 2996 Filed 06/26/09 Entered 06/26/09 13:51:24 Main Document Pg 6 of 122
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 7 of 25

6

1

2      HEARING re Application of the Debtors Pursuant to Section

3      327(e) of the Bankruptcy Code and Rules 2014(a) and 2016(b) of

4      the Federal Rules of Bankruptcy Procedure for Authorization to

5      Employ and Retain Jenner & Block LLP as Attorneys for the

6      Debtors, Nunc Pro Tunc to the Commencement Date

7

8      HEARING re Application Under 11 U.S.C. §§327(e) And 328(a)

9      Authorizing Debtors to Employ and Retain Honigman Miller

10     Schwartz And Cohn LLP as Special Counsel for the Debtors, Nunc

11     Pro Tunc to the Petition Date

12

13     HEARING re Application Of Debtors for Entry of Order Pursuant

14     to 28 U.S.C. § 156(c) Authorizing Retention and Employment of

15     The Garden City Group, Inc. as Notice and Claims Agent Nunc Pro

16     Tunc to the Commencement Date

17

18

19

20

21

22

23

24

25     Transcribed by:  Lisa Bar-Leib

7

1

2    A P P E A R A N C E S :

3    WEIL, GOTSHAL & MANGES LLP

4         Attorneys for Debtor General Motors Corporation

5         767 Fifth Avenue

6         New York, NY 10153

7

8    BY:  HARVEY R. MILLER, ESQ.

9         STEPHEN KAROTKIN, ESQ.

10        JOSEPH H. SMOLINSKY, ESQ.

11

12   JENNER & BLOCK LLP

13        Proposed Special Counsel for GM

14        919 Third Avenue

15        37th Floor

16        New York, NY 10022

17

18   BY:  PATRICK J. TROSTLE, ESQ.

19

20

21

22

23

24

25

09-50026-mg    Doc 11858-2    Filed 06/20/12    Entered 06/20/12 16:03:10    Exhibit OO-
09-50026-reg    Doc 2995    Filed 06/26/09    Entered 06/26/09 13:51:24    Main Document    Pg 8 of 122
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 9 of 25

8

1

2     JENNER & BLOCK LLP

3          Proposed Special Counsel for GM

4          330 North Wabash Avenue

5          Chicago, IL 60611

6

7     BY:  DANIEL MURRAY, ESQ.

8          (TELEPHONICALLY)

9

10    KRAMER LEVIN NAFTALIS & FRANKEL LLP

11         Attorneys for Official Committee of Unsecured Creditors

12         1177 Avenue of the Americas

13         New York, NY 10036

14

15    BY:  LAUREN M. MACKSOUD, ESQ.

16         THOMAS MOERS MATER, ESQ.

17         AMY CATON, ESQ.

18

19

20

21

22

23

24

25

09-00026-mg    Doc 14858-2    Filed 06/20/12    Entered 06/20/12 16:03:10    Exhibit OO
09-00026-reg Doc 2595 Filed 06/26/09 Entered 06/26/09 11:37:24 Main Document   Pg 9 of 122
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 10 of 25

9

1

2    UNITED STATES DEPARTMENT OF JUSTICE

3         Office of the United States Trustee

4         33 Whitehall Street

5         21st Floor

6         New York, NY 10004

7

8    BY:  BRIAN S. MASUMOTO, ESQ.

9

10   UNITED STATES DEPARTMENT OF JUSTICE

11        U.S. Attorney's Office

12        86 Chambers Street

13        New York, NY 10007

14

15   BY:  DAVID S. JONES, AUSA

16        MATTHEW L. SCHWARTZ, AUSA

17

18   BINGHAM MCCUTCHEN LLP

19        Attorneys for Deutsche Bank AG

20        399 Park Avenue

21        New York, NY 10022

22

23   BY:  ERIN H. MAUTNER, ESQ.

24        JEFFREY S. SABIN, ESQ.

25

09-50026-mg    Doc 11858-2    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit OO
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 11 of 25

09-50026-reg   Doc 2595   Filed 06/26/09   Entered 06/26/09 11:34:24   Main Document   Pg 10 of
12

10

1

2      CADWALADER, WICKERSHAM & TAFT LLP

3           Attorneys for U.S. Treasury Auto Task Force

4           One World Financial Center

5           New York, NY 10281

6

7      BY:  LESLIE W. CHERVOKAS, ESQ.

8

9      CADWALADER, WICKERSHAM & TAFT LLP

10          Attorneys for U.S. Treasury Auto Task Force

11          1201 F Street, N.W.

12          Washington, DC 20004

13

14     BY:  DOULAS S. MINTZ, ESQ.

15

16     FARELLA BRAUN & MARTEL LLP

17          Attorneys for

18          Russ Building

19          235 Montgomery Street

20          San Francisco, CA 94104

21

22     BY:  NEIL A. GOTEINER, ESQ.

23

24

25

11

1

2    HONIGMAN MILLER SCHWARTZ AND COHN LLP

3         Attorneys for Debtor/Defendant General Motors Corporation

4         2290 First National Building

5         660 Woodward Avenue

6         Detroit, MI 48226

7

8    BY:  ROBERT B. WEISS, ESQ.

9

10   KELLEY DRYE & WARREN LLP

11        Attorneys for Law Debenture; LBA Realty

12        101 Park Avenue

13        New York, NY 10178

14

15   BY:  JENNIFER A. CHRISTIAN, ESQ.

16

17   MCGUIREWOODS LLP

18        Attorneys for Dominion Retail, Inc.

19        1345 Avenue of the Americas

20        Seventh Floor

21        New York, NY 10105

22

23   BY:  SHAWN R. FOX, ESQ.

24

25

09-50026-mg   Doc 12658-2   Filed 06/20/12   Entered 06/20/12 16:33:10   Exhibit OO
Relevant Excerpts from the Transcript of the Final DIP Hearing held   Pg 13 of 25
09-50026-reg   Doc 2595   Filed 06/26/09   Entered 06/26/09 11:34:24   Main Document   Pg 12 of 12

12

1

2    MORGAN, LEWIS & BOCKIUS LLP

3        Attorneys for JPMorgan Chase Bank

4        101 Park Avenue

5        New York, NY 10178

6

7    BY:  RICHARD S. TODER, ESQ.

8        ANDREW GOTTFRIED, ESQ.

9

10   ORRICK, HERRINGTON & SUTCLIFFE LLP

11       Attorneys for Ad Hoc Dealer Committee

12       666 Fifth Avenue

13       New York, NY 10103

14

15   BY:  ALYSSA D. ENGLUND, ESQ.

16

17   SIMMONSCOOPER LLC

18       Attorneys for

19       707 Berkshire Blvd.

20       East Alton, IL 62024

21

22   BY:  ROBERT W. PHILLIPS, ESQ.

23

24

25

13

1

2    SIMPSON THACHER & BARTLETT LLP

3        Attorneys for Citicorp USA, Inc., as Agent

4        425 Lexington Avenue

5        New York, NY 10017

6

7    BY:  PETER V. PANTALEO, ESQ.

8        ANNE L. KNIGHT, ESQ.

9

10   STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.

11       Attorneys for Ad Hoc Committee of Unsecured Creditors

12       2323 Bryan Street

13       Suite 2200

14       Dallas, TX 75201

15

16   BY:  SANDER L. ESSERMAN, ESQ.)

17

18   VEDDER PRICE P.C.

19       Attorneys for Export Development Canada

20       1633 Broadway

21       47th Floor

22       New York, NY 10019

23

24   BY:  MICHAEL L. SCHEIN, ESQ.

25

14

```
 1
 2     VINSON & ELKINS LLP
 3          Attorneys for Mason Capital
 4          666 Fifth Avenue
 5          26th Floor
 6          New York, NY 10103
 7
 8     BY:  DENIS F. CRONIN, ESQ.
 9          CRAIG KORNREICH, ESQ.
10
11     WHITE AND WILLIAMS LLP
12          Attorneys for Nicor Gas
13          One Penn Plaza
14          250 West 34th Street
15          Suite 4110
16
17     BY:  KAREL S. KARPE, ESQ.
18
19
20
21
22
23
24
25
```

VERITEXT REPORTING COMPANY

09-50026-mg    Doc 11858-2    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit QQ -
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 16 of 25
09-50026-reg    Doc 2595    Filed 06/26/09    Entered 06/26/09 11:34:24    Main Document    Pg 16 of
25

15

```
 1
 2    ALLARD & FISH, P.C.
 3         Attorneys for Creditor Severstal North America, Inc.
 4         535 Griswold
 5         Suite 2600
 6         Detroit, MI 48226
 7
 8    BY:  DEBORAH L. FISH, ESQ.
 9         (TELEPHONICALLY)
10
11    ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
12         Attorneys for LBA Realty Fund III; PruSKS Brannan
13         Associates
14         Three Embarcadero Center
15         12th Floor
16         San Francisco, CA 94111
17
18    BY:  IVAN M. GOLD, ESQ.
19         (TELEPHONICALLY)
20
21
22
23
24
25
```

09-50026-mg    Doc 11858-2    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit OO
09-50026-reg    Doc 2595    Filed 06/26/09    Entered 06/26/09 11:34:44    Main Document    Pg 16 of
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 17 of 25

16

1

2    DAVIS POLK & WARDWELL

3        Attorneys for Interested Party Ford Motor Company

4        450 Lexington Avenue

5        New York, NY 10017

6

7    BY:  BRIAN M. RESNICK, ESQ.

8        (TELEPHONICALLY)

9

10   DLA PIPER LLP U.S.

11        Attorneys for Creditor Hewlett Packard

12        550 South Hope Street

13        Suite 2300

14        Los Angeles, CA 90071

15

16   BY:  KAROL K. DENNISTON, ESQ.

17        (TELEPHONICALLY)

18

19

20

21

22

23

24

25

17

```
 1
 2    FROST BROWN TODD LLC
 3         Lexington Financial Center
 4         250 West Main
 5         Suite 2800
 6         Lexington, KY 40507
 7
 8    BY:  ROBERT V. SARTIN, ESQ.
 9         (TELEPHONICALLY)
10
11    HANGLEY ARONCHICK SEGAL & PUDLIN
12         Attorneys for NCR Corporation
13         One Logan Square
14         18th & Cherry Streets
15         27th Floor
16         Philadelphia, PA 19103
17
18    BY:  MATTHEW A. HAMERMESH, ESQ.
19         (TELEPHONICALLY)
20
21
22
23
24
25
```

09-50026-mg    Doc 11858-2    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit OO
09-50026-reg Doc 2595 Filed 06/20/09 Entered 06/26/09 11:34:44 Main Document Pg 18 of
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 19 of 25
                                    of 25

18

1

2    MOTLEY RICE, LLC

3          28 Bridgeside Blvd.

4          Mt. Pleasant, SC 29464

5

6    BY:   JEANETTE M. GILBERT, ESQ.

7          (TELEPHONICALLY)

8

9    SCHIFF HARDIN LLP

10         Attorneys for Columbia Gas of Ohio; Columbia Gas of

11         Virginia

12         233 South Wacker Drive

13         Suite 6600

14         Chicago, IL 60606

15

16   BY:   JASON TORF, ESQ.

17         (TELEPHONICALLY)

18

19   SIDLEY AUSTIN LLP

20         Attorneys for Multiple Lenders

21         One South Dearborn

22         Chicago, IL 60603

23

24   BY:   KENNETH P. KANSA, ESQ.

25         (TELEPHONICALLY)

09-50026-mg   Doc 11858-2   Filed 06/20/12   Entered 06/20/12 16:33:10   Exhibit OO
09-50026-reg   Doc 2595   Filed 06/26/09   Entered 06/26/09 11:54:24   Main Document   Pg 19 of
Relevant Excerpts from the Transcript of the Final DIP Hearing held   Pg 20 of 25

19

STAHL COWDEN CROWLEY ADDIS LLC

     Attorneys for GM National Retiree Association

     55 West Monroe Street

     Suite 1200

     Chicago, IL 60603


BY:   JON D. COHEN, ESQ.

     (TELEPHONICALLY)

09-50026-mg    Doc 11858-2    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit O2
09-50026-reg    Doc 2595    Filed 06/26/09    Entered 06/26/09 19:34:24    Main Document    Pg 24 of
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 21 of 25
of 12

24

1    paragraph (f) on page 12 which has been requested by the United

2    States Treasury.  And they are here to address that if you have

3    any questions with that.

4         THE COURT:  Okay.  Also, I realize -- and I see Ms.

5    Caton, you came up perhaps to speak.  I gather there was a

6    dialogue going on with the creditors' committee.  And if

7    there's anything that is desirable for the creditors' committee

8    to put on the record, I certainly want to give it that

9    opportunity.  Ms. Caton, good morning.

10        MS. CATON:  Thank you, Your Honor.  Amy Caton from

11   Kramer Levin Naftalis & Frankel on behalf of the creditors'

12   committee.  As you noted, there were a number of modifications

13   that were made with the order at the request of the creditors'

14   committee.  And I just want to highlight a couple of those.

15        THE COURT:  Of course.

16        MS. CATON:  The first one is that one of the

17   creditors' committee's main concern here is what happens to be

18   the state after the sale closes.  And I think the parties'

19   intent from the beginning is then that 950 millions or an

20   amount up to -- well, potentially greater than but, likely, 950

21   million dollars, will be left behind to fund the wind down of

22   these estates and pay administrative and priority claims.

23   However, when we started the negotiation of the DIP order, I

24   don't believe that these provisions were really made clear.

25   And that's one of the things that we have done in the DIP

119

1

2                          I N D E X

3

4                        R U L I N G S

5   DESCRIPTION                                    PAGE    LINE

6   Debtors' motion for final order authorizing     30      20

7   debtors to pay pre-petition obligations to

8   foreign creditors and authorizing and directing

9   financial institutions to honor and process

10  related checks and transfers granted

11  Debtors' motion for final orders establishing    31      4

12  notification procedures regarding restrictions

13  on certain transfers of interest in the debtor

14  granted

15  Debtors' motion for final order on cash          31      9

16  management granted

17  Debtors' motion for authority to exercise a put  31      17

18  Debtors' motion to grant additional time to      31      23

19  file reports of financial information or to

20  seek modification of reporting requirements granted

21  Debtors' application to retain Weil Gotshal      32      5

22  & Manges as attorneys nunc pro tunc to

23  commencement date granted

24

25

09-50026-reg   Doc 2991   Filed 06/26/09   Entered 06/26/09 17:07:24   Main Document   Pg 120 of
125

120

```
 1
 2                        I N D E X, cont'd
 3
 4                        R U L I N G S
 5    DESCRIPTION                                      PAGE    LINE
 6    Debtors' application to retain Jenner &           32      14
 7    Block LLP pursuant to Section 327(e) as
 8    conflicts counsel and special corporate
 9    counsel granted
10    Debtors' application to retain under Section      32      21
11    327(e) Honigman, Miller, Schwartz & Cohn, LLP
12    as special counsel granted
13    Debtors' application authorizing retention        33       2
14    and employment of The Garden City Group, Inc.
15    as notice and claims agent nunc pro tunc to
16    commencement date granted
17    Debtors' motion seeking entry of final order      35      21
18    with respect to the debtors' essential supplier
19    programs granted
20    Motion of ad hoc committee of asbestos personal   52      12
21    injury claimants for order appointing a future
22    asbestos personal injury claimant denied without
23    prejudice
24
25
```

09-50026-mg    Doc 11858-2    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit OO-1
09-50026-reg  Doc 2993  Filed 06/26/09  Entered 06/26/09 11:57:24  Main Document  Pg 121 of
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 24 of 25

121

1

2                        I N D E X, cont'd

3

4                        R U L I N G S

5    DESCRIPTION                                    PAGE      LINE

6    Debtors' motion to retain AP Services LLC as    55        17

7    crisis managers and to designate Albert A. Koch

8    as chief restructuring officer nunc pro tunc to

9    commencement date

10   Application of the General Motors Retirees      117       17

11   Association for order to appoint retiree

12   committee pursuant to 11 U.S.C. Section 1114(d)

13   denied without prejudice to reconsideration

14

15

16

17

18

19

20

21

22

23

24

25

09-50026-mg    Doc 11858-2    Filed 06/20/12    Entered 06/20/12 16:33:10    Exhibit OO -
Relevant Excerpts from the Transcript of the Final DIP Hearing held    Pg 25 of 25

09-50026-reg    Doc 2995    Filed 06/26/09    Entered 06/26/09 11:37:24    Main Document    Pg 122 of
122

122

1

2                        C E R T I F I C A T I O N

3

4     I, Lisa Bar-Leib, certify that the foregoing transcript is a

5     true and accurate record of the proceedings.

6     Lisa Bar-Leib   Digitally signed by Lisa Bar-Leib
                       DN: cn=Lisa Bar-Leib, c=US
                       Reason: I am the author of this
7     _____document_____
                       Date: 2009.06.26 11:13:03 -04'00'

8     LISA BAR-LEIB

9     AAERT Certified Electronic Transcriber (CET**D-486)

10

11    Also transcribed by:  Tzippy Geralnik

12                          Pnina Eilberg

13                          Penina Wolicki

14                          Dena Page

15                          Ellen Kolman

16                          Clara Rubin

17

18    Veritext LLC

19    200 Old Country Road

20    Suite 580

21    Mineola, NY 11501

22

23    Date:  June 26, 2009

24

25