# EXHIBIT PP

1

Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
joseph.smolinsky@weil.com
(212) 310-8767

---

**From**: Novod, Gordon
**To**: Karotkin, Stephen; Smolinsky, Joseph
**Cc**: Mayer, Thomas Moers ; Schmidt, Robert T. ; Rogoff, Adam C. ; Eckstein, Kenneth H. ; Berkovich, Ronit; Meises, Michele; Seidel, Barry
**Sent**: Wed Jul 01 01:50:16 2009
**Subject**: RE: GM: Revised Sale Order

Stephen/Joe,

Attached for your review please find a marked version of the sale order which has been revised to reflect our additional comments.

Please note that this document remains subject to internal and committee review.

Gordon



Gordon Z. Novod

Associate
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-7753
Fax: 212-715-8000
Email: gnovod@KRAMERLEVIN.com
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---

**From:** Novod, Gordon
**Sent:** Saturday, June 27, 2009 2:25 PM
**To:** 'stephen.karotkin@weil.com'
**Cc:** Mayer, Thomas Moers; Schmidt, Robert T.; Rogoff, Adam C.; Eckstein, Kenneth H.; 'joseph.smolinsky@weil.com'; 'Berkovich, Ronit'; michele.meises@weil.com; 'Seidel, Barry'
**Subject:** RE: GM: Revised Sale Order

Stephen,

Attached for your review please find a marked version of the sale order which has been revised to reflect our additional comments as well as those of some Committee members. I understand that Joe and Barry Seidel have a call scheduled for this afternoon to discuss supplier/cure issues. Thus, this draft does not contain specific comments on supplier/cure issues.

I've attached three documents: (i) a clean version of the revised sale order; (ii) a marked copy to reflect revisions against the original filed form of sale order; and (iii) a pdf marked to reflect revisions against the revised order circulated 6/25/09.

Please note that this document remains subject to internal and committee review.

Gordon

---

**From:**  Novod, Gordon
**Sent:**  Thursday, June 25, 2009 10:42 PM
**To:**  'stephen.karotkin@weil.com'
**Cc:**  Mayer, Thomas Moers; Schmidt, Robert T.; Rogoff, Adam C.; Eckstein, Kenneth H.; 'joseph.smolinsky@weil.com'; 'Berkovich, Ronit'

**Subject:**  GM: Revised Sale Order

Stephen,

Attached for your review please find a marked version of the sale order which has been revised to reflect our comments. Please note that this document remains subject to internal and committee review.

Gordon

CONFIDENTIAL

CC000304

Clean  << File: KL2-#2610016-v3-GM__Draft_sale_order.DOC¤ >>
Blackline  << File: KL2-#2610016-vdoc-GM__Draft_sale_order.DOC¤ >>

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

---

To comply with U.S. Treasury Regulations: This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

Confidentiality Statement:

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at http://www.butzel.com

---