# EXHIBIT RR

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| GENERAL MOTORS CORP., *et al.*, | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

5716-01217808
GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY,
GENERAL MOTORS OF CANADA LIMITED GM NOVA SCOTIA INVESTMENTS LTD.,GMC
AURELIUS CAPITAL PARTNERS LP, AURELIUS CAPITAL MASTER LTD.,
DRAWBRIDGE DSO SECURITIES LLC, DRAWBRIDGE OSO SECURITIES

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call your GM representative.

| | |
|---|---|
| User ID: | 8XM51k4j |
| Password: | h9u94ES3v409 |
| Vendor ID #: | 5716-01217808 |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER
NGM000004054

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

NGM000004055

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Vendor Master ID | Vendor Master Name | AlixPartners Number | Counterparty Name |
| 2 | 5716-00741041 | General Motors Nova Scotia Finance Company | 5716-00741041 | General Motors Nova S |
| 3 | 5716-01058630 | General Motors Nova Scotia Finance Company | 5716-01058630 | General Motors Nova |
| 4 | 5716-01217808 | General Motors Nova Scotia Finance Company, General Motors of Canada Limited, GM Nova Scotia Investments Ltd., General Motors Corporation, Aurelius Capital Partners LP, Aurelius Capital Master Ltd., Drawbridge DSO Securities LLC, Drawbridge OSO Securities | 5716-01217808 | General Motors Nova S |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

NGM000004056

| | A | B | C | D |
|---|---|---|---|---|
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |
| 66 | | | | |
| 67 | | | | |
| 68 | | | | |
| 69 | | | | |
| 70 | | | | |
| 71 | | | | |
| 72 | | | | |
| 73 | | | | |
| 74 | | | | |
| 75 | | | | |
| 76 | | | | |
| 77 | | | | |
| 78 | | | | |
| 79 | | | | |
| 80 | | | | |
| 81 | | | | |
| 82 | | | | |
| 83 | | | | |
| 84 | | | | |
| 85 | | | | |
| 86 | | | | |
| 87 | | | | |
| 88 | | | | |
| 89 | | | | |
| 90 | | | | |
| 91 | | | | |
| 92 | | | | |
| 93 | | | | |
| 94 | | | | |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

|     | A | B | C | D |
|-----|---|---|---|---|
| 95  |   |   |   |   |
| 96  |   |   |   |   |
| 97  |   |   |   |   |
| 98  |   |   |   |   |
| 99  |   |   |   |   |
| 100 |   |   |   |   |
| 101 |   |   |   |   |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

| | E | F | G | H | I | J |
|---|---|---|---|---|---|---|
| 1 | Contract Status | noticed | Decision | GM Contract ID | Legal Entity | Contract Name |
| 2 | ASSUMED AUGUST 3, 2009 | APA0724 | NewCo | | General Motc | ISDA Master Agreement |
| 3 | ASSUMED JULY 24, 2009 | APA0612 | NewCo | n/a | General Motc | Tax Indemnity Agreeme |
| 4 | ASSUMED JULY 24, 2009 | APA0710 | NewCo | 16555937 | tbd | General Motors Nova Sc |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

NGM000004059

| | E | F | G | H | I | J |
|---|---|---|---|---|---|---|
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

|     | E | F | G | H | I | J |
|-----|---|---|---|---|---|---|
| 95  |   |   |   |   |   |   |
| 96  |   |   |   |   |   |   |
| 97  |   |   |   |   |   |   |
| 98  |   |   |   |   |   |   |
| 99  |   |   |   |   |   |   |
| 100 |   |   |   |   |   |   |
| 101 |   |   |   |   |   |   |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

|   | K | L | M | N | O |
|---|---|---|---|---|---|
| 1 | Start Date | End Date | Contract Type | Contract Description | Business Unit |
| 2 | Oct 15 200: | | Agreement | | NYTO |
| 3 | | | Agreement | Intercompany tax indemnity agreem | Corporate Staff |
| 4 | 6/1/2009 | | Lock Up Agreem | Lock Up Agreement | Legal |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

|    | K | L | M | N | O |
|----|---|---|---|---|---|
| 44 |   |   |   |   |   |
| 45 |   |   |   |   |   |
| 46 |   |   |   |   |   |
| 47 |   |   |   |   |   |
| 48 |   |   |   |   |   |
| 49 |   |   |   |   |   |
| 50 |   |   |   |   |   |
| 51 |   |   |   |   |   |
| 52 |   |   |   |   |   |
| 53 |   |   |   |   |   |
| 54 |   |   |   |   |   |
| 55 |   |   |   |   |   |
| 56 |   |   |   |   |   |
| 57 |   |   |   |   |   |
| 58 |   |   |   |   |   |
| 59 |   |   |   |   |   |
| 60 |   |   |   |   |   |
| 61 |   |   |   |   |   |
| 62 |   |   |   |   |   |
| 63 |   |   |   |   |   |
| 64 |   |   |   |   |   |
| 65 |   |   |   |   |   |
| 66 |   |   |   |   |   |
| 67 |   |   |   |   |   |
| 68 |   |   |   |   |   |
| 69 |   |   |   |   |   |
| 70 |   |   |   |   |   |
| 71 |   |   |   |   |   |
| 72 |   |   |   |   |   |
| 73 |   |   |   |   |   |
| 74 |   |   |   |   |   |
| 75 |   |   |   |   |   |
| 76 |   |   |   |   |   |
| 77 |   |   |   |   |   |
| 78 |   |   |   |   |   |
| 79 |   |   |   |   |   |
| 80 |   |   |   |   |   |
| 81 |   |   |   |   |   |
| 82 |   |   |   |   |   |
| 83 |   |   |   |   |   |
| 84 |   |   |   |   |   |
| 85 |   |   |   |   |   |
| 86 |   |   |   |   |   |
| 87 |   |   |   |   |   |
| 88 |   |   |   |   |   |
| 89 |   |   |   |   |   |
| 90 |   |   |   |   |   |
| 91 |   |   |   |   |   |
| 92 |   |   |   |   |   |
| 93 |   |   |   |   |   |
| 94 |   |   |   |   |   |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

NGM000004063

|     | K | L | M | N | O |
|-----|---|---|---|---|---|
| 95  |   |   |   |   |   |
| 96  |   |   |   |   |   |
| 97  |   |   |   |   |   |
| 98  |   |   |   |   |   |
| 99  |   |   |   |   |   |
| 100 |   |   |   |   |   |
| 101 |   |   |   |   |   |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

| | P | Q | R | S | T |
|---|---|---|---|---|---|
| 1 | Department/Functional Area | GM Business Lead | GPSC Lead | PO Balance (Value) | Contract Location |
| 2 | NYTO | Akash, Raj; Jain, Vina | | | Decentralized |
| 3 | Tax Staff | Ramsey, Cynthia; Su | | | Decentralized |
| 4 | NYTO | Lawrence S. Buonom | N/A | | LSA |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER
NGM000004065

| | P | Q | R | S | T |
|---|---|---|---|---|---|
| 44 | | | | | |
| 45 | | | | | |
| 46 | | | | | |
| 47 | | | | | |
| 48 | | | | | |
| 49 | | | | | |
| 50 | | | | | |
| 51 | | | | | |
| 52 | | | | | |
| 53 | | | | | |
| 54 | | | | | |
| 55 | | | | | |
| 56 | | | | | |
| 57 | | | | | |
| 58 | | | | | |
| 59 | | | | | |
| 60 | | | | | |
| 61 | | | | | |
| 62 | | | | | |
| 63 | | | | | |
| 64 | | | | | |
| 65 | | | | | |
| 66 | | | | | |
| 67 | | | | | |
| 68 | | | | | |
| 69 | | | | | |
| 70 | | | | | |
| 71 | | | | | |
| 72 | | | | | |
| 73 | | | | | |
| 74 | | | | | |
| 75 | | | | | |
| 76 | | | | | |
| 77 | | | | | |
| 78 | | | | | |
| 79 | | | | | |
| 80 | | | | | |
| 81 | | | | | |
| 82 | | | | | |
| 83 | | | | | |
| 84 | | | | | |
| 85 | | | | | |
| 86 | | | | | |
| 87 | | | | | |
| 88 | | | | | |
| 89 | | | | | |
| 90 | | | | | |
| 91 | | | | | |
| 92 | | | | | |
| 93 | | | | | |
| 94 | | | | | |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

|     | P | Q | R | S | T |
|-----|---|---|---|---|---|
| 95  |   |   |   |   |   |
| 96  |   |   |   |   |   |
| 97  |   |   |   |   |   |
| 98  |   |   |   |   |   |
| 99  |   |   |   |   |   |
| 100 |   |   |   |   |   |
| 101 |   |   |   |   |   |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

|   | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|
| 1 | AlixPartners Category | Contract Number | PO Status | Vendor ID | Source ID | Last Modified By | |
| 2 | NYTO - Various | GM-00741041 | TBD | | Additional | Jesus Tamez_071509 | |
| 3 | Tax | GM-01058630 | TBD | n/a | AlixContrac | rao n/a fix | |
| 4 | Legal - Review | 16555937 | tbd | | Legal_0630 | adeligtisch | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

|    | U | V | W | X | Y | Z | AA |
|----|---|---|---|---|---|---|----|
| 44 |   |   |   |   |   |   |    |
| 45 |   |   |   |   |   |   |    |
| 46 |   |   |   |   |   |   |    |
| 47 |   |   |   |   |   |   |    |
| 48 |   |   |   |   |   |   |    |
| 49 |   |   |   |   |   |   |    |
| 50 |   |   |   |   |   |   |    |
| 51 |   |   |   |   |   |   |    |
| 52 |   |   |   |   |   |   |    |
| 53 |   |   |   |   |   |   |    |
| 54 |   |   |   |   |   |   |    |
| 55 |   |   |   |   |   |   |    |
| 56 |   |   |   |   |   |   |    |
| 57 |   |   |   |   |   |   |    |
| 58 |   |   |   |   |   |   |    |
| 59 |   |   |   |   |   |   |    |
| 60 |   |   |   |   |   |   |    |
| 61 |   |   |   |   |   |   |    |
| 62 |   |   |   |   |   |   |    |
| 63 |   |   |   |   |   |   |    |
| 64 |   |   |   |   |   |   |    |
| 65 |   |   |   |   |   |   |    |
| 66 |   |   |   |   |   |   |    |
| 67 |   |   |   |   |   |   |    |
| 68 |   |   |   |   |   |   |    |
| 69 |   |   |   |   |   |   |    |
| 70 |   |   |   |   |   |   |    |
| 71 |   |   |   |   |   |   |    |
| 72 |   |   |   |   |   |   |    |
| 73 |   |   |   |   |   |   |    |
| 74 |   |   |   |   |   |   |    |
| 75 |   |   |   |   |   |   |    |
| 76 |   |   |   |   |   |   |    |
| 77 |   |   |   |   |   |   |    |
| 78 |   |   |   |   |   |   |    |
| 79 |   |   |   |   |   |   |    |
| 80 |   |   |   |   |   |   |    |
| 81 |   |   |   |   |   |   |    |
| 82 |   |   |   |   |   |   |    |
| 83 |   |   |   |   |   |   |    |
| 84 |   |   |   |   |   |   |    |
| 85 |   |   |   |   |   |   |    |
| 86 |   |   |   |   |   |   |    |
| 87 |   |   |   |   |   |   |    |
| 88 |   |   |   |   |   |   |    |
| 89 |   |   |   |   |   |   |    |
| 90 |   |   |   |   |   |   |    |
| 91 |   |   |   |   |   |   |    |
| 92 |   |   |   |   |   |   |    |
| 93 |   |   |   |   |   |   |    |
| 94 |   |   |   |   |   |   |    |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER

| | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|
| 95 | | | | | | | |
| 96 | | | | | | | |
| 97 | | | | | | | |
| 98 | | | | | | | |
| 99 | | | | | | | |
| 100 | | | | | | | |
| 101 | | | | | | | |

PRODUCED BY GENERAL MOTORS LLC IN GM NOVA SCOTIA MATTER
CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER