Craig Tadlock
(admitted *pro hac vice*)
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway
Suite 350
Plano, Texas 75093
P. 214.785.6014
craig@tadlocklawfirm.com

Attorney for Creditor Vehicle Occupant
Sensing Systems, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | |

## WITHDRAWAL AS PRO HAC VICE COUNSEL AND REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST

Craig Tadlock of Tadlock Law Firm PLLC, attorney for creditor Vehicle Occupant Sensing Systems, LLC, hereby withdraws as pro hac vice counsel in this Court and requests to be removed from the court's CM/ECF electronic filing system in reference to the above captioned bankruptcy case.

The e-mail address to be removed from all mailing lists and notices of electronic filings in the above-captioned matter is craig@tadlocklawfirm.com.

Dated: June 21, 2012                                              Respectfully submitted,

                                                                    _/s/ Craig Tadlock_____

1

Craig Tadlock
(admitted *pro hac vice*)
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
214-785-6014 (phone)
craig@tadlocklawfirm.com

***Attorney for Creditor Vehicle Occupant Sensing Systems, LLC***

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 21, 2012, via the Court's CM/ECF system.

/s/ Craig Tadlock
Craig Tadlock