**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
|   **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

### ORDER DENYING MOTION OF MARCUS JORDAN FOR AN
### ORDER TRANSFERING VENUE FOR DETERMINATION OF CLAIM

Upon consideration of (i) the motion (ECF No. 11676) (the "**Motion**") of Marcus

Jordan (the "**Claimant**"), dated May 2, 2012, seeking entry of an order transferring venue to the

United States District Court for the Eastern District of Michigan for the purpose of determining

the allowance of Claim No. 11039 (the "**Claim**"), and (ii) the response (ECF No. 11804) (the

"**Response**"),[1] dated June 7, 2012, of the Motors Liquidation Company GUC Trust (the "**GUC**

**Trust**") to the Motion; and due and proper notice of the foregoing having been provided, and it

appearing that no other or further notice need be provided; and the Court having held a hearing

(the "**Hearing**") on the Motion on June 14, 2012; and upon the record of the Hearing and the

findings of fact and conclusions of law set forth by this Court at the Hearing; and after due

deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the relief requested in the Motion is denied without prejudice to

the ability of the Claimant to request such relief again—subject to the GUC Trust's right to

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Response.

object—if the parties are unable to resolve the Claim pursuant to the ADR Procedures and the

GUC Trust elects to proceed with an objection to the Claim in this Court; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
        *__June 21, 2012__*


                                        *s/ Robert E. Gerber*
                                        United States Bankruptcy Judge