KLESTADT & WINTERS, LLP
Patrick J. Orr
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000
Fax: (212) 972-2245

CAMPBELL & LEVINE, LLC
Kathleen Campbell Davis
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel: (302) 426-1900
Fax: (302) 426-9947

Douglas A. Campbell
Stanley E. Levine
1700 Grant Building
Pittsburgh, PA 15219
Tel: (412) 261-0310
Fax: (412) 261-5066

*Attorneys for the MLC Asbestos PI Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Klestadt & Winters, LLP ("K&W") and Campbell & Levine, LLC, hereby appear in the above-captioned case as counsel to MLC Asbestos PI Trust.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Bank. P. 2002 and 9007, demand is made that all notices given to or papers served upon the MLC Asbestos PI

Trust or Kirk P. Watson, Esq., the Trust Administrator, be given to or served upon counsel to the the MLC Asbestos PI Trust at the following addresses:

>KLESTADT & WINTERS, LLP
>570 Seventh Avenue, 17th Floor
>New York, New York 10018
>Attention: Patrick J. Orr
>Tel: (212) 972-3000
>Fax: (212) 972-2245
>Email: porr@klestadt.com
>
>CAMPBELL & LEVINE, LLC
>Attention:  Kathleen Campbell Davis
>800 N. King Street, Suite 300
>Wilmington, DE 19801
>Tel. (302) 426-1900
>Fax (302) 426-9947
>Email:  kdavis@camlev.com
>
>Douglas A. Campbell
>Stanley E. Levine
>1700 Grant Building
>Pittsburgh, PA 15219
>Tel. (412) 261-0310
>Fax (412) 261-5066

**PLEASE TAKE FURTHER NOTICE THAT** all notices in the case shall be sent to counsel for MLC Asbestos PI Trust at the addresses listed herein and shall not be sent directly to the MLC Asbestos PI Trust or Kirk P. Watson, Esq., the Trust Administrator.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic mail or

otherwise, which affect to seek to affect in any way any rights or interests of the MLC Asbestos PI Trust or Kirk P. Watson, Esq., the Trust Administrator.

Dated: New York, New York
June 25, 2012

| KLESTADT & WINTERS, LLP | CAMPBELL & LEVINE, LLC |
|---|---|
| Counsel to the MLC Asbestos PI Trust | Counsel to the MLC Asbestos PI Trust |
| | Kathleen Campbell Davis |
| By: /s/Patrick J. Orr | 800 N. King Street, Suite 300 |
| Patrick J. Orr | Wilmington, DE 19801 |
| 570 Seventh Avenue, 17th Floor | Tel: (302) 426.1900 |
| New York, New York 10018 | Fax: (302) 426.9947 |
| Tel: (212) 972-3000 | |
| Fax: (212) 972-2245 | Douglas A. Campbell |
| | Stanley E. Levine |
| | 1700 Grant Building |
| | Pittsburgh, PA 15219 |
| | Tel: (412) 261-0310 |
| | Fax: (412) 261-5066 |