

CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814-4434
*tel* 916-329-7400 *fax* 916-329-7435
*web* www.ffwplaw.com

**PAUL J. PASCUZZI**
*Attorney at Law*
DIRECT: (916) 329-7400, Ext. 222
email: ppascuzzi@ffwplaw.com



FELDERSTEIN
FITZGERALD
WILLOUGHBY
& PASCUZZI LLP

Court Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  In re Motors Liquidation Company fka General Motors Corporation
U.S. Bankruptcy Case No. 09-50026
Request for Removal From Electronic Mailing List

Dear Clerk:

In accordance with General Order M-399, Exhibit 1: Current Guidelines – Electronic Filing Dated June 30, 2010, I am writing to request that my email address (ppascuzzi@ffwplaw.com) be removed from the electronic mailing list for the above-referenced case.

Thank you for your attention to this matter. If you have any questions, please feel free to call.

Very truly yours,

PAUL J. PASCUZZI

PJP/lnm