UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> **MOTORS LIQUIDATION COMPANY,** *et al.*, <br> f/k/a General Motors Corp., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> (Jointly Administered) |

## AFFIDAVIT OF DANIEL DISCENZA
## RE: NOTICE DISSEMINATION

STATE OF WASHINGTON  )
                     )  ss.:
COUNTY OF KING       )

DANIEL DISCENZA, being duly sworn, deposes and says:

1. I am an Assistant Director and employee of the Garden City Group, Inc. ("GCG"). I make this affidavit based on personal knowledge gained in that capacity. I am over the age of 18, and competent to testify.

2. GCG has been retained as noticing agent by Class Counsel[1] in connection with Litigation *Anderson v. General Motors* and specifically to effectuate service of the Rule 23(H) Notice of Request for Attorneys' Fees to be Paid From Settlement Fund Created by Class Counsel to Resolve Class Claim in General Motors Bankruptcy Proceeding (the "Notice") as directed by this Court's Order Approving Fed. R. Civ. P. 23(H) Notice For Award Of Attorney's Fees Paid From Claim No. 51093 Settlement Fund [Docket No. 11827].

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Approve Notice Pursuant to Fed. R. Civ. P. 23(h) for Award of Attorneys Fees from Claim No. 51093 Settlement Fund [Docket No. 11709].

3. Class Counsel provided GCG with an Excel spreadsheet containing the names and addresses for the 4,579 claimants (each a "Claimant") in the Litigation. Between June 14, 2012 and June 15, 2012, GCG checked the addresses of each Claimant against the National Change of Address (NCOA) database and updated all outdated addresses.

4. On June 15, 2012, GCG served each of the 4,579 Claimants with a copy of the Notice by mailing a Notice via U.S. first class mail.

_____
Daniel Discenza

Sworn to me this 25th Day
Of June 2012

_____
Notary Public

ADRIENNE D. BUNTEN
Notary Public
State of Washington
My Commission Expires
March 7, 2015

2