UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

IN RE: Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY et al
09-50026 (REG)
f/k/a General Motors Corp., et al

RECEIVED MAY 29 2012 U.S. BANKRUPTCY COURT SO. DIST. OF N.Y.

Debtors. (Jointly Administered)
------------------------------x

MISTRIAL MOTION
ORDER FROM TRANSCRIPT OF HEARING via phone on April 26, 2012 IS NOT LEGAL. THE TRANSCRIPTION OF THIS HEARING AFTER BEING TRANSCRIBED IS NOT CITING THE U.S. CODE THAT; MS. CREAMER ARGUED, DURING HEARING AND DISCONNECT OF INCOMING CALL ON HER PHONE DURING THE TRIAL HEARING OF APRIL 26, 2012 OF PRODUCT SAFETY RECALL OF DEFECTIVE STEERING MOTOR on 3, 2010 when the STEERING MOTOR DEFECTIVE TIME OF PURCHASE 2007 of 2006 CHEVY COBALT-FACTORY and MANUFACTURED IN USA with 18% SEDAN IN MEXICO. RECALL IN MARCH 2010 AFTER SPORT FACT OF ACCIDENT CAUSED BY STEERING FAILURE COUPE ON SEPTEMBER 24, 2009. SUBMITTED MAY 22 2012
xm satellite

Marie A Creamer
THE HUSH
705 S. Monroe
Smith Center Ks
66967

Cert of Mailing - Attorys
1633 Broadway NY NY 10019
CLERK OF COURT / JUDGE GERBER

785-259-1460

IN RE
MOTORS LIQUIDATION, INC
Bankruptcy Crt. SD of NY

Case no# 09-50026 REG

MOTORS LIQUIDATION COMPANY
MARJORIE A. CREAMER

Memo to Court of INTERlocutory
RE: HEARING / TRANSCRIPTS
and or response by Creditor attorney

Pursuant to Fed. R. Bankr. P. 5003(a) DOCKET Records of Motor Liquidation, Inc Attorneys Stephanie Greer has reported she entered another document after hearing held on April 26, 2012. She said she would email both the Courts' hearing and her response FRIDAY April 27 and Monday May 1, 2012. My emails had NO emails on internet pages. However she emailed the hearing information of April 26, 2012, early to me; what happened to above emails Also needed by Clerk of Court and Law Clerk of Judge Gerber is the Docket Sheet requested. No help with this either as requested on emails as Not home at address to receive mail. thehush91@hotmail.com

May 2, 2012
Marjorie A Creamer

FAX Clerk of Court address
Court 212-668-35  212-271-6501

May. 22. 2012 3:58PM No. 0227 P. 1

Doc# 11766

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

IN RE: Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY et al.,
: 09-50026 (REG)
f/k/a General Motors Corp., et al.

Debtors. : (Jointly Administered)
: - - - - - - - - - - - - - x

MISTRIAL MOTION

ORDER FROM TRANSCRIPT of HEARING ~~Via~~ phone ON April 26, 2012 is NOT LEGAL. THE TRANSCRIPTION OF THIS HEARING AFTER BEING TRANSCRIBED IS NOT CITING THE U.S CODE THAT; MS. CREAMER ARGUED, DURING HEARING AND DISCONNECT OF INCOMING CALL ON HER PHONE DURING THE ~~TRIAL~~ HEARING OF APRIL 26, 2012 OF DEFECTIVE STEERING PRODUCT SAFETY RECALL OF DEFECTIVE STEERING MOTOR MOTOR on 3, 2010 when the STEERING MOTOR DEFECTIVE TIME OF PURCHASE 2007 of 2006 CHEVY COBALT-FACTORY and MANUFACTURED IN USA with 18% IN MEXICO. RECALL IN MARCH 2010 AFTER FAILURE PART OF ACCIDENT CAUSED BY STEERING ON SEPTEMBER 24, 2009. SUBMITTED MAY 22 2012

SEDAN LT SPORT COUPE
Ym satellite

Maria A Creamer
THE HASH
205 S. Monroe
Smith Center Ks
66967

Cert of Mailing - Attorys
1633 Brodwy NY NY 10019
CLERK OF COURT / JUDGE GERBER