Hearing Date and Time: June 28, 2012 at 10:00 a.m. (EDT)

Luis A. Mendez
Senior Assistant County Attorney
Department of Law
Onondaga County, New York
John H. Mulroy Civic Center, 19th Floor
421 Montgomery Street
Syracuse, New York 13202
Telephone: (315)435-2170

-and-

Kevin C. Murphy
The Wladis Law Firm, P.C.
P.O. Box 245
Syracuse, NY 13214
Telephone: (315) 445-1700

Attorneys for Onondaga County, New York

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____
**In re**

**MOTORS LIQUIDATION COMPANY,** *et al.*,
    f/k/a General Motors Corp., *et al.*,

                    **Debtors.**
_____

**Chapter 11**

Case No. 09-50026 (REG)

Jointly Administered

**ONONDAGA COUNTY, NEW YORK**
**STATEMENT RE: THE PROPOSED LOWER LEY CREEK AND ONONDAGA**
**SETTLEMENT AGREEMENTS**

      Given the disclosures that were included within the filings that constitute the United States' Motion for an Order Approving the Lower Ley Creek Non-Owned Site Consent Decree and Settlement Agreement (the "Lower Ley Creek Settlement Agreement") and the Onondaga Other Non-Owned Site Consent Decree and Settlement Agreement (the "Onondaga Settlement Agreement") (collectively, the "Settlement Agreements") in response to the public comments of Onondaga County, New York seeking an explanation as to the purported bases for the proposed settlements, Onondaga County, New York submits this statement for the sole purpose of informing

the Court that Onondaga County has no objection to the court approving the Lower Ley Creek Settlement Agreement and Onondaga County, New York takes no position with respect to the approval of the Onondaga Settlement Agreement .

The United States has conceded that the County was not a participant in the settlement negotiations and therefore, Onondaga County's legal rights cannot be impaired or prejudiced by entry of the proposed settlements.  Nevertheless, Onondaga County, New York affirmatively states for the record that the County's position with respect to approval of the settlements does not constitute Onondaga County's admission of any facts, legal representations or conclusions or agreement with any of the statements made or conclusions drawn by the United States of America in its motion and does not constitute a waiver or withdrawal of any factual or legal defenses Onondaga County, New York may have in any pending or future proceeding or action between or among the United States, the Debtor and/or any third-party with respect to liability and/or divisibility of harm or allocation of response and other Comprehensive Environmental Response, Compensation and Liability Act recoverable costs or damages.

Dated: June 26, 2011

Attorneys for Claimant
Onondaga County, New York

By: /s/Luis A. Mendez, Esq.
  Luis A. Mendez
   Senior Deputy County Attorney
   John H. Mulroy Civic Center, 19th Floor
   421 Montgomery Street
   Syracuse, New York 13202
   Telephone: (315)435-2170

By: /s/Kevin C. Murphy, Esq.
   Kevin C. Murphy
   The Wladis Law Firm, P.C.
   PO Box 245
   Syracuse, NY 13214
   Telephone: (315) 445-1700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re**

**MOTORS LIQUIDATION COMPANY,** *et al.*,
      f/k/a **General Motors Corp.,** *et al.*,

                    **Debtors.**

**Chapter 11**

**Case No. 09-50026 (REG)**

**Jointly Administered**

---

## CERTIFICATE OF SERVICE

      I, Kevin C. Murphy, of The Wladis Law Firm, P.C. hereby certify that on the 26th day of June, 2012, this office electronically filed Onondaga County, New York's Statement regarding the Proposed Lower Ley Creek and Onondaga Settlement Agreements, in the above-referenced matter, with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification to the CM/ECF participants.

June 26, 2012                                                                           /s/Kevin C. Murphy, Esq.