> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                              :
**In re**                                     :    **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :    **09-50026** (REG)
    f/k/a General Motors Corp., *et al.*      :
                                              :
                  Debtors.                    :    **(Jointly Administered)**
                                              :
-----------------------------------------------------------x

## NOTICE OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 28, 2012 AT 9:45 A.M. (EASTERN TIME)

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS**

1. Motors Liquidation Company GUC Trust's Objection to Proofs of Claim of D&M Real Estate LLC (Claim No. 66211) and Horse Tavern & Grill (Claim No. 67347) (**ECF No. 11750**)

    <u>Responses Filed</u>:          None to date.

    <u>Replies Filed</u>:             None to date.

    <u>Additional Documents</u>:      None to date.

    **<u>Status</u>:    This matter is going forward.**

2. Motion of the United States to Approve the Lower Ley Creek and Onondaga Non-Owned Site Settlement Agreements and Enter the Stipulation and Agreed Order Between the GUC Trust and the United States (**ECF No. 11826**)

    <u>Responses Filed</u>:

    A.    Onondaga County, New York Statement Re: the Propsed Lower Lety Creek and Onondaga Settlment Agreements (**ECF No. 11869**)

Replies Filed:    None to date.

Additional Documents:

    B.    Notice of Lodging of Proposed Lower Ley Creek Non-Owed Site Consent Decree and Settlement Agreement Between the GUC Trust, the State of New York, and the United States of America (**ECF No. 11655**)

    C.    Notice of Lodging of Proposed Stipulation and Agreed Order Between the GUC Trust and the United States of America (**ECF No. 11656**)

    D.    Notice of Lodging of Proposed Non-Owed Site Consent Decree and Settlement Agreement Between the GUC Trust and the United States of America (**ECF No. 11657**)

    **Status**:    **This matter is going forward.**

3.    280th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11760**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status**:    **This matter is going forward.**

US_ACTIVE:\44033211\2\72240.0639

**II.    ADJOURNED MATTERS**

> **ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**
>
> This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).
>
> If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.
>
> Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

Dated:    New York, New York
         June 26, 2012

/s/ Joseph H. Smolinsky _____
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust