# JOHN N. GRAHAM
### Trustee for High Tech Packaging, Inc.
5151 Monroe Street
Suite 245
Toledo, OH 43623

NOTICE OF CHANGE OF ADDRESS

April 5, 2012

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

RE: John N. Graham, Trustee for High Tech Packaging, Inc.
Proof of Claim number 30485

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

High Tech Packaging, Inc.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN  55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
Tel : (206) 344-4677
Fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

_____
Name: John N. Graham
Title: Trustee for High Tech Packaging, Inc.

cc: The Garden City Group, Inc.
    Motors Liquidation Company Claims Agent
    PO Box 9386
    Dublin, OH 43017-4286