UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re                                                                Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,
      f/k/a General Motors Corp., *et al.*,      Case No. 09-50026 (REG)

                Debtors.                         (Jointly Administered)

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss
COUNTY OF ONONDAGA )

    I, Kelly C. Collins, being duly sworn, depose and state:

1.    I am an Administrative Assistant with Harris Beach PLLC, counsel for Town of Salina, in the above-captioned proceeding. Our business address is 333 West Washington Street, Suite 200, Syracuse, New York 13202.

2.    On June 27, 2012 prior to 4:00 p.m. (Eastern Time), I electronically filed the Opposition Of Town Of Salina, New York To Motion For Approval Of Settlement Agreement Between The Debtors And The United States (at Dkt. 11871), which sent notification to all CM/ECF participants in this matter, and I caused a true and correct copy of the above-referenced document via electronic mail on the parties identified on Exhibit "A" annexed hereto.

Dated:  June 27, 2012
           Syracuse, New York

                                                              _____
                                                              Kelly C. Collins

Sworn to before me this
27th day of June, 2012.

_____
Notary Public

WENDY LU BAKER
Notary Public, State of New York
Qualified in Oswego County No. 4833125
My Commission Expires December 31, 2013

229314 1842715v1

# EXHIBIT "A"

Debtors
c/o Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, MI 48009
Attn: Thomas Morrow
tmorrow@alixpartners.com

General Motors LLC
400 Renaissance Center
Detriot, MI 48265
Attn: Lawrence S. Buonomo, Esq.
Lawrence.s.buonomo@gm.com

Cadwalader, Wickersham & Taft LLP
One World Financial Center
Attorneys for U.S. Dept. of Treasury
New York, NY 10281
Attn: John J. Rapisardi, Esq.
John.rapisardi@cwt.com

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.
Joseph.samarias@do.treas.gov

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael L. Schein, Esq.
mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
Attorneys for Statutory Unsecured Creditors Committee
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer, Esq.
and Jennifer Sharret, Esq.
tmayer@kramerlevin.com
jsharret@kramerlevin.com

229314 1842715v1

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Tracy.davis2@usdoj.gov

Caplin & Drysdale, Chartered
Attorneys for Official Committee of
Unsecured Creditors Holding Asbestos-related Claims
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Attn: Rita C. Tobin, Esq.
rct@capdale.com

Caplin &Drysdale, Chartered
Attorneys for Official Committee of
Unsecured Creditors Holding Asbestos-related Claims
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Attn: Trevor W. Swett, III,
and Kevin C. Maclay, Esq.
tws@capdale.com
kcm@capdale.com

Stutzman, Bromberg, Esserman & Plifka
Attorneys for Dean M. Trafelet, et al.
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Attn: Sander L. Esserman, Esq.
and Robert T. Brousseau, Esq.
esserman@sbep-law.com
brousseau@sbep-law.com

Gibson, Dunn, Crutcher LLP
Attorneys for Wilmington Trust Company, et al.
200 Park Avenue, 47th Floor
New York, NY 10166
Attn: Keith Martorana, Esq.
kmartorana@gibsondunn.com

229314 1842715v1

FTI Consulting, as the GUC Trust Monitor
and as Avoidance Action Trust Monitor
One Atlantic Center
1201 West Peachtree Street, Suite 500
Atlanta, GA 30309
Attn: Anna Phillips
Anna.phillips@fticonsulting.com

Kirk P. Watson, Esq.
Asbestos Trust Administrator
2301 Woodlawn Boulevard
Austin, TX 78703
kirkwatson@gmail.com

Weil, Gotshal & Manges, LLP
Attorneys for GUC Trust
767th Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Harvey R. Miller,
and Joseph H. Smolinsky, Esqs.
stephen.karotkin@weil.com; theodore.tsekerides@weil.com;Shai.Waisman@weil.com
harvey.miller@weil.com; garrett.fail@weil.com
Joseph.Smolinsky@weil.com; michele.meises@weil.com; sarah.roberts@weil.com;
pablo.falabella@weil.com;Edward.Wu@weil.com;david.griffiths@weil.com

229314 1842715v1