UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
 In re                                              :    Chapter 11
                                                    :
 MOTORS LIQUIDATION COMPANY, et al.,                :    Case No. 09-50026 (REG)
         f/k/a General Motors Corp., et al.,        :
                                                    :
                Debtors.                            :    (Jointly Administered)
                                                    :
------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss
COUNTY OF NASSAU          )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.  I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On June 19, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Disallowing and Expunging Claim Numbers 65318 and 65399 [Docket No. 11841].

Dated:  June 27, 2012
        Lake Success, New York

                                              /s/Barbara Kelley Keane
                                              Barbara Kelley Keane

Sworn to before me this 27th day of June, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

POSTLEY KYOMI  
4910 FARLEY ST  
SHAWNEE, KS 66203-4811

POSTLEY KYOMI  
4910 FARLEY ST  
SHAWNEE, KS 66203-4811