**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ) ss
COUNTY OF NASSAU        )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On June 26, 2012, at the direction of Dickstein Shapiro LLP, counsel for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Marjorie A. Creamer, Consumer Protection, GM Product Liability, 705 S. Monroe, Smith Center, Kansas 66967 (affected party):

- Endorsed Order Denying Creamer's Motion for Reargument under Fed. R. Bankr.P. 9023 or 9024, or Local Bankruptcy Rule 9023-1 [Docket No. 11868].

Dated:  June 28, 2012
            Lake Success, New York            /s/Kimberly Gargan
                                                                    Kimberly Gargan

Sworn to before me this 28th day of June, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015