DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Stefanie Birbrower Greer
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation*
*Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.*, | Case No.: 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------x

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY GUC TRUST, | |
| Plaintiff, | Adversary Proceeding Case No.: 12-09802 |
| v. | |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I; PALOMINO FUND LTD; THOROUGHBRED FUND LP; THOROUGHBRED MASTER LTD; THE LIVERPOOL LIMITED PARTNERSHIP; ELLIOTT INTERNATIONAL LP; DRAWBRIDGE DSO SECURITIES LLC; DRAWBRIDGE OSO SECURITIES LLC; FCOF UB SECURITIES LLC; AURELIUS INVESTMENT, LLC; CITIGROUP GLOBAL MARKETS INC.; LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED; KNIGHTHEAD MASTER FUND, L.P.; KIVU INVESTMENT FUND LIMITED; CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED; MORGAN STANLEY & CO. INTERNATIONAL PLC; SG AURORA MASTER FUND L.P.; THE CANYON VALUE REALIZATION FUND (CAYMAN), LTD; ANCHORAGE CAPITAL | |

| | |
|---|---|
| MASTER OFFSHORE LTD; ONEX DEBT OPPORTUNITY FUND, LTD; REDWOOD MASTER FUND LTD; COLLINS STEWART (CI) LTD; SPH INVEST SA; CONSILIUM TREUHAND AG & BEATA DOMUS ANSTALT; MARIA-DOROTHEA LAMINET; CREDIT SUISSE AG; CHEVIOT ASSET MANAGEMENT; ING. HUGO WAGNER; ALLIANZ BANK FINANCIAL ADVISORS SPA; RUI MANUEL ANTUNES GONCALVES ROSA; UBS AG, ZURICH (SWITZERLAND); ALY AZIZ; JOHANNA SCHOEFFEL; SIRDAR ALY AZIZ; CSS, LLC; JOSEF SCHMIDSEDER; HERMANN DETTMAR AND HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST; THE ADVENT GLOBAL OPPORTUNITY MASTER FUND; BANCA DELLE MARCHE SPA; ORE HILL CREDIT HUB FUND LTD; BHALODIA RV/RM/PATEL RG; BARCLAYS BANK PLC; JPMORGAN SECURITIES LIMITED; INTESA SANPAOLO SPA; INTESA SANPAOLO PRIVATE BANKING SPA; CREDITO EMILIANO SPA; UNICREDIT BANCA DI ROMA SPA; HUTCHIN HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA; BANCA POPOLARE DI VICENZA SCPA; CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST SPA; BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA; BANK OF VALLETTA PLC; BANCA DI CREDITO COOPERATIVO ABRUZZESE-CAPPELLE SUL TAVO-SOCIETA COOPERTIVA; UBS AG; PERA UGO; GARIBALDI ROSANNA; CANYON VALUE REALIZATION FUND LP; LYXOR/CANYON VALUE REALIZATION FUND LIMITED; CANYON-GRF MASTER FUND LP; PROSPECT MOUNTAIN FUND LIMITED; RED RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, INC., as trustee for General Motors Nova Scotia Finance Company; JOHN DOE NOS. 1-100; and JOHN DOE, INC. NOS. 1-100, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

------------------------------------------------------------------x

### DECLARATION OF KATIE L. COOPERMAN
### IN SUPPORT OF GUC TRUST'S OPPOSITION TO
### SUMMARY JUDGMENT MOTION FILED BY GENERAL MOTORS LLC

CONTENTS OF DOCUMENT FILED UNDER SEAL PURSUANT TO PARAGRAPH 4 OF THE PROTECTIVE ORDER, SO ORDERED ON APRIL 7, 2011 [DOCKET NO. 10059]

## DECLARATION EXHIBITS 1-86

Contents of Documents Filed Under Seal Pursuant to Paragraph 4, of the Protective Order, So Ordered on April 7, 2011 [Docket No. 10059]