DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Stefanie Birbrower Greer
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation
Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re:                                                                 :  Chapter 11
                                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                                  :  Case No.: 09-50026 (REG)
f/k/a General Motors Corporation, *et al.*,                            :
                                                                       :  (Jointly Administered)
                              Debtors.                                 :
                                                                       :
-----------------------------------------------------------------------x
  MOTORS LIQUIDATION COMPANY GUC TRUST,                                :
                                                                       :
                              Plaintiff,                               :  Adversary Proceeding
                                                                       :  Case No.: 12-09802
                v.                                                     :
                                                                       :
  APPALOOSA INVESTMENT LIMITED                                         :
  PARTNERSHIP I; PALOMINO FUND LTD;                                    :
  THOROUGHBRED FUND LP; THOROUGHBRED                                   :
  MASTER LTD; THE LIVERPOOL LIMITED                                    :
  PARTNERSHIP; ELLIOTT INTERNATIONAL LP;                               :
  DRAWBRIDGE DSO SECURITIES LLC;                                       :
  DRAWBRIDGE OSO SECURITIES LLC; FCOF UB                               :
  SECURITIES LLC; AURELIUS INVESTMENT, LLC;                            :
  CITIGROUP GLOBAL MARKETS INC.; LMA SPC                               :
  FOR AND ON BEHALF OF THE MAP 84                                      :
  SEGREGATED; KNIGHTHEAD MASTER FUND,                                  :
  L.P.; KIVU INVESTMENT FUND LIMITED; CQS                              :
  DIRECTIONAL OPPORTUNITIES MASTER FUND                                :
  LIMITED; MORGAN STANLEY & CO.                                        :
  INTERNATIONAL PLC; SG AURORA MASTER                                  :
  FUND L.P.; THE CANYON VALUE REALIZATION                              :
  FUND (CAYMAN), LTD; ANCHORAGE CAPITAL                                :

| | |
|---|---|
| MASTER OFFSHORE LTD; ONEX DEBT OPPORTUNITY FUND, LTD; REDWOOD MASTER FUND LTD; COLLINS STEWART (CI) LTD; SPH INVEST SA; CONSILIUM TREUHAND AG & BEATA DOMUS ANSTALT; MARIA-DOROTHEA LAMINET; CREDIT SUISSE AG; CHEVIOT ASSET MANAGEMENT; ING. HUGO WAGNER; ALLIANZ BANK FINANCIAL ADVISORS SPA; RUI MANUEL ANTUNES GONCALVES ROSA; UBS AG, ZURICH (SWITZERLAND); ALY AZIZ; JOHANNA SCHOEFFEL; SIRDAR ALY AZIZ; CSS, LLC; JOSEF SCHMIDSEDER; HERMANN DETTMAR AND HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST; THE ADVENT GLOBAL OPPORTUNITY MASTER FUND; BANCA DELLE MARCHE SPA; ORE HILL CREDIT HUB FUND LTD; BHALODIA RV/RM/PATEL RG; BARCLAYS BANK PLC; JPMORGAN SECURITIES LIMITED; INTESA SANPAOLO SPA; INTESA SANPAOLO PRIVATE BANKING SPA; CREDITO EMILIANO SPA; UNICREDIT BANCA DI ROMA SPA; HUTCHIN HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA; BANCA POPOLARE DI VICENZA SCPA; CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST SPA; BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA; BANK OF VALLETTA PLC; BANCA DI CREDITO COOPERATIVO ABRUZZESE-CAPPELLE SUL TAVO-SOCIETA COOPERTIVA; UBS AG; PERA UGO; GARIBALDI ROSANNA; CANYON VALUE REALIZATION FUND LP; LYXOR/CANYON VALUE REALIZATION FUND LIMITED; CANYON-GRF MASTER FUND LP; PROSPECT MOUNTAIN FUND LIMITED; RED RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, INC., as trustee for General Motors Nova Scotia Finance Company; JOHN DOE NOS. 1-100; and JOHN DOE, INC. NOS. 1-100, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | :<br>: |

------------------------------------------------------------------------x

**COUNTER-STATEMENT TO GENERAL MOTORS
LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

CONTENTS OF DOCUMENT FILED UNDER SEAL PURSUANT TO PARAGRAPH 4 OF THE PROTECTIVE ORDER, SO ORDERED ON APRIL 7, 2011 [DOCKET NO. 10059]

2