**HEARING DATE AND TIME:** July 19, 2012 at **9:45 a.m. (Eastern Time)**
**REPLY DEADLINE:** July 11, 2012 at **5:00 p.m. (Eastern Time)**

DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Stefanie Birbrower Greer
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.*, | Case No.: 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY GUC TRUST, | |
| Plaintiff, | Adversary Proceeding Case No.: 12-09802 |
| v. | |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I; PALOMINO FUND LTD; THOROUGHBRED FUND LP; THOROUGHBRED MASTER LTD; THE LIVERPOOL LIMITED PARTNERSHIP; ELLIOTT INTERNATIONAL LP; DRAWBRIDGE DSO SECURITIES LLC; DRAWBRIDGE OSO SECURITIES LLC; FCOF UB SECURITIES LLC; AURELIUS INVESTMENT, LLC; CITIGROUP GLOBAL MARKETS INC.; LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED; KNIGHTHEAD MASTER FUND, L.P.; KIVU INVESTMENT FUND LIMITED; CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED; MORGAN STANLEY & CO. INTERNATIONAL PLC; SG AURORA MASTER FUND L.P.; THE CANYON VALUE REALIZATION | |

Pg 2 of 2

FUND (CAYMAN), LTD; ANCHORAGE CAPITAL  :
MASTER OFFSHORE LTD; ONEX DEBT  :
OPPORTUNITY FUND, LTD; REDWOOD MASTER  :
FUND LTD; COLLINS STEWART (CI) LTD; SPH  :
INVEST SA; CONSILIUM TREUHAND AG & BEATA  :
DOMUS ANSTALT; MARIA-DOROTHEA LAMINET;  :
CREDIT SUISSE AG; CHEVIOT ASSET  :
MANAGEMENT; ING. HUGO WAGNER; ALLIANZ  :
BANK FINANCIAL ADVISORS SPA; RUI MANUEL  :
ANTUNES GONCALVES ROSA; UBS AG, ZURICH  :
(SWITZERLAND); ALY AZIZ; JOHANNA  :
SCHOEFFEL; SIRDAR ALY AZIZ; CSS, LLC; JOSEF  :
SCHMIDSEDER; HERMANN DETTMAR AND  :
HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA  :
ADVENT GLOBAL OPPORTUNITY MASTER  :
TRUST; THE ADVENT GLOBAL OPPORTUNITY  :
MASTER FUND; BANCA DELLE MARCHE SPA;  :
ORE HILL CREDIT HUB FUND LTD; BHALODIA  :
RV/RM/PATEL RG; BARCLAYS BANK PLC;  :
JPMORGAN SECURITIES LIMITED; INTESA  :
SANPAOLO SPA; INTESA SANPAOLO PRIVATE  :
BANKING SPA; CREDITO EMILIANO SPA;  :
UNICREDIT BANCA DI ROMA SPA; HUTCHIN  :
HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA;  :
BANCA POPOLARE DI VICENZA SCPA; CASSA  :
CENTRALE BANCA-CREDITO COOPERATIVO DEL  :
NORD EST SPA; BANCA DI CREDITO  :
COOPERATIVO DI ROMA SOCIETA  :
COOPERATIVA; BANK OF VALLETTA PLC;  :
BANCA DI CREDITO COOPERATIVO ABRUZZESE-  :
CAPPELLE SUL TAVO-SOCIETA COOPERTIVA;  :
UBS AG; PERA UGO; GARIBALDI ROSANNA;  :
CANYON VALUE REALIZATION FUND LP;  :
LYXOR/CANYON VALUE REALIZATION FUND  :
LIMITED; CANYON-GRF MASTER FUND LP;  :
PROSPECT MOUNTAIN FUND LIMITED; RED  :
RIVER BUSINESS INC.; GREEN HUNT WEDLAKE,  :
INC., as trustee for General Motors Nova Scotia Finance  :
Company; JOHN DOE NOS. 1-100; and JOHN DOE,  :
INC. NOS. 1-100,  :
                                           Defendants.  :
------------------------------------------------------------------------X

**GUC TRUST'S MEMORANDUM OF LAW IN OPPOSITION TO**
**SUMMARY JUDGMENT MOTION FILED BY GENERAL MOTORS LLC**

CONTENTS OF DOCUMENT FILED UNDER SEAL PURSUANT TO PARAGRAPH 4 OF THE PROTECTIVE ORDER, SO ORDERED ON APRIL 7, 2011 [DOCKET NO. 10059]