6/27/2012

Anderson v. General Motors Corp.
Chapter 11 Case No. 09-50026 (REG)
Anderson Claim No 51093
Claimant John W. Guest        John W. Guest
403 W. Randall Ave
Rialto, CA 92376
909 384 2004

Install having problems with the motor in my 2002 GM Chevrolet Silverado truck p/u with piston trouble that should of been fixed by GM along with valve springs too, that dive had fixed.

I think that GM should pay for attorney fees separately from the settlement from GM, not out of Claiments settlements.

RECEIVED
JUL - 2 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK