# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026<br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br>[ ] MLCS, LLC, Case No. 09-50027<br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | THOMAS XANDER<br>ATTN ALBERT S ISRAEL<br>FIELDS & ISRAEL LLP<br>111 W OCEAN BLVD SUITE 2300<br>LONG BEACH, CA 90802 |
| Claim Number (if known): | 1341 |
| Date Claim Filed: | 9/14/2009 |
| Total Amount of Claim Filed: | $1,700,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 15, 2012

Print Name: Thomas C Xander

Title (if applicable): _____

1

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | THOMAS XANDER<br>ATTN ALBERT S ISRAEL<br>FIELDS & ISRAEL LLP<br>111 W OCEAN BLVD STE 2300<br>LONG BEACH, CA 90802 |
| Claim Number (if known): | 1342 |
| Date Claim Filed: | 9/14/2009 |
| Total Amount of Claim Filed: | $4,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 15, 2012

[signature]

Print Name: THOMAS C. XANDER

Title (if applicable): _____

1