42541 Saddle Lane
Sterling Heights, MI 48314
June 3, 2012

The Honorable Judge Robert E. Gerber
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Judge Gerber,

Re: April 26th hearing on 09-50026 …116th Omnibus Objection to Claims….

During this hearing I asked you for the contact information for the lawyer representing Motors Liquidation Company. You asked the attorney if he would provide that information. He replied to you that he would do so and stated that he had my contact information.

I would like to point out to you that he did not provide that information. Could you please remind him that he has a responsibility to do so especially since he stated in open court that he would?

Thank you,

Don Siefkes

cc: Harvey R. Miller, WEIL, GOTSHAL & MANGES LLP

Don Siefkes
42541 Saddle Ln
Sterling Heights MI 48314

The Honorable Judge Robert E. Gerber
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

