06/20/2012

Clerk of the Bankruptcy Court
U.S. Bankruptcy Court, Room 621
Southern District of New York
One Bowling Green
New York, New York 1004-1408

A.J. De Bartolomeo, Esq.
Girard Gibbs LLP
601 California Street
Suite 1400
San Francisco, California 94108



**RE:MOTORS LIQUIDATION COMPANY Chapter 11 Case No. 09-50026**

This is yet another example of how those with unlimited resources like General Motors can use the legal system to eliminate or so reduce it's obligations to those the court has determined have been damaged.

In retrospect, the plaintiffs won, but did they?

Millions of dollars were awarded by the court as damages to the plaintiffs but when the settlement is completed, by bankruptcy and other legal means, General Motors (now recovered from bankruptcy and posting record 7.6 Billion dollars in profits for 2011 alone), will have paid nothing or at most pennies on the dollar by way of stock.

The plaintiff's attorneys while not 100% whole will leave with a reasonable settlement in the millions, no doubt some at the firm driving new General Motor's products from their commissions.

And the prevailing plaintiffs who won the award and were actually damaged will receive very little or nothing.

In this case the justice system did not favor those who prevailed.

Some wonder why the public sometimes has a syndical attitude towards big business and the legal system, this case is yet another classic example and sadly there are many many more.

Respecfully

Stephen Bonville
619 E. Chestnut Ave.
Visalia, California 93292
Plaintif