June 24, 2012

REFERNCE: ANDERSON CLAIM NO. 51093
REQUEST FOR ATTORNEY'S FEES,
CHAPTER 11 CASE NO. 09-50026 (REG)

GEORGE WIGHT
1800 ATHENS LANE
ANTIOCH, CA. 94509-6821
TEL. 925 757-0292

RECEIVED JUN 28 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I SUPPORT THE CLASS COUNSEL'S REQUEST FOR ATTORNEY'S FEES AND EXPENSES.
I HAVE SPENT $2,500 IN REPAIRS OF MY 2001 CHEVY SILVERADO (WHICH I STILL OWN) FOR ENGINE NOISE.
I CAN NOT ATTEND THE COURTS HEARING ON THE MOTION FOR ATTORNEY'S FEES
    THANK YOU
        George Wight