Honorable Robert E. Gerber
United States Bankruptcy Judge
Courtroom 621
One Bowling Green
New York, NY 10004-1408

RE: MOTORS LIQUIDATION COMPANY
Chapter 11 Case # 09-50026 (REG)
244th Omnibus Objection
(EFC No. 10848)

When we were informed that our claim had been adjourned to December 20, 2011, we contacted your office to see if any additional material or information was needed from us. We were told that our claim had been proven and nothing more was needed from us.

Later we learned that our claim had been adjourned until February 11, 2012, because of the bar date issue. At that time we wrote and informed you that our stock had been purchased before the bar date.

We heard nothing about the outcome of the February 11, 2012, decision. After three weeks we phoned your deputy Helen Blum and were told that it could take up to sixty days for the committee to decide whether an additional objection might be made or payment made.

In May, 2012, our niece, an attorney, phoned the Weil, Gotshal & Manges, LLP. She was told that they did not have sufficient funds to pay us. Our niece told them she would request an audit. She was then asked if we would accept payments. She told them that she would relay the request to us. When requesting the terms she was told they would have to get back with her. That was more than a month ago. To date, we have received no information concerning the 2/11/12 decision.

On May 18, 2012, I spoke with your law clerk Casey Boyle and he referred me to either David Griffith or Stephanie Greer. Mikaela Whitman returned a call for Ms. Greer. She said that there would be no liability as of February. She said she would send a copy of the decision, which we are also still waiting for.

What I do not understand is why one tells us one thing and another tells us something else. If evidence is proven, why can we not get our payment.

Thank you for your assistance.

Respectfully yours,

*(signatures)*

Austin and Rebecca Viall
710 Keller Lane
Tuscumbia, AL 25674
June 27, 2012