David R. Volpe, pro se
240 Berry Glen Ct.
Alpharetta, GA  30022
770-998-7758  (O)
Creditor Claimant
Claim #s 62390 & 62391

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                      :
                                                                              :    **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY, et al,**    :
    **f/k/a General Motors Corp., et al.**    :    **09-50026 (REG)**
                                                                              :
                 **Debtors.**             :    **(Jointly Administered)**
-----------------------------------------------------------x


**ADDITIONAL DOCUMENTATION - OBJECTION TO DEBTORS' 116th & 183rd**
**OMNIBUS OBJECTION TO CLAIMS**
(Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)


TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Comes now David Volpe (a/k/a David R. Volpe), creditor of and claimant against Motors Liquidation Company ("MLC") (f/k/a General Motors Corporation, "Old GM"), and a retired salaried manager from Old GM, who respectfully submits additional documentation as a follow up and in support of the discussion that took place during the June 14, 2012 hearing.  Attached please find letter dated Oct. 7, 2002 from (GM) National Benefit Center, Southfield, Michigan to David R. Volpe advising David R. Volpe that the Continuing Life Insurance ultimate amount of $80,945.00 would "remain in effect for the rest of your life and is provided by General Motors at no cost to you."

Additionally, supporting the discussion during the June 14, 2012 hearing, I wish to establish again that my active employment with General Motors commenced on August 18, 1969 and ended on July 1, 2001 when I took early retirement.

Thank you and the Court for the opportunity to provide this additional documentation and information in support of my claims.

Attach: (1)

Dated: June 21, 2012                              Respectfully Submitted,

                                                  _____
                                                  David R. Volpe, pro se
                                                  240 Berry Glen Ct.
                                                  Alpharetta, GA  30022
                                                  770-998-7758    (O)
                                                  dvolpe@netzero.net

(GM Bankruptcy – Addl Doc – Objection 20120621.doc

**NATIONAL BENEFIT CENTER**
P.O. Box 5175
Southfield, Michigan 48086-5175
**1-800-828-9236**
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

Oct 07, 2002

David R Volpe
240 Berry Glen Court
Alpharetta, GA 30022

Dear David R Volpe:

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life Insurance.

Our insurance records, as of the date of this letter, show the Continuing Life Insurance has now fully reduced to the ultimate amount of **$80,945.00**. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

This is not a guarantee of the coverage amount.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll-free, **1-800-828-9236** (Telecommunication Device for the Deaf 1-800-872-8682), during normal business hours, or write to the address above.

Always include this Social Security number, **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**, in all your correspondence.

**National Benefit Center**

UA01

## ADDITIONAL DOCUMENTATION - OBJECTION TO DEBTORS' 116th & 183rd OMNIBUS OBJECTION TO CLAIMS

### CERTIFICATE OF SERVICE

I hereby certify that hard copy versions of the above and foregoing have been delivered or served upon the following via U.S. Postal Service with adequate first-class postage affixed, mailed June 22, 2012. Two originals were sent to the Court.

Clerk of the Court
Honorable Judge R.E. Gerber
U.S. Bankruptcy Court for the
    Southern District of New York
One Bowling Green
New York, NY  10004

One hard copy via USPS and one email copy was also sent to David Griffiths, Esq. at:

Weil, Gotshal & Manges LLP, attorneys for the Debtors,
767 Fifth Avenue,
New York, New York 10153

_____
David R. Volpe