**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman
Theresa A. Foudy
E-Mail: sreisman@curtis.com
tfoudy@curtis.com

*Counsel for dbX – Risk Arbitrage 1 Fund,
HFR MA Strategic Master Trust,
Institutional Benchmarks Series (Master Feeder)
Ltd., Lyxor/Paulson International Fund Limited,
Paulson Enhanced Ltd., Paulson International
Ltd., Paulson Partners Enhanced, L.P., and
Paulson Partners L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.*, | Bankruptcy Case No.: 09-50026 (REG) (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE AND DEMAND
FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance as counsel to (1) dbX – Risk Arbitrage 1 Fund, (2) HFR MA Strategic Master Trust, (3) Institutional Benchmarks Series (Master Feeder) Ltd., (4) Lyxor/Paulson International Fund Limited, (5) Paulson Enhanced Ltd., (6) Paulson International Ltd., (7) Paulson Partners Enhanced, L.P., and (8) Paulson Partners L.P., which are investment funds or accounts managed by Paulson & Co. Inc. (collectively, the "Paulson Noteholders"), in the above-captioned chapter 11 bankruptcy cases (collectively, the "Cases"), and that this request is made pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the

12486139

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and that all notices, including those governed by Bankruptcy Rules 2002, 3017 and 9007, given and all papers served or required to be served in the Cases, or in any case, controversy or proceeding related to the Cases, be given to and served upon:

1.     Steven J. Reisman, Esq.
    CURTIS, MALLET-PREVOST,
      COLT & MOSLE LLP
    101 Park Avenue
    New York, NY 10178-0061
    Tel.: (212) 696-6065
    Fax: (212) 697-1559
    E-mail: sreisman@curtis.com

- and -

2.     Theresa A. Foudy, Esq.
    CURTIS, MALLET-PREVOST,
      COLT & MOSLE LLP
    101 Park Avenue
    New York, NY 10178-0061
    Tel.: (212) 696-8860
    Fax: (212) 697-1559
    E-mail: tfoudy@curtis.com

**PLEASE TAKE FURTHER NOTICE** that the Paulson Noteholders own certain 8.875 percent notes due July 10, 2023 ("8.875 Notes") and 8.375 percent notes due December 7, 2015 ("8.375 Notes", together with 8.875 Notes, the "Nova Scotia Notes"), issued by General Motors Nova Scotia Finance Company, and guaranteed by Motors Liquidation Company f/k/a General Motors Corporation, a debtor in the Cases, as follows:

| Fund / Account | Nova Scotia Notes |
|---|---|
| 1. dbX – Risk Arbitrage 1 Fund | £5,166,000 principal amount of 8.875 Notes<br>£427,000 principal amount of 8.375 Notes |
| 2. HFR MA Strategic Master Trust | £1,904,000 principal amount of 8.875 Notes<br>£157,000 principal amount of 8.375 Notes |
| 3. Institutional Benchmark Series (Master Feeder) Ltd. | £2,825,000 principal amount of 8.875 Notes<br>£233,000 principal amount of 8.375 Notes |

–2–

12486139

| | | |
|---|---|---|
| 4. | Lyxor/Paulson International Fund Limited | £5,052,000 principal amount of 8.875 Notes £417,000 principal amount of 8.375 Notes |
| 5. | Paulson Enhanced Ltd. | £89,774,000 principal amount of 8.875 Notes £7,414,000 principal amount of 8.375 Notes |
| 6. | Paulson International Ltd. | £27,521,000 principal amount of 8.875 Notes £2,273,000 principal amount of 8.375 Notes |
| 7. | Paulson Partners Enhanced, L.P | £15,989,000 principal amount of 8.875 Notes £1,320,000 principal amount of 8.375 Notes |
| 8. | Paulson Partners L.P. | £8,037,000 principal amount of 8.875 Notes £664,000 principal amount of 8.375 Notes |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the Paulson Noteholders do not intend that this Notice of Appearance and Demand for Notices and Service of Papers, or any later appearance or pleading, be deemed or construed to be a waiver of the Paulson Noteholders' rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in the Cases, or any case, controversy, or proceeding related to the Cases; (iii) to have the District Court withdraw the reference of the Cases from this Court in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any other person, firm or governmental agency; and (v) to any other rights, claims, actions or defenses to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, or defenses the Paulson Noteholders expressly reserve.

–3–

12486139

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Service of Papers shall not be construed as an appointment of Steven J. Reisman, Theresa A. Foudy, or Curtis, Mallet-Prevost, Colt & Mosle LLP as authorized agents of the Paulson Noteholders, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: July 5, 2012
       New York, New York

                **CURTIS, MALLET-PREVOST,**
                 **COLT & MOSLE LLP**

              By:  /s/ Steven J. Reisman
                   Steven J. Reisman
                   Theresa A. Foudy
            101 Park Avenue
            New York, NY 10178-0061
            Tel.:  (212) 696-6000
            Fax:  (212) 697-1559
            E-mail:  sreisman@curtis.com
                        tfoudy@curtis.com

*Counsel for dbX – Risk Arbitrage 1 Fund,*
  *HFR MA Strategic Master Trust,*
  *Institutional Benchmarks Series (Master Feeder)*
  *Ltd., Lyxor/Paulson International Fund Limited,*
  *Paulson Enhanced Ltd., Paulson International*
  *Ltd., Paulson Partners Enhanced, L.P., and*
  *Paulson Partners L.P.*

To:  See Service List attached hereto.

–4–

12486139

**SERVICE LIST**

| | |
|---|---|
| Citigroup Global Markets Inc<br>c/o Citibank, N.A.<br>Ops III, 1615 Brett Rd.<br>New Castle | Knighthead Master Fund, L.P.<br>c/o Knighthead Capital Management<br>623 Fifth Avenue, 29th Fl<br>New York, NY 10033 |
| CQS (UK) LLP<br>33 Grosvenor Place, 5th Floor<br>London SW1X 7HY<br>United Kingdom | Morgan Stanley & Co. International plc<br>Attn: Brian Cripps<br>25 Cabot Square, Canary Wharf<br>London E144Qa |
| SG Aurora Master Fund L.P.<br>825 Third Ave, 34th Fl.<br>New York, NY 10022 | THE CANYON VALUE REALIZATION FUND (CAYMAN), LTD<br>Loan San<br>9665 Wilshire Blvd., Suite 200<br>Beverly Hills, CA 90212 |
| Anchorage Capital Master Offshore Ltd<br>Attn: Dan Allen<br>c/o Anchorage Advisors, LLC<br>610 Broadway, 6th Fl.<br>New York, NY 10012 | Fried, Frank, Harris Shriver & Jacobson LLP<br>Attn: Gary Kaplan, Esq.<br>One New York Plaza<br>New York, NY 10004 |
| Onex Debt Opportunity Fund Ltd<br>c/o Onex Credit Partners, LLC<br>910 Sylvan Avenue, Suite 100<br>Englewood Cliffs, NJ 07632 | Redwood Capital Management LLC<br>Attn: Jonathan Kolatch<br>910 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |
| Collins Stewart Ltd<br>PO Box 328<br>St. Peter Port, Guernsey GY1 3TY | Compagnie Financiere de Gestion<br>Luxembourg S.A.<br>40, boulevard Joseph II<br>L-1840 Luxembourg |

12486139

| | |
|---|---|
| Consilium Treuhand AG & Beata Domus Anstalt<br>Postfach 777<br>9497 Treisenberg<br>Liechtenstein | Maria-Dorothes Laminet<br>Burgunderweg 8<br>2505 Biel<br>Switzerland |
| Credit Suisse AG<br>Default Management-SWWA 42<br>Vetlibergstrasse 231<br>CH-8070 Zurich<br>Switzerland | Cheviot Asset Management<br>90 Long Acre<br>London WC2E 9RA<br>United Kingdom |
| Ing. Hugo Warner<br>Mariahilfgasse 25<br>4020 Linz, Austria | Allianz Bank Financial Advisors SPA<br>Piazzale Lodi, 3<br>20137 Milano, Italy |
| Riu Manuel Antunes Goncalves<br>Rua Francisco Martins, No. 11<br>2815-676 Sobreda, Portugal | UBS AG<br>Securities Services 0Q9C-05GC<br>P.O. Box CH-8098<br>Zurich, Swizterland |
| Mr. Aly Aziz<br>c/o 11 Rue de La Corraterie<br>1204<br>Geneva Switzerland | Johanna Schoeffel<br>c/o Peter Schoeffel<br>Breitenbergweg 3<br>86830 Schwabmuenchen<br>Germany |
| Sirdar Aly Aziz<br>c/o BNP Paribas<br>15/17 avenue d'Oslende<br>BP 257 – 58005 Monaco Cedex<br>France | CCS, LLC<br>Attn: Mitchell Bialek<br>175 W. Jackson Blvd.<br>Suite 440<br>Chicago, IL 60604 |

12486139

| | |
|---|---|
| Josef Schmidseder<br>Kirchplatz 1<br>84389 Postmunster<br>Germany | Hermann Dettmar<br>Nene Str. 13<br>D-34359 Reinhardshagen<br>Germany |
| Claus Pedersen<br>Stokkendrevet 11<br>4760 Vordingbore<br>Denmark | Advent Capital Management, LLC<br>Attn: Chung Tam<br>1065 Avenue of the Americas, 31st Fl<br>New York, NY 10018 |
| Banca Delle Marche SPA<br>Attn: Enzo Telloni<br>Via Ghisheri 6<br>60035 Jesi (AN)<br>Italy | Ore Hill Credit Hub Fund Ltd.<br>Attn: Claude A. Baum, Esq.<br>c/o Ore Hill Partners, LLC<br>650 Fifth Avenue, 9th Floor<br>New York, NY 10019 |
| Bhalodia RV/RM/Patel RG<br>Portland House<br>69-71 Wembley Hill Road<br>Wembley<br>MIDDX, HA98BU<br>Bhulo, Kansagrea | Barclays Bank PLC<br>Attn: Swati Patel<br>c/o Arrograss Capital Partners LLP<br>Tower 4<br>25 Old Broad Street<br>London EC2N 1HQ |
| INTESA SANPAULO SPA<br>MILANO 20121<br>Via Vtroi 8<br>Italy | INTESA SANPAOLO SPA<br>White & Case LLP<br>Attn: Abraham Zylberberg<br>1155 Avenue of the Americas<br>New York, NY 10036 |
| Credito Emiliano SPA<br>Via Emilia San Pietro 4<br>42121 Reggio Emilia<br>Italy | Unicredit Banca Di Roma SPA<br>Attn: Mr. Cristiano Carlucci<br>Viale Umberto Tupini n. 180<br>00144 Roma<br>Italy |

12486139

| | |
|---|---|
| Hutchin Hill Capital C1, Ltd.<br>Attn: David Gulkowitz<br>142 West 57th Street, 15th Floor<br>New York, NY 10019 | Deutsche Bank SPA<br>Attn: Mr. Andres Custolki<br>Piazza del Calendario, I<br>20126 Milano<br>Italy |
| Banca Popolare Di Vicenza SCPA<br>Attn: Mr. Umberto Maggio<br>Via Btg Framarin, 18<br>36100 Vicenza<br>Italy | Cassa Centrale Banca-Credito<br>Cooperativo Del Nord Est SPA<br>Attn: Mr. Manuela Acler<br>Via G Segantini, 5<br>38100 Trento<br>Italy |
| Banca di Credito Cooperativa Di Roma Societa Cooperativa<br>Viale Ocenao Indiano 13C<br>Roma, Ital 00144 | Bank of Valletta PLC<br>Attn: Ronald S. Beacher, Esq.<br>c/o Day Pitney LLP<br>7 Times Square<br>New York, NY 10036-7311 |
| Banca Di Credito Cooperativo<br>Abruzzesecappelle Sul Tavo-Sociata<br>Cooperativa<br>Attn: Massimo Ferrati<br>Via Umberto I, N 78/80-65010<br>Cappella sui Tavo, Italia | UBS AG<br>Attn: Stephen A. Thatcher<br>677 Washington Blvd., 8th Floor<br>Stamford, CT 06901 |
| Pera UGO<br>Via Sarzanese 356 Int A<br>Camaiore Lucca 55041<br>Italy | Garibaldi Rosanna<br>Via Sarzanese 354<br>Camaiore Lucca 55041<br>Italy |
| Red River Business Inc.<br>FAO MR 4 R Machan<br>Verite Trust Company Ltd.<br>P.O. Box 36<br>1st Floor<br>37 Broad Street<br>St. Helier<br>Jersey JE4 9NU Channel Islands<br>01534 824000 | Green Hunt Wedlake, Inc.<br>Suite 315, Tower I<br>7001 Mumford Road<br>Halifax, Nova Scotia B3L 4N9<br>Canada |

12486139

| | |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: Daniel Golden, Esq.<br>    Natalie Levine, Esq.<br>    Philip C. Dublin, Esq.<br>One Bryan Park<br>New York, NY 10036 | Dickstein Shapiro<br>Attn: Barry N. Seidel, Esq.<br>    Eric Fisher, Esq.<br>    Katie Leigh Cooperman, Esq.<br>1633 Broadway<br>New York, NY 10019 |
| King & Spalding LLP<br>Attn: Arthur Steinberg, Esq.<br>    Scott Davidson, Esq.<br>1185 Avenue of Americas<br>New York, NY 10036 | Canyon Capital Advisors LLC<br>2000 Ave of the Stars, 11th Floor<br>Los Angeles, CA 90067 |
| Appaloosa Management, L.P.<br>Paul Hastings, LLP<br>Attn: Barry Sher, Esq.<br>    Maria Douvas, Esq.<br>75 E. 55th St.<br>New York, NY 10022 | Greenberg Traurig, LLP<br>Attn: Bruce R. Zirinsky, Esq.<br>    Nancy A. Mitchell, Esq.<br>    John H. Bae, Esq.<br>    Gary D. Ticoll, Esq.<br>200 Park Avenue<br>New York, NY 10166 |
| Brown Rudnick LLP<br>Attn: Robert J. Stark, Esq.<br>    Daniel J. Saval, Esq.<br>Seven Times Square<br>New York, NY 10036 | |

12486139