June 29, 2012

Clerk for

Filing purpose

Appeal BK 09 50026

Robert Gonzales June 18 2012

Enclosed Notice of Appeal June 26 Judge
Some doc from courts
Need all from

*[handwritten across top:]* NO MATTER How Good at ct - BK Shouldn't Save you from Consumer PROTECTION of U.S citizen Such as a pedestrian in a cross-walk - hit & killed

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## COVER SHEET FOR DIRECT APPEAL OF A BANKRUPTCY COURT DECISION

| Case Caption [caption as described in Fed. R. Bankr. P. 7010 or 9004(b), as applicable]: | Bankruptcy Court Case No: | Bankruptcy Judge: |
|---|---|---|
| UNITED STATES BANKRUPTCY SOUTHERN DISTRICT OF NEW YORK  In Re: MOTORS LIQUIDATION COMPANY, et al f/k/a General Motors Corp et al  (MARJORIE A. CREAMER) | Chp. 11 General Motors  09-50026  Bankruptcy Adversary Proceeding No. [if applicable]: In bankruptcy court Won in default  District Court Civil No. [if applicable]: 4026 KS 11-3028 10th Appeal  Date and Document Number of Notice of Appeal Filed in [ ] Adversary Proceeding or [X] Bankruptcy Case: Doc # ____ JUNE 27, 2012 | SD of NY ROBERT E. GERBER, BK  District Judge [if applicable]: KANSAS DISTRICT FEDERAL Deceased WESLEY E BROWN  Date and Document Number of Bankruptcy Court Judgment, Order or Decree in [ ] Adversary Proceeding or [X] Bankruptcy Case: June 26, 2012 Doc # ____ |

[To answer questions below, place "X" on lines where appropriate:]

1. *Who is certifying the direct appeal?*

   ___ Certification by Court (indicate below which court is certifying)
   X Certification by Bankruptcy Court – district: SD of NY when OK'd - in Judge Robert Gerber Courtroom
   ___ Certification by District Court – district: _____
   X At request of one or more parties MARJORIE A CREAMER 2006 COBALT CHEVY  Certificate of
   ___ On court's own initiative     Docket Forwarded

   *[stamp:]* RECEIVED JUL - 2 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

   ___ Court is required to make certification under 28 U.S.C. § 158(d)(2)(B)

   ___ Certification by *All Parties* using Official Form 24 – district from which appeal is taken: _____

*[handwritten margin:]* Pg 60 MAY - TRANSCRIPTS of April 26 hearing Doc # ____ June 18 - ORDER

2. *Which paragraph of section 158(a) is applicable [28 U.S.C. § 158(a)]?*   Endorsed Order June 26, 2012   APRIL 26 HEARING

   X 28 U.S.C. § 158(a)(1): appeal of a final judgment, order or decree
   ___ 28 U.S.C. § 158(a)(2): appeal of an interlocutory order or decree issued under 11 U.S.C. § 1121(d)
   ___ 28 U.S.C. § 158(a)(3): appeal of an interlocutory order or decree [*other than one issued under 11 U.S.C. § 1121(d)*] requiring leave of the court [*indicate below whether leave has been granted*]
      ___ District Court has not yet granted leave
      ___ District Court has already granted leave [*provide civil proceeding name and civil number, date of order, name of judge, etc., in space provided below*]

ISSUE and QUESTION   AUTOMOBILES CONSUMER PROTECTION of 4 yr old auto PRODUCT LIABILITY

3. *Indicate basis for direct appeal [select one of the following]:*

   X The judgment, order or decree involves a question of law as to which there is no controlling decision of the court of appeals for this circuit or of the Supreme Court of the United States, or involves a matter of public importance.   FROM DAY
   X The judgment, order or decree involves a question of law requiring resolution of conflicting decisions.
   ___ An immediate appeal from the judgment, order or decree may materially advance the progress of the case or proceeding in which the appeal is taken.

Recalled (March 2010) on Sept 2009   PURCHASED NEW from Factory defective steering motor caused ac

4. Indicate whether appellant has obtained a stay pending appeal and provide pertinent information pertaining to stay (date of issuance, etc.): Unknown

___ Granted   ___ Yes   X No   Date and Court of Issuance: _____

5. Provide below a brief description of the matter decided by the bankruptcy judge [example: Order Confirming Chapter 11 Plan]:

OLD and NEW GM which is ESIS of claims 2009

Liability of The product manufactured and product 4 yr old car — Defective Steering Motor

Non Deployment of Safety Airbag due to RECALL 2010 Defective Steering Motor of 2006 Chevy Cobalt

6. Bankruptcy Judge:
[For notifying bankruptcy judges, staff of the court of appeals should refer to the circuit clerk's list of e-mail addresses.]

SD of NY — ROBERT E GERBER (REG)

Date: June 27 2012   Submitted by: Marjorie A Creamer
Name: MARJORIE A. CREAMER
Title/Firm or Court: PRO SE

Debtor on day of purchase of new 2006 Chevy Cobalt LT Sedan XM Satellite Radio Sport Coupe

Certify Mail
US Appeal BK
Clerk of Court
Stephen Green