Jue 29, 2012

Clerk for

filing purpose

RECEIVED

JUL - 2 2012

U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Appeal BK 09
50026

ROBERT Gnm June 18 2012

Judge Gerber Dear Ar 26

Enclosed

Notice of Appeal June 26
Some doc Judge

Need all from Courts

*Some of documents w/out doc. #*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

In re:                                              :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.:  09-50026 (REG)
f/k/a General Motors Corporation, *et al.*,         :
                                                    :    (Jointly Administered)
                              Debtors.              :
                                                    :
                                                    :

ENDORSED ORDER:

Deeming Ms. Creamer's letter to be a motion for reargument under Fed.R.Bankr.P. 9023
or 9024, or Local Bankruptcy Rule 9023-1, reargument is denied.  After review of Ms.
Creamer's letter, and the transcript of the hearing insofar as it dealt with Ms. Creamer's
claim, the Court must conclude that the motion fails to identify any matters or controlling
decisions that the Court did not consider.

The Court was told by Court Call that "Ms. Creamer disconnected" during the time the
Court was dictating its decision.  (*See* Tr. at page 61).  Ms. Creamer was not deprived of
the opportunity to present any part of her argument.

However, to assist Ms. Creamer in the event she wishes to appeal, a copy of the
transcript, including the Court's ruling in full insofar as it addressed Ms. Creamer's
claim, is attached to this order.  During the Court's review of the transcript when
considering Ms. Creamer's motion for reargument, the Court corrected the transcription
errors in the transcript, and if there are any further proceedings involving use of the
transcript, the corrected transcript should be used instead.

Ms. Creamer is reminded of the Court's holdings that she could still assert any claims she
might have with respect to the accident against New GM, and that the Court was not
going to affect any rights she might have in that regard in any way.  Her claim arose
when the accident took place and the injury was suffered, after the sale of Old GM's
assets to New GM.  Though she bought her vehicle before the sale, the Court's sale order
permitted claims of that character to be asserted against New GM.  The Court suggests,
but does not order, that in deciding whether she wishes to appeal, Ms. Creamer keep that
in mind.

Dated: New York, New York                  **s/Robert E. Gerber**
      June **26**, 2012                   United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

IN RE: Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY et al.
09-50026 (REG)
f/k/a General Motors Corp., et al.

RECEIVED
MAY 29 2012
U.S. BANKRUPTCY COURT
SO DIST OF N.Y.

Debtors. (Jointly Administered)
- - - - - - - - - - - - - - - - X

MISTRIAL MOTION
ORDER FROM TRANSCRIPT OF HEARING VIA
phone ON April 26, 2012 IS NOT LEGAL. THE
TRANSCRIPTION OF THIS HEARING AFTER
BEING TRANSCRIBED IS NOT CITING THE
U.S. CODE THAT; MS. CREAMER ARGUED,
DURING HEARING AND DISCONNECT OF
INCOMING CALL ON HER PHONE DURING THE
TRIAL HEARING OF APRIL 26, 2012 OF
PRODUCT SAFETY RECALL OF DEFECTIVE STEERING
MOTOR ON 3, 2010 when the STEERING MOTOR
DEFECTIVE TIME OF PURCHASE 2007 of 2006
CHEVY COBALT-FACTORY and MANUFACTURED IN USA with 18%
SEDAN IN MEXICO. RECALL IN MARCH 2010 AFTER
SPORT FACT OF ACCIDENT CAUSED BY STEERING FAILURE
CDM's ON SEPTEMBER 24, 2009. SUBMITTED MAY 22
km satellite                                           2012
                                    Marva A Creamer
                                    THE HUSH
                                    705 S. Monroe
                                    Smith Center K's
                                                66967

Cert of Mailing - Attorys
1633 Broadwy N'Y NY 10019
CLERK OF COURT/ JUDGE GERBER

785-259-1460

IN RE
MOTORS LIQUIDATION,        Case no#
        INC                09-50026
Bankruptcy Crt. SD of NY           REG
——✓——A
THE
MOTORS LIQUIDA-  Memo to Court of INTERlocutory
TION COMPANY
MARJORIE   *   RE: HEARING / TRANSCRIPTS
A.         *   And or response by Creditor attorney
CREAMER    *

Pursuant to Fed. R. Bank. P. 5003(x) DOCKET
Records of Motor Liquidation, Inc.
Attorneys Stephanie Green has

reported she entered another document
after hearing held on April 26, 2012.
She said she would email both the
Courts' hearing and her response FRIDAY
April 27 and Monday, May 1, 2012. My emails
had No emails on internet pages, However
she emailed the hearing information of April
26, 2012, early to me; what happened to above
emails Also needed by Clerk of Court and Law
Clerk of Judge Gerber is the Docket Sheet
requested no help with this either as
requested on emails as not home at address
to receive mail. FRI May 2, 2012   Thehush 91@hotmail.com
                        Marjorie A Creamer
FAX Clerk of Court address
    Court 212 668-335  312-271-6501

Doc#
11766

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - . - - - - - - - +

IN RE: Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY et al.;
09-50026 (REG)
f/k/a General Motors Corp., et al.

Debtors : (Jointly Administered)
: - - - - - - - - - -x

MISTRIAL MOTION
ORDER FROM TRANSCRIPT OF HEARING
phone ON April 26, 2012 is NOT LEGAL. THE
TRANSCRIPTION OF THIS HEARING AFTER
BEING TRANSCRIBED IS NOT CITING THE
U.S CODE THAT; MS. CREAMER ARGUED,
DURING HEARING AND DISCONNECT OF
INCOMING CALL ON HER PHONE DURING THE
TRIAL HEARING OF APRIL 26, 2012 of
PRODUCT SAFETY RECALL OF DEFECTIVE STEERING
MOTOR ON 3, 2010 when the STEERING MOTOR
DEFECTIVE TIME OF PURCHASE 2007 of 2006
CHEVY FACTORY and MANUFACTURED IN USA with 18%
COBALT IN MEXICO. RECALL IN MARCH 2010 AFTER
SEDAN PART OF ACCIDENT CAUSED BY STEERING FAILURE
SPORT ON SEPTEMBER 24, 2009. SUBMITTED MAY 22
COUPE                                             2012
                                      Marie A Creamer
                                      THE HUSH
                                      705 S. Monroe
                                      South Center Ks
                                                   66967

Cert of Mailing - Attorys
1633 Broadway NY NY 10019
CLERK OF COURT / JUDGE GERBER

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   FOR THE SOUTHERN DISTRICT OF NEW YORK

3   Case No. 09-50026 (REG)

4   - - - - - - - - - - - - - - - - - - - -x

5   In Re:

6

7   MOTORS LIQUIDATION COMPANY, et al.,

8   f/k/a General Motors Corp., et al.

9

10           Debtors.

11

12   - - - - - - - - - - - - - - - - - - - -x

13

14             United States Bankruptcy Court

15             Southern District of New York

16             One Bowling Green

17             New York, New York   10004

18

19             April 26, 2012

20             9:45 AM

21

22   B E F O R E:

23   HON. ROBERT E. GERBER

24   U.S. BANKRUPTCY JUDGE

25