**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman
Theresa A. Foudy
E-Mail: sreisman@curtis.com
        tfoudy@curtis.com

*Counsel for dbX – Risk Arbitrage 1 Fund,
HFR MA Strategic Master Trust,
Institutional Benchmarks Series (Master Feeder)
Ltd., Lyxor/Paulson International Fund Limited,
Paulson Enhanced Ltd., Paulson International
Ltd., Paulson Partners Enhanced, L.P., and
Paulson Partners L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Bankruptcy Case No.: 09-50026 (REG) |
| f/k/a General Motors Corporation, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MOTORS LIQUIDATION COMPANY GUC TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| | ) | Case No.: 12-09802 |
| v. | ) | |
| | ) | |
| APPALOOSA INVESTMENT LIMITED | ) | |
| PARTNERSHIP I, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

12573216

Stephanie N. Morales, being duly sworn, deposes and says:

1. I am an employee of Curtis, Mallet-Prevost, Colt & Mosle, LLP, having offices at 101 Park Avenue, New York, New York 10178. I am not a party to this action, am over 18 years of age, and reside in Kings County, New York.

2. On July 5, 2012, I served the *Notice of Appearance and Demand for Notices and Service of Papers* **[Case No. 09-50029 (REG), Docket No. 11904]** and *Notice of Appearance and Demand for Notices and Service of Papers* **[Adv. Pro. No. 12-09802 (REG), Docket No. 85]** upon the parties and at the addresses listed on **Exhibit A** attached hereto in the manner specified therein.

3. On July 5, 2012, I served the *Notice of Appearance and Demand for Notices and Service of Papers* **[Case No. 09-50029 (REG), Docket No. 11904]** and *Notice of Appearance and Demand for Notices and Service of Papers* **[Adv. Pro. No. 12-09802 (REG), Docket No. 85]** upon the parties and at the addresses listed on **Exhibit B** attached hereto in the manner specified therein.

        */s/ Stephanie Morales*
        Stephanie Morales

Sworn to before me this
9th day of July 2012

*/s/ Beth Forman*
Notary Public

**BETH FORMAN**
**Notary Public, State of New York**
**No. 01FO6095302**
**Qualified in New York County**
**Commission Expires July 7, 2015**

## **EXHIBIT A**

**VIA E-MAIL**

seidelb@dicksteinshapiro.com        fishere@dicksteinshapiro.com
coopermank@dicksteinshapiro.com

12573216

## **EXHIBIT B**

| | |
|---|---|
| **VIA FIRST CLASS MAIL** | |
| Citigroup Global Markets Inc<br>c/o Citibank, N.A.<br>Ops III, 1615 Brett Rd.<br>New Castle | Knighthead Master Fund, L.P.<br>c/o Knighthead Capital Management<br>623 Fifth Avenue, 29th Fl<br>New York, NY 10033 |
| CQS (UK) LLP<br>33 Grosvenor Place, 5th Floor<br>London SW1X 7HY<br>United Kingdom | Morgan Stanley & Co. International plc<br>Attn: Brian Cripps<br>25 Cabot Square, Canary Wharf<br>London E144Qa |
| SG Aurora Master Fund L.P.<br>825 Third Ave, 34th Fl.<br>New York, NY 10022 | THE CANYON VALUE REALIZATION FUND (CAYMAN), LTD<br>Loan San<br>9665 Wilshire Blvd., Suite 200<br>Beverly Hills, CA 90212 |
| Anchorage Capital Master Offshore Ltd<br>Attn: Dan Allen<br>c/o Anchorage Advisors, LLC<br>610 Broadway, 6th Fl.<br>New York, NY 10012 | Fried, Frank, Harris Shriver & Jacobson LLP<br>Attn: Gary Kaplan, Esq.<br>One New York Plaza<br>New York, NY 10004 |
| Onex Debt Opportunity Fund Ltd<br>c/o Onex Credit Partners, LLC<br>910 Sylvan Avenue, Suite 100<br>Englewood Cliffs, NJ 07632 | Redwood Capital Management LLC<br>Attn: Jonathan Kolatch<br>910 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |
| Collins Stewart Ltd<br>PO Box 328<br>St. Peter Port, Guernsey GY1 3TY | Compagnie Financiere de Gestion Luxembourg S.A.<br>40, boulevard Joseph II<br>L-1840 Luxembourg |
| Consilium Treuhand AG & Beata Domus Anstalt<br>Postfach 777<br>9497 Treisenberg<br>Liechtenstein | Maria-Dorothes Laminet<br>Burgunderweg 8<br>2505 Biel<br>Switzerland |

12573216

| | |
|---|---|
| Credit Suisse AG<br>Default Management-SWWA 42<br>Vetlibergstrasse 231<br>CH-8070 Zurich<br>Switzerland | Cheviot Asset Management<br>90 Long Acre<br>London WC2E 9RA<br>United Kingdom |
| Ing. Hugo Warner<br>Mariahilfgasse 25<br>4020 Linz, Austria | Allianz Bank Financial Advisors SPA<br>Piazzale Lodi, 3<br>20137 Milano, Italy |
| Riu Manuel Antunes Goncalves<br>Rua Francisco Martins, No. 11<br>2815-676 Sobreda, Portugal | UBS AG<br>Securities Services 0Q9C-05GC<br>P.O. Box CH-8098<br>Zurich, Swizterland |
| Mr. Aly Aziz<br>c/o 11 Rue de La Corraterie<br>1204<br>Geneva Switzerland | Johanna Schoeffel<br>c/o Peter Schoeffel<br>Breitenbergweg 3<br>86830 Schwabmuenchen<br>Germany |
| Sirdar Aly Aziz<br>c/o BNP Paribas<br>15/17 avenue d'Oslende<br>BP 257 – 58005 Monaco Cedex<br>France | CCS, LLC<br>Attn: Mitchell Bialek<br>175 W. Jackson Blvd.<br>Suite 440<br>Chicago, IL 60604 |
| Josef Schmidseder<br>Kirchplatz 1<br>84389 Postmunster<br>Germany | Hermann Dettmar<br>Nene Str. 13<br>D-34359 Reinhardshagen<br>Germany |
| Claus Pedersen<br>Stokkendrevet 11<br>4760 Vordingbore<br>Denmark | Advent Capital Management, LLC<br>Attn: Chung Tam<br>1065 Avenue of the Americas, 31st Fl<br>New York, NY 10018 |
| Banca Delle Marche SPA<br>Attn: Enzo Telloni<br>Via Ghisheri 6<br>60035 Jesi (AN)<br>Italy | Ore Hill Credit Hub Fund Ltd.<br>Attn: Claude A. Baum, Esq.<br>c/o Ore Hill Partners, LLC<br>650 Fifth Avenue, 9th Floor<br>New York, NY 10019 |

-3-

12573216

| | |
|---|---|
| Bhalodia RV/RM/Patel RG<br>Portland House<br>69-71 Wembley Hill Road<br>Wembley<br>MIDDX, HA98BU<br>Bhulo, Kansagrea | Barclays Bank PLC<br>Attn: Swati Patel<br>c/o Arrograss Capital Partners LLP<br>Tower 4<br>25 Old Broad Street<br>London EC2N 1HQ |
| INTESA SANPAULO SPA<br>MILANO 20121<br>Via Vtroi 8<br>Italy | INTESA SANPAOLO SPA<br>White & Case LLP<br>Attn: Abraham Zylberberg<br>1155 Avenue of the Americas<br>New York, NY 10036 |
| Credito Emiliano SPA<br>Via Emilia San Pietro 4<br>42121 Reggio Emilia<br>Italy | Unicredit Banca Di Roma SPA<br>Attn: Mr. Cristiano Carlucci<br>Viale Umberto Tupini n. 180<br>00144 Roma<br>Italy |
| Hutchin Hill Capital C1, Ltd.<br>Attn: David Gulkowitz<br>142 West 57th Street, 15th Floor<br>New York, NY 10019 | Deutsche Bank SPA<br>Attn: Mr. Andres Custolki<br>Piazza del Calendario, I<br>20126 Milano<br>Italy |
| Banca Popolare Di Vicenza SCPA<br>Attn: Mr. Umberto Maggio<br>Via Btg Framarin, 18<br>36100 Vicenza<br>Italy | Cassa Centrale Banca-Credito<br>Cooperativo Del Nord Est SPA<br>Attn: Mr. Manuela Acler<br>Via G Segantini, 5<br>38100 Trento<br>Italy |
| Banca di Credito Cooperativa Di Roma Societa<br>Cooperativa<br>Viale Ocenao Indiano 13C<br>Roma, Ital 00144 | Bank of Valletta PLC<br>Attn: Ronald S. Beacher, Esq.<br>c/o Day Pitney LLP<br>7 Times Square<br>New York, NY 10036-7311 |
| Banca Di Credito Cooperativo<br>Abruzzesecappelle Sul Tavo-Sociata<br>Cooperativa<br>Attn: Massimo Ferrati<br>Via Umberto I, N 78/80-65010<br>Cappella sui Tavo, Italia | UBS AG<br>Attn: Stephen A. Thatcher<br>677 Washington Blvd., 8th Floor<br>Stamford, CT 06901 |

12573216

| | |
|---|---|
| Pera UGO<br>Via Sarzanese 356 Int A<br>Camaiore Lucca 55041<br>Italy | Garibaldi Rosanna<br>Via Sarzanese 354<br>Camaiore Lucca 55041<br>Italy |
| Red River Business Inc.<br>FAO MR 4 R Machan<br>Verite Trust Company Ltd.<br>P.O. Box 36<br>1st Floor<br>37 Broad Street<br>St. Helier<br>Jersey JE4 9NU Channel Islands<br>01534 824000 | Green Hunt Wedlake, Inc.<br>Suite 315, Tower I<br>7001 Mumford Road<br>Halifax, Nova Scotia B3L 4N9<br>Canada |
| Akin Gump Strauss Hauer & Feld LLP<br>Attn:  Daniel Golden, Esq.<br>         Natalie Levine, Esq.<br>         Philip C. Dublin, Esq.<br>One Bryan Park<br>New York, NY 10036 | Dickstein Shapiro<br>Attn:  Barry N. Seidel, Esq.<br>         Eric Fisher, Esq.<br>         Katie Leigh Cooperman, Esq.<br>1633 Broadway<br>New York, NY 10019 |
| King & Spalding LLP<br>Attn:  Arthur Steinberg, Esq.<br>         Scott Davidson, Esq.<br>1185 Avenue of Americas<br>New York, NY 10036 | Canyon Capital Advisors LLC<br>2000 Ave of the Stars, 11th Floor<br>Los Angeles, CA 90067 |
| Appaloosa Management, L.P.<br>Paul Hastings, LLP<br>Attn:  Barry Sher, Esq.<br>         Maria Douvas, Esq.<br>75 E. 55th St.<br>New York, NY 10022 | Greenberg Traurig, LLP<br>Attn:  Bruce R. Zirinsky, Esq.<br>         Nancy A. Mitchell, Esq.<br>         John H. Bae, Esq.<br>         Gary D. Ticoll, Esq.<br>200 Park Avenue<br>New York, NY 10166 |
| Brown Rudnick LLP<br>Attn:  Robert J. Stark, Esq.<br>         Daniel J. Saval, Esq.<br>Seven Times Square<br>New York, NY 10036 | |

.

12573216