Kenneth M. Schneider (Mich Bar P31963)
Kimberly Ross Clayson (Mich Bar P 69804)
SCHNEIDER MILLER, PC
645 Griswold, Suite 3900
Detroit, MI 48214
Telephone: 313-237-0850
Facsimile: 313-237-0059

Attorneys for Lyon Stephens, Creditor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/
                                                                    :
                                                                    :           Chapter 11
                                                                    :           Case No. 09-50026 (REG)
In re                                                               :
                                                                    :
**MOTORS LIQUIDATION COMPANY, et al.,**           :           (Jointly Administered)
    **f/k/a GENERAL MOTORS CORP., et al.**    :
_____/

**CERTIFICATE OF SERVICE**
**RE: CREDITOR LYON STEPHENS' RESPONSE TO 281ST OMNIBUS OBJECTIONTO CLAIMS AS TO CLAIM NO. 1184 AND BRIEF IN SUPPORT OF CREDITOR LYON STEPHENS' RESPONSE TO 281ST**
**OMNIBUS OBJECTIONTO CLAIMS AS TO CLAIM NO. 1184  & CREDITOR'S EXHIBIT 1**

     I hereby certify that on July 9, 2012, I electronically filed the above referenced Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

     I also hereby certify that, on July 9, 2012, an employee of Schneider Miller, PC served copies of the above documents upon the parties of interest in this case as per the instructions set forth in the Notice of Debtor's 281st Omnibus Objection to Claims.

July 9, 2012                                            /s/Kenneth M. Schneider_____
                                                              Kenneth M. Schneider (Mich Bar P31963)
                                                              Kimberly Ross Clayson (Mich Bar P69804)
                                                              SCHNEIDER MILLER, PC
                                                              645 Griswold, Suite 3900
                                                              Detroit, MI 48214
                                                              Telephone: 313-237-0850
                                                              Facsimile: 313-237-0059
                                                              kschneider@schneidermiller.com
                                                              kclayson@schneidermiller.com