UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                      :

In re                                             :          Chapter 11 Case No.
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,    :          09-50026 (REG)
      f/k/a General Motors Corp., *et al.*    :
                                                     :
                             Debtors.      :          (Jointly Administered)
                                                     :
------------------------------------------------------------x

### ORDER GRANTING OBJECTION TO PROOFS OF CLAIM OF
### D&M REAL ESTATE LLC (CLAIM NO. 66211)
### AND HORSE TAVERN & GRILL (CLAIM NO. 67347)

Upon the objection (the **"Objection"**) to the proofs of claim of D&M Real Estate LLC (Claim No. 66211) and Horse Tavern & Grill (Claim No. 67347) (collectively, the **"Claims"**), filed by the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), seeking entry of an order disallowing and expunging the Claims on the basis that such claims are barred by section 502(b) of the Bankruptcy Code and the Pennsylvania Contribution Among Joint Tortfeasors Act, as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

2

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claims are disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
     **July 10, 2012**

                            */s/ Robert E. Gerber*
                            United States Bankruptcy Judge