**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                                    :    Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*             :
:
                                Debtors.                    :    (Jointly Administered)
:
------------------------------------------------------------x

### DECLARATION OF JOSEPH H. SMOLINSKY
### IN SUPPORT OF MOTORS LIQUIDATION COMPANY GUC TRUST'S
### REPLIES TO RESPONSES TO OMNIBUS OBJECTIONS
### TO CLAIMS (WELFARE BENEFITS CLAIMS OF RETIRED
### AND FORMER SALARIED AND EXECUTIVE EMPLOYEES)

I, JOSEPH H. SMOLINSKY hereby declare as follows:

1. I am a partner at Weil, Gotshal & Manges LLP, Attorneys for Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**")[1] in connection with the *Debtors' Second Amended Joint Chapter 11 Plan*, dated March 18, 2011. I respectfully submit this Declaration based upon my personal knowledge and my preparation of the documents in support of the GUC Trust's various omnibus objections to claims for welfare benefits of retired and former salaried and executive employees of the Debtors.

2. Attached herewith are true and correct copies of the following summary plan descriptions of welfare benefit plans and related publications provided to retired and former salaried and executive employees of the Debtors from time to time, intended to illustrate the

---

[1] The Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**"), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.), Remediation and Liability Management Company, Inc. ("**REALM**"), and Environmental Corporate Remediation Company, Inc. ("**ENCORE**").

consistent reservation of rights by the Debtors in their communications with their former employees and retirees, of their ability to amend, modify, suspend or terminate such welfare benefits at will in accordance with underlying plan documentation:

| Annex | Name | Date of Publication | Reservation of Rights Page Number |
|---|---|---|---|
| A | Working With General Motors | August 1963 | 62 |
| B | The General Motors Insurance Program – For Salaried Employees With Monthly Base Salaries Of Less Than $750 | May 1965 | 23 |
| C | The General Motors Canadian Insurance Program - For Salaried Employees With Monthly Base Salaries Of $700 Or More | September 1965 | 18 |
| D | Working With General Motors | April 1966 | 34 |
| E | Your GM Benefits | April 1966 | 3 |
| F | The General Motors Insurance Program For Salaried Employees | 1968 | 15 |
| G | The General Motors Insurance Program For Salaried Employees | 1971 | 22 |
| H | Working With General Motors | June 1971 | 33 |
| I | Your General Motors Retirement Program | 1971 | 17 |
| J | Highlights Of Your GM Benefits: A Handbook For Salaried Employees in the United States | November 1974 | 3 |
| K | Working with General Motors | September 1977 | 35 |
| L | Your Benefits In Retirement For General Motors Salaried Retirees And Eligible Survivors | November 1977 | 3 |
| M | Working With General Motors | August 1982 | 32 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
July 10, 2012

/s/ Joseph H. Smolinsky
JOSEPH H. SMOLINSKY

2