June 27, 2012

Clerk of the Bankruptcy Court
US Bankruptcy Court, Room # 621
Southern District of New York
One Bowling Green
New York, NY 10004-1409

To whom it may concern:

In reference of Anderson Claim N° 51093 request for attorney fees, Chapter 11 Case # 09-50026 (REG)

Nina A. Smith
438 Chaparral St.
Salinas, CA 93906
831-449-7333

I am supporting of the Anderson Class Counsel to be paid for legal fees and costs from our settlement because it is fair to be paid for services rendered.

Please excuse me because I won't be able to be present at the court hearing on July 26, 2012 in New York, NY.

Very respectful,

Nina A. Smith.



RECEIVED
JUL - 5 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK