Anderson Claim No. 51093 Request for Attorneys Fees, Chapter 11 Case No. 09-50026 [REG]

Danny Suderman

36141 Blossom ave

Madera ca. 93636

559(645)0045

I support this hearing because G M failed to correct a problem effecting thousands of customers. I will have a hard time selling my truck because of a knock in the engine.

I will not be able to attend this hearing

Danny Suderman    7-6-12

*[signature: Danny Suder...]*

RECEIVED
JUL -9 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK