TO:

CLERK OF THE BANKRUPTCY CT.
U.S. BANKRUPTCY COURT ROOM 621
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004-1408

REF: ANDERSON CLAIM # 51093
REQUEST FOR ATTORNEY'S FEES
CHAPTER 11 CASE # 09-50026 (REG)

TONY WILLIAM OMRI
5651 ARCHIBALD AVE
ALTA LOMA, CA. 91737
(909) 987-4046

RECEIVED
JUL - 9 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I SUPPORT CLASS COUNSELS
REQUEST FOR ATTORNEY'S FEES
AS I BELIEVE THAT IF
SERVICES, WORK, ETC. WERE
PROVIDED AND PERFORMED,
THEN THOSE SHOULD BE
COMPENSATED FOR.

(2)

I DO NOT INTEND TO APPEAR AT THE COURTS HEARING ON THIS MOTION.

AGAIN, I SUPPORT CLASS COUNSELS FEE REQUEST.

SIGNED JULY, 5, 2012

*Tony William O___*

TONY WILLIAM OOKI

THANK YOU FOR YOUR CONSIDERATION.