Clerk of the Bankruptcy Court                                           July 2, 2012
U.S. Bankruptcy Court, Room 621
Southern District of New York
One Bowling Green
New York, New York 10004-1408

To whom it may concern:

In regards to the Anderson Claim No. 51093 Request for attorneys' fees, Chapter 11 Case No. 09-50026.

I oppose to the Class Counsel's request for attorney fees and expenses. It is unfair for the members of the Anderson claimants to pay attorney fees out of our settlement when it was previously stated that Class Counsel fees would be paid by GM. The original settlement was for 8.8 million in pre-bankruptcy dollars. After GM filed for bankruptcy our original settlement was reduced to $1, 492, 580. 00 and now 30% of that amount is going to attorneys' fees. I believe Class Counsel should have reached a better settlement for the Anderson Claimants after GM's bankruptcy. We, the Anderson Claimants, are going to be receiving about $174.00 each which is an unfair amount to fix the mechanical problem of our vehicles.

Sincerely,

Rigoberto Valencia

Rigoberto Valencia

8055 San Remo Court

Fontana CA 92336

(909)899-0920

