Hearing Date and Time: July 17, 2012 at 9:45 a.m. (Eastern Time)

DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation*
*Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
MOTORS LIQUIDATION COMPANY, et al.,                                :   Case No.: 09-50026 (REG)
f/k/a General Motors Corporation, et al.,                          :
                                                                   :   (Jointly Administered)
                        Debtors.                                   :
                                                                   :
-------------------------------------------------------------------x
  MOTORS LIQUIDATION COMPANY GUC TRUST,                            :
                                                                   :
                        Plaintiff,                                 :   Adversary Proceeding
                                                                   :   Case No.: 12-09802
           v.                                                      :
                                                                   :
APPALOOSA INVESTMENT LIMITED                                       :
PARTNERSHIP I; PALOMINO FUND LTD;                                  :
THOROUGHBRED FUND LP; THOROUGHBRED                                 :
MASTER LTD; THE LIVERPOOL LIMITED                                  :
PARTNERSHIP; ELLIOTT INTERNATIONAL LP;                             :
DRAWBRIDGE DSO SECURITIES LLC;                                     :
DRAWBRIDGE OSO SECURITIES LLC; FCOF UB                             :
SECURITIES LLC; AURELIUS INVESTMENT, LLC;                          :
CITIGROUP GLOBAL MARKETS INC.; LMA SPC                             :
FOR AND ON BEHALF OF THE MAP 84                                    :
SEGREGATED; KNIGHTHEAD MASTER FUND,                                :
L.P.; KIVU INVESTMENT FUND LIMITED; CQS                            :
DIRECTIONAL OPPORTUNITIES MASTER FUND                              :
LIMITED; MORGAN STANLEY & CO.                                      :
INTERNATIONAL PLC; SG AURORA MASTER                                :
FUND L.P.; THE CANYON VALUE REALIZATION                            :
FUND (CAYMAN), LTD; ANCHORAGE CAPITAL                              :

| | |
|---|---|
| MASTER OFFSHORE LTD; ONEX DEBT OPPORTUNITY FUND, LTD; REDWOOD MASTER FUND LTD; COLLINS STEWART (CI) LTD; SPH INVEST SA; CONSILIUM TREUHAND AG & BEATA DOMUS ANSTALT; MARIA-DOROTHEA LAMINET; CREDIT SUISSE AG; CHEVIOT ASSET MANAGEMENT; ING. HUGO WAGNER; ALLIANZ BANK FINANCIAL ADVISORS SPA; RUI MANUEL ANTUNES GONCALVES ROSA; UBS AG, ZURICH (SWITZERLAND); ALY AZIZ; JOHANNA SCHOEFFEL; SIRDAR ALY AZIZ; CSS, LLC; JOSEF SCHMIDSEDER; HERMANN DETTMAR AND HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST; THE ADVENT GLOBAL OPPORTUNITY MASTER FUND; BANCA DELLE MARCHE SPA; ORE HILL CREDIT HUB FUND LTD; BHALODIA RV/RM/PATEL RG; BARCLAYS BANK PLC; JPMORGAN SECURITIES LIMITED; INTESA SANPAOLO SPA; INTESA SANPAOLO PRIVATE BANKING SPA; CREDITO EMILIANO SPA; UNICREDIT BANCA DI ROMA SPA; HUTCHIN HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA; BANCA POPOLARE DI VICENZA SCPA; CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST SPA; BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA; BANK OF VALLETTA PLC; BANCA DI CREDITO COOPERATIVO ABRUZZESE-CAPPELLE SUL TAVO-SOCIETA COOPERTIVA; UBS AG; PERA UGO; GARIBALDI ROSANNA; CANYON VALUE REALIZATION FUND LP; LYXOR/CANYON VALUE REALIZATION FUND LIMITED; CANYON-GRF MASTER FUND LP; PROSPECT MOUNTAIN FUND LIMITED; RED RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, INC., as trustee for General Motors Nova Scotia Finance Company; JOHN DOE NOS. 1-100; and JOHN DOE, INC. NOS. 1-100, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |

-----------------------------------------------------------------------X

**OPPOSITION TO NOTEHOLDERS' MOTION *IN LIMINE* TO PRECLUDE CERTAIN EVIDENCE OR, IN THE ALTERNATIVE, TO ADJOURN THE TRIAL DATE**

**CONTENTS OF DOCUMENT FILED UNDER SEAL PURSUANT TO PARAGRAPH 4 OF THE PROTECTIVE ORDER, SO ORDERED ON APRIL 7, 2011 [DOCKET NO. 10059]**