DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation
Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.*, | Case No.: 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY GUC TRUST, | |
| Plaintiff, | Adversary Proceeding Case No.: 12-09802 |
| v. | |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I; PALOMINO FUND LTD; THOROUGHBRED FUND LP; THOROUGHBRED MASTER LTD; THE LIVERPOOL LIMITED PARTNERSHIP; ELLIOTT INTERNATIONAL LP; DRAWBRIDGE DSO SECURITIES LLC; DRAWBRIDGE OSO SECURITIES LLC; FCOF UB SECURITIES LLC; AURELIUS INVESTMENT, LLC; CITIGROUP GLOBAL MARKETS INC.; LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED; KNIGHTHEAD MASTER FUND, L.P.; KIVU INVESTMENT FUND LIMITED; CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED; MORGAN STANLEY & CO. INTERNATIONAL PLC; SG AURORA MASTER FUND L.P.; THE CANYON VALUE REALIZATION FUND (CAYMAN), LTD; ANCHORAGE CAPITAL | |

MASTER OFFSHORE LTD; ONEX DEBT : \
OPPORTUNITY FUND, LTD; REDWOOD MASTER : \
FUND LTD; COLLINS STEWART (CI) LTD; SPH : \
INVEST SA; CONSILIUM TREUHAND AG & BEATA : \
DOMUS ANSTALT; MARIA-DOROTHEA LAMINET; : \
CREDIT SUISSE AG; CHEVIOT ASSET : \
MANAGEMENT; ING. HUGO WAGNER; ALLIANZ : \
BANK FINANCIAL ADVISORS SPA; RUI MANUEL : \
ANTUNES GONCALVES ROSA; UBS AG, ZURICH : \
(SWITZERLAND); ALY AZIZ; JOHANNA : \
SCHOEFFEL; SIRDAR ALY AZIZ; CSS, LLC; JOSEF : \
SCHMIDSEDER; HERMANN DETTMAR AND : \
HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA : \
ADVENT GLOBAL OPPORTUNITY MASTER : \
TRUST; THE ADVENT GLOBAL OPPORTUNITY : \
MASTER FUND; BANCA DELLE MARCHE SPA; : \
ORE HILL CREDIT HUB FUND LTD; BHALODIA : \
RV/RM/PATEL RG; BARCLAYS BANK PLC; : \
JPMORGAN SECURITIES LIMITED; INTESA : \
SANPAOLO SPA; INTESA SANPAOLO PRIVATE : \
BANKING SPA; CREDITO EMILIANO SPA; : \
UNICREDIT BANCA DI ROMA SPA; HUTCHIN : \
HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA; : \
BANCA POPOLARE DI VICENZA SCPA; CASSA : \
CENTRALE BANCA-CREDITO COOPERATIVO DEL : \
NORD EST SPA; BANCA DI CREDITO : \
COOPERATIVO DI ROMA SOCIETA : \
COOPERATIVA; BANK OF VALLETTA PLC; : \
BANCA DI CREDITO COOPERATIVO ABRUZZESE- : \
CAPPELLE SUL TAVO-SOCIETA COOPERTIVA; : \
UBS AG; PERA UGO; GARIBALDI ROSANNA; : \
CANYON VALUE REALIZATION FUND LP; : \
LYXOR/CANYON VALUE REALIZATION FUND : \
LIMITED; CANYON-GRF MASTER FUND LP; : \
PROSPECT MOUNTAIN FUND LIMITED; RED : \
RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, : \
INC., as trustee for General Motors Nova Scotia Finance : \
Company; JOHN DOE NOS. 1-100; and JOHN DOE, : \
INC. NOS. 1-100, :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　　　　　　　　:
------------------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

This is to certify that on July 11, 2012, I caused to be served a true and correct copy of the GUC Trust's Opposition to the Noteholders' Motion *In Limine* to Preclude Certain Evidence or, in the Alternative, to Adjourn the Trial Date and accompanying exhibits, by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, full copies of the GUC Trust's Opposition to the Noteholders' Motion *In Limine* to Preclude Certain Evidence or, in the Alternative, to Adjourn the Trial Date and accompanying exhibits were served upon each of the persons listed on the annexed service list by causing copies of same to be delivered via email at the last known addresses as indicated on the annexed service list.

Dated: New York, New York
July 11, 2012

DICKSTEIN SHAPIRO LLP

By: /s/ Eric B. Fisher
    Barry N. Seidel
    Eric B. Fisher
    Stefanie Birbrower Greer
    Katie L. Cooperman
    Mary Kim (admitted *pro hac vice*)
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation Company GUC Trust*

## SERVICE LIST

sdavidson@kslaw.com;
asteinberg@kslaw.com;
zirinskyb@gtlaw.com;
FingerK@gtlaw.com;
BrennanB@gtlaw.com;
baej@gtlaw.com;
ticollg@gtlaw.com;
sodonnell@akingump.com;
dchapman@akingump.com;
mariadouvas@paulhastings.com;
barrysher@paulhastings.com;
wweintraub@fklaw.com;
eohagan@fklaw.com;
efriedman@fklaw.com;
joseph.smolinsky@weil.com;
dsaval@brownrudnick.com
cchiu@pryorcashman.com