**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )

                      ) ss

COUNTY OF NASSAU      )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and

debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address

is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On July 10, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors

Liquidation GUC Trust, I caused a true and correct copy of the following document to be served

by e-mail on D&M Real Estate LLC, dpastorick@nldhlaw.com (affected party), and by

overnight delivery on D&M Real Estate LLC, Nelson Levine de Luca & Horst LLC, 457

Haddonfield Rd Ste 710, Cherry Hill, New Jersey 08002-2201 (affected party):

- **Order Granting Objection to Proofs of Claim of D&M Real Estate LLC (Claim No. 66211) and Horse Tavern & Grill (Claim No. 67347)** [Docket No. 11917].


Dated:  July 12, 2012
      Lake Success, New York

/s/Kimberly Gargan<br>
Kimberly Gargan

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015