UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss
COUNTY OF NASSAU      )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On July 9, 2012, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation GUC Trust, I caused a true and correct copy of the following document to be served by e-mail on Robert L. Grajek, rzqvls2@comcast.net (affected party), and by overnight delivery on Robert L. Grajek, 16864 Evergreen Ter, Homer Glen, Illinois 60491-8425 (affected party):

- **Supplemental Order Granting Debtors' 181st and 184th Omnibus Objection to Claims as to Proof of Claim Nos. 21847 and 21848 filed by Robert L. Grajek (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 11907].

Sworn to before me this 12th day of
July, 2012

/s/Kimberly Gargan
Kimberly Gargan

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015