**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

                         ) ss

COUNTY OF NASSAU    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-

in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus

Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On July 6, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for Motors

Liquidation GUC Trust, I caused a true and correct copy of the following document to be served by first

class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Granting 280th Omnibus Objection to Claims (Welfare Benefits of Retired and Former Salaried and Executive Employees)** [Docket No. 11905].

3.      On July 6, 2012, also at the direction of Weil, I caused a true and correct copy of the following

document to be served by e-mail on Paul C. Curzan, curzanp@cox.net (affected party), and by overnight

delivery on Paul C. Curzan, 5660 Via Trento, Goleta, California 93117-1802 (affected party):

- **Supplemental Order Granting Debtors' 171st Omnibus Objection to Claims as to Proof of Claim Nos. 31707 and 31708 Filed by Paul C. Curzan (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 11906].

4.	On July 6, 2012, also at the direction of Weil, I caused a true and correct copy of the following

document to be served by overnight delivery on Alan C. Zak, 5545 Dunroven Way, Dawsonville, Georgia

30534-4855 (affected party):

- **Supplemental Order Granting Debtors' 177th and 178th Omnibus Objection to Claims as to Proof of Claim Nos. 62462 and 62223 Filed by Alan C. Zak (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 11909].

Sworn to before me this 12th day of
July, 2012

/s/Kimberly Gargan
Kimberly Gargan

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

ANDREWS, MARJORIE C
5920 HERSHINGER CLOSE
DULUTH, GA 30097-6419

BOOKER, JOSHUA C
2940 EMERALD SPRINGS DR
LAWRENCEVILLE, GA 30045-7220

BOOKER, JOSHUA C
C/O THE LAW OFFICES OF ROBERT C.D. MCDONALD P.C.
ATTORNEY AT LAW
6045 ATLANTIC BOULEVARD
NORCROSS, GA 30071

DIXON, LANIKA H
3510 IVY CREST WAY
BUFORD, GA 30519-1474

DIXON, LANIKA H
C/O THE LAW OFFICES OF ROBERT C.D. MCDONALD P.C.
ATTORNEY AT LAW
6045 ATLANTIC BOULEVARD
NORCROSS, GA 30071

EARL B LEWIS JR.
4668 RAIDERS RIDGE CT
LITHONIA, GA 30038-3605

EARL B LEWIS JR.
C/O THE LAW OFFICES OF ROBERT CD MCDONALD PC
ATTORNEY AT LAW
6045 ATLANTIC BOULEVARD
NORCROSS, GA 30071

FAITH FORD
460 TUSSAHAW POINT DR
JACKSON, GA 30233-3746

FAITH FORD
C/O THE LAW OFFICES OF ROBERT C.D. MCDONALD P.C.
ATTORNEY AT LAW
6045 ATLANTIC BOULEVARD
NORCROSS, GA 30071

GAINES, LYDIA GRIFFIN
612 JULES CREST CT
LAWRENCEVILLE, GA 30045-7233

GAINES, LYDIA GRIFFIN
THE LAW OFFICES OF ROBERT C.D. MCDONALD PC
ATTORNEY AT LAW
6045 ATLANTIC BLVD
NORCROSS, GA 30071

LATOUR, ALTHEA  Z
1616 DAVID DR
METAIRIE, LA 70003

NEWFIELD, TEY
2309 WOODSFIELD CT NE
MARIETTA, GA 30062-5360

NEWFIELD, TEY
THE LAW OFFICES OF ROBERT C.D. MCDONALD PC
ATTORNEY AT LAW
6045 ATLANTIC BLVD
NORCROSS, GA 30071

SHAW, JAMIRE A
140 HAMBRICK DR
STOCKBRIDGE, GA 30281-2276

SHAW, JAMIRE A
C/O THE LAW OFFFICES OF ROBERT CD MCDONALD PC
ATTORNEY AT LAW
6045 ATLANTIC BOULEVARD
NORCROSS, GA 30071

SONIA KIMBROUGH
1871 BETHANY CHURCH RD
GREENSBORO, GA 30642-3132

SONIA KIMBROUGH
C/O THE LAW OFFICES OF ROBERT C.D. MCDONALD, P.C.
ATTORNEY AT LAW
6045 ATLANTIC BOULEVARD
NORCROSS, GA 30071