I.m Lorenzo Ruiz I Submitted a valid Claim To Gm in That settlement referred to the Anderson Claimants. 1999 — 2003. Silverado Trucks Who had piston or pin noise. Comment in opposition to class Counsel for attorneys fees and Expenses. Circumstances I will Not be personally liable for class Counsels. Fees or Expenses. — because we were entitled to benefits under the original 2009 Class Settlemen in Anderson v. General Motors, corp.

Lorenzo Ruiz       07-07-12

RECEIVED
JUL 10 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK