DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Stefanie Birbrower Greer
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation*
*Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re:                                                                  :   Chapter 11
                                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,                                   :   Case No.: 09-50026 (REG)
f/k/a General Motors Corporation, *et al.*,                             :
                                                                        :   (Jointly Administered)
                              Debtors.                                  :
                                                                        :
------------------------------------------------------------------------x
                                                                        :
MOTORS LIQUIDATION COMPANY GUC TRUST,                                   :
                                                                        :
                              Plaintiff,                                :   Adversary Proceeding
                                                                        :   Case No.: 12-09802
            v.                                                          :
                                                                        :
APPALOOSA INVESTMENT LIMITED                                            :
PARTNERSHIP I; PALOMINO FUND LTD;                                       :
THOROUGHBRED FUND LP; THOROUGHBRED                                      :
MASTER LTD; THE LIVERPOOL LIMITED                                       :
PARTNERSHIP; ELLIOTT INTERNATIONAL LP;                                  :
DRAWBRIDGE DSO SECURITIES LLC;                                          :
DRAWBRIDGE OSO SECURITIES LLC; FCOF UB                                  :
SECURITIES LLC; AURELIUS INVESTMENT, LLC;                               :
CITIGROUP GLOBAL MARKETS INC.; LMA SPC                                  :
FOR AND ON BEHALF OF THE MAP 84                                         :
SEGREGATED; KNIGHTHEAD MASTER FUND,                                     :
L.P.; KIVU INVESTMENT FUND LIMITED; CQS                                 :
DIRECTIONAL OPPORTUNITIES MASTER FUND                                   :
LIMITED; MORGAN STANLEY & CO.                                           :
INTERNATIONAL PLC; SG AURORA MASTER                                     :
FUND L.P.; THE CANYON VALUE REALIZATION                                 :
FUND (CAYMAN), LTD; ANCHORAGE CAPITAL                                   :

| | |
|---|---|
| MASTER OFFSHORE LTD; ONEX DEBT OPPORTUNITY FUND, LTD; REDWOOD MASTER FUND LTD; COLLINS STEWART (CI) LTD; SPH INVEST SA; CONSILIUM TREUHAND AG & BEATA DOMUS ANSTALT; MARIA-DOROTHEA LAMINET; CREDIT SUISSE AG; CHEVIOT ASSET MANAGEMENT; ING. HUGO WAGNER; ALLIANZ BANK FINANCIAL ADVISORS SPA; RUI MANUEL ANTUNES GONCALVES ROSA; UBS AG, ZURICH (SWITZERLAND); ALY AZIZ; JOHANNA SCHOEFFEL; SIRDAR ALY AZIZ; CSS, LLC; JOSEF SCHMIDSEDER; HERMANN DETTMAR AND HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST; THE ADVENT GLOBAL OPPORTUNITY MASTER FUND; BANCA DELLE MARCHE SPA; ORE HILL CREDIT HUB FUND LTD; BHALODIA RV/RM/PATEL RG; BARCLAYS BANK PLC; JPMORGAN SECURITIES LIMITED; INTESA SANPAOLO SPA; INTESA SANPAOLO PRIVATE BANKING SPA; CREDITO EMILIANO SPA; UNICREDIT BANCA DI ROMA SPA; HUTCHIN HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA; BANCA POPOLARE DI VICENZA SCPA; CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST SPA; BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA; BANK OF VALLETTA PLC; BANCA DI CREDITO COOPERATIVO ABRUZZESE-CAPPELLE SUL TAVO-SOCIETA COOPERTIVA; UBS AG; PERA UGO; GARIBALDI ROSANNA; CANYON VALUE REALIZATION FUND LP; LYXOR/CANYON VALUE REALIZATION FUND LIMITED; CANYON-GRF MASTER FUND LP; PROSPECT MOUNTAIN FUND LIMITED; RED RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, INC., as trustee for General Motors Nova Scotia Finance Company; JOHN DOE NOS. 1-100; and JOHN DOE, INC. NOS. 1-100, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |

-----------------------------------------------------------------------x

## NOTICE OF MATTERS SCHEDULED FOR
## HEARING ON JULY 17, 2012 AT 9:45 A.M. (EASTERN TIME)

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1. *Motors Liquidation Company GUC Trust v. Appaloosa Investment Ltd. Partnership I, et al.* Adv. Pro. No. 12-09802 (REG): Motion of Certain General Motors Nova Scotia Finance Company Noteholders to Dismiss GUC Trust's Amended Complaint (**Adv. Pro. ECF No. 65**)

   Response Filed:

   A.  The GUC Trust's Memorandum of Law in Opposition to Motion to Dismiss (**Adv. Pro. ECF No. 88**)

   Reply Filed:

   B.  General Motors Nova Scotia Finance Company Noteholder's Reply to Motion to Dismiss the GUC Trust's Amended Complaint (**Adv. Pro. ECF No. 100**)

   Additional Documents:

   C.  Notice of Hearing on Motion of Certain General Motors Nova Scotia Finance Company Noteholders to Dismiss GUC Trust's Amended Complaint (**Adv. Pro. ECF No. 67**)

   D.  Bank of Valletta PLC's Notice of Joinder in the Motion of Certain General Motors Nova Scotia Finance Company Noteholders to Dismiss GUC Trust's Amended Complaint (**Adv. Pro. ECF No. 82**)

   **Status**:    **This matter is going forward.**

2. *Motors Liquidation Company GUC Trust v. Appaloosa Investment Ltd. Partnership I, et al.* Adv. Pro. No. 12-09802 (REG): Motion *In Limine* of Certain Noteholders (**Adv. Pro. ECF No. 78**)

   A.  Memorandum of Law in Support of Motion *In Limine* (**Adv. Pro. ECF No. 80**)

   B.  Notice of Motion *In Limine* (**Adv. Pro. ECF No. 79)**

   Response Filed:

   C.  The GUC Trust's Opposition to Motion *In Limine* (**Adv. Pro. ECF No. 96; ECF No. 11925**)

<u>Reply Filed</u>:    None to date.

<u>Additional Documents</u>:

D.    Aurelius Statement in regard to Motion *In Limine* (**Adv. Pro. ECF No. 108**)

<u>**Status:**</u>    **This matter is going forward.**

II.    **ADJOURNED MATTERS**

1.    Motors Liquidation Company GUC Trust's Objection to Claim No. 66309 filed by Castle Buick Pontiac GMC INc. and Claim No. 66310 filed by Grossinger Autoplex Inc. (**ECF No. 11810**)

<u>Responses Filed</u>:    None to date.

<u>Replies Filed</u>:    None to date.

<u>Additional Documents</u>:    None to date.

<u>**Status**</u>:    **This matter is adjourned to August 21, 2012 at 9:45 a.m.**

2.    281st Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11833**)

<u>Responses Filed</u>:    None to date.

<u>Replies Filed</u>:    None to date.

<u>Additional Documents</u>:    None to date.

<u>**Status**</u>:    **This matter is adjourned to July 26, 2012 at 9:45 a.m.**

**ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**

This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).

If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.

Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

Dated: New York, New York
July 13, 2012

/s/ Katie Cooperman
DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Stefanie Birbrower Greer
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation Company GUC Trust*