**BROWN RUDNICK LLP**
Robert J. Stark
Daniel J. Saval
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800

*Counsel to Certain General Motors*
*Nova Scotia Finance Company Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a General Motors Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |
| MOTORS LIQUIDATION COMPANY GUC TRUST,<br><br>Plaintiff,<br>v.<br><br>APPALOOSA INVESTMENT LIMITED PARTNERSHIP I; PALOMINO FUND LTD; THOROUGHBRED FUND LP; THOROUGHBRED MASTER LTD; THE LIVERPOOL LIMITED PARTNERSHIP; ELLIOTT INTERNATIONAL LP; DRAWBRIDGE DSO SECURITIES LLC; DRAWBRIDGE OSO SECURITEIS LLC; FCOF UB SECURITIES LLC; AURELIUS INVESTMENT LLC; CITIGROUP GLOBAL MARKETS INC; LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED; KNIGHTHEAD MASTER FUND, L.P.; KIVU INVESTMENT FUND LIMITED; CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED; MORGAN STANLEY & CO. INTERNATIONAL PLC; SG AURORA MASTER FUND L.P.; THE CANYON VALUE REALIZATION FUND (CAYMAN), LTD; ANCHORAGE CAPITAL MASTER OFFSHORE LTD; ONEX DEBT OPPORTUNITY FUND, LTD; REDWOOD MASTER FUND LTD; COLLINS STEWART (CI) LTD; SPH | Adversary Proceeding<br><br>Case No.: 12-09802 |

INVEST SA; CONSILIUM TREUHAND AG & BEATA DOMUS ANSTALT; MARIA-DOROTHEA LAMINET; CREDIT SUISSE AG; CHEVIOT ASSET MANAGEMENT; ING. HUGO WAGNER; ALLIANZ BANK FINANCIAL ADVISORS SPA; RUI MANUAL ANTUNES GONCALVES ROSA; UBS AG, ZURICH (SWITZERLAND); ALY AZIZ; JOHANNA SCHOEFFEL; SIRDAR ALY AZIZ; CSS, LCC; JOSEF SCHMIDSEDER; HERMAN DETTMAR AND HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER FUND; BANCA DELLE MARCHE SPA; ORE HILL CREDIT HUB FUND LTD; BHALODIA RV/RM/PATEL RG; BARCLAYS BANK PLC; JPMORGAN SECURITIES LIMITED; INTESA SANPAOLO SPA; INTESA SANPAOLO PRIVATE BANKING SPA; CREDITO EMILIANO SPA; UNICREDIT BANCA DI ROMA SPA; HUTCHIN HILL CAPITAL C1, LTD; DEUTSCHE BANK SPA; BANCA POPOLARE DI VICENZA SCPA; CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST SPA; BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOERATIVA; BANK OF VALLETTA PLC; BANCA DI CREDITO COOPERATIVO ABRUZZESECAPPELLE SUL TAVO-SOCIETA COOPERTIVA; UBS AG; PERA UGO; GARIBALDI ROSANNA; CANYON VALUE REALIZATION FUND LP; LYXOR/CANYON VALUE REALIZATION FUND LIMITED; CANYON-GRF MASTER FUND LP; PROSPECT MOUNTAIN FUND LIMITED; RED RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, INC., as trustee for General Motors Nova Scotia Finance Company; JOHN DOE NOS. 1-100; and JOHN DOE, INC. NOS. 1-100,

Defendants.

**NOTICE OF ADJOURNMENT OF MOTION OF CERTAIN GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY NOTEHOLDERS TO DISMISS <u>GUC TRUST'S AMENDED COMPLAINT</u>**

**PLEASE TAKE NOTICE** that the Motion of Certain General Motors Nova Scotia Finance Company Noteholders to Dismiss GUC Trust's Amended Complaint (the **"Motion"**) [Dkt. No. 65] that was previously scheduled to be heard on July 17, 2012 at 9:45 a.m. **has been adjourned to August 7, 2012**, or as soon thereafter as counsel may be heard. The hearing to consider the Motion will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, at Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

Dated: July 16, 2012
New York, New York

**BROWN RUDNICK LLP**

By: /s/ Daniel J. Saval
Robert J. Stark, Esq.
Daniel J. Saval, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Fax:         (212) 209-4801
Email: rstark@brownrudnick.com
         dsaval@brownrudnick.com

*Counsel to Anchorage Capital Master Offshore Ltd; Canyon-GRF Master Fund, L.P.; Canyon Value Realization Fund, L.P.; Canyon Value Realization Fund (Cayman), Ltd.; CQS Directional Opportunities Master Fund Limited; CSS, LLC; Hutchin Hill Capital C1, Ltd.; KIVU Investment Fund Limited; Knighthead Master Fund, L.P.; LMA SPC for and on behalf of MAP 84; Lyxor/Canyon Value Realization Fund Limited; Onex Debt Opportunity Fund, Ltd.; and Redwood Master Fund Ltd.*