DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Stefanie Birbrower Greer
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation
Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.*, | Case No.: 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY GUC TRUST, | |
| Plaintiff, | Adversary Proceeding Case No.: 12-09802 |
| v. | |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I; PALOMINO FUND LTD; THOROUGHBRED FUND LP; THOROUGHBRED MASTER LTD; THE LIVERPOOL LIMITED PARTNERSHIP; ELLIOTT INTERNATIONAL LP; DRAWBRIDGE DSO SECURITIES LLC; DRAWBRIDGE OSO SECURITIES LLC; FCOF UB SECURITIES LLC; AURELIUS INVESTMENT, LLC; CITIGROUP GLOBAL MARKETS INC.; LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED; KNIGHTHEAD MASTER FUND, L.P.; KIVU INVESTMENT FUND LIMITED; CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED; MORGAN STANLEY & CO. INTERNATIONAL PLC; SG AURORA MASTER FUND L.P.; THE CANYON VALUE REALIZATION FUND (CAYMAN), LTD; ANCHORAGE CAPITAL | |

MASTER OFFSHORE LTD; ONEX DEBT                       :
OPPORTUNITY FUND, LTD; REDWOOD MASTER               :
FUND LTD; COLLINS STEWART (CI) LTD; SPH             :
INVEST SA; CONSILIUM TREUHAND AG & BEATA            :
DOMUS ANSTALT; MARIA-DOROTHEA LAMINET;              :
CREDIT SUISSE AG; CHEVIOT ASSET                     :
MANAGEMENT; ING. HUGO WAGNER; ALLIANZ               :
BANK FINANCIAL ADVISORS SPA; RUI MANUEL             :
ANTUNES GONCALVES ROSA; UBS AG, ZURICH              :
(SWITZERLAND); ALY AZIZ; JOHANNA                    :
SCHOEFFEL; SIRDAR ALY AZIZ; CSS, LLC; JOSEF         :
SCHMIDSEDER; HERMANN DETTMAR AND                    :
HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA             :
ADVENT GLOBAL OPPORTUNITY MASTER                    :
TRUST; THE ADVENT GLOBAL OPPORTUNITY                :
MASTER FUND; BANCA DELLE MARCHE SPA;                :
ORE HILL CREDIT HUB FUND LTD; BHALODIA              :
RV/RM/PATEL RG; BARCLAYS BANK PLC;                  :
JPMORGAN SECURITIES LIMITED; INTESA                 :
SANPAOLO SPA; INTESA SANPAOLO PRIVATE               :
BANKING SPA; CREDITO EMILIANO SPA;                  :
UNICREDIT BANCA DI ROMA SPA; HUTCHIN                :
HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA;           :
BANCA POPOLARE DI VICENZA SCPA; CASSA               :
CENTRALE BANCA-CREDITO COOPERATIVO DEL              :
NORD EST SPA; BANCA DI CREDITO                      :
COOPERATIVO DI ROMA SOCIETA                         :
COOPERATIVA; BANK OF VALLETTA PLC;                  :
BANCA DI CREDITO COOPERATIVO ABRUZZESE-             :
CAPPELLE SUL TAVO-SOCIETA COOPERTIVA;               :
UBS AG; PERA UGO; GARIBALDI ROSANNA;                :
CANYON VALUE REALIZATION FUND LP;                   :
LYXOR/CANYON VALUE REALIZATION FUND                 :
LIMITED; CANYON-GRF MASTER FUND LP;                 :
PROSPECT MOUNTAIN FUND LIMITED; RED                 :
RIVER BUSINESS INC.; GREEN HUNT WEDLAKE,            :
INC., as trustee for General Motors Nova Scotia Finance :
Company; JOHN DOE NOS. 1-100; and JOHN DOE,         :
INC. NOS. 1-100,                                    :
                                                    :
                              Defendants.           :
------------------------------------------------------------------x

**AMENDED NOTICE OF MATTERS SCHEDULED FOR**
**<u>HEARING ON JULY 17, 2012 AT 9:45 A.M. (EASTERN TIME)</u>**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1. *Motors Liquidation Company GUC Trust v. Appaloosa Investment Ltd. Partnership I, et al*. Adv. Pro. No. 12-09802 (REG): Motion *In Limine* of Certain Noteholders (**Adv. Pro. ECF No. 78**)

    A.    Memorandum of Law in Support of Motion *In Limine* (**Adv. Pro. ECF No. 80**)

    B.    Notice of Motion *In Limine* (**Adv. Pro. ECF No. 79)**

    Response Filed:

    C.    The GUC Trust's Opposition to Motion *In Limine* (**Adv. Pro. ECF No. 96; ECF No. 11925**)

    Reply Filed:

    D.    Reply to Motion *In Limine* (**Adv. Pro. ECF No. 110**)

    Additional Documents:

    E.    Aurelius Statement in regard to Motion *In Limine* (**Adv. Pro. ECF No. 108**)

    **Status:**    This matter is going forward.

**II.    ADJOURNED MATTERS**

1. *Motors Liquidation Company GUC Trust v. Appaloosa Investment Ltd. Partnership I, et al*. Adv. Pro. No. 12-09802 (REG): Motion of Certain General Motors Nova Scotia Finance Company Noteholders to Dismiss GUC Trust's Amended Complaint (**Adv. Pro. ECF No. 65**)

    Response Filed:

    A.    The GUC Trust's Memorandum of Law in Opposition to Motion to Dismiss (**Adv. Pro. ECF No. 88**)

Reply Filed:

B. General Motors Nova Scotia Finance Company Noteholder's Reply to Motion to Dismiss the GUC Trust's Amended Complaint (**Adv. Pro. ECF No. 100**)

Additional Documents:

C. Notice of Hearing on Motion of Certain General Motors Nova Scotia Finance Company Noteholders to Dismiss GUC Trust's Amended Complaint (**Adv. Pro. ECF No. 67**)

D. Bank of Valletta PLC's Notice of Joinder in the Motion of Certain General Motors Nova Scotia Finance Company Noteholders to Dismiss GUC Trust's Amended Complaint (**Adv. Pro. ECF No. 82**)

E. The GUC Trust's Letter Response to Letter of Certain Noteholders in regard to the Motion to Dismiss (**Adv. Pro. ECF No. 111**)

**Status**:    **This matter is adjourned to August 7, 2012.**

2. Motors Liquidation Company GUC Trust's Objection to Claim No. 66309 filed by Castle Buick Pontiac GMC INc. and Claim No. 66310 filed by Grossinger Autoplex Inc. (**ECF No. 11810**)

Responses Filed:        None to date.

Replies Filed:          None to date.

Additional Documents:   None to date.

**Status**:    **This matter is adjourned to August 21, 2012 at 9:45 a.m.**

3. 281st Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11833**)

Responses Filed:        None to date.

Replies Filed:          None to date.

Additional Documents:   None to date.

**Status**:    **This matter is adjourned to July 26, 2012 at 9:45 a.m.**

> **ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**
>
> This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).
>
> If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.
>
> Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

Dated: New York, New York
       July 16, 2012

/s/ Katie Cooperman
DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Stefanie Birbrower Greer
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation Company GUC Trust*