Ron Potts
8667 Thelen Ct
Orangevale, CA 95662
rpappliance7009@sbcglobal.net
(916) 784-0392

July ,9th 2012

Clerk of the Bankruptcy Court
U.S. Bankruptcy Court, Room 621
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re: Anderson Claim No. 51093 request for attorney's fees, chapter 11 case no. 09-50026 (REG)

As one of the claimants in the Anderson v. General Motors Corp. class action lawsuit I am responding to the letter sent by class counsel dated May 14, 2012 regarding a request for attorney's fees to be paid from the bankruptcy settlement fund.

According to the letter it appears that class counsel has been paid approximately $1,412,500 and they have agreed to a settlement fund of only $1,492,580. After agreeing to this settlement of only approximately $0.18 on the dollar I find it unconscionable for class counsel to ask for any monies from the settlement fund. Although I appreciate all of the work class counsel has done it is my position of NO, I do not believe any monies from the settlement fund should go to class counsel as they have already been paid for their services.

Part of the reason I do not feel class counsel should be asking for more monies is the fact that they went nearly 3 years without updating any information on their website regarding this lawsuit after the bankruptcy filing. I e-mailed several times and got no reasonable response in writing. I was, however, able to speak to a representative over the phone at times. It appears that class counsel was hiding the

RECEIVED
JUL 13 2012

● Page 2

July 9, 2012

fact that they were able to collect monies for their services (pre-bankruptcy) although none of the claimants have been paid.

If however, the court feels class counsel is entitled to any monies from the settlement fund it should not be for anymore than $0.18 on the dollar for which they are asking. $447,767.00 X $0.18 = $80,598.00. I do not plan on attending any court proceedings.

Thank you,

Ron Potts

CC:
A.J. De Barolomeo, Esq.
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108