**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____/

In re

**MOTORS LIQUIDATION COMPANY, et al.,**
   **f/k/a GENERAL MOTORS CORP., et al.**

_____/

Chapter 11
Case No. 09-50026 (REG)

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kimberly Ross Clayson, request admission, **pro hac vice**, before the Honorable Robert E. Gerber, to represent Lyon Stephens, a debtor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $200.00 with this motion for **pro hac vice** admission.

Dated: July 12, 2012

/s/Kimberly Ross Clayson
Kimberly Ross Clayson (Mich Bar P69804)
SCHNEIDER MILLER, PC
645 Griswold, Suite 3900
Detroit, MI 48214
Telephone: 313-237-0850
Facsimile: 313-237-0059
kclayson@schneidermiller.com

RECEIVED JUL 16 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

In re

**MOTORS LIQUIDATION COMPANY, et al.,**
f/k/a **GENERAL MOTORS CORP., et al.**
_____/

Chapter 11
Case No. 09-50026 (REG)

(Jointly Administered)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kimberly Ross Clayson, to be admitted, *pro hac vice*, to represent Lyon Stephens, a debtor in the above-referenced case, and upon movant's certification that the movant is a member in good standing of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Kimberly Ross Clayson, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____         /s/_____
         New York, New York                        UNITED STATES BANKRUPTCY JUDGE



# State Bar of Michigan

## Certificate of Good Standing

This certifies that Kimberly R. Clayson, P69804 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 9, 2006 in Wayne County and became a member of the State Bar of Michigan on November 15, 2006.

Janet K. Welch, Executive Director
July 13, 2012