**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/
:
: Chapter 11
: Case No. 09-50026 (REG)
In re :
:
**MOTORS LIQUIDATION COMPANY, et al.,** : (Jointly Administered)
    **f/k/a GENERAL MOTORS CORP., et al.** :
_____/

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kimberly Ross Clayson, to be admitted, **pro hac vice**, to represent Lyon Stephens, a debtor in the above-referenced case, and upon movant's certification that the movant is a member in good standing of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Kimberly Ross Clayson, Esq., is admitted to practice, **pro hac vice**, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **July 17, 2012**           **s/ Robert E. Gerber**
     New York, New York           UNITED STATES BANKRUPTCY JUDGE