Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Motors Liquidation
Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
In re                                                      :    **Chapter 11 Case No.**
                                                           :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                  :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*                   :
                                                           :
                    Debtors.                               :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

### APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD TO BE PRESENTED ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Motors Liquidation Company GUC Trust ("the **GUC Trust**"), as appellee, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), respectfully submits the following designation of additional items (the "**Additional Designated Items**") to be included in the record of the appeal filed by Marjorie A. Creamer (the "**Appellant**") of the Bankruptcy Court's decision read into the record at the hearing held on April 26, 2012 (Docket Nos. 11693 and 11753 (amended)) and the related Orders dated May 16, 2012 (Docket No. 11721) and June 26, 2012 (Docket No. 11868). The GUC Trust requests that the Additional Designated Items be included in the record to be presented on appeal

to the District Court for the Southern District of New York in addition to the items designated by Appellant (Docket No. 11914). The GUC Trust reserves the right to seek clarification of the statement of issues raised on appeal and to further supplement the record if necessary.

## ADDITIONAL DESIGNATED ITEMS[1]

### Case No. 09-50026 (REG)

| Item | Date | Docket No. | Description |
|---|---|---|---|
| 1. | 1/18/12 | 11326 | Letter to Judge Gerber regarding Claim No. 48506 filed by Marjorie A. Creamer |
| 2. | 1/25/12 | 11345 | Letter to Judge Gerber regarding Claim No. 48506 filed by Marjorie A. Creamer |
| 3. | 2/24/12 | 11455 | Letter to Judge Gerber regarding Claim Nos. 48506 and 71249, filed by Marjorie A. Creamer |
| 4. | 3/22/12 | 11535 | Objection to Claim Number 71249 filed by Marjorie A. Creamer filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust, with hearing to be held on 4/26/2012 at 9:45 AM |
| 5. | 3/27/12 | 11556 | Fax to Judge Gerber regarding claim documents, pictures, total price from accident/claim on 9/24/09 |
| 6. | 4/03/12 | 11574 | Motion Per Telephone Hearing on April 26, 2012 filed by Marjorie A. Creamer |
| 7. | 4/16/12 | 11615 | Letter to Mark L. Russ, Vice President & President, GM North America regarding defective vehicle manufactured by GM filed by Marjorie A. Creamer |
| 8. | 4/19/12 | 11622 | Response to Notice of Objection To Proof Of Claim No. 71249 Filed and the Current Claim No. 48506 for the New Chapter 11 Reorganization of Old General Motors Corp. filed by Marjorie Creamer |
| 9. | 4/30/12 | 11652 | Notice of Proposed Order Granting Debtors' Objection to Proof of Claim No. 71249 filed by Marjorie A. Creamer filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust |
| 10. | 5/02/12 | 11677 | Statement/Memo to Court of Interlocutory Re: Hearing / Transcripts and or Response by Creditor Attorney filed by Marjorie Creamer |
| 11. | 4/26/12 | 11693 | Transcript regarding Hearing Held on 4/26/2012 9:45 a.m. (This Transcript Has Been Amended, see Document No. 11753 for Correct Entry) |

---

[1] To the extent any of the below listed documents contain exhibits or attachments that are not specifically designated, all such exhibits and attachments are included in this designation.

| Item | Date | Docket No. | Description |
|---|---|---|---|
| 12. | 5/14/12 | 11706 | Objection / Notice of Presentation Rejecting Order Granting Debtors' Objection to Proof of Claim No. 71249 filed by Marjorie Creamer |
| 13. | 5/16/12 | 11721 | Order Granting Debtors' Objection to Proof of Claim No. 71249 filed by Marjorie A. Creamer |
| 14. | 5/22/12 | 11748 | Mistrial Motion Order from Transcript of April 26, 2012 hearing via phone filed by Marjorie Creamer |
| 15. | 5/15/12 | 11753 | Transcript regarding Hearing Held on 4/26/2012 9:45 a.m. (Amends Document No. 11693) |
| 16. | 5/29/12 | 11766 | Mistrial Motion Order from Transcript of April 26, 2012 hearing via phone filed by Marjorie Creamer |
| 17. | 6/26/12 | 11868 | Memorandum Endorsed Order signed on 6/26/2012 Re: Letter to be Considered a Motion for Reargument Under Fed. R. Bankr. P. 9023 or 9024, or Local Bankruptcy Rule 9023-1, Reargument is denied. |
| 18. | 7/02/12 | 11913 | Notice of Appeal filed by Marjorie Creamer |
| 19. | 7/02/12 | 11914 | Designation of Contents (appellant) and Statement of Issues filed by Marjorie Creamer |

Dated: New York, New York
July 17, 2012

/s/ *Stefanie Birbrower Greer*
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation Company GUC Trust