cClain
ial Valley Dr
Little  k, Arkansas 72212

Phone: 501-225-7295
E-Mail: GMINC#sbcglobal.net

*Court Clerk Copy*

Retired salaried employe of General Motors
with unsecured claims for health care and life insurance benefits
Claim No. 9513, Page 6, Exhibit A, Debtors' 181st Omnibus Objection to Claims
Claim No. 21851, Page 6, Exhibit A, Debtors' 185th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED JUL 1 6 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

-------------------------------------X

In re                                 :   Chapter 11 Case No.

**MOTORS LIQUIDATION COMPANY, et al.,**  :   09-50026 (REG)
f/k/a General Motors Corp., et al.    :

         Debtors.                     :   (Jointly Administered)

-------------------------------------X

Response to the Declaration of Joseph H. Smolinsky filed July 10, 2012 in support of Motors Liquidation Company GUC Trust's Replies to Responses to Omnibus Objections to Claims (Welfare Benefit Claims of Retired and Former Salaried and Executive Employes.

The declaration of Joseph H. Smolinsky lists only one "Your Benefits in Retirement for General Motors Salaried Retirees and Eligible Survivors" booklet--Annex L.

This is not the booklet provided to me and page 3 of Annex L is not the same as page 3 in the booklet provided to me. A copy of the booklet provided to me has previously been submitted to the Court.

This declaration stops with a "Your Benefits in Retirement" booklet published in November 1977. I retired in 1984.

It may be that later editions were not included in the declaration because they would show that the "Reservation of Rights Clause" which was not included in the booklet provided to me was added to later editions published after I retired.

In item 19, pages 9 and 10 of the Debtors' reply filed June 5, 2012 they acknowledge this with reference to a 1985 edition of the booklet but the declaration filed July 10, 2012 does not include the 1985 or later editions.

I respectfully ask the Court to consider two important facts that have never been denied in all of the replies filed by the Debtors:

1. The material provided to me stated specifically that "Complete details regarding Benefit Plan Continuation Privileges are contained in the enclosed booklet "Your Benefits in Retirement"
2. The "Your Benefits in Retirement" booklet I was provided did not contain a "Reservation of Rights Clause" that was then added to later editions.

Dated: Little Rock, Arkansas
       July 11, 2012

                                              _____
                                              George W. McClain