Bankruptcy Court

Clerk of the Bankruptcy Room621

Southern District of New York

One bowling green

New York, New York 10004-148

July 7, 2012

Bankruptcy Court/Case # 09-50026

Motors Liquidation Company/Elka General Motors Corp.

TO Whom it May Concern,

The Bankruptcy Court should no be responsible to paid Attorney's fees out of the Settlement, all the money should be paid out to the Owners of the automobiles that had any damage or inconvenienced GM.

Thank you,

Emilio Garcia        *Emilio Garcia 7-12-2012*


RECEIVED
JUL 16 2012
U.S BANKRUPTCY COURT
SO. DIST. OF NEW YORK