**GERALD and KATHLEEN LEWIS**
2869 Swift Avenue
Clovis, California 93611

Home Telephone: (559) 346-0603

July 13, 2012

Clerk of the Bankruptcy Court
U.S. Bankruptcy Court, Room 621
Southern District of New York
One Bowling Green
New York, New York 10004-1408

RE:   *Anderson Claim No. 51093*
      Request for Attorneys' Fees
      Chapter 11 Case No. 09-50026 (REG)

Claimant:   Gerald R. Lewis
            2869 Swift Avenue
            Clovis, CA 93611
            (559) 346-0603

To the Honorable Judge of the U.S. Bankruptcy Court, Southern District of New York:

Class Counsel has petitioned the court for payment of attorney fees and costs incurred during their representation of Class Claimants (hereinafter referred to as Damaged Claimants) in the above-entitled bankruptcy matter. The Petition provides an opportunity for Damaged Claimants to provide the Court with their personal views on the fee request. I respectfully submit the following opinions:

1. In March 2009, Class Counsel received and was paid an award for attorney fees ($1,950,000.00) and costs ($212,500) from General Motors in the underlying case. This amount was separate from the class action payment.

2. In December 2010, General Motors notified Class Counsel that it was going to seek recovery of the attorney fee award. The parties then negotiated a fee reduction of $750,000.00 which reduced their attorney fee award by approximately 38.4% to $1,200,000.00. Since 2009, Class Counsel has enjoyed the benefit and use of their attorney fee award, plus recovery of all their costs incurred.

3. Class Counsel now seeks payment of attorney fees and costs in the amount of $447,767.00 which is equal to 30% of the settlement fund awarded to Damaged Claimants. The amount sought has been reduced from $516,000.00 which is a reduction of approximately 13.2%.

RECEIVED
JUL 16 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Anderson Claim No. 51093
Request for Attorney Fees
Chapter 11 Case No. 0-50026 (REG)
Page Two

4. Damaged Claimants loss began in 2001/02 with the purchase of a new vehicle with an expensive defect, plus a useless extended warranty. As a result of all the litigation and this bankruptcy action, Damaged Claimants will receive compensation in the amount of $0.18 on the dollar for their losses related to the purchase of the extended warranty and a reduced amount for engine repairs according to proof.

In closing, this Damaged Claimant believes that everyone involved should share in the greatly diminished values of this litigation with Class Counsel receiving $0.18 on the dollar for attorney fees and costs in the amount of $516,000.00, or approximately $92,880.00

Respectfully submitted,

*[signature]*

GERALD R. LEWIS

cc: A.J. DeBartolomeo, Esq.
    Girard Gibbs LLP
    601 California Street, Suite 1400
    San Francisco, California 94108