7-10-12

TO WHOM IT MAY CONCERN;
REFERENCE TO ANDERSON CLAIM # 51093 REQUEST FOR ATTORNEYS' FEES, CHAPTER 11 CASE # 09-50026 (REG)

GORDON SCOTT STOCKTON
8782 SHARP AVE.
SUN VALLEY, CA. 91352
(818) 767-8050

I AM IN SUPPORT TO CLASS COUNSEL'S REQUEST FOR ATTORNEY'S FEES & EXPENSES. I DO NOT INTEND TO APPEAR AT THE COURTS HEARING, BUT I WOULD LIKE TO GIVE MY INPUT ABOUT THIS.

MY 2001 2500 HD CHEVY TRUCK FROM THE START HAS ALWAYS HAD THAT KNOCKING NOISE (VALVES?). AS YOU KNOW, I'VE BEEN TO THE CHEVY DEALER (COMMUNITY CHEVY IN BURBANK, CA.) SEVERAL TIMES COMPLAINING OF THIS PROBLEM, WITH NO RESOLVE TO THIS PROBLEM. I'VE EVEN HAD MY MECHANIC CHECK OUT THE NOISE (WHICH COST ME EVEN MORE MONEY). MY FRIENDS CALL MY TRUCK "CHITTY CHITTY BANG BANG" BECAUSE OF THIS CRAZY KNOCKING, AND NOW IT IS EVEN MORE LOUDER. I'M NOT TOO CONCERN ABOUT RECEIVING MONEY FOR THIS, BUT IT WOULD BE NICE IF CHEVY WOULD FIX THE PROBLEM, THAT WOULD BE GREAT. THANK YOU FOR YOUR TIME & EFFORT IN RESOLVEING THIS LONG STANDING PROBLEM.

GORDON STOCKTON



RECEIVED JUL 16 2012 U.S. BANKRUPTCY COURT SD. DIST. OF NEW YORK