June 10, 2012

Clerk of the Bankruptcy Court:

This letter is in reference to the Anderson Claim No. 51093 Request For Attorneys Fees, Chapter 11 Case No. 09-50026 (REG)

Christopher J. Parreira
10434 Willow St.
Jamestown, CA. 95327
Telephone No. - 209-499-8393

I am in support of the class counsel's request for attorneys' fees, as they have worked to obtain a recovery for the claimants.

I will not appear at the court hearing on the motion for attorneys fees.

Thank you
Christopher J. Parreira



RECEIVED
JUL 16 2012
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK