Anderson Claim No. 51093 Request for Attorney's Fees Chapter 11 case no. 09-50026 (REG)

As an Anderson Claimant I feel that if we are looking at eighteen cents on the dollar for our part that Class Counsel Attorney's fees should also be held at eighteen cents on the dollar.

Michael D. Fisher

P.S. I do not plan on attending the court hearing

Michael Dennis Fisher
1401 Jessie Ave.
Sacramento Cal. 95838
916-924-7948
7-15-2012


RECEIVED
JUL 19 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK