1 OF 2

WAYNE C. HEATH
359 PRINCETON ST.
SANTA PAULA, CA 93060



July 16, 2012

CLERK OF THE BANKRUPTCY COURT
US BANKRUPTCY COURT, Room 621 - SOUTHERN DIST NEW YORK
ONE BOWLING GREEN
NEW YORKE, NEW YORK 10004-1408
RE: MOTORS LIQUIDATION COMPANY, ET AL.
F/K/A GENERAL MOTORS CORP., ET AL
CHAPTER 11 CASE NO. 09-50026 (REG)

DEAR BANKRUPTCY COURT JUSTICES

MY COMMENT IS IN OPPOSITION TO CLASS COUNSEL'S REQUEST FOR ATTORNEY FEES AND EXPENSES IN REFERENCE TO THE ANDERSON CLAIM #51093 FOR THE ABOVE MENTIONED CASE.

GROUNDS FOR MY POSITION IS I HAVE NOT BEEN NOTIFIED ABOUT THE OUTCOME OF THE INITAL MARCH 2009 SETTLEMENT REQUESTING THAT CALIFORNIA OWNERS AND LESSEES OF CERTAIN 1999-2003 CHEVROLET SILVERADO TRUCKS

2 OF 2

Due to piston or piston malfunctions be paid. I feel that GM is still responsible for awarding cash benefits from $1,200. to $2,600 for engine evaluation and for reimbursement of money spent by class claimants for certain engine repairs and protection plans, pursuant to a court approved claim process.

Claimants should be paid or our vehicle repaired before the Anderson class counsel attorney fees be paid.

Thefoke, again I am opposed to the Anderson class council attorneys fees reimbursement.

Please take my letter into consideration when making your decision.

Thank you

Wayne C. Heath
WAYNE C. HEATH
4/183015