A.J. De Bartolomeo Counsel Esq.
Girard Gibbs LLP
601 California St.
Suite 1400
San Francisco, Cal. 94108

I would like more info. regarding Andersen Class action settlement #51093 Ch.11 Case no. 09-50026

Dee Fogle
213 Galaxy Ave
Bakersfield Ca 93308
661 333-2906



RECEIVED
JUL 19 2012
U.S. BANKRUPTCY COURT
S.D. DIST. OF NEW YORK