July 15, 2012

Anderson Claim N0. 51093 Request for Attorneys' Fees, Chapter 11 Case N0. 09-50026 (REG)

Johnny Lee Blythe
616 Silver Lake Drive
Fairfield, Ca 94534
707 864-0906

I have no objections to Class Counsel receiving just compensation for the work performed in the bankruptcy proceeding to establish the settlement fund, or any reimbursement for expenses incurred in the process. I think it is commendable that they are willing to take $68,000 less.

I do not plan to appear at the hearing on the motion for attorneys' fees.

Johnny L. Blythe

*[signature]*

RECEIVED
JUL 23 2012
U.S. BANKRUPTCY COURT
S.D. OF NEW YORK