**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

July 23, 2012

**VIA HAND DELIVERY**

Judge Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: Motors Liquidation Company, et al. - Case No. 09-50026-reg - Claim No. 49544

Dear Judge Gerber:

We represent Motors Liquidation Company GUC Trust (the "GUC Trust"), the successor to Motors Liquidation Company (formerly known as General Motors Corporation) in the above mentioned bankruptcy proceeding.

We are in receipt of the letter dated June 11, 2012 (Docket No. 11842) filed with the Court by Ms. Palmer, a claimant in the above-referenced bankruptcy proceeding. We write to inform the Court that Ms. Palmer's claim (Claim No. 49544) against Motors Liquidation Company has been resolved and the parties have executed a settlement agreement.

We also note, for the record, that the GUC Trust expressly refutes all of the allegations made by Ms. Palmer in her letter.

Please contact us should Your Honor have any questions or concerns.

Respectfully submitted,

Stefanie Birbrower Greer