Presentment Date and Time: August 2, 2012 at 12:00 p.m. (Eastern Time)
Response Deadline: July 30, 2012 at 12:00 p.m. (Eastern Time)

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*        :
                                                :
                            Debtors.            :    (Jointly Administered)
                                                :
----------------------------------------------------------------x

NOTICE OF PRESENTMENT OF OBJECTION OF
THE GUC TRUST TO JUANITA PICKETT'S
DESIGNATION OF CONTENTS AND STATEMENT OF ISSUES

**PLEASE TAKE NOTICE** that, upon the annexed objection of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan dated March 18, 2011, the undersigned will present the Proposed Order approving the Objection to Juanita Pickett's Designation of Contents and Statement of Issues (the "**Pickett Objection**"), attached as **Exhibit A** to the Objection, to the Honorable Robert E. Gerber, United States Bankruptcy Judge, for signature at Room 621 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 on **August 2, 2012 at 12:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Pickett Objection must be made in writing and received (i) in the Bankruptcy Judge's chambers at the Untied States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 and (ii) by Dickstein Shapiro LLP, attorneys for the GUC Trust, 1633 Broadway, New York, New York 10019 (Attn: Stefanie Birbrower Greer, Esq. and Barry N. Seidel, Esq.), not later than **July 30, 2012 at 12:00 p.m**. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court may enter an order substantially in the form of the Proposed Order, with no further notice or opportunity to be heard offered to any party.

**PLEASE TAKE FURTHER NOTICE** that, if the Court determines to hold a hearing on the Pickett Objection, the Court will notify the parties of the date and time of the hearing. The parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York
July 23, 2012

/s/ *Stefanie Birbrower Greer*
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

2