Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Motors Liquidation
Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re                                                       :         **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                   :         **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*  :
                                                            :
        Debtors.     :         **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD TO BE PRESENTED ON APPEAL**

    Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Motors Liquidation Company GUC Trust ("the **GUC Trust**"), as appellee, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), respectfully submits the following designation of additional items (the "**Additional Designated Items**") to be included in the record of the appeal filed by Juanita Pickett (the "**Appellant**") of the Bankruptcy Court's decision read into the record at the hearing held on May 15, 2012 (Docket No. 11754) and the related Order dated June 5, 2012 (Docket No. 11782). The GUC Trust requests that the Additional Designated Items be included in the record to be presented on appeal to the District Court for the Southern District of New York in addition

to the items designated by Appellant (Docket No. 11912). The GUC Trust reserves the right to seek clarification of the statement of issues raised on appeal and to further supplement the record if necessary. Simultaneously herewith, the GUC Trust filed its Objection to Juanita Pickett's Designation of Contents and Statement of Issues.

## ADDITIONAL DESIGNATED ITEMS[1]

### Case No. 09-50026 (REG)

| Item | Date | Docket No. | Description |
|---|---|---|---|
| 1. | 1/27/12 | 11355 | 267th Omnibus Objection to Claims (Insufficient Documentation) filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust, with hearing to be held on 3/1/2012 at 9:45 AM |
| 2. | 2/14/12 | 11429 | Letter re: Documents attached in support of claim filed by Juanita Pickett (Claim No. 18839) |
| 3. | 4/12/12 | 11585 | Objection to Claim(s) Number: 18839 and 70846 filed by Juanita Pickett, filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust with hearing to be held on 5/15/2012 at 9:45 am at Courtroom 621 (REG) Responses due by 5/8/2012 |
| 4. | 4/27/12 | 11645 | Notice of Withdrawal of Omnibus Objections to Certain Claims (related document(s) 11152, 8945, 10746, 8847, 10748, 11356) filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust |
| 5. | 5/15/12 | 11754 | Transcript of Hearing Held on 05/15/2012 |
| 6. | 6/05/12 | 11782 | Order Granting Motion for Objection to Claim(s) Number 11839 and 70846 filed by Juanita Pickett |

---

[1] To the extent any of the below listed documents contain exhibits or attachments that are not specifically designated, all such exhibits and attachments are included in this designation.

Dated: New York, New York
July 23, 2012

    /s/ *Stefanie Birbrower Greer*
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust