# EXHIBIT B

June 27, 2012

Clerk of the Bankruptcy Court
US Bankruptcy Court, Room # 621
Southern District of New York
One Bowling Green
New York, NY 10004-1409

To whom it may concern:

In reference of Anderson Claim N° 51093 request for attorney fees, Chapter 11 Case # 09-50026 (REG)

Nina A. Smith
438 Chaparral St.
Salinas, CA 93906
831-449.7333

I am supporting of the Anderson Class Counsel to be paid for legal fees and costs from our settlement because it is fair to be paid for services rendered.

Please excuse me because I won't be able to be present at the court hearing on July 26, 2012 in New York, NY.

Very respectful,

Nina A. Smith.

# Julia I. Vitaro

**Subject:** FW: A SLAP caller

**From:** "Loren C. Bondurant" <lcb@girardgibbs.com>
**Date:** July 10, 2012 9:01:53 AM HST
**To:** "A.J. De Bartolomeo" <AJD@girardgibbs.com>
**Subject: A SLAP caller**

A.J.,

I wanted to pass along a word of thanks from a SLAP class member I just spoke with named Scott Sinclair. He appreciates our firm's work on the case. Thought you would like to know.

**Loren C. Bondurant**
Litigation Assistant
**GIRARD GIBBS llp**
601 California Street, Suite 1400
San Francisco CA  94108
Phone: (415) 981-4800
Fax: (415) 981-4846
lcb@girardgibbs.com
www.girardgibbs.com

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (415) 981-4800. Thank you.

# Julia I. Vitaro

**Subject:** FW: Anderson Class -- and comments - request from Julia

**Importance:** High

---

**From:** Phillip.Consiglio@sce.com [mailto:Phillip.Consiglio@sce.com]
**Sent:** Wednesday, July 18, 2012 10:11 AM
**To:** A.J. De Bartolomeo
**Subject:** Anderson Class

Dear Ms. De Bartolomeo, I have reviewed the documentation and have no objections to attorney's fees being collected out of the settlement from the GM Claim.  Financially, the $447,767.00 is about 18 percent of your originally awarded amount of $1,950,000 in fees and $212,500 in expenses.  Further, if this were a case taken on contingency, 1/3 of the value of the final settlement would be approximately $490,000.  Therefore, in my opinion, your claim is reasonable.  I have not responded to your letter dated May 14, 2012 as I have no objections to your proposal.

Thank you,

Phillip J. Consiglio
2215 Canyon Road
Arcadia, CA 91006

Peter Russo
P.O. Box 962
Hill City, SD 57745
Anderson Claim No. 09-50026 (REG)

July 4, 2012

Anderson Class Council
Girard Gibbs LLP
601 California St., Suite 1400
San Francisco, CA 94108

Ladies & gentlemen:

I received your letter addressing payment of attorney's fees from the GM Bankruptcy Settlement Fund (Chapter 11, Case No. 09-50026 REG). I believe that the Anderson Class Council attorneys deserve fair payment for their services, but where does that leave me? In Section 2 you stated that the March 2009 settlement provided for cash settlements ranging from $1200. to $2600., for repairs etc. In Section 4 Para 4 you state that the Bankruptcy Court approved a payout of $0.18 on the dollar. Is it fair to say that my claim of $1612.26 is now worth approximately $293? And after attorney's fees are deducted from the settlement, it might be even less?

I would appreciate an answer to my concern before deciding on sending comments to the court. We applaud you for all your hard work and determination in this case, on our behalf.

Sincerely,

*Peter Russo*

Peter Russo

6-28-12

To whom it may CONCERN

I Richard Carney

Purchase 1998 Chevy Truck

and 2000 Chevy Truck

Taft Family Motors.

To Whom

I have a 2002 Chev Pick Up with a piston knock. That G.M. said they would take care of. And now they will not.

This is not what a G.M. customer likes to hear. I have had Chev's for years my first was a 1992 chev carryall four wheel drive.

I would think that if they build the truck and warranty the truck They should take care of the problem. I can understand that the problem may cost a great deal of money. But the truck wasen't cheep and took years to pay for. So I think they should be responsible for there 'Autos' they build.

Thank You
John L Todman
5638 Judd St
Bakersfield, Ca 93314
*John L Todman*
(661-589-3762
661-301-0674

P.S.

I don't have an Attorney and I don't thing I need one. I believe General Motors should do the right thing a fix the problem sence the problem is there's to start with.

On the other hand if they refuse to do anything. Then maybe I will need an Attorney.

But the truck is still running after seven years and still knocking so maybe it will out last me. (Who No's)

Thank You
John L. Todman
5638 Judd St
Bakersfield, Ca 93314
John L Todman
661-589-3762
661-301-0674