UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**MOTORS LIQUIDATION COMPANY, *et al.*,**<br>f/k/a General Motors Corp., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF DANIEL DISCENZA
## RE: NOTICE DISSEMINATION

STATE OF WASHINGTON )
                     ) ss.:
COUNTY OF KING       )

DANIEL DISCENZA, being duly sworn, deposes and says:

1. I am an Assistant Director and an employee of the Garden City Group, Inc. ("GCG"). I make this affidavit based on personal knowledge gained in that capacity. I am over the age of 18, and competent to testify.

2. This affidavit is submitted as a supplement to my affidavit dated June 25, 2012 (the "Initial Mailing Affidavit") [Docket at No. 11867].

3. As stated in the Initial Mailing Affidavit, on June 15, 2012, GCG caused 4,579 Claimants to be served via U.S. first class mail with a true and correct copy of the Rule 23(H) Notice of Request for Attorneys' Fees to be Paid from Settlement Fund Created by Class Counsel to Resolve Class Claim in General Motors Bankruptcy Proceeding (the "Notice").

4. GCG received 167 returned pieces of mail from the initial mailing. Of the 167 pieces of returned mail, 52 were returned with an updated address provided by the U.S. Postal

Service. GCG caused Notices to be re-mailed to these 52 updated addresses on or before July 19, 2012.

5.   GCG attempted to locate via an advanced address search updated addresses for the 115 Claimants whose Notices were returned as undeliverable and without a forwarding address. GCG located updated addresses for 67 of these 115 returned Notices and caused Notices to be re-mailed to these 67 updated addresses on or before July 19, 2012.

_____
Daniel Discenza

Sworn to me this 24th Day
Of July 2012

_____
Notary Public

ADRIENNE D. BUNTEN
Notary Public
State of Washington
My Commission Expires
March 7, 2015

2