CROWELL & MORING LLP
Steven B. Eichel, Esq.
590 Madison Avenue, 20th Floor
New York, New York 10022-2524
(212) 223-4000 Telephone
(212) 895-4201 Facsimile
Attorneys for Revitalizing Auto Communities
 Environmental Response Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           )
MOTORS LIQUIDATION COMPANY, et al.,  ) Chapter 11
    f/k/a General Motors Corp., et al.              )
                                                           ) Case No. 09-50026 (REG)
               Debtors,                        )
                                                           ) Jointly Administered
----------------------------------------------------------- x

## AMENDED NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

S I R S:

      PLEASE TAKE NOTICE that the Revitalizing Auto Communities Environmental

Response Trust ("RACER") hereby appears by its counsel, Crowell & Moring LLP, and

demands, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007

and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that

all notices given or required to be given in the case and all papers served or required to

be served in the case, be given to and served upon the undersigned attorneys on its

behalf, at the address set forth below, attention:

| | |
|---|---|
| Steven B. Eichel, Esq. | Matthew W. Cheney, Esq. |
| Crowell & Moring LLP | Crowell & Moring LLP |
| 590 Madison Avenue, 19th Floor | 1001 Pennsylvania Avenue, N.W. |
| New York, New York 10022 | Washington, DC 20004-2595 |
| (212) 223-4000 Tel | (202) 624-2500 Tel |
| (212) 895-4201 Fax | (202) 628-5116 Fax |
| E-mail: seichel@crowell.com | E-Mail: mcheney@crowell.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, objection, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtor or its successor or property or proceeds in which the debtor or its successor may claim an interest.

PLEASE TAKE FURTHER NOTICE that neither this Amended Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to subject RACER to the jurisdiction of the Bankruptcy Court or waive RACER's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which RACER is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

PLEASE TAKE FURTHER NOTICE, that RACER withdraws the appearance of Michael Blumenthal, Esq. on its behalf and requests that Michael Blumenthal, Esq. be removed from the ECF notification on behalf of RACER in the above-captioned case.

Dated: New York, New York
July 24, 2012

        Respectfully Submitted,

        CROWELL & MORING LLP
        590 Madison Avenue, 20th Floor
        New York, New York 10022
        (212) 223-4000 Tel

By:   /s/ Steven B. Eichel
       Steven B. Eichel
       Attorneys for Revitalizing Auto Communities
        Environmental Response Trust