If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                           :        **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY**, *et al.*,           :        **09-50026** (REG)
    f/k/a **General Motors Corp.**, *et al.*  :
                                                    :
               **Debtors.**            :        (Jointly Administered)
                                                    :
---------------------------------------------------------------x

## NOTICE OF MATTERS SCHEDULED FOR
## HEARING ON JULY 26, 2012 AT 9:45 A.M. (EASTERN TIME)

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1.  Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

    Responses Filed:

    A.  Objection to Motion Debtors' 115th Omnibus Objection to Claims filed by Joseph C. Singer (**ECF No. 8803**)

    Replies Filed:

    B.  Motors Liquidation Company GUC Trust's Reply Joseph C. Singer's Responses to the 115th, 175th, 181st and 182nd Omnibus Objections to Claims (**ECF No. 11795**)

    Additional Documents:     None to date.

    **Status**:     **This matter is going forward.**

2. Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

   Responses Filed:

   A. Response to Debtors' 170th Omnibus Objection to Claims filed by Doug Sterett (**ECF No. 9355**)

       1. Response to Debtors' 170th Omnibus Objection to Claims filed by Justin Sterett (**ECF No. 9889**)

   Replies Filed:

   B. Motors Liquidation Company GUC Trust's Reply to Response of Douglas Sterett to the 170th Omnibus Objection to Claims (**ECF No. 11735**)

   Additional Documents:   None to date.

   **Status**:   **This matter is going forward.**

3. Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

   Responses Filed:

   A. Response to Debtors' 175th Omnibus Objection to Claims filed by Timothy J. Keuchenmeister (**ECF No. 9239**)

   B. Objection to Debtors' 175th Omnibus Objection to Claims filed by Joseph C. Singer (**ECF No. 9273**)

   Replies Filed:

   C. Motors Liquidation Company GUC Trust's Reply to Timothy J. Kuechenmeister's Response to the 175th Omnibus Objection to Claims (**ECF No. 11800**)

   D. Motors Liquidation Company GUC Trust's Reply Joseph C. Singer's Responses to the 115th, 175th, 181st and 182nd Omnibus Objections to Claims (**ECF No. 11795**)

   Additional Documents:   None to date.

   **Status**:   **This matter is going forward.**

4. Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)  (**ECF No. 8863**)

   Responses Filed:

2

    A.    Objection to Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Stanley E. Jack (**ECF No. 9274**)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to the Response of Stanley E. Jack to the 180th and 184th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11791**)

Additional Documents:    None to date.

**Status**:    **This matter is going forward.**

5.    Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

Responses Filed:

    A.    Response to Debtors' 181st Omnibus Objection to Claims filed by George W. McClain (**ECF No. 9240**)

        1.    Response to 181st and 185th Omnibus Objection to Claim filed by George W. McClain (**ECF No. 11828**)

        2.    Response to Debtor's Reply to the 181st and 185th Omnibus Objections to Claims filed by George W. McClain (**ECF No. 11864**)

    B.    Objection to Debtors' 181st Omnibus Objection to Claims filed by Joseph C. Singer (**ECF No. 9271**)

    C.    Response to Debtors' 181st Omnibus Objection to Claims filed by Jane C. Bogue (**ECF No. 9378**)

Replies Filed:

    D.    Motors Liquidation Company GUC Trust's Reply Joseph C. Singer's Responses to the 115th, 175th, 181st and 182nd Omnibus Objections to Claims (**ECF No. 11795**)

    E.    Motors Liquidation Company GUC Trust's Reply to George W. McClain's Responses to the 181st and 185th Omnibus Objections to Claims (**ECF No. 11797**)

    F.    Motors Liquidation Company GUC Trust's Reply to Jane C. Bogue's Response to the 181st Omnibus Objection to Claims (**ECF No. 11798**)

3

      Additional Documents:    None to date.

      **Status**:    **This matter is going forward.**

6. Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

   Responses Filed:

   A. Objection to Motion Debtors' 182nd Omnibus Objection to Claims filed by Joseph C. Singer (**ECF No. 9270**)

   Replies Filed:

   B. Motors Liquidation Company GUC Trust's Reply Joseph C. Singer's Responses to the 115th, 175th, 181st and 182nd Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11795**)

   Additional Documents:    None to date.

   **Status**:    **This matter is going forward.**

7. Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

   Responses Filed:

   A. Objection to Debtors' 183rd Omnibus Objection to Claims filed by Gordon Hall (**ECF No. 9230**)

   B. Objection to Debtors' 183rd Omnibus Objection to Claims filed by David R. Volpe (**ECF No. 9290**)

      1. Objection to Debtors' 116th & 183rd Omnibus Objections to Claims filed by David R. Volpe (**ECF No. 11901**)

   C. Response Debtors' 183rd Omnibus Objection to Claims Re: Claim No. 61493 filed by David L. Robertson (**ECF No. 9411**)

   Replies Filed:

   D. Motors Liquidation Company GUC Trust's Reply to the Responses of David R. Volpe to the 116th and 183rd Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11793**)

    E.    Motors Liquidation Company GUC Trust's Reply to the Response of David L. Robertson to the 183rd Omnibus Objections to Claims (**ECF No. 11794**)

    F.    Motors Liquidation Company GUC Trust's Reply to Gordon Hall's Response to the 183rd Omnibus Objection to Claims (**ECF No. 11799**)

Additional Documents:    None to date.

**Status**:    **This matter is going forward.**

8.    Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

Responses Filed:

    A.    Objection to Debtors' 184th Omnibus Objection to Claims filed by Stanley E. Jack (**ECF No. 9274**)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to the Response of Stanley E. Jack to the 180th and 184th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11791**)

Additional Documents:    None to date.

**Status**:    **This matter is going forward.**

9.    Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

    A.    Response to Debtors' 185th Omnibus Objection to Claims filed by George W. McClain (**ECF No. 9241**)

        1.    Response to Debtor's Reply to the 181st and 185th Omnibus Objections to Claims filed by George W. McClain (**ECF No. 11864**)

        2.    Response to 181st and 185th Omnibus Objection to Claim filed by George W. McClain (**ECF No. 11828**)

    B.    Response to Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 filed by Glenn C. Kuntz (**ECF No. 9413**)

Replies Filed:

5

  C. Motors Liquidation Company GUC Trust's Reply to Responses of Glenn C. Kuntz to the 185th Omnibus Objections to Claims (**ECF No. 11796**)

  D. Motors Liquidation Company GUC Trust's Reply to George W. McClain's Responses to the 181st and 185th Omnibus Objections to Claims (Welfare Benefit Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11797**)

Additional Documents: None to date.

**Status**: **This matter is going forward.**

10. *Motors Liquidation Company GUC Trust v. Appaloosa Investment Ltd. (Adv. Pro. Case No. 12-09802*): Aurelius Investment, LLC's Motion for Summary Judgment (**Adv. Pro. ECF No. 90**)

Responses Filed:

  A. Motors Liquidation Company GUC Trust's Opposition to Motion for Summary Judgment (**Adv. Pro. ECF No. 133**)

Replies Filed:

  B. Reply of Aurelius Investment, LLC in Further Support of Motion for Summary Judgment (**Adv. Pro. ECF No. 141**)

Additional Documents:

  C. Statement of Undisputed Material Facts in Support of Motion for Summary Judgment Filed by Aurelius Investment, LLC (**Adv. Pro. ECF No. 91**)

  D. Motors Liquidation Company GUC Trust's Counter-Statement to Aurelius Investment, LLC's Statement of Undisputed Material Facts (**Adv. Pro. ECF No. 132**)

  E. Declaration of Dan Gropper in Support of Aurelius Investment, LLC's Motion for Summary Judgment (**Adv. Pro. ECF No. 92**)

  F. Declaration of Eamonn O'Hagan in Support of Aurelius Investment, LLC's Motion for Summary Judgment (**Adv. Pro. ECF No. 93**)

**Status**: **This matter is going forward.**

11. Motion for Award of Attorneys Fees from Claim No. 51093 Settlement Fund by Anderson Class Counsel **(See ECF No. 11827)**

Responses Filed:

A.  Response by Emilio Garcia (**ECF No. 11951**)

B.  Response by Gerald R. Lewis (**ECF No. 11952**)

C.  Response by Gordon Stockton (**ECF No. 11953**)

D.  Response by Christopher J. Parreira (**ECF No. 11954**)

E.  Response by Michael Dennis Fisher (**ECF No. 11955**)

F.  Response by Wayne C. Heath (**ECF No. 11956**)

G.  Response by Johnny L. Blythe (**ECF No. 11965**)

H.  Response by Roxanne Higgins and John Higgins (**ECF 11903**)

I.  Response by Benjamin Higgins (**ECF 11896**)

J.  Response by George Wight (**ECF 11897**)

K.  Response by Lupe Navarro (**ECF 11938**)

L.  Response by Tony William Omri (**ECF 11921**)

M.  Response by Danny Suderman (**ECF 11920**)

N.  Response by Rigoberto Valencia (**ECF 11922**)

O.  Response by Lorenzo Ruiz (**ECF 11933**)

P.  Response by Ron Potts (**ECF 11939**)

Q.  Response by Stephen Bonville (**ECF 11895**)

R.  Response by John W. Guest (**ECF 11892**)

S.  Response by Delores Fogle (**ECF 11957**)

Replies Filed:

T.  Declaration of A.J. DeBartolomeo in Support of Motion for Award of Attorney's Fees from Claim No. 51903 Settlement Fund (**ECF No. 11969**)

Additional Documents:

U.  Motion to Approve Notice Pursuant to Fed. R. Civ. P. 23(h) for Award of Attorneys Fees from Claim No. 51093 Settlement Fund filed by Anderson Class Counsel (**ECF No. 11709**)

  V. Anderson Class Counsel's Memorandum of Law in Support of Motion to Approve Notice Pursuant to Fed. R. Civ. P. 23(h) for Award of Attorneys Fees from Claim No. 51093 Settlement Fund (**ECF No. 11710**)

  W. Declaration of A. J. De Bartolomeo in Support of Motion to Approve Notice Pursuant to Fed. R. Civ. P. 23(h) for Award of Attorneys Fees from Claim No. 51093 Settlement Fund filed by Anderson Class Counsel (**ECF No. 11711**)

  X. Order Granting Motion to Approve Notice Pursuant to Fed. R. Civ. P. 23(h) for Award of Attorneys Fees from Claim No. 51093 Settlement Fund re: Anderson Class Counsel (**ECF No. 11827**)

  Y. Supplemental Affidavit of Daniel Discenza Re: Notice Dissemindtion (**ECF No. 11970**)

  **Status**: **This matter is going forward.**

## II. UNCONTESTED MATTER

1. 281st Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11833**)

  Responses Filed: None to date.

  Replies Filed: None to date.

  Additional Documents: None to date.

  **Status**: **This matter is going forward, except with respect to claimant Crown Enterprises, Inc. which is adjourned to a hearing date to be determined. Additionally, this matter is withdrawn with respect to claimants John A. Haack, Stephens Lyon and Zaida Solis.**

## III. RESOLVED MATTER

1. Motors Liquidation Company GUC Trust's Objection to Claim No. 11064 Filed by Cardenas Motors Inc. (**ECF No. 11863**)

  Responses Filed: None to date.

  Replies Filed: None to date.

  Additional Documents: None to date.

  **Status**: **This matter is resolved.**

US_ACTIVE:\44058867\5\72240.0639

IV.     **ADJOURNED MATTERS**

**ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**

This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).

If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.

Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

Dated: New York, New York
July 24, 2012

    /s/ Joseph H. Smolinsky
    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Motors Liquidation
      Company GUC Trust

9
US_ACTIVE:\44058867\5\72240.0639