UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.  I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On July 23, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served on James P Kurlinski by e-mail at jameskurlinski@sbcglobal.net and by overnight delivery at 15237 Winter Park, Macomb, Michigan 48044 (claimant):

    - **Supplemental Order Granting Debtors' 170th and 172nd Omnibus Objection to Claims as to Proof of Claim Nos. 22848 and 28135 Filed by James P. Kurlinski (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 11960].

3.  On July 23, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served on Richard A Schell by e-mail at lamppro1@yahoo.com and by overnight delivery at 100 Camelot Way, Rochester, Michigan 48306-2614 (claimant):

- **Supplemental Order Granting Debtors' 171st and 174th Omnibus Objection to Claims as to Proof of Claim Nos. 30666 and 30667 Filed by Richard A. Schell (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees** [Docket No. 11961].

4. On July 23, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served on Mohamed A Fetouh by e-mail at mfetouh@sbcglobal.net and by overnight delivery at 4864 Seasons, Troy, Michigan 48098-6621 (claimant):

- **Supplemental Order Granting Debtors' 171st and 177th Omnibus Objection to Claims as to Proof of Claim Nos. 23024 and 23308 Filed by Mohamed A. Fetouh (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 11962].

5. On July 23, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served on Gerald S Kaspzyk by e-mail at gkaspzyk@yahoo.com and by overnight delivery at 1772 Kilburn Rd N, Rochester Hills, Michigan 48306-3034 (claimant):

- **Supplemental Order Granting Debtors' 171st and 177th Omnibus Objection to Claims as to Proof of Claim Nos. 14302, 21514 and 21515 Filed by Gerald S. Kaspzyk (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 11963].

6. On July 23, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served on Ronald C Tanciar by e-mail at tanciar50@gmail.com and by overnight delivery at 220 Ridge Run Crossing, Athens, Georgia 30605 (claimant):

- **Supplemental Order Granting Debtors' 172nd and 174th Omnibus Objection to Claims as to Proof of Claim Nos. 49591 and 49592 Filed by Ronald C. Tanciar (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 11964].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 25th day of
July, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015