DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Stefanie Birbrower Greer
Katie L. Cooperman
Mary Kim (admitted *pro hac vice*)
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No.: 09-50026 (REG)
f/k/a General Motors Corporation, *et al.*, : 
: (Jointly Administered)
Debtors. : 
: 
---------------------------------------------------------------x
: 
MOTORS LIQUIDATION COMPANY GUC TRUST, : 
: 
Plaintiff, : Adversary Proceeding
: Case No.: 12-09802
v. : 
: 
APPALOOSA INVESTMENT LIMITED : 
PARTNERSHIP I, *et al.*, : 
: 
Defendants. : 
: 
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

This is to certify that on July 27, 2012, I caused to be served a true and correct copy of the GUC Trust's Pretrial Brief in connection with (i) Official Committee of Unsecured Creditors' First Amended Objection to Claims Filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (Docket No. 7859) and (ii) *Motors Liquidation Company GUC Trust v. Appaloosa Investment Ltd. Partnership I, et al.*, Adv. Pro. No. 12-09802 by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, full copies of the GUC Trust's Pretrial Brief were served upon each of the persons listed on the annexed service list by causing copies of same to be delivered via email at the last known addresses as indicated on the annexed service list.

Dated: New York, New York
       July 27, 2012

                                      DICKSTEIN SHAPIRO LLP

                                By: /s/ Katie L. Cooperman
                                    Barry N. Seidel
                                    Eric B. Fisher
                                    Stefanie Birbrower Greer
                                    Katie L. Cooperman
                                    Mary Kim (admitted *pro hac vice*)
                              1633 Broadway
                              New York, New York 10019-6708
                              Telephone: (212) 277-6500
                              Facsimile: (212) 277-6501

                              *Counsel for Motors Liquidation*
                              *Company GUC Trust*

# SERVICE LIST

FingerK@gtlaw.com;
sdavidson@kslaw.com;
asteinberg@kslaw.com;
zirinskyb@gtlaw.com;
BrennanB@gtlaw.com;
baej@gtlaw.com;
ticollg@gtlaw.com;
sodonnell@akingump.com;
dchapman@akingump.com;
wweintraub@fklaw.com;
eohagan@fklaw.com;
efriedman@fklaw.com;
dsaval@brownrudnick.com;
cchiu@pryorcashman.com;
mariadouvas@paulhastings.com;
barrysher@paulhastings.com;
mcross@akingump.com;
davisjo@GTLAW.com