**BROWN RUDNICK LLP**
Robert J. Stark
Daniel J. Saval
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800

*Counsel to Anchorage Capital Master*
*Offshore Ltd; Canyon-GRF Master Fund, L.P.;*
*Canyon Value Realization Fund, L.P.; Canyon*
*Value Realization Fund (Cayman), Ltd.;*
*CQS Directional Opportunities Master*
*Fund Limited; CSS, LLC; Hutchin Hill Capital C1,*
*Ltd.; KIVU Investment Fund Limited; Knighthead*
*Master Fund, L.P.; LMA SPC for and on behalf of*
*MAP 84; Lyxor/Canyon Value Realization*
*Fund Limited; Onex Debt Opportunity Fund, Ltd.;*
*and Redwood Master Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a General Motors Corporation, *et al.*,<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |
| MOTORS LIQUIDATION COMPANY GUC TRUST,<br><br>                                        Plaintiff,<br>                    v.<br><br>APPALOOSA INVESTMENT LIMITED PARTNERSHIP I; PALOMINO FUND LTD; THOROUGHBRED FUND LP; THOROUGHBRED MASTER LTD; THE LIVERPOOL LIMITED PARTNERSHIP; ELLIOTT INTERNATIONAL LP; DRAWBRIDGE DSO SECURITIES LLC; DRAWBRIDGE OSO SECURITEIS LLC; FCOF UB SECURITIES LLC; AURELIUS INVESTMENT LLC; CITIGROUP GLOBAL MARKETS INC; LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED; KNIGHTHEAD MASTER FUND, L.P.; KIVU INVESTMENT FUND LIMITED; CQS | Adversary Proceeding<br><br>Case No.: 12-09802 |

DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED; MORGAN STANLEY & CO. INTERNATIONAL PLC; SG AURORA MASTER FUND L.P.; THE CANYON VALUE REALIZATION FUND (CAYMAN), LTD; ANCHORAGE CAPITAL MASTER OFFSHORE LTD; ONEX DEBT OPPORTUNITY FUND, LTD; REDWOOD MASTER FUND LTD; COLLINS STEWART (CI) LTD; SPH INVEST SA; CONSILIUM TREUHAND AG & BEATA DOMUS ANSTALT; MARIA-DOROTHEA LAMINET; CREDIT SUISSE AG; CHEVIOT ASSET MANAGEMENT; ING. HUGO WAGNER; ALLIANZ BANK FINANCIAL ADVISORS SPA; RUI MANUAL ANTUNES GONCALVES ROSA; UBS AG, ZURICH (SWITZERLAND); ALY AZIZ; JOHANNA SCHOEFFEL; SIRDAR ALY AZIZ; CSS, LCC; JOSEF SCHMIDSEDER; HERMAN DETTMAR AND HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER FUND; BANCA DELLE MARCHE SPA; ORE HILL CREDIT HUB FUND LTD; BHALODIA RV/RM/PATEL RG; BARCLAYS BANK PLC; JPMORGAN SECURITIES LIMITED; INTESA SANPAOLO SPA; INTESA SANPAOLO PRIVATE BANKING SPA; CREDITO EMILIANO SPA; UNICREDIT BANCA DI ROMA SPA; HUTCHIN HILL CAPITAL C1, LTD; DEUTSCHE BANK SPA; BANCA POPOLARE DI VICENZA SCPA; CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST SPA; BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOERATIVA; BANK OF VALLETTA PLC; BANCA DI CREDITO COOPERATIVO ABRUZZESECAPPELLE SUL TAVO-SOCIETA COOPERTIVA; UBS AG; PERA UGO; GARIBALDI ROSANNA; CANYON VALUE REALIZATION FUND LP; LYXOR/CANYON VALUE REALIZATION FUND LIMITED; CANYON-GRF MASTER FUND LP; PROSPECT MOUNTAIN FUND LIMITED; RED RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, INC., as trustee for General Motors Nova Scotia Finance Company; JOHN DOE NOS. 1-100; and JOHN DOE, INC. NOS. 1-100,

            Defendants.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ) ss:
COUNTY OF NEW YORK   )

Kimberley R. Cameron, being duly sworn, deposes and says:

1. I reside in New York, NY, am over 18 years of age and am not a party to this action.

2. On July 27, 2012, I caused to be served a true and accurate copy of **the Pre-trial Statement and Reservation of Rights of Certain General Motors Nova Scotia Finance Company Noteholders in Connection with (i) First Amended Objection to Claims filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for other Relief and (ii) Claims Asserted in GUC Trust's Adversary Proceeding** via E-mail on the parties listed on the attached Exhibit A.

3. On July 27, 2012, I caused to be served a true and accurate copy of **the Pre-trial Statement and Reservation of Rights of Certain General Motors Nova Scotia Finance Company Noteholders in Connection with (i) First Amended Objection to Claims filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for other Relief and (ii) Claims Asserted in GUC Trust's Adversary Proceeding** via First Class Mail on the parties listed on the attached Exhibit B.

/s/ Kimberley R. Cameron
Kimberley R. Cameron, Paralegal

Sworn to before me this
30th day of July, 2012.

/s/ Christopher M. Lau Kamg
Notary Public

No. 01LA6138897
Qualified in Kings County
Commission Expires December 27, 2013

# EXHIBIT A

asteinberg@kslaw.com

baej@gtlaw.com

barrysher@paulhastings.com

brennanb@gtlaw.com

coopermank@dicksteinshapiro.com

dchapman@akingump.com

efriedman@fklaw.com

eohagan@fklaw.com

fingerk@gtlaw.com

fishere@dicksteinshapiro.com

mariadouvas@paulhastings.com

sdavidson@kslaw.com

seidelb@dicksteinshapiro.com

sodonnell@akingump.com

sreisman@curtis.com

tfoudy@curtis.com

ticollg@gtlaw.com

wweintraub@fklaw.com

zirinskyb@gtlaw.com

# EXHIBIT B

| | |
|---|---|
| Citigroup Global Markets Inc.<br>c/o Citibank, N.A.<br>Ops III, 1615 Brett Road<br>New Castle, DE 19720 | Knighthead Master Fund, L.P.<br>c/o Knighthead Capital Management<br>623 Fifth Avenue, 29th Fl.<br>New York, NY 10033 |
| CQS (UK) LLP<br>33 Grosvenor Place<br>5th Floor<br>London SW1X 7HY<br>United Kingdom | Morgan Stanley & Co. International Plc.<br>25 Cabot Square, Canary Wharf<br>London E144Qa<br>United Kingdom<br>Attn: Brian Cripps |
| SG Aurora Master Fund L.P.<br>825 Third Avenue<br>34th Fl.<br>New York, NY 10022 | The Canyon Value Realization Fund (Cayman), Ltd.<br>Loan San<br>9665 Wilshire Blvd., Suite 200<br>Beverly Hills, CA 90212 |
| Anchorage Capital Master Offshore Ltd.<br>c/o Anchorage Advisors, LLC<br>Attn: Dan Allen<br>610 Broadway, 6th Fl.<br>New York, NY 10012 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn: Gary Kaplan, Esq. |

Onex Debt Opportunity Fund Ltd.
c/o Onex Credit Partners, LLC
910 Sylvan Avenue, Suite 100
Englewood Cliffs, NJ 07632

Redwood Capital Management LLC
910 Sylvan Avenue
Englewood Cliffs, NJ 07632
Attn: Jonathan Kolatch

Collins Stewart Ltd.
PO Box 328
St. Peter Port, Guernsey GY1 3TY

Compagnie Financiere de Gestion
Luxembourg S.A.
40, boulevard Joseph II
L-1840 Luxembourg

Consilium Treuhand AG & Beata Domus
Anstalt
Postfach 77
9497 Triesenberg
Liechtenstein

Maria-Dorothes Laminet
Burgunderweg 8
2505 Biel
Switzerland

Credit Suisse AG
Default Management-SWWA 42
Vetlibergstrasse 231
CH-8070 Zurich
Switzerland

Cheviot Asset Management
90 Long Acre
London WC2E 9RA
United Kingdom

Ing. Hugo Wagner
Mariahilfgasse 25
4020 Linz
Austria

Allianz Bank Financial Advisors SPA
Piazzale Lodi, 3
20137 Milano, Italy

Rui Manuel Antunes Goncalves
Rua Francisco Martins, No. 11
2815-676 Sobreda, Portugal

UBS AG
Securities Services 0Q9C-05GC
PO Box CH-8098
Zurich, Switzerland

Mr. Aly Aziz
c/o Rue de la Corraterie
1204 Geneva
Switzerland

Johanna Schoeffel
c/o Peter Schoeffel
Breitenbergweg 3
86830 Schwabmuenchen
Germany

Sirdar Aly Aziz
c/o BNP Paribas
15/17 avenue d'Oslende
BP 257-58005 Monaco Cedex
France

CCS LLC
175 W. Jackson Blvd.
Suite 440
Chicago, IL 60604
Attn: Mitchell Bialek

| | |
|---|---|
| Josef Schmidseder<br>Kirchplatz 1<br>84389 Postmunster<br>Germany | Hermann Dettmar<br>Nene Str. 13<br>D-34359 Reinhardshagen<br>Germany |
| Claus Pedersen<br>Stokkendrevet 11<br>4760 Vordingbore<br>Denmark | Advent Capital Management LLC<br>Attn: Chung Tam<br>1065 Avenue of the Americas, 31st Fl.<br>New York, NY 10018 |
| Banca Delle Marche SPA<br>Via Ghisheri 6<br>60035 Jesi (AN)<br>Italy<br>Attn: Enzo Telloni | Ore Hill Credit Hub Fund Ltd.<br>c/o Ore Hill Partners, LLC<br>650 Fifth Avenue, 9th Floor<br>New York, NY 10019<br>Attn: Claude A. Baum, Esq. |
| Bhalodia RV/RM/Patel RG<br>Portland House<br>69-71 Wembley Hill Road<br>Wembley<br>MIDDX, HA98BU<br>Bhulo Kansagrea | Barclays Bank PLC<br>c/o Arrograss Capital Partners LLP<br>Tower 4<br>25 Old Broad Street<br>London EC2N 1HQ<br>Attn: Swati Patel |

INTESA SANPAOLO SPA
MII ANO 20121
Via Vtroi 8
Italy

INTESA SANPAOLO SPA
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attn: Abraham Zylberberg

Credito Emiliano SPA
Via Fmilia S. Pietro 4
42100 Reggio Emilia
Italy

Unicredit Banca di Roma SPA
Via U Tupini 180
00144 Roma
Italy
Attn: Mr. Christiano Carlucci

Hutchin Hill Capital C1, Ltd.
142 West 57th Street, 15th Floor
New York, NY 10019
Attn: David Gulkowitz

Deutsche Bank SPA
Pizza del Calendario, 1
20126 Milano
Italy
Attn: Andres Custolki

Banca Popolare di Vicenza SCPA
Via Btg Framarin, 18
36100 Vicenza
Italy
Attn: Umberto Maggio

Cassa Centrale Banca-Credito
Cooperativo Del Nord Est SPA
Via G Segantini, 5
38100 Trento
Italy
Attn: Manuela Acler

| | |
|---|---|
| Banca di Credito Cooperativo Di Roma<br>Societa Cooperativa<br>Viale Ocenao Indiano 13C<br>Roma<br>Italy 00144 | Bank of Valletta PLC<br>c/o Day Pitney LLP<br>7 Times Square<br>New York, NY 10036-7311<br>Attn: Ronald S. Beacher, Esq. |
| Banca di Credito Cooperativo<br>Abruzzesecappelle Sul Tavo-Societa<br>Cooperativa<br>Via Umberto I, N 78/80-65010<br>Cappella sui Tavo<br>Italia<br>Attn: Massimo Ferrati | UBS AG<br>677 Washington Blvd.<br>8th Floor<br>Stamford, CT 06901<br>Attn: Stephen A. Thatcher |
| Pera Ugo<br>Via Sarzanese 356 Int A<br>Camaiore Lucca 55041<br>Italy | Garibaldi Rosanna<br>Via Sarzanese 354<br>Camaiore Lucca 55041<br>Italy |
| Red River Business Inc.<br>FAO MR 4 R Machan<br>Verite Trust Company Ltd.<br>PO Box 36<br>1st Floor<br>37 Broad Street<br>St. Helier<br>Jersey JE4 9NU Channel Islands<br>01534 824000 | Green Hunt Wedlake, Inc.<br>Suite 315, Tower 1<br>7001 Mumford Road<br>Halifax, Nova Scotia B3L 4N9<br>Canada |

Akin Gump Strauss Hauer & Feld LLP
Attn: Daniel Golden
       Natalie Levine
       Philip C. Dublin
One Bryant Park
New York, NY 10036

Dickstein Shapiro LLP
Barry N. Seidel
Eric Fisher
Katie Leigh Cooperman
1633 Broadway
New York, NY 10019

King & Spalding LLP
Attn: Arthur Steinberg and Scott Davidson
1185 Avenue of the Americas
New York, NY 10036

Canyon Capital Advisors LLC
2000 Ave of the Stars, 11th Floor
Los Angeles, CA 90067

Appaloosa Management, L.P.
Paul Hastings, LLP
Attn: Barry Sher
       Maria Douvas
75 E. 55th St.
New York, NY 10022

Greenberg Traurig, LLP
Bruce R. Zirinsky
Nancy A. Mitchell
John H. Bae
Gary D. Ticoll
200 Park Avenue
New York, NY 10166

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Theresa A. Foudy, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Stefan W. Engelhardt
Sarah L. Prutzman

MILBANK TWEED HADLEY
& MCCLOY LLP
Matthew S. Barr
Daniel M. Perry
Katherine Rhodes
1 Chase Manhattan Plaza
New York, NY 10005-1413

Lorraine S. McGowen, Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142