**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ANDRE C PINCHEM<br>23882 BROWNSTOWN SQ DR APT 202<br><br>ROMULUS, MI 48174 | 71256 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| DANIELLE DUDLEY<br>3928 S I 10 SERVICE RD W<br>APT 304<br>METAIRIE, LA 70001-1592<br>UNITED STATES OF AMERICA | 62577 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$27,000.00  (U)<br>$27,000.00  (T) | | Insufficient Documentation | Pgs. 4-5 |
| GOSSAGE, ROBERT<br>STACY GOSSAGE<br>712 MADISON AVE<br>DIXON, IL 61021-3515 | 17271 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$19,000.00  (U)<br>$19,000.00  (T) | | Insufficient Documentation | Pgs. 4-5 |
| HICKS NICOLE<br>HICKS, NICOLE<br>22 WOODLAND ST 1ST FL<br>NEW BRITAIN, CT 06051-2331 | 64712 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | | Insufficient Documentation | Pgs. 4-5 |
| LUMBRERAS, MARIA<br>THE HENNING FIRM<br>603 URBAN LOOP<br>SAN ANTONIO, TX 78204-3117 | 63641 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,200,000.00  (U)<br>$1,200,000.00  (T) | | Insufficient Documentation | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NORMAN-BLACKMON MOTOR COMPANY INC<br>C/O P RICHARD HARTLEY ESQ<br>PO BOX 583<br>GREENVILLE, AL 36037 | 1158 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,200,000.00 | (U) | | |
| | | | $1,200,000.00 | (T) | | |
| PERKINS, LINDA<br>325 WILLIS FLAT RD<br>GLENMORE, LA 71433-6829 | 11987 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $18,000.00 | (U) | | |
| | | | $18,000.00 | (T) | | |
| TOM HO LEE<br>2544 CAMPBELL ROAD<br>KELOWNA (WEST KELOWNA), BC, V1Z 1T2 | 44899 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 4-5 |
| | | | Unliquidated | | | |
| WANDA WILSON<br>C/O WILLIE R PERRY JR ESQ<br>201 N CHURCH STREET<br>DURHAM, NC 27701 | 66697 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,500,000.00 | (U) | | |
| | | | $1,500,000.00 | (T) | | |
| WILLIAM CHAPMAN<br>C/O LANG MICHENER LLP, ATTN: MICHAEL KATZALAY<br>1500 ROYAL CENTRE<br>PO BOX 11117, 1055 WEST GEORGIA STREET<br>VANCOUVER BRITISH COLUMBIA V6E 4N7 CANADA | 28383 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 4-5 |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 10 | | $0.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $3,979,000.00 | (U) | | |
| | | | $3,979,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## OBJECTION ADJOURNED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CROWN ENTERPRISES INC C/O MARILYN MITCHELL 12225 STEPHENS RD WARREN, MI 48089 | 69961 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $1,782,742.00  (U) $1,782,742.00  (T) Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| CROWN ENTERPRISES INC C/O MARILYN MITCHELL 12225 STEPHENS RD WARREN, MI 48089 | 69974 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $1,782,742.00  (U) $1,782,742.00  (T) Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| CROWN ENTERPRISES INC ATTN MARILYN MITCHELL CORPORATE COUNSEL 12225 STEPHENS RD WARREN, MI 48089 | 71172 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $1,614,539.00  (U) $1,614,539.00  (T) | Insufficient Documentation | Pgs. 4-5 |

| OBJECTION ADJOURNED | 3 | | |
|---|---|---|---|
| | | $0.00 | (S) |
| | | $0.00 | (A) |
| | | $0.00 | (P) |
| | | $5,180,023.00 | (U) |
| | | $5,180,023.00 | (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN A HAACK<br>10500 VILLAGE LANE<br><br>FORISTELL, MO 63348 | 62969 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,000,000.00 | (U) | | |
| | | | $1,000,000.00 | (T) | | |
| LYON STEPHENS<br>C/O JAMES D MURPHY JR - ATTORNEY AT LAW<br>25899 W. 12 MILE ROAD SUITE 140<br>SOUTHFIELD, MI 48034-6044 | 1184 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $225,000.00 | (U) | | |
| | | | $225,000.00 | (T) | | |
| SOLIS, ZAIDA<br>1147 W DRUMMER AVE<br><br>MESA, AZ 85210-2210 | 18728 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $17,000.00 | (U) | | |
| | | | $17,000.00 | (T) | | |
| *OBJECTION WITHDRAWN* | 3 | | $0.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,242,000.00 | (U) | | |
| | | | $1,242,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.