# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Baker & McKenzie<br>Attn: Ira Reid<br>Baker & McKenzie, LLP<br>1114 Avenue of the Americas<br>New York, NY 10036 |
| Claim Number (if known): | 67356 |
| Date Claim Filed: | November 30, 2009 |
| Total Amount of Claim Filed: | $145, 027.30 plus additional fees and expenses as may be determined. |

I, the undersigned, am an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:____July 31, 2012_____    ___/s/ Ira A. Reid_____

Print Name: Ira A. Reid, Esq._____ _____

Title (if applicable):Partner, Baker & McKenzie, LLP

--------------------------------------------------------------------------------------------------------------------

CHIDMS1/3062734. 1 1