GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
Paul T. Martin, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
E-mail: zirinskyb@gtlaw.com
         baej@gtlaw.com
         ticollg@gtlaw.com
         martinpt@gtlaw.com

GREENBERG TRAURIG, LLP
Kevin D. Finger, Esq.
Bevin M. Brennan, Esq.
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
E-mail: fingerk@gtlaw.com
         brennanb@gtlaw.com

*Attorneys for Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x

| | |
|---|---|
| **In re** | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY, *et al.*,** f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------------------- x

| | |
|---|---|
| **MOTORS LIQUIDATION COMPANY GUC TRUST,** | |
| Plaintiff, | Adversary Proceeding |
| v. | Case No.: 12-09802 |
| **APPALOOSA INVESTMENT LIMITED PARTNERSHIP I; PALOMINO FUND LTD; THOROUGHBRED FUND LP; THOROUGHBRED MASTER LTD; THE LIVERPOOL LIMITED PARTNERSHIP; ELLIOTT INTERNATIONAL LP; DRAWBRIDGE DSO SECURITIES LLC; DRAWBRIDGE OSO SECURITIES LLC; FCOF UB SECURITIES LLC; AURELIUS INVESTMENT LLC; CITIGROUP GLOBAL MARKETS INC.; LMA SPC FOR AND ON** | |

| | |
|---|---|
| BEHALF OF THE MAP 84 SEGREGATED; KNIGHTHEAD MASTER FUND, L.P.; KIVU INVESTMENT FUND LIMITED; CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED; MORGAN STANLEY & CO. INTERNATIONAL PLC; SG AURORA MASTER FUND L.P.; THE CANYON VALUE REALIZATION FUND (CAYMAN), LTD; ANCHORAGE CAPITAL MASTER OFFSHORE LTD; ONEX DEBT OPPORTUNITY FUND, LTD; REDWOOD MASTER FUND LTD; COLLINS STEWART (CI) LTD; SPH INVEST SA; CONSILIUM TREUHAND AG & BEATA DOMUS ANSTALT; MARIA-DOROTHEA LAMINET; CREDIT SUISSE AG; CHEVIOT ASSET MANAGEMENT; ING. HUGO WAGNER; ALLIANZ BANK FINANCIAL ADVISORS SPA; RUI MANUEL ANTUNES GONCALVES ROSA; UBS AG, ZURICH (SWITZERLAND); ALY AZIZ; JOHANNA SCHOEFFEL; SIRDAR ALY AZIZ; CS S, LLC; JOSEF SCHMIDSEDER; HERMANN DETTMAR AND HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST; THE ADVENT GLOBAL OPPORTUNITY MASTER FUND; BANCA DELLE MARCHE SPA; ORE HILL CREDIT HUB FUND LTD; BHALODIA RV/RM/PATEL RG; BARCLAYS BANK PLC; JPMORGAN SECURITIES LIMITED; INTESA SANPAOLO SPA; INTESA SANPAOLO PRIVATE BANKING SPA; CREDITO EMILIANO SPA; UNICREDIT BANCA DI ROMA SPA; HUTCHIN HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA; BANCA POPOLARE DI VICENZA SCPA; CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST SPA; BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA; BANK OF VALLETTA PLC; BANCA DI CREDITO COOPERATIVO ABRUZZESECAPPELLE SUL TAVO-SOCIETA COOPERTIVA; UBS AG; PERA UGO; GARIBALDI ROSANNA; CANYON VALUE REALIZATION FUND LP; LYXOR/CANYON VALUE REALIZATION | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

2

| | |
|---|---|
| **FUND LIMITED; CANYON-GRF MASTER FUND LP; PROSPECT MOUNTAIN FUND LIMITED; RED RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, INC.,** as trustee for General Motors Nova Scotia Finance Company; **JOHN DOE NOS. 1-100; and JOHN DOE, INC. NOS. 1-100,** | : : : : : : : : : |
| **Defendants.** | : : |

------------------------------------------------------------------ x

## MOTION FOR ADMISSION OF
## JOSEPH P. DAVIS III *PRO HAC VICE*

I, Gary D. Ticoll ("**Movant**"), a member in good standing of the Bar of the State of New York and this Court and a shareholder of the law firm of Greenberg Traurig, LLP ("**Greenberg Traurig**"), hereby respectfully submit the following motion ("**Motion**") for the entry of an order permitting Joseph P. Davis III, a shareholder of Greenberg Traurig, practicing in Greenberg Traurig's Boston, Massachusetts office, to practice *pro hac vice*, before this Court to represent Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International plc (each a "**Noteholder**" and collectively the "**Noteholders**"), pursuant to Local Bankruptcy Rule 2090-1(b), in the above-captioned cases. In support thereof, Movant respectively represents as follows:

1.   Mr. Davis is licensed to practice law and is admitted, practicing and in good standing as a member of the Bar in the Commonwealth of Massachusetts (1987), the Bar of the United States District Court for the District of Massachusetts (1988), the Bar of the United States District Court for the Eastern District of Michigan (2004), the Bar of the United States Court of Appeals for the First Circuit (1991), the Bar of the United States Court of Appeals for the Ninth Circuit (1994), the Bar of the United States Court of Appeals for the Third Circuit (2011), and the Bar for the United States Supreme Court (1992). There are no disciplinary proceedings

pending against Mr. Davis. Mr. Davis's address is Greenberg Traurig, LLP, One International Place, Boston, MA 02110. Mr. Davis's email address is davisjo@gtlaw.com and his telephone number is (617) 310-6204.

2. Movant requests that this Court grant this Motion so that Mr. Davis may file pleadings and appear and be heard at hearings in these cases.

3. Notice of the Motion has been given to the United States Trustee.

4. Upon approval of this Motion, the $200.00 fee shall be paid for Mr. Davis.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form annexed hereto, permitting Joseph P. Davis III to appear *pro hac vice* as counsel for the Noteholders in the above-captioned cases and granting such further relief as is proper.

Dated: July 31, 2012
      New York, New York

GREENBERG TRAURIG, LLP

By: */s/ Gary D. Ticoll*
    Bruce R. Zirinsky, Esq.
    John H. Bae, Esq.
    Gary D. Ticoll, Esq.
    Paul T. Martin, Esq.
    MetLife Building
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400
    Email: zirinskyb@gtlaw.com
          baej@gtlaw.com
          ticollg@gtlaw.com
          martinpt@gtlaw.com

    Kevin D. Finger, Esq.
    Bevin M. Brennan, Esq.
    77 West Wacker Drive, Suite 3100
    Chicago, IL 60601
    Telephone: (312) 456-8400
    Facsimile: (312) 456-8435
    E-mail: fingerk@gtlaw.com
           brennanb@gtlaw.com

*Attorneys for Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
: 
**In re** : **Chapter 11**
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **Case No. 09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*, : 
: 
        Debtors. : **(Jointly Administered)**
------------------------------------------------------------------- x
**MOTORS LIQUIDATION COMPANY GUC TRUST,** : 
: 
        Plaintiff, : **Adversary Proceeding**
    v. : 
: **Case No.: 12-09802**
: 
**APPALOOSA INVESTMENT LIMITED** : 
**PARTNERSHIP I; PALOMINO FUND LTD;** : 
**THOROUGHBRED FUND LP;** : 
**THOROUGHBRED MASTER LTD; THE** : 
**LIVERPOOL LIMITED PARTNERSHIP;** : 
**ELLIOTT INTERNATIONAL LP;** : 
**DRAWBRIDGE DSO SECURITIES LLC;** : 
**DRAWBRIDGE OSO SECURITIES LLC; FCOF** : 
**UB SECURITIES LLC; AURELIUS** : 
**INVESTMENT LLC; CITIGROUP GLOBAL** : 
**MARKETS INC.; LMA SPC FOR AND ON** : 
**BEHALF OF THE MAP 84 SEGREGATED;** : 
**KNIGHTHEAD MASTER FUND, L.P.; KIVU** : 
**INVESTMENT FUND LIMITED; CQS** : 
**DIRECTIONAL OPPORTUNITIES MASTER** : 
**FUND LIMITED; MORGAN STANLEY & CO.** : 
**INTERNATIONAL PLC; SG AURORA** : 
**MASTER FUND L.P.; THE CANYON VALUE** : 
**REALIZATION FUND (CAYMAN), LTD;** : 
**ANCHORAGE CAPITAL MASTER OFFSHORE** : 
**LTD; ONEX DEBT OPPORTUNITY FUND,** : 
**LTD; REDWOOD MASTER FUND LTD;** : 
**COLLINS STEWART (CI) LTD; SPH INVEST** : 
**SA; CONSILIUM TREUHAND AG & BEATA** : 
**DOMUS ANSTALT; MARIA-DOROTHEA** : 
**LAMINET; CREDIT SUISSE AG; CHEVIOT** : 
**ASSET MANAGEMENT; ING. HUGO** : 
**WAGNER; ALLIANZ BANK FINANCIAL** : 
**ADVISORS SPA; RUI MANUEL ANTUNES** : 
**GONCALVES ROSA; UBS AG, ZURICH** :

| | |
|---|---|
| (SWITZERLAND); ALY AZIZ; JOHANNA SCHOEFFEL; SIRDAR ALY AZIZ; CS S, LLC; JOSEF SCHMIDSEDER; HERMANN DETTMAR AND HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST; THE ADVENT GLOBAL OPPORTUNITY MASTER FUND; BANCA DELLE MARCHE SPA; ORE HILL CREDIT HUB FUND LTD; BHALODIA RV/RM/PATEL RG; BARCLAYS BANK PLC; JPMORGAN SECURITIES LIMITED; INTESA SANPAOLO SPA; INTESA SANPAOLO PRIVATE BANKING SPA; CREDITO EMILIANO SPA; UNICREDIT BANCA DI ROMA SPA; HUTCHIN HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA; BANCA POPOLARE DI VICENZA SCPA; CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST SPA; BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA; BANK OF VALLETTA PLC; BANCA DI CREDITO COOPERATIVO ABRUZZESECAPPELLE SUL TAVO-SOCIETA COOPERTIVA; UBS AG; PERA UGO; GARIBALDI ROSANNA; CANYON VALUE REALIZATION FUND LP; LYXOR/CANYON VALUE REALIZATION FUND LIMITED; CANYON-GRF MASTER FUND LP; PROSPECT MOUNTAIN FUND LIMITED; RED RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, INC., as trustee for General Motors Nova Scotia Finance Company; JOHN DOE NOS. 1-100; and JOHN DOE, INC. NOS. 1-100,<br><br>                Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

------------------------------------------------------------------- x

## ORDER ADMITTING
## JOSEPH P. DAVIS III *PRO HAC VICE*

Upon the motion (the "**Motion**") of Gary D. Ticoll, a shareholder of Greenberg Traurig, LLP, counsel to Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International plc (each a "**Noteholder**" and collectively the "**Noteholders**"), for

2

the admission *pro hac vice* of Joseph P. Davis III, counsel of the law firm of Greenberg Traurig, LLP, in connection with the above-referenced cases and all proceedings with respect to such cases; and it appearing that appropriate notice of the Motion has been given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that, pursuant to Local Bankruptcy Rule 2090-1, the Motion for admission *pro hac vice* of Joseph P. Davis III is granted, and that Joseph P. Davis III is admitted to the bar of the United States Bankruptcy Court for the Southern District of New York for the limited purpose of representing the Noteholders in these cases and in any proceedings therein, subject to the payment of the filing fee with the Clerk of the Court.

Dated: New York, New York
           _____, 2012

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

1. I hereby certify that on July 31, 2012, the ***Motion For Admission Of Joseph P. Davis III Pro Hac Vice*** was filed and served electronically on all parties receiving notice via the Court's ECF System and upon each of the persons and entities listed on the attached Exhibit A by causing copies of the same to be delivered via e-mail or facsimile as indicated.

>	*/s/ Paul T. Martin*
>	Paul T. Martin

# **EXHIBIT A**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.,
and Joseph H. Smolinsky, Esq.
Email: harvey.miller@weil.com
Joseph.Smolinsky@weil.com
stephen.karotkin@weil.com

The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.; Andrea B. Schwartz;
Andrew D. Velez-Rivera; Brian Shoichi Masumoto
Fax : (212) 668-2255