**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
**In re**                                                        :  **Chapter 11**
                                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                        :  **Case No. 09-50026 (REG)**
     f/k/a General Motors Corp., *et al.*,                       :
                                                                 :
                       Debtors.                                  :  (Jointly Administered)
---------------------------------------------------------------- x
**MOTORS LIQUIDATION COMPANY GUC TRUST,**                        :
                                                                 :
                       Plaintiff,                                :  **Adversary Proceeding**
                v.                                               :
                                                                 :  **Case No.: 12-09802**
                                                                 :
**APPALOOSA INVESTMENT LIMITED**                                 :
**PARTNERSHIP I; PALOMINO FUND LTD;**                            :
**THOROUGHBRED FUND LP;**                                        :
**THOROUGHBRED MASTER LTD; THE**                                 :
**LIVERPOOL LIMITED PARTNERSHIP;**                               :
**ELLIOTT INTERNATIONAL LP;**                                    :
**DRAWBRIDGE DSO SECURITIES LLC;**                               :
**DRAWBRIDGE OSO SECURITIES LLC; FCOF**                          :
**UB SECURITIES LLC; AURELIUS**                                  :
**INVESTMENT LLC; CITIGROUP GLOBAL**                             :
**MARKETS INC.; LMA SPC FOR AND ON**                             :
**BEHALF OF THE MAP 84 SEGREGATED;**                             :
**KNIGHTHEAD MASTER FUND, L.P.; KIVU**                           :
**INVESTMENT FUND LIMITED; CQS**                                 :
**DIRECTIONAL OPPORTUNITIES MASTER**                             :
**FUND LIMITED; MORGAN STANLEY & CO.**                           :
**INTERNATIONAL PLC; SG AURORA**                                 :
**MASTER FUND L.P.; THE CANYON VALUE**                           :
**REALIZATION FUND (CAYMAN), LTD;**                              :
**ANCHORAGE CAPITAL MASTER OFFSHORE**                            :
**LTD; ONEX DEBT OPPORTUNITY FUND,**                             :
**LTD; REDWOOD MASTER FUND LTD;**                                :
**COLLINS STEWART (CI) LTD; SPH INVEST**                         :
**SA; CONSILIUM TREUHAND AG & BEATA**                            :
**DOMUS ANSTALT; MARIA-DOROTHEA**                                :
**LAMINET; CREDIT SUISSE AG; CHEVIOT**                           :
**ASSET MANAGEMENT; ING. HUGO**                                  :
**WAGNER; ALLIANZ BANK FINANCIAL**                               :
**ADVISORS SPA; RUI MANUEL ANTUNES**                             :
**GONCALVES ROSA; UBS AG, ZURICH**                               :

| | |
|---|---|
| (SWITZERLAND); ALY AZIZ; JOHANNA SCHOEFFEL; SIRDAR ALY AZIZ; CS S, LLC; JOSEF SCHMIDSEDER; HERMANN DETTMAR AND HELENE DETTMAR; CLAUS PEDERSEN; HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST; THE ADVENT GLOBAL OPPORTUNITY MASTER FUND; BANCA DELLE MARCHE SPA; ORE HILL CREDIT HUB FUND LTD; BHALODIA RV/RM/PATEL RG; BARCLAYS BANK PLC; JPMORGAN SECURITIES LIMITED; INTESA SANPAOLO SPA; INTESA SANPAOLO PRIVATE BANKING SPA; CREDITO EMILIANO SPA; UNICREDIT BANCA DI ROMA SPA; HUTCHIN HILL CAPITAL C1, LTD.; DEUTSCHE BANK SPA; BANCA POPOLARE DI VICENZA SCPA; CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST SPA; BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA; BANK OF VALLETTA PLC; BANCA DI CREDITO COOPERATIVO ABRUZZESECAPPELLE SUL TAVO-SOCIETA COOPERTIVA; UBS AG; PERA UGO; GARIBALDI ROSANNA; CANYON VALUE REALIZATION FUND LP; LYXOR/CANYON VALUE REALIZATION FUND LIMITED; CANYON-GRF MASTER FUND LP; PROSPECT MOUNTAIN FUND LIMITED; RED RIVER BUSINESS INC.; GREEN HUNT WEDLAKE, INC., as trustee for General Motors Nova Scotia Finance Company; JOHN DOE NOS. 1-100; and JOHN DOE, INC. NOS. 1-100,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

------------------------------------------------------------------- x

## ORDER ADMITTING
## JOSEPH P. DAVIS III *PRO HAC VICE*

Upon the motion (the "**Motion**") of Gary D. Ticoll, a shareholder of Greenberg Traurig, LLP, counsel to Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International plc (each a "**Noteholder**" and collectively the "**Noteholders**"), for

2

the admission *pro hac vice* of Joseph P. Davis III, counsel of the law firm of Greenberg Traurig, LLP, in connection with the above-referenced cases and all proceedings with respect to such cases; and it appearing that appropriate notice of the Motion has been given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that, pursuant to Local Bankruptcy Rule 2090-1, the Motion for admission *pro hac vice* of Joseph P. Davis III is granted, and that Joseph P. Davis III is admitted to the bar of the United States Bankruptcy Court for the Southern District of New York for the limited purpose of representing the Noteholders in these cases and in any proceedings therein, subject to the payment of the filing fee with the Clerk of the Court.

Dated: New York, New York
       *August 1*, 2012

> */s/ Robert E. Gerber*
> UNITED STATES BANKRUPTCY JUDGE