UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On July 30, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Granting the 281st Omnibus Objection to Claims (Insufficient Documentation)** [Docket No. 11986].

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 2nd day of
August, 2012

/s/Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires April 20, 2016

# EXHIBIT A

| | |
|---|---|
| ANDRE C PINCHEM<br>23882 BROWNSTOWN SQ DR APT 202<br>ROMULUS, MI 48174 | CROWN ENTERPRISES INC<br>C/O MARILYN MITCHELL<br>12225 STEPHENS RD<br>WARREN, MI 48089 |
| CROWN ENTERPRISES INC<br>C/O NEDELMAN LEGAL GROUP<br>28580 ORCHARD LAKE ROAD, SUITE 140<br>FARMINGTON HILLS, MI 48334 | DANIELLE DUDLEY<br>3928 S I 10 SERVICE RD W<br>APT 304<br>METAIRIE, LA 70001-1592 |
| GOSSAGE, ROBERT<br>STACY GOSSAGE<br>712 MADISON AVE<br>DIXON, IL 61021-3515 | HICKS NICOLE<br>HICKS, NICOLE<br>22 WOODLAND ST 1ST FL<br>NEW BRITAIN, CT 06051-2331 |
| JOHN A HAACK<br>10500 VILLAGE LANE<br>FORISTELL, MO 63348 | JOHN A HAACK<br>10500 VILLAGE LANE<br>FORISTELL, MO 63348 |
| JOHN A HAACK<br>31500 PAR COURT<br>FORISTELL, MO 63348 | LUMBRERAS, MARIA<br>THE HENNING FIRM<br>603 URBAN LOOP<br>SAN ANTONIO, TX 78204-3117 |
| LYON STEPHENS<br>C/O JAMES D MURPHY JR - ATTORNEY AT LAW<br>25899 W. 12 MILE ROAD SUITE 140<br>SOUTHFIELD, MI 48034 | LYON STEPHENS<br>C/O SCHNEIDER MILLER, PC<br>K. SCHNEIDER; K. ROSS CLAYSON<br>645 GRISWOLD,SUITE 3900<br>DETROIT, MI 48214 |
| NORMAN-BLACKMON MOTOR COMPANY INC<br>C/O P RICHARD HARTLEY ESQ<br>PO BOX 583<br>GREENVILLE, AL 36037 | PERKINS, LINDA<br>325 WILLIS FLAT RD<br>GLENMORE, LA 71433-6829 |
| SOLIS, ZAIDA<br>1147 W DRUMMER AVE<br>MESA, AZ 85210-2210 | SOLIS, ZAIDA<br>18017 N 40TH PL<br>PHOENIX, AZ 85032 |
| TOM HO LEE<br>2544 CAMPBELL ROAD<br>KELOWNA (WEST KELOWNA), BC, V1Z 1T2 | WANDA WILSON<br>C/O WILLIE R PERRY JR ESQ<br>201 N CHURCH STREET<br>DURHAM, NC 27701 |
| WILLIAM CHAPMAN<br>C/O LANG MICHENER LLP, ATTN: MICHAEL KATZALAY<br>1500 ROYAL CENTRE<br>PO BOX 11117, 1055 WEST GEORGIA STREET<br>VANCOUVER BRITISH COLUMBIA V6E 4N7 CANADA | |