UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*  :
                                                             :
        Debtors.                    :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### ORDER GRANTING OBJECTION TO JUANITA PICKETT'S DESIGNATION OF CONTENTS AND STATEMENT OF ISSUES FROM THE RECORD

Upon the Objection to Juanita Pickett's Designation of Contents and Statement of Issues, which seeks clarification of the issues on appeal and to eliminate certain documents from the record, as designated by Juanita Pickett (the "**Statement**") in connection with her appeal from the Order Granting Objection to Proofs of Claim Nos. 18839 and 70846; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the Objection and found and determined that the relief sought is consistent with applicable law, therefor, it is:

    ORDERED that the relief requested in the Objection is granted; and it is further

    ORDERED that the documents on pages 2-9 and 17 as listed in the Statement are eliminated from the record; and it is further

    ORDERED that Ms. Pickett shall file a revised Statement with the Court on or before August *17*, 2012, which (i) clarifies the issues for appeal and (ii) designates documents for the record consistent with this Order *or states that no other documents are to be designated*; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      August *3*, 2012

      */s/ Robert E. Gerber*
      United States Bankruptcy Judge