# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor (Check Only One) | Case No | Your Claim is Scheduled As Follows. |
|---|---|---|
| ■ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) | |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) | |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) | |
| ☐ MLC of Harlem, Inc (f/k/a Chevrolet Saturn of Harlem, Inc) | 09-13558 (REG) | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

Name of Creditor (the person or other entity to whom the debtor owes money or property) **Tiesha McNeal**

Name and address where notices should be sent
**Tiesha McNeal**
**6700 Jefferson Paige Rd #308**
**Shreveport La 71119**
Telephone number **318-834-4165**
Email Address **tdagirl@gmail.com**

☐ Check this box to indicate that this claim amends a previously filed claim
**EEOC No. 461-2009-00708**
Court Claim Number:_____
(If known)
Filed on **02-23-2009**

THE GARDEN CITY GROUP, INC.
NOV 18 2009

If an amount is identified above you he a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to fill this proof of claim form, EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED UNLIQUIDATED or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions you need not file again

Name and address where payment should be sent (if different from above)
**FILED - 29628**
**MOTORS LIQUIDATION COMPANY**
**F/K/A GENERAL MOTORS CORP**
**SDNY # 09-50026 (REG)**
Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

| 1 Amount of Claim as of Date Case Filed, June 1, 2009 | $ **1 million** | 5 Amount of Claim Entitled to |
|---|---|---|

If all or part of your claim is secured, complete item 4 below however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

**5 Amount of Claim Entitled to Priority under 11 U S C § 507(a)** If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim

2 Basis for Claim **Race, employment discrimination and Retaliation Claim**
(See instruction #2 on reverse side) **See attached**

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

3 Last four digits of any number by which creditor identifies debtor _____

3a Debtor may have scheduled account as _____
(See instruction #3a on reverse side)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)

4 Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ■ Other
Describe **Discrimination, Race, Sex, Retaliation Fired**

Value of Property $_____ Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any $_____

Basis for perfection _____

Amount of Secured Claim $ **1 million** Amount Unsecured $_____

☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(____)

6 Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7 Documents Attach redacted copies of any documents that support the claim, such as promissory notes purchase orders, invoices, itemized statements or running accounts contracts judgments mortgages and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of 'redacted' on reverse side)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

**Amount entitled to priority**
$ **1 Million**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

Date **11-11-2009**

Signature The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney if any

*(signature)* **Tiesha McNeal**

FOR COURT USE ONLY

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor there may be exceptions to these general rules. The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc., are not authorized and are not providing you with any legal advice

### A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL COMPLETED CLAIM FORM AS FOLLOWS IF BY MAIL THE GARDEN CITY GROUP, INC., ATTN MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, PO BOX 9386, DUBLIN, OH 43017-4286 IF BY HAND OR OVERNIGHT COURIER THE GARDEN CITY GROUP, INC., ATTN MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY SUITE A DUBLIN OH 43017 ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED

**THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS NOVEMBER 30, 2009 AT 5 00 P M (PREVAILING EASTERN TIME)**

**Court, Name and Case Number**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1, 2009 You should select the debtor against which you are asserting your claim
**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR**

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case Please provide us with a valid email address A separate space is provided for the payment address if it differs from the notice address The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1  Amount of Claim as of Date Case Filed**
State the total amount owed to the creditor on the date of the bankruptcy filing Follow the instructions concerning whether to complete items 4 and 5 Check the box if interest or other charges are included in the claim

**2  Basis for Claim**
State the type of debt or how it was incurred Examples include goods sold, money loaned services performed, personal injury/wrongful death, car loan, mortgage note, and credit card If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim

**3  Last Four Digits of Any Number by Which Creditor Identifies Debtor**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor, if any

**3a  Debtor May Have Scheduled Account As**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4  Secured Claim**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS below) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5  Amount of Claim Entitled to Priority Under 11 U S C § 507(a)**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below) A claim may be partly priority and partly non-priority For example, in some of the categories the law limits the amount entitled to priority

For claims pursuant to 11 U S C § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1 2009, the date of commencement of these cases (See DEFINITIONS, below) Attach documentation supporting such claim

**6  Credits**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt

**7  Documents**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) If the claim is based on the delivery of health care goods or services, see instruction 2 Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature.**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---

## DEFINITIONS                                          ## INFORMATION

**Debtor**
A debtor is the person, corporation or other entity that has filed a bankruptcy case
The Debtors in these Chapter 11 cases are

| | |
|---|---|
| Motors Liquidation Company | |
| (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS, LLC | |
| (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation | |
| (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem, Inc | |
| (f/k/a Chevrolet Saturn of Harlem, Inc ) | 09-13558 (REG) |

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing See 11 U S C § 101(5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with The Garden City Group, Inc as described in the instructions above and in the Bar Date Notice

**Secured Claim Under 11 U S C § 506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be

paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U S C § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out or otherwise deleted certain information A creditor should redact and use only the last four digits of any social-security, individual's

tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title financing statement, or other document showing that the lien has been filed or recorded

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc , please provide a self-addressed, stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor These entities do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 et seq ), and any applicable orders of the bankruptcy court

**Additional Information**
If you have any questions with respect to this claim form please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation com

---



# U.S. Equal Employment Opportunity Commission
## New Orleans Field Office

1555 Poydras Street
Suite 1900
New Orleans, LA 70112
(504) 595-2826
TTY (504) 595-2958
FAX (504) 595-2884

Respondent  GENERAL MOTORS
EEOC Charge No   461-2009-00708
FEPA Charge No

May 14, 2009

Tiesha S  McNeal
6700 Jefferson Paige Road, #328
Shreveport, LA 71119

Dear Ms  McNeal

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent  The information provided indicates that the matter complained of is subject to the statute(s) checked off below

[ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]    The Age Discrimination in Employment Act (ADEA)

[ ]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided  Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge   Before we investigate your charge, however, you must sign and return the enclosed Form

To enable proper handling of this action by the Commission you should

(1)  Review the enclosed charge form and make corrections

(2)  Sign and date the charge in the bottom left hand block where I have made an "X"   For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date

(3)  Return the signed charge to this office

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5)  Please sign and return the charge within thirty (30) days from the date of this letter   Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court

[X ]    Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to the agency listed below as required by our procedures  If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official  The agency will then investigate and resolve the charge under their statute

Louisiana Commission On Human Rights
P O  Box 94094
Baton Rouge, LA 70804

Please use the "EEOC Charge No " listed at the top of this letter whenever you call us about this charge  Please also notify this office of any change in address or of any prolonged absence from home  Failure to cooperate in this matter may lead to dismissal of the charge

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process   If you have any questions, please call me at the number listed below  If you have to call long distance, please call collect

Sincerely,

Madoline Bealer
Investigator
(504) 595-2864

Office Hours  Monday – Friday, 8 00 a m  - 4 30 p m
www eeoc gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC "

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974  See enclosed Privacy Act Statement and other information before completing this form

| Charge Presented To | Agency(ies) Charge No(s) |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 461-2009-00708 |

**Louisiana Commission On Human Rights** and EEOC

State or local Agency, if any

| Name (indicate Mr , Ms , Mrs ) | Home Phone (Incl Area Code) | Date of Birth |
|---|---|---|
| **Ms. Tiesha S. McNeal** | | **04-28-1974** |

Street Address | City, State and ZIP Code

**6700 Jefferson Paige Road, #328, Shreveport, LA 71119**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others  (If more than two, list under PARTICULARS below )

| Name | No Employees Members | Phone No (Include Area Code) |
|---|---|---|
| **GENERAL MOTORS** | **500 or More** | **(318) 603-3589** |

Street Address | City, State and ZIP Code

**7600 General Motors Blvd.,  Shreveport, LA 71129**

| Name | No Employees Members | Phone No (Include Area Code) |
|---|---|---|
| | | |

Street Address | City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es) )

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below )

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **06-01-2006** | **02-23-2009** |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed  attach extra sheet(s))

I was hired by David Zerkel in June 2006 to be Manager of David Zerkel Sales Ltd  d/b/a DMR Clothing Store at General Motors (GM) Shreveport, Louisiana Assembly Plant  DMR Store provides uniforms for GM employees  Brandy Riggs was hired as a Sales Associate and I was hired as DMR Store Manager

Morgan Johnson, UAW Local 2166 Union President, Alex Santana, UAW Local 2166 Union Representative, Mike Kenalt, Assistant to Alex Santana, Stephen Leherman, DMR District Manager, and Benny Riggs (Brandy Riggs father) are friends  These five people are friends and told me that they wanted Brandy Riggs (White) to be the DMR Manager  Mr  Leherman and Mr  Zerkel wouldn't allow me to discipline Ms. Riggs although she had attendance, work performance and disciplinary problems  Ms Riggs referred to the Black customers as niggers  Merlene Zerkel, wife of Davie Zerkel, told me the Union was angry when Brandy was fired in December 2006

(Continue on page 2)

| I want this charge filed with both the EEOC and the State or local Agency, if any  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief SIGNATURE OF COMPLAINANT |
| | |
| Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month  day, year) |

| CHARGE OF DISCRIMINATION | Charge Presented To | Agency(ies) Charge No(s) |
|---|---|---|
| EEOC Form 5 (5/01)<br>This form is affected by the Privacy Act of 1974  See enclosed Privacy Act Statement and other information before completing this form | ☐ FEPA<br>☒ EEOC | 461-2009-00708 |

| Louisiana Commission On Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s))*

Around the time I was hired, Stephen Leherman, and Alex Santana, flirted with me, asked if I liked dancing on tables and dancing topless  Marvin Sales and Mitchell Grimes, GM employees and Union Members sexually harassed me. Mr Sales and I had a brief affair which ended in February 2008  When the affair ended, he continued sexually harassing me and requested dates. Marvin talked about my body, how big his body parts were and wanted me to visit him at his home  Mr Grimes showed me sexually offensive pictures and requested dates  James Bush, a GM employee rubbed my arm and requested dates  Mr Leherman made sexually offensive statements until the time of my termination

I filed sexual harassment complaints against Mr Sales and Mr Grimes with Mr Todd Hill, GM Security Department Supervisor   I was told that all complaints against GM must be filed with Securateas Security USA who provided security for GM  Mr. Hill failed to take corrective action and said I shouldn't be so beautiful.  I complained to Mr Gaylor Tice and Mark Johnson, GM Labor Relations Representatives, about the GM employees sexually harassing me.  No corrective action was taken

Mr Lerherman told me I was fired on February 23, 2009 because they decided to move in a different direction

I believe I was discriminated against because of my race, Black, sex, female and in retaliation for complaining about discriminatory practices made illegal under Title VII of the Civil Rights Act of 1964, as amended

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |
| _____      _____<br>Date                                  *Charging Party Signature* | |

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are

**1.    FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (5/01)

**2.    AUTHORITY.** 42 U S C 2000e-5(b), 29 U S C 211, 29 U S C 626, 42 U S C 12117

**3.    PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings

**4.    ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws)   Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions   A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made

**5.    WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of   Without a written charge, EEOC will ordinarily not act on the complaint   Charges under Title VII or the ADA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury), charges under the ADEA should ordinarily be signed   Charges may be clarified or amplified later by amendment   It is not mandatory that this form be used to make a charge

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA   Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements   You will be told which agency will handle your charge   When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter   Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings   Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge   Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws  The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act



**U.S. Equal Employment Opportunity Commission**
**New Orleans Field Office**

1555 Poydras Street
Suite 1900
New Orleans, LA 70112
(504) 595-2826
TTY (504) 595-2958
FAX (504) 595-2855

February 9, 2009

## AGREEMENT TO MEDIATE

EEOC NUMBER  461-2009-00708

Charging Party  Tiesha S  McNeal
Respondent  UA W AT GENERAL MOTORS

This is an agreement by the parties to participate in a mediation involving Tiesha S  McNeal and UA W AT GENERAL MOTORS in the above referenced charge  The parties understand that mediation is a voluntary process, which may be terminated at any time

The parties and, if they desire, their representatives and/or attorneys, are invited to attend a mediation session  No one else may attend without the permission of the parties and the consent of the mediator(s)

The mediator(s) will not function as the representative of either party  However, the mediator(s) may assist the parties in crafting a settlement agreement   Each party acknowledges being advised to seek independent legal review prior to signing any settlement agreement

The Parties acknowledge that they have received a copy of the Mediation Fact Sheet

The parties acknowledge that the mediator(s) possesses the discretion to terminate the mediation at any time if an impasse occurs or either party or the mediator deems the case inappropriate for mediation

The parties recognize that mediation is a confidential process and agree to abide by the terms of the attached Confidentiality Agreement

The parties acknowledge that if a settlement is reached as a result of the mediation, the assigned mediator(s) is required to report to EEOC any benefits received  This information is reported only for purposes of providing aggregate data to the EEOC for Mediation program evaluation purposes, and the individual terms of the agreement will not be disclosed to the public

X _____  11/11/09        _____
Charging Party                Date                Respondent            Date


_____                    _____
Charging Party            Date                Respondent            Date
Representative                                Representative