

People. Power. Performance.℠

June 25, 2012

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

   Re: *Motors Liquidation., et al.*
   Case Co.: 09-50026 REG

Dear Mr. Diamond:
   Enclosed please find 1 claim withdrawal as follows:

Sikny Saad – Clam #65764 in the amount of $500,000.00

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

            Very truly yours,

            <u>/s/Kathy-Ann Awkward</u>
            Kathy-Ann Awkward
            Sr. Project Supervisor

Enclosures

*RECEIVED JUN 26 2012*

1985 Marcus Avenue  |  Lake Success, NY 11042  |  P. 631.470.5000  F. 631.470.5100  |  gcginc.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | SIKNY SAAD <br> 8 CANFIELD CIR <br> DEARBORN HEIGHTS, MI 48127 |
| Claim Number (if known): | 65764 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6-14-2012.            X Sikny Saad

Print Name: SIKNE SAAD

Title (if applicable): _____

1

