UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                               :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.,*               :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,           :
                                                    :
             Debtors.                               :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.       I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.       On August 1, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document identified on Exhibit A annexed hereto, to be served by overnight delivery on the party identified on Exhibit B annexed hereto (affected party):

- **Letter from Stefanie Birbrower Greer, Dickstein Shapiro LLP, to The Honorable Shira A. Scheindlin, United States Bankruptcy Court, dated August 1, 2012, regarding Appeal of Dimitrios S. Marangos,** *pro se*.

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 7th day of
August, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

August 1, 2012

Via Facsimile (212) 805-7920

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Dimitrios S. Marangos v. Motors Liquidation Company
      Case No. 1:12-cv-04138-SAS

Dear Judge Scheindlin,

We represent the Motors Liquidation Company GUC Trust in the above-mentioned proceeding (the "**Appeal**").

Appellant Dimitrios S. Marangos, *pro se*, has appealed from a judgment of the United States Bankruptcy Court for the Southern District of New York, entered by Judge Robert E. Gerber on March 19, 2012. The Appeal was docketed in the United States District Court for the Southern District of New York on May 24, 2012.

To date, Appellant has not filed a moving brief. Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure requires a bankruptcy appellant to "serve and file a brief within 15 days after entry of the appeal on the docket pursuant to Rule 8007." The deadline for Mr. Marangos to file his brief was June 11, 2012.

In light of the foregoing, the GUC Trust respectfully requests that the Court either dismiss the Appeal or set a briefing schedule which gives Mr. Marangos another opportunity to file a brief in support of his Appeal.

If the Court determines to set a briefing schedule, we propose the following:

- Appellant (Mr. Marangos) shall serve and file his brief (the "Appellant Brief") on or before August 30, 2012

- Appellee shall serve and file its brief 14 days after the Appellant Brief, if any, appears on the electronic docket for the Appeal

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC

DOCSNY-512620v1

**DICKSTEIN**SHAPIRO LLP

The Honorable Shira A. Scheindlin
August 1, 2012
Page 2

- Appellant (Mr. Marangos) may serve and file a reply brief 14 days after the date the brief filed by Appellee (the GUC Trust) appears on the electronic docket for the Appeal

The GUC Trust reserves all rights with respect to the Appeal, including, but not limited to, the right to seek dismissal of the Appeal if Appellant does not file a brief by the dates required by applicable law or any deadline ordered by the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

Stefanie Birbrower Greer

cc:    Dimitrios S. Marangos (via overnight mail)

# EXHIBIT B

MARANGOS, DIMITRIOS S
3162  GLENGROVE  DR
ROCHESTER HILLS, MI 48309-2735

MARANGOS, DIMITRIOS S
41604 HUNTINGTON DR.
BLDG C23
STERLING HEIGHTS, MI 48313-3125