KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Brendan M. Scott
570 Seventh Avenue, 17th Floor
New York, New York 10018
Phone: (212) 972-3000
Fax: (212) 972-2245

*Counsel for Castle Buick-GMC, Inc.
and Grossinger Autoplex, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) |
| Debtors. | |

------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ira M. Levin, a member in good standing of the bar in the State of Illinois, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Castle Buick-GMC, Inc., a corporation organized under the laws of the State of Illinois ("Castle") and Grossinger Autoplex, Inc., a corporation organized under the laws of the State of Illinois ("Grossinger") in the above-captioned bankruptcy case.

My mailing address is 330 North Wabash Avenue, 22nd Floor, Chicago, IL 60611; email address is ilevin@burkelaw.com; and telephone number is (312) 840-7065.

I agree to pay the fee of $25 upon entry of an Order by this Court admitting me to practice *pro hac vice*.

Dated: July 16, 2012
New York, New York

_____
Ira M. Levin