UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re:                                                      Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,                         Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.

Debtors.

------------------------------------------------------------- x

### ORDER ADMITTING IRA M. LEVIN TO PRACTICE, *Pro Hac Vice*

**ORDERED**, that Ira M. Levin is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: July ____, 2012
       New York, New York

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE