**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Motors Liquidation Company.** : | **09-50026** (REG) |
| : | |
| : | |
| Debtors. : | |
| _____ x | |

### ORDER GRANTING MOTION FOR ADMISSION, *Pro Hac Vice*

ORDERED, that Ira M. Levin, Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: *August 10, 2012*

*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE