UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                             :   Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.,*             :   Case No. 09-50026 (REG)
        f/k/a General Motors Corp., *et al.,*     :
                                                  :
                Debtors.                          :   (Jointly Administered)
                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss
COUNTY OF NASSAU        )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On August 9, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Atul C. Shah MD, 2884 Manorwood Dr, Troy, Michigan 48085-1145 (affected party):

- **Notice of Presentment of Proposed Order Granting Debtors' Objection to Proof of Claim No. 28820 Filed by Atul Shah**.

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 10th day of
August, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015