**EXHIBIT B**

**Exhibit B**

**MLC GUC Trust**

**Wind-Down**

**Actual vs. Approved Budget Report**

($ in thousands)

| | | April - June 2012 Actual (1) | April - June 2012 Budget (2) | Variance to Budget o(u) $ | % | Notes |
|---|---|---|---|---|---|---|
| 1 | AlixPartners | $ 2,022.5 | $ 2,177.1 | ($154.6) | (8%) | |
| 2 | Lead Counsel | 1,520.5 | 1,894.5 | (374.0) | (25%) | Timing |
| 3 | ADR | 476.3 | 2,316.3 | (1,840.0) | (386%) | Under budget due to settlements in lieu of litigation |
| 4 | Nova Scotia Litigation | 1,895.7 | 1,302.8 | 592.9 | 31% | Over budget due to complexity of litigation and timing of upcoming trial |
| 5 | Stewart McKelvey | 0.0 | 37.5 | (37.5) | 0% | |
| 6 | **Total Professional Fees** | **5,915.0** | **7,728.2** | **(1,813.2)** | **(31%)** | |
| 7 | Garden City Group | 181.6 | 180.0 | 1.6 | 1% | |
| 8 | GUC Trustee Fees - Wilmington | 694.4 | 579.0 | 115.4 | 17% | Variance driven by reimbursable expenses |
| 9 | GUC Trustee Legal-Gibson | 179.8 | 75.0 | 104.8 | 58% | Timing and additional unanticipated work |
| 10 | Monitoring Fees | 397.0 | 409.0 | (12.0) | (3%) | |
| 11 | Acctg & Tax Advisors | 256.0 | 151.2 | 104.8 | 41% | Over budget related to the timing of the annual audit during current quarter |
| 12 | Rent/Facilities Expense | 20.0 | 44.4 | (24.4) | (122%) | Timing |
| 13 | Insurance Expense - Wind Down | 25.1 | 0.0 | 25.1 | | Timing; budget reflects full year expense being paid in Q1 vs quarterly recognition of actual expense |
| 14 | Michigan Tax on DIP Loan | 0.0 | 0.0 | 0.0 | 0% | |
| 15 | **Total Other Costs** | **1,753.9** | **1,438.6** | **315.3** | **18%** | |
| | Contingency | 0.0 | 712.5 | (712.5) | 0% | Timing |
| 16 | **Total GUC Trust Expenses** | **$ 7,668.9** | **$ 9,879.3** | **($ 2,210.3)** | **(29%)** | |

(1) The actual results for the GUC Trust's Fiscal Quarter reflect expenses incurred in and accrued for the quarter ended June 30, 2012 and do not include any reconciliation with prior period accruals; as such, the presentation of actual results does not strictly comply with Generally Accepted Accounting Principles.

(2) As revised May 2012 submitted to and approved by the DIP Lenders and Trust Monitor.