# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Motors Liquidation Company** | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **Banc of America Leasing & Capital, LLC**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

**Former Address**

Banc of America Leasing & Capital, LLC
Attn: General Counsel
One Financial Plaza
Providence, RI 02903

**New Address**

Banc of America Leasing & Capital, LLC
c/o Avenue TC Fund, L.P.
399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

I hereby declare under penalty of perjury that the forgoing is true and correct.

/s/
By: David S. Leinwand, SVP
Avenue TC Fund, L.P., by Power of
Attorney for Banc of America
Leasing & Capital, LLC

Date: August 14, 2012