UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY *et al.*, | |
| f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---

**WITHDRAWAL OF PROOF OF CLAIM NUMBER 50659 OF STATE OF OHIO DEPARTMENT OF DEVELOPMENT**

State of Ohio Department of Development ("ODOT"), through Ohio Attorney General Michael DeWine, hereby withdraws claim number 50659 in the amount of $2,299,508.76 filed against Motors Liquidation Company (f/k/a General Motors Corporation) in this matter. ODOT authorizes the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the Debtor.

Dated: August 16, 2012

                                              Respectfully Submitted,

                                              MICHAEL DEWINE
                                              Ohio Attorney General

                                              /s/ Victoria D. Garry
                                              VICTORIA D. GARRY
                                              (OH Bar Reg. No. 0037014)
                                              Assistant Attorney General
                                              1600 Carew Tower
                                              441 Vine Street
                                              Cincinnati, Ohio 45202
                                              513.852.3497
                                              513.852.3484 (FAX)
                                              victoria.garry@ohioattorneygeneral.gov

                              Attorney for Ohio Department of Development

## **CERTIFICATE OF SERVICE**

This is to certify that on August 16, 2012, a true and correct copy of the *Withdrawal of Proof of Claim Number 50659 of State of Ohio Department of Development* was served via the Court's electronic filing system on all parties that have entered their appearance herein so as to receive electronic service of pleadings.

                              MICHAEL DEWINE
                              Ohio Attorney General

                              /s/ Victoria D. Garry
                              VICTORIA D. GARRY
                              Assistant Attorney General