

RECEIVED
AUG 1 5 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                :

**In re**                           :        Chapter 11 Case No.
                                :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :       09-50026 (REG)
      **f/k/a General Motors Corp.,** *et al.*  :

                                :

                    **Debtors.**      :        (Jointly Administered)
                                :

------------------------------------------------------------x

### ORDER GRANTING OBJECTION TO JUANITA PICKETT'S DESIGNATION OF CONTENTS AND STATEMENT OF ISSUES FROM THE RECORD

Upon the Objection to Juanita Pickett's Designation of Contents and Statement of Issues, which seeks clarification of the issues on appeal and to eliminate certain documents from the record, as designated by Juanita Pickett (the "**Statement**") in connection with her appeal from the Order Granting Objection to Proofs of Claim Nos. 18839 and 70846; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the Objection and found and determined that the relief sought is consistent with applicable law, therefor, it is:

        ORDERED that the relief requested in the Objection is granted; and it is further

        ORDERED that the documents on pages 2-9 and 17 as listed in the Statement are eliminated from the record; and it is further

        ORDERED that Ms. Pickett shall file a revised Statement with the Court on or before August *17*, 2012, which (i) clarifies the issues for appeal and (ii) designates documents for the record consistent with this Order *or states that no other documents are to be designated*; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      August __3__, 2012

_/s/ **Robert E. Gerber**_
United States Bankruptcy Judge

Presentment Date and Time: August 2, 2012 at 12:00 p.m. (Eastern Time)
Response Deadline: July 30, 2012 at 12:00 p.m. (Eastern Time)

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
                                   :

**In re**                             :         **Chapter 11 Case No.**

**MOTORS LIQUIDATION COMPANY,** *et al.*,   :         **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*    :

                     **Debtors.**     :         **(Jointly Administered)**

                                     :
-----------------------------------------------------x

**NOTICE OF PRESENTMENT OF OBJECTION OF**
**THE GUC TRUST TO JUANITA PICKETT'S**
**DESIGNATION OF CONTENTS AND STATEMENT OF ISSUES**

     **PLEASE TAKE NOTICE** that, upon the annexed objection of the Motors

Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors

(collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter

11 Plan dated March 18, 2011, the undersigned will present the Proposed Order approving the

Objection to Juanita Pickett's Designation of Contents and Statement of Issues (the " **Pickett**

**Objection**"), attached as <u>**Exhibit A**</u> to the Objection, to the Honorable Robert E. Gerber, United

States Bankruptcy Judge, for signature at Room 621 of the United States Bankruptcy Court for the

Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New

York 10004 on **August 2, 2012 at 12:00 p.m. (Eastern Time)** .

09-50026-mg   Doc 12022   Filed 08/15/12   Entered 08/21/12 10:27:15   Main Document
Pg 4 of 49
09-50026-reg Doc 11967-2 Filed 07/23/12 Entered 07/23/12 16:40:43 Exhibit A to the
Objection of the GUC Trust to Juanita Picketts Designatio Pg 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

                                         :    **Chapter 11 Case No.**

**In re**                              :

                                     :    **09-50026 (REG)**

**MOTORS LIQUIDATION COMPANY**, *et al.*  :

    **f/k/a General Motors Corp.**, *et al.*,  :

                                     :    **(Jointly Administered)**

                      **Debtors.**         :

                                     :

-------------------------------------------------------- x

## ORDER GRANTING OBJECTION TO JUANITA PICKETT'S DESIGNATION OF CONTENTS AND STATEMENT OF ISSUES FROM THE RECORD

Upon the Objection to Juanita Pickett's Designation of Contents and Statement of Issues, which seeks clarification of the issues on appeal and to eliminate certain documents from the record, as designated by Juanita Pickett (the "**Statement**") in connection with her appeal from the Order Granting Objection to Proofs of Claim Nos. 18839 and 70846; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the Objection and found and determined that the relief sought consistent with applicable law:

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that the documents on pages 2-9 and 17 as listed in the Statement are eliminated from the record; and it is further

ORDERED that Ms. Pickett shall file a revised Statement with the Court on or before August 10, 2012, which (i) clarifies the issues for appeal and (ii) designates documents for the record, consistent with this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Motors Liquidation*
*Company GUC Trust*

Sent to

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                            :
**In re**                                    :        **Chapter 11 Case No.**
                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :        **09-50026 (REG)**
        f/k/a **General Motors Corp.**, *et al.*   :
                                            :
                        **Debtors.**         :        **(Jointly Administered)**
                                            :
-------------------------------------------------------------x

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD TO BE PRESENTED ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Motors Liquidation Company GUC Trust ("the **GUC Trust**"), as appellee, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), respectfully submits the following designation of additional items (the "**Additional Designated Items**") to be included in the record of the appeal filed by Juanita Pickett (the "**Appellant**") of the Bankruptcy Court's decision read into the record at the hearing held on May 15, 2012 (Docket No. 11754) and the related Order dated June 5, 2012 (Docket No. 11782). The GUC Trust requests that the Additional Designated Items be included in the record to be presented on appeal to the District Court for the Southern District of New York in addition

Dated: New York, New York
     July 23, 2012

              */s/ Stefanie Birbrower Greer*
              Barry N. Seidel (BS-1945)
              Stefanie Birbrower Greer (SG-2898)

              DICKSTEIN SHAPIRO LLP
              1633 Broadway
              New York, New York 10019-6708
              Telephone: (212) 277-6500
              Facsimile: (212) 277-6501

              Attorneys for Motors Liquidation
              Company GUC Trust

09-50026-reg  Doc 11967-1  Filed 07/23/12  Entered 07/23/12 16:40:43  Objection of the GUC
Trust to Juanita Picketts Designation of Contents an Pg 3 of 2
Presentment Date and Time: August 2, 2012 at 12:00 p.m. (Eastern Time)
Response Deadline: July 30, 2012 at 12:00 p.m. (Eastern Time)

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Motors Liquidation*
*Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                        :
**In re**                               :        **Chapter 11 Case No.**
                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,* :     **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                        :
                **Debtors.**            :        **(Jointly Administered)**
                                        :
---------------------------------------------------------x

## OBJECTION OF THE GUC TRUST TO JUANITA PICKETT'S
## DESIGNATION OF CONTENTS AND STATEMENT OF ISSUES

The Motors Liquidation Company GUC Trust ("the **GUC Trust**"), as appellee, formed

by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter

11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to

time, the "**Plan**"), hereby submits this objection (the "**Objection**") to the Designation of

Contents and Statement of Issues filed by appellant Juanita Pickett ("**Appellant**") dated July 5,

2012 (the "**Statement**"). Appellant is appealing from the Order Granting Objection to Proofs of

Claim Nos. 18839 and 70846 filed by Juanita Pickett, dated June 5, 2012 (the "**Order**"). In

support of this Objection, the GUC Trust hereby represents:

1.    On or about July 5, 2012, Appellant filed the Statement (Docket No. 11912). The

Statement is defective in that it (i) fails to set forth the issues designated by the Appellant for

09-50026-mg    Doc 12022    Filed 08/15/12    Entered 08/21/12 10:27:15    Main Document
Pg 8 of 49
09-50026-reg  Doc 11967-1  Filed 07/23/12  Entered 07/23/12 16:40:43   Objection of the GUC
Trust to Juanita Picketts Designation of Contents an Pg 3 of 3

WHEREFORE, the GUC Trust respectfully requests that this Court (a) eliminate

the Improper Documents from the record on appeal and (b) grant such other and further relief as

the Court deems just, proper and equitable.

Dated: New York, New York
July 23, 2012

/s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

CIVIL LITIGATION
PERSONAL INJURY
PRODUCTS LIABILITY
WRONGFUL DEATH

Law Offices of
## MONGE & ASSOCIATES
Telephone: 678.579.0203
Facsimile: 678.579.0204

1858 Independence Square
Suite D
Atlanta, Georgia 30338

October 28, 2005

Ms. Juanita Pickett
3136 Justice Mill Court
Lawrenceville, Georgia 30044

Dear Ms. Pickett,

I regret to say that we will not be able to provide legal representation related to your personal injury case and am returning your file. The insurance carrier involved in your case has denied liability on the claim and has made a top offer of $2,500.00. Should you desire to accept this offer, you will need to contact Ms. Tanya Morris with General Motors at 1-800-888-0164. You will need to refer to claim number 484196.

Neither myself nor my staff will be taking any further action on this matter. This decision is based on our opinion that the risk in pursuing this matter further outweighs any potential benefit to be gained. Please note that the statute of limitations for bringing a personal injury case is two years from when your cause of action accrued. If your claim is not filed within the proper time period it is forfeited. If you have any questions, I would recommend that you consult an attorney as soon as possible.

While we are no longer representing you in this particular case, we wish you the best in the times ahead. Please feel free to contact us in the future should you need our services in connection with representation in any new or different matters.

With kindest regards, I remain,

Very truly yours,

Marc Grawert

MG/st
Enclosures

# MESSAGE CONFIRMATION

FEB-11-2005 02:27PM FRI

| | | |
|---|---|---|
| NAME/NUMBER | : | 13136650911 |
| PAGE | : | 002 |
| START TIME | : | FEB-11-2005 02:27PM FRI |
| ELAPSED TIME | : | 00'36" |
| MODE | : | G3 STD  ECM |
| RESULTS | : | [ O.K ] |

FAX NUMBER : 4048708502
NAME       : MONGE ASSOCIA

---

CIVIL LITIGATION
PERSONAL INJURY
PRODUCTS LIABILITY
WRONGFUL DEATH

Law Offices of
MONGE & ASSOCIATES
Telephone: 404.870.8503
Facsimile: 404.870.8502

1858 Independence Square
Suite D
Atlanta, Georgia 30338

February 11, 2005

VIA FACSIMILE 313.665.0911 AND
CERTIFIED MAIL - RETURN RECEIPT
ESIS /GM Central Claims Unit
Claims Dept., Ms. Tanya Morris
P.O. Box 300
Mail Code 482 C20 D71
Detroit, Michigan 48265-3000
1.800.888.0164

Re:  Demand for Pre-Suit Disclosure of Insurance Limits
     Your Insured:   General Motors Corporation
     Claim No.       484196
     Our Client:     Juanita Pickett
     Date of Loss:   June 22, 2004

Dear Ms. Morris,

Please be advised that our office has been retained to provide legal representation on behalf of the referenced client concerning personal injuries incurred as a result of vehicle rollover.

Pursuant to O.C.G.A. §33-3-28A, you are required to provide us with the following policies covering your insured: motor vehicle liability policy coverages, name of each insured and the limits of coverage and all other policies or coverage available. Copies of the Declaration Pages of all policies which may provide coverage with regard to this incident may be substituted for the specific information requested above.

Please do not attempt to speak with our client with regard to the facts surrounding this accident, emergency medical treatment sought or follow up therapy.

I will look forward to working with you on this matter. With kindest regards, I remain,

Very truly yours,

Marc Grawert

cc: Ms. Pickett
MG/sa



# GWINNETT HOSPITAL SYSTEM

1000 Medical Center Blvd. 678-442-4440

| Gwinnett Women's Pavilion | Joan Glancy Memorial Hospital | Glancy Outpatient Center | 575 Outpatient Imaging Center |
| Lawrenceville, GA | Duluth, GA | Duluth, GA | Lawrenceville, GA |

## RADIOLOGY CONSULTATION REPORT

| | | | |
|---|---|---|---|
| **NAME:** | PICKETT, JUANITA | | |
| **EXAM:** | XR CERVICAL SPINE, W/OBL (ROUT | **EXAM #:** | E-03026222 |
| **PT LOCATION:** | EMERGENCY ROOM, Gwinnett Medical Center | **PT Rm/Bed** | B08/O |
| **ORDERED BY:** | KEITH BUCHANAN    JR  MD | **MR #:** | 744913 |
| **ORDERED:** | 06/22/2004 22:20 | **DOB:** | 05/16/1934 |
| **SERVICE DATE:** | 06/23/2004 | **BY:** | WEBB, JESSE |
| **ACCOUNT #:** | 13873815 | | |

XR CERVICAL SPINE, W/OBL (ROUT

I. LATERAL CERVICAL SPINE
II. CERVICAL SPINE WITH OBLIQUES

FINDINGS: Routine views demonstrate osteopenia. No fracture or subluxation is demonstrated. There is no bone destruction, prevertebral swelling, or disc space narrowing.

IMPRESSION: No fracture or subluxation.

DICTATED BY:

STEPHEN F LEGUM, M.D.

Released By: STEPHEN F LEGUM, M.D.

Transcribed By:    TLMU

Jun 23, 2004 19:15:44

06/23/2004 09:32:30

Exam #: E-03026222

*Page 1*

# GWINNETT HOSPITAL SYSTEM

P.O. BOX 1190
LAWRENCEVILLE, GEORGIA 30046
678-442-5600

| PATIENT | | TYPE/CLASS | SERVICE | THROUGH | | | | PAGE | STMT. DATE |
|---------|---|-----------|---------|---------|---|---|---|------|-----------|
| JUANITA PICKETT | | 8/0 | 06/22/04 | 06/23/04 | D ER MC40 | 70 Y | | 1 | 02/21/05 |

**RESPONSIBLE PARTY**

JUANITA PICKETT
3136 JUSTICE MILL CT
LAWRENCEVILLE, GA  30044

| ADMIT DATE | DISCHARGE DATE |
|------------|----------------|
| 06/22/04 | 06/23/04 |

| STAY | ACCOUNT NO. |
|------|-------------|
| 0 | 13873815-01 |

| GUARANTOR NO. | AMOUNT PAID |
|---------------|-------------|
| 369364803 | |

| HISTORY NO. | |
|-------------|---|
| 744913 | $ |

## ITEMIZED STATEMENT

| PATIENT | ACCOUNT NO. | SERVICE | THROUGH | PAGE |
|---------|-------------|---------|---------|------|
| JUANITA PICKETT | 13873815-01 | 06/22/04 | 06/23/04 | 2 |

| DATE | ITEM# | HCPCS | DESCRIPTION | QTY | AMOUNT |
|------|-------|-------|-------------|-----|--------|
| | | | *** TOTAL | | 1,691.00 |

* PLEASE KEEP THIS ITEMIZED BILL FOR YOUR INCOME TAX AND OTHER RECORDS. THIS IS THE ONLY ITEMIZED BILL YOU WILL RECEIVE.

* YOU ARE RESPONSIBLE FOR PAYMENT OF YOUR BILL, IF NOT PAID BY YOUR INSURANCE COMPANY.

* FEES FOR PHYSICIAN'S PROFESSIONAL SERVICES WILL BE BILLED DIRECTLY BY THE PHYSICIANS.

CIVIL LITIGATION
PERSONAL INJURY
PRODUCTS LIABILITY
WRONGFUL DEATH
MASS TORTS

Law Offices of
**MONGE & ASSOCIATES**
**Writer's Direct: 678.579.9157**
mgrawert@injurylawattorneys.org

1858 Independence Sq., Ste. D
Atlanta, Georgia 30338
Telephone: 404.870.8503
Facsimile: 404.870.8502

August 22, 2005

Ms. Juanita Pickett
3136 Justice Mill Court
Lawrenceville, Georgia 30044

Dear Ms. Pickett,

Please find enclosed a Payroll and Personnel Records Authorization which will allow our office to obtain information pertaining to your lost wage claim. Please complete the form by indicating your dates of employment, your department, and the address and phone number of your employer in the appropriate spaces. Please also sign and date the form and return it to me in the self-addressed, stamped envelope provided.

Should you have any questions or concerns, please feel free to contact me anytime.

With kindest regards, I remain,

Very truly yours,

Marc Grawert

MG/st

| CIVIL LITIGATION | Law Offices of | |
|---|---|---|
| PERSONAL INJURY | **MONGE & ASSOCIATES** | 1858 Independence Square |
| PRODUCTS LIABILITY | Telephone: 678.579.0203 | Suite D |
| WRONGFUL DEATH | Facsimile: 678.579.0204 | Atlanta, Georgia 30338 |

August 15, 2005

ESIS /GM Central Claims Unit
Claims Dept., Ms. Tanya Morris
P.O. Box 300
Mail Code 482 C20 D71
Detroit, Michigan 48265-3000
1.800.888.0164

| Re: | Your Insured: | **General Motors Corporation** |
|---|---|---|
| | Claim No. | **484196** |
| | Our Client: | **Juanita Pickett** |
| | Date of Loss: | **June 22, 2004** |

Dear Ms. Morris,

Please be advised that our office continues to represent the above-referenced client. You can expect to hear from us within the next several weeks regarding her claim.

With kindest regards, I remain,

Very truly yours,

Marc Grawert

MG/sam

| CIVIL LITIGATION | Law Offices of | |
| PERSONAL INJURY | **MONGE & ASSOCIATES** | 1858 Independence Square |
| PRODUCTS LIABILITY | · Telephone: 678.579.0203 | Suite D |
| WRONGFUL DEATH | Facsimile: 678.579.0204 | Atlanta, Georgia  30338 |

August 29, 2005

Wal-Mart #01-1373
Attn: Employee Records
4004 Lawrenceville Highway, N.W.
Lilburn, Georgia 30047-2820

**Employee:   Juanita Pickett**

Dear Sir or Madam,

Please be advised that our office has been retained to provide legal representation on behalf of the above-referenced client/employee concerning personal injuries incurred as a result of an automobile accident occurring on June 22, 2004. It is crucial to our representation of Ms. Pickett that we verify her time away from work due to the incident.

Accordingly, I have enclosed a wage and salary verification which lists the information that we need. I have also included a Payroll and Personnel Records Authorization signed by Ms. Pickett which authorizes us to receive this information and which also authorizes you to provide us with copies of her personnel and payroll records.

Kindly fill out the Wage and Salary Verification and return it to our office along with copies of Ms. Pickett's payroll and personnel records within ten (10) days of your receipt of this correspondence. If you incur any charges in providing the requested documentation, please let me know and our office will reimburse you for all reasonable and necessary copy charges. If you are unable to provide the requested documentation, please contact the undersigned immediately.

Thank you in advance for your valuable assistance and cooperation in this matter.

With kindest regards, I am,

Very truly yours,

Marc Grawert

MG/sam
Enclosure
cc: Ms. Pickett



**esis**

ESIS/GM Central Claims Unit
P.O. Box 300
Mail Code 482 C20 D71
Detroit, MI 48265-3000

800.888.0164 *tel*
313.665.0911 *fax*

Tanya R. Morris
Claims Administrator

August 17, 2004

Juanita Pickett
3136 Justice Mill Ct.
Lawrenceville, GA  30044-3246

RE:  Our File No.:      484196
     Our Client:        General Motors Corporation
     Date/Event:        06/22/04
     Subject vehicle:   2003 Buick Rendezvous
     VIN:               3G5DA03E83S529433

Dear Ms. Pickett:

ESIS provides administrative claims handling services to General Motors (GM) in connection with
product liability claims against GM. They have referred your claim to our office for further handling.
Please address all future correspondence to my attention.

So we may further investigate your claim, we request that you provide us with the following information:

1. Statement describing the incident, outlining the date, time and events regarding this matter.  Also
   statements of other witnesses, if available would be appreciated;
2. Proof of defect in your vehicle, including expert's reports, mechanic statements, or other supporting
   documentation;
3. All medical records concerning the injuries suffered as a result of this accident;  attached you will
   find copy of the Medical Release, please sign and send to my attention.
4. Original photographs (or color copies) taken by you, or someone on your behalf, of the vehicle that is
   the basis of your claim;
5. Documentation to substantiate the type and amount of damages claimed;
6. Current location of the subject vehicle.  If you are in possession of the subject vehicle, you have an
   obligation and responsibility to ensure that the subject vehicle and its related components are
   maintained and preserved in their immediate post-incident condition for as long as you intend to
   pursue a claim and/or cause of action.

When we have received this information, we will be in a better position to consider your claim. Should
you have any questions regarding this letter or your claim, please do not hesitate to contact me directly at
800.888.0164, Monday through Friday, 8:00 a.m. to 4:30 p.m., EST

Sincerely,

Tanya R. Morris
Claims Administrator

*A Risk Management Services Company- One of the ACE Group of Companies*

Law Offices of

CIVIL LITIGATION
PERSONAL INJURY
PRODUCTS LIABILITY
WRONGFUL DEATH

# MONGE & ASSOCIATES
Telephone: 404.870.8503
Facsimile: 404.870.8502

1858 Independence Square
Suite D
Atlanta, Georgia  30338

February 11, 2005

Optimum Health
Billing Request
2855 Hwy. 317, Suite 760-318
Suwanee, Georgia 30024
678.546.0550

Re:   Patient/Client:   **Juanita Pickett**
        Date of Birth:   **05/16/34**
        Social Security No.:   **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**
        Treatment Date:   **June 22, 2004 to present**

## REQUEST FOR MEDICAL BILLING

Dear Sir or Madam,

We represent the above referenced patient in a pending personal injury matter.

Since the at fault party is ultimately responsible for payment or reimbursement of medical bills arising from their negligence, it is crucial that we receive a billing summary of treatment charges with regard to the above referenced injury/condition.

This summary should include all charges for treatment and supplies, but SHOULD NOT REFLECT THE PAYMENTS, IF ANY, MADE BY INSURANCE CARRIERS, as this would be improper evidence.

I have enclosed a Medical Authorization form which authorizes us to receive this information to expedite this request.

Thank you for your prompt attention to this matter.

Very truly yours,

Sherrie Mitchell
Legal Assistant to Marc Grawert

cc: Ms. Pickett
MG/sa
Enclosure: Medical Authorization

*when the*
*get through*
*Claim she*

**JOHN LINDER**
SEVENTH DISTRICT, GEORGIA

———
COMMITTEE ON
WAYS AND MEANS

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1007

**WASHINGTON, DC, OFFICE:**
TEL: (202) 225-4272
FAX: (202) 225-4696

———

**DISTRICT OFFICE:**
TEL: (770) 232-3005
FAX: (770) 232-2909

**ONLINE OFFICE:**
HTTP://LINDER.HOUSE.GOV

October 1, 2007

Ms. Juanita Pickett
3136 Justice Mill Court
Lawrenceville, Georgia 30044-3246

Dear Ms. Pickett:

Thank you for contacting my office regarding an automobile accident. It is regrettable that you have had such a difficult time getting this resolved.

Since your problem does not involve a federal agency, I am not in a position to directly assist you. Therefore, by way of this letter your case is being referred to Thurbert E. Baker, Attorney General. If you would like to contact Mr. Baker, he can be reached at the following address:

Thurbert E. Baker, Attorney General
Department of Law, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-9003
(404) 656 3300

Again, I regret that I cannot assist you with this issue.

Sincerely,

John Linder
Member of Congress

JL: dsk

Cc: Thurbert E. Baker, Attorney General

**PLEASE DIRECT ALL POSTAL CORRESPONDENCE TO:**
1026 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1007

PRINTED ON RECYCLED PAPER

09-50026-mg    Doc 12022    Filed 08/15/12    Entered 08/21/12 10:27:15    Main Document
Pg 19 of 49                                                    Page 1 of 2
NHTSA ODI - Complaints
09-50026-reg Doc 11429 Filed 02/14/12 Entered 02/21/12 13:03:16 Main Document   Pg 26 of
66

 www.nhtsa.dot.gov
**nhtsa** ★
people saving people

### Office of Defects Investigation

# Complaints - Search Results

2 Records Displayed.

| Report Date : July 23, 2007 at *09:27 AM* |
|---|
| ODI Numbers Searched: **10178296** |

**Make :** BUICK          **Model :** RENDEZVOUS          **Year :** 2003

**Manufacturer :** GENERAL MOTORS CORP.

**Crash :** Yes          **Fire :** No          **Number of Injuries:** 1

**ODI ID Number :** 10178296          **Number of Deaths:** 0

**Date of Failure :** June 22, 2004

**VIN :** 3G5DA03E83S...

**Component:** SUSPENSION

**Summary:**
   TL* - THE CONTACT OWNS A 2003 BUICK RENDEZVOUS CX/CSL. THE CONTACT WAS DRIVING AT 5-10 MPH IN BUMPER TO BUMPER TRAFFIC. SHE APPLIED THE BRAKES AND THE CAR STARTED SHAKING FROM SIDE TO SIDE AND THEN IT FLIPPED OVER THREE TIMES, LANDING IN AN EMBANKMENT. THE CONTACT STATED THAT IT HAD RAINED EARLIER THAT DAY, BUT THAT THIS INCIDENT HAPPENED APPROXIMATELY TWO HOURS AFTER THE RAIN STOPPED. THE CONTACT WAS INJURED AND WAS CURRENTLY STILL UNDER THE CARE OF A DOCTOR. THE POLICE WERE CONTACTED, HOWEVER, THEY NEVER CAME TO THE SCENE. THE CONTACT STATED THAT NO RESEARCH WAS DONE CONCERNING THE CAUSE OF THE CRASH. *AK UPDATED 1/29/2007 - *NM

**Make :** BUICK          **Model :** RENDEZVOUS          **Year :** 2003

**Manufacturer :** GENERAL MOTORS CORP.

**Crash :** Yes          **Fire :** No          **Number of Injuries:** 1

**ODI ID Number :** 10178296          **Number of Deaths:** 0

**Date of Failure:** June 22, 2004

**VIN :** 3G5DA03E83S...

**Component:** SERVICE BRAKES, HYDRAULIC

**Summary:**
   TL* - THE CONTACT OWNS A 2003 BUICK RENDEZVOUS CX/CSL. THE CONTACT WAS DRIVING AT 5-10 MPH IN BUMPER TO BUMPER TRAFFIC. SHE APPLIED THE BRAKES AND THE CAR STARTED SHAKING FROM SIDE TO SIDE AND THEN IT FLIPPED OVER THREE TIMES, LANDING IN AN EMBANKMENT. THE CONTACT STATED THAT IT HAD RAINED EARLIER THAT DAY, BUT THAT THIS INCIDENT HAPPENED APPROXIMATELY TWO HOURS AFTER THE RAIN STOPPED. THE CONTACT WAS INJURED AND WAS CURRENTLY STILL UNDER THE CARE OF A DOCTOR. THE POLICE WERE CONTACTED, HOWEVER, THEY NEVER CAME TO THE SCENE. THE CONTACT STATED THAT NO RESEARCH WAS DONE CONCERNING THE

**Message Confirmation Report**                          **OCT-03-2009 12:03 SAT**

| | | |
|---|---|---|
| Fax Number | : | 7704172332 |
| Name | : | PUBLIX COM AREA 0722 |

| | | |
|---|---|---|
| Name/Number | : | 6789244411 |
| Page | : | 1 |
| Start Time | : | OCT-03-2009 12:03 SAT |
| Elapsed Time | : | 00'16" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

If you have any questions relating to this Notice, please feel free to contact AlixPartners at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

1.    **WHO MUST FILE A PROOF OF CLAIM**

    You MUST file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to June 1, 2009, including a 503(b)(9) Claim, and it is not one of the other types of claims described in Section 2 below. Acts or omissions of the Debtors that arose before June 1, 2009 may give rise to claims against the Debtors that must be filed by the applicable Bar Date, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to June 1, 2009.

    Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means:  (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.  Further, claims include unsecured claims, secured claims, priority claims, and 503(b)(9) Claims (as defined in Section 2(d) below).

2.    **WHO NEED NOT FILE A PROOF OF CLAIM**

    You need not file a Proof of Claim if:

    (a)    Your claim is listed on the Schedules (as defined below) and (i) is not described in the Schedules as "disputed," "contingent," or "unliquidated," (ii) you do not dispute the amount or nature of the claim set forth in the Schedules, and (iii) you do not dispute that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules;

    (b)    Your claim has been paid in full;

    (c)    You hold an interest in any of the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants or rights to purchase, sell or subscribe to such a security or interest; provided, however, that interest holders who wish to assert claims (as opposed to ownership interests) against any of the Debtors that arise out of or relate to the ownership or purchase of an interest, including claims arising out of or relating to the sale, issuance, or distribution of the interest, must file Proofs of Claim on or before the applicable Bar Date, unless another exception identified herein applies;

    (d)    You hold a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative claim; provided, however, 503(b)(9) Claims are subject to the General Bar Date as provided above.  Section 503(b)(9) provides in part:  "...there shall be allowed administrative expenses...including....(9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."  Accordingly, if you have a 503(b)(9) Claim, you must file a Proof of Claim on or before the General Bar Date;

    (e)    You hold a claim that has been allowed by an order of the Court entered on or before the applicable Bar Date;

    (f)    You hold a claim against any of the Debtors for which a separate deadline is fixed by the Court (whereupon you will be required to file a Proof of Claim by that separate deadline);

    (g)    You are a Debtor in these cases having a claim against another Debtor;

    (h)    You are an affiliate (as defined in section 101(2) of the Bankruptcy Code) of any Debtor as of the Bar Date;

**Gwinnett Hospital System**
**Emergency Department Report**

Patient Name:          PICKETT, JUANITA                 Room Number:
Medical Record         744913                            Account Number:  13873815
Number:

Page 2

The patient was discharged home.  I will treat her for cervical and thoracic strain, status post motor vehicle accident.  Lortab and Robaxin for pain.  Motor vehicle accident and neck injury instructions.  Follow up with primary care physician in approximately 1 week.


Keith C Buchanan MD

D: 06/23/2004 01:21:24        T: 06/23/2004 01:50:36        Job: 4376022

CC:

CIVIL LITIGATION
PERSONAL INJURY
PRODUCTS LIABILITY
WRONGFUL DEATH

Law Offices of
## MONGE & ASSOCIATES
Telephone: 678.579.0203
Facsimile: 678.579.0204

1858 Independence Square
Suite D
Atlanta, Georgia  30338

---

July 22, 2005

Gwinnett Medical Center
Medical Records Request
1000 Medical Center Blvd.
Lawrenceville, Georgia 30045

|  |  |  |
|--|--|--|
| Re: | Patient/Client : | **Juanita Pickett** |
|  | Date of Birth: | **05/16/34** |
|  | Social Security No.: | **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** |
|  | Treatment Date: | **April 1, 2005 to present** |

### 30-DAY HIPAA REQUEST FOR COPIES OF PHYSICAL THERAPY RECORDS

Dear Sir or Madam,

Please be advised it is crucial to our legal representation on behalf of this patient/client that we receive complete medical records for the specified dates of treatment.

Pursuant to HIPAA regulations, you "must act on a request for access no later than 30 days after receipt of the request . . ." If you are unable to act within this time period, the regulations allow an extension of time provided that, within the initial thirty days, you provide us with a written statement of the reasons for the delay and the date by which you will complete action on the request. See, 45 CFR 164.524(b)(2)(i).

Please also note that, pursuant to O.C.G.A. §31-33-3, a charge of up to $23.84 may be collected for search, retrieval and other administrative costs related to compliance with a medical records request. Copying costs shall not exceed $.89 per page for the first 20 pages of the patient's records; $.77 per page for pages 21-100; and $.60 for each page copied in excess of 100 pages. The actual cost of postage incurred in mailing the requested records may also be charged.

A HIPAA Compliant Medical Authorization signed by this patient directing your office to provide copies of the requested records has been enclosed to expedite this request.

Your anticipated cooperation remains very much appreciated.  With kindest regards, I am,

Very truly yours,

*Sherrie Mitchell*

Sherrie Mitchell
Legal Assistant to Marc Grawert

MG/sa
cc: Ms. Pickett
Enclosure: Medical Authorization

DATE: 12/14/04

TIME: _____

PATIENT NAME: Juanita Pickett

CALLER NAME: _____

HOME PHONE: 7-921-4339   WORK PHONE: /cell #

PHARMACY PHONE: 7-806-2787

DRUG ALLERGY: _____

STATEMENT OF PROBLEM: Needs RX that you gave her for carpal tunnel on left hand for her right hand too.

PROPOSED SOLUTION: _____

ACTION TAKEN: Order wrist splints from Annie. Faxed Annie RX & pt info.

BY: Emcy   DATE: 12/14/04   TIME: _____

5.    **WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to the form provided with this Notice ("**Proof of Claim Form**") or Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Additional Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

6.    **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

*Except with respect to claims of the type set forth in Section 2 above, any creditor who fails to file a Proof of Claim on or before the applicable Bar Date in the appropriate form in accordance with the procedures described in this Notice for any claim such creditor holds or wishes to assert against each of the Debtors, will be forever barred – that is, forbidden – from asserting the claim against each of the Debtors and their respective estates (or filing a Proof of Claim with respect to the claim), and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to the claim, and the holder will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, participate in any distribution in any of the Debtors' chapter 11 cases on account of the claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.*

7.    **THE DEBTORS' SCHEDULES, ACCESS THERETO, AND CONSEQUENCES OF AMENDMENT THEREOF**

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "**Schedules**"). If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the classification and amount of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the specified Debtor, and if your claim is not described as "disputed", "contingent", or "unliquidated", you need not file a Proof of Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules may be examined by interested parties on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at www.motorsliquidation.com and www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.). Copies of the Schedules may also be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004. Copies of the Debtors' Schedules may also be obtained by written request to the Debtors' claims agent at the address and telephone number set forth below:

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286
1-703-286-6401

# Gwinnett Hospital System

## Sports Medicine & Rehabilitation
Patient Information

PICKETT, JUANITA 05/16/1934    70 y
ACCT: 0014186405
01356  BRANCH, THOMAS P
ADMIT:04/23/2005   PT:T   SVC.GR  SEX:F
MRN: 0000744913

How did you hear about our clinic? _____

## MEDICAL HISTORY

1.    Injury/Condition: _____    Onset Date: _____

2.    Past medical history. Please check all that apply:
- ☐ Heart
- ☐ Lung
- ☑ High Blood Pressure
- ☐ Cancer
- ☐ Stroke
- ☑ Diabetes
- ☐ Seizures
- ☐ Currently pregnant
- ☐ Other _____

Medications: _____
Surgeries: _N O_____
Allergies: _N O_____

3.    This clinic may use a latex, elastic resistance product.  This product does not have latex powder.  Do you have a latex allergy?    Yes  (No)  If yes, please describe: _____

4.    Assistive devices that you currently use:
- ☐ Hearing aids
- ☐ Glasses
- ☐ Ambulatory devices
- ☐ Oxygen
- ☐ Wheelchair
- ☐ Other: _____
- ☑ Splints/braces
- ☐ Prosthesis

4.    Do you have any spiritual/religious and/or cultural beliefs that will affect your care in therapy?
_NO_____

6    What topics do you need/want to know about?  (medications, diagnosis, treatment, nutrition, etc.)
_____

7.    What is you primary language?    _English_    Spanish    Other:

8.    Do you have financial questions related to your treatment options?   Yes    No
If so, referral made to:    Case Manager    Financial Counselor

9.    How do you learn best?
- ☐ Reading
- ☐ Video
- ☐ Pictures
- ☐ Demonstration
- ☐ Listening
- ☐ Other

## FOR CLINIC USE ONLY: LEARNING ASSESSMENT OR PATIENT/FAMILY

- Shows ability to understand concepts and responds to questions:  (Yes)   No    Some
- Readiness to learn shown by:    Questions  (Interest)  Distracted    Denies Need    Other
- Unable to assess readiness due to: _____
- Therapist Signature: _____

# ✙ GWINNETT HEALTH SYSTEM

## 🔊 PROMINA

## Gwinnett Hospital System Emergency Services
### 1000 Medical Center Boulevard, Lawrenceville, Ga  30045
### 678-442-4321

**Prescriptions Received:** Lortab 5 5mg tab, Robaxin 500mg tab

**Discharge Instructions Received:** MOTOR VEHICLE ACCIDENTS, NECK INJURIES

**Drug Instructions Received:** NARCOTIC PAIN MEDICINE, SKELETAL MUSCLE RELAX-
ANTS

Referral:
*PMD. - Phone Number Known to Patient in 7 days

I hereby acknowledge receipt of the instructions indicated above. I understand that I have had
emergency treatment and that I may be released before all my medical problems are known or treat-
ed. I will arrange for follow-up care as instructed above.

Date/Time: 06/22/2004 23:39        Treating MD: Buchanan, Carlton

Patient Signature: X _Juanita Pickett_

Account Number: 0013873815

Medical Record Number: 744913

I have explained the instructions and have given a copy to the patient.

Nurse's Signature: _V.O. Bow RN_                    Date: _6/23/04_

Patient: Pickett, Juanita            Page 5 of 5            Tuesday - June 22, 2004 - 23:39

## FEE SUMMARY:

**$ 299.00** Court Filing Fee

**$1,000.00** Attorney's Fees

## FEES TO FILE PETITION:

**$ 299.00** Court Filing Fee

**$0.00** Attorney's Fee

## REMAINING ATTORNEY FEES:

**$ 1,000.00** Attorney's Fees to be paid over __5___ months
at $ _200_____ per month.

CLARK & WASHINGTON, P.C.
3300 N.E. EXPRESSWAY
BUILDING 3
ATLANTA, GA 30341
(404) 522-2222
(770) 220-0685 (FAX)
http://www.CW13.com

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)                    Case Number 07-72178-crm

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/2/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Juanita Pickett
3136 Justice Mill Court
Lawrenceville, GA 30044

| | |
|---|---|
| Case Number: 07-72178-crm<br>Judge: C. Ray Mullins<br><br>The entire case number, including judge initials, is required on all papers filed with the court. | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>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 |
| Attorney for Debtor(s) (name and address):<br>E. L. Clark<br>Clark & Washington, P.C.<br>Bldg. 3, Suite A<br>3300 Northeast Expwy.<br>Atlanta, GA 30341<br>Telephone number: 404-522-2222 | Bankruptcy Trustee (name and address):<br>Neil C. Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363<br>Telephone number: (404) 873-8596 |

### Meeting of Creditors

Date: September 10, 2007          Time: 01:00 PM
Location: Room 368, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. Additionally, **you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT.** Please bring a copy of this notice with you to the Meeting of Creditors.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/9/07**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404-215-1000 | Clerk of the Bankruptcy Court:<br>W. Yvonne Evans |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 8/6/07 |

# STATE BAR OF GEORGIA
## GRIEVANCE
### CONFIDENTIAL

Please type or print legibly.

YOUR NAME: Juanita Pickett

MAILING ADDRESS: 3136 Justice Mill Lawrenceville Ga 30044
Street or P. O. Box          City          State          Zip

YOUR PHONE NUMBERS: (W) _____ (H) 7709214339

NAME OF THE ATTORNEY: _____
Fill out a separate form for each attorney.  Do not list law firms.

ADDRESS OF THE ATTORNEY: _____

DATE OF FIRST CONTACT WITH ATTORNEY: _____    DATE OF LAST CONTACT WITH ATTORNEY: _____

DOES THIS ATTORNEY CURRENTLY REPRESENT YOU? _____

STATE WHAT THE ATTORNEY HAS DONE OR HAS NOT DONE THAT CAUSES YOU TO SUBMIT THIS REPORT.

In Aug. of this year which is 8/2007 the Highway Saftey Ass Respond to me To get in touch with the Carmaker and Attoney Genneral when I call Ms. Tanyn Morris I was sent to Maria, Ruiz, which she was suppose To open the case Back up so she told me to call Ms. Tanyn Morris For more Infomation When I call her She stated do I have an attoney? So I was Not Payed Anything I Lost My car, My Job, My Health, And my Home

If more space is needed, please attach other pages.  Please do not write on the back.

Cathy Pain

"I affirm that the information I have provided here is true to the best of my knowledge."

Return to:    State Bar of Georgia
Office of the General Counsel
104 Marietta Street, NW
Suite 100
Atlanta, Georgia 30303

SIGNATURE: Juanita Pickett

DATE: 11/5/07

OPTIONAL: PLEASE PROVIDE THE NAME AND PHONE NUMBER OF SOMEONE WE CAN CONTACT IF WE HAVE DIFFICULTY CONTACTING YOU:

NAME OF CONTACT PERSON: Comsunah Ex

PHONE NUMBERS OF CONTACT PERSON: (W) _____ (H) _____

IF YOU HAVE A DISABILITY AND NEED ASSISTANCE IN THE GRIEVANCE PROCESS,
PLEASE CONTACT THE ADA COORDINATOR AT (404) 527-8720 OR (800) 334-6865.

## IN THE MAGISTRATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

RESIDENTIAL FUNDING COMPANY,  )
LLC                          )
                             )
                             )
                             )          CASE NO.: 07-M-34998
        PLAINTIFF,           )
            v.               )
JUANITA PICKETT and/or all others,  )
                             )
                             )
        DEFENDANT.           )
                             )

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff in the above-styled dispossessory proceeding and pursuant to O.C.G.A. § 9-11-41 hereby voluntarily dismisses the above-styled proceedings WITHOUT PREJUDICE.

This ___11th___ day of January 2008.

MORRIS, SCHNEIDER, PRIOR,
JOHNSON & FREEDMAN L.L.C.
By: Kyle S. Ketake
Georgia Bar No.: 428697
Attorney for Plaintiff

1587 Northeast Expressway
Atlanta, GA  30329
(770) 234-9181
1926807

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

VOLUNTARY DISMISSAL WITHOUT PREJUDICE was served upon the following by

mailing same by United States First Class Mail in a properly addressed envelope with adequate

postage affixed thereon to insure delivery, addressed as follows:

> Juanita Pickett
> and/or all others
> 3136 Justice Mill Court
> Lawrenceville, GA 30044

This _____ day of January 2008.

Kyle S. Kotake
Georgia Bar No.: 428697
Attorney for Plaintiff

MORRIS, SCHNEIDER, PRIOR, JOHNSON & FREEDMAN L.L.C.
1587 Northeast Expressway
Atlanta, GA 30329
(770) 234-9181
1926807

09-50026-mg    Doc 12022    Filed 08/15/12    Entered 08/21/12 10:27:15    Main Document
Pg 32 of 49
09-50026-reg  Doc 11429  Filed 02/14/12  Entered 02/21/12 13:03:16  Main Document    Pg 66 of
Case 07-11218-crm    Document 3    Filed 08/02/2007    Page 2 of 2
66

## EXPLANATIONS

FORM B9A (10/05)

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Presumption of Abuse** | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named above, elect a committee of creditors, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date without further notice. |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy court by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. (See below for additional information regarding telephone and internet access to Bankruptcy Court records). |
| **Foreign Creditors** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## — Refer to Other Side for Important Deadlines and Notices —

An automated response for further information on this case is available 24 hours daily by calling the Court's Voice Case Information System (VCIS) toll free number at 800−510−8284 or 404−730−2866 or 404−215−1000 and select the option for VCIS. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet, days, night and weekends. The cost to use PACER is eight (8) cents per page up to a maximum of $2.40 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $10. If your balance is less than $10, no statement will be mailed and payment will be deferred until the balance due is greater than $10. The statement will only include the total amount due.

## PERSONAL REPORT OF ACCIDENT

This form should be completed when a traffic accident occurs and a law enforcement officer is not called to make a report. This report is for your personal use and should not be mailed to the Department of Motor Vehicle Safety, as it will be destroyed upon receipt.

**INSTRUCTIONS:**
1. Answer all questions to the best of your knowledge.  If unable to answer any questions, mark "not known".
2. Give exact time of accident (date, day and hour).
3. Under "Location of Accident" show sufficient information to locate exact scene of the accident.
4. Print or type all names and addresses.
5. Sign the report in the space provided on the reverse side.
6. Report must be complete as to exact names, birth dates, and drivers license numbers.
7. Use a second report form or a sheet of plain paper of the same size to report additional vehicles, injured persons, or witnesses, or any other information for which there is insufficient space.

**Time**

Date of Accident 6/22/04   Day of Week Tues   Hour 3 A.M. 3:30 P.M.   Weather Clear
(Clear, Raining, Fog, Etc.)

DO NOT WRITE IN THIS SPACE

**LOCATION**

Place Where Accident Occurred:   County DeKalb   City, Town Or Township _____

If accident was outside city limits indicate distance from nearest town.  Use two distances and two directions if necessary.
_____ miles south-north
_____ miles east-west
of { ☐ limits of ☐ center of } City or Town

ROAD ACCIDENT OCCURRED ON: Between I 285 + 85
Give name of street or highway number, (U.S. or State).  If no highway number, identify by name.

☑ At its intersection with: _____
Name of intersecting street or highway number

Check and complete one   OR   ☐ Not at intersection: { _____ feet south-north _____ feet east-west } of show nearest intersecting street or highway, house number, bridge, driveway or other identifying landmark.

**VEHICLES**

YOUR VEHICLE NUMBER 1

2003 Reader FWD 400   Vehicle License Plate 1.98 ½ o
Year  Make  Type (sedan, truck, taxi, bus, etc.)   Year  State  Number
Approximate cost to repair vehicle _____

Driver Juanita Pickett   3136 Justice Mill CT   Lawrencevil Ga
Driver's Full Name   Street   City and State

Occupation Sales   Driver's License Number 058710394   Driver's Birth Date 5 16 34   Age 70   Sex F
Carpenter, Sales Clerk, Etc.   State   Mo. Da Yr

Owner Juanita Pickett   3136 Justice Mill ct   Owner's Birth Date 5 16 34
Full Name   Street   City and State   Mo. Da Yr

Parts of Vehicle Damaged Total   Driveable ☐ Yes  ☐ No   Owner's Driver License 058710394

Is this vehicle covered by automobile liability insurance? ☑ Yes ☐ No   IF YES TO EITHER SHOW INSURANCE COMPANY Name Gmac Ins   State Number
If vehicle not covered, did driver have liability policy applicable? ☐ Yes ☐ No   Show Policy Number Here 063715 QA91m   Show name of insurance company not name of insurance agency.
Address PO Box 66937 St Louis MO

**Space for any third vehicle on reverse side. Total vehicles involved**

OTHER VEHICLE NUMBER 2

_____   Vehicle License Plate _____
Year  Make  Type (sedan, truck, taxi, bus, etc.)   Year  State  Number
Approximate cost to repair vehicle _____

Driver _____   Street _____   City and State _____
Full Name

Occupation _____   License _____   Birth Date _____   Age ___ Sex ___
Carpenter, Sales Clerk, Etc.   State   Number   Mo. Da Yr

Owner _____   Owner's Birth Date _____
Full Name   Street   City and State   Mo. Da Yr

Parts of Vehicle Damaged _____   Driveable ☐ Yes  ☐ No   Owner's Driver License _____

Is this vehicle or driver covered by automobile liability insurance? ☐ Yes ☐ No  If Yes show name of Insurance Company _____   State _____ Number _____

**DAMAGE TO PROPERTY OTHER THAN VEHICLE**
NAME OBJECT AND STATE NATURE OF DAMAGE _____   Approximate cost to repair $ _____
NAME AND ADDRESS OF OWNER OF DAMAGED PROPERTY _____

# Optimum Health

2850 L'Ville Suwanee Rd
Suwanee, GA 30024
678-546-0550
678-546-6885 Fax

Date ___9/10/04___

**To Whom It May Concern:**

This is to certify that ___Juanita Pickett___ has been/is under my
medical care and treatment.

He/she  was unable to perform his/her  normal job duties from ___8/30 - 9/15/04___
to _____.

☐ He/she  is released to return to full-duty.

☐ He/she is released to return to half-day schedule.

The following restrictions apply:

☐ none

☑ no lifting over 10 pounds

☑ no prolonged sitting or standing without exercise break

☑ no bending, stooping, stretching

Should there be any questions concerning our patient's condition, please do not
hesitate to contact this office.

Sincerely,

Rx Date/Time          APR-27-20        09:27
4-27-05  9:28AM:Universe    Orthoped
APR-26-2005(TUE) 09:10

ACCT# _014186405_

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

# PLAN OF TREATMENT FOR OUTPATIENT REHABILITATION
### (COMPLETE FOR INITIAL CLAIMS ONLY)

| 1. PATIENT'S LAST NAME | FIRST NAME | M.I. | 2. PROVIDER NO. 110°87 | 3. HICN 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 |
|---|---|---|---|---|
| Pickett | Juanita | | | |

4. PROVIDER NAME: GMC = ESR-Lou
5. MEDICAL RECORD NO. (Optional) 744913
6. ONSET DATE 6-22-04
7. SOC. DATE 4-23-05
9. PRIMARY DIAGNOSIS (Pertinent Medical DX) CTS
10. TREATMENT DIAGNOSIS Same
11. VISITS FROM SOC. 3

8. TYPE: ☐ PT ☐ OT ☐ SLP ☐ CR ☐ RT ☐ PS ☐ BN ☐ SW

12. PLAN OF TREATMENT FUNCTIONAL GOALS
PLAN: ☑ UE:
- Modalities
- ther. ex
- splints
- RSI education

— ADL use
— home man

GOALS (Short Term) X 4 weeks:
① Pt. states Ⓛ Ⓡ hand home manage-
ment: splint use / stretches.

OUTCOME (Long Term)
② Pt. states ↓ pain Ⓡ hands to improve
sleep pattern / LTG: ② able to open liason can/
bottle for ADL's Ⓛ Leg.

PT. GOALS: "Decrease pain + throbbing Ⓑ hands"

13. SIGNATURE (professional establishing POC including prof. designation)
_Pam Weber OT Lou # 693_
I CERTIFY THE NEED FOR THESE SERVICES FURNISHED UNDER ☐ N/A
THIS PLAN OF TREATMENT AND WHILE UNDER MY CARE.
15. PHYSICIAN SIGNATURE
18. DATE 4-27-05

RHAB POTENTIAL GOOD for stated goals
14. FREQ/DURATION (e.g. 3/WK x 4 WK) 2X weekly X 3-4 weeks.
17. CERTIFICATION FROM 4/12/05 THROUGH 5/11/05 N/A
18. ON FILE (Print/type physician's name) ☐ Thomas Branch, MD
19. PRIOR HOSPITALIZATION FROM ___ TO ___ N/A

20. INITIAL ASSESSMENT (History, medical complications, level of function at start of care. Reason for referral)

PRECAUTIONS: None Stated

This 70Y/o P°F referred per MD to evaluate & tx. Ⓑ hand
CTS. Pt. states has Ⓑ cock-up splints for pm use.   Pain: Pt. state
Grip R: 55#   L: 46#   Arom: Ⓑ UE's WFL   UE's WFL   pt. at night. Pt. states unab
hands throb to elbow & awakens pt. at night.   ADL's: Pt. states Ⓑ basic ADL's; yet
wxwk  2° pain Ⓑ hands.   to grip/pinch heavy items:
   home management Ⓑ UE's.

After D/C pt. may benefit from
Treatment Plan discussed with (pt) and/or family and pt./family concurs.

21. FUNCTIONAL LEVEL (End of billing period) PROGRESS REPORT   ☑ CONTINUE SERVICES DR   ☐ DC SERVICE
Pt. would benefit from continued OT to ↑ fun/chronic
use Ⓑ hands. Pt. progressing toward all goals
Goal #1 met; cont. OT tx to achieve existing c

22. SERVICE DATES FROM 4/23/05 THROUGH

Form CMS-700-(11-91)

CIVIL LITIGATION
PERSONAL INJURY
PRODUCTS LIABILITY
WRONGFUL DEATH

Law Offices of
## MONGE & ASSOCIATES
Telephone: 678.579.0203
Facsimile: 678.579.0204

1858 Independence Square
Suite D
Atlanta, Georgia  30338

July 22, 2005

Gwinnett Medical Center
Billing Request
1000 Medical Center Blvd.
Lawrenceville, Georgia 30045
678.442.4321

|       | Re:   | Patient/Client:    | **Juanita Pickett** |
|-------|-------|--------------------|---------------------|
|       |       | Date of Birth:     | 05/16/34            |
|       |       | Social Security No.: | 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       |
|       |       | Treatment Date:    | **April 1, 2005 to present** |

### REQUEST FOR MEDICAL BILLING

Dear Sir or Madam,

    We represent the above referenced patient in a pending personal injury matter.

    Since the at fault party is ultimately responsible for payment or reimbursement of medical bills arising from their negligence, it is crucial that we receive a billing summary of treatment charges with regard to the above referenced injury/condition.

    This summary should include all charges for treatment and supplies, but SHOULD NOT REFLECT THE PAYMENTS, IF ANY, MADE BY INSURANCE CARRIERS, as this would be improper evidence.

    I have enclosed a Medical Authorization form which authorizes us to receive this information to expedite this request.

    Thank you for your prompt attention to this matter.

Very truly yours,

*Sherrie Mitchell*

Sherrie Mitchell
Legal Assistant to Marc Grawert

cc: Ms. Pickett
MG/sa
Enclosure: Medical Authorization

CIVIL LITIGATION
PERSONAL INJURY
PRODUCTS LIABILITY
WRONGFUL DEATH

Law Offices of
## MONGE & ASSOCIATES
Telephone: 404.870.8503
Facsimile: 404.870.8502

1858 Independence Square
Suite D
Atlanta, Georgia  30338

February 11, 2005

Dr. Robert Bonhomme, M.D.
Medical Records Request
3997 Lawrenceville Hwy., Suite 205-B
Lawrenceville, Georgia 30047
770.564.1516

Re:   Patient/Client :   **Juanita Pickett**
       Date of Birth:   **05/16/34**
       Social Security No.:   **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**
       Treatment Date:   **June 22, 2004 to present**

### 30-DAY HIPAA REQUEST FOR COPIES OF MEDICAL RECORDS

Dear Sir or Madam,

Please be advised it is crucial to our legal representation on behalf of this patient/client that we receive complete medical records for the specified dates of treatment.

Pursuant to HIPAA regulations, you "must act on a request for access no later than 30 days after receipt of the request . . ." If you are unable to act within this time period, the regulations allow an extension of time provided that, within the initial thirty days, you provide us with a written statement of the reasons for the delay and the date by which you will complete action on the request. See, 45 CFR 164.524(b)(2)(i).

Please also note that, pursuant to O.C.G.A. §31-33-3, a charge of up to $23.84 may be collected for search, retrieval and other administrative costs related to compliance with a medical records request. Copying costs shall not exceed $.89 per page for the first 20 pages of the patient's records; $.77 per page for pages 21-100; and $.60 for each page copied in excess of 100 pages. The actual cost of postage incurred in mailing the requested records may also be charged.

A HIPAA Compliant Medical Authorization signed by this patient directing your office to provide copies of the requested records has been enclosed to expedite this request.

Your anticipated cooperation remains very much appreciated. With kindest regards, I am,

Very truly yours,

Sherrie Mitchell
Legal Assistant to Marc Grawert

MG/sa
cc: Ms. Pickett
Enclosure: Medical Authorization

# ♥ Gwinnett Hospital System

**Gwinnett SportsRehab**
**Upper Extremity Progress Note**

NAME _____ PICKETT, JUANITA 70 y
DOB: 05/16/1934 SX:F PT:T SVC:GR
ACC T#: 0014186405
MR # _____ 01856 BRANCH, THOMAS P  04/23/2006
MRN: 0000/44913

Page 1 of 2

## TREATMENT PROCEDURES ADMINISTERED

| Modality | Area Tx | Time | Skin Checked Before | After | Position | Parameters (watts, soundhead size, intensity, temperature) | INITIALS |
|---|---|---|---|---|---|---|---|
| US | bil palms | x6 | ✓ | ✓ | | 3. 0MHz @ 1.0w/cm² 6:04 6/16/18 | TKTT |

D A T E

Date: 6/4/05
**SUBJECTIVE:** "It's feeling alot better"
Pain:
Function: ↑ functional use B hands for gripping/ADL's
**OBJECTIVE:**

**WOUND/SCAR MANAGEMENT**
- ☐ Scar Massage
- ☐ Desensitization
- ☐ Debridement
- ☐ Dressing Change

**EXERCISE/FUNCTIONAL ACTIVITY**
- ☐ AROM
- ☐ PROM
- ☐ AAROM
- ☐ Joint Mobilization
- ☐ Soft Tissue Mobilization
- ☐ Strengthening
- ☐ Functional Training
- ☐ LIDO Work Set

- ☐ Splinting
- ☐ Equipment Issued
- ☐ Edema

- ☐ Other
**ASSESS/RESPONSE TO TREATMENT**
↓ frequency/intensity of numbness B hands resulting in ↑ functional use for gripping/basic ADL's

**PLAN** Cont
**CHARGE UNIT** US x1 (x16 mins)
**TX TIME FRAME** 8-8:15
**THERAPIST SIGNATURE** JJ Swoiew

Date: 6/11/05
**SUBJECTIVE:** "I'm so glad I came here. I'm so much better"
Pain:
Function:
**OBJECTIVE:**

**WOUND/SCAR MANAGEMENT**
- ☐ Scar Massage
- ☐ Desensitization
- ☐ Debridement
- ☐ Dressing Change

**EXERCISE/FUNCTIONAL ACTIVITY**
- ☐ AROM
- ☐ PROM
- ☐ AAROM
- ☐ Joint Mobilization
- ☐ Soft Tissue Mobilization
- ☐ Strengthening
- ☐ Functional Training
- ☐ LIDO Work Set

- ☐ Splinting
- ☐ Equipment Issued
- ☐ Edema

- ☐ Other
**ASSESS/RESPONSE TO TREATMENT**
Numbness resolving B hands pt reports ↑ functional use

**PLAN** Cont
**CHARGE UNIT** US X1 (x16 mms)
**TX TIME FRAME** 8-8:15
**THERAPIST SIGNATURE** JJ Swoiew

Nsq # 12015
Revised 10/04

# Progress Notes
## Side II

Juanita Pickett

11/24/04

NCV- EMG = bilateral CTS

Plan: - Called and informed the patient
- Questions answered.
- Call PRN
- Flu in clinic 2w.     ting
                        made appt. for wk.
                        of 12/20/04

J. Sulle

12/08/04
Wt. 143

S. Continues to have problems arm pain
Has problem c̅ her PCP. Has changed PCP to
Dr. Coker.
No new symptoms - no other complaints med. Same
llez+b. She is not working and Pamelor @ bm
is not paid.

O: BP 138/85  PR 68. RR 16. T-M.
MS= OK          General = N.
Neurological = N̅, bilateral APB weakness.
Reflexes = 1+, A.J= ∅. Plantars ↓db.

A. bilateral CTS.  Plan: Counselled.
H TN              - Call PRN
S/P CHF           - Use wrist braces x 3w
                  - May need surgery.

12/23/04                    J. Sulle
A form for disability completed.
May send records to Hartford.
                            J. Sulle

and appropriately warn our client of the defective conditions. Such conditions were the proximate cause of the injuries and damages sustained by our client, thereby rendering your insured strictly liable in tort to our client.

### B.   Negligence of General Motors Corporation

Under Georgia law, your insured also had a duty to exercise ordinary care to design, engineer, test, manufacture, market and sell safe vehicles so that it did not subject purchasers and passengers to an unreasonable risk of harm. Your insured breached this duty in that it was negligent in designing, manufacturing, and selling the 2003 Buick Rendezvous with defective steering and braking mechanisms. Your insured failed to warn our client of such defects which were the proximate cause of the injuries and damages sustained by our client.

### C.   Breach of Implied Warranty of Merchantability by General Motors Corporation

Pursuant to O.C.G.A. § 11-2-314, "a warranty that the goods shall be merchantable is implied in a contract for their sale if the seller is a merchant with respect to goods of that kind." The statute further provides that goods to be merchantable must be at least such as "[a]re fit for the ordinary purposes for which such goods are used." *(See Exhibit "2," O.C.G.A. § 11-2-314)*. Your insured breached the impled warranty of merchantability by selling the 2003 Buick Rendezvous when it was not fit for the ordinary purpose for which such goods are sold. Your insured's breach of this warranty proximately caused the injuries and damages sustained by our client.

*Property Damage:*

As a result of the defective steering and braking mechanisms, our client's 2003 Buick Rendezvous rolled over while traveling along an Interstate Highway and incurred **extensive property damage.** As a result of the extensive property damage sustained in this collision, our client's vehicle was subsequently declared **a total loss.** The extensive property damage involved in this crash provides persuasive objective evidence of the *high force of impact* involved in this collision. *(See Exhibit "3," Photographs Depicting Total Loss of Client's Vehicle).*

*Nature of Personal Injuries:*

Not surprisingly, due to the high force of impact involved in this case, our client immediately presented herself for medical treatment at the Gwinnett Medical Center emergency room with complaints of *neck pain* and *shoulder pain.* Upon initial examination by emergency room doctors, our client was noted to have **cervical and thoracic spine tenderness.** At this time, we are enclosing a copy of our client's emergency room records, as well as her subsequent treatment records related to care that she received from various medical doctors, plus follow up therapy.  Below is a highlight of the personal injuries sustained by our client: **bilateral carpel tunnel syndrome, blunt head trauma with concussion, headaches, blurred vision, memory loss, bilateral arm pain, neck pain, back pain, shoulder pain, and chest pain.** As a result of the trauma induced injuries sustained by our client while wearing a seatbelt in this collision, she was prescribed **pain medication,** required the use of a **cervical collar,** underwent **physical therapy,** required the use of

## PAYROLL AND PERSONNEL RECORDS AUTHORIZATION

TO WHOM IT MAY CONCERN:

I hereby authorize you to provide to _____

**MONGE & ASSOCIATES**
**1850 INDEPENDENCE SQUARE, SUITE D**
**ATLANTA, GEORGIA 30338**

_____, or their agents _____

_Marc Grawert, Esq._____, or the bearer of any

photostatic or xerox copy hereof, a complete copy of all records

pertaining to my employment, including but not limited to all

personnel, payroll, medical, or hospital records pertaining to me.

My full name is: Juanita Pickett

My date of birth is: 5/16/54

My social security number is: 369/36/4803

My dates of employment were Feb 8 2000 to May 2005

I worked in the following departments: Garden Center, Phone
Sales Associate Management

I was employed at the following offices:
Walmart Store #01-1373
4004 Lawrenceville Hway NW
Lilburn Ga 30047-2820

X Juanita Pickett
SIGNATURE

Date 8/23/05

When you need time away from work, complete and submit this form for approval. Advance notice is requested, but notice of your need to be gone must be provided within 3 days and this form must be completed no later than 15 days from the first scheduled workday missed. Submit completed form for approval/disapproval as follows:
- Hourly field associates → Facility Manager
- Home Office hourly associates → Manager → People Division
- Management associates → your Division's People/Personnel area at the Home Office

Request Date: Nov 2004   Work Location: Hull Lawrenceville   ☐ Hourly   ☐ Salaried

Name: Juanita Pickett   SSN:

Current Mailing Address: 3130 Osker St Stoneville   Phone: 770 921-4339
Lawrenceville 30044

**DATES REQUESTED:**
- Continuous Leave Beginning: Nov 2004   Return Date: March 2005
- Intermittent/Reduced Hours (available only when medically necessary; the Health Care Provider's Certification Section, below, must be completed)

Beginning: 09/29/04   Ending Date: (to be determined)

Describe:

**TYPE OF LEAVE**

☒ **MEDICAL LEAVE** — is used when the associate has a medical condition (including pregnancy and childbirth) and on-the-job Workers' Comp. injuries) requiring time away from work. The Health Care Provider's Section, below, must be completed and signed. Before returning, associate must submit a return-to-work statement/release from a Health Care Provider detailing restrictions, if any. If eligible to receive short or long-term disability benefits, the associate must file a claim by calling 1-800-492-5678.

☒ **PERSONAL**   N/A
- Is request due to birth, adoption or placement of foster child?   ☐ Yes   ☒ No
- Is request to provide care for a seriously ill or injured family member?   ☐ Yes   ☒ No
  (If yes, the Health Care Provider's Section, below, must be completed and signed.)
- Relationship:
- Other personal reason, explain:

☐ **MILITARY**   (Attach copy of military orders.)   N/A
- Is request to fulfill 2 week summer camp duty?   ☐ Yes   ☐ No
- If yes, complete the Military Pay for Summer Camp worksheet prior to start of leave.

**HEALTH CARE PROVIDER'S CERTIFICATION**   The above ☒ Wal-Mart associate ☐ family member is under my care for
If associate, Worker's Comp.? ☐ Yes ☒ No Dates: Begin Leave: 6/21/04 Return Date: March 200
☒ Continuous Leave required   ☐ Intermittent or Reduced Hours Leave required, describe:

(Stamp/Print Name, Address, Phone Number)
Lawrenceville GA
2005
Health Care Provider's Signature:   Date: 11/5/04

**INSURANCE:** Unless you submit a Status Change form to discontinue coverage, your present insurance coverage will continue for up to 1 year. While on LOA, if you choose to keep any Medical, Dental or Life insurance, you must send the premium amount normally deducted from your paycheck to Wal-Mart Benefits Department, 508 SW 8th St, Dept 0035, Lower, AR 72745. Write your name, social security number and work location on your check or money order. If payment of short and long-term disability amount is required while on LOA, The premium is due each pay period (every two weeks), in which you do not receive a Wal-Mart payroll check and failure to pay premiums within 30 days of the due date will result in cancellation of your coverage. While on a leave of absence, you may want to pay your premiums 2 weeks ahead to avoid a delay of your Special Pharmacy Benefits. If you did a status change to reduce or discontinue coverages when you went on LOA, you may do another status change to resume your coverages when you return to work. If coverage is cancelled for non-payment of premiums, you may be eligible for reinstatement of coverage once a required number of hours are worked (see Eligibility section of Benefit Book). If leave extends beyond 1 year, you may be eligible to elect continued coverage under COBRA.

I have read and understand the "Insurance" section above. Likewise, I understand that if I fail to return to work or request an extension of leave by the return date stated above, my associate benefits shall be subject to forfeiture and the company will have no further obligation to continue my employment. I also understand there will be no accumulation of benefits while I am on leave. I fully understand Wal-Mart's Leave of Absence policy.

Date:   Associate Signature:

Manager's Signature:   Date: 11/9/05   ☒ Approved   ☐ Denied
Leave for these reasons is designated and counted as leave pursuant to the FMLA.

(14) <u>Dischargeability of Certain Debts:</u>

    (a)  Student loan obligations generally are not dischargeable.

    (b) No professional opinion is rendered by Attorney as to the dischargeability or priority status of any tax obligations.

    (c)  Obligations arising under a Domestic Support Order are not dischargeable under Section 727.

(15) <u>Avoiding Liens:</u>

    (a) If Client wishes to avoid any judgment lien, Client shall provide to Attorney a copy of each judgment and the name and address of that creditor's attorney of record.

    (b) If Client wishes to avoid a non-purchase-money-security-interest, Client shall provide to Attorney a copy of the contract granting the lien.

(16) <u>Representation of Client as an Individual:</u>

    (a)  Client understands that Attorney represents Client as an individual only and not as any corporation or partnership in which Client may have owned shares or participated.

    (b) Client understands that the Court may recover payments made to creditors or insiders by Client or by any corporation or partnership in which the Client may have owned shares or participated.  Attorney does not represent any third parties from which these payments may be recovered.

(17) Client understands that, while Client's case is open, property of the estate is under the control of the Trustee.  During this time, Client cannot sell, quitclaim, give, bequeath, or otherwise transfer any property of the estate, including but not limited to Client's residence and other real or personal property.  The entry of an order discharging client's debts does not necessarily mean that the client's case is closed.  Nor does it mean that liens against the property have been extinguished or avoided. Client should contact Attorney if there is any question regarding the status of Client's case, liens, or property of the estate.

(18) Client agrees that certain tasks associated with Client's case, including but not limited to appearances at the First Meeting of Creditors, may be contracted out to attorneys who are not regular members or associates of  Clark & Washington, P.C.  This will not result in increased costs to Client and Client authorizes such delegation at Attorney's discretion.

(19) <u>Criminal Liability:</u>  Client understands that all information and documents provided by Client for filing in, or in connection with, Client's case must be complete and accurate. All information and documents are subject to audit. Failure to provide complete and accurate information can result in negative consequences for Client, including the dismissal or conversion of Client's case and the possibility of criminal sanctions.

(20)    <u>Adversary Proceedings:</u> the parties specifically agree that the services contemplated in this contract of employment **DO NOT** include representing Client, either as a Plaintiff or Defendant, in any Adversary Proceeding filed in or in connection with this case. Should Attorney agree to represent Client in an adversary proceeding, a different contract of employment shall be executed between the parties under such terms and conditions as the parties deem mutually acceptable.

(21) <u>Amendment Fees:</u> There will be an additional, minimum charge of $130.00 for each amendment to Client's schedules required after the case is filed.

(7) <u>Court Hearings:</u>  Attorney shall appear at the 341 Meeting of Creditors and any other hearings or proceedings required in Client's case.  Client shall attend the 341 Meeting of Creditors and any other hearing or proceeding required in Client's case.

(8) <u>At the 341 Meeting of Creditors:</u>

(a) Client shall provide proof that Client paid any and all obligations under a Domestic Relations Order which came due since the filing of Client's case.

(b) Client shall provide proof of current income.

(c) Client shall provide proper identification – two forms of ID will be required – a photo ID and separate evidence of Clients Social Security Number.

(9) <u>List of Assets:</u>

(a) Client shall provide an accurate and complete list of any and all property/assets owned by Client and a complete and honest valuation thereof.

(b) Client shall disclose to Attorney any and all legal claims or causes of action against third parties which client might have at the time the Chapter 7 is filed.  Client acknowledges that the failure to disclose any legal claim against third parties in a timely fashion may result in Client's losing the right to pursue said claim and/or the loss of a discharge in this case.  Attorney shall not be responsible for any negative consequences arising out of Client's failure to adequately disclose pre- and/or post-Petition assets or claims against 3rd parties.

(10) <u>Domestic Support Payments:</u>  While the case is pending, Client shall make all payments which come due under any applicable Domestic Support Order.

(11) <u>Tax returns:</u>

(a) Prior to filing Client's case, Client shall execute the necessary documents to authorize Attorney to obtain Client's federal tax returns/tax transcripts for the 4 years immediately preceding the filing of Client's case. The failure to do so may result in the dismissal or conversion of client's case.

(b) At least ten days prior to the 341 Meeting of Creditors, Client shall file and provide to Attorney copies of any unfiled tax returns for the 4 years preceding the filing of Client's case. The failure to do so may result in the dismissal or conversion of client's case.

(c) Client shall timely file all required tax returns while Client's case is pending. The failure to do so may result in the dismissal or conversion of client's case.

(12) <u>Statement of Intentions:</u>  Client must perform his intentions regarding secured claims, as set forth in the statement of intentions, within 30 days after the date first set for the 341 Meeting of Creditors.

(13) <u>To Obtain a Discharge:</u>

(a) Client must attend the 341 Meeting of Creditors and any other hearings or proceedings required in the case.

(b) Client must file all applicable tax returns as they come due, post-Petition;

(c) Client must pay all obligations arising under any Domestic Relations Order as they come due post-Petition; further

(d) Client must attend and satisfactorily complete an approved personal financial management course and provide Attorney a certificate of completion of the same.

(e) Client must provide or account for any financial records that may be requested or required by the Trustee, a creditor, or the Court.  The failure to do so may result in the dismissal or conversion of Client's case as well as possible criminal sanctions.

09-50026-mg    Doc 12022    Filed 08/15/12    Entered 08/21/12 10:27:15    Main Document
Apr-07-06    01:28pm    From-Kinko's Gwinnett    Pg 45 of 49    770-564-9446    T-825    P.010/010    F-870
09-50026-reg Doc 11429 Filed 02/14/12 Entered 02/21/12 13:03:16 Main Document  Pg 13 of
66

# GMAC Insurance

You are hereby authorized to remove my ___2003___  ___Buick___  ___Rendezvous___
                                           YEAR         MAKE         MODEL

VIN# _____ , located at ___Lawrenceville    GA_____

To any salvage disposal facility or other location chosen by you.

The purpose of this authorization is to move the aforementioned vehicle in order to stop storage and/or solicit salvage bids.

The signing of this authorization alone does not constitute a waiver of any rights of ownership in the aforementioned vehicle.

Vehicle Owner

Sign _Juanita Pickett_

Date:_____ , 2003

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Automobile Bill of Sale

| YEAR/MAKE/MODEL | VIN # | Amount | DATE |
|---|---|---|---|
| 2003 Buick | 3G5DA03E83S529433 | 18664.25 | 7/12/04 |

Person to Whom Title conveyed _____

In consideration paid by the above person to whom title is conveyed, receipt of which is hereby acknowledged, we do bargain, sell and convey to said above person the automobile described above without representation or warranty, express or implied, in fact or in law, except that we do hereby convenant and agree to warrant and defend the title of said automobile against any lawful claims and demands of all and every person or persons whatsoever.

We further state that the odometer mileage s indicated on the above-described vehicle is_____ miles.  This agreement is made by us in compliance of Public Law 92-513 that requires us to inform the transferee of the odometer mileage.

We do not know the actual odometer mileage reading for the following reason:

_____

_____

Witness our hand the date above written.          Vehicle Owner

                                                   Sign _____

01592123
APS0587648796

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor (Check Only One)**

☐ Motors Liquidation Company (f/k/a General Motors Corporation)
☐ MLCS, LLC (f/k/a Saturn, LLC)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc )

Case No
09-50026 (REG)
09-50027 (REG)
09-50028 (REG)
09-13558 (REG)

**Your Claim is Scheduled As Follows:**

FILED - 18839
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

THE GARDEN CITY GROUP, INC.
NOV 2 2009

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

**Name of Creditor (the person or other entity to whom the debtor owes money or property)** PICKETT JUANITA

Name and address
Juanita Pickett
PO Box 1181
Mableton Ga 30126

Telephone number 678-913-7114
Email Address

**Name and address where payment should be sent (if different from above)**
Juanita Pickett
PO Box 1181
Mableton Ga 30126

Telephone number 678913-7114

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number 71548928-4
(if known)

Filed on Oct 30, 2008

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

**1 Amount of Claim as of Date Case Filed, June 1, 2009** $ 24,404.60

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

**2 Basis for Claim** Personal Injury due to Product defect Extend
(See instruction #2 on reverse side)         From June 22, 2004 (Summary)

**3 Last four digits of any number by which creditor identifies debtor**

3a Debtor may have scheduled account as _____
(See instruction #3a on reverse side )

**4 Secured Claim (See instruction #4 on reverse side )**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☐ Other
Describe

Value of Property $_____ Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any $_____

Basis for perfection

Amount of Secured Claim $_____ Amount Unsecured $ 24,404.60

**6 Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7 Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

**5 Amount of Claim Entitled to Priority under 11 U S C § 507(a)** If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)
Amount entitled to priority

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| Date 10/30/09 | Signature The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any  Juanita Pickett Juanita Pickett | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

2nd Love

7016757

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

ADMINISTRATIVE PROOF OF CLAIM

| | |
|---|---|
| **Name of Debtor**  *(Check only one)* | THE GARDEN CITY GROUP, INC. FEB 9 2011 |

- ☐ Motors Liquidation Company (f/k/a General Motors Corporation)   09-50026 (REG)
- ☐ MLCS, LLC (f/k/a Saturn, LLC)   09-50027 (REG)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)   09-50028 (REG)
- ☐ MLC of Harlem, Inc  (f/k/a Chevrolet-Saturn of Harlem, Inc )   09-13558 (REG)
- ☐ Remediation and Liability Management Company, Inc   09-50029 (REG)
  (subsidiary of General Motors Corporation)
- ☐ Environmental Corporate Remediation Company, Inc   09-50030 (REG)
  (subsidiary of General Motors Corporation)

The deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses against the Debtors is (i) on or before February 14, 2011 at 5 00 p m (Eastern Time), with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) the date that is thirty (30) days after the Effective Date at 5 00 p m (Eastern Time), with respect to administrative expenses arising between February 1, 2011 and the Effective Date

**ADMINISTRATIVE CLAIM**

FILED - 70846
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

FILED - 70846

Name of Creditor (The person or other entity to whom the debtor owes money or property)
JUANITA PICKETT

Name and address where notices should be sent
JUANITA PICKETT
P.O. BOX 1181
Douglass Ga
30134

Telephone Number  678 - 913 - 7114

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
- ☐ Check box if you have never received any notices from the bankruptcy court in this case
- ☐ Check box if the address differs from the address on the envelope sent to you by the court

Last four digits of account or other number by which creditor identifies debtor
1592123    18839

Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim, dated 11-2-2009

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☑ Personal injury/wrongful death
- ☑ Taxes
- ☑ Other   Carper Tunner in Both hand

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#
  Unpaid compensation for services performed
  from _____ to _____
      (date)           (date)

**2. Date debt was incurred** (must be on or after June 1, 2009)   **3** If court judgment, date obtained

**4 Total Amount of Administrative Claim : $** _____

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5 Brief Description of Administrative Expense Claim** (attach any additional information):
Loss Job
Loss car
Loss home
Loss health

**6  Credits.** All payments made on this claim have been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents**
Attach copies of supporting document, such as promissory notes, contracts, security agreements, and evidence of perfection of liens
DO NOT SEND ORIGINAL DOCUMENTS

**8. This Administrative Proof of Claim:**
- ☐ is the first filed proof of claim evidencing the claim asserted herein
- ☐ supplements a proof of claim filed on or about _____
- ☐ replaces/supersedes a proof of claim filed on _____

**9 Date-Stamped Copy:** To receive an acknowledgement of the filing to your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| | | |

*Penalty for presenting fraudulent claim*  Fine up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

1583725359

■    Please see Docket No. 11429 filed by Ms. Pickett.  Due to the personal
information contained in the documents, the GUC Trust did not refile
them here.

Law Offices of
# MONGE & ASSOCIATES

CIVIL LITIGATION
PERSONAL INJURY
PRODUCTS LIABILITY
WRONGFUL DEATH

Telephone: 678.579.0203
Facsimile: 678.579.0204

1858 Independence Square
Suite D
Atlanta, Georgia  30338

October 28, 2005

ESIS /GM Central Claims Unit
Claims Dept., Ms. Tanya Morris
P.O. Box 300
Mail Code 482 C20 D71
Detroit, Michigan 48265-3000
1.800.888.0164

Re:    Your Insured:    **General Motors Corporation**
       Claim No.        **484196**
       Our Client:      **Juanita Pickett**
       Date of Loss:    **June 22, 2004**

Dear Ms. Morris,

Please be advised that our office no longer represents the above-referenced client.

Sincerely,

Marc Grawert

MG/sam
cc: Ms. Pickett