**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068
973-992-4800
Richard M. Meth, Esq. (RM7791)
rmeth@foxrothschild.com
*Attorneys for GE Consumer & Industrial*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY., *et al.*,<br>f/k/a General Motors Corp., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that GE Consumer & Industrial f/k/a GE Security ("GE"), by and through its undersigned attorneys, hereby withdraws the following previously filed Proofs of Claim:

| Claim No. | Amount |
|---|---|
| 767 | $ 6,100.80 |
| 768 | $14,326.05 |
| 833 | $ 6,659.39 |

**FOX ROTHSCHILD LLP**
Attorneys for GE Consumer & Industrial

By: /s/ Richard M. Meth
RICHARD M. METH

Dated: August 24, 2012
Roseland, NJ

RL1 1083028v1 08/24/12