Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 746-8000
Fax: (516) 393-8282
Steven R. Schlesinger, Esq.
Shannon Anne Scott, Esq.

*Hearing Date*: September 24, 2012 at 9:45 a.m.
*Objections due by*: September 17, 2012 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*

Debtors.
------------------------------------------------------------X

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

## NOTICE OF MOTION OF JASPAN SCHLESINGER LLP TO WITHDRAW AS COUNSEL OF RECORD FOR WOODBURY CADILLAC LLC

**PLEASE TAKE NOTICE**, that on **September 24, 2012 at 9:45 a.m.**, a hearing will be held before the Unites States Bankruptcy Judge, Robert E. Gerber, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, on the motion dated September 6, 2012 (the "Motion") of Jaspan Schlesinger LLP to Withdraw as Counsel of Record for Woodbury Cadillac LLC pursuant to Rule 2090-1(e) of the Local Rules for the Southern District of New York, together with such other further relief that this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text searchable portable document format (PDF) (with a hard copy delivered to

the Chambers of Robert E. Gerber, Clerk of the Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 on Jaspan Schlesinger LLP, as counsel of record to claimant Woodbury Cadillac LLC, 300 Garden City Plaza, Garden City, New York 11530, Attn: Shannon Anne Scott, Esq., so as to be received no later than **September 17, 2012 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE,** that, if no responses are timely filed and served with respect to the Motion, an Order substantially in the form of the proposed order annexed to the Motion may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE,** that the hearing on the approval of the Motion may be adjourned from time to time without any other announcement other than that set forth in open Court.

Dated: September 6, 2012
       Garden City New York

                              JASPAN SCHLESINGER LLP
                              *Counsel of Record for Claimant Woodbury Cadillac LLC*

By:   *s/ Steven R. Schlesinger*
       STEVEN R. SCHLESINGER
       SHANNON ANNE SCOTT
       300 Garden City Plaza
       Garden City, New York 11530
       (516) 746-8000