UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,                  Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                     (Jointly Administered)

                              Debtors.
------------------------------------------------------------X

## ORDER GRANTING MOTION OF JASPAN SCHLESINGER LLP TO WITHDRAW AS COUNSEL OF RECORD FOR WOODBURY CADILLAC LLC

Upon consideration of the Motion (the "Motion") of Jaspan Schlesinger LLP to Withdraw as Counsel for Woodbury Cadillac, LLC, as a claimant in the above-referenced bankruptcy, for an order pursuant to Rule 2090-1(e) of the Local Rules for the Southern District of New York and the Declaration of Steven R. Schlesinger in support of the Motion; and due and sufficient notice of the Motion having been given under the circumstances; and the Court having reviewed all papers filed or submitted in connection with the Motion; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that Jaspan Schlesinger LLP is granted leave to withdraw as counsel for Woodbury Cadillac, LLC and is hereby deemed removed as counsel for Woodbury Cadillac, LLC, as a claimant in the above-referenced bankruptcy case; and it is further

**ORDERED**, that the objection to claim no. 70618 contained in the Notice of 268th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims), dated January 27, 2012 filed by Motors Liquidation Company GUC Trust and the Limited Opposition filed by Woodbury Cadillac, dated February 23, 2012 is hereby adjourned for sixty (60) days from the date of the entry of this Order; and it is further

**ORDERED**, that the Notice of Objection to Proof of Claim No. 70618 of Woodbury Cadillac, LLC dated August 20, 2012 filed by Motors Liquidation Company GUC Trust the "Second Objection") is hereby adjourned for sixty (60) days from the date of the entry of this Order, with responses due seven (7) days prior to a hearing date of the Second Objection; and it is further

**ORDERED**, that Jaspan Schlesinger LLP shall serve Woodbury Cadillac, LLC with a copy of this Order and file such proof of service with the Court; and it is further

**ORDERED**, that the Clerk of Courts and all parties in interest in this case are authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order.

Dated: Garden City, New York
      September __, 2012

                                      ROBERT E. GERBER
                                      UNITED BANKRUPTCY JUDGE