| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------X<br>In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.,*<br>    f/k/a General Motors Corp., *et al.*<br><br>              Debtors.<br>-----------------------------------------------------------------X | Chapter 11<br><br>Case No. 09-50026 (REG)<br>(Jointly Administered)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NASSAU    )

      **REUEL COLES**, being duly sworn, deposes and says:

      Deponent is not a party to the action is over 18 years of age and is employed by Jaspan Schlesinger LLP.

      On September 6, 2012, deponent served the **NOTICE OF MOTION OF JASPAN SCHLESINGER LLP TO WITHDRAW AS COUNSEL OF RECORD FOR WOODBURY CADILLAC LLC, MOTION OF JASPAN SCHLESINGER LLP TO WITHDRAW AS COUNSEL OF RECORD FOR WOODBURY CADILLAC LLC, DECLARATION OF STEVEN R. SCHLESINGER IN SUPPORT OF MOTION OF JASPAN SCHLESINGER LLP TO WITH DRAW AS COUNSEL OF RECORD FOR WOODBURY CADILLAC LLC AND PROPOSED ORDER GRANTING MOTION OF JASPAN SCHLESINGER LLP TO WITHDRAW AS COUNSEL OF RECORD FOR WOODBURY CADILLAC LLC** upon the attorneys listed below, at the addresses listed below, said addresses being designated for that purpose, via first class mail, by depositing a true copy of same, enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York:

TO:    Woodbury Cadillac LLC
           *Attention: Office, Managing or General Agent or*
           *Any Other Agent Authorized by Appointment*
           *or by law to Receive Service of Process*
           3857 Kings Highway, Unit 1C
           Brooklyn, New York 11234

RC/D839681v1/M053398/C0091760

Woodbury Cadillac LLC
*Attention: Office, Managing or General Agent or Any Other Agent Authorized by Appointment or by law to Receive Service of Process*
760 Jericho Turnpike
Woodbury, New York 11797

Barry N. Seidel, Esq.
Stefanie Birbrower Greer, Esq.
Dickstein Shapiro, LLP
1633 Broadway
New York, New York 10019-6708

Thomas Morrow
c/o Motors Liquidation Company
401 South Old Woodward Avenue
Suite 370
Birmingham, Michigan 48009

/s/Reuel Coles
**REUEL COLES**

Sworn to before me this
6th day of September, 2012.

/s/ Kareem M. Abbott
Notary Public

Kareem M. Abbott
Notary Public, State of New York
No. 01AB6231418
Qualified in Nassau County
Commission Expires November 29, 2014

RC/D839681v1/M053398/C0091760