UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                                              :    Chapter 11
                                                                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,*            :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                             :
                                                                                        :
                    Debtors.                                                    :    (Jointly Administered)
                                                                                        :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss
COUNTY OF NASSAU        )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.  I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On September 7, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on David Volpe, 240 Berry Glen Ct., Alpharetta, Georgia 30022:

    - **Supplemental Order Granting Debtors' 116th and 183rd Omnibus Objection to Claims as to Proof of Claim Nos. 62390 and 62391 Filed by David R. Volpe (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 12042].

3.  On September 7, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by overnight delivery on Douglas Sterett, 40679 Villagewood Rd, Novi, Michigan 48375:

- **Supplemental Order Granting Debtors' 170th Omnibus Objection to Claims as to Proof of Claim No. 64279 Filed by Douglas Sterett (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees** [Docket No. 12043].

4. On September 7, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by overnight delivery on Gordon Hall, 172 Sheridan Hills Road, Marble, North Carolina 28905:

- **Supplemental Order Granting Debtors' 183rd Omnibus Objection to Claims as to Proof of Claim No. 63670 Filed by Gordon Hall (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 12044].

5. On September 7, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by overnight delivery on David L Robertson, PO Box 695, Huntsville, Alabama 35804:

- **Supplemental Order Granting Debtors' 183rd Omnibus Objection to Claims as to Proof of Claim No. 61493 Filed by David L. Robertson (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees** [Docket No. 12045].

6. On September 7, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by overnight delivery on Timothy Kuechenmeister, 17550 SE 81st Parnassus Ct, The Villages, Florida 32162-4872:

- **Supplemental Order Granting Debtors' 185th Omnibus Objection to Claims as to Proof of Claim No. 17941 Filed by Timothy J. Kuechenmiester (Welfare Benefits Claim of Retired and Former Salaried and Executive Employees)** [Docket No. 12046].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 11th day of
September, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015