# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor** (Check Only One)

☒ Motors Liquidation Company (f/k/a General Motors Corporation)  Case No 09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn LLC)  09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)  09-50028 (REG)
☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc )  09-13558 (REG)

NOTE  *This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 8) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503*

**Your Claim is Scheduled As Follows.**

Name of Creditor (the person or other entity to whom the debtor owes money or property)   GOMEZ TIA

Name and address where notices should be sent

GOMEZ TIA
865 O CALLAGHAN DRIVE
SPARKS NV 89434-3920

Telephone number
Email Address  Tia - Gomez@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____
(If known)

Filed on _____

*[stamp]* THE GARDEN CITY GROUP, INC. NOV 2 5 2009

Name and address where payment should be sent (if different from above)

FILED - 50945
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number 775 - 219 - 2615

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

If an amount is identified above  you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount )  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form  EXCEPT AS FOLLOWS  If the amount shown is listed as DISPUTED  UNLIQUIDATED, or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim  If you have already filed a proof of claim in accordance with the attached instructions  you need not file again

**1  Amount of Claim as of Date Case Filed, June 1, 2009**  $ 365,000. ⁰⁰

If all or part of your claim is secured, complete item 4 below  however, if all of your claim is unsecured, do not complete item 4  If all or part of your claim is entitled to priority complete item 5  If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9) complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges

**2  Basis for Claim** Product Liability & Medical/Bills Personal Injury, Air Bags Faulty, Medical/Bills.
(See instruction #2 on reverse side )

**3  Last four digits of any number by which creditor identifies debtor** Case # 09-50026

**3a  Debtor may have scheduled account as** Case # 09-50026
(See instruction #3a on reverse side )

**4  Secured Claim** (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff  ☐ Real Estate  ☒ Motor Vehicle  ☐ Equipment  ☐ Other
Describe  Personal Injury, No Air Bag Deployment & Medical/Bills

Value of Property  $_____   Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any  $_____

Basis for perfection _____

Amount of Secured Claim  $_____   Amount Unsecured  $_____

**5  Amount of Claim Entitled to Priority under 11 U S C § 507(a)  If any  portion of your claim falls in one of the following categories, check the box and state the amount**

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier – 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use – 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) or 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

**Amount entitled to priority**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**6  Credits**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7  Documents**  Attach redacted copies of any documents that support the claim, such as promissory notes  purchase orders  invoices  itemized statements or running accounts  contracts  judgments  mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction 7 and definition of  redacted  on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available  please explain in an attachment

| Date | Signature  The person filing this claim must sign it  Sign and print name and title, if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney  if any | FOR COURT USE ONLY |
|---|---|---|
| | *Tia Gomez* (signature)   Tia Gomez | |

*Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571*
Modified B10 (GCG) (12/08)

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules. The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc. are not authorized and are not providing you with any legal advice.*

### A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL** THE GARDEN CITY GROUP, INC. ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING P.O. BOX 9386 DUBLIN, OH 43017-4286. **IF BY HAND OR OVERNIGHT COURIER** THE GARDEN CITY GROUP, INC. ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY SUITE A DUBLIN, OH 43017. PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO THE UNITED STATES BANKRUPTCY COURT SDNY, ONE BOWLING GREEN, ROOM 534 NEW YORK, NEW YORK 10004. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.

### THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5:00 PM (PREVAILING EASTERN TIME)

**Court, Name of Debtor, and Case Number**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1, 2009. You should select the debtor against which you are asserting your claim.
**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR**

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. Please provide us with a valid email address. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1  Amount of Claim as of Date Case Filed**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2  Basis for Claim**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim.

**3  Last Four Digits of Any Number by Which Creditor Identifies Debtor**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor, if any.

**3a  Debtor May Have Scheduled Account As**
Use this space to report a change in the creditor's name, a transferred claim or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4  Secured Claim**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5  Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.
For claims pursuant to 11 U.S.C. § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before June 1, 2009, the date of commencement of these cases. (See DEFINITIONS below.) Attach documentation supporting such claim.

**6  Credits**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt.

**7  Documents**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.
The Debtors in these Chapter 11 cases are:

| | |
|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) |

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with The Garden City Group, Inc. as described in the instructions above and in the Bar Date Notice.

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be

paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case, in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's

tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) and any applicable orders of the bankruptcy court.

**Additional Information**
If you have any questions with respect to this claim form please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation.com

---

## INFORMATION



0102

ADDRESSEE                                    REMIT TO

100067

ACCOUNT NUMBER:  REDACTED

INP                                    BILLTYPE  FINAL

N           GOMEZ ,TIA L              STENDELL ERIC R
            GUAR PH   775-378-7395

      TIA GOMEZ                    PT TYPE    E
      4195 RIO ENCANTADA           INS CODES  REDACTED
      RENO NV 89502

      CONDENSED SUMMARY OF CURRENT ACTIVITY

| REV | DESCRIPTION | QTY | CHARGES |
|-----|-------------|-----|---------|
|     | BALANCE DUE |     | 34,150 25 |
| ADJ | COPAY/DEDUCTIBLE | | 34,150 25 |
| ADJ | COPAY/DEDUCTIBLE | | 34,150 25 |
| ADJ | COPAY/DEDUCTIBLE | | 34,150 25- |
| ADJ | COPAY/DEDUCTIBLE | | 34,150 25- |
|     | BALANCE DUE |     | 34,150 25 |

8880*SZQ0LD4OZ000442

IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE

## ABOUT YOU

| | |
|---|---|
| YOUR NAME (Last First Middle Initial) | |
| ADDRESS | |
| CITY | STATE    ZIP |
| TELEPHONE | MARITAL STATUS   ☐ Separated<br>☐ Single   ☐ Divorced<br>☐ Married   ☐ Widowed |
| EMPLOYER S NAME | TELEPHONE<br>(    ) |
| EMPLOYER S ADDRESS   CITY   STATE   ZIP | |

## ABOUT YOUR INSURANCE

| | |
|---|---|
| YOUR PRIMARY INSURANCE COMPANY S NAME | EFFECTIVE DATE |
| PRIMARY INSURANCE COMPANY S ADDRESS | PHONE |
| CITY | STATE   ZIP |
| POLICYHOLDER S ID NUMBER   GROUP PLAN NUMBER | |
| YOUR SECONDARY INSURANCE COMPANY'S NAME | EFFECTIVE DATE |
| SECONDARY INSURANCE COMPANY S ADDRESS | PHONE |
| CITY | STATE   ZIP |
| POLICYHOLDER S ID NUMBER   GROUP PLAN NUMBER | |

ACCOUNT NUMBER: REDACTED

INP

N      GOMEZ ,TIA L

     GUAR PH   775-378-7395

BILLTYPE   FINAL

STENDELL ERIC R

TIA GOMEZ

4195 RIO ENCANTADA

RENO NV 89502

PT TYPE   E

INS CODES   REDACTED

CONDENSED SUMMARY OF CURRENT ACTIVITY

REV      DESCRIPTION             QTY     CHARGES



8880*SZQ0LD4OZ000442

# REMSA GROUND AMBULANCE

450 Edison Way
Reno, Nv 89502

April 16, 2007

1-888-942-8911

Return Service Requested

| | |
|---|---|
| Account # | REDACTED |
| Services for | |
| Balance Due | $828 00 |

570871

IlıIıIııIıIıIIIıııIıIıIIıIıııIIıIıIIIııIıIıIıIıIıIı

TIA GOMEZ - R04
3625 RIO POCO RD
RENO NV 89502-5349

Send To
REMSA GROUND AMBULANCE
450 EDISON WAY
RENO, NV 89502-4117

IlıIıIIıIıIıIıIIIıııIıIıIIıIıIıIlııIIIıııIılıIIlıIıIıIıI

- - - - - - - - - - - ✂ **DETACH UPPER PORTION AND RETURN WITH PAYMENT** ✂ - - - - - - - - - - -

| | |
|---|---|
| Account # | REDACTED |
| Services for | |
| Balance Due | $828 00 |

Dear patient,

This letter is to advise you that payment is expected by return mail or we will place your account with a collection agency   Do not put this off any longer

The decision is yours   Pay the amount due by return mail or call this office to make arrangements on this account, but you must do it now!   You can still pay by credit card   Complete and return the bottom portion and return it to us   Without your cooperation we have little choice but to proceed to protect our interests on this account

Sincerely,

Account Representative

## WE ACCEPT VISA/MASTERCARD FOR YOUR CONVENIENCE

IF YOU WISH TO PAY BY CHARGE CARD FILL IN THE INFORMATION BELOW AND RETURN THIS PORTION OF THE LETTER
ALONG WITH THE TOP PORTION OF THE LETTER IN THE ENCLOSED ENVELOPE

TIA GOMEZ - 0638137

PLEASE CHARGE MY MASTERCARD _____   VISA _____

NAME ON CARD _____   AMOUNT OF PMT $ _____

CARD NUMBER _____   EXPIRATION DATE _____

SIGNATURE _____   DRIVERS LICENSE _____

NBGR04 0416E301899-JX0F 3 900

REDACTED

## IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE

### ABOUT YOU

YOUR NAME (Last  First, Middle Initial)

ADDRESS

CITY                                    STATE        ZIP

TELEPHONE                    MARITAL STATUS    ☐ Separated
                                          ☐ Single       ☐ Divorced
(       )                                ☐ Married      ☐ Widowed

EMPLOYER'S NAME                        TELEPHONE

                                        (       )

EMPLOYER S ADDRESS        CITY      STATE     ZIP

### ABOUT YOUR INSURANCE

YOUR PRIMARY INSURANCE COMPANY S NAME

PRIMARY INSURANCE COMPANY'S ADDRESS                    PHONE

CITY                                    STATE        ZIP

POLICYHOLDER S ID NUMBER          GROUP PLAN NUMBER

YOUR SECONDARY INSURANCE COMPANY'S NAME

SECONDARY INSURANCE COMPANY S ADDRESS              PHONE

CITY                                    STATE        ZIP

POLICYHOLDER S ID NUMBER          GROUP PLAN NUMBER



DC-06-0026-mg   Doc 12053-1   Filed 09/12/12   Entered 09/12/12 14:58:11   Exhibit

# STATE OF NEVADA
## TRAFFIC ACCIDENT REPORT
### SCENE INFORMATION SHEET
Revised 1/14/06

Event Number: DC06-0026-mg    Accident Number: WC06-11946

Code Revision:

| ☒ 1) Urban | ☐ 1) Emergency Use | ☒ 1) Preliminary Report | ☐ 3) Reconstraient | ☐ 1) Hit and Run | Agency Name: |
| ☐ 2) Rural | ☐ 2) Office Report | ☒ 2) Initial Report | ☐ 4) Supplement Report | ☐ 2) Private Property | WCSO |

| Collision Date | Time | Day | Beat / Sector | ☒ 1) County ☐ 2) City | Surface | Intersection | Paddle Markers |
| 10/19/06 | 1702 | 4 | 3 | | ☒ 1) Asphalt ☐ 2) Concrete ☐ 3) Gravel ☐ 4) Dirt ☐ 5) Other | ☐ 1) Four Way ☐ 2) > Four Way ☐ 3) X ☐ 4) X ☐ 5) Roundabout ☐ 6) Other | ☒ 1) None ☐ 2) Left Side ☐ 3) Right Side ☐ 4) Both Sides ☐ 5) Unknown |

| Mile Marker | # Vehicles | # Non Motorists | # Occupants | # Fatalities | # Injured | # Restrained |
| | 3 | 0 | 3 | 0 | 2 | 3 |

Occurred On: (Highway # or Street Name)
☐ 1) Parking Lot   Sun Valley Blvd

☒ 3) At Intersection With:    Access Control
☐ 2) Or   ☐ 3) Feet ☐ 4) Miles ☐ 5) Approximate   Of (Cross Street)   Middle Fork
☐ 1) None ☐ 2) Full ☐ 3) Partial

| Roadway Character | Roadway Conditions | Total Thru Lanes | Average Roadway Widths | Roadway Grade |
| ☐ 1) Curve & Grade | ☒ 1) Dry   ☐ 5) Slush | Main Road | Travel Lane ___ Ft | ☐ 1) Not Determined |
| ☐ 2) Curve & Hillcrest | ☐ 2) Icy   ☐ 6) Standing Water | ☒ 1) One | Storage / Turn Lane ___ Ft | ☒ 2) Relatively Level Roadway |
| ☐ 3) Curve & Level | ☐ 3) Wet   ☐ 9) Moving Water | ☐ 2) Two | | ☐ 3) Up Slope (+) |
| ☐ 4) Straight & Grade | ☐ 4) Snow   ☐ 10) Unknown | ☐ 3) Three | Median ___ Ft | ☐ 4) Down Slope (-) |
| ☐ 5) Straight & Hillcrest | ☐ 5) Sand / Mud / Oil / Dirt / Gravel | ☐ 4) Four | Paved Shoulder | Relative To ___ Grade ___ % |
| ☒ 6) Straight & Level | | ☐ 5) Five | Inside / Outside | |
| ☐ 7) Unknown | | ☐ 6) 6 | | |
| ☐ 8) Other | | Total All Lanes: | | |

| Pavement Markings and Type | Highway Description | Weather Conditions |
| ☐ 1) Centerline, Broken Yellow   ☐ 8) No Passing Either Direction   ☐ 12) None | ☒ 1) Two-Way Not Divided | ☒ 1) Clear   ☐ 7) Fog, Smog, Smoke, Ash |
| ☐ 2) Centerline, Solid Yellow   ☐ 7) Turn Arrow Symbols   ☐ 13) Unknown | ☐ 2) Two-Way, Divided, Unpro, Median | ☐ 2) Cloudy   ☐ 8) Severe Crosswinds |
| ☐ 3) Centerline, Double Yellow   ☐ 8) Center Turn Lane Line | ☐ 3) Two-Way, Divided, Median Barrier | ☐ 3) Snow   ☐ 9) Sleet / Hail |
| ☐ 4) Lane Line, Broken White   ☐ 9) Edge Line, Left, Yellow | ☐ 4) One-Way, Not Divided | ☐ 4) Rain   ☐ 10) Unknown |
| ☐ 5) Lane Line, Solid White   ☐ 10) Edge Line, Right, White | ☐ 5) Unknown | ☐ 5) Blowing Sand, Dirt, Soil, Snow |
| ☐ 11) Other | ☐ 6) Off Road | ☐ 6) Other |

| Light Conditions | Vehicle Collision Type | Location of First Event |
| ☐ 1) Dusk   ☐ 6) Dark - No Roadway Lighting | ☐ 1) Head On   ☐ 5) Rear to Rear | ☒ 1) Travel Lane   ☐ 9) Ramp |
| ☐ 2) Dawn   ☐ 7) Dark - Spot Roadway Lighting | ☒ 2) Rear End   ☐ 6) Sideswipe - Meeting | ☐ 2) Turn Lane   ☐ 6) Outside Shoulder   ☐ 11) Ramp |
| ☒ 3) Daylight   ☐ 8) Dark - Continuous Roadway Lighting | ☐ 3) Backing   ☐ 7) Sideswipe - Overtaking | ☐ 3) Gore   ☒ 7) Intersection   ☐ 12) Unknown |
| ☐ 4) Unknown   ☐ 9) Dark - Unknown Roadway Lighting | ☐ 4) Angle   ☐ 8) Non - Collision | ☐ 4) Median   ☐ 8) Private Property |
| ☐ 5) Other | ☐ 9) Unknown | ☐ 5) Crossover   ☐ 10) Other |

| Highway / Environment Factors | Property Damage To Other Then Vehicle |
| ☒ 1) None   ☐ 7) Shoulders   ☐ 11) Ruts, Holes, Bumps | Describe Property Damage: Chainlink Fence |
| ☐ 2) Weather   ☐ 8) Road Obstruction   ☐ 12) Active Work Zone | Robert Marchetti 10/31/06 |
| ☐ 3) Debris   ☐ 9) Worn Traffic Surface   ☐ 13) Inactive Work Zone | Owner's Name: Alma Jean Lesak |
| ☐ 4) Other Highway   ☐ 10) Wet, Icy, Snow, Slush   ☐ 14) Animal In Roadway | ☒ Owner Notified |
| ☐ 5) Other Environmental   ☐ 15) Unknown | Owner's Address (Street Address   City, State   Zip) |
| | 5975 Middlefork   Sun Valley   89433 |

### First Harmful Event

| Code #: 347 | Description: Slow / stopped Vehicle |

### Description of Accident / Narrative

V2 was turning from SunValley Blvd. onto Middlefork. V2 was then struck from behind by V1 sending V2 into the yard of 5991 middlefork. V2 caused damage to landscaping and also struck V3. V3 then traveled across the yard striking the fence at 5975 middlefork damaging approximately 12-15' Df cheinlink fencing.

☐ 1) Continued on Back of Scene Information Sheet

| Investigation Complete | Photos Taken | Scene Diagram | Statements | Date Notified | Time Notified | Arrived Date | Arrival Time |
| ☒ 1) Yes ☐ 2) No | ☒ 1) Yes ☐ 2) No | ☒ 1) Yes ☐ 2) No | ☒ 1) Yes ☐ 2) No # | 10/19/06 | 1702 | 10/19/06 | 1704 |

| Investigator(s) | ID Number | Date | Reviewed By | Date Reviewed | Page |
| J. Wood | 2537 | 10/30/06 | WCSO | 10/30/06 | 1 of 8 |

Scene Information

Event Number: 06-50026-mg    Doc 12053-1   Filed 09/12/17 Entered 09/12/17 Accident Number: Exhibit A    WC00-11946

# STATE OF NEVADA
## TRAFFIC ACCIDENT REPORT
### VEHICLE INFORMATION SHEET
Revised 1/14/04

Agency Name: WCSO

| Vehicle # : 1 | # Occupants: 3 | ☑ 1) At Fault   ☐ 2) Non Contact Vehicle |
| --- | --- | --- |

**Direction of Travel:** ☐ 1) North  ☐ 3) East  ☐ 5) Unknown  ☑ 2) South  ☐ 4) West

**Highway / Street Name:** SunValley Blvd.    **Travel Lane #:** 1

**Vehicle Action:** ☑ 1) Straight  ☐ 3) Left Turn  ☐ 5) U-Turn  ☐ 7) Wrong Way  ☐ 9) Passing  ☐ 11) Leaving Lane  ☐ 13) Entering Parked (8)  ☐ 15) Enter Parked (8)  ☐ 17) Lane Change  ☐ 19) Unknown
☐ 2) Backing  ☐ 4) Right Turn  ☐ 6) Parked  ☐ 8) Stopped (^)  ☐ 10) Racing  ☐ 12) Entering Lane  ☐ 14) Other Turning  ☐ 16) Driverless Vehicle  ☐ 18) Other

**Driver:** (Last Name, First Name, Middle Name, Suffix)
Gomez, Tia Lee

**Street Address:** 4185 Rio Encantado

**City:** Reno     **State / Country:** ☑ 1) NV     **Zip Code:** 89502

☐ 1) Male  ☐ 3) Unknown  ☑ 2) Female    **DOB:** REDACTED    **Phone Number:** 378-7395

**OLN:** 070158983    **State:** ☑ 1) NV    **Class:** C   ☑ 2) DL  ☐ 1) CDL   **License Status:** ☐

**Compliance:** ☐ 1) Restrict  ☐ 2) Endorse

| Endorsements | | | Restrictions | | |
| --- | --- | --- | --- | --- | --- |
| Code | Code | Code | Code | Code | Code |

**Alcohol/Drug Involvement:** ☑ 1) Not Involved  ☐ 2) Suspected Impairment  ☐ 3) Alcohol  ☐ 4) Drugs  ☐ 5) Unknown

**Method of Determination** (check up to 2): ☐ 1) Field Sobriety Test  ☐ 4) Urine Test  ☐ 2) Evidentiary Breath  ☐ 5) Blood Test  ☑ 3) Driver Admission  ☐ 6) Preliminary Breath Test

**Test Results:**

**Transported By:** ☐ 1) Not Transported  ☑ 2) EMS  ☐ 3) Police  ☐ 4) Unknown  ☐ 5) Other

**Transported To:** Renown Medical Center

**Person Type:** 1    **Seating Position:** Code    **Occupant Restraints:** ☐

**Injury Severity:** Code    **Injury Location:** Code    Code   Code

**Airbags:** 3    **Airbag Switch:** Code    **Ejected:** Code    **Trapped:** Code

**Driver Factors:**
☑ 1) Apparently Normal  ☐ 6) Driver Ill / Injured
☐ 2) Had Been Drinking  ☐ 7) Other Improper Driving
☐ 3) Drug Involvement  ☐ 8) Driver Inattention / Distracted  Code
☐ 4) Apparently Fatigued / Asleep  ☐ 9) Physical Impairment
☐ 5) Obstructed View  ☐ 10) Unknown

**Vehicle Year:** 2005    **Vehicle Make:** Cadillac    **Vehicle Model:** Escalade    **Vehicle Type:** MPV

**Plate / Permit No.:**    **State:** ☐ 1) NV    **Expiration Date:** / /    **Vehicle Color:** Wht

**Vehicle Identification Number:** 1GYEK63N85R156553

**Registered Owner Name:** ☑ 1) Same As Driver

**Registered Owner Address:**

**Vehicle Factors:**
☐ 1) Failed To Yield Right Of Way  ☐ 9) Failed To Maintain Lane  ☐ 16) Driverless Vehicle
☐ 2) Disregard Control Device  ☑ 10) Following Too Close  ☐ 17) Unsafe Backing
☐ 3) Too Fast For Conditions  ☐ 11) Unsafe Lane Change  ☐ 18) Ran Off Road
☐ 4) Exceeding Speed Limit  ☐ 12) Made Improper Turn  ☐ 19) Hit and Run
☐ 5) Wrong Way / Direction  ☐ 13) Over Correct/Steering  ☐ 20) Road Defect
☐ 6) Mechanical Defects  Code  ☐ 14) Other Improper Driving  ☐ 21) Object Avoidance
☐ 7) Drove Left Of Center  ☐ 15) Aggressive / Reckless / Careless
☐ 8) Other _____  ☐ 22) Unknown

**Insurance Company Name:** ☑ 4) Insured   Farmers

**Policy Number:** 6745769-02-63    **Effective:** 9/05/06   **To:** 3/26/07

**Insurance Company Address or Phone Number:** PO Box 29054 Phoenix AZ 85038

☑ 1) Vehicle Towed    **Towed By:** City Auto Tow

**Removed To:** 501 Demandy

**1st Contact**

☑ 2  ☐ 3  ☐ 4
☑ A  ☐ 5
☐ B  ☐ 6
☑ 7  ☐ 8
☐ 1) Over Ride  ☐ 2) Under Ride

**Damaged Areas:** ☑ 1) Front  ☐ 2) Right Side  ☐ 3) Left Side  ☐ 4) Rear  ☐ 5) Right Front  ☐ 6) Right Rear  ☐ 7) Top  ☐ 8) Under Carriage  ☐ 9) Left Front  ☐ 10) Left Rear  ☐ 11) Unknown  ☐ 12) Other

**Traffic Control:**
☐ 1) Speed Zone   Code
Code 2) Signal Light  Code 11) Yield Sign
Code 3) Flashing Light  Code 12) R. R. Sign
Code 4) School Zone  Code 13) R. R. Gate
Code 5) Ped. Signal  Code 14) R. R. Signal (#)
Code 6) No Passing  Code 15) R. R. Signal (#)
Code 7) No Controls  Code 16) Marked Lanes
Code 8) Warning Sign  Code 17) Tire Chains/Snow Req.
Code 9) Turn Signal  Code 18) Permissive Green
Code 10) Other  ☐ 19) Unknown

**Distance Traveled After Impact:**

| Speed Estimate | | |
| --- | --- | --- |
| From | To | Limit |
| | | |

**Extent Of Damage:** ☐ 1) Minor  ☐ 4) Total  ☐ 2) Moderate  ☐ 5) None  ☑ 3) Major  ☐ 6) Unknown

| | Code # | Description | Collision With Fixed Object | Most Harmful Event |
| --- | --- | --- | --- | --- |
| 1st | PFF | Slow / Stopped Vehicle | ☐ | ☑ |
| 2nd | Code | | ☐ | |
| 3rd | Code | | ☐ | |
| 4th | Code | | ☐ | |
| 5th | Code | | ☐ | |

| | Violation | NOC | Citation Number |
| --- | --- | --- | --- |
| ☑ 1) NRS  ☐ 2) CFR  ☐ 3) CC / MC  ☐ 4) Pending  (1) 482.545 | Fictitious Registration | | WA 208372 |
| ☑ 1) NRS  ☐ 2) CFR  ☐ 3) CC / MC  (2) 484.307 | Follow to Close (Accident) | | WA 208372 |

| Investigator(s): JW2001 | ID Number: 551 | Date: 10/22/06 | Reviewed By: CLOSE | Date Reviewed: DBD OP | Page 3 of 8 |
| --- | --- | --- | --- | --- | --- |

**Vehicle Information**

Event Number: 06-0026-mg   Doc 12653-1   Filed 09/12/12   Entered 09/12/12  Accident Number:    Exhibit A

# STATE OF NEVADA
## TRAFFIC ACCIDENT REPORT
### VEHICLE INFORMATION SHEET
Revised 1/14/04

| Vehicle # | # Occupants | ☑ 1) At Fault | Agency Name. |
|---|---|---|---|
| 2 | 1 | ☐ 2) Non Contact Vehicle | W406 - 11946 |

**Direction of Travel:** ☐ 1) North  ☐ 3) East  ☐ 5) Unknown  ☐ 2) South  ☑ 4) West

**Highway / Street Name:** SUN VALLEY BLVD

**Travel Lane #:** 1

**Vehicle Action:** ☐ 1) Straight  ☐ 2) Left Turn  ☐ 5) U-Turn  ☐ 6) Passing  ☐ 9) Wrong Way  ☐ 11) Leaving Lane  ☐ 13) Entering Lane  ☐ 15) Enter Parked  ☐ 17) Lane Change  ☐ Unknown  ☐ 3) Backing  ☐ 4) Right Turn  ☐ 6) Parked  ☐ 7) Stopped (+)  ☐ 10) Backing  ☐ 12) Entering Lane  ☐ 14) Other Turning  ☐ 16) Driverless Vehicle  ☐ Other

**Driver:** (Last Name, First Name, Middle Name  Suffix)
KENNEDY, THOMAS WILLIAM

**Transported By:** ☑ 1) Not Transported  ☐ 2) EMS  ☐ 3) Police  ☐ 4) Unknown  ☐ 5) Other

**Street Address:** 5510 MIDDLEFORK DR

**Transported To:**

| City: SUN VALLEY | State / Country ☑ 1) NV | Zip Code: 89433 | Person Type: 1 | Seating Position: Code | Occupant Restraints: Code 3 |
|---|---|---|---|---|---|

| ☑ 1) Male  ☐ 3) Unknown | DOB: REDACTED | Phone Number: 673 2634 | Injury Severity: Code | Injury Location: Code | Code | Code |
|---|---|---|---|---|---|---|
| ☐ 2) Female | | | | | | |

| OLN: 963030472C | State: ☑ NV | Class: CM | License Status: | Airbags: Code | Airbag Switch: Code | Ejected: Code | Trapped: Code |
|---|---|---|---|---|---|---|---|

**Compliance:** ☐ 1) Restrict  ☑ 2) Endorse

**Endorsements** | Code | Code | Code
**Restrictions** | Code | Code | Code

**Alcohol/Drug Involvement:** ☑ 1) Not Involved  ☐ 2) Suspected Impairment  ☐ 3) Alcohol  ☐ 4) Drugs  ☐ 5) Unknown

**Method of Determination** (check up to 2): ☐ 1) Field Sobriety Test  ☐ 4) Urine Test  ☐ 2) Evidentiary Breath  ☐ 5) Blood Test  ☐ 3) Driver Admission  ☐ 6) Preliminary Breath Test

**Test Results:**

**Driver Factors:** ☑ 1) Apparently Normal  ☐ 2) Had Been Drinking  ☐ 3) Drug Involvement  ☐ 4) Apparently Fatigued / Asleep  ☐ 5) Obstructed View  ☐ 6) Driver Ill / Injured  ☐ 7) Other Improper Driving  ☐ 8) Driver Inattention / Distracted ___ Code  ☐ 9) Physical Impairment  ☐ 10) Unknown

| Vehicle Year: 2001 | Vehicle Maker: GMC | Vehicle Model: SIERRA 2500 | Vehicle Type: P/U |
|---|---|---|---|

| Plate / Permit No.: 582 TNK | State: ☑ NV | Expiration Date: 9 15 10? | Vehicle Color: GRY |
|---|---|---|---|

**Vehicle Factors:** ☐ 1) Failed To Yield Right Of Way  ☐ 2) Disregard Control Device  ☐ 3) Too Fast For Conditions  ☐ 4) Exceeding Speed Limit  ☐ 5) Wrong Way / Direction  ☐ 6) Mechanical Defects ___ Code  ☐ 7) Drove Left Of Center  ☐ 8) Other STOPPED ___  ☐ 9) Failed To Maintain Lane  ☐ 10) Following Too Close  ☐ 11) Unsafe Lane Change  ☐ 12) Made Improper Turn  ☐ 13) Over Correct/Steering  ☐ 14) Other Improper Driving  ☐ 15) Aggressive / Reckless / Careless  ☐ 16) Driverless Vehicle  ☐ 17) Unsafe Backing  ☐ 18) Ran Off Road  ☐ 19) Hit and Run  ☐ 20) Road Defect  ☐ 21) Object Avoidance  ☐ 22) Unknown

**Vehicle Identification Number:** 1GTHK23621F150955

**Registered Owner Name:** ☑ 1) Same As Driver

**Registered Owner Address:** SAA

**Insurance Company Name:** ☑ 1) Insured  PROGRESSIVE CASUALTY

**Policy Number:** 65040028-7  **Effective:** 7 21 06  **To:** 1 21 07

**Insurance Company Address or Phone Number:** 775-883-3000

**1st Contact**

| Damaged Areas |
|---|
| ☐ 1) Front |
| ☐ 2) Right Side |
| ☐ 3) Left Side |
| ☑ 4) Rear |
| ☐ 5) Right Front |
| ☐ 6) Right Rear |
| ☐ 7) Top |
| ☐ 8) Under Carriage |
| ☐ 9) Left Front |
| ☐ 10) Left Rear |
| ☐ 11) Other |
| ☐ 12) Other |

☑ 1) Vehicle Towed  **Towed By:** OWNER

**Removed To:**

☐ 1) Over Ride  ☐ 2) Under Ride

| Traffic Control | Distance Traveled After Impact | Speed Estimate | | | Extent Of Damage |
|---|---|---|---|---|---|
| Code 1) Speed Zone | Code 11) Stop Sign | 6'2" | From | To | Limit |
| Code 3) Signal Light | Code 12) Yield Sign | | 0 | 5 | 35 |
| Code 5) Flashing Light | Code 13) R. R. Sign | | | | |
| Code 7) School Zone | Code 14) R. R. Gates | | | | |
| Code 8) Ped. Signal | Code 15) R. R. Signal (R) | | | | |
| Code 9) No Passing | Code 16) Marked Lanes | | | | |
| Code 10) No Controls | Code 17) Tire Chains/Snow Req. | | | | |
| Code 11) Warning Sign | Code 18) Permissible Green | | | | |
| Code 12) Turn Signal | ☐ 19) Unknown | | | | |
| Code 13) Other | | | | | |

**Extent Of Damage:** ☐ 1) Minor  ☑ 2) Moderate  ☐ 3) Major  ☐ 4) Total  ☐ 5) None  ☐ 6) Unknown

**Sequence Of Events**

| | Code # | Description | Collision With Fixed Object | Most Harmful Event |
|---|---|---|---|---|
| 1st | 2107 | SLOW STOPPED VEHICLE | ☐ | ☑ |
| 2nd | 2205 | PARKED MOTOR VEHICLE | ☑ | ☐ |
| 3rd | Code | | ☐ | ☐ |
| 4th | Code | | ☐ | ☐ |
| 5th | Code | | ☐ | ☐ |

| (1) | ☐ 1) NRS  ☐ 2) CFR  ☐ 3) CC / MC  ☐ 4) Pending | Violation | NOC | Citation Number |
|---|---|---|---|---|

| (2) | ☐ 1) NRS  ☐ 2) CFR  ☐ 3) CC / MC | Violation | NOC | Citation Number |
|---|---|---|---|---|

| Investigator(s) | ID Number | Date | Reviewed By | Date Reviewed | Page |
|---|---|---|---|---|---|
| J. Wood | 2551 | 10 22 06 | CB098 | 10 30 06 | 5 of 8 |

**Vehicle Information**

09950026-mg   Doc 12053-1   Filed 09/12/12   Entered 09/12/   Accident Number:   Exhibit A

# STATE OF NEVADA
## TRAFFIC ACCIDENT REPORT
### VEHICLE INFORMATION SHEET
Revised 1/14/04

**Agency Name:** WCSO6-11966

| Vehicle # 3 | # Occupants 0 | ☐ 1) At Fault ☐ 2) Non Contact Vehicle |
|---|---|---|

**Direction of Travel:** ☒ 1) North ☐ 3) East ☐ 5) Unknown ☐ 2) South ☐ 4) West

**Highway / Street Name:** 3990 Middle Fork   **Travel Lane #**

**Vehicle Action:** ☐ 1) Straight ☐ 3) Left Turn ☐ 5) U-Turn ☐ 7) Wrong Way ☐ 9) Passing ☐ 11) Leaving Lane ☐ 13) Enter Parked (B) ☐ 17) Lane Change ☐ 19) Unknow ☐ 2) Backing ☐ 4) Right Turn ☒ 6) Parked ☐ 8) Stopped (A) ☐ 10) Racing ☐ 12) Entering Lane ☐ 14) Other Turning ☒ 16) Driverless Vehicle ☐ 18) Other

**Driver:** (Last Name, First Name, Middle Name  Suffix) Marchetti Robert J.

**Street Address:** 5991 middle fork

**City:** Sun Valley   **State / Country:** ☒ 1) NV   **Zip Code:** 89433

☒ 1) Male ☐ 3) Unknown ☐ 2) Female   **DOB:** REDACTED   **Phone Number:** 675-3287

**OLN:** 40005 36759   **State:** ☒ 1) NV   **Class:** C ☐ SDL ☐ CDL   **License Status:** Valid

**Compliance:** ☐ 1) Restrict ☐ 2) Endorse

| Endorsements | | | Restrictions | | |
|---|---|---|---|---|---|
| Code | Code | Code | Code | Code | Code |

**Alcohol/Drug Involvement:** ☒ 1) Not Involved ☐ 2) Suspected Impairment ☐ 3) Alcohol ☐ 4) Drugs ☐ 5) Unknown

**Method of Determination** (check up to 2) ☐ 1) Field Sobriety Test ☐ 4) Urine Test ☐ 2) Evidentiary Breath ☐ 5) Blood Test ☐ 3) Driver Admission ☐ 6) Preliminary Breath Test   **Test Results:**

**Vehicle Year:** 1926   **Vehicle Make:** FORD   **Vehicle Model:** F150   **Vehicle Type:** P/U

**Plate / Permit No.:** 220 PAM   **State:** ☒ 1) NV   **Expiration Date:** 03/04/07   **Vehicle Color:** Blk

**Vehicle Identification Number:** F 25YR PE0605

**Registered Owner Name:** ☐ 1) Same As Driver   MARCHETTI, ROBERT

**Registered Owner Address:** P.O. BOX 1421 GARDNERVILLE NV   89410

**Insurance Company Name:** ☐ 1) Insured   FARMERS

**Policy Number:** 67 15062 18 89   **Effective:** 9 16 06   **To:** 3 16 07

**Insurance Company Address or Phone Number:** (775) 356-3900

☐ 1) Vehicle Towed   **Towed By:**

**Removed To:**

**Transported By:** ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☒ 5) Other WCROSSFIRE

**Transported To:**

| Person Type: | 1 | Seating Position: | Code | Occupant Restraints: | Code |
|---|---|---|---|---|---|
| Injury Severity: | Code | Injury Location: | Code | Code | Code |
| Airbags: | Code | Airbag Switch: | Code | Ejected: | Code | Trapped: | Code |

### Driver Factors
☐ 1) Apparently Normal ☐ 2) Had Been Drinking ☐ 3) Drug Involvement ☐ 4) Apparently Fatigued / Asleep ☐ 5) Obstructed View ☐ 6) Driver Ill / Injured ☐ 7) Other Improper Driving ☐ 8) Driver Inattention / Distracted Code ☐ 9) Physical Impairment ☐ 10) Unknown

### Vehicle Factors
☐ 1) Failed To Yield Right Of Way ☐ 2) Disregard Control Device ☐ 3) Too Fast For Conditions ☐ 4) Exceeding Speed Limit ☐ 5) Wrong Way / Direction ☐ 6) Mechanical Defects Code ☐ 7) Drove Left Of Center ☒ 8) Other PARKED ☐ 9) Failed To Maintain Lane ☐ 10) Following Too Close ☐ 11) Unsafe Lane Change ☐ 12) Made Improper Turn ☐ 13) Over Correct/Steering ☐ 14) Other Improper Driving ☐ 15) Aggressive / Reckless / Careless ☐ 16) Driverless Vehicle ☐ 17) Unsafe Backing ☐ 18) Ran Off Road ☐ 19) Hit and Run ☐ 20) Road Defect ☐ 21) Object Avoidance ☐ 22) Unknown

**1st Contact**

| Damaged Areas |
|---|
| ☒ 1) Front |
| ☐ 2) Right Side |
| ☐ 3) Left Side |
| ☐ 4) Rear |
| ☐ 5) Right Front |
| ☐ 6) Right Rear |
| ☐ 7) Top |
| ☐ 8) Under Carriage |
| ☐ 9) Left Front |
| ☐ 10) Left Rear |
| ☐ 11) Unknown |
| ☐ 12) Other |

☐ 1) Over Ride   ☐ 2) Under Ride

### Traffic Control
| Code | 1) Speed Zone | Code | 11) Stop Sign |
| Code | 2) Signal Light | Code | 12) Yield Sign |
| Code | 3) Flashing Light | Code | 13) R. R. Sign |
| Code | 4) School Zone | Code | 14) R. R. Gates |
| Code | 5) Ped. Signal | Code | 15) R. R. Signal (B) |
| Code | 6) No Passing | Code | 16) Marked Lanes |
| Code | 7) No Controls | Code | 17) Tire Chains/Snow Req. |
| Code | 8) Warning Sign | Code | 18) Permission Green |
| Code | 9) Turn Signal | Code | 19) Unknown |
| Code | 10) Other | | |

**Distance Traveled After Impact:** 54'

**Speed Estimate** — From: O   To: O   Limit: OO

**Extent Of Damage:** ☒ 1) Minor ☐ 4) Total ☐ 2) Moderate ☐ 5) None ☐ 3) Major ☐ 6) Unknown

### Sequence Of Events
| | Code # | Description | Collision With Fixed Object | Most Harmful Event |
|---|---|---|---|---|
| 1st | 2x3 | PARKED MOTOR VEHICLE | ☐ | ☒ |
| 2nd | Code | | ☐ | ☐ |
| 3rd | Code | | ☐ | ☐ |
| 4th | Code | | ☐ | ☐ |
| 5th | Code | | ☐ | ☐ |

| (1) ☐ 1) NRS ☐ 2) OFR ☐ 3) CC / MC ☐ 4) Pending | **Violation** | **NOC** | **Citation Number** |
|---|---|---|---|
| (2) ☐ 1) NRS ☐ 2) OFR ☐ 3) CC / MC | **Violation** | **NOC** | **Citation Number** |

| Investigator(s) | ID Number | Date | Reviewed By | Date Reviewed | Page |
|---|---|---|---|---|---|
| J. Wood | 851 | 10/02 Ixe | C603C | 10 30 06 | 7 of 8 |

**Vehicle Information**

## WASHOE COUNTY SHERIFF'S OFFICE

CASE NO. _06—11946_

DATE & TIME _10-19-06  1705 hrs._

LOCATION _Sun Valley Blvd / Middlefork Dr._

DEPUTY _P. Stahl # 957_

Indicate North



# SIMPLE INTEREST VEHICLE CONTRACT AND SECURITY AGREEMENT

| | |
|---|---|
| JOSEPHINE G GOMEZ | CREDITOR    RENO TOY/MAZDA USED |
| TIA L GOMEZ | Address   690 SUNSHINE LANE |
| 3625 RIO POCO ST | City   RENO     County   WASHOE |
| RENO    County   WASHOE | State   NV     Zip   89502 |
| NV    Zip   89502 | Phone (   775-333-1033 |
| Phone (   ) -    Res Phone (   775-825-5438 | |

No _____ Salesman PABLO LOPEZ     Date 09/05/2006

## SECTION B: DISCLOSURE MADE IN COMPLIANCE WITH FEDERAL TRUTH-IN-LENDING ACT

Your Payment Schedule will be       (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 71 | 669.46 | MONTHLY BEGINNING:   10/20/2006 |
| 01 | 669.46 | DUE ON:     09/20/2012 |
| | NA | |

**ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate    7.25 %

**FINANCE CHARGE** The dollar amount the credit will cost you $ 9321.00

**AMOUNT FINANCED** The amount of credit provided to you or on your behalf $ 38880.12

**TOTAL OF PAYMENTS** The amount you will have paid after you have made all payments as scheduled $ 48201.12

**TOTAL SALES PRICE** The total cost of your purchase on credit, including your down payment of $ 10537.50   $ 58738.62

**INSURANCE.** Credit life insurance, credit disability insurance and debt cancellation coverage, which is also known as GAP coverage, are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost

| Type | Premium | Term | Signature(s) | |
|---|---|---|---|---|
| Credit life | $ NA | NA | I want credit life insurance | X _____ SIGNATURE(S) |
| Joint credit life | $ NA | NA | We want joint credit life insurance | X _____ SIGNATURE(S) |
| Credit disability | $ NA | NA | I want credit disability insurance | X _____ SIGNATURE(S) |
| Credit life and disability | $ NA | NA | I want credit life and disability insurance | X _____ SIGNATURE(S) |
| Joint credit life and disability | $ NA | NA | We want joint credit life and single disability insurance | X _____ SIGNATURE(S) |
| Debt cancellation coverage (GAP coverage) | $ NA | NA | I want debt cancellation coverage (GAP/Coverage) | X _____ SIGNATURE(S) |

You may obtain property insurance from anyone you want that is acceptable to the Creditor above If you get the insurance from the Creditor you will pay $ NA and the term of the insurance will be NA

**SECURITY** You are giving a security interest in the goods or property being purchased

☐ Other (Check if applicable) _____

Filing fee $ _____ Nonfiling insurance $ NA

**LATE CHARGE** If a payment is more than 10 days late, you will be charged $15 or 8 percent of the payment, whichever is less
**PREPAYMENT** If you pay off early, you will not have to pay a penalty

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and penalties

## SECTION D: VEHICLE RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT

This contract is made the 5 (day) of September (month), of 2006 (year), between you, the Buyer(s) shown above, and us, the Seller shown as Creditor above Having been quoted a cash price and a credit price and having chosen to pay the credit price (shown as the Total Sales Price in Section B above), you agree to buy and we agree to sell, subject to all the terms of this contract, the following described vehicle, accessories and equipment (all of which are referred to in this contract as "Collateral")

New or Used U Year and Make 2005 CADILLAC

Series ESCALADE Body Style SPORT UTILIT No Cyl 8

If truck, ton capacity _____

Manufacturer's Serial Number 1GYEK63N85R156553

Use for which purchased ☐ Personal X ☐ Business ☐ Agriculture
INCLUDING
☐ Sun/Moon Roof   ☐ Air Conditioning   ☐ Automatic Transmission
☐ Power Steering   ☐ Power Door Locks   ☐ Power Seats
☐ Power Windows   ☐ Tilt Wheel   ☐ Vinyl Top
☐ Cassette   ☐ Cruise Control   ☐ AM/FM Stereo
☐ Compact Disc Player

## SECTION C: ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1 Vehicle Selling Price | $ | 43200.00 |
| Plus Documentary Fees | $ | 249.50 |
| Plus Emission Inspection Fee | $ | 24.95 |
| Plus Other ( VTR ) | $ | 199.00 |
| Plus Other ( ) | $ | NA |
| Taxable Selling Price | $ | 43673.45 |
| 2 Total Sales Tax | $ | 3220.92 |
| 3 Amounts Paid to Public Officials | | |
| a Titling Fee | $ | NA |
| b Registration Fee | $ | NA |
| c Other ( LICENSE FEE ) | $ | 28.25 |
| TOTAL OFFICIAL FEES (Add 3a through 3c) | $ | 28.25 |
| 4 Plus Other Charges | | |
| a Extended Service Contract* | $ | 2495.00 |
| b Driveaway Permit | $ | NA |
| c Other ( ) | $ | NA |
| d Other ( ) | $ | NA |
| Total OTHER CHARGES (Add 4a through 4d) | $ | 2495.00 |
| 5 Total Cash Sales Price (Add 1 through 4) | $ | 49417.62 |
| 6 Gross Trade-In Allowance | $ | 10000.00 |

### (Simple Interest)

## (CONT'D) ADDITIONAL TERMS AND CONDITIONS

**Simple Interest Contract** This is a simple interest contract The Finance Charge, Total of Payments and Payment Schedule set forth in the disclosures on the reverse side may differ The final payment may differ depending upon the dates payments are received and events which occur after this contract is made For example, early payments will have the effect of reducing your final payment, while late payments will cause your final payment to be higher Your promise requires you to pay the payment on the date due, which payment will be equal to all unpaid sums due under this contract, even if the amount of the final payment differs from the amount final payment disclosed on the reverse side hereof

**Default** If you default in the performance of any of the terms and conditions of this agreement, including, but not limited to, making of any payment later th 30 days of when due, or become insolvent, or file any proceeding under U S Bankruptcy Code, or upon your demise, or if the vehicle is damaged or destroyed, we may our option and without notice or demand (1) declare all unpaid sums immediately due and payable, (2) file suit against you for all unpaid sums and (3) take immediate possession of the vehicle Upon taking possession of the vehicle and giving notice as provided by law, if you do not redeem the vehicle, we will se it at public or private sale We may purchase the vehicle at any sale The proceeds of the sale will be applied first to the expenses of retaking, reconditioning, storing and selling the property, and the remainder will be applied to the unpaid sums owing under this contract Attorney's fees and court costs are allowed too If there is any money left over (surplus) it will be paid to you If a balance still remains owing, you promise to pay that balance upon demand If you default or breach this agreement you agree to pay finance charges at the Annual Percentage Rate shown on the reverse side until all sums owing us are paid in full Our remedies are cumulative and taking of any action is not a waiver and does not prohibit us from pursuing any other remedy You promise to pay reasonable collection costs and expenses, including attorney's fees, if you default under this agreement If suit is filed, you agree that attorney's fees and costs will be awarded to the prevailing party If the vehicle is repossessed we may store personal property found in the vehicle for your account and at your expense and if you do not claim property within 90 days after the repossession, we may dispose of the personal property in any manner we deem appropriate without liability to you

**Delinquency and Collection Charges** You will pay a delinquency charge equal to the lesser of $15 or 8 percent of any installment in default for more than 10 days If you default as described in the preceding paragraph and we refer this contract for collection to an attorney who is not our salaried employee or a salaried employee of the holder of this contract, you will pay reasonable attorney's fees plus court costs, and reasonable collection costs to the extent not prohibited by law

**Demand for Full Payment and Additional Remedies on Default** If you default under this contract, at the time of the default or any time after default (if the default hasn't been cured previously) we may require immediate payment of the unpaid portion of the amount you owe us If there is any money left over (surplus) it will be paid to you On any default, we will have all the remedies of a secured party under the Uniform Commercial Code If the cash price on the reverse hereof is $1,000 or less, you will not be personally liable for any deficiency incurred in a sale after repossession

**Ownership of the Collateral** You represent that there are no liens, claims or encumbrances on the Collateral except for the security interest you grant by this contract to us and you further represent that you have executed no financing statement covering the Collateral except for one relating to this contract

**Location and Use of Collateral** You agree to notify us in writing of any change of your address or of any change in the location of the Collateral Unless you first have received our written consent, you may not take the Collateral out of the State shown in Section D in the section entitled "Address Where Collateral Will Be Located" and you may not sell, lease or otherwise dispose of the Collateral or any part of it by any means You will comply with all laws, ordinances, regulations and orders relating to the Collateral You will keep the Collateral in good condition and will not alter or substantially modify it or conceal it You will not allow any other security interest on the Collateral besides the security interest granted to us under this contract

**Inspection of the Collateral** We may inspect the Collateral at any reasonable time

**Taxes** You are responsible for and will pay when due all taxes and assessments levied on the Collateral If you fail to do so, we may pay any such tax or assessment on your behalf An amount equal to that which we paid will be added to the Total of Payments then owing and you will be charged a finance charge on the amount we paid at the highest lawful contract rate

**Property Insurance** You will keep the Collateral insured against such risks and in such amount as we may from time to time require with an insurer that you choose and we approve As indicated in Section B, if you choose, we will obtain property insurance for you at the premium shown Whether the insurance is provided by you or by us, you will pay all premiums for this insurance when the premiums are due and payable If you provide property insurance, you will deliver the policies to us as additional security and will provide us with receipts showing payment of premiums If you do not obtain the insurance or pay the premiums, we may do so for you If we do this, an amount equal to that which we have paid for the premiums will be added to the Total of Payments then owing and a finance charge at the highest lawful rate will be charged on that amount If we do not obtain the insurance, none of our other rights and remedies will be prejudiced You agree that any proceeds from insurance are to be used to either repair or replace the vehicle Whether or not the vehicle is insured, you must pay for it if it is lost, damaged, or destroyed If you default (as described above), we may cancel the insurance and credit any insurance premium refunds to the unpaid balance of this contract

## LIABILITY INSURANCE IS NOT REQUIRED BY THIS CONTRACT. YOU HAVE THE RIGHT TO CHOOSE THE PERSON THROUGH WHOM LIABILITY INSURANCE IS TO BE OBTAINED.

**Information to Insurance Company or Agent:** You give your permission to furnish any information about the Collateral or any information about insurance policies on the Collateral to an insurance agent or company

**Credit Life Insurance, Credit Disability Insurance and Debt Cancellation Coverage (GAP Coverage)** If you indicated in Section B that you want optional credit life insurance, credit disability insurance or debt cancellation coverage (GAP coverage), or any combination thereof, you agree to pay for such insurance at the premium shown in Section B

**NO WARRANTIES THE SELLER MAKES NO REPRESENTATIONS, PROMISES OR WARRANTIES, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY OF THE COLLATERAL OR WHETHER THE COLLATERAL IS SUITABLE OR FIT FOR THE PARTICULAR PURPOSE INTENDED UNLESS THE SELLER HAS DONE SO IN THIS CONTRACT OR IN A SEPARATE WRITTEN AGREEMENT SIGNED BY THE SELLER AS THE ORIGINAL SELLER OF THE COLLATERAL HOWEVER, IF THE SELLER MAKES AN EXPRESS WARRANTY IN THIS CONTRACT OR IN A SEPARATE WRITTEN AGREEMENT SIGNED BY THE SELLER OR, WITHIN 90 DAYS AFTER THE DATE OF THIS CONTRACT, THE SELLER ENTERS INTO A SERVICE CONTRACT WITH THE BUYER THAT APPLIES TO THE COLLATERAL, THE EXCLUSION OF IMPLIED WARRANTIES SET FORTH IN THIS PARAGRAPH DOES NOT EXCLUDE ANY IMPLIED WARRANTIES THAT MAY EXIST WITH RESPECT TO THE COLLATERAL DURING THE TERM OF THE CONTRACT OR AGREEMENT IN WHICH THE EXPRESS WARRANTY IS MADE.**

**Notices** Any notice we have to give you pursuant to the Uniform Commercial Code will be reasonable if we send it to your address shown in Section D in the section entitled "Your Address After Receipt of Possession of Collateral" at least 5 days before the event with respect to which notice is required

**Time Is of the Essence** You understand that all payments that are required must be made on the day due

**Exercising Our Rights** We may, without notice, delay enforcing our rights or exercise only part of them, without losing them, or waive a right we have to one Buyer without waiving it as to the other(s)

**Meaning of Words** In this contract the words "you" and "your" means each and all those who sign this contract as Buyers or Co-Buyers, and their heirs, executors, administrators, successors and assigns The words "we," "us" and "ours" means the Creditor shown on the reverse in Section A and, if this contract is assigned, its successors and assigns and any other holder of this contract

**Governing Law** This contract has been delivered in the state of Creditor's place of business and will be governed by the laws of that State and applicable federal law

**Invalidity** Wherever possible each provision of this contract shall be interpreted so that it is valid under applicable law, but if any provision is prohibited or invalid, the remaining provisions of this contract will continue to be valid

**Notice of Rescission Rights** The provisions of this paragraph only apply if you have signed the notice of rescission rights on the face of the contract (1) You agree to furnish the Seller any documentation necessary to verify information contained in your credit application (2) You acknowledge that it may take a few days for the Seller to verify your credit and assign the contract In consideration of the Seller agreeing to deliver the vehicle, you agree that if the Seller is unable to assign the contract to a financial institution with whom the Seller regularly does business pursuant to terms of assignment acceptable to the Seller, the Seller may elect to rescind the contract (3) If the Seller elects to rescind the contract, the Seller shall, within 15 days after the date of the contract, give you notice of the rescission Such notice shall be deemed given upon deposit of a written notice in the United States mail directed to you at the address you stated in the contract or upon any other manner in which actual notice is given to you Upon receipt of such notice, you shall immediately return the vehicle to the Seller in the same condition as when sold, reasonable wear and tear excepted, and the contract shall be deemed rescinded The Seller agrees, upon rescission of the contract, to restore to you all consideration received in connection with the contract, including any trade-in vehicle (4) If the vehicle is not immediately returned to the Seller after giving notice of the Seller's election to rescind the contract, you are liable to the Seller for all expenses incurred by the Seller in obtaining possession of the vehicle, including attorney's fees, and the Seller has the right to repossess the vehicle as permitted by law (5) While the vehicle is in your possession, all terms of the contract, including those related to the use of the vehicle and insurance for the vehicle, are in force and all risk of loss or damage to the vehicle must be assumed by you You shall immediately pay all reasonable repair costs related to any damage to the vehicle while it is in your possession or under your control and until the vehicle is returned to the Seller

## NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

description of the vehicle on the reverse side, /

WHITE _____ Color _____ Tires _____ Lic No _____

You, severally and jointly, promise to pay to us the Total of Payments (shown in Section B above) according to the Payment Schedule (also shown in Section B above), until paid in full, together with interest after maturity at the Annual Percentage Rate disclosed above

To secure such payment, you grant to us a purchase money security interest under the Uniform Commercial Code in the Collateral and in all accessions to and proceeds of the Collateral Insurance in which 'we or our assignee are named as beneficiary or loss payee, including any proceeds of such insurance or refunds of unearned premiums, or both, are assigned as additional security for this obligation and any other obligation created in connection with this sale We, our successors and assigns, hereby waive any other security interest or mortgage which would otherwise secure your obligations under this contract except for the security interests and assignments granted by you in this contract

Address where Collateral will be located

Street  3625 RIO POCO ST           City  RENO

County  WASHOE                State  NV

Your address after receipt of possession of Collateral

Street  3625 RIO POCO ST           City  RENO

County  WASHOE                State  NV

**NOTICE OF RESCISSION RIGHTS**

If the Buyer signs here, the notice of rescission rights on the reverse side is applicable to this contract

Buyer's Signature X _____

Co-Buyer's Signature X _____

| | | | |
|---|---|---|---|
| 2003 MAZDA 6S | | | |
| YEAR  MAKE  MODEL | | | |
| Minus Payoff Balance | $ | NA | |
| Net Trade-In Allowance | $ | 10000.00 | |
| 7 Down Payment (Other Than Net Trade-In Allowance) | | | |
| a Trade-In Sales Tax Credit | $ | 537.50 | |
| b Cash | $ | NA | |
| c Manufacturer's Rebate | $ | NA | |
| d Other (_____)$ | | NA | |
| Down Payment (Add 7a through 7d) | | $ | 537.50 |
| 8 TOTAL DOWN PAYMENT AND NET TRADE-IN ALLOWANCE (Add 6 and 7) | | $ | 10537.50 |
| 9 UNPAID BALANCE OF CASH SALES PRICE (Subtract 8 from 5) | | $ | 38880.12 |
| 10 'Plus Optional Insurance Charges' | | | |
| a Credit Life Insurance Premium | | | |
| Paid to (_____) Term ( NA ) | | $ | NA |
| b Credit Disability Insurance Premium | | | |
| Paid to (_____) Term ( NA ) | | $ | NA |
| c Debt Cancellation Coverage (GAP Coverage) | | | |
| Paid to (_____) Term (_____) | | $ | NA |
| d Other Insurance | | | |
| Paid to (_____) Term (_____) | | $ | NA |
| 11 Other Amounts Financed | | | |
| a _____ | | | |
| Paid to (_____) | | $ | NA |
| b _____ | | | |
| Paid to (_____) | | $ | NA |
| 12 TOTAL AMOUNT FINANCED (Add 9, 10 and 11) | | $ | 38880.12 |
| 'Seller may retain or receive a portion of this amount | | | |

STATE DISCLOSURE REQUIREMENTS The provisions of Section B and Section C above are incorporated into this agreement for purposes of state disclosure requirements

Additional Terms and Conditions The additional terms and conditions set forth on the reverse side hereof are a part of this contract and are incorporated herein by reference

OPTION _____ You pay no Finance Charge if the Total Amount Financed, Item No 12, Section C, is paid in full on or before the _____ (day) of _____ (month) of _____ (year)

SELLER'S INITIALS _____

**SECTION E:**                    **NOTICE TO BUYER**

Do not sign this agreement before you read it or if it contains any blank spaces. You are entitled to a completed copy of this agreement. If you fail to perform your obligations under this agreement, the vehicle may be repossessed and you may be able for the unpaid indebtedness evidenced by this agreement

you are buying a used vehicle with this contract, as indicated in the description of the vehicle above, federal regulation may require a special buyer's guide to be displayed on the window

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE

The text of the preceding two paragraphs is set forth below in Spanish

usted está comprando un vehículo usado mediante este contrato según la descripción del vehículo arriba, la ley federal podrá exigir que la ventanilla demuestre una guía especial para el comprador

LA INFORMACIÓN QUE USTED VE EN LA FORMA DE VENTANILLA PARA ESTE VEHÍCULO ES PARTE DE ESTE CONTRATO. LA INFORMACIÓN EN LA FORMA DE VENTANILLA DOMINA CUALESQUIER ESTIPULACIÓN CONTARIA EN EL CONTRATO DE VENTA.

BUYER AND CO-BUYER ACKNOWLEDGE RECEIPT OF A TRUE AND COMPLETELY FILLED-IN COPY OF THIS CONTRACT AND THE ABOVE DISCLOSURE AT THE TIME OF SIGNING.

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED UNLESS OTHERWISE INDICATED IN SECTION C ABOVE

Buyer X _____ Date  09/05/06  Co-Buyer X _____ Date  09/05/06

Creditor  RENO TOY/MAZDA USED _____ Date  09/05/06 By X _____ Title _____

IM # SAIZN-NV (Revised 2/03) © CBPI  (619) 286-7171  (800) 339-9686  Reprint 3/05         QUADRUPLICATE                    ITEM 619

If you are buying a used vehicle with this contract, as indicated in the description ~~~~
federal regulation may require a special buyer's guide to be displayed on the window

**THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT.**
**INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

**Assignment** For value received, Seller sells, assigns, and transfers to _____ (Assignee),
its successors and assigns, the entire right, title and interest of Seller in the contract contained herein, including, but not limited to, all amounts payable to Buyer and
security interest in the Collateral To induce Assignee to purchase the contract, Seller represents and warrants to Assignee as follows (a) the contract is genuine and
the statements and amounts inserted herein are correct, (b) the contract and security interest arose entirely from the sale of the Collateral or services described in the
contract or both, (c) the down payment, if any be shown on the face hereof, has been received and no part thereof was advanced directly or indirectly by Seller to
Buyer, (d) the goods and services have been furnished to the satisfaction of Buyer and all obligations of warranty to Buyer, either express or implied, have been and
will continue to be fulfilled by Seller, (e) the Collateral or services, or both, have been sold, provided and delivered to and accepted by Buyer, (f) the security interest
granted to Seller in the contract constitutes a valid first lien on the Collateral and has been filed or recorded according to law to preserve the priority of each lien, (g)
the Collateral is free and clear of all liens and encumbrances, except the security interest granted by this contract, (h) the full amount of the stated Total of Payments
remains unpaid, (i) Seller is the holder of the contract and the security interest in the Collateral free and clear of all liens and encumbrances and Seller has full power
and authority to assign the same, (j) the transaction was consummated on the above date set forth in the contract and Buyer did not receive possession of the Collateral
prior to the date of consummation, (k) Buyer was furnished a completed copy of the contract prior to consummation, (l) the Collateral is insured with a company
acceptable to Assignee against physical damage in addition to such other risks as Assignee requires under an insurance policy acceptable to Assignee, (m) Seller has
not knowingly communicated to Assignee incorrect information relating to the Buyer's application or credit statement or knowingly failed to communicate information
relating to such application or credit statement, (n) the facts set forth in the contract are true, (o) Buyer has no defense or counterclaim to payment of the obligation
evidenced by the contract, (p) Buyer is or, if more than one, each is not a minor and has legal capacity to execute this contract and is liable thereon, and (q) Seller has
no reason to believe the Buyer has ever violated any laws concerning liquor or narcotics

In the event any warranty shall be breached or any representation shall be false, Seller shall, upon demand and irrespective of whether the contract is then in default,
repurchase the contract from Assignee at a price equal to the unpaid balance of the contract plus accrued interest, or such other amount agreed to by Seller and Assignee
in a separate agreement as in effect on the date of such demand by Assignee, plus any costs or expenses of collection, including attorney's fees, whether incurred by
Assignee by suit or on appeal or otherwise Seller waives all defenses that otherwise might have been available but nothing herein contained shall preclude Assignee
from enforcing against Seller any other remedies provided by law for misrepresentation or breach of warranty In the event of any proceedings commenced by Assignee
against Buyer with respect to the contract, services or the Collateral, if Buyer asserts a defense, set off or counterclaim any act, omission or default by Seller, Seller
shall forthwith on demand repurchase the contract for the amount set forth above The provisions of this assignment shall be binding on the heirs, representatives,
successors and assigns of Seller and shall inure to the benefit of the successors and assigns of Assignee The above assignment provisions apply and are in addition to
any obligations of Seller as provided in the paragraph below endorsed by Seller

**1 RECOURSE** Seller absolutely and unconditionally guarantees the prompt payment of either the total unpaid amount of the contract and any accrued interest
or such other amount agreed to by Seller and Assignee in a separate agreement, together with all costs, expenses and reasonable attorney's fees incurred in the
collection of said amount Seller waives all defenses arising by reason of any failure to give notice of acceptance of this guaranty or default of Buyer, or arising
by reason of any extension of time given to Buyer, or by reason of any failure by Assignee to pursue Buyer or the Collateral or other property of Buyer or to resort
to other security or remedies which may be available, and waives any and all defenses arising out of the guarantor relationship

Seller _____    By _____

Title _____    Date _____

**2 REPURCHASE** In the event of default by the Buyer under any of the terms or conditions of the contract, Seller will repossess and repurchase the Collateral
or, if the Collateral has already been repossessed, Seller will repurchase the Collateral at the place of repossession or recovery The Collateral will be repurchased
in any event AS IS, at a price equal to the then unpaid balance of the contract and any accrued interest, or such other amount agreed to by Seller and Assignee in a
separate agreement as in effect as of the default, together with all costs, expenses and reasonable attorney's fees incurred by Assignee in the collection of said amount
Seller waives all defenses arising by reason of any failure to give notice of acceptance of this agreement or default of Buyer, or arising by reason
of extension of time given to Buyer, or by reason of any failure by Assignee to pursue Buyer or the Collateral or other property of Buyer or to resort to other security
or remedies which may be available, and waives all other defenses that might otherwise have been available At the time of repurchase, Seller shall pay to Assignee
the purchase price in cash and Assignee may reassign to Seller without recourse and without warranties, express or implied, all title retention or lien instrument
and all contracts or promissory notes which Assignee then holds upon such Collateral

Seller _____    By _____

Title _____    Date _____

**3 LIMITED ENDORSEMENT.** In the event of default of Buyer before Buyer shall have paid the first _____ installments under the foregoing
contract, Assignee may reassign the contract to Seller and Seller agrees, upon tender of such reassignment and in consideration thereof to pay to Assignee either
the then unpaid balance of the contract and any accrued interest, or such other amount agreed to by Seller and Assignee in a separate agreement as in effect
as of the reassignment, together with all costs, expenses and reasonable attorney's fees incurred in the collection of said amount Seller waives all defenses
arising by reason of any failure to give notice of acceptance of this agreement or default of Buyer, or arising by reason of any extension of time given to Buyer
or by reason of any failure by Assignee to pursue Buyer or the Collateral or other property of Buyer or to resort to other security or remedies which may be
available, and Seller waives any other defenses that might otherwise have been available

Seller _____    By _____

Title _____    Date _____

**4 WITHOUT RECOURSE** This assignment shall be without recourse against Seller except for such obligations as are set forth in the assignment above

Seller _____    By _____

Title _____    Date _____

# CRN PhotoWizard



vin tag



no key was with vehicle, no oil sticker, need accurate mileage





sunroof, headliner



onstar and overhead controls

CRN PhotoWizard



console



dashboard



trim panel, BOSE stereo



seat conditions

CRN PhotoWizard



carpet condition



driver's air bag deployed



passenger airbag deployed



rear carpets

CRN PhotoWizard



left front view



left rear view




rear view



roof

CRN PhotoWizard



rt rear view



rt front view




point of impact



dmg to hood and grille

CRN PhotoWizard



dmg to left lamp



no dmg to left fender or inner structure



dmg to rt lamp



dmg to rt fender and inner structure



CRN PhotoWizard



rt fender liner



rt fender is pushed back to rt front door





bumper was thrown inside of vehicle by tow yard and made a mess of the interior



old parts thrown inside of vehicle



CRN PhotoWizard



dash



view of cowl



view of how far back hood pushed after impact



dmg inside of engine

CRN PhotoWizard



airfilter dmg





view of engine under hood which is stuck down





view of engine under hood



view of engine

CRN PhotoWizard



view under hood, batter is pushed over



cannot tell if firewall is penetrated



view of engine



left rear tire has no air and there is an unknown reason for this as tow yard
said it had been inflated

CRN PhotoWizard



view of core support dmg



rt side of lamp



view under hood



core support dmg

CRN PhotoWizard



core support dmg



core support dmg



view under hood shows that frame rails are intact



frame dmg appears minor

CRN PhotoWizard



view under vehicle



view under bumper



xshield is broken



rt front fender/wheel

CRN PhotoWizard



tire tread