UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motors Company, et al

                              Debtor

Case No.: 09-50026
Chapter 11

-----------------------------------------------------------------x

                             Plaintiff

v.

                             Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Franklin H. McCallum, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Jairo Alan Franco, a Claimant in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 09/12/2012
_____, New York

_____
*Mailing Address:*
24 Smith Road, Suite 170
Midland, TX 79705

_____
*E-mail address:* frmclaw@aol.com
*Telephone number:* (432) 682-3288

SEP 13 2012

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Company, et al

                Debtor

Case No.: <u>09-50026</u>

Chapter <u>11</u>

------------------------------------------------------------x

                Plaintiff

v.

                Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

    Upon the motion of <u>Franklin H. McCallum</u>, to be admitted, *pro hac vice*, to represent <u>Jairo Alan Franco</u>, (the "Client") a <u>Claimant</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Texas</u> and, if applicable, the bar of the U.S. District Court for the <u>Western</u> District of <u>Texas</u>, it is hereby

    **ORDERED**, that <u>Franklin H. McCallum</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE