George W. McClain
3022 Imperial Valley Dr
Little Rock, Arkansas 72212

Phone: 501-225-7295
E-Mail: GMINC#sbcglobal.net

COURT CLERK COPY

Retired salaried employe of General Motors
with unsecured claims for health care and life insurance benefits
Claim No. 9513, Page 6, Exhibit A, Debtors' 181st Omnibus Objection to Claims
Claim No. 21851, Page 6, Exhibit A, Debtors' 185th Omnibus Objection to Claims

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :    09-50026 (REG)
    f/k/a General Motors Corp., et al.      :
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
------------------------------------------------------x

The following letter is in response to the Court's request during the hearing on July 26, 2012.

July 30, 2012

SEP 11 2012

Mr. David Griffiths
Weil, Gotshal & Manges LP
767 Fifth Avenue
New York, NY 10153

Re: Court Hearing
    July 26th

Dear Mr. Griffiths:

If I understood Judge Gerber's instructions correctly he requested that I forward to you a copy of the "Your Benefits In Retirement" booklet I received when I retired and that you and I try to agree on as many issues as possible before the next hearing.

I will forward a copy of the booklet if you do not already have a copy that was part of attachment "A" to my claim

I would appreciate your forwarding me a copy of the 1985 edition referred to in item 19 of the Debtors' reply filed June 5, 2012.

I hope before the next hearing that you and I can agree on the following:

1. That attachment "A" with the written offer, enclosures and my acceptance is evidence of a contractual obligation.

2. That one of the enclosures to the written offer includes the statement "Complete details regarding benefit plan continuation privileges are contained in the enclosed booklet "Your Benefits in Retirement".

3. That the enclosed booklet did not contain the Reservation of Rights clause that was added to the 1985 edition.

An additional issue that I hope we can agree on is that Sprague vs GM dealt with changes GM was making to salaried retiree health care benefits such as vision, hearing, dental and copays and did not include a ruling involving life insurance.

The issue that most concerns me is the supplemental life insurance I was to receive as a retired unclassified employe.

In the discussions with Regional Manager Al Clark in 1984 he stressed to me that to be assured of receiving the $150,000 in supplemental life insurance I should accept the early retirement offer. Otherwise, he pointed out, in the restructuring of the Little Rock Branch from a Control to Field Branch my position would be changed from an unclassified to classified position and I would no longer qualify for the supplemental life insurance program.

The only thing I have seen or been provided about the supplemental life insurance was the letter I received from T. A. Murphy, then Chairman of GM, dated December 13, 1976 and a copy of the insurance certificate itself.

As you know, Mr. Murphy's letter states that unlike the then current life insurance program there would be no reduction in the supplemental life insurance after age 65.

Met Life stated in the letter dated May 30, 2008 that the insurance certificate does not contain language reserving the right to change Plan or Program provisions.

Are you aware of any additional information that has been provided to unclassified retirees about the supplemental life insurance? Mr. Smolinsky's declaration filed July 10, 2012 does not list plan descriptions involving life insurance dated after 1971. Those probably dealt with the basic life insurance plan because the supplemental life insurance plan was not started until 1976 or 1977 per Mr. Murphys's letter.

I will appreciate your consideration of my proposals and look forward to hearing from you.

Sincerely,

George W. McClain
3022 Imperial Valley Dr.
Little Rock, AR 72212

Dated: Little Rock, Arkansas
September 7, 2012

George W. McClain