UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,         :
                                                   :
        Debtors.                           :    (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On September 11, 2012, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on the parties identified on Exhibit A annexed hereto (affected parties):

- **Amended Supplemental Order Granting Debtors' 169th Omnibus Objection to Claims as to Proof of Claim No. 2105 Filed by Allen J. Szynski, Proof of Claim No. 64286 Filed by Lelah M. Johnson-Green, and Proof of Claim No. 68301 Filed by Thomas Jarusinski (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)** [Docket No. 12049].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 13th day of
September, 2012

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires:  September 23, 2013

# EXHIBIT A

JOHNSON-GREEN, LELAH M
1545 WINTHROP RD
BLOOMFIELD HILLS, MI 48302-0684

SZYNSKI, ALLEN J
48431 MILONAS DR
SHELBY TWP, MI 48315-4302

THOMAS JARUSINSKI
102 GREENOCK CT
2169 SEVEN LAKES SOUTH
WEST END, NC 27376-9613