**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-------------------------------------------------------------------x

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                       ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors

and debtors-in-possession (the "Debtors") in the above-captioned proceeding.   Our business

address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On September 14, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein Shapiro"),

counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the

following document to be served by first class mail on Lyndia Brewer on Behalf of the Estate of

Marcus Wirt, c/o Sanders Law Firm, Attn: Archie Sanders, 119 South Main St., Memphis,

Tennessee 38013 (affected party):

- **Letter from Anamay M. Carmel, Dicketein Shapiro LLP, to Archie Sanders III, The Sanders Firm, dated September 14, 2012, regarding Hearing on Claim No. 70493 set for Monday, September 24, 2012 at 9:45 a.m. (Eastern Time).**

3.      On September 14, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Letter from Anamay M. Carmel, Dicketein Shapiro LLP, to John A. Haack, dated September 14, 2012, regarding Hearing on Claim No. 62969 set for Monday, September 24, 2012 at 9:45 a.m. (Eastern Time)**.

4.      On September 14, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Jairo Alan Franco, Yanira Franco, 24 Smith Rd. Ste 170, Midland, Texas 79705 (affected party):

- **Letter from Anamay M. Carmel, Dicketein Shapiro LLP, to Franklin H. McCallum, Attorney at Law, dated September 14, 2012, regarding Hearing on Claim Nos. 63846 and 63847 set for Monday, September 24, 2012 at 9:45 a.m. (Eastern Time)**.

5.      On September 14, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Tiesha McNeal, General Delivery, 607 E Locust St, Apt. C, Davenport, Iowa 52803-4316 (affected party):

- **Letter from Anamay M. Carmel, Dicketein Shapiro LLP, to Tiesha McNeal, dated September 14, 2012, regarding Hearing on Claim No. 29628 set for Monday, September 24, 2012 at 9:45 a.m. (Eastern Time)**.


/s/ Barbara Kelly Keane
Barbara Kelley Keane

Sworn to before me this
17th day of September, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Commission Expires March 14, 2015

# EXHIBIT A

JOHN A HAACK
10500 VILLAGE LANE
FORISTELL, MO 63348

JOHN A HAACK
10500 VILLAGE LANE
FORISTELL, MO 63348

JOHN A HAACK
31500 PAR COURT
FORISTELL, MO 63348