# EXHIBIT B

Archie Sanders III (TN 12784)
The Sanders Firm
119 South Main St. Suite 500
Memphis, TN 38013
901-383-2006
901 234-0022 (fax)

UNITED STATES BANKRUPTCY COURT          Chapter 11 Case No
SOUTHERN DISTRICT OF NEW YORK
                                                                    09-50026

In re

MOTORS LIQUIDATION COMPANY, *et ah,*
          f/k/a General Motors Corp., *et al.*

                    Debtors.

## MEMORADUM IN OPPOSITION TO MOTION TO ENFORCE BAR DATES (243RD) WITH RESPECT TO LYNDIA BREWER ON BEHALF OF THE ESTATE OF MARCUS WIRT

Lyndia Brewer on behalf of the Estate of Marcus Wirt files this response to the 243rd omnibus

objection to claims and states to the Court:

Lyndia Brewer on behalf of the Estate of Marcus Wirt timely filed a lawsuit in the Circuit Court of

Shelby County, Tennessee on December 15, 2008 alleging that a defective GM product caused the

wrongful death of Marcus Wirt. GM filed an answer in February 2009 denying the allegations in the

Complaint. At the time the suit was filed plaintiffs counsel worked for the Cochran Firm Memphis. On or

about August 31, 2009 counsel left that firm. Counsel subsequently learned of the bar date for filing proofs

of claim and immediately filed a claim. The notice was apparently sent to counsel's old address.

Given these facts and the lack of prejudice to the debtor, counsel respectfully request that this

Court accept the late filed claim and allow this matter to be resolved on the merits.

Wherefore, this creditor requests that the Motion be denied.

/s/ Archie Sanders III (TN 12784)

The Sanders Firm
119 South Main St. Suite 500
Memphis, TN 38013