# EXHIBIT C

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Motors Liquidation
Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                   :    **09-50026 (REG)**
     f/k/a General Motors Corp., *et al.*                   :
                                                            :
                                        Debtors.            :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**DECLARATION OF ANGELA FERRANTE IN SUPPORT OF THE
REPLY TO THE RESPONSE TO DEBTORS' 243RD OMNIBUS OBJECTION
TO CLAIMS AND RELATED DOCUMENTS FILED BY THE GUC TRUST**

I, Angela Ferrante, hereby declare as follows:

1.   I am a Vice President with The Garden City Group, Inc. ("**GCG**") located at 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042, and am duly authorized to submit this declaration (the "**Declaration**"). GCG is retained by the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**")[1] in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (the "**Plan**"), as the claims and noticing agent for the Debtors.

---

[1]   The Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**"), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.), Remediation and Liability Management Company, Inc. ("**REALM**"), and Environmental Corporate Remediation Company, Inc. ("**ENCORE**").

2. Part of GCG's responsibilities include assisting the GUC Trust with its obligations to serve important documents related to the bankruptcy under the Plan and track whether sent documents are returned as undeliverable. I make this Declaration, in support of the GUC Trust's 243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders, which included Claim No. 70493, and the response filed thereto [Docket Nos. 10746 and 10908], based on my personal knowledge and on information obtained by me in the normal course of my duties as a representative of the GUC Trust. If called as a witness, I could and would competently testify to the facts set forth herein.

3. Between September 24, 2009 and September 26, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, GCG caused to be served true and correct copies of the Notice of Bar Dates for Filing of Proofs of Claim and a customized Proof of Claim form (collectively, the "Bar Date Mailing") addressed to the Cochran Firm Memphis at the following address: One Commerce Square 26th Floor, Memphis, TN, 38103. *See* Exhibit A (original affidavit of service). In September 2009, this address was the only address in our records for Lyndia Brewer.

4. The Bar Date Notice Documents that were sent to Lyndia Brewer were not returned as undeliverable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 19, 2012

                                                */s/ Angela Ferrante*
                                                Angela Ferrante
                                                The Garden City Group, Inc.

# EXHIBIT A
# TO
# DECLARATION OF ANGELA FERRANTE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                   :
                                                        :      Chapter 11 Case No.
**MOTORS LIQUIDATION COMPANY,** *et al.*,               :
    f/k/a General Motors Corp., *et al.*     :      09-50026 (REG)
                                                        :
        Debtors.         :      (Jointly Administered)
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

  1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

  2.    Between September 24, 2009 and September 26, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case, I caused to be served true and correct copies of the documents identified below addressed to each of the individuals and entities in the service lists attached hereto as Exhibit "A" (all parties listed in the Debtor's Schedules of Assets and Liabilities) and Exhibit "B" (including but not limited to all parties who filed a Notice of Appearance, the master service list, the creditor matrix and all other parties in interest) as follows:

(i) **Notice Of Bar Dates for Filing of Proofs of Claim (the "Notice")** and a customized **Proof of Claim** form addressed to each of the individuals and entities identified in the service list attached hereto as Exhibit "A"; and

(ii) **Notice** and a **Proof of Claim** form addressed to each of the individuals and entities identified in the service list attached hereto as Exhibit "B"

by depositing same in sealed, postage paid envelopes at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                            /s/  Barbara Kelley Keane

Sworn to before me this
14th day of October, 2009

/s/  Eamon Mason
Notary Public – State of New York
No 01MA6187254
My Commission Expires May 19, 2012

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BREWER, CLARENCE E | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| BREWER, DAVID | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| BREWER, FLOYD | MOODY EDWARD O | 801 W 4TH ST | | | LITTLE ROCK | AR | 72201-2107 |
| BREWER, JAMES | SIMMONS FIRM | PO BOX 521 | | | EAST ALTON | IL | 62024-0519 |
| BREWER, JOHN | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| BREWER, JOHN I | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| BREWER, LYNDIA | COCHRAN FIRM MEMPHIS | ONE COMMERCE SQUARE 26TH FLOOR | | | MEMPHIS | TN | 38103 |
| BREWER, MELODY | 525 N DORAN RD | | | | IMLAY CITY | MI | 48444-9808 |
| BREWER, MELVIN | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| BREWER, MILO | MOODY EDWARD O | 801 W 4TH ST | | | LITTLE ROCK | AR | 72201-2107 |
| BREWER, PATRICIA KATSUMI | MOODY EDWARD O | 801 W 4TH ST | | | LITTLE ROCK | AR | 72201-2107 |
| BREWER, SAMUEL | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| BREWER, TANYA | 629 CHAT AND CHEW RD | | | | COLUMBUS | MS | 39701-9229 |
| BREWER, THELMA MAY | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| BREWER, WALTER H | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| BREWER, WEBBER | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| BREWER, WILLIE M | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| BREWER,HERBERT D | 231 CLEARBROOK DR | | | | FRANKLIN | OH | 45005-2385 |
| BREWSTER,SHIRLEY A | 5611 BELLEFONTAINE RD | | | | HUBER HEIGHTS | OH | 45424-4134 |
| BREWSTER, ARTHUR | ADKINS KELSTON & ZAVEZ PC | 90 CANAL STREET, 5TH FLOOR | | | BOSTON | MA | 02114 |
| BREWSTER, DAVID | KIMMEL & SILVERMAN PC | 1930 E MARLTON PIKE SUITE Q29 | | | CHERRY HILL | NJ | 08003 |
| BREWSTER, HOWARD | JACOBS & CRUMPLAR P.A. | PO BOX 1271 | 2 EAST 7TH ST, | | WILMINGTON | DE | 19899-1271 |
| BREWSTER, JEROME | ADKINS KELSTON & ZAVEZ PC | 90 CANAL STREET, 5TH FLOOR | | | BOSTON | MA | 02114 |
| BREWSTER, JERRY | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| BREWSTER, JUSTON | 4318 NORTHERN AVE APT 2722 | | | | KANSAS CITY | MO | 64133-7250 |
| BREWSTER, MOLLY | ADKINS KELSTON & ZAVEZ PC | 90 CANAL STREET, 5TH FLOOR | | | BOSTON | MA | 02114 |
| BRIAN GOODELL | ATTN: KEITH LALISS | 1837 S MESA DR STE C100 | | | MESA | AZ | 85210-6219 |
| BRIAN, RUSSELL E | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| BRIANA, JAMES J | THORNTON EARLY & NAUMES | 100 SUMMER ST LBBY 3 | | | BOSTON | MA | 02110-2104 |
| BRICE, CHARLES | ANGELOS PETER G LAW OFFICE | 115 BROADWAY FRNT 3 | | | NEW YORK | NY | 10006-1638 |
| BRICKER, RAYMOND | DEARIE & ASSOCS JOHN C | 3265 JOHNSON AVE | | | RIVERDALE | NY | 10463 |
| BRICKERT, CARL S | ANGELOS PETER G LAW OFFICES | 60 WEST BROAD ST | | | BETHLEHEM | PA | 18018 |
| BRICKEY,TIMOTHY D | 2026 HIGHLANDER DR N | | | | XENIA | OH | 45385-6400 |
| BRICKHOUSE, THOMAS E | BILMS KEVIN P | 430 CRAWFORD ST STE 202 | | | PORTSMOUTH | VA | 23704-3813 |
| BRIDGE SEMICONDUCTOR CORP | 1132 HUNTERS CREEK DR | | | | CARROLLTON | TX | 75007-1112 |
| BRIDGEFIELD CASUALTY INSURANCE CO, | LONDON, JOHN A, III | 10988 N HARRELLS FERRY RD STE 18A | | | BATON ROUGE | LA | 70816-8361 |
| BRIDGEMAN, ALBERT | 240 PANTHER LN | | | | THOMASVILLE | NC | 27360-6822 |
| BRIDGEMAN, GARY L | SIMMONS FIRM | PO BOX 559 | | | WOOD RIVER | IL | 62095-0559 |
| BRIDGEMAN, BILLY RAY | ARMOUR LAW FIRM | PO BOX 710 | | | ALEXANDRIA | LA | 71309-0710 |
| BRIDGES, JOYCE M | STATE FARM INSURANCE | PO BOX 2373 | | | BLOOMINGTON | IL | 61702-2373 |
| BRIDGES, KENNETH | GUY WILLIAM S | PO BOX 509 | | | MCCOMB | MS | 39649-0509 |
| BRIDGES, MERLE | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| BRIDGES, PENNY | 1848 LINDSEY RD | | | | MORTON | MS | 39117-8682 |
| BRIDGES, ROBERT | COON BRENT W | PO BOX 4905 | | | BEAUMONT | TX | 77704-4905 |
| BRIDGESTONE APM CO | 1800 INDUSTRIAL DR | | | | FINDLAY | OH | 45840-5439 |
| BRIDGESTONE APM CO | 235 COMMERCE WAY | | | | UPPER SANDUSKY | OH | 43351-9079 |
| BRIDGESTONE CORP | 1-10-1 KYOBASHI | | | CHUO-KU TOKYO 104-8340 JAPAN | | | |