# EXHIBIT D

## Report Selection Criteria

**Case ID:**            CT-005911-08
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**     CT-005911-08 - LYNDIA BREWER VS ELTON RUFFIN -*Jury Trial*
**Filing Date:** Thursday , December 11th, 2008
**Type:**        WD - WRONGFUL DEATH
**Status:**      INITIATE - INITIAL FILING

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| STATUS CONFERENCE | 23-JUL-2012 09:30 AM | CIRCUIT COURT DIVISION NINE | CIRCUIT COURT | CHILDERS, ROBERT L |
| STATUS CONFERENCE | 22-OCT-2012 09:30 AM | CIRCUIT COURT DIVISION NINE | CIRCUIT COURT | CHILDERS, ROBERT L |

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | JUDGE | 30CI | **CHILDERS, HONORABLE ROBERT L** |
| **Address:** DIVISION 9 ROOM 236 MEMPHIS TN 38103 (901)222-3836 | | | **Aliases:** none | | |
| 2 | | | DIVISION | DIV9 | **DIVISION NINE** |
| **Address:** unavailable | | | **Aliases:** none | | |

| | | | | | |
|---|---|---|---|---|---|
| | 3 | | PLAINTIFF | @224593 | **BREWER, LYNDIA** |
| **Address:** | *unavailable* | | **Aliases:** | *none* | |
| | 4 | | PLAINTIFF | @224594 | **LEE, ANTONIA** |
| **Address:** | *unavailable* | | **Aliases:** | *none* | |
| | 5 | | PLAINTIFF | @224595 | **WIRT, DECEASED, MARCUS D** |
| **Address:** | *unavailable* | | **Aliases:** | *none* | |
| | 6 | | PLAINTIFF'S ATTORNEY | 12784 | **SANDERS III, ARCHIE** |
| **Address:** | ONE COMMERCE SQUARE 26TH FLOOR MEMPHIS TN 38103 | | **Aliases:** | *none* | |
| | 7 | | DEFENDANT | @224596 | **RUFFIN, ELTON TYRONE** |
| **Address:** | *unavailable* | | **Aliases:** | *none* | |
| | 8 | | DEFENDANT | @224597 | **BROWN, PIERRE** |
| **Address:** | *unavailable* | | **Aliases:** | *none* | |
| | 9 | 10 | DEFENDANT | @3282 | **GENERAL MOTORS CORPORATION** |
| **Address:** | *unavailable* | | **Aliases:** | *none* | |
| | 10 | 9 | DEFENDANT'S ATTORNEY | 22851 | **HUDSON, ERIC E.** |
| **Address:** | 6075 POPLAR AVENUE SUITE 500 MEMPHIS TN | | **Aliases:** | *none* | |

|  | 38119 |  |  |
|--|-------|--|--|
|  |       |  |  |

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 11-DEC-2008 03:55 PM | CATEGORY 1 FILING |  |  |
| **Entry:** | *none.* | | |
| 11-DEC-2008 03:55 PM | COMPLAINT FILED |  |  |
| **Entry:** | *none.* | | |
| 11-DEC-2008 04:20 PM | JACKET LABEL PRINTED |  |  |
| **Entry:** | Docket entry for the letter produced from CDADOCT on 11-DEC-2008 by BRIDGEC. | | |
| 12-DEC-2008 08:33 AM | PAYMENT RECEIVED |  |  |
| **Entry:** | A Payment of -$61.50 was made on receipt CTCT244632. | | |
| 12-DEC-2008 08:35 AM | SURETY BOND POSTED |  |  |
| **Entry:** | *none.* | | |
| 15-DEC-2008 01:41 PM | SUMMONS ISSD TO MISC |  |  |
| **Entry:** | ELTON TYRONE RUFFIN - PPS | | |
| 15-DEC-2008 01:41 PM | SUMMONS ISSD TO MISC |  |  |
| **Entry:** | PIERRE BROWN - PPS | | |

| | | | |
|---|---|---|---|
| 15-DEC-2008 01:41 PM | SUMMONS ISSD TO MISC | | |
| **Entry:** | GENERAL MOTORS CORPORATION - SHRF OF KNOX W/$22 | | |
| 15-JAN-2009 02:20 PM | SERVICE COMPLETE - SHERIFF | | |
| **Entry:** | SUMMONS ON GENERAL MOTORS CORPORATION - SHRF OF KNOX 1/12/09 | | |
| 21-JAN-2009 12:42 PM | SERVICE COMPLETE - SHERIFF | | |
| **Entry:** | SUMMONS ON ELTON TYRONE RUFFIN - PPS 12/29/08 | | |
| 21-JAN-2009 12:45 PM | SERVICE COMPLETE - SHERIFF | | |
| **Entry:** | SUMMONS ON PIERRE BRONW - PPS 1/13/09 | | |
| 06-FEB-2009 04:09 PM | ANSWER | HUDSON, ERIC E. | |
| **Entry:** | DEFT TO COMPLAINT | | |
| 06-MAR-2009 10:47 AM | REQ FOR PROD OF DOCUMENTS | | |
| **Entry:** | GEN MOTORS' TO PLTF LYNDIA BREWER | | |
| 06-MAR-2009 10:48 AM | INTERROGATORIES | | |
| **Entry:** | GEN MOTORS' TO PLTF LYNDIA BREWER | | |
| 25-MAR-2009 12:16 PM | MOTION FILED | | |
| **Entry:** | DEFT GMC`S MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE | | |

| | | | |
|---|---|---|---|
| 03-APR-2009 09:37 AM | ORDER ENTERED | | |
| **Entry:** | ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE(ATTY HAROLD E FRANKLIN JR) | | |
| | | | |
| 13-APR-2009 11:33 AM | SUBPOENA ISSD TO MISC | | |
| **Entry:** | FOR DEFT PPS | | |
| | | | |
| 13-APR-2009 11:34 AM | SUBPOENA ISSD TO MISC | | |
| **Entry:** | FOR DEFT PPS | | |
| | | | |
| 13-APR-2009 01:23 PM | PAYMENT RECEIVED | | |
| **Entry:** | A Payment of -$12.00 was made on receipt CTCT254811. | | |
| | | | |
| 27-APR-2009 04:06 PM | SUBPOENA ISSD TO MISC | | |
| **Entry:** | issued for deft - pps | | |
| | | | |
| 28-APR-2009 08:31 AM | PAYMENT RECEIVED | | |
| **Entry:** | A Payment of -$6.00 was made on receipt CTCT256354. | | |
| | | | |
| 29-APR-2009 12:36 PM | MOTION FILED | | |
| **Entry:** | BY DEFT GENERAL MOTORS CORP - TO COMPEL DISCOVERY | | |
| | | | |
| 30-APR-2009 03:54 PM | ANS TO INTERROG MISC | | |
| **Entry:** | PLTF LYNDIA BREWER`S RESPS TO DEFT GENERAL MOTOR`S 1ST SET | | |
| | | | |
| 01-MAY-2009 | RESP TO INTERR/REQ FOR PROD | | |

| | | | |
|---|---|---|---|
| 08:35 AM | | | |
| **Entry:** | PLTF LYNDIA BREWER'S RESP | | |
| | | | |
| 06-MAY-2009 03:53 PM | REQUEST FOR ADMISSIONS | | |
| **Entry:** | TO PLTF | | |
| | | | |
| 06-MAY-2009 03:53 PM | INTERROGATORIES | | |
| **Entry:** | 2ND TO PLTF | | |
| | | | |
| 06-MAY-2009 03:53 PM | REQ FOR PROD OF DOCUMENTS | | |
| **Entry:** | 2ND TO PLTF | | |
| | | | |
| 08-MAY-2009 07:31 AM | SCHEDULED EVENT STRUCK BY ATTY | | |
| **Entry:** | *none.* | | |
| | | | |
| 19-MAY-2009 03:19 PM | SUBPOENA ISSD TO MISC | | |
| **Entry:** | TO TAKE DEPOSITION DUCES TECUM FOR DEFT - PPS | | |
| | | | |
| 20-MAY-2009 08:10 AM | PAYMENT RECEIVED | | |
| **Entry:** | A Payment of -$6.00 was made on receipt CTCT258373. | | |
| | | | |
| 10-JUN-2009 12:28 PM | CH. 11 BANKRUPTCY FILED | | |
| **Entry:** | BY DEFT GENERAL MOTORS CORPORATION | | |
| | | | |
| 27-OCT-2009 03:04 PM | CONT TO A DATE - T | | |
| **Entry:** | 01-19-2010---STATUS CONF@9:30 | | |

| | | | |
|---|---|---|---|
| 04-MAR-2010 09:42 AM | CONT TO A DATE - T | | |
| **Entry:** | 07-19-10---STATUS CONF@9:30 | | |
| 19-JUL-2010 10:55 AM | CONT TO A DATE - T | | |
| **Entry:** | 11-08-10---SET FOR STATUS AT 9:30 | | |
| 08-NOV-2010 11:42 AM | CONT TO A DATE - T | | |
| **Entry:** | 04-11-2011----STATUS CONF@9:30 | | |
| 11-APR-2011 10:44 AM | CONT TO A DATE - T | | |
| **Entry:** | 05-23-11---STATUS CONF@9:30 | | |
| 23-MAY-2011 09:51 AM | CONT TO A DATE - T | | |
| **Entry:** | 08-08-11----STATUS CONF @9:30 | | |
| 08-AUG-2011 03:38 PM | CONT TO A DATE - T | | |
| **Entry:** | 11-21-11----STATUS CONF@9:30 | | |
| 21-NOV-2011 11:51 AM | CONT TO A DATE - T | | |
| **Entry:** | 1-9-2012--STATUS CONF@9:30 | | |
| 11-JAN-2012 12:05 PM | CONT TO A DATE - T | | |
| **Entry:** | 2-6-12---STATUS CONF@9:30 | | |
| 06-FEB-2012 | CONT TO A DATE - T | | |

| | | | |
|---|---|---|---|
| 02:04 PM | | | |
| **Entry:** | 4-16-12---STATUS CONF@9:30 | | |
| | | | |
| 16-APR-2012 12:15 PM | CONT TO A DATE - T | | |
| **Entry:** | 6-18-12---STATUS CONF@9:30 | | |
| | | | |
| 18-JUN-2012 03:07 PM | CONT TO A DATE - T | | |
| **Entry:** | 7-23-12---STATUS CONF@9:30 | | |
| | | | |
| 01-AUG-2012 10:27 AM | CONT TO A DATE - T | | |
| **Entry:** | 10-22-12---RESET FOR STATUS CONF@9:30 | | |
| | | | |