**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Motors Liquidation Company, | **:** | 09-50026 (REG) |
| | : | Jointly Administered |
| | **:** | |
| Debtors. | **:** | |
| _____ x | | |

**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Franklin H. McCallum, Esq., is admitted to practice, ***pro hac vice,*** in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  *September 19, 2012*


*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE