# Exhibit D

09-50026-mg    Doc 12069-4    Filed 09/19/12    Entered 09/19/12 16:48:04    Exhibit D
Pg 2 of 4

**DIANA MARQUEZ, 01/20/95**

PAGE 1 TO PAGE 101

**LOONEY & COMPANY**

210/734-7127

FOR:

E. PAUL CAULEY, JR.

**CONDENSED TRANSCRIPT AND CONCORDANCE**
PREPARED BY: GENEVA GONZALES, CSR

**LOONEY & COMPANY**
6800 PARK TEN BLVD., SUITE 216-N
SAN ANTONIO, TX  78213
Phone:  210/734-7127
FAX:  210/734-3426


EXHIBIT C

BSA                                                            DIANA MARQUEZ, 01/20/95                                               XMAX(7)

(24) Q. Did you and he ever discuss going through
(25) any type of marriage ceremony or becoming legally

Page 32
(1) married?
(2) A. Yes.
(3) Q. Had you decided against it?
(4) A. I don't understand.
(5) Q. Okay. Although you discussed becoming
(6) married, what kept y'all from doing it?
(7) MR. ALEXANDER: Let me object to
(8) the question again as to the use of the
(9) term "marriage," unless you want to specify
(10) ceremonial marriage.
(11) Q. (By Mr. Cauley) You can answer.
(12) MR. ALEXANDER: No, I'll instruct
(13) her not to answer in that form.
(14) Q. (By Mr. Cauley) Did you and your husband
(15) discuss having a legal marriage as you understand
(16) that term under Mexican law?
(17) MR. ALEXANDER: I need to take a
(18) break.
(19) (WHEREUPON, a brief recess
(20) was taken.)
(21) (WHEREUPON, Deposition
(22) Exhibit Nos. 6 through 11
(23) were marked for
(24) identification purposes.)
(25) Q. (By Mr. Cauley) Okay. Back on the record.

Page 33
(1) Do you know if Mr. Munoz had any other children other
(2) than Laura Patricia?
(3) A. No.
(4) Q. You don't know, or he did not?
(5) A. No, he doesn't have any.
(6) Q. Have you ever been ceremonially married to
(7) anyone?
(8) A. No.
(9) Q. Do you know if Mr. Munoz has ever been
(10) ceremonially married to anyone?
(11) A. No.
(12) Q. I apologize for my poor question. He has
(13) not been married, or you do not know if he has been
(14) married?
(15) A. No, he's never been married.
(16) Q. When did you decide to move to the United
(17) States following the death of Mr. Munoz?
(18) A. I beg your pardon? When?
(19) Q. When did you make the

decision that you
(20) would move to the United States?
(21) A. Well, after he – after he died and I saw
(22) that I didn't have any resources for myself or for my
(23) daughter.
(24) Q. Are you working in the United States?
(25) A. No.

Page 34
(1) Q. How would moving to the United States give
(2) you resources to support you and your daughter?
(3) A. Well, for her because she's from here.
(4) Q. Okay. Have – since coming to the
(5) United States, have you asked for any type of
(6) assistance or money or anything for your daughter
(7) from the United States or the State of Texas?
(8) A. No.
(9) Q. Before coming to the United States, did you
(10) know anyone who lived in San Diego, Texas?
(11) A. No.
(12) Q. Prior to making your decision to come to
(13) the United States, did you know anybody in Corpus
(14) Christi, Texas?
(15) A. No, I had – no. I had relatives who –
(16) who talked to me about San Diego.
(17) Q. All right. What relatives talked to you
(18) about San Diego?
(19) A. Well, acquaintances.
(20) Q. Who were the acquaintances?
(21) A. Friends from over there and in Odessa.
(22) Q. What were their names?
(23) A. Well, there were several of them.
(24) Q. What were their names?
(25) A. Maricela.

Page 35
(1) Q. Can you remember anyone else?
(2) A. And friends of my dad's.
(3) Q. What were their names?
(4) A. Well, I don't know their names very well.
(5) Q. What did Maricela tell you about
(6) San Diego, Texas?
(7) A. Well, that it was a small, peaceful town
(8) where they speak Spanish.
(9) Q. Where did Maricela live?
(10) A. She lives in Odessa.

(11) Q. What's her full name?
(12) A. Maricela Saenz.
(13) Q. How do you know Maricela Saenz?
(14) A. She was a friend of my mother-in-law,
(15) Mario's mom.
(16) Q. Who is Mario's mother-in-law?
(17) A. My mother.
(18) Q. All right. Where does – when did – how
(19) long have you known Maricela Saenz?
(20) A. Around three years.
(21) Q. Why did you pick San Diego, Texas, over all
(22) of the other places in the state?
(23) A. Because of what she had said, that it's a
(24) peaceful place, and they speak Spanish there.
(25) Q. Did Ms. Saenz say she knew anybody in

Page 36
(1) San Diego, Texas?
(2) A. Yes, she said she had family or a friend
(3) here.
(4) Q. Okay. Have you talked to that friend?
(5) A. No.
(6) Q. Do you know the friend's name?
(7) A. No.
(8) Q. Before moving to San Diego, Texas, did
(9) anybody else tell you anything about San Diego,
(10) Texas, other than Maricela Saenz?
(11) A. No.
(12) Q. And you cannot remember the name of anybody
(13) else who told you anything about San Diego, Texas?
(14) A. No.
(15) Q. When did you enter the United States for
(16) the purpose of moving to San Diego, Texas?
(17) A. In September.
(18) Q. Of 1994?
(19) A. Yes.
(20) MR. ALEXANDER: In September or
(21) August?
(22) It was in the end of August, first
(23) part of September.
(24) Q. (By Mr. Cauley) Before the first of
(25) September of 1994, did anyone other than Maricela

Page 37
(1) Saenz suggest that you move to San Diego, Texas?
(2) MR. ALEXANDER: Well let me object
(3) to the question to the extent that it

BSA

DIANA MARQUEZ, 01/20/95

(8) delivered on the       day of
                 , 1995
(9) to the witness for examination,
signature and return
(10) to Looney & Company by
day of          , 1995.
(11)
(12) That the deposition transcript
was returned,
(13) properly executed by the witness,
to the deposition
(14) officer, and the attached
change/correction sheet
(15) contains the changes, if any, and
the reasons
(16) therefor, made by the witness;
(17)
(18) That the deposition transcript
was not
(19) returned to the deposition officer
by the witness.
(20)
(21) That the original deposition
transcript, or a
(22) copy thereof, together with copies
of all exhibits,
(23) was delivered on
              to MR. E. PAUL
(24) CAULEY, Attorney for
DEFENDANT, GENERAL MOTORS
(25) CORPORATION;

(19) San Antonio, Texas 78213
     (210) 734-7127
(20)
(21) Job#-5GABA.GENE00
(22)
(23)
(24)
(25)

Page 101
(1) That pursuant to the information
made a part of
(2) the record at the time said
testimony was taken, the
(3) following includes all parties of
record:
(4) MR. RAYMOND ALEXANDER,
Attorney for DEFENDANT,
     DIANA MARQUEZ
(5)
     MR. E. PAUL CAULEY, Attorney
for DEFENDANT,
(6) GENERAL MOTORS
CORPORATION
(7) MR. JOEL B. LOCKE, Attorney for
DEFENDANT,
     SIVALLS, INC.
(8) That a copy of this certificate was
served on
(9) all parties shown herein.
(10) CERTIFIED TO on this        day
of
(11) A.D., 1995.
(12)
(13)
(14)
(15)
     GENEVA GONZALES
(16) Certified Shorthand Reporter
     In and for the State of Texas
(17) Cert. No.: 5222 Exp. Date:
12/31/95
(18) LOONEY & COMPANY
     6800 Park Ten Blvd., Suite 216-N.