> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :   **Chapter 11 Case No.**
                                                               :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                      :   **09-50026** (REG)
     f/k/a General Motors Corp., *et al.*                      :
                                                               :
                      Debtors.                                 :   **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

**AMENDED NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 24, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1.  Motors Liquidation Company GUC Trust's Objection to Proof of Claim No. 71060 (the "**Castillo Putative Class Claim**") (**ECF No. 12034**)

    Responses Filed:

    A.  Claimants' Response to Motors Liquidation Company GUC Trust's Objection to Proof of Claim No. 71060 (**ECF No. 12062**)

    Replies Filed:

    B.  Motors Liquidation Company GUC Trust's Reply in Support of its Objection to Proof of Claim No. 71060 (**ECF No. 12065**)

    Additional Documents:       None to date.

    **Status**:       This matter is going forward.

2. 243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10746**)

   Responses Filed:

   A. Memorandum in Opposition to Motion to Enforce Bar Dates (243rd) with Respect to Lyndia Brewer on Behalf of the Estate of Marcus Wirt (Claim No. 70493) (**ECF No. 10908**)

   Replies Filed:

   B. Reply to Response filed by Lyndia Brewer to the 243rd Omnibus Objection to Claim Number 70493 (**ECF No. 12066**)

   Additional Documents:    None to date.

   **Status**:    This matter is going forward. Upon the resolution of the above referenced claim, all claims subject to this omnibus objection shall be completely resolved.

3. 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

   Responses Filed:    None to date.

   Replies Filed:    None to date.

   Additional Documents:    None to date.

   **Status**:    This matter is going forward solely as to Jessica High (Claim No. 45798), who did not file a formal response to the objection. Upon the resolution of the claim, all claims subject to this omnibus objection shall be completely resolved.

4. 262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (ECF No. 11156)

   Responses Filed:    None to date.

   Replies Filed:    None to date.

   Additional Documents:    None to date.

   **Status**:    This matter is going forward solely as to Sheila M Whorley (Claim No. 50125), who did not file a formal response to the objection. Upon the resolution of the claim, all claims subject to this omnibus objection shall be completely resolved.

2

5.     237th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10722**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:

    A.     Letter to Ms. Aracelia Roman re: Proof of Claim #13172 (**ECF No. 11116**)

    **Status**:    This matter is going forward solely as to (i) Beverly A Cary (Claim No. 61326), and (ii) Aracelia Roman (Claim No. 13172), who did not file a formal response to the objection. Upon the resolution of the claims, all claims subject to this omnibus objection shall be completely resolved.

6.     227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10305**)

    Responses Filed:

    A.     Response to Retiree Benefits filed by Francis T. Brennan (Claim No. 61362) (**ECF No. 10421**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status**:    This matter is going forward solely as to Francis T. Brennan (Claim No. 61362). Upon the resolution of the claim, all claims subject to this omnibus objection shall be completely resolved.

7.     186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

    Responses Filed:

    A.     Patricia S. Coscarelli's Objection to Debtors' 186th Omnibus Objection to Claims (Claim No. 14865) (**ECF No. 9294**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status**:    This matter is going forward solely as to Patricia S. Coscarelli (Claim No. 14865). Upon the resolution of the claim, all claims subject to this omnibus objection shall be completely resolved.

3

**II.    UNCONTESTED MATTERS**

1. Motors Liquidation Company GUC Trust's Objection to Claim No. 66309 Filed by Castle Buick Pontiac GMC Inc. and Claim No. 66310 Filed by Grossinger Autoplex Inc. (**ECF No. 11810**)

   <u>Responses Filed</u>:        None to date.

   <u>Replies Filed</u>:            None to date.

   <u>Additional Documents</u>:    None to date.

   **Status**:    The parties have reached a consensual resolution and will submit a proposed stipulation and agreed order for the Court's consideration at the hearing.

2. Motion of Jaspan Schlesinger LLP to Withdraw as Counsel of Record for Woodbury Cadillac, LLC (**ECF No. 12041**)

   <u>Responses Filed</u>:        None to date.

   <u>Replies Filed</u>:            None to date.

   <u>Additional Documents</u>:    None to date.

   **Status**:    This matter is going forward.

3. Objection to Proof of Claim No. 62969 filed by John A. Haack (**ECF No. 12016**)

   <u>Responses Filed</u>:        None to date.

   <u>Replies Filed</u>:            None to date.

   <u>Additional Documents</u>:    None to date.

   **Status**:    This matter is going forward.

4. Objection to Proof of Claim No. 29628 filed by Tiesha McNeal (**ECF No. 12004**)

   <u>Responses Filed</u>:        None to date.

   <u>Replies Filed</u>:            None to date.

   <u>Additional Documents</u>:    None to date.

   **Status**:    This matter is going forward.

5. Objection to Proof of Claim of Autonation, Inc. (Claim No. 50085) (**ECF No. 11932**)

    <u>Responses Filed</u>:    None to date.

    <u>Replies Filed</u>:    None to date.

    <u>Additional Documents</u>:    None to date.

    **Status**:    This matter is going forward.

6. 282nd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 12025**)

    <u>Responses Filed</u>:    None to date.

    <u>Replies Filed</u>:    None to date.

    <u>Additional Documents</u>:    None to date.

    **Status**:    This matter is going forward as to all claimants subject to the objection except Watkins Trucks Inc. (Claim No. 71044), as to which the objection is adjourned to October 15, 2012 at 9:45 a.m.

7. 283rd Omnibus Objection to Claims (New GM Claims) (**ECF No. 12026**)

    <u>Responses Filed</u>:    None to date.

    <u>Replies Filed</u>:    None to date.

    <u>Additional Documents</u>:    None to date.

    **Status**:    This matter is going forward.

8. 284th Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 12027**)

    <u>Responses Filed</u>:    None to date.

    <u>Replies Filed</u>:    None to date.

    <u>Additional Documents</u>:    None to date.

    **Status**:    This matter is going forward.

9. 285th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 12033**)

    <u>Responses Filed</u>:    None to date.

Replies Filed:          None to date.

Additional Documents:   None to date.

Status:     This matter is going forward.

III.   **ADJOURNED MATTERS**

1. **Objection to Proofs of Claim Nos. 63846 and 63847 filed by or on behalf of Jairo Alan Franco (ECF No. 12015)**

    **Responses Filed:**

    A. **Claimant's Response to Debtors' Objection to Proof of Claim Nos. 63846 and 63847 filed by or on Behalf of Jairo Alan Franco (ECF No. 12055)**

    **Replies Filed:**

    B. **Reply to Response filed by and on Behalf of Jairo Alan Franco to the Objection to Proofs of Claim Nos. 63846 and 63847 (ECF No. 12069)**

    **Additional Documents:**    None to date.

    **Status:**    **This matter is adjourned to October 15, 2012 at 9:45 a.m. If the parties are able to reach a consensual resolution, this matter will be withdrawn at that time.**

*[Remainder of Page Intentionally Left Blank]*

---

**ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**

This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).

If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.

Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

---

Dated:  New York, New York
    September 21, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust