**BROWN RUDNICK LLP**
Robert J. Stark
Daniel J. Saval
Seven Times Square
New York, NY 10036
Telephone: (212) 209–4800

*Counsel to the General Motors Nova Scotia*
*Finance Company Noteholders Identified Herein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) |
| | **(Jointly Administered)** |
| Debtors | |

**AMENDED STATEMENT OF BROWN RUDNICK LLP PURSUANT TO**
**RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

1. Brown Rudnick LLP ("Brown Rudnick"), in connection with its representation of the Noteholders (as defined below), hereby submits this statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019 Statement").

2. Brown Rudnick currently represents the below-listed parties (together, the "Noteholders") with respect to their respective claims based upon beneficial ownership of the £350,000,000 8.375% Guaranteed Notes due December 7, 2015 (the "2015 Notes") and the £250,000,000 8.875% Guaranteed Notes due July 10, 2023 (the "2023 Notes" and, collectively with the 2015 Notes, the "Notes"), issued by General Motors Nova Scotia Finance Company ("Finance"), which Notes are fully and unconditionally guaranteed by Motors Liquidation Company f/k/a General Motors Corporation ("Motors"):

| Party | Address | Principal Amount of Notes Held | Approx. Date Notes Acquired or Sold |
|---|---|---|---|
| Anchorage Capital Master Offshore Ltd | c/o Anchorage Capital Group, L.L.C., 610 Broadway, 6th Floor New York, New York, 10012 | £35,000,000 | 8/5/2009 - 8/10/2010 |
| CSS, LLC | 175 W Jackson Blvd #440 Chicago Il 60604 | £3,000,000 | 9/17/2009 |
| CQS Directional Opportunities Master Fund Limited | c/o CQS (UK) LLP 5th Floor 33 Grosvenor Place London SW1X 7HY | £7,000,000 | 9/17/2009 |
| Hutchin Hill Capital C1, Ltd. | c/o Hutchin Hill Capital LP 142 West 57th Street, 15th Floor New York, NY 10019 | £1,718,000 | 11/23/2009 - 9/28/2010 |
| KIVU Investment Fund Limited | c/o CQS (UK) LLP 5th Floor 33 Grosvenor Place London SW1X 7HY | £3,000,000 | 9/17/2009 |
| Knighthead Master Fund, LP | c/o Knighthead Capital Management, L.L.C. 623 Fifth Avenue, 29th Floor New York, New York 10022 | £14,236,000 | 1/6/2010 - 2/22/2012 |
| LMA SPC for and on behalf of MAP 84 | c/o Knighthead Capital Management, L.L.C. 623 Fifth Avenue, 29th Floor New York, New York 10022 | £764,000 | 12/19/2011 |
| Redwood Master Fund Ltd | 910 Sylvan Ave Englewood Cliffs, NJ 07632 | £7,760,000 | 1/12/2006 - 5/28/2009 |
| TOTAL | | £72,478,000 | |

3. Brown Rudnick was engaged by the Noteholders in December of 2010 to provide certain legal services with respect to their Notes.

4. Amounts and date ranges set forth in the chart in paragraph 2 of this Rule 2019 Statement correspond to the amounts reported to Brown Rudnick in connection with this Rule 2019 Statement, and may or may not correspond to the holdings as set forth in proofs of claim filed with respect to the Notes.

5. Additional information reported to Brown Rudnick in connection with this Rule 2019 Statement concerning the time of any purchase or sale of the Notes by the Noteholders and the prices paid or received is set forth on Exhibit A attached hereto.

6. Although each individual Noteholder has hired Brown Rudnick to represent its

interests and to enable the individual parties to be heard in a more efficient and cost-effective manner in these cases, each Noteholder makes its own decisions as to how it wishes to proceed and does not act for, or purport to represent or speak on behalf of, any other Noteholder.

7. Brown Rudnick does not own any claims against or interests in the Debtors. Brown Rudnick has not made any inquiry concerning whether any of its shareholders or employees personally hold any claims against or interests in the Debtors.

8. The undersigned declares under penalty of perjury that the foregoing is true and correct.

Dated:   September 21, 2012
         New York, New York

Respectfully submitted,

**BROWN RUDNICK LLP**

By:  /s/ Daniel J. Saval
Robert J. Stark, Esq.
Daniel J. Saval, Esq.
Seven Times Square
New York, NY 10036
(212) 209–4800

*Counsel to the General Motors Nova Scotia Finance Company Noteholders Identified Herein*

# Exhibit A

## Trading Information

2

**Anchorage Capital Master Offshore Ltd**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 8/5/2009 | Buy | £25,000,000 | 23.60 |
| 8/10/2010 | Buy | £10,000,000 | 60.25 |

**CSS, LLC**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 9/17/2009 | Buy | £3,000,000 | 25.75 |

**CQS Directional Opportunities Master Fund Limited**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 11/9/2010 | Buy | £7,000,000 | 59.50 |

**Hutchin Hill Capital C1, Ltd.**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 11/23/2009 | Buy | £5,000,000 | 36 |
| 2/24/2010 | Buy | £500,000 | 50 |
| 5/4/2010 | Sell | £882,000 | 64.5 |
| 5/12/10 | Sell | £2,000,000 | 64 |
| 8/23/2010 | Buy | £100,000 | 60.75 |
| 9/28/2010 | Sell | £1,000,000 | 68 |

**KIVU Investment Fund Limited**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 11/9/2010 | Buy | £3,000,000 | 59.50 |

**Knighthead Master Fund, LP**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 1/6/2010 | Buy | £1,895,000 | 47 |
| 1/7/2010 | Buy | £3,790,000 | 49 |
| 1/7/2010 | Buy | £4,735,000 | 49.125 |
| 5/7/2010 | Buy | £1,906,000 | 53 |
| 10/28/2010 | Buy | £2,859,000 | 61 |
| 4/27/2011 | Sell | £949,000 | 51 |
| 12/16/2011 | Sell | £6,000,000 | 31 |
| 12/19/2011 | Sell | £8,236,000 | 39 |
| 2/22/2012 | Buy | £6,000,000 | 31.0625 |

**2023 Notes (XS0171908063)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 12/16/2011 | Buy | £6,000,000 | 31.0625 |
| 12/19/2011 | Buy | £8,236,000 | 40.5 |
| 2/22/2012 | Sell | £6,000,000 | 31 |

**LMA SPC for and on behalf of MAP 84**

**2023 Notes (XS0171908063)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 12/19/2011 | Buy | £764,000 | 22.786 |

**Redwood Master Fund Ltd**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 5/28/2009 | Buy | £1,760,000 | 11.75 |

**2023 Notes (XS0171908063)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 01/12/2006 | Buy | £1,430,000 | 69.00 |
| 01/12/2006 | Buy | £2,000,000 | 69.00 |
| 01/12/2006 | Buy | £2,000,000 | 69.50 |
| 01/12/2006 | Buy | £2,000,000 | 70.00 |
| 01/12/2006 | Buy | £3,000,000 | 70.25 |

3

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 01/18/2006 | Buy | £1,900,000 | 67.00 |
| 01/18/2006 | Buy | £4,815,000 | 67.125 |
| 06/02/2009 | Buy | £6,000,000 | 53.00 |
| 06/28/2006 | Sell | (£2,855,000) | 77.50 |
| 07/11/2006 | Sell | (£145,000) | 82.50 |
| 07/11/2006 | Sell | (£2,000,000) | 82.50 |
| 07/11/2006 | Sell | (£2,000,000) | 82.50 |
| 07/11/2006 | Sell | (£620,000) | 82.50 |
| 08/09/2006 | Sell | (£810,000) | 85.25 |
| 08/09/2006 | Sell | (£2,000,000) | 85.25 |
| 08/09/2006 | Sell | (£40,000) | 85.25 |
| 09/07/2006 | Sell | (£1,905,000) | 88.00 |
| 09/26/2006 | Sell | (£2,860,000) | 87.75 |
| 09/27/2006 | Sell | (£10,000) | 88.00 |
| 09/27/2006 | Sell | (£1,900,000) | 88.00 |