SEP 2 1 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                    :
                                                            :
                Debtors.                                    :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kyle H. Dreyer, request admission, *pro hac vice*, before the Honorable Robert E. Geber, to represent Motors Liquidation Company GUC Trust, a party-in-interest in the above-captioned jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-captioned jointly administered bankruptcy cases.

I certify that I am a member in good standing of the bars of the State of Texas and the State of Oklahoma.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
September 20, 2012

HARTLINE DACUS BARGER DREYER LLP

*/s/ Kyle H. Dreyer*
Kyle H. Dreyer
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
Telephone:   (214) 369-2100
Facsimile:   (214) 369-2118
Email:       kdreyer@hdbdlaw.com
*Counsel for Motors Liquidation Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,     :    09-50026 (REG)
     f/k/a General Motors Corp., *et al.* :
                                          :
          Debtors.                        :    (Jointly Administered)
                                          :
-----------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kyle H. Dreyer, to be admitted, *pro hac vice*, to represent Motors Liquidation Company GUC Trust, a party-in-interest in the above-captioned jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-captioned jointly administered bankruptcy cases pending before this Court, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Texas and the State of Oklahoma, it is hereby

ORDERED, that Kyle H. Dreyer, Esq., is admitted to practice, *pro hac vice,* in the above referenced jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-referenced cases in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       New York, New York

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE