UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: Chapter 11 Case No.
In re :
: 09-50026 (REG)
**MOTORS LIQUIDATION COMPANY**, *et al.* :
f/k/a **General Motors Corp.**, *et* :
*al.*, : (Jointly Administered)
:
Debtors. :

------------------------------------------------------------- x

## ORDER GRANTING 283rd OMNIBUS OBJECTION TO CLAIMS
### (New GM Claims)

Upon the 283rd Omnibus Objection to expunge certain claims, dated August 22, 2012 (the "**283rd Omnibus Objection to Claims**"),[1] of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the New GM Claims on the grounds that such claims seek recovery for obligations assumed by General Motors, LLC ("**New GM**"), to the extent they are valid and remain unsatisfied, all as more fully described in the 283rd Omnibus Objection to Claims; and due and proper notice of the 283rd Omnibus Objection to Claims having been provided, and it appearing that no other or further notice

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 283rd Omnibus Objection to Claims.

need be provided; and the Court having found and determined that the relief sought in the 283rd Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 283rd Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is:

ORDERED that the relief requested in the 283rd Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** annexed hereto are disallowed and expunged; and it is further

ORDERED, that nothing contained in this Order or in **Exhibit "A"** annexed hereto shall in any way modify or limit New GM's rights to contest any claim listed on **Exhibit "A"** attached hereto on any grounds; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any claim listed on **Exhibit "A"** annexed to the 283rd Omnibus Objection to claims that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: *September 24, 2012*
     New York, New York

                    *s/ Robert E. Gerber*
                    United States Bankruptcy Judge