**283rd Omnibus Objection**                                       **Exhibit A**                                       <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAKELAND BANK<br>250 OAK RIDGE RD<br>OAK RIDGE, NJ 07438 | 6120 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$191,869.67 (U)<br>$191,869.67 (T) | New GM Claims | Pg. 5 |
| LINDE LLC<br>ATTN: JEFFREY J. JOHNS<br>575 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974 | 70576 | Motors Liquidation Company | $0.00 (S)<br>$35,700.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$35,700.00 (T) | New GM Claims | Pg. 5 |
| SCG CAPITAL CORPORATION<br>ATTN CYNTHIA DWELLE ESQ<br>74 WEST PARK PLACE<br>STAMFORD, CT 06901 | 66745 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$390,290.24 (U)<br>$390,290.24 (T)<br>Unliquidated | New GM Claims | Pg. 5 |
| SCG CAPITAL CORPORATION<br>ATTN: CYNTHIA DWELLE, ESQ.<br>74 WEST PARK PLACE<br>STAMFORD, CT 06901 | 70955 | Motors Liquidation Company | $0.00 (S)<br>$20,085.15 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,085.15 (T) | New GM Claims | Pg. 5 |
| SCG CAPITAL CORPORATION<br>ATTN: CYNTHIA DWELLE, ESQ<br>74 WEST PARK PLACE<br>STAMFORD, CT 06901 | 70984 | Motors Liquidation Company | $0.00 (S)<br>$20,085.15 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,085.15 (T) | New GM Claims | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 283rd Omnibus Objection | | | **Exhibit A** | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 5 | | $0.00 (S) | | |
| | | | $75,870.30 (A) | | |
| | | | $0.00 (P) | | |
| | | | $582,159.91 (U) | | |
| | | | $658,030.21 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.