| 284th Omnibus Objection | | | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BARBARA ALLEN<br><br>7112 SOUTH 228TH EAST AVE<br>BROKEN ARROW, OK 74014<br><br>Official Claim Date: 11/28/2009 | 62772 | Motors Liquidation Company | $2,500.00<br>$0.00<br>$0.00<br>$0.00<br>$2,500.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$2,500.00<br>$2,500.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| BOBBIE J CAMPBELL ENLOW<br><br>305 COUNTY ROAD 123<br>HESPERUS, CO 81326<br><br>Official Claim Date: 11/2/2009 | 18406 | Motors Liquidation Company | $841.26<br>$0.00<br>$0.00<br>$0.00<br>$841.26 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$841.26<br>$841.26 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| BRENDA DIGIANDOMENICO<br><br>5211 LEWISETTA ROAD<br>LOTTSBURG, VA 22511<br><br>Official Claim Date: 11/28/2009 | 62777 | Motors Liquidation Company | $3,726.22<br>$0.00<br>$0.00<br>$0.00<br>$3,726.22 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$3,726.22<br>$3,726.22 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claims | Pgs. 4-5 |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 284th Omnibus Objection | | | **Exhibit A** | | | | | Motors Liquidation Company, et al. |
| | | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CANON FINANCIAL SERVICES, INC. | 70873 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| | | | $56,123.85 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O PLATZER, SWERGOLD,ET AL. | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1065 AVENUE OF THE AMERICAS, 18TH FLOOR | | | | | | | | |
| NEW YORK, NY 10018 | | | $0.00 | (Unsecured Claim) | $56,123.85 | (Unsecured Claim) | | |
| Official Claim Date: 2/11/2011 | | | $56,123.85 | (Total Claim) | $56,123.85 | (Total Claim) | | |
| DONALD JACOBS | 49604 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 5420 NAUGHTON DR | | | $60,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| HUBER HEIGHTS, OH 45424-6002 | | | | | | | | |
| | | | $0.00 | (Unsecured Claim) | $60,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 11/25/2009 | | | $60,000.00 | (Total Claim) | $60,000.00 | (Total Claim) | | |
| DONNA SANTI | 62775 | Motors Liquidation Company | $3,071.37 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1744 BEDFORD SQUARE DR #202 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ROCHESTER, MI 48306-4468 | | | | | | | | |
| | | | $0.00 | (Unsecured Claim) | $3,071.37 | (Unsecured Claim) | | |
| Official Claim Date: 11/28/2009 | | | $3,071.37 | (Total Claim) | $3,071.37 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 284th Omnibus Objection | | | | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GREGORY SPENCER | 70996 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| | | | $9,266.89 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PO BOX 04718 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| DETROIT, MI 48204 | | | $0.00 | (Unsecured Claim) | $9,266.89 | (Unsecured Claim) | | |
| Official Claim Date: 2/14/2011 | | | $9,266.89 | (Total Claim) | $9,266.89 | (Total Claim) | | |
| KAREN FOLEY | 64857 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O COMMUNITY LEGAL CLINIC ATTN KAREN MCCLELLAN | | | $50,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 71 COLBORNE ST EAST ORILLIA OB L3V 6J6 | | | $400,000.00 | (Unsecured Claim) | $450,000.00 | (Unsecured Claim) | | |
| | | | $450,000.00 | (Total Claim) | $450,000.00 | (Total Claim) | | |
| Official Claim Date: 11/30/2009 | | | | | | | | |
| KELLY CASTILLO | 62776 | Motors Liquidation Company | $6,922.97 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 18660 TURTLE LANE MEADOW VISTA, CA 95722-9572 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $6,922.97 | (Unsecured Claim) | | |
| Official Claim Date: 11/28/2009 | | | $6,922.97 | (Total Claim) | $6,922.97 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 284th Omnibus Objection | | | | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| KESSLER PROPERTY GROUP LLC | 69665 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 31461 STONEWOOD CT W | | | $9,606.70 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| FARMINGTON HILLS, MI 48334 | | | $0.00 | (Unsecured Claim) | $9,606.70 | (Unsecured Claim) | | |
| Official Claim Date: 12/30/2009 | | | $9,606.70 | (Total Claim) | $9,606.70 | (Total Claim) | | |
| MARKEYS VIDEO IMAGES LLC | 6975 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| DBA SENSORY TECHNOLOGIES 6951 CORPORATE CIR | | | $1,542.94 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| INDIANAPOLIS, IN 46278-1957 | | | $0.00 | (Unsecured Claim) | $1,542.94 | (Unsecured Claim) | | |
| Official Claim Date: 10/5/2009 | | | $1,542.94 | (Total Claim) | $1,542.94 | (Total Claim) | | |
| NICHOLE BROWN | 62771 | Motors Liquidation Company | $5,546.79 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 3425 FRONTIER ST CHEYENNE, WY 82001 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $5,546.79 | (Unsecured Claim) | | |
| Official Claim Date: 11/28/2009 | | | $5,546.79 | (Total Claim) | $5,546.79 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**284th Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| RACHEL L BOODRAM | 69429 | Motors Liquidation Company | $5,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 7500 ROSWELL ROAD UNIT 67 |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| SANDY SPRINGS, GA 30350 |  |  | $0.00 | (Unsecured Claim) | $5,000.00 | (Unsecured Claim) |  |  |
| Official Claim Date: 12/14/2009 |  |  | $5,000.00 | (Total Claim) | $5,000.00 | (Total Claim) |  |  |
| RONALD L PHILLIPS | 69818 | Motors Liquidation Company | $2,546.21 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 2939 HARTFORD DR BETTENDORF, IA 52722 |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
|  |  |  | $0.00 | (Unsecured Claim) | $2,546.21 | (Unsecured Claim) |  |  |
| Official Claim Date: 1/21/2010 |  |  | $2,546.21 | (Total Claim) | $2,546.21 | (Total Claim) |  |  |
| STANLEY OZAROWSKI | 62773 | Motors Liquidation Company | $3,795.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 1106 HILLCREST AVE FOX RIVER GROVE, IL 60021 |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
|  |  |  | $0.00 | (Unsecured Claim) | $3,795.00 | (Unsecured Claim) |  |  |
| Official Claim Date: 11/28/2009 |  |  | $3,795.00 | (Total Claim) | $3,795.00 | (Total Claim) |  |  |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**284th Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | MODIFIED Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| VALERIE EVANS | 62778 | Motors Liquidation Company | $2,823.79 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 1349 COLUMBUS |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| ST. LOUIS, MO 63138 |  |  | $0.00 | (Unsecured Claim) | $2,823.79 | (Unsecured Claim) |  |  |
| Official Claim Date: 11/28/2009 |  |  | $2,823.79 | (Total Claim) | $2,823.79 | (Total Claim) |  |  |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | 16 | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | **$36,773.61** | (Secured Claim) | **$0.00** | (Secured Claim) |  |  |
|  |  |  | **$65,390.74** | (Administrative Expense Claim) | **$0.00** | (Administrative Expense Claim) |  |  |
|  |  |  | **$121,149.64** | (Priority Claim) | **$0.00** | (Priority Claim) |  |  |
|  |  |  | **$400,000.00** | (Unsecured Claim) | **$623,313.99** | (Unsecured Claim) |  |  |
|  |  |  | **$623,313.99** | (Total Claim) | **$623,313.99** | (Total Claim) |  |  |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 284th Omnibus Objection | | | Exhibit A | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DANNY W KEMP<br><br>112 REGENCY LANE<br>DICKSON, TN 37055-1943<br><br>Official Claim Date: 11/30/2009 | 64294 | Motors Liquidation Company | $0.00<br>$0.00<br>$5,000.00<br>$0.00<br>$5,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claims | Pgs. 4-5 |
| **OBJECTION ADJOURNED** | **1** | | **$0.00**<br>**$0.00**<br>**$5,000.00**<br>**$0.00**<br>**$5,000.00** | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | **$0.00**<br>**$0.00**<br>**$0.00**<br>**$5,000.00**<br>**$5,000.00** | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.