UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al,* <br> f/k/a General Motors Corp., *et al.* | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kyle H. Dreyer, to be admitted, *pro hac vice,* to represent Motors Liquidation Company GUC Trust, a party-in-interest in the above-captioned jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-captioned jointly administered bankruptcy cases pending before this Court, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Texas and the State of Oklahoma, it is hereby

ORDERED, that Kyle H. Dreyer, Esq., is admitted to practice, *pro hac vice,* in the above referenced jointly administered bankruptcy cases, and in all proceedings arising in, arising under, and relating to the above-referenced cases in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: *September 24, 2012*
New York, New York

                                    *s/ Robert E. Gerber*
                                  UNITED STATES BANKRUPTCY JUDGE