UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | |
|---|---|
| In re                                              : | Chapter 11 |
|                                                    : | |
| MOTORS LIQUIDATION COMPANY, *et al.,*   : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.,*    : | |
|                                                    : | |
|           Debtors.                         : | (Jointly Administered) |
|                                                    : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF NASSAU   )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On September 21, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Tiesha McNeal, General Delivery, 607 E. Locust St., Apt C, Davenport, Iowa 52803-4316 (affected party):

- **Letter from Anamay M. Carmel, Dickstein Shapiro LLP, to Tiesha McNeal, dated September 21, 2012, regarding adjournment of hearing to October 15, 2012 ("Letter Regarding the Adjournment of Hearing").**

3. On September 24, 2012, also at the direction of Dickstein, I caused a true and correct copy of the **Letter Regarding the Adjournment of Hearing** to be served by overnight delivery on Tiesha McNeal, General Delivery, 1603 Christie St., Davenport, Iowa 52803 (affected party):

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this
24th day of September, 2012

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013