September 04, 2012

Honorable Judge Robert Gerber
United States Bankruptcy Court
Southern District Of New York
One Bowling Green
New York, NY 10004-1408
Chambers: (212) 668-5660
Courtroom: 523

Dear Judge Gerber,

   This letter is to inform you that I will be appearing before you soon utilizing the phone system that is available through your court system.

   I wanted to make you aware that I am hearing impaired and will need everyone who speaks to be at the podium.

   On my end I will be on speaker.  I have discussed this with Mrs. Blum and she has given me the parameters to follow.  This is being done so that I can use a CART service during the proceedings, (which is no different than your court reporter) so that I can accurately follow the dialog of those in the court.

   I have already cleared this process with the phone service that handles these calls for the court as well.

   Thank you for making this accommodation for me.


Sincerely,


Linda Mitchell
817-494-4300