Cause No. 348-223864-07

| | | |
|---|---|---|
| LINDA M. MITCHELL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 348TH JUDICIAL DISTRICT |
| | § | |
| GENERAL MOTORS CORPORATION | § | |
| AND AUTONATION FORT WORTH | § | |
| MOTORS, LTD. D/B/A BANKSTON | § | |
| CHEVROLET FORT WORTH | § | TARRANT COUNTY, TEXAS |

## SUGGESTION OF BANKRUPTCY OF DEFENDANT GENERAL MOTORS CORPORATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant AutoNation Fort Worth Motors, Ltd., d/b/a Bankston Chevrolet Fort Worth and files this Suggestion of Bankruptcy of Defendant General Motors Corporation.

**I.**

On May 5, 2009, a duly impaneled jury heard the above numbered and styled cause and the Court read the charge to the jury and thereby submitted the case to said jury. The jury returned a verdict on May 7, 2009 and was received and filed by this Court.

On July 6, 2009, Plaintiff by and through its counsel filed a Motion to Enter Judgment pursuant to the jury's verdict and set a hearing on August 13, 2009 in this Court.

**II.**

On June 1, 2009 General Motors Corporation *et al* filed a voluntary petition for bankruptcy relief pursuant to Chapter 11 of the United States Bankruptcy Code, case number 09-50026, in the United States Bankruptcy Court for the Southern District of New York.

### III.

Section 362 of Title 11 of the United States Code provides that the filing of a voluntary petition in bankruptcy operates as a stay of the commencement or continuation of any action or proceeding against the debtor. As a result, this case is stayed by operation of law and should be abated.

WHEREFORE PREMISES CONSIDERED, Defendant AutoNation Fort Worth Motors, Ltd., d/b/a Bankston Chevrolet Fort Worth abate this cause pursuant to 11 U.S.C. §362 and deny Plaintiff's Motion to Enter Judgment and grant to Defendant AutoNation any and all relief to which it is entitled in equity or law.

LIVELY & ASSOCIATES, L.L.P.
201 Main Street
Suite 1260
Fort Worth, Texas 76102
(817) 338-1030 Telephone
(817) 338-1050 Facsimile

John R. Lively
State Bar I.D. #12435000
Joseph R. Kimball II
State Bar I.D. #24036023

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I have on this the  12th  day of August 2009, forwarded a true and correct copy of the foregoing Defendant AutoNation Fort Worth Motors, Ltd. d/b/a Bankston Chevrolet Fort Worth's Suggestion of Bankruptcy to the following:

**Via Facsimile**
Craig M. Patrick, Esq.
Patrick Law Firm
3333 Lee Parkway, Suite 600
Dallas, Texas 75219

**Via Facsimile**
David C. Routzen, Jr., Esq.
CRADDOCK RENEKER & DAVIS, L.L.P.
3100 Monticello Avenue, Suite 550
Dallas, Texas 75205

John R. Lively