CAUSE NO. 348-223864-07

| | | |
|---|---|---|
| LINDA M. MITCHELL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| GENERAL MOTORS CORPORATION, ET AL. | § | 348TH JUDICIAL DISTRICT |

### ORDER REMOVING CASE FROM ACTIVE DOCKET DUE TO BANKRUPTCY

This Court has received notice that Defendant(s) has/have filed for protection under the bankruptcy laws of the United States. Therefore, this case is stayed.

It is therefore ORDERED that the Clerk of the Court shall close this file and remove it from the active docket of pending cases subject to further order of this Court.

It is further ORDERED that, pursuant to Rule 1.05(b) of the Tarrant County Local Rules, "[o]nce a bankruptcy has been concluded, whether by discharge, denial of discharge, dismissal or otherwise, counsel shall promptly notify the Court Coordinator so that the affected cases may be restored to the active docket or be dismissed as may be appropriate."

It is further ORDERED that this order shall not operate as a dismissal of this case and that this Court retains jurisdiction for all purposes, including jurisdiction to reinstate the case to the active docket upon being notified that the bankruptcy case has been concluded, and to make such orders as are appropriate at that time.

SIGNED this 14th day of September, 2009.

_____
JUDGE PRESIDING

9/15/09 /hh
xc: Mr. Richard C. Dalton
    Mr. John R. Lively
    Mr. Craig M. Patrick
    Mr. Michael J. Craddock

Court's Minutes
Transaction # 79