UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: Chapter 11 Case No.
In re :
: 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.* :
 f/k/a General Motors Corp., *et al.*, :
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------ x

## ORDER GRANTING 279th OMNIBUS OBJECTION TO CLAIMS
### (No Liability Claims)

Upon the 279th Omnibus Objection to expunge certain claims, dated April 27, 2012 (the "**279th Omnibus Objection to Claims**"),[1] of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the No Liability Claims on the grounds that such claims seek recovery of amounts for which the Debtors are not liable, all as more fully described in the 279th Omnibus Objection to Claims; and due and proper notice of the 279th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 279th Omnibus Objection to Claims.

sought in the 279th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 279th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is:

ORDERED that the relief requested in the 279th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibits "A", "B" and "C"** annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that the 279th Omnibus Objection to Claims is withdrawn with respect to the claims listed on **Exhibits "A" and "B"** annexed hereto under the heading "*Objection Withdrawn*"; and it is further

ORDERED that the 279th Omnibus Objection to Claims is adjourned with respect to the claim listed on **Exhibit "B"** annexed hereto under the heading "*Objection Adjourned*"; and it is further

ORDERED, that nothing contained in this Order or in **Exhibit "B"** annexed hereto shall in any way modify or limit New GM's rights to contest any claim listed on **Exhibit "B"** attached hereto on any grounds; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any claim listed on **Exhibits "A", "B" and "C"** annexed to the 279th Omnibus Objection to claims that is not listed on the Order Exhibit annexed hereto; and it is further

DOCSNY-505542

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: ***June 4, 2012***
      New York, New York

                                           ***s/ Robert E. Gerber***
                                           United States Bankruptcy Judge

| 279th Omnibus Objection | | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLOUGH CHARLES<br>CLOUGH, CHARLES<br>574 SANTIAGO CANYON WAY<br>BREA, CA 92821-3543 | 16119 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,320.00 (U)<br>$1,320.00 (T) | Non-Debtor Claims | Pg. 4 |
| MARTIN, LINDA A<br>2205 NE SCANDIA DR APT E-411<br>KANSAS CITY, MO 64118-5823 | 30245 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,020.00 (U)<br>$1,020.00 (T) | Non-Debtor Claims | Pg. 4 |
| RUNIONS RONALD L<br>RUNIONS, RONALD L<br>7 E CONGRESS ST STE 1001<br>SAVANNAH, GA 31401-3357 | 8312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$116,286.00 (U)<br>$116,286.00 (T) | Non-Debtor Claims | Pg. 4 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **3** | | **$0.00 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$118,626.00 (U)**<br>**$118,626.00 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

09-50026-mg Doc 12089-15 Filed 09/24/12 Entered 09/25/12 12:24:04 Exhibit
279th Omni Order Pg 5 of 11
09-50026-reg9 Doc 11780-1 Filed 06/04/12 Entered 06/04/12 11:45:41 Exhibit A Pg 2 of 2

**279th Omnibus Objection** **Exhibit A** <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VALUE FLEET LLC<br>C/O RANSDELL & ROACH, PLLC<br>W KEITH RANSDELL<br>176 PASADENA DRIVE, BUILDING ONE<br>LEXINGTON, KY 40503 | 31315 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,129,167.00 (U)<br>$1,129,167.00 (T) | Non-Debtor Claims | Pg. 4 |
| *OBJECTION WITHDRAWN* | 1 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,129,167.00 (U)<br>$1,129,167.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg Doc 12089-15 Filed 09/24/12 Entered 09/25/12 12:24:04 Exhibit 279th Omni Order   Pg 6 of 11

09-50026-reg Doc 11780-2 Filed 06/04/12 Entered 06/04/12 11:45:41 Exhibit B Pg 1 of 5

**279th Omnibus Objection** | **Exhibit B** | **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ATEL LEASING CORPORATION, AS AGENT<br>ATTN V MORAIS OR R WILDER<br>600 CALIFORNIA STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94108-2733 | 70872 | Motors Liquidation Company | $0.00 (S)<br>$13,782.87 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$13,782.87 (T)<br><br>Unliquidated | New GM Claims | Pg. 5 |
| CORVUS TROTWOOD LLC<br>PO BOX 110599<br>LAKEWOOD RCH, FL 34211-0008 | 15632 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,825,666.42 (U)<br>$13,825,666.42 (T) | New GM Claims | Pg. 5 |
| CTRE NAT DE LA RECHERCHE SCIEN<br>74 RUE DE PARIS<br>RENNES FR 35000 FRANCE | 16456 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | New GM Claims | Pg. 5 |
| DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATES<br>ATTN LISA WURSTER<br>3939 TECHNOLOGY DRIVE<br>MAUMEE, OH 43537 | 65896 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,034.72 (U)<br>$10,034.72 (T)<br><br>Unliquidated | New GM Claims | Pg. 5 |
| FREUDENBERG-NOK GENERAL PARTNERSHIP<br>BODMAN LLP C/O COLIN R DARKE ESQ<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 64695 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,928.56 (U)<br>$29,928.56 (T) | New GM Claims | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

279th Omnibus Objection **Exhibit B** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERDES BVBA<br>BAKHUISSTRAAT 2<br>LOMMEL BE 3920 BELGIUM | 21067 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$135,910.97 (U)<br>$135,910.97 (T) | New GM Claims | Pg. 5 |
| GMAC RESIDENTIAL HOLDING LLC<br>ATTN JONATHAN N HELFAT<br>OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 63745 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,740,864.14 (U)<br>$1,740,864.14 (T) | New GM Claims | Pg. 5 |
| LIFE TIME FITNESS, INC<br>C/O JESSICA MONSON<br>2902 CORPORATE PL<br>CHANHASSEN, MN 55317-4560 | 30039 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,670.00 (U)<br>$16,670.00 (T) | New GM Claims | Pg. 5 |
| ROBERT J WILSON SR<br>C/O PAUL WILLIAM BELTZ PC<br>36 CHURCH STREET<br>BUFFALO, NY 14202 | 60584 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | New GM Claims | Pg. 5 |
| RUBY HERNANDEZ INDIVIDUALLY AND AS NEXT FRIEND OF SELENA HERNANDEZ<br>A MINOR<br>C/O CLAY LEWIS JENKINS, JENKINS AND KENKINS<br>516 WEST MAIN ST<br>WAXAHACHIE, TX 75165 | 16874 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,000.00 (U)<br>$60,000.00 (T) | New GM Claims | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg Doc 12089-15 Filed 09/24/12 Entered 09/25/12 12:24:04 Exhibit B Pg 3 of 5
09-50026-reg Doc 11780-2 Filed 06/04/12 Entered 06/04/12 11:45:41 Exhibit B Pg 3 of 5
279th Omni Order Pg 8 of 11

**279th Omnibus Objection** **Exhibit B** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SIGMA VIBRACOUSTIC (INDIA) PRIVATE LIMITED<br>BODMAN LLP<br>C/O COLIN T DARKE ESQ<br>1901 ST ANTOINE STREET<br>FORD FIELD 6TH FL<br>DETROIT, MI 48226 | 64696 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,223.63 (U)<br>$31,223.63 (T) | New GM Claims | Pg. 5 |
| SN & JN LP<br>C/O METRO COMMERCIAL REAL ESTATE INC<br>ATTN: STEVE NIGGEMAN<br>303 FELLOWSHIP ROAD, SUITE 202<br>MT LAUREL, NJ 08054 | 71052 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$369,234.42 (U)<br>$369,234.42 (T) | New GM Claims | Pg. 5 |
| VALLEY TRANSPORTATION AUTHORITY<br>3331 N 1ST<br>SAN JOSE, CA 95134-1906 | 64401 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,716.13 (U)<br>$7,716.13 (T) | New GM Claims | Pg. 5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **13** | | **$0.00 (S)**<br>**$13,782.87 (A)**<br>**$0.00 (P)**<br>**$18,247,248.99 (U)**<br>**$18,261,031.86 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**279th Omnibus Objection**

**Exhibit B**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| H E BAHER INCORPORATED<br>C/O RUTTER HOBBS & DAVIDOFF INCORPORATED<br>ATTN: C JOHN M MELISSINOS<br>1901 AVENUE OF THE STARS, SUITE 1700<br>LOS ANGELES, CA 90067 | 71165 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$125,000.00 (U)<br>$125,000.00 (T)<br><br>Unliquidated | New GM Claims | Pg. 5 |
| ***OBJECTION ADJOURNED*** | **1** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$125,000.00** (U)<br>**$125,000.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

279th Omnibus Objection **Exhibit B**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## OBJECTION WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CAPITAL ASSOCIATES INTL INC<br>ATTN MICHELLE YOUNG<br>3300 S PARKER RD STE 500<br>RMV CN VEND CTGY 7/10/08 CP<br>AURORA, CO 80014-3522 | 60791 | Motors Liquidation Company | $31,493.06 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$31,493.06 (T) | New GM Claims | Pg. 5 |
| CAROL L CLARK<br>162 WARREN STREET APT 2<br>GLENS FALLS, NY 12801 | 786 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,685.16 (U)<br>$24,685.16 (T)<br>Unliquidated | New GM Claims | Pg. 5 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS,<br>re: GENE LATTA BUICK, INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | 1215 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | New GM Claims | Pg. 5 |
| **OBJECTION WITHDRAWN** | 3 | | $31,493.06 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$124,685.16 (U)<br>$156,178.22 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

**279th Omnibus Objection**

# Exhibit C

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MULLENDORE JOHN KENT<br>MULLENDORE, RANDAL K<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFIELD, MO 65806-1324 | 6338 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T)<br>Unliquidated | Adjudicated Claims | Pg. 6 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **1** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$25,000.00** (U)<br>**$25,000.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.