# CHEVROLET

# 2005
## Warranty and Owner Assistance Information

*SF504670*
*05 KODIAK*
*BLUE*

# 2005 Chevrolet Warranty and Owner Assistance Information

An Important Message to Chevrolet Owners... .......1
Chevrolet's Commitment to You .......1
Owner Assistance .......1
GM Participation in an Alternative Dispute
Resolution Program .......1
Warranty Service – United States and Canada ......1
Warranty Coverage at a Glance .......2
New Vehicle Limited Warranty .......2
Emission Control System Warranty .......2
General Motors Corporation New Vehicle
Limited Warranty .......4
What Is Covered .......4
What Is Not Covered .......6
Things You Should Know About the New
Vehicle Limited Warranty .......9
Warranty Repairs – Component Exchanges .......9
Warranty Repairs – Recycled Materials .......9
Tire Service .......9
6.6L DURAMAX™ Diesel Engine Components ....10
After-Manufacture "Rustproofing" .......10
Paint, Trim, and Appearance Items .......10
Vehicle Operation and Care .......11

Maintenance and Warranty Service Records. .......11
Chemical Paint Spotting .......11
Warranty Coverage – Extensions .......12
Touring Owner Service – Foreign Countries .......12
Warranty Service – Foreign Countries .......13
Original Equipment Alterations .......13
Recreation Vehicle and Special Body or
Equipment Alterations .......13
Pre-Delivery Service .......14
Production Changes .......14
Noise Emissions Warranty for Light Duty
Trucks Over 10,000 LBS. GVWR Only .......14
Emission Control Systems Warranty .......15
What Is Covered .......15
How to Determine the Applicable Emissions
Control System Warranty (Light Duty
Trucks Only) .......15
Federal Emission Control System Warranty .......16
California Emission Control System Warranty .......17
Emission Warranty Parts List .......19
Replacement Parts .......24
Maintenance and Repairs .......24
Claims Procedure .......25

# 2005 Chevrolet Warranty and Owner Assistance Information

**Owner Assistance** ..............................................26
Customer Satisfaction Procedure ..........................26
State Warranty Enforcement Laws .......................27
Assistance For Text Telephone (TTY) Users .......27
Chevrolet Roadside Assistance ............................28

Chevrolet Courtesy Transportation ......................28
Warranty Information for California Only ............28
Special Policy Adjustment Programs Beyond
  the Warranty Period ..........................................29
Customer Assistance Offices ...............................30

# An Important Message to Chevrolet Owners...

## Chevrolet's Commitment to You

We are committed to assuring your satisfaction with your new Chevrolet.

Your Chevrolet dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

Your Chevrolet dealer is best equipped to provide all your service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If your problem has not been resolved to your satisfaction, follow the "Customer Satisfaction Procedure" as outlined under *Owner Assistance on page 26*.

We thank you for choosing a Chevrolet.

## GM Participation in an Alternative Dispute Resolution Program

See the "Customer Satisfaction Procedure" under *Owner Assistance on page 26* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service – United States and Canada

Your selling dealership has made a large investment to ensure that they have the proper tools, training, and parts inventory to make any necessary warranty repairs should they be required during the warranty period. We ask that you return to your selling dealer for warranty repairs. In the event of an emergency repair, you may take your vehicle to any authorized GM dealer for warranty repairs. However, certain warranty repairs require special tools or training that only a dealer selling your brand may have. Therefore, not all dealers are able to perform every repair. If a particular dealership cannot assist you, then contact the Customer Assistance Center. If you have changed your residence, visit any Chevrolet dealer in the United States or Canada for warranty service.

1

# Warranty Coverage at a Glance

The warranty coverages are summarized below.

## New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**
- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Sheet Metal**
- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.
- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

**6.6L DURAMAX™ Diesel Engine (If Equipped)**
Coverage is for the first 3 years or 36,000 miles, whichever comes first. It then has a $100.00 deductible charge after the 3 years or 36,000 miles up to 5 years or 100,000 miles, whichever comes first.

## Emission Control System Warranty

For light duty trucks see "How to Determine the Applicable Emissions Control System Warranty" under *Emission Control Systems Warranty on page 15* for more information.

**Federal**
- Gasoline Engines
  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously.
  - Catalytic converters and powertrain control modules are covered for the first 8 years or 80,000 miles, whichever comes first.

- Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
- 6.6L DURAMAX™ Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

## California

- Gasoline Engines
  - Defects and performance for cars, light duty, and medium duty truck emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.
  - Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.
  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
- 6.6L DURAMAX™ Diesel Engines are covered for the first 5 years, 100,000 miles, or 3,000 hours of operation, whichever comes first.

## Noise Emissions

- Coverage is for applicable vehicles weighing over 10,000 lbs. based on the GVWR only, for the entire life of the vehicle.

3

- Coolants and Fluids
- Wiper Inserts
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance **

* are covered only when replacement or repair is the result of a defect in material or workmanship.
** Consumable battery covered up to 12 months only.
*** Maintenance items after 7,500 miles.

### Extra Expenses

Economic loss or extra expense is not covered. Examples include:

- Loss of vehicle use
- Inconvenience
- Storage
- Payment for loss of time or pay
- Vehicle rental expense
- Lodging, meals, or other travel costs
- State or local taxes required on warranty repairs

**Other Terms:** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.** *

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## 6.6L DURAMAX™ Diesel Engine Components

For trucks equipped with a 6.6L DURAMAX™ Diesel Engine the complete engine assembly, including turbocharger components, is covered for defects in material or workmanship for 3 years or 36,000 miles, whichever comes first. No deductible applies during this coverage period. The engine parts listed next continue to be covered, subject to a $100.00 deductible, for 5 years or 100,000 miles, whichever comes first.

- Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets

Diesel Fuel Metering System: injection pump, nozzles, high pressure lines, and high pressure sealing devices

Glow Plug Control System: control/glow plug assembly, glow plugs, cold advance relay, and ECM

Fuel injection control module, integral oil cooler, transmission adapter plate, left and right common fuel rails, fuel filter assembly, fuel temperature sensor, and function block

*Important:* Some of these components may also be covered by the Emission Warranty with no deductible. See the "Emission Warranty Parts List" under *Emission Control Systems Warranty on page 15* for details.

## After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

## Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

## Warranty Coverage – Extensions

**Time Extensions:** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extension:** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you will receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

## Touring Owner Service – Foreign Countries

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer facility, preferably one which sells and services Chevrolet vehicles. Once you return to the United States, provide your dealer with a statement of circumstances, the original repair order, proof of ownership, and any paid receipt indicating the work performed and parts replaced for reimbursement consideration.

**Important:** Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

# Owner Assistance

## Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE: Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO:** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help, **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. In Canada, contact GM of Canada Central Office in Oshawa by calling 1-800-263-3777: English, or 1-800-263-7854: French.

We encourage you to call the toll-free number in order to give your inquiry prompt attention. Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration, title, or the plate above the left top of the instrument panel and visible through the windshield.
- The dealer name and location
- The vehicle's delivery date and present mileage

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE:** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you should file with the BBB Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

You may contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
4200 Wilson Boulevard
Suite 800
Arlington, VA 22203-1804
www.lemonlaw.bbb.org
Telephone: 1-800-955-5100

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

## State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. Your written notification should be sent to the Chevrolet Customer Assistance Center.

## Assistance For Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S. and Canada

27