

# Texas Department of Transportation

MOTOR VEHICLE DIVISION, CONSUMER AFFAIRS SECTION ⊠ P.O. BOX 2293 ⊠ AUSTIN, TEXAS 78768
(512) 416-4800 ☎ LEMON LAW INFORMATION (800) 622-8682 ☎ FAX (512) 416-4850

February 5, 2007

Ms. Linda Mitchell
1710 Marlene Drive
Euless, Texas 76040

Chevrolet Motor Division
General Motors Corporation
P. O. Box 33170
Detroit, Michigan 48232-5170

Mr. Larry Thedford
J-Rod, Inc.
398 N. Commercial Blvd.
Red Oak, Texas 75154

RE:    MS. LINDA MITCHELL, Complainant v.
GENERAL MOTORS CORPORATION & J-ROD, INC., Respondents
DOCKET NO. 07-0002 CAF

Dear Ladies and Gentlemen:

Enclosed is the Administrative Law Judge's Decision and Final Order. Please note the requirement for the reacquiring Respondent to obtain a Texas title for the vehicle before selling it.

A party who disagrees with the decision may file a **Motion for Rehearing** directed to the Director of the Motor Vehicle Division. The motion must state specific reasons for disagreement with the decision and must be received in our office **WITHIN 20 DAYS** of receipt of this Decision and Order. Paragraphs (3) through (7) of Texas Motor Vehicle Division Rule §8.207 (enclosed) detail the procedures involved in filing the motion.

A copy of the Motion for Rehearing must be sent to all opposing parties to allow them an opportunity to reply. Responses to a Motion for Rehearing must be received in our office **WITHIN 30 DAYS** of receipt of this Decision and Order.

Please review the Decision and Final Order and the enclosed rule(s) carefully. If you have any questions, please call your Case Advisor, Mr. Bob Swarts at (512) 416-4874.

Sincerely,

W. Kenneth Herring
Administrative Law Judge

WKH:bm
Enc.    1) Final Order
        2) Decision of the Administrative Law Judge
        3) Rule 8.207 - Contested Cases
        4) Rule 8.210 - Compliance with Order Granting Relief
CERTIFIED MAIL RETURN RECEIPT REQUESTED
Nos. 7004 1160 0007 2304 4674 / 7004 1160 0007 2304 4681 7004 1160 0007 2304 4698
Copy to Complainant by regular mail also
cc:    **VIA FACSIMILE (866) 432-1685**
       Stephanie Smith, GM Business Resource Center

Disclosure and Decal attached to:
GMRVDC
Attention: Tanya
2717 Schust Road
Saginaw, Michigan 48603

       **VIA FACSIMILE (866) 215-6750**
       General Motors' Imaging Center

*An Equal Opportunity Employer*

TEXAS DEPARTMENT OF TRANSPORTATION
MOTOR VEHICLE DIVISION

| | | |
|---|---|---|
| MS. LINDA MITCHELL, | § | |
| Complainant | § | |
| | § | |
| v. | § | DOCKET NO. 07-0002 CAF |
| | § | |
| GENERAL MOTORS CORPORATION & | § | |
| J-ROD, INC., | § | |
| Respondents | § | |

## FINAL ORDER GRANTING SUBCHAPTER M RELIEF

BE IT REMEMBERED THAT on the 10th of January, 2007 there came before the undersigned Administrative Law Judge of the Motor Vehicle Division the above referenced matter.   The Administrative Law Judge, having duly considered the evidence and the arguments presented and having made certain findings of fact and conclusions of law in the Decision of even date herewith; does hereby enter the Final Order in this proceeding as follows:

IT IS ORDERED

1.   that the Decision filed in this proceeding, including the findings of fact and conclusions of law, be, and hereby is, incorporated herein;

2.   that General Motors Corporation (Respondent I) shall accept the return of the vehicle from the Complainant, provided however, that Respondent I shall have the right to have its representatives inspect the vehicle upon the return thereof by Complainant.  In the event that additional damage to the vehicle beyond ordinary wear and tear is found, and if the parties are unable to agree upon an amount as an allowance for the repair of such damage, then either party shall have the right to request the reconsideration of the amount of the refund;

3.   that Respondent I shall arrange for the repurchase of the subject vehicle, in the amount of **$47,429.67**, within twenty (20) days of receipt of this Order;

4.   that the refund shall be paid to Complainant and the lien holder as their interests appear; If clear title is delivered, the full refund shall be paid to the Complainant;

5. that Respondent I, pursuant to 16 TEX. ADMIN. CODE Section 107.10(4), shall issue a disclosure statement provided by or approved by the Motor Vehicle Board;

6. that Respondent I, pursuant to 16 TEX. ADMIN. CODE Section 107.10(4), shall affix the disclosure decal provided by the Motor Vehicle Board to the inside of the left front window of the vehicle, with the front side of the decal facing out;

7. that Respondent I pursuant to 16 TEX. ADMIN. CODE Section 107.10(4) shall provide the Motor Vehicle Board, in writing, the name, address and telephone number of the transferee (wholesale purchaser or equivalent) of the vehicle within sixty (60) days of the transfer.

Signed this 5th day of January, 2007

W. Kenneth Herring, Administrative Law Judge
Motor Vehicle Division

## TEXAS DEPARTMENT OF TRANSPORTATION
## MOTOR VEHICLE DIVISION

| | | |
|---|---|---|
| MS. LINDA MITCHELL,<br>　　　　　Complainant | §<br>§<br>§ | |
| v. | §<br>§ | DOCKET NO. 07-0002 CAF |
| GENERAL MOTORS CORPORATION &<br>J-ROD, INC.,<br>　　　　　Respondents | §<br>§<br>§ | |

### DECISION OF THE ADMINISTRATIVE LAW JUDGE

The hearing on the complaint of Ms. Linda Mitchell (Complainant) against General Motors Corporation (Respondent I) and J-Rod, Inc. (Respondent II) was held in Dallas, Texas on January 10, 2007 pursuant to Chapter 2301, Subchapter M of the Texas Occupations Code Annotated. Complainant appeared and testified her own behalf. Respondent I and Respondent II properly appeared and presented evidence in their respective behalves. Mr. W. Kenneth Herring, Administrative Law Judge (ALJ), presided.

Complainant filed a complaint contending that the vehicle (a 2005 Chevrolet Kodiac) is defective and should be repurchased because the vehicle has fuel system related concerns.

### EVIDENCE ADDUCED

**Complainant's evidence tends to show the following facts:**

1. She purchased a new 2005 Chevrolet Kodiac on October 14, 2005.

2. She can document that the vehicle has been taken to an authorized facility with a fuel system related complaint on the following occasions:
   a. August 17, 2006 with 19,125 miles; at which time, a GM dealer replaced the fuel pump assembly and fuel tank sending unit;
   b. September 9, 2006 with 27,348 miles; at which time, a GM dealer replaced the rear fuel module and a J-Rod facility stated no problem was found but made adjustments to the fuel system; and
   c. November 28, 2006 with 27,628 miles; at which time, Mr. Dennis Williams examined the vehicle and stated no problem was found.

3. Currently, the vehicle has an ongoing fuel system concern manifested by the system not properly allowing fuel to be pumped into the vehicle.

4. She sent written notice of this concern to Respondent I in a letter dated August 28, 2006; Respondent II was sent written notice of this concern via her complaint with the Motor Vehicle Division on September 15, 2006. Both Respondents had an opportunity to cure the vehicle, during the September 9, 2006 repair visit which lasted until October 17, 2006. Respondent I had an additional opportunity to cure the vehicle on November 28, 2006.

l

**Respondent I argued:**

1. A current GM related concern has not been verified.

2. The Complainant fails to meet the lemon law presumptions as to reasonable number of repair attempts.

**Respondent II argued:**

1. A current J-Rod related concern has not been verified.

2. The Complainant fails to meet the lemon law presumptions as to reasonable number of repair attempts.

## INSPECTION AND TEST DRIVE

The hearing was continued at the vehicle. The Complainant and the ALJ participated in the inspection of the vehicle along with both Respondents. The vehicle was driven 6 miles. The ending mileage on the vehicle was 27,982 miles.

The interior inspection of the vehicle showed normal wear and tear. The exterior inspection revealed that the front bumper was bent and a word was written into the paint on the driver's side front fender.

The parties took the vehicle to a nearby gas station to test for a fuel system concern manifested by the system not properly allowing fuel to be pumped into the vehicle. The concern manifested, as described by the Complainant, during the inspection. All parties including the ALJ attempted to add fuel to the front tank, but the system would not allow it. Fuel could be added to the rear tank.

## DISCUSSION

As mentioned above, the Complainant contends that the lemon law requirements are satisfied and the vehicle should be repurchased because the vehicle has a fuel system related concern.

The Respondents argued that an ongoing concern had not been verified and that Complainant failed to meet the lemon law presumptions as to a reasonable number of repair attempts.

As stated above, the concern, as described by the Complainant, manifested during the inspection. All parties including the ALJ attempted to add fuel to the front tank, but the system would not allow it. The ALJ holds that this is a defective condition that substantially impairs the use and value of the vehicle.

As to the issue of opportunity to cure, the ALJ finds that both Respondents were given written notice of the concern and both had a chance to inspect and repair the vehicle after that notice.

2

As to the issue of reasonable number of repair attempts, the ALJ notes that Complainant does not meet lemon law presumptions. However, the ALJ finds that the three documented visits to a GM authorized repair center stating the instant concern constitute a reasonable number of repair attempts for that issue for that respondent in this case.

Because there are two Respondents, the ALJ must determine how responsibility should be apportioned. It is the understanding of the ALJ that all of the components of the fuel system were provided by GM. Given that fact, the ALJ holds that Respondent I should bear full responsibility in this case. The ALJ does not preclude the Respondents debating this matter further in another forum, but as to this forum Respondent I must bear the cost of the instant judgment. And that judgment is the vehicle should be repurchased.

In addition to the repurchase of the instant vehicle, the Complainant has requested reimbursement of expenses. In fact, the Complainant calculated almost $101,000.00 for reimbursement of incidental expenses. After reviewing the submissions of the Complainant, the ALJ finds that almost none of the requested expenses are reimbursable. The expenses of setting up and running her trucking business are not reimbursable in this forum. Lost wages or lost opportunities are not reimbursable in this forum. The expenses related to a vehicle break down in Wyoming are not reimbursable because the costs for that matter were previously addressed and because the ALJ finds that the concern at that time is not the same as the concern which is the basis for repurchase. The only requested costs which are reimbursable are postage expenses of $66.00 and copy expenses of $26.11.

The Complainant also contended that the useful life of her vehicle should be raised to from 120,000 miles to 250,000 miles for the purpose of calculating the repurchase price. Given the fact the vehicle has a diesel engine, the ALJ agrees.

Lastly, the vehicle has some damage beyond normal wear and tear. Based on the Complainant's submission of repair estimates, the ALJ will deduct $1,473.90 from the amount of the repurchase price.

### FINDINGS OF FACT

1. Complainant purchased a 2005 Chevrolet Kodiac on October 14, 2005. The Complainant purchased the vehicle for a total purchase price of $53,849.88. Complainant still owns the vehicle.

2. Respondent I issued its warranty covering defects in factory supplied fuel system materials for 2 years with unlimited miles during those two years.

3. The Complainant can document that the vehicle has been taken to an authorized facility with a fuel system related complaint on the following occasions:
   a. August 17, 2006 with 19,125 miles; at which time, a GM dealer replaced the fuel pump assembly and fuel tank sending unit;
   b. September 9, 2006 with 27,348 miles; at which time, a GM dealer replaced the rear fuel module and a J-Rod facility stated no problem was found but made adjustments to the fuel system; and
   c. November 28, 2006 with 27,628 miles; at which time, Mr. Dennis Williams examined the vehicle and stated no problem was found.

3

4. The above listed visits constitute a reasonable number of repair attempts for Respondent I.

5. The vehicle has on-going fuel system related concerns.

6. All of the fuel system components were provided by GM.  Given that fact, Respondent I should bear full responsibility for the currently ongoing concern.

7. The problems mentioned in the preceding Findings of Facts constitute defects covered by Respondent I's warranty.

8. Respondent I received written notice on the Complainant's concerns in a letter dated August 28, 2006.  Respondent I had an opportunity to cure the vehicle, during the September 9, 2006 repair visit which lasted until October 17, 2006.  Respondent I had an additional opportunity to cure the vehicle on November 28, 2006

9. The above noted concern constitutes a defective condition that substantially impairs the use and the value of the vehicle.

10. Complainant timely filed her complaint with the Motor Vehicle Division on or about September 1, 2006 and paid the $35.00 filing fee.

11. The Respondent should repurchase the vehicle.

12. The ALJ makes the following Findings of Fact and calculations of the repurchase price:

| Purchase price, including tax, title, license and registration | | | $53,849.88 | | |
|---|---|---|---|---|---|
| Mileage at date of hearing | 27,982 | | | | |
| Mileage at first report of current defect | 19,125 | | | | |
| Miles driven after first report of defective condition | 8,857 | | | | |
| Calculations for allowance for use: Unimpaired miles: | | | | | |
| $\frac{19,125}{250,000}$ | X | $53,849.88 | = | $4119.52 |
| Impaired miles: | | | | | |
| $\frac{8,857}{250,000}$ | X | $53,849.88 X .5 | = | $953.90 |
| Total allowance for use deduction: | | | | | $5,073.42 |
| Purchase Price | | | $53,849.88 | | |
| Less allowance for use | | | -$5,073.42 | | |
| Refund filing fee | | | $35.00 | | |
| Refund postage and copies | | | $92.11 | | |
| Deduct damage allowance | | | -$1,473.90 | | |
| **TOTAL REPURCHASE PRICE:** | | | **$47,429.67** | | |

4

## CONCLUSIONS OF LAW

1. Complainant timely filed this action with the Texas Department of Transportation, Motor Vehicle Division which has jurisdiction over this proceeding pursuant to Chapter 2301, Subchapter M of the Texas Occupations Code Annotated.

2. Complainant proved by a preponderance of the evidence that the vehicle is defective because of fuel system related concerns, which are defective conditions covered by the warranty; that Respondent I or its authorized dealerships have had a reasonable number of attempts to repair the problems; that Respondent I was provided an opportunity to cure the concerns; and that the condition substantially impairs the use and value of the vehicle.

3. Under Chapter 2301, Subchapter M of the Texas Occupations Code Annotated, Complainant is entitled to relief.

In accordance with the above Findings of Fact and Conclusions of Law, a Final Order shall be issued requiring the Respondent I to repurchase the vehicle.

**Signed and dated this 5th day of January, 2007**

**W. Kenneth Herring, Administrative Law Judge**
**Motor Vehicle Division**

5

### §8.207. Contested Cases: Decisions and Final Orders.

To expedite the resolution of cases filed under Occupations Code, Chapter 2301, Subchapter M, or §2301.204, the director may conduct hearings and issue final orders for the enforcement of these sections, including the delegation of this duty to hearing officers. Review of the hearings officers' decisions and final orders shall be according to the procedures as follows:

(1) A hearing officer will prepare a written decision and final order as soon as possible but not later than 60 days after the hearing is closed, or as otherwise provided by law. The decision and order will include the hearing officer's findings of fact and conclusions of law.

(2) The decision and final order shall be sent to all parties of record by certified mail.

(3) The decision and order is final and binding on the parties, in the absence of a timely motion for rehearing, on the expiration of the period for filing a motion for rehearing.

(4) A party who disagrees with the decision and final order may file a motion for rehearing within 20 days from the date of the notification of the final order. A motion for rehearing must include all the specific reasons, exceptions, or grounds that are asserted by a party as the basis of the request for a rehearing. It shall recite, if applicable, the specific findings of fact, conclusions of law, or any other portions of the decision to which the party objects. Replies to a motion for rehearing must be filed with the director within 30 days after the date of the notification of the final order. A party or attorney of record notified by mail is presumed to have been notified on the third day after the date on which the order was mailed.

(5) The director must act on the motion within 45 days after the date of notification of the final order, or as otherwise provided by law, or it is overruled by operation of law. The director may, by written order, extend the period for filing, replying to, and taking action on a motion for rehearing, not to exceed 90 days after the date of notification of the final order. In the event of an extension of time, the motion for rehearing is overruled by operation of law on the date fixed by the written order of extension, or in the absence of a fixed date, 90 days after the date of notification of the final order.

(6) If the director grants a motion for rehearing, the parties will be notified by first class mail. A rehearing will be scheduled as promptly as possible. After rehearing, the director shall issue a final order and any additional findings of fact or conclusions of law necessary to support the decision or order. The director may also issue an order granting the relief requested in a motion for rehearing or replies thereto without the need for a rehearing. If a motion for rehearing and the relief requested is denied, an order so stating will be issued.

(7) A party who has exhausted all administrative remedies, and who is aggrieved by a final decision in a contested case from which appeal may be taken is entitled to judicial review pursuant to Occupations Code, §§2301.751-2301.756, under the substantial evidence rule. The petition shall be filed in a district court of Travis County or in the Court of Appeals for the Third Court of Appeals District within 30 days after the decision or order is final and appealable. A copy of the petition must be served on the director and any other parties of record. After service of the petition on the director and within the time permitted for filing an answer, the director shall transmit to the reviewing court the original or a certified copy of the entire record of the proceeding. If the court orders new evidence to be presented to the director, the director or the director's designee may modify the findings and decision or order by reason of the new evidence, and shall transmit the additional record to the court.

Source: 16 TAC §107.7 repealed effective 2/16/06, 31 TexReg 843, reenacted at 43 TAC §8.201 effective 2/16/06, 31 TexReg 862.

### §8.210. Compliance with Order Granting Relief.

Compliance with the director's order will be monitored by the director.

(1) A complainant is not bound by the director's decision and order and may either accept or reject the decision.

(2) If a complainant does not accept the director's final decision, the proceeding before the director will be deemed concluded and the complaint file closed.

(3) If the complainant accepts the director's decision, then the manufacturer, converter, or distributor and the dealer to the extent of the dealer's responsibility, if any, shall immediately take such action as is necessary to implement the director's decision and order.

(4) If a manufacturer, converter, or distributor replaces or repurchases a vehicle pursuant to a director order, reacquires a vehicle to settle a complaint filed under Occupations Code, Chapter 2301, Subchapter M or §2301.204, or brings a vehicle into the state of Texas which has been reacquired to resolve a warranty claim in another jurisdiction, the manufacturer, converter, or distributor shall, prior to resale of such vehicle, re-title the vehicle in Texas and issue a disclosure statement on a form provided by or approved by the director. In addition, the manufacturer, converter, or distributor reacquiring the vehicle shall affix a disclosure label provided by or approved by the director on an approved location in or on the vehicle. Both the disclosure statement and the disclosure label shall accompany the vehicle through the first retail purchase. Neither the manufacturer, converter, or distributor nor any person holding a license or general distinguishing number issued by the division under the Code or, Transportation Code, Chapter 503, shall remove or cause the removal of the disclosure label until delivery of the vehicle to the first retail purchaser. A manufacturer, converter, or distributor shall provide the director, in writing, the name, address, and telephone number of any transferee, regardless of residence, to whom the manufacturer, distributor, or converter, as the case may be, transfers the vehicle within 60 days of each transfer. The selling dealer shall return the completed disclosure statement to the director within 60 days of the retail sale of a reacquired vehicle. Any manufacturer, converter, or distributor or holder of a general distinguishing number who violates this section is liable for a civil penalty or other sanctions prescribed by the Code. In addition, the manufacturer, converter, or distributor must repair the defect or condition in the vehicle that resulted in the vehicle being reacquired and issue, at a minimum, a basic warranty (12 months/12,000 mile, whichever comes first), except for non-original equipment manufacturer items or accessories, on a form provided by or approved by the director, which warranty shall be provided to the first retail purchaser of the vehicle.

(5) In the event of any conflict between this rule and the terms contained in a cease and desist order, the terms of the cease and desist order shall prevail.

(6) The failure of any manufacturer, converter, distributor or dealer to comply with a decision and order of the director within the time period prescribed in the order may subject the manufacturer, converter, or distributor, or dealer to formal action by the division and the assessment of civil penalties or other sanctions prescribed by Occupations Code, Chapter 2301, for the failure to comply with an order of the director.

Source: 16 TAC §107.10 repealed effective 2/16/06, 31 TexReg 843, reenacted at 43 TAC §8.201 effective 2/16/06, 31 TexReg 862.

```
RO No: 31759     Opened: 28OCT04    Closed: 29OCT04   Mileage: 136
Line Code: B  Booker: 2642                Comeback: N
Cause:
SA... TECH. TYPE. OPCODE....... CB-RO.. DESCRIPTION...........................
2642 1454  INVW  UNINV                  UNISEAL NEW VEHICLE
                                        PTS$     0.00 LBR$     48.00 MSC$    0.00
2642       INVW  9999                   SUBLET REPAIRS
                                        PTS$     0.00 LBR$      0.00 MSC$   15.00
Line Code: C  Booker: 2642              Comeback: N
Complaint: S100   INSTALL MUD FLAPS
Cause:
SA... TECH. TYPE. OPCODE....... CB-RO.. DESCRIPTION...........................
2642 1454  INT   S100                   MISC REPAIR
                                        PTS$     0.00 LBR$      0.00 MSC$    0.00


Press B, S#, EST#, ?, or E to Exit:
```

work orders before I purchased
I was not told About

```
RO No: 32969     Opened: 21DEC04   Closed: 07JAN05   Mileage: 138
                                   ACTION CONTROL REPAIR OR REPLACE
                                   PTS$     0.00 LBR$    36.69 MSC$     0.00
Line Code: B  Booker: 1474         Comeback: N
Complaint: 100    EXHAUST BRAKE WARNING LIGHT AND AUDIBLE ALARM COMES ON DRIVING
Cause: .
SA... TECH. TYPE. OPCODE....... CB-RO.. DESCRIPTION..........................
1474  1434  WW    100               MISC REPAIRS PERFORMED
                                    PTS$     0.00 LBR$     0.00 MSC$     0.00
*--- 7 of 7 - Dealer: AN494-TS ------------------------------------------------*
RO No: 31759     Opened: 28OCT04   Closed: 29OCT04   Mileage: 136
Line Code: A  Booker: 1439         Comeback: N
Complaint: NVSI   NEW VEHICLE STATE INSP.
Cause:
SA... TECH. TYPE. OPCODE....... CB-RO.. DESCRIPTION..........................
2642  1454  IINSP NVSI              NEW VEHICLE STATE INSP.
                                    PTS$     0.00 LBR$     7.00 MSC$     0.00
2642        IINSP 9997              MISC. SHOP CHARGES
                                    PTS$     0.00 LBR$     0.00 MSC$     5.50
Line Code: B  Booker: 2642         Comeback: N
Complaint: UNINV  UNISEAL NEW VEHICLE

Press B, S#, Return for next page, EST#, ?, or E to Exit:
```

```
RO No: 39361    Opened: 13OCT05  Closed: 13OCT05  Mileage: 229
Line Code: A  Booker: 2422          Comeback: N
SA... TECH. TYPE. OPCODE....... CB-RO.. DESCRIPTION..........................
2119      IINSP 9997                  MISC. SHOP CHARGES
                                      PTS$    0.00 LBR$    0.00 MSC$  20.00
*--- 5 of 7 - Dealer: AN494-TS -------------------------------------------*
RO No: 37915    Opened: 03AUG05  Closed: 05AUG05  Mileage: 165
Line Code: A  Booker: 1439          Comeback: N
Complaint: 100   C/S CHK ENGONE LIGHT ON
Cause: .
SA... TECH. TYPE. OPCODE....... CB-RO.. DESCRIPTION..........................
2119 3092 WW   N6608                  WIRING AND/OR CONNECTOR EMISSIONS SYSTEM
                                      M REPAIR OR REPLACE
                                      PTS$    0.00 LBR$   36.69 MSC$   0.00
*--- 6 of 7 - Dealer: AN494-TS -------------------------------------------*
RO No: 32969    Opened: 21DEC04  Closed: 07JAN05  Mileage: 138
Line Code: A  Booker: 1474          Comeback: N
Complaint: 100   SERVICE BRAKE LIGHT COMES ON
Cause: .
SA... TECH. TYPE. OPCODE....... CB-RO.. DESCRIPTION..........................
1474 1434 WW   N6600                  WIRING AND/OR CONNECTOR BRAKE SYSTEM/TRA

Press B, S#, Return for next page, EST#, ?, or E to Exit:
```

1689281                    3 9 3 6 1         **Bankston .Chevrolet**

                           INVOICE           **Fort Worth**

JDA N MITCHELL                               7769 GRAPEVINE HWY,      METRO: (817) 498-2400
1.10 MARLENE DR            DUPLICATE 1       FORT WORTH, TX 76180     LOCAL: (817) 485-0400
EULESS, TX 76040           PAGE 1            SERVICE PHONE: (817) 485-0466
HOME:817-399-9069 BUS:817-946-6906
                                             SERVICE ADVISOR: 2119 LANNY HOWELL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | | TAG |
|---|---|---|---|---|---|---|---|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 229/229 | | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 21DEC04 IS | | | 17:00 13OCT05 | | 0.00 | | 23AUG06 |

| R.O. OPENED | READY | OPTIONS: | STK:5F504670 DLR:07340 |
|---|---|---|---|
| 10:41 13OCT05 | 11:41 13OCT05 | ENG:6.6_Liter_Turbo_Diesel | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A COMMERICAL STATE INSPECTION | | | | | | | | |
| | CSTATE COMMERICAL STATE INSPECTION | | | | | | | |
| | 2575IINSP | | | | | | | |
| MISC STICKER | | | | | | | | (N/C) |
| | IINSP . | | | | | | | |
| 229 1.0 PERFORM DOT STATE INSPECTION | | | | | | | | (N/C) |

*************************************************

YOUR FINANCE CHARGE is computed by a periodic rate of 1.5% minimum .50 per month... which is an ANNUAL PERCENTAGE RATE of 18%, and a single periodic rate of 1.5% per month on charges over $500 which is an ANNUAL PERCENTAGE RATE of 18%. We guarantee our workmanship for 12 months or 12,000 miles, whichever occurs first. If our repair or replacement parts fail in normal use within that period because of our workmanship, we will fix it free of charge, parts and labor.

DISCLAIMER OF WARRANTIES Any warranties on the products sold hereby are those made by the manufacturer...

TERMS Payment terms will be strictly cash unless arrangements made. It is understood that this company assumes no responsibility for loss or damage by theft or fire to vehicles and/or personal items left in said vehicles...
I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

CUSTOMER SIGNATURE.

NOTICE PURSUANT TO 170.001.
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THIS VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS AND COMMERCE CODE 19.693, IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.
Signature of the Person responsible or Agent for Person Responsible for payment

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INS. DISCOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | 0.00 |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST

*1st work order after purchase*

1689281                          4 2 8 3 8              **Bankston Chevrolet**
                              *INVOICE*                **Fort Worth**
  DA N MITCHELL                                        7769 GRAPEVINE HWY.      METRO: (817) 498-2400
  1.10 MARLENE DR                                      FORT WORTH, TX 76180     LOCAL: (817) 485-0400
  EULESS, TX 76040                    PAGE 1                      SERVICE PHONE: (817) 485-0466
  HOME:817-399-9069 BUS:817-946-6906
                                    SERVICE ADVISOR: 2129 STEVEN BUCHHOLZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 10030/10030 | T405 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | 17:00 06APR06 | | 0.00 | CASH | 14APR06 |

R.O. OPENED                    READY        OPTIONS:   STK:5F504670 DLR:07340

11:44 06APR06    12:18 14APR06      ENG:6.6_Liter_Turbo_Diesel

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|
| A C/S PAINT PEELING OFF BED | | | | | | | | |
| 100 MISC REPAIRS PERFORMED | | | | | | | | |
| 2318 | CCF | | | | | | 0.00 | 0.00 |
| 1 15178969 F-SHROUD | | | | | | 73.82 | 62.75 | 62.75 |

*********************************************

| B C/S TIRES HAVE FLAT SPOTS | | | | | | | | |
| 100 MISC REPAIRS PERFORMED | | | | | | | | |
| 2318 | CCF | | | | | | 0.00 | 0.00 |

*********************************************

C C/S CHECK HEATER HOSES
CAUSE: .
     J3480 PUMP AND/OR GASKET, COOLANT REPLACE
        2575      WW
     1 97216136 W-PUMP,WAT                                      (N/C)
     2 12346290 COOLANT                                         (N/C)
     1 97188663 GASKET                                          (N/C)
     1 94013304 GASKET                                          (N/C)
     1 94011603 SEAL                                            (N/C)
     1 94011602 SEAL                                            (N/C)
     FC: 6C                                                     (N/C)
     PART#: 97216136
     COUNT: 7
     CLAIM TYPE:
     AUTH CODE:
     OJ

10030 CHECKED FOR COOLANT LEAKS. PRESSURE TESTED SYSTEM AND FOUND WATER
PUMP LEAKING. REPLACED WATER PUMP AND FILLED WITH COOLANT. LABOR
OP--J3480 4.4 HOUR LABOR--2575
*********************************************

| D C/S BRAKE CONTROLER INOP | | | | | | | | |
| 100 MISC REPAIRS PERFORMED | | | | | | | | |
| 2575 | CCC | | | | | | 83.70 | 83.70 |

YOUR FINANCE CHARGE is computed by a single periodic rate of 1.5% minimum .50¢ per month
or balances up to $500 which is an ANNUAL PERCENTAGE RATE of 18% and a larger periodic
rate of 1% per month on balances over $500 which is an ANNUAL PERCENTAGE RATE of 12%.
We guarantee our workmanship for 12 months or 12,000 miles, whichever occurs first. If our repair
or replacement costs fail in normal use within that period because of our workmanship, we will fix it
free of charge, parts and labor.
48 hours after work is completed and the customer is notified, storage charges will accrue at
$15.00 per day. Vehicle will be stored for charges after 30 days.

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the
manufacturer. The seller, BANKSTON CHEVROLET FORT WORTH, hereby expressly disclaims all
warranties, either express or implied, including any implied warranty of merchantability or fitness
for a particular purpose, and BANKSTON CHEVROLET FORT WORTH, neither assumes nor
authorizes any other person to assume for it any obligation in connection with the sale of said
merchandise except that repairs and labor noted above.

TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that
this company assumes no responsibility for loss or damage by theft or fire to vehicles and/or
personal items left in said vehicles, placed with this company for storage, sale or repair or
damage to vehicle while road testing. The below bill for labor and materials is approved, and
an express mechanic's lien is granted on said vehicle to secure the payment thereof, said
obligation being payable at Fort Worth, Torrant County, Texas, and in the event of default, I
agree to pay in addition thereto, reasonable attorney's fee. Permission is granted to you to
drive said vehicle on any street or road for the purpose of testing and inspecting same.
I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

CUSTOMER SIGNATURE:

NOTICE PURSUANT TO 170.001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO
THE REPAIR AGREEMENT. I UNDERSTAND THAT
THIS VEHICLE IS SUBJECT TO REPOSSESSION IN
ACCORDANCE WITH BUSINESS AND COMMERCE
CODE 35.003, IF PAYMENT FOR THIS VEHICLE IS BY
THE MOTOR VEHICLE BY A CHECK, MONEY
ORDER, OR A CREDIT CARD TRANSACTION IS
STOPPED, DISHONORED BECAUSE OF
INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE
THE MAKER OR DRAWER OF THE ORDER OR THE
CREDIT CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INS. DISCOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST

1689281                          42838          **Bankston** .**Chevrolet**
                                                 **Fort Worth**
                              *INVOICE*           7769 GRAPEVINE HWY.    METRO: (817) 498-2400
⌐ NDA N MITCHELL                                 FORT WORTH, TX 76180    LOCAL: (817) 485-0400
⌐  10 MARLENE DR                 PAGE 2                         SERVICE PHONE: (817) 485-0466
EULESS, TX 76040
HOME:817-399-9069  BUS:817-946-6906      SERVICE ADVISOR: 2129 STEVEN BUCHHOLZ

| COLOR | YEAR | MAKE:MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 10030/10030 | T405 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | 17:00 06APR06 | | 0.00 | CASH | 14APR06 |

| R.O. OPENED | READY | OPTIONS: STK:5F504670 DLR:07340 |
|-------------|-------|--------------------------------|
| 11:44 06APR06 | 12:18 14APR06 | ENG:6.6_Liter_Turbo_Diesel |

LINE OPCODE TECH TYPE HOURS                              LIST      NET      TOTAL
10030 LEVER ON BRAKE CONTROLLER NOT WORKING PROPERLY. CHECKED WIRES AT
BACK OF CONTROLLER. POWER, GROUND, SIGNAL TO CONTROLLER AND SIGNAL OUT
OF CONTROLLER WORKING. WIRING IS O.K., CONTROLLER INOP. .9 HOUR
LABOR--2575
        *****************************************************
E C/S RIGHT REAR WINDOW TRIM LOOSE
CAUSE: .
     C3410 MOLDING, REAR DOOR UPPER REVEAL RIGHT R&R
           OR REPLACE
           2575    WW
     1 15753833 F-SEALING S                                           (N/C)
     1 10382474 F-MOLDING                                             (N/C)
     FC: 6C                                                           (N/C)
     PART#: 15753833
     COUNT: 2
     CLAIM TYPE:
     AUTH CODE:
     OJ


10030 RIGHT REAR INSIDE AND OUTSIDE WINDOW TRIM LOOSE REPLACED BOTH
PIECES OF TRIM. LABOR OP--C3410=.5 LABOR + .2 LABOR (C3210) TOTAL
LABOR---.7 HOUR--2575
        *****************************************************
F RECALL 05035 BODY WIRING HARNESS CHAFING
CAUSE: .
     V1336 INSTALLED WIRING
           2575    WW
     2 737302 TUBING                                                  (N/C)
     FC: 96                                                           (N/C)
     PART#: 737302
     COUNT: 2
     CLAIM TYPE:
     AUTH CODE:

YOUR FINANCE CHARGE - is calculated by a single periodic rate of 1.5% minimum 50¢ per month
on balances up to $500 which is an ANNUAL PERCENTAGE RATE of 18% and a single periodic
rate of 1% per annum on balance of over $500 which is an ANNUAL PERCENTAGE RATE of 12%.
The guarantee our workmanship, for 12 months or 12,000 miles, whichever occurs first. I our repair
of your vehicle parts fail in normal use within that period because of our workmanship, we will fix it
without charge, parts and labor.
All repairs after work is completed and the customer is notified, storage charges will accrue at
$15.00 per day. Vehicle will be sold for unpaid charges after 30 days.

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the
manufacturer. The seller, BANKSTON CHEVROLET FORT WORTH, hereby expressly disclaims all
warranties, either express or implied, including any implied warranty of merchantability or fitness
for a particular purpose, and BANKSTON CHEVROLET FORT WORTH, neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of said
products.

TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that
this company assumes no responsibility for loss or damage by theft or fire to vehicles and or
personal items left in said vehicle, placed with this company for storage, sale or repair, or
damage to vehicle while road testing. The below bill for labor and materials is approved, and
an express mechanic's lien is granted on said vehicle to secure the payment thereof, said
obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I
agree to pay an addition thereto, reasonable attorney's fee. Permission is granted to you to
drive said vehicle on any street or road for the purpose of testing and inspecting same.
I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

CUSTOMER SIGNATURE:_____

NOTICE PURSUANT TO 170.001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO
THE REPAIR AGREEMENT. I UNDERSTAND THAT
THIS VEHICLE IS SUBJECT TO REPOSSESSION IN
ACCORDANCE WITH BUSINESS AND COMMERCE
CODE 9.503, IF PAYMENT FOR THE REPAIR OF
THE MOTOR VEHICLE BY A CHECK, MONEY
ORDER, OR A CREDIT CARD TRANSACTION IS
STOPPED, DISHONORED, BECAUSE OF
INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE
THE MAKER OR DRAWER OF THE ORDER OR THE
CREDIT CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH IT IS DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INS. DISCOUNT | |
| SALES TAX | |
| **PLEASE PAY** **THIS AMOUNT** | |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

1689281                    4 2 8 3 8         **Bankston .Chevrolet**
                          *INVOICE*          **Fort Worth**
- IDA N MITCHELL                             7769 GRAPEVINE HWY.   METRO: (817) 498-2400
- 10 MARLENE DR                              FORT WORTH, TX 76180   LOCAL: (817) 485-0400
EULESS, TX 76040          PAGE 3
HOME:817-399-9069  BUS:817-946-6906                    SERVICE PHONE: (817) 485-0466

SERVICE ADVISOR: 2129 STEVEN BUCHHOLZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 10030/10030 | T405 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | 17:00 06APR06 | | 0.00 | CASH | 14APR06 |

| R.O. OPENED | READY | OPTIONS:  STK:5F504670 DLR:07340 |
|-------------|-------|--------|
| 11:44 06APR06 | 12:18 14APR06 | ENG:6.6_Liter_Turbo_Diesel |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| | | MA | | | | | | |

10030 RECALL 05035 COMPLETED LABOR OP--V1336 .3 HOUR LABOR--2575
          *****************************************************
G** ALLISON RECALL LETTER REPROGRAM TCM
CAUSE: .
        100 MISC REPAIRS PERFORMED
          1413 WALL                                                      (N/C)

10030 S/N 6310426791 00096501=1.0 + 00096400=.5 1.5 PREFORMED ECU
P**PROGRAM AS PER ALLISON FIELD LE TTER 12-05. TEST DROVE--OK.
          *****************************************************
CUSTOMER PAY ENVIRO AND SHOP FOR REPAIR ORDER

                                                                         8.37

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 83.70 |
| PARTS AMOUNT | 62.75 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 8.37 |
| TOTAL CHARGES | 154.82 |
| LESS INS. DISCOUNT | 0.00 |
| SALES TAX | 5.18 |
| PLEASE PAY THIS AMOUNT | 160.00 |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

CUSTOMER SIGNATURE: _____

*2nd work order*

1689281                    4 3 3 8 2                **Bankston  Chevrolet**
                          INVOICE                   **Fort Worth**
⌐ NDA N MITCHELL                                    7769 GRAPEVINE HWY,        METRO: (817) 498-2400
⌐0 MARLENE DR                                       FORT WORTH, TX 76180       LOCAL: (817) 485-0400
EULESS, TX 76040          PAGE 1
HOME:817-399-9069  BUS:817-946-6906                 SERVICE PHONE: (817) 485-0466

SERVICE ADVISOR: 2129 STEVEN BUCHHOLZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 10211/10211 | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | WAIT 02MAY06 | | 0.00 | CASH | 02MAY06 |

OPTIONS:  STK:5F504670  DLR:07340
ENG:6.6_Liter_Turbo_Diesel

| R.O. OPENED | READY |
|-------------|-------|
| 08:54 02MAY06 | 15:35 02MAY06 |

LINE OPCODE TECH TYPE HOURS                                LIST    NET    TOTAL
A C/S BRAKE WARNING KEEPS BEEPING WHEN IT FEELS LIKE
CAUSE:
       K2440 VALVE, RANGE CONTROL (TWO POSITION) -
           REPLACE
           1413    WW
       1 25771554 SWITCH                                                        (N/C)
           FC: 6C                                                               (N/C)
           PART#: 25771554
           COUNT: 1
           CLAIM TYPE:
           AUTH CODE:
           OJ


10211 K2440=.4 + ADD=.3 .7 CK'D FOR DTC--P0164. CK'D CIRCUIT.REPLACED
STOP LT SWITCH. TEST DROVE-OK.
       ***************************************************

*OUR FINANCE CHARGE is very minimum...* (illegible fine print)

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the manufacturer. The seller, BANKSTON CHEVROLET FORT WORTH, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and BANKSTON CHEVROLET FORT WORTH, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any representations except the terms and conditions above.

TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that the company assumes no responsibility for loss or damage by theft or fire to vehicles and/or personal items left in said vehicles, placed with this company for storage, sale or repair or storage to vehicle while road testing. The below bill for labor and materials is approved, and in express mechanic's lien is granted on said vehicle to secure the payment thereof, said obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I agree to pay in addition thereto, reasonable attorney's fee. Permission is granted to you to drive said vehicle on any street or road for the purpose of testing and inspecting same. I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE.

CUSTOMER SIGNATURE _____

NOTICE PURSUANT TO 170.001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THIS VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS AND COMMERCE CODE 15.603. IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INS. , DISCOUNT | |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST

*[Handwritten at top:]* Major breakdown. Whole engine had to be pulled to get to Reluctor wheel. This started the Fuel issue. GWA was not a certified service center for medium duty trucks But GM refused to tow my truck on to SLC. Down time 29 Days

100679                    61218

**\*INVOICE\***

LINDA MITCHELL
181 KEY RD
SHERMAN, TX 75090
HOME: 817-946-6906  BUS:

**GREAT WESTERN AUTOPLEX**
PONTIAC • BUICK • GMC • JEEP
2100 ELK STREET • ROCK SPRINGS, WY 82901
(307) 362-5671 • 888-GW-DEALS
www.greatwesternauto.com

PAGE 1

SERVICE ADVISOR:  998 MARCI J KELLY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE. | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|----------|-----------------|-----|
|  | 05 | GMC C4500 | 1GBE4E12X5F504670 |  | 16732/16732 | T1531 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 14OCT05 IS |  |  | 17:00 13JUN06 |  |  | CASH | 27JUN06 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.6 Liter_Turbo_Diesel |
|-------------|-------|----------|----------------------------|
| 13:10 13JUN06 | 16:03 27JUN06 |  |  |

LINE OPCODE TECH TYPE HOURS                                          LIST       NET       TOTAL
A CUST STATES AFTER FUELING UP VEH WOULDNT START, REPLACED FUEL FILTER
      WONT START SUSP FUEL PUMP OR LINES
CAUSE: ..
      WAR WARRANTY
            1007 GUGE, NICHOLAS LIC#: 6330
                  WGM 0.00

| | | |
|---|---|---|
| 1 97321397 | SENSOR | ( N/C) |
| 1 97188663 | GASKET | ( N/C) |
| 1 97225894 | GEAR | ( N/C) |
| 1 97226119 | RING | ( N/C) |
| 1 97225893 | F-GEAR | ( N/C) |
| 2 22512270 | PIN | ( N/C) |
| 3 97251864 | BOLT | ( N/C) |
| 1 94011695 | GASKET | ( N/C) |
| 2 97223686 | GASKET | ( N/C) |
| 1 97209341 | SEAL | ( N/C) |
| 1 97207225 | GASKET | ( N/C) |
| 1 94011609 | GASKET | ( N/C) |
| 1 94013304 | GASKET | ( N/C) |
| 1 94011603 | SEAL | ( N/C) |
| 1 94011605 | SEAL - HT | ( N/C) |
| 1 97216136 | W-PUMP, WAT | ( N/C) |
| 1 94013304 | GASKET | ( N/C) |
| 1 94011603 | SEAL | ( N/C) |
| 1 97188663 | GASKET | ( N/C) |
| 2 12346290 | COOLANT | ( N/C) |
| 1 12346290 | COOLANT | ( N/C) |
| 1 94011602 | SEAL | ( N/C) |

*[Handwritten:]* Towed on 12th
Picked up on July 6th

3rd work order
Fuel issue

NO CRANK SIGNAL CHECK WIRING OK TECH 2 DISPLAY SHOWS NO SIGNAL OR
AN INTERMITTANT SIGNAL NEEDS ECM REPLACED CRANK SENSOR STILL NO START
REMOV ED SPACER FOR SENSOR FOUND THAT CRANK SENSOR R ELUCTOR RING WAS
SEPARATED FROM SECONDARY OIL P UMP GEAR ON CRANK REPLACED GEAR IN ORDER

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE
INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE
SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO
OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE
VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED
UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY
ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS
CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT
NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY
MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of the item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

SIGNED:    DEALER, GENERAL MANAGER, OR AUTHORIZED PERSON    DATE    CUSTOMER SIGNATURE

**CUSTOMER COPY**

100679                           61218

# GREAT
# WESTERN
### GREAT WESTERN AUTOPLEX
#### PONTIAC • BUICK • GMC • JEEP

LINDA MITCHELL                  *INVOICE*
181 KEY RD
SHERMAN, TX 75090                              PAGE 2
HOME: 817-946-6906 BUS:

2100 ELK STREET · ROCK SPRINGS, WY 82901
(307) 362-5671 · 888-GW-DEALS

SERVICE ADVISOR:  998 MARCI J KELLY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| | 05 | GMC C4500 | 1GBE4E12X5F504670 | | 16732/16732 | T1531 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 14OCT05 IS | | | 17:00 13JUN06 | | | CASH | 27JUN06 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.6 Liter Turbo Diesel |
|---|---|---|---|
| 13:10 13JUN06 | 16:03 27JUN06 | | |

| LINE | OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|---|

TO DO THAT HAD TO REMOVE TRANS AND UPPER OIL PAN WHEN DISSASEMBLING
FOUND THAT WATER PUMP WAS LEAKIN G REPLACED WITH NEW REPLACED NEW FRONT
CRANK SE AL
**************************************************

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE
INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE
SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO
OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE
VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED
UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY
ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS
CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT
NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY
MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all
of the warranties with respect to
the sale of this merchandise. The
Seller hereby expressly disclaims all
warranties either express or
implied, including any implied
warranty of merchantability or
fitness for a particular purpose.
Seller neither assumes nor
authorizes any other person to
assume for it any liability in
connection with the sale of this
vehicle.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

SIGNED: _____ DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE) CUSTOMER SIGNATURE

**CUSTOMER COPY**

*4's work order After GWA nightmare*

1689281                    4 5 2 4 6                    **Bankston Chevrolet**
                                                       **Fort Worth**
                        INVOICE                        7769 GRAPEVINE HWY,          METRO: (817) 498-2400
I DA N MITCHELL                                        FORT WORTH, TX 76180         LOCAL: (817) 485-0400
1710 MARLENE DR         DUPLICATE 1
EULESS, TX 76040        PAGE 1                          SERVICE PHONE: (817) 485-0466
HOME:817-399-9069  BUS:817-946-6906
                                        SERVICE ADVISOR: 3380 BRIAN BARTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 18039/18039 | T4508 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | WAIT 10JUL06 | | 0.00 | CASH | 23AUG06 |

| R.O. OPENED | READY | OPTIONS: STK:5F504670 DLR:07340 |
|-------------|-------|----|
| 09:15 10JUL06 | 16:38 10JUL06 | ENG:6.6 Liter Turbo Diesel |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A C/S CHECK VEHICLE OVER COMPLETLY FOR LEAKS | | | |
| CAUSE: . | | | |
| 100 MISC REPAIRS PERFORMED | | | |
| 1434    WW | | | (N/C) |

18039 FOUND HOLD DOWN BOLT FOR HEATER HOSE AT THERMOS TAT MISSING
--REPLACE BOLT-- ALSO FOUND BOLT MISSING AT A/C & POWER STEERING
MOUNTING BRACKET MISSING AT BLOCK --REPLACE BOLT--
******************************************************
B** LUBE, OIL, & FILTER (UP TO 5 QTS. OIL) DIESEL & SYNTHETIC EXCLUDED
    9 LUBE, OIL, & FILTER (UP TO 5 QTS. OIL) DIESEL &
      SYNTHETIC EXCLUDED
        1434    CCC                                    17.84    17.84
        1 88917036 FILTER                    15.46     15.46    15.46
       15 D400 OIL                            3.11      3.11    46.65
18039 LOF OIL WAS LOW 5 QUARTS 79.95 0.9
      ******************************************************
CUSTOMER PAY ENVIRO AND SHOP FOR REPAIR ORDER                    2.32

YOUR FINANCE CHARGE is computed by a single periodic rate of 1.5% minimum .50) per month on balances up to $1.00 which is an ANNUAL PERCENTAGE RATE of 18%, and a single periodic rate of 1½% per month on balances over $500 which is an ANNUAL PERCENTAGE RATE of 18%. We guarantee our workmanship for 3 months, or 4,000 miles or 12,000 miles, whichever occurs first. If damage or replacement, parts for an example are within that period because of our workmanship, we will fix it free of charge with no additional cost.

DISCLAIMER OF WARRANTIES Any warranties on the products sold hereby are those made by the manufacturer. The seller, BANKSTON CHEVROLET FORT WORTH, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and BANKSTON CHEVROLET FORT WORTH, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

TERMS: Payment terms will be net cash unless arrangements made. It is understood that this company assumes no responsibility for loss or damage by theft or fire to vehicles and/or personal items left in said vehicles placed with the company for storage, sale or repair or damage to vehicle while road testing. The seller bill for labor and materials is approved, and an express mechanic's lien is granted on said vehicle to secure the payment thereof, said obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I agree to pay in addition thereto, reasonable attorney's fee. Permission is granted to you to drive said vehicle on any street or road for the purpose of testing and inspecting same.

I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

NOTICE PURSUANT TO §70.001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THIS VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS AND COMMERCE CODE §9.609. IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 17.84 |
| PARTS AMOUNT | 62.11 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 2.32 |
| TOTAL CHARGES | 82.27 |
| LESS INS. DISCOUNT | 0.00 |
| SALES TAX | 5.31 |
| PLEASE PAY THIS AMOUNT | 87.58 |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

*5th work order — fuel* (handwritten)

1689281

**46171**

*INVOICE*

# Bankston Chevrolet
## Fort Worth
7769 GRAPEVINE HWY,          METRO: (817) 498-2400
FORT WORTH, TX 76180         LOCAL: (817) 485-0400

LINDA N MITCHELL
) MARLENE DR
EULESS, TX 76040
HOME:817-399-9069 BUS:817-946-6906

PAGE 1

SERVICE PHONE: (817) 485-0466

SERVICE ADVISOR: 3380 BRIAN BARTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 19125/19125 | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | 17:00 17AUG06 | | | 0.00 | CASH | 21AUG06 |

*(handwritten "Sample")*

B.O. OPENED          READY          OPTIONS:  STK:5F504670 DLR:07340
16:29 17AUG06   10:14 21AUG06   ENG:6.6_Liter_Turbo_Diesel

LINE OPCODE TECH TYPE HOURS                              LIST      NET      TOTAL

A C/S ENGINE DIED AND WILL NOT RESTART, ALSO TAKES TO LONG TO ADD FUEL
CAUSE: .
   L1225 SENDER/PUMP ASSEMBLY, FUEL (TANK UNIT) LEFT
      TANK REPLACE
         1434    WW
   1  15748734 W-PUMP,FUEL                                              (N/C)
   1  97303761 VALVE          *Towed in on the 12th*                    (N/C)
   1  97303655 GASKET         *picked up on 21st*                       (N/C)
   1  97303656 GASKET                                                   (N/C)
   1  97318478 GASKET                                                   (N/C)
   FC: 6C
   PART#: 97303761
   COUNT: 5
   CLAIM TYPE:
   AUTH CODE: E
   OJ

19125 ENGINE CRANKS WONT START UNABLE TO PRIME FUEL FILTER WITH PRIMER
PUMP,GUAGE SHOWS 1/8 OF TANK INSTALL ELECTRIC PUMP TO FUEL LINE UNABLE
TO DRAW FUEL FROM TANK,REMOVE FUEL TANK .CAP OFF FUEL SUPPLY LINE,APPLY
VACUUM TO OPPOSITT END HELD 25 IN VACCUM,R&R SENDER NO FUEL IN TANK
CHECK TRANSFER PUMP--LOW OUT PUT 1QT IN 2 MIN-- REPLACE TRANSFER PUMP &
REASSEMBLE --ROAD TEST- OK- L1125=1.5+DIAG=0.3++LO763==1.7(OLH2.0 VAC
UUM TEST) TOTAL TIME==5.5
         *************************************************************

B** C/S SES LIGHT ON
CAUSE: .
   J6270 VALVE AND/OR GASKET, EGR REPLACE
         1434    WW                                                     (N/C)
   FC: 6C PART#: COUNT: 0
   CLAIM TYPE:
   AUTH CODE:
   OJ

YOUR FINANCE CHARGE ...

DISCLAIMER OF WARRANTIES ...

Payment terms will be strictly cash unless arrangements made. It is understood that ...
I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

NOTICE PURSUANT TO 170.001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO
THE REPAIR AGREEMENT. I UNDERSTAND THAT
THIS VEHICLE IS SUBJECT TO REPOSSESSION IN
ACCORDANCE WITH BUSINESS AND COMMERCE
CODE 170.001. IF PAYMENT FOR THE REPAIR OF
THE MOTOR VEHICLE BY A CHECK, MONEY
ORDER, OR A CREDIT CARD TRANSACTION IS
STOPPED OR DISHONORED BECAUSE OF
INSUFFICENT FUNDS, NO FUNDS, OR BECAUSE
THE MAKER OR DRAWER OF THE ORDER OR THE
CREDIT CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH IT IS DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INS. DISCOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

CUSTOMER SIGNATURE: _____

CUSTOMER COPY

1689281

**46171**

*INVOICE*

**Bankston Chevrolet**
**Fort Worth**
7769 GRAPEVINE HWY.    METRO: (817) 498-2400
FORT WORTH, TX 76180    LOCAL: (817) 495-0400

SERVICE PHONE: (817) 485-0466

LNDA N MITCHELL
_0 MARLENE DR
EULESS, TX 76040
HOME:817-399-9069  BUS:817-946-6906

PAGE 2

SERVICE ADVISOR: 3380 BRIAN BARTON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | | TAG |
|-------|------|-----------|---|-----|---------|----------------|---|-----|
| BLUE | 05 | CHEVROLET KODIAK | | 1GBE4E12X5F504670 | | 19125/19125 | | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | 17:00 17AUG06 | | 0.00 | CASH | 21AUG06 |

| R.O. OPENED | READY | OPTIONS:   STK:5F504670  DLR:07340 |
|-------------|-------|-------|
| 16:29 17AUG06 | 10:14 21AUG06 | ENG:6.6_Liter_Turbo_Diesel |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

19125 DTC P0404 & P0401 SET RUN DTC CHART P0404 REPLACE EGR VALVE
J6270==2.2++DIAG==0.3 TOTAL TIME==2.5
        ***********************************************
C** FUEL-13.6 GALLONS $30.00
     100 MISC REPAIRS PERFORMED
          1434  CCF
SUBL SUBLET REPAIRS                                          0.00      0.00
              CCF
      FC:                                              30.00     30.00
19125 ADD FUEL TO FRONT & REAR TANKS ---20 EACH-- TO CHECK FOR CUSTOMER
COMPLAINT OF NOT BEING ABLE TO ADD FUEL TO TANK (FOUND PROBLEM TO BE IN
I_ING PROCCESS)
        ***********************************************
D** PERFORME ENGINE OIL ANALISIS
     100 MISC REPAIRS PERFORMED
          1434  CCF                                     0.00      0.00
19125 CHECKED OIL AND FOR ANY CONTAMANENTS OR METAL NONE FOUND AT THIS
TIME WILL CHECK AGAIN AT NEXT OIL CHANGE
        ***********************************************
E** C/S WINDSHIELD MOLDING COMING LOSSE FROM WINDSHIELD
CAUSE:
     100 MISC REPAIRS PERFORMED
          1434  WW                                              (N/C)

19125 NEED SO SUBLET OUT TO A GLASS REPAIR FOR THE WINDSHIELD TO BE
RESEALED NO WORK DONE AT THIS TIME
        ***********************************************

YOUR FINANCE CHARGE ... ANNUAL PERCENTAGE RATE ... (illegible fine print)

DISCLAIMER OF WARRANTIES ... (illegible fine print)

... payment terms will be strictly cash unless arrangements made. It is understood that this company assumes no responsibility for loss or damage by theft or fire to vehicles and or personal items left on said vehicles, placed with this company for storage, sale or repair, or damage to vehicle while road testing. The below bill for labor and materials is approved, and an express mechanic's lien is granted on said vehicle to secure the payment thereof, said obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I agree to pay an addition thereto, reasonable attorney's fee. Permission is granted to you to drive said vehicle on any street or road for the purpose of testing and inspecting same.
I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

NOTICE PURSUANT TO §70.001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT ...

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 30.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 30.00 |
| LESS INS. - DISCOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 30.00 |

CUSTOMER SIGNATURE:

**WE GUARANTEE OUR WORKMANSHIP FOR**
**12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.**

1689281                    4 6 2 8 3              **Bankston . Chevrolet**
                                                  **Fort Worth**
                        *INVOICE*                 7769 GRAPEVINE HWY.
LINDA N MITCHELL                                  FORT WORTH, TX 76180    METRO: (817) 498-2400
1770 MARLENE DR                                                          LOCAL: (817) 485-0400
E  ESS, TX 76040        PAGE 1                    SERVICE PHONE: (817) 485-0466
HOME:817-399-9069 BUS:817-946-6906
                                                  SERVICE ADVISOR: 3380 BRIAN BARTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 24269/19634 | T4670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | 17:00 23AUG06 | | 0.00 | CASH | 23AUG06 |

| R.O. OPENED | READY | | | |
|-------------|-------|--|--|--|
| 08:29 23AUG06 | 11:26 23AUG06 | OPTIONS: | STK:5F504670 DLR:07340 | |
| | | ENG:6.6_Liter_Turbo_Diesel | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|

A C/S ENGINE DIED AND WILL NOT RESTART
CAUSE:
    J6354 ENGINE CONTROL MODULE REPROGRAM   .                                    (N/C)
       1434    WW
    FC: 6C PART#: COUNT: 0
    CLAIM TYPE:
    AUTH CODE:
    OJ

    19634 DTC P2066 SET CHECK ypk for bullitens --REPROGR AM PCM PER DOC
#1825220 J6354==0.4++0.3 DIAG:====TOTAL 0.7 MILAGE 24269
        ***********************************************************

YOUR FINANCE CHARGE is computed by a single periodic rate of 1.5% monthly .50¢ per month
... DISCLAIMER OF WARRANTIES ... TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that
the company assumes no responsibility for loss or damage by theft or fire to vehicles and/or
personal items left in said vehicles, placed with this company for storage, sale or repair, or
... I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE.

NOTICE PURSUANT TO 170.001,
"TEXAS PROPERTY CODE"
I AM THE PERSON OR AGENT ACTING ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO
THE REPAIR AGREEMENT. I UNDERSTAND THAT
THIS VEHICLE IS SUBJECT TO REPOSSESION IN
ACCORDANCE WITH BUSINESS AND COMMERCE
CODE 19.809. IF PAYMENT FOR THE REPAIR OF
THE MOTOR VEHICLE BY A CHECK, MONEY
ORDER, OR A CREDIT CARD TRANSACTION IS
STOPPED, DISHONORED BECAUSE OF
INSUFFICENT FUNDS, NO FUNDS, OR BECAUSE
THE MAKER OR DRAWER OF THE ORDER OR THE
CREDIT CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH IT IS DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INS. / D'SCOUNT | |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

Signature of the Person Responsible or Agent for
Person Responsible for payment

CUSTOMER SIGNATURE _____

**WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.**

CUSTOMER COPY

*[handwritten at top:]* 1st work order ... fuel

1689281

**46171**

*INVOICE*

DUPLICATE 1
PAGE 1

**Bankston Chevrolet**
**Fort Worth**
7769 GRAPEVINE HWY.   METRO: (817) 498-2400
FORT WORTH, TX 76180   LOCAL: (817) 485-0400
SERVICE PHONE: (817) 485-0466

LINDA N MITCHELL
0 MARLENE DR
EULESS, TX 76040
HOME:817-399-9069 BUS:817-946-6906

SERVICE ADVISOR: 3380 BRIAN BARTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 22681/22681 | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 21DEC04 IS | | | 17:00 17AUG06 | | 0.00 | CASH | 23AUG06 |

R.O. OPENED: 16:29 17AUG06   READY: 10:24 23AUG06

OPTIONS:   STK:5F504670 DLR:07340
ENG:6.6 Liter Turbo Diesel

LINE OPCODE TECH TYPE HOURS

LIST   NET   TOTAL

A C/S ENGINE DIED AND WILL NOT RESTART, ALSO TAKES TO LONG TO ADD FUEL
CAUSE: .
   L1225 SENDER/PUMP ASSEMBLY, FUEL (TANK UNIT) LEFT
      TANK REPLACE
       1434    WW
  1 15748734 W-PUMP,FUEL                               (N/C)
  1 97303761 VALVE                                 (N/C)
  1 97303655 GASKET                                (N/C)
  1 97303656 GASKET                                (N/C)
  1 97318478 GASKET                                (N/C)
    FC: 6C
    PART#: 97303761
    COUNT: 5
    CLAIM TYPE:
    AUTH CODE: E
    OJ

*[handwritten note:]*
note: should not be duplicate invoice
had picked truck up on 21st
Truck broke down again on 23rd
Please see 6th work order
But Bankston tied it to the
5th work order. Check milage

19125 ENGINE CRANKS WONT START UNABLE TO PRIME FUEL FILTER WITH PRIMER
PUMP,GUAGE SHOWS 1/8 OF TANK INSTALL ELECTRIC PUMP TO FUEL LINE UNABLE
TO DRAW FUEL FROM TANK,REMOVE FUEL TANK .CAP OFF FUEL SUPPLY LINE,APPLY
VACUUM TO OPPOSITT END HELD 25 IN VACCUM,R&R SENDER NO FUEL IN TANK
CHECK TRANSFER PUMP--LOW OUT PUT 1QT IN 2 MIN-- REPLACE TRANSFER PUMP &
REASSEMBLE --ROAD TEST- OK- L1125=1.5+DIAG=0.3++LO763==1.7(OLH2.0 VAC
UUM TEST) TOTAL TIME==5.5
           *************************************************

B** C/S SES LIGHT ON
CAUSE: .
   J6270 VALVE AND/OR GASKET, EGR REPLACE
      1434    WW                                        (N/C)
    FC: 6C PART#: COUNT: 0
    CLAIM TYPE:
    AUTH CODE:
    OJ

YOUR FINANCE CHARGE ... *[fine print, largely illegible]*

NOTICE UNDER TEX 170,001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO
THE REPAIR AGREEMENT. I UNDERSTAND THAT
THIS VEHICLE IS SUBJECT TO REPOSSESSION IN
ACCORDANCE WITH BUSINESS AND COMMERCE
CODE 13.609. IF PAYMENT FOR THE REPAIR OF
THE MOTOR VEHICLE BY A CHECK, MONEY
ORDER, OR A CREDIT CARD TRANSACTION IS
STOPPED, DISHONORED, BECAUSE OF
INSUFFICENT FUNDS, NO FUNDS, OR BECAUSE
THE MAKER OR DRAWER OF THE ORDER OR THE
CREDIT CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH IT IS DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED.

DISCLAIMER OF WARRANTIES ...

Payment terms will be strictly cash unless arrangements made. ...

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INS. - DISCOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Signature of the Person responsible for Repair (or person Resposible for payment)

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

CUSTOMER SIGNATURE _____

CUSTOMER COPY

1689281                    4 6 1 7 1                    **Bankston Chevrolet**
                                                        **Fort Worth**
T  DA N MITCHELL              *INVOICE*                 7769 GRAPEVINE HWY,
    0 MARLENE DR                                        FORT WORTH, TX 76180
EULESS, TX 76040              DUPLICATE 1               METRO: (817) 498-2400
HOME:817-399-9069  BUS:817-946-6906   PAGE 2           LOCAL: (817) 485-0400
                                                        SERVICE PHONE: (817) 485-0466

SERVICE ADVISOR: 3380 BRIAN BARTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 22681/22681 | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | 17:00 17AUG06 | | 0.00 | CASH | 23AUG06 |

| R.O. OPENED | READY | OPTIONS: STK:5F504670 DLR:07340 |
|-------------|-------|----|
| 16:29 17AUG06 | 10:24 23AUG06 | ENG:6.6 Liter Turbo Diesel |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|--|------|-----|-------|

19125 DTC P0404 & P0401 SET RUN DTC CHART P0404 REPLACE EGR VALVE
J6270==2.2++DIAG==0.3 TOTAL TIME==2.5
*****************************************************
C** FUEL-13.6 GALLONS $30.00
    100 MISC REPAIRS PERFORMED
        1434    CCF                                    0.00       0.00
SUBL SUBLET REPAIRS
        CCF                                            30.00      30.00
    FC:
19125 ADD FUEL TO FRONT & REAR TANKS ---20 EACH-- TO CHECK FOR CUSTOMER
COMPLAINT OF NOT BEING ABLE TO ADD FUEL TO TANK (FOUND PROBLEM TO BE IN
I  LING PROCCESS)
        *****************************************************
D** PERFORME ENGINE OIL ANALISIS
    100 MISC REPAIRS PERFORMED
        1434    CCF                                    0.00       0.00
19125 CHECKED OIL AND FOR ANY CONTAMANENTS OR METAL NONE FOUND AT THIS
TIME WILL CHECK AGAIN AT NEXT OIL CHANGE
        *****************************************************
E** C/S WINDSHIELD MOLDING COMING LOSSE FROM WINDSHIELD
CAUSE:
    100 MISC REPAIRS PERFORMED
        1434    WW                                                (N/C)

19125 NEED SO SUBLET OUT TO A GLASS REPAIR FOR THE WINDSHIELD TO BE
RESEALED NO WORK DONE AT THIS TIME
        *****************************************************

YOUR FINANCE CHARGE is calculated by a daily periodic rate of 1.50 per month, .50% per month ...
[disclaimer of warranties text block]
TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that this company assumes no responsibility for loss or damage by theft or fire to vehicles and/or personal items left in said vehicles, placed with this company for storage, sale or repair, or damage to vehicle while road testing. This below tab for labor and materials is approved, and an express mechanic s lien is granted on said vehicle to secure the payment thereof, said obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I agree to pay in addition thereto, reasonable attorney s fee. Permission is granted to you to drive said vehicle on any street or road for the purpose of testing and inspecting same. I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS above.

CUSTOMER SIGNATURE: _____

NOTICE PURSUANT TO 170.001
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO
THE REPAIR AGREEMENT. I UNDERSTAND THAT
THIS VEHICLE IS SUBJECT TO REPOSSESSION IN
ACCORDANCE WITH BUSINESS AND COMMERCE
CODE 9.109. IF PAYMENT FOR THE REPAIR OF
THE MOTOR VEHICLE BY A CHECK, MONEY
ORDER, OR A CREDIT CARD TRANSACTON IS
STOPPED, DISHONORED BECAUSE OF
INSUFFCIENT FUNDS, NO FUNDS, OR BECAUSE
THE MAKER OR DRAWER OF THE ORDER OR THE
CREDIT CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH IT IS DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED

Signature of the Person responsible or Agent for
Person Responsible for payment

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 30.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 30.00 |
| LESS INS. : DISCOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 30.00 |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

CUSTOMER COPY

_8th work order  fuel_

1689281                    47037        **Bankston Chevrolet**
                                        **Fort Worth**
                     INVOICE            7769 GRAPEVINE HWY.         METRO: (817) 498-2400
\DA N MITCHELL                          FORT WORTH, TX 76180        LOCAL: (817) 485-0400
_.10 MARLENE DR                  PAGE 1
EULESS, TX 76040                                        SERVICE PHONE: (817) 485-0466
HOME:817-399-9069 BUS:817-946-6906
                                        SERVICE ADVISOR: 3380 BRIAN BARTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4B12X5F504670 | | 27348/27348 | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 21DEC04 IS | | | 17:00 20SEP06 | | 0.00 | CASH | 29SEP06 |

| R.O. OPENED | | READY | | | | | |
|---|---|---|---|---|---|---|---|
| | | | STK:5F504670 DLR:07340 | | | | |
| 15:30 20SEP06 | 13:29 29SEP06 | | ENG:6.6 Liter_Turbo_Diesel | | | | |

LINE OPCODE TECH TYPE HOURS                          LIST      NET      TOTAL
A C/S WHEN ADDING FUEL PUMP KEEPS CLICKING OFF HAS TO ADD VERY SLOWLY
  100 MISC REPAIRS PERFORMED
            1434   CCF                              0.00      0.00
27348 CUSTOMER WAS NOTIFIED THAT J-RODS BODY WOULD BE PICKING VEHICLE
UP TO TAKE TO THEIR SHOP AND REPAIR THE ADDING FUEL CONCERN. BANKSTON
CHEVROLET COMPLETED REPAIRS FOR REAR TRANSFER PUMP NOT TRANSFERING FUEL
TO FRONT TANK ON SEPTEMBER 27,2006 AT 10:42AM J-RODS WAS NOTIFIED TO
PICKUP VEHICLE FOR REPAIRS.
              ***********************************************
B C/S REAR TANK WILL NOT TRANSFER INTO FRONT TANK
CAUSE: R A
      L1281 TANK, FUEL LEFT REPLACE
            1434    WW                                        (N/C)
      1 15189611 W-MODULE                                     (N/C)
      1 25166292 SEAL                                         (N/C)
      FC: 6C
      PART#: 15189611
      COUNT: 2
      CLAIM TYPE:
      AUTH CODE:
      OJ


27348 DTC P2066 SET RUN DTC CHART (REPLACE FUEL MODULE)SERVICE MANAGER
STATES THAT CUSTOMER DECLINED TO PICK UP VEHICLE CHECKLED FUEL TRANSFER
PUMP VOLUME --OK-- DTC P2066 WILL CAUSE TRANSFER PUMP--NOT TO OPER ATE
UNTIL CLEARED) G90 L1281==2.3
              ***********************************************

YOUR FINANCE CHARGE is computed by a single periodic rate of 1.5% minimum .50 per month
on balances up to $500 which is an ANNUAL PERCENTAGE RATE of 18% and a single periodic
rate of 1% per month on balances over $500 which is an ANNUAL PERCENTAGE RATE of 12%.
We guarantee our workmanship for 12 months or 12,000 miles, whichever occurs first. If our repair
or replacement parts fail in normal use within that period because of our workmanship, we will fix it
free of charge, parts and labor.
48 hours after work is completed and the customer is notified, storage charges will accrue at
$15.00 per day. Vehicle will be sold for charges after 30 days.

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the
manufacturer. The seller, BANKSTON CHEVROLET FORT WORTH, hereby expressly disclaims all
warranties, either express or implied, including any implied warranty of merchantability or fitness
for a particular purpose, and BANKSTON CHEVROLET FORT WORTH, neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of said
vehicle. I acknowledge receipt of the parts and labor listed above.

TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that
this company assumes no responsibility for loss or damage by theft or fire to vehicles and/or
personal items left in said vehicles, placed with this company for storage, sale or repair, or
damage to vehicle while road testing. The below bill for labor and materials is approved, and
an express mechanic's lien is granted on said vehicle to secure the payment thereof, said
obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I
agree to pay in addition thereto, reasonable attorney's fee. Permission is granted to you to
drive said vehicle on any street or road for the purpose of testing and inspecting same.
I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

CUSTOMER SIGNATURE: ___

NOTICE PURSUANT TO 170.001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO
THE REPAIR AGREEMENT. I UNDERSTAND THAT
THIS VEHICLE IS SUBJECT TO REPOSSESSION IN
ACCORDANCE WITH BUSINESS AND COMMERCE
CODE 39.609, IF PAYMENT FOR THE REPAIR OF
THE MOTOR VEHICLE BY A CHECK, MONEY
ORDER, OR A CREDIT CARD TRANSACTION IS
STOPPED, DISHONORED BECAUSE OF
INSUFFICENT FUNDS, NO FUNDS, OR BECAUSE
THE MAKER OR DRAWER OF THE ORDER OR THE
CREDIT CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH IT IS DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED.

Signature of the Person responsible or Agent for
Person Responsible for payment

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INS. DISCOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

CUSTOMER #:1689281

IDA N MITCHELL
1710 MARLENE DR
EULESS, TX 76040
HOME:817-399-9069 BUS:817-946-6906

**4 7 0 3 7**

WORKORDER
REPRINT
PAGE 1

# Bankston Chevrolet
## Fort Worth

7769 GRAPEVINE HWY,
FORT WORTH, TX 76180

METRO: (817) 498-2400
LOCAL: (817) 485-0400

SERVICE PHONE: (817) 485-0466

SERVICE ADVISOR: 3380 BARTON,BRIAN

| COLOR | YEAR | MAKE:MODEL | VIN | LICENSE | MILEAGE IN, OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 27348/27348 | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | 17:00 20SEP06 | | 0.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: STK:5F504670 DLR:07340 |
|-------------|-------|--------------------------------|
| 20SEP2006 15:30 | | ENG:6.6 Liter Turbo Diesel |

| LINE | OP CODE | TECH. | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|------|---------|-------|------|---------------------------|
| # A | 100 | | CCF | C/S WHEN ADDING FUEL PUMP KEEPS CLICKING OFF HAS TO ADD VERY SLOWLY |
| # B | 100 | | WW | C/S REAR TANK WILL NOT TRANSFER INTO FRONT TANK |

YOUR FINANCE CHARGE is computed by a periodic rate of 1.5% per month (18% per month on balances up to $500 which is 1.5% per month and a lower periodic rate of 1% per month on balances over $500 when an account...

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the manufacturer. The seller, BANKSTON CHEVROLET FORT WORTH, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and BANKSTON CHEVROLET FORT WORTH, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Acknowledge of receipt of labor rates above.

"TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that this company assumes no responsibility for loss or damage by theft or fire to vehicles and/or personal items left in said vehicles, placed with this company for storage, sale or repair, or damage to vehicle while road testing. The below bill for labor and materials is approved, and an express mechanic's lien is granted on said vehicle to secure the payment thereof, said obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I agree to pay in addition thereto, reasonable attorney's fee. Permission is granted to you to drive said vehicle on any street or road for the purpose of testing and inspecting same. I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

NOTICE PURSUANT TO §70.001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT UNDERSTAND THAT THIS VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS AND COMMERCE CODE §9.609, IF PAYMENT FOR THE REPAIR TO THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

Signature of the Person responsible or Agent for Person responsible for payment

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

CUSTOMER SIGNATURE: _____          **ADVISOR COPY**

*4th work order fuel*

FROM :                          FAX NO. : 9726178581           Oct. 13 2006 01:44PM P2

J-Rod,Inc.

398 N. I-35 Service Road

I-35 North of Red Oak Rd.

Red Oak, TX 75154

# INVOICE

Invoice Number:   13805

Invoice Date:   10/13/06

Page:   1

Customer Phone: 817-498-2400

Customer Fax: 817-605-2606

| B I L L | BANKSTON CHEVROLET<br>7769 GRAPEVINE HIGHWAY<br>NORTH RICHLAND HILLS,, TX 76180<br><br>ATTN: Brian | S H I P | Bankston CHEVROLET<br>7769 GRAPEVINE HIGHWAY<br>NORTH RICHLAND HILLS,, TX 76180<br><br>ATTN: Brian |
|---|---|---|---|

Sales Ord No:   26701
Order Date:   10/02/06
Account Cd:   HUDI
Salesperson:   0

Taxable:   N
Pmt Terms:   ON RECEIPT
Shipper No:   9503
Ship Date:   10/13/06

Purchase Order:
Ship Via:   PICK UP
FOB:   PLANT
Job Number:

| Line | Qty Shipped | Backordered | Part Number/Description | Discount | Price | UM | Extended Price |
|---|---|---|---|---|---|---|---|
|  | 3.00 | 0.00 | WARRANTY<br>WARRANTY WORK | 0.00 | $0.0000 | EA | $0.00 |

Customer says fuel filler take fuel very slow.

Contacted Brian @ Bankston Chevrolet in Ft. Worth on 9/29. He called the customer to explain the changes to be made. On 10/2 Brian said she wanted to move the fuel filler up and not to put a fuel door on the floor.

J-rod will move the fuel fillers up and increase the angle of the fuel neck. Fuel doors will also be added. Repaint the side with all the repairs.

VIN#_____

*what was receiving date?  10/02/07 by J Rod*

Thank You for your order!!

| | |
|---|---|
| Subtotal: | $0.00 |
| Freight: | $0.00 |
| Total: | $0.00 |

*10% work order fuel*

1689281                    47319        **Bankston Chevrolet**
                                        **Fort Worth**
                      INVOICE           7769 GRAPEVINE HWY.   METRO: (817) 498-2400
1 DA N MITCHELL                                              FORT WORTH, TX 76180   LOCAL: (817) 485-0400
1710 MARLENE DR                         PAGE 3                                SERVICE PHONE: (817) 485-0466
EULESS, TX 76040
HOME:817-399-9069 BUS:817-946-6906      SERVICE ADVISOR: 2129 STEVEN BUCHHOLZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 27351/27462 | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 21DEC04 IS | | | 17:00 29SEP06 | | 0.00 | CASH | 17OCT06 |

| R.O. OPENED | READY | OPTIONS:   STK:5F504670 DLR:07340 |
|---|---|---|
| 13:40 29SEP06 | 18:20 17OCT06 | ENG:6.6 Liter Turbo Diesel |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

F** CUSTOMER DECLINED TO PICK UP
  100 INFORMATION LINE
       1434  CCF                                   0.00       0.00
27351 CUSTOMER DROPPED OFF VEHICLE ON THE 23rd WE DID NOT KNOW WHAT
PROBLEMS WAS WRONG WITH TRUCK UNTIL SHE TALKED TO US ON SEP 29th WE
REPAIRED ALL THE PROBLEMS AND THEN IT WENT TO J-ROD FOR REPAIRS TO BED
VEHICLE GOT BACK ON THE 10th WE REINSPECTED ENTIRE TRUCK PER GM
CUSTOMER WAS CALLED ON THE 13th THAT HER TRUCK WAS READY SHE SAID SHE
WAS NOT GOING TO PICK UP TRUCK NOW.   *LMB*
*************************************************

*Dropped vehicle off on 9th Sept*
*not on 23rd left keys with*
*service Gen Mgr Don Garrett*
*He said he would leave word with*
*Steve Bucholz And hung my keys on*
*his cork board.*

YOUR FINANCE CHARGE is computed by a single periodic rate of 1.5% (minimum .50) per month
on balances up to $500 which is an ANNUAL PERCENTAGE RATE of 18% and a single periodic
rate of 1% per month on balances over $500 which is an ANNUAL PERCENTAGE RATE of 12%.
We guarantee our workmanship for 12 months or 12,000 miles, whichever occurs first. If our repair
or replacement parts fail in normal use within that period because of our workmanship, we will fix it
free of charge, parts and labor.
48 hours after work is completed and the customer is notified, storage charges will accrue at
$15.00 per day. Vehicle will be sold for charges after 30 days.

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the
manufacturer. The seller, BANKSTON CHEVROLET FORT WORTH, hereby expressly disclaims all
warranties, either express or implied, including any implied warranty of merchantability or fitness
for a particular purpose, and BANKSTON CHEVROLET FORT WORTH, neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of said
products. I acknowledge receipt of the parts and labor listed above.

TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that
this company assumes no responsibility for loss or damage by theft or fire to vehicles or
personal items left in said vehicles, placed with this company for storage, sale or repair, or
damage to vehicle while raced testing. The below bid for labor and materials is approved, and
an express mechanic's lien is granted on said vehicle to secure the payment thereof, said
obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I
agree to pay in addition thereto, reasonable attorney's fees. Permission is granted to you to
drive said vehicle on any street or road for the purpose of testing and inspecting same.
I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

NOTICE PURSUANT TO 170.061,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO
THE REPAIR AGREEMENT. I UNDERSTAND THAT
THIS VEHICLE IS SUBJECT TO REPOSSESSION IN
ACCORDANCE WITH BUSINESS AND COMMERCE
CODE §9.609, IF PAYMENT FOR THE REPAIR OF
THE MOTOR VEHICLE BY A CHECK, MONEY
ORDER, OR A CREDIT CARD TRANSACTION IS
STOPPED, DISHONORED BECAUSE OF
INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE
THE MAKER OR DRAWER OF THE ORDER OR THE
CREDIT CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH IT IS DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED.

Signature of the Person responsible or Agent for
Person Responsible for payment

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INS. , DISCOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER SIGNATURE:

**WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.**

1689281                47319              **Bankston Chevrolet**

                       INVOICE            **Fort Worth**
                                          7769 GRAPEVINE HWY,        METRO: (817) 498-2400
DA N MITCHELL                             FORT WORTH, TX 76180       LOCAL: (817) 485-0400
10 MARLENE DR
EULESS, TX 76040                          PAGE 1                     SERVICE PHONE: (817) 485-0466
HOME:817-399-9069 BUS:817-946-6906
                                          SERVICE ADVISOR: 2129 STEVEN BUCHHOLZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 27351/27462 | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC04 IS | | | 17:00 29SEP06 | | 0.00 | CASH | 17OCT06 |

| R.O. OPENED | READY | OPTIONS: STK:5F504670 DLR:07340 |
|-------------|-------|--------------------------------|
| 13:40 29SEP06 | 18:20 17OCT06 | ENG:6.6_Liter_Turbo_Diesel |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|

A PERFORM GENERAL INSP FOR LOOSE NUTS BOLTS FASTNERS BRACKETS ETC.FOR
WORKMANSHIP ISSUE FROM REPAIRS PERFORMED AT DEALER IN WYOMING
GET SECOND TRUCK TO COMPARE BRACKETS AND ROUTING OF HARNESSES
ETC.
CAUSE: CUSTOMER SAID THAT OTHER DEALER DID NOT PUT ENGINE BACK TOGETHER
   100 MISC REPAIRS PERFORMED

|   |   |   |   |
|---|---|---|---|
| | 1434 | WW | (N/C) |
| 1 | 94011605 | SEAL - HT | (N/C) |
| 2 | 94010881 | BOLT/SCRE | (N/C) |
| 1 | 15010445 | F-BAFFLE | (N/C) |
| 7 | 22638717 | RIVET | (N/C) |
| 1 | AV9640 | STRAP | (N/C) |
| 1 | 12346290 | COOLANT | (N/C) |
| 1 | 15206006 | PLUG | (N/C) |

    FC: PART#: COUNT:
    CLAIM TYPE:
    AUTH CODE:


27351 FOUND CONNECTOR COVER AT FICM BROKEN (REPLACED COVER)DRAIN
COOLANT & REPLACE MISSING BOLT FROM FUEL RAIL MOUNTING BRACKET,REPLACE
RIGHT SIDE REAR OUTTER DOOR HANDLE LOCK CYLINDER PLUG (MIS SING)REMOVE
ENGINE COVER TO INSPECT REAR OF MO TOR & WIRING HARNESS ADD COOLANT &
REASSEMBLE REPLACE UPPER RADIATOR BAFFLE (BROKEN) 2.0
************************************************
B C/S 5QTS LOW ON OIL CUSTOMER WANTED TO TAKE OIL SAMPLE AND HAVE
TESTED .OKAY BY GM REP FRANK BARRON (BECAUSE ENGINE WAS LOW OF
OIL FROM THE REPAIR PERFORMED IN WYOMING.RESULTS TO BE REVIEWED
WITH GM REP
CAUSE: .
   100 MISC REPAIRS PERFORMED

|   |   |   |   |
|---|---|---|---|
| | 1434 | WW | (N/C) |
| 1 | 001500 | SOS KIT | (N/C) |

YOUR FINANCE CHARGE is computed by a single periodic rate of 1.5% minimum .50¢ per month
on balances up to $500 which is an ANNUAL PERCENTAGE RATE of 18% and a single periodic
rate of 1% per month on balances over $500 which is an ANNUAL PERCENTAGE RATE of 12%.
We guarantee our workmanship for 12 months of whichever occurs first. If our repair
or replacement parts fail in normal use within that period because of our workmanship, we will fix it
free of charge, parts and labor.
48 hours after work is completed and the customer is notified, storage charges will accrue at
$5.00 per day. Vehicle will be sold for charges after 30 days.

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the
manufacturer. The seller, BANKSTON CHEVROLET FORT WORTH, hereby expressly disclaims all
warranties, either express or implied, including any implied warranty of merchantability or fitness
for a particular purpose, and BANKSTON CHEVROLET FORT WORTH, neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of said
vehicle. I acknowledge receipt of the parts and labor listed above.

TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that
this company assumes no responsibility for loss or damage by theft or fire to vehicles and/or
personal items left in said vehicles, placed with the company for storage, sale or repair, or
damage to vehicle while road testing. The below tab for labor and materials is approved, and
an express mechanic's lien is granted on said vehicle to secure the payment thereof, said
obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I
agree to pay in addition thereto, reasonable attorney's fee. Permission is granted to you to
drive said vehicle on any street or road for the purpose of testing and inspecting same.
AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

CUSTOMER SIGNATURE:

NOTICE PURSUANT TO 170.001,
TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF
OF THE PERSON WHO IS OBLIGATED TO PAY FOR
THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO
THE REPAIR AGREEMENT. I UNDERSTAND THAT
THIS VEHICLE IS SUBJECT TO REPOSSESSION IN
ACCORDANCE WITH BUSINESS AND COMMERCE
CODE §9.609, IF PAYMENT FOR THE REPAIR OF
THE MOTOR VEHICLE BY A CHECK, MONEY
ORDER, OR A CREDIT CARD TRANSACTION IS
STOPPED, DISHONORED BECAUSE OF
INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE
THE MAKER OR DRAWER OF THE ORDER OR THE
CREDIT CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH IT IS DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED.

Signature of the Person responsible or Agent for
Person Responsible for Payment

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| TOTAL CHARGES | |
| LESS INS.  DISCOUNT | |
| MISC. CHARGES | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

1689281         **4 7 3 1 9**     **Bankston Chevrolet**

**Fort Worth**

INVOICE

I  DA N MITCHELL
1, 10 MARLENE DR
EULESS, TX 76040
HOME:817-399-9069 BUS:817-946-6906

7769 GRAPEVINE HWY,   METRO: (817) 498-2400
FORT WORTH, TX 76180   LOCAL: (817) 485-0400

PAGE 2

SERVICE PHONE: (817) 485-0466

SERVICE ADVISOR: 2129 STEVEN BUCHHOLZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 05 | CHEVROLET KODIAK | 1GBE4E12X5F504670 | | 27351/27462 | T670 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 21DEC04 IS | | | 17:00 29SEP06 | | 0.00 | CASH | 17OCT06 |

| R.O. OPENED | READY | OPTIONS: STK:5F504670 DLR:07340 |
|---|---|---|
| 13:40 29SEP06 | 18:20 17OCT06 | ENG:6.6 Liter Turbo Diesel |

LINE OPCODE TECH TYPE HOURS              · LIST    NET     TOTAL

     FC: PART#: COUNT:
     CLAIM TYPE:
     AUTH CODE:

27351 SENT OFF OIL SAMPLE WILL CONTACT WHEN RESULTS COME IN
    ********************************************************
C C/S WINDSHIELD MOLDING STILL COMES LOOSE
CAUSE: .
    100 MISC REPAIRS PERFORMED
      1434    WW                                (N/C)
     1 15120891 MLDG W/S                    (N/C)

SUBL RICH GLASS 10448 PO1012941
                 WW                                  (N/C)
     FC:
27351 WINDSHIELD MOLDING IS COMING OFF AND TORN SUBLET TO RICHARDSON
AUTO GLASS TO RESEAL WINDSHIELD AND INSTALL NEW WINDSHIELD MOLDING
    ********************************************************
D C/S PAINT IS SCRATCHED FROM DEALER IN WYOMING WHEN THEY HAD IT FOR
    REPAIRS.NEED EST
    100 MISC REPAIRS PERFORMED
      1434    CCF                        0.00       0.00
27462 GOT EST FOR PAINT REPAIR TO DAMAGE ON HOOD $2211.84 TO REPAIR
DAMAGE
    ********************************************************
E C/S REAR WIRNG HARNESS UNDER TRUCK IS BALLED UP AND TUCKED IN FRAME
        AND APPEARS TO BE CHAFFING POSS UPFITTERS PROBLEM
    100 MISC REPAIRS PERFORMED
      1434    CCF                        0.00       0.00
27351 WIRING IS WHERE UPFITTER TIED IN FOR BED WIRING 0.3
    ********************************************************

YOUR FINANCE CHARGE is computed by a single periodic rate of 1.5% minimum .50) per month or balances up to $500 which is an ANNUAL PERCENTAGE RATE of 18% and a single periodic rate of 1% per month on balances over $500 which is an ANNUAL PERCENTAGE RATE of 12%. The guarantee our workmanship for 12 months or 12,000 miles, whichever occurs first. If our repair or replacement parts fail in normal use within that period because of our workmanship, we will fix it free of charge, parts and labor.
48 hours after work is completed and the customer is notified, storage charges will accrue at $15.00 per day. Vehicle will be sold for charges after 30 days.
DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller, BANKSTON CHEVROLET FORT WORTH, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and BANKSTON CHEVROLET FORT WORTH, neither assumes nor does any other person to assume for it any liability in connection with the sale of said parts. I acknowledge receipt of the parts and labor listed above.
TERMS: Payment terms will be strictly cash unless arrangements made. It is understood that this company assumes no responsibility for loss or damage by theft or fire to vehicles and/or personal items left in said vehicles, placed with this company for storage, sale or repair, or damage to vehicle while road testing. The above bill for labor and materials is approved, and an express mechanic's lien is granted on said vehicle to secure the payment thereof, said obligation being payable in Fort Worth, Tarrant County, Texas, and in the event of default, I agree to pay in addition thereto, reasonable attorney's fee. Permission is granted to you to drive said vehicle on any street or road for the purpose of testing and inspecting same.
I AUTHORIZE AND UNDERSTAND THE TERMS AND CONDITIONS ABOVE:

NOTICE PURSUANT TO 170.001, TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THIS VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS AND COMMERCE CODE 19.609, IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INS. , DISCOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Signature of the Person responsible or Agent for Person Responsible for payment

CUSTOMER SIGNATURE: _____

WE GUARANTEE OUR WORKMANSHIP FOR
12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST.

# MORITZ

### Chevrolet · Chrysler · Jeep

## 9101 Camp Bowie West
## Fort Worth, TX 76116

*[handwritten: 11th work order fuel]*

*[handwritten: We All spoke on (27th) Peter Chapman]*

*[handwritten: Was towed in Sunday the 26th]*

| CUSTOMER NUMBER | ADVISOR | | TAG NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|
| 349198 | PETER CHAPMAN | 4291 | 6471 | 11/29/06 | CTCS495013 |

| | LABOR RATE | LICENSE NUMBER | MILEAGE | COLOR | STOCK NUMBER |
|---|---|---|---|---|---|
| LINDA MITCHELL | | | 27,628 | BLUE/ | |
| 1710 MARLENE DR | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| EULESS, TX 76040 | 05/CHEVROLET TRUCK/4500/D | | | | |
| | VEHICLE ID NUMBER | | | SELLING DEALER NUMBER | PRODUCTION DATE |
| | 1GBE4E12X5F504670 | | | | |

| RESIDENCE PHONE | BUSINESS PHONE | | F T E NUMBER | PO NUMBER | R.O. DATE |
|---|---|---|---|---|---|
| 817-946-6906 | | COMMENTS | | | 11/28/06 |

**LABOR & PARTS**

J# 1 11CVZ        LIGHT LINE                    TECH(S):604                                          WARRANTY
C/S VEHICLE WILL NOT DRIVE OVER 45MPH
UNABLE TO DUPLICATE PROBLEM DENNIS WILLIAMS TEST DROVE AS
SOON AS TRUCK ARRIVED BUT TRUCK DROVE NORMAL. WE CECKED FOR
CODES IN COMPUTER NONE WERE PRESENT. NO COOLANT LEAKS WERE
FOUND AND COOLANT WAS AT NORMAL LEVEL. PTO SWITCH WAS OFF AT
THE TIME IT WAS TEST DRIVEN. BUT IN TALKING WITH CUSTOMER
THE WRECKER DRIVER THOUGHT THE SWITCH WAS ON AND THAT WAS
CAUSING THE PROBLEM. THE PTO SWITCH BEING TURNED ON COULD
CAUSE THE EXACT PROBLEM BEING DESCIBED HERE AND ON LINE 3.
WE ALSO CHECK FLOW THROUGH THE FUEL FILTER AND THAT WAS
NORMAL.

                              JOB #  1 TOTAL LABOR & PARTS                    0.00

J# 2 11CVZ-02        LIGHT LINE                  TECH(S):604                                          WARRANTY
C/S WHEN PUMPING FUEL REAR FILLER OK. FRONT FILLER WILL NOT
ALLOW EASY FLOW OF FUEL
NO WORK DONE CUSTOMER CAME TO PICK UP VEHICLE.

                              JOB #  2 TOTAL LABOR & PARTS                    0.00

J# 3 08CVZ        STEER/SUSPEN                   TECH(S):604                                          WARRANTY
C/S VEHICLE HAS VIBRATION WHEN DRIVING AT HW SPEEDS
CHECKED FRONT END THERE WAS NO PLAY. ALL WAS NORMAL.
AFTER TALKING WITH CUSTOMER THE SHAKE WAS PART THE
PROBLEM ON LINE 1.

                              JOB #  3 TOTAL LABOR & PARTS                    0.00

J# 4 06CVZ        VEHICLE INSPECTION             TECH(S):604                                          0.00
PERFORM FREE MULTI-POINT INSPECTION
NOP WORK DONE.

                              JOB #  4 TOTAL LABOR & PARTS                    0.00

ANY WARRANTIES ON THE PRODUCT SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS

I HEREBY AUTHORIZE REPAIRS TO BE DONE ALONG WITH THE NECESSARY PARTS AND MATERIALS. I HEREBY GRANT YOU AND/OR YOUR EMPLOYEES PERMISSION TO OPERATE THE VEHICLE HEREIN DESCRIBED ON STREETS HIGHWAYS OR ELSE WHERE FOR THE PURPOSE OF TESTING AND/OR INSPECTION. I ACKNOWLEDGE RECEIPT OF COPY HEREOF

NOTICE PURSUANT TO PROPERTY CODE. §70.001
I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE. §9.609. IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OF THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED

X _____
Signature of the Person Responsible or Agent for Person Responsible for Payment

☐ CASH      ☐ CHK      ☐ CHG.

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO CARS OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL CLIENTS OR OWNER'S SIGNATURE

# MORITZ
### of Fort Worth
### Chevrolet · Chrysler · Jeep

9101 Hwy. 80 W.
Fort Worth, TX 76116
(817) 696-2050

PAGE 1 OF 2              CUSTOMER COPY          [CONTINUED ON NEXT PAGE] 11:31am

# MORITZ

**Chevrolet • Chrysler • Jeep**

## 9101 Camp Bowie West
## Fort Worth, TX 76116

| | | | | |
|---|---|---|---|---|
| CUSTOMER NUMBER **349198** | ADVISOR PETER CHAPMAN  4291 | TAG NUMBER 6471 | INVOICE DATE 11/29/06 | INVOICE NUMBER CTCS495013 |

LINDA MITCHELL
1710 MARLENE DR
EULESS, TX 76040

| LABOR RATE | LICENSE NUMBER | MILEAGE 27,628 | COLOR BLUE/ | STOCK NUMBER |
|---|---|---|---|---|

| YEAR / MAKE / MODEL 05/CHEVROLET TRUCK/4500/D | | DELIVERY DATE | DELIVERY MILES |
|---|---|---|---|

| VEHICLE ID NUMBER 1 G B E 4 E L 2 X 5 F 5 0 4 6 7 0 | | SELLING DEALER NUMBER | PRODUCTION DATE |
|---|---|---|---|

| F T E NUMBER | PO NUMBER | R O DATE 11/28/06 |
|---|---|---|

RESIDENCE PHONE 817-946-6906    BUSINESS PHONE    COMMENTS

TOTALS

[] CHARGE [] CASH [] CHECK #  [] VISA  [] MASTERCARD
[] DISCOVERY

HOURS OF OPERATION 7:00-7:00 MON-FRI    CLOSED SATURDAY

THIS VEHICLE RELEASED TO

PLEASE MAIL IN MANUFACTURES CUSTOMER SATISFACTION SURVEY
'S DESIGNATED WITH AN ASTERISK (*) INDICATES LIMITED
TIME SERVICE GUARANTEE APPLIES FOR CUSTOMER PAY REPAIRS

_____
        CUSTOMER SIGNATURE

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

ANY WARRANTIES ON THE PRODUCT SOLD HEREBY
ARE THOSE MADE BY THE MANUFACTURER THE
SELLER HEREBY EXPRESSLY DISCLAIMS ALL WAR-
RANTIES EITHER EXPRESS OR IMPLIED, INCLUDING
ANY IMPLIED WARRANTY OF MERCHANTABILITY OR
FITNESS FOR A PARTICULAR PURPOSE, AND THE
SELLER NEITHER ASSUMES NOR AUTHORIZES ANY
OTHER PERSON TO ASSUME FOR IT ANY LIABILITY
IN CONNECTION WITH THE SALE OF SAID PRODUCTS

I HEREBY AUTHORIZE REPAIRS TO BE DONE ALONG
WITH THE NECESSARY PARTS AND MATERIALS I
HEREBY GRANT YOU AND/OR YOUR EMPLOYEES
PERMISSION TO OPERATE THE VEHICLE HEREIN
DESCRIBED ON STREETS, HIGHWAYS OR ELSE-
WHERE FOR THE PURPOSE OF TESTING AND/OR
INSPECTION. I ACKNOWLEDGE RECEIPT OF COPY
HEREOF.
NOTICE PURSUANT TO PROPERTY
CODE §70.001
I AM THE PERSON OR AGENT ACTING ON
BEHALF OF THE PERSON WHO IS OBLI-
GATED TO PAY FOR THE REPAIR OF THE
MOTOR VEHICLE SUBJECT TO THE REPAIR
AGREEMENT. I UNDERSTAND THAT THE
VEHICLE IS SUBJECT TO REPOSSESSION IN
ACCORDANCE WITH BUSINESS & COM-
MERCE CODE, §9.609. IF PAYMENT FOR THE
REPAIR OF THE MOTOR VEHICLE BY A
CHECK, MONEY ORDER, OR A CREDIT CARD
TRANSACTION IS STOPPED, DISHONORED
BECAUSE OF INSUFFICIENT FUNDS, NO
FUNDS, OR BECAUSE THE MAKER OR
DRAWER OF THE ORDER OR THE CREDIT
CARD HOLDER HAS NO ACCOUNT OR THE
ACCOUNT UPON WHICH IT IS DRAWN OR THE
CREDIT CARD ACCOUNT HAS BEEN CLOSED.


X_____
Signature of the Person Responsible or Agent for
Person Responsible for Payment.


  ☐ CASH    ☐ CHK.    ☐ CHG.

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO CARS
OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT
OR ANY OTHER CAUSE BEYOND OUR CONTROL
CLIENTS OR OWNER'S SIGNATURE

# MORITZ
*of Fort Worth*
**Chevrolet • Chrysler • Jeep**

### 9101 Hwy. 80 W.
### Fort Worth, TX 76116
### (817) 696-2050

PAGE 2 OF 2                    CUSTOMER COPY                [ END OF INVOICE ] 11 31am

SF400364 (02-01)