UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On September 24, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein Shapiro"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on AutoNation, Inc. and Subsidiaries, C/O Coleman Edmunds, 200 SW 1st Avenue, Suite 1400 (Legal), Fort Lauderdale, Florida 33301 (affected party):

- **Order Granting Objection to Proof of Claim of AutoNation, Inc. (Claim No. 50085)** [Docket No. 12076].

3. On September 24, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Granting Objection to Proof of Claim No. 62969 filed by John A. Haack** [Docket No. 12077].

4. On September 24, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (affected parties):

- **Order Granting 283rd Omnibus Objection to Claims (New GM Claims)** [Docket No. 12078].

5. On September 24, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit C annexed hereto (affected parties):

- **Order Granting the 284th Omnibus Objection to Claims (Incorrectly Classified Claims)** [Docket No. 12079].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 25th day of September, 2012

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

JOHN A HAACK
10500 VILLAGE LANE
FORISTELL, MO 63348

JOHN A HAACK
10500 VILLAGE LANE
FORISTELL, MO 63348

JOHN A HAACK
31500 PAR COURT
FORISTELL, MO 63348

# EXHIBIT B

LAKELAND BANK  
250 OAK RIDGE RD  
OAK RIDGE, NJ 07438

LINDE LLC  
ATTN: JEFFREY J. JOHNS  
575 MOUNTAIN AVE  
MURRAY HILL, NJ 07974

SCG CAPITAL CORPORATION  
ATTN: CYNTHIA DWELLE, ESQ.  
74 WEST PARK PLACE  
STAMFORD, CT 06901

# EXHIBIT C

| | |
|---|---|
| BARBARA ALLEN<br>10 DEER LAKE TRL<br>KANSAS, OK 74347 | BOBBIE J CAMPBELL ENLOW<br>305 COUNTY ROAD 123<br>HESPERUS, CO 81326 |
| BRENDA DIGIANDOMENICO<br>5211 LEWISETTA ROAD<br>LOTTSBURG, VA 22511 | CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD,ET AL.<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 |
| DANNY W KEMP<br>112 REGENCY LANE<br>DICKSON, TN 37055-1943 | DONALD JACOBS<br>5420 NAUGHTON DR<br>HUBER HEIGHTS, OH 45424-6002 |
| DONNA SANTI<br>1459 CUMBERLAND CT<br>FORT MYERS, FL 33919-2007 | GREGORY SPENCER<br>PO BOX 04718<br>DETROIT, MI 48204 |
| KAREN FOLEY<br>C/O COMMUNITY LEGAL CLINIC<br>ATTN KAREN MCCLELLAN<br>71 COLBORNE ST EAST<br>ORILLIA ON L3V 6J6 | KELLY CASTILLO<br>18660 TURTLE LANE<br>MEADOW VISTA, CA 95722-9572 |
| KESSLER PROPERTY GROUP LLC<br>31461 STONEWOOD CT W<br>FARMINGTON HILLS, MI 48334 | MARKEYS VIDEO IMAGES LLC<br>DBA SENSORY TECHNOLOGIES<br>6951 CORPORATE CIR<br>INDIANAPOLIS, IN 46278-1957 |
| NICHOLE BROWN<br>3425 FRONTIER ST<br>CHEYENNE, WY 82001-5934 | RACHEL L BOODRAM<br>7500 ROSWELL ROAD<br>UNIT 67<br>SANDY SPRINGS, GA 30350 |
| RONALD L PHILLIPS<br>2939 HARTFORD DR<br>BETTENDORF, IA 52722 | STANLEY OZAROWSKI<br>1106 HILLCREST AVE<br>FOX RIVER GROVE, IL 60021 |
| VALERIE EVANS<br>1349 COLUMBUS<br>ST. LOUIS, MO 63138 | |

09-50026-mg    Doc 12094    Filed 09/25/12    Entered 09/25/12 15:53:37    Main Document
Pg 8 of 8