GREGORY J. DEM
632 CELIK DR.
HARTSELLE ALABAMA
35640

TOO: ROBERT R GERBER

MY NAME IS GREGORY J.
DEMIKE I WAS ONE OF
THE CLAIMANT IN THE GM.
BANKRUPTCY CASE. MY CLAIM
WAS DISALLOWED AND EXPUNGED.

THE ALABAMA GUARANTEE
CORPORATION REFUSES TO
TREAT ME FOR BACK INJURY,
THEY SAY TEXAS SHOULD
PAY FOR IT TEXAS REFUSES

NOTE: THERE IS NO APPEAL
PROCEDURE

I NEED BACK SURGERY
PLEASE HELP ME

THANK YOU



# AVIZENT™

Street Address  
City, ST Zip  
United States

1 Independence Drive  
Birmingham, AL 35201  
www.avizentrisk.com

Direct No: (205) 581-9162  
Direct fax: (614) 932-8789

December 5, 2011

Mr. Gregory DeMike  
632 Celia Drive  
Hartselle, Al. 35640

RE:   Employer:    Alabama Guarantee Assoc/Delphi B  
      Claim No:    19900010233218  
      D/A:         11/17/1990

Dear Mr. DeMike:

Avizent is the claims administrator for Alabama Guarantee Assoc/Delphi B and are handling your above referenced workers' compensation claim.

We have received the medical records from Dr. Scott Powers/Cullman Physical Medicine, these records have been reviewed and it has been determined that there is no indication that your current condition and symptoms are due to your original injury from 1991. Therefore your claim for workers' compensation benefits/treatment is therefore being denied.

If you have any questions or have additional information that will alter our position please contact me.

Sincerely,

Sandra Moore  
Claims Adjuster

cc: Dr. Scott Powers MD.