UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :   Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.,*          :   Case No. 09-50026 (REG)
   f/k/a General Motors Corp., *et al.*,       :
                                               :
              Debtors.                         :   (Jointly Administered)
                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On September 19, 2012, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail the parties identified on Exhibit A annexed hereto (affected parties):

- **Stipulation and Order Resolving Certain Claims Filed on Behalf of the New York State Department of Environmental Conservation and the Town of Salina** [Docket No. 12067].

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this
25th day of September, 2012

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

| | |
|---|---|
| NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION | TOWN OF SALINA |
| ATTN: MAUREEN F LEARY ESQ, ASSISTANT ATTORNEY GENERAL | ATTN: FRANK C PAVIA |
| ENVIRONMENTAL PROTECTION BUREAU | HARRIS BEACH PLLC |
| OFFICE OF THE ATTORNEY GENERAL | 99 GARNSEY RD |
| THE CAPITOL | PITTSFORD, NY 14534-4565 |
| ALBANY, NY 12224 | |