André RILL

23 RUE DE LA PETITE HOLLANDE

25200 MONTBELIARD

FRANCE

TEL: 00.33.6.02.33.61.05

Monsieur le Directeur

United States Bankruptcy
Court, SDNY

One Bowling Green

Room 534

NEW YORK 10004

Objet: Demande de veuillez
restituer la somme des
achats MOTORS LIQUIDATION (AOX900)
de 21.241,03 euros

ETATS - UNIS

Montbéliard, 17/09/2012

Monsieur le Directeur,

J'ai honneur, par la présente de me faire parvenir par versement
IBAN - Identifiant la somme de 21.241,03 euros.

Ci-joint IBAN - Identifiant international bank account Number

Veuillez me restituer la somme des achats MOTORS LIQUIDATION ISIN
US62010A1051, ci-joint les copies.

Dans cette attente, je vous prie d'agréer, Monsieur le Directeur,
l'expression de mes salutations distinguées.



A.RILL

SEP 2 1 2012



## Centre Financier

**Pour joindre La Banque Postale :**
**Votre bureau de Poste,**
**Vos services en ligne,**
muni de votre identifiant, par :
- Internet www.labanquepostale.fr[1]
- Internet mobile labanquepostale.mobi[2]
- Téléphone au 3639[3]

20600124 005879 06414 67900 STR 0



MR RILL ANDRE
23 RUE DE LA PETITE HOLLANDE
25200 MONTBELIARD

Le 29/02/2012

Cher(e) client(e),

Pour faire suite à votre demande, nous vous prions de trouver, ci-joint, les relevés d'identités bancaire concernant votre compte.

Ce relevé est destiné à être remis, sur demande à vos créanciers et débiteurs, français ou étrangers appelés à faire inscrire des opérations sur votre compte (virements, prélèvements...).

Nous vous remercions de la confiance que vous accordez à la Banque Postale et nous vous prions de croire, cher(e) client(e), à l'assurance de notre meilleure considération.

Votre chargé de clientèle La Banque Postale

| LA BANQUE POSTALE | RELEVE D'IDENTITE BANCAIRE | |
|---|---|---|

| RIB – Identifiant national de compte | | | | Domiciliation |
|---|---|---|---|---|
| ETABLISSEMENT 20041 | GUICHET 01015 | N° COMPTE 0169030N036 | CLE RIB 55 | LA BANQUE POSTALE CENTRE FINANCIER 54900 NANCY CEDEX 9 |

| IBAN – Identifiant international de compte *International Bank Account Number* | | | | | | BIC – Identifiant international de l'établissement *Bank Identifer Code* |
|---|---|---|---|---|---|---|
| FR50 | 2004 | 1010 | 1501 | 6903 | 0N03 | 655 | PSSTFRPPSTR |

**Titulaire du compte -** *Account Owner*

MR RILL ANDRE

Cadre réservé au destinataire du relevé

---

| LA BANQUE POSTALE | RELEVE D'IDENTITE BANCAIRE | |
|---|---|---|

| RIB – Identifiant national de compte | | | | Domiciliation |
|---|---|---|---|---|
| ETABLISSEMENT 20041 | GUICHET 01015 | N° COMPTE 0169030N036 | CLE RIB 55 | LA BANQUE POSTALE CENTRE FINANCIER 54900 NANCY CEDEX 9 |

| IBAN – Identifiant international de compte *International Bank Account Number* | | | | | | BIC – Identifiant international de l'établissement *Bank Identifer Code* |
|---|---|---|---|---|---|---|
| FR50 | 2004 | 1010 | 1501 | 6903 | 0N03 | 655 | PSSTFRPPSTR |

**Titulaire du compte -** *Account Owner*

MR RILL ANDRE

Cadre réservé au destinataire du relevé

(1) coût de connexion selon le fournisseur d'accès - (2) coût de connexion et de communication selon le fournisseur d'accès ou l'opérateur

646 282 2400

Change Client

Client Home          Key Documents          Docket

# MOTORS LIQUIDATION COMPANY

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY
(FORMERLY GENERAL MOTORS CORPORATION)

## GM (n/k/a Motors Liquidation Company) Creditors' Committee

YOUR USE OF THIS COMMITTEE WEBSITE IS SUBJECT TO THIS DISCLAIMER.

| General Information | Contact Information | Frequently Asked Questions | Chapter 11 Overview | Buying and Selling Unsecured Claims | Important Dates | Submit an Inquiry |

## General Information

**Main Debtor:** Motors Liquidation Company - Case No. 09-50026 (REG) (click here to view the complete list of debtors and their voluntary petitions)

**Filing Date:** June 1, 2009

**Judge:** The Honorable Robert E. Gerber

**Official Committees:**

The Official Committee of Unsecured Creditors - appointed June 3, 2009 (Please click here for Contact Information)

**Claims Agent:** Garden City Group

**Important Dates:** The first session of the 341 Meeting took place on July 27, 2009. The United States Trustee adjourned the remainder of the 341 meeting to October 5, 2009 at 3:30 p.m. at 80 Broad Street, 4th floor.

**Deadline to File Proofs of Claims Against Debtor Entities:**

The General Bar Date and Governmental Bar Date for the following Debtors expired on **November 30, 2009 at 5:00 p.m:** Motors Liquidation Company (f/k/a General Motors Corporation), MLC of Harlem (f/k/a Chevrolet Saturn of Harlem, Inc.), MLCS, LLC (f/k/a Saturn, LLC) and MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation). Over the next few months, the Debtors will review all of the claim filed and will then propose a Plan of Liquidation outlining how each category of claims will be treated. Once the Plan of Liquidation is voted on and approved by the Court, distributions to unsecured creditors will be made in accordance with its terms.

The Court entered an order establishing a Property Bar Date of February 10, 2010 at 5:00 p.m. for the following Debtors: Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC) and MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation). The Property Bar Date is being sent to individuals within a half a mile radius of certain properties and is solely for prepetition claims with respect to the individual's person or real property arising from being located adjacent to, or in the proximity of the properties listed in the notice.

Please click here for a copy of the order and the proof of claim form.

The Court entered an Order establishing the following Bar Dates for the two additional Debtors: Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc.

**February 1, 2010 at 5:00 p.m. (Eastern Time)** as the General Bar Date and **April 16, 2010 at 5:00 p.m. (Eastern Time)** as the Governmental Bar Date.

Please click here for a copy of the order.

The order provides that proofs of claim shall be deemed timely filed if the proofs of claim are actually received by the Debtors' court approved claims agent, the Garden City Group, or by the Court on or before the applicable bar date at -

If by hand delivery or overnight courier:

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail:

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

OR

If by hand delivery:

United States Bankruptcy Court, SDNY
One Bowling Green
Room 534
New York, New York 10004

**Sale Order:** On July 5, 2009, the Court entered an order approving the Debtors' motion to sell substantially all of its assets to NGMCO ("New GM") pursuant to Section 363 of the Bankruptcy Code. Please click here to access the Court's decision and here to access the Court's order approving the sale. The sale closed on July 10, 2009.

**Attention:** If you have any questions for the Official Committee of Unsecured Creditors on the General Motors bankruptcy case, please click here.

**Information for Bondholders:** Please click here.

Information for bondholders on whether to file a proof of claim:

Wilmington Trust Company is successor indenture trustee to Citibank NA, the 1990 and 1995 Indenture. The outstanding series of notes issued pursuant to these Indentures are represented by CUSIP numbers: 370442AN5; 370442AJ4; 370442AR6; 37045EAG3; and 37045EAS7; 370442AT2; 370442AU9; 370442AV7; 370442AZ8; 370442BB0; 370442B16; 370442766; 370442741; 370442733; 370442725; 370442BQ7; 370442BT1; 370442717; 370442BW4; 370442BS3; 370442121; and 370442691.

Wilmington Trust has placed a list of Frequently Asked Questions on its website. Those Questions and Answers are attached here. **The web site indicates that Wilmington Trust will be filing the proof of claim and all supporting documents on behalf of the bondholders it represents.** If you have questions for Wilmington Trust, you may call them at (866) 521-0079 Monday through Friday from 8:00 a.m. to 5:30 p.m. (Eastern). If you are calling from outside the United States, please call (302) 636-4130. Or, you can access their web site at www.wilmingtontrust.com/gmbondholders/faqs.html.

EPIQ DIRECTORY    CONTACT US    FORMS    EPIQ

**646 282 2400**

Client Home          Key Documents                    Docket                              Change Client

# MOTORS LIQUIDATION COMPANY

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY
(FORMERLY GENERAL MOTORS CORPORATION)

## GM (n/k/a Motors Liquidation Company) Creditors' Committee

YOUR USE OF THIS COMMITTEE WEBSITE IS SUBJECT TO THIS DISCLAIMER.

| General Information | Contact Information | Frequently Asked Questions | Chapter 11 Overview | Buying and Selling Unsecured Claims | Important Dates | Submit an Inquiry |

## Official Committee of Unsecured Creditors

The following entities are members of the Official Committee of Unsecured Creditors in these cases:

**Wilmington Trust Company**
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attention: David A Vanaskey Jr.

**International Union UAW**
8000 East Jefferson Avenue
Detroit, MI 48214
Attention: Niraj R. Ganatra,
Associate General Counsel

**Serra Chevrolet of Birmingham, Inc.**
Post Office Box 59120
Birmingham, AL 35259
Attention: Quentin Brown,
Vice President/General Counsel

**Kevin Schoeni**
99 Maretta Road
Rochester, NY 14624

**Law Debenture Trust Company
of New York**
400 Madison Avenue, 4th Floor
New York, NY 10017
Attention: Robert Bice,
Senior Vice President

**United Steelworkers**
Five Gateway Center, Room 807
Pittsburgh, PA 15222
Attention: David R. Jury,
Associate General Counsel

**Mark Buttita**
2429 South Alpine Rd.
Rockford, IL 61108

**The Industrial Division of Communications
Workers of America, AFL-CIO**
2701 Dayton Road
Dayton, OH 45439
Attention: James Clark, President, IUE-CWA

**Inteva Products, LLC**
1401 Crooks Road
Troy, MI 48084
Attention: Lance Lis, General Counsel

**Genoveva Bermudez**
c/o Coben & Associates
8710 E. Vista Bonita Drive
Scottsdale, AZ 85255
Attention: Larry E. Coben, Esq.

## Key Professionals

| Counsel to the Official Committee of Unsecured Creditors |
|---|
| **Kramer Levin Naftalis & Frankel LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Phone: GM Committee Hotline (212) 715-3275<br>Fax:    (212) 715-8000 |
| **Conflict Counsel/Supplier Counsel to the Official Committee of Unsecured Creditors** |
| **Butzel Long**<br>380 Madison Avenue – 22nd Floor<br>New York, NY 10017<br>Phone: (212) 374-5381<br>Fax:    (212) 818-0494<br>Attn:    Barry N. Seidel |
| **Financial Advisor to the Official Committee of Unsecured Creditors** |
| **FTI Consulting**<br>3 Times Square<br>11th Floor<br>New York, NY 10036<br>Phone: General Inquiries (404) 460-6200 |
| **Debtors' Counsel** |
| **Weil, Gotshal & Manges LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>Phone: (212) 310-8000<br>Fax:    (212) 310-8007 |
| **Chief Restructuring Officer** |
| **Al Koch**<br>AP Services, LLC, an affiliate of AlixPartners, LLP<br>2000 Town Center<br>Suite 2400<br>Southfield, MI 48075 |
| **Court Address** |
| **United States Bankruptcy Court, Southern District of New York**<br>Judge Robert E. Gerber<br>Chambers<br>One Bowling Green<br>New York, NY 10004<br>Phone: (212) 668-2870 |

## United States Trustee

| The Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Phone: (212) 510-0500 |
|---|

Sprachkurs in England Gute Sprachkurse sind teuer - Nein! Qualitätssprachkurse ab €119/Woche www.panke-sprachreisen.de
Hohe Preise für Altgold Gold-Ankauf mit Sitz in Deutschland Faire Preise & Top Kundenbewertung! www.ZahnGold.tv
Gewinnen mit FOREX Coach FOREX Realtime Handelssignale Trading Lehrgang & Gewinn-Garantie! www.profisignale.de
Google-Anzeigen

Fan werden    Mobil

MyOnVista / OnVista Bank  Login    MyOnVista-Registrierung  OnVista-Bank-Kunde werden

Hilfe  Kontakt  Newsletter  RSS

WKN, ISIN, Name    Suche
nur Aktien

Google-Anzeigen

Homepage  Aktien  Indizes  Optionsscheine  Zertifikate  Fonds  ETFs  Anleihen  Devisen  Rohstoffe  Futures  CFDs
Übersicht  Suche/Vergleich  Realtimekurse  Top/Flop  News  Analyse  Market-Map  Risk-Return-Map  Prognose  Branchenabschätzungen
Finanzkalender  Unternehmens-Center  Personen-Register  Aktien aller Länder neu  Basiswissen neu

J'aime  Inscription pour voir ce que vos amis aiment.    Aktualisieren   Chart einbetten   Download (pdf)   Druckversion

## MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666

| WKN: | A0X900 | ISIN: | US62010A1051 | Branche: | Automobilproduktion | Land: | USA |

| Kurse | Realtime | News & Research | Techn. Analyse | Fund. Analyse | Unternehmen | Zugehörige | MyOnVista |
|-------|----------|-----------------|----------------|---------------|-------------|------------|-----------|
| Snapshot | Kurs | News / Ad-hoc | Charts | Bilanz / GuV | Profil/Termine | Calls / Puts | »Aktie beobachten |
| Börsen/T&S | RealPush-Chart | Empfehlung | Kennzahlen | Kennzahlen | IPO | Derivate | Watchlist anlegen? |
| Orderbuch | | Directors' Dealing | Prognose | Schätzung | | Fonds | »Gratis registrieren |
| | | Videos | | | | | |
| | | Analyzer neu | | | | | |

Anzeige
12% und mehr Rendite
Endlich auch für Privatanleger: Teakholzinvestment ab 3.900€ bis zu 12% p.a. und mehr steuerfrei

### Aktueller Aktienkurs MOTORS LIQUIDATION...

15 Min. verzögert  01.04.2011, 15:18:02 (Frankfurt)  Jetzt Realtime aktivieren    »Alle Börsenplätze im Überblick

| | | Kurse | | | Hoch/Tief | | | 52-Wochen | | Volumen | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Vortag | Eröff. | | Tag | | | | letztes | gesamt |
| 0,033 EUR | +-0,00 | -2,94% | 0,034 | 0,032 | 0,033 | 0,032 | 0,523 | 0,028 | 4,000 | 222.645 |

MOTORS LIQUIDATI... jetzt  traden   verkaufen    Jetzt günstig Aktien traden und 5 g Gold abstauben

Google-Anzeigen
Ferienhaus zu vermieten?
Europaweite Vermarktung ohne Risiko FeWo's vermitteln mit Atr
www.atrayeo.de/Vermiet

Bankenunabh. Musterdepot
Börsenampel und Marktkommentar Abo mit 20 % Ra
www.depotbulls.de

4fach-Dukat-Sonderaktion
Das meiste Gold Geld! Und: Wiener Philharmoniker, '
Gold
www.vq-edelmetalla.cc

TOP 10 Investr 18% in
2009. Abgesiche Strategie. +587% 1997. Gewinn Me Monat.
germanasset.com/info1

Fernlehrgänge im Gesundheitsb u.a. Heil- praktike Gesundheitsbera
www.Impulse-Schule.d

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 127.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

Sehr geehrte Depotkundin, sehr geehrter Depotkunde,

folgenden Depotbestand haben wir mit Valuta 22.06.2011 ersatzlos ausgebucht:

**Ausbuchung**
**Stück 127.000-**  MOTORS LIQUIDATION CO.                    US62010A1051   (A0X900)
                     REGISTERED SHARES DL 1,666

Die zuständige Lagerstelle hat die Aktien der o. g. Gesellschaft als wertlos eingestuft. Es ist mit keinen Zahlungen (Liquidationsausschüttungen o. Ä.) zu rechnen.

Gemäß Anzeige unserer Depotbank haben wir die ersatz- und gegenwertlose Ausbuchung veranlasst. Wir bedauern, Ihnen zu diesem Vorgang keine Handlungsmöglichkeit anbieten zu können, aber wir haben auf diese obligatorische Ausbuchung keinerlei Einfluss.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 6.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Frankfurt (Best Execution) | Auftraggeber | Andre Rill |
| Limit | 0,391 EUR | | |
| Schlusstag/-Zeit | 18.08.2010 16:14:58 | | |
| Ausführungskurs | 0,388 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | | |
|---|---|---|
| **Kurswert** | | **2.328,00- EUR** |
| Provision | | 17,16- EUR |
| Übertragungs-/Liefergebühr | | 0,33- EUR |
| Transaktionsentgelt Börse | | 1,19- EUR |
| Maklercourtage | 0,0800 % vom Kurswert | 1,86- EUR |
| **Ausmachender Betrag** | | **2.348,54- EUR** |

Den Gegenwert buchen wir mit Valuta 20.08.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 8.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | | | |
|---|---|---|---|---|
| Börse | Frankfurt (Best Execution) | Auftraggeber | Andre Rill | |
| Limit | 0,34 EUR | | | |
| Schlusstag/-Zeit | 20.08.2010 09:21:48 | | | |
| Ausführungskurs | 0,334 EUR | | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückausdruck -

| | | |
|---|---|---|
| **Kurswert** | | **2.672,00-  EUR** |
| Provision | | 17,84-  EUR |
| Übertragungs-/Liefergebühr | | 0,34-  EUR |
| Transaktionsentgelt Börse | | 1,21-  EUR |
| Maklercourtage | 0,0800 % vom Kurswert | 2,14-  EUR |
| **Ausmachender Betrag** | | **2.693,53-  EUR** |

Den Gegenwert buchen wir mit Valuta 24.08.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 5.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Frankfurt (Best Execution) | Auftraggeber | Andre Rill |
| Limit | 0,33 EUR | | |
| Schlusstag/-Zeit | 20.08.2010 15:46:00 | | |
| Ausführungskurs | 0,327 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | | |
|---|---|---|
| **Kurswert** | **1.635,00-** | **EUR** |
| Provision | 15,77- | EUR |
| Übertragungs-/Liefergebühr | 0,32- | EUR |
| Transaktionsentgelt Börse | 1,19- | EUR |
| Maklercourtage    0,0800 % vom Kurswert | 1,31- | EUR |
| **Ausmachender Betrag** | **1.653,59-** | **EUR** |

Den Gegenwert buchen wir mit Valuta 24.08.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

6695,66

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 6.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Stuttgart (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,306 EUR | | |
| Schlusstag/-Zeit | 25.08.2010 17:42:08 | | |
| Ausführungskurs | 0,305 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | | |
|---|---|---|
| **Kurswert** | **1.830,00-** | **EUR** |
| Provision | 16,16- | EUR |
| Transaktionsentgelt Börse | 6,46- | EUR |
| **Ausmachender Betrag** | **1.852,62-** | **EUR** |

Den Gegenwert buchen wir mit Valuta 27.08.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

8548,28

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 5.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Stuttgart (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,306 EUR | | |
| Schlusstag/-Zeit | 01.09.2010 09:03:49 | | |
| Ausführungskurs | 0,30 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | |
|---|---|
| **Kurswert** | **1.500,00- EUR** |
| Provision | 15,50- EUR |
| Transaktionsentgelt Börse | 6,20- EUR |
| **Ausmachender Betrag** | **1.521,70- EUR** |

Den Gegenwert buchen wir mit Valuta 03.09.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 4.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Frankfurt (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,286 EUR | | |
| Schlusstag/-Zeit | 06.09.2010 11:12:28 | | |
| Ausführungskurs | 0,285 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückausdruck -

| **Kurswert** | | **1.140,00-** | **EUR** |
|---|---|---|---|
| Provision | | 14,78- | EUR |
| Übertragungs-/Liefergebühr | | 0,32- | EUR |
| Transaktionsentgelt Börse | | 1,19- | EUR |
| Maklercourtage | 0,0800 % vom Kurswert | 0,91- | EUR |
| **Ausmachender Betrag** | | **1.157,20-** | **EUR** |

Den Gegenwert buchen wir mit Valuta 08.09.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

*1/227,18*

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

Restauftrag                    Mischkursabrechnung

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 6.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | |
|---|---|---|
| Börse | XETRA (gemäß Weisung) | |
| Limit | 0,255 EUR | Auftraggeber    Andre Rill |
| Schlusstag/-Zeit | 30.09.2010 16:12:11 | |
| Ausführungskurs | 0,2539167 EUR | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

**Kurswert**

| | | |
|---|---|---|
| Provision | **1.523,50-** | EUR |
| Übertragungs-/Liefergebühr | 15,55- | EUR |
| Transaktionsentgelt Börse | 0,32- | EUR |
| | 0,71- | EUR |
| **Ausmachender Betrag** | | |
| | **1.540,08-** | EUR |

Den Gegenwert buchen wir mit Valuta 04.10.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

# Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 5.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | | | |
|---|---|---|---|---|
| Börse | Frankfurt (gemäß Weisung) | | | |
| Limit | 0,166 EUR | Auftraggeber | Andre Rill | |
| Schlusstag/-Zeit | 17.11.2010 17:06:35 | | | |
| Ausführungskurs | 0,165 EUR | | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

**Kurswert**                                           **825,00- EUR**

Provision
Übertragungs-/Liefergebühr                             14,15- EUR
Transaktionsentgelt Börse                               0,31- EUR
Maklercourtage                                     1,19- EUR
                                               0,75- EUR

**Ausmachender Betrag**                                 **841,40- EUR**

Den Gegenwert buchen wir mit Valuta 19.11.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

*13.608,66*

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 5.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | XETRA (gemäß Weisung) | | |
| Limit | 0,141 EUR | Auftraggeber | Andre Rill |
| Schlusstag/-Zeit | 19.11.2010 09:13:23 | | |
| Ausführungskurs | 0,141 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

**Kurswert**

| | | |
|---|---|---|
| Provision | 705,00- | EUR |
| Übertragungs-/Liefergebühr | 13,91- | EUR |
| Transaktionsentgelt Börse | 0,31- | EUR |
| | 0,71- | EUR |
| **Ausmachender Betrag** | | |
| | 719,93- | EUR |

Den Gegenwert buchen wir mit Valuta 23.11.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 10.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | XETRA (gemäß Weisung) | | |
| Limit | 0,131 EUR | Auftraggeber | Andre Rill |
| Schlusstag/-Zeit | 22.11.2010 15:57:13 | | |
| Ausführungskurs | 0,129 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückausdruck -

| | |
|---|---|
| **Kurswert** | **1.290,00- EUR** |
| Provision | 15,08- EUR |
| Übertragungs-/Liefergebühr | 0,32- EUR |
| Transaktionsentgelt Börse | 0,71- EUR |
| **Ausmachender Betrag** | **1.306,11- EUR** |

Den Gegenwert buchen wir mit Valuta 24.11.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 10.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Stuttgart (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,081 EUR | | |
| Schlusstag/-Zeit | 16.12.2010 15:49:25 | | |
| Ausführungskurs | 0,08 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

**Kurswert**                                         800,00- EUR

Provision                                             14,10- EUR
Transaktionsentgelt Börse                              5,75- EUR

**Ausmachender Betrag**                              819,85- EUR

Den Gegenwert buchen wir mit Valuta 20.12.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

*16.45 4,55*

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 11.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Stuttgart (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,072 EUR | | |
| Schlusstag/-Zeit | 03.01.2011 16:46:56 | | |
| Ausführungskurs | 0,071 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | | |
|---|---|---|
| **Kurswert** | **781,00-** | **EUR** |
| Provision | 14,06- | EUR |
| Transaktionsentgelt Börse | 5,75- | EUR |
| **Ausmachender Betrag** | **800,81-** | **EUR** |

Den Gegenwert buchen wir mit Valuta 05.01.2011 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 9.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | Auftraggeber | Andre Rill |
|---|---|---|---|
| Börse | Stuttgart (gemäß Weisung) | | |
| Limit | 0,066 EUR | | |
| Schlusstag/-Zeit | 05.01.2011 17:07:05 | | |
| Ausführungskurs | 0,065 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | |
|---|---|
| **Kurswert** | 585,00- EUR |
| Provision | 13,67- EUR |
| Transaktionsentgelt Börse | 5,75- EUR |
| **Ausmachender Betrag** | 604,42- EUR |

Den Gegenwert buchen wir mit Valuta 07.01.2011 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

*17.859,78*

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 10.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Stuttgart (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,066 EUR | | |
| Schlusstag/-Zeit | 26.01.2011 17:09:40 | | |
| Ausführungskurs | 0,065 EUR | | |

Girosammelverw. mehrere Sammelkunden - kein Stückeausdruck -

| | | |
|---|---|---|
| **Kurswert** | **650,00-** | **EUR** |
| Provision | 13,80- | EUR |
| Transaktionsentgelt Börse | 5,75- | EUR |
| **Ausmachender Betrag** | **669,55-** | **EUR** |

Den Gegenwert buchen wir mit Valuta 28.01.2011 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 10.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| Börse | Stuttgart (gemäß Weisung) | | |
|---|---|---|---|
| Limit | 0,056 EUR | Auftraggeber | Andre Rill |
| Schlusstag/-Zeit | 23.02.2011 17:11:55 | | |
| Ausführungskurs | 0,055 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | |
|---|---|
| **Kurswert** | 550,00- EUR |
| Provision | 13,60- EUR |
| Transaktionsentgelt Börse | 5,75- EUR |
| **Ausmachender Betrag** | 569,35- EUR |

---

*Den Gegenwert buchen wir mit Valuta 25.02.2011 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.*

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 7.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Stuttgart (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,043 EUR | | |
| Schlusstag/-Zeit | 04.03.2011 10:47:35 | | |
| Ausführungskurs | 0,041 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

**Kurswert**                                                                287,00- EUR

Provision                                                                    13,07- EUR
Transaktionsentgelt Börse                                                     5,75- EUR

**Ausmachender Betrag**

                                                                            305,82- EUR

Den Gegenwert buchen wir mit Valuta 08.03.2011 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

*19.404,50*

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 10.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Stuttgart (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,031 EUR | | |
| Schlusstag/-Zeit | 22.03.2011 16:56:28 | | |
| Ausführungskurs | 0,029 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | |
|---|---|
| **Kurswert** | **290,00- EUR** |
| Provision | 13,08- EUR |
| Transaktionsentgelt Börse | 5,75- EUR |
| **Ausmachender Betrag** | **308,83- EUR** |

Den Gegenwert buchen wir mit Valuta 24.03.2011 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 3.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | | US62010A1051 | (A0X900) |

| Börse | München (gemäß Weisung) | | Auftraggeber | Andre Rill |
|---|---|---|---|---|
| Limit | 0,358 EUR | | | |
| Schlusstag/-Zeit | 24.06.2010 18:43:36 | | | |
| Ausführungskurs | 0,357 EUR | | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückausdruck -

| | | | |
|---|---|---|---|
| **Kurswert** | | **1.071,00-** | **EUR** |
| Provision | | 14,64- | EUR |
| Transaktionsentgelt Börse | | 1,55- | EUR |
| Maklercourtage | 0,0800 % vom Kurswert | 0,86- | EUR |
| **Ausmachender Betrag** | | **1.088,05-** | **EUR** |

Den Gegenwert buchen wir mit Valuta 28.06.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

Auftrag vom 20.05.2010

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 1.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | München (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,426 EUR | | |
| Schlusstag/-Zeit | 28.05.2010 16:21:28 | | |
| Ausführungskurs | 0,424 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückausdruck -

**Kurswert**                                          **424,00- EUR**

Provision                                              13,35- EUR
Transaktionsentgelt Börse                               1,55- EUR
Maklercourtage                                          0,75- EUR

**Ausmachender Betrag**                              **439,65- EUR**

Den Gegenwert buchen wir mit Valuta 01.06.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

21.241,03 EUR