# TheSeaportGroup

The Seaport Group LLC
360 Madison Avenue  22nd Floor
New York NY 10017
T 212 616 7700  F 212 616 7733

Mr. Vito Genna
Clerk of the Court
United States Bankruptcy Court
Southern District of New York - Room 615-3
One Bowling Green
New York, NY 10004-1408

Re:    In re Motors Liquidation Co. – Case No. 09-50026 (REG)

Dear Mr. Genna:

Enclosed please find the following document for docketing in the above-captioned matter:

- Notice of Change of Address.

Thank you in advance for your attention to this matter.  Please contact me the undersigned at 212-616-7728 should you have any questions.

Very truly yours,

Scott Friedberg

SEP 2 4 2012

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re:

**Motors Liquidation Company, et al.**

Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

SEP 2 4 2012

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Adrian Zapata aka Adrian Zapata-Montoya, a creditor (**Claim No. 140**) in the cases of the above-captioned debtor ("Debtor"), directs the Motors Liquidation Company Trustee and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the above-referenced claim (as listed on the Debtors' claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Adrian Zapata aka Adrian Zapata-Montoya
c/o Robert Ammons / April Strahan
The Ammons Law Firm, L.LP.
3700 Montrose Boulevard
Houston, TX 77006

New Address
Adrian Zapata aka Adrian Zapata-Montoya
c/o The Seaport Group LLC
360 Madison Avenue
22nd Floor
New York, NY 10017
Attn: Scott Friedberg

I declare that the foregoing is true and correct.

By:  THE SEAPORT GROUP LLC, by power of attorney for Adrian Zapata aka Adrian Zapata-Montoya

By: _____
Its: _____ Jonathan Silverman
General Counsel
Date: September 20, 2012

NY01\KaneD\1576298.2