Mr. Stephen M. Papesh Jr.
3359 South Oakley Avenue
Chicago, IL 60608-6024
Phone: (708) 476-9512

September 10, 2012

The Honorable Robert E. Gerber
United States Bankruptcy Court
South District of New York
One Bowling Green
New York, NY  10004

In re:   Motors Liquidation Company
         Case No. 09-50026

This is my Petition to the Court to reinstate my claim, per Barbara Keene at the Garden City Group (copies attached).  Somewhere in the processing, my claim was lost and I was informed that they have been unable to locate it.

Back in May 29, 2009, General Motors (Claim# 71-725-793-685) forwarded my claim to ESIS – General Motors Corp. (File# 2652141). Then on August 17, 2009 they forwarded the file to Motors Liquidation Co. c/o Alix Partners (Claim# 376-0435).  Through various mailings and phone verifications, I was told that everything was being processed and it would be finalized on March 31, 2011.

However, to date, there has been no resolve to my claim and they state that they are unable to locate the original claim and have requested that I petition the court for reinstatement.  Both Barbara Keene at Garden City Group and all prior departments have been sent the claim's documentation already.

I thank you for your help in resolving this matter.  If any further information is required, or you have any questions, please contact me at:

Mr. Stephen M. Papesh Jr.
3359 South Oakley Avenue
Chicago, IL 60608-6024
Phone: (708) 476-9512
Fax: (312) 346-0951 (ATTN:  Deanna Papesh)

Sincerely,


Stephen M. Papesh Jr.

| TO | | | FROM | |
|---|---|---|---|---|
| Name | Deanna Papesh | | Name | |
| Company | Houlihan Lokey | | Company | The Garden City Group |
| Phone | | | Phone | (631) 940-6554 |
| Fax No. | (312) 795-9480 | | Fax No. | |
| Subject | Information requested by D. Papesh | | Date / Time | 8/14/2012 |

| Pages (Incl. Cover) | 2 |
|---|---|

CC:  Name    Company    Fax

Attached please find contact information for the Court handling the Motors Liquidation Company proceeding.

Thank you.

The information contained in this facsimile message is privileged and confidential. It is intended for the exclusive use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the telecopied information is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone to arrange for the return of the facsimile document to us.

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

In re: Motors Liquidation Company
  Case No 09-50026