**282nd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AMBER ENGINEERIN INC C/O RAYTHEON COMPANY<br>PHILIP P BERESTECKI<br>870 WINTER ST<br>WALTHAM WOODS<br>WALTHAM, MA 02451-1449 | 67354 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pgs. 4-5 |
| DAVID FAIRBANKS<br>5458 PINE LAKE DR<br>BRIGHTON, MI 48116-5161 | 2931 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pgs. 4-5 |
| GERHARD CILLIERS<br>GERHARD CILLIERS<br>P.O. BOX 4647<br>PRETORIA 174 SOUTH AFRICA | 17689 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pgs. 4-5 |
| H E BAHER INCORPORATED<br>C/O RUTTER HOBBS & DAVIDOFF INCORPORATED<br>ATTN: C JOHN M MELISSINOS<br>1901 AVENUE OF THE STARS, SUITE 1700<br>LOS ANGELES, CA 90067 | 71165 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$125,000.00 (U)<br>$125,000.00 (T)<br>Unliquidated | Insufficient Supporting Documentation | Pgs. 4-5 |
| HARTFORD FIRE INSURANCE COMPANY<br>BANKRUPTCY UNIT T 1 55<br>HARTFORD PLAZA<br>HARTFORD, CT 06115 | 66089 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

282nd Omnibus Objection      **Exhibit A**      <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY WALKER<br>1220 NORTH RD NE APT 12<br>WARREN, OH 44483-4568 | 20177 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pgs. 4-5 |
| PHILLIPS, GARLAND E<br>3302 TIMBERVIEW ST<br>FLINT, MI 48532-3755 | 3829 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pgs. 4-5 |
| PUGH, STANLEY<br>AINSMAN LEVINE & DREXLER<br>330 GRANT STREET - SUITE 1500<br>PITTSBURGH, PA 15219 | 3881 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Insufficient Supporting Documentation | Pgs. 4-5 |
| UNIVERSITY OF MICHIGAN<br>BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN<br>C/O DEBRA A KOWICH, ESQ<br>503 THOMPSON STREET #5010<br>ANN ARBOR, MI 48109-1340 | 59209 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pgs. 4-5 |
| ZURICH AMERICAN INSURANCE COMPANY & AFFILIATES<br>ATTN MARY PERLICK, 9TH FL, TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 4690 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**282nd Omnibus Objection** **Exhibit A** <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | | **Grounds For Objection** | **Objection Page Reference** |
|---|---|---|---|---|---|---|
| | 10 | | $0.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $325,000.00 | (U) | | |
| | | | $325,000.00 | (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**282nd Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to   at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SMITH, KENNETH<br>HORWITZ HORWITZ AND ASSOCIATES LTD<br>ON BEHALF OF KENNETH SMITH<br>25 E WASHINGTON ST STE 900<br>CHICAGO, IL 60602-1716 | 38904 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Insufficient Supporting Documentation | Pgs. 4-5 |
| WATKINS TRUCKS INC<br>ATTN: GEORGE WATKINS, PRESIDENT<br>4031 NEW CASTLE AVENUE<br>NEW CASTLE, DE 19720 | 71044 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$607,563.19 (U)<br>$607,563.19 (T) | Insufficient Supporting Documentation | Pgs. 4-5 |
| ***OBJECTION ADJOURNED*** | 2 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,607,563.19 (U)<br>$5,607,563.19 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.