**285th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANN MCHUGH<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221-4057 | 61832 | MLCS, LLC | Unliquidated | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| KELLEHER FRANCES L<br>743 HIGH ST<br>NATTLEBORO, MA 02760-4488 | 43335 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$106,092.00 (P)<br>$0.00 (U)<br>$106,092.00 (T) | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| KELLEHER, FRANCES L<br>743 HIGH ST<br>NATTLEBORO, MA 02760-4488 | 64263 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$106,092.00 (P)<br>$0.00 (U)<br>$106,092.00 (T) | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| LA FOND, JANET M<br>21503 BRYN MAWR AVE<br>PORT CHARLOTTE, FL 33952-4403 | 16749 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$118,420.80 (U)<br>$118,420.80 (T) | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| MCHUGH, ANN F<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221-4057 | 61833 | MLCS Distribution Corporation | Unliquidated | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

285th Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCHUGH, ANN F<br>2330 MAPLE RD<br>APT 224<br>WILLIAMSVILLE, NY 14221-4057 | 61835 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| TONY HOLT<br>1423 ELROD RD<br>BOWLING GREEN, KY 42104-8513 | 26654 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$426,296.00 (U)<br>$426,296.00 (T) | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **7** | | **$0.00 (S)**<br>**$0.00 (A)**<br>**$212,184.00 (P)**<br>**$544,716.80 (U)**<br>**$756,900.80 (T)** | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.