**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **MOTORS LIQUIDATION CO., et al** | Case No. 09-50026 REG |
| **f/k/a/ General Motors Corp., et al** | |
| Jointly Administered, | Chapter 11 |
| Debtor(s). | |
| _____/ | |

**REQUEST TO BE REMOVED FROM**
**RECEIVING ELECTRONIC FILINGS IN A CASE**

Please remove attorney Kenneth M. Schneider of Schneider Miller, P.C., whose e-mail address is kschneider@schneidermiller.com from the list that allows for receipt of electronic filings in the above-captioned case and any related adversary proceedings.

                                                                SCHNEIDER MILLER, P.C.

Dated: September 26, 2012                    /s/ Kenneth M. Schneider
                                                 By:    KENNETH M. SCHNEIDER (P-31963)
                                                        645 Griswold, Suite 3900
                                                        Detroit, MI 48226
                                                        (313) 237-0850
                                                        kschneider@schneidermiller.com