UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                   : Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,   :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,        :
                                                        :
             Debtors.                     :   (Jointly Administered)
                                                        :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                      ) ss
COUNTY OF NASSAU   )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On September 25, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Lyndia Brewer on Behalf of the Estate of Marcus Wirt, c/o Sanders Law Firm, A. Sanders, 119 South Main St., Memphis, Tennessee 38103 (an affected party):

- **Notice of Presentment of Proposed Order Granting the Objection to Proof of Claim No. 70493 filed by Lyndia Brewer, Subject to Occurrence of the Effective Date** [Docket No. 12088].

                                                  /s/Barbara Kelley Keane
                                                  Barbara Kelley Keane

Sworn to before me this 28th day of
September, 2012

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013