> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                              :   **Chapter 11 Case No.**
                                                       :
**MOTORS LIQUIDATION COMPANY,** *et al.*,              :   **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*               :
                                                       :
                            Debtors.                   :   **(Jointly Administered)**
                                                       :
------------------------------------------------------------x

**NOTICE OF ADJOURNED MATTER SCHEDULED FOR**
**HEARING ON OCTOBER 3, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER**

1. *Trusky, et al. v. General Motors Company, Adv. Proc. No. 12-09803 (REG):* Motion of General Motors LLC to Dismiss Plaintiffs' Second Amended Complaint, or, at a Minimum, to Strike the Class Allegations (**Adv. Proc. ECF No. 12**)

    Responses Filed:

    A.   Plaintiffs' Memorandum of Law in Opposition to Defendant, New GM's Motion to Dismiss Plaitniffs' Second Amended Complaint, or at Minimu, to Strike the Class Allegations (**Adv. Proc. ECF No. 14**)

    Replies Filed:

    B.   Reply Brief of General Motors LLC in Support o Motion to Dismiss Plaintiffs' Second Amended Complaint or, at a Minimum, to Strike the Class Allegations (**Adv. Proc. ECF No. 16**)

Additional Documents:

C. Notice of Hearing on Motion of General Motors LLC to Dismiss Plaintiffs' Second Amended Complaint, or, at a Minimum, to Strike the Class Allegations (**Adv. Proc. ECF No. 11**)

D. Notice of Adjournment of Hearing on Motion of General Motors LLC to Dismiss Plaintiffs' Second Amended Complaint or, at a Minimum, to Strike the Class Allegations from October 3, 2012 to November 16, 2012 at 9:45 a.m. (**Adv. Proc. ECF No. 18**)

**Status**: This matter is adjourned to November 16, 2012 at 9:45 a.m. (Eastern Time).

Dated: New York, New York
October 1, 2012

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust