UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss
COUNTY OF NASSAU   )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On September 27, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

- **Order Granting the 282nd Omnibus Objection to Claims (Insufficient Documentation)** [Docket No. 12105].

3. On September 27, 2012, also at the direction of Dickstein, I caused true and correct copies of the following documents to be served by overnight delivery on Atul C. Shah MD, 2884 Manorwood Dr., Troy, Michigan 48085 (affected claimant):

- **Objections Filed by Atul C. Shah, MD., Creditor, to the "Proposed Order" Disallowing and Expunging Proof of Claim Number 28820** [Docket No. 12106]; and

- **Order ~~Granting~~ Sustaining Objection to Proof of Claim No. 28820 Filed by Atul Shah** [Docket No. 12107].

    /s/Barbara Kelley Keane
    Barbara Kelley Keane

Sworn to before me this 2nd day of
October, 2012

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

| | |
|---|---|
| AMBER ENGINEERIN INC C/O RAYTHEON COMPANY<br>C/O LAWRENCE A KATZ<br>ATTORNEY-IN-FACT - VENABLE LLP<br>8010 TOWERS CRESCENT DRIVE SUITE 300<br>VIENNA, VA 22182 | AMBER ENGINEERIN INC C/O RAYTHEON COMPANY<br>PHILIP P BERESTECKI<br>870 WINTER ST<br>WALTHAM WOODS<br>WALTHAM, MA 02451-1449 |
| DAVID FAIRBANKS<br>5458 PINE LAKE DR<br>BRIGHTON, MI 48116-5161 | GERHARD CILLIERS<br>GERHARD CILLIERS<br>P.O. BOX 4647<br>PRETORIA  174 SOUTH AFRICA |
| H E BAHER INCORPORATED<br>ATTN: MYRA BAHER TOTTEN<br>3003 REDONDO AVENUE<br>SANTA ROSA VALLEY, CA 93102 | H E BAHER INCORPORATED<br>C/O RUTTER HOBBS & DAVIDOFF INCORPORATED<br>ATTN: C JOHN M MELISSINOS<br>1901 AVENUE OF THE STARS, SUITE 1700<br>LOS ANGELES, CA 90067 |
| H E BAHER INCORPORATED<br>PAUL H. LEVIEN, ESQ<br>10850 WILSHIRE BOULEVARD, SUITE 825<br>LOS ANGELES, CA 90024-4644 | HARTFORD FIRE INSURANCE COMPANY<br>BANKRUPTCY UNIT T 1 55<br>HARTFORD PLAZA<br>HARTFORD, CT 06115 |
| MARY WALKER<br>479 RIDGE RD APT B6<br>NEWTON FALLS, OH 44444-1268 | PHILLIPS, GARLAND E<br>3302 TIMBERVIEW ST<br>FLINT, MI 48532-3755 |
| PUGH, STANLEY<br>AINSMAN LEVINE & DREXLER<br>330 GRANT STREET - SUITE 1500<br>PITTSBURGH, PA 15219 | SMITH, KENNETH<br>HORWITZ HORWITZ AND ASSOCIATES LTD<br>ON BEHALF OF KENNETH SMITH<br>25 E WASHINGTON ST STE 900<br>CHICAGO, IL 60602-1716 |
| UNIVERSITY OF MICHIGAN<br>BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN<br>C/O DEBRA A KOWICH, ESQ<br>503 THOMPSON STREET #5010<br>ANN ARBOR, MI 48109-1340 | WALKER, MARY L<br>1220 NORTH RD NE APT 12<br>WARREN, OH 44483-4568 |
| WATKINS TRUCKS INC<br>ATTN: GEORGE WATKINS, PRESIDENT<br>4031 NEW CASTLE AVENUE<br>NEW CASTLE, DE 19720 | ZURICH AMERICAN INSURANCE COMPANY & AFFILIATES<br>ATTN MARY PERLICK, 9TH FL, TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 |