UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                      ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On September 27, 2012, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

- **Order Granting 285th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and hourly Employees)** [Docket No. 12108].

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 2nd day of
October, 2012

/s/ Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

| | |
|---|---|
| ANN MCHUGH<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221-4057 | ANN MCHUGH<br>C/O LAW OFFICES OF GALBO & BADER<br>5792 MAIN STREET<br>WILLIAMSVILLE, NY 14221 |
| KELLEHER FRANCES L<br>7 INDEPENDENCE WAY APT 405<br>FRANKLIN, MA 02038-7312 | KELLEHER, FRANCES L<br>743 HIGH ST<br>NATTLEBORO, MA 02760-4488 |
| LA FOND, JANET M<br>14509 BRIDGEVIEW LN<br>PORT CHARLOTTE, FL 33953 | TONY HOLT<br>1423 ELROD RD<br>BOWLING GREEN, KY 42104-8513 |