October 1, 2012

Honorable Robert E. Gerber

U.S. Bankruptcy Court

Southern District

Room 621

One Bowling Green

New York, New York 10004

I am notifying the court concerning Claim # 11591 filed against Motors Liquidation Company Chapter 11 Case No. 09-50026.

I received three documents stating my claim is scheduled to be expunged at a hearing on October 15, 2012.

This letter is to object to this recommendation. My claim is solely against General Motors Corporation. There are no third parties involved as asserted in the "286[th] Omnibus Objection to Claims"

Therefore I am requesting this claim, reference exhibit A attached, be further reviewed by the Court at the hearing scheduled for October 15, 2012 and not be expunged.

Respectfully,

*Wayne J. Varady*

Wayne J. Varady

9789 Alhambra Lane

Bonita Springs, Florida 34135

Cc: DICKSTIEN SHARPIRO LLP

1633 Broadway

New York, New York 10019

| 286th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD JACOBS<br>5420 NAUGHTON DR<br>HUBER HEIGHTS, OH 45424-6002 | 49604 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$60,000.00 (P)<br>$0.00 (U)<br>$60,000.00 (T)<br>Unliquidated | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| GREGG, WILLARD W<br>9721 E GOLDEN ST<br>MESA, AZ 85207-4435 | 4082 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| IRMA Y VELIZ<br>12565 PETALUMA RD<br>VICTORVILLE, CA 92392-9271 | 26683 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$335,153.36 (U)<br>$335,153.36 (T)<br>Unliquidated | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| KAREN FOLEY<br>C/O COMMUNITY LEGAL CLINIC<br>ATTN KAREN MCCLELLAN<br>71 COLBORNE ST EAST<br>ORILLIA OB L3V 6J6 | 64857 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$50,000.00 (P)<br>$400,000.00 (U)<br>$450,000.00 (T) | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| VARADY WAYNE J<br>9789 ALHAMBRA LN<br>BONITA SPRINGS, FL 34135-2816 | 11591 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$443,415.40 (U)<br>$443,415.40 (T) | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1