UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
**MOTORS LIQUIDATION COMPANY,** *et al.,*       :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,       :
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.  I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On September 7, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

                                              /s/Barbara Kelley Keane
                                              Barbara Kelley Keane

Sworn to before me this 4th day of
October, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015

# EXHIBIT A

HILLSON, LARRY C
3930 WILLOWSPRINGS DR
RENO, NV 89519-2160

RICHARD L NILES
TOD REGISTRATION
1038 DOMINION DR
OJAI, CA 93023-1553