UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,          :
                                                   :
        Debtors.                               :   (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On October 2, 2012, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

- **Order Granting Motors Liquidation Company GUC Trust's Objection to Proof of Claim No. 71060** [Docket No. 12113].

                                                  /s/Barbara Kelley Keane
                                                  Barbara Kelley Keane

Sworn to before me this 4th day of
October, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015

# EXHIBIT A

| | |
|---|---|
| CLASS MEMBERS USDC E D CA 2:07-CV-02142<br>C/O LAKINCHAMPMAN LLC.<br>ATTN: MARK L. BROWN<br>300 EVANS AVENUE, P.O.BOX 229<br>WOOD RIVER, IL 62095 | CLASS MEMBERS USDC E D CA 2:07-CV-02142<br>C/O LEADER & BERKON LLP<br>ATTN: S. ALYSSA YOUNG<br>630 THIRD AVE<br>NEW YORK, NY 10017 |
| CLASS MEMBERS USDC E D CA 2:07-CV-02142<br>SL CHAPMAN LLC<br>ATTN: MARK L BROWN, ROBERT W. SCHMIEDER II<br>330 NORTH FOURTH STREEET, SUITE 330<br>ST LOUIS, MO 63102 | |