UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                :      Chapter 11
                                                      :
MOTORS LIQUIDATION COMPANY, *et al.*,     :      Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*   :
                                                      :      (Jointly Administered)
                  Debtors.          :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on October 8, 2012, I caused to be served true and correct copies of *Objection by General Motors LLC to Pro Se Motion for Relief from Automatic Stay of Debtors General Motors Corporation, et al. and Defendant New General Motors, LLC. Motion for Relief of Automatic Stay of Co-Defendants AutoNation of Fort Worth Motors Ltd, DBA Bankston Chevrolet Fort Worth, and Motion to Sever Co-Defendants* with Exhibits A and B, via electronic mail via the Court's ECF System.

In addition, copies of the aforesaid document was served upon the parties listed on Exhibit A annexed hereto via electronic mail, facsimile and/or overnight mail service at the last known addresses as listed on Exhibit A.

Dated: October 9, 2012
       New York, New York

                                   KING & SPALDING LLP

                                   By: /s/ Scott Davidson
                                   Arthur J. Steinberg
                                   Scott Davidson
                                   King & Spalding LLP
                                   1185 Avenue of the Americas
                                   New York, NY 10036
                                   (212) 556-2100 - telephone
                                   (212) 556-2222 - facsimile

                                   *Counsel for General Motors LLC*

DMSLIBRARY01-19678584.1

# **EXHIBIT A**

| |
|---|
| Edward Wu, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>edward.wu@weil.com<br>Via email and overnight mail |
| Shaya Berger, Esq.<br>Dickstein Shapiro, LLP<br>1633 Broadway<br>New York, NY  10019<br>bergers@dicksteinshapiro.com<br>Via email and overnight mail |
| Ms. Linda Mitchell<br>1710 Marlene Drive<br>Euless, Texas  76040<br>albojintx@yahoo.com<br>Via email and overnight mail |
| Attorney for Co-Defendant<br>AutoNation Fort Worth Motors<br>d/b/a Bankston Chevrolet Fort Worth<br>201 Main Street<br>Suite 1260<br>Fort Worth, TX  76102<br>Facsimile No. 817-338-1050<br>Via facsimile and overnight mail |