UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On October 9, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Tia Gomez, 5630 Wedgewood Circle, Sparks, Nevada 89436-3714 (affected claimant):

- **Letter from Anamay M. Carmel, Dickstein Shapiro LLP, to Tia Gomez, dated October 8, 2012, regarding hearing on October 15, 2012 at 9:45 a.m. (Eastern Time)** (annexed hereto as Exhibit A)

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 12th day of
October, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015

# EXHIBIT A

# DICKSTEIN SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

October 8, 2012

Via OVERNIGHT MAIL

Tia Gomez
5630 Wedgewood Circle
Sparks, NV  89436

Re:    Motors Liquidation Company, et al. - Case No. 09-50026-reg
       Claim No. 50945

Dear Ms. Gomez:

This letter is to advise you that the hearing on the above referenced objection to your claim (Claim No. 50945) (and on any related filings) will take place on **Monday, October 15, 2012 at 9:45 a.m. (Eastern Time)**.  If you fail to appear at the hearing, the Court will rule on this matter without further opportunity for you to be heard.

The hearing will be held at the following address:

United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 621
New York, NY 10004-1408

Rather than appearing in person, you may participate in the hearing telephonically.  To request a telephonic appearance, please call the Court's telephonic appearance provider, CourtCall, LLC, at (866) 582-6878 in advance of the hearing.  In cases of hardship, we will arrange to cover the cost of your telephonic appearance.  Additional information on CourtCall may be found at www.nysb.uscourts.gov (the official website for the Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."

If you have any questions, please feel free to email me at carmela@dicksteinshapiro.com or call me at (212) 277-6726.

Sincerely,

*Anamay M. Carmel*

Anamay M. Carmel

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC

DOCSNY-519299v1