> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                       :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.***,**   :    **09-50026** (REG)
f/k/a **General Motors Corp.,** *et al.*        :
:
Debtors.                                        :    **(Jointly Administered)**
:
---------------------------------------------------------------x

**AMENDED NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 15, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1. 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

   Responses Filed:

   A.   Timothy G. Mayer (**Informal**)

   Replies Filed:

   B.   Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 214th and 215th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 12126**)

   Additional Documents:     None to date.

  **Status**: This matter is going forward solely as to Timothy G. Mayer (Claim No. 70622). Upon the resolution of the claim, all claims subject to this omnibus objection shall be completely resolved.

2. 215th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9452**)

    Responses Filed:

    A. Austin and Rebecca Viall (**ECF Nos. 9863, 10848, and 11063**)

    B. Nika Gojcaj (**Informal**)

    Replies Filed:

    C. Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 214th and 215th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 12126**)

    Additional Documents: None to date.

    **Status**: This matter is going forward solely as to Austin and Rebecca Viall (Claim No. 70909). This matter is adjourned as to Nika Gojcaj (Claim No. 70897) to November 19, 2012 at 9:45 a.m.

3. Motion for Relief from Stay filed by Linda Mitchell (**ECF No. 12089**)

    Responses Filed:

    A. Objection by General Motors LLC to Motion for Relief from Stay filed by Linda Mitchell (**ECF No. 12122**)

    Replies Filed: None to date.

    Additional Documents: None to date.

    **Status**: This matter is going forward.

## II. UNCONTESTED MATTERS

1. Objection to Proof of Claim 28560 filed by Alicia E. Calhoun (**ECF No. 12058**)

    Responses Filed: None to date.

    Replies Filed: None to date.

    Additional Documents: None to date.

    **Status**: This matter is going forward.

2

    2.    286th Omnibus Objection to Claims (No Liability) (**ECF No. 12052**)

        Responses Filed:

        A.    Objection to 286th Omnibus Objection to Claims filed by Wayne J. Varady (**ECF No. 12118**)

        Replies Filed:    None to date.

        Additional Documents:    None to date.

        **Status**:    This matter is going forward as to all claimants that are subject to the omnibus objection except Wayne J. Varady (Claim No. 11591) and Donald Jacobs (Claim No. 49604).  This matter is adjourned as to Wayne J. Varady.  This matter is withdrawn as to Donald Jacobs.

### III.    RESOLVED/WITHDRAWN MATTERS

    1.    Objection to Proof of Claim No. 29628 filed by Tiesha McNeal (**ECF No. 12004**)

        Responses Filed:    None to date.

        Replies Filed:    None to date.

        Additional Documents:    None to date.

        **Status**:    This matter is withdrawn as the parties have reached a consensual resolution.

### IV.    ADJOURNED MATTERS

    1.    **Motion for Objection to Claim No. 50945 filed by Tia Gomez (ECF No. 12053)**

        **Responses Filed:**    **None to date.**

        **Replies Filed:**    **None to date.**

        **Additional Documents:**    **None to date.**

        **Status:**    **This matter is adjourned to November 19, 2012 at 9:45 a.m.**

    2.    Objection to Proofs of Claim Nos. 63846 and 63847 filed by or on Behalf of Jairo Alan Franco (**ECF No. 12015**)

        Responses Filed:

3

A. Claimant's Response to Debtors' Objection to Proof of Claim Nos. 63846 and 63847 filed by or on Behalf of Jairo Alan Franco (**ECF No. 12055**)

Replies Filed:

B. Reply to Response filed by and on Behalf of Jairo Alan Franco to the Objection to Proofs of Claim Nos. 63846 and 63847 (**ECF No. 12069**)

Additional Documents: None to date.

**Status**: This matter is adjourned to November 19, 2012 at 9:45 a.m.

---

**ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**

This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).

If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.

Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

---

Dated: New York, New York
October 12, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
 Company GUC Trust

4

US_ACTIVE:\44113271\3\72240.0639