Judge Gerber
October 15, 2012
9:45 A.M.

UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:    Chapter 11
Case No. 09-50026 (Reg)

GENERAL MOTORS CORPORATION, *et al.*

Debtors

LINDA MITCHELL (Propria Persona)

Plaintiff

Vs.

GENERAL MOTORS COMPANY, f/k/a
NEW GENERAL MOTORS COMPANY, LLC

Defendants

**TO THE HONORABLE JUDGE GERBER:**

**Amendment to Motion**

**MOTION FOR RELIEF FROM AUTOMATIC STAYOF DEBTORS GENERAL MOTORS CORPORATION, *et al.* AND DEFENDANT NEW GENERAL MOTORS COMPANY, LLC. MOTION FOR RELEIF OF ATOMATIC STAY OF CO-DEFENDANTS AUTO NATION OF FORT WORTH MOTORS LTD, DBA BANKSTON CHEVROLET FORTH WORTH, AND MOTION TO SEVER CO-DEFENDANTS FROM DEFENDANTS**

I would like to amend my motion to include as grounds for relief :11 U.S.C. 523(6) Exceptions to discharge which states a debt is exempt from discharge for a willful and malicious injury by the debtor to another entity or to the property of another entity.

My state court action found defendants guilty of "conduct knowingly", which brought injury to my property.

Respectively,

Linda Mitchell
1710 Marlene Dr.
Euless, Texas 76040
817-494-4300


Notice has been provided via Email to:

Attorneys for New GM
**Scott I. Davidson| King & Spalding LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: 212.556.2164 | Fax: 212.556.2222
E-mail: sdavidson@kslaw.com

Attorneys for Old GM
1633 Broadway  New York, NY 10019
(212) 277-6746
mailto:BergerS@DicksteinShapiro.COM