UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

MOTORS LIQUIDATION CO., et al.,

                Debtors.
------------------------------------------------------------------------X

Chapter 11

Case No.: 09-50026 (REG)

Jointly Administered

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Kathleen Holler hereby withdraws with prejudice proof of claim number 10901 filed against Debtor Motors Liquidation Company.

Respectfully submitted,

LIPSITZ GREEN SCIME CAMBRIA LLP

By: _____
Richard P. Weisbeck, Jr., Esq.
Attorney for Creditor
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333

Dated: 10/5/12

RECEIVED
OCT 12 2012