**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **Motors Liquidation Company.** | : | **09-50026** (REG) |
| | : | |
| | : | |
| Debtors. | : | |
|_____ x | | |

**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Abigail M. Stempson, Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  *October 17, 2012*

*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE