286th Omnibus Objection **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GREGG, WILLARD W<br>9721 E GOLDEN ST<br>MESA, AZ 85207-4435 | 4082 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| IRMA Y VELIZ<br>12916 PETALUMA RD<br>VICTORVILLE, CA 92392-9271 | 26683 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$335,153.36 (U)<br>$335,153.36 (T)<br>Unliquidated | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| KAREN FOLEY<br>C/O COMMUNITY LEGAL CLINIC<br>ATTN KAREN MCCLELLAN<br>71 COLBORNE ST EAST<br>ORILLIA ON L3V 6J6 | 64857 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$450,000.00 (U)<br>$450,000.00 (T) | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **3** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$785,153.36** (U)<br>**$785,153.36** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

286th Omnibus Objection    **Exhibit A**    <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VARADY WAYNE J<br>9789 ALHAMBRA LN<br>BONITA SPRINGS, FL 34135-2816 | 11591 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$443,415.40  (U)<br>$443,415.40  (T) | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| ***OBJECTION ADJOURNED*** | **1** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$443,415.40**  (U)<br>**$443,415.40**  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 286th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD JACOBS<br>5420 NAUGHTON DR<br>HUBER HEIGHTS, OH 45424-6002 | 49604 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$60,000.00 (P)<br>$0.00 (U)<br>$60,000.00 (T)<br>Unliquidated | No Liability; Claim seeks recovery for amounts for which the debtors are not liable | Pgs. 1-5 |
| **OBJECTION WITHDRAWN** | **1** | | **$0.00** (S)<br>**$0.00** (A)<br>**$60,000.00** (P)<br>**$0.00** (U)<br>**$60,000.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.