Donn D. Rosenblum (OH #0016552)
Assistant Attorney General
Collections Enforcement Section
150 East Gay Street, 21st Floor
Columbus, OH 43215
Tel: (614) 728-5754
Fax: (614) 877-591-5768

**donn.rosenblum@ohioattorneygeneral.gov**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Case No. 09-50026 - REG** |
| | : | **(Jointly Administered)** |
| **MOTORS LIQUIDATION COMPANY** | : | |
| **et al.** | : | **Chapter 11** |
| **Debtors.** | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM ECF**

Please take notice that Donn D. Rosenblum, Assistant Attorney General for the State of Ohio, hereby withdraws his appearance in this case and requests that Donn D. Rosenblum be removed from the court's CM/ECF electronic filing system in reference to the above captioned bankruptcy case.   The matters for which the appearance was made have been resolved.

The e-mail address to be removed from all mailing lists and notices of electronic filings in the above-captioned matter is: donn.rosenblum@ohioattorneygeneral.gov.

Respectfully Submitted,

MICHAEL DeWINE
Attorney General of Ohio

/s/ *Donn D. Rosenblum*
Donn D. Rosenblum (#0016552)
Assistant Attorney General
Collections Enforcement Section
150 East Gay Street, 21st Floor
Columbus, OH 43215

Tel: (614) 728-5754
Fax: (614) 877-591-5768
donn.rosenblum@ohioattorneygeneral.gov


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Request for Removal From ECF was filed electronically this 17th day of October, 2012.  Notice of this filing will be sent electronically to all parties and attorneys who have entered an appearance and receive notices in this case through the Court's CM/ECF.  Parties may access this filing through the Court's electronic filing system.


  _/s/ *Donn D. Rosenblum*_____
        Donn D. Rosenblum