UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On September 28, 2012, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

- **Stipulation and Agreed Order Regarding Claim Nos. 38932, 66308, 66309, 66310**
  [Docket No. 12109].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 17th day of
October, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

CASTLE BUICK PONTIAC GMC INC
BURKE WARREN MACKAY & SERRITELLA PC
330 NORTH WABASH AVENUE
CHICAGO, IL 60611

GROSSINGER AUTOPLEX INC
BURKE WARREN MACKAY & SERRITELLA PC
330 NORTH WABASH AVENUE
CHICAGO, IL 60611

JOE MITCHELL BUICK-GMC TRUCK, INC.
372 S KENILWORTH AVE
ELMHURST, IL 60126-3927

NORTH SHORES INC - GMC ADD POINTS
NORTH SHORES INC
150 NORTH WACKER DRIVE SUITE 1650
CHICAGO, IL 60610-1622