## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In the Matter of:                                                    In Bankruptcy

**MOTORS LIQUIDATION CO., et al**                  Case No. 09-50026 REG
**f/k/a/ General Motors Corp., et al**
Jointly Administered,                                          Chapter 11

　　　　　Debtor(s).
_____/

### REQUEST TO BE REMOVED FROM
### RECEIVING ELECTRONIC FILINGS IN A CASE

　　　Please remove attorney Kenneth M. Schneider of Schneider Miller, P.C., whose e-mail address is kschneider@schneidermiller.com from the list that allows for receipt of electronic filings in the above-captioned case and any related adversary proceedings.

　　　　　　　　　　　　　　　　　SCHNEIDER MILLER, P.C.

Dated: October 18, 2012                    ___/s/ Kenneth M. Schneider___
                                    By:    KENNETH M. SCHNEIDER (P-31963)
                                           645 Griswold, Suite 3900
                                           Detroit, MI 48226
                                           (313) 237-0850
                                           kschneider@schneidermiller.com