UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :     Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :     Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,          :
                                                               :
               Debtors.               :     (Jointly Administered)
                                                               :
------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                      ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.     I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On October 17, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Expunging Claim Numbers 617, 370, 25372, 25373, 25374, 25375 and 18906 filed by Brett Ballard, Ava Mertens, Brandon Upton, Cole Upton, Kyle Upton, Todd Upton, and Joseph Ferrara, Respectively** [Docket No. 12142].

3.     On October 17, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (affected parties):

- **Order Granting 286th Omnibus Objection to Claims (No Liability Claims)** [Docket No. 12144].

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 23rd day of
October, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

| | |
|---|---|
| AVA MERTENS BY AND THROUGH HER GUARDIAN AD LITEM<br>TRISANNA MERTENS<br>4177 KIMBERLY LN<br>OCEANSIDE, CA 92056 | BRETT BALLARD<br>C/O TIM MORGAN<br>LANGDON & EMISON<br>PO BOX 220, 911 MAIN STREET<br>LEXINGTON, MO 64067 |
| JOSEPH FERRARA<br>MOYNAHAN & MINNELLA<br>C/O DAVID GRONBACH<br>141 EAST MAIN STREET<br>WATERBURY, CT 06702-2310 | UPTON, BRANDON M<br>8306 TOWNSHIP ROAD 166<br>WEST LIBERTY, OH 43357 |
| UPTON, COLE M<br>8306 TOWNSHIP ROAD 166<br>WEST LIBERTY, OH 43357 | UPTON, G TODD<br>8306 TOWNSHIP ROAD 166<br>WEST LIBERTY, OH 43357 |
| UPTON, KYLE T<br>8306 TOWNSHIP ROAD 166<br>WEST LIBERTY, OH 43357 | |

# EXHIBIT B

DONALD JACOBS  
5420 NAUGHTON DR  
HUBER HEIGHTS, OH 45424-6002

GREGG, WILLARD W  
9721 E GOLDEN ST  
MESA, AZ 85207-4435

IRMA Y VELIZ  
12916 PETALUMA RD  
VICTORVILLE, CA 92392-5016

KAREN FOLEY  
C/O COMMUNITY LEGAL CLINIC  
ATTN KAREN MCCLELLAN  
71 COLBORNE ST EAST  
ORILLIA ON L3V 6J6

VARADY WAYNE J  
9789 ALHAMBRA LN  
BONITA SPRINGS, FL 34135-2816