UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
 In re                                        :   Chapter 11
                                              :
 MOTORS LIQUIDATION COMPANY, et al.,          :   Case No. 09-50026 (REG)
       f/k/a General Motors Corp., et al.,    :
                                              :
                     Debtors.                 :   (Jointly Administered)
                                              :
-----------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.   I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On October 18, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on the parties identified on Exhibit A annexed hereto (affected parties):

- **Letter from Anamay M. Carmel, Dickstein Shapiro LLP, to Juanita Picket, dated October 18, 2012, regarding Available Resources for Litigation Assistance**. (annexed hereto on Exhibit B)

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 23rd day of
October, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

JUANITA PICKETT  
PO BOX 1181  
MABLETON, GA 30126

JUANITA PICKETT  
PO BOX 471  
LOGANVILLE, GA 30052

# EXHIBIT B

# DICKSTEIN SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

October 18, 2012

**VIA OVERNIGHT MAIL**

Juanita Pickett
P.O. Box 1181
Mableton, GA 30126

    Re:    **JUANITA PICKETT V. MOTORS LIQUIDATION COMPANY**
              <u>**CASE NO. 1:12-CV-06785-WHP**</u>

Dear Ms. Pickett:

As you know, we represent the Motors Liquidation Company GUC Trust in the above-referenced matter. Consistent with our discussion today, I wanted to remind you that we do not represent your interests, and that you are free to consult with an attorney regarding your claim.

Alternatively, I would like to remind you again that the Pro Se Office at the U.S. District Court of the Southern District of New York is a valuable resource in assisting litigants who proceed in federal court without the assistance of counsel. The contact information for the Pro Se Office is (212) 805-0175. You may also submit your questions by writing to the Pro Se Office at:

> **United States District Court of the Southern District of New York**
> **Pro Se Office**
> **Daniel Patrick Moynihan United States Courthouse**
> **500 Pearl Street, Room 230**
> **New York, New York 10007**

For your convenience, I have also attached the scheduling order entered by the Judge in this case.

                                                Sincerely,

                                                Anamay M. Carmel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
            :
JUANITA PICKETT,
            :
          Appellant,           12 Civ. 6785 (WHP)
            :
         -against-           ORDER
            :
MOTORS LIQUIDATION CO.,
            :
          Appellee.
            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/12
```

WILLIAM H. PAULEY III, District Judge:

      Appellant pro se Juanita Pickett having failed to file a brief, the following briefing schedule is established:

          (1) Appellant shall serve and file her brief by November 2, 2012;

          (2) Appellee shall serve and file its brief by November 16, 2012;

          (3) Appellant shall serve and file her reply, if any, by November 30, 2012; and

          (4) This Court will take the appeal on submission.

      Appellant is cautioned that her failure to timely file a brief may result in the dismissal of this action for failure to prosecute.

Dated:    October 15, 2012
           New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

2

*Copies To:*

Juanita Pickett
P.O. Box 1181
Mableton, GA 30126
*Appellant Pro Se*

Stefanie Greer, Esq.
Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019-6708
*Counsel for Appellee*

2