CHMBRS

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re: MOTORS LIQUIDATION CORP -   Case # 09-50026   <RG>

DEBTOR

### NOTICE OF MOTION AND MOTION FOR RELIEF UNDER RULE 60

SIRS/MADAM:

Please take Notice, that William Kuntz, III who appears here Pro Se, will move upon the Annexed Papers for an Order Under the Rule 60 of the FRCP for an Order of the Court re-instating his Proof of Claims in the above Captioned Matter.

Please take Notice, that the Court may Rule with or without Papers in Opposition and with or without a Hearing.

Respectfully,

William Kuntz, III

India st PO Box 1801 Nantucket Island, Ma 02554-1801\

508-775-5225

Oct 14, 2012

Hyannis, Mass

RECEIVED OCT 17 2012 U.S. BANKRUPTCY COURT SD. DIST. OF NEW YORK

Entered Order:
Deeming this motion to be one for relief under FRBP 9024, motion denied. It fails to assert any matter that the Court overlooked or that might have changed the result.
S/REG
USBJ
10/22/12