# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: MOTORS LIQUIDATION COMPANY, et al, f/k/a General Motors Corp., et al: | Chapter 11 Case No. 09-50026 (REG) |
| Debtors, | (Jointly Administered) |

## NOTICE OF APPEAL

Atul C. Shah, M.D., an unsecured creditor who filed a timely proof of claim in the above captioned case, appeals from 28 U.S.C. {158(a) or (b) from the Order Sustaining Objection to Proof of Claim NO. 28820 Filed By Atul Shah (Doc 12107 and Doc 12108) dated September 27, 2012 after a hearing held in the Bankruptcy Court in the Southern District of New York, the Honorable Bankruptcy Judge Robert E. Gerber presiding. The Order disallowed and expunged the Claim on the basis that such claim fails to set forth facts necessary to establish any legal or factual basis for the alleged claim.

The names of all parties to the Order appealed from and the names, addresses and Telephone numbers of their respective attorneys are as follows.

Atul C. Shah
Unsecured Creditor
*In Pro Se*
2884 Manorwood Drive
Troy, MI 48085
(248) 835-5025 (cell)
(248) 879-0795 (home)



RECEIVED OCT - 5 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Motors Liquidation Company GUC Trust
Stefanie J. Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York, 10019-6708
(212) 277-6500 telephone
(212) 277-6501 fax

Dated: October 2, 2012

Respectfully submitted,

Atul C. Shah, M.D.
*In Pro Se*
Unsecured Creditor
2884 Manorwood Drive
Troy, MI 48085
(248) 835-5025 (cell)
(248) 879-0795 (home)

## PROOF OF SERVICE

On this 3rd day of October, 2012, I did furnish a true and accurate copy of the above Appellant's Notice of Appeal upon the Motors Liquidation Company GUC Trust by sending same to its attorneys Stefanie J. Greer (SG-2898) DICKSTEIN SHAPIRO LLP at their office address 1633 Broadway, New York, New York, 10019-6708 by ordinary mail postage fully prepaid.

Dated: October 3rd, 2012

Respectfully submitted,

*[signature]*

Atul C. Shah, M.D.
*In Pro Se*
Unsecured Creditor
2884 Manorwood Drive
Troy, MI 48085
(248) 835-5025 (cell)
(248) 879-0795 (home)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: MOTORS LIQUIDATION COMPANY, et al, f/k/a General Motors Corp., et al: | Chapter 11 Case No. 09-50026 (REG) |
|---|---|
| Debtors. | (Jointly Administered) |

### APPELLANT'S STATEMENT OF ELECTION

Appellant, Atul C. Shah, hereby elects to have his Appeal heard by the United States District Court for the Southern District rather than the Bankruptcy Appellate Panel Service.

Dated: October 2, 2012

Respectfully submitted,

Atul C. Shah, M.D.
*In Pro Se*
Unsecured Creditor
2884 Manorwood Drive
Troy, MI 48085
(248) 835-5025 (cell)
(248) 879-0795 (home)

1

## **PROOF OF SERVICE**

On this 3rd day of October, 2012, I did furnish a true and accurate copy of the above Appellant's Statement of Election upon the Motors Liquidation Company GUC Trust by sending same to its attorneys Stefanie J. Greer (SG-2898) DICKSTEIN SHAPIRO LLP at their office address 1633 Broadway, New York, New York, 10019 6708 by ordinary mail postage fully prepaid.

Dated: October 3rd, 2012

Respectfully submitted,

Atul C. Shah, M.D.
*In Pro Se*
Unsecured Creditor
2884 Manorwood Drive
Troy, MI 48085
(248) 835-5025 (cell)
(248) 879-0795 (home)

```
=========================================
              TROY MPO
           TROY, Michigan
              480999998
            2582330099-0096
  10/04/2012 (800)275-8777 09:22:00 AM
=========================================
============ Sales Receipt ============
Product          Sale Unit      Final
Description      Qty  Price     Price
_____

NEW YORK NY 10004                $18.95
Zone-4 Express Mail
PO-Add Legal Flat
Rate Env
  3.00 oz.
  Label #:EG694775595US
  Fri 10/05/12 12:00PM - Expected
  Delivery. Money Back Guarantee
  Signature Requested
                                ========
Issue PVI:                       $18.95

NEW YORK NY 10019                 $1.10
Zone-4 First-Class
Large Env
  1.60 oz.
                                ========
Issue PVI:                        $1.10

                               ==========
Total:                           $20.05

Paid by:
Cash                             $20.05
***********************************
***********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
***********************************
```




**UNITED STATES POSTAL SERVICE**

Date: 10/23/2012

ATUL SHAH:

The following is in response to your 10/23/2012 request for delivery information on your Express Mail(R) item number EG69 4775 595U S. The delivery record shows that this item was delivered on 10/05/2012 at 12:35 PM in NEW YORK, NY 10004 to M PORTER. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Subject: USPS Proof of Delivery Info for EG69 4775 595U S

From: U.S._Postal_Service_ (U.S._Postal_Service@usps.com)

To: ATUL99KRISHNA@YAHOO.COM;

Date: Tuesday, October 23, 2012 5:38 PM

This is a post-only message. Please do not respond.

Label Number: EG69 4775 595U S

Service Type: Express Mail(R)

Thank you for requesting a Proof of Delivery letter on your shipment.

Your Proof of Delivery letter is included in a PDF file attached to this email. You will need Adobe Acrobat Reader software to view the PDF file. Download Adobe Acrobat Reader for free by going to http://www.adobe.com/products/acrobat/readstep2.html.

If you have additional questions on Track & Confirm services and features or if you have difficulties viewing the attached file, please visit the Frequently Asked Questions (FAQs) section of our Track and Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm for more information.

Attachment: Proof of Delivery letter (PDF)

---

Results provided by the U.S. Postal Service.