UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re:                                                       :    Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                     :
                                                             :
                                    Debtors.                 :    (Jointly Administered)
------------------------------------------------------------ X

# NOTICE OF APPEAL

Wells Fargo Bank Northwest, N.A. ("Wells Fargo"), as Agent (the "Agent"), on behalf of Norddeutsche Landesbank Girozentrale (New York Branch), as Administrator (the "Administrator"), Hannover Funding Company ("Hannover" or the "CP Lender"), and Deutsche Bank, AG, New York Branch, HSBC Bank USA, National Association, ABN AMRO Bank N.V., Royal Bank of Canada, Bank of America, N.A., Citicorp USA, Inc., Merrill Lynch Bank USA, Morgan Stanley Bank, as purchasers, (collectively with the Administrator, the "TPC Lenders"), appeals under 28 U.S.C. § 158(a)(1), from the Bankruptcy Court's Decision on Valuation Methodology for TPC Lenders' Collateral entered in the above-captioned cases on the 16th day of October, 2012 (the "Decision"). A copy of the Decision is annexed hereto as Exhibit A.

As a precautionary matter, to the extent that the Decision is not deemed a final order, the Agent is herewith simultaneously filing a motion for leave to appeal pursuant to 28 U.S.C. § 158(a)(3) and Bankruptcy Rules 8001, 8002 and 8003.

The names of all parties to the Decision and the names, addresses, and telephone numbers of their respective attorneys are as follows:

*Appellant and Counsel*

Wells Fargo Bank Northwest, N.A.,

    as Agent to the TPC Lenders

Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Tel.: (212) 839-5300
Fax: (212) 839-5599
Attn:  Steven M. Bierman
       Nicholas K. Lagemann
       Marissa Alter-Nelson
       Andrew P. Propps

    -and-

Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
Attn:  Kenneth P. Kansa (admitted *pro hac vice*)

*Attorneys for Appellant Wells Fargo Bank Northwest, N.A.,*
    *as Agent to the TPC Lenders*


*Appellee and Counsel*

General Motors LLC

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Tel.: (212) 556-2100
Fax: (212) 556-2222
Attn:  Arthur J. Steinberg
       H. Slayton Dabney, Jr.
       Scott Davidson

*Attorneys for Appellee General Motors LLC*

Dated: New York, New York
October 30, 2012

          SIDLEY AUSTIN LLP

          By: */s/ Steven M. Bierman*
              SIDLEY AUSTIN LLP
              Steven M. Bierman
              Nicholas K. Lagemann
              Marissa Alter-Nelson
              Andrew P. Propps
              787 Seventh Avenue
              New York, New York 10019
              Telephone: (212) 839-5300
              Facsimile: (212) 839-5599
                  Email: sbierman@sidley.com
                        nlagemann@sidley.com
                        malternelson@sidley.com
                        apropps@sidley.com

            -   and   -

          SIDLEY AUSTIN LLP
          Kenneth P. Kansa (admitted *pro hac vice*)
          One South Dearborn
          Chicago, Illinois 60603
          Telephone: (312) 853-7000
          Facsimile: (312) 853-7036
          Email: kkansa@sidley.com

          *Counsel for Wells Fargo Bank Northwest, N.A.*
              *as Agent to the TPC Lenders*