Steven M. Bierman
Nicholas K. Lagemann
Marissa Alter-Nelson
Andrew P. Propps
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Wells Fargo Bank
Northwest, N.A., as Agent to the TPC Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the (A) **Notice of Appeal (dkt 12164)**; and (B) **Notice of Motion and Motion of the TPC Lenders for (I) Determination that the Bankruptcy Court's Decision on Valuation Methodology is a Final Order or, in the Alternative, (II) Leave to Appeal the Bankruptcy Court's Decision on Valuation Methodology (dkt 12165)** by email upon those parties on the attached service list annexed hereto as Exhibit "A" on October 30, 2012. I also certify that I caused to be served a

NY1 8557398v.1

true and correct copy of the **Notice of Motion and Motion of the TPC Lenders for (I) Determination that the Bankruptcy Court's Decision on Valuation Methodology is a Final Order or, in the Alternative, (II) Leave to Appeal the Bankruptcy Court's Decision on Valuation Methodology (dkt 12165)** by Federal Express for overnight delivery upon the (a) Office of the United States Trustee, 33 Whitehall Street, 21st Fl., New York, New York 10004; Attn: Tracy Hope Davis, Esq.; (b) King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036; Attn: Arthur Jay Steinberg, Esq., H. Slayton Dabney, Esq., and Scott Davidson, Esq.; and (c) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Harvey R. Miller, Esq., on October 30, 2012; and by first class mail, postage prepaid upon those parties whose addresses are listed on the service list attached hereto as Exhibit "B" on October 31, 2012.

                                                   _/s/ Andrew Propps_____
                                                     ANDREW PROPPS

# **EXHIBIT A**

abauer@torys.com; abruski@lambertleser.com; acaton@kramerlevin.com; tmayer@kramerlevin.com; rschmidt@kramerlevin.com; jsharret@kramerlevin.com; jfriedman@kramerlevin.com; achaykin@shinnfuamerica.com; AGOTTFRIED@MORGANLEWIS.COM; agottfried@morganlewis.com; aisenberg@saul.com; akatz@entergy.com; akornberg@paulweiss.com; akornberg@paulweiss.com; rzubaty@paulweiss.com; akress@riker.com; akress@riker.com; alan@chapellassociates.com; aleffert@rwolaw.com; amy.chipperson@hp.com; anna.phillips@fticonsulting.com; anne.boudreau@ic.gc.ca; antitrust.atr@usdoj.gov; ARosen@SilvermanAcampora.com; AROSENBERG@PAULWEISS.COM; arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com; askDOJ@usdoj.gov; austin.bankruptcy@publicans.com; ayala.hassell@hp.com; bankruptcy.asbpo.asbdom@braytonlaw.com; barbara_keane@gardencitygroup.com; bbressler@schnader.com; bceccotti@cwsny.com; bdeutsch@schnader.com; belkys.escobar@loudoun.gov; bguy@fbtlaw.com; bhoover@goldbergsegalla.com; cbelter@goldbergsegalla.com; bk-kwalsh@oag.state.tx.us; bk-mbrowning@oag.state.tx.us; bleonard@casselsbrock.com; mmercier@casselsbrock.com; bmehlsack@gkllaw.com; bmeldrum@stites.com; brcy@carsonfischer.com; brcy@carsonfischer.com; brcy@carsonfischer.com; BRETT.GOODMAN@TROUTMANSANDERS.COM; brousseau@sbep-law.com; esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com; brousseau@sbep-law.com; esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com; bshaw100@shawgussis.com; bshort@hsblawfirm.com; BSUSKO@CGSH.COM; bwilliam@gklaw.com; casey.roy@oag.state.tx.us; cbasler@alixpartners.com; cbattaglia@halperinlaw.net; jdyas@halperinlaw.net; cbblac@acxiom.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; cbullock@sbplclaw.com; ccaldwell@starkreagan.com; ccarson@burr.com; cchiu@pryorcashman.com; cdarke@bodmanllp.com; cdorkey@mckennalong.com; cgiaimo@bakerlaw.com; cglick@certilmanbalin.com; cgraham@mckennalong.com; charles.beckham@haynesboone.com; chipford@parkerpoe.com; cmeyer@ssd.com; cmomjian@attorneygeneral.gov; CONTACT-OCFO@DOL.GOV; coopermank@dicksteinshapiro.com; crosen@sidley.com; crusemg@wnj.com; csalazar@ecjlaw.com; CSALOMON@BECKERGLYNN.COM; cschreiber@winston.com; cstanziale@mccarter.com; cwoodruff-neer@alpine-usa.com; dallas.bankruptcy@publicans.com; david.boyle@airgas.com; david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov; natalie.kuehler@usdoj.gov; david.karp@srz.com; adam.harris@srz.com; dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com; rmcneill@potteranderson.com; dbernstein@plunkettcooney.com; mfleming@plunkettcooney.com; dbrody@borahgoldstein.com; dbullock@spectrumgp.com; dcg@girardgibbs.com; ajd@girardgibbs.com; dcrapo@gibbonslaw.com; ddoogal@foley.com; deisenberg@ermanteicher.com; dennis.jenkins@wilmerhale.com; dennis.odea@sfslawgroup.com; dfeldman@gibsondunn.com; dfish@allardfishpc.com; dgoing@armstrongteasdale.com; dgolden@akingump.com; DGOTTLIEB@CGSH.COM; djr@thecreditorslawgroup.com; djury@usw.org; dkowich@umich.edu; dladdin@agg.com; frank.white@agg.com; dlerner@plunkettcooney.com; dlin@seyburn.com; dlin@seyburn.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com; dmurray@jenner.com; dockterman@wildman.com; young@wildman.com; donald.bernstein@dpw.com; dowd.mary@arentfox.com; dpacheco@wilentz.com; drosenzweig@fulbright.com; jrabin@fulbright.com; drosenzweig@fulbright.com; mhaut@fulbright.com; drosner@goulstonstorrs.com; druhlandt@ermanteicher.com; eerman@ermanteicher.com; dsammons@nagelrice.com; jrice@nagelrice.com; dselwocki@swappc.com; dtrafelet@sbcglobal.net; dworkman@bakerlaw.com; dyitzchaki@dickinsonwright.com; ebcalvo@pbfcm.com; ecf@kaalaw.com; ecfsarbt@millerjohnson.com; ecfwolfordr@millerjohnson.com; ecurrenti@hess.com; EDOYLE@STEMBERFEINSTEIN.COM; EFEINSTEIN@STEMBERFEINSTEIN.COM; ei@capdale.com; rct@capdale.com; eliu@morganlewis.com; Elizabeth.Spangler@arcadis-us.com; elobello@msek.com; elobello@msek.com; email@orumroth.com; eschaffer@reedsmith.com; ethan@ethananclegal.com; etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com; Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com; fberg@kotzsangster.com; fdicastri@foley.com; fdicastri@foley.com; jsimon@foley.com; ddoogal@foley.com; ffm@bostonbusinesslaw.com; fishere@dicksteinshapiro.com; fp@previant.com; fsosnick@shearman.com; jfrizzley@shearman.com; funds@michigan.gov; fusco@millercanfield.com; gabriel.delvirginia@verizon.net; gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com; george.sanderson@elliswinters.com; gillcr@michigan.gov; gkaden@goulstonstorrs.com; Gkelly@narmco.com; Glenn.Reisman@ge.com; gm@dmms.com; goldberg@cwg11.com; Gring@Burkelaw.com; gtoering@wnj.com; guctrustadministrator@wilmingtontrust.com; hall@bwst-law.com; HARVEY.MILLER@WEIL.COM; harveystrickon@paulhastings.com; Henry.efroymson@icemiller.com; hforrest@jw.com; hkolko@msek.com;

houston_bankruptcy@publicans.com; hryder@daypitney.com; hryder@daypitney.com; Info@AndrewCuomo.com; info@dealertire.com; info@harmanbecker.de; jack.butler@skadden.com; jaffeh@pepperlaw.com; carignanj@pepperlaw.com; james.moore@dechert.com; jansbro@orrick.com; JBerlage@ghsllp.com; jboyles@jhvgglaw.com; jbromley@cgsh.com; jcarberry@cl-law.com; jdivack@hahnhessen.com; jed@krwlaw.com; jeff.rich@klgates.com; eric.moser@klgates.com; jeff@galese-ingram.com; jeffrey.kelley@troutmansanders.com; jesse@tipotexchevrolet.com; jflaxer@golenbock.com; dfurth@golenbock.com; jg5786@att.com; jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com; jgregg@btlaw.com; jhamilton@jw.com; jhampton@saul.com; JHELFAT@OSHR.COM; SSOLL@OSHR.COM; jhong@rkollp.com; JHong@rkollp.com; jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com; jkots@pa.gov; jlsaffer@jlsaffer.com; JMcDonald@Briggs.com; jmurch@foley.com; jlee@foley.com; john.rapisardi@cwt.com; douglas.mintz@cwt.com; peter.friedman@cwt.com; zachary.smith@cwt.com; jonathan.alter@bingham.com; jonathan.hook@haynesboone.com; JOSEPH.SAMARIAS@DO.TREAS.GOV; JOSEPH.SMOLINSKY@WEIL.COM; joy.e.tanner@altria.com; jplemmons2@dickinsonwright.com; jpowers@debevoise.com; jrabinowitz@rltlawfirm.com; jrhunter@hunterschank.com; JRumley@bcbsm.com; jsgroi@honigman.com; jshickich@riddellwilliams.com; jsimon@foley.com; kcatanese@foley.com; jsimon@foley.com; kcatanese@foley.com; jsmairo@pbnlaw.com; rmschechter@pbnlaw.com; jsoble@foley.com; JSTEMBER@STEMBERFEINSTEIN.COM; jstitt@kmklaw.com; jsullivan@mosessinger.com; jteitelbaum@tblawllp.com; jtesta@mccarter.com; judith.adler@us.bosch.com; judith.elkin@haynesboone.com; juliet.sarkessian@dechert.com; jwe@kjk.com; jwhitlock@eapdlaw.com; jwyly@wylyrommel.com; kab@mccarthylebit.com; kbrauer@wnj.com; kcm@capdale.com; tws@capdale.com; kdavis@camlev.com; KDWBankruptcyDepartment@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com; Kelbon@blankrome.com; kewald@dickinsonwright.com; kgwynne@reedsmith.com; khk@maddinhauser.com; kirkpwatson@gmail.com; kkansa@sidley.com; kkansa@sidley.com; klewis@lewispllc.com; klynch@formanlaw.com; ko'brien@websterszanyi.com; kressk@pepperlaw.com; kristin.going@dbr.com; Kristin.Going@dbr.com; kstrickland@rmkb.com; kwalsh@lockelord.com; laccarrino@wilentz.com; lamme@mltw.com; larrykraines@gmail.com; lawrence.s.buonomo@gm.com; lboydston@fulbright.com; ldpowar@hahnlaw.com; dademarco@hahnlaw.com; leitnerl@pepperlaw.com; leitnerl@pepperlaw.com; leitnerl@pepperlaw.com; leitnerl@pepperlaw.com; leitnerl@pepperlaw.com; leitnerl@pepperlaw.com; leitnerl@pepperlaw.com; levick@singerlevick.com; mshriro@singerlevick.com; lgordon@mvbalaw.com; sveselka@mvbalaw.com; gbragg@mvbalaw.com; lisa.wurster@dana.com; lstrubeck@fulbright.com; lboydston@fulbright.com; lucas.ward@ohioattorneygeneral.gov; maiello@foley.com; mark.owens@btlaw.com; marvin.clements@ag.tn.gov; Maureen.Leary@oag.state.ny.us; mbakst@bodmanllp.com; mbaxter@cov.com; mbotica@winston.com; MBranzburg@klehr.com; mcheney@crowell.com; memberservices@iuawfcu.com; nganatra@uaw.net; metkin@lowenstein.com; metkin@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; mfriedman@rkollp.com; mgamell@tlggr.com; miag@michigan.gov; Michael.Cordasco@fticonsulting.com; michael.hastings@leclairryan.com; michael.conway@leclairryan.com; MJEDELMAN@VEDDERPRICE.COM; MJEdelman@vedderprice.com; MSchein@vedderprice.com; MJR1@westchestergov.com; mjwilliams@gibsondunn.com; mjwilliams@gibsondunn.com; kmartorana@gibsondunn.com; mkilgore@up.com; mkoks@munsch.com; mmoseley@bakerdonelson.com; mneier@ibolaw.com; mparker@fulbright.com; mschonfeld@gibsondunn.com; msholmes@cowgillholmes.com; msl@maddinhauser.com; msmith@hselaw.com; nashvillebankruptcyfilings@stites.com; nbinder@rkollp.com; NBinder@rkollp.com; nboehler@cbmlaw.com; nboehler@cbmlaw.com; neal.mann@oag.state.ny.us; ngoteiner@fbm.com; nlagemann@sidley.com; nperel@websterszanyi.com; nramsey@mmwr.com; joneil@mmwr.com; nwbernstein@nwbllc.com; OFSChiefCounselNotices@do.treas.gov; OSHR-GM-bk@oshr.com; paige@bsplaw.com; patrick.hughes@haynesboone.com; pdublin@akingump.com; peter.haley@nelsonmullins.com; Peter.Lee@bnsf.com; Pfeuffer.marc@pbgc.gov; philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com; pmhllc@hobaicalaw.com; porr@klestadt.com; PPANTALEO@STBLAW.COM; prachmuth@gerstensavage.com; pretekin@coollaw.com; pricotta@mintz.com; privitera@mltw.com; przekopshaws@michigan.gov; psibley@pryorcashman.com; ptrostle@jenner.com; pvnl@capdale.com; rer@capdale.com; tws@capdale.com; pwh@krwlaw.com; radom@butzel.com; newman@butzel.com; raterinkd@michigan.gov; rbarrows@wdblaw.com; rbarrows800@gmail.com; rbeacher@pryorcashman.com; rbrown@brownwhalen.com; rbrownlee@thompsoncoburn.com; rcpottinger@bslbv.com; renee.dailey@bgllp.com; rfhahn@debevoise.com; RFRANKEL@ORRICK.COM; rgordon@clarkhill.com; rgreenberg@dclawfirm.com; rgriffin@iuoe.org; rheilman@schaferandweiner.com; glee@schaferandweiner.com; rhiersteiner@sandw.com; jdarcey@sandw.com; azuccarello@sandw.com; jgroves@sandw.com; cbodell@sandw.com; rhuey@foley.com;

4

richardnotice@rwmaplc.com; rkchevysales@rkautogroup.net; rkruger@jaffelaw.com; RLINCER@CGSH.COM; rmallenski@aol.com; rmauceri@morganlewis.com; rmccord@certilmanbalin.com; rmeth@daypitney.com; rmeth@daypitney.com; robbins@millercanfield.com; robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com; Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com; roran@velaw.com; rothleder.jeffrey@arentfox.com; davison.andrea@arentfox.com; rpatel@pronskepatel.com; rpm@robinsonbrog.com; rrk@mccarthylebit.com; rrm_narumanchi@hotmail.com; rsmith@cniinc.cc; rsmolev@kayescholer.com; rsox@dealerlawyer.com; rweinstein@cusa.canon.com; RWYRON@ORRICK.COM; rwyron@orrick.com; rxza@elliottgreenleaf.com; tak@elliottgreenleaf.com; sagolden@hhlaw.com; bjgrieco@hhlaw.com; sbierman@sidley.com; scalogero@windelsmarx.com; schristianson@buchalter.com; scook@lambertleser.com; sdellafera@trenklawfirm.com; sdnyecf@dor.mo.gov; seichel@crowell.com; seidelb@dicksteinshapiro.com; sfalanga@connellfoley.com; chemrick@connellfoley.com; sgoll@sbplclaw.com; sgrow@wnj.com; shepner@levyratner.com; rbarbur@levyratner.com; rstroup@levyratner.com; shgross5@yahoo.com; shmuel.vasser@dechert.com; sidorsky@butzel.com; sidorsky@butzel.com; sjennik@kjmlabor.com; sjg@previant.com; skatzoff@hblaw.com; skatzoff@hblaw.com; skrause@zeklaw.com; bleinbach@zeklaw.com; smatta@mattablair.com; soneal@cgsh.com; sreisman@curtis.com; srutsky@proskauer.com; aberkowitz@proskauer.com; sschwartz@winston.com; sseabolt@foley.com; sselbst@herrick.com; prubin@herrick.com; sshimshak@paulweiss.com; pweintraub@paulweiss.com; steele@lowenstein.com; steele@lowenstein.com; STEPHEN.KAROTKIN@WEIL.COM; steven.koton@ag.ny.gov; stingey@rqn.com; streusand@streusandlandon.com; summersm@ballardspahr.com; Susan.Taylor@oag.state.ny.us; swansonm@millercanfield.com; swolfson@wolfsonbolton.com; tcornell@stahlcowen.com; tcurrier@saul.com; tfawkes@freebornpeters.com; tfoudy@curtis.com; tgaa@bbslaw.com; tlomazow@milbank.com; skhalil@milbank.com; tlzabel@rhoadesmckee.com; tmorrow@alixpartners.com; tmorrow@alixpartners.com; tmurray@kjmlabor.com; tnixon@gklaw.com; candres@gklaw.com; kstadler@gklaw.com; tomschank@hunterschank.com; toolee@pepperlaw.com; caseyl@pepperlaw.com; tsadutto@platzerlaw.com; tscobb@vorys.com; tsherick@honigman.com; tsherick@honigman.com; twilson@kelley-ferraro.com; uncbill@msn.com; vavilaplana@foley.com; mriopelle@foley.com; victoria.garry@ohioattorneygeneral.gov; wcacinfo@michigan.gov; wdcoffeylaw@yahoo.com; wgibson@bakerlaw.com; wilkins@bwst-law.com; wpayne@stemberfeinstein.com; ygeron@foxrothschild.com; zacharym@atg.wa.gov; Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com; Kadisha@gtlaw.com; asteinberg@kslaw.com; sdabney@kslaw.com; sdavidson@kslaw.com

NY1 8557398v.1

## **EXHIBIT B**

| | |
|---|---|
| 3M COMPANY<br>ATT: ALAN E. BROWN<br>OFFICE OF GENERAL COUNSEL<br>3M CENTER, BUILDING 220-9E-02<br>ST. PAUL, MN 55144 US | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: NATALIE E. LEVINE<br>COUNSEL FOR GREEN HUNT WEDLAKE INC., TRUSTEE<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 US |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>ATT: ANNETTEE RAMIREZ<br>14910 ALDINE-WESTFIELD ROAD<br>HOUSTON, TX 77032 US | ASPLUNDH TREE EXPERT CO.<br>ATT: PHILIP E. TATOIAN, JR., ESQ.<br>VICE PRESIDENT AND GENERAL COUNSEL<br>708 BLAIR MILL RD<br>WILLOW GROVE, PA 19090 US |
| ATLAS OIL COMPANY<br>124501 ECORSE ROAD<br>TAYLOR, MI 48180 US | ATTORNEY GENERAL FOR THE STATE OF NEBRASKA<br>ATT: ABIGAIL STEMPSON, ASSISTANT ATTORNEY GENERAL<br>COUNSEL FOR THE STATE OF NEBRASKA<br>2115 STATE CAPITOL BUILDING<br>LINCOLN, NE 68509 US |
| BAKER & HOSTETLER LLP<br>ATT: RICHARD BERNARD, ESQ.<br>COUNSEL FOR B&H CREDITORS<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111 US | BAKER & HOSTETLER, LLP<br>COUNSEL FOR ILCO SITE REMEDIATION GROUP<br>45 ROCKELLER PLAZA<br>NEW YORK, NY 10111 US |

NY1 8557398v.1

BINGHAM MCCUTCHEN LLP
ATT: ANNA M. BOELITZ, ESQ.
COUNSEL FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE TRUSTE
ONE STATE STREET
HARTFORD, CT 06103 US

BNSF RAILWAY COMPANY
ATT: QUINCY CHUMLEY
3001 WESTERN CENTER BLVD
FORT WORTH, TX 76131 US

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625 US

CAMPBELL & LEVINE, LLC
ATTN DOUGLAS A. CAMPBELL, ESQ.
COUNSEL FOR MLC ASBESTOS PI TRUST
1700 GRANT BUILDING
PITTSBURGH, PA 15219 US

CAMPBELL & LEVINE, LLC
ATTN STANLEY E. LEVINE, ESQ.
COUNSEL FOR MLC ASBESTOS PI TRUST
1700 GRANT BUILDING
PITTSBURGH, PA 15219 US

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505 US

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
COUNSEL FOR ATS AUTOMATION TOOLING SYSTEMS INC, ATS OHIO, INC.
151 SOUTH OLD WOODWARD AVENUE SUITE 200
BIRMINGHAM, MI 48009 US

COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPL. UNIT
READING, PA 19602 US

| | |
|---|---|
| COVINGTON & BURLING LLP<br>ATTN: SUSAN POWER JOHNSTON, ESQ.<br>COUNSEL FOR UNION PACIFIC RAILROAD COMPANY<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 US | DANA HOLDING CORPORATION<br>ATTN: LISA WURSTER<br>4500 DORR STREET<br>TOLEDO, OH 43615 US |
| DANIEL W. SHERRICK, GENERAL COUNSEL<br>8000 EAST JEFFERSON AVE<br>DETROIT, MI 48214 US | DAVID V. COOKE, ASSISTANT CITY ATTORNEY<br>MUNICIPAL OPERATIONS<br>201 WEST COLFAX AVENUE, DEPT. 1207<br>DENVER, CO 80202 US |
| DAY PITNEY LLP<br>ATTN: AMISH R. DOSHI, ESQ.<br>COUNSEL FOR ORACLE USA, INC.<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 US | DICKINSON WRIGHT PLLC<br>ATT: COLLEEN M. SWEENEY, ESQ.<br>COUNSEL FOR JOHNSON CONTROLS, INC.<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE, TN 37219 US |
| DLA PIPER LLP<br>ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS<br>COUNSEL FOR HEWLETT PACKARD CO<br>550 S. HOPE STREET, SUITE 2300<br>LOS ANGELES, CA 90071 US | DORSEY & WHITNEY LLP<br>ATTN: MICHAEL FOREMAN, ESQ.<br>COUNSEL FOR BALLARD MATERIAL PRODUCTS INC.<br>250 PARK AVENUE<br>NEW YORK, NY 10177 US |

NY1 8557398v.1

| | |
|---|---|
| EATON CORPORATION<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114 US | EDWARD S. DONINI, ESQ.<br>P.O. BOX 605<br>NEW SMYRNA BEACH, FL 32170 US |
| EL PASO CORPORATION<br>ATT: MICHAEL J. MCGINNIS, SENIOR ATTORNEY<br>1001 LOUISIANA, SUITE E 1943 A<br>HOUSTON, TX 77002 US | ELLIAS GROUP LLC<br>ATT: DAN ELLIAS<br>411 THEODORE FREMD AVENUE, SUITE 102<br>RYE, NY 10580 US |
| EQUITABLE GAS BANKRUPTCY DEPARTMENT<br>ATT: JUDY GAWLOWSKI<br>200 ALLEGHENY CENTER MALL<br>PITTSBURGH, PA 15212 US | EVEZICH LAW OFFICE, P.L.L.C.<br>ATTN CRAIG EVEZICH<br>175 NE GILMAN BLVD., STE. 209<br>ISSAQUAH, WA 98207 US |
| FACTORY MOTOR PARTS COMPANY<br>1380 CORPORATE CENTER CURVE<br>EAGAN, MN 55121 US | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP<br>ATT: PAUL J. PASCUZZI, ESQ.<br>COUNSEL FOR THE MCCLATCHY COMPANY<br>400 CAPITAL MALL, SUITE 1450<br>SACRAMENTO, CA 95814 US |

| | |
|---|---|
| FRASER TREBILCOCK DAVIS & DUNLAP, P.C.<br>ATTN: G. ALAN WALLACE, ESQ.<br>COUNSEL FOR CITY OF LANSING<br>124 WEST ALLEGAN STREET, SUITE 1000<br>LANSING, MI 48933 US | GAY D. PELZER<br>DEPUTY GENERAL COUNSEL<br>THE UNIVERSITY OF IOWA<br>IOWA CITY, IA 52242 US |
| GERBER & GERBER PLLC<br>ATTN: ETHAN S. GERBER<br>26 COURT STREET, SUITE 1405<br>BROOKLYN, NY 11242 US | GHSP, INC.<br>ATTN: RON WALLISH<br>1250 SOUTH BEECHTREE STREET<br>GRAND HAVEN, MI 49417 US |
| GLADFELTER & GALVANO, P.L.<br>ATT: SACHA ROASS, ESQ.<br>GRIMES GOEBEL GRIMES HAWKINS<br>1023 MANATEE AVE WEST<br>BRADENTON, FL 34205 US | GOHN, HANKEY & STICHEL, LLP<br>ATTN: B DELFINO<br>COUNSEL FOR HAROLD MARTIN<br>201 N. CHARLES STREET - SUITE 2101<br>BALTIMORE, MD 21201 US |
| HAUSFELD LLP<br>ATTN: STEIG D. OLSON, ESQ., MICHAEL HAUSFELD<br>COUNSEL FOR BALINTULO PLAINTIFFS<br>11 BROADWAY, SUITE 615<br>NEW YORK, NY 10004 US | HAYNES AND BOONE, LLP<br>ATTN: MATTHEW E. RUSSELL, ESQ.<br>ATTY OFR EXXON MOBIL CORPORATION<br>1221 AVENUE OF THE AMERICAS, 26TH FL<br>NEW YORK, NY 10020 US |

NY1 8557398v.1

09-50026-mg    Doc 12167    Filed 11/02/12    Entered 11/02/12 20:04:10    Main Document
Pg 11 of 17

| | |
|---|---|
| HEWLETT-PACKARD COMPANY LP<br>ATT: RAMONA NEAL, SENIOR COUNSEL<br>11311 CHINDEN BOULEVARD<br>MAIL STOP 314<br>BOISE, ID 83714 US | HINCKLEY, ALLEN & SNYDER LLP<br>ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN<br>COUNSEL FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC<br>28 STATE STREET<br>BOSTON, MA 02109 US |
| HOWARD COUNTY OFFICE OF LAW<br>ATT: CAMELA J. SANDMANT, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 US | IMPERICAL COUNTY TREASURER-TAX COLLECTOR<br>KAREN VOGEL, TREASURER TAX COLLECTOR<br>940 WEST MAIN STREET, SUITE 106<br>EL CENTRO, CA 92243 US |
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>290 BROADWAY<br>NEW YORK, NY 10007 US | INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 US |
| JIM BARNARD CHEVROLET, INC.<br>ATT: ALLYN BARNARD, PRESIDENT<br>7107 BUFFALO ROAD<br>CHURCHVILLE, NY 14428 US | JUANITA PEREZ WILLIAMS, ESQ.<br>COUNSEL FOR THE CITY OF SYRACUSE<br>CORPORATION COUNSEL<br>300 CITY HALL<br>SYRACUSE, NY 13202 US |

11

NY1 8557398v.1

| | |
|---|---|
| KNAPP CHEVROLET<br>815 HOUSTON AVENUE<br>HOUSTON, TX 77007 US | MADISON COUNTY, TAX COLLECTOR<br>ATT: LYNDA HALL<br>MADISON COUNTY COURT HOUSE<br>100 NORTHSIDE SQUARE<br>HUNTSVILLE, AL 35801 US |
| MAZZEO SONG & BRADHAM LLP<br>ATTN: DAVID H. HARTHEIMER, ESQ.<br>COUNSEL FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.<br>708 THIRD AVENUE, 19TH FLOOR<br>NEW YORK, NY 10017 US | MCKENNA LONG & ALDRIDGE LLP<br>ATT: JESSICA H. MAYES, ESQ.<br>COUNSEL FOR INDUSTRY CANADA<br>230 PARK AVENUE, SUITE 1700<br>NEW YORK, NY 10169 US |
| MELTZER, PURTILL & STELLE, LLC<br>ATT: FORREST B. LAMMIMAN<br>COUNSEL FOR BROADWAY IN CHICAGO LLC<br>300 SOUTH WACKER DRIVE, SUITE 3500<br>CHICAGO, IL 60606 US | MICHIGAN WORKERS' COMPENSATION AGENCY<br>7150 HARRIS DR.<br>DIMONDALE, MI 48821 US |
| MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC.<br>ATT: MICHAEL E. BARNARD, PRESIDENT<br>616 THAYER ROAD<br>FAIRPORT, NY 14450 US | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>ATT: DONALD J. HUTCHINSON, ESQ.<br>COUNSEL FOR LANSING BOARD OF WATER & LIGHT<br>150 WEST JEFFERSON AVENUE, SUITE 2500<br>DETROIT, MI 48226 US |

NY1 8557398v.1

| | |
|---|---|
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.<br>ATT: COLLEEN E. MCMANUS, ESQ.<br>COUNSEL FOR BRANDENBURG INDUSTRIAL SERVICE CO.<br>191 NORTH WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 US | NEW YORK CITY DEPT. OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST- 3RD FLOOR<br>BROOKLYN, NY 11201 US |
| NEW YORK STATE DEPT TAXATION & FINANCE<br>ATTN: BANKRUPTCY/SPECIAL PROC. SECT.<br>PO BOX 5300<br>ALBANY, NY 12205 US | NORTH AMERICA TONNAGE LINDE, INC.<br>ATT: JEFFREY J. JOHNS, COMMERCIAL DIRECTOR<br>575 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 US |
| OFFICE OF THE UNITED STATES TRUSTEE<br>TRACY HOPE DAVIS<br>33 WHITEHALL STREET<br>NEW YORK, NY 10004 US | ORNELAS, CASTILLO & ORNELAS, PLLC<br>ATT: S. ORNELAS & M. CASTILLO JR.<br>401 EAST HILLSIDE RD., 2ND FLOOR<br>LAREDO, TX 78041 US |
| ORRICK, HERRINGTON & SUTCLIFEE LLP<br>ATT: LORRAINE S. MCGOWEN<br>COUNSEL FOR FISKER AUTOMOTIVE, INC.<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 US | OSLER, HOSKIN & HARCOURT LLP<br>ATTN: TRACY C SANDLER, ESQ.<br>100 KING STREET WEST<br>1 FIRST CANADIAN PLACE, SUITE 6100<br>PO BOX 50<br>TORONTO, ON M5X 1B8 |

NY1 8557398v.1

| | |
|---|---|
| P. RICHARD HARTLEY<br>415 E. COMMERCE STREET, SUITE 101<br>POST OFFICE BOX 583<br>GREENVILLE, AL 36037 US | PADDOCK CHEVROLET, INC.<br>ATT: DUANE PADDOCK, PRESIDENT<br>3232 DELAWARE AVENUE<br>KENMORE, NY 14217 US |
| PENSKE AUTO GROUP<br>18600 SOUTH HAWTHORNE BOULEVARD<br>TORRANCE, CA 90504 US | PETER M. HOBAICA LLC<br>ATTN PETER M. HOBAICA, ESQ.<br>2045 GENESEE STREET<br>UTICA, NY 13501 US |
| PIMA COUNTY<br>C/O BARBARA LAWALL, CIVIL DIVISION<br>T. ROBERTS & G. YUSUFOV, DEPUTY COUNTY ATTORNEYS<br>TUCSON, AZ 85701 US | PYEONG HWA AUTOMOTIVE CO., LTD.<br>1032 DAECHEON-DONG<br>DALSEO-GU<br>DAEGU 704-801<br>KOREA |
| RICHARD L. EPLING<br>PILLSBURY WINTHROP<br>1540 BROADWAY<br>NEW YORK, NY 11036 US | RAYTHEON PROFESSIONAL SERVICES LLC<br>22265 PACIFIC BLVD<br>STERLING, VA 20166 US |

NY1 8557398v.1

| | |
|---|---|
| REID AND REIGE, P.C.<br>ATT: CAROL A. FELICETTA, ESQ.<br>COUNSEL FOR BARNES GROUP INC.<br>1 FINANCIAL PLZ<br>FL 21<br>HARTFORD, CT 06103 US | ROBERT N. CURRI<br>150 KERBER ROAD<br>C/O PETER M HOBAICA - ATTY IN FACT<br>FRANKFORT, NY 13340 US |
| SCHOENL KEVIN M<br>SCHOENL, CONNIE<br>20 JADE CREEK DR<br>HILTON, NY 14468 US | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL<br>100 F STREET, ND<br>WASHINGTON, DC 20549 US |
| SHAPE CORP.<br>ATTN: BUDD BRINK<br>1900 HAYES STREET<br>GRAND HAVEN, MI 49417 US | SILVERMAN & MORRIS, P.L.L.C.<br>ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS<br>COUNSEL FOR CASSENS TRANSPORT COMPANY<br>7115 ORCHARD LAKE ROAD, SUITE 500<br>WEST BLOOMFIELD, MI 48322 US |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN: DAVID J. MACK, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 US | TEAM CHEVROLET, INC.<br>ATT: THOMAS STEIGERWALD, VICE PRESIDENT<br>ROUTE 16<br>OLEAN, NY 14760 US |

NY1 8557398v.1

| | |
|---|---|
| THE CHURCH OF THE GOOD NEWS<br>1599 COLUMBUS AVENUE<br>BOSTON, MA 02119 US | THE VALLEY CADILLAC CORPORATION<br>ATT: EDWARD T. MEAGHAR, JR., PRESIDENT<br>3100 WINTON ROAD SOUTH<br>ROCHESTER, NY 14623 US |
| TORRES EDWARD ZUNIGA<br>BERMUDEZ, GENOVEVA<br>C/O COHEN & ASSOCIATES<br>SCOTTSDALE, AZ 85255 US | TOYOTA BOSHOKU AMERICA, INC.<br>28000 WEST PARK DRIVE<br>NOVI, MI 48377 US |
| TOYOTA MOTOR SALES U.S.A, INC.<br>ATT: TOBIN LIPPERT<br>19001 SOUTH WESTERN AVE, HQ12<br>TORRANCE, CA 90509 US | TRW AUTOMOTIVE U.S. LLC<br>12001 TECH CENTER DRIVE<br>LIVONIA, MI 48150 US |
| UNDERWOOD & ASSOCIATES, P.C.<br>ATT: OTIS M. UNDERWOOD JR.<br>167 S. WASHINGTON ST.<br>OXFORD, MI 48371 US | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CLAIMS UNIT - ROOM 417<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 US |

NY1 8557398v.1

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>THE HONORABLE ROBERT E GERBER<br>NEW YORK, NY 10004 US | UNITED STATES DEPARTMENT OF THE TREASURY<br>ATTN: OFFICE OF GENERAL COUNSEL<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 US |
| VENABLE LLP<br>ATTN: LAWRENCE A. KATZ, ESQ.<br>COUNSEL FOR RK CHEVROLET/RK AUTO GROUP<br>8010 TOWERS CRESCENT DRIVE, SUITE 300<br>VIENNA, VA 22182 US | ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>ATTN ALESSANDRO SABATINO, JR.<br>471 EAST BROAD ST. STE. 1200<br>COLUMBUS, OH 43215 US |

NY1 8557398v.1