UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On October 24, 2012, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on William Kuntz III, PO Box 1801, Nantucket, Massachusetts 02554-1801 (affected claimant):

- **[Endorsed Order Deeming the Motion to be One for Relief under FRBP 9024, Motion Denied.]** [Docket No. 12160].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 5th day of
November, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015