UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                            :
                                                                 :         Chapter 11
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,   :         Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*            :
                                                                 :
                          Debtors.                       :         (Jointly Administered)
------------------------------------------------------------x

### ORDER RESPECTING MOTION FILED BY LINDA MITCHELL FOR RELIEF FROM AUTOMATIC STAY OF DEBTORS GENERAL MOTORS CORPORATION, *et al*. AND DEFENDANT NEW GENERAL MOTORS, LLC. MOTION FOR RELIEF OF AUTOMATIC STAY OF CO-DEFENDANTS AUTO NATION OF FORT WORTH MOTORS LTD, DBA BANKSTON CHEVROLET FORT WORTH, AND MOTION TO SEVER CO-DEFENDANTS

Upon the *Motion For Relief From Automatic Stay Of Debtors General Motors Corporation, et al. And Defendant New General Motors, LLC. Motion For Relief Of Automatic Stay Of Co-Defendants Auto Nation Of Fort Worth Motors Ltd, DBA Bankston Chevrolet Fort Worth, And Motion To Sever Co-Defendants*, dated September 4, 2012 (the "**Motion**"), filed by Linda Mitchell ("**Movant**"); and upon the *Objection By General Motors LLC To Pro Se Motion For Relief From Automatic Stay Of Debtors General Motors Corporation, Et Al. And Defendant New General Motors, LLC. Motion For Relief Of Automatic Stay Of Co-Defendants Auto Nation Of Fort Worth Motors Ltd, dba Bankston Chevrolet Fort Worth, And Motion To Sever Co-Defendants*, dated October 8, 2012 ("**Objection**"), filed by General Motors LLC ("**New GM**"); and upon the Amendment to the Motion, filed on October 12, 2012 ("**Amendment**") by Movant; and upon a hearing ("**Hearing**") being held before the Honorable Robert E. Gerber on October 15, 2012; and upon the Court having considered the Motion, the Objection, the Amendment and the arguments of the Movant, New GM, General Motors Corp. (n/k/a Motors Liquidation Company) ("**Old GM**") and the GUC Trust as set forth on the record at the Hearing; and upon

19703819v4

the Court's oral decision ("**Decision**") on the record at the Hearing granting the Motion solely with respect to Auto Nation of Forth Worth Motors Ltd, dba Bankston Chevrolet Fort Worth (the "**Dealer**"), and denying the Motion as it pertained to New GM and Old GM; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that, as more fully set forth in the Decision, the Motion is granted in part and denied in part as set forth herein; and it is further

ORDERED that the Motion is granted solely with respect to the Dealer, any stay that may be in effect is lifted solely with respect to the Dealer, and Movant's request to sever the Dealer is granted; and it is further

ORDERED that the Motion is denied in its entirety with respect to New GM and Old GM; and it is further

ORDERED that Movant, and all persons acting in concert with her, shall cease and desist from prosecuting any action, legal proceeding or similar matter (including the State Court Action, as defined in the Objection) against New GM and Old GM that concerns the subject matter referenced in the Motion; provided, however, that nothing set forth in this Order shall preclude Movant from seeking relief with respect to this Order in the United States District Court for the Southern District of New York ("**District Court**"), or any appellate court of the District Court; and it is further

ORDERED that nothing in this Order shall affect the rights the Movant may have against any entity other than New GM and Old GM; and it is further.

ORDERED that the Court shall retain jurisdiction, to the fullest extent permissible under law, to construe and/or enforce this Order.

Dated: **_November 7, 2012_**
New York, New York

_s/ Robert E. Gerber_
UNITED STATES BANKRUPTCY JUDGE