United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-2870



October 25, 2012

RE:   Motors Liquidation Company
      Case No.: 09-50026

To whom it may concern:

Enclosed please find documentation relevant to the above-mentioned matter. Please take in consideration that I need my case re-evaluated and reconsidered. I have provided my contact information below. Thank you for your prompt attention to this matter. Remaining,

/s/Anthony Semaan

Anthony Semaan
1353 Delta Road
Walled Lake, MI 48390

September 7, 2012

Anthony Semaan
1353 Delta Rd
Walled Lake MI 48390

In Re: Motors Liquidation Company - 09-50026(REG)

Dear Mr. Semaan:

Please be advised that The Garden City Group, Inc. (GCG) is the claims and noticing agent in the Motors Liquidation Company f/k/a General Motors Corp. proceedings.

We understand you recently contacted GCG with questions concerning this proceeding; however we have been unable to reach you at the telephone number you provided. Please feel free to contact me directly at 631-470-5176 to discuss your concerns. You can also visit the case information website at www.motorsliquidationdocket.com for additional information.

Sincerely,

/s/Alison Moodie
Alison Moodie
Project Supervisor
Bankruptcy Operations

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11 Case No.
                                                       :
**MOTORS LIQUIDATION COMPANY**, *et al.*,              :   09-50026 (REG)
     f/k/a General Motors Corp., *et al.*              :
                                                       :
                Debtors.                               :   (Jointly Administered)
                                                       :
-------------------------------------------------------x

**NOTICE OF (I) ENTRY OF ORDER**
**CONFIRMING DEBTORS' SECOND AMENDED JOINT**
**CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,**
**AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, Post-Effective Date Motors Liquidation Company, the GUC Trust Administrator,[1] the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust, unless otherwise ordered by the Bankruptcy Court or provided in the Plan.

Dated: New York, New York
April 11, 2011

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :    09-50026 (REG)
        f/k/a General Motors Corp., *et al.*               :
                                                           :
                Debtors.                                   :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT;
(II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION
OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN;
AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN

TO:    ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH
       BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

1.     ***Approval of Disclosure Statement.*** By order dated December 8, 2010 (the "**Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan, dated December

8, 2010 (as it may be amended, the "**Disclosure Statement**") filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") each of which is identified above, and directed the Debtors to solicit votes with regard to the acceptance or rejection of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "**Plan**"), annexed as **Exhibit "A"** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2. *Confirmation Hearing.* A hearing (the "**Confirmation Hearing**") to consider the confirmation of the Plan will be held on March 3, 2011 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408. **The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.**

3. *Record Date for Voting Purposes.* Only creditors who hold claims on December 7, 2010 are entitled to vote on the Plan.

4. *Voting Deadline.* All votes to accept or reject the Plan must be actually received by the Debtors' voting agents, The Garden City Group, Inc. ("**GCG**") or Epiq Bankruptcy Solutions, LLC, as applicable, by no later than February 11, 2011 at 5:00 p.m. (Eastern Time) (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

5. *Parties in Interest Not Entitled to Vote.* The following creditors and shareholders are not entitled to vote on the Plan: (i) holders of unimpaired claims; (ii) holders of claims or interests who will receive no distribution at all under the Plan; and (iii) holders of claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of, your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a hard copy delivered directly to the Judge's Chambers) a motion (a "**Rule 3018(a) Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (a) service of this Confirmation Hearing Notice and (b) service of notice of an objection or request for estimation, if any, as to such claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court at least five (5) days prior to the Voting Deadline. Creditors may contact GCG at 703-286-6401 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

6. *Objections to Confirmation.* Responses and objections, if any, to confirmation of the Plan must:

    (a)    be in writing;

    (b)    state the name and address of the objecting party and the amount and nature of the claim or interest of such party;

    (c)    conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court;

(d)     state with particularity the basis and nature of any objection to confirmation of the Plan;

(e)     be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (ii) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;

(f)     be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:

   (i)     Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);

   (ii)    the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);

   (iii)   General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);

   (iv)    Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);

   (v)     the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);

   (vi)    Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);

   (vii)   Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

   (viii)  the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);

   (ix)    the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);

   (x)     Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and

   (xi)    Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the Future Claimants' Representative, 2323

Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

**IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE HEARING.** The Debtors may serve replies to such responses or objections by no later than February 22, 2011 at 4:00 p.m. (Eastern Time).

7. *Parties Who Will Not Be Treated as Creditors.* Any holder of a claim that (i) is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs, and schedules of executory contracts and unexpired leases at zero, or in an unknown amount, or as disputed, contingent, or unliquidated, and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such claim for purposes of (a) receiving notices regarding, or distributions under, the Plan, or (b) voting on the Plan.

8. *Additional Information.* Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should call GCG at 703-286-6401, or may view such documents by accessing www.motorsliquidationdocket.com or the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website.

Dated: New York, New York
December 8, 2010

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

10-3-2012

To whom it Concerns

My name is Anthony Semaan
I have a claim with Motors Liquidation Company
my case # is 09-50026 some how some way
the paper work on my case was lost I am
in closeing a copy of what I have on my
case please reopen my case thank you.

*[signature]*

Carmen Slater

248-388-1800

MORE ???

United States Bankruptcy Court
Southern District of New York

One Bowling Green
New York, NY 10004-1408

212-668-2870

c/o: Motors Liquidation Company
Case # 09-50026