Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                                    :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,                    :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*                     :
:
            Debtors.                                         :    **(Jointly Administered)**
:
------------------------------------------------------------x

### NOTICE OF CANCELLATION OF HEARING
### SCHEDULED FOR NOVEMBER 19, 2012 AT 9:45 A.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that, at the direction of the Court, tbe hearing in the

above captioned chapter 11 cases scheduled for November 19, 2012 at 9:45 a.m. (the "**Hearing**")

has been cancelled.

**PLEASE TAKE FURTHER NOTICE** that, except as provided herein, all

matters scheduled for consideration at the Hearing will be adjourned to December 13, 2012 at

9:45 a.m.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the cancellation of

the Hearing, if any claimant whose claim (each a "**Claim**") is objected to under the *287th*

*Omnibus Objection to Claims (Contingent Co-Liability Claims)* (the "**Omnibus Objection**")

US_ACTIVE:\44132523\2\72240.0639

(ECF No. 12134) does not file a formal response to the Omnibus Objection by November 12, 2012, the Motors Liquidation Company GUC Trust may submit to the Court an order substantially in the form of the proposed order annexed to the Omnibus Objection that will result in the disallowance of such Claim, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
November 12, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust