SAN FRANCISCO | 201 Spear Street
Los Angeles | Suite 1000
New York | San Francisco, CA 94105-1667
Redwood City | Telephone (415) 543-4800
San Jose | Facsimile (415) 972-6301
Boston | www.rmkb.com



kstrickland@rmkb.com

Kathleen N. Strickland
(415) 972-6328

November 12, 2012

Court Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: *In re Motors Liquidation Company aka General Motors Corporation*
Bankruptcy Case No. 09-50026
Request for Removal from Electronic Mailing List

Dear Clerk:

In accordance with Part II(B)(5) of General Order M-399, Exhibit 1: Current Guidelines – Electronic Filing Dated June 30, 2010, I am writing to request that the email address (kstrickland@rmkb.com) be removed from the electronic mailing list for the above-referenced case.

Thank you for your attention to this matter. If you have any questions, please feel free to call.

Very truly yours,

ROPERS, MAJESKI, KOHN & BENTLEY

Kathleen N. Strickland

KNS/jaz

RC1/6642827.1/SECYSF3