Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq.

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

*Attorneys for Creditor Remy International, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a/ General Motors Corp., et al.

        Debtors.

------------------------------------- x

Chapter 11

Case No. 09-50026(REG)

(Jointly Administered)

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN A CASE

Please remove attorney N. Kathleen Strickland of Ropers Majeski Kohn & Bentley, whose email address is kstrickland@rmkb.com from the list that allows for recipt of electronic filings in the above-captioned case and any related adversary proeedings.

Dated: September 28, 2012
      San Francisco, CA

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ N. KATHLEEN STRICKLAND
     N. KATHLEEN STRICKLAND, Esq.
     Ropers Majeski Kohn & Bentley
     201 Spear Street, Suite 1000
     San Francisco, CA 94105
     Telephone:(415) 543-4800
     Facsimile: (415) 972-6301
     Email:    kstrickland@rmkb.com

     GEOFFREY W. HEINEMAN, Esq.
     Ropers Majeski Kohn & Bentley
     17 State Street, Suite 2400
     New York, NY 10004
     Telephone:(212) 668-5927
     Facsimile: (212) 668-5929
     Email:    gheineman@rmkb.com

     Attorneys for Creditor
     REMY INTERNATIONAL, INC.

RC1/6646301.1/SECYSF3

-2-