Linda Mariscal
P.O. Box 404
Brentwood, CA 94513
(925) 752-0800


November 7, 2012


Honorable Robert E. Gerber
United States Bankruptcy Judge
Courtroom 621
One Bowling Green
New York, NY 10004-1408

Honorable Robert E. Gerber:

I'm writing to you in regards to my claim #70213 in the amount of $10,616.86 which only got a small amount in April 2012! I now have Edward Jones to do my stock & so far my stock broker has informed me that no money has been disbursed!!! I contacted Wilmington Trust Company 1 (866) 521-0079 & have been getting excuse after another excuse! I already left a message to Dickstein Shapiro LLP in New York (212) 277-6500 left message to Stefanie Birbrower Greer (SG-2898) to inform her of how I'm not getting anymore future payment! I only got around close to $1,300, & nothing more!

I was also given a deal of being giving a General Motors car brand new for the severe accident I suffered! I don't know if it's going to be a 4 cylinder car or a hybrid, plus this money in stock, which I still keep getting excuses! I do want one of your staffs to give me my entitled money plus the new car they told me I could get of my choice with no charge to me! Can we get this long haul settled; I'm in debt & not have been really working & need to get these creditors off my back once and for all! And see if Wilmington Trust Company keep their word if not have them pay me double, if that don't work, they'll have to pay me triple!!!

Sincerely,

*(signature)*
Linda Mariscal