UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTICT OF NEW YORK

In Re: MOTORS LIQUIDATION CORP   -   Case # 09-50026 <RG>
                      DEBTOR

## NOTICE OF APPEAL

The undersigned, William Kuntz, III who appears here Pro Se,  hereby Appeals

the Adverse Decision made by handwritten endorsement/order upon his Motion on the

$22^{rd}$ of October, 2012, to the United States District Court for the Southern District of

New York.

Respectfully,

William Kuntz, III
India St PO Box 1801
Nantucket Island, Mass 02554-1801
508-775-5225

Oct 30, 2012

Hyannis, Mass



RECEIVED
NOV - 8 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK