UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case
                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,       :    No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*     :
                                            :    (Jointly Administered)
                 Debtors.              :
                                            :
-------------------------------------------------------------x

**ERRATA ORDER RE DECISION ON VALUATION
METHODOLOGY FOR TPC LENDERS' COLLATERAL**

This matter having come up on the Court's own motion, it is **ORDERED:**

1. That the Court's Decision on Valuation Methodology for TPC Lenders' Collateral, dated October 16, 2012, is corrected in the respects noted below:

    - Page 2, et seq.: add page numbers
    - Page 2, footnote 5: delete the first ¶ symbol

2. That future references to this decision shall be to the decision as corrected, a copy of which is attached as Exhibit A.

Dated: New York, New York                *s/ Robert E. Gerber*
       November 15, 2012                   United States Bankruptcy Judge