Chmbrs

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re: MOTORS LIQUIDATION CORP - Case # 09-50026   <RG>

DEBTOR

**NOTICE OF MOTION AND MOTION FOR RELIEF** ~~~~

SIRS/MADAM:

Please take Notice, that William Kuntz, III who appears here Pro Se, will move upon the Annexed Papers for an Order ~~under the Rule 60 of the FRCP for~~ an Order of the Court ~~reinstating his Proof of Claim in the above Captioned Matter.~~ Extending Time

Please take Notice, that the Court may Rule with or without Papers in Opposition and with or without a Hearing.

Respectfully,

William Kuntz, III

India st PO Box 1801 Nantucket Island, Ma 02554-1801

508-775-5225

~~Oct 14, 2012~~ Nov 14, 2012

~~Hyannis, Mass~~ NYC, NY

FILED
U.S. BANKRUPTCY COURT
2012 NOV 14 P 12: 14
SD OF NY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTICT OF NEW YORK 

In Re: MOTORS LIQUIDATION CORP   -   Case # 09-50026 <RG>
DEBTOR

# MOTION TO ENLARGE TIME

Now comes Movant, William Kuntz, III who appears here Pro Se and respectfully moves the Court for an Order extending the time within which to file a Notice of Appeal. It appears from the Records of the US Post Office that the Recent Adverse Weather Event delayed the Notice of Appeal sent by Express Mail to the Court. It is unclear as of this morning exactly why this happened but the United States Court of Appeals for the 2nd Circuit made provision for weather related delays as attached.

The Notice of Appeal, had it been delivered without Weather Delays would have been within
the normal time limits.

Respectfully,

William Kuntz, III
India St
PO Box 1801
Nantucket Island, Mass 02554-1801

508-775-5225
New York City, New York

Nov 14, 2012

UNITED STATES BANKRUPTCY COURT          EI08812084OUS
SOUTHERN DISTICT OF NEW YORK

In Re: MOTORS LIQUIDATION CORP   -   Case # 09-50026 <RG>
                  DEBTOR

## NOTICE OF APPEAL

The undersigned, William Kuntz, III who appears here Pro Se, hereby Appeals

the Adverse Decision made by handwritten endorsement/order upon his Motion on the

22nd of October, 2012, to the United States District Court for the Southern District of

New York.

Respectfully,

William Kuntz, III
India St PO Box 1801
Nantucket Island, Mass 02554-1801
508-775-5225

Oct 30, 2012

Hyannis, Mass

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE

EI 088120840 US

ORIGIN (POSTAL SERVICE USE ONLY)

- ZIP Code: 02601
- Day of Delivery: Next
- Postage: $18.55
- Date Accepted: 10/30/12
- Scheduled Date of Delivery: 10/31
- Time Accepted: 3:53 PM
- Scheduled Time of Delivery: Noon
- Total Postage & Fees: $18.55
- Acceptance Emp. Initials: BK

FROM: Wm Kuntz, Bx 1801, Nantucket, MA 02554

TO: Clerk, US Bankruptcy [Court], NY NY, 1 Bowl[ing Green]
ZIP: 10004

For pickup or tracking visit www.usps.com / Call 1-800-222-1811 — EMS

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Due to the infrastructure damage Hurricane Sandy caused throughout the mid-Atlantic states, some counsel and pro se litigants who have cases pending in this Court are unable to meet imminent filing deadlines set by the Federal Rules of Appellate Procedure or Court rules. In order to ensure the Court's ability to organize its docket and minimize the number of motions filed seeking an extension of time to comply with filing deadlines,

IT IS HEREBY ORDERED that a filing extension of seven calendar days is granted to filers who are required to submit a brief or other paper during the period beginning October 29, 2012 and ending when electrical power is restored to the locality where the filer works. The seven day extension will be calculated from the date power is restored in the filer's locality. When submitting the brief or paper to the Court the filer must submit a letter stating when the electrical power was restored to that locality.

This extension does not apply to a filer whose office is not located within the geographic area affected by Hurricane Sandy.

s/s Dennis Jacobs
Chief Judge

Date: October 31, 2012
New York, New York