# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTICT OF NEW YORK



In Re: MOTORS LIQUIDATION CORP   -   Case # 09-50026 <RG>
                       DEBTOR

Proof of mailing

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

NEW YORK, NY 10019

| | | |
|---|---|---|
| Postage | $1.30 | 0601 |
| Certified Fee | $2.95 | 06 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.25 | 10/16/2012 |

Sent To: DICKSTEIN & SHAPIRO
Street, Apt. No.; or PO Box No.: 1633 Broadway
City, State, ZIP+4: NY NY 10019-6708

7012 1010 0000 2843 5554

FILED U.S. BANKRUPTCY COURT 2012 NOV 14 P 12: 14 SDNY

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Wm Kuntz
BX 1801
Nantucket, MA
02554

To: US Trustee
33 Whitehall
NY NY 10014

U.S. POSTAGE PAID HYANNIS, MA 02601 OCT 16, 12 AMOUNT $1.15 000570 10-06

PS Form 3817, April 2007 PSN 7530-02-000-9065