UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | HUBERT FRANCIS JACKSON<br>LAW OFFICE OF G LYNN SHUMWAY<br>4647 N 32ND ST #230<br>PHOENIX, AZ 85018 |
| Claim Number (if known): | 962 |
| Date Claim Filed: | 7/31/2009 |
| Total Amount of Claim Filed: | $5,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-21-11

Print Name: G. Lynn Shumway

Title (if applicable): Attorney for Jackson Claimants