UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**WITHDRAWAL OF CLAIM**

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026<br><br>☐   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | The McClatchy Co<br>Attn: Stephen Burns and Paul Pascuzzi<br>2100 Q Street              400 Captiol Mall<br>Sacramento, CA   95816,      #1450, Sacramento, CA 95814 |
| Claim Number (if known): | 21145 |
| Date Claim Filed: | November 6th, 2009 |
| Total Amount of Claim Filed: | $5,856.96 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:   October 4, 2011

Felderstein Fitzgerald Willoughby & Pascuzzi LLP

_[signature]_

Print Name:   Paul J. Pascuzzi

Title (if applicable):   Attorneys for The McClatchy Co.

------------------------------------------------------------------------------------