UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on November 14, 2012, I caused to be served true and correct copies of *Answer by General Motors LLC in Opposition to Motion of the TPC Lenders for (I) A Determination that the Bankruptcy Court's Decision on Valuation Methodology is a Final Order or, in the Alternative, (II) Leave to Appeal the Bankruptcy Court's Decision on Valuation Methodology,* by electronic mail on all parties receiving notice via the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* email and/or overnight mail, at the last known addresses as indicated on Exhibit A.

Dated:  New York, New York
         November 19, 2012                             KING & SPALDING LLP


                                                       By: /s/ Scott Davidson_____
                                                             Arthur Steinberg
                                                             Scott Davidson
                                                       1185 Avenue of the Americas
                                                       New York, NY  10036
                                                       (212) 556-2100

                                                       *Counsel to General Motors LLC*

## **EXHIBIT A**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  Stephen Karotkin, Esq.
stephen.karotkin@weil.com
Joseph H. Smolinsky, Esq.
joseph.smolinsky@weil.com
Pablo Falabella, Esq.
Pablo.falabella@weil.com

**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019
Attn: Steven M. Bierman
sbierman@sidley.com
Attn: Nicholas K. Lagemann
nlagemann@sidley.com
Attn: Marissa Alter-Nelson
'malternelson@sidley.com'
Attn: Andrew P. Propps
'apropps@sidley.com'

**Sidley Austin LLP**
One South Dearborn
Chicago, ILL  60603
Attn:  Kenneth P. Kansa
kkansa@sidley.com

DMSLIBRARY01-19834465.1