# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al.<br>f/k/a General Motors Corp., et al.<br>Debtors. | Case No. 09-50026<br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Maria Macias**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register, claim number 64216), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Maria Macias
c/o Monica C. Vaughan
Houssiere Durant Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

New Address
Maria Macias
re: Hain Capital Holdings, Ltd.
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Bradley Reeves/*

Authorized Signatory for:

**Maria Macias**
By: BRADLEY REEVES
Title: ATTORNEY FOR CREDITOR
Date: 11/9/12