UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,               :
                                                           :
        Debtors.                                       :    (Jointly Administered)
                                                           :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On November 13, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the **letter dated November 13, 2012 from Dickstein Shapiro LLP, concerning extension of time to respond to objection to claim** (annexed hereto as exhibit A) to be served by overnight delivery on Tia Gomez, 5630 Wedgewood Circle, Sparks, Nevada 89436 (affected claimant).

                                                    /s/Barbara Kelley Keane
                                                    Barbara Kelley Keane

Sworn to before me this 20th day of
November, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015

# EXHIBIT A

**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

November 13, 2012

Via OVERNIGHT MAIL

Tia Gomez
5630 Wedgewood Circle
Sparks, NV  89436

Re:    Motors Liquidation Company, et al. - Case No. 09-50026-reg - Claim No. 50945

Dear Ms. Gomez:

As you know, the Motors Liquidation Company GUC Trust filed an objection (the "Objection") to your claim (Claim No. 50945).  The hearing on the Objection, originally scheduled for November 19, 2012, has been canceled at the Court's request.  *See* enclosed notice.

We understand that you are no longer represented by counsel.  Consequently, as a courtesy, we will extend your time to file and serve a written response to the Objection until **November 26, 2012 at 4:00 p.m**.  If we do not receive a copy of your written response by this deadline, we will inform the Court that the Objection is uncontested and will request that the Court enter an order expunging the Claim, without the need for a hearing.

To the extent you properly file and serve a response to the Objection, a hearing on the Objection will be held on December 13, 2012 at 9:45 a.m. (Eastern Time).

If you have any questions, please feel free to email me at carmela@dicksteinshapiro.com or call me at (212) 277-6726.

Sincerely,

*Anamay M. Carmel*

Anamay M. Carmel

Los Angeles  |  New York  |  Orange County  |  Silicon Valley  |  Stamford  |  Washington, DC

DOCSNY-522174v1

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
 Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                         :
In re                                    :    Chapter 11 Case No.
                                         :
MOTORS LIQUIDATION COMPANY, et al.,      :    09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                         :
                Debtors.                 :    (Jointly Administered)
                                         :
------------------------------------------------------------x
```

### NOTICE OF CANCELLATION OF HEARING
### SCHEDULED FOR NOVEMBER 19, 2012 AT 9:45 A.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that, at the direction of the Court, tbe hearing in the above captioned chapter 11 cases scheduled for November 19, 2012 at 9:45 a.m. (the "**Hearing**") has been cancelled.

**PLEASE TAKE FURTHER NOTICE** that, except as provided herein, all matters scheduled for consideration at the Hearing will be adjourned to December 13, 2012 at 9:45 a.m.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the cancellation of the Hearing, if any claimant whose claim (each a "**Claim**") is objected to under the *287th Omnibus Objection to Claims (Contingent Co-Liability Claims)* (the "**Omnibus Objection**")

US_ACTIVE:\44132523\2\72240.0639

(ECF No. 12134) does not file a formal response to the Omnibus Objection by November 12, 2012, the Motors Liquidation Company GUC Trust may submit to the Court an order substantially in the form of the proposed order annexed to the Omnibus Objection that will result in the disallowance of such Claim, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
November 12, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

US_ACTIVE:\44132523\2\72240.0639