# EXHIBIT B

**[2012 GUC Budgets]**

**MLC GUC Trust 2012 Expected Administrative Budget Analysis**
Analysis in support of request to liquidate shares
*($ in thousands)*

| | | 2012 Full Year | | | |
|---|---|---|---|---|---|

| | | *2012 Administrative Budget* | | | |
|---|---|---|---|---|---|
| | **Estimated 2012 Expense (a)** | **Budget Approved Per Liquidation Order** | *Plus:* 2011 Carry Over Adjustment (b) | **ADJ Budget Approved Per Liquidation Order** | **Variance Over/(Under)** |
| 1 **Trust Monitor (FTI Consulting)** | **1,648.5** | **1,648.5** | 47.4 | **1,695.9** | **(47.4)** |
| 2 **Trust Administrator (Wilmington Trust)** (c) | **2,606.2** | **2,520.0** | **(204.0)** | **2,316.0** | **290.2** |
| Financial Reporting & Claims Resolution (AlixPartners) | 7,126.4 | 7,918.2 | 188.5 | 8,106.7 | (980.4) |
| Lead Counsel (d) | 6,317.9 | 7,020.0 | 642.6 | 7,662.6 | (1,344.7) |
| ADR Legal Counsel Fees & Expenses | 2,515.2 | 9,566.6 | (301.4) | 9,265.2 | (6,750.0) |
| Nova Scotia Litigation (e) | 7,397.6 | 3,400.0 | (143.8) | 3,256.2 | 4,141.5 |
| Canadian Counsel (Stewart McKelvey) | 2.4 | 160.3 | (10.3) | 150.0 | (147.6) |
| *Subtotal estimate for Financial Reporting and Claims Resolution* | *23,359.5* | *28,065.1* | *375.6* | *28,440.7* | *(5,081.2)* |
| Garden City Group | 795.1 | 500.0 | 83.9 | 583.9 | 211.2 |
| Trust Counsel (Gibson Dunn) | 914.2 | 300.0 | (22.1) | 277.9 | 636.4 |
| 3 **Trust Professionals** | **25,068.8** | **28,865.1** | **437.3** | **29,302.4** | **(4,233.6)** |
| Accounting & Tax Advisors (f) | 604.9 | 622.8 | (17.9) | 604.9 | 0.0 |
| Rent and Facilities (g) | 177.6 | 201.4 | (23.5) | 177.9 | (0.3) |
| Insurance Expense | 125.0 | 125.0 | 0.0 | 125.0 | 0.0 |
| 4 **Other Costs** | **907.5** | **949.2** | **(41.4)** | **907.8** | **(0.3)** |
| 5 **Reserve for Tax on DIP Loan** (h) | 6,000.0 | 6,000.0 | 0.0 | 6,000.0 | 0.0 |
| 6 **Contingency** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *SubTotal* | *36,230.9* | *39,982.8* | *239.2* | *40,222.1* | *(3,991.1)* |
| 7 **Favorable Variance from 2012 to be carried over to 2013** | | | | | **(3,991.1)** |

a  Estimate is based on actual fees and expenses from January 2012 to September 2012 and forecasted fees and expenses for October 2012 through December 2012.

b  Carry over adjustment reflects the difference between 2011 estimated fees used at the time the 2012 Administrative Budget was developed versus where the 2011 actual fees came in.

c  Variance is due to ordinary and customary fees incurred in 2011 and 2012 associated with wire transfer ($5k), check issuance ($20k), postage and letter delivery ($13k) and New GM security delivery ($377k) and out-of-pocket travel expenses ($40k) which were greater than anticipated ($454k in billed fees and expenses compared to a total 2011 and 2012 budget of $165k).

d  Lead Counsel expenses include fees paid to and estimated for the following professionals:

   Weil, Gotshal & Manges LLP

   Dickstein Shapiro LLP

e  Nova Scotia Litigation expenses include fees paid to and estimated for the following professionals:

   Dickstein Shapiro LLP

   NERA Economic Consulting (expert)

   Jones Dykstra & Associates (expert)

   Mohamed F. Khimji (expert)

f  Accounting and Tax Advisor expenses include fees paid to and estimated for the following professionals:

   Wilmington Trust (Investment Management Fee)

   Plante Moran (External Auditor)

   Rick Zablocki (Tax Advisor)

g  Rent and Facilities expenses include amounts paid to and estimated for US Trustee fees.

h  No taxes were paid in relation to the DIP loan, however the full reserve of $6MM has been placed into escrow for potential applicable and future tax bills.

**MLC GUC Trust 2012 Expected Reporting & Transfer Budget Analysis**
Analysis in support of request to liquidate shares
*($ in thousands)*

| | Estimated 2012 Expense (b) | Budget Approved Per Liquidation Order (a) | *Plus:* 2011 Carry Over Adjustment (c) | ADJ Budget Approved Per Liquidation Order | Variance Over/(Under) |
|---|---|---|---|---|---|
| | | *2012 Reporting and Transfer Budget* | | | |
| 1 **Trust Monitor (FTI Consulting)** | **761.3** | **787.5** | **0.0** | **787.5** | **(26.2)** |
| 2 **Trust Administrator (Wilmington Trust)** | **2,050.0** | **2,152.5** | **0.0** | **2,152.5** | **(102.5)** |
| AlixPartners | 816.3 | 816.3 | 78.4 | 894.7 | (78.4) |
| Frazier & Deeter | 277.0 | 0.0 | 0.0 | 0.0 | 277.0 |
| Gibson Dunn | 1,428.7 | 500.0 | 27.4 | 527.4 | 901.3 |
| Watkins Meegan | 292.7 | 279.4 | 6.7 | 286.1 | 6.6 |
| Plante Moran | 127.2 | 100.0 | 158.2 | 258.2 | (131.0) |
| Crowell Moring | 332.4 | 250.0 | 183.5 | 433.5 | (101.1) |
| Kramer Levin | 683.1 | 300.0 | 7.8 | 307.8 | 375.3 |
| 3 **Trust Professionals** | **3,957.4** | **2,245.7** | **462.0** | **2,707.7** | **1,249.7** |
| Insurance | 12.8 | 13.0 | 0.0 | 13.0 | (0.2) |
| RR Donnelly | 47.3 | 30.0 | 26.3 | 56.3 | (9.0) |
| Other | 0.2 | 0.0 | (47.1) | (47.1) | 47.3 |
| Other Reporting/Compliance Contingency | 195.7 | 1,354.7 | 0.0 | 1,354.7 | (1,159.0) |
| 4 **Other Costs and Reserves** | **256.0** | **1,397.7** | **(20.8)** | **1,376.9** | **(1,120.9)** |
| *SubTotal* | *7,024.6* | *6,583.4* | *441.2* | *7,024.6* | *0.0* |

a  For presentation purposes, the 2012 Reporting and Transfer Budget excludes the $2 million Legal Reserve Fund which was approved in connection with the Liquidation Order.  To date, the GUC Trust has not utilized any portion of the Legal Reserve Fund, which is currently being held in its entirety by the GUC Trust.

b  Estimate is based on actual fees and expenses from January 2012 to September 2012 and forecasted fees and expenses for October 2012 through December 2012.

c  Carry over adjustment reflects the difference between 2011 estimated fees used at the time the 2012 Reporting and Transfer Budget was developed versus where the 2011 actual fees came in.