# EXHIBIT D

**[Revised Reporting and Transfer Budget]**

**MLC GUC Trust 2013 Expected Reporting & Transfer Budget Analysis**
Analysis in support of request to liquidate shares
*($ in thousands)*

|   |   | 2013 Full Year | | |
|---|---|---|---|---|
|   |   | *2013 Reporting and Transfer Budget* | | |
|   |   | **Current Projected 2013 Expense** | **Prior Projected 2013 Expense** (a) | **Variance Over/(Under)** |
| 1 | **Trust Monitor (FTI Consulting)** | **525.0** | **525.0** | **0.0** |
| 2 | **Trust Administrator (Wilmington Trust)** | **1,365.0** | **1,365.0** | **0.0** |
|   | AlixPartners | 1,000.0 | 450.0 | 550.0 |
|   | Frazier & Deeter | 300.0 | 0.0 | 300.0 |
|   | Gibson Dunn | 1,400.0 | 325.0 | 1,075.0 |
|   | Watkins Meegan | 199.1 | 150.0 | 49.1 |
|   | Plante Moran | 187.0 | 100.0 | 87.0 |
|   | Crowell Moring | 350.0 | 100.0 | 250.0 |
|   | Kramer Levin | 100.0 | 0.0 | 100.0 |
| 3 | **Trust Professionals** | **3,536.1** | **1,125.0** | **2,411.1** |
|   | Insurance | 13.0 | 13.0 | 0.0 |
|   | RR Donnelly | 50.0 | 30.0 | 20.0 |
|   | Legal Reserve Fund | 0.0 | 0.0 | 0.0 |
|   | Other (DTC) | 0.0 | 0.0 | 0.0 |
|   | Other Reporting/Compliance Contingency (b) | 1,000.0 | 0.0 | 1,000.0 |
| 4 | **Other Costs and Reserves** | **1,063.0** | **43.0** | **1,020.0** |
|   | **Total GUC Trust 2013 fees and expenses** | **6,489.1** | **3,058.0** | **3,431.1** |
| 9 | **Amount to be Funded by Initial Budget** | 0.0 | | |
| 10 | **Total Amount to be Funded by the Liquidation of New GM Securities** | **6,489.1** | | |

a  As submitted in February 2012 as Exhibit E to the Reply Brief for the Initial Liquidation Motion

b  Other Reporting/Compliance Contingency costs includes $1MM in 2013 for additional reporting or compliance costs that may arise as a result of the completion of the first 10-K and Sarbanes Oxley testing and potential remediation.