November 15, 2012



Atul C. Shah, MD
Creditor/Appellant
*In Pro Se*
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah

UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 Case No. |
|---|---|
| MOTORS LIQUIDATION COMPNAY, et al., F/k/a General Motors Corp., et al. | 09-50026 (REG) |
| Debtor | (Jointly Administered) |

## DESIGNATION OF DOCUMENTS

**NOW COMES** ATUL C. SHAH, MD, creditor/Appellant, *In Pro Se,* and hereby designates the following Documents:

**1.** ECF #11590 The GUC Trust's Objection ("**Objection**") and Exhibits

**2.** ECF Doc. 11694 Reply to the Response to the Objection filed by Dr. Shah

**3.** ECF #11696 Dr. Shah's Response ("**Response**") and Exhibits,

**4.** Trial of Hearing on **May 15, 2012**

**5.** ECF DOC # 11923 Letter filed by Dr. Shah

**6.** ECF DOC # 12002 Letter filed by Dr. Shah

**7.** ECF DOC # 12001 Decision on Objection to Claim of Dr. Atul C. Shah dated **August 6, 2012.**

1

**8.** ECF Doc 12002: "Motion to Vacate the Judgment" dated June 15, 2012 and entered by court on **Aug 6, 2012**.

**9.** ECF Doc 12019 Filed and Entered **08/17/12**

**10.** ECF # 12106 Objections filed by Atul C. Shah, MD; Creditor to the "Proposed Order" Disallowing and Expunging Proof of Claim Number 28820

**11.** ECF 12107 Order Sustaining Objection to Proof of Claim No. 28820 Filed By Atul C. Shah, MD


Respectfully submitted,

*[signature]*

Atul C. Shah, MD
Creditor/Appellant
*In Pro Se*
Troy, Michigan

Date November 15, 2012


## PROOF OF SERVICE

On this the 16th day of November, 2012, I did furnish a true and accurate copy of the above document to Counsel representing the GUC Trust in this matter by ordinary mail, Postage fully prepaid and addressed to their business office as disclosed in the pleadings.

Respectfully submitted,

*[signature]*

Atul C. Shah, MD
Creditor/Appellant
*In Pro Se*
Troy, Michigan

Date November 16, 2012

November 15, 2012

Atul C. Shah, MD
Creditor/Appellant
*In Pro Se*
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah

UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 Case No. |
|---|---|
| MOTORS LIQUIDATION COMPNAY, et al., F/k/a General Motors Corp., et al. | 09-50026 (REG) |
| Debtor | (Jointly Administered) |

## ISSUES PRESENTED

**NOW COMES** ATUL C. SHAH, MD, creditor/Appellant, *In Pro Se,* and hereby

submits the following issues presented in his Appeal:

1. Whether the trial court erred by failing to grant Dr. Shah procedural and substantive due process at the Hearing on his adversary proceeding, in making its decisions without an evidentiary hearing, and making its Decision dependent upon whether Dr. Shah would Appeal his decision or not.

       Dr. Shah would answer    "Yes"
       The GUC Trust would answer "No"
       The Trial Court would answer "No"

2. Whether the Trial Court erred by failing to accept or even consider Dr. Shah's Objections to entry of Proposed and dismissed the Objections outright without reason.

       Dr. Shah would answer    "Yes"
       The GUC Trust would answer "No"
       The Trial Court would answer "No"

1

3. Whether the trial court erred by not ensuring that Dr. Shah's claim would be treated in a manner consistent with all other claims of secured creditors in this case.

    Dr. Shah would answer    "Yes"
    The GUC Trust would answer "No"
    The Trial Court would answer "No"

4. Whether the written decision of the court, done only after Dr. Shah informed the court as directed that he would appeal; this unfairly prejudiced Dr. Shah and his appellate rights.

    Dr. Shah would answer    "Yes"
    The GUC Trust would answer "No"
    The Trial Court would answer "No"

5. Whether the Trial Court's relationship with attorneys from the GUC Trust in this matter gave the appearance of bias towards those attorneys to Dr. Shah's prejudice. Specifically, whether the Court delegated its role and duties inappropriately to counsel for the GUC trust.

    Dr. Shah would answer    "Yes"
    The GUC Trust would answer "No"
    The Trial Court would answer "No"

Respectfully submitted,

Atul C. Shah, MD
Creditor/Appellant
*In Pro Se*
Troy, Michigan

Date November 15, 2012

## PROOF OF SERVICE

On this the 16th day of November, 2012, I did furnish a true and accurate copy of the above document to Counsel representing the GUC Trust in this matter by ordinary mail, Postage fully prepaid and addressed to their business office as disclosed in the pleadings.

Respectfully submitted,

Atul C. Shah, MD
Creditor/Appellant
*In Pro Se*
Troy, Michigan

Date November 16, 2012