**287th Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GCW MEDIA SERVICES INC<br>C/O CHRISTOPHER DELFINO<br>621 CAPITOL MALL 18TH FLOOR<br>SACRAMENTO, CA 95814 | 60675 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$402,500.00 (U)<br>$402,500.00 (T) | 502(e)(1)(b) | Pgs. 1-9 |
| LOCKHEED MARTIN CORPORATION<br>C/O HANGLEY ARONCHICK SEGAL & PUDLIN<br>ATTN MATTHEW A HAMERMESH ESQ & STEVEN T MIANO ESQ<br>ONE LOGAN SQUARE 27TH FLOOR<br>PHILADELPHIA, PA 19103<br>UNITED STATES OF AMERICA | 43846 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,498,818.63 (U)<br>$12,498,818.63 (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| | | | | | |
|---|---|---|---|---|---|
| SYRACUSE CHINA COMPANY<br>C/O DUSTIN P ORDWAY ESQ<br>ORDWAY LAW FIRM<br>300 OTTAWA AVENUE NW SUITE 801<br>GRAND RAPIDS, MI 49503 | 59968 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,498,818.63 (U)<br>$12,498,818.63 (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| | | | | | |
|---|---|---|---|---|---|
| WAYNE COUNTY AIRPORT AUTHORITY<br>C/O BODMAN LLP<br>ATTN: BRIAN R TRUMBAUER<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 71254 | Motors Liquidation Company | Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

287th Omnibus Objection                    **Exhibit A**                    <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| | 4 | | $0.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $25,400,137.26 | (U) | | |
| | | | $25,400,137.26 | (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| 287th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| LINDEN DEVELOPMENT LLC<br>C/O LOUIS F SOLIMINE<br>THOMPSON HINE LLP<br>312 WALNUT ST STE 1400<br>CINCINNATI, OH 45202 | 70290 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,600,000.00  (U)<br>$6,600,000.00  (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |
| **OBJECTION ADJOURNED** | 1 | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,600,000.00  (U)<br>$6,600,000.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.