November 14, 2012

Kevin M. Bloomstran
213 Keeneland Way
Greer, South Carolina  29651
Claimant 60627, Motors Liquidation Company, Chapter 11 Case No. 09-50026 (REG)

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

In re:  Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.  Debtors
Chapter 11 Case No. 09-50026 (REG)

This is in response to the Notice of Presentment of Order Expunging several claims (09-50026 reg, Doc 12155, Filed 10/22/12, Entered 10/22/12 16:53:37).  Specifically Claim 60627, where I, Kevin M. Bloomstran, am the claimant.

I object to the proposed order to disallow my claim, Claim No. 60627:
- I object to the expungement of my claim, which is noted as, "GUC Trust is seeking expungement of (several claims) because (several claimants) failed to respond to the GUC Trust's repeated inquires as to whether the claimant intends to pursue its claim."
    - I do intend to pursue my claim.  Dipes Patel of AlixPartners, LLC and I have been in contact with each other between May 4, 2012 and September 19, 2012.  We have been negotiating a potential settlement, but have yet to come to an agreement.  It was never presented that our negotiations had concluded, nor was I ever given this impression.
- I object to the removal of my claim from the claims registry.
    - I wish to continue to pursue my claim against the Debtor.


Kevin M. Bloomstran

Hardcopy and Searchable .pdf CD-ROM's to:
    Barry N. Siedel (BS-1945)
    Stefanie Birbrower Greer (SG-2898)
    DICKSTEIN SHAPIRO LLP
    1633 Broadway
    New York, New York 10019-06708

    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, New York  10004-1408
    (I am awaiting approval of the Bankruptcy Courts electronic filing system, and will file when approved)