B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re MOTORS LIQUIDATION COMPANY, et al,    Case No. 09-50026 (REG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DAIMLER NORTH AMERICA CORPORATION
Name of Transferee

DETROIT DIESEL CORPORATION
Name of Transferor

Name and Address where notices to transferee should be sent:

ATTN: TREASURER
ONE MERCEDES DRIVE
MONTVALE, NJ 07645
Phone: 201-573-2576
Last Four Digits of Acct #: _____

Court Claim # (if known): 66305
Amount of Claim: $757,594.79
Date Claim Filed: 11/30/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ Transferee/Transferee's Agent    Date: 11/14/2012

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the adequacy and sufficiency of which are hereby acknowledged. DETROIT DIESEL CORPORATION ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to DAIMLER NORTH AMERICA CORPORATION ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the allowed amount of $757,594.79 (the "Claim"), as set forth in Proof of Claim No. 66305 filed against Motors Liquidation Company ("Debtor"), currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") In re MOTORS LIQUIDATION COMPANY, et al., Case No. 09-50026 (REG).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on _NOVEMBER 14_, 2012.

DETROIT DIESEL CORPORATION

By: _____
Name: Brian T Burton
Title: Secretary

DETROIT DIESEL CORPORATION

By: _____
Name: Wells Talmadge
Title: Assistant Secretary

DAIMLER NORTH AMERICA
CORPORATION

By: _____
Name: Frank Wetter
Title: Treasurer

DAIMLER NORTH AMERICA
CORPORATION

By: _____
Name: JOHN SWIERK
Title: ASSISTANT TREASURER