UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                          :

In re                                           :          Chapter 11 Case No.
                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,  :          09-50026 (REG)
      f/k/a General Motors Corp., *et al.*   :
                                            :
                       Debtors.         :          (Jointly Administered)
                                            :
-----------------------------------------------------------------x

### ORDER GRANTING OBJECTION TO
### PROOF OF CLAIM 28560 FILED BY ALICIA E. CALHOUN
### (Splinter Union Employee Claim)

Upon the objection to expunge Proof of Claim 28560 (the "**Claim**") filed by Alicia E. Calhoun, a former employee of the Debtors represented by the IUE-CWA union, dated September 14, 2012 (the "**Objection to Claim**"),[1] of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing and expunging the Claim on the ground that the Claim is for an obligation for which the Debtors and the GUC Trust have no liability, all as more fully described in the Objection to Claim; and due and proper notice of the Objection to Claim having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection to Claim is in the best interests of the Debtors,

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection to Claim.

their estates, the GUC Trust, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection to Claim establish just cause for the relief granted herein; and a hearing having been held on October 15, 2012 (the "**Hearing**"); and for the reasons set forth and explained at length both at the Hearing and in other hearings of claims for similarly situated claimants; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection to Claim is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Proof of Claim 28560 filed by Alicia E. Calhoun is hereby disallowed and expunged from the claims registry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
        **November 29, 2012**

                                                *s/ Robert E. Gerber*
                                                United States Bankruptcy Judge