**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:    **Chapter 11 Case No.**
**In re**    :
:    **09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY,** *et al.*    :
     **f/k/a General Motors Corp.,** *et al.,*    :
:    **(Jointly Administered)**
       **Debtors.**    :
:
------------------------------------------------------------ x

## ORDER REDUCING AND ALLOWING CLAIM NUMBER
## 66716 FILED BY GENERAL ELECTRIC CAPITAL CORPORATION

Upon the notice of presentment of the proposed order (the "**Proposed Order**")

reducing and allowing Claim Number 66716 filed by General Electric Capital Corporation, dated

October 26, 2012, of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by

the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second

Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or

modified from time to time, the "**Plan**"); and due and proper notice of the Proposed Order having

been provided, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and after due deliberation and sufficient cause appearing

therefor, it is:

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim Number

66716 is reduced and allowed as a general unsecured claim in the amount of $41,800; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: November **29**, 2012
       New York, New York

***s/ Robert E. Gerber***

United States Bankruptcy Judge
