UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MOTORS LIQUIDATION COMPANY et al.,
f/k/a General Motors Corp. et al.,

Debtors.

Chapter 11

Case No 09-50026 (REG)

(Jointly Administered)

# CERTIFICATE OF SERVICE

I, Harvey A. Strickon, an attorney admitted to practice in this Court and Of Counsel to the firm of Paul, Hastings LLP, hereby certify under penalty of perjury that, on November 30, 2012, I served or caused to be served copies of the RESPONSE TO SUPPLEMENTAL OBJECTION OF THE MOTORS LIQUIDATION COMPANY GUC TRUST TO PROOF OF CLAIM NO. 65807 FILED BY ROLLS-ROYCE CORPORATION upon the following by electronic transmission:

Smolinsky, Joseph (Joseph.Smolinsky@weil.com)

Wu, Edward (Edward.Wu@weil.com)

and upon the following by first class mail:

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Motors Liquidation Company
Attn: Thomas Morrow
401 South Old Woodward Avenue, Ste 370
Birmingham, MI 48009

General Motors LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, MI 48265

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

LEGAL_US_W # 73455505.1

United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington DC 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq. and
Michael L. Schein, Esq.
1633 Broadway, 47th Fl
New York, NY 10019

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.,
Lauren Macksoud, Esq. and Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee
for the Southern District of New York
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Fl
New York, NY 10004

U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.
86 Chambers Street, 3rd Fl
New York, NY 10007

Caplin & Drysdale
Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
375 Park Avenue, 35th Fl
New York, NY 10152-3500

Caplin & Drysdale
Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.
One Thomas Circle, NW
Suite 1100
Washington DC 20005

Stutzman, Bromberg, Esserman & Plifka, PC
Attn: Sander L. Esserman, Esq. and
Robert T. Brousseau, Esq.
2323 Bryan Street, Ste 2200
Dallas, TX 75201

Gibson, Dunn & Crutcher LLP
Attn: Keith Martorana, Esq.
200 Park Avenue, 47th Fl
New York, NY 10166

FTI Consulting
Attn: Anna Phillips
One Atlantic Center
1201 West Peachtree Street, Ste 500
Atlanta, GA 30309

Crowell & Moring LLP
Attn: Michael V. Blumenthal, Esq.
590 Madison Avenue, 19th Fl
New York, NY 10022-2524

Kirk P. Watson, Esq.
2301 Woodlawn Blvd
Austin, TX 78703

Dated: November 30, 2012                    /s/ Harvey A. Strickon
                                                                           Harvey A. Strickon