# EXHIBIT E

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Motors Liquidation Company (f/k/a General Motors Corporation | Case Number<br>09-50026 |
|---|---|

NOTE  *This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503*

| Name of Creditor (the person or other entity to whom the debtor owes money or property)<br>Ashraf Elgohary | ☐ Check this box to indicate that this claim amends a previously filed claim |
|---|---|
| Name and address where notices should be sent<br>Ashraf Elgohary<br>c/o Kimmel & Silverman, P C<br>30 E  Butler Ave  Ambler, PA 19002<br>Telephone number<br>(215) 540-8888 | *THE GARDEN CITY GROUP, INC.*<br>NOV 25 2009<br><br>Court Claim Number _____<br>*(If known)*<br><br>Filed on _____ |
| Name and address where payment should be sent (if different from above)<br>FILED - 46626<br>MOTORS LIQUIDATION COMPANY<br>F/K/A GENERAL MOTORS CORP<br>SDNY # 09-50026 (REG)<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case |

| 1  Amount of Claim as of Date Case Filed       $                    20,598 00 | 5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box  and state the amount |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges

2  Basis for Claim    Products Liability
(See instruction #2 on reverse side )

3  Last four digits of any number by which creditor identifies debtor:   n/a

   3a  Debtor may have scheduled account as _____
   (See instruction #3a on reverse side )

4  Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe

Value of Property $_____   Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any  $_____   Basis for perfection _____

Amount of Secured Claim. $_____   Amount Unsecured· $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C  §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C  §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U S C  §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C  §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C  §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U S C  §507 (a)(__)

6.  Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7  Documents  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  *(See instruction 7 and definition of "redacted" on reverse side )*

DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain

Amount entitled to priority

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

| Date: 11/20/09 | Signature  The person filing this claim must sign it.  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br><br>Amy L  Bennecoff, Esq , attorney for Asharf Elgohary | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 and 3571

# Superior Chevrolet

200 Renaissance Blvd   Lawrenceville, NJ 08648   superiorchevyonline.com
Phone (609) 323-2200 or (800) 923-3680   Fax (609) 219-0221

Motor Vehicle
Retail Order
☐ New  X  ☐ Used
☐ Demo
☐ Rental

DEAL # 207024

STOCK NO P193

CUSTOMER ASHRAF ELGOHARY   DATE 07/06/07
ADDRESS 5502 HUNTERS GLEN DR   PLAINSBORO   NJ   08536
HOME PHONE 951-1920   WORK PHONE 799-7061   E MAIL

ENTER ORDER FOR 1 2007   CHEVROLET   EXPRESS   SALES REP PICCARI, ANTHONY
BODY TYPE   COLOR WHITE   MODEL 1453   SERIAL NO 1 6 G A 2 5 V 3 7 1 1 1 7 6 5 2

| | |
|---|---|
| Price of Unit | 17000 00 |
| Additional Equipment (options) | |
| SERVICE CONTRACT | 1750 00 |
| | |
| | |
| | |
| | |
| TOTAL PRICE OF VEHICLE | 18750 00 |
| Less Trade-in | |
| WINDOW THEFT DETERENT REGISTRATION (optional) | $187 00 |
| Personalization Package | |
| TOTAL TAXABLE AMOUNT | 1912 50 |
| State Sales Tax MTR WHL VEH | 7 50 |
| Motor Vehicle Tire Fee $1.50 per New Tire | |
| NJ Supplemental Titling Fee | -339 00 |
| Registration/Title Fee (Estimated) (See Paragraph 4 5 On Reverse Side) | |
| Documentary Fee | |
| (See Paragraph 16 On Reverse Side) | $189 00 |
| NET PAY-OFF ON TRADE-IN | |
| Customer Incentive | |
| TOTAL | 20598 00 |
| Deposit | 2000 00 |
| BALANCE IN CASH/CERTIFIED CHECK OR OTHER ACCEPTABLE FORM OF PAYMENT TO BE PAID TO DEALER ON DELIVERY | |
| BALANCE DUE ON DELIVERY | 18598 00 |

**IF A NEW VEHICLE SALE OR LEASE**
The only warranties applying to this vehicle are those offered by the manufacturer. Dealer sells/leases this vehicle "as is" and hereby disclaims all warranties, either express or implied—including any implied warranties of merchantability and fitness for a particular purpose. Any liability of dealer with respect to defects or malfunctions of this vehicle including without limitation, those which pertain to performance or safety, (whether by way of "strict liability" based upon dealer's negligence, or otherwise) is expressly excluded and customer hereby assumes any such risks. The manufacturer's warranty is not affected by this disclaimer of warranties by dealer.

**IF USED VEHICLE SALE OR LEASE CHECK APPROPRIATE BOX**
☐ This vehicle is sold/leased "as is" and dealer hereby expressly disclaims all warranties either express or implied including any implied warranties of merchantability and fitness for a particular purpose. Any liability of dealer with respect to defects or malfunctions of this vehicle including, without limitation, those which pertain to performance or safety, (whether by way of "strict liability") based upon dealer's negligence, or otherwise), is expressly excluded and customer hereby assumes any such risks.

OR

☐ The only dealer warranty on this vehicle is the limited warranty which is issued with and made a part of this order form

**ALL USED VEHICLE SALES DEALER'S OBLIGATION**
The laws of New Jersey require Motor Vehicle Dealers to make all necessary repairs, without charge or return the full purchase price (if a sale) to the customer in the event a used vehicle sold and intended to be registered in this State fails to meet State Inspection Standards for the issuance of a certificate of approval due to a defect that is not the result of the customer's own act. The undersigned, before entering into this contract, has been informed of dealer's obligation and agrees to have the used vehicle inspected within 14 days from the issuance of the permanent registration for such vehicle.

07   06   2007   X

**WAIVER OF DEALER'S OBLIGATION (USED VEHICLE SALES)**
The undersigned, the purchaser, acknowledges the Dealer's Obligation, and does hereby WAIVE AND RELEASE the DEALER'S OBLIGATION to make repairs without charge or return the full purchase price (if a sale) if the vehicle fails to meet State inspection, and issuance of a certificate of approval, unless the cause for the vehicle rejected is that which is "covered" by New Jersey's Used Car Lemon Warranty Law (P.L. 1995, Chpt. 373).

07   06   2007

**TRADE IN DESCRIPTION AND ALLOWANCE**

Year _____ Make _____ Model _____
Serial No _____ Mileage _____ Date 07/06/07
Trade-in Value _____
Less Balance Owed _____
Net Trade in Allowance _____
Balance Owed to _____
Address _____
Account No _____
Info From _____ Good Thru _____
Customer certifies that the frame on the trade-in vehicle has never sustained any damage or been repaired. All airbags are of original equipment and have never been deployed. Also, that the vehicle has never been in a flood or had the emission control system tampered with or altered. Customer certifies the above mileage of trade-in vehicle is accurate.

07   06   2007

**AGREEMENT TO ARBITRATE ANY CLAIMS, READ THE FOLLOWING ARBITRATION PROVISION CAREFULLY, IT LIMITS YOUR RIGHTS, INCLUDING THE RIGHT TO MAINTAIN A COURT ACTION**
The parties to this agreement agree to arbitrate any claim, dispute, or controversy including all monetary claims and any cost or incidental claims, that may arise out of or relating to the sale or lease identified in this agreement. By agreeing to arbitration, the parties understand and agree that they are waiving their rights to maintain other available resolution processes, such as a court action or administrative proceeding, to settle their disputes. Consumer Fraud, Used Car Lemon Law and Truth-in-Lending claims are just three examples of the various types of disputes subject to arbitration under this agreement. The parties also agree all (i) waive any right to pursue any claims arising under this agreement including statutory or federal claims; (ii) to have an arbitration under this agreement consolidated with any other arbitration or proceeding. The arbitration shall be conducted in accordance with the rules of the American Arbitration Association before a single arbitrator whose award shall be binding and subject to enforcement by decision of the arbitrator. Each party shall bear its own costs.

Robert Ruch
Certified ASE Master Technician
Automotive Consultant

October 8, 2008

Robert Silverman
Kimmel and Silverman P C

Re. **Vehicle Case Report**
    Ashraf Elgohary v GM

**Vehicle:**
**2007 CHEVROLET EXPRESS G2500**
1GCGG25V371117652
CARGO VAN 4 8L V8 MPI
REAR WHEEL DRIVE

Mr. Silverman,
          I have reviewed purchase contracts, photos, Carfax, warranty information, and
investigative Police report regarding this vehicle. After carefully reviewing the service
records, and summarizing the available information, I have concluded the vehicle was
delivered pre owned and under the balance of the 3/36 GM warranty. It shortly after went
into a major heat event and was a total loss

**Background:**

07/06/07 at 11,453
Vehicle purchased pre owned from Superior Chevrolet  The total vehicle price including
tax less finance is $20,598 00

08/11/07 (Sign Art)
Van decal multi colors and logo two sides and back

08/15/07-11,878 miles (Oil Well)
Perform routine maintenance

09/28/07-15,087 miles
Perform routine maintenance

10/30/07-18,148 miles
Perform routine maintenance

01/02/2008
The vehicle was operating fine and while driving smoke began entering the vehicle
through the dashboard. Vehicle subsequently caught on fire and quickly became entirely
engulphed into flames  Mommoth county fire department responded and fire marshal
responded. The vehicle fire at that point was extinguished
*Taken from police report along with client interview

04/25/08 at 21,000 miles
Vehicle noted salvage / Total loss

**Conclusions/Opinions:**

This vehicle was purchased new and operated normally until on 01/02/2008.
Based on my review of the documents at this point the vehicle began having conditions
of smoke from the driver instrument cluster. The vehicle quickly went up into flames
After speaking to the owner/driver and examining the numerous detailed photos of the
vehicle it is my opinion this vehicle malfunctioned in the left front area under the hood,
quickly went into major heat event and became total loss.

Based on my careful review of the color photos taken of the vehicle the vehicle
ignited and went into a heat event. Highest amount of heat was in the left front. I also
noted the vehicle was used as commercial vehicle for the installation and repair of garage
doors  The owner reported no aftermarket parts on the vehicle relating to the wiring or
electrical system in this area  I also after looking at the numerous photos did not see any
aftermarket parts or alterations on this vehicle that would be associated with a heat
event/fire as this

In sum the vehicle was a total loss due to a major heat event that started while the
vehicle was being operated in normal manner. The vehicle was not reported to have any
symptoms of this prior to this major heat event that would give warning this would have
occurred  The only time this vehicle was even in the shop was when it had oil changes.
After looking at this type, time, mileage, and location of fire I would rule out the oil
changes as having any influence or bearing on the heat event. Therefore I can only
conclude the vehicle had a malfunction in this left front area underhood area that would
have been a covered warrantable part (workmanship and/or material).  This system was
that which caused the vehicle heat event was the catalyst resulting in the loss.

Due to the major heat event the vehicle was a clearly a total loss and repairs would
certainly far exceeded total purchase price of the truck and therefore it was considered a
total loss

The total purchase price less tax and finance was noted as $20,598 00. In my
opinion this vehicle heat event was not due to any causes of the driver and therefore
should not have caused him to have the 100% loss of the vehicle.

The measure of damages in this case calculated is the difference in value at the time and place of acceptance between the product as warranted and the product as received. The diminution (difference) in value of this vehicle, as warranted and as delivered is equal to no less than 100% or a full refund of purchase price.

I render this opinion to a reasonable degree of certainty based on my many years of extensive new vehicle dealer auto truck repair experience, certified electrical diagnosis, ASE Master Technician, certified L1 advanced engine performance specialist, and experience buying, selling, appraising, and trading in over 7,700 vehicles for new and used vehicle dealers. I am also a certified professional vehicle damage estimator.

I reserve the right to supplement and amend my report based on any other additional information or repair invoices that becomes available.

Respectfully submitted,

Robert Ruch



## EXPERIENCE

March 1988- March 2003                                    Southampton, PA
*John Kennedy Auto Group Chevrolet, Geo, Ford*
*GM Certified Technician-ASE Master Technician*
- Responsible for overseeing, performing, invoicing New Car Warranty Repairs for 15 years
- Inspected used cars (Foreign and Domestic) for trade in order to determine value and/or potential profit margin for dealership both wholesale and retail
- Responsible for managing Used Car Department (Foreign and Domestic), included technical diagnosis, job pricing, body repair pricing, overall retail sales procedures
- Wrote and invoiced warranty repair orders /Auction vehicle checkout
- Repairing and restoring used vehicles for retail sales and wholesale
- Responsible for in house as well as sublet repairs including diagnosis and repair of water leaks, Diesel engine repairs, and transmission rebuilding/replacement
- Determined vehicle history and capable to repair vehicles per warranty standards
- Worked Warranty flat rate pay system
- Estimated warranty repairs (repair vs. replacement)
- Acted as a liaison for new/used dealer sales for Values on Used Vehicle Trade in on more than 10 vehicles a week for 14 years (over 7,000 vehicles)

March 2003- August 2003                                    Doylestown, PA
*Fred Beans Auto Group Cadillac, Pontiac, GMC, Buick*
*GM Certified Technician-ASE Master Technician*
- Responsible for overseeing, performing, invoicing New Car Warranty/Cash Repairs
- Responsible for managing Used Car Department, included technical diagnosis, job pricing, and overall retail sales procedures
- Responsible for providing structuring Estimates, Appraisals on Vehicles, Buy backs, and GM factory TSBs, recalls, and updates on product line.
- Master ASE Technician, responsible for a full range of car and truck repairs under flat rate system.
- Inspected used cars (Foreign and Domestic) for trade in order to determine value and/or potential profit margin for dealership both wholesale and retail

1993 – 2003
*C&W Auto - Used Vehicle Sales*                          Hatboro, PA
     Responsible for Pa. Dealer license for Buying, Selling and Appraising Used Vehicles,
including Motorcycles, off road motorcycle equipment, and related pleasure-craft. In depth
knowledge of buying and resale of used vehicles in regards to season, trends, and market
changes. Bought, Sold, and Appraised more than 750 vehicles for C&W vehicle sales

1999 – Present
*Dennis Roggio - Used Vehicle Sales*                   Huntingdon Valley, PA
     Vehicle evaluator for Buying, Selling and Appraising Used Vehicles, including
Motorcycles, off road motorcycle equipment, and related pleasure-craft. In depth
knowledge of buying and resale of used vehicles in regards to season, trends, and market
changes. Bought, Sold, and Appraised more than 265 vehicles for Roggio vehicle sales

August 2003 – Present
**Automotive Expert, Investigator, and Vehicle Appraiser**
- Review dealership and vehicle records involving the Sales, Finance, repairs process
- Assist attorneys at Kimmel & Silverman, insurance company adjusters, and other law
  firms by investigating, inspecting, evaluating cases for Warranty coverage, Breach of
  Warranty, Unfair Trade, Lemon Law, and Dealer Fraud Cases/ Provide testimony at
  Arbitrations, Trials, and Depositions, Issue reports on my findings including
  diminution in value

- Admitted to testify in an expert witness capacity by courts in automobile, truck,
  and motorcycle (pleasure craft) industry cases This included State and Federal
  courts in Pennsylvania, New Jersey Superior Court, Massachusetts Superior
  Court, and Delaware Superior Court  Maryland District Court and Maryland
  Circuit Court

## EDUCATION

| | |
|---|---|
| 1988 | Penn State University |
| | - Mechanical Engineering |
| 1990 | Bucks County Community College |
| | - Criminal Justice/Business Management |
| 2006 | Penn Foster College |

## INTERESTS

Collecting, restoring, and racing Classic Automobiles, including Corvettes, Chrysler (Mopar),
and Fords in the last 23 years, I have successfully fully restored 30 Antique Classic Cars  I
also have owned, repaired, evaluated, and sold more than 58 motorcycles (Foreign &
Domestic) not for litigation purpose

## CERTIFICATIONS

| | |
|---|---|
| 1994 -2009 | National Institute for Automotive Service Excellence Certified Master ASE Technician. ASE Mater Testing includes. Engine Repair/Engine Performance Electrical/Electronic Systems/Brakes/Heating and Air Conditioning, Suspension and Steering/Manual Drive Train and Axles Automatic Transmissions. ID # KY1KR7RM7 |
| 1997- 2009 | ASE Master Advanced L1 certified in electronics and emissions |
| 2006-2008 | Society of Automotive Engineers (SAE) ID # 6121226327 |
| 2008 | Senior Project Mentor for Auto Repair and Sales/Germantown Academy |
| 2005 | Certified Professional Vehicle Estimator/ Vale National Training Center |
| 2006 | Motorcycle Repair Technician/Penn Foster College |
| 2005 | Certified in the Motorcycle information and Safety Rider Course |
| 1993- 2003 | Auction Purchaser, Appraiser, and Seller for C&W used vehicles |
| 2004 | GM certified on body structure and frame repair procedures |
| 2003 | GM vehicle Vibration Correction courses |
| 2002 | TECH 2 Electronics diagnosis (GMICT/Medium Duty Truck) course |
| 2001 | Certified in Allison and GM Automatic Transmissions repair procedures |
| 2001 | Certified in ZF Manual Transmission repair procedures |
| 2000 | Certified in Medium Duty Truck diagnostics and repair |
| 1989- 1999 | GM STG Service Technology Group Training Center, completed testing |
| 1996- 2003 | Certified in GM Used Car Program (Foreign and Domestic) |
| 1997 | GM Certified Corvette Engine Mechanical/GEN III |
| 1997- 2009 | Pennsylvania Notary/Member of the PA. Association of Notaries |
| 1999 | Certified in GM Theft Deterrent Systems |
| 1999 | Certified Chevrolet Pass Key/Passlock Security System Systems |
| 1999 | Electronics Strategy Based Diagnosis course |
| 1998 | GM Automatic 4 wheel/AWD Course |
| 1997 | General Motors Auto/Light truck Anti Lock Brake Course |
| 1996 | GM Auto/Light truck SIR vehicle inflatable restraint system Course |
| 1996 | GM Specialized Electronics Training (SET) |
| 1993 | Certified GM V8 engine Mechanical Course |
| 1993 | Received GM Advanced Electronics Award |
| 1990 | Certified Pennsylvania Air Conditioning repair technician |
| 1989-2004 | GM Certified gas/diesel auto/truck repair technician |
| 1989-2010 | Pennsylvania State inspection licenses |
| 1989-2009 | Pennsylvania Emission licenses |
| 2001-2008 | Ebay Motors On Line Auction purchaser and seller/Purple Star Award |
| 1992-2009 | Licensed real estate property lessor in Pennsylvania |

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division – Civil Part pleadings (not motions) under Rule 4 5-1

**Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.**

**FOR USE BY CLERKS OFFICE ONLY**

| PAYMENT TYPE | CK | CG | CA |
|---|---|---|---|

CHG/ CK NO  *2029*

AMOUNT  *200*

OVERPAYMENT

BATCH NUMBER  *K732-50308*

| ATTORNEY/ PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Robert M Silverman, Esq | (856) 429-8334 | Camden County |

FIRM NAME (if applicable)
Kimmel & Silverman, P C

DOCKET NUMBER (When available)
*L 2778-08*

OFFICE ADDRESS
Executive Quarters
1930 E Marlton Pike, Suite Q29
Cherry Hill, NJ 08003

DOCUMENT TYPE
Complaint

JURY DEMAND  ☒ YES  ☐ NO

NAME OF PARTY (e g John Doe, Plaintiff)
Mr Asharf Elgohary, Plaintiff

CAPTION
Asharf Elgohary v General Motors Corporation

CASE TYPE NUMBER
(See reverse side for listing)
512 – Lemon Law

IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ☒ NO
IF YOU HAVE CHECKED "YES," SEE N J S A 2a 53a-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT

RELATED CASES PENDING?  ☐ YES  ☒ NO

IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?  ☐ YES  ☒ NO

NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY IF KNOWN
☐ NONE  ☒ UNKNOWN

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

A DO PARTIES HAVE A CURRENT PAST OR RECURRENT RELATIONSHIP?  ☐ YES  ☒ NO

IF YES, IS THAT RELATIONSHIP
☐ EMPLOYER – EMPLOYEE  ☐ FRIEND / NEIGHBOR  ☐ OTHER (explain)
☐ FAMILIAL  ☐ BUSINESS

B DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☒ YES  ☐ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

**F I L E D**
MAY 2 3 2008
SUPERIOR COURT OF NEW JERSEY
COUNTY OF CAMDEN

DO YOU OR YOUR CLIENT HAVE ANY NEEDS UNDER THE AMERICANS WITH DISABILITIES ACT?  ☐ YES  ☒ NO  IF YES, PLEASE IDENTIFY _____

WILL AN INTERPRETER BE NEEDED?  ☐ YES  ☒ NO  IF YES FOR WHAT LANGUAGE _____

ATTORNEY SIGNATURE

Effective 02/01/2008, CN10517-English

 

## SIDE 2          CIVIL CASE INFORMATION STATEMENT
### (CIS)
Use for initial pleadings (not motions) under *Rule 4 5-1*

CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side )

**Track 1 — 150 days' discovery**
| | |
|---|---|
| 151 | NAME CHANGE |
| 175 | FORFEITURE |
| 302 | TENANCY |
| 399 | REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | BOOK ACCOUNT (debt collection matters only) |
| 505 | OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS) |
| 506 | PIP COVERAGE |
| 510 | UM or UIM CLAIM |
| 511 | ACTION ON NEGOTIABLE INSTRUMENT |
| 512 | LEMON LAW |
| 801 | SUMMARY ACTION |
| 802 | OPEN PUBLIC RECORDS ACT (SUMMARY ACTION) |
| 999 | OTHER (Briefly describe nature of action) |

**Track 2 — 300 days' discovery**
| | |
|---|---|
| 305 | CONSTRUCTION |
| 509 | EMPLOYMENT (other than CEPA or LAD) |
| 599 | CONTRACT/COMMERCIAL TRANSACTION |
| 603 | AUTO NEGLIGENCE – PERSONAL INJURY |
| 605 | PERSONAL INJURY |
| 610 | AUTO NEGLIGENCE – PROPERTY DAMAGE |
| 699 | TORT – OTHER |

**Track 3 — 450 days' discovery**
| | |
|---|---|
| 005 | CIVIL RIGHTS |
| 301 | CONDEMNATION |
| 602 | ASSAULT AND BATTERY |
| 604 | MEDIACAL MALPRACTICE |
| 606 | PRODUCT LIABILITY |
| 607 | PROFESSIONAL MALPRACTICE |
| 608 | TOXIC TORT |
| 609 | DEFAMATION |
| 616 | WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES |
| 617 | INVERSE CONDEMNATION |
| 618 | LAW AGAINST DISCRIMINATION (LAD) CASES |

**Track IV – Active Case Management by Individual Judge / 450 days' discovery**
| | |
|---|---|
| 156 | ENVIRONMENTAL / ENVIRONMENTAL COVERAGE LITIGATION |
| 302 | MT LAUREL |
| 508 | COMPLEX COMMERCIAL |
| 513 | COMPLEX CONSTRUCTION |
| 514 | INSURANCE FRAUD |
| 701 | ACTIONS IN LIEU OF PEROGATIVE WRITS |

**Mass Tort (Track IV)**
| | | | |
|---|---|---|---|
| 241 | TOBACCO | 275 | ORTHO EVRA |
| 248 | CIBA GEIGY | 276 | DEPO-PROVERA |
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 277 | MAHWAH TOXIC DUMP |
| 271 | ACCUTANE | 278 | ZOMETA/AREDIA |
| 272 | BEXTRA / CELEBREX | 601 | ASBESTOS |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 619 | VIOXX |

If you believe this case requires another track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics "

Please check off each applicable category

☐ Verbal Threshold                    ☐ Putative Class Action                    ☐ Title 59

Effective 02/01/2008, CN10517-English





B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Motors Liquidation Company (f/k/a General Motors Corporation) | Case Number<br>09-50026 |
|---|---|

NOTE  *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property)<br>Ashraf Elgohary | ☐ Check this box to indicate that this claim amends a previously filed claim |
| Name and address where notices should be sent<br>Ashraf Elgohary<br>c/o Kimmel & Silverman, P C<br>30 E  Butler Ave  Ambler, PA 19002<br>Telephone number<br>(215) 540-8888 | Court Claim Number _____<br>*(If known)*<br><br>Filed on _____ |

*[stamp: THE GARDEN CITY GROUP, INC.  NOV 25 2009]*

| Name and address where payment should be sent (if different from above)<br><br>FILED - 46628<br>MOTORS LIQUIDATION COMPANY<br>F/K/A GENERAL MOTORS CORP<br>SDNY # 09-50026 (REG)<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case |
|---|---|

| | |
|---|---|
| 1  Amount of Claim as of Date Case Filed         $                20,598 00 | 5  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a)  If any  portion of your claim falls in one of the following categories, check the box and state the amount |
| If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4 | |
| If all or part of your claim is entitled to priority, complete item 5 | Specify the priority of the claim |
| ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B) |
| 2  Basis for Claim  Products Liability<br>(See instruction #2 on reverse side ) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4) |
| 3  Last four digits of any number by which creditor identifies debtor.   n/a<br><br>3a  Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side ) | |
| 4  Secured Claim (See instruction #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe<br><br>Value of Property $_____  Annual Interest Rate_____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any $_____  Basis for perfection _____<br><br>Amount of Secured Claim  $_____    Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan– 11 U.S.C. §507 (a)(5)<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7)<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8) |
| 6  Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__) |
| 7  Documents  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction 7 and definition of "redacted" on reverse side )<br><br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br><br>If the documents are not available, please explain | Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |

| Date | Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br><br>Amy L  Bennecoff, Esq , attorney for Asharf Elgohary | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. §§ 152 and 3571*

# Superior Chevrolet

200 Renaissance Blvd   Lawrenceville, NJ 08648   superiorchevyonline.com
Phone (609) 323-2200 or (800) 923-3680   Fax (609) 219-0221

Motor Vehicle
Retail Order 1
☐ New  x ☐ Used
☐ Demo
☐ Rental  DEAL # 207024

| | |
|---|---|
| CUSTOMER SHRAF ELGOHARY | DATE 07/06/07 STOCK NO P193 |
| ADDRESS 5502 HUNTERS GLEN DR PLAINSBORO NJ 08536 | |
| HOME PHONE 391-1920 WORK PHONE 799-7051 E MAIL | |

| ENTER ORDER FOR 1 2007 CHEVROLET EXPRESS | SALES REP PICCARI, ANTHONY |
|---|---|
| BODY TYPE COLOR WHITE MILES 1453 SERIAL NO 1 G C G G 2 5 Y 3 7 1 1 1 7 6 5 2 | |

INTERIOR TRIM COLOR

Prior to Delivery of the vehicle listed above, customer shall select one of the following and so advise dealership
• Cash Purchase   • Finance Purchase   • Lease

IF A CREDIT SALE, REQUIRED INFORMATION CONTAINED ON A SEPARATE DISCLOSURE STATEMENT IS MADE A PART OF THIS ORDER

IF A LEASE, COMPLETE DISCLOSURE OF ALL LEASE TERMS AND CONDITIONS IS CONTAINED ON A SEPARATE LEASE CONTRACT

TO BE DELIVERED ON OR ABOUT

| | |
|---|---|
| Price of Unit | 7000,00 |
| Additional Equipment (options) | |
| SERVICE CONTRACT | 1750,00 |
| | |
| | |
| | |
| | |

IF A SMART BUY OR A SMART BUY THE FOLLOWING APPLY

| | |
|---|---|
| MONTHLY PAYMENT AMOUNT $ | |
| TERM MONTHS | |
| MILEAGE PER YEAR | |
| CASH DUE AT DELIVERY $ | |

IF A SMART BUY THE FOLLOWING APPLY

| | |
|---|---|
| TOTAL PRICE OF VEHICLE | 10750,00 |
| Less Trade-In | $197,00 |
| WINDOW THEFT DETERRENT REGISTRATION (Optional) | |
| Personalization Package | |
| TOTAL TAXABLE AMOUNT | 19750,00 |
| State Sales Tax | 1912,50 |
| Motor Vehicle Tire Fee - $1.50 per New Tire | 7,50 |
| NJ Supplemental Titling Fee | |
| Registration Title Fee (Estimated) (See Paragraph 45 On Reverse Side) | 339,00 |
| Documentary Fee (See Paragraph On Reverse Side) | $189 00 |
| NET PAY-OFF ON TRADE-IN | |
| Customer Incentive | |
| TOTAL | 20598 00 |
| Deposit | 2000 00 |

| | |
|---|---|
| BALANCE IN CASH/ CERTIFIED CHECK OR OTHER ACCEPTABLE FORM OF PAYMENT TO BE PAID TO DEALER ON DELIVERY | |
| BALANCE DUE ON DELIVERY | 18598 00 |

IF A NEW VEHICLE SALE OR LEASE

The only warranties applying to this vehicle are those offered by the manufacturer. Dealer sells/leases this vehicle "as is" and hereby disclaims all warranties, either express or implied, including any implied warranties of merchantability and fitness for a particular purpose. Any liability of dealer with respect to defects or malfunctions of this vehicle including, without limitation, those which pertain to performance or safety, (whether by way of "strict liability" based upon dealer's negligence, or otherwise), is expressly excluded and customer hereby assumes any such risks. The manufacturer's warranty is not affected by this disclaimer of warranties by dealer.

IF USED VEHICLE SALE OR LEASE-CHECK APPROPRIATE BOX

☐ This vehicle is sold/leased "as is" and dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability and fitness for a particular purpose. Any liability of dealer with respect to defects or malfunctions of this vehicle including, without limitation those which pertain to performance or safety, (whether by way of "strict liability" based upon dealer's negligence, or otherwise), is expressly excluded and customer hereby assumes any such risks

OR

☐ The only dealer warranty on this vehicle is the limited warranty which is issued with and made a part of this order form.

ALL USED VEHICLE SALES DEALER'S OBLIGATION
The laws of New Jersey require Motor Vehicle Dealers to make all necessary repairs, without charge, or return the full purchase price (if a sale) to the customer in the event a used vehicle sold and intended to be registered in this State fails to meet State Inspection Standards for the issuance of a certificate of approval due to a defect that is not the result of the customer's own act The undersigned, before going into this contract, has been informed of dealer's obligation above and agrees to have the used vehicle inspected within 14 days from the issuance of the permanent registration for such vehicle, been

07  06  2007   X

WAIVER OF DEALER'S OBLIGATION (USED VEHICLE SALES)
The undersigned customer agrees to accept the vehicle "as is" and does hereby WAIVE AND RELEASE the DEALER'S OBLIGATION to make repairs without charge or return the full purchase price (if a sale) if the vehicle fails to meet State inspection, certificate of approval unless the cause for the vehicle's rejection is in part which is "covered" by New Jersey's Used Car Lemon Warranty Law (PL 1995 Chpt. 373)

07  06  200X

| TRADE-IN DESCRIPTION AND ALLOWANCE | |
|---|---|
| Year Make Model | |
| Serial No. Mileage | |
| Trade In Value Date 07/06/07 | |
| Less Balance Owed | |
| Net Trade-In Allowance | |
| Balance Owed to | |
| Address | |
| Account No | |
| Info From Good Thru | |

Customer certifies that the frame on the trade-in vehicle has never sustained any damage or been repaired All airbags are of original equipment and have never been deployed Also, that the vehicle has never been in a flood or had the emission control system tampered with or altered Customer certifies the above mileage of trade-in vehicle is accurate.

07  06  2007

AGREEMENT TO ARBITRATE ANY CLAIMS READ THE FOLLOWING ARBITRATION PROVISION CAREFULLY, IT LIMITS YOUR RIGHTS, INCLUDING THE RIGHT TO MAINTAIN A COURT ACTION

Robert Ruch
Certified ASE Master Technician
Automotive Consultant

October 8, 2008

Robert Silverman
Kimmel and Silverman P.C

Re: **Vehicle Case Report**
    Ashraf Elgohary v GM

**Vehicle:**
**2007 CHEVROLET EXPRESS G2500**
1GCGG25V371117652
CARGO VAN 4 8L V8 MPI
REAR WHEEL DRIVE

Mr Silverman,
        I have reviewed purchase contracts, photos, Carfax, warranty information, and
investigative Police report regarding this vehicle  After carefully reviewing the service
records, and summarizing the available information, I have concluded the vehicle was
delivered pre owned and under the balance of the 3/36 GM warranty  It shortly after went
into a major heat event and was a total loss

**Background:**

07/06/07 at 11,453
Vehicle purchased pre owned from Superior Chevrolet  The total vehicle price including
tax less finance is $20,598.00.

08/11/07 (Sign Art)
Van decal multi colors and logo two sides and back

08/15/07-11,878 miles (Oil Well)
Perform routine maintenance

09/28/07-15,087 miles
Perform routine maintenance

10/30/07-18,148 miles
Perform routine maintenance

01/02/2008
The vehicle was operating fine and while driving smoke began entering the vehicle
through the dashboard. Vehicle subsequently caught on fire and quickly became entirely
engulphed into flames. Mommoth county fire department responded and fire marshal
responded. The vehicle fire at that point was extinguished
*Taken from police report along with client interview

04/25/08 at 21,000 miles
Vehicle noted salvage / Total loss

**Conclusions/Opinions:**

This vehicle was purchased new and operated normally until on 01/02/2008.
Based on my review of the documents at this point the vehicle began having conditions
of smoke from the driver instrument cluster. The vehicle quickly went up into flames.
After speaking to the owner/driver and examining the numerous detailed photos of the
vehicle it is my opinion this vehicle malfunctioned in the left front area under the hood,
quickly went into major heat event and became total loss.

Based on my careful review of the color photos taken of the vehicle the vehicle
ignited and went into a heat event. Highest amount of heat was in the left front. I also
noted the vehicle was used as commercial vehicle for the installation and repair of garage
doors The owner reported no aftermarket parts on the vehicle relating to the wiring or
electrical system in this area  I also after looking at the numerous photos did not see any
aftermarket parts or alterations on this vehicle that would be associated with a heat
event/fire as this.

In sum the vehicle was a total loss due to a major heat event that started while the
vehicle was being operated in normal manner. The vehicle was not reported to have any
symptoms of this prior to this major heat event that would give warning this would have
occurred. The only time this vehicle was even in the shop was when it had oil changes
After looking at this type, time, mileage, and location of fire I would rule out the oil
changes as having any influence or bearing on the heat event. Therefore I can only
conclude the vehicle had a malfunction in this left front area underhood area that would
have been a covered warrantable part (workmanship and/or material).  This system was
that which caused the vehicle heat event was the catalyst resulting in the loss.

Due to the major heat event the vehicle was a clearly a total loss and repairs would
certainly far exceeded total purchase price of the truck and therefore it was considered a
total loss

The total purchase price less tax and finance was noted as $20,598 00. In my
opinion this vehicle heat event was not due to any causes of the driver and therefore
should not have caused him to have the 100% loss of the vehicle.

The measure of damages in this case calculated is the difference in value at the time and place of acceptance between the product as warranted and the product as received. The diminution (difference) in value of this vehicle, as warranted and as delivered is equal to no less than 100% or a full refund of purchase price.

I render this opinion to a reasonable degree of certainty based on my many years of extensive new vehicle dealer auto truck repair experience, certified electrical diagnosis, ASE Master Technician, certified L1 advanced engine performance specialist, and experience buying, selling, appraising, and trading in over 7,700 vehicles for new and used vehicle dealers  I am also a certified professional vehicle damage estimator

I reserve the right to supplement and amend my report based on any other additional information or repair invoices that becomes available.

Respectfully submitted,

Robert Ruch



## EXPERIENCE

March 1988- March 2003                                    Southampton, PA
*John Kennedy Auto Group Chevrolet, Geo, Ford*
*GM Certified Technician-ASE Master Technician*
- Responsible for overseeing, performing, invoicing New Car Warranty Repairs for 15 years
- Inspected used cars (Foreign and Domestic) for trade in order to determine value and/or potential profit margin for dealership both wholesale and retail
- Responsible for managing Used Car Department (Foreign and Domestic), included technical diagnosis, job pricing, body repair pricing, overall retail sales procedures
- Wrote and invoiced warranty repair orders / Auction vehicle checkout
- Repairing and restoring used vehicles for retail sales and wholesale
- Responsible for in house as well as sublet repairs including diagnosis and repair of water leaks, Diesel engine repairs, and transmission rebuilding/replacement
- Determined vehicle history and capable to repair vehicles per warranty standards
- Worked Warranty flat rate pay system
- Estimated warranty repairs (repair vs. replacement)
- Acted as a liaison for new/used dealer sales for Values on Used Vehicle Trade in on more than 10 vehicles a week for 14 years (over 7,000 vehicles)


March 2003- August 2003                                    Doylestown, PA
*Fred Beans Auto Group Cadillac, Pontiac, GMC, Buick*
*GM Certified Technician-ASE Master Technician*
- Responsible for overseeing, performing, invoicing New Car Warranty/Cash Repairs
- Responsible for managing Used Car Department, included technical diagnosis, job pricing, and overall retail sales procedures
- Responsible for providing structuring Estimates, Appraisals on Vehicles, Buy backs, and GM factory TSBs, recalls, and updates on product line.
- Master ASE Technician, responsible for a full range of car and truck repairs under flat rate system
- Inspected used cars (Foreign and Domestic) for trade in order to determine value and/or potential profit margin for dealership both wholesale and retail

1993 – 2003
*C& W Auto - Used Vehicle Sales*                       Hatboro, PA
Responsible for Pa. Dealer license for Buying, Selling and Appraising Used Vehicles, including Motorcycles, off road motorcycle equipment, and related pleasure-craft. In depth knowledge of buying and resale of used vehicles in regards to season, trends, and market changes. Bought, Sold, and Appraised more than 750 vehicles for C&W vehicle sales

1999 – Present
*Dennis Roggio - Used Vehicle Sales*            Huntingdon Valley, PA
Vehicle evaluator for Buying, Selling and Appraising Used Vehicles, including Motorcycles, off road motorcycle equipment, and related pleasure-craft. In depth knowledge of buying and resale of used vehicles in regards to season, trends, and market changes. Bought, Sold, and Appraised more than 265 vehicles for Roggio vehicle sales

August 2003 – Present
**Automotive Expert, Investigator, and Vehicle Appraiser**
- Review dealership and vehicle records involving the Sales, Finance, repairs process
- Assist attorneys at Kimmel & Silverman, insurance company adjusters, and other law firms by investigating, inspecting, evaluating cases for Warranty coverage, Breach of Warranty, Unfair Trade, Lemon Law, and Dealer Fraud Cases/ Provide testimony at Arbitrations, Trials, and Depositions, Issue reports on my findings including diminution in value

- Admitted to testify in an expert witness capacity by courts in automobile, truck, and motorcycle (pleasure craft) industry cases. This included State and Federal courts in Pennsylvania, New Jersey Superior Court, Massachusetts Superior Court, and Delaware Superior Court  Maryland District Court and Maryland Circuit Court


**EDUCATION**
1988        Penn State University
                 - Mechanical Engineering
1990        Bucks County Community College
                 - Criminal Justice/Business Management
2006        Penn Foster College

**INTERESTS**
Collecting, restoring, and racing Classic Automobiles, including Corvettes, Chrysler (Mopar), and Fords in the last 23 years, I have successfully fully restored 30 Antique Classic Cars  I also have owned, repaired, evaluated, and sold more than 58 motorcycles (Foreign & Domestic) not for litigation purpose

## CERTIFICATIONS

| | |
|---|---|
| 1994 -2009 | National Institute for Automotive Service Excellence Certified Master ASE Technician. ASE Mater Testing includes: Engine Repair/Engine Performance Electrical/Electronic Systems/Brakes/Heating and Air Conditioning, Suspension and Steering/Manual Drive Train and Axles Automatic Transmissions. ID # KY1KR7RM7 |
| 1997- 2009 | ASE Master Advanced L1 certified in electronics and emissions |
| 2006-2008 | Society of Automotive Engineers (SAE) ID # 6121226327 |
| 2008 | Senior Project Mentor for Auto Repair and Sales/Germantown Academy |
| 2005 | Certified Professional Vehicle Estimator/ Vale National Training Center |
| 2006 | Motorcycle Repair Technician/Penn Foster College |
| 2005 | Certified in the Motorcycle information and Safety Rider Course |
| 1993- 2003 | Auction Purchaser, Appraiser, and Seller for C&W used vehicles |
| 2004 | GM certified on body structure and frame repair procedures |
| 2003 | GM vehicle Vibration Correction courses |
| 2002 | TECH 2 Electronics diagnosis (GMICT/Medium Duty Truck) course |
| 2001 | Certified in Allison and GM Automatic Transmissions repair procedures |
| 2001 | Certified in ZF Manual Transmission repair procedures |
| 2000 | Certified in Medium Duty Truck diagnostics and repair |
| 1989- 1999 | GM STG Service Technology Group Training Center, completed testing |
| 1996- 2003 | Certified in GM Used Car Program (Foreign and Domestic) |
| 1997 | GM Certified Corvette Engine Mechanical/GEN III |
| 1997- 2009 | Pennsylvania Notary/Member of the PA  Association of Notaries |
| 1999 | Certified in GM Theft Deterrent Systems |
| 1999 | Certified Chevrolet Pass Key/Passlock Security System Systems |
| 1999 | Electronics Strategy Based Diagnosis course |
| 1998 | GM Automatic 4 wheel/AWD Course |
| 1997 | General Motors Auto/Light truck Anti Lock Brake Course |
| 1996 | GM Auto/Light truck SIR vehicle inflatable restraint system Course |
| 1996 | GM Specialized Electronics Training (SET) |
| 1993 | Certified GM V8 engine Mechanical Course |
| 1993 | Received GM Advanced Electronics Award |
| 1990 | Certified Pennsylvania Air Conditioning repair technician |
| 1989-2004 | GM Certified gas/diesel auto/truck repair technician |
| 1989-2010 | Pennsylvania State inspection licenses |
| 1989-2009 | Pennsylvania Emission licenses |
| 2001-2008 | Ebay Motors On Line Auction purchaser and seller/Purple Star Award |

| | |
|---|---|
| 1992-2009 | Licensed real estate property lessor in Pennsylvania |

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division – Civil Part pleadings (not motions) under Rule 4 5-1

**Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.**

| FOR USE BY CLERKS OFFICE ONLY | |
|---|---|
| PAYMENT TYPE ☐CK ☐CG ☐CA | |
| CHG/CK NO | 2029 |
| AMOUNT | 200 |
| OVERPAYMENT | |
| BATCH NUMBER | 6732 50308 |

| ATTORNEY/ PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Robert M  Silverman, Esq | (856) 429-8334 | Camden County |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Kimmel & Silverman, P C | L 2778 - 08 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| Executive Quarters
1930 E  Marlton Pike, Suite Q29
Cherry Hill, NJ 08003 | Complaint |
| | JURY DEMAND  ☒ YES  ☐ NO |

| NAME OF PARTY (e g  John Doe, Plaintiff) | CAPTION |
|---|---|
| Mr Asharf Elgohary, Plaintiff | Asharf Elgohary v  General Motors Corporation |

| CASE TYPE NUMBER
(See reverse side
for listing)

512 – Lemon Law | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐YES  ☒NO
IF YOU HAVE CHECKED "YES," SEE N J S A  2a 53a-27 AND APPLICABLE CASE LAW
REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT |
|---|---|

| RELATED CASES PENDING?  ☐ YES  ☒ NO | IF YES  LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?  ☐ YES  ☒ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY  IF KNOWN
☐ NONE   ☒ UNKNOWN |
|---|---|

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☐ YES  ☒ NO | IF YES  IS THAT RELATIONSHIP? | ☐ EMPLOYER – EMPLOYEE  ☐ FRIEND / NEIGHBOR  ☐ OTHER (explain)
☐ FAMILIAL   ☐ BUSINESS _____ |
|---|---|---|

B   DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☒ YES  ☐ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

**F I L E D**
MAY 2 3 2008
SUPERIOR COURT OF NEW JERSEY
COUNTY OF CAMDEN

| DO YOU OR YOUR CLIENT HAVE ANY NEEDS UNDER THE AMERICANS WITH DISABILITIES ACT?  ☐ YES  ☒ NO   IF YES, PLEASE IDENTIFY _____ |
|---|
| WILL AN INTERPRETER BE NEEDED?  ☐ YES  ☒ NO   IF YES, FOR WHAT LANGUAGE _____ |

ATTORNEY SIGNATURE

Effective 02/01/2008, CN10517-English

 **SIDE 2** 

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for Initial pleadings (not motions) under *Rule* 4 5-1

## CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side )

**Track 1 — 150 days' discovery**

| | |
|---|---|
| 151 | NAME CHANGE |
| 175 | FORFEITURE |
| 302 | TENANCY |
| 399 | REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | BOOK ACCOUNT (debt collection matters only) |
| 505 | OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS) |
| 506 | PIP COVERAGE |
| 510 | UM or UIM CLAIM |
| 511 | ACTION ON NEGOTIABLE INSTRUMENT |
| 512 | LEMON LAW |
| 801 | SUMMARY ACTION |
| 802 | OPEN PUBLIC RECORDS ACT (SUMMARY ACTION) |
| 999 | OTHER (Briefly describe nature of action) |

**Track 2 — 300 days' discovery**

| | |
|---|---|
| 305 | CONSTRUCTION |
| 509 | EMPLOYMENT (other than CEPA or LAD) |
| 599 | CONTRACT/COMMERCIAL TRANSACTION |
| 803 | AUTO NEGLIGENCE – PERSONAL INJURY |
| 605 | PERSONAL INJURY |
| 610 | AUTO NEGLIGENCE – PROPERTY DAMAGE |
| 699 | TORT – OTHER |

**Track 3 — 450 days' discovery**

| | |
|---|---|
| 005 | CIVIL RIGHTS |
| 301 | CONDEMNATION |
| 602 | ASSAULT AND BATTERY |
| 604 | MEDIACAL MALPRACTICE |
| 606 | PRODUCT LIABILITY |
| 607 | PROFESSIONAL MALPRACTICE |
| 608 | TOXIC TORT |
| 609 | DEFAMATION |
| 616 | WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES |
| 617 | INVERSE CONDEMNATION |
| 618 | LAW AGAINST DISCRIMINATION (LAD) CASES |

**Track IV – Active Case Management by Individual Judge / 450 days' discovery**

| | |
|---|---|
| 156 | ENVIRONMENTAL / ENVIRONMENTAL COVERAGE LITIGATION |
| 302 | MT LAUREL |
| 508 | COMPLEX COMMERCIAL |
| 513 | COMPLEX CONSTRUCTION |
| 514 | INSURANCE FRAUD |
| 701 | ACTIONS IN LIEU OF PEROGATIVE WRITS |

**Mass Tort (Track IV)**

| | | | |
|---|---|---|---|
| 241 | TOBACCO | 275 | ORTHO EVRA |
| 248 | CIBA GEIGY | 276 | DEPO-PROVERA |
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 277 | MAHWAH TOXIC DUMP |
| 271 | ACCUTANE | 278 | ZOMETA/AREDIA |
| 272 | BEXTRA / CELEBREX | 601 | ASBESTOS |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 619 | VIOXX |

If you believe this case requires another track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics "

Please check off each applicable category

☐ Verbal Threshold          ☐ Putative Class Action          ☐ Title 59

