# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,     :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*  :
                                          :
                Debtors.                  :    (Jointly Administered)
                                          :
------------------------------------------------------------x

### ORDER GRANTING THE 256TH OMNIBUS OBJECTION TO CLAIMS
(Reducing, Allowing and Reclassifying Property Damage Claims)

Upon the 256th omnibus objection to reduce, allow and reclassify certain claims, dated October 20, 2011, (the "**256th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order reducing, reclassifying and allowing certain claims on the grounds that the amounts set forth in the proofs of claim are greater than the fair, accurate, and reasonable values of the Claims, all as more fully described in the 256th Omnibus Objection to Claims; and due and proper notice of the 256th Omnibus Objection to Claims having been provided, and it appearing that no other or

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 256th Omnibus Objection to Claims.

US_ACTIVE:\43463796\02\72240.0639

further notice need be provided; and the Court having found and determined that the relief sought in the 256th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 256th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 256th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the Claims listed on **Exhibit "A"** annexed hereto are allowed in the amounts set forth under the heading *"Proposed Allowed Status/Amount"*; and it is further

ORDERED that the claims listed as **Exhibit "A"** which are classified by the claimant as secured, priority or otherwise, are hereby reclassified as unsecured claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any claim listed on **Exhibit "A"** annexed to the 256th Omnibus Objection to claims that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
     *November 22*, 2011

                                                               */s/ Robert E. Gerber*
                                                         United States Bankruptcy Judge

| 256th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| 21ST CENTURY INSURANCE | 70628 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $2,782.65 | (A) | $0.00 | (A) |
| PO BOX 268994 | | | $0.00 | (P) | $0.00 | (P) |
| OKLAHOMA CITY, OK 73126-8994 | | | $0.00 | (U) | $1,391.33 | (U) |
| Official Claim Date: 1/21/2011 | | | $2,782.65 | (Total Claim Amount) | $1,391.33 | (Total Claim Amount) |
| ALEX CARCAMO | 65702 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 118 E. ROBINSON ST. | | | $0.00 | (P) | $0.00 | (P) |
| JACKSON, MI 49203 UNITED STATES OF AMERICA | | | $14,818.80 | (U) | $3,704.70 | (U) |
| Official Claim Date: 11/30/2009 | | | $14,818.80 | (Total Claim Amount) | $3,704.70 | (Total Claim Amount) |
| ALLEN, ALETIA | 12626 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 17714 RED OAK DR., # 196A | | | $0.00 | (P) | $0.00 | (P) |
| HOUSTON, TX 77090 | | | $5,600.00 | (U) | $2,800.00 | (U) |
| Official Claim Date: 10/19/2009 | | | $5,600.00 | (Total Claim Amount) | $2,800.00 | (Total Claim Amount) |
| AMANDA LAWSON | 37594 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 13141 SANDBOURNE | | | $0.00 | (P) | $0.00 | (P) |
| OLIVE BRANCH, MS 38654-5225 UNITED STATES OF AMERICA | | | $29,246.78 | (U) | $8,000.00 | (U) |
| Official Claim Date: 11/23/2009 | | | $29,246.78 | (Total Claim Amount) | $8,000.00 | (Total Claim Amount) |
| ASHRAF ELGOHARY | 46626 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| C/O KIMMEL & SILVERMAN PC | | | $0.00 | (P) | $0.00 | (P) |
| 30 E BUTLER AVE AMBLER, PA 19002 | | | $20,598.00 | (U) | $10,299.00 | (U) |
| Official Claim Date: 11/25/2009 | | | $20,598.00 | (Total Claim Amount) | $10,299.00 | (Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

256th Omnibus Objection                          **Exhibit A**                          Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| BURNETT, LEWIS | 12657 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 860 KINGSWAY DR W | | | $0.00 | (P) | $0.00 | (P) |
| GRETNA, LA 70056-3022 | | | $18,875.69 | (U) | $6,291.90 | (U) |
| Official Claim Date: 10/19/2009 | | | $18,875.69 | (Total Claim Amount) | $6,291.90 | (Total Claim Amount) |
| CLEGG BETTY | 70011 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 4070 W KY 10 | | | $0.00 | (P) | $0.00 | (P) |
| TOLLESBORO, KY 41189-9014 | | | $55,474.48 | (U) | $10,000.00 | (U) |
| Official Claim Date: 2/9/2010 | | | $55,474.48 | (Total Claim Amount) | $10,000.00 | (Total Claim Amount) |
| COLEMAN, MELINDA | 60784 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 415 SOMMER WAY | | | $0.00 | (P) | $0.00 | (P) |
| ELYRIA, OH 44035-2882 | | | $20,000.00 | (U) | $10,000.00 | (U) |
| Official Claim Date: 11/27/2009 | | | $20,000.00 | (Total Claim Amount) | $10,000.00 | (Total Claim Amount) |
| DIAMOND, RICHARD/ PROGRESSIVE GULF INSURANCE CO | 23932 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| C/O MCELROY THOMAS M PA PO BOX 1450 | | | $0.00 | (P) | $0.00 | (P) |
| TUPELO, MS 38802-1450 | | | $48,679.18 | (U) | $16,226.39 | (U) |
| Official Claim Date: 11/13/2009 | | | $48,679.18 | (Total Claim Amount) | $16,226.39 | (Total Claim Amount) |
| DUNCAN, TERESA / MOUNTAIN LAUREL ASSURANCE | 23815 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| ATTN THOMAS M MCELROY PA PO BOX 1450 | | | $0.00 | (P) | $0.00 | (P) |
| TUPELO, MS 38802-1450 | | | $33,535.51 | (U) | $16,767.76 | (U) |
| Official Claim Date: 11/13/2009 | | | $33,535.51 | (Total Claim Amount) | $16,767.76 | (Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

256th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| ELSIE MAE & RAY LEWIS<br><br>NATIONWIDE<br>C/O GOODWIN LAW FIRM LLC<br>3100 DEVINE ST<br>COLUMBIA, SC 29205<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/20/2009 | 32816 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$140,975.47<br>$140,975.47 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$64,732.12<br>$64,732.12 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| FLOSI, JOE<br><br>14302 IL ROUTE 176<br>WOODSTOCK, IL 60098-7556<br><br>Official Claim Date: 10/16/2009 | 11486 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$9,300.00<br>$9,300.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| FRANZ, ROBERT<br><br>21851 HARTFORD WAY<br>MACOMB, MI 48042-1864<br><br>Official Claim Date: 11/23/2009 | 37635 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$9,970.90<br>$9,970.90 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,985.45<br>$4,985.45 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| GARZA, RODOLFO<br><br>L MARK MCMILLON<br>2701 DALLAS PKWY STE 570<br>PLANO, TX 75093-8790<br><br>Official Claim Date: 11/30/2009 | 64770 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$33,455.22<br>$33,455.22 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$16,727.61<br>$16,727.61 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| GREEN, HOLLY<br><br>1031 8TH AVE<br>HELENA, MT 59601<br><br>Official Claim Date: 11/19/2009 | 30040 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$11,209.71<br>$11,209.71 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$7,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

| 256th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| GREENE, PAULINE<br><br>11531 129 RD<br>FORD, KS 67842-9450<br><br>Official Claim Date: 10/13/2009 | 14960 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,500.00<br>$13,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,500.00<br>$6,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| HARTFORD INSURANCE<br><br>ATTN: KEVIN GOMES<br>ACCT: SBB088639<br>PO BOX 958457<br>LAKE MARY, FL 32795<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/16/2009 | 26971 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$52,076.08<br>$52,076.08 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$26,038.04<br>$26,038.04 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| KAREN REYES<br><br>7891 WEST FLAGLER STREET<br>275<br>MIAMI, FL 33144<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/9/2009 | 21571 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$30,000.00<br>$30,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$7,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| KIELY, DANIEL<br><br>103 THOMA AVE<br>MAYWOOD, NJ 07607-1136<br><br>Official Claim Date: 11/30/2009 | 65347 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$15,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| LIBERTY NORTHWEST INSURANCE<br><br>PO BOX 6057<br>INDIANAPOLIS, IN 46206<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 10/23/2009 | 14975 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$18,411.53<br>$18,411.53 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,137.18<br>$6,137.18 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg  Doc 12230-6  Filed 12/03/12  Entered 12/03/12 11:49:04  Exhibit F - Order Granting 256th Objection to Claims  Pg 8 of 11

09-50026-reg  Doc 11174-1  Filed 11/22/11  Entered 11/22/11 16:42:14  Exhibit A  Pg 5 of 8

256th Omnibus Objection      **Exhibit A**      Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| MARTIN, JUDY<br><br>27 BOBCAT LN<br>DAHLONEGA, GA 30533-4719<br><br>Official Claim Date: 10/13/2009 | 8879 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$12,998.96<br>$12,998.96 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,499.48<br>$6,499.48 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MARTIN, SCOTT<br><br>7699 E 400 S<br>LAOTTO, IN 46763-9787<br><br>Official Claim Date: 10/22/2009 | 14644 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$79,191.64<br>$79,191.64 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$40,399.84<br>$40,399.84 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MARY KATHRYN WILLIAMS<br><br>13637 HWY 93<br>BACONTON, GA 31716<br><br>Official Claim Date: 11/27/2009 | 60750 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,100.00<br>$10,100.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,050.00<br>$5,050.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| METROPOLITAN TRANSPORTATION AUTHORITY<br><br>LESTER G FREUNDLICH, ESQ SENIOR ASSOCIATE COUNSEL<br>METROPOLITAN TRANSPORTATION AUTHORITY<br>347 MADISON AVE<br>NEW YORK, NY 10017<br><br>Official Claim Date: 10/21/2009 | 17732 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$19,610.70<br>$19,610.70 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$9,805.35<br>$9,805.35 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MINTON, EDNA<br><br>800 THOMAS LN<br>C/O PO BOX 169<br>LILLIAN, TX 76061-0169<br><br>Official Claim Date: 11/9/2009 | 21777 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg Doc 12230-6 Filed 12/03/12 Entered 12/03/12 11:49:04 Exhibit F - Order Granting 256th Objection to Claims Pg 9 of 11
09-50026-reg Doc 11174-1 Filed 11/22/11 Entered 11/22/11 16:42:14 Exhibit A Pg 6 of 8

256th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| PATRICIA BUSHEY<br><br>816 TURTLE CREEK DR<br>ROGERS, AR 72756-2016<br><br>Official Claim Date: 11/6/2009 | 20737 | Motors Liquidation Company | $3,205.00<br>$0.00<br>$0.00<br>$0.00<br>$3,205.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$3,205.00<br>$3,205.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PETROCCI, DANE<br><br>ALI PAPPAS & COX P.C.<br>614 JAMES ST STE 100<br>SYRACUSE, NY 13203-2683<br><br>Official Claim Date: 10/6/2009 | 5378 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$40,206.50<br>$40,206.50 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$10,051.63<br>$10,051.63 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PITTMAN, ELOUISE<br><br>PITTMAN, ELOUISE<br>404 GLEN IRIS DR NE<br>ATLANTA, GA 30308-2919<br><br>Official Claim Date: 11/2/2009 | 18197 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PRIDEMORE, ALEXY<br><br>PRIDEMORE, ALEXY<br>11966 OLD MILL RD<br>ENGLEWOOD, OH 45322-9723<br><br>Official Claim Date: 10/20/2009 | 13277 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$8,000.00<br>$8,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,000.00<br>$4,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| REDEL, JOSHUA<br><br>C/O BRISTOL WEST INSURANCE GROUP<br>ATTN: SANORA LYNCH<br>9505 DELEGATES ROW<br>INDIANAPOLIS, IN 46240-3807<br><br>Official Claim Date: 11/28/2009 | 62303 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$7,493.68<br>$7,493.68 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$3,746.84<br>$3,746.84 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

256th Omnibus Objection                                **Exhibit A**                                Motors Liquidation Company, et al.
                                                                                                    Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| RUIZ, AMANDO<br><br>2413 S SPAULDING AVE<br>CHICAGO, IL 60623-4018<br><br>Official Claim Date: 11/30/2009 | 64127 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$12,974.20<br>$12,974.20 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,500.00<br>$5,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SAMANIEGO, JACK<br><br>906 SCENIC WAY DR<br>VENTURA, CA 93003-1435<br><br>Official Claim Date: 11/25/2009 | 50086 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$67,458.00<br>$67,458.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$16,864.50<br>$16,864.50 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SHANNON, JEREMY R<br><br>PROGRESSIVE NORTHEASTERN INSURANCE COMPANY<br>ATTN: JAMI C AMARASINGHE<br>266 MAIN ST<br>FARMINGDALE, NY 11735-2618<br><br>Official Claim Date: 10/13/2009 | 9482 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$36,630.00<br>$36,630.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$18,315.00<br>$18,315.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SPANN, LIONA<br><br>4418 PARRISH ST<br>PHILADELPHIA, PA 19104-1352<br><br>Official Claim Date: 10/23/2009 | 15268 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,548.50<br>$6,548.50 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| UTICA MUTUAL INSURANCE CO<br><br>ATTN: PAUL STRYCHARZ<br>PO BOX 5310<br>BINGHAMTON, NY 13902-6587<br><br>Official Claim Date: 11/6/2009 | 20684 | Motors Liquidation Company | $9,270.64<br>$0.00<br>$0.00<br>$0.00<br>$9,270.64 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,635.32<br>$4,635.32 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 7

256th Omnibus Objection | **Exhibit A** | <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| WINKELS, MEL<br><br>1402 SHERWOOD STREET APT. 9<br>MISSOULA, MT 59802<br><br>Official Claim Date: 11/13/2009 | 25299 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| WRIGHT, STEPHANIE<br><br>257 ALAMEDA ST<br>ROCHESTER, NY 14613-1422<br><br>Official Claim Date: 11/23/2009 | 38875 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,140.00<br>$20,140.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,713.33<br>$6,713.33 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.