# EXHIBIT G




| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

| Name of Debtor (Check Only One) | Case No |
| ☐ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc) | 09-13558 (REG) |

**Your Claim is Scheduled As Follows:**

Motors Liquidation Company

Unsecured  Unknown

Contingent / Unliquidated / Disputed

NOTE  This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

Name of Creditor (the person or other entity to whom the debtor owes money or property) DOOR QUEST

Name and address where notices should be sent

DOOR QUEST
KRAUS STEVEN G LAW OFFICES OF
122 MOUNT BETHEL RD
WARREN  NJ 07059-5127

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____
(If known)

Filed on _____

Telephone number
Email Address STEVEN . KRAUS @ SUBROGATION lawyer . com

Name and address where payment should be sent (if different from above)

FILED - 16553
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number  908 - 561 - 4240

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of a previously scheduled amount)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form  EXCEPT AS FOLLOWS  If the amount shown is listed as DISPUTED UNLIQUIDATED, or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim  If you have already filed a proof of claim in accordance with the attached instructions you need not file again

1  Amount of Claim as of Date Case Filed, June 1, 2009     $ 19,126.25

If all or part of your claim is secured, complete item 4 below  however if all of your claim is unsecured, do not complete item 4  If all or part of your claim is entitled to priority, complete item 5  If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges

2  Basis for Claim  PROPERTY DAMAGE / PRODUCTS LIABILITY
(See instruction #2 on reverse side)

3  Last four digits of any number by which creditor identifies debtor  7862

3a  Debtor may have scheduled account as _____
(See instruction #3a on reverse side)

4  Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff   ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe

Value of Property $_____   Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any  $_____

Basis for perfection _____

Amount of Secured Claim $_____   Amount Unsecured $_____

5  Amount of Claim Entitled to Priority under 11 U S C § 507(a)  If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier – 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2 425* of deposits toward purchase, lease or rental of property or services for personal family or household use – 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U S C § 503(b)(9)/§ 507(a)(2)

☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

Amount entitled to priority

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6  Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7  Documents  Attach redacted copies of any documents that support the claim  such as promissory notes, purchase orders, invoices  itemized statements or running accounts, contracts, judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction 7 and definition of  redacted  on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

Date 10/21/09

Signature  The person filing this claim must sign it  Sign and print name and title, if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney  if any

_Steven G Kraus, Esq_   STEVEN G. KRAUS, Esq

FOR COURT USE ONLY

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

THE GARDEN CITY GROUP, INC.
OCT 26 2009

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules. The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc. are not authorized and are not providing you with any legal advice.*

### A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: IF BY MAIL, THE GARDEN CITY GROUP INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, P.O. BOX 9386, DUBLIN, OH 43017-4286. IF BY HAND OR OVERNIGHT COURIER THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY SUITE A, DUBLIN, OH 43017. PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO THE UNITED STATES BANKRUPTCY COURT SDNY, ONE BOWLING GREEN ROOM 534 NEW YORK, NEW YORK 10004. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.

### THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5:00 P.M. (PREVAILING EASTERN TIME)

**Court, Name of Debtor, and Case Number**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1, 2009. You should select the debtor against which you are asserting your claim.

A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. Please provide us with a valid email address. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1  Amount of Claim as of Date Case Filed**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2  Basis for Claim**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the debtor, trustee, or another party in interest files an objection to your claim.

**3  Last Four Digits of Any Number by Which Creditor Identifies Debtor**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor, if any.

**3a  Debtor May Have Scheduled Account As**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4  Secured Claim**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured (See DEFINITIONS, below). State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5  Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below). A claim may be partly priority and partly non-priority. For example in some of the categories, the law limits the amount entitled to priority.

For claims pursuant to 11 U.S.C. § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases (See DEFINITIONS, below). Attach documentation supporting such claim.

**6  Credits**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt.

**7  Documents**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

| DEFINITIONS | | INFORMATION |

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.
The Debtors in these Chapter 11 cases are

| | |
|---|---|
| Motors Liquidation Company | |
| (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS, LLC | |
| (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation | |
| (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem, Inc | |
| (f/k/a Chevrolet-Saturn of Harlem, Inc) | 09-13558 (REG) |

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with The Garden City Group, Inc. as described in the instructions above and in the Bar Date Notice.

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be

paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted certain information. A creditor should redact and use only the last four digits of any social-security, individual's

tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc., please provide a self-addressed, stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) and any applicable orders of the bankruptcy court.

**Additional Information**
If you have any questions with respect to this claim form, please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation.com

LAW OFFICES OF
# STEVEN G. KRAUS
122 MOUNT BETHEL ROAD
WARREN, NEW JERSEY 07059-5127
Sandra.Grossman@subrogationlawyer.com
www.subrogationlawyer.com

STEVEN G. KRAUS, CSRP, LL.M.
MEMBER NJ AND PA BARS
SANDRA S. GROSSMAN, CSRP

LINDA NAPIORSKI, PARALEGAL, CSRP

TELEPHONE
908-561-4240
FACSIMILE
908-561-2990

October 21, 2009

The Garden City Group, Inc
Attn  Motors Liquidation Company Claims Processing
P O  Box 9386
Dublin, OH 43017-4286

Re   Allstate New Jersey Insurance Company a/s/o Door Quest v  General Motors
Corporation, et al
US Bankruptcy Court, SDNY Case No  09-50026
Docket No  MID-L-0002058-09
**Refer To File No. 08-7862**

Dear Sir or Madam

        Please find enclosed original and copy of Proof of Claim form with one copy of
claim documents on behalf of creditor Allstate New Jersey Insurance Company as
subrogee of Door Quest   Would you file same and return a copy of the Proof of Claim
form only to me marked "Filed" in the enclosed envelope

Very truly yours,

Steven G  Kraus

Enc

Motors Liquidation Company (a/k/a General Motors Corporation)
Case No  09-50026 (REG)

2  Basis for Claim

### CLAIM BREAKDOWN

$ 17,875 00        Vehicle Valuation (ACV)

$   1,251 25        7% New Jersey Sales Tax

**TOTAL:**          **$19,126.25**



# SOUTH BRUNSWICK POLICE    INVESTIGATION REPORT

| 1 VICTIM'S OR COMPLAINANT'S NAME | 2 REPORT SOURCE | 18 STATUTE OR ORDINANCE | 19 ZONE | 20 CASE NO |
|---|---|---|---|---|
| ELGOHARY, ASHRAF | 1 ☑ DISPATCH  2 ☐ PHONE  3 ☑ WALK-IN  4 ☐ OTHER | | | I-2008-000142 |

| 2 RESIDENCE NUMBER | (STREET) | (FLOOR OR APT) | 21 INCIDENT |
|---|---|---|---|
| 5502 | HUNTERS GLEN DR P | | FIRE CALL |

| CITY | STATE | ZIP CODE | 22 REPORTING OFFICER | (NAME) | (ID NO.) | (COMM'D) |
|---|---|---|---|---|---|---|
| | | | PO SANTA, PETER | | 424 | |

| 4 SEX | 5 RACE | 6 AGE | 7 PLACE OF EMPLOYMENT | 8 CAN VICTIM IDENTIFY OFFENDER? | 23 LOCATION | 24 STRANGER TO STRANGER CRIME? |
|---|---|---|---|---|---|---|
| M | WHITE | 31 | | YES ☐ NO ☐ | RT 130 , DAYTON, NJ 08810 | ☐ YES ☐ NO ☐ UNKNOWN |

| 9 INJURY | 10 HOME PHONE NO | CELL PHONE NO | WORK PHONE NO | 25 TIME OF OCCURRENCE (ON OR BET) | | | | | 26 WAS FORCE USED? |
|---|---|---|---|---|---|---|---|---|---|
| ☐ YES ☑ NO | 609-799-7061 | 732-921-477C | | | | | | | ☐ YES ☐ NO ☐ NOT KNOWN |

| | HOUR BET | DAY OF WEEK | MONTH | DAY | YEAR | 26L GANG |
|---|---|---|---|---|---|---|
| | 11:03 | Wednesd | 01 | 02 | 2008 | ☐ YES ☐ NO |
| 12 SOURCE REPORTING CRIME | 12:39 | Wednesd | 01 | 02 | 2008 | 13 TELEPHONE NO |

| 14 RESIDENCE OF PERSON REPORTING CRIME | 28 TYPE OF PREMISES OR PROPERTY ATTACKED | 28A OCCURED ON PUBLIC HOUSING PROPERTY? | 28B OCCURED ON SCHOOL PROPERTY? | 27 WAS A WEAPON USED? |
|---|---|---|---|---|
| | | ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO ☐ NOT KNOWN |

| 15 TIME REPT | 16 MONTH | DAY | YEAR | 17 OCCURED ON VIEW | 29 HOW ATTACKED |
|---|---|---|---|---|---|
| 11.03 | 01 | 02 | 2008 | ☐ YES ☐ NO | |

| 30 MEANS OF ATTACK | 31 OBJECT OF ATTACK (IF VEHICLE, CHECK ANTI THEFT DEVICE INSTALLED) |
|---|---|
| | ☐ YES ☑ NO |

| 32 VEHICLE INVOLVED IN CRIME | KEYS IN VEHICLE | YEAR | MAKE | MODEL | LIC NUMBER | STATE |
|---|---|---|---|---|---|---|
| ☑ USED BY OFFENDER ☐ STOLEN | ☐ YES ☐ NO | 2007 | CHE | EXP | XL864C | NJ |

| COLOR | BODY TYPE | VEHICLE VIN NUMBERS | VEHICLE INSURANCE COMPANY & POLICY NUMBER |
|---|---|---|---|
| RT | VAN | 1GCGG25V371117652 | |

| 33 NAME OF SUSPECT # 1 | (ALIAS) | (RESIDENCE) | SEX | RACE | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DESCRIBE CLOTHING WORN COLOR OF HAIR, COLOR OF EYES AND PECULIARITIES | EYE COLOR | HAIR COLOR |
|---|---|---|
| | | |

| 33 NAME OF SUSPECT # 2 | (ALIAS) | (RESIDENCE) | SEX | RACE | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DESCRIBE CLOTHING WORN COLOR OF HAIR, COLOR OF EYES AND PECULIARITIES | EYE COLOR | HAIR COLOR |
|---|---|---|
| | | |

**ADDITIONAL INFORMATION (DO NOT REPEAT INFORMATION LISTED IN NUMBERED BLOCKS)**

ON 1/2/2008, AT APPROXIMATELY 1103HRS I RESPONDED TO A REPORT OF A CAR FIRE ON RT130 NORTH BOUND BY THE INSPECTION STATION. .

| 35 ESTIMATED VALUE BY TYPE OF PROPERTY | A. CURRENCY | B. JEWELRY | C. ELECTRONICS | D CLOTHING | E AUTOS | F. CELL PHONE | G. MISCELLANEOUS | H. TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 36 OTHER OFFICERS AT SCENE | (NAME) | UNIT NO | BADGE NO | 37 OTHER REPORTS SUBMITTED |
|---|---|---|---|---|
| RANK | PO DROST, KENNETH J | 912 | 132 | ☐ PROPERTY (PD-102)    ☐ VICTIM |
| | PO LEUNG, MICHAEL | 915 | 407 | ☐ SUPPLEMENTAL (PD-103)    ☐ NOTIFICATION |
| | | | | ☐ VEHICLE (PD-105)    ☐ CONT PAGES |
| | PO RAUSCH, JOSEPH | 916 | 314 | ☐ ARREST    ☐ GANG REPORT |
| | | | | ☐ STATE DV FORM    ☐ OTHERS |

| 38 PERSONS ARRESTED | (NAME) | BOOKING NO. | 39 WITNESS # 1 | (NAME AND RESIDENCE) |
|---|---|---|---|---|
| | | | | |

| | | | TELEPHONE NO. | CELL NO | WORK NO |
|---|---|---|---|---|---|
| | | | | | |

| | | | 34 WITNESS # 2 | (NAME AND RESIDENCE) |
|---|---|---|---|---|
| | | | | |

| | | | TELEPHONE NO | CELL NO | WORK NO |
|---|---|---|---|---|---|
| | | | | | |

| 40 TELETYPE ALARM NUMBER | 6A ALARM NO | NAME OR DETECTIVE NOTIFIED | 42 SIGNATURE OF REPORTING OFFICER |
|---|---|---|---|
| | | | PO SANTA, PETER |

| 43 STATUS OF OFFENSE | 44 CLEARED BY ARREST OF (CHECK APPROPRIATE BOX OR BOXES) |
|---|---|
| ☐ UNFOUNDED    ☐ CLEARED BY ARREST    ☐ NOT CLEARED    ☐ EXCEPTIONAL CLEARANCE | ☐ ADULT MALE    ☐ ADULT FEMALE    ☐ JUVENILE    ☐ ADULT AND JUVENILE |

| 45 STATUS OF CASE | 46 CLASSIFICATION | 47 TIME APPROVED | 48 NUMBER OF PAGES |
|---|---|---|---|
| ☐ PENDING ACTIVE    ☐ PENDING INACTIVE    ☐ CLOSED | | 16 35 | |

| 49 SUPERVISOR APPROVING & CLASSIFYING (PRINT NAME) | SIGNATURE | TIME/DATE |
|---|---|---|
| 32    SGT HOOVER, SCOTT | | 01/02/2008 16 35 |

| 50 RELATED CASE NUMBER | 51 FORWARD EXTRA COPY TO |
|---|---|
| | |

PD 100 (REVISED 12/04)    RECORDS SECTION

# SOUTH BRUNSWICK POLICE    INVESTIGATION REPORT

### INCIDENT #. I-2008-000142

UPON MY ARRIVAL I OBSERVED THE VAN NJ REG XL864C ENGULFED IN FLAMES   ASHRAF ELGOHARY, THE DRIVER  STATED IN
EFFECT,   THAT HE WAS DRIVING AND SMOKE BEGAN TO ENTER THE VEHICLE THROUGH THE DASHBOARD.  HE ALSO STATED THAT
PRIOR TO THE VEHICLE CATCHING FIRE, HE HAD PICKED UP $4,000.00 IN SUPPLIES

MONMOUTH JCT. FIRE DEPT RESPONDED
FAS RESPONDED.
FIRE MARSHALL RESPONDED
DOT RESPONDED.
SOUTH BRUNSWICK ROAD DEPT. RESPONDED

DOT DEEMED THE ROAD SAFE FOR TRAVEL  NO FURTHER ASSISTANCE NEEDED AT THE TIME OF THIS REPORT

# HARD FACTS ™

**Submitted To:**
Karen Cadwallader
Allstate Insurance Company
1325 Campus Parkway, Suite 101
Wall, New Jersey 07753

## AUTOMOTIVE FORENSIC EXAMINATION OF

Door Quest – Ashraf Elgohay

Claim #142-620-7542

D/L: January 2, 2008

\*\*\*

January 15, 2008

\*\*\*

JAN 18 2008

Hard Facts File #280104

\*\*\*

**HARD FACTS ENGINEERING RESERVES THE RIGHT TO AMEND AND/OR ALTER THIS REPORT SHOULD NEW RELEVANT INFORMATION BECOME AVAILABLE.**

**THIS REPORT FURNISHED AS PRIVILEGED AND CONFIDENTIAL TO ADDRESSEE.  RELEASE TO ANY OTHER COMPANY, CONCERN OR INDIVIDUAL IS SOLELY THE RESPONSIBILITY OF ADDRESSEE.**

**UNLESS OTHERWISE INSTRUCTED, PHYSICAL EVIDENCE WILL ONLY BE RETAINED FOR ONE YEAR**

46 Georgia Road, Freehold, N J  07728 ■ (732) 462-2674
FAX (732) 409-6595 ■ e-mail  hfacts@AOL.com

# HARD ✦ FACTS ™

January 15, 2008

Karen Cadwallader
Allstate Insurance Company
1325 Campus Parkway, Suite 101
Wall, New Jersey 07753

Re:    Door Quest – Ashraf Elgohay
       Claim #142-620-7542
       D/L:  January 2, 2008

Dear Ms. Cadwallader:

In accordance with your request, a forensic automotive engineering examination of the subject vehicle was conducted on January 11, 2008. Our field activity was conducted where the vehicle was staged at Dean's Garage, 862 Georges road in Monmouth Junction, New Jersey. 

It is our understanding that the assignment is to determine within reasonable engineering and scientific certainty, the origin of cause of the vehicular fire occurrence. To that end, the results and findings of our thorough field examination follows.

## DESCRIPTION OF VEHICLE

The subject vehicle is a 2007 Chevrolet Express G2500 cargo van manufactured in Wentzville, Missouri. During assembly the vehicle was assigned public vehicle

46 Georgia Road, Freehold, N J. 07728 ■ (732) 462-2674
FAX (732) 409-6595 ■ e-mail hfacts@AOL.com

identification number 1gcgg25v371117652. Computerized scrutiny of this number relative to check digit '3' and sequence number '117652' has confirmed the vehicle's identity.

The vehicle currently does not exhibit any state license plates  We could not determine the current mileage registration or compliance with state safety and emissions certification due to the extent of fire damage.

## EXTERIOR EXAMINATION



We could not determine the exterior finish of . the vehicle had been consumed as was all glazing.  This vehicle is equipped with two passenger doors, a sliding left side door and rear door assemblies.

Initial examination revealed the vehicle sustained substantial damage that has rendered it totaled.

All wheel and tire assemblies were consumed in the fire

An evaluation of the vehicle revealed it had been utilized in the commercial garage door business.



## INTERIOR EXAMINATION

The vehicle interior has sustained complete fire damage which has consumed all seating and upholstery material.

An evaluation of the fire burns patterns and damage suggest the locus point as being within the dashboard area.

 

Due to the extent of damage, we could not determine the cause of fire as extensive destruction damage would have to occur. At this time, we are unaware of any installed aftermarket accessories.

## POWER PLANT EXAMINATION

This vehicle is equipped with a 4.8 liter V8 cylinder power plant. The power plant compartment sustained the least amount of fire damage.



## ORIGIN OF CAUSE

The locus point of the vehicular fire has been identified as being within the interior specifically within the instrument cluster.

As is customary, this organization conducted a computerized search relative to known safety recalls and technical service bulletins as identified by the National Highway Traffic and Safety Administration and the vehicle manufacturer. At this time, there are no recalls or technical service bulletins that are applicable to the loss.

## ENGINEERING CONCLUSIONS

Incorporated within the confines of this forensic automotive engineering report, it is the opinion of this organization that the following facts have been identified for your consideration.

1. The fire occurrence is accidental in nature.

2. The locus point of the fire is within the interior compartment more specifically the instrument cluster.

3. Without destructive testing, we could not determine the cause of the fire loss.

4. As the vehicle is under warranty, the manufacturer should be placed on notice and the vehicle secured for their inspection.

Should you have any further questions, please do not hesitate to contact us. As always, we appreciate the opportunity to provide forensic automotive engineering insight as an aid to your investigative process.

Very truly yours,

Tom McNamara, MSME
Director and Principal of the Firm

## RECORDED STATEMENT OF A ELGOHARY

### 1426207542      Tape870434-1

Q.  THIS IS KAREN KIDWALEDER SPEAKING FROM WALL, NEW JERSEY.

    I'M SPEAKING WITH ASTRA ELGORAY. [SIC] IS IT?

A.  THAT'S CORRECT.

Q.  --UH, REGARDING A MOTOR VEHICLE FIRE THAT, UH, STARTED

    TODAY, UM, JANUARY THE 2ND, 2008 IN HIS VEHICLE.  UH,

    MR. ALGORAY [SIC], AM I RECORDING THIS WITH YOUR FULL

    KNOWLEDGE AND CONSENT?

A.  OKAY.

Q.  COULD YOU STATE YOUR FULL NAME, YOUR ADDRESS AND YOUR

    TELEPHONE NUMBER FOR THE RECORD?

A   SURE.  UH, MY NAME IS ASHBA ELGOHARY; MY ADDRESS, 5502

    HUNTERS GLEN DRIVE, PLAINSBORO, NEW JERSEY 08536; MY

    PHONE NUMBER, 732-921-4772.

Q.  AND WERE YOU ALONE IN THE VEHICLE?

A.  I'M SORRY.

Q.  WERE YOU ALONE IN THE VEHICLE?

A.  I WAS ALONE IN THE VEHICLE, YES.

Q.  WERE YOU INJURED IN THE ACC--IN THE INCIDENT?

A.  NO.  I JUST--I--I MEAN, MY--MY HANDS BURN A LITTLE BIT

    BUT I USE, LIKE, THE OVER-COUNTER STUFF TO--

Q.  OKAY.  YOU'RE NOT PLANNING ON SEEKING ANY TREATMENT OR

    ANYTHING?

A.  NO.  IT--IT'S A SMALL THING BECAUSE ONCE I WAS TRYING TO

    GET THE FIRE DOWN AND I WAS--ONCE I FOUND OUT

1

1426207542        Tape870434-1

(INAUDIBLE)--I WAS--

Q.  AND DID THE FIRE DEPARTMENT COME ON THE SCENE?

A.  YEAH, THEY CAME.

Q.  AND WERE THE POLICE ON THE SCENE AS WELL?

A.  YES, MA'AM.

Q.  OKAY.  THAT WAS THE SOUTH BRUNSWICK?

A.  THAT'S CORRECT.

Q.  AND YOUR VEHICLE'S A 2000 SEV--CHEV--2007 CHEVY EXPRESS
    VAN?

A.  THAT'S CORRECT.

Q.  AND YOU STATED THAT THE FIRE LOOKED LIKE IT STARTED IN
    THE DASHBOARD AREA?

A.  YES.  IT STARTS IN DASHBOARD AND, UH, AFTER THIS I WAS,
    UH, I WAS IN TRAFFIC LIGHT AND AFTER THE LIGHT GET GREEN
    I WAS GOING, LIKE, 25, 30 MAXIMUM AND I--I--I--I FOUND
    THE FIRE.  SO I PULLED OVER AND I TRIED TO GET IT DOWN.
    I COULDN'T SO I STAYED AWAY.

Q.  DID YOU HAVE ANY SIGNS PRIOR TO THAT?  DID YOU HEAR ANY
    NOISES OR ANYTHING--

A.  NOT AT ALL.

Q.  --WHILE YOU WERE STOPPED AT THE LIGHT.  SO YOU HAD
    STOPPED AT THE LIGHT, THE LIGHT TURNED GREEN, YOU
    STARTED UP AND YOU WERE GOING ABOUT 20 MILES AN HOUR?

A.  THAT'S CORRECT.

Q.  THEN WHAT DID YOU SEE FIRST, SMOKE OR--

2

1426207542     Tape870434-1

A   UH, I SMELL SMOKE FIRST--I SMELLED SMOKE.

Q.  OKAY.  AND THAT'S WHEN YOU PULLED OVER.

A.  THA--THAT--WHEN--WHEN I PULLED OVER I SAW THE FIRE SO--

Q.  OKAY.

A.  --YEAH, SO I PULLED OVER.

Q   WERE THERE FLAMES COMING INTO THE ENGINE COM--INTO THE

    PASSENGER COMPARTMENT?

A   IT WAS COMING FROM, UH, SEEMS LIKE FROM UNDER THE ENGINE

    COM--UNDER THE CONSOLE--THE CONSOLE IN THE MIDDLE.

Q.  OKAY.

A.  LIKE, THAT'S WHERE THE FIRE CAME--CAME FROM.

Q.  SO IT WAS UNDER THE DASHBOARD YOU SAW THE FLAMES.

A.  YES.

Q.  AND DID YOU HAVE ANY RECENT WORK ON THIS VEHICLE?

A.  UH, NO,  I DIDN'T HAVE ANY WORK AND JUST OIL CHANGE

    MAYBE, LIKE, A MONTH AGO.

Q.  OKAY.  AND THAT WAS DONE AT A BI--PLACE OF BUSINESS OR

    WHERE DID YOU HAVE THAT DONE, THE OIL CHANGE?  DID YOU

    DO IT YOURSELF OR--

A.  IT--NO, NO, NO.  WAS IN A BUSINESS, WAS--

Q   OKAY.

A.  --OIL CHANGE PLACE, YEAH.

Q.  OKAY.  AND THE VEHICLE WAS I--IN GOOD RUNNING CONDITION?

A.  IT WAS THE--DIDN'T HAVE ANY PROBLEM WITH IT.

Q.  OKAY.  ANYTHING ELSE THAT YOU FEEL WOULD BE IMPORTANT

3

1426207542      Tape870434-1

FOR OUR INVESTIGATION?

A.   UH, NO.   EVERY--THAT'S ALL--THAT'S ALL I HAVE.

Q.   AND HAVE YOU UNDERSTOOD MY QUESTIONS?

A.   YES, MA'AM.

Q.   HAVE YOUR ANSWERS BEEN CORRECT TO THE BEST OF YOUR

     KNOWLEDGE?

A.   YES, MA'AM.

Q.   CAN I GET YOUR PERMISSION TO TURN OFF THE RECORDER?

A.   SURE.

**END OF RECORDED STATEMENT**



Claim 1426207542H01          Autosource Valuation 2007 Chevrolet G25 Express STD 2WD Cargo Van          AS Request 21705743

 **Audatex**
a Solera company

# Autosource Valuation

| Administrative Data | 2007 Chevrolet G25 Express STD 2WD Cargo Van |
|---|---|
| Brian Cooke | Claimant |
| Allstate Insurance Company | Insured Door Quest, Dba |
| Monmouth MCO Branch | Claim 1426207542H01 |
| 4551 US Highway 9 | Loss Date 01/02/2008 |
| Howell NJ 07731 | Loss Type Comp |
| | Policy 048874772 |
| | Other |

| VINSOURCE Analysis | 2007 Chevrolet G25 Express STD 2WD Cargo Van |
|---|---|
| VIN 1GCGG25V371117652 | |
| Decodes as 2007 Chevrolet G25 Express STD 2WD Cargo Van | |
| Accuracy Decodes Correctly | |
| History No activity was reported | |

| NICB Report | 2007 Chevrolet G25 Express STD 2WD Cargo Van |
|---|---|

No NICB/ISO Activity

| Reported Phone Number Analysis | 2007 Chevrolet G25 Express STD 2WD Cargo Van |
|---|---|

No Vehicles Advertised at (848) 391-1920

No Vehicles Advertised at (609) 799-7061

| Recall Bulletins | 2007 Chevrolet G25 Express STD 2WD Cargo Van |
|---|---|

No recall bulletins have been issued that apply to this vehicle

| Valuation Summary | | 2007 Chevrolet G25 Express STD 2WD Cargo Van |
|---|---|---|
| **Typical Vehicle** | **Loss Vehicle** | **Adjustment** |
| Price $18,280 | | $18,280 |
| Engine 8 Cylinder 4 8 Engine | 8 Cylinder 4 8 Engine | |
| Transmission 4 Speed Automatic | 4 Speed Automatic | |
| Odometer 15,945 Mi(Typical) | 21,000 Mi(Actual) | -405 |
| | Equipment/Package Adjustment (See Valuation Detail) | 0 |
| | Autosource Value Before Condition Adjustments | 17,875 |
| | Total Condition Adjustments (See Condition Adjustment Detail) | 0 |
| | **Total Condition Adjusted Market Value** | **$17,875** |
| | General Sales Tax 7 000% | 1,251 25 |
| | Title Fee | |
| | Transfer Fee | |

Version 1                          Page 1                          01/11/08 09 52

Claim 1426207542H01          Autosource Valuation 2007 Chevrolet G25 Express STD 2WD Cargo Van          AS Request 21705743

|  | Deductible | -250.00 |
|---|---|---|
|  | Net Adjusted Value | 1 ?876.?5 |
|  | Salvage/Other |  |

\* The market area identified has multiple tax jurisdictions  Please see valuation notes for explanation

## Vehicle Valuation Detail                                    2007 Chevrolet G25 Express STD 2WD Cargo Van

The TYPICAL VEHICLE represents the average mileage, condition, equipment level and estimated selling price of a vehicle of the same year, make, model, doors, edition, body and fuel type as the LOSS VEHICLE and is representative of the market area

|  | Typical Vehicle | Loss Vehicle | Adjustment |
|---|---|---|---|
| City/State | Plainsboro, NJ | Plainsboro, NJ |  |
| Price | $18,280 |  | $18,280 |
| **Description** |  |  |  |
| Year | 2007 | 2007 |  |
| Make | Chevrolet | Chevrolet |  |
| Model | G25 Express | G25 Express |  |
| Edition | STD | STD |  |
| Door | 2D | 2D |  |
| Body | Cargo Van | Cargo Van |  |
| Drive | 2WD | 2WD |  |
| Size | Not Applicable | Not Applicable |  |
| Engine | 8 Cylinder 4 8 Engine | 8 Cylinder 4 8 Engine | 0 |
| Transmission | 4 Speed Automatic | 4 Speed Automatic | 0 |
| Color | Not Applicable | White |  |
| Odometer | 15,945 Mi(Typical) | 21,000 Mi(Actual) | -405 |
| **Equipment** |  |  |  |
| Convenience Options | Air Conditioning | Air Conditioning |  |
|  | Engine Cover Console | Engine Cover Console |  |
| Other Optional Equipment | Dual Airbags | Dual Airbags |  |
|  | Rear Step Bumper | Rear Step Bumper |  |
|  | Anti-lock Brakes | Anti-lock Brakes |  |
|  | Intermittent Wipers | Intermittent Wipers |  |
|  | Tinted Glass | Tinted Glass |  |
| Power Accessories | Power Brakes | Power Brakes |  |
|  | Power Steering | Power Steering |  |
| Radio/Phone/Alarm Options | AM/FM Stereo | AM/FM Stereo |  |
|  | Theft Deterrent System | Theft Deterrent System |  |
| Seat Options | Vinyl Seats | Vinyl Seats |  |
|  | Autosource Value Before Condition Adjustments |  | 17,875 |
|  | Total Condition Adjustments (See Condition Adjustment Detail) |  | 0 |
|  | **Total Condition Adjusted Market Value** |  | **$17,875** |

## Valuation Notes                                              2007 Chevrolet G25 Express STD 2WD Cargo Van

- o  Adjustments of Special Note
  - ▫  No special adjustments were made for this vehicle
- o  Information provided by Allstate Insurance Company
  - ▫  Loss vehicle description was provided by Allstate Insurance Company

Claim 1426207542H01        Autosource Valuation 2007 Chevrolet G25 Express STD 2WD Cargo Van        AS Request  21705743

- All values are in U S dollars
- o Autosource Valuation Process
  - Over 2,400,000 vehicles are entered weekly into the database used for researching this value  This database includes dealer inspected, dealer inventory, dealer advertised, phone verified and advertised private party vehicles
  - The originating search area for this valuation was Plainsboro, New Jersey
  - The market area identified has multiple tax jurisdictions  Autosource was unable to identify which county or city was applicable to the total loss vehicle  However, each of the counties have the identical tax amount, therefore, the valuation was completed using this identical amount
- o Other Adjustments or Comments
  - A mileage adjustment of 8 00 cents per mile/kilometer has been applied  This adjustment is based on the vehicle year, vehicle category, and market area  Mileage adjustments are rounded to the nearest five dollars  Mileage adjustments are capped at 40% of the vehicle's starting value

---

## Vehicle Salvage Title Summary        2007 Chevrolet G25 Express STD 2WD Cargo Van

No salvage title history found for this VIN

Processed on 01/11/08 9 52 AM  Title History is powered by Experian AutoCheck  The Experian data contained in this report involves the conveyance of information provided to Experian by other sources  Accordingly, neither Experian nor Audatex can, or will, be an insurer or guarantor of the accuracy or reliability of the Experian data

## Condition Adjustment detail        2007 Chevrolet G25 Express STD 2WD Cargo Van

|  | Typical Vehicle | Loss Vehicle | Adjustment |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | Good | Good | |
| Carpets | Good | Good | |
| Int Trim | Good | Good | |
| Glass | Good | Good | |
| Headliner | Good | Good | |
| **EXTERIOR** | | | |
| Body | Good | Good | |
| Paint | Good | Good | |
| Ext Trim | Good | Good | |
| **MECHANICAL** | | | |
| Engine | Well Maintained | Well Maintained | |
| Transmission | Well Maintained | Well Maintained | |
| **TIRES** | | | |
| Front Tires | Good | Good | |
| Rear Tires | Good | Good | |
| | | **Total Condition Adjustments** | $0 |

## Typical Condition Statement        2007 Chevrolet G25 Express STD 2WD Cargo Van

Odometer, equipment, trim level and condition must all be carefully considered on this vehicle  The vehicle's typical mileage and condition is based on comparison of dealer and private party vehicles of the same year, vehicle type and state/province  The average miles driven for this vehicle is 15,945  Numerous descriptions have been described within each condition sub-category rating and are separated by a period  Each description is meant to be independent, but can also be interpreted as an "and/or" statement

| Condition | Description |
|---|---|
| **INTERIOR** | |
| Seats  Good | No obvious damage  Very negligible wear visible on close inspection  Soiling removable with cleaning  No fading or discoloration |

Claim 1426207542H01

Auto Source Valuation 2007 Chevrolet G25 Express STD 2WD Cargo Van

AS Request 21705743

| Condition | | Description |
|---|---|---|
| Carpets | Good | No obvious damage  Very negligible wear visible on close inspection  Soiling removable with cleaning  No fading or discoloration |
| Int Trim | Good | No obvious damage  Very negligible wear visible on close inspection  Soiling removable with cleaning  No fading or discoloration |
| Glass | Good | No obvious damage  Numerous small pits  Light scratches visible on close inspection |
| Headliner | Good | No damage  Very negligible wear visible on close inspection  Soiling removable with cleaning  No fading or discoloration |

### EXTERIOR

| | | |
|---|---|---|
| Body | Good | No visible damage  1-3 small dings possible on close inspection |
| Paint | Good | No obvious damage  1-3 very small chips  1-3 small scratches, no greater than 1 credit card in size, only noticeable on close inspection that can be polished out  Negligible swirl marks |
| Ext Trim | Good | No damage  No dents  No impact damage  Good shine on chrome or bumper covers  Color-keyed sections in good condition  1-3 slight scratches or marks |

### MECHANICAL

| | | |
|---|---|---|
| Engine | Well Maintained | Engine compartment generally clean  No obvious leaks  All accessories in good working condition  Recommended maintenance performed  Service records well documented |
| Transmission | Well Maintained | Transmission housing, transaxle, differential, transfer case areas generally clean  No obvious leaks  Recommended maintenance performed  Service records well documented |

### TIRES

| | | |
|---|---|---|
| Front Tires | Good | Tires are in good condition  30-79% of tread remains |
| Rear Tires | Good | Tires are in good condition  30-79% of tread remains |

Having a clean, well maintained vehicle will add to its market value  Prior body damage, rust, extensive interior damage or mechanical problems will all decrease the market value of this vehicle

### Replacement Vehicles                                    2007 Chevrolet G25 Express STD 2WD Cargo Van

The following replacement vehicles may include a sampling of the actual vehicles used to calculate the selling price  The replacement vehicles represent vehicles that have recently been offered for sale in the marketplace  These vehicles have similar attributes and characteristics to the total loss vehicle

### Dealer Inventory Vehicles

1  2007 Chevrolet G25 Express STD 2WD Cargo Van    Last Listed 01/06/08    Last Price $18,997
- 30,064 Miles                                        First Listed           First Price
  Details                          VIN 1GCGG25V171119125    Location Rahway, NJ
- 8 Cylinder 4 8 Engine            4 Speed Automatic        Offered By RICHARD LUCAS CHEVROLET
- Power Brakes                     Power Steering           Stock Number 7392
- Vinyl Seats                      AM/FM Stereo             Telephone (866) 802-4317
- Theft Deterrent System           Air Conditioning         Market Area 070
- Engine Cover Console             Anti-lock Brakes
- Dual Airbags                     Intermittent Wipers
- Rear Step Bumper                 Tinted Glass

2  2007 Chevrolet G25 Express STD 2WD Cargo Van    Last Listed 12/09/07    Last Price $17,477
- 30,139 Miles                                        First Listed           First Price
  Details                          VIN 1GCGG25V071110125    Location Rahway, NJ
- 8 Cylinder 4 8 Engine            4 Speed Automatic        Offered By RICHARD LUCAS CHEVROLET
- Power Brakes                     Power Steering           Stock Number 7349
- Vinyl Seats                      AM/FM Stereo             Telephone (866) 802-4317
- Theft Deterrent System           Air Conditioning         Market Area 070
- Engine Cover Console             Anti-lock Brakes
- Dual Airbags                     Intermittent Wipers
- Rear Step Bumper                 Tinted Glass

3  2007 Chevrolet G25 Express STD 2WD Cargo Van    Last Listed 01/06/08    Last Price $16,997

Claim 1426207542H01            AutoSource Valuation 2007 Chevrolet G25 Express STD 2WD Cargo Van            AS Request 21705743

| | | |
|---|---|---|
| | Details | First Listed |
| 30,121 Miles | VIN 1GCGG25V471113934 | Location Rahway, NJ |
| 8 Cylinder 4 8 Engine | 4 Speed Automatic | Offered By RICHARD LUCAS CHEVROLET |
| Power Brakes | Power Steering | Stock Number 7348 |
| Vinyl Seats | AM/FM Stereo | Telephone (866) 802-4317 |
| Theft Deterrent System | Air Conditioning | Market Area 070 |
| Engine Cover Console | Anti-lock Brakes | |
| Dual Airbags | Intermittent Wipers | |
| Rear Step Bumper | Tinted Glass | |

4    2007 Chevrolet G25 Express STD 2WD Cargo Van            Last Listed 01/06/08    Last Price $17,995

| | | |
|---|---|---|
| 12,948 Miles | Details | First Listed |
| 8 Cylinder 4 8 Engine | VIN 1GCGG25V871186076 | Location Doylestown, PA |
| Power Brakes | 4 Speed Automatic | Offered By BERGEY'S CHEVROLET |
| Vinyl Seats | Power Steering | Stock Number V5465 |
| Theft Deterrent System | AM/FM Stereo | Telephone (888) 423-6908 |
| Engine Cover Console | Air Conditioning | Market Area 189 |
| Dual Airbags | Anti-lock Brakes | |
| Rear Step Bumper | Intermittent Wipers | |
| | Tinted Glass | |

| Original Equipment Guide | | 2007 Chevrolet G25 Express STD 2WD Cargo Van | |
|---|---|---|---|
| **Engine Options** | | **Transmission Options** | |
| 8 Cylinder 4 8 Engine | STD | 4 Speed Automatic | STD |
| 8 Cylinder 6 0 Engine | $995 | | |
| **Other Optional Equipment** | | **Convenience Options** | |
| Anti-lock Brakes | STD | Air Conditioning | STD |
| Complete Body Glass | $315 | Automatic Dimming Mirror | $175 |
| Chrome Bumper(s) | $65 | Cruise Control | $200 |
| Chrome Grille | | Courtesy/Warning Lights | $75 |
| Dual Airbags | STD | Dual Air Conditioning | $860 |
| Engine Block Heater | $50 | Rear Window Defroster | $155 |
| Intermittent Wipers | STD | Engine Cover Console | STD |
| Keyless Entry System | $170 | Tilt Steering Wheel | $195 |
| Limited Slip Differential | $325 | **Power Accessories** | |
| Lighted Entry System | $175 | Heated Power Mirrors | $115 |
| OnStar System | $695 | Power Drivers Seat | $275 |
| Privacy Glass | $440 | Power Brakes | STD |
| Rear Heater | $295 | Power Door Locks | $250 |
| Rear Step Bumper | STD | Power Steering | STD |
| Tinted Glass | STD | Power Windows | $225 |
| Camper/Towing Package | $265 | **Radio/Phone/Alarm Options** | |
| Trailer Hitch | | Compact Disc Player | $205 |
| **Seat Options** | | Compact Disc W/Tape | $355 |
| Velour/Cloth Seats | | AM/FM Stereo Tape | $150 |
| Vinyl Seats | STD | AM/FM Stereo | STD |
| | | AM/FM In-dash CD Changer | $350 |
| | | Theft Deterrent System | STD |
| **Option Packages** | | | |
| Appearance Package | $325 | Includes Chrome Grille, Chrome Front And Rear Bumpers | |
| Split Swing-Out LH Door | $595 | | |
| | | Base retail price | $24,595 |

Claim 1426207542H01        Autosource Valuation 2007 Chevrolet G25 Express STD 2WD Cargo Van        AS Request 21705743

| Loss Vehicle manufacturer's suggested retail price as reported | $24,595 |

Editions available for the same body style (in order of original cost, increasing)  *STD, Upfitter

* Indicates loss vehicle equipment

## Vehicle Locator Service                                  2007 Chevrolet G25 Express STD 2WD Cargo Van

After your claim is settled, Autosource provides free assistance in locating your next vehicle  Your request can be submitted online 24hrs per day at www support audatex us/vls asp  Please click the Online Submission link and then click the Vehicle Locator Service Form link to complete the VLS form  Or you can call us Monday through Friday, between 8 00 AM and 5 00 PM, Pacific time at (800)351-3133, ext 7428  Our specialists will work with you to find a new or used vehicle in your area

## Loss Vehicle Valuation                                  2007 Chevrolet G25 Express STD 2WD Cargo Van

Autosource has been chosen by Allstate Insurance Company to assist in establishing a fair and reasonable market value for your vehicle  We are proud to offer you the most current and comprehensive automotive valuations available today

Your vehicle was inspected and/or described to Autosource by a trained representative of Allstate Insurance Company  Autosource has evaluated all aspects of your vehicle provided by Allstate Insurance Company as well as those features identified by the Vehicle Identification Number (VIN) or known to be standard equipment for your vehicle

The market value of your vehicle is determined by comparing it to other vehicles in your area of similar make, model, equipment, mileage and condition that have been offered for sale or sold  The sources for this comparison include new and used car dealers, newspapers, traders, specialty journals and the Internet  Our exclusive Dealer Access program provides us with electronic inventories from thousands of affiliated dealers in North America

Each week, over 2,400,000 vehicles are listed from these sources, representing over 100,000 dealerships and 3400 publications, making our database the largest in the industry  We utilize the industry's largest electronic network and leading edge technology to provide you with the most current inspected, surveyed or advertised market data  We will find the closest vehicle matches in the area nearest your home

## About Your Valuation                                  2007 Chevrolet G25 Express STD 2WD Cargo Van

This report contains proprietary information of Audatex and shall not be disclosed to any third party (other than the insured or claimant) without Audatex's prior written consent  If you are the insured or claimant and have questions regarding the description of your vehicle, please contact the insurance company that is handling your claim  Information within VINsource/NICB is provided solely to identify potential duplicative claims activity  User agrees to use such information solely for lawful purposes

Tax rates contained herein are based on general sales tax data provided by Vertex Inc  Excise, use, registration, licensing and other taxes and fees that may be applicable are not included  Audatex makes no representations or warranties concerning the applicability or accuracy of such tax data

Report Generated by Audatex, a Solera Company

© 2008 Audatex North America, Inc  All Rights Reserved

## ALLSTATE NEW JERSEY INSURANCE COMPANY

## *** ESTIMATE ***

01/11/2008 12 06 PM

### Owner:

| | | | |
|---|---|---|---|
| Owner, | DBA DOOR QUEST | | |
| Address | 5502 HUNTERS GLEN DR | Work/Day | (848)391-1920 |
| | | Home/Evening | (609)799-7061 |
| City State Zip | PLAINSBORO, NJ 08536-2857 | FAX | |

### Control Information

| | | | |
|---|---|---|---|
| Claim # | 1426207542H01 | Insured Policy # | 048874772 |
| Loss Date/Time | 01/02/2008 | Loss Type | Comprehensive |
| Deductible | $250 00 | | |
| Ins Company | ALLSTATE NEW JERSEY INSURA | | |
| Insured | DBA DOOR QUEST | | |
| Address. | 5502 HUNTERS GLEN DR | Work/Day | (848)391-1920 |
| | | Home/Evening | (609)799-7061 |
| City State Zip | PLAINSBORO, NJ 08536-2857 | FAX | |

### Inspection

| | | | |
|---|---|---|---|
| Inspection Date. | 01/11/2008 12 06 PM | Inspection Type | Field |
| Inspection Location | dean's garage | Contact | |
| Primary Impact | Non-Collision | Secondary Impact | |
| Assigned Date/Time | | Received Date/Time | 01/11/2008 12 06 PM |
| Appraiser Name | BRIAN COOKE | Appraiser License # | |
| Address | 1325 CAMPUS PARKWAY | Work/Day | (732)319-7412 |
| City State Zip | WALL, NJ 07753 | FAX | (732)836-1172 |

### Repairer

| | | | |
|---|---|---|---|
| Repairer | ******TOTAL LOSS******* | Contact | N/A |
| Address | N/A | Work/Day | (000)000-0000 |
| City State Zip | N/A, NJ 00000 | FAX | (000)000-0000 |
| License # | 00000A | Regulation ID | |

### Remarks

INSPECT ONLY  CHECK HAS NOT BEEN ISSUED TO CUSTOMER
*obvious TOTAL LOSS ********* burnt shell

### Vehicle

2007 Chevrolet G25 Express STD 2 DR Cargo Van
8cyl Gasoline 4 8
4 Speed Automatic

| | | | |
|---|---|---|---|
| Lic Plate | NONE | Lic State | NJ |
| Lic Expire | | VIN | 1GCGG25V371117652 |
| Prod Date | | Mileage | 21,000 |
| Veh Insp# | | Mileage Type | Actual |
| Condition | Good | Code | U6174A |

01/14/2008 12 33 PM                                    Page  1  of  4

2007 Chevrolet G25 Express STD 2 DR Cargo Van

Claim #    1426207542H01

01/11/2008 12 06 PM

| | | |
|---|---|---|
| Ext. Color | WHITE | Int. Color |
| Ext. Refinish | Two-Stage | Int. Refinish |
| Ext. Paint Code | 8624 | Int. Trim Code |

## Options

| | | |
|---|---|---|
| AM/FM Stereo | Air Conditioning | Anti-lock Brakes |
| Composite/European Hdlmps | Dual Airbags | Engine Cover Console |
| Intermittent Wipers | Power Brakes | Power Steering |
| Rear Cargo Door Glass | Rear Step Bumper | Theft Deterrent System |
| Tinted Glass | Vinyl Seats | |

## Damages

| Line | Op | Guide | MC | Description | MFR.Part No. | Price | ADJ% | B% | Hours | R |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | L | 1 | 13 | Complete Exterior | Refinish | | | | 34 5 | RF |
| | | | | | 32 0  Surface | | | | | |
| | | | | | 0 6  Two-stage setup | | | | | |
| | | | | | 1 9  Two-stage | | | | | |
| 2 | EU | 775 | | Engine Assembly | RECYCLED PART | $3,500 00* | +25 | | 13 6 | ME |
| 3 | EU | | | complete body | RECYCLED PART | $10,000 00* | | | | SM* |
| 4 | EU | | | complete interior | RECYCLED PART | $3,500 00* | +25 | | 15 0* | SM* |
| 5 | EU | | | dash/electronics | RECYCLED PART | $3,000 00* | +25 | | 15 0* | SM* |
| | | | | 5 Items | | | | | | |

| MC | Message |
|---|---|
| 13 | INCLUDES 0 6 HOURS FIRST PANEL TWO-STAGE ALLOWANCE |

## Estimate Total & Entries

| | |
|---|---|
| Other Parts | $20,000 00 |
| Paint Materials | $400 00* |
| Line Item Markup | $2,500 00 |
| Parts & Material Total | $22,900 00 |
| Tax on Parts & Material    @    7 000% | $1,603 00 |

| Labor | Rate | Replace Hrs | Repair Hrs | Total Hrs | |
|---|---|---|---|---|---|
| Sheet Metal (SM) | $44 00 | 30 0 | | 30 0 | $1,320 00 |
| Mech/Elec (ME) | $44 00 | 13 6 | | 13 6 | $598 40 |
| Frame (FR) | $44 00 | | | | |
| Refinish (RF) | $44 00 | 34 5 | | 34 5 | $1,518 00 |
| Paint Materials | $23 00 | | | | |

| | | |
|---|---|---|
| Labor Total | 78 1 Hours | $3,436 40 |
| Tax on Labor    @    7 000% | | $240 55 |
| Gross Total | | $28,179 95 |
| Less  Deductible | | $250 00- |
| Net Total | | $27,929 95  Run ACV |
| Customer Owes | | $250 00 |

Alternate Parts Y/00/00/00/00/00    CUM 00/00/00/00/00 Zip Code  07731 NEW JERSEY 1ST 11/07

Audatex Estimating 4 0 495 ES 01/14/2008 12 33 PM REL 4 0 495 DT 12/01/2007 DB 12/15/2007

Copyright (C) 2008 Audatex North America, Inc

** USER-ESTABLISHED THRESHOLD FOR PAINT MATERIALS HAS BEEN REACHED AND CALCULATED IN THIS ESTIMATE  ANY ADDITIONAL MATERIALS MAY REQUIRE FURTHER APPROVAL **

2007 Chevrolet G25 Express STD 2 DR Cargo Van
Claim #        1426207542H01                                                    01/11/2008 12 06 PM

2.5 HRS WERE ADDED TO THIS ESTIMATE BASED ON AUDATEX'S TWO-STAGE REFINISH FORMULA

ESTIMATE CALCULATED USING THE 2 5 HOUR MAXIMUM ALLOWANCE FOR TWO-STAGE REFINISH OF
NON-FLEX, EXTERIOR SURFACES

IMPORTANT INFORMATION ABOUT ALLSTATE'S CHOICE OF PARTS POLICY
THIS ESTIMATE MAY LIST PARTS FOR USE IN THE REPAIR OF YOUR VEHICLE THAT ARE
MANUFACTURED BY A COMPANY OTHER THAN THE ORIGINAL MANUFACTURER OF YOUR
VEHICLE  THESE PARTS ARE COMMONLY REFERRED TO AS AFTERMARKET PARTS OR
COMPETITIVE PARTS, AND MAY INCLUDE COSMETIC OUTER BODY CRASH PARTS SUCH AS
HOODS, FENDERS, BUMPER COVERS, ETC  ALLSTATE GUARANTEES THE FIT AND CORROSION
RESISTANCE OF ANY AFTERMARKET/COMPETITIVE OUTER BODY CRASH PARTS THAT ARE
LISTED ON THIS ESTIMATE AND ACTUALLY USED IN THE REPAIR OF YOUR VEHICLE FOR AS
LONG AS YOU OWN IT  IF A PROBLEM DEVELOPS WITH THE FIT OR CORROSION RESISTANCE
OF THESE PARTS, THEY WILL BE REPAIRED OR REPLACED AT ALLSTATE'S EXPENSE  THIS
GUARANTEE IS LIMITED TO THE REPAIR OR REPLACEMENT OF THE PART
HOWEVER, IF YOU CHOOSE NOT TO USE ONE OR MORE OF THE AFTERMARKET/COMPETITIVE
OUTER BODY CRASH PARTS THAT MAY BE LISTED ON THIS ESTIMATE IN THE REPAIR OF
YOUR VEHICLE, ALLSTATE WILL SPECIFY THE USE OF ORIGINAL EQUIPMENT MANUFACTURER
PARTS, EITHER NEW OR RECYCLED AT ALLSTATE'S OPTION, AT NO ADDITIONAL COST TO
YOU  ALLSTATE DOES NOT SEPARATELY GUARANTEE THE PERFORMANCE OF ORIGINAL
EQUIPMENT MANUFACTURER PARTS, AND MAKES NO REPRESENTATION ABOUT THE
AVAILABILITY OF ANY MANUFACTURER'S GUARANTEE
TO ALL REPAIR FACILITIES  BEFORE USING AN AFTERMARKET SHEETMETAL PART,
BE SURE TO LOOK FOR THE CAPA SEAL  THIS IS NOT AN AUTHORIZATION FOR REPAIR
SUPPLEMENTS MUST BE APPROVED PRIOR TO REPAIR  IF YOUR CAR IS OF UNITIZED
CONSTRUCTION, IN SOME CASES THE REPAIR SHOP MAY NEED SPECIAL EQUIPMENT TO
PROPERLY REPAIR THE CAR  YOU SHOULD DETERMINE IF THE SHOP YOU SELECT TO
COMPLETE THE REPAIRS IS PROPERLY EQUIPPED
THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AUTOMOBILE PARTS NOT MADE
BY THE ORIGINAL MANUFACTURER  PARTS USED IN THE REPAIR OF YOUR VEHICLE BY
OTHER THAN THE ORIGINAL MANUFACTURER ARE REQUIRED TO BE AT LEAST EQUAL IN LIKE
KIND AND QUALITY IN TERMS OF FIT, QUALITY AND PERFORMANCE TO REPLACEMENT
PARTS AVAILABLE FROM THE ORIGINAL MANUFACTURER
ANY PERSON WHO KNOWINGLY FILES A STATEMENT OF CLAIM CONTAINING ANY FALSE OR
MISLEADING INFORMATION IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES
YOU MAY USE ANY REPAIR FACILITY OF YOUR CHOICE  HOWEVER, PLEASE BE ADVISED
THAT NEW JERSEY LAW REQUIRES ANY ENTITY ENGAGED IN THE BUSINESS OF AUTO BODY
REPAIRS TO BE DULY LICENSED  NEW JERSEY LAW PROHIBITS US FROM NEGOTIATING,
ADJUSTING OR SETTLING AUTOMOBILE DAMAGE CLAIMS WITH AN UNLICENSED FACILITY

**Op Codes**

| * | = User-Entered Value | E | = Replace OEM | NG | = Replace NAGS |
|---|---|---|---|---|---|
| EC | = COMPETITIVE PART | OE | = Replace PXN OE Srpls | UE | = Replace OE Surplus |

2007 Chevrolet G25 Express STD 2 DR Cargo Van
Claim #:          1426207542H01                                                           01/11/2008 12 06 PM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ET | = Partial Replace Labor | EP | = COMPETITIVE PART | EU | = RECYCLED PART |
| TE | = Partial Replace Price | PM | = Replace PXN Reman/Rebit | UM | = Replace Reman/Rebuilt |
| L | = Refinish | PC | = Replace PXN Reconditioned | UC | = Replace Reconditioned |
| TT | = Two-Tone | SB | = Sublet Repair | N | = Additional Labor |
| BR | = Blend Refinish | I | = Repair | IT | = Partial Repair |
| CG | = Chipguard | RI | = R & I Assembly | P | = Check |
| AA | = Appearance Allowance | RP | = Related Prior Damage | | |

**Audatex**
a Solera company

This report contains proprietary information of Audatex and may not be disclosed to any
third party (other than the insured and claimant) without Audatex's prior written consent

Copyright (C) 2006 Audatex North America, Inc

The Audatex is a registered trademark of Audatex North America, Inc