Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Motors Liquidation*
*Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re**                                                   :        **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :        **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*   :
                                                            :
               **Debtors.**                            :        **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

### APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
### TO BE INCLUDED IN THE RECORD TO BE PRESENTED ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Rules**"), the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), as appellee, formed

by the above-captioned debtors (the "**Debtors**") in connection with the Debtors' Second

Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or

modified from time to time, the "**Plan**"), respectfully submits the following designation of

additional items (the "**Additional Designated Items**") to be included in the record of the appeal

filed by Atul C. Shah, MD (the "**Appellant**") from the Bankruptcy Court's decision read into the

record at the hearing held on May 15, 2012 (Docket No. 11754), the Decision on Objection to

Claim of Dr. Atul C Shah issued on August 6, 2012 (Docket No. 12001), and the related Order

dated September 27, 2012 (Docket No. 12107).  The GUC Trust requests that the Additional

Designated Items be included in the record to be presented on appeal to the District Court for the Southern District of New York in addition to the items designated by Appellant (Docket No. 12211). While it appears Appellant may have intended to include some of the Additional Designated Items in his submission, we include them here out of an abundance of caution to clarify the dates and descriptions of each item. The GUC Trust reserves the right to seek clarification of the statement of issues raised on appeal and to further supplement the record if necessary.

## ADDITIONAL DESIGNATED ITEMS[1]

### Case No. 09-50026 (REG)

| Item | Date | Docket No. | Description |
|---|---|---|---|
| 1. | 4/12/12 | 11590 | Objection to Claim Number 28820 filed by Atul Shah, filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust |
| 2. | 5/10/12 | 11696 | Response to Debtors' Notice of Objection to Proof of Claim No. 28820 filed by Atul C. Shah |
| 3. | 5/10/12 | 11694 | Reply to Response to Objection to Proof of Claim No. 28820 filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust |
| 4. | 5/17/12 | 11754 | Transcript Regarding Hearing Held on 5/15/2012 |
| 5. | 7/10/12 | 11923 | Letter to Ms. Stefanie J. Greer Ref: Telephone Conversation Tuesday Morning on June 26, 2012 filed by Atul C. Shah |
| 6. | 8/6/12 | 12001 | Decision on Objection to Claim of Dr. Atul C Shah signed on 8/6/2012 |
| 7. | 8/6/12 | 12002 | Endorsed Order signed on 8/6/2012 re: Dr. Shah's Motion to Vacate Judgment |
| 8. | 8/17/12 | 12019 | Objection to the Proposed Order Disallowing and Expunging Proof of Claim Number 28820 filed by Atul C. Shah |
| 9. | 8/20/12 | 12020 | Affidavit of Service of Letter from Stefanie Birbrower Greer, Dickstein Shapiro LLP, to The Honorable Robert E. Gerber, United States Bankruptcy Court, dated August 17, 2012, regarding Dr. Atul Shah |

---

[1]    To the extent any of the below listed documents contain exhibits or attachments that are not specifically designated, all such exhibits and attachments are included in this designation.

| Item | Date | Docket No. | Description |
|------|------|-----------|-------------|
| 10. | 9/27/12 | 12106 | Endorsed Order signed on 9/27/2012 "Deeming this to be a Motion for Re-Argument under LBR 9023-1 or for Amendment of Judgment under FRBP 9023 or 9024 (or FRCP 59 or 60, to which those Bankruptcy Rules Refer), Motion Denied." etc. |
| 11. | 9/27/12 | 12107 | Order Sustaining Motion For Objection to Claim No. 28820 Filed by Atul Shah |
| 12. | 10/5/12 | 12162 | Notice of Appeal (related document(s) 12108, 12107) filed by Atul C. Shah |

Dated: New York, New York
       December 3, 2012

/s/ *Stefanie Birbrower Greer*
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust