Honorable Robert E. Gerber

United States Bankruptcy Judge

Room 523

One Bowling Green

New York, New York 10004



Re: Chapter 11

    Case No. 09-50026 (REG)

    Rule 9074-1 for Supplemental Order Granting Debtors' 215 Omnibus Objection

        as to Proof of Claim No. 70909 (Claims of Equity Interest)

We petition the court to reject the request of GMC (MLC) proposed supplemental order granting debtors' 215 Omnibus Objection claims to proof of Claim No. 70909 filed by Austin and Rebecca Viall to the following reasons:

1. The court awarded us $ 437,738.00 because we furnished proof of purchase for 12,200 shares of stock which were purchased through E-Trade.
2. GMC/MLC (the Debtors') appealed the court's decision because the debtors' considered the purchase price too small. The court upheld the original ruling because the price of stock is based on the date of sale rather than the purchase date.
3. The debtors' third attempt to confiscated our stock is based " on their claim of "NO LIABILITY"". This is an insult to the court for the following reason:

The court has already confirmed our equity claim by awarding us the market value claimed for the 12,200 stocks. The debtors' established liability and assumed responsibility the day they accepted payment for these stocks. This holds true for all stocks.

"NO" liability claim by the debtors': this statement alone, calling themselves "the Debtors" proves their liability and responsibility to pay when requested by the owner.

Respectfully,

*Austin Viall*　　　　　　　　　　　　　*Rebecca Viall*
Austin Viall　　　　　　　　　　　　　　Rebecca Viall

710 Keller Lane

Tuscumbia, AL 35674

Honorable Robert E. Gerber

United States Bankruptcy Judge

Room [illegible]

[illegible] Bowling Green

New York, New York 10004

DEC - 6 2012

[illegible] Chapter 11

Rule 9074-1 for Supplemental Order Granting Debtors' 215 Omnibus Objection

[illegible] Proof of Claim No. 70909 (Claims of Equity Interest)

We petition the court to reject the request of GMC (MLC) proposed supplemental order granting Debtors' 215 Omnibus Objection claims to proof of Claim No. 70909 filed by Austin and Rebecca Viali to the following reasons:

1. The court awarded us $ 437,738.00 because we furnished proof of purchase for 12,200 shares of stock which were purchased through E-Trade.
2. GMC/MLC (the Debtors) appealed the court's decision because the debtors considered the purchase price too small. The court upheld the original ruling because the price of stock is based on the date of sale rather than the purchase date.
3. The debtors' third attempt to confiscated our stock is based " on their claim of "NO LIABILITY". This is [illegible] to the court for the following reason:

It [illegible] claim by awarding us the [illegible] for the

"NO" liability claim by the debtors'; this statement alone, calling themselves "the Debtors", proves their liability and responsibility to pay when requested by the owner.

Respectfully,

Austin Viali

Rebecca Viali

[illegible] Lane

[illegible]