UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,            :
                                                     :
              Debtors.                               : (Jointly Administered)
                                                     :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On November 29, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Alicia E Calhoun, 14330 58th St N Apt 8103, Clearwater, Florida 33760-2826 (affected claimant):

- **Order Granting Objection to Proof of Claim 28560 Filed by Alicia E. Calhoun (Splinter Union Employee Claim)** [Docket No. 12219].

3.    On November 29, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail on Assistant United States Attorney Office, Southern District of New York, Attn. David S Jones, 86 Chambers Street Third Floor, New York, New York 10007 (affected claimant):

- **Stipulation and Agreed Order Between Motors Liquidation Company GUC Trust and United States of America Regarding Claim No. 45838** [Docket No. 12220].

4. On November 29, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail on General Electric Capital Corporation, c/o Latham & Watkins LLP, Max Eisenberg Esq, 233 South Wacker Dr Ste 5800, Chicago, Illinois 60606 (affected claimant):

- **Order Reducing and Allowing Claim Number 66716 Filed by General Electric Capital Corporation** [Docket No. 12221].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 5th day of December, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015