UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                          :  Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :  Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,      :
                                               :
            Debtors.                           :  (Jointly Administered)
                                               :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On November 29, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein Shapiro"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

   - **Order Expunging Claim Numbers 65686 and 65687 Filed by Elsa Garza and Craig R. Kenner PC, Respectively** [Docket No. 12222].

3. On November 29, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (affected claimants):

- **Order Expunging Claim Numbers 48473, 64785, 64786, 69717, 64675 and 64787 Filed by Cheryl Croci, Brenda J. Johnson, Robert L. Johnson, Matthew Selby, and Wendler Law PC, Respectively** [Docket No. 12223].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 5th day of
December, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

| | |
|---|---|
| GARZA ELSA<br>KEENER CRAIG R PC<br>1005 HEIGHTS BLVD<br>HOUSTON, TX 77008-6913 | KEENER CRAIG R PC<br>RE LAUREN GARZA<br>1005 HEIGHTS BOULEVARD<br>HOUSTON, TX 77008-8913 |

# EXHIBIT B

| | |
|---|---|
| BRENDA J JOHNSON<br>2217 S 140TH PLAZA APT 16<br>OMAHA, NE 68144 | CROCI CHERYL<br>CROCI, CHERYL<br>JOEL GROSSBARTH<br>148 ROUTE 9W MONTE PLAZA<br>STONY POINT, NY 10980 |
| MATHEW SELBY<br>102 MEDOWS DR<br>TRUSSVILLE, AL 35235 | ROBERT L JOHNSON<br>2217 SOUTH 140TH PLAZA APT 16<br>OMAHA, NE 68144 |
| WENDLER LAW PC<br>RE: ANGIE HENDERSON<br>900 HILLSBORO<br>SUITE 10<br>EDWARDSVILLE, IL 62025-1202 | WENDLER LAW PC<br>RE: WILLIAM HENDERSON<br>900 HILLSBORO<br>SUITE 10<br>EDWARDSVILLE, IL 62025-1202 |