UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF NASSAU    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On December 4, 2012, at the direction of Weil, Gotshal & Manges LLP, Attorneys for Debtors, Post-Effective Date Debtors and the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document, annexed hereto as Exhibit A, to be served by first class mail on Sandra H. Schwab, c/o Edward O. Moody PA, 801 West Fourth Street, Little Rock, Arkansas 72201 (affected claimant):

- **Notice of Treatment of Class 5 Asbestos Personal Injury Claims [re Claim No. 46539].**

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 7th day of December, 2012

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
**In re**                                                         :   **Chapter 11 Case No.**
                                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.***,**                    :   **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*     :
                                                                  :
        **Debtors.**     :   **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

### NOTICE OF TREATMENT OF CLASS 5 ASBESTOS PERSONAL INJURY CLAIMS

| **Claimant Name** | **Date** | **Claim Number** |
|---|---|---|
| Schwab, Sandra H | 11/25/09 | 46539 |

**PLEASE TAKE NOTICE THAT** on March 29, 2011, the Bankruptcy Court for the Southern District of New York entered an Order confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9941) (as may be amended, supplemented, or modified from time to time, the "**Plan**"),[1] filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors (collectively, the "**Debtors**"), and the Plan became effective on March 31, 2011.

**PLEASE TAKE FURTHER NOTICE THAT** the Motors Liquidation Company GUC Trust (the "**GUC Trust**")[2] has determined that the above-referenced claim filed against the Debtors constitutes a Class 5 Asbestos Personal Injury Claim under the Plan, rather than, a Class 3 General Unsecured Claim.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to them in the Plan. A copy of the Plan and the Order confirming the Plan can be found at www.motorsliquidationcompany.com.

[2] Formed in connection with the Plan, the GUC Trust has the exclusive authority to prosecute and resolve objections to Disputed General Unsecured Claims.

**PLEASE TAKE FURTHER NOTICE THAT,** in accordance with the Plan, the reconciliation of Class 5 Asbestos Personal Injury Claims and any distributions in connection with such claims are managed and made by the Asbestos Trust, and as such, the treatment that the Plan provides for Class 3 General Unsecured Claims will not be provided for the claim set forth above.

**PLEASE TAKE FURTHER NOTICE THAT** any inquiries regarding the treatment or allowance of Class 5 Asbestos Personal Injury Claims should be directed to:

> Kirk P. Watson, Esq.
> 2301 Woodlawn Boulevard
> Austin, Texas 78703
> Telephone: (512) 478-6695
> Telecopier: (512) 478-6697
> E-mail: kirkpwatson@gmail.com

Dated:  New York, New York
        December 4, 2012

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors, Post-Effective Date Debtors
and the Motors Liquidation Company GUC Trust

2