UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re: MOTORS LIQUIDATION CORP

                       Debtor          Case No 09-50026 <RG>

## DESIGNATION OF RECORD AND ISSUES UPON APPEAL

### RECORD

Transcript of Hearings (2)   TBD

248th Omninbus Claims Objection TBD

| Date | Doc | Description |
|---|---|---|
| 11/14/2012 | 12194 | Motion to Extend Time to file Notice of Appeal filed by William Kuntz III. (Attachments: #1 Proof of Mailing) (Ho, Amanda) (Entered: 11/15/2012) |
| 11/08/2012 | 12192 | Notice of Appeal (related document(s) 12160) filed by William Kuntz III. (Rouzeau, Anatin) (Entered: 11/14/2012) |
| 10/17/2012 | 12152 | Motion to Approve to Reinstating Proof of Claims filed by William Kuntz III. (Ho, Amanda) (Entered: 10/22/2012) |
| 11/11/2011 | 11133 | Affidavit of Service of Barbara Kelley Keane of Order Granting 248th Omnibus Objection As To Claim Numbers 1092, 1093 and 1398 Filed by William Kuntz III (related document(s) 10941) filed by Jeffrey S. Stein on behalf of The Garden City Group, Inc. (Stein, Jeffrey) (Entered: 11/11/2011) |
| 11/09/2011 | 11127 | Order signed on 11/9/2011 Granting 248th Omnibus Objection As To Claim Numbers 1092, 1093 And 1398 Filed By William Kuntz III. (related document(s) 10941) (Blum, Helene) (Entered: 11/09/2011) |
| 11/04/2011 | 11118 | Letter dated 11/3/2011 Re: Proof of Claim filed by William Kuntz III. (Ho, Amanda) (Entered: 11/07/2011) |
| 11/03/2011 | 11113 | Affidavit of Service of Barbara Kelley Keane of Letter from Stefanie Birbrower Greer, Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, to United States Bankruptcy Judge Robert E. Gerber, United States Bankruptcy Court, Southern District of New York, dated November 2, 2011, regarding and enclosing Proof of Claims Nos. 1092, 1093 and 1398 of William Kuntz (related document(s) 11074) filed by Jeffrey S. Stein on behalf of The Garden City Group, Inc. (Stein, Jeffrey) (Entered: 11/03/2011) |

| Date | Doc # | Description |
|---|---|---|
| 11/02/2011 | 11111 | Affidavit of Service of Barbara Kelley Keane of Notice of Presentment of Proposed Order Granting Debtors' Objection to Proof of Claim Numbers 1092, 1093 and 1398 Filed by William Kuntz III (related document(s) 11098) filed by Jeffrey S. Stein on behalf of The Garden City Group, Inc. (Stein, Jeffrey) (Entered: 11/02/2011) |
| 10/28/2011 | 11103 | Certificate of Mailing filed by William Kuntz III. (Ho, Amanda) (Entered: 11/01/2011) |
| 10/31/2011 | 11098 | Notice of Proposed Order Granting Debtors' Objection to Proof of Claim Numbers 1092, 1093 and 1398 filed by William Kuntz III, filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust, with presentment to be held on 11/10/2011 at 12:00 PM at Courtroom 621 (REG) Objections due by 11/10/2011. (Seidel, Barry) (Entered: 10/31/2011) |
| 10/27/2011 | 11084 | Response of Claimant, William Kuntz III to Debtors Counsel's Paper filed by William Kuntz III. (Ho, Amanda) (Entered: 10/27/2011) |
| 10/27/2011 | 11083 | Affidavit of Service of Barbara Kelley Keane of Reply to Response of William Kuntz to 248th Omnibus Objection to Claims (Insufficient Documentation) (related document(s) 11064) filed by Jeffrey S. Stein on behalf of The Garden City Group, Inc. (Stein, Jeffrey) (Entered: 10/27/2011) |
| 10/25/2011 | 11074 | Response/Reply to Response of William Kuntz to 248th Omnibus Objection to Claims (related document(s) 11064) filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust. (Attachments: #1 Exhibit A #2 Exhibit B #3 Exhibit C #4 Exhibit D) (Seidel, Barry) (Entered: 10/25/2011) |
| 10/21/2011 | 11064 | Response/Reply to Objection to Claims filed by William Kuntz III. (Ho, Amanda) (Entered: 10/21/2011) |

## Issues

That the Debtor failed to make timely and effective service of it's Reply to Claimant under the FRCP?

That the Court, apparently in error, relied upon the Defective Claims Register which displayed only portions of the Proofs of Claim.

That the Debtor failed to demonstrate that it conducted any Analysis.

Respectfully, William Kuntz, III India St PO Box 1801

Nantucket Island, Ma 02554-1801    (518) 744-6202    Westport, NY  Dec 4, 2012