UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.
f/k/a General Motors Corp., et al.
Debtors.

Chapter 11

Case No. 09-50026

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Frank Irvin Carter, Jr.**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register, claim number 5616), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address (notices)
Carter, Frank Irvin Jr.
Crockett, Helen Carter, Guardian and Conservator
on behalf of Frank Irvin Carter, Jr.
7130 Glen Forest Drive, Suite 305

Richmond, VA 23226-3754

Former Address (payments)
Meyer, Goergen & Marrs, P.C.
7130 Glen Forest Drive, Suite 305
Richmond, VA 23226

New Address
Carter, Frank Irvin Jr.
re: Hain Capital Holdings, Ltd
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:
**Frank Irvin Carter, Jr.**
By: _____ David F. Browne
Title: Attorney for Frank I. Carter, Jr.
Date: 12/3/2012