> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, f/k/a General Motors Corp., *et al.* | **09-50026** (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 13, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1. Motors Liquidation Company GUC Trust's Supplemental Objection to Proof of Claim No. 65807 Filed By Rolls-Royce Corporation (**ECF No. 12201**)

   Responses Filed:

   A. Response to Supplemental Objection of the Motors Liquidation Company GUC Trust to Proof of Claim No. 65807 filed by Rolls-Royce Corporation (**ECF No. 12228**)

   Replies Filed:

   B. Motors Liquidation Company GUC Trust's Reply to Rolls-Royce Corporation's Response to the Supplemental Objection to Proof of Claim No. 65807 (**ECF No. 12241**)

Additional Documents:

C. 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8840**)

D. Stipulation and Agreed Order Regarding Claim No. 65807 filed by Rolls-Royce Corporation (**ECF No. 12123**)

**Status**: This matter is going forward.

2. Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

Responses Filed:

A. Carrier Corp. (Informal)

Replies Filed: None to date.

Additional Documents: None to date.

**Status**: This matter is going forward.

3. 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10089**)

Responses Filed:

A. Foster Townsend Graham & Associates LLP's Response to Objection to Claim (**ECF No. 10177**)

Replies Filed:

B. Motors Liquidation Company GUC Trust's Reply to Response of Foster Townsend Graham & Associates, LLP to the 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 12176**)

Additional Documents: None to date.

**Status**: This matter is going forward.

**II.    UNCONTESTED MATTERS**

1. Objection to Proof of Claim No. 50945 filed by Tia Gomez (**ECF No. 12053**)

Responses Filed: None to date.

Replies Filed: None to date.

   Additional Documents:  None to date.

   **Status**:  This matter is going forward.

2. 288th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 12175**)

   Responses Filed:  None to date.

   Replies Filed:  None to date.

   Additional Documents:  None to date.

   **Status**:  This matter is going forward.

3. 289th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 12180**)

   Responses Filed:  None to date.

   Replies Filed:  None to date.

   Additional Documents:  None to date.

   **Status**:  This matter is going forward.

## III. RESOLVED MATTERS

1. Motion of Wilmington Trust Company, as GUC Trust Administrator, to Liquidate New GM Securities for the Purpose of Funding Fees, Costs and Expenses of the GUC Trust filed by Matthew Williams on behalf of GUC Trust Administrator (**ECF No. 12209**)

   Responses Filed:  None to date.

   Replies Filed:  None to date.

   Additional Documents:

   A. GUC Trust Administrator's Certificate of No Objection (the "**Certificate of No Objection**") (**ECF No. 12246**)

   **Status**:  This matter has been resolved as, following the filing of the Certificate of No objection, the Court has entered the *Order Granting Motion to Authorize Motion of Wilmington Trust Company, as GUC Trust Administrator, to Liquidate New GM Securities for the Purpose of Funding Fees, Costs and Expenses of the GUC Trust* (**ECF No. 12248**)

3

**IV.   ADJOURNED MATTERS**

1. 286th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 12052**)

    Responses Filed:

    A. Wayne J. Varady's Objection (**ECF No. 12118**)

    Replies Filed:

    B. Reply to Response of Wayne Varady to the 286th Omnibus Objection to Claims (**ECF No. 12231**)

    Additional Documents:   None to date.

    **Status**:   This matter is adjourned to January 17, 2013 at 9:45 a.m.

---

**ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**

This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).

If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.

Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

---

Dated: New York, New York
       December 11, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

4