**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                          :     Chapter 11 Case No.
                                                               :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                      :     09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                                               :
          Debtors. :     (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' 214th OMNIBUS OBJECTION TO CLAIMS AS TO PROOF OF CLAIM NO. 70622 FILED BY TIMOTHY G. MAYER
### (Claims for Equity Interests)

Upon the 214th omnibus objection to expunge certain Administrative Proofs of Claim for Equity Interests, dated February 24, 2011 (the "**214th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and reclassifying Proof of Claim No. 70622 (the "**Claim**") filed by Timothy G. Mayer (the "**Claimant**"), all as more fully described in the 214th Omnibus Objection to Claims; and due and proper notice of the 214th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the informal response filed by

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 214th Omnibus Objection to Claims.

Timothy G. Mayer and the Motors Liquidation Company GUC Trust's reply (ECF No. 12126); and a hearing (the "**Hearing**") on the 214th Omnibus Objection to Claims having been held on October 15, 2012; and the Court having found and determined that the relief sought in the 214th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 214th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 214th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Proof of Claim No. 70622 filed by Timothy G. Mayer is hereby disallowed as a claim and reclassified as an equity interest; and it is further

ORDERED that the time to appeal runs from the date of entry of this Order and not from the date of the Hearing; and it is further

ORDERED that the Claimant shall retain all rights, if any, that they may have against any party other than the Debtors; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
*December 17, 2012*

*s/ Robert E. Gerber*
United States Bankruptcy Judge

2