**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
In re                                                           :        Chapter 11 Case No.
                                                                :
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :        09-50026 (REG)
        **f/k/a General Motors Corp.**, *et al.*        :
                                                                :
              **Debtors.**    :        **(Jointly Administered)**
                                                                :
-----------------------------------------------------------------x

<u>**SUPPLEMENTAL ORDER GRANTING DEBTORS' 215th OMNIBUS**</u>
<u>**OBJECTION TO CLAIMS AS TO PROOF OF CLAIM NO. 70909**</u>
<u>**FILED BY AUSTIN AND REBECCA VIALL**</u>
**(Claims for Equity Interests)**

        Upon the 215th omnibus objection to expunge certain Administrative Proofs of

Claim for Equity Interests, dated February 24, 2011 (the "**215th Omnibus Objection to**

**Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated

debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title

11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures

for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and reclassifying

Proof of Claim No. 70909 (the "**Claim**") filed by Austin and Rebecca Viall (the "**Claimants**"),

all as more fully described in the 215th Omnibus Objection to Claims; and due and proper notice

of the 215th Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having considered the responses filed by

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 215th Omnibus Objection to Claims.

Austin and Rebecca Viall (ECF Nos. 9863, 10848, 11063) and the Motors Liquidation Company

GUC Trust's reply (ECF No. 12126); and a hearing (the "**Hearing**") on the 215th Omnibus

Objection to Claims having been held on October 15, 2012; and the Court having found and

determined that the relief sought in the 215th Omnibus Objection to Claims is in the best

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the 215th Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 215th Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Proof of

Claim No. 70909 filed by Austin and Rebecca Viall is hereby disallowed as a claim and

reclassified as an equity interest; and it is further

ORDERED that the time to appeal runs from the date of entry of this Order and

not from the date of the Hearing; and it is further

ORDERED that the Claimants shall retain all rights, if any, that they may have

against any party other than the Debtors; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        _**December 17, 2012**_

                            _**s/ Robert E. Gerber**_
                            United States Bankruptcy Judge