289th Omnibus Objection **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RAYMOND J KLASS<br>201 E SMITH ST<br>BAY CITY, MI 48706-3876 | 2244 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$214.34 (U)<br>$214.34 (T)<br>Unliquidated | No Liability Claims | Pgs. 4-5 |
| REED MARIETTA<br>REED, MARIETTA L<br>2980 MALIBU DR SW<br>WARREN, OH 44481 | 27347 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$214,464.09 (U)<br>$214,464.09 (T) | No Liability Claims | Pgs. 4-5 |
| SIKORA GMBH<br>RUHLSDORFER STR 95 HAUS 81<br>STAHNSDORF BB 14532 GERMANY | 23134 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,437.85 (U)<br>$11,437.85 (T)<br>Unliquidated | No Liability Claims | Pgs. 4-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **3** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$226,116.28** (U)<br>**$226,116.28** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1