UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :    09-50026 (REG)
       f/k/a General Motors Corp., *et al.*                :
                                                           :
                         Debtors.                          :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM(S) OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

1. Name of Transferee(s):                           Name of Transferor:

Armen Kalaydjian                                    M-TECH ASSOCIATES, LLC.
                                                    C/O MADDIN, HAUSER, WARTELL,
                                                        ROTH & HELLER, P.C.
                                                    ATTN: KATHLEEN H. KLAUS, Esq.
                                                    28400 Northwestern Highway, 3rd Floor
                                                    Southfield, MI 48034

Name and Address where notices to transferee       Court Record Address of Transferor
should be sent:                                    (Court Use Only)
Armen Kalaydjian
845 Orchard Ridge Road                                        *Same as above*
Bloomfield Hills, MI 48304-2637

1303934V2/08600-0032

2.  Name of Transferee(s):

Sam L. Yaker

Name and Address where notices to transferee should be sent:
Sam L. Yaker
5089 Dianna Drive
Bloomfield, MI 48304-2616

Name of Transferor:

M-TECH ASSOCIATES, LLC.
C/O MADDIN, HAUSER, WARTELL,
   ROTH & HELLER, P.C.
ATTN: KATHLEEN H. KLAUS, Esq.
28400 Northwestern Highway, 3rd Floor
Southfield, MI 48034

Court Record Address of Transferor
(Court Use Only)

*Same as above*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12-20-12
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 & 3571.

## DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of tis court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____       _____
                                                            Clerk of the Court

# ATTACHMENT 1

## EVIDENCE OF TRANSFER OF CLAIM

For value received, the adequacy and sufficiency of which are hereby acknowledged, MTech Associates, LLC, (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Sam L. Yaker ("Assignee") 50% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code): (a) in the allowed amount of $112,526.00, associated with proof of claim number 70527, and (b) in allowed amount of $3,000,000.00, associated with proof of claim number 70536, against Motors Liquidation Company, et al., f/k/a General Motors Corp., et al., (the "Debtor"), Chapter 11 Case No. 09-50026 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th day of December, 2012.

MTECH ASSOCIATES, LLC.,
As Assignor,

By: _____
Name: Armen Kalaydjian
Title: President

As Assignee
_____
Sam L. Yaker

# ATTACHMENT 2

## EVIDENCE OF TRANSFER OF CLAIM

For value received, the adequacy and sufficiency of which are hereby acknowledged, MTech Associates, LLC, (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Armen Kalaydjian ("Assignee") 50% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code): (a) in the allowed amount of $112,526.00, associated with proof of claim number 70527, and (b) in allowed amount of $3,000,000.00, associated with proof of claim number 70536, against Motors Liquidation Company, et al., f/k/a General Motors Corp., et al., (the "Debtor"), Chapter 11 Case No. 09-50026 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th day of December, 2012.

MTECH ASSOCIATES, LLC.,
As Assignor,
By: _____
Name: Armen Kalaydjian
Title: President

As Assignee
_____
Armen Kalaydjian