Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                          :
**In re**                                                 :        **Chapter 11 Case No.**
                                                          :
**MOTORS LIQUIDATION COMPANY**, *et al.*,     :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*       :
                                                          :
                **Debtors.**                              :        **(Jointly Administered)**
                                                          :
---------------------------------------------------------------x

### NOTICE OF SETTLEMENT OF SUPPLEMENTAL
### ORDER GRANTING DEBTORS' 161ST OMNIBUS OBJECTION TO
### CLAIMS AS TO PROOF OF CLAIM NO. 29626 FILED BY CARRIER CORP.
### (Claims Assumed by General Motors LLC)

**PLEASE TAKE NOTICE** that, pursuant to Rule 9074-1 of the Local Rules of

Bankruptcy Procedure for the Southern District of New York, and in accordance with the oral

decision of the Honorable Robert E. Gerber on the record on December 13, 2012, the annexed

proposed Supplemental Order Granting Debtors' 161st Omnibus Objection to Claims as to Proof

of Claim No. 29626 filed by Carrier Corp. (the "**Order**"), will be presented for entry to the

Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 523 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **December 27, 2012 at 12:00 noon (Eastern Time).**

US_ACTIVE:\44164056\1\72240.0639

**PLEASE TAKE FURTHER NOTICE** that any objections or proposed counter-

orders must be made in writing and received by the Court and the undersigned not later than

**December 27, 2012, at 11:30 a.m. (Eastern Time).**  Unless an objection or proposed counter-

order is received by that time, the proposed order annexed hereto may be entered by the Court.

Dated: New York, New York
        December 19, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
   Company GUC Trust

US_ACTIVE:\44164056\1\72240.0639

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                             :

In re                           :        **Chapter 11 Case No.**
                             :

**MOTORS LIQUIDATION COMPANY**, *et al.*,  :        **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*  :
                             :

              **Debtors.**      :        **(Jointly Administered)**
                             :

-------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING
### DEBTORS' 161ST OMNIBUS OBJECTION TO CLAIMS
### AS TO PROOF OF CLAIM NO. 29626 FILED BY CARRIER CORP.
### (Claims Assumed by General Motors LLC)

Upon the 161st omnibus objection to expunge certain claims, dated January 26,

2011 (the "**161st Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), filed pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy

Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry

of an order disallowing and expunging the Assumed Claims on the ground that each Assumed

Claim is for an obligation for which the Debtors have no liability, all as more fully described in

the 161st Omnibus Objection to Claims; and due and proper notice of the 161st Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice need

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 161st Omnibus Objection to Claims.

be provided; and Carrier Corp. having failed to file a formal response to the 161st Omnibus

Objection; and a hearing (the "**Hearing**") on the 161st Omnibus Objection as to Proof of Claim

No. 29626 filed by Carrier Corp. having been held on December 13, 2012; and Carrier Corp.

having failed to appear at the Hearing; and the Court having found and determined that the relief

sought in the 161st Omnibus Objection to Claims is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

161st Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the relief requested in the 161st Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Proof of

Claim No. 29626 filed by Carrier Corp. is disallowed and expunged; and it is further

ORDERED that the time to appeal runs from the date of entry of this Order and not

from the date of the Hearing; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated:  New York, New York
            _____, 2012


                                                          _____
                                                          United States Bankruptcy Judge

2