André RILL

23 RUE DE LA PETITE HOLLANDE

25200 MONTBÉLIARD

FRANCE

TEL: 00.33.6.02.33.61.05

Monsieur JUDGE ROBERT E.GERBER

MOTORS LIQUIDATION COMPANY

UNITED STATES BANKRUPTCY COUR

ONE BOWLING GREEN

NEW YORK 10004

Objet: Avis de régularisation du règlement de la somme à me restituer de 21.241,03 euros.

Montbéliard, 12/12/2012

Monsieur Judge Robert E.GERBER,

Veuillez me faire parvenir par versement IBAN-IDENTIFIANT la somme de 21.241,03 euros.

Des 127.000 Actions MOTORS LIQUIDATION CO REGISTERED SHARES DL 1,666, ISIN US62010A1051 WKN A0X900.

Ci-joint copie IBAN-IDENTIFIANT International bank account number de la BANQUE POSTALE.

Ci-joints quelques copies d'achats des actions de MOTORS LIQUIDATION CO REGISTERED SHARES DL 1,666.

Dans cette attente du règlement, je vous prie d'agréer, Monsieur GERBER, l'expression de mes sentiments respectueux.

A.RILL

EPIQ DIRECTORY    CONTACT US    FORMS

646 282 2400

Client Home     Key Documents     Docket     Change Client

# MOTORS LIQUIDATION COMPANY

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY
(FORMERLY GENERAL MOTORS CORPORATION)

## GM (n/k/a Motors Liquidation Company) Creditors' Committee

YOUR USE OF THIS COMMITTEE WEBSITE IS SUBJECT TO THIS DISCLAIMER.

General Information | Contact Information | Frequently Asked Questions | Chapter 11 Overview | Buying and Selling Unsecured Claims | Important Dates | Submit an Inquiry

### Official Committee of Unsecured Creditors

The following entities are members of the Official Committee of Unsecured Creditors in these cases:

**Wilmington Trust Company**
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attention: David A Vanaskey Jr.

**Law Debenture Trust Company of New York**
400 Madison Avenue, 4th Floor
New York, NY 10017
Attention: Robert Bice,
Senior Vice President

**The Industrial Division of Communications Workers of America, AFL-CIO**
2701 Dayton Road
Dayton, OH 45439
Attention: James Clark, President, IUE-CWA

**International Union UAW**
8000 East Jefferson Avenue
Detroit, MI 48214
Attention: Niraj R. Ganatra,
Associate General Counsel

**United Steelworkers**
Five Gateway Center, Room 807
Pittsburgh, PA 15222
Attention: David R. Jury,
Associate General Counsel

**Inteva Products, LLC**
1401 Crooks Road
Troy, MI 48084
Attention: Lance Lis, General Counsel

**Serra Chevrolet of Birmingham, Inc.**
Post Office Box 59120
Birmingham, AL 35259
Attention: Quentin Brown,
Vice President/General Counsel

**Mark Buttita**
2429 South Alpine Rd.
Rockford, IL 61108

**Genoveva Bermudez**
c/o Coben & Associates
8710 E. Vista Bonita Drive
Scottsdale, AZ 85255
Attention: Larry E. Coben, Esq.

**Kevin Schoenl**
99 Maretta Road
Rochester, NY 14624

### Key Professionals

| Counsel to the Official Committee of Unsecured Creditors |
|---|
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Phone: GM Committee Hotline (212) 715-3275<br>Fax:    (212) 715-8000 |
| **Conflict Counsel/Supplier Counsel to the Official Committee of Unsecured Creditors** |
| Butzel Long<br>380 Madison Avenue – 22nd Floor<br>New York, NY 10017<br>Phone: (212) 374-5381<br>Fax:    (212) 818-0494<br>Attn:    Barry N. Seidel |
| **Financial Advisor to the Official Committee of Unsecured Creditors** |
| FTI Consulting<br>3 Times Square<br>11th Floor<br>New York, NY 10036<br>Phone: General Inquiries (404) 460-6200 |
| **Debtors' Counsel** |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Phone: (212) 310-8000<br>Fax:    (212) 310-8007 |
| **Chief Restructuring Officer** |
| Al Koch<br>AP Services, LLC, an affiliate of AlixPartners, LLP<br>2000 Town Center<br>Suite 2400<br>Southfield, MI 48075 |
| **Court Address** |
| United States Bankruptcy Court, Southern District of New York<br>Judge Robert E. Gerber<br>Chambers<br>One Bowling Green<br>New York, NY 10004<br>Phone: (212) 668-2870 |

### United States Trustee

| |
|---|
| The Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Phone: (212) 510-0500 |

http://documents.epiq11.com/clientdefault.aspx?pk=799590ae-0bd0-45b3-a6d3-0a477...    10.09.2012



Centre Financier

Pour joindre La Banque Postale :
Votre bureau de Poste,
Vos services en ligne,
muni de votre identifiant, par :
- Internet www.labanquepostale.fr(1)
- Internet mobile labanquepostale.mobi(2)
- Téléphone au 3639(3)

20600124 005879 06414 67900 STR 0

MR RILL ANDRE
23 RUE DE LA PETITE HOLLANDE
25200 MONTBELIARD



Le 29/02/2012

Cher(e) client(e),

Pour faire suite à votre demande, nous vous prions de trouver, ci-joint, les relevés d'identités bancaire concernant votre compte.

Ce relevé est destiné à être remis, sur demande à vos créanciers et débiteurs, français ou étrangers appelés à faire inscrire des opérations sur votre compte (virements, prélèvements...).

Nous vous remercions de la confiance que vous accordez à la Banque Postale et nous vous prions de croire, cher(e) client(e), à l'assurance de notre meilleure considération.

Votre chargé de clientèle La Banque Postale

### RELEVE D'IDENTITE BANCAIRE

| RIB - Identifiant national de compte | | | | Domiciliation |
|---|---|---|---|---|
| ETABLISSEMENT | GUICHET | N° COMPTE | CLE RIB | LA BANQUE POSTALE |
| 20041 | 01015 | 0169030N036 | 55 | CENTRE FINANCIER |
| | | | | 54900 NANCY CEDEX 9 |

| IBAN - Identifiant international de compte — International Bank Account Number | | | | | | BIC - Identifiant international de l'établissement — Bank Identifer Code |
|---|---|---|---|---|---|---|
| FR50 | 2004 | 1010 | 1501 | 6903 | 0N03 | 655 | PSSTFRPPSTR |

Titulaire du compte - Account Owner
MR RILL ANDRE

Cadre réservé au destinataire du relevé

### RELEVE D'IDENTITE BANCAIRE

| RIB - Identifiant national de compte | | | | Domiciliation |
|---|---|---|---|---|
| ETABLISSEMENT | GUICHET | N° COMPTE | CLE RIB | LA BANQUE POSTALE |
| 20041 | 01015 | 0169030N036 | 55 | CENTRE FINANCIER |
| | | | | 54900 NANCY CEDEX 9 |

| IBAN - Identifiant international de compte — International Bank Account Number | | | | | | BIC - Identifiant international de l'établissement — Bank Identifer Code |
|---|---|---|---|---|---|---|
| FR50 | 2004 | 1010 | 1501 | 6903 | 0N03 | 655 | PSSTFRPPSTR |

Titulaire du compte - Account Owner
MR RILL ANDRE

Cadre réservé au destinataire du relevé

(1) coût de connexion selon le fournisseur d'accès - (2) coût de connexion et de communication selon le fournisseur d'accès ou l'opérateur de Téléphonie mobile - (3) 0,15 € TTC/min+ surcoût éventuel selon l'opérateur.

La Banque Postale - Société Anonyme à Directoire et Conseil de Surveillance au capital de 3 185 734 830 euros - Siège social et adresse postale : 115, rue de Sèvres - 75275 Paris Cedex 06 - RCS Paris 421 100 645 - Code APE 6419Z, intermédiaire d'assurance, immatriculé à l'ORIAS sous le n° 07 023 424.

**Volksbank Müllheim eG**

Nicht nachsenden! Bei Umzug mit neuer Anschrift zurück!
Volksbank Müllheim eG · Postfach 1165 · 79371 Müllheim/Baden

DV 06 0,43 Deutsche Post

*041*0014433*

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

| | |
|---|---|
| Teilnehmer | 6917 |
| **Depotnummer** | **1728025502** |
| Kundennummer | 28025500 |
| | Andre Rill |
| Belegnummer | 60153058 |
| Datum | 27.06.2011 |
| Ihr Berater | Herr Toll |

## Wertlose Titel - Ausbuchungsanzeige

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 127.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

Sehr geehrte Depotkundin, sehr geehrter Depotkunde,

folgenden Depotbestand haben wir mit Valuta 22.06.2011 ersatzlos ausgebucht:

| Ausbuchung | | | |
|---|---|---|---|
| Stück 127.000- | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

Die zuständige Lagerstelle hat die Aktien der o. g. Gesellschaft als wertlos eingestuft. Es ist mit keinen Zahlungen (Liquidationsausschüttungen o. Ä.) zu rechnen.

Gemäß Anzeige unserer Depotbank haben wir die ersatz- und gegenwertlose Ausbuchung veranlasst. Wir bedauern, Ihnen zu diesem Vorgang keine Handlungsmöglichkeit anbieten zu können, aber wir haben auf diese obligatorische Ausbuchung keinerlei Einfluss.

Eine effektive Auslieferung der Stücke ist ebenfalls nicht möglich.

Ihre Fragen beantworten wir gern.

Mit freundlichen Grüßen

VOLKSBANK MÜLLHEIM EG

*ACHATS DES ACTIONS MOTORS LIQUIDATION DE LA SOMME DE 21.241,03 EUROS CORRESPONDANT À 127.000 TITRE.*

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.

| Volksbank Müllheim eG | Vorstand: | Tel.: 07631 / 808 - 0 | BIC: GENO DE 61 MHL |
| Werderstr. 29 | Rudolf Köpfer (Vorsitzender), | Fax: 07631 / 808 - 288 | Bankleitzahl: 680 919 00 |
| 79379 Müllheim/Baden | Norbert Lange | | |
| Genossenschaftsregister: Nr. 300001 | Aufsichtsratsvorsitzender: | e-Mail: info@volksbank-muellheim.de | Umsatzsteuer-ID: DE 142 474 625 |
| Registergericht: Freiburg | Dr. Hans Christian Maier | Internet: www.volksbank-muellheim.de | |

Sprachkurs in England **Gute Sprachkurse sind teuer - Nein! Qualitätssprachkurse ab €119/Woche**
Hohe Preise für Altgold **Gold-Ankauf mit Sitz in Deutschland Faire Preise & Top Kundenbewertung!**
Gewinnen mit FOREX Coach **FOREX Realtime Handelssignale Trading Lehrgang & Gewinn-Garantie!**

Google Anzeigen

MyOnVista / OnVista Bank  Login    MyOnVista-Registrierung  OnVista-Bank-Kunde werden       Fan werden    Mobil

Hilfe  Kontakt  Newsletter  RSS

[WKN, ISIN, Name]  Suche

Homepage  Aktien  Indizes  Optionsscheine  Zertifikate  Fonds  ETFs  Anleihen  Devisen  Rohstoffe  Futures  CFDs

Inscription pour voir ce que vos amis aiment        Aktualisieren   Chart einbetten   Download (pdf)   Druckversion

### MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666

| WKN: | A0X900 | ISIN: | US62010A1051 | Branche: | Automobilproduktion | | Land: | USA |

| Kurse | Realtime | News & Research | Techn. Analyse | Fund. Analyse | Unternehmen | Zugehörige | MyOnVista |
|---|---|---|---|---|---|---|---|
| Snapshot | Kurs | News / Ad-hoc | Charts | Bilanz / GuV | Profil/Termine | Calls / Puts | Aktie beobachten |
| Börsen/T&S | RealPush-Chart | Empfehlung | Kennzahlen | Kennzahlen | IPO | Optionen | Watchlist anlegen? |
| Orderbuch | | Directors' Dealing | | Schätzung | | Fonds | Gratis registrieren |
| | | Videos | | | | | |
| | | Analyzer | | | | | |

Anzeige
**12% und mehr Rendite**
Endlich auch für Privatanleger: Teakholzinvestment ab 3.900€ bis zu 12% p.a. und mehr steuerfrei

**Aktueller Aktienkurs MOTORS LIQUIDATION...**
15 Min. verzögert  01.04.2011, 15:18:02 (Frankfurt)  Jetzt Realtime aktivieren     Alle Börsenplätze im Überblick

| | Kurse | | | | Hoch/Tief | | Volumen | |
|---|---|---|---|---|---|---|---|---|
| 0,033 EUR | | Vortag | Eröff. | Tag | | 52-Wochen | letztes | gesamt |
| | +-0,00  -2,94% | 0,034 | 0,032 | 0,033 | 0,032 | 0,523 | 0,028 | 4.000 | 222.645 |

MOTORS LIQUIDATI... jetzt         Jetzt günstig Aktien traden und $ a Gold abstauben

Google Anzeigen
**Ferienhaus zu vermieten?** Europaweite Vermarktung ohne Risiko FeWo's vermitteln mit Atr
www.atraveo.de/Vermie

**Bankenunabh. Musterdepot** Börsenampel und Marktkommentar Abo mit 20 % Ra
www.depotbulls.de

**4fach-Dukat-Sonderaktion** Das meiste Gold Geld! Und: Wiener Philharmoniker,
Gold
www.vp-edelmetalle.co

**TOP 10 Investr 18% in** 2009. Abgesiche Strategie. +587% 1997. Gewinn M Monat.
geldmanassat.com.info

**Fernlehrgänge im Gesundheitsb** u.a. Heil- praktike Gesundheitsbera
www.impulse-Schule.de

**Volksbank
Müllheim eG**

| | |
|---|---|
| Teilnehmer | 6917 |
| Depotnummer | 1728025502 |
| | Depot Gebietsfremder |
| Kundennummer | 28025500 |
| | Andre Rill |
| Auftragsnummer | 196943/99.00 |
| Datum | 18.08.2010 |
| Ihr Berater | Herr Schacherer |
| Rechnungsnummer | W06917-0000001261/10 |
| Steuernummer | 001200102612 |

Volksbank Müllheim eG, Postfach 1165, 79371 Müllheim

891//0000004/18//76185-08.10/ 0,43EUR



Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 6.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Frankfurt (Best Execution) | Auftraggeber | Andre Rill |
| Limit | 0,391 EUR | | |
| Schlusstag/-Zeit | 18.08.2010 16:14:58 | | |
| Ausführungskurs | 0,388 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | | |
|---|---|---|
| **Kurswert** | | 2.328,00- EUR |
| Provision | | 17,16- EUR |
| Übertragungs-/Liefergebühr | | 0,33- EUR |
| Transaktionsentgelt Börse | | 1,19- EUR |
| Maklercourtage | 0,0800 % vom Kurswert | 1,86- EUR |
| **Ausmachender Betrag** | | **2.348,54- EUR** |

Den Gegenwert buchen wir mit Valuta 20.08.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.

| | | | |
|---|---|---|---|
| Volksbank Müllheim eG<br>Werderstr. 29<br>79379 Müllheim/Baden | Vorstand:<br>Rudolf Köpfer (Vorsitzender),<br>Norbert Lange | Tel.: 07631 / 808 - 0<br>Fax: 07631 / 808 - 288 | BIC: GENO DE 61 MHL<br>Bankleitzahl: 680 919 00 |
| Genossenschaftsregister: Nr. 300001<br>Registergericht: Freiburg | Aufsichtsratsvorsitzender:<br>Dr. Hans Christian Maier | e-Mail: info@volksbank-muellheim.de<br>Internet: www.volksbank-muellheim.de | Umsatzsteuer-ID: DE 142 474 625 |

**Volksbank
Müllheim eG**

|  |  |
|---|---|
| Teilnehmer | 6917 |
| Depotnummer | 1728025502 |
|  | Depot Gebietsfremder |
| Kundennummer | 28025500 |
|  | Andre Rill |
| Auftragsnummer | 341895/68.00 |
| Datum | 20.08.2010 |
| Ihr Berater | Herr Schacherer |
| Rechnungsnummer | W06917-0000001283/10 |
| Steuernummer | 001200102612 |

Volksbank Muelheim eG, Postfach 1165, 79371 Muelheim
999//0000029/20//76185-08.10/  0,43EUR

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 8.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Frankfurt (Best Execution) | Auftraggeber | Andre Rill |
| Limit | 0,34 EUR | | |
| Schlusstag/-Zeit | 20.08.2010 09:21:48 | | |
| Ausführungskurs | 0,334 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | | |
|---|---|---|
| **Kurswert** | | 2.672,00- EUR |
| Provision | | 17,84- EUR |
| Übertragungs-/Liefergebühr | | 0,34- EUR |
| Transaktionsentgelt Börse | | 1,21- EUR |
| Maklercourtage | 0,0800 % vom Kurswert | 2,14- EUR |
| **Ausmachender Betrag** | | **2.693,53- EUR** |

Den Gegenwert buchen wir mit Valuta 24.08.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.

| | | | |
|---|---|---|---|
| Volksbank Müllheim eG | Vorstand: | Tel.: 07631 / 808 - 0 | BIC: GENO DE 61 MHL |
| Werderstr. 29 | Rudolf Köpfer (Vorsitzender), | Fax: 07631 / 808 - 288 | Bankleitzahl: 680 919 00 |
| 79379 Müllheim/Baden | Norbert Lange | | |
| Genossenschaftsregister: Nr. 300001 | Aufsichtsratsvorsitzender: | e-Mail: info@volksbank-muellheim.de | Umsatzsteuer-ID: DE 142 474 625 |
| Registergericht: Freiburg | Dr. Hans Christian Maier | Internet: www.volksbank-muellheim.de | |

# Volksbank
# Müllheim eG

| | |
|---|---|
| Teilnehmer | 6917 |
| **Depotnummer** | **1728025502** |
| | Depot Gebietsfremder |
| Kundennummer | 28025500 |
| | Andre Rill |
| Auftragsnummer | 342409/18.00 |
| Datum | 20.08.2010 |
| Ihr Berater | Herr Schacherer |
| Rechnungsnummer | W06917-0000001285/10 |
| Steuernummer | 001200102612 |

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 5.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Frankfurt (Best Execution) | Auftraggeber | Andre Rill |
| Limit | 0,33 EUR | | |
| Schlusstag/-Zeit | 20.08.2010 15:46:00 | | |
| Ausführungskurs | 0,327 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | | |
|---|---|---|
| **Kurswert** | | 1.635,00- EUR |
| Provision | | 15,77- EUR |
| Übertragungs-/Liefergebühr | | 0,32- EUR |
| Transaktionsentgelt Börse | | 1,19- EUR |
| Maklercourtage | 0,0800 % vom Kurswert | 1,31- EUR |
| **Ausmachender Betrag** | | **1.653,59- EUR** |

Den Gegenwert buchen wir mit Valuta 24.08.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.

Volksbank Müllheim eG
Werderstr. 29
79379 Müllheim/Baden

Genossenschaftsregister: Nr. 300001
Registergericht: Freiburg

Vorstand:
Rudolf Köpfer (Vorsitzender),
Norbert Lange

Aufsichtsratsvorsitzender:
Dr. Hans Christian Maier

Tel.: 07631 / 808 - 0
Fax: 07631 / 808 - 288

e-Mail: info@volksbank-muellheim.de
Internet: www.volksbank-muellheim.de

BIC: GENO DE 61 MHL
Bankleitzahl: 680 919 00

Umsatzsteuer-ID: DE 142 474 625

**Volksbank Müllheim eG**

Volksbank Muellheim eG, Postfach 1165, 79371 Muellheim

015//0000002/28//76185-08.10/  0,43EUR

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH



| | |
|---|---|
| Teilnehmer | 6917 |
| **Depotnummer** | **1728025502** |
| | Depot Gebietsfremder |
| Kundennummer | 28025500 |
| | Andre Rill |
| Auftragsnummer | 201376/99.00 |
| Datum | 25.08.2010 |
| Ihr Berater | Herr Schacherer |
| Rechnungsnummer | W06917-0000001315/10 |
| Steuernummer | 001200102612 |

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 6.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Stuttgart (gemäß Weisung) | Auftraggeber | Andre Rill |
| Limit | 0,306 EUR | | |
| Schlusstag/-Zeit | 25.08.2010 17:42:08 | | |
| Ausführungskurs | 0,305 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | |
|---|---|
| **Kurswert** | **1.830,00- EUR** |
| Provision | 16,16- EUR |
| Transaktionsentgelt Börse | 6,46- EUR |
| **Ausmachender Betrag** | **1.852,62- EUR** |

Den Gegenwert buchen wir mit Valuta 27.08.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.

| | | | |
|---|---|---|---|
| Volksbank Müllheim eG | Vorstand: | Tel.: 07631 / 808 - 0 | BIC: GENO DE 61 MHL |
| Werderstr. 29 | Rudolf Köpfer (Vorsitzender), | Fax: 07631 / 808 - 288 | Bankleitzahl: 680 919 00 |
| 79379 Müllheim/Baden | Norbert Lange | | |
| Genossenschaftsregister: Nr. 300001 | Aufsichtsratsvorsitzender: | e-Mail: info@volksbank-muellheim.de | Umsatzsteuer-ID: DE 142 474 625 |
| Registergericht: Freiburg | Dr. Hans Christian Maier | Internet: www.volksbank-muellheim.de | |

**Volksbank Müllheim eG**

Volksbank Muellheim eG, Postfach 1165, 79371 Muellheim

032//0000008/01//76185-09.10/  0,43EUR



Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

| | |
|---|---|
| Teilnehmer | 6917 |
| **Depotnummer** | **1728025502** |
| | Depot Gebietsfremder |
| Kundennummer | 28025500 |
| | Andre Rill |
| Auftragsnummer | 359518/26.00 |
| Datum | 01.09.2010 |
| Ihr Berater | Herr Schacherer |
| Rechnungsnummer | W06917-0000001362/10 |
| Steuernummer | 001200102612 |

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 5.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

Börse        Stuttgart (gemäß Weisung)             Auftraggeber     Andre Rill
Limit         0,306 EUR
Schlusstag/-Zeit  01.09.2010 09:03:49
Ausführungskurs 0,30 EUR

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | |
|---|---|
| **Kurswert** | 1.500,00- EUR |
| Provision | 15,50- EUR |
| Transaktionsentgelt Börse | 6,20- EUR |
| **Ausmachender Betrag** | 1.521,70- EUR |

Den Gegenwert buchen wir mit Valuta 03.09.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.

| | | | |
|---|---|---|---|
| Volksbank Müllheim eG<br>Werderstr. 29<br>79379 Müllheim/Baden<br>Genossenschaftsregister: Nr. 300001<br>Registergericht: Freiburg | Vorstand:<br>Rudolf Köpfer (Vorsitzender),<br>Norbert Lange<br>Aufsichtsratsvorsitzender:<br>Dr. Hans Christian Maier | Tel.: 07631 / 808 - 0<br>Fax: 07631 / 808 - 288<br>e-Mail: info@volksbank-muellheim.de<br>Internet: www.volksbank-muellheim.de | BIC: GENO DE 61 MHL<br>Bankleitzahl: 680 919 00<br>Umsatzsteuer-ID: DE 142 474 625 |

Volksbank
Müllheim eG

|  |  |
|---|---|
| Teilnehmer | 6917 |
| **Depotnummer** | **1728025502** |
|  | Depot Gebietsfremder |
| Kundennummer | 28025500 |
|  | Andre Rill |
| Auftragsnummer | 362703/26.00 |
| Datum | 06.09.2010 |
| Ihr Berater | Herr Schacherer |
| Rechnungsnummer | W06917-0000001385/10 |
| Steuernummer | 001200102612 |

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

## Wertpapier Abrechnung Kauf

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 4.000 | MOTORS LIQUIDATION CO.<br>REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

| | | | |
|---|---|---|---|
| Börse | Frankfurt (gemäß Weisung) | Auftraggeber  Andre Rill | |
| Limit | 0,286 EUR | | |
| Schlusstag/-Zeit | 06.09.2010 11:12:28 | | |
| Ausführungskurs | 0,285 EUR | | |

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | | |
|---|---|---|
| **Kurswert** | | 1.140,00- EUR |
| Provision | | 14,78- EUR |
| Übertragungs-/Liefergebühr | | 0,32- EUR |
| Transaktionsentgelt Börse | | 1,19- EUR |
| Maklercourtage | 0,0800 % vom Kurswert | 0,91- EUR |
| **Ausmachender Betrag** | | **1.157,20- EUR** |

Den Gegenwert buchen wir mit Valuta 08.09.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.

| | | | |
|---|---|---|---|
| Volksbank Müllheim eG | Vorstand: | Tel.: 07631 / 808 - 0 | BIC: GENO DE 61 MHL |
| Werderstr. 29 | Rudolf Köpfer (Vorsitzender), | Fax: 07631 / 808 - 288 | Bankleitzahl: 680 919 00 |
| 79379 Müllheim/Baden | Norbert Lange | | |
| Genossenschaftsregister: Nr. 300001 | Aufsichtsratsvorsitzender: | e-Mail: info@volksbank-muellheim.de | Umsatzsteuer-ID: DE 142 474 625 |
| Registergericht: Freiburg | Dr. Hans Christian Maier | Internet: www.volksbank-muellheim.de | |

**Volksbank Müllheim eG**

Volksbank Muellheim eG, Postfach 1165, 79371 Muellheim

117//0000005/30//76185-09.10/ 0,43EUR

Andre Rill
23, rue de la Petite-Hollande
25200 Montbeliard
FRANKREICH

| | |
|---|---|
| Teilnehmer | 6917 |
| **Depotnummer** | **1728025502** |
| | Depot Gebietsfremder |
| Kundennummer | 28025500 |
| | Andre Rill |
| Auftragsnummer | 339679/77.01 |
| Datum | 30.09.2010 |
| Ihr Berater | Herr Schacherer |
| Rechnungsnummer | W06917-0000001534/10 |
| Steuernummer | 001200102612 |

## Wertpapier Abrechnung Kauf
Restauftrag     Mischkursabrechnung

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| Stück 6.000 | MOTORS LIQUIDATION CO. REGISTERED SHARES DL 1,666 | US62010A1051 | (A0X900) |

Börse   XETRA (gemäß Weisung)     Auftraggeber   Andre Rill
Limit   0,255 EUR
Schlusstag/-Zeit   30.09.2010 16:12:11
Ausführungskurs   0,2539167 EUR

Girosammelverw. mehrere Sammelurkunden - kein Stückeausdruck -

| | |
|---|---|
| **Kurswert** | 1.523,50- EUR |
| Provision | 15,55- EUR |
| Übertragungs-/Liefergebühr | 0,32- EUR |
| Transaktionsentgelt Börse | 0,71- EUR |
| **Ausmachender Betrag** | **1.540,08- EUR** |

Den Gegenwert buchen wir mit Valuta 04.10.2010 zu Lasten des Kontos 76524602, BLZ 68091900.
Die Wertpapiere schreiben wir Ihrem Depotkonto gut.

Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Der Abrechnungsmischkurs/-preis ergibt sich wie folgt:

| Stück | Kurs | Zeit | Stück | Kurs | Zeit |
|---|---|---|---|---|---|
| 500 | 0,253 | 16:12:11 | 5.500 | 0,254 | 16:12:11 |

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.

| Volksbank Müllheim eG | Vorstand: | Tel.: 07631 / 808 - 0 | BIC: GENO DE 61 MHL |
|---|---|---|---|
| Werderstr. 29 | Rudolf Köpfer (Vorsitzender), | Fax: 07631 / 808 - 288 | Bankleitzahl: 680 919 00 |
| 79379 Müllheim/Baden | Norbert Lange | | |
| Genossenschaftsregister: Nr. 300001 | Aufsichtsratsvorsitzender: | e-Mail: info@volksbank-muellheim.de | Umsatzsteuer-ID: DE 142 474 625 |
| Registergericht: Freiburg | Dr. Hans Christian Maier | Internet: www.volksbank-muellheim.de | |

DE NON PAIEMENT DE MON DUE

JE DEMANDE EN NOM DE DIEU LE PÈRE
D'ENGLOUTIR SOUS LA MER LES
ETATS-UNIS D'AMÉRIQUE

AVEC LES REMERCIEMENTS EN
NOM DE DIEU

ALLÉLUIA