| 288th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELECTRO MOTIVE DIESEL, INC.<br>C/O MR. T. GERALD DAVIS, JR.<br>CORPORATE COUNSEL & SECRETARY<br>9301 W. 55TH STREET<br>LAGRANGE, IL 60525<br>UNITED STATES OF AMERICA | 70393 | Motors Liquidation Company | Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD<br>CNA SURETY<br>333 S WABASH AVE<br>41ST FLOOR<br>CHICAGO, IL 60604 | 510 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **2** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$1,000,000.00** (U)<br>**$1,000,000.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 288th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to January 17, 2013*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| 295 PARK AVENUE CORP.<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE BALN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | 45107 | Motors Liquidation Company | $90,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$90,000.00 (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |
| DEMASSI CADILLAC CO INC<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE BAIN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | 45110 | Motors Liquidation Company | $90,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$90,000.00 (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |
| DEMASSI ENTERPRISES<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE BAIN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | 45111 | Motors Liquidation Company | $90,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$90,000.00 (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |
| JOHN L REMSEN PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF ROBERT J DEMASSI, ET AL.<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE ET AL 5 BECKER FARM RD<br>ROSELAND, NJ 07068 | 45109 | Motors Liquidation Company | $90,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$90,000.00 (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

288th Omnibus Objection                          **Exhibit A**                                  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to January 17, 2013*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAULINE DEMASSI<br>C/O JAN ALAN BRODY ESQ<br>CARELLA, BYRNE, BAIN, GILFILLIAN, ET AL.<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | 45112 | Motors Liquidation Company | $90,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$90,000.00 (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |
| ROBERT A DEMASSI EXECUTOR<br>ROBERT A DEMASSI EXECUTOR OF THE<br>ESTATE OF ARNOLD A DEMASSI JR<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE ET AL 5 BECKER FARM RD<br>ROSELAND, NJ 07068 | 45108 | Motors Liquidation Company | $90,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$90,000.00 (T)<br><br>Unliquidated | 502(e)(1)(b) | Pgs. 1-9 |
| **OBJECTION ADJOURNED** | 6 | | $540,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$540,000.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.