UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                            :   Chapter 11
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,                            :   Case No. 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*,                       :
                                                                 :
                         Debtors.                                :   (Jointly Administered)
                                                                 :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On December 17, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Timothy G. Mayer, 10625 W. Mariposa St., Phoenix, Arizona 85037 (affected claimant):

- **Supplemental Order Granting Debtors' 214th Omnibus Objection to Claims as to Proof of Claim No. 70622 Filed by Timothy G. Mayer (Claims for Equity Interests)** [Docket No. 12254].

3.      On December 17, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by overnight delivery on Austin and Rebecca Viall, 710 Keller Lane, Tuscumbia, Alabama 35674 (affected claimant):

- **Supplemental Order Granting Debtors' 215th Omnibus Objection to Claims as to Proof of Claim No. 70909 Filed by Austin and Rebecca Viall (Claims for Equity Interests)** [Docket No. 12255].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 27th day of
December, 2012

/s/ Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires: March 14, 2015