UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.,*                    :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                :
                                                         :
                Debtors.                                 :    (Jointly Administered)
                                                         :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On December 18, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

- **Order Granting 289th Omnibus Objection to Claims (No Liability Claims)** [Docket No. 12258].

3.    On December 18, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail on Tia Gomez, 5630 Wedgewood Cir, Sparks, Nevada 89436-3714 (affected claimant):

- **Order Grating Objection to Proof of Claim No. 50945 Filed by Tia Gomez** [Docket No. 12259].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 27th day of December, 2012

/s/ Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015

# EXHIBIT A

RAYMOND J KLASS
201 E SMITH ST
BAY CITY, MI 48706-3876

REED MARIETTA
REED, MARIETTA L
2980 MALIBU DR SW
WARREN, OH 44481

SIKORA GMBH
RUHLSDORFER STR 95 HAUS 81
STAHNSDORF BB 14532 GERMANY