Hearing Date and Time: December 13, 2012 at 9:45 a.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*, : 09-50026 (REG)
  f/k/a General Motors Corp., *et al.* :
:
            Debtors. : (Jointly Administered)
:
-----------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING
### DEBTORS' 161ST OMNIBUS OBJECTION TO CLAIMS
### AS TO PROOF OF CLAIM NO. 29626 FILED BY CARRIER CORP.
### (Claims Assumed by General Motors LLC)

Upon the 161st omnibus objection to expunge certain claims, dated January 26, 2011 (the "**161st Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), filed pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the Assumed Claims on the ground that each Assumed Claim is for an obligation for which the Debtors have no liability, all as more fully described in the 161st Omnibus Objection to Claims; and due and proper notice of the 161st Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and a hearing (the "**Hearing**") on the 161st Omnibus Objection as to Proof of

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 161st Omnibus Objection to Claims.

Claim No. 29626 having been held on December 13, 2012; and the Court having found and determined that the relief sought in the 161st Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 161st Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the relief requested in the 161st Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Proof of Claim No. 29626 filed by Carrier Corp. is disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       *December 28*, 2012

/s/ *Robert E. Gerber*
United States Bankruptcy Judge