UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On December 28, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Foster Townsend Graham & Associates LLP, Attn Jacqueline A Bunt, Atty for Arthur Parratt, 551 Waterloo Street, London, Ontario Canada N6B 2R1 (affected party):

- **Supplemental Order Granting 220th Omnibus Objection to Claims as to Proof of Claim No. 38931 Filed by Foster Townsend Graham & Associates LLP (Contingent Co-Liability Claims)** [Docket No. 12272].

3. On December 28, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail on Carrier Corp, Attn: Joyce Kuppel, PO Box 4808, Bldg TR-5, Syracuse, New York 13221-4808 (affected party):

- **Supplemental Order Granting Debtors' 161st Omnibus Objection to Claims as to Proof of Claim No. 29626 Filed by Carrier Corp.** [Docket No. 12273].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 3rd day of
January, 2013

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Commission Expires March 14, 2015