UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 3, 2013, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Affected Parties):

- **Stipulation and Agreed Order Resolving Claim No. 65807 Filed by Rolls-Royce Corporation** [Docket No. 12276].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 4th day of
January, 2013

/s/Karen E. Petriano
Karen E. Petriano
Notary Public, State of New York
No. 01W RE4853193
Qualified in Suffolk County
Commission Expires March 02, 2014

# EXHIBIT A

| | |
|---|---|
| ROLLS-ROYCE CORPORATION<br>ATTN GREG S DUNN<br>PO BOX 420<br>INDIANAPOLIS, IN 46206-0420 | ROLLS-ROYCE CORPORATION<br>C/O PAUL HASTINGS LLP<br>ATTN: HARVEY A. STRICKON<br>75 EAST 55TH STREET<br>NEW YORK, NY 10022-3205 |