# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Seth A. Davis, Esq.  BOOTH OIL SITE ADMINISTRATIVE GROUP ("BOSAG") <br> Elias Group LLP <br> 411 Theodore Freud Avenue, Suite 102 <br> Rye, New York  10580 |
| Claim Number (if known): | 58995 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | $26,588.88 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: AUGUST 11, 2011

Print Name: SETH A. DAVIS

Title (if applicable): ATTORNEY FOR BOSAG