# UNITED STATES BANKRUPTCY COURT

*Southern District of New York*
*One Bowling Green*
*New York, N.Y. 10004-1408*

*Vito Genna*
*Clerk Of Court*
*Clerks' Office*
*Phone: (212) 668-2870*

January 10, 2013

*Attn: William Kuntz, III*
*India St PO Box 1801*
*Nantucket Island, MA 02554-1801*

**Re: Payment for Notice of Appeal in the Amount of $298.00 (Case No. 09-50026)**

Dear Mr. Kuntz:

This letter is to inform you that on November 8, 2012, you filed a Notice of Appeal (document # 12192) in case **Re: Motors Liquidation Company**. The court is awaiting payment in the amount of $298.00, which is the fee for this filing. Please make the necessary arrangements to have this fee paid as soon as possible or if you cannot make payment you can complete the IFP form provided; this form if granted by the Judge, would waive the filing fee for the Appeal in question. Payment may be made in person by exact cash or by money order at One Bowling Green, New York, NY 10004 or you can return the completed IFP form to this address.

Thank you in advance for your attention towards this matter.

Sincerely,

/s/Kathy Slinger
Deputy Clerk

AO 240 (Rev. 7/10)

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends    ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments    ☐ Yes    ☐ No
   e. Gifts or inheritances    ☐ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☐ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re :

Motors Liquidation Company

Debtor

------------------------------------------------------------x

Chapter 11

Case No.09-50026 (REG)

## CERTIFICATE OF SERVICE

    I, Kathy Slinger, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

    I further certify that on **January 10, 2013**, true and correct copies of the letter notifying William Kuntz III of a filing fee due to the court for the filing of a Notice of Appeal on November 8, 2012 were served upon:

    William Kuntz, III
    India St PO Box 1801
    Nantucket Island, MA 02554-1801

    at the above-listed addresses designated for that purpose by enclosing true copies of same in first-class post-paid properly addressed envelopes and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: January 10, 2013          /s/Kathy Slinger
New York, New York             Deputy Clerk