**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                          Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      This is to certify that on January 8, 2013, I caused to be served true and correct copies of *Response by General Motors LLC to Objection to Proof of Claim of General Motors LLC (Claim No. 71111) and Motion Requesting Enforcement of Administrative Claim Bar Date Order* (with Exhibits A, B, and C), by electronic mail on all parties receiving notice *via* the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered via electronic mail, overnight mail and/or first class mail delivery, postage prepaid, at the last known addresses as indicated on Exhibit A.

Dated: New York, New York
       January 10, 2013

                                                                   Respectfully submitted,

                                                                   /s/ Scott Davidson
                                                                   Arthur Steinberg
                                                                   Scott Davidson
                                                                   KING & SPALDING LLP
                                                                   1185 Avenue of the Americas
                                                                   New York, New York  10036
                                                                   Telephone:  (212) 556-2100
                                                                   Facsimile:  (212) 556-2222

                                                                   *Attorneys for General Motors LLC*
                                                                   *f/k/a General Motors Company*

**EXHIBIT A**

**Dickstein Shapiro, LLP**
1633 Broadway
New York, NY 10019 6708
Attn: Barry Seidel, Esq.
Attn: Stefanie Birbrower Greer, Esq.
seidelb@dicksteinshapiro.com
greers@dicksteinshapiro.com

**General Motors, LLC**
Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, MI  48265

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  Stephen Karotkin, Esq.
stephen.karotkin@weil.com
Attn: Joseph H. Smolinsky, Esq.
joseph.smolinsky@weil.com

**Motors Liquidation Company**
500 Renaissance Center - Suite 1400
Detroit, MI  48243
Attn:  Ted Stenger
tstenger@alixpartners.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Attn:  Joseph Samarias, Esq.
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
mjedelman@vedderprice.com
Michael L. Schein, Esq.
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  Thomas Moers Mayer, Esq.
tmayer@kramerlevin.com
Robert Schmidt, Esq.
rschmidt@kramerlevin.com
Lauren Macksoud, Esq.
lmacksoud@kramerlevin.com
Jennifer Sharret, Esq.
jsharret@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  Trevor W. Swett III, Esq.
tws@capdale.com
Kevin C. Maclay, Esq.
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY  10152-3500
Attn:  Elihu Inselbuch, Esq.
ei@capdale.com
Rita C. Tobin, Esq.
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C**.
2323 Bryan Street - Suite 2200
Dallas, TX  75201
Attn:  Sander L. Esserman, Esq.
esserman@sbep-law.com
Robert T. Brousseau, Esq.
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY  10007
Attn:  David S. Jones, Esq.
david.jones6@usdoj.gov

**Office of the United States Trustee**
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Tracey Hope Davis, Esq.
.
**Gibson, Dunn & Crutcher LLP**
Keith Martorana, Esq
200 Park Avenue
47th Floor
New York, NY  10166

**FTI Consulting**
Anna Phillips
One Atlantic Center
1201 West Peachtree Street, Suite 500
Atlanta, GA  30309


Kirk P. Watson, Esq.
2301 Woodlawn Blvd.
Austin, TX 78703

3