# UNITED STATES BANKRUPTCY COURT

Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408

Vito Genna
Clerk Of Court
Clerks' Office
Phone: (212) 668-2870

January 10, 2013

Attn: Linda Mitchell
1710 Marlene Dr.
Euless, TX 76040

**Re: Payment for Motion for Relief from Stay in the Amount of $176.00 Due to the court.
Case number 09-50026, document # 12089**

Ms. /Mrs. Linda Mitchell:

This letter is to inform you that on September 24, 2012, you filed a Motion for Relief which was heard before the court on October 15, 2012 in case **Re: Motors Liquidation Company.**

At this time, this payment is outstanding and must be paid in full, in the amount of $176.00. All payments for motions filed with the court are due at the time of filing, so please make the necessary arrangements to have this fee paid as soon as possible. Payment may be made in person by exact cash or by money order at One Bowling Green, New York, NY 10004.

Thank you in advance for your attention towards this matter.

Sincerely,

/s/Kathy Slinger
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In Re :

Motors Liquidation Company

Debtor
------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)

## CERTIFICATE OF SERVICE

I, Kathy Slinger, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

I further certify that on **January 10, 2013**, true and correct copies of the letter notifying Linda Mitchell of the filing fee due to the court for a Motion for Relief filed on September 24, 2012 were served upon:

Linda Mitchell
1710 Marlene Dr.
Euless, TX 76040


at the above-listed addresses designated for that purpose by enclosing true copies of same in first-class post-paid properly addressed envelopes and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: January 10, 2013           /s/Kathy Slinger
New York, New York                Deputy Clerk