ADJOURNED HEARING DATE AND TIME: February 13, 2013 at 9:45 a.m. (Eastern Time)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No.: 09-50026 (REG) |
|        f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                    Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## NOTICE OF ADJOURNED HEARING

PLEASE TAKE NOTICE that the hearing on the *Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Sale Order*, filed On December 3, 2012 [Docket No. 12230], previously scheduled for January 17, 2013 at 9:45 a.m., has been adjourned to **February 13, 2013 at 9:45 a.m.**

Dated: New York, New York
       January 14, 2013

                                        Respectfully submitted,

                                        /s/ Scott Davidson
                                        Scott Davidson
                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas
                                        New York, New York  10036
                                        Telephone: (212) 556-2100
                                        Facsimile: (212) 556-2222

                                        *Attorneys for General Motors LLC*

20058844v1