**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

In re

MOTORS LIQUIDATION COMPANY, *et al.*
    f/k/a General Motors Corp., *et al.*,

        Debtors.

-------------------------------------------------------- x

:   **Chapter 11 Case No.**
:
:   **09-50026 (REG)**
:
:
:   **(Jointly Administered)**
:
:
:

### ORDER EXPUNGING CLAIMS FILED BY JOHN BACK, RUSSELL CAREY, CARS & TRUCKS OUTLET, INC., ROXIE CLEVENGER, ZACHARY CUZZOCREO, DARLENE JONES, KLEY LUCAS, TIFFANY LUCAS, AND WILLIAM SCHADEWALD (CLAIM NUMBERS 61936, 47932, 7661, 28808, 51343, 61374, 47933, 47934, 6602, AND 14920,  RESPECTIVELY)

Upon the notice of presentment and the application of the proposed order (the "**Proposed Order**") expunging claims filed by John Back, Russell Carey, Roxie Clevenger, Zachary Cuzzocreo, Darlene Jones, Kley Lucas, Tiffany Lucas, and William Schadewald (Claim Numbers 61936, 47932, 7661, 28808, 51343, 61374, 47933, 47934, 6602, and 14920, respectively), dated December 12, 2012, of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011; and due and proper notice of the Proposed Order having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought is in the best interests of the Debtors, their estates, creditors, and all parties in interest and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim Numbers 61936, 47932, 7661, 28808, 51343, 61374, 47933, 47934, 6602, and 14920 are

disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated: January **15**, 2013
New York, New York

**s/ Robert E. Gerber**

United States Bankruptcy Judge