If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY**, *et al.*, :        **09-50026 (REG)**
        **f/k/a General Motors Corp.**, *et al.*   :
                                          :
                **Debtors.**              :        **(Jointly Administered)**
                                          :
-------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 17, 2013 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1.    Motors Liquidation Company GUC Trust's Objection to Proof of Claim of General Motors LLC (Claim No. 71111) and Motion Requesting Enforcement of Administrative Claim Bar Date Order (**ECF No. 12237**)

      Responses Filed:

      A.    General Motors LLC's Response to Objection to Proof of Claim of General Motors LLC (Claim No. 71111) and Motion Requesting Enforcement of Administrative Claim Bar Date Order (**ECF No. 12280**)

      Replies Filed:

      B.    Motors Liquidation Company GUC Trust's Reply to Response filed by General Motors LLC to Objection to Proof of claim of General Motors LLC (Claim No. 71111) and Motion Requesting Enforcement of Administrative Bar Date Order (**ECF No. 12284**)

<u>Additional Documents</u>:          None to date.

**<u>Status</u>**:          This matter is going forward.

2.     Debtors' 215th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9452**)

<u>Responses Filed</u>:

A.     Informal Response of Nika Cojcaj (**Informal**)

<u>Replies Filed</u>:

B.     Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 214th and 215th Omnibus Objections to Claims (**ECF No. 12126**)

<u>Additional Documents</u>:          None to date.

**<u>Status</u>**:          This matter is going forward solely as to Claim No. 70897 filed by Nika Cojcaj.

## II.     ADJOURNED MATTERS

1.     Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Sale Order (**ECF No. 12230**)

<u>Responses Filed</u>:          None to date.

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

A.     Notice of Adjourned Hearing (**ECF No. 12285**)

**<u>Status</u>**:          This matter is adjourned to February 13, 2013 at 9:45. a.m. (Eastern Time).

US_ACTIVE:\44177325\1\72240.0639

**ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS**

This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).

If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.

Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

Dated: New York, New York
         January 14, 2013

                          /s/ Joseph H. Smolinsky
                          Harvey R. Miller
                          Stephen Karotkin
                          Joseph H. Smolinsky

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Motors Liquidation
                            Company GUC Trust

US_ACTIVE:\44177325\1\72240.0639