# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 : 
MOTORS LIQUIDATION COMPANY, *et al.*, : 09-50026 (REG)
 f/k/a General Motors Corp., *et al.* : 
 : 
 Debtors. : (Jointly Administered)
 : 
------------------------------------------------------------x

CONSENT ORDER PURSUANT TO SECTION 503(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3)
ESTABLISHING THE DEADLINE FOR FILING REQUESTS FOR PAYMENT
OF CERTAIN ADMINISTRATIVE EXPENSES AND PROCEDURES RELATING
THERETO AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

Upon the ex parte motion, dated December 9, 2010 (the "**Motion**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), for entry of an order pursuant to section 503(a) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) to (a) establish the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "**Administrative Proof of Claim**") against the Debtors on or before (i) **February 14, 2011** at **5:00 p.m. (Eastern Time),** or such other date as this Court directs, with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) **the date that is thirty (30) days after the Effective Date** at **5:00 p.m. (Eastern Time)** as the deadline with respect to administrative expenses arising between February 1, 2011 and the Effective Date (together, the "**Administrative Bar Date**"), and (b) approve the (i) proposed model Administrative Proof of

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

US_ACTIVE:\43580712\01\72240.0639

Claim form (the "**Administrative Proof of Claim Form**"), (ii) proposed procedures for filing Administrative Proofs of Claim, and (iii) proposed procedures for and the form of notice of the Administrative Bar Dates (the "**Notice Procedures**"), all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the following procedures for filing Administrative Proofs of Claim are approved:

(a) Administrative Proofs of Claim against the Debtors must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to the Administrative Proof of Claim Form, which can be obtained from the following website: www.motorsliquidationdocket.com, or by calling +1 (703) 286-6401; (iv) specify the Debtor against which the Administrative Proof of Claim is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant;

(b) Administrative Proofs of Claim shall be deemed timely filed only if **actually received** by the Debtors' court approved claims agent, The Garden City Group, Inc. ("**GCG**"), or by the Court, on or before the Administrative Bar Date, at –

If by hand delivery or overnight courier:

> The Garden City Group, Inc.
> Attn: Motors Liquidation Company Claims Processing
> 5151 Blazer Parkway, Suite A
> Dublin, Ohio 43017

> If by first-class mail:
>
> > The Garden City Group, Inc.
> > Attn: Motors Liquidation Company
> > P.O. Box 9386
> > Dublin, Ohio 43017-4286
>
> OR
>
> If by hand delivery:
>
> > United States Bankruptcy Court, SDNY
> > One Bowling Green
> > Room 534
> > New York, New York 10004

(c)  Administrative Proofs of Claim sent by facsimile, telecopy, or electronic transmission **will not** be accepted;

(d)  The following persons or entities are **not** required to file an Administrative Proof of Claim on or before the Administrative Bar Date, with respect to the claims described below:

1.  any person or entity that holds a claim for administrative expenses that has been allowed by an order of this Court entered on or before the Administrative Bar Date;

2.  any holder of a claim for administrative expenses for which a separate deadline is fixed by this Court;

3.  any person or entity whose claim for administrative expenses has been paid or otherwise satisfied in full by any of the Debtors;

4.  any Debtor, or affiliate (as defined in section 101(2) of the Bankruptcy Code) of any Debtor, having a claim for administrative expenses against another Debtor or any affiliate of another Debtor;

5.  any person or entity who is a professional retained by any of the Debtors, the Creditors' Committee, the official committee of unsecured creditors holding asbestos-related claims, and the legal representative for future asbestos personal injury claimants appointed in these chapter 11 cases;

6.  any holder of an administrative claim who has already properly filed an Administrative Proof of Claim with the Clerk of the Court or GCG against any of the Debtors, utilizing a claim form which

> substantially conforms to the Administrative Proof of Claim Form; and
>
> 7. any holder of a claim for administrative expenses that will be deemed allowed pursuant to the express terms of the Plan;

and it is further

ORDERED that any holder of a claim for administrative expenses against the Debtors that is required but fails to file an Administrative Proof of Claim in accordance with this Administrative Bar Date Order on or before the Administrative Bar Date shall be forever barred, estopped, and enjoined from asserting such claim for administrative expenses against each of the Debtors and their respective estates (or filing any proof of claim with respect thereto), and each of the Debtors and their respective chapter 11 estates, successors, and property shall be forever discharged from any and all indebtedness or liability with respect to such claim for administrative expenses; and it is further

ORDERED that the Administrative Proof of Claim Form, substantially in the form annexed hereto as Annex I, and the proposed notice of the Administrative Bar Date, substantially in the form annexed hereto as Annex II (the "**Administrative Bar Date Notice**"), are hereby approved; and it is further

ORDERED that the following Notice Procedures are hereby approved:

(a) By no later than December 28, 2010, the Debtors shall cause to be mailed an Administrative Bar Date Notice to all parties in interest that will receive a confirmation hearing notice, as provided in the order approving the disclosure statement for the Plan;

(b) By no later than December 28, 2010, to the extent such parties would not otherwise receive notice under the preceding paragraph, the Debtors shall cause to be mailed an Administrative Bar Date Notice to the following parties (the "**Notice Parties**"):

    1. the United States Trustee for the Southern District of New York (the "**U.S. Trustee**");

          2.          counsel to each official committee;

          3.          all parties known to the Debtors as having a claim for administrative expenses against any of the Debtors' estates;

          4.          all counterparties to any of the Debtors' executory contracts and unexpired leases that have **not** been assumed by the Debtors and assigned to General Motors LLC ("**New GM**") pursuant to the Master Sale and Purchase Agreement, dated June 26, 2009, as amended from time to time, by and among the Debtors and New GM;

          5.          the United States Department of Treasury, the United States Attorney's Office for the Southern District of New York, and all applicable governmental entities;

          6.          Export Development of Canada; and

          7.          all parties who have requested notice pursuant to Bankruptcy Rule 2002;

(c)    Within ten (10) days of the Effective Date, the Debtors will transmit notice to the Notice Parties stating that all claims for administrative expenses arising between February 1, 2011 and the Effective Date, must be timely and properly filed in accordance with these procedures for filing an Administrative Proofs of Claim;

(d)    The Debtors shall post the Administrative Proof of Claim Form and Administrative Bar Date Notice on the website established by GCG for the Debtors' cases: www.motorsliquidationdocket.com;

and it is further

ORDERED that the Debtors shall publish notice of the Administrative Bar Date, once in each of: *The Wall Street Journal* (Global Edition—North America, Europe, and Asia), *The New York Times* (National), *USA Today* (Monday through Thursday, National), *The Globe and Mail* (National), and *The National Post*. Accordingly, the Debtors shall publish notice of the Administrative Bar Date once in conjunction with the notice by publication of the hearing to consider confirmation of the Plan (the "**Confirmation Notice Publication**") and again in conjunction with the notice by publication of the occurrence of the Effective Date (the "**Effective Date Notice Publication**"); and it is further

ORDERED that the language substantially in the form contained in the following two paragraphs shall be included in the Confirmation Notice Publication and the Effective Date Notice Publication, which language is hereby approved and shall be deemed good, adequate, and sufficient publication notice of the Administrative Bar Date and the procedures for filing Administrative Proofs of Claim in these cases.

<u>To be inserted in the Confirmation Notice Publication</u>:

On [____], 2010, the Court entered an order (the "**Administrative Bar Date Order**") establishing the deadline for each person or entity (including without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "**Administrative Proof of Claim**") against the Debtors on or before (i) **February 14, 2011 at 5:00 p.m. (Eastern Time)** with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) **the date that is thirty (30) days after the Effective Date** (as defined in Plan) at 5:00 p.m. (Eastern Time) as the deadline with respect to administrative expenses arising between February 1, 2011 and the Effective Date (the "**Administrative Bar Date**"). To obtain an Administrative Proof of Claim form and for more information as to who needs to file and the procedures to fill out an Administrative Proof of Claim, please visit www.motorsliquidationdocket.com. If you do not have internet access, an Administrative Proof of Claim form may be obtained by calling +1 (703) 286-6401.

Any holder of a claim for an administrative expense who fails to file an Administrative Proof of Claim on or before the Administrative Bar Date in the appropriate form in accordance with the procedures described in this Notice for any claims for administrative expenses such claimant holds or wishes to assert against each of the Debtors will be forever barred, estopped and enjoined from asserting the claim for administrative expenses against each of the Debtors and their respective estates (or filing any proof of claim with respect thereto), and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to the claim for administrative expenses.

<u>To be inserted in the Effective Date Notice Publication</u>:

On [____], 2010, the Court entered an order (the "**Administrative Bar Date Order**") establishing the deadline for each person or entity (including without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "**Administrative Proof of Claim**") against the Debtors on or before **[____], 2011 at 5:00 p.m. (Eastern**

**Time)** with respect to administrative expenses arising between February 1, 2011 and the Effective Date (the "**Administrative Bar Date**"). To obtain an Administrative Proof of Claim form and for more information as to who needs to file and the procedures to fill out an Administrative Proof of Claim, please visit www.motorsliquidationdocket.com. If you do not have internet access, an Administrative Proof of Claim form may be obtained by calling +1 (703) 286-6401.

Any holder of a claim for an administrative expense who fails to file an Administrative Proof of Claim on or before the Administrative Bar Date in the appropriate form in accordance with the procedures described in this Notice for any claims for administrative expenses such claimant holds or wishes to assert against each of the Debtors will be forever barred, estopped, and enjoined from asserting the claim for administrative expenses against each of the Debtors and their respective estates (or filing any proof of claim with respect thereto), and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to the claim for administrative expenses;

and it is further

ORDERED that the Debtors may, in their sole discretion, publish the Administrative Bar Date Notice in other newspapers, trade journals, or similar publications; and it is further

ORDERED that the Debtors and GCG are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Administrative Bar Date Order; and it is further

ORDERED that notification of the relief granted by this Administrative Bar Date Order as provided herein is fair and reasonable and will provide good, sufficient, and proper notice to all creditors of their rights and obligations in connection with claims for administrative expenses they may have against the Debtors in these chapter 11 cases; and it is further

ORDERED that entry of this Order is without prejudice to the right of the Debtors to seek a further order of this Court fixing the date by which holders of claims **not** subject to the Administrative Bar Dates established herein must file such claims against the Debtors or be forever barred from doing so; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       ***December 14, 2010***

                                             ***s/ Robert E. Gerber***
                                             UNITED STATES BANKRUPTCY JUDGE

09-50026-reg Doc 8099 Filed 12/14/10 Entered 12/14/10 12:07:03 Main Document Pg 10 of 176

**Annex I**

**Administrative Proof of Claim Form**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | **ADMINISTRATIVE PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor Against Which Administrative Claim is Held | Case Number | |
| **Name of Creditor** (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| **Name and address where notices should be sent:** | ☐ Check box if you have never received any notices from the bankruptcy court in this case. | |
| **Telephone number:** | ☐ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |
| **Account or other number by which creditor identifies debtor:** | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: | |

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other_____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)

   Last four digits of SS#:_____
   Unpaid compensation for services performed
   from _____ to _____
              (date)                     (date)

2. **Date debt was incurred:** _____
3. **If court judgment, date obtained:**

4. **Total Amount of Administrative Expense Claim:** $_____

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Brief Description of Administrative Expense Claim** (attach any additional information):

6. **Credits:** All payments made on this claim have been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

| **Date:** | **Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):** |
|---|---|

*Penalty for presenting a fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR FILING ADMINISTRATIVE PROOF OF CLAIM

*The instructions and definitions below are general explanations of the law. In particular cases or circumstances, there may be exceptions to these general rules.*

## — DEFINITIONS —

***Administrative Bar Date***
The deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses against the Debtor is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time), with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) the date that is thirty (30) days after the Effective Date at 5:00 p.m. (Eastern Time), with respect to administrative expenses arising between February 1, 2011 and the Effective Date.

***Administrative Expense Claims***
The claims described in section 503 and 507 of title 11 of the United States Code. Among other things, these sections provide that certain types of claims are entitled to administrative expense priority, including, without limitation: (i) the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or commissions for services rendered after the commencement of the bankruptcy case; (ii) certain taxes and penalties related thereto; (iii) compensation and reimbursement of certain officers; (iv) the actual, necessary expenses incurred by (a) certain creditors, (b) a creditor, an indenture trustee, an equity security holder, or a committee representing any such entities, in making a substantial contribution to a debtor's chapter 11 case, (c) a custodian, (d) members of certain committees if incurred in the performance of the duties of such committees; and (v) compensation for services rendered by an indenture trustee.

***Administrative Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the Debtor owes an Administrative Expense Creditor for Administrative Expense Claims.

***Debtors***
The Debtors in these cases are (i) Motors Liquidation Company, (ii) MLCS, LLC (f/k/a Saturn, LLC), (iii) MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), (iv) MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.); (v) Remediation and Liability Management Company, Inc., and (vi) Environmental Corporate Remediation Company, Inc.

***Effective Date***
The Effective Date is the business day on or after the confirmation date of the Debtors' Amended Joint Chapter 11 Plan, dated December 2010. The Debtors shall file a notice of the Effective Date with the Bankruptcy Court and with the Securities and Exchange Commission.

## ITEMS TO BE COMPLETED ON ADMINISTRATIVE PROOF OF CLAIM FORM

**Name of Debtor and Case Number:**
Provide the name of the applicable Debtor and its corresponding case number.

**Information about Administrative Expense Creditor:**
Complete the section giving the name, address and telephone number of the Administrative Expense Creditor to whom the Debtor owes money or property, and the Debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Administrative Expense Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the Debtors, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the Debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Administrative Expense Claim:**
Fill in the amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Brief Description of Administrative Expense Claim**

**6. Credits:**
By signing this Administrative Proof of Claim, you are stating under oath that in calculating the amount of your Administrative Expense Claim you have given the Debtor credit for all payments received from the Debtor.

**7. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the Debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

All Administrative Proofs of Claim must be **received on or after the Administrative Bar Date**, at the following address (whichever is applicable):

If by overnight courier or hand delivery to:

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

Or if by hand delivery to:

United States Bankruptcy Court, S.D.N.Y.
One Bowling Green
Room 534
New York, New York 10004

If by first-class mail, to:

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Please be advised that Administrative Proofs of Claim may not be delivered by facsimile, telecopy transmission, or electronic mail transmission. Administrative Proofs of Claim shall be considered timely filed only if actually received by the Debtors' claims agent, The Garden City Group, Inc., or by the Court, on or before the Administrative Bar Date.

US_ACTIVE:\43580712\01\72240.0639

# Annex II

**Administrative Bar Date Notice**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : 09-50026 (REG)
    f/k/a **General Motors Corp.**, *et al.* :
: 
                              Debtors. : (Jointly Administered)
: 
-----------------------------------------------------------------x

### NOTICE OF DEADLINES FOR FILING ADMINISTRATIVE PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH A CLAIM FOR ADMINISTRATIVE EXPENSES AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. (subsidiary of General Motors Corporation) | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of General Motors Corporation) | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

    PLEASE TAKE NOTICE THAT, on [_____] __, 2011, the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered an order (the "**Administrative Bar Date Order**") establishing the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "**Administrative Proof of Claim**") against the Debtors as (i) **February 14, 2011** at **5:00 p.m. (Eastern Time)** with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) **the date that is thirty (30) days after the Effective Date** (as defined in the Debtors' Amended Joint Chapter 11

Plan, dated December 7, 2010, as may be amended from time to time (the "**Plan**")) at **5:00 p.m. (Eastern Time)** as the deadline with respect to administrative expenses arising between February 1, 2011 and the Effective Date (the "**Administrative Bar Date**").

The Administrative Bar Date Order, the Administrative Bar Date, and the procedures set forth below for the filing of Administrative Proofs of Claim apply to all claims for administrative expenses against the Debtors other than those set forth below as being specifically excluded. The Administrative Bar Date Order **does not establish a deadline for any claim that arose prior to June 1, 2009** (including claims that arose prior to the Debtors' bankruptcy cases).

**If you have any questions relating to this Notice, please feel free to contact the GCG at +1 (703) 286-6401.**

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM FOR ADMINISTRATIVE EXPENSES OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM FOR ADMINISTRATIVE EXPENSES.**

**YOU SHOULD NOT FILE AN ADMINISTRATIVE PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM FOR ADMINISTRATIVE EXPENSES AGAINST THE DEBTORS.**

**DEFINITIONS OF WHO MUST FILE AN ADMINISTRATIVE PROOF OF CLAIM ARE PROVIDED BELOW, TOGETHER WITH DEFINITIONS OF THOSE WHO NEED NOT FILE AN ADMINISTRATIVE PROOF OF CLAIM.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE AN ADMINISTRATIVE PROOF OF CLAIM.**

1. **WHO MUST FILE AN ADMINISTRATIVE PROOF OF CLAIM**

You **MUST** file an **Administrative Proof of Claim** to obtain payment on account of **a claim for administrative expenses** arising between **June 1, 2009 and January 31, 2011**, or **February 1, 2011 and the Effective Date**, and is not one of the types of claims described in Section 2 below.

Claims for administrative expenses are specifically described in section 503 and 507 of the Bankruptcy Code. Among other things, these sections provide that certain types of claims are entitled to administrative expense priority, including, without limitation: (i) the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or commissions for services rendered after the commencement of the bankruptcy case; (ii) certain taxes and penalties related thereto; (iii) compensation and reimbursement of certain officers; (iv) the actual, necessary expenses incurred by (a) certain creditors, (b) a creditor, an indenture trustee, an equity security holder, or a committee representing any such entities, in making a substantial contribution to a debtor's chapter 11 case, (c) a custodian, (d) members of certain committees if incurred in the performance of the duties of such committees; or (v) compensation for services rendered by an indenture trustee.

2. **WHO NEED NOT FILE AN ADMINISTRATIVE PROOF OF CLAIM**

You need not file an Administrative Proof of Claim if:

(a) your claim for administrative expenses has been allowed by an order of this Court entered on or before the Administrative Bar Date;

(b) you hold a claim for administrative expenses for which a separate deadline is fixed by this Court;

(c) your claim for administrative expenses has been paid or otherwise satisfied in full by any of the Debtors;

(d) you are a Debtor in these cases, or an affiliate (as defined in section 101(2) of the Bankruptcy Code) of any Debtor, having a claim for administrative expenses against another Debtor or any affiliate of another Debtor;

(e) you are a professional retained by any of the Debtors, the statutory committee of unsecured creditors, the official committee of unsecured creditors holding asbestos-related claims, and the legal representative for future asbestos personal injury claimants appointed in these chapter 11 cases;

(f) you are a holder of a claim for administrative expenses who has already properly filed an Administrative Proof of Claim with the Clerk of the Court or GCG against any of the Debtors, utilizing a claim form which substantially conforms to the Administrative Proof of Claim Form (as defined below); or

(g) you are a holder of a claim for administrative expenses that will be deemed allowed pursuant to the express terms of the Plan.

If your claim for administrative expenses falls within any of the above exceptions, you do NOT have to file an Administrative Proof of Claim. Any other person or entity with a claim for administrative expenses must file an Administrative Proof of Claim as described herein.

3. **WHEN AND WHERE TO FILE ADMINISTRATIVE PROOF OF CLAIM FORMS**

All Administrative Proofs of Claim must be filed so as to be **actually received** at the following address on or before the Administrative Bar Date:

If by overnight courier or hand delivery to:

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:

United States Bankruptcy Court, S.D.N.Y.
One Bowling Green
Room 534
New York, New York 10004

Administrative Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before the Administrative Bar Date. Administrative Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic transmission.

4. **WHAT TO FILE?**

If you file an Administrative Proof of Claim, your filed Administrative Proof of Claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to the form (the "**Administrative Proof of Claim Form**") located at the following website: www.motorsliquidationdocket.com, which can also be obtained by calling +1 (703) 286-6401; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim for administrative expenses; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

If you are asserting a claim for administrative expenses against more than one debtor, you must identify on your administrative proof of claim the specific debtor against which your claim for administrative expenses is asserted. A list of the names of the debtors and their case numbers is set forth above.

You should attach to your completed administrative proof of claim form copies of any writings upon which your claim for administrative expenses is based. If the documents are voluminous, you should attach a summary.

5. **CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE PROOF OF CLAIM BY THE ADMINISTRATIVE BAR DATE**

*Except with respect to claims for administrative expenses of the type set forth in Section 2 above, any creditor who fails to file an Administrative Proof of Claim on or before the Administrative Bar Date in the appropriate form in accordance with the procedures described in this Notice for any claims for administrative expenses such creditor holds*

*or wishes to assert against each of the Debtors will be forever barred, estopped, and enjoined from asserting the claim for administrative expenses against each of the Debtors and their respective estates (or filing any proof of claim with respect thereto), and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to such claim for administrative expenses.*

To obtain an Administrative Proof of Claim Form, please visit www.motorsliquidationdocket.com. If you do not have internet access, an Administrative Proof of Claim Form may be obtained by calling +1 (703) 286-6401.

**If you have any questions, such as whether you should file an Administrative Proof of Claim, you should contact your own attorney. Neither the Debtors nor their attorneys can advise you in this matter**.

DATED: [_____] ___, 2010   BY ORDER OF THE COURT
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION