UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.
f/k/a General Motors Corp., et al.
Debtors.

Chapter 11

Case No. 09-50026

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Akeem Newton, Jr. and Adriana Newton,** a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register, claim number 10823), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Newton Akeem
Brown, Nora
c/o Hastings Law Firm PC
25511 Budde Road, Suite 1402
The Woodlands, TX 77380

New Address
Newton Akeem
re: Hain Capital Holdings, LLC.
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:
**Akeem Netwton, Jr.**
By: _____
Name: Tommy Hastings
Date: 1-9-13

Authorized Signatory for:
**Adriana Newton**
By: _____
Name: Tommy Hastings
Date: 1-9-13