UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,            :
                                                     :
            Debtors.                                 : (Jointly Administered)
                                                     :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.  I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On January 15, 2013, at the direction of Dickstein Shapiro LLP, counsel to Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

- **Order Expunging Claims Filed by John Back, Russell Carey, Cars & Trucks Outlet, Inc., Roxie Clevenger, Zachary Cuzzocreo, Darlene Jones, Kley Lucas, Tiffany Lucas, and William Schadewald (Claim Numbers 61936, 47932, 7661, 28808, 51343, 61374, 47933, 47934, 6602, and 14920, Respectively)** [Docket No. 12286].

/s/Barbara Kelly Keane
Barbara Kelley Keane

Sworn to before me this 18th day of
January, 2013

/s/ Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Commission Expires March 14, 2015

# EXHIBIT A

| | |
|---|---|
| BACK, JOHN<br>MARTIN LAW OFFICES<br>PO BOX 790<br>SALYERSVILLE, KY 41465-0790 | CAREY, RUSSELL E<br>SHRAGER SPIVEY & SACHS<br>2005 MARKET STREET ONE COMMERCE SQUARE 23RD FLOOR<br>PHILADELPHIA, PA 19103 |
| CARS & TRUCKS OUTLET INC<br>PO BOX 800296<br>COTO LAUREL, PR 00780-0296 | CUZZOCREO, ZACHARY<br>30 PRINDLE RD<br>WEST HAVEN, CT 06516-3913 |
| JONES, DARLENE<br>C/O KLEST LAW FIRM<br>1701 E WOODFIELD RD STE #909<br>SCHAUMBURG, IL 60173 | LUCAS, KLEY<br>SHRAGER SPIVEY & SACHS<br>2005 MARKET STREET<br>ONE COMMERCE SQUARE 23RD FLOOR<br>PHILADELPHIA, PA 19103 |
| LUCAS, TIFFANY<br>SHRAGER SPIVEY & SACHS<br>2005 MARKET STREET ONE COMMERCE SQUARE 23RD FLOOR<br>PHILADELPHIA, PA 19103 | ROXIE CLEVENGER<br>THE STANLEY LAW FIRM LLC<br>1100 MAIN ST SUITE 2550<br>KANSAS CITY, MO 64105-5192 |
| SCHADEWALD WILLIAM<br>SCHADEWALD, WILLIAM<br>SCHIBELL MENNIE & KENTOS LLC<br>1806 HIGHWAY 35 SOUTH PO BOX 2237<br>OCEAN, NJ 07712-2237 | WILLIAM SCHADEWALD<br>SCHIBELL MENNIE AND KENTOS LLC<br>1806 HIGHWAY 35 SOUTH<br>PO BOX 2237<br>OCEAN, NJ 07712-2237 |