# KRUEGER • WONG
### TRIAL LAWYERS

JAMES KRUEGER†*
†A LAW CORPORATION
*LICENSED IN HI & CO
E-MAIL: mauswim@maulaw.net

CYNTHIA KANOHOLANI WONG
E-MAIL: cyn@maulaw.net

IN REPLY, PLEASE REFER
TO OUR FILE NUMBER

2065 MAIN STREET/P. O. BOX 1460
WAILUKU, MAUI, HAWAII 96793

AREA CODE 808
MAUI 244-7444
FAX 244-4177

HONOLULU DIRECT 536-7474

INTERNET
www.kruegerlaw.us

UPCOUNTRY AND
HONOLULU OFFICES
BY APPOINTMENT ONLY

FIRM E-MAIL
maulaw@maui.net

#08-24

January 10, 2013

RECEIVED
JAN 15 2013

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004

Attn:   Clerk of the Court

    Re:   GENERAL MOTORS CORPORATION;
        Case No. 09-50026(REG)

Dear Clerk of the Court:

We represent Dana Ross who filed a lawsuit on August 20, 2008, in the Circuit Court of the Second Circuit, State of Hawaii, Civil No. 08-1-0468(3) against New United Motor Manufacturing, Inc. which is part of General Motors Corporation.

Pursuant to the voluntary petition seeking bankruptcy protection under Chapter 11 filed June 1, 2009, Case No. 09-50026, can you please update us as to the status of the automatic stay that went into effect on the commencement date?

My secretary has tried unsuccessfully to reach your office on numerous occasions.  Each time she gets a message

KRUEGER • WONG, TRIAL LAWYERS

Clerk of the Court
January 10, 2013
Page 2

that your system is down.  We have called as recently as today but still cannot get through to a live person.

Would you please be kind enough to let us know the current status of the abovementioned case?  Thank you.

Very sincerely,

JAMES KRUEGER, ESQ.

JK:bv

N:\ROSS/011013.BANKRUPTCYCT.LTR