UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                     :
                                                             :
                               Debtors.                      :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### SCHEDULING STIPULATION AND ORDER REGARDING OBJECTION TO PROOF OF CLAIM OF GENERAL MOTORS LLC (CLAIM NO. 71111)

WHEREAS (i) the Motors Liquidation Company GUC Trust (the "**GUC Trust**") filed its objection to the proof of claim (Claim No. 71111) of General Motors LLC ("**New GM**") and motion requesting enforcement of the Administrative Claim Bar Date Order on December 6, 2012 (the "**Objection**"); (ii) New GM filed its response to the Objection on January 8, 2013 (the "**Response**"); (iii) the GUC Trust filed its reply to the Response on January 14, 2013; and (iv) New GM filed a letter on January 16, 2013 regarding the Objection (the "**January 16 Letter**"); and

WHEREAS the Court conducted a hearing on January 17, 2013, during which it ordered the parties to agree to a schedule for briefing related to the January 16 Letter and adjourned the hearing on the Objection.

IT IS HEREBY STIPULATED AND AGREED:

- The GUC Trust will file its opening pleading with respect to the January 16 Letter on or before 4:00 p.m. on January 30, 2013;
- New GM will file its response to the GUC Trust's opening pleading on or before 4:00 p.m. on February 7, 2013;

- The GUC Trust will file its reply to New GM's response on or before 12:00 p.m. on February 15, 2013;
- The hearing on the Objection and related pleadings is hereby adjourned to February 20, 2013 at 9:45 a.m.

Dated: New York, New York
January 23, 2013

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP | KING & SPALDING LLP |
| /s/ Stefanie Birbrower Greer | /s/ Scott Davidson |
| Barry N. Seidel (BS-1945) | Arthur Steinberg |
| Stefanie Birbrower Greer (SG-2898) | Scott Davidson |
| Shaya M. Berger (SB -5387) | 1185 Avenue of the Americas |
| 1633 Broadway | New York, New York 10036 |
| New York, New York 10019-6708 | Telephone: (212) 556-2100 |
| Telephone: (212) 277-6500 | Facsimile: (212) 556-2222 |
| Facsimile: (212) 277-6501 | |
| | Attorneys for General Motors LLC |
| Attorneys for Motors Liquidation Company GUC Trust | |

SO ORDERED:

***January 29, 2013***
New York, New York              ***s/ Robert E. Gerber***
                                UNITED STATES BANKRUPTCY JUDGE