PRESENTMENT DATE AND TIME: February 11, 2013 at 12:00 noon (Eastern Time)
OBJECTION DEADLINE: February 11, 2013 at 11:30 a.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
 Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :    **Chapter 11 Case No.**
                                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                        :    **09-50026 (REG)**
        f/k/a General Motors Corp., *et al.*                     :
                                                                 :
                        Debtors.                                 :    **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

### NOTICE OF SETTLEMENT OF SUPPLEMENTAL ORDER GRANTING 215th OMNIBUS OBJECTION TO CLAIMS AS TO PROOF OF CLAIM NO. 70897, FILED BY NIKA GOJCAJ
**(Administrative Proofs of Claim for Equity Interests)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9074-1 of the Local Rules of Bankruptcy Procedure for the Southern District of New York, and in accordance with the oral decision of the Honorable Robert E. Gerber on the record on January 17, 2013, the annexed proposed Supplemental Order Granting 215th Omnibus Objection to Claims as to Proof of Claim No. 70897 Filed by Nica Gojcaj (Claims for Equity Interests) (the "**Proposed Order**"), will be presented for settlement and entry to the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York 10004, on **February 11, 2013 at 12:00 noon (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that any objections or proposed counter-orders must be made in writing and received by the Court and the undersigned not later than **February 11, 2013, at 11:30 a.m. (Eastern Time)**. Unless an objection or proposed counter-order is received by that time, the Proposed Order annexed hereto may be entered by the Court.

Dated: New York, New York
January 29, 2013

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                         :        Chapter 11 Case No.
                                              :
**MOTORS LIQUIDATION COMPANY**, *et al.*,     :        09-50026 (REG)
    f/k/a General Motors Corp., *et al.*      :
                                              :
                    Debtors.                  :        (Jointly Administered)
                                              :
------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING**
**215th OMNIBUS OBJECTION TO CLAIMS**
**AS TO PROOF OF CLAIM NO. 70897 FILED BY NIKA GOJCAJ**
**(Administrative Proofs of Claim for Equity Interests)**

Upon the 215th omnibus objection to disallow and reclassify certain Administrative Proofs of Claim for Equity Interests, dated February 24, 2011 (the "**215th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and reclassifying Proof of Claim No. 70897 (the "**Claim**") filed by Nika Gojcaj (the "**Claimant**") all as more fully described in the 215th Omnibus Objection to Claims; and due and proper notice of the 215th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the informal

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 215th Omnibus Objection to Claims.

3

response of Nika Gojcaj and the Motors Liquidation Company GUC Trust's reply thereto (ECF No. 12126); and a hearing on the 215th Omnibus Objection to Claims having been held on January 17, 2013 (the "**Hearing**"); and the Court having found and determined that the relief sought in the 215th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 215th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 215th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, in accordance with the Court's ruling at the Hearing, and for the reasons set forth on the record both at the Hearing and at previous hearings in these chapter 11 cases addressing claims substantially similar to the Claim, Proof of Claim No. 70897 filed by Nika Gojcaj is hereby disallowed as a claim and reclassified as an equity interest; and it is further

ORDERED that the time to appeal runs from the date of entry of this Order and not from the date of the Hearing; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
        _____, 2013

        _____
        United States Bankruptcy Judge

US_ACTIVE:\44180547\2\72240.0639