KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------ X

# NOTICE OF WITHDRAWAL OF MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE SALE ORDER

General Motors LLC, by and through its undersigned counsel, hereby withdraws, with no costs to any party, its *Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Sale Order*, dated December 3, 2012 [Docket No. 12230].

Dated: New York, New York
       February 5, 2013

                                        Respectfully submitted,


                                        /s/ Scott Davidson
                                        Scott Davidson
                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas
                                        New York, New York  10036
                                        Telephone: (212) 556-2100
                                        Facsimile: (212) 556-2222

                                        *Attorneys for General Motors LLC*

DMSLIBRARY01-20188750.1