UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al

                             Debtor

Case No.: 09-50026
Chapter 11

------------------------------------------------------------x

                             Plaintiff

v.

                             Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Anthony S. Bruning, Jr., request admission, *pro hac vice*, before the Honorable Robert E. Gerger, to represent Joseph Balano and Michelle Balano, a Plaintiffs in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Missouri and, if applicable, the bar of the U.S. District Court for the Eastern District of Missouri.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 2/1/13
    New York, New York

*Mailing Address:* Anthony S. Bruning, Jr.
Leritz, Plunkert & Bruning, P.C.
555 Washington Avenue, Suite 600
St. Louis, MO 63101
*E-mail address*: ajbruning@leritzlaw.com
*Telephone number:* (314) 231-9600