**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  MOTORS LIQUIDATION COMPANY et al, f/k/a General Motors Corp., et al | Case No. 09-50026 (REG) |
| Debtor. | |
| Plaintiff, | |
| v. | |
| Defendant | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Anthony S. Bruning, Jr., to be admitted, *pro hac vice*, to represent Joseph Balano and Michelle Balano, (the "Client"), plaintiffs in the above referenced case and upon the movant's certification that movant is a member in good standing of the bar in the State of Missouri and, if applicable, the bar of the U.S. District Court for the Eastern District of Missouri, it is hereby

**ORDERED**, that Anthony S. Bruning, Jr., Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 6, 2013

\_\_\_\_New York\_\_\_\_, New York          /s/\_Robert E. Gerber_____

                                                                    UNITED STATES BANKRUPTCY JUDGE