

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-2870

October 25, 2012

RE:   Motors Liquidation Company
      Case No.: 09-50026

To whom it may concern:

Enclosed please find documentation relevant to the above-mentioned matter. Please take in consideration that I need my case re-evaluated and reconsidered. I have provided my contact information below. Thank you for your prompt attention to this matter. Remaining,

/s/Anthony Semaan

Anthony Semaan
1353 Delta Road
Walled Lake, MI 48390

3rd Time Call me
748-388-1800
1-8-2013

United States Bankruptcy Court
Southern District of New York

One Bowling Green
New York, NY 10004-1408

212-668-2870

c/o: Motors Liquidation Company

Case # 09-50026

To whom it Concerns                                    10-8-2012

My name is Anthony Semaan.
I have a clam with Motors Liquidation Company
my $case # is 09-50026 some how some way
the paper work on my case was lost I am
in closeing a copy of what I have on my
case please reopen my case thank you.

*[signature]*

Carmen *[signature]*

313-368-1800

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*39 Send B*

*3*

*800-231-4757*

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                                 :     Chapter 11 Case No.
                                                                      :
MOTORS LIQUIDATION COMPANY, et al.,    :     09-50026 (REG)
          f/k/a General Motors Corp., et al.        :
                                                                      :
                                    Debtors.                :     (Jointly Administered)
                                                                      :
------------------------------------------------------------x

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, Post-Effective Date Motors Liquidation Company, the GUC Trust Administrator,[1] the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust, unless otherwise ordered by the Bankruptcy Court or provided in the Plan.

Dated: New York, New York
April 11, 2011

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.

September 7, 2012

Anthony Semaan
1353 Delta Rd
Walled Lake MI 48390

In Re: Motors Liquidation Company - 09-50026(REG)

Dear Mr. Semaan:

Please be advised that The Garden City Group, Inc. (GCG) is the claims and noticing agent in the Motors Liquidation Company f/k/a General Motors Corp. proceedings.

We understand you recently contacted GCG with questions concerning this proceeding; however we have been unable to reach you at the telephone number you provided. Please feel free to contact me directly at 631-470-5176 to discuss your concerns. You can also visit the case information website at www.motorsliquidationdocket.com for additional information.

Sincerely,

/s/Alison Moodie
Alison Moodie
Project Supervisor
Bankruptcy Operations