

Kerr, Russell and Weber, PLC
500 Woodward Avenue Suite 2500
Detroit, Michigan 48226-3427
(313) 961-0200   telephone
(313) 961-0388   facsimile

**James E. DeLine**
jdeline@kerr-russell.com

February 7, 2013

**VIA ECF**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York

>   Re:   **In Re: Motors Liquidation Company et al**
>         **Chapter 11 Case No. 09-50026 (jointly administered)**

Dear Clerk:

   Please accept this letter as a formal request that you remove my name and email address from the electronic service list in the above-captioned bankruptcy case and any related adversary proceedings.  The email address to be removed is:  jed@krwlaw.com.

   Please contact me if you have any questions or require any additional information.

>                 Very truly yours,
>
>                 **KERR, RUSSELL AND WEBER, PLC**
>
>
>                 James E. DeLine

JED/pal

{80000/169/DT739224.DOC;1}                                      **WWW.KERR-RUSSELL.COM**