UNITED STATE BANKRUPTCY COURT

HONORABLE JUDGE ROBERT GERBER

Feb 4, 13

Morts Ligdation Company

Chapter 11 (09-50026)

Ann L. layton

38 Allerton Court

Youngstown Ohio 44505

I was employed at GMAC Feb 16, 1971 to Jan 84 .

I felt on oil from the carrier and injury right knee and back

claim no. 535406-22 I File with OHIO CIVIL RIGHTS 42 u.s.c.

2000 E 5 (F) i was discharged from my job I return to work

extened disability Doctor Paul HO excuse I went to

medcial at the plant Ed Gidden, said didnt have a job, he said

Rich Kidd told him to fired me. Joe Benman committeemen told me to work

on my job I work 4 hour . the forman Tony Robert told me the plant

If would not he would call the secuity guard. AL Fairbanks to to home they would

call me he never did .My injury now I am handicapped the doctor

said two knee replaccement I take pain medice Edocet 3 times 10/325

Diluayem 120mg Lislirpril 40mg Omeprazole 40mg Synthroid 200mg

slmvastatin 10mg Bumetanide 200mg I use a walker and cane.

I was on worker com. Occuption Safety and Health Act require

employers to provde a safe work place no hazards that subect employee to death

or serious injury . Charges with OHIO civil rights B\4031183(7072)0583

Today Iam enter this letter in good faith asking for reconsideration, enclosed are copy

I feel I was unjusty dismissed had a report off number .

claim was allowed spain with sublunation of right wrist case 85- CV 1328

just cause standard 65 sec eg Western Standard 46 S\ 748 FD 1049 (5th CIRl984)

Later APPEAL 799fd 10795th CIR 1986 Cameron Iron WORKS, 25 IAB aRB(bna)

295,301 (1955) Bales Arb) see Brossord C.A.C. In 780f 162 (Ist CIR 1986

Thank you ,

*[signature]*

Ann L. Layton



**BOB TAFT, GOVERNOR**                                    **JAMES CONRAD, ADMINISTRATOR/CEO**

---

ANN L LAYTON                                                    10/02/2003
38 ALLERTON COURT
YOUNGSTOWN OH 44505-0000

Dear Customer:

On behalf of the Bureau of Workers' Compensation (BWC), let me first say I am sorry to hear about your injury. I realize how difficult a time this can be. I also know workers' compensation may seem intimidating, but working with your employer and using our e-business Web site, www.ohiobwc.com, you'll find it less complicated than you think.

Your employer is self-insuring in Ohio. This means the company has chosen to pay any workers' compensation benefits. Thus, your employer will process your claim. BWC will monitor your employer's workers' compensation program. In addition, contact your employer immediately if you are offered payment for the injury by anyone other than your self-insuring employer.

The claim number listed on the identification cards below is important. Remove one of the cards and keep it with you. Use it whenever you contact us, your employer or access our Web site. Now you can get information about your claim or update your address online. It's easy, just log on to www.ohiobwc.com and follow the instructions. Also, enclosed is a brochure that will help you understand what happens next.

I would like to wish you a quick recovery and return to work.

Sincerely,

*James Conrad*

James Conrad, Administrator/CEO

CC:
KELLEY & FERRARO



*Please detach one card to carry with you and keep the second card for your records.*

---

**BWC IDENTIFICATION CARD**

INJURED WORKER: ANN L LAYTON
CLAIM NUMBER: 01-887632 SI
INJURY DATE: 10/17/2001

For more information, contact your employer
or call BWC's Self-Insured Hotline at
1(800) OHIO BWC  or
1(800) 644-6292

**BWC IDENTIFICATION CARD**

INJURED WORKER: ANN L LAYTON
CLAIM NUMBER: 01-887632 SI
INJURY DATE: 10/17/2001

For more information, contact your employer
or call BWC's Self-Insured Hotline at
1(800) OHIO BWC  or
1(800) 644-6292

GM 790 BOOK SETS REV. 5-78
PRINTED IN U.S.A.

JAN 28 1985

EMPLOYE GRIEVANCE **No. B   37107**

Dept. __11__   Date __11/22/83__   Time __5:30__ A.M. / **P.M.**

Nature of Grievance __CHARGE MGT WITH__
__A VIOL OF PARA 72 OF THE N/A!__

__Demand MGT comply with the__
__above place this emp on a job__
__she can do and pay her all__
__lost monies & benefits immed:__

Signed __Fred Luntz__   Clock No. __09218__
Committeeman __Joe Burbon__
Reported to __Tony Roberts__   Foreman

Disposition by Foreman __Charges & demands__
__denied.__

Date __11-22-83__

| Grievance Satisfactorily Settled | Referred to |
|---|---|
| NO 11-22-83  5:45 PM  JRB | 1½ |

The Industrial Commission
Columbus, Ohio 43215

## Medical Report

Claim Number _____535406-22_____

L. LAYTON

Date of this Report _____

Date of Examination _____

.C. GROUP

)RT:                     03 10 88

EW:                      03 10 88

RY:                      02 26 74

)ITION:                  TORN LATERAL MENISCUS OF RIGHT KNEE

JE:                      REVIEW C92A   PREVIOUS AWARD 20%

                STATE EXAM OF DR. STOTLER DATED 04 13 77
) HAVE A PERMANENT PARTIAL IMPAIRMENT OF 20%. MEDICAL REPORT BY
\ DATED 02 08 88 WAS NOTED TO HAVE A PERMANENT PARTIAL IMPAIRMENT OF

                I FEEL THE CLAIMANT HAS A PERMANENT PARTIAL
OF 28% WHICH IS IN THE LOW MODERATE RANGE. THIS IS AN INCREASE OF 8%
EVIOUS AWARD OF 20%.

RESPECTFULLY SUBMITTED,

ANTHONY M. DOMINIC, D.O.

Case No. T-0769

# NOTICE OF UNADJUSTED GRIEVANCE

Date  03-21-84

To: General Motors Corporation
General Motors Assembly Division

Plant  Lordstown

City  Lordstown, Ohio

This is to notify you that it is the intention of the union to appeal the following Unadjusted Grievance from the decision of  local Management,

given on (Date)  03-08-84.

**NATURE OF GRIEVANCE**

Grievance Number: B274848

Grievant: A. Layton, social security # ███-██-0339

"Charge Mgt. with a viol. of Para 64d NA
Demand mgt abide by Para 64d. NA & reinstate
me with full senority & benefits and pay me
all lost monies."



RECEIVED APR 27 1984 UAW REGION 2

Signed  Harry Johnson /jdl
Acting  Chairman of Shop Committee

*Paul W. N. Ho, M. D., Inc.*
1045 BOARDMAN-CANFIELD ROAD
YOUNGSTOWN, OHIO 44512

TELEPHONE: 758-2303

November 22, 1983

RE: Ann Layton

To Whom It May Concern:

The above patient should have limited work duties. She should not do any spot-welding, no pushing or pulling, no lifting heavy pieces (5 lbs. is the limit).

If there are any questions concerning this matter, please contact me at my office.

Sincerely yours,

Paul W. Ho, M.D.

*Paul W. N. Ho, M. D., Inc.*
1045 BOARDMAN-CANFIELD ROAD
YOUNGSTOWN, OHIO 44512

TELEPHONE: 758-2303

November 22, 1983

RE: Ann Layton

To Whom It May Concern:

The above patient should have limited work duties. She should not do any spot-welding, no pushing or pulling, no lifting heavy pieces (5 lbs. is the limit).

If there are any questions concerning this matter, please contact me at my office.

Sincerely yours,

Paul W. Ho, M.D.



# United Automobile, Aerospace & Agricultural Implement Workers of America, UAW

## LOCAL 1112

R.D. NO. 5 - REUTHER DRIVE — WARREN, OHIO 44481
PHONES: 538-2213 - 538-2214 - 394-8301

WORK CENTER
747-7196 — 824-2150

INSURANCE OFFICE
824-2388 — 743-7325

## RECORD OF SIGNIFICANT FACTS

(Please Print)

Grievance No. __37007__    Appeal No. _____

Date Filed __11/22/83__

Foreman __JACK HARRIS__

Member's Name __LAYTON__ (Last)    __ANN__ (First)    ____ (Middle Initial)    __09218__ (Clock No.)

Group Grievance - Yes (__) No (✓)
(Check One)

Address __38 ALLERTON CT. Yo Ohio 44505__

Violation __PARA 72__

Phone __746-3208__

Department No. __11__

What Do We Want _____

Social Security No. __███-██-0539__

Seniority Date __2-16-71__

Skilled Entry Date _____

Classification __SPOT WELD__    Job Code _____

Base Hourly Wage $ __9.79__

REFERENCE (Give Paragraph Number)

National _____    Type Case _____

Local _____    Type Case _____

Unfair Action _____

Date Grievance Settled __TA  8-25-84__    Step - 1 (__) 2 (__) 3 (__) 4 (✓)
Settled    (Check One)

**THE INDUSTRIAL COMMISSION OF OHIO**

George Voinovich
Governor

30 West Spring Street
Columbus, Ohio 43266-0589

August 19, 1993

The Honorable Howard Metzenbaum
United States Senate
ATTN: Janice K. McCourt
1240 East Ninth St. - Room 2915
Cleveland, OH 44199

RE: Claimant: Ann Layton
    Claim Number: 535406-22

Dear Ms. McCourt:

I received your letter concerning Ms. Layton's industrial injury.

A reconsideration has not been filed with the Industrial Commission. I have taken the liberty of forwarding your letter to the Bureau of Workers' Compensation for research and response. The claim was located in their C-92 Section.

For further assistance, please do not hesitate to contact our office.

Sincerely,

Phil Haddad
Legislative Liaison

PH/PJ/TLN

**U.S. Department of Labor**

Employment Standards Administration
Office of Workers' Compensation Programs
Washington, D.C. 20210

MAR 2 1 1994

File Number:

Ms. Ann L. Layton
38 Allerton Court
Youngstown, Ohio 44505

Dear Ms. Layton:

I have been asked to reply to your November 27, 1993 letter with enclosures addressed to the President.

I have read your letter and I am sorry to learn of the difficulties you are encountering as a result of your injury.

I wish I could be of direct assistance to you; however, workers' compensation matters come under the jurisdiction of the Ohio workers' compensation statute, and the Federal government has no authority to intervene in such matters.

However, in an effort to be of assistance, I am referring a copy of your letter and enclosures to J. Wesley Trimble, CEO/Administrator, Bureau of Workers' Compensation, 30 West Spring Street, Columbus, Ohio 43266-0581, telephone (614) 466-8751 or toll-free 1-800-282-9536.

A copy of my referral letter to Mr. Trimble is enclosed.

Sincerely,

GLENN WHITTINGTON
Chief, Branch of Planning,
  Policy and Review

Enclosure

# The Industrial Commission of Ohio
Columbus, Ohio 43215

## Medical Report

Claim Number _____535406-22_____

Date of this Report _____

Date of Examination _____

Claimant __ANN L. LAYTON__

Employer __B.O.C. GROUP__

DATE OF REPORT:   03 10 88

DATE OF REVIEW:   03 10 88

DATE OF INJURY:   02 26 74

ALLOWED CONDITION: TORN LATERAL MENISCUS OF RIGHT KNEE

General Motors/Delphi
Reinstatement of Credited Service Worksheet

### Participant Information

Participant: Ann L Layton (XXX-XX-0339)
Seniority Date: 02/16/1971
Length of Service Date: N/A
Stored Service (as of 12/31/2003): 6.7
Audited Service (as of 12/31/2003): 6.7

### Calculation Results

| Employer | Period Start | Period End | Period Detail | Hourly Service (by Years) | Salaried Service (by Months) | Comments |
|---|---|---|---|---|---|---|
| General Motors | 02/16/1971 | 12/31/1971 | Hire to End of Year | 1 | 0 | |
| General Motors | 01/01/1972 | 12/31/1972 | Beginning of Year (Active) to End of Year | 1 | 0 | |
| General Motors | 01/01/1973 | 12/31/1973 | Beginning of Year (Active) to End of Year | 1 | 0 | |
| General Motors | 01/01/1974 | 12/31/1974 | Beginning of Year (Active) to End of Year | 1 | 0 | |
| General Motors | 01/01/1975 | 01/01/1975 | Beginning of Year (Active) to Leave of Absence - Layoff | N/A | N/A | |
| General Motors | 01/01/1975 | 07/01/1975 | Leave of Absence - Layoff to Leave of Absence - Sickness and Accident | N/A | N/A | |
| General Motors | 07/02/1975 | 12/31/1975 | Leave of Absence - Sickness and Accident to End of Year | 0.1 | 0 | Per Hrp-6 |
| General Motors | 01/01/1976 | 05/12/1976 | Leave of Absence - Sickness and Accident to Leave of Absence - Layoff | N/A | N/A | |
| General Motors | 05/13/1976 | 12/31/1976 | Leave of Absence - Layoff to End of Year | 0 | 0 | Per Hrp-6 |
| General Motors | 01/01/1977 | 06/05/1977 | Leave of Absence - Layoff to Return from Leave of Absence | N/A | N/A | |
| General Motors | 06/06/1977 | 06/13/1977 | Return from Leave of Absence to Leave of Absence - Sickness and Accident | N/A | N/A | |
| General Motors | 06/14/1977 | 06/19/1977 | Leave of Absence - Sickness and Accident to Return from Leave of Absence | N/A | N/A | |
| General Motors | 06/20/1977 | 06/20/1977 | Return from Leave of Absence to Leave of Absence - Workers Related Disability | N/A | N/A | |
| General Motors | 06/21/1977 | 12/15/1977 | Leave of Absence - Workers Related Disability to Return from Leave of Absence | N/A | N/A | |
| General Motors | 12/16/1977 | 12/31/1977 | Return from Leave of Absence to End of Year | 0.6 | 0 | 24 wks CL = 960B |
| General Motors | 01/01/1978 | 01/08/1978 | Beginning of Year (Active) to Leave of Absence - Workers Related Disability | N/A | N/A | |
| General Motors | 01/09/1978 | 02/05/1978 | Leave of Absence - Workers Related Disability to Return from Leave of Absence | N/A | N/A | |
| General Motors | 02/06/1978 | 02/19/1978 | Return from Leave of Absence to Leave of Absence - Sickness and Accident | N/A | N/A | |
| General Motors | 02/20/1978 | 03/28/1978 | Leave of Absence - Sickness and Accident to Return from Leave of Absence | N/A | N/A | |
| General Motors | 03/29/1978 | 04/19/1978 | Return from Leave of Absence to Leave of Absence - Sickness and Accident | N/A | N/A | |
| General Motors | 04/20/1978 | 12/31/1978 | Leave of Absence - Sickness and Accident to End of Year | 1 | 0 | 201 hrs + 1520B |
| General Motors | 01/01/1979 | 12/31/1979 | Leave of Absence - Sickness and Accident to End of Year | 0 | 0 | |
| General Motors | 01/01/1980 | 12/31/1980 | Leave of Absence - Sickness and Accident to End of Year | 0 | 0 | |
| General Motors | 01/01/1981 | 12/31/1981 | Leave of Absence - Sickness and Accident to End of Year | 0 | 0 | |
| General Motors | 01/01/1982 | 12/31/1982 | Leave of Absence - Sickness and Accident to End of Year | 0 | 0 | |
| General Motors | 01/01/1983 | 08/14/1983 | Leave of Absence - Sickness and Accident to Return from Leave of Absence | N/A | N/A | |
| General Motors | 08/15/1983 | 09/06/1983 | Return from Leave of Absence to Leave of Absence - Sickness and Accident | N/A | N/A | |
| General Motors | 09/07/1983 | 10/30/1983 | Leave of Absence - Sickness and Accident to Return from Leave of Absence | N/A | N/A | |
| General Motors | 10/31/1983 | 12/21/1983 | Return from Leave of Absence to Leave of Absence - Sickness and Accident | N/A | N/A | |
| General Motors | 12/22/1983 | 12/31/1983 | Leave of Absence - Sickness and Accident to End of Year | 1 | 0 | 229 hrs + 1480B |
| General Motors | 01/01/1984 | 01/27/1984 | Leave of Absence - Sickness and Accident to Termination | 0 | 0 | 40 hrs - Quit |

Not entitled to 1984 provision since Pp was not employed on 10/1/84

### Total Service Summary

Total Salaried Service (in Months): 0
Total Hourly Service (in Years): 7

Total Salaried Service (in Years): 0 = Round(0 / 12, 1)
Total Hourly Service (in Years): 7

Printed on Wed, Sep 21, 2005 at 2:38:20 pm
1 of 2

Ann L Layton (XXX-XX-0339)
Calc Date: 09/21/2005
Date of Termination: 01/27/1984