New Hearing Date and Time: April 4, 2013 at 9:45 a.m. (Eastern Time)

Barry N. Seidel
Shaya M. Berger
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON OBJECTION TO
### PROOF OF CLAIM OF GENERAL MOTORS LLC (CLAIM NO. 71111)

**PLEASE TAKE NOTICE** that the hearing on the Motors Liquidation Company GUC Trust's Objection to Proof of Claim of General Motors LLC (Claim No. 71111) has been adjourned and will now take place on April 4, 2013 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 523, New York, New York 10004.

Dated: New York, New York
       February 12, 2013

                                      */s/ Shaya M. Berger*
                                      Barry N. Seidel
                                      Shaya M. Berger

                                      DICKSTEIN SHAPIRO LLP
                                      1633 Broadway
                                      New York, New York 10019-6708
                                      Telephone: (212) 277-6500
                                      Facsimile: (212) 277-6501

                                      Attorneys for Motors Liquidation
                                      Company GUC Trust