# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al. f/k/a General Motors Corp., et al. | Case No. 09-50026 |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Sandra Caccoma**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register, claim number 67977), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address for Notices
Sandra Caccoma
Apt 6C2
4676 Albany Post Road
Hyde Park, NY 12538-3505

New Address
Sandra Caccoma
re: Hain Capital Holdings, LLC.
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

Former Address for Payment
Sandra Caccoma
c/o Steven M. Melley, Esq.
24 Closs Drive
Rhinebeck, NY 12572

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:

**Sandra Caccoma**
By: _Sandra Caccoma_
Name: Sandra Caccoma
Date: 2-6-13