UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.     I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On February 13, 2013, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Nika Gojcaj, 73350 McKay, Romeo, Michigan 48065 (affected claimant):

- **Supplemental Order Granting 215th Omnibus Objection to Claims as to Proof of Claim No. 70897 Filed by Nika Gojcaj (Administrative Proofs of Claim for Equity Interests)** [Docket No. 12327].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 15th day of
February, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23rd, 2013