**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re : | **Chapter 11** |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

-------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                                      ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors

and debtors-in-possession (the "Debtors") in the above-captioned proceeding.   Our business

address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On February 13, 2013, at the direction of Dickstein Shapiro LLP, Counsel For Motors

Liquidation Company GUC Trust, I caused a true and correct copy of the following document to

be served by first class mail on Mr. Kjiri Younes, 2 Rue Belgnaoui Souissi, Rabat Maroc (an

Affected Party):

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].


/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 15th day of
February, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23rd, 2013