**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

February 14, 2013

**VIA E-MAIL**

Judge Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:  Motors Liquidation Company, *et al*. - Case No. 09-50026-reg

Dear Judge Gerber:

On behalf of the Motors Liquidation Company GUC Trust (the "GUC Trust"), we write to advise the Court that the parties have agreed, subject to the Court's approval, to modify the stipulated schedule set forth in the Scheduling Stipulation and Order Regarding Objection to Proof of Claim of General Motors LLC (Claim No. 71111) [ECF Dkt. No. 12301].  Specifically, the parties have agreed to extend the time for the GUC Trust to file its reply to **February 19, 2013 at 4:00 p.m**. and to adjourn the hearing to **April 4, 2013 at 9:45 a.m**.

Respectfully submitted,

/s/ Shaya M. Berger
Shaya M. Berger


cc:    Arthur Steinberg, Esq.
       Scott Davidson, Esq.



SO ORDERED:

***February 19, 2013***
New York, New York                    *s/ **Robert E. Gerber***
                                      UNITED STATES BANKRUPTCY JUDGE