Thomas J. Schank (0025500)
Hunter & Schank Co., LPA
1700 Canton Avenue
Toledo, OH  43604
419-255-4300
Fax: 419-255-9121
tomschank@hunterschank.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

**MOTORS LIQUIDATION COMPANY, et al.,**            Chapter 11
    **f/k/a General Motors Corp.,** *et al.*,

                            Debtors,            Case No. 09-50026 (REG)

                                                (Jointly administered)

_____/

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM ECF**

    Please take notice that Thomas J. Schank, attorney for Creditor, John N. Graham Trustee for the Bankruptcy Estate of High Tech Packaging, Inc., hereby withdraws his appearance in this case and requests that Thomas J. Schank be removed from the court's CM/ECF electronic filing system in reference to the above captioned bankruptcy case.  The matter for which the appearance was made has been resolved.

    The email address to be removed from all mailing lists and notices of electronic filings in the above-captioned matter is:  tomschank@hunterschank.com.

Respectfully submitted,

Hunter & Schank Co. LPA


/s/  Thomas J. Schank
Thomas J. Schank (0025500)
Hunter & Schank Co. LPA
1700 Canton Avenue
Toledo, Ohio 43604
(419) 255-4300
Fax (419) 255-9121
tomschank@hunterschank.com


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from ECF was filed electronically this 27th day of February, 2013.  Notice of this filing will be sent electronically to all parties and attorneys who have entered an appearance and receive notices in this case through the Court's CM/ECF.  Parties may access this filing through the Court's electronic filing system.

/s/  Thomas J. Schank
Thomas J. Schank (0025500)