**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| | : 09-50026 (REG) |
| **MOTORS LIQUIDATION COMPANY**, *et al.* | : |
| f/k/a General Motors Corp., *et al.*, | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

---------------------------------------------------------- x

### SUPPLEMENTAL ORDER EXPUNGING CLAIMS FILED BY MARK JACOBS AND JENNIFER JACOBS (CLAIM NUMBERS 59900 AND 59901, RESPECTIVELY)

Upon the notice of presentment and the application of the proposed order (the "**Proposed Order**") expunging certain claims, including the claims filed by Mark Jacobs and Jennifer Jacobs (Claim Numbers 59900 and 59901, respectively), dated December 12, 2012 (ECF No. 12250), of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011; and due and proper notice of the Proposed Order having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought is in the best interests of the Debtors, their estates, creditors, and all parties in interest and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim Numbers 59900 and 59901 are disallowed and expunged; and it is further

ORDERED that nothing in this order shall affect the order entered expunging some, but not all, of the claims on the Proposed Order on January 15, 2013 (ECF No. 12286); and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated:  **_March 1, 2013_**
        New York, New York                                **_s/ Robert E. Gerber_**

                                                            United States Bankruptcy Judge