UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.                   Chapter 11
                                                      Case No. 09-50026(REG)

                                                      Jointly Administered

### ORDER TO WITHDRAW AS COUNSEL OF RECORD FOR ANNIE ELLA COLLIER, ADMINISTRATRIX OF THE ESTATE OF TINNIE COLLIER, DECEASED, AND ON BEHALF OF THE ESTATE AND ALL WRONGFUL DEATH BENEFICIARIES OF TINNE COLLIER, DECEASED

THIS DAY this cause came on to be heard on the *ore tenus* Motion of William Liston and the law firm of Liston/Lancaster, PLLC for leave to withdraw as attorney in said cause; and the Court, after having maturely considered said Motion and having determined that the necessary parties have been given proper notice of this Motion finds that the same is well taken and should be sustained.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that William Liston and the law firm of Liston/Lancaster, PLLC be, and they are hereby removed as attorneys of record for Annie Ella Collier, Administratrix of the Estate of Tinnie Collier, Deceased and on behalf of the Estate and all Wrongful Death Beneficiaries of Tinnie Collier, Deceased, and that Annie Ella Collier, Administratrix of the Estate of Tinnie Collier, Deceased will have ninety (90) days from entry of this Order to either proceed *Pro Se* or retain other counsel.

SO ORDERED, ADJUDGED AND DECREED on this the **4th** day of **March**, A.D., 2013.

                                        *s/ Robert E. Gerber*
                                        UNITED STATES BANKRUPTCY JUDGE