UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :    Case No. 09-50026 (REG)
   f/k/a General Motors Corp., *et al.*,                 :
                                                         :
                        Debtors.                         :    (Jointly Administered)
                                                         :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 6, 2013, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by e-mail on Niagara Mohawk Power Corporation d/b/a National Grid, c/o Hiscock & Barclay LLP, Attn: Susan R. Katzoff, Esq, skatzoff@hblaw.com, and by first class mail on Niagara Mohawk Power Corporation d/b/a National Grid, c/o Hiscock & Barclay LLP, One Park Place 300 South State Street, Attn: Susan R. Katzoff, Esq., Syracuse, New York 13202 (an affected party):

- **Order Granting Motors Liquidation Company GUC Trust's Objection to Proof of Claim No. 48499 Filed by Niagara Mohawk Power Corporation** [Docket No. 12349].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 7th day of
March, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013