UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.,*                          :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                    :
                                                               :
        Debtors.                                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On February 25, 2013, at the direction of Dickstein Shapiro LLP, Counsel For Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Donald & Christina Atkins, Attn: Don Atkins, 300 Willow Valley Lakes Dr, Unit 212, Willow Street, Pennsylvania 17584 (affected claimant):

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 8th day of
March, 2013

/s/Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 41-4933172
Qualified in Nassau County
Commission Expires August 8, 2014