UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :   Chapter 11 Case No.
In re                                                        :
                                                             :   09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.*                         :
    f/k/a General Motors Corp., *et al.*,                    :
                                                             :   (Jointly Administered)
                                        Debtors.             :
                                                             :
------------------------------------------------------------ x

### ORDER EXPUNGING CLAIMS FILED BY
### MAJOR CADILLAC COMPANY, INC., THOMAS MORRISEY, AND
### PAMELA TAYLOR (CLAIM NUMBERS 63340, 25452, AND 59196, RESPECTIVELY)

Upon the notice of presentment and the application of the proposed order (the "**Proposed Order**") expunging claims filed by Major Cadillac Company, Inc., Thomas Morrisey, and Pamela Taylor (Claim Numbers 63340, 25452, and 59196, respectively), dated February 4, 2013, of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011; and due and proper notice of the Proposed Order having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought is in the best interests of the Debtors, their estates, creditors, and all parties in interest and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim Numbers 63340, 25452, and 59196 are disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March **12**, 2013
      New York, New York                          **s/ Robert E. Gerber**
                                                     United States Bankruptcy Judge