**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

Katie L. Weinstein
weinsteink@dicksteinshapiro.com



March 12, 2013

**Via Overnight Mail**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
Attention: Clerk

      Re:    Attorney Name Change

To Whom It May Concern:

    I am writing to notify you that my name has changed from Katie Leigh Cooperman to Katie Leigh Weinstein as a result of marriage on November 15, 2012. My attorney registration number is 4433371. Enclosed please find a copy of my marriage certificate for your records. Please do not hesitate to call with any questions or comments you may have.

           Very truly yours,

           */s/ Katie L. Weinstein*

           Katie L. Weinstein

Encl.