UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                            : Chapter 11
                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,            : Case No. 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*,       :
                                                 :
               Debtors.                          : (Jointly Administered)
                                                 :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 12, 2013, at the direction of Dickstein Shapiro LLP ("Dickstein"), attorneys for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

    - **Order Expunging Claims Filed by Major Cadillac Company, Inc., Thomas Morrisey, and Pamela Taylor (Claim Numbers 63340, 25452, and 59196, Respectively)** [Docket No. 12352].

3.  On March 12, 2013, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on Erica L. Davis, c/o Law Offices of Roger A. Geddes, Attn: Roger A. Geddes, Esq., 16211 N Scottsdale Rd, Suite 470, Scottsdale, Arizona 85254:

- **Letter from Anamay M. Carmel, Dickstein Shapiro, LLP to Roger Geddes, Law Offices of Roger A. Geddes, dated March 12, 2013, regarding scheduling of Hearing on Objection to Claim No. 71085**.

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 13th day of
March, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23rd, 2013

# EXHIBIT A

| | |
|---|---|
| MAJOR CADILLAC COMPANY, INC<br>DAVID W EDGAR<br>EDGAR LAW FIRM, LLC<br>1032 PENNSYLVANIA<br>KANSAS CITY, MO 64105 | MORRISEY, THOMAS<br>PERKINS & ASSOCIATES<br>30 LUCY ST<br>WOODBRIDGE, CT 06525-2214 |
| TAYLOR, PAMELA<br>2665 STRINGTOWN RD<br>P.O. BOX 305<br>OLNEY, IL 62450 | TAYLOR, PAMELA<br>C/O DONOVAN ROSE NESTER & JOLEY PC<br>ATTN JESSE L TRAUTMANN<br>8 EAST WASHINGTON ST<br>BELLEVUE, IL 62220 |