UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.*, | Case No.: 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY GUC TRUST, | |
| Plaintiff, | Adversary Proceeding Case No.: 12-09802 |
| v. | |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I, *et al.*, | |
| Defendants. | |

------------------------------------------------------------------------x

## REPORT OF MEDIATION

The Motors Liquidation Company GUC Trust, Green Hunt Wedlake, Inc., as trustee for General Motors Nova Scotia Finance Company, General Motors LLC, and the undersigned holders of notes of General Motors Nova Scotia Finance Company, by and through their respective undersigned counsel, hereby report that they participated in a mediation in connection with the above-captioned proceedings that has now concluded without the parties reaching a settlement.

Dated: New York, New York
March 18, 2013

Respectfully submitted,

| DICKSTEIN SHAPIRO LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| By: /s/ Eric B. Fisher<br>   Barry N. Seidel<br>   Eric B. Fisher<br>   Katie L. Weinstein<br>   Mary Kim (admitted *pro hac vice*)<br>1633 Broadway<br>New York, NY 10019-6708<br>Telephone: (212) 277-6500<br>Facsimile: (212) 277-6501<br><br>*Counsel for Motors Liquidation Company GUC Trust* | By: /s/ Sean E. O'Donnell<br>   Daniel H. Golden<br>   Sean E. O'Donnell<br>   Philip C. Dublin<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>*Counsel for Green Hunt Wedlake, Inc., as Trustee for General Motors Nova Scotia Finance Company* |
| KING & SPALDING LLP | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| By:    /s/ Arthur J. Steinberg<br>   Arthur J. Steinberg<br>   Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>*Counsel to General Motors LLC* | By:    /s/ Steven J. Reisman<br>   Steven J. Reisman<br>   Theresa A. Foudy<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559<br><br>*Counsel for dbX-Risk Arbitrage 1 Fund, Lyxor/Paulson International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners Enhanced, L.P. and Paulson Partners L.P.* |

GREENBERG TRAURIG, LLP

By: /s/ John H. Bae
    Bruce R. Zirinsky
    John H. Bae
    Gary D. Ticoll
    Paul T. Martin
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Counsel for Elliott Management Corporation, Fortress Investment Group LLC (and their managed fund entities), Morgan Stanley & Co. International PLC*