UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | TAMMY MATCHETT <br> MARK SMITH <br> WEIR BOWEN LLP <br> 10320 - 102 AVE NW EDMONTON AB T5J 4A1 CANADA |
| Claim Number (if known): | 60529 |
| Date Claim Filed: | 11/27/2009 |
| Total Amount of Claim Filed: | $22,910.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: MARCH 22/13

Print Name: DAN CAVANAGH

Title (if applicable): LAWYER   WEIR BOWEN LLP
500, 10320 - 102 AVE EDMONTON CANADA

1