UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
| | |
|---|---|
| In re                                                             : | Chapter 11 |
|                                                                   : | |
| MOTORS LIQUIDATION COMPANY, *et al.,*   : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*,            : | |
|                                                                   : | |
| Debtors.                                                   : | (Jointly Administered) |
|                                                                   : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss
COUNTY OF NASSAU       )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 21, 2013, at the direction of Dickstein Shapiro LLP, attorneys for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

- **Order Expunging Claims Filed by William Schadewald and Faye Tompach (Claim Numbers 5463 and 69451, Respectively)** [Docket No. 12358].

/s/ Kimberly Gargan<br>Kimberly Gargan

Sworn to before me this 22nd day of
March, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

SCHADEWALD, WILLIAM
SCHIBELL MENNIE & KENTOS LLC
PO BOX 2237
1806 HIGHWAY 35 SOUTH
OCEAN, NJ 07712-2237

TOMPACH, FAYE M  (DECEASED)
C/O LISA ST PIERRE, EXECUTOR
261 RACHAEL PLACE
PLEASANTON, CA 94566