20-March, 2013

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Betty E. Dalton
396 Walton Road
Radford, VA 24141

RE: Motors Liquidation Company, Case 09-50026 reg, , Betty E. Dalton, Claim #70180

In May 2012, I settled claim #70180 against MLC and was allowed $200,000. The settlement was to be in the form of GM stocks and warrants. To date, I have only received ~$15,000 of the allowed amount and upon inquiry to Wilmington Trust Company, Trust Administrator and Trustee for the Motors Liquidation Company GUC Trust, was informed that I had received full settlement based on pro rata share of stock and warrants - ~3.9 shares of New GM Stock, ~3.6 New GM $10.00 Warrants and ~ 3.6 New GM $18.33 Warrants per $1,000 of settlement. This equates to ~$196 per $1,000 totaling ~$39,200.

I am contacting you to understand how this is legal since the settlement was for $200,000 and if the court can assist me in receiving the agreed upon settlement. I am a widow dependent upon this settlement to assist in my living expenses and debt settlements from my husband's death. I recently had to sell my home to pay off long term debts. I would appreciate any support or advise you can provide.

Respectfully,

Betty E. Dalton

*Betty E. Dalton* (signature)