Dear Judge Robert E Gerber   2013

I wrote you back in 2011 on this matter you did not respond and at that time I toll you that you was wrong in your judgment I am going to give some scripture because God say test all things; hold fast to what is good I Thessalonians 5:21 that is to prove it by the words of God that is to say if any man is to judge any matter according to right or wrong it is to be buy God laws by his righteous judgment that why Christ come down to make one law so no man can be justified in his own righteousness Matthew 28:18 what you have done is in I Roman 1:17-32 and 2:1-12 and 31-19 in Luke 11:45-52 and Exodus 22:1-31 and Proverbs 6:5 Roman 10:1-5 now thee you have done and are done know even to day you all have grate money scheme going on bout that going come to and end now since you put your hands with them to take away my money now that debt is on you now you have to pay the debt  that how God look at this that his law and I only go by God laws not only that you are to pay me seven fourfold that is seven time that amount that God law that why I don't go against God rules, laws the repay is just to grate for me to pay now you have chose to pay me what is owed me plus interest I don't wont you to get this twisted I know eunuch of your law and god law to get ever dime of that or the seven time the money by the law of God's in your court's God have never lost a case nor his servant:  I give you 15 days to pay me; as all ways I thank you for your time.

Sin: Joe Richardson Sr.

**CERTIFIED MAIL**

Joe Richardson Sr.
P. O. Box 7006
Bloomfield MI 48302

7012 2210 0002 7589 8473

U.S. POSTAGE PAID
BLOOMFIELD TWP, MI
48302
MAR 22, '13
AMOUNT
$3.56
00049120-08

Att: judge Robert E. Gerber
Bankruptcy Court Southern District of New York
One Bowl Green New York, YK 10004

RECEIVED
MAR 25 2013
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

10004145934