March 27, 2013                                           BY CERTIFIED MAIL

Edward Jones Inc.
c/o Amy Eroh
20 Kimball Ave., suite 306
Burlington, VT  05403

and

Judge R.E. Gerber
New York Southern District Bankruptcy Court
One Bowling Green
New York, NY  10004

### RE: CLAIM FOR NOTE REPAYMENT OF $10 000 MINIMUM IN GM RE-STRUCTURING LITIGATION

Dear Edward Jones and Judge Gerber!

This is to object again to the replacing of my 200 RGM bonds, also called **secure** preferred shares or senior notes (CUSIP #370442758) with 19 new GM shares, 17 GM WSA warrants expiring on 07/10/2016, 17 GM WSB warrants expiring on 07/10/2019 and 5 MTLQU trust units.

I did not authorize any such "purchases", and my claim for repayment of the preferred RGM shares is still pending in the New York Southern District Bankruptcy Court.

I thank you for your attention to this matter and I trust that a resolution of all the issues raised by unpaid claimants will be forthcoming,

Sincerely,
Marianne Lisenko
P.O. Box 34132
Washington, DC 20043

Copy to:
David Vanaskey Vice President, Wilmington Trust
1100 Sq. North Market Street
Wilmington, Delaware 19890-1615

U.S. POSTAGE
PAID
WASHINGTON, D.C.
20001
MAR 29, 13
AMOUNT
$6.11
0006313

10004
1000
UNITED STATES POSTAL SERVICE

CERTIFIED MAIL

7012 3460 0000 5720 7479

Marianne Liscuko
P.O. Box 39132
Washington, D.C.
20043

Judge R.E. Gerber
NY Southern District Bankruptcy Court
One Bowling Green
New York, NY 10004

APR 1 2013