Barry N. Seidel
Eric B. Fisher
Katie L. Weinstein
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Plaintiff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                        Debtors.
------------------------------------------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF MOTORS LIQUIDATION COMPANY,

                                        Plaintiff,

against

JPMORGAN CHASE BANK, N.A., *et al.*,

                                        Defendants.
------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

Adversary Proceeding

Case No. 09-00504 (REG)

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746 and the Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures dated May 5, 2011 [Bankr. Case Dkt. No. 10183] (the "**Sixth Amended Case Management Order**"), the undersigned hereby certifies that:

DOCSNY-534632v1

1. On March 25, 2013, plaintiff in the above-captioned adversary proceeding filed and served the *Notice of Presentment of Order Further Extending Time to Serve Summons and Complaint* ("**Notice of Presentment**") [Bankr. Case Dkt. No. 12366, Adv. Pro. Dkt. No. 79].

2. The deadline for submitting objections or responses to the Notice of Presentment was April 8, 2013 at 12:00 p.m. (Eastern Time).

3. No objections or responses have been filed and served with respect to the Notice of Presentment.

4. An electronic copy of the proposed order that was annexed to the Notice of Presentment will be re-submitted to the Court, along with this Certificate of No Objection pursuant to the Sixth Amended Case Management Order.

Based on the foregoing, plaintiff respectfully requests that the proposed order be entered.

Dated: New York, New York
April 8, 2013

DICKSTEIN SHAPIRO LLP

BY:

/s/  Eric B. Fisher
Barry N. Seidel
Eric B. Fisher
Katie L. Weinstein
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Evan J. Zucker, hereby certify that on April 8, 2013, I caused a true and correct copy of the foregoing *Certificate of No Objection* to be served via United States First Class Mail on the parties listed below:

John M. Callagy
Nicholas J. Panarella
Martin A. Krolewski
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7898

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

Dated: New York, New York
April 8, 2013

/s/ Evan J. Zucker
Evan J. Zucker

DOCSNY-534632v1