PREET BHARARA
United States Attorney for the
Southern District of New York
DAVID S. JONES
NATALIE N. KUEHLER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2739
Facsimile: (212) 637-2730
Email: david.jones6@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* f/k/a/ GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| | Jointly Administered |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF LODGING OF PROPOSED**
**CONSENT DECREE AND SETTLEMENT AGREEMENT**
**REGARDING NATURAL RESOURCE DAMAGE CLAIMS FOR**
**THE ONONDAGA LAKE NPL SITE**

The United States of America hereby lodges with the Court a proposed Consent Decree and Settlement Agreement Regarding Natural Resource Damage Claims Between the Motors Liquidation Company GUC Trust, the United States of America, and the State of New York (the "NRD Settlement Agreement"). A copy of the NRD Settlement Agreement is attached hereto as Exhibit A, and has been executed by all parties.

The United States requests that the Court not approve the proposed Settlement Agreement at this time. Notice of the lodging of the proposed Settlement Agreement will be published in the

*Federal Register*, following which the United States Department of Justice will accept public comments on the proposed Settlement Agreement for a 30-day period. After the conclusion of the public comment period, the United States will file with the Court any comments received, as well as responses to the comments, and at that time, if appropriate, will request that the Court approve the proposed Settlement Agreement.

Dated:  New York, New York
        April 8, 2013

>                    PREET BHARARA
>                    United States Attorney for the
>                    Southern District of New York
>                    Attorney for the United States of America
>
> By:    /s/David S. Jones
>                    DAVID S. JONES
>                    NATALIE N. KUEHLER
>                    JAIMIE L. NAWADAY
>                    Assistant United States Attorneys
>                    86 Chambers Street, 3rd Floor
>                    New York, New York 10007
>                    Telephone:  (212) 637-2739
>                    Facsimile:  (212) 637-2730
>                    Email: david.jones6@usdoj.gov