

GM/MLC; RACER Trust
Maureen F. Leary
to:
helene_blum@nysb.uscourts.gov
04/09/2013 06:12 PM
Hide Details
From: "Maureen F. Leary" <Maureen.Leary@ag.ny.gov>

To: "helene_blum@nysb.uscourts.gov" <helene_blum@nysb.uscourts.gov>

Ms. Blum: I am writing on behalf of the States and Tribe in this matter to request leave to respond to the DIP Lenders Trust April 5 submission to the Court, which we are still considering, and to request a brief extension to submitting our response. We respectfully request until Monday, April 15 to respond because I will be out of State beginning tomorrow through Friday. Kindly advise if that extension is acceptable. Thank you. Maureen Leary

*[Handwritten annotations:]*

Endorsed Order: Granted.

States and Tribe are also to advise the Court if they have any objections to the RACER Trust proposed modifications.

S/ RG
USBJ
4/10/13

4/10/2013