UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                    )
                                                         )
MOTORS LIQUIDATION COMPANY, *et al.*,                    )
    f/k/a General Motors Corp., *et al.*               )    Chapter 11
                                                         )
                                                         )    09-50026 (REG)
             Debtors.                          )
                                                         )
                                                         )    (Jointly Administered)
                                                         )

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

DAVID J. LAWRENCE, being duly sworn, deposes and says:

1. I am employed by Dickstein Shapiro LLP, located at 1633 Broadway, New York, NY 10019.
2. I am not a party to this action.
3. I am over the age of 18.
4. I reside in Hoboken, New Jersey.

On April 12, 2013, at approximately 3:25 p.m., at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I served one (1) true and correct copy of the **Notice of Objection to Proof of Claim filed by Julie and David Brittingham (Claim No. 59867) [ECF No. 12388]** upon:

    Julie and David Brittingham
    (Attn: Tracy Klestadt)
    c/o Klestadt & Winters, LLP
    570 Seventh Avenue, 17th Floor
    New York, New York 10018

by delivering and leaving the above-referenced papers with Klestadt & Winters, LLP's receptionist, who informed me she is authorized to accept on Tracy Klestadt's behalf. The receptionist, who identified herself by only her first name, "Jamie," is described as a Caucasian female with blonde hair, approximately 30 years of age, approximately 5'2" tall, and weighing approximately 130 pounds.

                                                                      DAVID J. LAWRENCE

Sworn to before me this
15th day of April, 2013

_____
Notary Public

DENISE M PANDULLO
Notary Public, State of New York
No 01PA6232507
Qualified in Nassau County
Commission Expires 12/13/2014