Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**MOTORS LIQUIDATION COMPANY**, *et al.*, : 09-50026 (REG)
    f/k/a **General Motors Corp.**, *et al.* :
: 
                    Debtors. : (Jointly Administered)
: 
------------------------------------------------------------x

**NOTICE OF MODIFICATION TO EXHIBIT B TO THE**
**SECOND AMENDED ORDER PURSUANT TO**
**11 U.S.C. § 105(a) AND GENERAL ORDER M-390**
**AUTHORIZING IMPLEMENTATION OF ALTERNATIVE**
**DISPUTE PROCEDURES, INCLUDING MANDATORY MEDIATION**

**PLEASE TAKE NOTICE** that pursuant to the Second Amended Order Pursuant

to 11 U.S.C. § 105(a) and General Order M-390 (the "**ADR Order**") Authorizing

Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (the

"**ADR Procedures**") (ECF No. 11777), the GUC Trust hereby modifies Exhibit B to the

ADR Procedures (the "**Schedule of Mediators**") as reflected in the modified schedule of

mediators ("**Revised Exhibit B**") annexed hereto.[1]

---

[1] The ADR Order provides that "the GUC Trust from time to time may further modify the
Schedule of Mediators by filing a revised Schedule of Mediators with this Court." (*See*
ADR Order at 2 (ECF No. 11777).)

Dated: New York, New York
      April 15, 2013

/s/     Joseph H. Smolinksy
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
Company GUC Trust

**Revised Exhibit B**

**Schedule of Mediators**

**Dallas, Texas**

| Name | Experience |
|---|---|
| Burdin, Mary | Personal injury, products liability |
| Damuth, Brenda J. | Personal injury, products liability |
| Grissom, Jerry | Class actions, intellectual property, personal injury, products liability |
| Hale, Earl F. | Complex business disputes |
| Lopez, Hon. Carlos G. | Personal injury, products liability |
| Martin, Hon. Harlan | Complex business disputes, intellectual property, personal injury, products liability |
| Nolland, Christopher | Complex business disputes, class actions |
| Parker, Walter E. "Rip" | Intellectual property, personal injury, products liability, complex disputes |
| Pryor, Will | Personal injury, products liability, complex business disputes |
| Rubenstein, Kenneth J. | Personal injury, products liability, complex business disputes |
| Stoddard, Ross | Personal injury, products liability, complex business disputes |
| Young, James | Class actions, complex business disputes, insurance disputes, personal injury |

**New York, New York**

| Name | Experience |
|---|---|
| Carling, Francis | Products liability, personal injury |
| Cyganowski, Melanie | Complex business disputes |
| Farber, Eugene I. | Environmental, products liability |
| Feerick, Kevin | Complex business disputes, products liability |
| Holtzman, Eric H. | Products liability, environmental |
| Hyman, Ms. Chris Stern | Insurance disputes |
| Leber, Bernice K. | Complex business disputes |
| Levin, Jack P. | Class actions, breach of warranty claims, products liability |
| McLaughlin, Hon. Joseph T. | Complex business disputes, class actions |
| Silbermann, Hon. Jacqueline W. | Complex business disputes, products liability, personal injury, class actions |
| Woodin, Peter H. | Complex business disputes, environmental, products liability, personal injury, class actions |

**Detroit, Michigan**

| Name | Experience |
|---|---|
| Connor, Laurence D. | Complex business disputes |
| Harrison, Michael G. | Personal injury |
| Kaufman, Richard C. | Personal injury |
| Muth, Jon R. | Complex business disputes, class actions |
| Pappas, Edward H. | Complex business disputes, products liability |

**San Francisco, California**

| Name | Experience |
|---|---|
| Cahill, Hon. William J. | Complex business disputes, products liability, personal injury, class actions |
| Denver, Thomas | Products liability, personal injury |
| Infante, Hon. Edward A. | Complex business disputes |
| Komar, Hon. Jack | Products liability class actions, mass torts |
| Lynch, Hon. Eugene F. | Complex business disputes |
| McLean, William | Complex business disputes, products liability, personal injury |
| McPharlin, Linda Hendrix | Complex business disputes |
| Needham, Craig | Products liability, personal injury |
| Williams, John R. (Jack) | Products liability, personal injury |
| Wulff, Randall W. | Complex business disputes, products liability, class actions |

**Chicago, Illinois**

| Name | Experience |
|---|---|
| Anderson, Hon. Wayne R. | Complex business disputes, personal injury, products liability, class actions, mass torts |
| Cohn, Lynn | Personal injury, products liability, class actions |
| DiVito, Hon. Gino | Complex business disputes, products liability, personal injury |
| Ginn, Bradley R. | Complex business disputes, products liability, personal injury |
| Nudelman, Hon. Stuart A. | Complex business disputes, personal injury, products liability |
| Sullivan, Hon. James E. | Complex business disputes, personal injury, products liability, class actions |