

**RACER Trust**
Maureen F. Leary

to:
'gerber.chambers@nysb.uscourts.gov', helene_blum@nysb.uscourts.gov
04/15/2013 06:23 PM

Cc:
"cgarvey@racertrust.org", "Berz, David"

Hide Details
From: "Maureen F. Leary" <Maureen.Leary@ag.ny.gov>

To: "'gerber.chambers@nysb.uscourts.gov'" <gerber.chambers@nysb.uscourts.gov>, "helene_blum@nysb.uscourts.gov" <helene_blum@nysb.uscourts.gov>

Cc: "cgarvey@racertrust.org" <cgarvey@racertrust.org>, "Berz, David" <david.berz@weil.com>

*Endorsed Order:*
*Approved.*
*s/ REG*
*USBJ*
*4/16/2013*

Ms. Blum: Since last week, the States and Tribe have been working with the RACER Trust to jointly present a proposed order to the Court and we believe we reached an agreement in that regard today. We would like to give the DIP Lenders Trust the courtesy of our joint position before submitting it to the Court. I was unable to reach counsel for the DIP Lenders Trust this afternoon, however, and therefore respectfully request one more day to submit our response to the Court. We appreciate the Court's patience. Thank you. Maureen Leary

Maureen F. Leary
Toxics Section Chief
New York State Attorney General's Office
Environmental Protection Bureau
The Capitol
Albany, New York 12224-0341
(518) 474-7154