UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                          :   Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,      :
                                               :
                Debtors.                       :   (Jointly Administered)
                                               :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.     I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On April 12, 2013, at the direction of Dickstein Shapiro LLP, counsel to Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Julie and David Brittingham, c/o Intili & Groves Co., L.P.A., Thomas J. Intili, 130 West Second Street, Suite 310, Dayton Ohio 45402-1534 (counsel for the affected claimants), and by e-mail on the parties identified on Exhibit A annexed hereto (counsel for the affected claimants):

- **Notice of and Objection to Proof of Claim Filed by Julie and David Brittingham (Claim No. 59867)** [Docket No. 12388].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 16th day of
April, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

| | |
|---|---|
| JULIE AND DAVID BRITTINGHAM<br>C/O KLESTADT & WINTERS LLP<br>570 SEVENTH AVE FL 17TH<br>ATT TRACY KLESTADT & SAMIR GEBRAEL<br>NEW YORK, NY 10018-1624<br>email: SGEBRAEL@KLESTADT.COM; tklestadt@klestadt.com | JULIE AND DAVID BRITTINGHAM<br>INTILI & GROVES CO., L.P.A.<br>THOMAS J. INTILI<br>130 WEST SECOND STREET, SUITE 310<br>DAYTON, OH 45402-1534<br>email: tom@tjilaw.com |