Thomas E. Coughlin
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
Attorneys for MCM Management Corp.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------)
                                                        )
In re:                                                  )
                                                        )          Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.)*                   )          Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*                    )
                                                        )
                Debtors.                                )          (Jointly Administered)
                                                        )
_____                )

## REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

       JAFFE RAITT HEUER & WEISS, P.C. requests that the following attorney and email

address be removed from ECF notification, and requests that he no longer receive filings in this

case:

                Thomas E. Coughlin:   tcoughlin@jaffelaw.com


                                        JAFFE, RAITT, HEUER & WEISS,
                                        Professional Corporation


                                        By:____/s/__Thomas E. Coughlin_____
                                              Thomas E. Coughlin (P40561)
                                        Attorneys for MCM Management Corp.
                                        27777 Franklin Road, Suite 2500
                                        Southfield, MI 48034
                                        Phone:  (248) 351-3000
                                        Facsimile:  (248) 351-3082
                                        tcoughlin@jaffelaw.com


Dated:  April 17, 2013


2479665