Betty E. Dalton
396 Walton Road
Radford, VA 24141

April 15, 2013

RECEIVED
APR 18 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

VIA FIRST CLASS MAIL

Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019-6708

RE: Motors Liquidation Company, Case No. 09-50026-REG, Claim No 70180

In response to your letter dated April 3, 2013 regarding my allowed claim of $200,000, it was clear to me that I would not receive cash but stock and warrants in General Motors Company. Nowhere in the settlement was there a mention of "pro rata share" and the "Frequently Asked Questions" was not part of the settlement documents but only a list of questions received with required signature documents.

The settlement was for $200,000 and I have only received ~15% of the settlement. This is not acceptable to me and not based on the settlement agreement. I find it hard to believe that GMC would find this settlement acceptable when their product attributed to the death of my husband.

My original claim was for $2M which was much more appropriate for the death of my husband but was told by your office that if I did not accept the $200K, I would get nothing.

I will continue to pursue my full settlement for $200k with the Court due to the circumstances of the claim.

Regards,

*Betty E. Dalton*
Betty E. Dalton

Cc: The Honorable Robert E. Gerber