UNITED STATES DISTRICT COURT
SECOND CIRCUIT, NEW YORK

DANA H. FOX, PRO-SE )
APPELLANT )
)
V. ) DOCKET # 11-CV-9087
) MARCH 12, 2013
MOTORS LIQUIDATORS, ET AL ) DOCKET # 12-1798 bk
APPELLEE(S) )
)

MOTION FOR RECONSIDERATION
AND LATE ENTRY (IF NECESSARY) JUST RC'VD 4/9/13

IT APPEARS, ALTHOUGH THE COURT MENTIONS LAW OR FACT THAT THE COURT NEEDS TO RECOGNIZE NINE YEARS OF LITIGATION AS A FACTUAL BASIS OF COMPENSATION AND RELIEF: NINE YEARS OF LITIGATION IS NOT A "MOOT" ISSUE. [OR FRIVILOUS]

THE FACT THAT GENERAL MOTORS, INC. IS A REPEAT OFFENDER IS NOT A "MOOT" ISSUE. [OR FRIVILOUS]

A REVIEW OF PRO-SE'S BRIEF & APPENDIX EXEMPLIFIES THE PRESENCE OF FACT AND LAW AS DOES THE ENTIRE RECORD: RIGHT DOWN TO GENERAL MOTORS, INC. GOING TO BE HELD IN $CONTEMPT OF COURT FOR FAILURE TO ANSWER A COURT ORDERED SUBPOENA IN CIRCUIT COURT IN FLORIDA [FACT & LAW]: [GM-INC CHOSE BANKRUPTCY] TO AVOID.

MR. FOX PRO-SE MOTIONED THIS COURT AND THE QUESTION IS RAISED IN ALL COURTS INVOLVED OF, PREVIOUS LITIGATION [IN PAPER FILES] THAT MUST BE RECOGNIZED AS A FURTHER BASIS TO ESTABLISH FACT AND LAW; AND DOES NOT WARRANT A REFERENCE OF "FRIVILOUS" OR "MOOT". THIS ALLEGEDLY HONORABLE COURT CANNOT IGNORE THE SUBSTANCE OF THIS MATTER AS IT RISKS BEING "MOOT" BY IT'S LACK OF APPROPRIATE ACTION [SORRY]; AND ALSO RISKS $DERELICTION OF DUTY IN IT'S DISMISSAL.
WHEREFORE, THIS MOTION FOR RECONSIDERATION

I CERTIFY TRUE COPIES SENT TO
U.S. BANKRUPTCY COURT     BY U.S.
U.S. DISTRICT COURT         MAIL
WELL, GENERAL CHANGES FOR MOTORS
ON THIS DATE           LIQUIDATORS
4/9/13
D.H.F.

RESPECTFULLY SUBMITTED
D.H.F. PRO-SE
DANA H. FOX

UNITED STATES COURT OF APPEAL
SECOND CIRCUIT    NEW YORK

DANA H. FOX, PRO-SE ) DOCKET # 11 cv 9087
    APPELLANT )
 ) MARCH 12, 2013 DOCKET# 12-798bk
V. )
 )
MOTORS LIQUIDATORS, ET AL )
    APPELLEE(S) )

MOTION FOR A DIFFERENT TRIBUNAL
AND ADDENDUM TO
MOTION FOR RECONSIDERATION

RECEIVED APR 12 2013 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

MR. FOX PRO-SE FILES THIS MOTION FOR A DIFFERENT TRIBUNAL FOR THIS RECONSIDERATION TO <u>ENSURE IMPARTIALITY</u>.

IT IS ALSO NOTED, IN ADDENDUM, THAT THE COURT CANNOT IGNORE THE FACT THAT BANKRUPTCY COURT RECOGNIZED THE NEED TO <u>COMPENSATE</u> MR. FOX, PRO-SE FOR THE AUTOMOBILE IN QUESTION. HOW CAN THIS COURT REFUSE TO RECOGNIZE THAT ADDITIONAL RELIEF AND COMPENSATION IS JUST AS $DAMAGE$ AWARDS FOR TIME [AND ALL THE AGGRAVATION THAT GOES ALONG WITH TIME EXPENDITURE]...
§REPEAT OFFENSE OF → DESIGNING COMPLICATED FUNCTIONS IN AN AUTOMOBILE SO AS TO BE POTENTIALLY LIFE THREATENING.
§REPEAT OFFENSE OF MIS-MANAGING A MAJOR U.S & INTERNATIONAL CORPORATION TO THE POINT OF BANKRUPTCY [TO AVOID A COURT ORDERED SUBPOENA?]

WHEREFORE THIS MOTION FOR A DIFFERENT TRIBUNAL AS THE FIRST FAILED TO RECOGNIZE ITS <u>LEGAL</u> RESPONSIBILITY. AND THIS ADDENDUM IS ALSO SUBMITTED.

I CERTIFY THAT TRUE COPIES ARE SERVED BY U.S. MAIL TO:
U.S. BANKRUPTCY COURT
U.S. DISTRICT "
WEIL GOTSHALL MANGES FOR MOTORS LIQUIDATORS
ON THIS DATE 4/9/13
DHFx

RESPECTFULLY SUBMITTED
D H Fx, PRO-SE
DANA H. FOX " "

Fox
955 Mass Ave.
#155
Cambridge, Mass,
02139

U.S. Bankruptcy Court South
1 Bowling Green Rm. 534
N.Y., N.Y. 10004-1408

ATT: Judge Gerber

APR 12 2013

USM SDNY

U.S. POSTAGE PAID
BISHOP, CA 93514
APR 09 '13
AMOUNT $0.46
00067259-01

1000431400

CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:11-cv-09087-SAS
## Internal Use Only

Motors Liquidation Company et al v. Motors Liquidation Company
Assigned to: Judge Shira A. Scheindlin
Case in other court: USBC-SDNY, 09-B-50026 (REG)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 12/31/2011
Date Terminated: 03/26/2012
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

### In Re

**Motors Liquidation Company**
*formerly known as*
General Motors Corporation

### Debtor

**Motors Liquidation Company**
*formerly known as*
General Motors Corporation

### Appellant

Dana H. Fox                                    represented by   Dana H. Fox
                                                                1500A Lafayette Rd.
                                                                #192
                                                                Portsmouth, NH 03801
                                                                PRO SE

V.

### Appellee

**Motors Liquidation Company**                  represented by   Joseph H. Smolinsky
*formerly known as*                                              Weil, Gotshal & Manges LLP
General Motors Corporation                                       767 Fifth Avenue
                                                                 New York, NY 10153
                                                                 (212) 310-8767
                                                                 Fax: (212) 310-8007
                                                                 Email: joseph.smolinsky@weil.com
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

U.S. BANKRUPTCY COURT -
CHAPTER 11 CASE NOS. NEW CASE NUMBERS HERE
DEBTOR: MAJESTIC CAPITAL LTD., 2515 SOUTH ROAD P.O. BOX 1999, POUGHKEEPSIE, NY 12601
ATTORNEY: Attorney's name and address, ,    ATTN:
PAGE: 172
CLAIMS REGISTER AS OF 03/12/13
CASE FILE DATE: 04/29/11

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 11-36 | LORETTO HEALTH AND REHABILITATION CENTER<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01412 | 2,639,152.35 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | PHELPS MEMORIAL HOSPITAL CENTER<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01413 | 686,316.38 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | LORETTO HEALTH SUPORT, LLC<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01414 | 65.31 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | REGIS CARE CENTER, LLC<br>DBA ROFAY NURSING HOME; LINDA CLARK, ESQ<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01415 | 1,390,671.71 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | LORETTO MANAGEMENT CORPORATION<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01416 | 2,571,636.62 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | OZONE ACQUISITION, LLC<br>DBA CENTRAL ISLAND HEALTH CARE<br>HISCOCK & BARCLAY, LLP; LINDA CLARK<br>80 STATE STREET<br>ALBANY, NY 12207 | 01417 | 838,936.56 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | RIVER MANOR CORP.<br>DBA RIVER MANOR HEALTH RELATED FACILITY<br>HISCOCK & BARCLAY, LLP; LINDA CLARK<br>80 STATE STREET<br>ALBANY, NY 12207 | 01418 | 249,315.07 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | LORETTO REST RESIDENTIAL HEALTH CARE FAC<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01419 | 4,449,943.63 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

| 12/13/2011 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert E. Gerber Bankruptcy Court Case Numbers: 09-B-50026 (REG). Certified copies of file received.Document filed by Dana H. Fox. Appellant Brief due by 1/3/2012.(bkar) (Entered: 12/13/2011) |
|---|---|---|
| 12/13/2011 | 2 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert E. Gerber amending 1 Bankruptcy Appeal,.Document filed by Dana H. Fox. Appellant Brief due by 12/27/2011. Related document: 1 Bankruptcy Appeal, filed by Dana H. Fox.(bkar) (Entered: 12/13/2011) |
| 12/13/2011 |  | Mailed letter to the United States Bankruptcy Court - Southern District of New York as notification of filing of Bankruptcy Notice of Appeal (Case Number: 09-B-50026 (REG).) with the U.S.D.C. - S.D.N.Y. and the assignment of S.D.N.Y. Case Number: 11-cv-9087. (ama) (Entered: 12/13/2011) |
| 12/13/2011 |  | Mailed notice to the attorney(s) of record. (ama) (Entered: 12/13/2011) |
| 02/06/2012 | 3 | MOTION for Leave to Proceed in forma pauperis. MOTION for late entry Document filed by Dana H. Fox.(js) (Entered: 02/16/2012) |
| 02/06/2012 | 4 | MOTION for Late Entry (Toll Statute of Limitations) and Motion to Proceed In Forma Pauperis. Document filed by Dana H. Fox.(mro) (Entered: 02/17/2012) |
| 02/21/2012 | 5 | ORDER: The appellee may have until March 7, 2012, in which to oppose the motions. The appellant may have until March 16, 2012, in which to submit a reply, if any. These dates are fixed and not subject to adjournment for any reason. Responses due by 3/7/2012 Replies due by 3/16/2012. (Signed by Judge Shira A. Scheindlin on 2/17/2012) (ft) (Entered: 02/21/2012) |
| 03/07/2012 | 6 | MEMORANDUM OF LAW in Opposition re: 3 MOTION for Leave to Proceed in forma pauperis. MOTION for late entry and to proceed in forma pauperis., 4 MOTION for Late Entry (Toll Statute of Limitations) and Motion to Proceed In Forma Pauperis.. Document filed by Motors Liquidation Company. (Smolinsky, Joseph) (Entered: 03/07/2012) |
| 03/13/2012 | 7 | ORDER: Appellant Dana H. Fox, proceeding pro se, has filed motions to proceed in forma pauperis and for late entry (toll statute of limitations). As required in the February 21, 2012 Order, the appellee filed its opposition to the motions on March 7, 2012. Because the mailing of the February 21, 2012 Order to appellant was returned to sender, the appellant may now have until March 23, 2012, in which to submit a reply, if any. Replies due by 3/23/2012. (Signed by Judge Shira A. Scheindlin on 3/13/2012) (ft) (Entered: 03/13/2012) |
| 03/26/2012 | 8 | MEMORANDUM OPINION AND ORDER: #101626 According to OM, Fox can still receive much of the money that he claims is owed to him by returning to the Bankruptcy Court. He is encouraged to follow this procedure. Because it is untimely, Fox's appeal is denied. The Clerk of the Court is directed to close these motions [Docket Nos. 3 and 4] and this case and return it to the Bankruptcy Court for resolution. (Signed by Judge Shira A. Scheindlin on 3/26/2012) (rdz) Modified on 3/30/2012 (jab). (Entered: 03/27/2012) |

U.S. BANKRUPTCY COURT -
CHAPTER 11 CASE NOS. NEW CASE NUMBERS HERE
DEBTOR: MAJESTIC CAPITAL, LTD., 2515 SOUTH ROAD P.O. BOX 1999, POUGHKEEPSIE, NY 12601

CLAIMS REGISTER AS OF 03/12/13

PAGE: 173
CASE FILE DATE: 04/29/11
ATTORNEY: Attorney's name and address,    ATTN:

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 11-36 | PHELPS MEMORIAL HOSPITAL CENTER<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01420 | 686,316.38 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | RIVERHEAD CARE CENTER LLC<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01421 | 1,503,390.30 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | ROSS HEALTH CARE CENTER, INC.<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01422 | 277,354.69 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | MADISON YORK ASSISTED LIVING COMM. LLC<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01423 | 114,641.75 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | MADISON YORK ASSISTED LIVING PROGRAM<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01424 | 69,189.27 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | REGEIS CARE CENTER LLC<br>DBA ROPAY NURSING HOME; LINDA CLARK, ESQ<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01425 | 1,390,671.71 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | RWB CORP.<br>DBA PORT CHESTER NURSING & REHAB CENTER<br>HISCOCK & BARCLAY, LLP; LIND CLARK ESQ<br>80 STATE STREET<br>ALBANY, NY 12207 | 01426 | 620,483.10 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |
| 11-36 | MICHAEL TENENBAUM DBA RESORT NURSING HM<br>LINDA CLARK, ESQ.<br>HISCOCK & BARCLAY, LLP<br>80 STATE STREET<br>ALBANY, NY 12207 | 01427 | 476,225.22 CLAIMED UNSECURED<br>**** WITHDRAWN **** | 09/29/11<br>09/11/12 | DOCKET NUMBER: 454 |

EPIQ BANKRUPTCY SOLUTIONS, LLC