*5/23/2013*

*Chapter II Case no*
*09-50026 (REG)*
*Docket 4079*
*Claim #68057-68058*


Dear Judge Robert E. Gerber


As I was doing some research I came across this information about GM over paying a
hedge fun as a son of Christ I have been tough to know the deferent between right and
wrong not by the world teaching's but by God's now some say God is wonderful and do
not know what it mend but I say he is wonderful he uncover the littlest thing that some
one try to hid you see that why I have faith in Christ he is going to do what he say all I
have to do is have faith in him; I do it may not be much but I do when you do wrong it
will come back to hunt you know matter how big or small it my be you will give and
account of it and how I look at this God is give you another chance to get it right before
he pass judgment on you for what you have done to me and all the other as well and
believe you me what I wrote in the first letter to you God will make you pay that and
more because you maid yourself Judge over God blessing to me and other as well God
dint make you lord over his inheriting to all mankind of this world  man did look if thank
this is a joke not at all this is the letter that I wrote to general Motor Rick Wagner every
thing in that letter have and will happen sooner or latter God do not lie now you may
make him a liar through your way of doing thing's or your disobedience to him and that
my friend is danger's place to be with God I know I have been there and seen it as well as
I said in the last letter I give you 15 days to make this restitution as always may God
bless you in your disunion I Wont you to understand there is to Gods one is God and the
other is Satan and you have listing to one that is Satan there is only one lift you need to
listing to?

Sin: Joe Richardson Sr.

Dear: Rick Waggener

I come to you as a servant of Christ.

If someone told me that my company would lose a big sum of money and it happened, then told me that I would lose my job and that God was going to take it from me and it happened as well I would thank that it was time to take this man serious by now.  I see it dose not seem to bother you because if it did you would have contacted me by now. That's fine, since you want to be stubborn as pharaoh was God will not be done with you yet.  God is showing me how he is going to expose everything about GM to the public, from Roger Smith up to you and as I told you before, God is going to take everything you have; he will take it from them as well. If you had paid me, you would not have gone though as much.  You have one more chance so you make the call just as pharaoh did in Egypt.  He was wrong so let's see; the ball is in your court?

I have to tell you this, I had these letter ready weeks ago but it was not time for me to send it out yet. God showed me that he is going let you and the company self-destruct the cars that they are alienating now.  This doesn't have to be, but until you recognize God and that he is talking to man-kind today just as he did thousands of years ago, he is still in the punishing business and if you donâ€™t tell them what I told you and let this company go down to nothing God is going make you pay for that as well.

God is talking are you listing? This may be your last call, the last time you hear from me and that I give my phone number.

Home 248-332-7256

Cell 248-505-1003

Dear rick Waggener

I tray to appeal to your good sent are some one that wood lasting to wisdom a man of god and I know that you are not use to this kin of talk are wisdom but god have men out there now whiter you believe it are not it wont change I gave you warning and I gave you example as well but this time I am going to give you book and chapter verse so you can read for your self Romans 15:4 and acts 26:28,29 and acts 27:9,10 and Ezekiel 2:1-10, 3:1-28, Romans 15:4 the word of god will not change for you are me if you are a company have taking any thing by any mean frame any one person large are small we all will pay that debt one way are another god will make sure of that now the thing I toll you before have come to pass let me not sugar cot this in my last letter I wrote to you I explain a lot of thing to you and you deadening listing to me then and sent two men out to my house and did not like that you put them in danger and me as well but like I toll before god fight my battles now the thing that I am a fared of is for you that god mike take your power and the company as well away frame you I can see that coming now you see you are looking at that you are obeying me not the fact that you are obeying god you need to heed the warning look I do not wont to see you end up like some of those that god dial with bible time were end up with nothing don't you think for one moment god wont put you in a shape that you will be dig trough trash for your next meal. God have warren you already he toke 48 billion form your company and I toll you that before it happen let me tell you this it do not matter ho you go to. To get help god steel gonging to do to you that he will to do that is in his word that why said my word will not return unto voided you see your god is man my god is god all mighty that ho I look to for help in time of need they can loan you all the money they won to it not gonging change A thing god can put this hole unite state in same shape you in matter of fact it is all most there as I spike now if listing and do with what I as you to do in first letter you might jest save yourself and the company A lot of Greif now god gonging to take the power the you have away from you even if you pay me or not why because you dig not listing to him and me the first time look I am not write this letter to make you mad but one thing you should know if you and your corporation did not owe me this money I wood not be writing you this letter so the chose is your. God is talking are you listing. I am willing to work with on this matter so can call me at this number 248-505-1003

sincerely: Joe Richardson sir