UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                    : Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.,*                    : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.,*                :
                                                         :
                    Debtors.                             : (Jointly Administered)
                                                         :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On April 18, 2013, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Walter J Lawrence, 2609 N Forest Ridge Blvd, #103, Hernando Florida 34442 (an affected party):

- **Supplemental Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers)** [Docket No. 12399].

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 22nd day of
April, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013