**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                    :    Case No. 09-50026 (REG)
:
GENERAL MOTORS CORPORATION, et al.,      :    Chapter 11
:
                    Debtors.             :
-----------------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearances of Jeffrey N. Rich and Eric T. Moser and the firm of K&L Gates LLP as counsel for PPG Industries, Inc. ("PPG") in the above matter. PPG no longer requires notice of actions in this case.

                                    Respectfully submitted,

Dated: New York, New York           K&L GATES LLP
       April 25, 2013

                                    By:    /s/ John A. Bicks
                                           John A. Bicks, Esq.
                                           599 Lexington Avenue
                                           New York, NY 10022-6030
                                           (212) 536-3900 (telephone)
                                           (212) 536-3901 (facsimile)

                                    Counsel for PPG Industries, Inc.