

In Re Motors Liquidation - GM Bankruptcy
Linda Ayotte
to:
'Gerber.Chambers@nysb.uscourts.gov'
04/26/2013 04:20 PM
Cc:
"Maureen F. Leary"
Hide Details
From: Linda Ayotte <Linda.Ayotte@ag.ny.gov>

To: "'Gerber.Chambers@nysb.uscourts.gov'" <Gerber.Chambers@nysb.uscourts.gov>

Cc: "Maureen F. Leary" <Maureen.Leary@ag.ny.gov>

1 Attachment



image001.gif

Dear Judge Gerber:

I spoke with Helene Blum this afternoon and she suggested that I send a short email describing the reason for my call. Maureen Leary, Assistant Attorney General assigned to the GM matter has been out of the office this week due to health issues and kindly requests an extension in the above referenced matter.

Linda S. Ayotte
NYS Office of the Attorney General
Environmental Protection Bureau
The Capitol
Albany, New York 12224
P: 518-473-3105
F: 518-473-2534

Endorsed Order:
Request will be granted if not too long. But NYS AG must advise what it has in mind.
S/REG
USBJ
4/29/13

file:///C:/Users/hblum/AppData/Local/Temp/notes87944B/~web6804.htm    4/29/2013