

RACER Trust
Maureen F. Leary
to:
'gerber.chambers@nysb.uscourts.gov', helene_blum@nysb.uscourts.gov
04/29/2013 05:29 PM
Cc:
"Berz, David", "Steven Eichel (seichel@crowell.com)", "cgarvey@racertrust.org"
Hide Details
From: "Maureen F. Leary" <Maureen.Leary@ag.ny.gov>

To: "'gerber.chambers@nysb.uscourts.gov'" <gerber.chambers@nysb.uscourts.gov>, "helene_blum@nysb.uscourts.gov" <helene_blum@nysb.uscourts.gov>

Cc: "Berz, David" <david.berz@weil.com>, "Steven Eichel (seichel@crowell.com)" <seichel@crowell.com>, "cgarvey@racertrust.org" <cgarvey@racertrust.org>

Dear Judge Gerber and Ms. Blum: Thank you for your courtesy in extending the time for the States and Tribe to respond to the latest proposal from the DIP Lenders Trust. I believe that Wednesday, May 1st should provide the parties with sufficient time to address it. Please advise if that is acceptable to the Court. Thank you.
Maureen Leary

Maureen F. Leary
Toxics Section Chief
New York State Attorney General's Office
Environmental Protection Bureau
The Capitol
Albany, New York 12224-0341
(518) 474-7154

Entered Order:
This is OK.
S/REG
USBJ
4/30/13