**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

------------------------------------------------------------

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK   )

Renea Gargiulo, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 30th day of April, 2013, I served a copy of:

- NOTICE OF FILING OF ANNUAL REPORT AND ACCOUNT OF THE MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2012, and

- ANNUAL REPORT AND ACCOUNT OF THE MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2012

by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon the attached service list.

                                                                            */s/Renea Gargiulo*
                                                                            Renea Gargiulo

Sworn to and subscribed before me this
30th day of April, 2013

*/s/Thomas S. Szaniawski*
Notary Public

## Service List

John D. Cooney, Esq.
Cooney and Conway
120 N. LaSalle Street, 30th Fl.
Chicago, IL 60602-6412
Fax: (312) 551-6759

Steven Kazan, Esq.
Kazan, McClain, Lyons, Greenwood
& Harley, PLC
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607

Perry Weitz, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Hon. Dean M. Trafelet (Ret.)
50 West Schiller
Chicago, IL 60610

Hon. Dean M. Trafelet
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Andrew Kress, LLP
Kaye Scholer
425 Park Avenue
New York, NY  10022-3598