1 | Crystal Riddle
Pro Se Claimant #59324
2 | c/o Barbe Law Office
Suite 500, Fernwell Bldg.
3 | 505 W. Riverside Ave.
Spokane, WA  99201-0500
4 | Telephone:  (509) 252-5050
Facsimile:  (888) 623-0192

5

6

7

8

9 | **UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

10

**In re:**                                                          **Chapter 11 Case No.**

11

**MOTORS LIQUIDATION COMPANY,** *et al.,*        **09-50026(REG)**
12 |       *f/k/a General Motors Corp., et al.*
                                                          **(Jointly Administered)**
13 |            **Debtors.**

14

15 | **CLAIMANT, CRYSTAL RIDDLE'S, OBJECTION TO**
**EXPUNGEMENT OF HER CLAIM**

16

CRYSTAL RIDDLE, claimant #59324, objects to the expungement of her claim.

17

Claimant requests her claim not be expunged.  Claimant did not inform the GUC Trust that she is

18

not seeking a recovery.  To the contrary, Claimant does not wish to withdraw her claim.

19

Moreover, Claimant has not failed to respond to the GUC Trust's inquiries as to whether

20

Claimant intends to pursue or resolve its claim.  Claimant intends to pursue her claim and would

21

welcome a fair resolution.

22

23

24

CLAIMANT, CRYSTAL RIDDLE'S, OBJECTION TO
EXPUNGEMENT OF HER CLAIM
Page 1 of 5

RECEIVED
APR 29 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1    In conclusion, Claimant requests that her claim not be expunged.

2    DATED ther __26th__ day of _____April___, 2013.

3

4    _____
     Crystal Riddle

5    Pro Se Claimant #59324
     c/o Barbe Law Office

6    Suite 500, Fernwell Bldg.
     505 W. Riverside Ave.

7    Spokane, WA  99201-0500
     Telephone: (509) 252-5050

8    Facsimile: (888) 623-0192

9                          CERTIFICATE OF SERVICE

10

11   I HEREBY CERTIFY that on the __26th__ day of __April__, 2013, I caused to be served a
     true and correct copy of the foregoing document to the following:

12         _____ Hand Delivery          The Honorable Robert E. Gerber
           _____ U.S. Mail              Court Room 523
13         __X__ Overnight Mail           United States Bankruptcy Judge
           _____ Fax Transmission       One Bowling Green
14         _____ Electronic filing      New York, NY 10004-1408

15         _____ Hand Delivery          Barry N. Seidel and
           __X__ U.S. Mail                Shaya M. Berger
16         _____ Overnight Mail         Dickstein Shapiro, LLP
           __X__ Fax Transmission         1633 Broadway
17         _____ Electronic filing      New York, NY  10019-6708
                                          Facsimile:  212.277.6501
18
                                          Attorney's for GUC Trust
19
           _____ Hand Delivery          Thomas Morrow
20         __X__ U.S. Mail                c/o Motors Liquidation Co.
           _____ Overnight Mail         401 South Old Woodward Ave., Ste. 370
21         _____ Fax Transmission       Birmingham, MI 48009
           _____ Electronic filing

22

23

24   CLAIMANT, CRYSTAL RIDDLE'S, OBJECTION TO
     EXPUNGEMENT OF HER CLAIM
     Page 2 of 5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

_____ Hand Delivery          Lawrence S. Buonomo
___X__ U.S. Mail               General Motors, LLC
_____ Overnight Mail         400 Renaissance Center
_____Fax Transmission        Detroit, MI 48265
_____ Electronic filing


_____ Hand Delivery          John J. Rapisardi
___X__ U.S. Mail               Cadwalader, Wickersham & Taft LLP
_____ Overnight Mail         One World Financial Center
_____Fax Transmission        New York, NY 10281
_____ Electronic filing

                               Attorneys for the Dept. of Treasury


_____ Hand Delivery          Joseph Samaria
___X__ U.S. Mail               U.S. Dept. of the Treasury
_____ Overnight Mail         1500 Pennsylvania Ave., NW
_____Fax Transmission        Room 2312
_____ Electronic filing      Washington, D.C. 20220


_____ Hand Delivery          Michael J. Edelman and
___X__ U.S. Mail               Michael L. Schein
_____ Overnight Mail         Vedder Price, P.C.
_____Fax Transmission        1633 Broadway, 47th Floor
_____ Electronic filing      New York, NY 10019


                               Attorneys for Export Development Canada


_____ Hand Delivery          Thomas Moers Mayers,
___X__ U.S. Mail               Robert Schmidt,
_____ Overnight Mail         Lauren Macksound and
_____Fax Transmission        Jennifer Sharret
_____ Electronic filing      Kramer, Levin, Naftalis and Frankel, LLP
                               1177 Avenue of the Americas
                               New York, NY 10036


                               Attorneys for the Statutory Committee of
                               Unsecured Creditors


_____ Hand Delivery          Tracy Hope Davis
___X__ U.S. Mail               Office of the U.S. Trustee
_____ Overnight Mail         SoutHern District of New York
_____Fax Transmission        33 Whitehall Street, 21st Floor
_____ Electronic filing      New York, NY 10004


CLAIMANT, CRYSTAL RIDDLE'S, OBJECTION TO
EXPUNGEMENT OF HER CLAIM
Page 3 of 5

1

2  _____ Hand Delivery        David S. Jones and
   __X__ U.S. Mail             Natalie Kuehler
   _____ Overnight Mail       U.S. Attorneys Office
3  _____ Fax Transmission     S.D.N.Y.
   _____ Electronic filing    Third Floor
4                              86 Chambers Street
                               New York, NY  10007
5
   _____ Hand Delivery        Elihu Inselbuch and
6  __X__ U.S. Mail             Rita C. Tobin
   _____ Overnight Mail       Caplin and Drysdale
7  _____ Fax Transmission     375 Park Ave., 35th Floor
   _____ Electronic filing    New York, NY  10152-3500
8
   _____ Hand Delivery        Trevor W. Swett III and
9  __X__ U.S. Mail             Kevin C. Maclay
   _____ Overnight Mail       One Thomas Circle, N.W., Ste. 1100
10 _____ Fax Transmission     Washington, D.C.  2005
   _____ Electronic filing
11                             Attorneys for the Official Committee of Unsecured
                               Creditors holding asbestos-related claims
12
   _____ Hand Delivery        Sander L. Esserman and
13 __X__ U.S. Mail             Robert T. Brousseau
   _____ Overnight Mail       Stutzman, Bromberg, Esserman and Plifka
14 _____ Fax Transmission     2323 Bryan St., Ste. 2200
   _____ Electronic filing    Dallas, TX  75201
15
                               Attorneys for Dean M. Trafelet for Future Asbestos
16                             Claimants

17 _____ Hand Delivery        Keith Martorana
   __X__ U.S. Mail             Gibson, Dunn and CrutcHer, LLP
18 _____ Overnight Mail       200 Park Ave., 47th Floor
   _____ Fax Transmission     New York, NY  10166
19 _____ Electronic filing
                               Attorneys for Wilmington Trust Company
20

21

22

23

24 CLAIMANT, CRYSTAL RIDDLE'S, OBJECTION TO
   EXPUNGEMENT OF HER CLAIM
   Page 4 of 5

1

2      _____ Hand Delivery       Anna Phillips
       __X__ U.S. Mail             FTI Consulting
       _____ Overnight Mail       One Atlantic Center
3      _____ Fax Transmission     1201 W. Peachtree St., Ste. 500
       _____ Electronic filing    Atlanta, GA 30309

4
                                   GUC Trust Monitor and Avoidance Trust Monitor
5
       _____ Hand Delivery        Michael V. Blumenthal
6      __X__ U.S. Mail             Crowell and Moring, LLP
       _____ Overnight Mail       590 Madison Ave., 19th Floor
7      _____ Fax Transmission     New York, NY 10022-2524
       _____ Electronic filing

8                                  Attorneys for the RACER Trust

9      _____ Hand Delivery        Kirk P. Watson
       __X__ U.S. Mail             2301 Woodlawn Blvd.
10     _____ Overnight Mail       Austin, TX  78703
       _____ Fax Transmission
11     _____ Electronic filing    Asbestos Trust Administrator

12

13

14                                 _Crystal Riddle_____
                                   Crystal Riddle
15

16

17

18

19

20

21

22

23

24     CLAIMANT, CRYSTAL RIDDLE'S, OBJECTION TO
       EXPUNGEMENT OF HER CLAIM
       Page 5 of 5