Daniel Anderson
Pro Se Claimant #59325
c/o Barbe Law Office
Suite 500, Fernwell Bldg.
505 W. Riverside Ave.
Spokane, WA 99201-0500
Telephone: (509) 252-5050
Facsimile: (888) 623-0192

UNITED STATES BANKRUPTCY COURT
SOUTHISN DISTRICT OF NEW YORK

In re:

MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a *General Motors Corp., et al.*

Debtors.

Chapter 11 Case No.

09-50026(REG)

(Jointly Administered)

### CLAIMANT, DANIEL ANDERSON'S, OBJECTION TO EXPUNGEMENT OF HIS CLAIM

DANIEL ANDERSON, claimant #59325, objects to the expungement of his claim. Claimant requests his claim not be expunged. Claimant did not inform the GUC Trust that he is not seeking a recovery. To the contrary, Claimant does not wish to withdraw his claim.

Moreover, Claimant has not failed to respond to the GUC Trust's inquiries as to whether Claimant intends to pursue or resolve its claim. Claimant intends to pursue his claim and would welcome a fair resolution.

RECEIVED APR 29 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

In conclusion, Claimant requests that his claim not be expunged.

DATED this __26th__ day of _____April____, 2013.

*[signature: Daniel Anderson]*

Daniel Anderson
Pro Se Claimant #59325
c/o Barbe Law Office
Suite 500, Fernwell Bldg.
505 W. Riverside Ave.
Spokane, WA  99201-0500
Telephone:  (509) 252-5050
Facsimile:  (888) 623-0192

### CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on the __26th__ day of ____April____, 2013, I caused to be served a true and correct copy of the foregoing document to the following:

| | |
|---|---|
| _____ Hand Delivery | The Honorable Robert E. Gerber |
| _____ U.S. Mail | Court Room 523 |
| __X__ Overnight Mail | United States Bankruptcy Judge |
| _____ Fax Transmission | One Bowling Green |
| _____ Electronic filing | New York, NY 10004-1408 |
| | |
| _____ Hand Delivery | Barry N. Seidel and |
| __X__ U.S. Mail | Shaya M. Berger |
| _____ Overnight Mail | Dickstein Shapiro, LLP |
| __X__ Fax Transmission | 1633 Broadway |
| _____ Electronic filing | New York, NY  10019-6708 |
| | Facsimile: 212.277.6501 |
| | |
| | Attorney's for GUC Trust |
| | |
| _____ Hand Delivery | Thomas Morrow |
| __X__ U.S. Mail | c/o Motors Liquidation Co. |
| _____ Overnight Mail | 401 South Old Woodward Ave., Ste. 370 |
| _____ Fax Transmission | Birmingham, MI 48009 |
| _____ Electronic filing | |

CLAIMANT, DANIEL ANDERSON'S, OBJECTION
TO EXPUNGEMENT OF HIS CLAIM
Page 2 of 5

1

_____ Hand Delivery          Lawrence S. Buonomo
2     __X__ U.S. Mail              General Motors, LLC
_____ Overnight Mail         400 Renaissance Center
3     _____Fax Transmission        Detroit, MI 48265
_____ Electronic filing
4

_____ Hand Delivery          John J. Rapisardi
5     __X__ U.S. Mail              Cadwalader, Wickersham & Taft LLP
_____ Overnight Mail         One World Financial Center
6     _____Fax Transmission        New York, NY  10281
_____ Electronic filing
7                                   Attorneys for the Dept. of Treasury

8     _____ Hand Delivery          Joseph Samaria
__X__ U.S. Mail              U.S. Dept. of the Treasury
9     _____ Overnight Mail         1500 Pennsylvania Ave., NW
_____Fax Transmission        Room 2312
10    _____ Electronic filing      Washington, D.C.  20220

11    _____ Hand Delivery          Michael J. Edelman and
__X__ U.S. Mail              Michael L. Schein
12    _____ Overnight Mail         Vedder Price, P.C.
_____Fax Transmission        1633 Broadway, 47th Floor
13    _____ Electronic filing      New York, NY  10019

14                                  Attorneys for Export Development Canada

15    _____ Hand Delivery          Thomas Moers Mayers,
__X__ U.S. Mail              Robert Schmidt,
16    _____ Overnight Mail         Lauren Macksound and
_____Fax Transmission        Jennifer Sharret
17    _____ Electronic filing      Kramer, Levin, Naftalis and Frankel, LLP
1177 Avenue of the Americas
18                                  New York, NY  10036

19                                  Attorneys for the Statutory Committee of
Unsecured Creditors
20
_____ Hand Delivery          Tracy Hope Davis
21    __X__ U.S. Mail              Office of the U.S. Trustee
_____ Overnight Mail         SoutHisn District of New York
22    _____Fax Transmission        33 Whitehall Street, 21st Floor
_____ Electronic filing      New York, NY  10004
23

24    CLAIMANT, DANIEL ANDERSON'S, OBJECTION
TO EXPUNGEMENT OF HIS CLAIM
Page 3 of 5

|   |   |
|---|---|
| ____ Hand Delivery | David S. Jones and |
| _X_ U.S. Mail | Natalie Kuehler |
| ____ Overnight Mail | U.S. Attorneys Office |
| ____ Fax Transmission | S.D.N.Y. |
| ____ Electronic filing | Third Floor |
|   | 86 Chambers Street |
|   | New York, NY  10007 |

|   |   |
|---|---|
| ____ Hand Delivery | Elihu Inselbuch and |
| _X_ U.S. Mail | Rita C. Tobin |
| ____ Overnight Mail | Caplin and Drysdale |
| ____ Fax Transmission | 375 Park Ave., 35th Floor |
| ____ Electronic filing | New York, NY  10152-3500 |

|   |   |
|---|---|
| ____ Hand Delivery | Trevor W. Swett III and |
| _X_ U.S. Mail | Kevin C. Maclay |
| ____ Overnight Mail | One Thomas Circle, N.W., Ste. 1100 |
| ____ Fax Transmission | Washington, D.C.  2005 |
| ____ Electronic filing |   |

Attorneys for the Official Committee of Unsecured Creditors holding asbestos-related claims

|   |   |
|---|---|
| ____ Hand Delivery | Sander L. Esserman and |
| _X_ U.S. Mail | Robert T. Brousseau |
| ____ Overnight Mail | Stutzman, Bromberg, Esserman and Plifka |
| ____ Fax Transmission | 2323 Bryan St., Ste. 2200 |
| ____ Electronic filing | Dallas, TX  75201 |

Attorneys for Dean M. Trafelet for Future Asbestos Claimants

|   |   |
|---|---|
| ____ Hand Delivery | Keith Martorana |
| _X_ U.S. Mail | Gibson, Dunn and CrutcHis, LLP |
| ____ Overnight Mail | 200 Park Ave., 47th Floor |
| ____ Fax Transmission | New York, NY  10166 |
| ____ Electronic filing |   |

Attorneys for Wilmington Trust Company

CLAIMANT, DANIEL ANDERSON'S, OBJECTION
TO EXPUNGEMENT OF HIS CLAIM
Page 4 of 5

|  | Hand Delivery | Anna Phillips |
|---|---|---|
|  | _X_ U.S. Mail | FTI Consulting |
|  | Overnight Mail | One Atlantic Center |
|  | Fax Transmission | 1201 W. Peachtree St., Ste. 500 |
|  | Electronic filing | Atlanta, GA 30309 |

GUC Trust Monitor and Avoidance Trust Monitor

|  | Hand Delivery | Michael V. Blumenthal |
|---|---|---|
|  | _X_ U.S. Mail | Crowell and Moring, LLP |
|  | Overnight Mail | 590 Madison Ave., 19th Floor |
|  | Fax Transmission | New York, NY 10022-2524 |
|  | Electronic filing |  |

Attorneys for the RACER Trust

|  | Hand Delivery | Kirk P. Watson |
|---|---|---|
|  | _X_ U.S. Mail | 2301 Woodlawn Blvd. |
|  | Overnight Mail | Austin, TX 78703 |
|  | Fax Transmission |  |
|  | Electronic filing | Asbestos Trust Administrator |

_____
Daniel Anderson

CLAIMANT, DANIEL ANDERSON'S, OBJECTION
TO EXPUNGEMENT OF HIS CLAIM
Page 5 of 5