Barry N. Seidel (BS-1945)
Shaya M. Berger (SB-5387)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
**In re**                                                  :    **Chapter 11 Case No.**
                                                           :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                  :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*          :
                                                           :
        Debtors.                                  :    **(Jointly Administered)**
                                                           :
-----------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION RECEIVED AS TO MOTORS
LIQUIDATION COMPANY GUC TRUST'S OBJECTION TO PROOF OF
CLAIM FILED BY JULIE AND DAVID BRITTINGHAM (CLAIM NO. 59867)**

       The Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, submits this certificate pursuant to the *Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures* (the "**Case Management Order**") (ECF. No. 10183), and respectfully represents:

       1.    On April 12, 2013, the GUC Trust filed the *Motors Liquidation Company GUC Trust's Objection to Proof of Claim of Julie and David Brittingham (Claim No. 59867)* (ECF No. 12388) (the "**Claim Objection**").

2. The deadline for filing a response to the Claim Objection was May 7, 2013 at 4:00 p.m. (Eastern Time). A hearing on the Claim Objection has been scheduled for May 14, 2013 at 9:45 a.m. (Eastern Time).

3. To date, no response to the Claim Objection has been filed on the docket. Additionally, no party has indicated to the GUC Trust that it intends to oppose the relief requested in the Claim Objection.

4. An electronic copy of a proposed order (the "**Proposed Order**") that is substantially in the form of the proposed order that was annexed to the Claim Objection will be submitted to the Court, along with this certificate.

5. Pursuant to the Case Management Order, the GUC Trust respectfully requests that the Proposed Order be entered without a hearing.

Dated: New York, New York
May 9, 2013

                                               */s/ Shaya M. Berger*
                                               Barry N. Seidel (BS-1945)
                                               Shaya M. Berger (SB-5387)

                                               DICKSTEIN SHAPIRO LLP
                                               1633 Broadway
                                               New York, New York 10019-6708
                                               Telephone: (212) 277-6500
                                               Facsimile: (212) 277-6501

                                               Attorneys for Motors Liquidation
                                               Company GUC Trust

2