Barry N. Seidel (BS-1945)
Shaya M. Berger (SB-5387)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
: 
In re                                              :    **Chapter 11 Case No.**
                                                   :
**MOTORS LIQUIDATION COMPANY**, *et al.*,          :    **09-50026 (REG)**
    f/k/a **General Motors Corp.**, *et al.*       :
                                                   :
                    Debtors.                       :    **(Jointly Administered)**
                                                   :
------------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING AND,
IF NECESSARY, ADJOURNMENT OF MATTER SCHEDULED
FOR HEARING ON MAY 14, 2013 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

I.  **ADJOURNED MATTERS**

   1. Motors Liquidation Company GUC Trust's Objection to Proof of Claim of Julie and David Brittingham (Claim No. 59867) **(ECF No. 12388)** (the "**Claims Objection**").

   Responses Filed: None to date.

   Replies Filed: None to date.

   Additional Documents:

   A. Motors Liquidation Company GUC Trust's Certificate of No Objection Received (the "**Certificate of No Objection**") **(ECF No. 12422).**

**Status**:

As described in the Certificate of No Objection, the GUC Trust will submit to the Court for its consideration a proposed order that is substantially in the form of the proposed order that was annexed to the Claim Objection. In the event that such proposed order is not entered by the Court without a hearing, this matter will be adjourned to a date to be determined.

Dated: New York, New York
May 9, 2013

      /s/ *Shaya M. Berger*
Barry N. Seidel (BS-1945)
Shaya M. Berger (SB-5387)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust