May 1, 2013

SD of NY
Bankrupt

Clerk of Court

filing for entry of default

# 09 50026

BK

*[signature]*



RECEIVED
MAY -7 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK



B 260
(1/96)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _Motors Liquidation Comp._ )
          Debtor                 )
                                 )    Case No. _09-50026_
_Marjorie A. Creamer_            )    Chapter _11_
          Plaintiff              )
                                 )    _Appeal no 12-6074_
_mlc_                          , )
          Defendant              )    Adv. Proc. No. _____

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: _aka General Motors Inc._
_Motors Liquidation Company_

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
_Clerk of the Bankruptcy Court_

_____                By:_____
_Date_                               _Deputy Clerk_

B 261A
(8/96)

# United States Bankruptcy Court

_Southern Dist_ District Of _New York_

In re _Motors Liquidation Comp._ )
              Debtor

_Marjorie A. Creamer._ )
              Plaintiff

v.

_MLC_____ ,
              Defendant

BK Case No. _09-50026_

Chapter _11_

_Appeal no. 12-6074_

Adv. Proc. No. _____

## JUDGMENT BY DEFAULT

Default was entered against defendant ___aka General Motors Inc___
_Motors Liquidation Co._
(name)

on _____ . The plaintiff has requested entry of judgment by default and has filed an _Kansas_

no. case 11-4028 affidavit of the amount due and stating that this defendant is not in the military service.

Furthermore, it appears from the record that this defendant is not an infant or incompetent person.

Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment

is entered against this defendant in favor of the plaintiff as follows:

_____
(Date)

_____
(Clerk of the Bankruptcy Court)