Betty E. Dalton
396 Walton Road
Radford, VA 24141


May 6, 2013


VIA FIRST CLASS MAIL

Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019-6708

RE: Motors Liquidation Company, Case No. 09-50026-REG, Claim No 70180

In response to my letter dated April 15, 2013, you responded with a copy of the agreement dated May 1, 2012. I understand the definition of pro rata and would like to know what group of creditors I was included with to receive such a measly payout.

Please provide a list of creditor group pro rata calculations so that I can determine what the priority a wrongful death rates on the scale of pro rata settlements with a company as large as GM.

Regards,

*(signature)*

Betty E. Dalton


Cc: The Honorable Robert E. Gerber