UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
|     Debtors. | : | (Jointly Administered) |
| | : | |
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On May 16, 2013, at the direction of Dickstein Shapiro LLP, counsel to Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Granting Objection to Proof of Claim Filed by Julie and David Brittingham (Claim No. 59867)** [Docket No. 12428].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 20th day of
May, 2013

/s/Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 41-4933172
Qualified in Nassau County
Commission Expires August 8, 2014

# EXHIBIT A

| | |
|---|---|
| JULIE AND DAVID BRITTINGHAM<br>C/O KLESTADT & WINTERS LLP<br>570 SEVENTH AVE FL 17TH<br>ATT TRACY KLESTADT & SAMIR GEBRAEL<br>NEW YORK, NY 10018-1624 | JULIE AND DAVID BRITTINGHAM<br>INTILI & GROVES CO., L.P.A.<br>THOMAS J. INTILI<br>130 WEST SECOND STREET, SUITE 310<br>DAYTON, OH 45402-1534 |