# Index No. 8



R.S.N.S. 1989, c. 235, s. 9                                                                                                    Page 1



Nova Scotia Statutes
   Interpretation Act
     Rules of Construction
       **s 9.**

Nova Scotia Current to Gazette Vol. 36:12 (June 15, 2012)

**9.**
**9(1) Law always speaking**
The law shall be considered as always speaking and, whenever any matter or thing is expressed in the present tense, it shall be applied to the circumstances as they arise, so that effect may be given to each enactment, and every part thereof, according to its spirit, true intent, and meaning.

**9(2) Expression of time**
**"Now"**, **"next"**, **"heretofore"** or **"hereafter"** in an enactment refer to the time when the enactment comes into force.

**9(3) "shall" or "may"**
In an enactment,
**"shall"** is imperative and **"may"** is permissive.

**9(4) "herein"**
**"Herein"** used in a Section or provision of an enactment relates to the whole enactment and not to that Section or provision only.

**9(5) Interpretation of enactment**
Every enactment shall be deemed remedial and interpreted to insure the attainment of its objects by considering among other matters

   (a) the occasion and necessity for the enactment;
   (b) the circumstances existing at the time it was passed;
   (c) the mischief to be remedied;
   (d) the object to be attained;
   (e) the former law, including other enactments upon the same or similar subjects;
   (f) the consequences of a particular interpretation; and
   (g) the history of legislation on the subject.

**9(6) Reference to Sovereign**
Where in an enactment the Sovereign is referred to or a person, body, office, officer, place, property, article or thing is described or qualified by words descriptive of the Sovereign, the reference or words shall be read as if written in the masculine gender when the Sovereign is male and as if written in the female gender when the Sovereign is female.

Copr.(c)West 2012 No Claim to orig.Govt.Works