UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On May 23, 2013, at the direction of Dickstein Shapiro LLP, Counsel For Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 28th day of
May, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

| | |
|---|---|
| BARBARA FRANKLIN<br>PO BOX 669<br>COLUMBIA, KY 42728-0669 | DAN L & MELINDA S FRANKLIN<br>PO BOX 1057<br>COLUMBIA, KY 42728-1057 |
| EDDIE D & LILLIE M FRANKLIN<br>PO BOX 669<br>COLUMBIA, KY 42728-0669 | EDDIE D FRANKLIN<br>PO BOX 669<br>COLUMBIA, KY 42728 |