| | |
|---|---|
| GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
| Bruce R. Zirinsky, Esq. | Kevin D. Finger, Esq. |
| John H. Bae, Esq. | Bevin M. Brennan, Esq. |
| Gary D. Ticoll, Esq. | 77 West Wacker Drive, Suite 3100 |
| Paul T. Martin, Esq. | Chicago, IL 60601 |
| MetLife Building | Telephone: (312) 456-8400 |
| 200 Park Avenue | Facsimile: (312) 456-8435 |
| New York, New York 10166 | E-mail: fingerk@gtlaw.com |
| Telephone: (212) 801-9200 | brennanb@gtlaw.com |
| Facsimile: (212) 801-6400 | |
| E-mail: zirinskyb@gtlaw.com | GREENBERG TRAURIG, LLP |
| baej@gtlaw.com | Joseph P. Davis III, Esq. |
| ticollg@gtlaw.com | One International Place |
| martinpt@gtlaw.com | Boston, MA 02110 |
| | Telephone: (617) 310-6000 |
| | Facsimile: (617) 310-6001 |
| | E-mail: davisjo@gtlaw.com |

*Attorneys for Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International plc, and/or entities managed by them, including Drawbridge DSO Securities LLC, Drawbridge OSO Securities LLC, FCOF UB Securities LLC, Elliott International LP and The Liverpool Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| **Debtors.** | : (Jointly Administered) |

---

| | |
|---|---|
| **MOTORS LIQUIDATION COMPANY GUC TRUST,** | : |
| | : |
| Plaintiff, | : **Adversary Proceeding** |
| v. | : |
| | : **Case No.: 12-09802** |
| **APPALOOSA INVESTMENT LIMITED PARTNERSHIP I** *et al.* | : |
| | : |
| **Defendants.** | : |

---

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PAUL T. MARTIN , being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2. On May 28, 2013, I caused to be served true and accurate copies of the **Post-Trial Brief Of Elliott Management Corporation, Fortress Investment Group LLC And Morgan Stanley & Co. International plc, And/Or Entities Managed By Them, Including Drawbridge DSO Securities LLC, Drawbridge OSO Securities LLC, FCOF UB Securities LLC, Elliot International LP, And The Liverpool Limited Partnership** [Docket No. 12436] and the **Joint Statement Of Facts Of Certain Noteholders, The GM Nova Scotia Trustee, And New GM** [Docket No. 12437] by electronic mail on all parties receiving notice via the Court's ECF System and upon each of the persons and entities listed on the attached Exhibit A by causing copies of the same to be delivered via email as indicated.

/s/ Paul T. Martin
PAUL T. MARTIN

Sworn to before me this
28th day of May, 2013.

/s/ Doreen Cusumano
Doreen Cusumano
Notary Public, State of New York
No. 01CU6065126
Qualified in Richmond County
Commission expires October 9, 2013

# **EXHIBIT A**

SeidelB@dicksteinshapiro.com
FisherE@dicksteinshapiro.com
WeinsteinK@dicksteinshapiro.com
KimM@dicksteinshapiro.com
asteinberg@kslaw.com
sdavidson@kslaw.com
sodonnell@akingump.com
dchapman@akingump.com
wmongan@akingump.com
sreisman@curtis.com
tfoudy@curtis.com
mariadouvas@paulhastings.com
dsaval@brownrudnick.com