UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT
NEW YORK

DANA H. FOX, PRO-SE )
v. )   CASE 09-50026 (REG)
MOTORS LIQUIDATORS, ET AL )

MOTION TO RECONSIDER COMPENSATORY DAMAGES

RECEIVED MAY 23 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

AS THE COURT HAS AWARDED PRO-SE DAMAGES IN REGARDS TO THE AURORA AUTOMOBILE: THERE IS AN INCORRECT JUDGEMENT IN U.S. DISTRICT AND APPEALS COURT CONTRARY TO CONSUMER PROTECTION LAWS AND FACTS; THESE COURTS HAVE RETURNED JURISDICTION TO U.S. BANKRUPTCY COURT AND PRO-SE HAS NUMEROUS REFERENCES AS TO WHY ADDITIONAL DAMAGES AWARDS APPLY: THERE IS A LIMIT AS TO WHAT THESE DAMAGES ARE AND MR. FOX PRO-SE MOTIONS FOR THE FULL AMOUNT ALLOWED BY LAW AS THE COURT CAN WEIGH GENERAL MOTORS, INC. & CONTEMPT OF COURT AVOIDANCE BY DECLARING BANKRUPTCY AND THE FACT & LAW THAT G.M., INC. IS A REPEAT OFFENDER IN THIS ENTIRE MATTER, THAT'S IT, PLAIN AND SIMPLE... YOU CAN ALL CONTINUE TO MAKE IT OVERLY COMPLICATED... GOOD LUCK WITH OVERLY COMPLICATED AUTOMOBILES AND FUTURE LITIGATION; [AS HERE, IN THIS MATTER WITH CASE REFERENCES THAT DO NOT APPLY TO MR. FOX'S MATTER AT HAND].

I CERTIFY THAT A TRUE COPY IS FORWARDED BY U.S. MAIL TO JOSEPH SMOLINSKY FOR ET AL ON THIS DATE 5/21/13 [SERVICE]

RESPECTFULLY SUBMITTED
DANA H. FOX, PRO-SE