May 25, 2013

Dear Judge Gerber:
Please see P.S.
@ Bottom

Dana H. Fox, Pro-se
95 Mass. Ave.
#155
Cambridge, Mass.
02138

Dennis Jacobs, Chief Judge
U.S. Court of Appeals, 2nd Circuit
40 Foley Sq.
N.Y., N.Y., 10007

Dear Your Honor:

The attached motion is self-explanatory so there will be no redundancy here. As a responsible member of the judiciary and Chief Justice of this court you have to see this matter is not handled properly.

Mr. Fox, Pro-se has filed numerous motions (apparently), unanswered by the court, for this court to verify the facts and law as asserted by the appellant.

Somehow the court tribunal is mis-directed in the March 13th mandate as the appellant was not informed of the hearing or the tribunal members [as Richard Alcantarra informed appellant, that is the procedure].

Too many mistakes Judge Jacobs; please correct this with a recall of mandate and re-trial.

Service as noted
on motion to
applicable parties, et al.
   D.H.F.   5/25/13

Respectfully
D.H. Fox, Pro-se
Dana H. Fox

P.S. Perhaps Judge Gerber will see the mistake of the tribunal and grant compensatory damages.
All courts have copies of my telephone notes from 105 on.
D.H.F.

ADDENDUM TO COVER 5/28/13
FOR JUDGE DENNIS JACOBS, ET AL

THIS COMMUNICATION IS PART OF A REQUEST FOR A <u>REVIEW OF THIS MATTER</u>:

MR. FOX, PRO-SE CAME UP WITH THE IDEA OF THE SENATE JUDICIARY COMMITTEE [VERIFIED BY SIMPLE CONTACT WITH JOE BIDEN AND/OR PATRICK LAHEY] TO OVERSEE THESE KIND OF PROBLEMS WITH THE COURTS: DO THEY (IT) DO THIS?

MR. FOX, PRO-SE ALSO HAD THE U.S. BANKRUPTCY COURT ESTABLISHED [THROUGH THE TRUSTEES OF THE UNITED STATES] AFTER NUMEROUS REQUEST TO DO SO: BANKRUPTCY NEEDS TO BE OVERHAULED AS IT HAS BECOME CRIMINAL IN NATURE: [PEOPLE GO INTO BUSINESS KNOWING THEY CAN DECLARE BANKRUPTCY] THESE FACTS ARE ALREADY "BURIED" IN THE RECORD AND <u>ALL</u> OF YOUR <u>MEMORIES</u>.

MR. FOX, PRO-SE HAS ALREADY SUFFERED MALICIOUS DAMAGE TO HIS CURRENT CAR [MAYBE BY PEOPLE WHO MAKE MONEY OFF OF THAT?]: THERE ARE ALSO PEOPLE I RECOGNIZE AS CONNECTED TO THIS AND OTHER MATTERS, TAKING CELL PHONE PICTURES, WITHOUT MY PERMISSION, DOING ACTIVITIES THAT ARE PART OF MY TRAVEL RESPONSIBILITIES (CLASSIFIED ALSO): MOST PROBABLY TO ATTEMPT A "SLUR" AGAINST ME: PLEASE WATCH FOR THIS AS I FIRMLY BELIEVE THERE IS OTHER EX-PARTE COMMUNICATIONS MADE IN REGARDS TO THIS MATTER.

THERE ARE "TRUSTEES" I HAVE WORKED WITH AS AN <u>UNVOLUNTARY</u> VOLUNTEER WHO ARE NOT LISTED BY OPPOSING COUNSEL WHO ARE ALSO VINDICTIVE TOWARDS MR. FOX, PRO-SE.

I <u>TRUST</u> <u>YOU</u> <u>ALL</u> WILL ADDRESS THESE CONCERNS TO THE APPROPRIATE AUTHORITIES.

SINCERELY
D-H-Fox, PRO-SE

SERVICE AS NOTED
ON THIS DATE
5/28/13 D-H-Fx

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
NEW YORK

DANA H. FOX, PRO-SE )
APPELLANT )
V. ) DOCKET # 12-1798
)
MOTORS LIQUIDATORS CO. )
FOR GENERAL MOTORS INC. )
<u>ET AL</u> )
APPELLEE )

<u>MOTION</u> <u>TO</u> <u>RECALL</u> <u>MANDATE</u>
FOR APPELLANTS MOTION FOR
RECONSIDERATION AND MOTION
FOR AN IMPARTIAL TRIBUNAL

I HAS TO BE OBVIOUS TO ANY CLEAR THINKING COURT OF JUSTICE THAT AN EAGGREGIOUS ERROR IS COMMITTED BY IGNORING THE <u>FACT</u> OF NINE YEARS OF LITIGATION [<u>LAW</u>], REPEAT OFFENSE AND MISMANAGEMENT BY / AND OF A MAJOR U.S. AND INTERNATIONAL CORPORATION AND THE <u>FACT</u>, OF <u>LAW</u> THAT MR. FOX, PRO-SE HAS LITIGATED THIS MATTER BEFORE IN THIS APPEALS COURT, ET AL. THIS COURT HAS A RECORD OF THIS, SOMEWHERE; IT IS MOTIONED FOR THIS COURT TO RESEARCH THE FEDERAL RECORD IN REGARDS TO THIS PREVIOUS LITIGATION TO VERIFY THAT THE MANDATE OF MARCH 12th 2013 IS INCORRECT IN WHAT IS ASSERTED <u>NOW</u>, AND IN REGARDS TO THE <u>PREVIOUS</u> LITIGATION THAT ESTABLISHES A PRECEDENT: GEORGE BUSH SR. WENT THROUGH THIS AS DID FOX, PRO-SE.

THE FEDERAL RECORD WILL <u>SHOW</u> THIS AND VERIFY THE FACT OF LAW AND THE FACT OF THIS MATTER AS § CONTEMPT OF COURT BY G.M. INC. AND G.M. INC.'S DECLARING

MANDATE

BANKRUPTCY TO AVOID A COURT ORDERED SUBPEONA AND A RESULTING CONTEMPT OF COURT FINDING IN CIRCUIT COURT OF FLORIDA. MR. FOX PRO-SE HAS ARGUED THIS (AND MORE) REPEATEDLY AS THE RECORD WILL SHOW; THIS DEMONSTRATES BEYOND A REASONABLE DOUBT THE ENTITLEMENT TO COMPENSATORY DAMAGES. THE TRIBUNAL OF THE MANDATE APPEARS TO INDULGE IN MALICIOUS PROSECUTION IN THE HANDLING OF PRACTICING LAW AGAINST THE APPELLANT INSTEAD OF BEING IMPARTIAL. THE JUSTICE DEPARTMENT MUST BE NOTIFIED BY THIS COURT OF THE ERRANT BEHAVIOR OF THE MARCH 12th TRIBUNAL; WHEREFORE THIS MOTION TO RECALL THE MANDATE AND HAVE AN IMPARTIAL AND INFORMED TRIBUNAL REVIEW THIS MATTER CORRECTLY.

SERVICE
A TRUE COPY IS SERVED BY U.S. MAIL TO
U.S. DISTRICT COURT
U.S. BANKRUPTCY COURT
WEIL, GOTSHAL & MANGES
FOR MOTORS LIQUIDATORS ET.AL
ON THIS DATE 5/28/13
DHF.

RESPECTFULLY SUBMITTED
DHF PRO-SE
DANA H. FOX

KD

CC

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT NEW YORK

DANA H-FOX, PRO-SE
APPELLANT

V.

MOTORS LIQUIDATORS, ET AL
APPELLEE(S)

DOCKET # 11-CV-9087
MARCH 12, 2013
DOCKET #12-1798bk

MOTION FOR RECONSIDERATION
AND LATE ENTRY (IF NECESSARY) JUST RC'VD 4/9/13

IT APPEARS, ALTHOUGH THE COURT MENTIONS LAW OR FACT THAT THE COURT NEEDS TO RECOGNIZE NINE YEARS OF LITIGATION AS A FACTUAL BASIS OF COMPENSATION AND RELIEF: NINE YEARS OF LITIGATION IS NOT A "MOOT" ISSUE. [OR FRIVILOUS]

THE FACT THAT GENERAL MOTORS, INC. IS A REPEAT OFFENDER IS NOT A "MOOT" ISSUE. [OR FRIVILOUS].

A REVIEW OF PRO-SE'S BRIEF & APPENDIX EXEMPLIFIES THE PRESENSE OF FACT AND LAW AS DOES THE ENTIRE RECORD: RIGHT DOWN TO GENERAL MOTORS, INC. GOING TO BE HELD IN §CONTEMPT OF COURT FOR FAILURE TO ANSWER A COURT ORDERED SUBPEONA IN * CIRCUIT COURT IN FLORIDA [FACT & LAW]: [GM-INC CHOSE BANKRUPTCY] TO AVOID. * MR. FOX PRO-SE MOTIONED THIS COURT AND THE QUESTION IS RAISED IN ALL COURTS INVOLVED OF, PREVIOUS LITIGATION [IN PAPER FILES] THAT MUST BE RECOGNIZED AS A FURTHER BASIS TO ESTABLISH FACT AND LAW; AND DOES NOT WARRANT A REFERENCE OF "FRIVILOUS" OR "MOOT". THIS ALLEGEDLY HONORABLE COURT CANNOT IGNORE THE SUBSTANCE OF THIS MATTER AS IT RISKS BEING "MOOT" BY IT'S LACK OF APPROPRIATE ACTION [SORRY]: AND ALSO RISKS §DERELICTION OF DUTY IN IT'S DISMISSAL. WHEREFORE, THIS MOTION FOR RECONSIDERATION.

I CERTIFY TRUE COPIES SENT TO
U.S. BANKRUPTCY COURT BY U.S.
U.S. DISTRICT COURT MAIL
WEIL, GOTSHAL & MANGES FOR MOTORS LIQUIDATORS
ON THIS DATE
4/9/13
D-H-F.

RESPECTFULLY SUBMITTED
D H-Fox PRO-SE
DANA H-FOX " "

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT   NEW YORK

DANA H. FOX, PRO-SE ) DOCKET # 11 cv 9007
   APPELLANT )
) MARCH 12, 2013   DOCKET # 12-798 bk
V. )
)
MOTORS LIQUIDATORS, ET AL )
   APPELLEE(S) )

MOTION FOR A DIFFERENT TRIBUNAL
AND ADDENDUM TO
MOTION FOR RECONSIDERATION

MR. FOX PRO-SE FILES THIS MOTION FOR A DIFFERENT TRIBUNAL FOR THIS RECONSIDERATION TO ENSURE IMPARTIALITY.

IT IS ALSO NOTED, IN ADDENDUM, THAT THE COURT CANNOT IGNORE THE FACT THAT BANKRUPTCY COURT RECOGNIZED THE NEED TO COMPENSATE MR. FOX, PRO-SE FOR THE AUTOMOBILE IN QUESTION. HOW CAN THIS COURT REFUSE TO RECOGNIZE THAT ADDITIONAL RELIEF AND COMPENSATION IS JUST AS $ DAMAGES AWARDS FOR TIME [AND ALL THE AGGRAVATION THAT GOES ALONG WITH TIME EXPENDITURE]... $ REPEAT OFFENSE OF → DESIGNING COMPLICATED FUNCTIONS IN AN AUTOMOBILE SO AS TO BE POTENTIALLY LIFE THREATENING. $ REPEAT OFFENSE OF MIS-MANAGING A MAJOR U.S & INTERNATIONAL CORPORATION TO THE POINT OF BANKRUPTCY [TO AVOID A COURT ORDERED SUBPOENA?]

WHEREFORE THIS MOTION FOR A DIFFERENT TRIBUNAL AS THE FIRST FAILED TO RECOGNIZE IT'S LEGAL RESPONSIBILITY. AND THIS ADDENDUM IS ALSO SUBMITTED.

I CERTIFY THAT TRUE COPIES ARE SERVED BY U.S. MAIL TO:
US BANKRUPTCY COURT
U.S. DISTRICT "
WEIL, GOTSHAL & MANGES FOR MOTORS LIQUIDATORS
ON THIS DATE 4/9/13
D.H.Fox

RESPECTFULLY SUBMITTED
D.H.Fox, PRO-SE
DANA H. FOX " "