UNITED STATES COURT OF APPEAL
SECOND CIRCUIT
NEW YORK

DANA H. FOX, PRO-SE )
APPELLANT )
)
v. )
) DOCKET # 12-1798
MOTORS LIQUIDATORS CO )
FOR GENERAL MOTORS, INC. )
ET AL )
APPELLEE(ES) )
)

## MOTION FOR MIS-TRIAL

IN SUPPORT OF THIS MOTION FOR MISTRIAL AND SUPPORT FOR PREVIOUS MOTIONS (RECONSIDERATION, RE-CALL MANDATE TO VACATE JUDGEMENT AND CORRESPONDENCE POINTING OUT THE NECESSITY FOR THE COURT TO VERIFY APPELLANTS FACTS AND LAW SUBMITTED):

THE TRIBUNAL IS NOT AUTHORIZED TO PASS JUDGEMENT ON THIS MATTER AS AT LEAST TWO JUDGES DECIDED AGAINST APPELLANT PRO-SE DUE TO THE ERRONEOUS STATEMENT(S) OF "FRIVILOUS" AND "NO FACTS OR LAW". THIS ARGUEMENT IS ALREADY SUBMITTED AND IS RE-ITERATED HERE-IN.

THE COURT HAS THE RECORD OF THIS TRIBUNAL BEING DETERMINED TO BE BIASED TOWARDS THE APPELLANT AND THE OUTCOME OF JUDGEMENT INDICATES AND VERIFIES THIS FACT.

AS NOTED IN PRIOR PLEADING, PERHAPS JUDGE GERBER WILL SEE THIS AND AWARD ADDITIONAL DAMAGES AS THE APPELLANT IS LEGALLY ENTITLED TO ADDITIONAL DAMAGES; IF NOT THEN THIS MOTION FOR MIS-TRIAL IS SUBMITTED SO JURISDICTION WILL RETURN TO APPEALS COURT.

SERVICE
I CERTIFY THAT A TRUE COPY IS SERVED BY U.S. MAIL TO U.S. DISTRICT COURT
U.S. BANKRUPTCY COURT
WEIL, GOTSHAL & MANGES
ON THIS DATE: 6/3/13
D.H.F.

RESPECTFULLY SUBMITTED
D.H.F. PRO-SE
DANA H. FOX