| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>Bruce R. Zirinsky, Esq.<br>John H. Bae, Esq.<br>Gary D. Ticoll, Esq.<br>Paul T. Martin, Esq.<br>MetLife Building<br>200 Park Avenue<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>E-mail: zirinskyb@gtlaw.com<br>           baej@gtlaw.com<br>           ticollg@gtlaw.com<br>           martinpt@gtlaw.com | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>Steven J. Reisman<br>Theresa A. Foudy<br>Ada V. Añon<br>101 Park Avenue<br>New York, NY 10178<br>Telephone:  (212) 696-6000<br>Facsimile:  (212) 697-1559<br>Email:   sreisman@curtis.com<br>tfoudy@curtis.com<br>aanon@curtis.com<br><br>*Counsel for dbX-Risk Arbitrage 1 Fund, Lyxor/Paulson International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners Enhanced, L.P. and Paulson Partners L.P.* |
| GREENBERG TRAURIG, LLP<br> Kevin D. Finger, Esq.<br> Bevin M. Brennan, Esq.<br> 77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>Telephone: (312) 456-8400<br>Facsimile: (312) 456-8435<br>E-mail: fingerk@gtlaw.com<br>brennanb@gtlaw.com | |
| GREENBERG TRAURIG, LLP<br>Joseph P. Davis III, Esq.<br>One International Place<br>Boston, MA 02110<br>Telephone: (617) 310-6000<br>Facsimile: (617) 310-6001<br>E-mail: davisjo@gtlaw.com | |

*Attorneys for Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International plc, and/or entities managed by them, including Drawbridge DSO Securities LLC, Drawbridge OSO Securities LLC, FCOF UB Securities LLC,  Elliott International LP and The Liverpool Limited Partnership*

NY 243098250v2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re                                                               :    Chapter 11
                                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,                               :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                           :
                                                                    :
                                    Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------- x
MOTORS LIQUIDATION COMPANY GUC TRUST,                               :
                                                                    :
                                    Plaintiff,                      :    Adversary Proceeding
                        v.                                          :
                                                                    :    Case No.: 12-09802
APPALOOSA INVESTMENT LIMITED                                        :
PARTNERSHIP I *et al.*                                              :
                                                                    :
                                    Defendants.                     :
                                                                    :
--------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PAUL T. MARTIN, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2. On June 10, 2013, I caused to be served true and accurate copies of the **Objection To GUC Trust's Motion For Relief Pursuant To Rule 60(b) Of Elliott Management Corporation, Fortress Investment Group LLC, Morgan Stanley & Co. International PLC,**

*NY 243098250v2*

**And Paulson And Co. Inc. And/Or Entities Managed By Them, Including Drawbridge DSO Securities LLC, Drawbridge OSO Securities LLC, FCOF UB Securities LLC, Elliott International LP, The Liverpool Limited Partnership, DBX-Risk Arbitrage 1 Fund, Lyxor/Paulson International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners Enhanced, L.P. And Paulson Partners L.P. (The "Objecting Noteholders")** [Docket No. 12447] by electronic mail on all parties receiving notice via the Court's ECF System and upon each of the persons and entities listed on the attached Exhibit A by causing copies of the same to be delivered via email as indicated.

                                                                       */s/ Paul T. Martin*
                                                                       PAUL T. MARTIN

Sworn to before me this
11th day of June, 2013.

*/s/ Doreen Cusumano*
Doreen Cusumano
Notary Public, State of New York
No. 01CU6065126
Qualified in Richmond County
Commission expires October 9, 2013

NY 243098250v2

# **EXHIBIT A**

**SeidelB@dicksteinshapiro.com**
**FisherE@dicksteinshapiro.com**
**WeinsteinK@dicksteinshapiro.com**
**KimM@dicksteinshapiro.com**
**asteinberg@kslaw.com**
**sdavidson@kslaw.com**
**sodonnell@akingump.com**
**dchapman@akingump.com**
**wmongan@akingump.com**
**sreisman@curtis.com**
**tfoudy@curtis.com**
**mariadouvas@paulhastings.com**
**dsaval@brownrudnick.com**