AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Daniel H. Golden
Sean E. O'Donnell
Philip C. Dublin
Dean L. Chapman Jr.
William F. Mongan Jr.

*Counsel for Green Hunt Wedlake Inc.,*
*Trustee of General Motors Nova Scotia Finance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY., *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY GUC TRUST, Plaintiff, v. APPALOOSA INVESTMENT LIMITED PARTNERSHIP I, et al., Defendants. | Adv. Pro. No. 12-09802 (REG) |

**JOINDER OF GREEN HUNT WEDLAKE, INC., TRUSTEE OF GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY, TO OBJECTIONS TO THE GUC TRUST'S MOTION FOR RELIEF UNDER RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

1.      Green Hunt Wedlake, Inc., the trustee of the bankrupt estate of General Motors Nova Scotia Finance Company (the "**Nova Scotia Trustee**") hereby joins in (i) the Objection by General Motors LLC to the Motors Liquidation Company GUC Trust's Motion for Relief under Rule 60(b) of the Federal Rules of Civil Procedure Made Applicable By Rule 9024 of the Federal Rules of Bankruptcy Procedure [Dkt. No. 233] (the "**New GM Objection**") and (ii) the Objection to GUC Trust's Motion for Relief Pursuant to Rule 60(b) of Elliott Management Corporation, Fortress Investment Group LLC, Morgan Stanley & Co. International PLC, and Paulson and Co. Inc., and/or Entities Managed by Them, Including Drawbridge DSO Securities LLC, Drawbridge OSO Securities LLC, FCOF UB Securities LLC, Elliott International LP, the Liverpool Limited Partnership, dbX-Risk Arbitrage 1 Fund, Lyxor/Paulson International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners Enhanced, L.P. and Paulson Partners L.P. [Dkt. No. 234] (the "**Noteholders' Objection**," and together with the New GM Objection, the "**60(b) Objections**").

2       The Nova Scotia Trustee joins, adopts, and incorporates by reference all of the arguments and authorities contained in the 60(b) Objections. The Nova Scotia Trustee reserves its rights to be heard at any future hearing in this matter on any of the grounds set forth in the 60(b) Objections.

Dated: June 10, 2013

Respectfully Submitted,

/s/     Sean E. O'Donnell
Daniel H. Golden
Sean E. O'Donnell
Philip C. Dublin
Dean L. Chapman Jr.
William F. Mongan Jr.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000
Facsimile:   (212) 872-1002

*Counsel for Green Hunt Wedlake Inc.
Trustee of General Motors Nova Scotia Finance
Company*

3