UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
In re:                                           :    Chapter 11
                                                 :
MOTORS LIQUIDATION COMPANY, et al.,              :    Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., et al.         :
                                                 :    (Jointly Administered)
                Debtors.                         :
------------------------------------------------------------ x
MOTORS LIQUIDATION COMPANY GUC                   :
TRUST,                                           :
                                                 :
                Plaintiff,                       :    Adversary Proceeding
                                                 :    Case No.: 12-09802 (REG)
        v.                                       :
                                                 :
APPALOOSA INVESTMENT LIMITED                     :
PARTNERSHIP, et al.,                             :
                                                 :
                Defendants                       :
------------------------------------------------------------ x
```

## CERTIFICATE OF SERVICE

This is to certify that on June 10, 2013, I caused to be served true and correct copies of the *Objection by General Motors LLC to Motors Liquidation Company GUC Trust's Motion for Relief Under Rule 60(b) of the Federal Rules of Civil Procedure Made Applicable by Rule 9024 of the Federal Rules of Bankruptcy Procedure* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the aforesaid document were served upon each of the persons and entities listed on the annexed service list by causing copies of same to be delivered *via* email and first-class mail at the last known addresses as indicated on the annexed service list.

Dated: June 11, 2013
      New York, New York

                                            KING & SPALDING LLP

                                            By: /s/ Scott Davidson
                                            Arthur J. Steinberg
                                            Scott Davidson
                                            King & Spalding LLP
                                            1185 Avenue of the Americas
                                            New York, NY 10036
                                            (212) 556-2100 - telephone
                                            (212) 556-2222 - facsimile

                                            *Counsel for General Motors LLC*

# SERVICE LIST

## *VIA* EMAIL

seidelb@dicksteinshapiro.com;
fishere@dicksteinshapiro.com;
kimm@dicksteinshapiro.com
weinsteink@dicksteinshapiro.com
zuckere@dicksteinshapiro.com
kilfoylec@dicksteinshapiro.com
zirinskyb@gtlaw.com;
fingerk@gtlaw.com;
brennanb@gtlaw.com;
baej@gtlaw.com;
ticollg@gtlaw.com;
sodonnell@akingump.com;
dchapman@akingump.com;
wmongan@akingump.com
mariadouvas@paulhastings.com;
sreisman@curtis.com
tfoudy@curtis.com
dsaval@brownrudnick.com

## *VIA* FIRST-CLASS MAIL

| | |
|---|---|
| Barry Seidel, Esq.<br>Eric Fisher, Esq.<br>Katie Cooperman, Esq.<br>Shaya M. Berger, Esq.<br>DICKSTEIN SHAPIRO LLP<br>1633 Broadway<br>New York, New York 10019 | Sean E. O'Donnell, Esq.<br>Dean Chapman, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036 |
| Bruce R. Zirinsky, Esq.<br>John H. Bae, Esq.<br>Kevin D. Finger, Esq.<br>Gary D. Ticoll, Esq.<br>Bevin Brennan, Esq.<br>GREENBERG TRAURIG LLP<br>200 Park Avenue<br>New York, New York 10166 | Barry Sher, Esq.<br>Maria Douvas, Esq.<br>PAUL HASTINGS LLP<br>75 East 55th Street<br>New York, NY 10022 |
| William Weintraub, Esq.<br>Eamonn O'Hagan, Esq.<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>7 Times Square<br>New York, New York 10036 | Steven J. Reisman, Esq.<br>Theresa A. Foudy, Esq.<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178 |