

**CHRIS CHRISTIE**
*Governor*

**KIM GUADAGNO**
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 117
TRENTON, NJ 08625-0117

**JOHN J. HOFFMAN**
*Acting Attorney General*

**CHRISTOPHER S. PORRINO**
*Director*

June 13, 2013

**BY OVERNIGHT EXPRESS**

Clerk
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 534 - Intake Department
New York, New York 10004-1408

    Re: In re Motors Liquidation Company, et al., f/k/a
        General Motors Corp., et al.
     Docket No. 09-50026 (REG)
     Withdrawal of Claim - New Jersey Department of
        Banking and Insurance
     Claim No. 64538

To the Clerk of the Bankruptcy Court, Southern District of New York,

      I represent the New Jersey Department of Banking and Insurance; the Department wishes to withdraw the Proof of Claim that it submitted in this matter on November 25, 2009 (filed November 30, 2009). Enclosed for filing are an original and one copy of a signed and completed Withdrawal of Claim form, which Alexis Story, Esq., Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, forwarded to me for the purpose of withdrawing the Department's claim.

      Kindly send me a filed copy of the form in the envelope enclosed for that purpose.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 984-8469 • FAX: (609) 777-3503
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

June 13, 2013
Page 2

Please let me know if I need to provide additional documentation to effectuate the withdrawal of claim. Thank you.

Respectfully yours,

JOHN J. HOFFMAN
ATTORNEY GENERAL OF NEW JERSEY

By: *Eleanor Heck*
Eleanor Heck
Deputy Attorney General

EH/sf
enclosure
c:    Motors Liquidation Company GUC Trust c/o AlixPartners,
        Attn: ADR Claims Team (by electronic mail)
      Alexis Story, Esq. (by electronic mail)
      Richard W. Meyer (by electronic mail)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Motors Liquidation Company, Case No. 09-50026 |
| Creditor Name and Address: | New Jersey Department of Banking and Insurance<br>20 West State Street<br>P.O. Box 325<br>Trenton, New Jersey 08625-0325<br><br>Attention: Kwame Asare |
| Claim Number (if known): | 64538 |
| Date Claim Filed: | 11/30/2009 |
| Total Amount of Claim Filed: | $16,500,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above- referenced Debtor.

JOHN H. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Counsel for the N.J. Dep't of Banking and Insurance

By: _____
Eleanor Heck
Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 117
Trenton, New Jersey  08625-0117

Date: June 13, 2013

1