> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
**In re**                                  :       **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,  :       **09-50026** (**REG**)
  f/k/a General Motors Corp., *et al.*     :
:
            Debtors.                       :       **(Jointly Administered)**
:
-------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 26, 2013 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS**

1. Joint Motion of the United States of America and the State of New York for an Order Approving the Consent Decree and Settlement Agreement Regarding Natural Resource Damage Claims Between the General Unsecured Creditors' Trust, the United States of America, and the State of New York (**ECF No. 12445**)

    Responses Filed:        None to date.

    Replies Filed:          None to date.

    Additional Documents:   None to date.

    **Status**:             **This matter is going forward.**

Dated: New York, New York
June 24, 2013

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
 Company GUC Trust

2