Steven M. Bierman
Nicholas K. Lagemann
Marissa Alter-Nelson
Andrew P. Propps
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Wells Fargo Bank
Northwest, N.A., as Agent to the TPC Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re:                                                       :  Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :  Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                :
                                                             :
                  Debtors.           :  (Jointly Administered)
------------------------------------------------------------ X

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Wells Fargo Bank Northwest, N.A. ("Wells Fargo"), as Agent (the "Agent"), on behalf of Norddeutsche Landesbank Girozentrale (New York Branch), as Administrator (the "Administrator"), Hannover Funding Company ("Hannover" or the "CP Lender"), and Deutsche Bank, AG, New York Branch, HSBC Bank USA, ABN AMRO Bank N.V., Royal Bank of Canada, Bank of America, N.A., Citicorp USA, Inc., Merrill Lynch Bank USA, and Morgan Stanley Bank, as purchasers, (collectively with the Administrator, the "TPC

CH1 7792925v.1

Lenders"), by and through its undersigned counsel, respectfully withdraws, with prejudice and with no costs to any party, (i) its Notice of Appeal (D.I. 12164) of this Court's Decision on Valuation Methodology for TPC Lenders' Collateral entered on October 16, 2012 (D.I. 12140) and (ii) the Motion of the TPC Lenders for (I) a Determination that the Bankruptcy Court's Decision on Valuation Methodology Is a Final Order or, in the Alternative, (II) Leave to Appeal the Bankruptcy Court's Decision on Valuation Methodology, filed on October 30, 2012 (D.I. 12165).

Dated: New York, New York
July 2, 2013

/s/ Kenneth P. Kansa
SIDLEY AUSTIN LLP
Steven M. Bierman
Nicholas K. Lagemann
Marissa Alter-Nelson
Andrew P. Propps
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:   sbierman@sidley.com
         nlagemann@sidley.com
         malternelson@sidley.com
         apropps@sidley.com

-    and    -

SIDLEY AUSTIN LLP
Kenneth P. Kansa (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email:   kkansa@sidley.com

*Counsel for Wells Fargo Bank Northwest, N.A., as Agent to the TPC Lenders*

CH1 7792925v.1