ASSIGNMENT OF CLAIM

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al.<br>f/k/a General Motors Corp., et al. Debtors. | Case No. 09-50026<br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **Wells Fargo Bank, N.A.**, creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim number 4957 (and only claim number 4957, as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Wells Fargo Bank, N.A.
Mr. Larry Clayton
MAC S4101
100 W. Washington Street, 22nd Floor
Phoenix, AZ 85003

New Address
Hain Capital Investors, LLC
In re: Wells Fargo Bank, N.A.
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

**WELLS FARGO BANK, N.A.**

By: _Becky A Hill_
Name: _Becky A. Hill_
Title: _Vice President_