# Index No. 18

an eligible financial contract that is entered into before the filing, in respect of an insolvent person of a notice of intention or, where no notice of intention is filed, a proposal, and that is terminated on or after that filing, but only in accordance with the provisions of that contract:

(*a*) the netting or setting off or compensation of obligations between the insolvent person and the other parties to the eligible financial contract; and

(*b*) any dealing with financial collateral including

(i) the sale or foreclosure or, in the Province of Quebec, the surrender of financial collateral, and

(ii) the setting off or compensation of financial collateral or the application of the proceeds or value of financial collateral.

**Net termination values**

(10) If net termination values determined in accordance with an eligible financial contract referred to in subsection (9) are owed by the insolvent person to another party to the eligible financial contract, that other party is deemed, for the purposes of paragraphs 69(1)(*a*) and 69.1(1)(*a*), to be a creditor of the insolvent person with a claim provable in bankruptcy in respect of those net termination values.

1992, c. 27, s. 30; 1997, c. 12, s. 41; 2001, c. 9, s. 573; 2004, c. 25, s. 36(E); 2005, c. 47, s. 43; 2007, c. 29, s. 92; 2012, c. 31, s. 415.

**Disclaimer or resiliation of agreements**

**65.11** (1) Subject to subsections (3) and (4), a debtor in respect of whom a notice of intention was filed under section 50.4 or a proposal was filed under subsection 62(1) may — on notice given in the prescribed form and manner to the other parties to the agreement and the trustee — disclaim or resiliate any agreement to which the debtor is a party on the day on which the notice of intention or proposal was filed. The debtor may not give notice unless the trustee approves the proposed disclaimer or resiliation.

**Individuals**

(2) In the case of an individual,

(*a*) they may not disclaim or resiliate an agreement under subsection (1) unless they are carrying on a business; and

(*b*) only an agreement in relation to the business may be disclaimed or resiliated.

le dépôt d'un avis d'intention relatif à une personne insolvable ou, à défaut, d'une proposition la visant est résilié lors de ce dépôt ou par la suite, il est permis d'effectuer les opérations ci-après en conformité avec le contrat:

*a*) la compensation des obligations entre la personne insolvable et les autres parties au contrat;

*b*) toute opération à l'égard de la garantie financière afférente, notamment:

(i) la vente, la demande en forclusion ou, dans la province de Québec, la demande en délaissement,

(ii) la compensation, ou l'affectation de son produit ou de sa valeur.

(10) Si, aux termes du contrat financier admissible visé au paragraphe (9), des sommes sont dues par la personne insolvable à une autre partie au contrat au titre de valeurs nettes dues à la date de résiliation, cette autre partie est réputée, pour l'application des alinéas 69(1)*a*) et 69.1(1)*a*), être un créancier de la personne insolvable et avoir une réclamation prouvable en matière de faillite relativement à ces sommes.

**Valeurs nettes dues à la date de résiliation**

1992, ch. 27, art. 30; 1997, ch. 12, art. 41; 2001, ch. 9, art. 573; 2004, ch. 25, art. 36(A); 2005, ch. 47, art. 43; 2007, ch. 29, art. 92; 2012, ch. 31, art. 415.

**65.11** (1) Sous réserve des paragraphes (3) et (4), le débiteur à l'égard duquel a été déposé un avis d'intention aux termes de l'article 50.4 ou une proposition aux termes du paragraphe 62(1) peut — sur préavis donné en la forme et de la manière prescrites aux autres parties au contrat et au syndic et après avoir obtenu l'acquiescement de celui-ci relativement au projet de résiliation — résilier tout contrat auquel il est partie à la date du dépôt de l'avis ou de la proposition.

**Résiliation de contrats**

(2) Toutefois, lorsque le débiteur est une personne physique, il ne peut effectuer la résiliation que s'il exploite une entreprise et, le cas échéant, seuls les contrats relatifs à l'entreprise peuvent être résiliés.

**Personne physique**

| | | |
|---|---|---|
| Court may prohibit disclaimer or resiliation | (3) Within 15 days after the day on which the debtor gives notice under subsection (1), a party to the agreement may, on notice to the other parties to the agreement and the trustee, apply to a court for an order that the agreement is not to be disclaimed or resiliated. | (3) Dans les quinze jours suivant la date à laquelle le débiteur donne le préavis mentionné au paragraphe (1), toute partie au contrat peut, sur préavis aux autres parties au contrat et au syndic, demander au tribunal d'ordonner que le contrat ne soit pas résilié. | Contestation |
| Court ordered disclaimer or resiliation | (4) If the trustee does not approve the proposed disclaimer or resiliation, the debtor may, on notice to the other parties to the agreement and the trustee, apply to a court for an order that the agreement be disclaimed or resiliated. | (4) Si le syndic n'acquiesce pas au projet de résiliation, le débiteur peut, sur préavis aux autres parties au contrat et au syndic, demander au tribunal d'ordonner la résiliation du contrat. | Absence d'acquiescement du syndic |
| Factors to be considered | (5) In deciding whether to make the order, the court is to consider, among other things,<br><br>(*a*) whether the trustee approved the proposed disclaimer or resiliation;<br><br>(*b*) whether the disclaimer or resiliation would enhance the prospects of a viable proposal being made in respect of the debtor; and<br><br>(*c*) whether the disclaimer or resiliation would likely cause significant financial hardship to a party to the agreement. | (5) Pour décider s'il rend l'ordonnance, le tribunal prend en considération, entre autres, les facteurs suivants :<br><br>*a*) l'acquiescement du syndic au projet de résiliation, le cas échéant;<br><br>*b*) la question de savoir si la résiliation favorisera la présentation d'une proposition viable à l'égard du débiteur;<br><br>*c*) le risque que la résiliation puisse vraisemblablement causer de sérieuses difficultés financières à une partie au contrat. | Facteurs à prendre en considération |
| Date of disclaimer or resiliation | (6) An agreement is disclaimed or resiliated<br><br>(*a*) if no application is made under subsection (3), on the day that is 30 days after the day on which the debtor gives notice under subsection (1);<br><br>(*b*) if the court dismisses the application made under subsection (3), on the day that is 30 days after the day on which the debtor gives notice under subsection (1) or any later day fixed by the court; or<br><br>(*c*) if the court orders that the agreement is disclaimed or resiliated under subsection (4), on the day that is 30 days after the day on which the debtor gives notice or any later day fixed by the court. | (6) Le contrat est résilié :<br><br>*a*) trente jours après la date à laquelle le débiteur donne le préavis mentionné au paragraphe (1), si aucune demande n'est présentée en vertu du paragraphe (3);<br><br>*b*) trente jours après la date à laquelle le débiteur donne le préavis mentionné au paragraphe (1) ou à la date postérieure fixée par le tribunal, si ce dernier rejette la demande présentée en vertu du paragraphe (3);<br><br>*c*) trente jours après la date à laquelle le débiteur donne le préavis mentionné au paragraphe (4) ou à la date postérieure fixée par le tribunal, si ce dernier ordonne la résiliation du contrat en vertu de ce paragraphe. | Résiliation |
| Intellectual property | (7) If the debtor has granted a right to use intellectual property to a party to an agreement, the disclaimer or resiliation does not affect the party's right to use the intellectual property — including the party's right to enforce an exclusive use — during the term of the agreement, including any period for which the party extends the agreement as of right, as long as the party continues to perform its obligations under the agreement in relation to the use of the intellectual property. | (7) Si le débiteur a autorisé par contrat une personne à utiliser un droit de propriété intellectuelle, la résiliation n'empêche pas la personne de l'utiliser ni d'en faire respecter l'utilisation exclusive, à condition qu'elle respecte ses obligations contractuelles à l'égard de l'utilisation de ce droit, et ce pour la période prévue au contrat et pour toute période additionnelle dont elle peut et décide de se prévaloir de son propre gré. | Propriété intellectuelle |

| | | |
|---|---|---|
| Loss related to disclaimer or resiliation | (8) If an agreement is disclaimed or resiliated, a party to the agreement who suffers a loss in relation to the disclaimer or resiliation is considered to have a provable claim. | (8) En cas de résiliation du contrat, toute partie à celui-ci qui subit des pertes découlant de la résiliation est réputée avoir une réclamation prouvable. | Pertes découlant de la résiliation |
| Reasons for disclaimer or resiliation | (9) A debtor shall, on request by a party to the agreement, provide in writing the reasons for the proposed disclaimer or resiliation within five days after the day on which the party requests them. | (9) Dans les cinq jours qui suivent la date à laquelle une partie au contrat le lui demande, le débiteur lui expose par écrit les motifs de son projet de résiliation. | Motifs de la résiliation |
| Exceptions | (10) This section does not apply in respect of | (10) Le présent article ne s'applique pas aux contrats suivants : | Exceptions |

(*a*) an eligible financial contract;

(*b*) a lease referred to in subsection 65.2(1);

(*c*) a collective agreement;

(*d*) a financing agreement if the debtor is the borrower; or

(*e*) a lease of real property or of an immovable if the debtor is the lessor.

*a*) les contrats financiers admissibles;

*b*) les baux visés au paragraphe 65.2(1);

*c*) les conventions collectives;

*d*) les accords de financement au titre desquels le débiteur est l'emprunteur;

*e*) les baux d'immeubles ou de biens réels au titre desquels le débiteur est le locateur.

2005, c. 47, s. 44; 2007, c. 29, s. 93, c. 36, s. 26; 2009, c. 31, s. 63.

2005, ch. 47, art. 44; 2007, ch. 29, art. 93, ch. 36, art. 26; 2009, ch. 31, art. 63.

| | | |
|---|---|---|
| Application for authorization to serve a notice to bargain | **65.12** (1) An insolvent person in respect of whom a notice of intention is filed under section 50.4 or a proposal is filed under subsection 62(1) who is a party to a collective agreement and who is unable to reach a voluntary agreement with the bargaining agent to revise any of its provisions may, on giving five days notice to the bargaining agent, apply to the court for an order authorizing the insolvent person to serve a notice to bargain under the laws of the jurisdiction governing collective bargaining between the insolvent person and the bargaining agent. | **65.12** (1) Si la personne insolvable à l'égard de laquelle a été déposé un avis d'intention aux termes de l'article 50.4 ou une proposition aux termes du paragraphe 62(1) est partie à une convention collective à titre d'employeur et qu'elle ne peut s'entendre librement avec l'agent négociateur sur la révision de tout ou partie de la convention collective, elle peut, sur préavis de cinq jours à l'agent négociateur, demander au tribunal de l'autoriser, par ordonnance, à transmettre à l'agent négociateur un avis de négociations collectives en vue de la révision de la convention collective conformément aux règles de droit applicables aux négociations entre les parties. | Demande pour que le tribunal autorise l'avis de négociations collectives |
| Conditions for issuance of order | (2) The court may issue the order only if it is satisfied that | (2) Le tribunal ne rend l'ordonnance que s'il est convaincu que, à la fois : | Cas où l'autorisation est accordée |

(*a*) the insolvent person would not be able to make a viable proposal, taking into account the terms of the collective agreement;

(*b*) the insolvent person has made good faith efforts to renegotiate the provisions of the collective agreement; and

(*c*) the failure to issue the order is likely to result in irreparable damage to the insolvent person.

*a*) la personne insolvable ne pourrait faire de proposition viable compte tenu des dispositions de la convention collective;

*b*) elle a tenté de bonne foi d'en négocier de nouveau les dispositions;

*c*) elle subirait vraisemblablement des dommages irréparables s'il ne la rendait pas.