| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>Bruce R. Zirinsky, Esq.<br>John H. Bae, Esq.<br>Gary D. Ticoll, Esq.<br>Paul T. Martin, Esq.<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>E-mail: zirinskyb@gtlaw.com<br>            baej@gtlaw.com<br>            ticollg@gtlaw.com<br>            martinpt@gtlaw.com | GREENBERG TRAURIG, LLP<br>Kevin D. Finger, Esq.<br>Bevin M. Brennan, Esq.<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>Telephone: (312) 456-8400<br>Facsimile: (312) 456-8435<br>E-mail: fingerk@gtlaw.com<br>            brennanb@gtlaw.com<br><br>GREENBERG TRAURIG, LLP<br>Joseph P. Davis III, Esq.<br>One International Place<br>Boston, MA 02110<br>Telephone: (617) 310-6000<br>Facsimile: (617) 310-6001<br>E-mail: davisjo@gtlaw.com |

*Attorneys for Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International plc, and/or entities managed by them, including Drawbridge DSO Securities LLC, Drawbridge OSO Securities LLC, FCOF UB Securities LLC, Elliott International LP and The Liverpool Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| **Debtors.** | : | (Jointly Administered) |

------------------------------------------------------------------ x

| | | |
|---|---|---|
| **MOTORS LIQUIDATION COMPANY GUC TRUST,** | : | |
| | : | |
| Plaintiff, | : | **Adversary Proceeding** |
| v. | : | |
| | : | **Case No.: 12-09802** |
| **APPALOOSA INVESTMENT LIMITED**<br>**PARTNERSHIP I** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

------------------------------------------------------------------ x

NY 243180318v1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

PAUL T. MARTIN, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2. On July 11, 2013, I caused to be served true and accurate copies of the **Post-Trial Reply Brief Of Elliot Management Corporation, Fortress Investment Group LLC And Morgan Stanley & Co. International plc, And/Or Entities Managed By Them, Including Drawbridge DSO Securities LLC, Drawbridge OSO Securities LLC, FCOF UB Securities LLC, Elliott International LP And The Liverpool Limited Partnership** [Docket No. 12468] by electronic mail on all parties receiving notice via the Court's ECF System and upon each of the persons and entities listed on the attached Exhibit A by causing copies of the same to be delivered via email as indicated.

|  |  |
|---|---|
| Sworn to before me this<br>12th day of July, 2013. | /s/ Paul T. Martin<br>PAUL T. MARTIN |

/s/ Doreen Cusumano
Doreen Cusumano
Notary Public, State of New York
No. 01CU6065126
Qualified in Richmond County
Commission expires October 9, 2013

NY 243180318v1

# **EXHIBIT A**

**SeidelB@dicksteinshapiro.com**
**FisherE@dicksteinshapiro.com**
**WeinsteinK@dicksteinshapiro.com**
**KimM@dicksteinshapiro.com**
**asteinberg@kslaw.com**
**sdavidson@kslaw.com**
**sodonnell@akingump.com**
**dchapman@akingump.com**
**wmongan@akingump.com**
**sreisman@curtis.com**
**tfoudy@curtis.com**
**mariadouvas@paulhastings.com**
**dsaval@brownrudnick.com**