Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 09-50026-reg

4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5

6  In the Matter of:

7

8  MOTORS LIQUIDATION COMPANY,

9

10           Debtor.

11

12  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13

14              U.S. Bankruptcy Court

15              One Bowling Green

16              New York, New York

17

18              June 26, 2013

19              10:00 AM

20

21

22  B E F O R E :

23  HON ROBERT E. GERBER

24  U.S. BANKRUPTCY JUDGE

25

1  Doc # 12445 Joint Motion of the United States of America and
2  the State of New York For An Order Approving the Consent
3  Decree and Settlement Agreement Regarding Natural Resource
4  Damage Claims Between the General Unsecured Creditors'
5  Trust, the United States of America, and the State of New
6  York

25 Transcribed by: Sherri L. Breach

1  A P P E A R A N C E S :

2  U.S. DEPARTMENT OF JUSTICE

3      Attorneys for U.S. Trustee

4      86 Chambers Street

5      New York, New York 10007

6

7  BY:  DAVID S. JONES, ESQ.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   P R O C E E D I N G S
 2              THE COURT:  General Motors, Motors Liquidation
 3    Company.
 4              Mr. Jones, good morning.
 5              MR. JONES:  Good morning, Your Honor, and may it
 6    please the Court.  I'm here today seeking approval of an
 7    unopposed joint motion of the United States and New York
 8    State.  And Ms. Leary of New York State asked me to cover
 9    today's proceeding.  She wasn't able to get down from
10    Albany.
11              THE COURT:  You're pinch-hitting.  Oh, I thought
12    you were pinch-hitting for your colleague, Ms. Cooler (ph).
13              MR. JONES:  In our division of the world, I got
14    natural -- natural resource damages, so she -- she was the
15    EPA claim person and I was the interior and --
16              THE COURT:  You guys are pretty specialized.  So
17    is it --
18              MR. JONES:  I --
19              THE COURT:  -- you -- you drill down on the nature
20    of the environmental violation?
21              MR. JONES:  We do, indeed.
22              THE COURT:  Fair enough.  Go ahead.
23              MR. JONES:  Actually, it was just a -- it was an
24    easy division of responsibility and there's different
25    clients is the real reason for it.
```

1          Your Honor, as I noted, this is an unopposed joint

2    motion seeking approval of a settlement of the last

3    remaining unresolved United States' general unsecured

4    environmental claims, so it's a milestone day.  The

5    settlement is for natural resource damages in the case of

6    the United States at Onondaga Lake, near Syracuse and that

7    vicinity.

8          The total settlement amount as noted in our papers

9    is for five-and-a-half-million-dollars, of which we're

10   recovering a little over 1.2 million from new GM as a non-

11   debtor entity through defenses we asserted in tax claims,

12   therefore getting back against the government, and the

13   remainder -- the remaining amount, which is somewhat over

14   4.2 million, $4,267,677 will be an allowed unsecured claim

15   amount split up, as indicated in our papers, among the U.S.

16   and the State of New York.

17         The State will receive 10,000 in its past costs.

18   The U.S. will receive 85,000 in its past costs, and the

19   large balance will go into a jointly administered trust fund

20   for natural resource restoration purposes.

21         As was true in a similar prior settlement that

22   Your Honor approved previously, there's no need for Rule

23   9019 review because the GUCT trust has received delegated

24   settlement authority for settlements in this -- in an amount

25   higher than the settlement amount here today.

1        THE COURT:  But I have to make a double barrel

2   finding that it's also in the public interest.

3        MR. JONES:  Correct, Your Honor.  So, actually,

4   really a single barrel finding only that it's in the public

5   interest under the environmental laws because 9019 drops out

6   in this circumstance.

7        And as Your Honor is aware, CIRCLA requires that

8   this settlement have been published in the federal register

9   and subject to a public notice and comment period, which has

10  occurred.  No comments came in.  We then filed this motion

11  for approval, as appropriate --

12       THE COURT:  Mr. Jones, forgive me.

13       MR. JONES:  Yes.

14       THE COURT:  And I do this only because I have a

15  lot of stuff on the calendar behind you and your motion is

16  so obviously appropriate and I'm going to interrupt you.

17       I here have an unopposed motion is very, very

18  similar to those that I've approved before, differing only

19  that I no longer have to make a double barreled finding that

20  it's in -- that a settlement is in the interest of both the

21  estate and the public, and here because of time having

22  passed and rights having been devolved to the GUCT trust,

23  with respect to which this settlement no longer requires my

24  approval, I only need to make a single finding.

25       That finding, which I make without opposition, is

1    that the settlement is in the public interest for the

2    reasons set forth in your paper and is as good for the

3    American public or better than it is for the debtor.

4             So your relief is granted in full, and I apologize

5    to you for interrupting you, but you're so obviously right

6    that I don't want to take more time on the matter.

7             MR. JONES:  Thanks, Your Honor.  And that's

8    absolutely great.  I have, perhaps, one more sentence in me

9    which I will spare the Court.

10            I appreciate --

11            THE COURT:  If I had known that, I should have

12   given you your last sentence, but take care of the paperwork

13   with my courtroom deputy, Ms. Blum (ph) at your earliest

14   convenience.  And if I don't see you for a while because

15   you've wrapped up all of these environmental matters, the

16   flip side of that will be because you've properly taken care

17   of the public.

18            Thank you.

19            MR. JONES:  Thank you, Your Honor.  I appreciate

20   it.

21            THE COURT:  Okay.

22        (Whereupon, these proceedings were concluded at 10:05

23   a.m.)

24

25

Page 8

1          I N D E X

2

3          RULINGS

4                                                    Page      Line

5  Doc # 12445 Joint Motion of the United

6  States of America and the State of New

7  York For An Order Approving the Consent

8  Decree and Settlement Agreement Regarding

9  Natural Resource Damage Claims Between

10 the General Unsecured Creditors' Trust,

11 the United States of America, and the

12 State of New York                                    6         25

13

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T I O N
2
3    I, Sherri L. Breach, CERT*D-397, certified that the
4    foregoing transcript is a true and accurate record of the
5    proceedings.
6
7    Sherri L Breach
     Digitally signed by Sherri L Breach
     DN: cn=Sherri L Breach, o, ou, email=digital1@veritext.com, c=US
     Date: 2013.07.03 14:26:25 -04'00'
8
     SHERRI L. BREACH
9
     AAERT Certified Electronic Reporter & Transcriber
10
     CERT*D -397
11
12
13
     Veritext
14
     200 Country Road
15
     Suite 580
16
     Mineola, NY 11501
17
18
     Date:   June 27, 2013
19
20
21
22
23
24
25