**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re: MOTORS LIQUIDATION COMPANY,                Case No.: 09-50026 (REG)
    et al., f/k/a General Motors Corp., et al.          Chapter 11
                             Debtor
-------------------------------------------------------------x


## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, James B. Helmer, Jr., request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Roger L. Thacker, Roger L. Sanders, and Thomas J. Hanson, Claimants in the above-referenced case.

    ***I certify that I am a member in good standing*** of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio.

    I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.


Dated: July 19, 2013

Cincinnati, Ohio                                              /s/ *James B. Helmer, Jr.*
                                                                     Mailing Address:
                                                                     Helmer, Martins Rice & Popham
                                                                     600 Vine Street
                                                                     Suite 2704
                                                                     Cincinnati, Ohio 45202
                                                                     E-mail address: jhelmer@fcalawfirm.com
                                                                     Telephone number: (513) 421-2400