**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,                Case No.: 09-50026 (REG)
       et al., f/k/a General Motors Corp., et al.        Chapter 11
                  Debtor

----------------------------------------------------------------x


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*


Upon the motion of <u>James B. Helmer, Jr.,</u> to be admitted, **pro hac vice**, to represent <u>Roger L. Thacker, Roger L. Sanders, and Thomas J. Hanson,</u> (the "Client") <u>Claimants</u> in the above-referenced <u>case</u> and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Ohio</u> and, if applicable, the bar of the U.S. District Court for the <u>Southern</u> District of <u>Ohio</u>, it is hereby


**ORDERED**, that *James B. Helmer, Jr.,* Esq., is admitted to practice **pro hac vice**, in the above-referenced <u>case</u> to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.


Dated: July 23, 2013
New York, New York                        ***S/ Robert E. Gerber***
                                  UNITED STATES BANKRUPTCY JUDGE