FILING RELATES TO: Docket No. 12480

James B. Helmer, Jr., PHV
Helmer, Martins, Rice and Popham
600 Vine Street
Suite 2704
Cincinnati, Ohio 45202
Telephone: (513) 421-2400
Facsimile: (513) 421-7902

*Attorney for Roger L. Thacker,*
*Roger L. Sanders, and Thomas J. Hanson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                        :
                                                                :
                                        Debtors.                :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF OHIO        )
                     )
COUNTY OF HAMILTON   )

      I, JAMES B. HELMER, JR., being duly sworn, depose and state:

      1.      I am not a party to this action, am over 18 years of age, and am President of the law firm of Helmer, Martin, Rice & Popham Co., L.P.A., 600 Vine Street, Suite 2704, Cincinnati, OH 45202.

      2.      On July 29, 2013, I caused to be served true and correct copies of the

**Memorandum of Roger L. Thacker, Roger L. Sanders, and Thomas J. Hanson Joining, in**

**Part, GUC Trust's Motion to Estimate Proof of Claim No. 27105 (Doc. 12427)** [Docket No. 12480] on all parties receiving notice via the Court's ECF system, by electronic mail upon each of the persons and entities listed on the attached **Exhibit A**, by regular United States Mail upon each of the persons and entities listing on the attached **Exhibit B**, and provided copies for Chambers by next-day Federal Express.

/s/ *James B. Helmer, Jr.*
James B. Helmer, Jr.

Sworn to me before this 29th day of July 2013

*/s/ William J. Diggs, II*
Notary Public, State of Ohio
Qualified in Hamilton County
My Commission Expires 04-21-2014

**Exhibit A**

ei@capdale.com;
rct@capdale.com;
mcheney@crowell.com;
michael.cordasco@fticonsulting.com;
mjwilliams@gibsondunn.com;
lawrence.s.buonomo@gm.com;
kirkpwatson@gmail.com;
tmorrow@alixpartners.com;
brousseau@sbep-law.com;
esserman@sbep-law.com;
hartwick@sbep-law.com;
d'apice@sbep-law.com;
newton@sbep-law.com;
ofschiefcounselnotices@do.treas.gov;
paul.wogaman@usdoj.gov;
david.jones6@usdoj.gov;
jeffrey.oestericher@usdoj.gov;
joseph.cordaro@usdoj.gov;
natalie.kuehler@usdoj.gov;
mjedelman@vedderprice.com;
mschein@vedderprice.com;
joseph.smolinsky@weil.com;
harvey.miller@weil.com;
stephen.karotkin@weil.com;
kmartorana@gibsondunn.com;
anna.phillips@fticonsulting.com

**Exhibit B**

Cadwalader, Wickersham & Taft LLP,
ATTN: John J. Rapisardi, Esq.
ATTY for the United States
Department of the Treasury,
One World Financial Center
New York, New York 10281

Kramer Levin Naftalis & Frankel LLP
ATTN: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.,
Lauren Macksoud, Esq., and Jennifer Sharret, Esq.
 ATTY for the statutory committee of unsecured creditors
1177 Avenue of the Americas
New York, New York 10036

The Office of the United States Trustee
for the Southern District of New York
Attn: Tracy Hope Davis, Esq.
 33 Whitehall Street,
21st Floor,
New York, New York 10004

Caplin & Drysdale, Chartered,
ATTN: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.
ATTY for the official committee of unsecured
creditors holding asbestos-related claims
One Thomas Circle, N.W.,
Suite 1100
Washington, DC 20005

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue
19th Floor
New York, NY 10022

The United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220