> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                 :        **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*, :        **09-50026** (REG)
    f/k/a General Motors Corp., *et al.*  :
:
                    Debtors.              :        **(Jointly Administered)**
:
---------------------------------------------------------------x

**NOTICE OF MATTER SCHEDULED FOR**
**HEARING ON AUGUST 1, 2013 AT 10:30 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER**

1. Motors Liquidation Company GUC Trust's Motion to Compel Roger L. Thacker, Roger L. Sanders, and Thomas J. Hanson to Participate in Mandatory Mediation with Respect to Claim No. 27105 Pursuant to the Second Amended ADR Order (**ECF No. 12463**)

   Responses Filed:

   A. Opposition Memorandum of Roger L. Thacker, Roger L. Sanders, and Thomas J. Hanson to GUC Motion to Compel Mandatory Mediation of Claim No. 27105 (**ECF No. 12477**)

   Replies Filed:

   B. Motors Liquidation Company GUC Trust's Reply to Roger L. Thacker, Roger L. Sanders and Thomas J. Hanson's Response to the Motion to Compel Participation in Mandatory Mediation with Respect to Claim No. 27105 Pursuant to the Second Amended ADR Order (**ECF No. 12479**)

Additional Documents:    None to date.

**Status**:    **This matter is going forward.**

Dated: New York, New York
July 29, 2013

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

2