GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Matthew J. Williams
Keith R. Martorana

*Attorneys for the Motors Liquidation Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                      :    **09-50026 (REG)**
f/k/a General Motors Corp., *et al.*                           :
                                                               :    **(Jointly Administered)**
                            **Debtors.**                       :
---------------------------------------------------------------x

**MOTORS LIQUIDATION COMPANY GUC TRUST**
**QUARTERLY GUC TRUST REPORTS AS OF JUNE 30, 2013**

The Motors Liquidation Company GUC Trust (the "**GUC Trust**"), by its undersigned counsel, pursuant to the Amended and Restated Motors Liquidation Company GUC Trust Agreement dated June 11, 2012 and between the parties thereto (as amended, the "**GUC Trust Agreement**") and in accordance with Paragraph 31 of the order of this Court dated March 29, 2011 confirming the Debtors' Second Amended Joint Chapter 11 Plan of liquidation dated March 18, 2011 of Motors Liquidation Company and its affiliated post-effective date debtors (the "**Confirmation Order**"), hereby files the following for the most recently ended fiscal quarter of the GUC Trust.

Financial statements required under Section 6.2(b) of the GUC Trust Agreement for the fiscal quarter ended June 30, 2013 are annexed hereto as <u>Exhibit A</u> (the "**GUC Trust Reports**").

The GUC Trust has no officers, directors or employees. The GUC Trust and Wilmington Trust Company, solely it its capacity as trustee and trust administrator (the "**GUC Trust Administrator**"), rely solely on receiving accurate information, reports and other representations from GUC Trust professionals and other service providers to the GUC Trust. In submitting the GUC Trust Reports and executing any related documentation on behalf of the GUC Trust, the GUC Trust Administrator has relied upon the accuracy of such reports, information and representations.

Dated: New York, New York
August 9, 2013

        GIBSON, DUNN & CRUTCHER LLP

        By:   /s/ Matthew J. Williams

Matthew J. Williams
Keith R. Martorana
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for the Motors Liquidation Company GUC Trust*

# **EXHIBIT A**

**Motors Liquidation Company GUC Trust**

**Condensed Financial Statements**

**Quarter Ended June 30, 2013**

Motors Liquidation Company GUC Trust

Condensed Financial Statements

Table of Contents

| Condensed Financial Statements | Page |
|---|---|
| Condensed Statements of Net Assets in Liquidation (Liquidation Basis), June 30, 2013 (unaudited) and March 31, 2013 | 1 |
| Condensed Statements of Changes in Net Assets in Liquidation (Liquidation Basis), Three Months Ended June 30, 2013 and 2012 (unaudited) | 2 |
| Condensed Statements of Cash Flows (Liquidation Basis), Three Months Ended June 30, 2013 and 2012 (unaudited) | 3 |
| Notes to Condensed Financial Statements (unaudited) | 4 |

**Item 1.    Financial Statements.**

Motors Liquidation Company GUC Trust
CONDENSED STATEMENTS OF NET ASSETS IN LIQUIDATION (LIQUIDATION BASIS)
(Dollars in thousands)

|  | June 30, 2013 Unaudited | March 31, 2013 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and Cash Equivalents | $ 1,498 | $ 1,010 |
| Marketable Securities | 69,689 | 76,796 |
| Holdings of New GM Securities (Note 5) | 1,998,601 | 1,591,110 |
| Other Assets & Deposits | 1,714 | 1,815 |
| **TOTAL ASSETS** | 2,071,502 | 1,670,731 |
| **LIABILITIES** | | |
| Accounts Payable & Other Liabilities | 7,431 | 6,782 |
| Liquidating Distributions Payable (Note 4) | 25,046 | 16,555 |
| Deferred Tax Liability (Note 8) | 331,015 | 164,845 |
| Reserves for Residual Wind Down Claims (Note 7) | 29,692 | 30,855 |
| Reserves for Expected Costs of Liquidation (Note 7) | 53,601 | 61,513 |
| **TOTAL LIABILITIES** | 446,785 | 280,550 |
| **NET ASSETS IN LIQUIDATION** (Note 3) | $1,624,717 | $ 1,390,181 |

See Accompanying Notes to Condensed Financial Statements.

1

Motors Liquidation Company GUC Trust
CONDENSED STATEMENTS OF CHANGES IN NET ASSETS IN LIQUIDATION (LIQUIDATION BASIS) (UNAUDITED)
(Dollars in thousands)

|  | Three Months Ended June 30, 2013 | Three Months Ended June 30, 2012 |
|---|---:|---:|
| **Net Assets in Liquidation, beginning of period** | $1,390,181 | $1,369,239 |
| **Increase (decrease) in net assets in liquidation:** | | |
| Net reduction in (additions to) reserves for Expected Costs of Liquidation | 1,678 | (720) |
| Liquidating distributions (Note 4) | (18,923) | (19,842) |
| Net change in fair value of holdings of New GM Securities | 417,924 | (449,947) |
| Interest and dividend income | 27 | 53 |
| Income tax (provision) benefit | (166,170) | 108,583 |
| **Net increase (decrease) in net assets in liquidation** | 234,536 | (361,873) |
| **Net Assets in Liquidation, end of period** | $1,624,717 | $1,007,366 |

See Accompanying Notes to Condensed Financial Statements.

2

Motors Liquidation Company GUC Trust
CONDENSED STATEMENTS OF CASH FLOWS (LIQUIDATION BASIS) (UNAUDITED)
(Dollars in thousands)

|  | Three Months Ended June 30, 2013 | Three Months Ended June 30, 2012 |
|---|---:|---:|
| **Cash flows from (used in) operating activities** |  |  |
| Cash receipts from interest and dividends | $ 25 | $ 31 |
| Cash paid for professional fees, governance costs and other administrative costs | (5,476) | (15,126) |
| Cash paid for Residual Wind-Down Claims | (1,168) | (1,132) |
| Cash paid for distributions | (16) | — |
| Net cash flows used in operating activities | (6,635) | (16,227) |
| **Cash flows from (used in) investing activities** |  |  |
| Cash used to purchase marketable securities | (21,750) | (63,521) |
| Cash from maturities and sales of marketable securities | 28,856 | 55,403 |
| Net cash flows from (used in) investing activities | 7,106 | (8,118) |
| **Cash flows from (used in) financing activities** |  |  |
| Cash from sale of New GM Securities for distribution | 17 | — |
| Cash transferred to the Avoidance Action Trust | — | (13,715) |
| Net cash flows from (used in) financing activities | 17 | (13,715) |
| **Net increase (decrease) in cash and cash equivalents** | 488 | (38,060) |
| Cash and cash equivalents, beginning of period | 1,010 | 38,396 |
| **Cash and cash equivalents, end of period** | $ 1,498 | $ 336 |

The GUC Trust has not presented a reconciliation from net income to cash flow from operations. As an entity in liquidation, the GUC Trust does not have continuing operations that result in the measurement of net income as that term is used by generally accepted accounting principles to measure results of operations.

See Accompanying Notes to Condensed Financial Statements.

3

Motors Liquidation Company GUC Trust
Notes to Condensed Financial Statements
June 30, 2013

**1. Description of Trust and Reporting Policies**

The Motors Liquidation Company GUC Trust ("GUC Trust") is a successor to Motors Liquidation Company (formerly known as General Motors Corp.) ("MLC") within the meaning of Section 1145 of the United States Bankruptcy Code ("Bankruptcy Code"). The GUC Trust holds, administers and directs the distribution of certain assets pursuant to the terms and conditions of the Amended and Restated Motors Liquidation Company GUC Trust Agreement (the "GUC Trust Agreement"), dated as of June 11, 2012 and as amended from time to time, and pursuant to the Second Amended Joint Chapter 11 Plan (the "Plan"), dated March 18, 2011, of MLC and its debtor affiliates (collectively, along with MLC, the "Debtors"), for the benefit of holders of allowed general unsecured claims against the Debtors ("Allowed General Unsecured Claims").

The GUC Trust was formed on March 30, 2011, as a statutory trust under the Delaware Statutory Trust Act, for the purposes of implementing the Plan and distributing the GUC Trust's distributable assets. The Plan generally provides for the distribution of certain shares of common stock ("New GM Common Stock") of the new General Motors Company, formerly known as NGMCO, Inc. ("New GM"), and certain warrants for the purchase of shares of such stock (the "New GM Warrants," and, together with the New GM Common Stock, the "New GM Securities") to holders of Allowed General Unsecured Claims pro rata by the amount of such claims. In addition, the Plan provides that each holder of an Allowed General Unsecured Claim will obtain, in the form of GUC Trust Units (as defined below), a contingent right to receive, on a pro rata basis, additional shares of New GM Common Stock and New GM Warrants (if and to the extent such New GM Common Stock and New GM Warrants are not required for the satisfaction of previously Disputed General Unsecured Claims (as defined in Note 2) or liquidation for the payment of the expenses of the GUC Trust) and certain cash, if any, remaining at the dissolution of the GUC Trust.

The GUC Trust exists solely for the purpose of resolving claims, distributing New GM Securities and winding down the affairs of MLC, all in accordance with a plan of liquidation of MLC approved by the Bankruptcy Court. Accordingly, the GUC Trust has prepared the accompanying financial statements on the liquidation basis of accounting in accordance with accounting principles generally accepted in the United States of America (U.S. GAAP). Under the liquidation basis of accounting as prescribed by the Financial Accounting Standards Board (FASB) Accounting Standards Codification, assets are stated at their estimated net realizable value, which is the non-discounted amount of cash into which an asset is expected to be converted during the liquidation period, while liabilities continue to be recognized at the amount required by other U.S. GAAP, and are not remeasured to reflect any anticipation that an entity will be legally released from an obligation. Additionally, under the liquidation basis of accounting, a reserve is established for estimated costs expected to be incurred during the liquidation period. Such costs are accrued when there is a reasonable basis for estimation. These estimates are periodically reviewed and adjusted as appropriate. The valuation of assets at net realizable value, reserves for residual wind-down claims and reserves for expected liquidation costs represent estimates, based on present facts and circumstances known to the GUC Trust Administrator, and are subject to change.

As described above, the beneficiaries of the GUC Trust are future and, to the extent their liquidating distributions have not yet been paid to them, current holders of Allowed General Unsecured Claims and future and current holders of GUC Trust Units ("Trust Beneficiaries"). As Disputed General Unsecured Claims are resolved and allowed and thereby become Allowed General Unsecured Claims, the holders thereof become entitled to receive liquidating distributions of New GM Securities and GUC Trust Units pro rata by the amount of such Claims and, upon such occurrence, the GUC Trust incurs an obligation to distribute such securities. Accordingly, liquidating distributions payable are recorded (at the fair value of such New GM Securities) as of the end of the period in which the Disputed General Unsecured Claims are resolved as Allowed General Unsecured Claims. Similarly, to the extent potential Term Loan Avoidance Action Claims (as defined in Note 2) were to arise (and would become allowed) in the manner described in Note 2, liquidating distributions payable would be recorded for the New GM Securities (at fair value) that would become distributable to holders of Term Loan Avoidance Action Claims upon such occurrence. Prior to the resolution and allowance of Disputed General Unsecured Claims (or potential Term Loan Avoidance Action Claims), liabilities are not recorded for the conditional obligations associated with Disputed General Unsecured Claims. Rather, the beneficial interests of Trust Beneficiaries in the residual assets of the GUC Trust are reflected in Net Assets in Liquidation of the GUC Trust in the accompanying financial statements.

The accompanying (a) condensed statement of net assets in liquidation at March 31, 2013, which has been derived from audited financial statements, and (b) the unaudited interim condensed financial statements have been prepared in accordance with the instructions to Form 10-Q and, therefore, do not include all information and footnotes required by U.S. GAAP for complete financial statements. The GUC Trust believes all adjustments, normal and recurring in nature, considered necessary for a fair presentation have been included. The changes in net assets in liquidation for the three months ended June 30, 2013 are not necessarily indicative of the changes in net assets that may be expected for the full year. The GUC Trust believes that, although the disclosures contained herein are adequate to prevent the information presented from being misleading, the accompanying interim condensed financial statements should be read in conjunction with the GUC Trust's financial statements for the year ended March 31, 2013 included in Form 10-K filed by the GUC Trust with the Securities and Exchange Commission on May 21, 2013.

The preparation of condensed financial statements in conformity with U.S. GAAP requires the GUC Trust Administrator to make estimates and assumptions that affect the reported amounts of assets and liabilities and are subject to change.

Changes to U.S. GAAP are made by the FASB in the form of accounting standards updates (ASU's) to the FASB's Accounting Standards Codification. The GUC Trust considers the applicability and impact of all ASU's. ASU's not noted herein were assessed and determined to be not applicable. In April 2013, the FASB issued Accounting Standards Update No. 2013-07, *Liquidation Basis of Accounting*, which amended the FASB Accounting Standards Codification and provides guidance as to when an entity should apply the liquidation basis of accounting. In addition, the guidance provides principles for the recognition and measurement of assets and liabilities and requirements for financial statements prepared using the liquidation basis of accounting. The provisions are effective for annual periods beginning after December 15, 2013 and interim periods therein. Early adoption is permitted. The GUC Trust does not expect the adoption of these provisions will have a material impact on its financial statements.

## 2. Plan of Liquidation

On March 31, 2011, the date the Plan became effective (the "Effective Date"), there were approximately $29,771 million in Allowed General Unsecured Claims. In addition, as of the Effective Date, there were approximately $8,154 million in disputed general unsecured claims which reflects liquidated disputed claims and a Bankruptcy Court ordered distribution reserve for unliquidated disputed claims ("Disputed General Unsecured Claims"), but does not reflect potential Term Loan Avoidance Action Claims. The total aggregate amount of general unsecured claims, both allowed and disputed, asserted against the Debtors, inclusive of the potential Term Loan Avoidance Action Claims, was approximately $39,425 million as of the Effective Date.

Pursuant to the GUC Trust Agreement, holders of Disputed General Unsecured Claims become entitled to receive a distribution of New GM Securities from the GUC Trust if, and to the extent that, such Disputed General Unsecured Claims become Allowed General Unsecured Claims. Under the GUC Trust Agreement, the GUC Trust Administrator has the authority to file objections to such Disputed General Unsecured Claims and the Bankruptcy Court has extended the time by which the GUC Trust may object to Disputed General Unsecured Claims and Administrative Expenses as defined in the Plan to September 21, 2013 (which date may be further extended by application to the Bankruptcy Court). Such claims may be prosecuted through alternative dispute resolution proceedings, including mediation and arbitration ("ADR Proceedings"), if appropriate. The GUC Trust Administrator and its professionals are currently prosecuting multiple objections to Disputed General Unsecured Claims.

To the extent that all or a portion of a Disputed General Unsecured Claim is deemed invalid—or "disallowed"—by order of the Bankruptcy Court, by order of the tribunal presiding over the ADR Proceeding (if applicable), or by settlement with the GUC Trust, such portion of the Disputed General Unsecured Claim that is disallowed is not entitled to a distribution from the GUC Trust (subject to any appeal rights of the claimant). However, to the extent that a Disputed General Unsecured Claim is fully resolved, and such resolution results in all or a portion of the original Disputed General Unsecured Claim being deemed valid—or "allowed"—by order of the Bankruptcy Court, by order of the tribunal presiding over the ADR Proceeding (if applicable), or by settlement with the GUC Trust, such portion of the Disputed General Unsecured Claim that is allowed will be considered an Allowed General Unsecured Claim and will be entitled to a distribution from the GUC Trust as if it were an Allowed General Unsecured Claim on the Effective Date (such claims, "Resolved Disputed Claims").

Only one Avoidance Action, captioned Official Committee of Unsecured Creditors of Motors Liquidation Co. v. JPMorgan Chase Bank, N.A. et al., Adv. Pro. No.09-00504 (Bankr. S.D.N.Y. July 31, 2009) (the "Term Loan Avoidance Action"), was commenced prior to the statutory deadline for commencing such actions. The Term Loan Avoidance Action was commenced by the Official Committee of Unsecured Creditors of Motors Liquidation Company (the "Committee"), and seeks the return of approximately $1.5 billion that had been transferred by the Debtors (with funds advanced after the commencement of the Chapter 11 Cases of the Debtors (as defined in "Item 2. Management's Discussion and Analysis" under the heading "Glossary" below) by the United States Treasury and Export Development Canada (together, the "DIP Lenders")) to a consortium of prepetition lenders pursuant to the terms of the order of the Bankruptcy Court. On December 15, 2011, in accordance with the Plan, upon the dissolution of MLC, the Term Loan Avoidance Action was transferred to the Avoidance Action Trust (as defined below). To the extent that Wilmington Trust Company, not in its individual capacity but solely in its capacity as the trustee and trust administrator of the Avoidance Action Trust (the "Avoidance Action Trust Administrator"), is successful in obtaining a judgment against the defendant(s) to the Term Loan Avoidance Action, Allowed General Unsecured Claims will arise in the amount of any transfers actually avoided (that is, disgorged) pursuant thereto (such general unsecured claims "Term Loan Avoidance Action Claims," and together with Resolved Disputed Claims, the "Resolved Allowed Claims").

It is still unclear whether any amounts actually avoided pursuant to the Term Loan Avoidance Action would be for the benefit of holders of Allowed General Unsecured Claims. The Committee has taken the position that (a) the DIP Lenders are not entitled to any proceeds of the Term Loan Avoidance Action and have no interests in the trust established for the action under the Plan (the "Avoidance Action Trust") and (b) the holders of Allowed General Unsecured Claims have the exclusive right to receive any and all proceeds of the Term Loan Avoidance Action, and are the exclusive beneficiaries of the Avoidance Action Trust with respect thereto.

Litigation with respect to these issues is ongoing, and the rights to any recoveries on the Term Loan Avoidance Action are still disputed. In no event, however, will any funds reclaimed from the pre-petition lenders be transferred to or otherwise benefit the GUC Trust or be distributed to holders of GUC Trust Units.

*GUC Trust Distributable Assets*

Pursuant to the terms of the Plan, the Bankruptcy Court authorized the distribution of 150 million shares of New GM Common Stock issued by New GM, warrants to acquire 136,363,635 newly issued shares of New GM Stock with an exercise price set at $10.00 per share ("New GM Series A Warrants"), and warrants to acquire 136,363,635 newly issued shares of New GM Stock with an exercise price set at $18.33 per share ("New GM Series B Warrants"), (such securities, "New GM Securities"). Record ownership of the New GM Securities was held by MLC for the benefit of the GUC Trust until the dissolution of MLC on December 15, 2011, at which time record ownership was transferred to the GUC Trust.

In addition, the agreement governing the sale of substantially all of the assets of the Debtors and related sale documentation together provide that, in the event that the Bankruptcy Court enters an order, or orders, that includes a finding that the estimated aggregate Allowed General Unsecured Claims against the Debtors exceed $35 billion, New GM will be required to issue additional shares of New GM Common Stock for the benefit of the GUC Trust's beneficiaries (the "Additional Shares"). The number of Additional Shares to be issued will be equal to the number of such shares, rounded up to the next whole share, calculated by multiplying (i) 30 million shares (adjusted to take into account any stock dividend, stock split, combination of shares, recapitalization, merger, consolidation, reorganization or similar transaction with respect to such New GM Common Stock from and after the closing of such sale and before issuance of the Additional Shares) and (ii) a fraction, (A) the numerator of which is the amount by which Allowed General Unsecured Claims exceed $35 billion (such excess amount being capped at $7 billion) and (B) the denominator of which is $7 billion. No Additional Shares have been issued.

*Funding for GUC Trust Costs of Liquidation*

The GUC Trust has incurred and will continue to incur certain costs to liquidate the trust assets and implement the Plan. On or about the Effective Date, pursuant to the Plan, MLC contributed approximately $52.7 million to the GUC Trust to be held and maintained by the GUC Trust Administrator (as the "GUC Trust Administrative Fund") for the purpose of paying certain fees and expenses incurred by the GUC Trust (including fees of the GUC Trust Administrator and the GUC Trust Monitor and the fees and expenses for professionals retained by the GUC Trust) ("Wind-Down Costs"). Cash or investments from the GUC Trust Administrative Fund, if any, which remain at the winding up and conclusion of the GUC Trust must be returned to the DIP Lenders. The GUC Trust Agreement provides that, if the GUC Trust Administrator determines that the GUC Trust Administrative Fund is not sufficient to satisfy the current or projected costs and expenses of the GUC Trust, the GUC Trust Administrator, with the approval of the GUC Trust Monitor, is authorized to set-aside, or "reserve," New GM Securities from distribution for this purpose. The GUC Trust Administrator may then liquidate such reserved New GM Securities to fund the Wind-Down Costs, in most cases, with the required approval of the Bankruptcy Court. New GM Securities that are reserved and/or sold in this manner will not be available for distribution to the beneficiaries of GUC Trust Units, and the cash proceeds of any such sale will be classified as "Other GUC Trust Administrative Cash" under the GUC Trust Agreement. Separate from this process of reserving, or setting aside, New GM Securities to satisfy projected costs and expenses of the GUC Trust, as a matter of financial reporting, the GUC Trust records a reserve in its Statement of Net Assets in Liquidation (the source of funding of which is not addressed thereon) for all expected costs of liquidation for which there is a reasonable basis for estimation. For this reason, among others, there is not a direct relationship between the amount of such reserve reflected in the Statement of Net Assets in Liquidation and the value of any New GM Securities that are set aside for current or projected costs. Adjustments to the Reserve for Expected Costs of Liquidation as reported in the Statement of Net Assets in Liquidation are recorded only when there is a reasonable basis for estimation of the expected incurrence of additional costs.

The Bankruptcy Court previously approved, soon after the Effective Date, and again in March 2012 (the "March 2012 Order") and December 2012 (the "December 2012 Order"), the sale of New GM Securities to fund the fees and expenses of the GUC Trust, which are referred to as Reporting Costs, including those directly or indirectly relating to (i) reports to be prepared and filed by the GUC Trust pursuant to applicable rules, regulations and interpretations of the Securities and Exchange Commission, (ii) the transfer, registration for transfer and certification of GUC Trust Units, and (iii) the application to the Internal Revenue Service for a private letter ruling regarding the tax treatment of the GUC Trust and the holders of Allowed General Unsecured Claims in respect to the distribution of New GM Securities. Both the March 2012 Order and the December 2012 Order additionally authorized the sale of New GM Securities for the purpose of funding accrued and projected Wind-Down Costs. The March 2012 Order also authorized the sale of securities for the purpose of funding certain fees, costs and expenses of the Avoidance Action Trust (as described below under the heading "—Funding for Avoidance Action Trust").

Through March 31, 2013, sales of New GM Securities to fund estimated and projected Reporting Costs and Wind-Down Costs through calendar year 2013 aggregated approximately $50.2 million (which amount comprised part of the GUC Trust's Other GUC Trust Administrative Cash). Such securities sold aggregated 902,228 shares of New GM Common Stock, 820,205 New GM Series A Warrants and 820,205 New GM Series B Warrants. There have been no subsequent sales of securities to fund Wind-Down Costs and Reporting Costs.

To the extent that any of the Other GUC Trust Administrative Cash is not ultimately required and is held by the GUC Trust at the time of its dissolution, such remaining Other GUC Trust Administrative Cash will be distributed by the GUC Trust to holders of Allowed General Unsecured Claims or holders of the GUC Trust Units, as the case may be.

As of June 30, 2013, New GM Securities with an aggregate fair market value of $25.6 million have been reserved, or set aside, for projected GUC Trust fees, costs and expenses to be incurred beyond December 31, 2013. Accordingly, such New GM Securities are currently not available for distribution to the beneficiaries of the GUC Trust Units.

*Funding for Potential Tax Liabilities*

The GUC Trust is subject to U.S. federal income tax on realized gains from the disposition of shares of New GM Common Stock and New GM Warrants, record ownership of which was transferred by MLC to the GUC Trust on December 15, 2011 (such taxes, "Taxes on Distribution"). The GUC Trust Agreement provides that the GUC Trust Administrative Fund may not be utilized to satisfy any Taxes on Distribution. As such, the GUC Trust Administrator is authorized, with the approval of the GUC Trust Monitor, to reserve, or set aside, from distribution an amount of New GM Securities, the liquidated proceeds of which would be sufficient to satisfy any current or potential Taxes on Distribution. The GUC Trust Administrator may then liquidate such reserved New GM Securities to fund the Taxes on Distribution, with the approval of the GUC Trust Monitor, but without the necessity of obtaining approval of the Bankruptcy Court. New GM Securities that are reserved and subsequently sold in this manner will not be available for distribution to the beneficiaries of GUC Trust Units, and the cash proceeds of any such sale will be classified as "Other GUC Trust Administrative Cash" under the GUC Trust Agreement.

During the three months ended June 30, 2013, the GUC Trust Administrator reviewed the current and potential Taxes on Distribution. As a result of such review, the GUC Trust Administrator determined that it was appropriate to reserve, or set aside, New GM Securities with an aggregate fair market value of $581.3 million for potential Taxes on Distribution based on (1) the GUC Trust's method for calculating potential gains on distributions or sales of New GM Securities (reduced by current period and carryforward net operating losses and future deductible expenses at June 30, 2013), (2) the GUC Trust's method for converting the potential tax liability to the number of securities to be reserved, and (3) a limitation on the number of New GM Securities that were available to be set aside. Accordingly, such New GM Securities are not currently available for distribution to the beneficiaries of GUC Trust Units. The GUC Trust Administrator intends to continue to reevaluate the reserve, or set aside, of New GM Securities on a quarterly basis.

In the GUC Trust's U.S. federal income tax returns, the New GM Securities transferred from MLC to the GUC Trust still held at June 30, 2013 have a tax basis of approximately $1,067 million ($19.87 per share of New GM Common Stock, $11.38 per warrant for the New GM Series A Warrants and $7.88 per warrant for the New GM Series B Warrants). Such tax basis will be used to determine the taxable gain or loss on the disposition of New GM Securities since their transfer. As described in Note 8, for financial reporting purposes, the GUC Trust recorded a deferred tax liability for the fair value of New GM Securities in excess of their tax basis at June 30, 2013 and March 31, 2013. Certain U.S. federal income tax returns of MLC currently are under audit by the Internal Revenue Service. The outcome of those audits and the effect, if any, it may have on the GUC Trust's U.S. federal income tax returns or financial statements is indeterminable at this time.

*Funding for Avoidance Action Trust*

Based on an analysis of the Avoidance Action Trust and its potential funding sources, the GUC Trust Administrator, in conjunction with the Avoidance Action Trust Administrator determined that it would be in the best interest of the holders of Allowed General Unsecured Claims to fund certain fees, costs and expenses of the Avoidance Action Trust, subject to approval of the Bankruptcy Court. In March 2012, the Bankruptcy Court approved the sale of New GM Securities aggregating approximately $13.7 million and the transfer of the sales proceeds to the Avoidance Action Trust for such funding. The sale occurred in March 2012 comprising 269,422 shares of New GM Common Stock, 244,929 New GM Series A Warrants and 244,929 New GM Series B Warrants. The sales proceeds were held by the GUC Trust at March 31, 2012 pending receipt of written confirmation from the Internal Revenue Service that the transfer of such sale proceeds would not affect its prior rulings regarding the tax characterization of (i) the 2009 section 363 sale by MLC and MLC's subsequent liquidation and (ii) the GUC Trust as a "disputed ownership fund" within the meaning of Treasury Regulation section 1.468B-9. Such sale proceeds were transferred to the Avoidance Action Trust in May 2012 following receipt of such written confirmation.

*Residual Wind-Down Claims and Costs*

Upon the dissolution of the Debtors, which occurred on December 15, 2011, the GUC Trust became responsible for resolving and satisfying (to the extent allowed) all remaining disputed administrative expenses, priority tax claims, priority non-tax claims and secured claims (the "Residual Wind-Down Claims"). On December 15, 2011, under the Plan, the Debtors transferred to the GUC

7

Trust an amount of cash necessary (the "Residual Wind-Down Assets") to satisfy the ultimate allowed amount of such Residual Wind-Down Claims (including certain litigation defense costs related to the Term Loan Avoidance Action (the "Avoidance Action Defense Costs")), as estimated by the Debtors, and the costs, fees and expenses relating to satisfying and resolving the Residual Wind-Down Claims (the "Residual Wind-Down Costs").

Should the Residual Wind-Down Costs and the Residual Wind-Down Claims be less than the Residual Wind-Down Assets aggregating approximately $42.8 million (which amount consisted of approximately $38.6 million in cash, the transferred benefit of approximately $2.8 million in prepaid expenses and approximately $1.4 million in cash for the payment of certain defense costs related to the Term Loan Avoidance Action) transferred to the GUC Trust on December 15, 2011, any excess funds will be returned to the DIP Lenders. If at any time the GUC Trust Administrator determines that the Residual Wind-Down Assets are not adequate to satisfy the Residual Wind-Down Claims (including the actual amount of Avoidance Action Defense Costs) and Residual Wind-Down Costs, such costs will be satisfied by Other GUC Trust Administrative Cash. If there is no remaining Other GUC Trust Administrative Cash, the GUC Trust Administrator is authorized to, with GUC Trust Monitor approval, reserve and, with Bankruptcy Court approval, sell New GM Securities to cover the shortfall. To the extent that New GM Securities are reserved and sold to obtain funding to complete the wind-down of the Debtors, such securities will not be available for distribution to the beneficiaries of the GUC Trust. Therefore, the amount of Residual Wind-Down Claims and Residual Wind-Down Costs could reduce the assets of the GUC Trust available for distribution. After the GUC Trust has concluded its affairs, any funds remaining that were obtained from the sale of New GM Securities to fund the wind-down process or the resolution and satisfaction of the Residual Wind-Down Claims will be distributed to the holders of the GUC Trust Units. If the actual amount of Avoidance Action Defense Costs exceeds the corresponding cash of $1.4 million received by the GUC Trust from MLC on the Dissolution Date, a new Residual Wind-Down Claim will arise in the amount of such shortfall.

In addition to the Residual Wind-Down Assets, the GUC Trust also received on the Dissolution Date approximately $3.4 million in cash from MLC for the purposes of funding (1) certain costs, fees and expenses payable under the Plan to the indenture trustees and fiscal and paying agents for the previously outstanding debt of MLC, or the Indenture Trustee / Fiscal and Paying Agent Costs, and (2) Reporting Costs. The funds received were credited to the reserve for expected costs of liquidation. Any unused portion of the funds designated for the Indenture Trustee / Fiscal and Paying Agent Costs of $1.4 million must be returned to the DIP Lenders and will not be available for distribution to the holders of GUC Trust Units at the winding up and conclusion of the GUC Trust.

    **3.    Net Assets in Liquidation**

*Description*

Under the GUC Trust Agreement and the Plan, as described more fully in Note 1, the beneficiaries of the GUC Trust are future and, to the extent their liquidating distributions have not yet been paid to them, current holders of Allowed General Unsecured Claims and future and current holders of GUC Trust Units ("Trust Beneficiaries"). Certain assets of the GUC Trust are reserved for funding the expected costs of liquidation and potential tax liabilities and are currently not available to the Trust Beneficiaries. Other assets of the GUC Trust, primarily Holdings of New GM Securities, as described in Notes 1 and 5, are available to be distributed to the Trust Beneficiaries ("GUC Trust Distributable Assets") in accordance with the Plan. The amounts of net assets in liquidation presented in the accompanying Condensed Statements of Net Assets in Liquidation (liquidation basis) at June 30, 2013 and March 31, 2013 correspond to the amounts of GUC Trust Distributable Assets as of June 30, 2013 and March 31, 2013.

*Trust Units*

As described in Note 1, each holder of an Allowed General Unsecured Claim will retain a contingent right to receive, on a pro rata basis, additional shares of New GM Common Stock and New GM Warrants (if and to the extent such shares of New GM Common Stock and New GM Warrants are not required for the satisfaction of previously Disputed General Unsecured Claims or liquidation for the payment of the expenses or tax liabilities of the GUC Trust) and certain cash, if any, remaining at the dissolution of the GUC Trust. The GUC Trust issues units representing such contingent rights ("GUC Trust Units") at the rate of one GUC Trust Unit per $1,000 of Allowed General Unsecured Claims to each holder of an Allowed General Unsecured Claim, subject to rounding pursuant to the GUC Trust Agreement, in connection with the initial recognition of each Allowed General Unsecured Claim.

The GUC Trust makes quarterly liquidating distributions to holders of GUC Trust Units to the extent that certain previously Disputed General Unsecured Claims asserted against the Debtors' estates are either disallowed or are otherwise resolved favorably to the GUC Trust (thereby reducing the amount of GUC Trust assets reserved for distribution in respect of such asserted claims) and the amount of Excess GUC Trust Distributable Assets (as defined in the GUC Trust Agreement) as of the end of the relevant quarter exceeds thresholds set forth in the GUC Trust Agreement.

The following presents the changes during the three months ended June 30, 2013 in the numbers of GUC Trust Units outstanding or for which the GUC Trust was obligated to issue:

|  | Trust Units |
|---|---:|
| Outstanding or issuable at March 31, 2013 | 30,227,314 |
| Issued during the period | 28,879 |
| Less: Issuable at beginning of period | (28,879) |
| Add: Issuable at end of period | 55,487 |
| Outstanding or issuable at June 30, 2013 | 30,282,801 |

*Allowed and Disputed Claims*

The total cumulative pro rata liquidating distributions ultimately received by Trust Beneficiaries is dependent upon the current amount of Allowed General Unsecured Claims and final resolution of outstanding Disputed General Unsecured Claims and potential Term Loan Avoidance Action Claims (as described in Note 2). Disputed General Unsecured Claims at June 30, 2013 reflect claim amounts at their originally filed amounts, a court ordered distribution reserve for certain claims filed without a claim amount and other adjustments to originally filed amounts as ordered by the court or permitted by the Plan. The Disputed General Unsecured Claims may settle at amounts that differ significantly from these amounts and at amounts that differ significantly from the historical pattern at which claims have been settled and allowed in proportion to claims resolved and disallowed. As described in Note 1, prior to the resolution and allowance of Disputed General Unsecured Claims (or potential Term Loan Avoidance Action Claims), liabilities are not recorded for the conditional obligations associated with Disputed General Unsecured Claims. Liquidating distributions payable are recorded (at the fair value of New GM Securities to be distributed) as of the end of the period in which the Disputed General Unsecured Claims are resolved as Allowed General Unsecured Claims. Similarly, to the extent potential Term Loan Avoidance Action Claims were to arise (and would become allowed) in the manner described in Note 2, liquidating distributions payable would be recorded for the New GM Securities (at fair value) that would become distributable to holders of Term Loan Avoidance Action Claims upon such occurrence.

The following table presents a summary of the Allowed and Disputed General Unsecured Claims and potential Term Loan Avoidance Action Claims for the three months ended June 30, 2013:

| (in thousands) | Allowed General Unsecured Claims | Disputed General Unsecured Claims | Term Loan Avoidance Action Claims | Maximum Amount of Unresolved Claims (1) | Total Claim Amount (2) |
|---|---:|---:|---:|---:|---:|
| Total, March 31, 2013 | $ 30,227,244 | $ 3,604,871 | $1,500,000 | $5,104,871 | $35,332,115 |
| New Allowed General Unsecured Claims, net | 55,486 | — | — | — | 55,486 |
| Disputed General Unsecured Claims resolved or disallowed | — | (200,705) | — | (200,705) | (200,705) |
| Total, June 30, 2013 | $ 30,282,730 | $ 3,404,166 | $1,500,000 | $4,904,166 | $35,186,896 |

(1) Maximum Amount of Unresolved Claims represents the sum of Disputed General Unsecured Claims and Term Loan Avoidance Action Claims.
(2) Total Claim Amount represents the sum of Allowed General Unsecured Claims and Maximum Amount of Unresolved Claims.

Of the Disputed General Unsecured Claims aggregating $3.40 billion as of June 30, 2013 in the table above, approximately $2.68 billion relates to litigation currently being pursued by the GUC Trust (as defined in "Item 2. Management's Discussion and Analysis" under the heading "Glossary" below, the "Nova Scotia Matter") to disallow, equitably subordinate or reduce the following claims in the Chapter 11 Cases of the Debtors: (i) claims aggregating approximately $1.07 billion filed by or on behalf of certain holders of notes (the "Nova Scotia Notes") issued in 2003 by General Motors Nova Scotia Finance Company, a Nova Scotia unlimited liability company and then a subsidiary of MLC ("Nova Scotia Finance"), and guaranteed by MLC (collectively, the "Guarantee Claims"), and (ii) the claim of approximately $1.61 billion filed by the bankruptcy trustee for Nova Scotia Finance (collectively with the Guarantee Claims, the "Disputed Nova Scotia Claims"). In addition, the GUC Trust has determined that, as of June 30, 2013, approximately $378 million of the aggregate $3.40 billion of Disputed General Unsecured Claims relates to claims filed directly by former beneficial owners of notes previously issued or guaranteed by the Debtors, for which proofs of claim have otherwise been filed indirectly on behalf of such beneficial owners as members of a broader class. The GUC Trust expects to petition the Bankruptcy Court for the disallowance of such duplicative claims.

The Nova Scotia Matter involves a prior settlement agreement (the "Lock-Up Agreement") entered into on the same day that MLC filed for bankruptcy, among MLC, Nova Scotia Finance and certain holders of Nova Scotia Notes, among other parties. The Lock-Up Agreement purported to settle certain prepetition litigation commenced in Canada relating to the Nova Scotia Notes in exchange for, among other things: (i) a cash payment of approximately $367 million, funded by MLC and (ii) the allowance of claims to the extent permitted by law, in the Chapter 11 Cases against MLC, aggregating approximately $2.68 billion. Prior to the Lock-Up Agreement, the aggregate amount of all claims by holders of Nova Scotia Notes was approximately $1.0 billion.

The trial in the Nova Scotia Matter commenced before the Bankruptcy Court on August 7, 2012, and it has not yet concluded. Resolution of the Nova Scotia Matter in favor of the GUC Trust would result in a portion or all of the Disputed Nova Scotia Claims being disallowed.

4. **Liquidating Distributions**

Liquidating distributions in the three months ended June 30, 2013 consisted of the following:

| (in thousands) | Fair Value |
|---|---|
| Distributions during the period | $ 10,432 |
| Less: Liquidating distributions payable at March 31, 2013 | (16,555) |
| Add: Liquidating distributions payable at June 30, 2013 | 25,046 |
| Total | $ 18,923 |

The distributions during the three months ended June 30, 2013 consisted of distributions to (1) holders of Resolved Disputed Claims and (2) holders of Allowed General Unsecured Claims who previously failed to fulfill informational requirements for distribution established in accordance with the GUC Trust Agreement, but subsequently successfully fulfilled such information requirements.

The GUC Trust was obligated at June 30, 2013 to distribute 349,789 shares of New GM Stock, 317,941 of New GM Series A Warrants, and 317,941 of New GM Series B Warrants in the aggregate to the following: (1) holders of Resolved Disputed Claims and (2) certain holders of Allowed General Unsecured Claims who had not then satisfied certain informational requirements necessary to receive these securities. In addition, as of June 30, 2013, cash of $0.6 million was then distributable to governmental entities which are precluded by applicable law from receiving distributions of New GM Securities and for distributions in lieu of fractional shares and warrants.

5. **Holdings of New GM Securities**

At June 30, 2013, the Holdings of New GM Securities, at fair value, consisted of the following:

| | Number | Fair Value (in thousands) |
|---|---|---|
| New GM Common Stock | 28,554,891 | $ 951,164 |
| New GM Series A Warrants | 25,958,804 | 623,011 |
| New GM Series B Warrants | 25,958,804 | 424,426 |
| Total | | $1,998,601 |

As described in Note 4, as of June 30, 2013, the GUC Trust had accrued liquidating distributions payable aggregating $25.0 million in respect of New GM Securities and cash of $0.6 million then distributable. As a result, the numbers of New GM Securities reflected above include shares and warrants for which liquidating distributions were then pending. As of June 30, 2013, these securities for which distributions were then pending aggregated 349,789 shares of New GM Common Stock, 317,941 Series A Warrants and 317,941 Series B Warrants.

As of June 30, 2013, the number of common stock shares and warrants in the table above also includes New GM Securities aggregating $25.6 million reserved, or set aside, for projected GUC Trust fees, costs and expenses to be incurred beyond 2013 and $581.3 million of New GM Securities reserved, or set aside, for potential Taxes on Distribution. As a result, as of June 30, 2013, the numbers of New GM Securities in the table above include an aggregate of 8,670,493 shares of New GM Common Stock, 7,882,237 New GM Series A Warrants, and 7,882,237 New GM Series B Warrants which have been so set aside.

10

Set forth below are the aggregate number and fair value of all such shares and warrants which are pending distribution or are reserved, or set aside, and are not available for distribution at June 30, 2013.

|  | Number | Fair Value (in thousands) |
|---|---:|---:|
| New GM Common Stock | 9,020,282 | $ 300,466 |
| New GM Series A Warrants | 8,200,178 | 196,804 |
| New GM Series B Warrants | 8,200,178 | 134,073 |
| Total |  | $ 631,343 |

**6. Fair Value Measurements**

Accounting standards require certain assets and liabilities be reported at fair value in the financial statements and provide a framework for establishing that fair value. The framework for determining fair value is based on a hierarchy that prioritizes the inputs and valuation techniques used to measure fair value. The Trust's Marketable Securities, Holdings of New GM Securities and Liquidating Distributions Payable are presented as provided by this hierarchy.

*Level 1*—In general, fair values determined by Level 1 inputs use quoted prices in active markets for identical assets and liabilities that the GUC Trust has the ability to access.

*Level 2*—Fair values determined by Level 2 inputs use other inputs that are observable, either directly or indirectly. These Level 2 inputs include quoted prices for similar assets or liabilities in active markets, and other inputs such as interest rates and yield curves that are observable at commonly quoted intervals.

*Level 3*—Level 3 inputs are unobservable inputs, including inputs that are available in situations where there is little, if any, market activity for the related asset or liability. These Level 3 fair value measurements are based primarily on management's own estimates using pricing models, discounted cash flow methodologies, or similar techniques taking into account the characteristics of the asset or liability. The GUC Trust had no assets or liabilities that are measured with Level 3 inputs at June 30, 2013 and March 31, 2013.

In instances where inputs used to measure fair value fall into different levels in the above fair value hierarchy, fair value measurements in their entirety are categorized based on the lowest level input that is significant to the valuation. The GUC Trust's assessment of the significance of particular inputs to these fair value measurements requires judgment and considers factors specific to each asset or liability.

The GUC Trust also holds other financial instruments not measured at fair value on a recurring basis, including Accounts Payable and Other Liabilities. The fair value of these liabilities approximates the carrying amounts in the accompanying financial statements due to the short maturity of such instruments.

The following table presents information about the GUC Trust's assets and liabilities measured at fair value on a recurring basis at June 30, 2013 and March 31, 2013, and the valuation techniques used by the GUC Trust to determine those fair values.

| (in thousands) | June 30, 2013 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| **Assets:** | | | | |
| Cash equivalents: | | | | |
|    Money market funds | $ 858 | $ — | $ — | $ 858 |
| Marketable Securities: | | | | |
|    Municipal commercial paper and demand notes | — | 62,645 | — | 62,645 |
|    Corporate commercial paper | — | 7,044 | — | 7,044 |
| Holdings of New GM Securities | | | | |
|    New GM Common Stock | 951,163 | — | — | 951,163 |
|    New GM Warrants | 1,047,438 | — | — | 1,047,438 |
| Total Assets | $1,999,459 | $69,689 | $ — | $2,069,148 |
| **Liabilities:** | | | | |
| Liquidating distributions payable | $ 25,046 | $ — | $ — | $ 25,046 |

| (in thousands) | March 31, 2013 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| **Assets:** | | | | |
| Cash equivalents: | | | | |
|    Money market funds | $ 354 | $ — | $ — | $ 354 |
| Marketable Securities: | | | | |
|    Municipal commercial paper and demand notes | — | 61,006 | — | 61,006 |
|    Corporate commercial paper | — | 15,790 | — | 15,790 |
| Holdings of New GM Securities | | | | |
|    New GM Common Stock | 798,848 | — | — | 798,848 |
|    New GM Warrants | 792,262 | — | — | 792,262 |
| Total Assets | $1,591,464 | $76,796 | $ — | $1,668,260 |
| **Liabilities:** | | | | |
| Liquidating distributions payable | $ 16,555 | $ — | $ — | $ 16,555 |

The following are descriptions of the valuation methodologies used for assets and liabilities measured at fair value:

- Due to its short-term, liquid nature, the fair value of cash equivalents approximates its carrying value.

- Holdings of New GM Securities are valued at closing prices reported on the active market on which the securities are traded.

- Marketable securities include municipal commercial paper and variable demand notes and corporate commercial paper. Municipal variable demand notes trade daily at par value and, therefore, their fair value is equal to par value. Due to their short term maturities, the fair value of municipal and corporate commercial paper approximates their carrying value.

- Liquidating distributions payable are valued at closing prices of New GM Securities reported on the active market on which the securities are traded.

The GUC Trust's policy is to recognize transfers between levels of the fair value hierarchy as of the actual date of the event of change in circumstances that caused the transfer. There were no such transfers during the three months ended June 30, 2013 and the year ended March 31, 2013.

12

**7. Reserves for Expected Costs of Liquidation and Residual Wind-Down Claims**

The following is a summary of the activity in the reserves for expected costs of liquidation for the three months ended June 30, 2013 and 2012:

| (in thousands) | Three months ended June 30, 2013 | | | | | |
|---|---|---|---|---|---|---|
| | Reserve for Expected Wind-Down Costs | Reserve for Expected Reporting Costs | Reserve for Indenture Trustee/Fiscal and Paying Agent Costs | Reserve for Avoidance Action Defense Costs | Reserve for Residual Wind-Down Costs | Total Reserves for Expected Costs of Liquidation |
| Balance, March 31, 2013 | $ 38,043 | $ 20,442 | $ 499 | $ 898 | $ 1,631 | $ 61,513 |
| Plus additions to (reductions in) reserves | 141 | (1,819) | — | — | — | (1,678) |
| Less liquidation costs incurred: | | | | | | |
| Trust Professionals | (3,604) | (685) | — | (138) | (237) | (4,664) |
| Trust Governance | (973) | (449) | (8) | — | — | (1,430) |
| Other Administrative Expenses | (13) | (127) | — | — | — | (140) |
| Balance, June 30, 2013 | $ 33,594 | $ 17,362 | $ 491 | $ 760 | $ 1,394 | $ 53,601 |

| (in thousands) | Three months ended June 30, 2012 | | | | | |
|---|---|---|---|---|---|---|
| | Reserve for Expected Wind-Down Costs | Reserve for Expected Reporting Costs | Reserve for Indenture Trustee/Fiscal and Paying Agent Costs | Reserve for Avoidance Action Defense Costs | Reserve for Residual Wind-Down Costs | Total Reserves for Expected Costs of Liquidation |
| Balance, March 31, 2012 | $ 56,815 | $ 13,320 | $ 647 | $ 1,280 | $ 4,049 | $ 76,111 |
| Plus additions to (reductions in) reserves | (3,241) | 3,961 | — | — | — | 720 |
| Less liquidation costs incurred (net of reversals): | | | | | | |
| Trust Professionals | (6,491) | (1,539) | — | (40) | (799) | (8,869) |
| Trust Governance | (1,129) | (467) | 4 | — | — | (1,592) |
| Other Administrative Expenses | (20) | (36) | — | — | (10) | (66) |
| Balance, June 30, 2012 | $ 45,934 | $ 15,239 | $ 651 | $ 1,240 | $ 3,240 | $ 66,304 |

During the three months ended June 30, 2013, estimates of expected Wind-Down Costs and estimates of expected Reporting Costs (for which there is a reasonable basis for estimation) increased by $0.1 million and decreased by $1.8 million, respectively. During the three months ended June 30, 2012, estimates of expected Wind-Down Costs and estimates of expected Reporting Costs (for which there is a reasonable basis for estimation) decreased by $3.2 million and increased by $4.0 million, respectively. Such revisions in the estimates were recorded as additions to (reductions in) the reserves for expected costs of liquidation in such periods. The GUC Trust has recorded reserves for expected costs of liquidation that represent amounts expected to be incurred over the estimated remaining liquidation period of the GUC Trust for which there was a reasonable basis for estimation as of June 30, 2013. The amount of liquidation costs that will ultimately be incurred depends both on that time period and on the extent of activities required for the GUC Trust to complete its functions and responsibilities under the Plan and the GUC Trust Agreement. Significant uncertainty remains both as to that time period and as to the extent of those activities. As of June 30, 2013, the recorded reserves for expected costs of liquidation reflect estimated costs for a remaining liquidation period extending through December 31, 2016, which has been estimated on a probability-weighted basis as permitted under U.S. GAAP and which the GUC Trust believes is the most appropriate measurement basis in the circumstances. In addition, certain liquidation costs that are expected to be prepaid by the GUC Trust upon its dissolution have also been estimated and accrued. It is reasonably possible that the GUC Trust's estimates regarding the costs and remaining liquidation period could change in the near term.

The following is a summary of the activity in the reserves for Residual Wind-Down Claims for the three months ended June 30, 2013 and 2012:

| (in thousands) | 2013 | 2012 |
|---|---|---|
| Balance, beginning of period | $30,855 | $32,247 |
| Less claims allowed during the period | (1,163) | (1,132) |
| Balance, end of period | $29,692 | $31,115 |

8. **Income Tax (Provision) Benefit**

The income tax provision for the three months ended June 30, 2013 was determined by computing the current and deferred tax provisions for the interim period using the GUC Trust's statutory tax rate of 39.6% that became effective on April 1, 2013. The GUC Trust's statutory rate of 35% previously in effect was utilized for the three months ended June 30, 2012. An annual effective tax rate is not determinable because the GUC Trust's only significant source of income is gains on distributions of New GM Securities, which are not determinable until realized. Certain U.S. federal income tax returns of MLC currently are under audit by the Internal Revenue Service. The outcome of those audits and the effect, if any, it may have on the GUC Trust's U.S. federal income tax returns or financial statements is indeterminable at this time.

The components of the income tax (provision) benefit in the condensed statements of changes in net assets in liquidation for three months ended June 30, 2013 and 2012 are as follows:

| (in thousands) | 2013 | 2012 |
|---|---|---|
| Current | $  — | $  — |
| Deferred | (166,170) | 108,583 |
| Total | $(166,170) | $108,583 |

Deferred taxes in the accompanying condensed statement of net assets in liquidation at June 30, 2013 are comprised of the following components:

| | |
|---|---|
| Deferred tax assets: | |
| Reserves for expected costs of liquidation | $ 18,850 |
| Net operating losses | 18,909 |
| Gross deferred tax assets | 37,759 |
| Deferred tax liabilities: | |
| Fair value in excess of tax basis of holdings of New GM Securities | (368,774) |
| Gross deferred tax liabilities | (368,774) |
| Net deferred tax liability | $(331,015) |

Valuation allowances against deferred tax assets aggregating $49.2 million were provided during the three months ended June 30, 2012 due to uncertainty as to whether the deferred tax assets were realizable. Realization of the deferred tax assets is solely dependent upon the generation of taxable gains upon the distribution or sale of New GM Securities in the future, which is not determinable prior to occurrence.

14

9. **Related Party Transactions**

In addition to serving as GUC Trust Administrator, Wilmington Trust Company continues to serve as trustee pursuant to the indentures for certain series of previously outstanding debt of MLC. Wilmington Trust Company has received and will continue to receive certain customary fees in amounts consistent with Wilmington Trust Company's standard rates for such service. The Bankruptcy Court previously approved the creation of a segregated fund for the purposes of funding such fees for Wilmington Trust Company, as well as the other indenture trustees and fiscal and paying agents for previously outstanding debt of MLC. There were no such fees for Wilmington Trust Company in the three months ended June 30, 2013 and 2012.

In addition, Wilmington Trust Company has also entered into certain arrangements with the GUC Trust pursuant to which it or its affiliates have previously received, and may in the future receive, reasonable and customary fees and commissions for services other than services in the capacity of GUC Trust Administrator. Such arrangements include the provision of custodial, investment advisory and brokerage services to the GUC Trust. The fees and commissions charged by Wilmington Trust Company and its affiliates pursuant to these arrangements are consistent with the standard fees and commissions charged by Wilmington Trust Company to unrelated third-parties in negotiated transactions. During the three months ended June 30, 2013 and 2012, the total amount of such fees and commissions was approximately $18,000 and $35,000, respectively.