UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WELLS FARGO BANK NORTHWEST, N.A.,
AGENT TO THE TPC LENDERS,

           Plaintiff,

-against-

GENERAL MOTORS LLC,

           Defendant.

------------------------------------x

ORDER

12 Misc. 413 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days.

Dated: New York, New York
       June 14, 2013

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge