## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al. f/k/a General Motors Corp., et al. | Case No. 09-50026 |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **The Chapter 7 Estate of Thelen LLP a** creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register as **claim number 43860**), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
The Chapter 7 Estate of Thelen LLP
c/o Fox Rothschild
100 Park Avenue, Suite 1500
New York, NY 10017

New Address
Hain Capital Investors, LLC
In re: The Chapter 7 Estate of Thelen LLP
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

**THE CHAPTER 7 ESTATE OF THELEN LLP**

By:_____

Name:_____YANN GERON_____

Title:_____Trustee_____