

Dan Akerson                                                                                         9/9/13
Chairman/CEO
The New General Motors Company
300 Renaissance Center, IMC 482-C39-B11
Detroit, Michigan  48265 - 3000

Dear Sir,

Back in 2008, the original General Motors Company was under a class action law suit regarding the Dex Cool coolant that was used in many of its engines as far back as the early 2000 years. I, like many, had expensive engine overhauls to keep my cars in running condition. Those cars were and are a 2002, Buick Century, and a 2002 Olds Alero  I also own a 2004 Pontiac Grand AM, which did not require any engine work. Over the years, I have also owned a 1971 Olds 98; a 1976 Olds 98; a 1991 Pontiac Grand AM; and a 1979 Chevrolet Suburban (the last NEW car I have been able to buy)………so you can see I have been a staunch supporter of General Motors vehicles.  That may be changing !

I am 81 years old, and in my retirement years.  As such, money is a scarce commodity! My pension has been under attack by the Governor; Social Security is not giving a cost of living increase ( when there was a little for cost of living, we immediately had it taken away in an increase in our Medicare cost); and our medical costs for Dr. appointments or prescriptions are always higher co-pays each year……..yet our income is fixed!  There are a lot of us out here like this!

**What's my point?  My point is that I cannot afford to be cheated out of the $2, 290 dollars that someone owes me for my repaired engines! Please help me in some way!**

Yes, GM's position has been like so many other businesses that are in financial straights ………simply file for bankruptcy, and come back as a NEW entity, and start all over again! That may be fine for you, but not for me!  I have a little trouble with business ethics these days…….there is none! People are treated like "widgets" that can be tossed to the wind in a whim!

I am glad that GM is now on a course of sound financial condition.  I helped put you there ……..you see, I am a tax payer and the Government gave you a loan to bail you out…… But who is going to bail me out?  Yes, I have gone through "hell" and 5 years of struggle since October of 2008…..filing form after form to all kinds of organizations! Here's the list: Motors Liquidation Co; then Wilmington Trust; then Racer Trust; then Weil, Gotshal & Manges LLP; then Alex Partners; and finally now with Girard Gibbs LLP…..who have, or did offer me a grand total of **$133.97 !** …**penny's on the dollar!**  Imagine the gall that they have to do such a thing…..I turned it down! I have more pride than stooping that low! They contend, along with some of the others above, that my two claims were no good….or not filed on time…..or anything to try to discourage me….the list is endless of their excuse's. But I am **NEVER** going to give up! Oh, I know *their*

"game"! If they can discourage you long enough for you to give up, they will have more money left to share with the firms partners! There will be a day of reckoning for them in a "Higher Court" not on this earth! I have proof that both my claims were filed in a timely fashion and are legitimate……from the US postal service! I'm not stupid! I have certified return receipts to prove this! I would be more than glad to send such documents to you, in case you might think that I am not telling the truth…..I am an honest and caring, upstanding person.

I have even offered to compromise with them and take half of what is owed me like $1,200 dollars, or to take shares of the New GM stock for the $2,290 dollars owed to me. They have turned a "blind eye" to anything but the $133.97……and now that is off the table……not that I would have ever accepted it anyway!

This letter is also being sent to the individuals listed below. I would also appreciate your copying it and giving it to the other Directors on your Board there at GM as well.

Well sir, your time is valuable, and I apologize for taking up some of it.. If there is anything you could suggest, or be willing to do to help me, I would really appreciate it! Please respond to my letter. Thank you for your consideration.

Sincerely,

*Robert I. Goodwin*

Robert I. Goodwin

55 North 2nd Street
Kalamazoo, Michigan 49009

1-269-375-9399
1-269-375-9676 fax
B19977@Chartermi.Net

Copies:

Judge Gerber
Bankruptcy Court Handling The GM Case
US Bankruptcy Court
Southern District Of New York
One Bowling Green
New York, NY 10004-1408

Dylan Hughes
Girard Gibbs LLP, Attorneys At Law
601 California Street, 14th Floor
San Francisco, California 94108

"game"! If they can discharge you long enough for you to give up, they will have more money left to share with the firms partners! There will be a day of reckoning for them in a Higher Court! not on this earth! I have proof that both my claims were filed in a timely fashion and are legitimate..... from the US postal service! I'm not stupid! I have certified return receipts to prove this! I would be more than glad to send such documents to you, in case you might think that I am not telling the truth. I am an honest and caring, upstanding person.

I have even offered to compromise with them and take half of what is owed me like $1,200 dollars, or to take shares of the New GM stock for the $2,500 dollars owed to me. They have turned a "blind eye" to anything but the $13,107.......and now that is off the table..... not that I would have ever accepted it anyway.

This letter is also being sent to the individuals listed below. I would also appreciate your copying it and giving it to the other Directors on your Board there at GM as well.

Well sir, your time is valuable, and I apologize for taking up some of it. If there is anything you could suggest, or be willing to do to help me, I would really appreciate it! Please respond to my letter. Thank you for your consideration.

Sincerely,

[illegible]

Robert L. Goodwin

25 North 2nd Street
Kalamazoo, Michigan 49009

1-269-372-9359
1-269-775-0?76 fax
[illegible]

cc:

Judge Gerber
Bankruptcy Court Handling The GM Case
US Bankruptcy Court
Southern District Of New York
One Bowling Green
New York, NY 10004-1408

Dylan Hughes
Girard Gibbs LLP Attorneys At Law
601 California Street, 14th Floor
San Francisco, California 94108