**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK         )
                                        ) ss
COUNTY OF NASSAU         )

I, Kimberly Gargan, being duly sworn, depose and state:

1.       I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.       On September 27, 2013, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (master service list and notice of appearance parties), by first class mail on the parties identified on Exhibit B annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc., 20 largest creditors of Environmental Corporate Remediation Company, Inc., and master service list and notice of appearance parties with failed e-mail addresses), and by overnight delivery on the Office of the United States Trustee, Tracy Hope Davis, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014:

- **Notice of and Motors Liquidation Company GUC Trust's Motion for Entry of Order Pursuant to Sections 105, 363 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019 Approving Global Settlement of GUC Trust's Objections and Adversary Proceeding Relating to Nova Scotia Notes, Among Other Matters ("Notice of Motion (with Motion) re Settlement of Objections and Adversary Proceeding re Nova Scotia Notes")** [Docket No. 12512].

3.      On September 27, 2013, also at the direction of Dickstein, I caused a true and correct copy of the **Notice of Motion (with Motion) re Settlement of Objections and Adversary Proceeding re Nova Scotia Notes** to be served by e-mail on the parties identified on Exhibit C, and by first class mail on the parties identified on Exhibit D annexed hereto (Individual Guarantee Claims, parties served with the Objections or Adversary Proceeding Complaint, and additional affected parties identified by Counsel).

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 1st day of
October, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23rd, 2017

# EXHIBIT A

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
email: david.boyle@airgas.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: dgolden@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: PHILIP C. DUBLIN
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: pdublin@akingump.com

ALIX PARTNERS LLP
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL 60654
email: cbasler@alixpartners.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
email: dfish@allardfishpc.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501-1162
email: cwoodruff-neer@alpine-usa.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129
email: Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: JEFFREY ROTHLEDER, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: rothleder.jeffrey@arentfox.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: dowd.mary@arentfox.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: DAVID L. GOING, ESQ.
7700 FORSYTH BLVD STE 1800
ST. LOUIS, MO 63105-1847
email: dgoing@armstrongteasdale.com

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363-1031
email: darryl.laddin@agg.com; frank.white@agg.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
email: jg5786@att.com

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-mbrowning@oag.state.tx.us

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202
email: victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
email: raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI 48909
email: przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
email: neal.mann@oag.state.ny.us

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114
email: jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114-3485
email: wgibson@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN CHRISTOPHER J. GIAIMO
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: cgiaimo@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN DONALD A. WORKMAN
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: dworkman@bakerlaw.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
ATTY FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202
email: summersm@ballardspahr.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
email: jgregg@btlaw.com

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
email: mark.owens@btlaw.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
email: ffm@bostonbusinesslaw.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
email: CSALOMON@BECKERGLYNN.COM

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
email: tgaa@bbslaw.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689
email: robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD, CT 06103
email: jonathan.alter@bingham.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
email: Kelbon@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226-2998
email: JRumley@bcbsm.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
email: mbakst@bodmanllp.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
email: renee.dailey@bgllp.com

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
SUITE 500
MADISON, WI 53703
email: bwilliam@gklaw.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA 94945
email: bankruptcy.asbpo.asbdom@braytonlaw.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
email: JMcDonald@Briggs.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
ATTY FOR: HENZE STAMPING CO. & HENZ MACHINE CO.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: wilkins@bwst-law.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: hall@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
email: rbrown@brownwhalen.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
55 SECOND ST, 17TH FL
SAN FRANCISCO, CA 94105-3493
email: schristianson@buchalter.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATT: G. RING
ATTY FOR ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP
330 N. WABASH AVE. 22ND FLOOR
CHICAGO, IL 60611
email: Gring@Burkelaw.com

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX 76161-0039
email: Peter.Lee@bnsf.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D.CHRISTOPHER CARSON
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
email: ccarson@burr.com

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
ATTY FOR IEE SENSING, INC.
3001 W. BIG BEAVER RD., SUITE 600
TROY, MI 48084
email: paige@bsplaw.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com;

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com;

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
email: radom@butzel.com; newman@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000
email: cbblac@acxiom.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: john.rapisardi@cwt.com

CAMPBELL & LEVINE, LLC
ATTN KATHLEEN CAMPBELL DAVIS, ESQ.
ATTY FOR MLC ASBESTOS PI TRUST
800 N. KING ST, STE 300
WILMINGTON, DE 19801
email: kdavis@camlev.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY 11042
email: rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC 20005
email: pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152-3500
email: ei@capdale.com; rct@capdale.com;

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005
email: kcm@capdale.com; tws@capdale.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com; brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com

CASSELS BROCK
ATT: B. LEONARD; M. MERCIER
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
email: bleonard@casselsbrock.com; mmercier@casselsbrock.com

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN CAROL A. GLICK, ESQ.
ATTY FOR USAA
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
email: cglick@certilmanbalin.com

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN RICHARD J. MCCORD, ESQ.
ATTY FOR USAA
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
email: rmccord@certilmanbalin.com

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY 11222
email: alan@chapellassociates.com

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
email: rgordon@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: DGOTTLIEB@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: RLINCER@CGSH.COM

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY 10036
email: bceccotti@cwsny.com

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY 10106
email: sfalanga@connellfoley.com; chemrick@connellfoley.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
email: friesinger@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175-3102
email: belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
email: mbaxter@cov.com

CROWELL & MORING LLP
ATTN MATTHEW W. CHENEY, ESQ.
ATTY FOR REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST
1001 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20004
email: mcheney@crowell.com

CROWELL & MORING LLP
ATTN STEVEN B. EICHEL, ESQ.
ATTY FOR REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST
590 MADISON AVE, 19TH FL
NEW YORK, NY 10022
email: seichel@crowell.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901
email: jcarberry@cl-law.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN STEVEN J. REISMAN, ESQ.
101 PARK AVE
NEW YORK, NY 10178-0061
email: sreisman@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN THERESA A. FOUDY, ESQ.
101 PARK AVE
NEW YORK, NY 10178-0061
email: tfoudy@curtis.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH 43537-7000
email: lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY 10017
email: donald.bernstein@dpw.com,

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
email: gm@dmms.com

DAY PITNEY LLP
ATT: HERBERT K. RYDER
ATTY FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN, NJ 07962
email: hryder@daypitney.com

DAY PITNEY LLP
ATT: HERBERT RYDER, ESQ.
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036
email: hryder@daypitney.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114
email: info@dealertire.com

DEAN M. TRAFELET
LEGAL REPRESENTATIVE ASBESTOS PERSONAL INJURY CLAIMANTS
50 WEST SCHILLER
CHICAGO, IL 60610
email: dtrafelet@sbcglobal.net

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC
919 THIRD AVENUE
NEW YORK, NY 10022
email: jpowers@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022
email: rfhahn@debevoise.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: james.moore@dechert.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104
email: juliet.sarkessian@dechert.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: shmuel.vasser@dechert.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
email: CONTACT-OCFO@DOL.GOV

DEPARTMENT OF LABOR & INDUSTRY
ATTN: J. KOTS
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602-1184
email: jkots@pa.gov

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
email: jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: kewald@dickinsonwright.com

DICKSTEIN SHAPIRO LLP
ATTN BARRY N. SEIDEL, ESQ.
ATTY FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019
email: seidelb@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
ATTN ERIC B. FISHER, ESQ.
ATTY FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019
email: fishere@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
ATTN KATIE L. WEINSTEIN, ESQ.
ATTY FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019
email: weinsteink@dicksteinshapiro.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
email: gdiconza@dlawpc.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KIRSTIN K. GOING
1177 AVENUE OF THE AMERICAS
FL 41
NEW YORK, NY 10036-2714
email: Kristin.Going@dbr.com,

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC 20005
email: kristin.going@dbr.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
email: ayala.hassell@hp.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR US BANK NAT'L ASSOC & US BANK TRUST NAT'L ASSOC
ATTN J WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7613
email: jwhitlock@eapdlaw.com

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA & T. KITTILA,ESQ.
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
P.O.BOX 2327
WILMINGTON, DE 19801
email: rxza@elliottgreenleaf.com ; tak@elliottgreenleaf.com

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27636
email: george.sanderson@elliswinters.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
email: akatz@entergy.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
ATTY FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: deisenberg@ermanteicher.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
ATTY FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: druhlandt@ermanteicher.com ; eerman@ermanteicher.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: CARLOS SALAZAR
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
email: csalazar@ecjlaw.com

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
email: ngoteiner@fbm.com

FOLEY & LARDNER LLP
ATTN JEFFREY A. SOBLE, ESQ.
ATTY FOR TOYOTA MOTOR CORPORATION
NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
email: jsoble@foley.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
email: fdicastri@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: FRANK W. DICASTRI, JOHN A. SIMON, D. DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: fdicastri@foley.com; jsimon@foley.com; ddoogal@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: DALJIT DOOGAL
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: ddoogal@foley.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
email: sseabolt@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007-5109
email: rhuey@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
email: vavilaplana@foley.com; mriopelle@foley.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
email: klynch@formanlaw.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: YANN GERON, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
email: ygeron@foxrothschild.com

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
email: tfawkes@freebornpeters.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036-4704
email: rgreenberg@dclawfirm.com

FROST BROWN TODD
ATT: ROBERT A. GUY JR.
ATTY FOR CLARCOR, INC.
150 3RD AVE S STE 1900
NASHVILLE, TN 37201-2043
email: bguy@fbtlaw.com

FTI CONSULTING
ATTN MICHAEL CORDASCO
3 TIMES SQUARE
NEW YORK, NY 10036
email: Michael.Cordasco@fticonsulting.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY 10103
email: drosenzweig@fulbright.com; jrabin@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY 10103-3198
email: drosenzweig@fulbright.com; mhaut@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT ST
STE 2100
SAN ANTONIO, TX 78205-3720
email: mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lstrubeck@fulbright.com, lboydston@fulbright.com

GALESE & INGRAM, P.C.
ATTN JEFFREY L. INGRAM
ATTY FOR SERRA CHEVROLET, INC. & KEYSTON AUTOMOTIVE, INC.
800 SHADES CREEK PKWY, SUITE 300
BIRMINGHAM, AL 35209
email: jeff@galese-ingram.com

GENERAL MOTORS, LLC
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT, MI 48265
email: lawrence.s.buonomo@gm.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
email: dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTORNEYS FOR WILMINGTON TRUST COMPANY
AS GUC TRUST ADMINISTRATOR
ATTN: MATTHEW WILLIAMS AND KEITH MARTORANA
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com; kmartorana@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
email: dcg@girardgibbs.com ; ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
email: Glenn.Reisman@ge.com

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
ATTY FOR THE FEE EXAMINER
780 NORTH WATER STREET
MILWAUKEE, WI 53202
email: tnixon@gklaw.com, candres@gklaw.com, kstadler@gklaw.com

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
email: JBerlage@ghsllp.com

GOLDBERG SEGALLA LLP
ATT: B. HOOVER & C. BELTER, ESQ.
ATTY FOR THE QUAKER OATS COMPANY
665 MAIN STREET, SUITE 400
BUFFALO, NY 14203
email: bhoover@goldbergsegalla.com ; cbelter@goldbergsegalla.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022-7302
email: jflaxer@golenbock.com; dfurth@golenbock.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
email: bmehlsack@gkllaw.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: gkaden@goulstonstorrs.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: drosner@goulstonstorrs.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166
email: Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com

HAHN & HESSEN LLP
ATT: J. DIVACK ESQ.
ATTY FOR B.REYNOLDS & G REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
email: jdivack@hahnhessen.com;

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
email: ldpowar@hahnlaw.com, dademarco@hahnlaw.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
email: cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
email: info@harmanbecker.de

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020-1007
email: jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: patrick.hughes@haynesboone.com;

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: charles.beckham@haynesboone.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020-1007
email: judith.elkin@haynesboone.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA, SC 29211-1889
email: bshort@hsblawfirm.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095
email: ecurrenti@hess.com

HISCOCK & BARCLAY LLP
ATTY FOR THE SCHAEFER GROUP INC
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
ATTY FOR NEWS AMERICA INCORPORATED
875 THIRD AVENUE
NEW YORK, NY 10022
email: sagolden@hhlaw.com ; bjgrieco@hhlaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN JOSEPH R SGROI ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: jsgroi@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN TRICIA SHERICK
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: jrhunter@hunterschank.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: tomschank@hunterschank.com

ICE MILLER LLP
ATTN HENRY E. EFROYMSON
ATTY FOR HOUGHTON INTERNATIONAL, INC., OWENS-ILLINOIS, INC.
AND HONEYWELL INTERNATIONAL, INC.
ONE AMERICAN SQUARE, SUITE 2900
INDIANAPOLIS, IN 46282
email: Henry.efroymson@icemiller.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
email: anne.boudreau@ic.gc.ca

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
email: rgriffin@iuoe.org

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
email: memberservices@iuawfcu.com, nganatra@uaw.net

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT 06830
email: mneier@ibolaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
450 FASHION AVE
STE 1400
NEW YORK, NY 10123-1400
email: jlsaffer@jlsaffer.com

JACKSON WALKER L.L.P.
ATTN HEATHER M. FORREST, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
email: hforrest@jw.com

JACKSON WALKER L.L.P.
ATTN JEFFREY G. HAMILTON, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
email: jhamilton@jw.com

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
ATTY FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034
email: rkruger@jaffelaw.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
353 N. CLARK ST.
CHICAGO, IL 60654-3456
email: dmurray@jenner.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
email: ptrostle@jenner.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATTN: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC 27602
email: jboyles@jhvgglaw.com

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & STEWART B. HERMAN
425 PARK AVENUE
NEW YORK, NY 10022-3598
email: rsmolev@kayescholer.com;

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202
email: jstitt@kmklaw.com

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
email: twilson@kelley-ferraro.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: sjennik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: tmurray@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: pwh@krwlaw.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: jed@krwlaw.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
email: ecf@kaalaw.com

KIRK P. WATSON, ESQ
ASBESTOS TRUST ADMINISTRATOR
2301 WOODLAWN BOULEVARD
AUSTIN, TX 78703
email: kirkpwatson@gmail.com

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS & TRADERS TRUST COMPANY
ATTN MORTON R BRANZBURG
260 S BROAD STREET
PHILADELPHIA, PA 19102
email: MBranzburg@klehr.com

KLESTADT & WINTERS, LLP
ATTN PATRICK J. ORR, ESQ.
ATTY FOR MLC ASBESTOS PI TRUST
570 SEVENTH AVE, 17TH FL
NEW YORK, NY 10018
email: porr@klestadt.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114-1793
email: jwe@kjk.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG , ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
email: fberg@kotzsangster.com;

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, R SCHMIDT, JEN SHARRET,
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com,
jsharret@kramerlevin.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI 48075
email: dmb@kompc.com; psm@kompc.com; mws@kompc.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: abruski@lambertleser.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: scook@lambertleser.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022-4068
email: Adam.Goldberg@lw.com

LAW OFFICE OF ETHAN GANC
ATTN ETHAN D. GANC, ESQ.
ATTY FOR WILLIAM BRADFORD JONES
109 W. 26TH STREET, SUITE 4A
NEW YORK, NY 10001
email: ethan@ethanganclegal.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
email: gabriel.delvirginia@verizon.net

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA 91423-5846
email: larrykraines@gmail.com

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
email: michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
email: shepner@levyratner.com; rbarbur@levyratner.com; rstroup@levyratner.com

LEWIS LAW PLLC
ATT: KENNETH M. LEWIS
ATTY FOR JOHANN HAY GMBH & CO. KG
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
email: dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATT: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
email: austin.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX 77253
email: houston_bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY 10281-2199
email: kwalsh@lockelord.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: msl@maddinhauser.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
email: smatta@mattablair.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: cstanziale@mccarter.com

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: jtesta@mccarter.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATT: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: rrk@mccarthylebit.com

MCCREARY VESELKA BRAGG & ALLEN PC
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATTN LEE GORDON ESQ
PO BOX 1269
ROUND ROCK, TX 78680
email: lgordon@mvbalaw.com, sveselka@mvbalaw.com, gbragg@mvbalaw.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: cdorkey@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE STE 1700
NEW YORK, NY 10169
email: cgraham@mckennalong.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: privitera@mltw.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
email: elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
email: hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018-0822
email: elobello@msek.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI 48909
email: wilcoxk3@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
email: funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909
email: wcacinfo@michigan.gov

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
email: tlomazow@milbank.com ; skhalil@milbank.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501-0306
email: ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501-0306
email: ecfwolfordr@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: fusco@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: swansonm@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110
email: robbins@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475
email: sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
email: nramsey@mmwr.com; joneil@mmwr.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN: ANDREW GOTTFRIED
101 PARK AVENUE
NEW YORK, NY 10178
email: agottfried@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921
email: rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: eliu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTYS FOR JPMORGAN CHASE BANK
ATTN:  ANDREW D. GOTTFRIED & ANNIE C. WELLS
101 PARK AVENUE
NEW YORK, NY 10178
email: AGOTTFRIED@MORGANLEWIS.COM

MOSES & SINGER LLP
ATTN JAMES M. SULLIVAN, ESQ.
ATTY FOR THE TIMKEN COMPANY & THE TIMKEN CORPORATION
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: jsullivan@mosessinger.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
email: jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE, STE 370
BIRMINGHAM, MI 48265
email: tmorrow@alixpartners.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE
SUITE 370
BIRMINGHAM, MI 48009
email: tmorrow@alixpartners.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
email: mkoks@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
email: rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
email: nwbernstein@nwbllc.com

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
ATTY FOR NTSEBEZA
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
email: dsammons@nagelrice.com; jrice@nagelrice.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY 10013
email: dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
email: Gkelly@narmco.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
email: george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON, MA 02116-5040
email: peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Susan.Taylor@oag.state.ny.us

NEW YORK STATE, DEPT. OF LABOR
C/O ANDREW CUOMO, ATTY GENERAL OF THE STATE OF NY
ATTN: STEVEN KOTON, ASSISTANT ATTY GENERAL
120 BROADWAY, 26TH FLOOR
NEW YORK, NY 10271
email: steven.koton@ag.ny.gov

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
email: cmomjian@attorneygeneral.gov

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
email: lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
email: MJR1@westchestergov.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RWYRON@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RFRANKEL@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON
ATTY FOR FISKER AUTOMOTIVE, INC.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
email: rwyron@orrick.com;

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO
666 FIFTH AVENUE
NEW YORK, NY 10103
email: jansbro@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
email: markdroth@gmail.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169-0075
email: JHELFAT@OSHR.COM, SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
email: OSHR-GM-bk@oshr.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
email: harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com; rzubaty@paulweiss.com;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: sshimshak@paulweiss.com; pweintraub@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MARC PFEUFFER , ESQS.
1200 K STREET NW
WASHINGTON, DC 20005-4026
email: Pfeuffer.marc@pbgc.gov

PEPPER HAMILTON LLP
ATTN KAY STANDRIDGE KRESS, ESQ.
ATTY FOR SATTERLEE, ROSE AND SPRINGFIELD TOWNSHIP GROUPS
100 RENAISSANCE CENTER, STE. 3600
DETROIT, MI 48243
email: kressk@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
ATTY FOR CHANNELVANTAGE, INC.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018
email: leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
ATTY FOR NOVODYNAMICS, INC.,
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018
email: leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
ATTY FOR PILKINGTON NORTH AMERICA, INC.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018
email: leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
ATTY FOR URBAN SCIENCE APPLICATIONS, INC.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018
email: leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
ATTY FOR VALEO SYLVANIA, L.L.C.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018
email: leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN: LAURA M. LEITNER
ATTY FOR SKF USA INC
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018-1405
email: leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
email: toolee@pepperlaw.com; caseyl@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
email: jaffeh@pepperlaw.com; carignanj@pepperlaw.com

PEPPER-HAMILTON LLP
ATTN: LAURA M. LEITNER
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVE. 37TH FLOOR
NEW YORK, NY 10018-1405
email: leitnerl@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA CALVO
P.O. BOX 13430
ARLINGTON, TX 76094-0430
email: ebcalvo@pbfcm.com

PETER M. HOBAICA LLC
ATTN PETER M. HOBAICA
ATTY FOR ROBERT N. CURRI
2045 GENESEE STREET
UTICA, NY 13501
email: pmhllc@hobaicalaw.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018
email: tsadutto@platzerlaw.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dbernstein@plunkettcooney.com, mfleming@plunkettcooney.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dlerner@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
email: jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801
email: dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: sjg@previant.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: fp@previant.com

PRONSKE & PATEL PC
ATTN RAKHEE V PATEL ESQ
ATTY FOR BOYD BRYANT
2200 ROSS AVENUE SUITE 5350
DALLAS, TX 75201
email: rpatel@pronskepatel.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY
11 TIMES SQ
NEW YORK, NY 10036-6581
email: srutsky@proskauer.com

PRYOR CASHMAN LLP
ATTN CONRAD K. CHIU, ESQ.
ATTY FOR BANK OF VALLETTA PLC
7 TIMES SQUARE
NEW YORK, NY 10036
email: cchiu@pryorcashman.com

PRYOR CASHMAN LLP
ATTN PATRICK SIBLEY
ATTY FOR SPCP GROUP, L.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036-6569
email: psibley@pryorcashman.com

PRYOR CASHMAN LLP
ATTN RONALD S. BEACHER
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036-6569
email: rbeacher@pryorcashman.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
email: Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
email: jrabinowitz@rltlawfirm.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513
email: rrm_narumanchi@hotmail.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145
email: stingey@rqn.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
225 5TH AVE STE 1200
PITTSBURGH, PA 15222-2716
email: eschaffer@reedsmith.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: kgwynne@reedsmith.com

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
email: tlzabel@rhoadesmckee.com

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252
email: rmallenski@aol.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
email: richardnotice@rwmaplc.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: JHong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: jhong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: mfriedman@rkollp.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
email: jshickich@riddellwilliams.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
ATTY FOR NJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110
email: akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
ATTY FOR NJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981
email: akress@riker.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451
email: rkchevysales@rkautogroup.net

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331
email: judith.adler@us.bosch.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
email: rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
875 3RD AVE FL 9
NEW YORK, NY 10022-0123
email: rpm@robinsonbrog.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
email: aleffert@rwolaw.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY 10169
email: cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: jhampton@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING & DEV; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
email: tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
email: rheilman@schaferandweiner.com; glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN ERIC A BODEN, ESQ.
140 BROADWAY, STE 3100
NEW YORK, NY 10005-1101
email: eboden@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATTN BARRY E BRESSLER ESQ
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103-7286
email: bbressler@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY 10022
email: david.karp@srz.com, adam.harris@srz.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
email: mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID LIN
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SFS LAW GROUP
ATTN DENNIS O'DEA
ATTY FOR DWAYNE MAYTON
9930 MONROE ROAD, SUITE 103
MATTHEWS, NC 28105
email: dennis.odea@sfslawgroup.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
email: bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: fsosnick@shearman.com; jfrizzley@shearman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
email: etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY, MO 64153
email: achaykin@shinnfuamerica.com

SIDLEY AUSTIN
ATTN STEVEN M BIERMAN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: sbierman@sidley.com

SIDLEY AUSTIN LLP
ATTN COURTNEY A. ROSEN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: crosen@sidley.com

SIDLEY AUSTIN LLP
ATTN KENNETH P. KANSA
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SIDLEY AUSTIN LLP
ATTN NICHOLAS K. LAGEMANN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: nlagemann@sidley.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
email: ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: PPANTALEO@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
email: levick@singerlevick.com, mshriro@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720
email: jack.butler@skadden.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
email: nboehler@cbmlaw.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
BOEBLINGEN,  71032
email: nboehler@cbmlaw.com

SPECTRUM GROUP MANAGEMENT LLC
C/O DAVID D.R. BULLOCK
1250 BROADWAY, SUITE 810
NEW YORK, NY 10001
email: dbullock@spectrumgp.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1304
email: cmeyer@ssd.com

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
email: tcornell@stahlcowen.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
email: ccaldwell@starkreagan.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EDOYLE@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EFEINSTEIN@STEMBERFEINSTEIN.COM

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: cbullock@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH JR  & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
email: nashvillebankruptcyfilings@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166
email: streusand@streusandlandon.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER D'APICE, JO HARTWICK
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com, hartwick@sbep-law.com,
d'apice@sbep-law.com, newton@sbep-law.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
email: wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: JSTEMBER@STEMBERFEINSTEIN.COM

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612
email: shgross5@yahoo.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: sgoll@sbplclaw.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
email: bmeldrum@stites.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN SANDER ESSERMAN PETER  D'APICE JO HARTWICK JACOB NEWTON
2323 BRYAN STREET SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com; newton@sbep-law.com

SULLIVAN & WORCESTER LLP
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES & BODELL
ATTY FOR US BANK NATIONAL ASSOCIATION
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: rhiersteiner@sandw.com; jdarcey@sandw.com ; azuccarello@sandw.com;
cbodell@sandw.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI 48037-0222
email: dselwocki@swappc.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
email: jteitelbaum@tblawllp.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207
email: marvin.clements@ag.tn.gov

THE CREDITOR'S LAW GROUP, PC
ATT: DAVID J. RICHARDSON
ATTY FOR LG ELECTRONICS
2301 HYPERION AVENUE, STE. A
LOS ANGELES, CA 90027
email: djr@thecreditorslawgroup.com

THE GARDEN CITY GROUP INC
ATTN: KIMBERLY GARGAN
1985 MARCUS AVENUE
LAKE SUCCESS, NY 11042-1013
email: kimberly.gargan@gardencitygroup.com

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711-2548
email: casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109-1340
email: dkowich@umich.edu

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
email: rbrownlee@thompsoncoburn.com

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
email: jesse@tipotexchevrolet.com

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATT: MARK S. GAMELL, ESQ.
ATTY FOR SAFECO INSURANCE COMPANY OF AMERICA & LIBERTY MUTUAL COMPANY
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY 11753
email: mgamell@tlggr.com;

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER ESQ
1114 AVENUE OF THE AMERICAS  FL 23
NEW YORK, NY 10036-7703
email: abauer@torys.com;

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
email: sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: BRETT.GOODMAN@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
email: jeffrey.kelley@troutmansanders.com

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
email: mkilgore@up.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
email: david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov,
natalie.kuehler@usdoj.gov

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
ATTN: CHIEF COUNSEL, OFFICE OF FINANCIAL STABILITY
WASHINGTON, DC 20220
email: OFSChiefCounselNotices@do.treas.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: antitrust.atr@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: askDOJ@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
email: djury@usw.org

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
email: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
email: MJEdelman@vedderprice.com; MSchein@vedderprice.com

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL; GENERAL ENGINE PRODUCTS; GEN. TRANSMISSION PROD.
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103-0040
email: roran@velaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215
email: tscobb@vorys.com

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
ATTY FOR: LUXCONTROL SA
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
email: crusemg@wnj.com

WARNER NORCROSS & JUDD LLP
ATTN KURT M. BRAUER, ESQ.
ATTY FOR THE CITY OF BAY CITY
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075-1318
email: kbrauer@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: sgrow@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: gtoering@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX 78215
email: rbarrows@wdblaw.com; rbarrows800@gmail.com

WEBSTER SZANYI LLP
ATTN NELSON PEREL
ATTY FOR HEALTHNOW NEW YORK INC.
1400 LIBERTY BUILDING
BUFFALO, NY 14202
email: nperel@websterszanyi.com

WEBSTER SZYANYI LLP
ATTN KEVIN T. O'BRIEND
ATTY FOR MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP
1400 LIBERTY BUILDING
BUFFALO, NY 14202
email: ko'brien@websterszanyi.com

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: JOSEPH.SMOLINSKY@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: STEPHEN.KAROTKIN@WEIL.COM

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-1229
email: dockterman@wildman.com, young@wildman.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
ATTY FOR: BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: dpacheco@wilentz.com

WILLIAM SCHUETTE, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
3030 WEST GRAND BLVD.
DETROIT, MI 48202
email: miag@michigan.gov

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
email: uncbill@msn.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA 02109
email: dennis.jenkins@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER ESQS
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com;

WILMINGTON TRUST COMPANY
GUC TRUST ADMINISTRATOR
ATTN: CORPORATE TRUST ACTION
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON, DE 19890-1615
email: guctrustadministrator@wilmingtontrust.com

WINDELS, MARX, LANE & MITTENDORF, LLP
ATTN STEFANO V. CALOGERO, ESQ.
ATTY FOR ALLSTATE INSURANCE COMPANY
ONE GIRALDA FARMS - SUITE 380
MADISON, NJ 07940
email: scalogero@windelsmarx.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & CAREY D. SCHREIBER
35 WEST WACKER DRIVE
CHICAGO, IL 60601
email: mbotica@winston.com;

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-4193
email: cschreiber@winston.com

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
ATTY FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN, TX 78737
email: wdcoffeylaw@yahoo.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3150 LIVERNOIS RD., SUITE 275
TROY, MI 48083
email: swolfson@wolfsonbolton.com

WYLY-ROMMEL, PLLC
ATT: JAMES WYLY & SEAN ROMMEL
ATTY FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA, TX 75503
email: jwyly@wylyrommel.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY 10022
email: skrause@zeklaw.com; bleinbach@zeklaw.com

# EXHIBIT B

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/STEPHENS & STEPHENS
2495 MAIN ST STE 442
BUFFALO, NY 14214

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
2055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
2055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1416 S PARK AVE
SPRINGFIELD, IL 62704-3464

FTI CONSULTING
GUC TRUST/AVOIDANCE ACTION TRUST MONITOR
ATTN: ANNA PHILLIPS
1201 WEST PEACHTREE STREET, SUITE 500
ONE ATLANTIC CENTER,
ATLANTA, GA 30309

GENERAL OIL COMPANY, INC.
663 LYCASTE ST
DETROIT, MI 48214-3474

GERSTEN SAVAGE, LLP
ATT: PAUL RACHMUTH
ATTY FOR COURT APPOINTED CLASS
600 LEXINGTON AVENUE
NEW YORK, NY 10022

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON, PA 19341-2577

HALEY & ALDRICH DESIGN AND CONTRUCTION
465 MEDFORD ST
STE 2200
CHARLESTOWN, MA 02129-1454

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HARTER SECREST & EMERY LLP
ATTN MARK C. SMITH
ATTY FOR MAGUIRE FAMILY PROPERTIES, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY 10016

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
9708 HILLCROFT ST
HOUSTON, TX 77096-3808

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

PHILIP MORRIS USA
2335 BELLS RD
RICHMOND, VA 23234-2274

ROYAL ENVIRONMENTAL, INC.
2583 E LAKE RD
SKANEATELES, NY 13152-9013

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUITE224
LIVONIA, MI 48152

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM, MA 01702

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR, MI 48107-8645

WDC EXPLORATION & WELLS
7650 S MCCLINTOCK DR STE 103
TEMPE, AZ 85284-1673

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505

# EXHIBIT C

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: dgolden@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: PHILIP C. DUBLIN
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: pdublin@akingump.com

ALLIANZ BANK FINANCIAL ADVISORS SPA
PIAZZALE LODI 3
20137 MILANO ITALY
email: LEGAL_ADVICE@ALLIANZBANK.IT

ARROWGRASS DISTRESSED OPPORTUNITIES FUND LTD
C/O BARCLAYS BANK PLC
745 SEVENTH AVENUE
NEW YORK, NY 10019
email: SP@ARROWGRASS.COM

ARROWGRASS MASTER FUND LTD
C/O BARCLAYS BANK PLC
745 SEVENTH AVENUE
NEW YORK, NY 10019
email: SP@ARROWGRASS.COM

BANCA DELLE MARCHE SPA
ATTN: ENZO TELLONI
VIA GHISLIERI 6
60035 JESI (AN) ITALY
email: ENZO.TELLONI@BANCAMARCHE.IT

BANCA DI CREDITO COOPERATIVO ABRUZZESE
CAPPELLE SUL TAVO SOCIETA COOPERTIVA
VIA UMBERTO I N78/80 65010 CAPPELLE SUL TABO PE
ATTN MASSIMO FERRATI
65010 CAPPELLE SUL TABO PE ITALIA
email: ferrati@fedam.bcc.it

BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA
ATTN MR ROBERTO PALOMBO AND MR ROSSANO GIUPPA
VIALE OCEANO INDIANO 13C
00144 ROMA ITALY
email: R.PALOMBO@ROMA.BCC.IT

BARCLAYS BANK PLC
745 SEVENTH AVENUE
NEW YORK, NY 10019
email: daniel.crowley@barclayscapital.com

BHALODIA RV/RM/PATEL R G
PORTLAND HOUSE
69-71 WEMBLEY HILL ROAD
WEMBLEY MIDDLESEX, HA9 8B11 UK
email: BHULO.KANSAGRA@VIRGIN.NET

BROWN RUDNICK LLP
COUNSEL TO GENERAL MOTORS NOVA SCOTIA
ATTN: ROBERT J. STARK & DANIEL J. SAVAL
SEVEN TIMES SQUARE
NEW YORK, NY 10036
email: rstark@brownrudnick.com; dsaval@brownrudnick.com

CANYON VALUE REALIZATION FUND LP
C/O SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013
email: JKAPLAN@CANYONPARTNERS.COM

CANYON-GRF MASTER FUND LP
C/O SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013
email: JKAPLAN@CANYONPARTNERS.COM

CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST S.P.A
VIA G SEGANTINI 5
ATTN MS MANUELA ACLER
38100 TRENTO ITALY
email: legale@cassacentrale.it

CITIGROUP GLOBAL MARKETS INC
ATTN KEN ZINGALE, CORP ACTIONS
111 WALL STREET, 4TH FLOOR
NEW YORK, NY 10005
email: kenneth.zingale@citi.com

CLAUS PEDERSEN
STOKKEDREVET 11
4700 VORDINGBORE DENMARK
email: CLP.GROENNEGAARD@MAIL.TELE.DK

COS DIRECTIONAL OPPORTUNITIES MASTER FUND LTD
C/O CQS (UK) LLP
ATTN: PRODUCT CONTROL
5TH FL, 33 GROSVENOR PLACE
LONDON, UK SW1X 7HY
email: PRODUCTCONTROL@CQSM.COM

CREDIT SUISSE AG (ON BEHALF OF NOTESHOLDERS)
DEFAULT MANAGEMENT SUWA 42
VETLIBERGSTRASSE 231
CH 8070 ZURICH  SWITZERLAND
email: ADRIAN.GRAF@CREDIT-SUISSE.COM; shaun.wong@credit-suisse

CREDIT SUISSE AG (ON BEHALF OF NOTESHOLDERS)
DEFAULT MANAGEMENT SUWA 42
VETLIBERGSTRASSE 231
CH 8070 ZURICH  SWITZERLAND
email: ADRIAN.GRAF@CREDIT-SUISSE.COM; shaun.wong@credit-suisse.com

CSS LLC
ATTN MITCHELL BIALEK
175 W JACKSON BLVD
SUITE 440
CHICAGO, IL 60604
email: MBIALEK@CSSTRADING.COM

DEUTSCHE BANK S P A
ATTN MR ANDREA CASTALDI
PIAZZA DEL CALENDARIO 7
20126 MILANO ITALY
email: ANDREA.CASTALDI@DB.COM

GREEN HUNT WEDLAKE INC TRUSTEE
ATTN PETER WEDLAKE FCIRP
SUITE 315 TOWER 1
7001 MUMFORD ROAD
B3L4N9 HALIFAX NOVA SCOTIA CANADA
email: lzahradka@akingump.com; nlevine@akingump.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166
email: Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com

HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST
ADVENT CAPITAL MANAGEMENT LLC
ATTN: CHUNG TAM
1271 AVENUE OF THE AMERICAS FL 45
NEW YORK, NY 10020
email: CTAM@ADVENTCAP.COM

HUTCHIN HILL CAPITAL CL LTD
C/O HUTCHIN HILL CAPITAL
142 WEST 57TH STREET 15TH FLOOR
ATTN DAVID GULKOWITZ
NEW YORK, NY 10019
email: david.gulkowitz@hutchinhill.com

INTESA SANPAOLO SPA
VIA VERDI 8
MILANO 20121 ITALY
email: LUIGI.FIORICARONES@INTESASANPAOLO.COM

KING & SPALDING LLP
ATTYS FOR GENERAL MOTORS LLC
ATTN: ARTHUR STEINBERG & SCOTT DAVIDSON
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: asteinberg@kslaw.com, sdavidson@kslaw.com

KIVU INVESTMENT FUND LTD
C/O CQS (UK) LLP
ATTN: PRODUCT CONTROL
5TH FL, 33 GROSVENOR PLACE
LONDON, UK SW1X 7HY
email: PRODUCTCONTROL@CQSM.COM

KNIGHTHEAD MASTER FUND
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033
email: ltorrado@knighthead.com

KNIGHTHEAD MASTER FUND LP
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN LAURA TORRADO
NEW YORK, NY 10033
email: LTORRADO@KNIGHTHEAD.COM

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033
email: ltorrado@knighthead.com

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033
email: ltorrado@knighthead.com

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013
email: JKAPLAN@CANYONPARTNERS.COM

MARIA-DOROTHEA LAMINET
BURGUNDERWEG 8
2505 BIEL SWITZERLAND
email: M.LAMINET@BLUEWIN.CH

MORGAN STANLEY & CO INTERNATIONAL PLC
25 CABOT SQUARE, CANARY WHARF
ATTN BRIAN CRIPPS
LONDON E14 4QA UNITED KINGDOM
email: lndistressed@morganstanley.com

MORGAN STANLEY & CO INTERNATIONAL PLC
ATTN: BRIAN CRIPPS
25 CABOT SQUARE, CANARY WHARF
LONDON E14 4QA UNITED KINGDOM
email: Lndistressed@morganstanley.com

MORGAN STANLEY & CO INTERNATIONAL PLC
ATTN: BRIAN CRIPPS
25 CABOT SQUARE, CANARY WHARF
LONDON E14 4QA UNITED KINGDOM
00000
email: Lndistressed@morganstanley.com

MORGAN STANLEY & CO. INTERNATIONAL PLC
25 CABOT SQUARE
CANARY WHARF
ATTN:  BRIAN CRIPPS
LONDON EI44QA,  ENGLAND
email: indistressed@morganstanley.com

MR ALY AZIZ
C/O BNP PARIBAS WEALTH MANAGEMENT
15/17 AVE. D'OSTENDE
BP 257
98005 MONACO CEDEX
email: maud.marquer@bnpparibas.com

ONEX DEBT OPPORTUNITY FUND, LTD
C/O ONEX CREDIT PARTNERS, LLC
ATTN MICHAEL I GELBLAT
910 SYLVAN AVENUE SUITE 100
ENGLEWOOD CLIFFS, NJ 07632
email: MGELBLAT@ONEXCREDIT.COM

ORE HILL CREDIT HUB FUND LTD
C/O ORE HILL PARTNERS LLC
ATTN CLAUDE A BAUM ESQ
650 FIFTH AVENUE 9TH FLOOR
NEW YORK, NY 10019
email: cbaum@orehill.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON
ATTY FOR FISKER AUTOMOTIVE, INC.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
email: rwyron@orrick.com;

ORRICK, HERRINGTON & SUTCLIFFE, LLP
ATTN: ALYSSA D. ENGLUND
666 FIFTH AVENUE
NEW YORK, NY 10103-0002
email: aenglund@orrick.com

PERA UGO
VIA SARZANESE 356 INT. A
CAMAIORE LUCCA 55041 ITALY
email: UGOPERA@SUPEREVA.IT

PROSPECT MOUTAIN FUND LIMITED
C/O ORE HILL PARTNERS LLC
ATTN CLAUDE A BAUM ESQ
650 FIFTH AVENUE 9TH FLOOR
NEW YORK, NY 10019
email: cbaum@orehill.com

RED RIVER BUSINESS INC
FAO MR G R MACHAN
VERITE TRUST CO LTD, PO BOX 36
1ST FL, 37 BROAD ST
ST HELIER JERSEY JE4 9NU CHANNEL ISLANDS
email: verite@verite.com

REDWOOD MASTER FUND LTD
REDWOOD CAPITAL MANAGEMENT LLC
ATTN: JONATHAN KOLATCH
910 SYLVAN AVENUE
INGLEWOOD, NJ 07632
email: jkolatch@redwoodcap.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: jhong@rkollp.com

RUI MANUEL ANTUNES GONCALVES ROSA
RUA FRANCISCO MARTINS NO11
2815-676 SOBREDA PORTUGAL
email: RUIROSA@NETCABO.PT

SG AURORA MASTER FUND LP
825 THIRD AVENUE, 34TH FL
NEW YORK, NY 10022
email: Danielle.Salters@sgasset.com

SPH INVEST SA
COMPAGNIE FINANCIERE DE GESTION
LUXEMBOURG SA
40 BOULEVARD JOSEPH II
L-1840 LUXEMBOURG
email: ANNETTE.SCHROEDER@BDL.LU

THE ADVENT GLOBAL OPPORTUNITY MASTER FUND
ADVENT CAPITAL MANAGEMENT LLC
ATTN CHUNG TAM
1271 AVENUE OF THE AMERICAS FL 45
NEW YORK, NY 10020
email: CTAM@ADVENTCAP.COM

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN ESQ
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067
email: JKAPLAN@CANYONPARTNERS.COM

UBS AG ZURICH SWITZERLAND
SECURITIES SERVICES OQ9C 05GC
PO BOX
CH 8098 ZURICH  SWITZERLAND
email: JEAN-CLAUDE.BESSON@UBS.COM

UBS AG ZURICH SWITZERLAND
SECURITIES SERVICES OQ9C 05GC
PO BOX
C 8098 ZURICH  SWITZERLAND
email: JEAN-CLAUDE.BESSON@UBS.COM

ULIRCH SEIPP
AUF DER SCHIEFERKAUT 1
WALDSOLMS GERMANY 35647
email: ULI.SEIPP@FREENET.DE

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
email: MSCHEIN@VEDDERPRICE.COM

# EXHIBIT D

ADVENT CAPITAL MANAGEMENT, LLC
C/O NEW YORK SECRETARY OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVE
ALBANY, NY 12231

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: NATALIE E. LEVINE
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: PHILIP C. DUBLIN
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036

ALLIANZ BANK FINANCIAL ADVISORS SPA
ATTN: GICOMO CAMPORA (CEO)
PIAZZALE LODI, 3
20137 MILANO ITALY

ALLIANZ BANK FINANCIAL ADVISORS SPA
PIAZZALE LODI 3
20137 MILANO ITALY

ANCHORAGE CAPITAL MASTER OFFSHORE LTD
C/O ANCHORAGE ADVISORS LLC
ATTN: DAN ALLEN
610 BROADWAY, 6TH FL
NEW YORK, NY 10012

ANCHORAGE CAPITAL MASTER OFFSHORE LTD
FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
ATTN: GARY KAPLAN, ESQ
ONE NEW YORK PLAZA
NEW YORK, NY 10004

APPALOOSA INVESTMENT LIMITED PARTNERSHIP 1
C/O APPALOOSA MANAGEMENT LP
51 JOHN F KENNEDY PARKWAY
ATTN KENNETH MAIMAN
SHORT HILLS, NJ 07078

APPALOOSA INVESTMENT LIMITED PARTNERSHIP 1
GREENBERG TRAURIG LLP
ATTN  BRUCE R ZIRINSKY ESQ & NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

APPALOOSA INVESTMENT LIMITED PARTNERSHIP I
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PARKWAY
SHORT HILLS, NJ 07078

ARROWGRASS DISTRESSED OPPORTUNITIES FUND LTD
C/O ARROWGRASS CAPITAL PARTNERS LLP, TOWER 42
ATTN: SWATI PATEL
25 OLD BROAD STREET
LONDON EC2N 1HQ

ARROWGRASS DISTRESSED OPPORTUNITIES FUND LTD
C/O BARCLAYS BANK PLC
745 SEVENTH AVENUE
NEW YORK, NY 10019

ARROWGRASS DISTRESSED OPPORTUNITIES FUND LTD
C/O SG AURORA MASTER FUND L.P.
825 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

ARROWGRASS MASTER FUND LTD
C/O BARCLAYS BANK PLC
745 SEVENTH AVENUE
NEW YORK, NY 10019

AURELIUS INVESTMENT LLC
535 MADISON AVENUE 22ND FLOOR
ATTN DAN GROPPER
NEW YORK, NY 10022

AURELIUS INVESTMENT LLC
GREENBERG TRAURIG LLP
ATTN BRUCE R ZIRINSKY ESQ NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

BANCA DELLE MARCHE SPA
ATTN: ENZO TELLONI
VIA GHISLIERI 6
60035 JESI (AN) ITALY

BANCA DELLE MARCHE SPA
ATTN: MR. MASSIMO BIANCONI (GENERAL MGR)
VIA GHISLIERI 6
60035 JESI (AN) ITALY

BANCA DELLE MARCHE SPA
LOEB & LOEB LLP
ATTN: WALTER H. CURCHACK ESQ & DANIEL B. BESIKOF ESQ
345 PARK AVENUE
NEW YORK, NY 10154

BANCA DI CREDITO COOPERATIVO ABRUZZESE
ATTN: MICHELE SAMUELE BORGIA (PRESIDENT)
CAPPELLE SUL TAVO SOCIETA COOPERTIVA
VIA UMBERTO I N78/80 65010 CAPPELLE SUL TABO PE
65010 CAPPELLE SUL TABO PE ITALIA

BANCA DI CREDITO COOPERATIVO ABRUZZESE
CAPPELLE SUL TAVO SOCIETA COOPERTIVA
VIA UMBERTO I N78/80 65010 CAPPELLE SUL TABO PE
ATTN MASSIMO FERRATI
65010 CAPPELLE SUL TABO PE ITALIA

BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA
COOPERATIVA
ATTN: FRANCESCO LIBERATI (PRESIDENT)
VIALE OCEANO INDIANO 13/C
00144 ROMA ITALIA

BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA
COOPERATIVA
ATTN: ROBERTO PALOMBO; ROSSANO GUIPPA
VIALE OCEANO IDIANO 13/C
00144 ROMA, ITALIA

BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA
ATTN MR ROBERTO PALOMBO AND MR ROSSANO GIUPPA
VIALE OCEANO INDIANO 13C
00144 ROMA ITALY

BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA
C/O ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN ALYSSA D ENGLUND ESQ
666 FIFTH AVENUE
NEW YORK, NY 10103

BANCA POPOLARE DI VICENZA SCPA
ATTENTION MR UMBERTO MAGGIO
VIA BTG FRAMARIN, 18
36100 VICENZA ITALY

BANK OF VALLETTA PLC
BANK OF VALLETTA PLC
ATTN: FINANCIAL MARKETS & INVESTMENTS DIVISION
BOV CENTRE CANNON, STA VANERA
SVR 9030 MALTA, EUROPE

BANK OF VALLETTA PLC
PRYOR CASHMAN LLP
ATTN CONRAD CHIU
7 TIMES SQUARE
NEW YORK, NY 10036

BANK OF VALLETTA PLC
PRYOR CASHMAN LLP
ATTN RONALD S BEACHER ESQ
7 TIMES SQUARE
NEW YORK, NY 10036-7311

BANQUE GENERALE DU LUXEMBOURG, S.A.
GBL BNP PARIBAS, S.A. F/K/A BANQUE GENERALE DU
ATTN: JEAN-LUC GAVRAY (GENERAL MANAGER)
50, AV. J.F. KENNEDY
L-2951 LUXEMBOURG

BARCLAYS BANK PLC
745 SEVENTH AVENUE
NEW YORK, NY 10019

BARCLAYS BANK PLC
745 SEVENTH AVENUE
NEW YORK, NY 10019

BARCLAYS BANK PLC
ATTN BOB DIAMOND (CEO)
1 CHURCHILL PLACE
LONDON, E14 5HP UNITED KINGDOM

BARCLAYS BANK PLC
ATTN: DANIEL CROWLEY; JESSICA FAINMAN
745 SEVENTH AVENUE
NEW YORK, NY 10019

BHALODIA RV/RM/PATEL R G
PORTLAND HOUSE
69-71 WEMBLEY HILL ROAD
WEMBLEY MIDDLESEX, HA9 8B11 UK

BRENCOURT CREDIT OPPORTUNITIES MASTER LTD
C/O BRENCOURT ADVISORS LLC
600 LEXINGTON AVE
NEW YORK, NY 10022

BRENCOURT CREDIT OPPORTUNITIES MASTER LTD
C/O KIESELSTEIN LAW FIRM, PLLC
ATTN: STEVE KIESELSTEIN
1187 TROY-SCHENECTADY ROAD
LATHAM, NY 10036

BRENCOURT CREDIT OPPORTUNITIES MASTER LTD
C/O KNIGHTHEAD MASTER FUND, L.P.
C/O KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

BRENCOURT CREDIT OPPORTUNITIES MASTER, LTD
C/O KIESELSTEIN LAW FIRM, PLLC
ATTN: STEVE KIESELSTEIN
1187 TROY-SCHENECTADY ROAD
LATHAM, NY 12110

BROWN RUDNICK LLP
COUNSEL TO GENERAL MOTORS NOVA SCOTIA
ATTN: ROBERT J. STARK & DANIEL J. SAVAL
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BT GLOBENET NOMINEES LIMITED
BT GLOBENET NOMINEES LIMITED
WINCHESTER HOUSE
1 GREAT WINCHESTER STREET
LONDON EC2N 2DB UNITED KINGDOM

CANYON VALUE REALIZATION FUND LP
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN, ESQ.
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

CANYON VALUE REALIZATION FUND LP
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CANYON VALUE REALIZATION FUND LP
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

CANYON VALUE REALIZATION FUND LP
C/O SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013

CANYON VALUE REALIZATION FUND LP
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST DIDTH ST., 40TH FLOOR
LOS ANGELES, CA 90013

CANYON-GRF MASTER FUND LP
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN, ESQ
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

CANYON-GRF MASTER FUND LP
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CANYON-GRF MASTER FUND LP
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

CANYON-GRF MASTER FUND LP
C/O SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013

CANYON-GRF MASTER FUND LP
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL ESQ
555 WEST FIFTH STREET
40TH FLOOR

CANYON-GRF MASTER FUND LP
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ
555 WEST FIFTH ST, 40TH FL
LOS ANGELES, CA 90013

CAROL MORRIS
DEUTSCHE BANK AG, LONDON BRANCH
WINCHESTER HOUSE
1 GREAT WINCHESTER STREET
GREAT BRITAIN
LONDON,

CASSA CENTRALE BANCA-CREDITO COOPERATIVO
DEL NORD EST SPA
ATTN: FRACALOSSI GIORGIO (PRESIDENT)
VIA G SEGANTINI, 5
38100 TRENTO ITALY

CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST S.P
VIA G SEGANTINI 5
ATTN MS MANUELA ACLER
38100 TRENTO ITALY

CHEVIOT ASSET MANAGEMENT
ATTN: MICAHEL KERR-DONEEN
90 LONG ACRE
LONDON UNITED KINGDOM WC2E 9RA

CHEVIOT ASSET MANGAGEMENT
90 LONG ACRE
LONDON WC2E 9RA GREAT BRITAIN

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH ST
ATTN CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH ST
ATTN CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH ST
ATTN CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH ST
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH ST
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN  KEN ZINGALE, CORP ACTIONS
111 WALL STREET, 4TH FL
NEW YORK, NY 10005

CITIGROUP GLOBAL MARKETS INC
ATTN KEN ZINGALE, CORP ACTIONS
111 WALL STREET, 4TH FLOOR
NEW YORK, NY 10005

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH STREET
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH STREET
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL; MARC HEIMOWITZ
390 GREENWICH ST.
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
C/O CQS DIRECTIONAL OPPORTUNITIES MASTER
FUND LIMITED - C/O CQS (UK) LLP
ATTN PRODUCT CONTROL
33 GROSVENOR PLACE - 5TH FLOOR
LONDON, SW1X 7HY,

CITIGROUP GLOBAL MARKETS INC
C/O KIVU INVESTMENT FUND LIMITED
C/O CQS (UK) LLP
ATTN PRODUCT CONTROL
33 GROSVENOR PLACE - 5TH FLOOR
LONDON SW1X7HY,

CITIGROUP GLOBAL MARKETS INC
C/O KNIGHTHEAD MASTER FUND, L.P.
C/O KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

CITIGROUP GLOBAL MARKETS INC
C/O LMA SPC FOR & OBO THE MAP 84 SGRT
PORTFOLIO C/O KNIGHTHEAD CAPITAL MNGT.
ATTN: LAURA TORRADO
623 FIFTH AVENUE, 29TH FLOOR
NEW YORK, NY 10033

CITIGROUP GLOBAL MARKETS INC
C/O MORRISON & FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
MORRISON & FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW
SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON & FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW SUITE 6000
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON & FOERSTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, STE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON & FOERSTER LLP
2000 PENNSYLVANIA AVE NW
ATTN CHARLES M COLE
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW, STE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW, STE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON FOERSTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON FOESTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC.
ATTN: CHETAN BANSAL
390 GREENWICH STREET
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC.
ATTN: CHETAN BANSAL
390 GREENWICH STREET
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC.
C/O CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

CITIGROUP GLOBAL MARKETS INC.
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC.
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY

CITIGROUP GLOBAL MARKETS INC.
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC.
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10031

CITIGROUP GLOBAL MARKETS INC.
MORRISON & FOERSTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC.
MORRISON & FOERSTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CLAUS PEDERSEN
STOKKEDREVET 11
4700 VORDINGBORE DENMARK

CLEARSTREAM, BANKING SOCIETE ANONYME
ATTN: JEFFREY TESSLER (CEO)
42 AVENUE JF KENNEDY
L-1855 LUXEMBOURG, LUXEMBOURG

CLEARSTREAM, BANKING SOCIETE ANONYME
CLEARSTREAM BANKING LUXEMBOURG
ATTN: JEFFREY TESSLER (CEO)
L-2967 LUXEMBOURG, LUXEMBOURG

COLLINS STEWART (CI) LIMITED
ATTN N. DARKE; G. LOVETT
PO BOX 3
38/39 ESPLANDE
ST HELIER, JERSEY JE4 0XQ CHANNEL ISLANDS

COLLINS STEWART (CI) LIMITED
PO BOX 328
ST PETER PORT GUERNSEY GY1 3TY

COLLINS STEWART (CI) LIMITED
PO BOX 328
ST PETER PORT GUERNSEY GY1 3TY

COLLINS STEWART (CI) LTD
COLLINS STEWART HOUSE
ATTN PAUL MEADER
THE FRANGE ST PETER PORT
GUERNSEY GY1 2QA

CONSILIUM TREUHAND AG & BEATA DOMUS ANSTALT
POSTFACH 777
9497 TRIESENBERG LIECHTENSTEIN

COS DIRECTIONAL OPPORTUNITIES MASTER FUND LTD
C/O CQS (UK) LLP
ATTN: PRODUCT CONTROL
5TH FL, 33 GROSVENOR PLACE
LONDON, UK SW1X 7HY

CREDIT SUISSE AG
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

CREDIT SUISSE AG
DUVAL  & STACHENFELD LLP
ATTN: KIRK BRETT
101 PARK AVENUE, 11 FLOOR
NEW YORK, NY 10178

CREDIT SUISSE AG (ON BEHALF OF NOTESHOLDERS)
DEFAULT MANAGEMENT SUWA 42
VETLIBERGSTRASSE 231
CH 8070 ZURICH  SWITZERLAND

CREDIT SUISSE AG (ON BEHALF OF NOTESHOLDERS)
DEFAULT MANAGEMENT SUWA 42
VETLIBERGSTRASSE 231
CH 8070 ZURICH  SWITZERLAND

CREDITO EMILIANO SPA
ATTN: MR ADOLFO BIZZOCCHI (GENERAL MGR)
VIA EMILIA SAN PIETRO 4
42100 REGGIO EMILIA  ITALY

CREDITO EMILIANO SPA
ATTN: MR LUCA MARIANI
VIA EMILIA S PIETRO 4
42100 REGGIO EMILIA ITALY

CREDITO EMILIANO SPA
VIA FMILIA S PIETRO 4
42100 REGGIO EMILIA ITALY

CSS LLC
ATTN MITCHELL BIALEK
175 W JACKSON BLVD
SUITE 440
CHICAGO, IL 60604

DEUTSCHE BANK LUXEMBOURG S.A.
DEUTSCHE BANK LUXEMBOURG S.A.
ATTN: ERNST WILHELM CONTZEN
2, BOULEVARD KONRAD ADENAUER
L-1115 LUXEMBOURG

DEUTSCHE BANK S P A
ATTN MR ANDREA CASTALDI
PIAZZA DEL CALENDARIO 7
20126 MILANO ITALY

DEUTSCHE BANK SPA
ATTN: MR. FLAVIO VALERI (GENERAL MGR)
PIAZZA DEL CALENDARIO, 3
20126 MILANO ITALY

DRAWBRIDGE DSO SECURITIES LLC
1345 AVENUE OF THE AMERICAS 46TH FLOOR
ATTN CONSTANTINE M DAKOLIAS
NEW YORK, NY 10105

DRAWBRIDGE DSO SECURITIES LLC
1345 AVENUE OF THE AMERICAS, 46TH FL
ATTN CONSTANTINE M DAKOLIAS
NEW YORK, NY 10105

DRAWBRIDGE DSO SECURITIES LLC
1345 AVENUE OF THE AMERICAS, 46TH FL
ATTN CONSTANTINE M DAKOLIAS
NEW YORK, NY 10105

DRAWBRIDGE DSO SECURITIES LLC
GREENBERG TRAUNG LLP
ATTN BRUCE R ZINNSKY, ESQ  NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

DRAWBRIDGE DSO SECURITIES LLC
GREENBERG TRAURIG LLP
ATTN BRUCE R ZIRINSKY ESQ
200 PARK AVE
NEW YORK, NY 10166

DRAWBRIDGE OSO SECURITIES LLC
GREENBERG TRAURIG LLP
200 PARK AVENUE
ATTN BRUCE R ZIRINSKY
NEW YORK, NY 10166

ELLIOTT INTERNATIONAL LP
C/O ELLIOTT MANAGEMENT CORPORATION
ATTN: ELLIOT GREENBERG
40 WEST 57TH STREET
NEW YORK, NY 10019

EUROCLEAR BANK S.A./N.V.
EUROCLEAR BANK S.A./N.V.
ATTN: YVES POULLET (CEO)
1 BOULEVARD DU ROI ALBERT
BRUSSELS, 1210 BELGIUM

FCOF UB SECURITIES LLC
GREENBERG TRAURIG LLP
ATTN BRUCE R ZINNSKY ESQ NANCY A MITCHELL ESQ
200 PARK AVE
NEW YORK, NY 10166

GARIBALDI ROSANNA
VIA SARZANESE 354
CAMAIORE LUCCA 55041 ITALY

GREEN HUNT WEDLAKE INC TRUSTEE
ATTN PETER WEDLAKE TCIRP
SUITE 315 TOWER 1
7001 MUMFORD ROAD
B3L4N9 HALIFAX NOVA SCOTIA

GREEN HUNT WEDLAKE INC TRUSTEE
COX & PALMER ATTN ROBERT G MACKEIGAN Q C
PURDY S WARF TOWER I
1100-1959 UPPER WATER STREET
HALIFAX, NOVA SCOTIA B3J 3N2

GREEN HUNT WEDLAKE INC TRUSTEE
GREENBERG TRAURIG LLP
ATTN NANCY MITCHELL
200 PARK AVE
NEW YORK, NY 10166

GREEN HUNT WEDLAKE, INC.
AKIN GUMP STRAUSS HAUER & FELD LLP
DEAN CHAPMIN
ONE BRYANT PARK
NEW YORK, NY 10036

DRAWBRIDGE OSO SECURITIES LLC
1345 AVENUE OF THE AMERICAS
46TH FLOOR
ATTN CONSTANTINE M DAKOLIAS
NEW YORK, NY 10105

ELLIOT INTERNATIONAL, L.P.
C/O ELLIOT MANAGEMENT CORPORATION
ATTN: ELLIOT GREENBERG
712 FIFTH AVENUE, 35TH FLOOR
NEW YORK, NY 10019

ELLIOTT INTERNATIONAL LP
GREENBERG TRAURIG LLP
ATTN BRUCE R ZIRINSKY ESQ NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

FCOF UB SECURITIES LLC
ATTN CONSTANTINE M DAKOLIAS
1345 AVENUE OF THE AMERICAS 46TH FLOOR
NEW YORK, NY 10105

FTI CONSULTING INC
3 TIMES SQ
ATTN: CONOR TULLY
NEW YORK, NY 10036

GREEN HUNT WEDLAKE INC TRUSTEE
ATTN PETER WEDLAKE FCIRP
SUITE 315 TOWER 1
7001 MUMFORD ROAD
B3L4N9 HALIFAX NOVA SCOTIA CANADA

GREEN HUNT WEDLAKE INC TRUSTEE
COX & PALMER
PURDY'S WARF TOWER I
1100-1959 UPPER WATER STREET
HALIFAX NOVA SCOTIA B3J 3N2

GREEN HUNT WEDLAKE INC TRUSTEE
GREENBERG TRAUNG LLP
ATTN BRUCE ZIRINSKY ESQ & NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

GREEN HUNT WEDLAKE, INC.
AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: SEAN O'DONNEL
ONE BRYANT PARK
NEW YORK, NY 10036

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166

GREENBERG TRAURIG, LLP
ATTN: J. BAE, G. TICOLL
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVE
NEW YORK, NY 10166

HERMANN & HELENE DETTMAR
NEUE STR 13
D-34359 REINHARDSHAGEN GERMANY


HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST
ADVENT CAPITAL MANAGEMENT LLC
ATTN: CHUNG TAM
1271 AVENUE OF THE AMERICAS FL 45
NEW YORK, NY 10020

HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST
C/O ADVENT CAPITAL MANAGEMENT, LLC
ATTN: CHUNG TAM; RODD BAXTER
1065 AVENUE OF THE AMERICAS, 31ST FL
NEW YORK, NY 10018


HOLDERS OF 8 375% & 8 875% GTD NOTES DESCRIBED IN ANNEXED A
C/O GREENBERG TRAURIG LLP
ATTN BRUCE R ZIRINSKY ESQ
200 PARK AVENUE
NEW YORK, NY 10166

HOLDERS OF 8 375% & 8 875% GTD NOTES DESCRIBED IN ANNEXED A
FISCAL AGENT DEUTSCHE BANK LUXEMBOURG S A
ATTN COUPON PAYING DEPARTMENT
2 BLD KONRAD ADENAUER
L-1115 LUXEMBOURG


HUTCHIN HILL CAPITAL CL LTD
C/O HUTCHIN HILL CAPITAL
142 WEST 57TH STREET 15TH FLOOR
ATTN DAVID GULKOWITZ
NEW YORK, NY 10019

ING HUGO WAGNER
MARIAHILFGASSE 25
4020 LINZ AUSTRIA EUROPE


INTESA  SANPAOLO PRIVATE BANKING S.P.A.
20121 MILANO
VIA HOEPLI 10 ITALY

INTESA  SANPAOLO PRIVATE BANKING S.P.A.
WHITE & CASE LLP
ATTN ABRAHAM ZYLBERBERG
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


INTESA SANPAOLO PRIVATE BANKING SPA
ATTN: GIAMPIO BRACCHI
VIA HOEPLI, 10
20121 MILANO ITALY

INTESA SANPAOLO SPA
INTESA SANPAOLO SPA
ATTN: GIAMPIO BRACCHI (PRESIDENT)
20121 MILANO
VIA HOEPLI, 1O ITALY


INTESA SANPAOLO SPA
VIA VERDI 8
MILANO 20121 ITALY

INTESA SANPAOLO SPA
WHITE & CASE LLP
ATTN: ABRAHAM ZYLBERBERG
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


J.P MORGAN SECURITIES LIMITED
ATTN LABAN P. JACKSON, JR.
125 LONDON WALL
LONDON X0 EC2Y 5AJ

J.P MORGAN SECURITIES LIMITED
MCDERMOTT WILL & EMERY LLP
ATTN: NAVA HAZAN
340 MADISON AVENUE
NEW YORK, NY 10173


JOHANNA SCHOEFFEL
C/O PETER SCHOEFFEL
BREITENBERGWEG 3
86830 SCHWABMUENCHEN GERMANY

JOSEF SCHMIDSEDER
KIRCHPLATZ 1
84389 POSTMUNSTER GERMANY


JP MORGAN SECURITIES LIMITED
125 LONDON WALL
ATTN: ANGUS J SCOTT
LONDON EC2Y 5AJ, UNITED KINGDON

JP MORGAN SECURITIES LIMITED
MCDERMOTT WILL & EMERY LLP
ATTN: GEOFFREY T. RAICHT
340 MADISON AVENUE
NEW YORK, NY 10173

KING & SPALDING LLP
ATTYS FOR GENERAL MOTORS LLC
ATTN: ARTHUR STEINBERG & SCOTT DAVIDSON
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KIVU INVESTMENT FUND LTD
C/O CQS (UK) LLP
ATTN: PRODUCT CONTROL
5TH FL, 33 GROSVENOR PLACE
LONDON, UK SW1X 7HY

KNIGHTHEAD MASTER FUND LP
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN LAURA TORRADO
NEW YORK, NY 10033

LIXANDROIU ANCA CRISTINA
VIA RAVARINO CARPI 203
41030 SORBARA (MO) ITALIA

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTF(
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTF(
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013

MARIA-DOROTHEA LAMINET
BURGUNDERWEG 8
2505 BIEL SWITZERLAND

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN: NICK INFANTE
NEW YORK, NY 10036

KNIGHTHEAD MASTER FUND, LP
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

KNIGHTHEAD MASTER FUND
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

KNIGHTHEAD MASTER FUND LP
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTF(
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTF(
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN LAURA TORRADO
NEW YORK, NY 10033

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN, ESQ.
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FL
LOS ANGELES, CA 90013

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN: NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN: NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
25 CABOT SQUARE, CANARY WHARF
ATTN BRIAN CRIPPS
LONDON E14 4QA UNITED KINGDOM

MORGAN STANLEY & CO INTERNATIONAL PLC
25 CABOT SQUARE, CANARY WHARF
ATTN: BRIAN CRIPPS
LONDON E144QA GREAT BRITAIN

MORGAN STANLEY & CO INTERNATIONAL PLC
ATTN: BRIAN CRIPPS
25 CABOT SQUARE, CANARY WHARF
LONDON E14 4QA UNITED KINGDOM

MORGAN STANLEY & CO INTERNATIONAL PLC
ATTN: BRIAN CRIPPS
25 CABOT SQUARE, CANARY WHARF
LONDON E14 4QA UNITED KINGDOM
00000

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O MORGAN STANLEY & CO INC
ATTN DONNA SOUZA
1585 BROADWAY, 2ND FL
NEW YORK, NY

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O MORGAN STANLEY & CO INCORPORATED
ATTN  DONNA SOUZA
1585 BROADWAY 2ND FLOOR
NEW YORK, NY 10036-8200

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O MORGAN STANLEY & CO INCORPORATED
ATTN  DONNA SOUZA
1585 BROADWAY 2ND FLOOR
NEW YORK, NY 10036-8200

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O RICHARDS KIBBE & ORBE LLP
ATTN  JOON P HONG ESQ
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O RICHARDS KIBBE & ORBE LLP
ATTN  JOON P HONG ESQ
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARD KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARD KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ATTN JOON P HONG
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO. INTERNATIONAL PLC
25 CABOT SQUARE
CANARY WHARF
ATTN:  BRIAN CRIPPS
LONDON EI44QA,  ENGLAND

MORGAN STANLEY & CO. INTERNATIONAL PLC
C/O MORGAN STANLEY & CO. INCORPORATED
ATTN: DONNA SOUZA
1585 BROADWAY, 2ND FLOOR
NEW YORK, NY 10036

MORRISON & FOERSTER LLP
ATTN LORENZO MARINUZZI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MR ALY AZIZ
C/O 11 RUE DE LA CORRAIERIE
1204 GENEVA SWITZERLAND

MR ALY AZIZ
C/O BNP PARIBAS WEALTH MANAGEMENT
15/17 AVE. D'OSTENDE
BP 257
98005 MONACO CEDEX

ONE EAST CAPITAL
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

ONE EAST CAPITAL
CITIGROUP GLOBAL MARKETS INC.
ATTN: ERIC GELLER
390 GREENWICH ST.
NEW YORK, NY 10031

ONE EAST CAPITAL
CITIGROUP GLOBAL MARKETS INC.
ATTN: PAUL PALANGE
390 GREENWICH ST.
NEW YORK, NY 10031

ONEX DEBT OPPORTUNITY FUND, LTD
C/O ONEX CREDIT PARTNERS, LLC
ATTN MICHAEL I GELBLAT
910 SYLVAN AVENUE SUITE 100
ENGLEWOOD CLIFFS, NJ 07632

ORE HILL CREDIT HUB FUND LTD
C/O CITIGROUP FUND SERVICES (CAYMAN), LTD.
PO BOX 10293, 5TH FL, CAYMAN CORPORATE CTR.
27 HOSPITAL ROAD, GEORGE TOWN
GRAND CAYMAN KY1-1003, CAYMAN ISLANDS

ORE HILL CREDIT HUB FUND LTD
C/O ORE HILL PARTNERS LLC
ATTN CLAUDE A BAUM ESQ
650 FIFTH AVENUE 9TH FLOOR
NEW YORK, NY 10019

ORRICK, HERRINGTON & SUTCLIFEE LLP
ATT: LORRAINE S. MCGOWEN
ATTY FOR FISKER AUTOMOTIVE, INC.
51 WEST 52ND STREET
NEW YORK, NY 10019

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON
ATTY FOR FISKER AUTOMOTIVE, INC.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE, LLP
ATTN: ALYSSA D. ENGLUND
666 FIFTH AVENUE
NEW YORK, NY 10103-0002

PALOMINO FUND LTD
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PARKWAY
SHORT HILLS, NJ 07078

PALOMINO FUND LTD
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PKWY
SHORT HILLS, NJ 07078

PALOMINO FUND LTD
C/O GREENBERG TRAURIG LLP
ATTN: BRUCE R ZIRNSKY ESQ & NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

PAUL HASTINGS LLP
ATTY FOR APPALOOSA MANAGEMENT L.P.
ATTN: B. SHER; M. DOUVAS
75 E. 55TH STREET, FIRST FL
NEW YORK, NY 10022

PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN DOUGLAS DAVIS, ESQ
ATTY FOR US DEPT OF TREASURY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PERA UGO
VIA SARZANESE 356 INT. A
CAMAIORE LUCCA 55041 ITALY

PERRY PARTNERS INTERNATIONAL INC
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

PERRY PARTNERS INTERNATIONAL INC
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

PERRY PARTNERS INTERNATIONAL, INC.
C/O PERRY CAPITAL
767 FIFTH AVENUE
NEW YORK, NY 10153

PERRY PARTNERS LP
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

PERRY PARTNERS LP
C/O CITIGROUP GLOBAL MARKETS INC.
ATTN: KEN ZINGALE
CORP. ACTIONS 4TH FLOOR
111 WALL STREET
NEW YORK, NY 10005

PERRY PARTNERS LP
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

PERRY PARTNERS LP
C/O PERRY CAPITAL
ATTN: JAMES SORRENTINO
767 FIFTH AVENUE
NEW YORK, NY 10153

PERRY PARTNERS LP
C/O SG AURORA MASTER FUND L.P.
825 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

PROSPECT MOUNTAIN FUND LIMITED
BROWN RUDNICK LLP
ATTN: TIMOTHY C. BENNETT ESQ
7 TIMES SQUARE
NEW YORK, NY 10036

PROSPECT MOUNTAIN FUND LIMITED
C/O CITCO TRUSTEES (CAYMAN) LIMITED
PO BOX 31106
89 NEXUS WAY, CAMANA BAY
GRAND CAYMAN KY1- 1205, CAYMAN ISLANDS

PROSPECT MOUNTAIN FUND LIMITED
C/O ORE HILL PARTNERS LLC
ATTN: CLAUDE A. BAUM, ESQ
650 FIFTH AVE., 9TH FL
NEW YORK, NY 10019

PROSPECT MOUTAIN FUND LIMITED
C/O ORE HILL PARTNERS LLC
ATTN CLAUDE A BAUM ESQ
650 FIFTH AVENUE 9TH FLOOR
NEW YORK, NY 10019

RAYTHEON PROFESSIONAL SERVICES, LLC
DAVID FOWLER
12160 SUNRISE VALLEY DR
OFFICE OF THE GENERAL COUNSEL
RESTON, VA 20191-3407

RED RIVER BUSINESS INC
FAO MR G R MACHAN
VERITE TRUST CO LTD, PO BOX 36
1ST FL, 37 BROAD ST
ST HELIER JERSEY JE4 9NU CHANNEL ISLANDS

REDWOOD MASTER FUND LTD
REDWOOD CAPITAL MANAGEMENT LLC
ATTN: JONATHAN KOLATCH
910 SYLVAN AVENUE
INGLEWOOD, NJ 07632

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

RUI MANUEL ANTUNES GONCALVES ROSA
RUA FRANCISCO MARTINS NO11
2815-676 SOBREDA PORTUGAL

SG AURORA MASTER FUND L.P.
C/O WALKERS CORPORATE SERVICES LIMITED
WALKER HOUSE
87 MARY ST, GEORGE TOWN
GRAND CAYMAN KY 1-9001, CAYMAN ISLANDS

SG AURORA MASTER FUND LP
825 THIRD AVENUE, 34TH FL
NEW YORK, NY 10022

SG AURORA MASTER FUND LP
825 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

SIRDAR ALY AZIZ
C/O BNP PARIBAS
15/17 AVENUE D'OSTENDE
BP 257
98005 MONOCO CEDEX

SPH INVEST SA
COMPAGNIE FINANCIERE DE GESTION
LUXEMBOURG SA
40 BOULEVARD JOSEPH II
L-1840 LUXEMBOURG

SYLVIA AUERBACH
3890 NOBEL DRIVE #506
SAN DIEGO, CA 92122

THE ADVENT GLOBAL OPPORTUNITY MASTER FUND
ADVENT CAPITAL MANAGEMENT LLC
ATTN CHUNG TAM
1271 AVENUE OF THE AMERICAS FL 45
NEW YORK, NY 10020

THE ADVENT GLOBAL OPPORTUNITY MASTER FUND
C/O ADVENT CAPTIAL MANAGEMENT, LLC
ATTN: CHUNG TAN; RODD BAXTER
1065 AVENUE OF THE AMERICAS, 31ST FL
NEW YORK, NY 10018

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN ESQ
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN, ESQ.
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
SIDLEY AUSTIN LLP
ATTN JEREMY ROSENTHAL ESQ
555 WEST FIFTH STRET, 40TH FLOOR
LOS ANGELES, CA 90013

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH ST, 40TH FL
LOS ANGELES, CA 90013

THE LIVERPOOL LIMITED PARTNERSHIP
C/O ELLIOTT MANAGEMENT CORPORATION
ATTN: ELLIOT GREENBERG
40 WEST 57TH STREET
NEW YORK, NY 10019

THE LIVERPOOL LIMITED PARTNERSHIP
GREENBERG TRUARIG LLP
ATTN BRUCE R ZIRINSKY ESQ NANCY A MITCHELL ESQ
NEW YORK, NY

THOROUGHBRED FUND LP
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PARKWAY
SHORT HILLS, NJ 07078

THOROUGHBRED FUND LP
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PKWY
SHORT HILLS, NJ 07078

THOROUGHBRED FUND LP
C/O GREENBERG TRAURIG LLP
ATTN: BRUCE R ZIRINSKY ESQ & NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

THOROUGHBRED MASTER LTD
C/O APPALOOSA MANAGEMENT LP
51 JOHN F KENNEDY PARKWAY
ATTN  KENNETH MAIMAN
SHORT HILLS, NJ 07078

THOROUGHBRED MASTER LTD
C/O APPALOOSA MANAGEMENT LP
51 JOHN F KENNEDY PARKWAY
ATTN: KENNETH MAIMAN
SHORT HILLS, NJ 07078

THOROUGHBRED MASTER LTD
GREENBERG TRAURIG LLP
ATTN BRUCE R ZIRINSKY ESQ
200 PARK AVENUE
NEW YORK, NY 10166

UBS AG
KENNETH A KOPELMAN ESQ PARTNER
BINGHAM MCCUTCHEN LLP
399 PARK AVENUE
NEW YORK, NY 10022

UBS AG
STEPHEN A THATCHER
DIRECTOR & COUNSEL
677 WASHINGTON BLVD 8TH FL
STAMFORD, CT 06901

UBS AG ZURICH SWITZERLAND
SECURITIES SERVICES OQ9C 05GC
PO BOX
CH 8098 ZURICH  SWITZERLAND

UBS AG ZURICH SWITZERLAND
SECURITIES SERVICES OQ9C O5GC
PO BOX
C 8098 ZURICH  SWITZERLAND

ULIRCH SEIPP
AUF DER SCHIEFERKAUT 1
WALDSOLMS GERMANY 35647

UNICREDIT BANCA DI ROMA S.P.A
ATTN MR CRISTIANO CARLUCCI
VIA U TUPINI 180
00144 ROMA ITALY

UNICREDIT BANCA DI ROMA SPA
ALLEN & OVERY LLP
ATTN: JOHN KIBLER
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020

UNITED STATES DEPARTMENT OF THE TREASURY
ATTN: JONATHAN PACHECO, ESQ
1500 PENNSYLVANIA AVENUE NW, RM 2312
WASHINGTON, DC 20220

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019