Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------x | | |

**CERTIFICATE OF NO OBJECTION RECEIVED AS
TO MOTORS LIQUIDATION COMPANY GUC TRUST'S 290TH
OMNIBUS OBJECTION TO CLAIMS (DUPLICATE DEBT CLAIMS)**

The Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the *Debtors' Second Amended Joint Chapter 11 Plan*, dated March 18, 2011 (as may be amended, modified or supplemented from time to time, the "**Plan**"), submits this certificate pursuant to the *Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures* (the "**Case management Order**") (ECF. No. 10183), and respectfully represents:

US_ACTIVE:\44342782\1\72240.0639

1. On August 27, 2013, the GUC Trust filed the *Motors Liquidation Company GUC Trust's 290th Omnibus Objection to Claims (Duplicate Debt Claims)* (the "**Omnibus Objection**") (ECF No. 12497).

2. The deadline for filing a response to the Omnibus Objection was October 2, 2013 at 4:00 p.m. (Eastern Time). A hearing on the Omnibus Objection has been scheduled for October 9, 2013 at 9:45 a.m. (Eastern Time).

3. To date, no response to the Omnibus Objection has been filed on the docket. Additioanlly, no party has indicated to the GUC Trust that it intends to oppose the relief requested in the Omnibus Objection.

4. An electronic copy of a proposed order (the "**Proposed Order**") that is substantially in the form of the proposed order that was annexed to the Omnibus Objection is being submitted to the Court, along with this certificate.

5. Pursuant to the Case Management Order, the GUC Trust respectfully requests that the Proposed Order be entered without a hearing.

Dated: New York, New York
Ocotber 4, 2013

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

2