If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                          :       **Chapter 11 Case No.**
                                                   :
**MOTORS LIQUIDATION COMPANY**, *et al.*,          :       **09-50026** (REG)
    f/k/a General Motors Corp., *et al.*           :
                                                   :
                    Debtors.                       :       **(Jointly Administered)**
                                                   :
------------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING AND,**
**IF NECESSARY, ADJOURNMENT OF MATTER SCHEDULED**
**FOR HEARING ON OCTOBER 9, 2013 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    RESOLVED MATTER**

1.  Motors Liquidation Company GUC Trust's 290th Omnibus Objection to Claims (*Duplicate Debt Claims*) (the "**Omnibus Objection**") (**ECF No. 12497**)

    Responses Filed:    None to date.

    Replies Filed:      None to date.

    Additional Documents:

    A.  Motors Liquidation Company GUC Trust's Certificate of No Objection Received as to 290th Omnibus Objection to Claims (the "**Certificate of No Objection**") (**ECF No. 12516**)

    B.  Notice of Withdrawal by Bodi Stiftung of Claim No. 60026 (the "**Claim Withdrawal Notice**") (**ECF No. 12500**)

**Status**:  As described in the Certificate of No Objection, the GUC Trust has submitted to the Court for its consideration a proposed order that is substantially in the form of the proposed order that was annexed to the Omnibus Objection.  In the event that such proposed order is not entered by the Court, this matter will be adjourned to November 6, 2013 at 9:45 a.m. (Eastern Time).  Accordingly, the hearing scheduled for October 9, 2013 has been canceled.

The Omnibus Objection is withdrawn as to Claim No. 60026 filed by Bodi Stiftung, as Mr. Stiftung has withdrawn his claim pursuant to the Claim Withdrawal Notice.

### ADJOURNMENTS AS TO OMNIBUS OBJECTIONS TO CLAIMS

This agenda no longer lists omnibus objections to claims that are currently adjourned (postponed).

If your claim has been objected to by an omnibus objection to claims that is currently adjourned, you will receive an individually addressed letter from the Motors Liquidation Company GUC Trust letting you know of the hearing date for your claim once it is scheduled, at least one week prior to the actual hearing date.

Should you want an update on your pending claim, please contact Edward Wu of Weil, Gotshal & Manges LLP (attorneys for the Motors Liquidation Company GUC Trust) at (212) 310-8322 or by email at edward.wu@weil.com.

Dated:  New York, New York
        October 4, 2013

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

2