**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                                   :    Chapter 11 Case No.
                                                        :
**MOTORS LIQUIDATION COMPANY**, *et al.*,  :    09-50026 (REG)
     f/k/a General Motors Corp., *et al.*       :
                                                        :
                                    Debtors.        :    (Jointly Administered)
                                                        :
------------------------------------------------------------------x

### ORDER GRANTING 290TH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the *290th Omnibus Objection to Claims,* dated August 27, 2013 (ECF No. 12497) (the "**Objection**"),[1] of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (the "**Debtors**") in connection with the *Debtors' Second Amended Joint Chapter 11 Plan*, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), seeking the entry of an order disallowing and expunging the Duplicate Debt Claims, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Duplicate Debt Claims listed on **Exhibit** "**A**" annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
*October 7, 2013*

*s/ Robert E. Gerber*
United States Bankruptcy Judge

US_ACTIVE:\44342907\1\72240.0639