UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :   Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                      :
                                                               :
                           Debtors.                            :   (Jointly Administered)
                                                               :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On October 7, 2013, at the direction of Weil, Gotshal & Manges LLP, counsel to Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Granting 290th Omnibus Objection to Claims (Duplicate Debt Claims)** [Docket No. 12519].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 8th day of October, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23rd, 2017

# EXHIBIT A

BODI STIFTUNG
RUBRIK A
LANDSTRASSE 39
FL 9490 VADUZ  LIECHTENSTEIN

JOSEF SCHMIDSEDER
KIRCHPLATZ 1
84389 POSTMUNSTER GERMANY

ROBERT KEIGHLEY
BANK OF NY MELLON TTEE
KOCH INDUSTRIES SAVINGS PLAN
FBO ROBERT KEIGHLEY
626 NORMANS LANE
NEWARK, DE 19711-3046