

50A Faber Heights #02-05
Faber Crest
Singapore 129195
(855) 878-3232 (US/Canada)

October 9, 2013

<u>By Electronic Mail and Express Mail</u>

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re: *In re Motors Liquidation Company, et al.*
Chapter 11 Case No.: 09-50026 (REG):
*Motors Liquidation Company GUC Trust's Motion for Entry of Order Pursuant to Sections 105, 363 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019 Approving Global Settlement of GUC Trust's Objections and Adversary Proceeding Relating to Nova Scotia Notes, Among Other Matters* (Docket No. 12512)

Dear Judge Gerber:

Chevrolet has been running in our family for years, starting with a '73 Chevelle, followed by several models of Malibu. More recently, my father bought a brand new Chevrolet Cruze. Over the years we could appreciate the affordable quality and incredible value of the brand we affectionately call Chevy.

General Motors is part of my life; it is for me a reliable mode of transportation and also a financial investment as I am a long time GM noteholder and shareholder (old and new GM).

Today, I am writing to ask this Court to consider an equitable treatment regarding the recent settlement proposal of the GM Nova Scotia notes. As late as April 27, 2009, General Motors also considered an equal treatment for all GM notes in the Exchange Offers and Consent Solicitations for Outstanding Notes[1]. While I am not objecting to the proposed amount allocated to the Nova Scotia noteholders, it is my belief and hope that all GM notes[2] be treated on an equitable basis. Thank you for your consideration of this matter.

Sincerely,

Eric Bonneau

---

[1] General Motors Corp. (2009, April 27). *Form 8-K*. Available from EDGAR Online database.
http://www.sec.gov/Archives/edgar/data/40730/000119312509119456/dex99a1vii.htm
[2] The GM USD Notes, the GM Nova Scotia Notes and the GM Euro Notes.

cc:  (i)
Barry N. Seidel Esq. (Via E-mail: seidelb@dicksteinshapiro.com)
Eric Fisher, Esq. (Via E-mail: fishere@dicksteinshapiro.com)
  (Dickstein Shapiro LLP)

(ii)
the Debtors, c/o Motors Liquidation Company (Via E-mail: tmorrow@alixpartners.com)

(iii)
Lawrence Buonomo, Esq. (via E-mail: lawrence.s.buonomo@gm.com)
  (General Motors, LLC)

(iv)
Douglas R. Davis, Esq. (Via E-mail: ddavis@paulweiss.com)
  (Paul Weiss, Rifkind, Wharton & Garrison LLP)

(v)
Jonathan Pacheco, Esq. (Via E-mail: jonathan.pacheco@do.treas.gov)
  (United States Department of the Treasury)

(vi)
Michael J. Edelman, Esq. (Via-Email: mjedelman@vedderprice.com)
Michael L. Schein, Esq. (Via-Email: mschein@vedderprice.com)
  (Vedder Price PC)

(vii)
Thomas Moers Mayer, Esq. (Via E-mail: tmayer@kramerlevin.com)
Robert T. Schmidt, Esq. (Via E-mail: rschmidt@kramerlevin.com)
Jennifer Sharret, Esq. (Via E-mail: jsharret@kramerlevin.com)
  (Kramer Levin Naftalis & Frankel LLP)

(viii)
Tracy Hope Davis, Esq. (Via E-mail: tracy.davis@usdoj.gov)
  (Office of the United States Trustee)

(ix)
David S. Jones, Esq. (Via E-mail: david.jones6@usdoj.gov)
Natalie Kuehler, Esq.(Via E-mail: dnatalie.kuehler@usdoj.gov)
  (The U.S. Attorney's Office, S.D.NY.)

(x)
Elihu Inselbuch, Esq. (Via E-Mail: ei@capdale.com)
Rita C. Tobin, Esq. (Via E-Mail: rct@capdale.com)
Trevor W. Swett III, Esq. (Via E-Mail: tws@capdale.com)
Kevin C. Maclay, Esq. (Via E-Mail: kcm@capdale.com)
  (Caplin & Drydale)

(xi)
Sander L. Esserman, Esq. (Via E-mail: esserman@sbep-law.com)
Robert T. Brousseau, Esq. (Via E-mail: brousseau@sbep-law.com)
  (Stutzman, Bromberg, Esserman, & Plifka)

(xii)
Keith R. Martorana, Esq. (Via E-mail: kmartorana@gibsondunn.com)
  (Gibson, Dunn & Crutcher LLP)

(xiii)
Conor P. Tully (Via E-mail: conor.tully@fticonsulting.com)
  (FTI Consulting, Inc.)

(xiv)
Michael Blumenthal, Esq. (Via E-mail: MBlumenthal@crowell.com)
  (Crowell & Moring LLP)

(xv)
Kirk P. Watson, Esq. (Via E-mail: kirkpwatson@gmail.com)
  (Asbestos Trust)

(xvi)
Bruce R. Zirinsky, Esq. (Via E-mail: zirinskyb@gtlaw.com)
  (Greenberg Traurig, LLP)

(xvii)
Steven J. Reisman, Esq. (Via E-mail: sreisman@curtis.com)
Theresa A. Foudy, Esq. (Via E-mail: tfoudy@curtis.com)
  (Curtis, Mallet-Prevost, Colt & Mosle LLP)

(xviii)
Arthur J. Steinberg, Esq. (Via E-mail: asteinberg@kslaw.com)
Scott Davidson, Esq. (Via E-mail: sdavidson@kslaw.com)
  (King & Spalding LLP)

(xix)
Daniel H. Golden, Esq. (Via E-mail: dgolden@akingump.com)
Sean E. O'Donnell, Esq. (Via E-mail: sodonnell@akingump.com)
  (Akin Gump Strauss Hauer & Feld LLP)