**Hearing Date and Time:  October 21, 2013 at 2:00 p.m. (prevailing Eastern Time)**
                                    **Objection Deadline:  October 14, 2013 at 4:00 p.m. (prevailing Eastern Time)**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|        f/k/a General Motors Corp., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| ------------------------------------------------------------ x | | |
| MOTORS LIQUIDATION COMPANY GUC TRUST, | : | |
| | : | |
| | : | |
|                 Plaintiff, | : | Adversary Proceeding |
| | : | Case No.: 12-09802 (REG) |
|    v. | : | |
| | : | |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP, *et al.*, | : | |
| | : | |
| | : | |
|                Defendants. | : | |
| ------------------------------------------------------------ x | | |

**JOINDER OF GENERAL MOTORS LLC TO MOTORS
LIQUIDATION COMPANY GUC TRUST'S MOTION FOR ENTRY OF
ORDER PURSUANT TO SECTIONS 105, 363 AND 1142 OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULES 3020 AND 9019 APPROVING GLOBAL
SETTLEMENT OF GUC TRUST'S OBJECTIONS AND ADVERSARY PROCEEDING
<u>RELATING TO NOVA SCOTIA NOTES, AMONG OTHER MATTERS</u>**

21890633v1

1.       General Motors LLC ("**New GM**") hereby supports approval of the *Motors Liquidation Company GUC Trust's Motion For Entry Of Order Pursuant To Sections 105, 363 And 1142 Of The Bankruptcy Code And Bankruptcy Rules 3020 And 9019 Approving Global Settlement Of GUC Trust's Objections And Adversary Proceeding Relating To Nova Scotia Notes, Among Other Matters* [Docket No. 12512] ("**9019 Motion**"), filed by the Motors Liquidation Company GUC Trust ("**GUC Trust**") on September 27, 2013.

2.       New GM reserves its rights to be heard at the hearing on the 9019 Motion on any of the grounds set forth therein.

WHEREFORE, New GM respectfully requests that (i) the relief requested in the 9019 Motion be granted in its entirety; (ii) the proposed order annexed to the 9019 Motion as Exhibit "B" be entered in the form proposed by the GUC Trust; and (iii) it be granted such other and further relief as is just and proper.

Dated: New York, New York
       October 16, 2013

                                                Respectfully submitted,

                                                      /s/ Arthur Steinberg
                                                Arthur Steinberg
                                                Scott Davidson
                                                KING & SPALDING LLP
                                                1185 Avenue of the Americas
                                                New York, New York 10036
                                                Telephone:  (212) 556-2100
                                                Facsimile:  (212) 556-2222

                                                *Attorneys for General Motors LLC*