UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------- x

| | | |
|---|---|---|
| MOTORS LIQUIDATION COMPANY GUC TRUST, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding |
| | : | Case No.: 12-09802 (REG) |
| v. | : | |
| | : | |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP, *et al.*, | : | |
| | : | |
| Defendants | : | |

------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

This is to certify that on October 16, 2013, I caused to be served true and correct copies of the *Joinder Of General Motors LLC To Motors Liquidation Company GUC Trust's Motion For Entry Of Order Pursuant To Sections 105, 363 And 1142 Of The Bankruptcy Code And Bankruptcy Rules 3020 And 9019 Approving Global Settlement of GUC Trust's Objections And Adversary Proceeding Relating To Nova Scotia Notes, Among Other Matters*, by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the aforesaid document were served upon each of the persons and entities listed on the annexed service list by causing copies of same to be delivered *via* email,

first-class mail and/or overnight mail at the last known addresses as indicated on the annexed

service list.

Dated:  October 16, 2013
            New York, New York

                                                    KING & SPALDING LLP

                                                    By: /s/   Scott Davidson
                                                    Arthur J. Steinberg
                                                    Scott Davidson
                                                    King & Spalding LLP
                                                    1185 Avenue of the Americas
                                                    New York, NY 10036
                                                    (212) 556-2100 - telephone
                                                    (212) 556-2222 - facsimile

                                                    *Counsel for General Motors LLC*

## SERVICE LIST

### *VIA* EMAIL

seidelb@dicksteinshapiro.com;

fishere@dicksteinshapiro.com;

tmorrow@alixpartners.com;

lawrence.s.buonomo@gm.com;

ddavis@paulweiss.com;

MJEdelman@vedderprice.com;

Mschein@vedderprice.com;

tmayer@kramerlevin.com;

rschmidt@kramerlevin.com;

jsharret@kramerlevin.com;

david.jones6@usdoj.gov;

Natalie.kuehler@usdoj.gov;

ei@capdale.com;

rct@capdale.com;

tws@capdale.com;

kcm@capdale.com;

essserman@sbep-law.com;

brousseau@sbep-law.com;

kmartorana@gibsondunn.com;

Conor.Tully@fticonsulting.com;

mblumenthal@crowell.com;

Kirkpwatson@gmail.com;

zirinskyb@gtlaw.com;

sreisman@curtis.com;

tfoudy@curtis.com;

dgolden@akingump.com;

sodonnell@akingump.com;

*VIA* **FIRST-CLASS MAIL**

| | |
|---|---|
| Barry Seidel, Esq.<br>DICKSTEIN SHAPIRO LLP<br>1633 Broadway<br>New York, NY 10019 | Eric Fisher, Esq.<br>DICKSTEIN SHAPIRO LLP<br>1633 Broadway<br>New York, NY 10019 |
| MOTORS LIQUIDATION COMPANY<br>401 South Old Woodward Avenue<br>Suite 370<br>Birmingham, MI 48009 | Douglas Davis, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Lawrence S. Buonomo, Esq.<br>GENERAL MOTORS, LLC<br>400 Renaissance Center<br>Detroit, MI  48265 | Michael J. Edelman, Esq.<br>VEDDER PRICE, P.C.<br>1633 Broadway - 47th Floor<br>New York, NY 10019 |
| Michael L. Schein, Esq.<br>VEDDER PRICE, P.C.<br>1633 Broadway - 47th Floor<br>New York, NY 10019 | Thomas Moers Mayer, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL<br>LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Robert Schmidt, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL<br>LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Jennifer Sharret, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL<br>LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Kevin C. Maclay, Esq.<br>CAPLIN & DRYSDALE<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC  20005 | Trevor W. Swett III, Esq.<br>CAPLIN & DRYSDALE<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC  20005 |
| Elihu Inselbuch, Esq.<br>CAPLIN & DRYSDALE<br>375 Park Avenue<br>35th Floor<br>New York, NY 10152-3500 | Rita C. Tobin, Esq.<br>CAPLIN & DRYSDALE<br>375 Park Avenue<br>35th Floor<br>New York, NY 10152-3500 |

| | |
|---|---|
| Sander L. Esserman, Esq.<br>STUTZMAN, BROMBERG, ESSERMAN &<br>PLIFKA<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | Robert T. Brousseau, Esq.<br>STUTZMAN, BROMBERG, ESSERMAN &<br>PLIFKA<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 |
| Keith Martorana, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>47th Floor<br>New York, NY 10166 | Conor Tully<br>FTI CONSULTING<br>Three Times Square<br>New York, NY 10036 |
| Michael V. Blumenthal, Esq.<br>CROWELL & MORING LLP<br>590 Madison Avenue<br>19th Floor<br>New York, NY 10022-2524 | Kirk P. Watson, Esq.<br>2301 Woodlawn Boulevard<br>Austin, TX 78703 |
| Bruce R. Zirinsky, Esq.<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, NY 10166 | Steven J. Reisman, Esq.<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Theresa A. Foudy, Esq.<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178 | Daniel H. Golden, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD<br>LLP<br>One Bryant Park<br>New York, NY 10036 |
| Sean E. O'Donnell, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD<br>LLP<br>One Bryant Park<br>New York, NY 10036 | |

*VIA* **OVERNIGHT MAIL**

| | |
|---|---|
| Jonathan Pacheco, Esq.<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Room 2312<br>Washington, DC 20220 | Tracy Hope Davis, Esq.<br>Office of the United States Trustee<br>for the Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street<br>Suite 1006<br>New York, NY 10014 |
| David S. Jones, Esq.<br>U.S. ATTORNEY'S OFFICE, S.D.N.Y.<br>86 Chambers Street<br>Third Floor<br>New York, NY 10007 | Natalie Kuehler, Esq.<br>U.S. ATTORNEY'S OFFICE, S.D.N.Y.<br>86 Chambers Street<br>Third Floor<br>New York, NY 10007 |