DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Katie L. Weinstein
Mary Kim (admitted *pro hac vice*)
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re:                                                          :    **Chapter 11**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*     :    **Case No.:  09-50026 (REG)**
**f/k/a General Motors Corporation,** *et al.,*      :
:    **(Jointly Administered)**
                                  **Debtors.**           :
:
-------------------------------------------------------------------x
**MOTORS LIQUIDATION COMPANY GUC**          :
**TRUST,**                                                    :
:    **Adversary Proceeding**
                                  **Plaintiff,**           :    **Case No.:  12-09802**
:
                        **v.**                               :
:
**APPALOOSA INVESTMENT LIMITED**                 :
**PARTNERSHIP I,** *et al.,*                          :
:
:
                              **Defendants.**           :
-------------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 21, 2013 AT 2:00 P.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

## I.    CONTESTED MATTER

1.    Motion of the Paulson Noteholders for Allowance of Limited Payment of Professional Fees and Expenses Incurred by the GM Nova Scotia Trustee in Connection with Settlement and Request for Expedited Treatment (**Bankr. Dkt. No. 12515; Adv. Pro. Dkt. 254**)

Responses Filed:

A.    Objection of the United States of America to the Motion of the Paulson Noteholders for Allowance of Limited Payment of Professional Fees and Expenses Incurred by the GM Nova Scotia Trustee in Connection with Settlement and Request for Expedited Treatment **(Bankr. Dkt. No. 12522)**

Replies Filed:              None to date.

B.    Reply of the Paulson Noteholders to the Objection of the United States of America **(Bankr. Dkt. No. 12527; Adv. Pro. Dkt. 259)**

Additional Documents:       None to date.

**Status:**                 **This matter is going forward.**

## II.    UNCONTESTED MATTER

1.    Motion of the Motors Liquidation Company GUC Trust for Entry of Order Approving Global Settlement of GUC Trust's Objections and Adversary Proceeding Relating to Nova Scotia Notes, Among Other Matters (**Bankr. Dkt. No. 12512; Adv. Pro. Dkt. 252**)

Responses Filed:

A.    Letter by Eric Bonneau in Response to the Motion of the Motors Liquidation Company GUC Trust for Entry of Order Approving Global Settlement of GUC Trust's Objections and Adversary Proceeding Relating to Nova Scotia Notes, Among Other Matters (**Bankr. Dkt. No. 12523**)

B.    Joinder by General Motors LLC to the Motion of the Motors Liquidation Company GUC Trust for Entry of Order Approving Global Settlement of GUC Trust's Objections and Adversary Proceeding Relating to Nova Scotia Notes, Among Other Matters (**Bankr. Dkt. No. 12525; Adv. Pro. Dkt. 257**)

DOCSNY-549045v2

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**                 **This matter is going forward.**

Dated: New York, New York
       October 17, 2013

                                By: /s/ Eric B. Fisher
                                    Barry N. Seidel
                                    Eric B. Fisher
                                    Katie L. Weinstein
                                    Mary Kim (admitted *pro hac vice*)
                                    DICKSTEIN SHAPIRO LLP
                                1633 Broadway
                                New York, New York 10019-6708
                                Telephone: (212) 277-6500
                                Facsimile: (212) 277-6501

                                *Counsel for the Motors Liquidation
                                Company GUC Trust*

DOCSNY-549045v2