UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
In re                                                       :  Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY., et al.,                        :  Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,                         :
                                                            :  (Jointly Administered)
                    Debtors.                                :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X
                                                            :
MOTORS LIQUIDATION COMPANY GUC TRUST,                       :
                                                            :  Adv. Pro. No. 12-09802 (REG)
                    Plaintiff,                              :
                                                            :
            v.                                              :
                                                            :
APPALOOSA INVESTMENT LIMITED PARTNERSHIP I, et              :
al.,                                                        :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE OF 9019 MOTION

I, Peter Wedlake, certify pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. On behalf of Green Hunt Wedlake, Inc., the Court appointed trustee (the "**Nova Scotia Trustee**") of the bankrupt estate of General Motors Nova Scotia Finance Company ("**GM Nova Scotia**"), on October 11, 2013, I caused Deutsche Bank AG, acting as Fiscal and Paying Agent to holders of the 8.375% guaranteed note due December 7, 2105 and 8.875% guaranteed notes due July 10, 2023 issued by GM Nova Scotia (the "**Noteholders**"), to provide notice of the Motors Liquidation Company GUC Trust's Motion for Entry of Order Pursuant to Sections 105, 363 and

1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019 Approving Global Settlement of GUC Trust's Objections and Adversary Proceeding Relating to Nova Scotia Notes, Among Other Matters (the "**9019 Motion**") through the Euroclear and Clearstream settlement systems to all Noteholders on October 15th, 2013..

2. Further, on October 11, 2013, I caused the Nova Scotia Trustee to provide notice of the 9019 Motion to all Noteholders who filed claims in the GM Nova Scotia bankruptcy proceeding via courier.

Dated: Halifax, Nova Scotia
October 18th, 2013

_____
Peter Wedlake