**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman
Theresa A. Foudy
Ada V. Añon
E-Mail:  sreisman@curtis.com
            tfoudy@curtis.com
            aanon@curtis.com

*Counsel for dbX – Risk Arbitrage 1 Fund,
Lyxor/Paulson International Fund Limited,
Paulson Enhanced Ltd., Paulson International Ltd.,
Paulson Partners Enhanced, L.P., and
Paulson Partners L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, et al, | ) | Bankruptcy Case No.: 09-50026 (REG) |
| f/k/a General Motors Corporation, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MOTORS LIQUIDATION COMPANY GUC TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| | ) | Case No.: 12-09802 |
| v. | ) | |
| | ) | |
| APPALOOSA INVESTMENT LIMITED | ) | **AFFIDAVIT OF SERVICE** |
| PARTNERSHIP I, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

16655113v1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK   )

Noah Gardy, being duly sworn, deposes and says:

1. I am an employee of Curtis, Mallet-Prevost, Colt & Mosle, LLP, having offices at 101 Park Avenue, New York, New York 10178. I am not a party to this action, am over 18 years of age, and reside in New York County, New York.

2. On October 17, 2013, I served the *Reply to Objection of the United States of America to Motion of the Paulson Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 105 for Allowance of Limited Payment of Professional Fees and Expenses Incurred by the GM Nova Scotia Trustee in Connection with Settlement and Request for Expedited Treatment* [Bankr. Dkt. No. 12527 & Adv. Pro. Dkt. No. 259] upon the parties and at the addresses listed on **Exhibit A** attached hereto in the manner specified therein.

/s/ *Noah Gardy*
Noah Gardy

Sworn to before me this
18th day of October 2013

/s/ *John T. Weber*
Notary Public

**JOHN T. WEBER**
**Notary Public, State of New York**
**No. 01WE6192846**
**Qualified in Westchester County**
**Certificate Filed in New York County**
**Commission Expires September 2, 2016**

16655113

-2-

# EXHIBIT A

## VIA E-MAIL

| | |
|---|---|
| SeidelB@dicksteinshapiro.com | FisherE@dicksteinshapiro.com |
| CoopermanK@dicksteinshapiro.com | zirinskyb@gtlaw.com |
| FingerK@gtlaw.com | BrennanB@gtlaw.com |
| baej@gtlaw.com | ticollg@gtlaw.com |
| mitchelln@gtlaw.com | sodonnell@akingump.com |
| dgolden@akingump.com | pdublin@akingump.com |
| dchapman@akingump.com | mariadouvas@paulhastings.com |
| barrysher@paulhastings.com | cchiu@pryorcashman.com |
| rbeacher@pryorcashman.com | john.kibler@newyork.allenovery.com |
| joseph.smolinsky@weil.com | rstark@brownrudnick.com |
| dsaval@brownrudnick.com | sdavidson@kslaw.com |
| asteinberg@kslaw.com | sreisman@curtis.com |
| tfoudy@curtis.com | rzerbe@crowell.com |
| mbarr@milbank.com | dperry@milbank.com |
| ataffet@dsllp.com | kbrett@dsllp.com |
| lmcgowen@orrick.com | rschmidt@kramerlevin.com |
| tmayer@kramerlevin.com | David.jones6@usdoj.gov |

## VIA HAND DELIVERY

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10004
(Attn: Tracy Hope Davis, Esq.)

16655113