UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In re:                                                                                    Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,                  Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,

                                              Debtors,                  (Jointly Administered)

-------------------------------------------------------------------------X

**ORDER DENYING "MOTION OF THE PAULSON NOTEHOLDERS
PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 105 FOR ALLOWANCE
OF LIMITED PAYMENT OF PROFESSIONAL FEES AND EXPENSES
INCURRED BY THE GM NOVA SCOTIA TRUSTEE IN CONNECTION
WITH SETTLEMENT AND REQUEST FOR EXPEDITED
TREATMENT"**

Upon the "Motion of the Paulson Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 105 for Allowance of Limited Payment of Professional Fees and Expenses Incurred by the GM Nova Scotia Trustee in Connection With Settlement and Request for Expedited Treatment" (the "**Motion**") (Dkt. No. 12515), and the objection thereto by the United States of America (Dkt. No. 12522) and the movants' reply thereto (Dkt. No. 15527), and upon the arguments presented in open Court on October 21, 2013, and for the reasons stated by the Court in an oral ruling delivered in open Court on October 21, 2013;

It is hereby ORDERED that the Motion is denied for the reasons stated by the Court on the record on October 21, 2013.

Dated: New York, New York
October *23*, 2013

                                                                  *s/ Robert E. Gerber*
                                                             United States Bankruptcy Judge