Barry Spencer II
A121687
1 Administration Road
Bridgewater, MA 02324

RE: In re Motor Liquidation Co.,
Chapter 11 No. 09-50026 (REG)

Judge Robert Gerber
United States Southern District
of New York Bankruptcy Court
One Bowling Green
Court Room 523
New York, NY 1004-1408

Dear Honorable Gerber,

I am Barry Spencer II, a constitutionally protected Creditor (unsecured) with a bodily injury and product liability settlement of $200,000.00 US due to the settlement agreement reached between Myself and Motor Liquidation Company. As you know, I was forced into the Bankruptcy and my Settlement was made victim of the Second Plan adopted by You on March 30, 2011, explained in your Ruling In re Motor Liquidation Co., 447 B.R. 198, 2011 LEXIS 684; 54 Bankr.Ct Dec 126.

I have received a pro rata share of the $200,000.00 settlement so far totaling about $39,000.00 worth of GM Securities, that had to be liquidated for Bills, Living Expenses, and other, especially without employment and lack of a good CORI.

Presently, I am in Economic Duress and Hardship and in need of my Property Interest, since Motor Liquidation by way of the GUC Trust has put aside the sum of allowed claims and disputed ones on the assumption they will

8 2013

1

will be allowed. The problem is the "Plan" has no SET DATE that will resolve any and all claims held by the Trust Administrator, albeit, the Trust Administrator Wilmington Trust has the discretion to release the Securities or by order from this court.

The Trust does not allow for regular disbursements, thus hindering me to Pay for Legal Representation in several Court cases, USA vs Barry Spencer, 13-cr-10196 RWZ District of Massachusetts; Commonwealth of Massachusetts vs Barry Spencer, Suffolk Superior Court SUCR2006- 10731 and SUCR2011-400100, and a US Writ of Habeas Corpus, the point is you get what you pay for and I would fell better knowing I am paying for my Six Amendment Right instead of having to proceed indigent which I am due to not being the Holder in due Course of My Constitutional interest. I have no choice but to file Bankrupt, sue for ...or other.

This comes to the Point of when I attempted to end the settlement agreement, You denied me and would not allow it, nor allow me to be a Secured Creditor and receive my sum in full as any Bodily Injury or Product Liability Settlement should be other creditor received theres, there must be some Fraud, or UCCC or Collection of a Fair Debt violation.

I ask you ORDER the Wilmington Trust to disburse

2

my property interest so I may be able to utilize it for for my expenses in the following cases, Spencer v State of Massachusetts, 1?13-cv-11922 (Habeas Corpus) and collateral attacks Spencer v Dookhan, SUCV2013-02122 and Spencer v Dookhan, US District Court Massachusetts 1?13-cv-11431, all of which are being done Pro se due to tack of funds.

I request a prompt so I can make the proper decisions to protect Me, Myself and I, I am just a travelling man trying to find some light.

Respectfully,
Barry Spencer II


Cc   File

    Wilmington Trust (Trust Administratot)
    Rodney Square North, 1100 North Market Street
    Wilmington, DE 19890-0001