UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                  :   Chapter 11
                                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.*,               :   Case No. 09-50026 (REG)
**f/k/a General Motors Corp.,** *et al.*,               :
                                                        :
                             Debtors.                   :   (Jointly Administered)
                                                        :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On October 23, 2013, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties), and by e-mail on the parties identified on Exhibit B annexed hereto (additional affected parties with e-mail addresses):

- **Order Denying "Motion of the Paulson Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 105 for Allowance of Limited Payment of Professional Fees and Expenses Incurred by the GM Nova Scotia Trustee in Connection with Settlement and Request for Expedited Treatment"** [Docket No. 12533].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 25th day of
October, 2013

/s/Laticia M. Spears
Laticia M. Spears
Notary Public-State of New York
No. 02SP6284536
Qualified in Nassau County
My Commission Expires June 17, 2017

# EXHIBIT A

| | |
|---|---|
| ADVENT CAPITAL MANAGEMENT, LLC<br>C/O NEW YORK SECRETARY OF STATE<br>ONE COMMERCE PLAZA<br>99 WASHINGTON AVE<br>ALBANY, NY 12231 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: DANIEL H. GOLDEN<br>ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: NATALIE E. LEVINE<br>ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: PHILIP C. DUBLIN<br>ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| ALLIANZ BANK FINANCIAL ADVISORS SPA<br>ATTN: GICOMO CAMPORA (CEO)<br>PIAZZALE LODI, 3<br>20137 MILANO ITALY | ALLIANZ BANK FINANCIAL ADVISORS SPA<br>PIAZZALE LODI 3<br>20137 MILANO ITALY |
| ANCHORAGE CAPITAL MASTER OFFSHORE LTD<br>C/O ANCHORAGE ADVISORS LLC<br>ATTN: DAN ALLEN<br>610 BROADWAY, 6TH FL<br>NEW YORK, NY 10012 | ANCHORAGE CAPITAL MASTER OFFSHORE LTD<br>FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br>ATTN: GARY KAPLAN, ESQ<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP 1<br>C/O APPALOOSA MANAGEMENT LP<br>51 JOHN F KENNEDY PARKWAY<br>ATTN KENNETH MAIMAN<br>SHORT HILLS, NJ 07078 | APPALOOSA INVESTMENT LIMITED PARTNERSHIP 1<br>GREENBERG TRAURIG LLP<br>ATTN  BRUCE R ZIRINSKY ESQ & NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I<br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PARKWAY<br>SHORT HILLS, NJ 07078 | ARROWGRASS DISTRESSED OPPORTUNITIES FUND LTD<br>C/O ARROWGRASS CAPITAL PARTNERS LLP, TOWER 42<br>ATTN: SWATI PATEL<br>25 OLD BROAD STREET<br>LONDON EC2N 1HQ |
| ARROWGRASS DISTRESSED OPPORTUNITIES FUND LTD<br>C/O BARCLAYS BANK PLC<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | ARROWGRASS DISTRESSED OPPORTUNITIES FUND LTD<br>C/O SG AURORA MASTER FUND L.P.<br>825 THIRD AVENUE, 34TH FLOOR<br>NEW YORK, NY 10022 |
| ARROWGRASS MASTER FUND LTD<br>C/O BARCLAYS BANK PLC<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | AURELIUS INVESTMENT LLC<br>535 MADISON AVENUE 22ND FLOOR<br>ATTN DAN GROPPER<br>NEW YORK, NY 10022 |
| AURELIUS INVESTMENT LLC<br>GREENBERG TRAURIG LLP<br>ATTN BRUCE R ZIRINSKY ESQ NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | BANCA DELLE MARCHE SPA<br>ATTN: ENZO TELLONI<br>VIA GHISLIERI 6<br>60035 JESI (AN) ITALY |
| BANCA DELLE MARCHE SPA<br>ATTN: MR. MASSIMO BIANCONI (GENERAL MGR)<br>VIA GHISLIERI 6<br>60035 JESI (AN) ITALY | BANCA DELLE MARCHE SPA<br>LOEB & LOEB LLP<br>ATTN: WALTER H. CURCHACK ESQ & DANIEL B. BESIKOF ESQ<br>345 PARK AVENUE<br>NEW YORK, NY 10154 |

| | |
|---|---|
| BANCA DI CREDITO COOPERATIVO ABRUZZESE<br>ATTN: MICHELE SAMUELE BORGIA (PRESIDENT)<br>CAPPELLE SUL TAVO SOCIETA COOPERTIVA<br>VIA UMBERTO I N78/80 65010 CAPPELLE SUL TABO PE<br>65010 CAPPELLE SUL TABO PE ITALIA | BANCA DI CREDITO COOPERATIVO ABRUZZESE<br>CAPPELLE SUL TAVO SOCIETA COOPERTIVA<br>VIA UMBERTO I N78/80 65010 CAPPELLE SUL TABO PE<br>ATTN MASSIMO FERRATI<br>65010 CAPPELLE SUL TABO PE ITALIA |
| BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA<br>COOPERATIVA<br>ATTN: FRANCESCO LIBERATI (PRESIDENT)<br>VIALE OCEANO INDIANO 13/C<br>00144 ROMA ITALIA | BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA<br>COOPERATIVA<br>ATTN: ROBERTO PALOMBO; ROSSANO GUIPPA<br>VIALE OCEANO IDIANO 13/C<br>00144 ROMA, ITALIA |
| BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA<br>ATTN MR ROBERTO PALOMBO AND MR ROSSANO GIUPPA<br>VIALE OCEANO INDIANO 13C<br>00144 ROMA ITALY | BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA<br>C/O ORRICK HERRINGTON & SUTCLIFFE LLP<br>ATTN ALYSSA D ENGLUND ESQ<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103 |
| BANCA POPOLARE DI VICENZA SCPA<br>ATTENTION MR UMBERTO MAGGIO<br>VIA BTG FRAMARIN, 18<br>36100 VICENZA ITALY | BANK OF VALLETTA PLC<br>BANK OF VALLETTA PLC<br>ATTN: FINANCIAL MARKETS & INVESTMENTS DIVISION<br>BOV CENTRE CANNON, STA VANERA<br>SVR 9030 MALTA, EUROPE |
| BANK OF VALLETTA PLC<br>PRYOR CASHMAN LLP<br>ATTN CONRAD CHIU<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | BANK OF VALLETTA PLC<br>PRYOR CASHMAN LLP<br>ATTN RONALD S BEACHER ESQ<br>7 TIMES SQUARE<br>NEW YORK, NY 10036-7311 |
| BANQUE GENERALE DU LUXEMBOURG, S.A.<br>GBL BNP PARIBAS, S.A. F/K/A BANQUE GENERALE DU<br>ATTN: JEAN-LUC GAVRAY (GENERAL MANAGER)<br>50, AV. J.F. KENNEDY<br>L-2951 LUXEMBOURG | BARCLAYS BANK PLC<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| BARCLAYS BANK PLC<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | BARCLAYS BANK PLC<br>ATTN BOB DIAMOND (CEO)<br>1 CHURCHILL PLACE<br>LONDON, E14 5HP UNITED KINGDOM |
| BARCLAYS BANK PLC<br>ATTN: DANIEL CROWLEY; JESSICA FAINMAN<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | BHALODIA RV/RM/PATEL R G<br>PORTLAND HOUSE<br>69-71 WEMBLEY HILL ROAD<br>WEMBLEY MIDDLESEX, HA9 8B11 UK |
| BRENCOURT CREDIT OPPORTUNITIES MASTER LTD<br>C/O BRENCOURT ADVISORS LLC<br>600 LEXINGTON AVE<br>NEW YORK, NY 10022 | BRENCOURT CREDIT OPPORTUNITIES MASTER LTD<br>C/O KIESELSTEIN LAW FIRM, PLLC<br>ATTN: STEVE KIESELSTEIN<br>1187 TROY-SCHENECTADY ROAD<br>LATHAM, NY 10036 |
| BRENCOURT CREDIT OPPORTUNITIES MASTER LTD<br>C/O KNIGHTHEAD MASTER FUND, L.P.<br>C/O KNIGHTHEAD CAPITAL MANAGEMENT<br>623 FIFTH AVENUE, 29TH FLOOR<br>ATTN: LAURA TORRADO<br>NEW YORK, NY 10033 | BRENCOURT CREDIT OPPORTUNITIES MASTER, LTD<br>C/O KIESELSTEIN LAW FIRM, PLLC<br>ATTN: STEVE KIESELSTEIN<br>1187 TROY-SCHENECTADY ROAD<br>LATHAM, NY 12110 |

| | |
|---|---|
| BROWN RUDNICK LLP<br>COUNSEL TO GENERAL MOTORS NOVA SCOTIA<br>ATTN: ROBERT J. STARK & DANIEL J. SAVAL<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BT GLOBENET NOMINEES LIMITED<br>BT GLOBENET NOMINEES LIMITED<br>WINCHESTER HOUSE<br>1 GREAT WINCHESTER STREET<br>LONDON EC2N 2DB UNITED KINGDOM |
| CANYON VALUE REALIZATION FUND LP<br>C/O CANYON CAPITAL ADVISORS LLC<br>ATTN: JONATHAN KAPLAN, ESQ.<br>2000 AVENUE OF THE STARS, 11TH FL<br>LOS ANGELES, CA 90067 | CANYON VALUE REALIZATION FUND LP<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH ST.<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 |
| CANYON VALUE REALIZATION FUND LP<br>C/O MORRISON & FOERSTER LLP<br>ATTN: CHARLES M. COLE & C.S. CAMPBELL<br>2000 PENNSYLVANIA AVE., NW<br>SUITE 5500<br>WASHINGTON, DC 20006 | CANYON VALUE REALIZATION FUND LP<br>C/O SIDLEY AUSTIN LLP<br>ATTN: JEREMY ROSENTHAL, ESQ.<br>555 WEST FIFTH STREET, 40TH FLOOR<br>LOS ANGELES, CA 90013 |
| CANYON VALUE REALIZATION FUND LP<br>SIDLEY AUSTIN LLP<br>ATTN: JEREMY ROSENTHAL, ESQ.<br>555 WEST DIDTH ST., 40TH FLOOR<br>LOS ANGELES, CA 90013 | CANYON-GRF MASTER FUND LP<br>C/O CANYON CAPITAL ADVISORS LLC<br>ATTN: JONATHAN KAPLAN, ESQ<br>2000 AVENUE OF THE STARS, 11TH FL<br>LOS ANGELES, CA 90067 |
| CANYON-GRF MASTER FUND LP<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH ST.<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 | CANYON-GRF MASTER FUND LP<br>C/O MORRISON & FOERSTER LLP<br>ATTN: CHARLES M. COLE & C.S. CAMPBELL<br>2000 PENNSYLVANIA AVE., NW<br>SUITE 5500<br>WASHINGTON, DC 20006 |
| CANYON-GRF MASTER FUND LP<br>C/O SIDLEY AUSTIN LLP<br>ATTN: JEREMY ROSENTHAL, ESQ.<br>555 WEST FIFTH STREET, 40TH FLOOR<br>LOS ANGELES, CA 90013 | CANYON-GRF MASTER FUND LP<br>SIDLEY AUSTIN LLP<br>ATTN: JEREMY ROSENTHAL ESQ<br>555 WEST FIFTH STREET<br>40TH FLOOR |
| CANYON-GRF MASTER FUND LP<br>SIDLEY AUSTIN LLP<br>ATTN: JEREMY ROSENTHAL, ESQ<br>555 WEST FIFTH ST, 40TH FL<br>LOS ANGELES, CA 90013 | CAROL MORRIS<br>DEUTSCHE BANK AG, LONDON BRANCH<br>WINCHESTER HOUSE<br>1 GREAT WINCHESTER STREET<br>GREAT BRITAIN<br>LONDON, |
| CASSA CENTRALE BANCA-CREDITO COOPERATIVO<br>DEL NORD EST SPA<br>ATTN: FRACALOSSI GIORGIO (PRESIDENT)<br>VIA G SEGANTINI, 5<br>38100 TRENTO ITALY | CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST S.P<br>VIA G SEGANTINI 5<br>ATTN MS MANUELA ACLER<br>38100 TRENTO ITALY |
| CHEVIOT ASSET MANAGEMENT<br>ATTN: MICAHEL KERR-DONEEN<br>90 LONG ACRE<br>LONDON UNITED KINGDOM WC2E 9RA | CHEVIOT ASSET MANGAGEMENT<br>90 LONG ACRE<br>LONDON WC2E 9RA GREAT BRITAIN |
| CITIGROUP GLOBAL MARKETS INC<br>390 GREENWICH ST<br>ATTN CHETAN BANSAL<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>390 GREENWICH ST<br>ATTN CHETAN BANSAL<br>NEW YORK, NY 10013 |

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC<br>390 GREENWICH ST<br>ATTN CHETAN BANSAL<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>390 GREENWICH ST<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>390 GREENWICH ST<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>ATTN  KEN ZINGALE, CORP ACTIONS<br>111 WALL STREET, 4TH FL<br>NEW YORK, NY 10005 |
| CITIGROUP GLOBAL MARKETS INC<br>ATTN KEN ZINGALE, CORP ACTIONS<br>111 WALL STREET, 4TH FLOOR<br>NEW YORK, NY 10005 | CITIGROUP GLOBAL MARKETS INC<br>ATTN: CHETAN BANSAL<br>390 GREENWICH ST<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>ATTN: CHETAN BANSAL<br>390 GREENWICH ST<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>ATTN: CHETAN BANSAL<br>390 GREENWICH ST<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>ATTN: CHETAN BANSAL<br>390 GREENWICH ST<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>ATTN: CHETAN BANSAL<br>390 GREENWICH STREET<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>ATTN: CHETAN BANSAL<br>390 GREENWICH STREET<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>ATTN: CHETAN BANSAL; MARC HEIMOWITZ<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH ST.<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>C/O CQS DIRECTIONAL OPPORTUNITIES MASTER<br>FUND LIMITED - C/O CQS (UK) LLP<br>ATTN PRODUCT CONTROL<br>33 GROSVENOR PLACE - 5TH FLOOR<br>LONDON, SW1X 7HY, |
| CITIGROUP GLOBAL MARKETS INC<br>C/O KIVU INVESTMENT FUND LIMITED<br>C/O CQS (UK) LLP<br>ATTN PRODUCT CONTROL<br>33 GROSVENOR PLACE - 5TH FLOOR<br>LONDON SW1X7HY, | CITIGROUP GLOBAL MARKETS INC<br>C/O KNIGHTHEAD MASTER FUND, L.P.<br>C/O KNIGHTHEAD CAPITAL MANAGEMENT<br>623 FIFTH AVENUE, 29TH FLOOR<br>ATTN: LAURA TORRADO<br>NEW YORK, NY 10033 |
| CITIGROUP GLOBAL MARKETS INC<br>C/O LMA SPC FOR & OBO THE MAP 84 SGRT<br>PORTFOLIO C/O KNIGHTHEAD CAPITAL MNGT.<br>ATTN: LAURA TORRADO<br>623 FIFTH AVENUE, 29TH FLOOR<br>NEW YORK, NY 10033 | CITIGROUP GLOBAL MARKETS INC<br>C/O MORRISON & FOERSTER LLP<br>ATTN CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20006 |
| CITIGROUP GLOBAL MARKETS INC<br>C/O MORRISON & FOERSTER LLP<br>ATTN: CHARLES M. COLE & C.S. CAMPBELL<br>2000 PENNSYLVANIA AVE., NW<br>SUITE 5500<br>WASHINGTON, DC 20006 | CITIGROUP GLOBAL MARKETS INC<br>C/O MORRISON & FOERSTER LLP<br>ATTN: CHARLES M. COLE & C.S. CAMPBELL<br>2000 PENNSYLVANIA AVE., NW<br>SUITE 5500<br>WASHINGTON, DC 20006 |

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 | CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 |
| CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 | CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 |
| CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 | CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 | CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 | CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 |
| CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 | CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 |
| CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC<br>MORRISON & FOERSTER LLP<br>ATTN CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW<br>SUITE 5500<br>WASHINGTON, DC 20006 | CITIGROUP GLOBAL MARKETS INC<br>MORRISON & FOERSTER LLP<br>ATTN CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW SUITE 6000<br>WASHINGTON, DC 20006 |

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC<br>MORRISON & FOERSTER LLP<br>ATTN: CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW, STE 5500<br>WASHINGTON, DC 20006 | CITIGROUP GLOBAL MARKETS INC<br>MORRISON & FOESTER LLP<br>2000 PENNSYLVANIA AVE NW<br>ATTN CHARLES M COLE<br>WASHINGTON, DC 20006 |
| CITIGROUP GLOBAL MARKETS INC<br>MORRISON FOERSTER LLP<br>ATTN CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW, STE 5500<br>WASHINGTON, DC 20006 | CITIGROUP GLOBAL MARKETS INC<br>MORRISON FOERSTER LLP<br>ATTN CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW, STE 5500<br>WASHINGTON, DC 20006 |
| CITIGROUP GLOBAL MARKETS INC<br>MORRISON FOERSTER LLP<br>ATTN CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW, SUITE 5500<br>WASHINGTON, DC 20006 | CITIGROUP GLOBAL MARKETS INC<br>MORRISON FOERSTER LLP<br>ATTN: CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW, SUITE 5500<br>WASHINGTON, DC 20006 |
| CITIGROUP GLOBAL MARKETS INC<br>MORRISON FOESTER LLP<br>ATTN: CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW, SUITE 5500<br>WASHINGTON, DC 20006 | CITIGROUP GLOBAL MARKETS INC.<br>ATTN: CHETAN BANSAL<br>390 GREENWICH STREET<br>NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC.<br>ATTN: CHETAN BANSAL<br>390 GREENWICH STREET<br>NEW YORK, NY 10013 | CITIGROUP GLOBAL MARKETS INC.<br>C/O CORPORATION TRUST CENTER<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
| CITIGROUP GLOBAL MARKETS INC.<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY | CITIGROUP GLOBAL MARKETS INC.<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 |
| CITIGROUP GLOBAL MARKETS INC.<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 | CITIGROUP GLOBAL MARKETS INC.<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 |
| CITIGROUP GLOBAL MARKETS INC.<br>MORRISON & FOERSTER LLP<br>ATTN: CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW, SUITE 5500<br>WASHINGTON, DC 20006 | CITIGROUP GLOBAL MARKETS INC.<br>MORRISON & FOERSTER LLP<br>ATTN: CHARLES M COLE<br>2000 PENNSYLVANIA AVE NW, SUITE 5500<br>WASHINGTON, DC 20006 |
| CLAUS PEDERSEN<br>STOKKEDREVET 11<br>4700 VORDINGBORE DENMARK | CLEARSTREAM, BANKING SOCIETE ANONYME<br>ATTN: JEFFREY TESSLER (CEO)<br>42 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG, LUXEMBOURG |
| CLEARSTREAM, BANKING SOCIETE ANONYME<br>CLEARSTREAM BANKING LUXEMBOURG<br>ATTN: JEFFREY TESSLER (CEO)<br>L-2967 LUXEMBOURG, LUXEMBOURG | COLLINS STEWART (CI) LIMITED<br>ATTN N. DARKE; G. LOVETT<br>PO BOX 3<br>38/39 ESPLANDE<br>ST HELIER, JERSEY JE4 0XQ CHANNEL ISLANDS |

| | |
|---|---|
| COLLINS STEWART (CI) LIMITED<br>PO BOX 328<br>ST PETER PORT GUERNSEY GY1 3TY | COLLINS STEWART (CI) LIMITED<br>PO BOX 328<br>ST PETER PORT GUERNSEY GY1 3TY |
| COLLINS STEWART (CI) LTD<br>COLLINS STEWART HOUSE<br>ATTN PAUL MEADER<br>THE FRANGE ST PETER PORT<br>GUERNSEY GY1 2QA | CONSILIUM TREUHAND AG & BEATA DOMUS ANSTALT<br>POSTFACH 777<br>9497 TRIESENBERG LIECHTENSTEIN |
| COS DIRECTIONAL OPPORTUNITIES MASTER FUND LTD<br>C/O CQS (UK) LLP<br>ATTN: PRODUCT CONTROL<br>5TH FL, 33 GROSVENOR PLACE<br>LONDON, UK SW1X 7HY | CREDIT SUISSE AG<br>C/O CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD, SUITE 400<br>WILMINGTON, DE 19808 |
| CREDIT SUISSE AG<br>DUVAL & STACHENFELD LLP<br>ATTN: KIRK BRETT<br>101 PARK AVENUE, 11 FLOOR<br>NEW YORK, NY 10178 | CREDIT SUISSE AG (ON BEHALF OF NOTESHOLDERS)<br>DEFAULT MANAGEMENT SUWA 42<br>VETLIBERGSTRASSE 231<br>CH 8070 ZURICH SWITZERLAND |
| CREDIT SUISSE AG (ON BEHALF OF NOTESHOLDERS)<br>DEFAULT MANAGEMENT SUWA 42<br>VETLIBERGSTRASSE 231<br>CH 8070 ZURICH SWITZERLAND | CREDITO EMILIANO SPA<br>ATTN: MR ADOLFO BIZZOCCHI (GENERAL MGR)<br>VIA EMILIA SAN PIETRO 4<br>42100 REGGIO EMILIA ITALY |
| CREDITO EMILIANO SPA<br>ATTN: MR LUCA MARIANI<br>VIA EMILIA S PIETRO 4<br>42100 REGGIO EMILIA ITALY | CREDITO EMILIANO SPA<br>VIA FMILIA S PIETRO 4<br>42100 REGGIO EMILIA ITALY |
| CSS LLC<br>ATTN MITCHELL BIALEK<br>175 W JACKSON BLVD<br>SUITE 440<br>CHICAGO, IL 60604 | DEUTSCHE BANK LUXEMBOURG S.A.<br>DEUTSCHE BANK LUXEMBOURG S.A.<br>ATTN: ERNST WILHELM CONTZEN<br>2, BOULEVARD KONRAD ADENAUER<br>L-1115 LUXEMBOURG |
| DEUTSCHE BANK S P A<br>ATTN MR ANDREA CASTALDI<br>PIAZZA DEL CALENDARIO 7<br>20126 MILANO ITALY | DEUTSCHE BANK SPA<br>ATTN: MR. FLAVIO VALERI (GENERAL MGR)<br>PIAZZA DEL CALENDARIO, 3<br>20126 MILANO ITALY |
| DRAWBRIDGE DSO SECURITIES LLC<br>1345 AVENUE OF THE AMERICAS 46TH FLOOR<br>ATTN CONSTANTINE M DAKOLIAS<br>NEW YORK, NY 10105 | DRAWBRIDGE DSO SECURITIES LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FL<br>ATTN CONSTANTINE M DAKOLIAS<br>NEW YORK, NY 10105 |
| DRAWBRIDGE DSO SECURITIES LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FL<br>ATTN CONSTANTINE M DAKOLIAS<br>NEW YORK, NY 10105 | DRAWBRIDGE DSO SECURITIES LLC<br>GREENBERG TRAUNG LLP<br>ATTN BRUCE R ZINNSKY, ESQ NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |

| | |
|---|---|
| DRAWBRIDGE DSO SECURITIES LLC<br>GREENBERG TRAURIG LLP<br>ATTN BRUCE R ZIRINSKY ESQ<br>200 PARK AVE<br>NEW YORK, NY 10166 | DRAWBRIDGE OSO SECURITIES LLC<br>1345 AVENUE OF THE AMERICAS<br>46TH FLOOR<br>ATTN CONSTANTINE M DAKOLIAS<br>NEW YORK, NY 10105 |
| DRAWBRIDGE OSO SECURITIES LLC<br>GREENBERG TRAURIG LLP<br>200 PARK AVENUE<br>ATTN BRUCE R ZIRINSKY<br>NEW YORK, NY 10166 | ELLIOT INTERNATIONAL, L.P.<br>C/O ELLIOT MANAGEMENT CORPORATION<br>ATTN: ELLIOT GREENBERG<br>712 FIFTH AVENUE, 35TH FLOOR<br>NEW YORK, NY 10019 |
| ELLIOTT INTERNATIONAL LP<br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN: ELLIOT GREENBERG<br>40 WEST 57TH STREET<br>NEW YORK, NY 10019 | ELLIOTT INTERNATIONAL LP<br>GREENBERG TRAURIG LLP<br>ATTN BRUCE R ZIRINSKY ESQ NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| EUROCLEAR BANK S.A./N.V.<br>EUROCLEAR BANK S.A./N.V.<br>ATTN: YVES POULLET (CEO)<br>1 BOULEVARD DU ROI ALBERT<br>BRUSSELS, 1210 BELGIUM | FCOF UB SECURITIES LLC<br>ATTN CONSTANTINE M DAKOLIAS<br>1345 AVENUE OF THE AMERICAS 46TH FLOOR<br>NEW YORK, NY 10105 |
| FCOF UB SECURITIES LLC<br>GREENBERG TRAURIG LLP<br>ATTN BRUCE R ZINNSKY ESQ NANCY A MITCHELL ESQ<br>200 PARK AVE<br>NEW YORK, NY 10166 | FTI CONSULTING INC<br>3 TIMES SQ<br>ATTN: CONOR TULLY<br>NEW YORK, NY 10036 |
| GARIBALDI ROSANNA<br>VIA SARZANESE 354<br>CAMAIORE LUCCA 55041 ITALY | GREEN HUNT WEDLAKE INC TRUSTEE<br>ATTN PETER WEDLAKE FCIRP<br>SUITE 315 TOWER 1<br>7001 MUMFORD ROAD<br>B3L4N9 HALIFAX NOVA SCOTIA CANADA |
| GREEN HUNT WEDLAKE INC TRUSTEE<br>ATTN PETER WEDLAKE TCIRP<br>SUITE 315 TOWER 1<br>7001 MUMFORD ROAD<br>B3L4N9 HALIFAX NOVA SCOTIA | GREEN HUNT WEDLAKE INC TRUSTEE<br>COX & PALMER<br>PURDY'S WARF TOWER I<br>1100-1959 UPPER WATER STREET<br>HALIFAX NOVA SCOTIA B3J 3N2 |
| GREEN HUNT WEDLAKE INC TRUSTEE<br>COX & PALMER ATTN ROBERT G MACKEIGAN Q C<br>PURDY S WARF TOWER I<br>1100-1959 UPPER WATER STREET<br>HALIFAX, NOVA SCOTIA B3J 3N2 | GREEN HUNT WEDLAKE INC TRUSTEE<br>GREENBERG TRAUNG LLP<br>ATTN BRUCE ZIRINSKY ESQ & NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| GREEN HUNT WEDLAKE INC TRUSTEE<br>GREENBERG TRAURIG LLP<br>ATTN NANCY MITCHELL<br>200 PARK AVE<br>NEW YORK, NY 10166 | GREEN HUNT WEDLAKE, INC.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: SEAN O'DONNEL<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| GREEN HUNT WEDLAKE, INC.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>DEAN CHAPMIN<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | GREENBERG TRAURIG, LLP<br>ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH<br>ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>ATTN: J. BAE, G. TICOLL<br>ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.<br>200 PARK AVE<br>NEW YORK, NY 10166 | HERMANN & HELENE DETTMAR<br>NEUE STR 13<br>D-34359 REINHARDSHAGEN GERMANY |
| HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST<br>ADVENT CAPITAL MANAGEMENT LLC<br>ATTN: CHUNG TAM<br>1271 AVENUE OF THE AMERICAS FL 45<br>NEW YORK, NY 10020 | HFR RVA ADVENT GLOBAL OPPORTUNITY MASTER TRUST<br>C/O ADVENT CAPITAL MANAGEMENT, LLC<br>ATTN: CHUNG TAM; RODD BAXTER<br>1065 AVENUE OF THE AMERICAS, 31ST FL<br>NEW YORK, NY 10018 |
| HOLDERS OF 8 375% & 8 875% GTD NOTES DESCRIBED IN ANNEXED A<br>C/O GREENBERG TRAURIG LLP<br>ATTN BRUCE R ZIRINSKY ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | HOLDERS OF 8 375% & 8 875% GTD NOTES DESCRIBED IN ANNEXED A<br>FISCAL AGENT DEUTSCHE BANK LUXEMBOURG S A<br>ATTN COUPON PAYING DEPARTMENT<br>2 BLD KONRAD ADENAUER<br>L-1115 LUXEMBOURG |
| HUTCHIN HILL CAPITAL CL LTD<br>C/O HUTCHIN HILL CAPITAL<br>142 WEST 57TH STREET 15TH FLOOR<br>ATTN DAVID GULKOWITZ<br>NEW YORK, NY 10019 | ING HUGO WAGNER<br>MARIAHILFGASSE 25<br>4020 LINZ AUSTRIA EUROPE |
| INTESA SANPAOLO PRIVATE BANKING S.P.A.<br>20121 MILANO<br>VIA HOEPLI 10 ITALY | INTESA SANPAOLO PRIVATE BANKING S.P.A.<br>WHITE & CASE LLP<br>ATTN ABRAHAM ZYLBERBERG<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| INTESA SANPAOLO PRIVATE BANKING SPA<br>ATTN: GIAMPIO BRACCHI<br>VIA HOEPLI, 10<br>20121 MILANO ITALY | INTESA SANPAOLO SPA<br>INTESA SANPAOLO SPA<br>ATTN: GIAMPIO BRACCHI (PRESIDENT)<br>20121 MILANO<br>VIA HOEPLI, 1O ITALY |
| INTESA SANPAOLO SPA<br>VIA VERDI 8<br>MILANO 20121 ITALY | INTESA SANPAOLO SPA<br>WHITE & CASE LLP<br>ATTN: ABRAHAM ZYLBERBERG<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| J.P MORGAN SECURITIES LIMITED<br>ATTN LABAN P. JACKSON, JR.<br>125 LONDON WALL<br>LONDON X0 EC2Y 5AJ | J.P MORGAN SECURITIES LIMITED<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NAVA HAZAN<br>340 MADISON AVENUE<br>NEW YORK, NY 10173 |
| JOHANNA SCHOEFFEL<br>C/O PETER SCHOEFFEL<br>BREITENBERGWEG 3<br>86830 SCHWABMUENCHEN GERMANY | JOSEF SCHMIDSEDER<br>KIRCHPLATZ 1<br>84389 POSTMUNSTER GERMANY |
| JP MORGAN SECURITIES LIMITED<br>125 LONDON WALL<br>ATTN: ANGUS J SCOTT<br>LONDON EC2Y 5AJ, UNITED KINGDON | JP MORGAN SECURITIES LIMITED<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: GEOFFREY T. RAICHT<br>340 MADISON AVENUE<br>NEW YORK, NY 10173 |

KING & SPALDING LLP
ATTYS FOR GENERAL MOTORS LLC
ATTN: ARTHUR STEINBERG & SCOTT DAVIDSON
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KINGHTHEAD MASTER FUND, LP
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

KIVU INVESTMENT FUND LTD
C/O CQS (UK) LLP
ATTN: PRODUCT CONTROL
5TH FL, 33 GROSVENOR PLACE
LONDON, UK SW1X 7HY

KNIGHTHEAD MASTER FUND
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

KNIGHTHEAD MASTER FUND LP
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN LAURA TORRADO
NEW YORK, NY 10033

KNIGHTHEAD MASTER FUND LP
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LIXANDROIU ANCA CRISTINA
VIA RAVARINO CARPI 203
41030 SORBARA (MO) ITALIA

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTF(
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTF(
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTF(
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN LAURA TORRADO
NEW YORK, NY 10033

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTF(
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN, ESQ.
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FL
LOS ANGELES, CA 90013

MARIA-DOROTHEA LAMINET
BURGUNDERWEG 8
2505 BIEL SWITZERLAND

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN: NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN: NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN: NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
25 CABOT SQUARE, CANARY WHARF
ATTN BRIAN CRIPPS
LONDON E14 4QA UNITED KINGDOM

MORGAN STANLEY & CO INTERNATIONAL PLC
25 CABOT SQUARE, CANARY WHARF
ATTN: BRIAN CRIPPS
LONDON E144QA GREAT BRITAIN

MORGAN STANLEY & CO INTERNATIONAL PLC
ATTN: BRIAN CRIPPS
25 CABOT SQUARE, CANARY WHARF
LONDON E14 4QA UNITED KINGDOM

MORGAN STANLEY & CO INTERNATIONAL PLC
ATTN: BRIAN CRIPPS
25 CABOT SQUARE, CANARY WHARF
LONDON E14 4QA UNITED KINGDOM
00000

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O MORGAN STANLEY & CO INC
ATTN DONNA SOUZA
1585 BROADWAY, 2ND FL
NEW YORK, NY

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O MORGAN STANLEY & CO INCORPORATED
ATTN  DONNA SOUZA
1585 BROADWAY 2ND FLOOR
NEW YORK, NY 10036-8200

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O MORGAN STANLEY & CO INCORPORATED
ATTN  DONNA SOUZA
1585 BROADWAY 2ND FLOOR
NEW YORK, NY 10036-8200

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O RICHARDS KIBBE & ORBE LLP
ATTN  JOON P HONG ESQ
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
C/O RICHARDS KIBBE & ORBE LLP
ATTN  JOON P HONG ESQ
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARD KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARD KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ATTN JOON P HONG
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO. INTERNATIONAL PLC
25 CABOT SQUARE
CANARY WHARF
ATTN:  BRIAN CRIPPS
LONDON EI44QA,  ENGLAND

MORGAN STANLEY & CO. INTERNATIONAL PLC
C/O MORGAN STANLEY & CO. INCORPORATED
ATTN: DONNA SOUZA
1585 BROADWAY, 2ND FLOOR
NEW YORK, NY 10036

MORRISON & FOERSTER LLP
ATTN LORENZO MARINUZZI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

| | |
|---|---|
| MR ALY AZIZ<br>C/O 11 RUE DE LA CORRAIERIE<br>1204 GENEVA SWITZERLAND | MR ALY AZIZ<br>C/O BNP PARIBAS WEALTH MANAGEMENT<br>15/17 AVE. D'OSTENDE<br>BP 257<br>98005 MONACO CEDEX |
| ONE EAST CAPITAL<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH ST.<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 | ONE EAST CAPITAL<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: ERIC GELLER<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 |
| ONE EAST CAPITAL<br>CITIGROUP GLOBAL MARKETS INC.<br>ATTN: PAUL PALANGE<br>390 GREENWICH ST.<br>NEW YORK, NY 10031 | ONEX DEBT OPPORTUNITY FUND, LTD<br>C/O ONEX CREDIT PARTNERS, LLC<br>ATTN MICHAEL I GELBLAT<br>910 SYLVAN AVENUE SUITE 100<br>ENGLEWOOD CLIFFS, NJ 07632 |
| ORE HILL CREDIT HUB FUND LTD<br>C/O CITIGROUP FUND SERVICES (CAYMAN), LTD.<br>PO BOX 10293, 5TH FL, CAYMAN CORPORATE CTR.<br>27 HOSPITAL ROAD, GEORGE TOWN<br>GRAND CAYMAN KY1-1003, CAYMAN ISLANDS | ORE HILL CREDIT HUB FUND LTD<br>C/O ORE HILL PARTNERS LLC<br>ATTN CLAUDE A BAUM ESQ<br>650 FIFTH AVENUE 9TH FLOOR<br>NEW YORK, NY 10019 |
| ORRICK, HERRINGTON & SUTCLIFEE LLP<br>ATT: LORRAINE S. MCGOWEN<br>ATTY FOR FISKER AUTOMOTIVE, INC.<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: RICHARD H. WYRON<br>ATTY FOR FISKER AUTOMOTIVE, INC.<br>COLUMBIA CENTER<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC 20005-1706 |
| ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>ATTN: ALYSSA D. ENGLUND<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103-0002 | PALOMINO FUND LTD<br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PARKWAY<br>SHORT HILLS, NJ 07078 |
| PALOMINO FUND LTD<br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078 | PALOMINO FUND LTD<br>C/O GREENBERG TRAURIG LLP<br>ATTN: BRUCE R ZIRNSKY ESQ & NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| PAUL HASTINGS LLP<br>ATTY FOR APPALOOSA MANAGEMENT L.P.<br>ATTN: B. SHER; M. DOUVAS<br>75 E. 55TH STREET, FIRST FL<br>NEW YORK, NY 10022 | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN DOUGLAS DAVIS, ESQ<br>ATTY FOR US DEPT OF TREASURY<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 |
| PERA UGO<br>VIA SARZANESE 356 INT. A<br>CAMAIORE LUCCA 55041 ITALY | PERRY PARTNERS INTERNATIONAL INC<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH ST.<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 |
| PERRY PARTNERS INTERNATIONAL INC<br>C/O MORRISON & FOERSTER LLP<br>ATTN: CHARLES M. COLE & C.S. CAMPBELL<br>2000 PENNSYLVANIA AVE., NW<br>SUITE 5500<br>WASHINGTON, DC 20006 | PERRY PARTNERS INTERNATIONAL, INC.<br>C/O PERRY CAPITAL<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |

| | |
|---|---|
| PERRY PARTNERS LP<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH ST.<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 | PERRY PARTNERS LP<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>ATTN: KEN ZINGALE<br>CORP. ACTIONS 4TH FLOOR<br>111 WALL STREET<br>NEW YORK, NY 10005 |
| PERRY PARTNERS LP<br>C/O MORRISON & FOERSTER LLP<br>ATTN: CHARLES M. COLE & C.S. CAMPBELL<br>2000 PENNSYLVANIA AVE., NW<br>SUITE 5500<br>WASHINGTON, DC 20006 | PERRY PARTNERS LP<br>C/O PERRY CAPITAL<br>ATTN: JAMES SORRENTINO<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| PERRY PARTNERS LP<br>C/O SG AURORA MASTER FUND L.P.<br>825 THIRD AVENUE, 34TH FLOOR<br>NEW YORK, NY 10022 | PROSPECT MOUNTAIN FUND LIMITED<br>BROWN RUDNICK LLP<br>ATTN: TIMOTHY C. BENNETT ESQ<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| PROSPECT MOUNTAIN FUND LIMITED<br>C/O CITCO TRUSTEES (CAYMAN) LIMITED<br>PO BOX 31106<br>89 NEXUS WAY, CAMANA BAY<br>GRAND CAYMAN KY1- 1205, CAYMAN ISLANDS | PROSPECT MOUNTAIN FUND LIMITED<br>C/O ORE HILL PARTNERS LLC<br>ATTN: CLAUDE A. BAUM, ESQ<br>650 FIFTH AVE., 9TH FL<br>NEW YORK, NY 10019 |
| PROSPECT MOUTAIN FUND LIMITED<br>C/O ORE HILL PARTNERS LLC<br>ATTN CLAUDE A BAUM ESQ<br>650 FIFTH AVENUE 9TH FLOOR<br>NEW YORK, NY 10019 | RAYTHEON PROFESSIONAL SERVICES, LLC<br>DAVID FOWLER<br>12160 SUNRISE VALLEY DR<br>OFFICE OF THE GENERAL COUNSEL<br>RESTON, VA 20191-3407 |
| RED RIVER BUSINESS INC<br>FAO MR G R MACHAN<br>VERITE TRUST CO LTD, PO BOX 36<br>1ST FL, 37 BROAD ST<br>ST HELIER JERSEY JE4 9NU CHANNEL ISLANDS | REDWOOD MASTER FUND LTD<br>REDWOOD CAPITAL MANAGEMENT LLC<br>ATTN: JONATHAN KOLATCH<br>910 SYLVAN AVENUE<br>INGLEWOOD, NJ 07632 |
| RICHARDS KIBBE & ORBE LLP<br>ATTN JOON P. HONG<br>ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | RUI MANUEL ANTUNES GONCALVES ROSA<br>RUA FRANCISCO MARTINS NO11<br>2815-676 SOBREDA PORTUGAL |
| SG AURORA MASTER FUND L.P.<br>C/O WALKERS CORPORATE SERVICES LIMITED<br>WALKER HOUSE<br>87 MARY ST, GEORGE TOWN<br>GRAND CAYMAN KY 1-9001, CAYMAN ISLANDS | SG AURORA MASTER FUND LP<br>825 THIRD AVENUE, 34TH FL<br>NEW YORK, NY 10022 |
| SG AURORA MASTER FUND LP<br>825 THIRD AVENUE, 34TH FLOOR<br>NEW YORK, NY 10022 | SIRDAR ALY AZIZ<br>C/O BNP PARIBAS<br>15/17 AVENUE D'OSTENDE<br>BP 257<br>98005 MONOCO CEDEX |
| SPH INVEST SA<br>COMPAGNIE FINANCIERE DE GESTION<br>LUXEMBOURG SA<br>40 BOULEVARD JOSEPH II<br>L-1840 LUXEMBOURG | SYLVIA AUERBACH<br>3890 NOBEL DRIVE #506<br>SAN DIEGO, CA 92122 |

| | |
|---|---|
| THE ADVENT GLOBAL OPPORTUNITY MASTER FUND<br>ADVENT CAPITAL MANAGEMENT LLC<br>ATTN CHUNG TAM<br>1271 AVENUE OF THE AMERICAS FL 45<br>NEW YORK, NY 10020 | THE ADVENT GLOBAL OPPORTUNITY MASTER FUND<br>C/O ADVENT CAPTIAL MANAGEMENT, LLC<br>ATTN: CHUNG TAN; RODD BAXTER<br>1065 AVENUE OF THE AMERICAS, 31ST FL<br>NEW YORK, NY 10018 |
| THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD<br>C/O CANYON CAPITAL ADVISORS LLC<br>ATTN: JONATHAN KAPLAN ESQ<br>2000 AVENUE OF THE STARS, 11TH FL<br>LOS ANGELES, CA 90067 | THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD<br>C/O CANYON CAPITAL ADVISORS LLC<br>ATTN: JONATHAN KAPLAN, ESQ.<br>2000 AVENUE OF THE STARS, 11TH FL<br>LOS ANGELES, CA 90067 |
| THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH ST.<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 | THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD<br>C/O MORRISON & FOERSTER LLP<br>ATTN: CHARLES M. COLE & C.S. CAMPBELL<br>2000 PENNSYLVANIA AVE., NW<br>SUITE 5500<br>WASHINGTON, DC 20006 |
| THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD<br>SIDLEY AUSTIN LLP<br>ATTN JEREMY ROSENTHAL ESQ<br>555 WEST FIFTH STRET, 40TH FLOOR<br>LOS ANGELES, CA 90013 | THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD<br>SIDLEY AUSTIN LLP<br>ATTN: JEREMY ROSENTHAL, ESQ.<br>555 WEST FIFTH ST, 40TH FL<br>LOS ANGELES, CA 90013 |
| THE LIVERPOOL LIMITED PARTNERSHIP<br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN: ELLIOT GREENBERG<br>40 WEST 57TH STREET<br>NEW YORK, NY 10019 | THE LIVERPOOL LIMITED PARTNERSHIP<br>GREENBERG TRUARIG LLP<br>ATTN BRUCE R ZIRINSKY ESQ NANCY A MITCHELL ESQ<br>NEW YORK, NY |
| THOROUGHBRED FUND LP<br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PARKWAY<br>SHORT HILLS, NJ 07078 | THOROUGHBRED FUND LP<br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078 |
| THOROUGHBRED FUND LP<br>C/O GREENBERG TRAURIG LLP<br>ATTN: BRUCE R ZIRINSKY ESQ & NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | THOROUGHBRED MASTER LTD<br>C/O APPALOOSA MANAGEMENT LP<br>51 JOHN F KENNEDY PARKWAY<br>ATTN  KENNETH MAIMAN<br>SHORT HILLS, NJ 07078 |
| THOROUGHBRED MASTER LTD<br>C/O APPALOOSA MANAGEMENT LP<br>51 JOHN F KENNEDY PARKWAY<br>ATTN: KENNETH MAIMAN<br>SHORT HILLS, NJ 07078 | THOROUGHBRED MASTER LTD<br>GREENBERG TRAURIG LLP<br>ATTN BRUCE R ZIRINSKY ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| UBS AG<br>KENNETH A KOPELMAN ESQ PARTNER<br>BINGHAM MCCUTCHEN LLP<br>399 PARK AVENUE<br>NEW YORK, NY 10022 | UBS AG<br>STEPHEN A THATCHER<br>DIRECTOR & COUNSEL<br>677 WASHINGTON BLVD 8TH FL<br>STAMFORD, CT 06901 |
| UBS AG ZURICH SWITZERLAND<br>SECURITIES SERVICES OQ9C 05GC<br>PO BOX<br>CH 8098 ZURICH  SWITZERLAND | UBS AG ZURICH SWITZERLAND<br>SECURITIES SERVICES OQ9C O5GC<br>PO BOX<br>C 8098 ZURICH  SWITZERLAND |

ULIRCH SEIPP  
AUF DER SCHIEFERKAUT 1  
WALDSOLMS GERMANY 35647

UNICREDIT BANCA DI ROMA S.P.A  
ATTN MR CRISTIANO CARLUCCI  
VIA U TUPINI 180  
00144 ROMA ITALY

UNICREDIT BANCA DI ROMA SPA  
ALLEN & OVERY LLP  
ATTN: JOHN KIBLER  
1221 AVE OF THE AMERICAS  
NEW YORK, NY 10020

UNITED STATES DEPARTMENT OF THE TREASURY  
ATTN: JONATHAN PACHECO, ESQ  
1500 PENNSYLVANIA AVENUE NW, RM 2312  
WASHINGTON, DC 20220

VEDDER PRICE  
MICHAEL SCHEIN, ESQ.  
1633 BROADWAY  
47TH FLOOR  
NEW YORK, NY 10019

# EXHIBIT B

ADDITIONAL SERVICE PARTIES
NEW YORK, NY 00000
email: sdavidson@kslaw.com; asteinberg@kslaw.com; zirinskyb@gtlaw.com;
FingerK@gtlaw.com; BrennanB@gtlaw.com; baej@gtlaw.com; ticollg@gtlaw.com;
sodonnell@akingump.com; dchapman@akingump.com; mariadouvas@paulhastings.com;
barrysher@paulhastings.com;