#12534

Barry Spencer II
A121687
1 Administration Road
Bridgewater, MA 02324

RE:  In re Motor Liquidation Co.,
     Chapter 11 No. 09-50026 (REG)

Judge Robert Gerber
United States Southern District
of New York Bankruptcy Court
One Bowling Green
Court Room 523
New York, NY 1004-1408

*Entered Order: Denied, for failure to make a prima facie showing of an entitlement to relief*
*S/RG*
*USBJ*
*11/8/2013*

Dear Honorable Gerber,

   I am Barry Spencer II, a constitutionally protected Creditor (unsecured) with a bodily injury and product liability settlement of $200,000.00 US due to the settlement agreement reached between Myself and Motor Liquidation Company. As you know, I was forced into the Bankruptcy and my Settlement was made victim of the Second Plan adopted by You on March 30, 2011, explained in your Ruling In re Motor Liquidation Co., 447 B.R. 198, 2011 LEXIS 684; 54 Bankr.Ct Dec 126.

   I have received a pro rata share of the $200,000.00 settlement so far totaling about $39,000.00 worth of GM Securities, that had to be liquidated for Bills, Living Expenses, and other, especially without employment and lack of a good CORI.

   Presently, I am in Economic Duress and Hardship and in need of my Property Interest, since Motor Liquidation by way of the GUC Trust has put aside the sum of allowed claims and disputed ones on the assumption they will

1