November 5, 2013

Honorable Robert E Gerber,

Since my auto accident with my General Motors car on June 24, 2009, I haven't recieved the rest of my money of $10,616.86!, And also a brand new Chevy! I have Edward Jones as my stock, like The Motors Liquidation Company ask me to do, so for me to get the money given to me in stock. Right now my doctor has been monitoring me on how I'm doing since my severe auto accident which now both my knees are giving me too many problems!

Now my doctor has examined me again and has me placed on permanent disability! I can no longer work! The papers are all signed and I'm already using knee braces a walking cane, talks to getting a walker or a scooterchair. Surgery will be needed for me down the line. My life changed for the worse! See I'm fully paid for damages, as well as a new car they promised me!,

Sincerely Linda Marinal

09-50026-mg    Doc 12545    Filed 11/12/13    Entered 11/13/13 12:31:31    Main Document
Exhibit 2 of 3

253rd Omnibus Objection    Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDA MARISCAL<br>P.O. BOX 404<br>BRENTWOOD, CA 94513 | 70213 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,616.86 (U)<br>$10,616.86 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009
Postmark Date:         N/A
Official Claim Date:   4/9/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LONNIE CHAPMAN<br>PO BOX 1265<br>HAMMOND, IN 46325 | 69688 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009
Postmark Date:         N/A
Official Claim Date:   1/4/2010

---

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 12

006030571

#94020

**Functional Capacity Letter**
**Premier Disability Services, LLC**

Toll Free # 1-855-773-2727
Return Fax # 763 331 0120
Attn: Michelle Willis

## Why This Is Important

The information we ask for on this form will help us and other doctors understand how your patient's illnesses, injuries, or conditions might affect their ability to perform different types of work. Please consider their conditions and circumstances while completing this form. Your time is greatly appreciated.

Patient Name: __Linda Mariscal__

Diagnosis: __Osteoarthritis of both knees__

Prognosis: __fair__

Recent Treatments & Date: __11/1/13__

*Patient is able to engage in: (check one)*

O   Unable to work at this time

☒   Sedentary work – Requiring hand dexterity for fine manipulation and repetitive tasks; Exerting 10 lbs. and/or a negligible amount of force to lift, carry, push, pull, or move objects.

O   Light work – Requiring standing in excess of 2 hours without support; exerting up to 20 lbs. occasionally and/or 10 lbs. of force frequently to lift, carry, push, pull, or move objects.

O   Medium Work – Exerting 20 to 50 lbs. of force occasionally, and/or 10 to 25 lbs. of force frequently to lift, carry, push, pull, or move objects.

*In the above mentioned job, the patient would require accommodation for: (check all that apply)*

O Difficulty in Social Interaction   O Direct Supervision   O Memory Loss

O Limited Arm Range of Motion   ☒ Ability to Sit/Stand/Shift at Will

☒ Problems Stooping or Bending   O Balance Issues   O Unscheduled Breaks

☒ Assistive Walking Device or Brace   O Trouble Following Directions   O 3 or More Sick Days per Month

*Describe how the individual's activities of daily living, social functioning, concentration, persistence, or ability to tolerate mental demands and stress are affected by the above mentioned diagnosis*

Will your patient's impairments be expected to last at least 12 months?   **YES**   NO

__Michelle Holmes signature__
LICENSED PHYSICIAN SIGNATURE
Michelle Holmes MD
**Printed Name**

Date: 11/1/13
Phone: (985) 513-6570
**Phone Number**

MARISCAL, LINDA C  MRN: 006030571
DOB: 3/6/1964 (49 yrs) Female
Adm Date: 11/1/2013
SpknLang: English
PCP: Michelle Holmes, MD

729192821

NOV 0 4 2013