UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## ENDORSED ORDER

Denied once again for failure to plead a prima facie entitlement to relief. The Court's earlier order of June 7, 2011, stands. The U.S. Marshals Service is authorized and directed to ignore the writ of execution that the claimant prepared.

Dated: ***November 15, 2013***
       New York, New York

                                            *s/ Robert E. Gerber*
                                         United States Bankruptcy Judge

November 5, 2013                                          BY CERTIFIED MAIL

Vito Genna, Clerk of the Court
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

**RE: Case 09-50026**
**Ch.11 General Motors Inc./ aka Motors Liquidation Co.**
**Proof of Claim #22063/ MOTION TO APPROVE...COURT DOC 11081**
**Judge Gerber's Order of November 16, 2010, found on p.3 of Court Doc.#10226**

Dear Clerk of the Court,

I am enclosing for due process my completed form of a Writ of Execution to the United States Marshal for the recovery of my claim for $10 000.

Should the Nov.16, 2010, order be found insufficient for said claim, *I will contact Judge Gerber, his staff or your office for a hearing date in regard to my Motion to Approve... Court Document #11081.*

I wish you all the best I thank you in advance!    Encl. 1 completed Writ,
                                                    letter of Mar. 27, 2013,
Sincerely,                                          Certificate of Service

Marianne Lisenko
1221 M Street NW #834
Washington, DC, 20005    ( Mailing: P.O.Box 34132 Washington DC, 20043)
202-210-2214

Cc:
Judge Gerber, Courtroom 523, NYSD Bankruptcy Court
Weil, Gotshal & Manges (Miller, Karotkin,Smolinsky), 767 Fifth Avenue,
New York, NY, 10153-0023

RECEIVED NOV -8

B 264
(1/96)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _Motors Liquidation Co._
Debtor

Case No. _09-50026_

_Marianne Lisenko_
Plaintiff

Chapter _11_

v.
_General Motors Corp. New York_
Defendant

Adv. Proc. No. _____

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor** (mailing)

Marianne Lisenko
P.O. Box 34132
Washington, DC 20043

**Amount of Judgment:**
$ _10,000_

**Other Costs:**
$ _500.- (marshal, misc.)_

vs.

**Name and Address of Judgment Debtor**

General Motors Corp. New York
767 Fifth Ave, 15th Floor
New York, NY 10153-0023

c/o Weil, Gotshal & Manges (H.R Miller, S. Karotkin, J. Smolinsky)
Debtors in Possession

**Date of Entry of Judgment:**
_Nov. 16, 2010_

**TO THE UNITED STATES MARSHAL FOR THE _____ DISTRICT OF _____:**
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_____                    _____
Date                                        Clerk of the Bankruptcy Court

March 27, 2013                BY CERTIFIED MAIL

Edward Jones Inc.
c/o Amy Eroh
20 Kimball Ave., suite 306
Burlington, VT 05403

and

Judge R.E.Gerber
New York Southern District Bankruptcy Court
One Bowling Green
New York, NY 10004

### RE: CLAIM FOR NOTE REPAYMENT OF $10 000 MINIMUM IN GM RE-STRUCTURING LITIGATION

Dear Edward Jones and Judge Gerber!

This is to object again to the replacing of my 200 RGM bonds, also called **secure** preferred shares or senior notes (CUSIP #370442758) with 19 new GM shares, 17 GM WSA warrants expiring on 07/10/2016, 17 GM WSB warrants expiring on 07/10/2019 and 5 MTLQU trust units.

I did not authorize any such "purchases", and my claim for repayment of the preferred RGM shares is still pending in the New York Southern District Bankruptcy Court.

I thank you for your attention to this matter and I trust that a resolution of all the issues raised by unpaid claimants will be forthcoming,

Sincerely,
Marianne Lisenko
P.O.Box 34132
Washington, DC 20043

Copy to:
David Vanaskey Vice President, Wilmington Trust
1100 Sq. North Market Street
Wilmington, Delaware 19890-1615

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE 09-50026

**RE: Motors Liquidation/aka General Motors Corporation
Proof of Marianne Lisenko Claim 22063**

**Certificate of Service**

I, the Claimant-Creditor in this case hereby certify that on November 6, 2013, I served by certified mail the office of the Debtors in Possession Weil, Gotshal and Manges at 767 Fifth Avenue New York, NY, 10153-0023, with my Motions to Approve Writ of Execution (motorsliquidationdocket.com Court Document 11080) and with repeat request to Clerk of the Court dated November 5, 2013, and with copies of completed Writ and letter of March 27, 2013.

Dated and signed in Washington DC on November 6, 2013

MARIANNE LISENKO
1221 M Street NW #834
Washington, DC, 20005
202-210-2214

(or mailing address: P.O. Box 34132, Washington, DC 20043)