UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                        :    Chapter 11
                                                              :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                     :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al*.,                         :
                                                              :
                Debtors.                     :    (Jointly Administered)
                                                              :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Angela Ferrante, being duly sworn, depose and state:

1. I am a Vice President with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On November 15, 2013, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Office of the U.S. Marshal for the Southern District of New York and an affected party):

- **Endorsed Order** [Docket No. 12546].

/s/Angela Ferrante
Angela Ferrante

Sworn to before me this 18th day of
November, 2013

/s/Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires April 20, 2016

# EXHIBIT A

MARIANNE LISENKO  
C/O WILMINGTON TRUST C/O EDWARD JONES CO  
PO BOX 34132  
WASHINGTON, DC 20043

OFFICE OF THE U.S. MARSHAL FOR THE SOUTHERN DISTRIC  
ATTN: ERIC TIMBERMAN  
500 PEARL STREET STE 400  
NEW YORK, NY 10007