P. Warren Hunt (P69713) (Admitted Pro Hac Vice)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
pwh@krwlaw.com
*Counsel for Creditors: AVL Michigan Holding Corporation, Windsor Mold Inc., AVL Instrumentation & Test Systems, Inc., Fleet-Car Lease, Inc., RMT Acquisition Company, LLC, d/b/a RMT Woodworth, The Narmco Group, Mold Masters Co., Delta Tooling Co., AVL Americas, Inc., AVL Powertrain Engineering, Inc., Ferndale Electric Co., Inc., and C.B.S. Boring and Machine Company, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| MOTORS LIQUIDATION COMPANY, | ) Case No: 09-50026 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Robert E. Gerber |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CREDITORS AVL MICHIGAN HOLDING CORPORATION, WINDSOR MOLD INC., AVL INSTRUMENTATION & TEST SYSTEMS, INC., FLEET-CAR LEASE, INC., RMT ACQUISITION COMPANY, LLC, D/B/A RMT WOODWORTH, THE NARMCO GROUP, MOLD MASTERS CO., DELTA TOOLING CO., AVL AMERICAS, INC., AVL POWERTRAIN ENGINEERING, INC., FERNDALE ELECTRIC CO., INC., AND C.B.S. BORING AND MACHINE COMPANY, INC.**

P. Warren Hunt of Kerr, Russell and Weber, PLC, former counsel of record for creditors AVL Michigan Holding Corporation, Windsor Mold Inc., AVL Instrumentation & Test Systems, Inc., Fleet-Car Lease, Inc., RMT Acquisition Company, LLC, d/b/a RMT Woodworth, The Narmco Group, Mold Masters Co., Delta Tooling Co., AVL Americas, Inc., AVL Powertrain Engineering, Inc., Ferndale Electric Co., Inc., and C.B.S. Boring and Machine Company, Inc. (collectively the "Creditors") for his Motion to Withdraw as counsel, states:

1. P. Warren Hunt filed Notice of Appearance and Request for Electronic Notice as counsel for the Creditors as follows:

| CREDITOR | DATE FILED | DOCKET NO. |
|---|---|---|
| AVL Michigan Holding Corporation | 6/12/2009 | 802 |

{80000/329/DT816413.DOC;1}

| CREDITOR | DATE FILED | DOCKET NO. |
|---|---|---|
| Windsor Mold Inc. | 6/12/2009 | 823 |
| AVL Instrumentation & Test Systems, Inc. | 6/12/2009 | 847 |
| Fleet-Car Lease, Inc. | 6/12/2009 | 885 |
| RMT Acquisition Company, LLC, d/b/a RMT Woodworth | 6/15/2009 | 1288 |
| National Auto Radiator Manufacturing Company Limited, Central Stampings Limited, Prince Metal Products Limited, Nartech Metal Products Limited and Prince Metal Stampings USA Limited (collectively "The Narmco Group") | 6/15/2009 | 1352 |
| Mold Masters Co. | 6/16/2009 | 1630 |
| Delta Tooling Co. | 6/16/2009 | 1631 |
| AVL Americas, Inc. | 6/17/2009 | 1703 |
| AVL Powertrain Engineering, Inc. | 6/17/2009 | 1706 |
| Ferndale Electric Co., Inc. | 6/18/2009 | 1831 |
| C.B.S. Boring and Machine Company, Inc. | 7/8/2009 | 3049 |

2. P. Warren Hunt of Kerr, Russell and Weber, PLC no longer represents Creditors in this case.

3. Creditors will not be prejudiced by the withdrawal of P. Warren Hunt.

4. The parties to this action will not be prejudiced by the withdrawal of P. Warren Hunt.

5. A proposed order granting withdrawal is attached as Exhibit A.

WHEREFORE, P. Warren Hunt requests that this Court (1) enter an Order Approving P. Warren Hunt's Motion to Withdraw as Counsel of Record for Creditors without requiring a hearing; and (2) remove P. Warren Hunt, whose email address is: pwh@krwlaw.com, from the mailing matrix and from receiving electronic filings in this case.

Dated: November 22, 2013

By: /s/P. Warren Hunt
P. Warren Hunt (P69713)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
Fax: 313-961-0388
pwh@krwlaw.com

{80000/329/DT816413.DOC;1}    2

# EXHIBIT A

{80000/329/DT816413.DOC;1}

P. Warren Hunt (P69713) (Admitted Pro Hac Vice)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
pwh@krwlaw.com
*Counsel for Creditors: AVL Michigan Holding Corporation, Windsor Mold Inc., AVL Instrumentation & Test Systems, Inc., Fleet-Car Lease, Inc., RMT Acquisition Company, LLC, d/b/a RMT Woodworth, The Narmco Group, Mold Masters Co., Delta Tooling Co., AVL Americas, Inc., AVL Powertrain Engineering, Inc., Ferndale Electric Co., Inc., and C.B.S. Boring and Machine Company, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| MOTORS LIQUIDATION COMPANY, | ) Case No: 09-50026 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Robert E. Gerber |

**ORDER APPROVING WITHDRAWAL AS COUNSEL FOR CREDITORS AVL MICHIGAN HOLDING CORPORATION, WINDSOR MOLD INC., AVL INSTRUMENTATION & TEST SYSTEMS, INC., FLEET-CAR LEASE, INC., RMT ACQUISITION COMPANY, LLC, D/B/A RMT WOODWORTH, THE NARMCO GROUP, MOLD MASTERS CO., DELTA TOOLING CO., AVL AMERICAS, INC., AVL POWERTRAIN ENGINEERING, INC., FERNDALE ELECTRIC CO., INC., AND C.B.S. BORING AND MACHINE COMPANY, INC.**

This matter having come before the Court by the filing of P. Warren Hunt's Motion to Withdraw as Counsel of Record for Creditors AVL Michigan Holding Corporation, Windsor Mold Inc., AVL Instrumentation & Test Systems, Inc., Fleet-Car Lease, Inc., RMT Acquisition Company, LLC, d/b/a RMT Woodworth, The Narmco Group, Mold Masters Co., Delta Tooling Co., AVL Americas, Inc., AVL Powertrain Engineering, Inc., Ferndale Electric Co., Inc., and C.B.S. Boring and Machine Company, Inc. (collectively the "Creditors") and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED THAT:

{80000/329/DT816413.DOC;1}

P. Warren Hunt of Kerr, Russell and Weber, PLC, is hereby withdrawn and discharged as counsel for the Creditors in this case.

IT IS FURTHER ORDERED THAT:

P. Warren Hunt, whose email address is: pwh@krwlaw.com, is removed from the mailing matrix and from receiving electronic filings in this case.

P. Warren Hunt (P69713) (Admitted Pro Hac Vice)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
pwh@krwlaw.com
*Counsel for Creditors:  AVL Michigan Holding Corporation, Windsor Mold Inc., AVL Instrumentation & Test Systems, Inc., Fleet-Car Lease, Inc., RMT Acquisition Company, LLC, d/b/a RMT Woodworth, The Narmco Group, Mold Masters Co., Delta Tooling Co., AVL Americas, Inc., AVL Powertrain Engineering, Inc., Ferndale Electric Co., Inc., and C.B.S. Boring and Machine Company, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| MOTORS LIQUIDATION COMPANY, | ) Case No:  09-50026 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Robert E. Gerber |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, I electronically filed the foregoing Motion to Withdraw as Counsel of Record with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF Participants in connection with this matter.

Dated:  November 22, 2013

By: /s/P. Warren Hunt
P. Warren Hunt (P69713)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone:  313-961-0200
Fax:  313-961-0388
pwh@krwlaw.com

{80000/329/DT816413.DOC;1}