ENDORSED ORDER:
Denied without prejudice to show service on
Hunt's Client, or Client's consent to this Relief.

*s/ Robert E. Gerber   11/25/2013*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| MOTORS LIQUIDATION COMPANY, ) | Case No: 09-50026 |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Honorable Robert E. Gerber |
| ) | |

## ORDER APPROVING WITHDRAWAL AS COUNSEL FOR CREDITOR RELIABLE CARRIERS, INC.

This matter having come before the Court by the filing of P. Warren Hunt's Motion to Withdraw as Counsel of Record for the Creditor Reliable Carriers, Inc. ("Reliable ") and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED THAT:

P. Warren Hunt of Kerr, Russell and Weber, PLC, is hereby withdrawn and discharged as counsel for Reliable in this case.

IT IS FURTHER ORDERED THAT:

P. Warren Hunt, whose email address is: pwh@krwlaw.com, is removed from the mailing matrix and from receiving electronic filings in this case.