ENDORSED ORDER:
Denied without prejudice to show service on Hunt's Client, or Client's consent to this Relief.

*s/ Robert E. Gerber   11/25/2013*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| MOTORS LIQUIDATION COMPANY, | ) Case No: 09-50026 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Robert E. Gerber |

**ORDER APPROVING WITHDRAWAL AS COUNSEL FOR CREDITORS AVL MICHIGAN HOLDING CORPORATION, WINDSOR MOLD INC., AVL INSTRUMENTATION & TEST SYSTEMS, INC., FLEET-CAR LEASE, INC., RMT ACQUISITION COMPANY, LLC, D/B/A RMT WOODWORTH, THE NARMCO GROUP, MOLD MASTERS CO., DELTA TOOLING CO., AVL AMERICAS, INC., AVL POWERTRAIN ENGINEERING, INC., FERNDALE ELECTRIC CO., INC., AND C.B.S. BORING AND MACHINE COMPANY, INC.**

This matter having come before the Court by the filing of P. Warren Hunt's Motion to Withdraw as Counsel of Record for Creditors AVL Michigan Holding Corporation, Windsor Mold Inc., AVL Instrumentation & Test Systems, Inc., Fleet-Car Lease, Inc., RMT Acquisition Company, LLC, d/b/a RMT Woodworth, The Narmco Group, Mold Masters Co., Delta Tooling Co., AVL Americas, Inc., AVL Powertrain Engineering, Inc., Ferndale Electric Co., Inc., and C.B.S. Boring and Machine Company, Inc. (collectively the "Creditors") and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED THAT:

{80000/329/DT816413.DOC;1}

P. Warren Hunt of Kerr, Russell and Weber, PLC, is hereby withdrawn and discharged as counsel for the Creditors in this case.

IT IS FURTHER ORDERED THAT:

P. Warren Hunt, whose email address is: pwh@krwlaw.com, is removed from the mailing matrix and from receiving electronic filings in this case.

{80000/329/DT816413.DOC;1}