UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

DANA H. FOX, PRO-SE )
           PLAINTIFF )        CASE 09 B 50026 (REG) claim # 4287 ?
                      )                                    IS THIS CORRECT?
V.                    )        RETURNED FROM U.S. COURT OF
                      )        APPEALS
MOTORS LIQUIDATORS FOR )
GENERAL MOTORS, INC.  )
           DEFENDANTS )
                      ) ADDENDUM, MOTION TO: COMPENSATORY DAMAGES
                        PLAINTIFFS MOTION FOR
                        PAYMENT IN TWO STAGES

DUE TO AN ERRONEOUS DECISION IN APPEALS COURT THAT ILLEGALLY IGNORES CONSUMER PROTECTION LAWS IN THE UNITED STATES MR. FOX, PRO-SE FILED A MOTION, AS JURISDICTION IS RETURNED TO THIS COURT BY APPEALS COURT, TO ADD COMPENSATORY DAMAGES TO THE COURT ORDERED PAYMENT OF $19,500.— THAT THE COURT HAS AWARDED MR. FOX PRO-SE; THIS IS IN THE COURT RECORD.

THERE IS NO OBJECTION FROM OPPOSING COUNSEL AND SEVERAL MONTHS HAVE PASSED SINCE THE MOTION IS IN THE COURT RECORD.

MR. FOX, PRO-SE MOTIONS THAT THE INITIAL AWARD OF $19,500.— BE PAID TO MR. FOX, BY CHECK, MAILED TO 955 MASS. AVE, #155, CAMBRIDGE, MASS. 02139; PLAINTIFF NEEDS TO CATCH UP ON MEDICAL, DENTAL AND CAR REPAIRS [IT NEVER ENDS].

AS THE COURT SEES FIT TO AWARD COMPENSATORY DAMAGES AT THE MAXIMUM ALLOWED BY LAW; THAT PAYMENT CAN BE MADE AT A LATER DATE; AS PLAINTIFF PRO-SE HAS MOTIONED FOR THIS AND HERE-IN AGAIN, WITH NO PREVIOUS OBJECTION.

PLAINTIFF WILL SIGN A RELEASE FOR THE AUTOMOBILE PAYMENT OF $19,500.—, AND FOR THAT PAYMENT ONLY; OTHER PAYMENTS PENDING WILL BE RELEASED AT TIME OF RECEIPT.

I CERTIFY THAT A TRUE COPY          RESPECTFULLY SUBMITTED
IS SERVED BY U.S. MAIL ON
THIS DATE  11/19/13   D.H.F.          D.H.Fx   PRO-SE
TO: WEIL, GOTSHAL & MANGES              DANA H. FOX
ATT. JOSEPH SMOLINSKY
FOR DISTRIBUTION TO ALL
PARTIES.                           ADDENDUM MOTION

WHAT HAPPENED TO ALL THE FANCY SALARIES, AIRPLANES, BOATS AND REAL-ESTATE THAT CAUSED THIS ALLEGED BANKRUPTCY?: MOTION TO ATTACH ALL OF IT FOR PAYMENT OF DAMAGES AWARD.   D.H.F.

FOX
955 MASS. AVE.
#155
CAMBRIDGE, MASS,
02139



USMB
SDNY



U.S. POSTAGE PAID
DAMASCUS, VA
24236
NOV 20, 13
AMOUNT
$0.46
00025335-02

U.S. BANKRUPTCY COURT SOUTH
1 BOWLING GREEN RM. 534
N.Y., N.Y.  10004-1408

ATT: JUDGE GERBER       10004140099