UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNE LISENKO, Creditor-Claimant

vs

GENERAL MOTORS Corp, et al,
aka MOTORS LIQUIDATION COMPANY, et al

Ch.11
Case No. 09-50026 (REG)

## CORRECTED MOTION TO GRANT RELIEF AND/OR TO APPOINT COUNSEL

I, Marianne Lisenko, the creditor-claimant, No 22063, come to this court with the present motion – request for RELIEF and/or appointment of counsel on the following grounds:

1. I am a secure creditor with acknowledged "prima facie entitlement to relief" of my claim, as per Judge Gerber's endorsed order of June 7, 2011, Court Document # 10402, in the minimum amount of $10 000, or as allowed, and as the Court believes reasonable and just.

2. I believe the majority of high-income note and bondholders have been paid but I have not been able to find the lists and amounts paid to the allowed classes. Court Document #7579, for example, shows a list for claims paid for product liability, therefore I must object to the want of clear accountability in these proceedings.

3. Title 28 USC Section 1915(e)(1) allows for the discretionary appointment of counsel:

a) Positive discretion is warranted by the fact that I have not been paid, while most bondholders have. Also, I am a senior in need of dental care (to date denied treatment by several dentists; twice denied treatment by the Howard University Dental clinic despite ability to pay). I am able and willing to take any employment but I have not found any that does not require valid USCIS documentation. Despite my immigration appeal approval of 2005 under the Violence Against Women Act, I still do not have my US resident card, though I have my US Social Security card. I am surviving on about $200- $300 per month (help from family members included) – I am faced with a constant sense of humiliation by the degrading circumstances that I have been forced into.

b) Positive discretion is also warranted by the fact that my Motion for Clarifications…, Court Document #7760 and my Objections… Court Document #7344, raise issues of national and international importance and they have not been addressed by any court.

c) Nobody has responded to my numerous attempts to find private pro bono counsel or legal aid. I had written to the office of former New York Mayor Rudy Guiliani (via Beth Hatton) to the newly elected President of the American Bar Association, William Hubbard, and to the media; I had asked for help on the website of the Senate and House Financial Committees, apart

from my general Questions to Congress. My calls to the different Bankruptcy Assistance numbers posted on the Court's website did not result in any help either.

d) I believe I am being maliciously, unjustifiably and often invisibly targeted for mistreatment because I am a senior (healthy and skilled), a legal immigrant and a woman-petitioner who is critical of abuses of power and of unaccountable behaviors.

**ON THE BASIS of all the above, I PRAY** that the Court grant the relief that I am entitled to and that it facilitate the resolution of all the issues that this case has brought to the global public's attention.

I declare under Oath and penalties of perjury, and at the risk of losing my health, mind, my body and my SOUL to death and destruction should I deceive, or to be done to me tenfold as I have done to others, in this lifetime or in another, that all the above is TRUE and written in GOOD FAITH.

Signed in Washington, D.C., on November 26, 2013

MARIANNE LISENKO
1221 M Street NW, apt.834
Washington, D.C. 20005  202-210-2214

Copy:

Weil, Gotshall & Manges (Miller, Karotkin, Smolinsky)
767 Fifth Avenue,
New York, NY, 10153-0023

NEW YORK SOUTHEREN DISTRICT BANKRUPTCY COURT

CERTIFICATE OF SERVICE

Case No. 09-50026

I, the creditor MARIANE LISENKO, hereby certify that on November 26, 2013, I served by first class mail my CORRECTED MOTION TO GRANT RELIEF AND/OR TO APPOINT COUNSEL to the offices of Weil, Gotshall & Manges, located at 767 Fifth Avenue, New York, NY 10153-0023.

Signed in Washington, D.C., on November 26, 2013

Marianne Lisenko
1221 M Street NW, apt. 834
Washington, D.C. 20005
202-210-2214

