UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *eta!.,* | ) | |
| f/k/a General Motors Corp., *et a!.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ENDORSED ORDER

  Denied once again for failure to plead a prima facie entitlement to relief. The Court's earlier orders of June 7, 2011 and November 15, 2013 stands.

Dated: December 3, 2013
    New York, New York

                *s/ Robert E. Gerber*
               United States Bankruptcy Judge

November 5, 2013                                          BY CERTIFIED MAIL

Vito Genna, Clerk of the Court
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

RE: Case 09-50026
Ch.11 General Motors Inc./ aka Motors Liquidation Co.
Proof of Claim #22063/ MOTION TO APPROVE•••COURT DOC 11081
Judge Gerber's Order of November 16, 2010, found on p.3 of Court Doc.#10226

Dear Clerk of the Court,

I am enclosing for due process my completed form of a Writ of Execution to the United States Marshal for the recovery of my claim for $10 000.

Should the Nov.16, 2010, order be found insufficient for said claim, *I will contact* Judge Gerber, his staff or your office for a hearing date in regard to my Motion to Approve... Court Document #11081.

I wish you all the best I thank you in advance!   Encl. \ c.v rle teci \tf d ';
                                                         I-<AI-Q.I'" of. fl\e< or. 27, 2011
Sincerely, -----\                                        c  C.a  c,{ .Se<vi

Marianne Lisenko
1221M Street NW #834
Washington, DC, 20005   ( Mailing: P.O.Box 34132 Washington DC, 20043)
202-210-2214

Cc:
Judge Gerber, Courtroom 523, NYSD Bankruptcy Court
Weil, Gotshal & Manges (Miller, Karotkin, Smolinsky), 76. _Fi
New York, NY, 10153-0023

D26C
(1/96)

# United States Bankruptcy Court
Sou-thev:n   DistrictOf   *AIRtJ.J L}oRK*

In re  <u>MOTORS LIQUIDATION Co.</u>   )   Case No. oct 5oeJ2G
        Debtor
                                       )
    <u>MARIANNE LISENKO</u>  )   Chapter ___
        Plaintiff  )

<u>General filing s Corp New for</u>   )   Adv. Proc. No. -----
        Defendant

### WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

Name and Address of Judgment Creditor
Ma." t Q() o  Li  Jp(o
P. O. Box 3-tt3:2..
WQ SH It\0,l'iJ1\))C 2001(3

Amount of Judgment:
$ \O  OOO

vs.

Other Costs:
$ 500. ...- C ha. P2IC-.

Name and Address of Judgment Debtor
fbt(. Mon>IZ.) Co'f· fVw o
-,7  '1-;.fth Av<2-  IS-tl, lr-loo•/
;Vj). 'v\J V., k, IV 'I , 01s 3
·voz.
c/o vVe.;t, bot kcd 4z Afl_a.A. e.s. ,(U. R M,'llec<, S. Kavotkin, J. Smolinsky)
b.Qb-NI,,.< i'" fO (<; e S.f. lo t1

Date of Entry of Judgment:
Nov. 16 2010

TO THE UNITED STATES MARSHAL FOR THE                                                 DISTRICT OF                                        :
   You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
   You arc notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshnt•s schedule from the levy.

_____          _____
Date                                                        Clerk of the Bankruptcy Court

Marc)J 27, 2013                                    BY CERTIFIED MAIL

Edward Jone8 Inc.
c/o Amy Eroh
20 Kimball Ave., suite 306
Burlington, VT 05403

and

Judge R.E. Gerber
New York Southern District Bankruptcy Court
One Bowling Green
New York, NY 10004

RE: CLAIM: FORNOTE REPAYMENT OF $10000 MINIMUM IN GM RE-STRUCTURING LITIGATION

Dear Edward Jones and Judge Gerber!

This is to object again to the replacing of my 200 RGM bonds, also called secure preferred shares or senior notes (CUSIP #370442758) with 19 new GM shares, 17 GM WSA warrants expiring on 07/10/2016, 17 GM WSB warrants expiring on 07/10/2019 and 5 MTLQU trust units.

I did not authorize any such "purchases", and my claim for repayment of the preferred RGM shares is still pending in the New York Southern District Bankruptcy Court.

I thank you for your attention to this matter and I trust that a resolution of all the issues raised by unpaid claimants will be forthcoming,

Sincerely,
Marianne Lisenko
P.O. Box 34132
Washington, DC 20043

Copy to:
David Vanaskey Vice President, Wilmington Trust
1100 Sq. North Market Street
Wilmington, Delaware 19890-1615

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE 09-50026

RE: Motors Liquidation/aka General Motors Corporation
Proof of Marianne Lisenko Claim 22063

Certificate of Service

I, the Claimant-Creditor in this case hereby certify that on November 6, 2013,

I served by certified mail the office of the Debtors in Possession Weil, Gotshal

and Manges at 767 Fifth Avenue New York, NY, 10153-0023, with my

Motions to Approve Writ of Execution (motorsliquidationdocket.com

Court Document 11080) and with repeat request to Clerk of the Court dated

November 5, 2013, Cine\ wl h c.oti'/j ▪ LDMfle.fe.d Wn· o:ttcf (.ei{-er o(
f\la.vc k 2.-7, 2.0 i:,.

Dated and signed in Washington DC on N venlber 6, 2013

MARIANNE LISENKO    C):/;
1221 M Street NW #834
Washington, DC, 20005
202-210-2214

(or mailing address: P.O. Box 34132, Washington, DC 20043)