**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

December 10, 2013

VIA FIRST CLASS MAIL

Linda Mariscal
P.O. Box 404
Brentwood, CA 94513

Re:   MOTORS LIQUIDATION COMPANY, CASE NO. 09-50026-REG
      CLAIM NO. 70213

Dear Ms. Mariscal:

We represent Motors Liquidation Company GUC Trust (the "GUC Trust"), the successor to Motors Liquidation Company (formerly known as General Motors Corporation) in the above mentioned bankruptcy proceeding. We recently sent you a letter responding to your inquiry on November 5, 2013 to the Bankruptcy Court regarding your allowed claim (ECF No. 12545).

Since then, we called to follow up with you because we want to be sure that you understand how the distribution process works. You are entitled to the plan treatment under the Plan for your claim, but nothing more. Under the Plan, distributions primarily consist of New GM stock and warrants – and not cash, cars, or any other form of payment. You have already received the entire distribution under the Plan to which you are entitled in the same currency (i.e., form) that all other general unsecured claimants of Old GM have received (i.e., New GM stock and warrants).

Please do not hesitate to contact me if you have any further questions about your claim.

Best regards,

Anamay M. Carmel
Anamay M. Carmel
(212) 277-6726 direct dial
(917) 677-8143 direct fax
carmela@dicksteinshapiro.com

AMC/
cc:    The Honorable Robert E. Gerber