09-50026-mg    Doc 12566    Filed 12/18/13    Entered 12/18/13 18:34:57    Main Document
                                         Pg 1 of 4

**Hearing date and time:  December 20, 2013, 9:45 a.m. (subject to possible cancellation)**

PREET BHARARA
United States Attorney
  for the Southern District of New York
By:    David S. Jones
        Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY  10007
Tel.: (212) 637-2739
Fax: (212) 637-2730
david.jones6@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                                 :

In re                                                   :          Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, *et al.*,    :          09-50026 (REG)
        f/k/a General Motors Corp., *et al.*        :

                              Debtors.          :          (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF (i) WITHDRAWAL OF LIMITED OBJECTION OF THE UNITED STATES OF AMERICA TO "JOINT MOTION OF MOTORS LIQUIDATION COMPANY GUC TRUST AND RELATORS ROGER L. THACKER, ROGER L. SANDERS, AND THOMAS J. HANSON FOR THE ENTRY OF AN ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING (I) SETTLEMENT AGREEMENT RESOLVING PROOF OF CLAIM NO. 27105 (II) ALLOCATION OF THE SETTLEMENT PROCEEDS UNDER SECTION 37309d)(2) OF THE FALSE CLAIMS ACT AND (III) ATTORNEYS' FEES AND EXPENSES TO RELATORS' COUNSEL UNDER SECTION 3730(d)(2) OF THE FALSE CLAIMS ACT," AND (ii) CONSENT TO POTENTIAL CANCELLATION OF HEARING**

       The United States of America, by and through its attorney Preet Bharara, United

States Attorney for the Southern District of New York, hereby withdraws its limited

objection [ECF No. 12562] to the *Joint Motion of Motors Liquidation Company GUC*

*Trust and Relators Roger L. Thacker, Roger L. Sanders, and Thomas J. Hanson for Entry*

1

*of an Order pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving (I) Settlement Agreement Resolving Proof of Claim No. 27105 (II) Allocation of Settlement Proceeds under Section 3730(d)(2) of the False Claims Act (III) Attorneys' Fees and Expenses to Relators' Counsel under Section 3730(d)(2) of the False Claims Act* (Dkt. No. 12,553) (the "**Joint Motion**").

As noted in its Limited Objection, the United States has been attempting to consensually resolve issues of concern with respect to the settlement whose approval the Joint Motion seeks. The United States has entered into an agreement with the relators in the Ohio action that, along with corresponding modifications to the proposed order accompanying the Joint Motion that have been agreed to among the United States and the Joint Movants, resolves all issues of concern to the Government. Conditioned on these agreements, and so long as the mutually agreed revised Proposed Order (a copy of which is annexed as an exhibit hereto) is acceptable to the Court, the United States hereby withdraws its limited objections to the proposed settlement.

The United States has been advised by counsel for the GUC Trust that, if no objection to the Joint Motion remains, the Court may opt to cancel the hearing scheduled for Friday, December 20. If the attached proposed order is acceptable to the Court, the United States has no objection to the cancellation of the hearing.

## CONCLUSION

The United States withdraws its previously filed limited objection and respectfully submits for the Court's consideration the attached proposed order, which has been consented to by the Joint Movants as well as the United States.

Dated:   New York, New York
         December 18, 2013

                    PREET BHARARA
                    United States Attorney for the
                    Southern District of New York

                    _/s/ David S. Jones_____
By:  David S. Jones
     Assistant United States Attorney
     86 Chambers St., 3rd Floor
     New York, NY 10007
     Tel. (212) 637-2739
     Fax (212) 637-2730
     david.jones6@usdoj.gov

Of Counsel:

Russell B. Kinner
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
Frauds Section
Washington, DC  20530

## CERTIFICATE OF SERVICE

I, David Jones, certify that I am an Assistant U.S. Attorney in the office of Preet Bharara, United States Attorney for the Southern District of New York, and that I caused the foregoing pleading to be served as follows:

By electronic notice via ECF to all persons registered to receive such notice;

By email to the following: Elihu Inselbuch (ei@capdale.com); Rita Tobin (rct@capdale.com); Stephen Karotkin (Stephen.karotkin@weil.com); Joseph Smolinsky (joseph.smolinsky@weil.com); Thomas Moers Mayer (tmayer@kramerlevin.com); Michael Edelman (MJEdelman@vedderprice.com); Michael Schein (MSchein@vedderprice.com); Tracy Hope Davis (tracy.davis2@usdoj.gov); Keith Martorana (kmartorana@gibsondunn.com); Carl Garvey (cgarvey@racertrust.org); Russell Kinner (Russell.kinner@usdoj.gov); Donetta D. Wiethe (donetta.wiethe@usdoj.gov); Mark A. Greenberger (mark.greenberger@usdoj.gov); Scott A. Powell (scott@hwnn.com); Jim Helmer (jhelmer@fcalawfirm.com).

 s/ David S. Jones

New York, New York
December 18, 2013