UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                  :
                                                             :    (Jointly Administered)
                             Debtors.                        :
-------------------------------------------------------------x


**NOTICE OF CANCELLATION OF HEARING SCHEDULED
FOR DECEMBER 20, 2013 AT 9:45 A.M. (EASTERN TIME)**


**I.     RESOLVED MATTER**

1. Joint Motion of Motors Liquidation Company GUC Trust and Relators Roger L. Thacker, Roger L. Sanders, and Thomas J. Hanson for Entry of an Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving (I) Settlement Agreement Resolving Proof of Claim No. 27105 (II) Allocation of the Settlement Proceeds Under Section 3730(d)(2) of the False Claims Act and (III) Attorneys' Fees and Expenses to Relators' Counsel Under Section 3730(d)(2) of the False Claims Act (**ECF No. 12553**)

   Responses Filed:

   A.   Limited Objection of the United States of America (**ECF No. 12562**)

        i.   Notice of Withdrawal of Limited Objection by the United States of America (**ECF No. 12566**)

   Related Documents:

   B.   The Motors Liquidation Company GUC Trust's Certificate of No Objection Remaining as to the Joint Motion (**ECF No. 12567**) (the "**Certificate of No Objection**").

   C.   Motors Liquidation Company GUC Trust's Motion to Estimate Proof of Claim No. 27105 Filed by Roger L. Thacker, Roger L. Sanders, and Thomas J. Hanson and Establish Procedures Thereto (**ECF No. 12427**)

   D.   Memorandum of Roger L. Thacker, Roger L. Sanders, and Thomas J. Hanson, in Part, GUC Trust's Motion to Estimate Proof of Claim No. 27105 (**ECF No. 12480**)

**Status:**    **The hearing on December 20 has been canceled.  This matter will be resolved subject to the Court's entry of the proposed order annexed to the Certificate of No Objection.**

Dated: New York, New York
December 18, 2013

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Motors Liquidation
   Company GUC Trust*