# GOODWYN LAW FIRM, LLC

T. JEFF GOODWYN, JR.*
ATTORNEY AT LAW

3100 Devine Street
Columbia, South Carolina 29205

Email: JGoodwyn@Goodwynlaw.com
Web: www.GoodwynLaw.com

Tel. (803) 251-4517
Fax (803) 251-4527

*Also Licensed in Georgia

## NOTICE OF CHANGE OF ADDRESS

December 8, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

RE: Elsie Mae Lewis & Ray Lewis and/or the Goodwyn Law Firm, LLC, Proof of Claim number 32816

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

Elsie Mae Lewis & Ray Lewis and/or the Goodwyn Law Firm, LLC
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Susan Selser
(651) 495-3731
(651) 495-8087 (fax)

With Fax Copy to:
Debbie R. Wright
(206) 344-4679
fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: T. Jeff Goodwyn, Jr.
Title: Attorney for Elsie Mae Lewis & Ray Lewis

Cc: The Garden City Group, Inc.
Motors Liquidation Company Claims Agent
PO Box 9386
Dublin, OH 43017-4286