IN THE UNITED STATES BANKRUPTCY COURT

FOR THE __Southern__ DISTRICT OF __New York__

_____ DIVISION

In re: ) Case No. __09-50026 (REG)__
)
GM/DI Leasing Corporation aka General Motors )
) Chapter __11__
)
Debtor(s) ) Hon. __Robert E. Gerber__

RECEIVED DEC -2 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM
## FOR POST-PETITION DEBT FOR TAXES

Comes now NANCY CONNER, the duly elected treasurer of Bryan County, Oklahoma, and would show the Court the following:

1. Movant has personal knowledge of the facts and figures contained herein and in any and all attachments.

2. Movant herein has given notice of ad valorem taxes owing on the real and/or personal property duly assessed against Debtor for the tax year(s) __2013__, said real and/or personal property being described in Exhibit A attached hereto and made a part hereof for all intents and purposes.

3. Debtor filed its petition under Chapter __11__ on __June 1__, 20__09__.

4. The above-referenced taxes remain unpaid.

5. This claim is not subject to any set-off or counterclaim, and Movant holds no security for said debt.

6. The writing and/or documentation on which this claim is based is attached hereto as Exhibit A and made a part hereof for all intents and purposes.

7. Movant is entitled to payment of the administrative claim pursuant to 11 U.S.C. Sec. 503.

8. Information pertinent to identification of Movant in this case:

   Creditor ID: _____
   Creditor Name:  County of Bryan, OK
                   Treasurer
                   323 W. Beech
                   Durant OK 74701-4363

WHEREFORE, Movant prays for an order of this Court directing the payment of $ __217.00__, and for such other relief as deemed just and appropriate under the circumstances.

NANCY CONNER, BRYAN COUNTY TREASURER, By _____[signature]_____, Deputy

Signed and sworn to before me this __26th__ day of __November__, 20__13__.

_____[signature: Sheila Presley]_____
Notary Public

My Commission Expires: July 23, 2017

[Notary Seal: SHEILA PRESLEY, NOTARY, # 13006739, STATE OF OKLAHOMA, PUBLIC]

# 2013 Bryan County Tax Statement

062385.00_31573.0

**MAKE CHECKS PAYABLE TO:**

**Bryan County Treasurer**
323 W. Beech
Durant, OK 74701
(580) 924-0748

GM/DI LEASING CORPORATION
P O BOX 460169
HOUSTON, TX 77056

| Tax Roll Item Number | Tax Year | Parcel Number |
|---|---|---|
| 31573.0 | 2013 | |

| Tax Type | School District | Tax Rate(mills) |
|---|---|---|
| PERSONAL | Durant Cty I-72 | 89.6200 |

| Acres / Lots | Manufactured Home | V.I.N. |
|---|---|---|
| | | |

| Gross Assessed Value | Exemptions | Net Assessed Value |
|---|---|---|
| 2417 | 0 | 2417 |

Legal Description:

| Tax Distribution: | Mills: | Amount: |
|---|---|---|
| Durant Cty I-72 COUNTY4MILL | 4.09 | 9.90 |
| Durant Cty I-72 COUNTYGENERAL | 10.22 | 24.75 |
| Durant Cty I-72 COUNTYHEALTH | 2.56 | 6.20 |
| Durant Cty I-72 EMS | 3.07 | 7.43 |
| Durant Cty I-72 SCHDISTBULDING | 5.07 | 12.28 |
| Durant Cty I-72 SCHDISTGENERAL | 35.49 | 85.93 |
| Durant Cty I-72 SCHDISTSINKING | 16.86 | 40.82 |
| Durant Cty I-72 VOTECHBUILDING | 2.04 | 4.94 |
| Durant Cty I-72 VOTECHGENERAL | 10.22 | 24.75 |

*This is not an attempt to collect a Bankruptcy debt, but is a new, post-petition debt.

**To Pay by Credit Card**
AMERICAN EXPRESS  DISCOVER  MasterCard  VISA
Visit www.okcountytreasurers.com
Official Payments, the service provider, charges a nominal fee for this service

**Payable Upon Receipt**
Each statement for less than ($25.00) must be paid in full

**Payment due dates and penalty**
Taxes become delinquent January 1st. Late penalty is 1 1/2% per month until paid. You may pay 1/2 the total amount due by December 31st. The second half must be paid by March 31st.

| Total 2013 Tax Due | $217.00 |
|---|---|

Retain this portion for your records or when paying in person bring both portions of your statement

---

Detach and mail this portion with your payment or bring both portions when paying in person

Make checks payable to: Bryan County Treasurer

| Tax Type | Owner Id# | Mrtg Code | School District | Acres/Lots | Item Number | Tax Year |
|---|---|---|---|---|---|---|
| PERSONAL | 62385.00 | 9008 | Durant Cty I-72 | | 31573.0 | 2013 |

| Legal Description | Back Taxes | Year |
|---|---|---|
| | | |

enter address changes here

GM/DI LEASING CORPORATION
P O BOX 460169
HOUSTON, TX 77056

Payment Type

Certificate

| | | |
|---|---|---|
| Half ☐ | Half Tax | $108.50 |
| All ☐ | Total 2013 Tax Due | $217.00 |

Please send a stamped envelope if return of receipt is requested

# NANCY CONNER
## BRYAN COUNTY TREASURER

November 26, 2013

Clerk of the Bankruptcy Court
Vito Genna
One Bowling Green
New York, NY 10004-1408



RECEIVED
DEC - 2
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

323 W Beech St * Durant, OK  74701-0000* Phone (580) 924-0748 * Fax (580) 924-3383
EMAIL: bryan@okcountytreasurers.com
ON THE WEB: http://bryan.okcountytreasurers.com