UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Ch.11 Case No.09-50026

MARIANNE LISENKO, Creditor-Claimant

vs

GENERAL MOTORS Corp. et al,

aka MOTORS LIQUIDATION Co., et al



**PLEADING OF PRIMA FACIE ENTITLEMENT TO RELIEF
AND REPEAT MOTION FOR RELIEF AND/OR APPOINTMENT OF COUNSEL
AND CORPORATE INVESTIGATORS**

**1.**

NOW, I – the secure Creditor-Claimant MARIANNE LISENKO , again come to this honorable Court with my plea for payment of my claim in full by the DEBTORS, or DEBTORS in Possession, or payment as the Court deems appropriate, or in the minimum amount of $10 000, based on this pleading of prima facie entitlement to relief, which was also implicit in my previous submissions, specifically in the fact that GM WAS and IS a viable profitable company and has a duty to pay its DEBT to a secured creditor.

**2.**

In the alternative, or in addition to the above, I request appointment of counsel (28USC Section 1915(e)(1) -details in Court Document # 12558) and corporate investigators in order to address the self-dealing, the unjust enrichment and the irresponsible legal-financial machinations by all the involved parties in this+ in previous litigation. See document #7760, Case 06-m-1749(GER) with Judge G.Rosen, Eastern District of Michigan.

I humbly pray that my requests be granted.

Signed in Washington, DC, on December 17, 2013

MARIANNE LISENKO_____

1221 M Street NW,#834

Washington, DC, 20005

202-210-2214   listen2mary@hotmail.com

Service to Debtors in Possession, Weil, Gotshall & Manges attached

## CERTIFICATE OF SERVICE

I, Marianne Lisenko, hereby certify that on Dec.17, 2013, I served by First Class US Postal Services my PLEADING OF PRIMA FACIE ENTITLEMENT TO RELIEF AND REPEAT MOTION FOR RELIEF AND/OR APPOINTMENT OF COUNSEL AND CORPORATE INVESTIGATORS to the offices of Debtors in Possession Weil, Gotshal & Manges located at 767 Fifth Avenue, New York, NY, 10153-0023.

Signed in Washington, DC, on December 17, 2013

MARIANNE LISENKO
1221 M Street NW, #834
Washington, DC, 20005