UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                                     :    Chapter 11
                                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.             :
                                                                              :
              Debtors.                       :    (Jointly Administered)
                                                                              :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss
COUNTY OF NASSAU      )

I, Kimberly Gargan, being duly sworn, depose and state:

1.     I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On December 23, 2013, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 24th day of December, 2013

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Sept. 23, 2017

# EXHIBIT A

| | |
|---|---|
| COUNTY OF BRYAN OK<br>ATTN TREASURER<br>323 W BEECH<br>DURANT, OK 74701-4363 | RUDY ANGKASA<br>C/O PT INAGAR MEDANA<br>BANDA ACEH 92A<br>MEDAN 20211 INDONESIA |
| RUDY ANGKASA<br>KALIMANTAN 29<br>MEDAN 20211 INDONESIA | RUDY ANGKASA<br>KALIMANTAN 29<br>MEDAN 20211 INDONESIA |