Connie J Westenfelder
6116 Spinnaker Loop
Lady Lake, Florida 32159

January 1, 2014

Most Honorable Judge Robert E. Gerber

One Bowling Green
New York, NY 10004-1408

Honorable Judge Gerber,

I am writing to you about the General Motors, Inc. Bankruptcy. About a year ago I heard that you may reverse the decision or change the distribution of the Company's assets. I am writing to you because I was a bond holder and listed in the papers in the unsecured creditors list.

I collected the bonds over the years as a good investment in one of largest U.S. companies. I kept the bonds in good faith and believed that a bankruptcy would be harmful but not catastrophic to me. However, my retirement was destroyed because of the structured distribution of the remaining assets.

I would be delighted to hear your ideas about this situation and if there is any resolution to relieve my current financial stress. I appreciate you and your position in the court system but I am upset that the new G.M. is doing so well. People like me who believed in the laws of the land were devastated financially.

Is there any hope for me?

Restfully summited,

*[signature: CJWestenfelder]*

Connie J Westenfelder
6116 Spinnaker Loop
Lady Lake, FL 32159

352-751-6361 home phone
248-224-1897 cell phone
butterflysuite1@yahoo.com

*[Handwritten note:]*
Endorsed Order:
Unfortunately, the Court is not in a position to respond.
S/REG
USBJ
1/7/2013