B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Motors Liquidation Company          ,          Case No. 09-50026 (REG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Kayson 48 Corp. | Super Sign Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Herrick, Feinstein, Attn: Hanh Huynh
2 Park Avenue, New York, NY 10016

Court Claim # (if known):  23259
Amount of Claim:  $2,407,896.60
Date Claim Filed:  11/12/2009

Phone: 212-592-1400
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Hanh Huynh          Date: 01/15/2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Super Sign Company ("Assignor") hereby transfers and assigns to Kayson 48 Corp ("Assignee") all rights, title and interest in and to the general unsecured claim assigned claim no. 23259 (the "Claim"), in the principal amount listed of $2,407,896.60, against Motors Liquidation Company (the "Debtor"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, case no. 09-50026 (REG) or any other court with jurisdiction.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 14th day of January, 2014.

(Assignor)
SUPER SIGN COMPANY
By: Kayson 48 Corp
By: _____
Name: Jeffrey S. Katz
Title: President

(Assignee)
KAYSON 48 CORP
By: _____
Name: Jeffrey S. Katz
Title: President