# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br>[ ] MLCS, LLC, Case No. 09-50027<br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | VEOLIA WATER PARTNERS VI LLC<br>VEOLIA WATER NORTH AMERICA C/O MR JOHN WOOD<br>184 SHUMAN BLVD, STE 450<br>NAPERVILLE, IL 60563 |
| Claim Number (if known): | 43454 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $135,370.62 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: January 20, 2014        *John M. Wood*

Print Name: John M. Wood

Title (if applicable): Authorized Representative

----