Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq.

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

*Attorneys for Creditor Remy International, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :    Chapter 11
In re                                 :
                                      :    Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al.,   :
f/k/a/ General Motors Corp., et al.   :    (Jointly Administered)
                                      :
          Debtors.                    :
------------------------------------- x

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN A
CASE**

Please remove attorney Geoffrey W. Heineman of Ropers Majeski Kohn & Bentley,

whose email address is gheineman@rmkb.com rom the list that allows for receipt of electronic

filings in the above-captioned case and any related adversary proceedings.

RC1/6646301.1/SECYSF3

Dated: January 30, 2014
New York, NY

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ GEOFFREY W. HEINEMAN
    GEOFFREY W. HEINEMAN, Esq.
    Ropers Majeski Kohn & Bentley
    17 State Street, Suite 2400
    New York, NY 10004
    Telephone:(212) 668-5927
    Facsimile: (212) 668-5929
    Email:    gheineman@rmkb.com

N. KATHLEEN STRICKLAND, Esq.
Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:(415) 543-4800
Facsimile: (415) 972-6301
Email:    kstrickland@rmkb.com


Attorneys for Creditor
REMY INTERNATIONAL, INC.

RC1/6646301.1/SECYSF3