UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                                  : Chapter 11
                                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.***,**    :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.              :
                                                                            :
                            Debtors.    :    (Jointly Administered)
                                                                            :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss
COUNTY OF NASSAU       )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On January 28, 2014, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on George Jerry, 9099 N Union Rd, St. Louis, MI 48880-9216:

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

                                                                           /s/Kimberly Gargan
                                                                           Kimberly Gargan

Sworn to before me this 30th day of
January, 2014

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23, 2017