# NANCY CONNER
BRYAN COUNTY TREASURER

*[Stamp: THE GARDEN CITY GROUP INC. JAN 31 2014]*

January 24, 2014

THE GARDEN C ITY GROUP INC
ATTN MOTORS LIQUIDATION CO CLAIMS
 PROCESSING
PO BOX 9386
DUBLIN, OH 43017-4286

RE:   **WITHDRAWAL OF CLAIM**
      **Motors Liquidation Company, et al.,**
      **f/k/a General Motors Corp., et al.**
      **Chapter 11 Case No. 09-50026 (REG)**

To Whom It May Concern:

Please find attached our signed and sealed WITHDRAWAL OF CLAIM for the above referenced Case.. Also included are the following:

Certificate of Mailing – Original (signed/sealed)
Receipt of Tax Payment, Control #22692
Withdrawal of Claim for above referenced Case (copy)
Copy of Certificate of Mailinjg
Copy of Receipt of Tax Payment, Control #22692

This letter authorizes our request for you to file a WITHDRAWAL and return a file-stamped copy for our records. An S.A.S.E. is enclosed.

Thank you,

*[Signature: Suellen Gonyaw]*

Suellen Gonyaw
Deputy Treasurer

/sg
Enc: (6) six

323 W Beech St * Durant, OK  74701-0000* Phone (580) 924-0748 * Fax (580) 924-3383
EMAIL: bryan@okcountytreasurers.com
ON THE WEB:  http://bryan.okcountytreasurers.com

# NANCY CONNER
## BRYAN COUNTY TREASURER

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  Motors Liquidation Company, et al., ) | Chapter 11 Case No. |
| f/k/a General Motors C orp., et al., ) | |
| ) | 09-50026 (REG) |
| ) | |
| Debtors ) | (Jointly Administered) |

### WITHDRAWAL OF CLAIM

Nancy Conner, Bryan County Treasurer, hereby withdraws the following claim:

Claim for 2013 taxes in the original amount of $217.00 filed with the Court December 2, 2013.

Payment of the amount contained in this claim was made to our office by GM/DI LEASING CORPORATION on January 7, 2014, as evidenced by the attached copy of tax receipt.

Respectfully,

NANCY CONNER, BRYAN COUNTY TREASURER

By _____          Date:     January 27, 2014

*Robert L. Williams Courthouse Annex * 323 W Beech * Durant, OK  74701*
*Phone (580) 924-0748 * Fax (580) 924-3383*
*EMAIL: bryan@okcountytreasurers.com*
*ON THE WEB:  http://bryan.okcountytreasurers.com*

CERTIFICATE OF MAILING

I, NANCY CONNER, do hereby certify that a true and correct copy of the foregoing document has been mailed to the following:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN ROOM 534
NEW YORK NY 10004-1408

EDWARD WU
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

THE GARDEN CITY GROUP INC
ATTN MOTORS LIQUIDATION CO CLAIMS PROCESSING
PO BOX 9386
DUBLIN OH 43017-4286

TIM WEBSTER
ASSISTANT DISTRICT ATTORNEY
117 N 3RD
DURANT OK 74701

GENERAL MOTORS COMPANY
TAX STAFF
300 RENAISSANCE CENTER
MAIL CODE 482-C-16-B16
DETROIT MI 48265

WITNESS MY HAND AND SEAL OF OFFICE THIS 27TH DAY OF JANUARY, 2014.

NANCY CONNER
BRYAN COUNTY TREASURER
323 W BEECH ST
DURANT OK 74701-4363

Printed:
1/07/2014
9:47AM

Page: 1

# RECEIPT OF TAX PAYMENT
Nancy Conner - Treasurer of Bryan County
Durant, Oklahoma

Control # 22692

Date: 1/07/2014                                                                 Received by: Gina Stanfield

| Tax Year | Receipt No. | Item No. | Parcel Number | School District |
|---|---|---|---|---|
| 2013 | 16162 | 31573 | | I-72 Durant |

Legal Description:
I-72 Durant

Owner:
GM/DI LEASING CORPOR

Acres:

Tax Due:      $217.00
Tax Paid:     $217.00
Penalty:
Fees:
Total Paid:   $217.00

Receipt Of:
BANKRUPTCIES

Paid By: GM/DI LEASING CORPORATION/CH/DB

CHECK - 00004021        $217.00

Total Amt Recd:         $217.00
Change Retd:

Total Tax Paid:         $217.00

Tax Amount Due:

**NANCY CONNER**
Bryan County Treasurer
323 West Beech
DURANT, OKLAHOMA 74701

THE GARDEN CITY GROUP INC
ATTN MOTORS LIQUIDATION CO CLAIMS
PROCESSING
PO BOX 9386
DUBLIN, OH 43017-4286

**Receipt returned ONLY if stamped self addressed envelope is included with payment**



02 1R
0002003179
MAILED FROM ZIPCODE 74701
$00.48⁰
JAN 28 2014
PITNEY BOWES
UNITED STATES POSTAGE