**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re**                                   :  Chapter 11 Case No.
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :  09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                                            :
                        Debtors.            :  (Jointly Administered)
                                                            :
------------------------------------------------------------x

## ORDER AUTHORIZING THE GARDEN CITY GROUP, INC. AS CLAIMS AGENT, TO ADJUST THE CLAIMS REGISTER TO REFLECT THE DISALLOWANCE OF CLAIM NO. 38932 FILED BY NORTH SHORE, INC. D/B/A MULLER PONTIAC/GMC MAZDA AND CLAIM NO. 66308 FILED BY JOE MITCHELL BUICK/GMC TRUCK, INC.

Upon the Motion,[1] dated January 16, 2014 (ECF No. 12582), of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (the "**Debtors**") in connection with the *Debtors' Second Amended Joint Chapter 11 Plan*, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), seeking the entry of an Order authorizing The Garden City Group, Inc. in its capacity as the claims agent in these chapter 11 cases (the "**Claims Agent**") to adjust the claims register to reflect the disallowance of the Claims, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims Agent is authorized to adjust the claims register to reflect the disallowance of (i) Claim No. 38932, filed by North Shore, Inc. d/b/a Muller Pontiac/GMC Mazda, and (ii) Claim No. 66308, filed by Joe Mitchell Buick/GMC Truck, Inc.; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      February 3, 2014

                                      *s/ Robert E. Gerber*
                                      HONORABLE ROBERT E. GERBER
                                      UNITED STATES BANKRUPTCY JUDGE