UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : 
: Chapter 11 Case No.
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : 
f/k/a General Motors Corp., *et al.* : 09-50026 (REG)
: 
Debtors. : (Jointly Administered)
: 
: 
---------------------------------------------------------------x

**ORDER PURSUANT TO FED. R. BANKR. P. 9006(B)**
**EXTENDING THE DURATION OF THE GUC TRUST**

Upon the motion (the "**Motion**"),[1] dated January 21, 2014, of Wilmington Trust Company, in its capacity as trust administrator and trustee (in such capacity, the "**GUC Trust Administrator**") of the Motors Liquidation Company GUC Trust (the "**GUC Trust**") established under Article VI of the *Debtors' Second Amended Joint Chapter 11 Plan*, dated as of March 18, 2011, seeking entry of an order, pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure and section 4.1 of the Amended and Restated Motors Liquidation Company GUC Trust Agreement dated as of June 11, 2012 (as amended, the "**GUC Trust Agreement**") extending the duration of the GUC Trust for an additional 12 months or through and including March 31, 2015, all as more fully described in the Motion; and any objections to the Motion having been settled, resolved, withdrawn or overruled; and this Court having determined that the relief requested in the Motion is in the best interests of the above-captioned post-effective date debtors' creditors and estates; and it further appearing that proper and adequate notice of the Motion has been given and that no other or further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor:

**IT IS HEREBY:**

ORDERED, that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED, that the duration of the GUC Trust, as described in section 4.1 of the GUC Trust Agreement, is extended an additional 12 months and the GUC Trust shall remain in full force and effect through and including March 31, 2015; and it is further

ORDERED, that this Order is without prejudice to the right of the GUC Trust Administrator to seek authority to further extend or shorten the duration of the GUC Trust upon application of the GUC Trust Administrator to this Court in accordance with the GUC Trust Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       February 6, 2014

                                                *s/ Robert E. Gerber*
                                                Honorable Robert E. Gerber
                                                United States Bankruptcy Judge