UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                            :   Chapter 11
                                                 :
**MOTORS LIQUIDATION COMPANY**, *et al.*,        :   Case No. 09-50026 (REG)
     f/k/a **General Motors Corp.**, *et al*.    :
                                                 :
                        Debtors.                 :   (Jointly Administered)
                                                 :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On February 4, 2014, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Affected Parties):

- **Order Authorizing The Garden City Group, Inc. as Claims Agent, to Adjust the Claims Register to Reflect the Disallowance of Claim No. 38932 Filed by North Shore, Inc. d/b/a Muller Pontiac/GMC Mazda and Claim No. 66308 Filed by Joe Mitchell Buick/GMC Truck, Inc.** [Docket No. 12591].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 6th day of
February, 2014

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23, 2017

# EXHIBIT A

MICELI  
362 E PARKVIEW AVE  
ELMHURST, IL 60126

NORTH SHORES INC - GMC ADD POINTS  
NORTH SHORES INC  
150 NORTH WACKER DRIVE SUITE 1650  
CHICAGO, IL 60610-1622