Dear Sirs,

My name is Betty A. J. Foster. My husband, Dulan Ray Foster, retired from GM, Buick City, in Flint, Mi. He is now deceased. He died in June of 2011.

I recently found a paper about the bankruptcy of General Motors, & that there may be money due to my husband.

I called about this & was told to send you an update of my address. My former address was:

6255 Monrovia
Waterford, Mi. 48329

My new address is:
902 Ivy Court
Eaton, Ohio 45320
937-336-4110

I was told I am being sent the claim form & other papers for this. I will send them to you as soon as I receive them in the mail. The claim # is 2193199.

Thank You,

Mrs. Betty A. Foster

FEB 18 2014