**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No. 09-50026-REG |
| Debtors. | Honorable Robert E. Gerber |

------------------------------------------------------------x

## SUBTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that PEPPER HAMILTON LLP hereby substitutes Sarah Sandok Rabinovici for Laura M. Leitner in the above-captioned case on behalf of Osram Sylvania Products, Inc., a party in interest.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. 1109(b) and Bankruptcy Rules 2002 and 9010(b), demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon:

> PEPPER HAMILTON LLP
> Sarah Sandok Rabinovici (SR7101)
> The New York Times Building
> 37th Floor
> 620 Eighth Avenue
> New York, NY 10018-1405
> Telephone:  (212) 808-2700
> Email: rabinovicis@pepperlaw.com

Dated:  February 24, 2014           **PEPPER HAMILTON LLP**

                                            /s/ Sarah Sandok Rabinovici
                                    Sarah Sandok Rabinovici (SR7101)
                                    The New York Times Building
                                    37th Floor
                                    620 Eighth Avenue
                                    New York, NY 10018-1405
                                    Telephone:  (212) 808-2700
                                    Email: rabinovicis@pepperlaw.com

#23995183 v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No. 09-50026-REG |
| Debtors. | Honorable Robert E. Gerber |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that on February 24, 2014, a copy of the foregoing SUBTITUTION OF COUNSEL was electronically filed with the Court and served upon the parties so registered via ECF. This document is available for viewing and downloading from the Court's ECF system.

                    BY: /s/ Sarah Sandok Rabinovici
                                Sarah Sandok Rabinovici

#23995183 v1