UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT, NEW YORK

DANA H. FOX, PRO-SE )
V. )
MOTORS LIQUIDATORS ) CASE 09 B 50026 (REG)
FOR ) CLAIM 4287?
GENERAL MOTORS, INC. ) ECF #12443
)
) ATT. JUDGE GERBER
MOTION FOR ORDERLY
DISTRIBUTION

MR. FOX RECEIVED AN INITIAL DISTRIBUTION ON 1/10/14 FROM WILMINGTON TRUST TO FIDELITY; NEITHER ENTITIES ACKNOWLEDGED THE TRANSFER AND DEPOSIT UNTIL 1/21/14: THE MARKET VALUE OF THE STOCKS & WARRANTS FELL FROM $40.— PER SHARE TO $38.— PER SHARE BEFORE MR. FOX WAS ABLE TO TRANSFER THE FUNDS TO A SECURE CASH ACCOUNT. THE FINAL MARKET VALUE AS OF 1/21/14 WASHED DOWN TO $7344.36 @ 38.— per SHARE PLUS WARRANTS VALUE. MR. FOX PRO-SE MOTIONS THAT ANY LOSSES DUE TO CLERICAL NEGLIGENCE, §BREACH OF FIDUCIARY TRUST AND MARKET FLUCTUATION BE REFLECTED IN A FINAL SETTLEMENT PAYMENT TO COVER THE FULL $19,500.— MESSAGES ARE LEFT WITH BETH ANDREWS @ 866-521-0079 FOR WILMINGTON TRUST, WHERE AN ASSISTANT SAID DISTRIBUTIONS ARE MADE ON THE 5th AND 20th AND THE COURT KNOWS WHEN THAT WILL BE. FIDELITY WILL ONLY TRANSFER STOCKS TO A CASH ACCOUNT WHEN MR. FOX CALLS [NO PRIOR REQUEST(S) TAKEN TO SECURE ACTUAL, LIQUIDATED VALUE]. THIS IS MOTIONED FOR WITHIN THE CURRENT SETTLEMENT ORDER SO ADDITIONAL LITIGATION (AND EXSPENSE) WILL BE AVOIDED.

I CERTIFY A TRUE COPY
IS FORWARDED AND SERVED
BY U.S. MAIL TO
JOSEPH SMOLINSKY FOR
MOTORS LIQUIDATORS, ET AL.
ON THIS DATE.
DHF 2/18/14

[WEIL, GOTSHALE MANGES]

RESPECTFULLY SUBMITTED
DHFox PRO-SE
DANA H. FOX



RECEIVED
FEB 24 2014
U.S. BANKRUPTCY COURT, SDNY
REG