UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                            Chapter 11

MOTORS LIQUIDATION COMPANY,                           Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)

                                       Debtor.
-------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID B. OWENS

UPON the motion of David B. Owens dated February 26, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David B. Owens is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
            March 4, 2014

                                                                    *s/ Robert E. Gerber*
                                                                    UNITED STATES BANKRUPTCY JUDGE