**DEAN & FULKERSON**
ATTORNEYS AND COUNSELORS
PROFESSIONAL CORPORATION

FIFTH FLOOR
801 WEST BIG BEAVER ROAD
TROY, MICHIGAN 48084-4724

WEB SITE   WWW.DFLAW.COM

TELEPHONE  (248) 362-1300
FACSIMILE  (248) 362-1358

DIRECT DIAL:  (248) 273-2184
E-MAIL ADDRESS:  KSUMMERS@DFLAW.COM

KEITH M. ARETHA
RICHARD C. BRUDER
JOHN W. BRYANT
W. JERRY BYRD
ROBERT R. CLEARY
WILLIAM G. COON
JAMES P. DEAN
JAMES M. DWORMAN
PAUL R. GILLERAN
M. MICHAEL HAMBURG
JEFFREY L. HUDSON
ROBERT M. KALEC*
JANET E. LANYON
MICHAEL B. LEWIS
ERIC H. LIPSITT

THOMAS P. MARTIN**
JAMES K. O'BRIEN
DONALD A. PIERCE, JR.
NEILL T. RIDDELL
KEVIN N. SUMMERS
LEONARD A. WILCOX, JR.
KENNETH W. ZATKOFF

CHARLES A. DEAN 1917-2013
GEORGE J. FULKERSON +

ALSO ADMITTED IN
* ILLINOIS AND THE
  DISTRICT OF COLUMBIA
** MASSACHUSETTS

+ RETIRED

February 14, 2014

Clerk of the Court
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004-1408

FEB 24 2014

RE:    **Motors Liquidation Company, et al, f/k/a General Motors Corp., et al**
       **Case No. 09-50026**

Dear Sir/Madam:

Enclosed please find an original and one copy of a Transfer of Claim Other Than for Security together with the appropriate filing fee in connection with the above referenced matter. Once it has been entered, please return a time stamped copy to the undersigned in the envelope provided.

Please contact me directly with any questions you may have.

Very truly yours,

DEAN & FULKERSON, P.C.

Kevin N. Summers

KNS/cc
Encl.

B 210A (Form 210A) (12/09)

FEB 2 4 2014

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Motors Liquidation Company, et al, f/k/a   ,
General Motors Corp., et al.

Chapter 11
Case No. 09-50026
(jointly administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Sundram International Inc.
Name of Transferee

Name and Address where notices to transferee
should be sent:
  Keith M. Aretha
  Dean & Fulkerson, 801 W. Big Beaver Rd
Troy, MI 48084
Phone: (248) 362-1300
Last Four Digits of Acct #:     6143

Name and Address where transferee payments
should be sent (if different from above):



Phone:
Last Four Digits of Acct #:

Sundram Fasteners Limited
Name of Transferor

Court Claim # (if known):   65678
Amount of Claim:   $20,310.41
Date Claim Filed:   11/30/2009


Phone: (248) 362-1300
Last Four Digits of Acct. #:   6143

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Keith M. Aretha_          Date: _2/11/14_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.