# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:             ) | Case No. 09-50026 (REG) |
|             ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*,   ) | (Jointly Administered) |
|    f/k/a General Motors Corp., *et al.*,    ) | |
|             ) | |
|      Debtors.             ) | |

**STIPULATION AND ORDER SETTING FORTH LIMITED MODIFICATION TO
ENVIRONMENTAL RESPONSE TRUST
CONSENT DECREE AND SETTLEMENT AGREEMENT
AMONG
THE ENVIRONMENTAL RESPONSE TRUST ADMINISTRATIVE TRUSTEE,
THE UNITED STATES,
THE STATES OF DELAWARE, ILLINOIS, INDIANA, KANSAS, MICHIGAN,
MISSOURI, NEW JERSEY, NEW YORK, OHIO, WISCONSIN, COMMONWEALTH
OF VIRGINIA, THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL
QUALITY, THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL
PROTECTION, THE DEPARTMENT OF ENVIRONMENTAL PROTECTION OF
THE COMMONWEALTH OF PENNSYLVANIA AND THE SAINT REGIS
MOHAWK TRIBE**

WHEREAS, on March 29, 2011, the Court entered an order confirming the debtors'

Plan of Liquidation and ("Confirmation Order") approving an Environmental Response Trust

Consent Decree and Settlement Agreement (the "ERT Consent Decree") (*see* Dkt. No. 9941 ¶

7 at 19-20 among the United States, fourteen states and/or state agencies, the St. Regis

Mohawk Tribe, and Debtors, resolving, among other things, the dispositions of various

properties that were then owned by Debtors and providing certain funding for environmental

actions at many of those properties; and

WHEREAS, the ERT Consent Decree provided for the establishment of an

environmental response trust, funded by the Debtors using funds (the "Trust Funding") that

were provided to Debtors in part by the United States Department of Treasury as debtor-in-

possession lender, that would hold title to certain properties that had been owned by Debtors,

and whose purpose would be, among other things, to conduct, manage, and/or fund

Environmental Actions in accordance with the provisions of the ERT Consent Decree; to

carry out administrative and property management functions related to the properties and pay

associated administrative costs; and to try to sell or transfer the properties (ERT Consent

Decree ¶ 29 at 11-12); and

WHEREAS, the Court approved and appointed EPLET, LLC to serve as the

Environmental Response Trust Administrative Trustee ("Administrative Trustee"),

(Confirmation Order ¶ 7, at 20), and the Trust is now known as the Revitalizing Auto

Communities Environmental Response Trust ("RACER Trust"); and

WHEREAS, the Debtors' confirmed Plan of Liquidation became effective on March

31, 2011, and pursuant to the terms of the Confirmation Order, the ERT Consent Decree

likewise became effective on that date and the Debtor-owned properties and Trust Funding were transferred to the RACER Trust; and

WHEREAS, RACER Trust's funding includes an "Administrative Funding Reserve Account" (Approval Order ¶ 7, at 20-21).  The purpose of the Administrative Funding Reserve Account was to fund actual or projected shortfalls in the Administrative Funding Account identified by the Administrative Trustee prior to the third anniversary of the Effective Date, "strictly limited to unexpectedly high demolition costs and Property holding costs and unexpectedly low proceeds derived from rental of Properties or proceeds derived from the sale of Properties" (ERT Consent Decree ¶ 53, at 30); and

WHEREAS, the ERT Consent Decree further provides that "[a]ny funds remaining" in the Administrative Funding Reserve Account "shall" be returned to the United States Department of the Treasury "after the third anniversary of the Effective Date," *i.e.*, March 31, 2014; and

WHEREAS, Debtors have liquidated pursuant to the Plan of Liquidation and therefore cannot execute this stipulation, but Debtors' former counsel has informed the signatories hereto that they have no objection to the agreement stated herein;

WHEREAS, the parties to the ERT Consent Decree that still are in existence agree that the date on which funds are to be returned from the Administrative Funding Reserve Account to the United States Department of the Treasury should be delayed by one year; and

WHEREAS, the parties wish to avoid any potential disputes about the return of funds from the Administrative Funding Reserve Account to the United States Department of the Treasury by March 31, 2014, and therefore have agreed to delay by one year the date by which that amount is to be returned;

2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The third and sixteenth lines of Paragraph 53 of the ERT Consent Decree are hereby modified by changing the words "third anniversary" to "fourth anniversary."

2. This stipulation may be signed in counterparts.

3. This stipulation does not otherwise change or alter in any respect the terms and conditions of the ERT Consent Decree.

[Remainder of this page is intentionally left blank]

THE UNDERSIGNED PARTIES ENTER INTO THIS SETTLEMENT AGREEMENT

**FOR THE UNITED STATES**

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources
    Division
U.S. Department of Justice

Date:  2/14/14

PREET BHARARA
United States Attorney
Southern District of New York
By:  David S. Jones
Natalie N. Kuehler
Assistant U.S. Attorneys

Date:  2/21/2014

ALAN S. TENENBAUM
National Bankruptcy Coordinator
PATRICK CASEY
Senior Counsel
Environment and Natural Resources Division
Environmental Enforcement Section
U.S. Department of Justice

Date:  2/18/14

CYNTHIA GILES
Assistant Administrator
Office of Enforcement and Compliance
Assurance
U.S. Environmental Protection Agency

4

THE UNDERSIGNED PARTIES ENTER INTO THIS SETTLEMENT AGREEMENT

**FOR THE UNITED STATES**

_____
ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources
    Division
U.S. Department of Justice


Date: _____

_____
PREET BHARARA
United States Attorney
Southern District of New York
By: David S. Jones
Natalie N. Kuehler
Assistant U.S. Attorneys


Date: _____

_____
ALAN S. TENENBAUM
National Bankruptcy Coordinator
PATRICK CASEY
Senior Counsel
Environment and Natural Resources Division
Environmental Enforcement Section
U.S. Department of Justice

Date: _____

_____
CYNTHIA GILES
Assistant Administrator
Office of Enforcement and Compliance
Assurance
U.S. Environmental Protection Agency

2/11/14

4

## FOR THE ENVIRONMENTAL RESPONSE TRUST ADMINISTRATIVE TRUSTEE

EPLET, LLC in its Representative Capacity as
the Environmental Response Administrative
Trustee of The Environmental Response Trust

Date: 2-5-14

By: _____

Name: Elliott P. Laws
Title: Managing Member

**FOR THE STATE OF DELAWARE**

Date: 3/14/14

Collin P. O'Mara, Secretary
Delaware Department of Natural Resources
and Environmental Control

Date: 3/18/14

Robert S. Kuehl
Deputy Attorney General
Delaware Department of Justice

6

**FOR THE STATE OF ILLINOIS AND THE ILLINOIS ENVIRONMENTAL
PROTECTION AGENCY**

FOR THE STATE OF ILLINOIS
LISA MADIGAN, Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement/Asbestos Litigation Division

Date: 2/18/14

GERALD T KARR
Supervising Attorney
Environmental Bureau
69 West Washington Street, Suite 1800
Chicago, IL  60602

FOR THE ILLINOIS ENVIRONMENTAL PROTECTION
AGENCY

Date: 2/18/14

JOHN J. KIM
Chief Legal Counsel

7

# FOR THE STATE OF INDIANA

Indiana Department of
Environmental Management

By: _____
    Thomas W. Easterly
    Commissioner


By: _____

    Bruce H Palin,
    Assistant Commissioner
    Office of Land Quality
    Ind. Dept. of Environmental Mgmt
    100 North Senate Avenue

    MC 50-01, ICGN 1301
    Indianapolis, IN 46204


Date: _2/10/14_

Gregory F. Zoeller,
Attorney General of Indiana
Atty. No. 1958-98

By: _____
    Patricia Orloff Erdmann
    Chief Counsel for Litigation
    Atty. No. 17664-49A

By: _____

    Timothy J. Junk
    Deputy Attorney General
    Atty. No. 5587-02
    Office of the Attorney General
    Indiana Government Center South, Fifth
    Floor
    302 West Washington Street
    Indianapolis, IN 46204


Date: _February 11, 2014_

**FOR THE STATE OF KANSAS**

Date:  _2/6 / 14_

_____
ROBERT MOSER, M.D.
Secretary
Kansas Department of
Health and Environment

**FOR THE STATE OF MICHIGAN**

Date: _2/6/14_

_[signature]_

Bill Schuette
Attorney General

Celeste R. Gill (P52484)
Assistant Attorney General
Environment, Natural Resources and
Agriculture Division
6th Floor, G. Mennen Williams Building
525 West Ottawa Street
P.O. Box 30755
Lansing, MI  48909
Tel.: (517) 373-7540
Fax: (517) 373-1610
gillc1@michigan.gov
Attorneys for the Michigan Department of
Environmental Quality

10

**FOR THE STATE OF MISSOURI**

Date: 1/28/14

CHRIS KOSTER
Attorney General for the State of Missouri

JOHN K. McMANUS
Chief Counsel
Agriculture and Environment Division
P.O. Box 899
Jefferson City, Missouri  65102
Tel.: (573) 751-8370
Fax: (573) 751-8796
Email: jack.mcmanus@ago.mo.gov

Date: 1/23/14

Leanne Tippett Mosby
Director
Division of Environmental Quality
Missouri Department of Natural Resources
P.O. Box 176
Jefferson City, Missouri  65102

11

**FOR THE STATE OF NEW JERSEY**

JOHN J. HOFFMAN
Acting Attorney General for
the State of New Jersey

Date: 2/6/14

By: _____

John F. Dickinson, Jr.
Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, New Jersey  08625-0093
Tel.: (609) 984-4863
Fax: (609) 984-9315
Email:  john.dickinson@dol.lps.state.nj.us

**FOR THE STATE OF NEW YORK**

ERIC T. SCHNEIDERMAN
Attorney General

Date: *February 6, 2014*

By:  Maureen Leary
Assistant Attorney General
Chief, Toxics Section
NYS Department of Law
Environmental Protection Bureau
The Capitol
Albany, New York 12224-0341
Tel.:  (518) 474-7154
Fax:  (518) 473-2534
maureen.leary@ag.ny.gov

**FOR THE STATE OF OHIO**

Date: _2/1/14_

_____
MICHAEL DeWINE
Attorney General for the State of Ohio

By:     Michael E. Idzkowski
        Assistant Attorney General
        30 E. Broad Street, 25th Floor
        Columbus, Ohio 43215
        Tel.: (614) 752-9563
        Fax: (614) 644-1926

        Email: Michael.idzkowski@ohioattorneygener.gov

## FOR THE COMMONWEALTH OF VIRGINIA

MARK R. HERRING
ATTORNEY GENERAL

Date: _2/12/2014_          By:_____

Jeremiah J. Jewett, III, VSB # 16674
Senior Assistant Attorney General
Environmental Section
Office of the Attorney General of Virginia
900 East Main Street
Richmond, Virginia 23219
(804) 225-4205
jjewett@oag.state.va.us

**FOR THE STATE OF WISCONSIN**

Cathy Stepp
Secretary

Date: ___2/12/14___

Matt Moroney
Deputy Secretary
Wisconsin Department of Natural Resources

Approved as to form:

J.B. VAN HOLLEN
Attorney General

Date: ___2/13/14___

ANNE C. MURPHY
Assistant Attorney General
State Bar # 1031600
Attorneys for the State of Wisconsin

16

**FOR THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**

Date: *07 Feb 2014*

Cheryl Sonnier Nolan
Assistant Secretary
Office of Environmental Services
Louisiana Department of Environmental Quality

17

# FOR THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION

MASSACHUSETTS DEPARTMENT OF
ENVIRONMENTAL PROTECTION
By its attorney,

MARTHA COAKLEY,
ATTORNEY GENERAL

Date: __2|7|14__          By: _____

Carol Iancu, MA BBO # 635626
Assistant Attorney General
Environmental Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2428
carol.iancu@state.ma.us

18

**FOR THE DEPARTMENT OF ENVIRONMENTAL PROTECTION OF THE
COMMONWEALTH OF PENNSYLVANIA**

Date: _2/21/14_

Dennis A. Whitaker
Chief Counsel
Office of Chief Counsel
Rachel Carson State Office Building
400 Market Street
Harrisburg, Pennsylvania  17101-2301

**FOR THE SAINT REGIS MOHAWK TRIBE**

Date: ___02/07/14___

McNAMEE, LOCHNER, TITUS
& WILLIAMS, P.C.
John J. Privitera, Esq.
Jacob F. Lamme, Esq.
677 Broadway
Albany, New York 12207
Tel.: (518) 447-3200
Fax: (518) 426-4260

20

SO ORDERED:

_____

United States Bankruptcy Judge

New York, NY
March ___, 2014

21