UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Presentment Date and Time:
March 26, 2014, 12:00 noon

——————————————————X

In re:                                                                    Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,          Case No. 09-50026 (REG)
 f/k/a General Motors Corp., *et al.,*

   Debtors.

——————————————————X

CORRECTED[1] NOTICE OF PRESENTMENT OF STIPULATION AND ORDER SETTING FORTH LIMITED MODIFICATION TO ENVIRONMENTAL RESPONSE TRUST CONSENT DECREE SOLELY TO EXTEND ONE REPAYMENT DEADLINE

  PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 9074-1(b), the United States

of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New

York, will present the attached proposed Stipulation and Order, upon the consent of all

still-existing signatories to the Environmental Response Trust Consent Decree and Settlement

Agreement Among Debtors, the Environmental Response Trust Administrative Trustee, the

United States, fourteen specified states acting in each of the states' own name or in the name of

their authorized environmental agencies, and the Saint Regis Mohawk Tribe (the "**ERT Consent**

**Decree**," approved by the Confirmation Order, Dkt. No. 9941 (March 29, 2011)), to the Honorable

Robert E. Gerber, United States Bankruptcy Judge, for signature on March 26, 2014, at 12:00

noon.   The Stipulation and Order, if and when approved by the Court, shall modify the ERT

Consent Decree solely by extending, by one year, the date by which the Restoring Auto

Communities Environmental Response ("**RACER**") Trust must repay specified administrative

funds to the United States Department of the Treasury.

————————————————

1 This notice corrects the inadvertent use of an incorrect docket number in the notice of presentment filed on March 20, 2014, Dkt. No. 12611.   The notice is otherwise identical.

1

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 9074-1(b),

objections, if any, must be made in writing and received in the Bankruptcy Judge's chambers and

by the undersigned, by no later than 11:30 a.m. on March 26, 2014.   Unless objections are

received by that time, the Stipulation and Order may be signed.

Dated: New York, New York
       March 21, 2014

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York
                                        Attorney for Defendant

                            By:    /s/ David S. Jones
                                   DAVID S. JONES
                                   Assistant United States Attorney
                                   Telephone: 212.637.2739
                                   Fax: 212.637.2730

TO:    All parties via ECF notification

       And by email to:

       Joseph Smolinsky, Esq.
       Thomas Moers Mayer, Esq.
       Matt Williams, Esq.
       Counsel for all signatories to the proposed Stipulation and Order

       And by fax to the Office of the U.S. Trustee, 33 Whitehall Street, New York, NY 10004

2