## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| _____ ) | |
| In re: ) | Case No. 09-50026 (REG) |
| ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, ) | (Jointly Administered) |
| f/k/a General Motors Corp., *et al.*, ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |

**STIPULATION AND ORDER SETTING FORTH LIMITED MODIFICATION TO
ENVIRONMENTAL RESPONSE TRUST
CONSENT DECREE AND SETTLEMENT AGREEMENT
AMONG
THE ENVIRONMENTAL RESPONSE TRUST ADMINISTRATIVE TRUSTEE,
THE UNITED STATES,
THE STATES OF DELAWARE, ILLINOIS, INDIANA, KANSAS, MICHIGAN,
MISSOURI, NEW JERSEY, NEW YORK, OHIO, WISCONSIN, COMMONWEALTH
OF VIRGINIA, THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL
QUALITY, THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL
PROTECTION, THE DEPARTMENT OF ENVIRONMENTAL PROTECTION OF
THE COMMONWEALTH OF PENNSYLVANIA AND THE SAINT REGIS
MOHAWK TRIBE**

WHEREAS, on March 29, 2011, the Court entered an order confirming the debtors'
Plan of Liquidation and ("Confirmation Order") approving an Environmental Response Trust
Consent Decree and Settlement Agreement (the "ERT Consent Decree")  (*see* Dkt. No. 9941 ¶
7 at 19-20 among the United States, fourteen states and/or state agencies, the St. Regis
Mohawk Tribe, and Debtors, resolving, among other things, the dispositions of various
properties that were then owned by Debtors and providing certain funding for environmental
actions at many of those properties; and

WHEREAS, the ERT Consent Decree provided for the establishment of an
environmental response trust, funded by the Debtors using funds (the "Trust Funding") that
were provided to Debtors in part by the United States Department of Treasury as debtor-in-
possession lender, that would hold title to certain properties that had been owned by Debtors,
and whose purpose would be, among other things, to conduct, manage, and/or fund
Environmental Actions in accordance with the provisions of the ERT Consent Decree; to
carry out administrative and property management functions related to the properties and pay
associated administrative costs; and to try to sell or transfer the properties (ERT Consent
Decree ¶ 29 at 11-12); and

WHEREAS, the Court approved and appointed EPLET, LLC to serve as the
Environmental Response Trust Administrative Trustee ("Administrative Trustee"),
(Confirmation Order ¶ 7, at 20), and the Trust is now known as the Revitalizing Auto
Communities Environmental Response Trust ("RACER Trust"); and

WHEREAS, the Debtors' confirmed Plan of Liquidation became effective on March
31, 2011, and pursuant to the terms of the Confirmation Order, the ERT Consent Decree

likewise became effective on that date and the Debtor-owned properties and Trust Funding

were transferred to the RACER Trust; and

WHEREAS, RACER Trust's funding includes an "Administrative Funding Reserve

Account" (Approval Order ¶ 7, at  20-21).  The purpose of the Administrative Funding

Reserve Account was to fund actual or projected shortfalls in the Administrative Funding

Account identified by the Administrative Trustee prior to the third anniversary of the

Effective Date, "strictly limited to unexpectedly high demolition costs and Property holding

costs and unexpectedly low proceeds derived from rental of Properties or proceeds derived

from the sale of Properties" (ERT Consent Decree ¶ 53, at 30); and

WHEREAS, the ERT Consent Decree further provides that "[a]ny funds remaining" in

the Administrative Funding Reserve Account "shall" be returned to the United States

Department of the Treasury "after the third anniversary of the Effective Date," *i.e.*, March 31,

2014; and

WHEREAS, Debtors have liquidated pursuant to the Plan of Liquidation and therefore

cannot execute this stipulation, but Debtors' former counsel has informed the signatories

hereto that they have no objection to the agreement stated herein;

WHEREAS, the parties to the ERT Consent Decree that still are in existence agree that

the date on which funds are to be returned from the Administrative Funding Reserve Account

to the United States Department of the Treasury should be delayed by one year; and

WHEREAS, the parties wish to avoid any potential disputes about the return of funds

from the Administrative Funding Reserve Account to the United States Department of the

Treasury by March 31, 2014, and therefore have agreed to delay by one year the date by

which that amount is to be returned;

2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.  The third and sixteenth lines of Paragraph 53 of the ERT Consent Decree are hereby modified by changing the words "third anniversary" to "fourth anniversary."

2.  This stipulation may be signed in counterparts.

3.  This stipulation does not otherwise change or alter in any respect the terms and conditions of the ERT Consent Decree.

[Remainder of this page is intentionally left blank]

THE UNDERSIGNED PARTIES ENTER INTO THIS SETTLEMENT AGREEMENT

## FOR THE UNITED STATES

_____/s Robert G. Dreher_____          _____s/ David S. Jones_____
ROBERT G. DREHER                                 PREET BHARARA
Acting Assistant Attorney General                United States Attorney
Environment and Natural Resources                Southern District of New York
   Division                        By:  David S. Jones
U.S. Department of Justice                        Natalie N. Kuehler
                                                  Assistant U.S. Attorneys

Date:    2/14/14_____                          Date:    2/21/2014_____


__ s/ Alan S. Tenenbaum_____
ALAN S. TENENBAUM
National Bankruptcy Coordinator
PATRICK CASEY
Senior Counsel
Environment and Natural Resources Division
Environmental Enforcement Section
U.S. Department of Justice

Date:    2/18/2014_____


_____ s/ Cynthia Giles   2/11/14_____
CYNTHIA GILES
Assistant Administrator
Office of Enforcement and Compliance
Assurance
U.S. Environmental Protection Agency

**FOR THE ENVIRONMENTAL RESPONSE TRUST ADMINISTRATIVE TRUSTEE**

EPLET, LLC in its Representative Capacity as the Environmental Response Administrative Trustee of The Environmental Response Trust

Date: _____2/5/14_____     By: ____s/ Elliott P. Laws_____
                                      Name: Elliott P. Laws
                                      Title: Managing Member

**FOR THE STATE OF DELAWARE**


Date: ___3/14/14_____          _____s/ Collin P. O'Mara_____
                                     Collin P. O'Mara, Secretary
                                     Delaware Department of Natural Resources
                                     and Environmental Control


Date: _____3/18/14_____      ___s/ Robert S. Kuehl_____
                                     Robert S. Kuehl
                                     Deputy Attorney General
                                     Delaware Department of Justice

6

**FOR THE STATE OF ILLINOIS AND THE ILLINOIS ENVIRONMENTAL
PROTECTION AGENCY**

FOR THE STATE OF ILLINOIS
LISA MADIGAN, Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement/Asbestos Litigation Division

Date:___2/18/14_____         ____s/ Gerald T. Karr_____
                                       GERALD T. KARR
                                       Supervising Attorney
                                       Environmental Bureau
                                       60 West Washington Street, Suite 1800
                                       Chicago, IL   60602

                                       FOR THE ILLINOIS ENVIRONMENTAL PROTECTION
                                       AGENCY

Date:_____2/18/14_____       ___s/ John J. Kim_____
                                       JOHN J. KIM
                                       Chief Legal Counsel

**FOR THE STATE OF INDIANA**

| | |
|---|---|
| Indiana Department of<br>Environmental Management | Gregory F. Zoeller,<br>Attorney General of Indiana<br>Atty. No. 1958-98 |

By: __s/ Thomas W. Easterly_____     By:__s/ Patricia Orloff Erdmann_____
     Thomas W. Easterly                        Patricia Orloff Erdmann
     Commissioner                          Chief Counsel for Litigation
                                         Atty. No. 17664-49A

By: __s/ Bruce H. Palin_____     By: __s/ Timothy J. Junk_____
     Bruce H Palin,                           Timothy J. Junk
     Assistant Commissioner              Deputy Attorney General
     Office of Land Quality               Atty. No. 5587-02
     Ind. Dept. of Environmental Mgmt    Office of the Attorney General
     100 North Senate Avenue            Indiana Government Center South, Fifth
                                         Floor
     MC 50-01, ICGN 1301               302 West Washington Street
     Indianapolis, IN 46204             Indianapolis, IN 46204

     Date: ___2/10/14_____         Date: __2/11/14_____

**FOR THE STATE OF KANSAS**


Date: ___2/6/14_____          _s/ Robert Moser, MD_____
                                         ROBERT MOSER, M.D.
                                         Secretary
                                         Kansas Department of
                                         Health and Environment

# FOR THE STATE OF MICHIGAN

Date:    2/6/14                              s/ Celeste R. Gill
                                             Bill Schuette
                                             Attorney General

                          By:    Celeste R. Gill (P52484)
                                 Assistant Attorney General
                                 Environment, Natural Resources and
                                 Agriculture Division
                                 6th Floor, G. Mennen Williams Building
                                 525 West Ottawa Street
                                 P.O. Box 30755
                                 Lansing, MI  48909
                                 Tel.: (517) 373-7540
                                 Fax: (517) 373-1610
                                 gillc1@michigan.gov
                                 Attorneys for the Michigan Department of
                                 Environmental Quality

## FOR THE STATE OF MISSOURI

Date: _____1/28/14_____          _s/ Chris Koster_____
                                          CHRIS KOSTER
                                          Attorney General for the State of Missouri

                                          JOHN K. McMANUS
                                          Chief Counsel
                                          Agriculture and Environment Division
                                          P.O. Box 899
                                          Jefferson City, Missouri  65102
                                          Tel.:  (573) 751-8370
                                          Fax:  (573) 751-8796
                                          Email:  jack.mcmanus@ago.mo.gov


Date: _____1/23/14_____          __s/ Leanne Tippett Mosby_____
                                          Leanne Tippett Mosby
                                          Director
                                          Division of Environmental Quality
                                          Missouri Department of Natural Resources
                                          P.O. Box 176
                                          Jefferson City, Missouri  65102

**FOR THE STATE OF NEW JERSEY**


Date: ____2/6/14_____                    __s/ John F. Dickinson, Jr._____
                                             JOHN J. HOFFMAN
                                             Acting Attorney General for
                                             the State of New Jersey

                                    By:    John F. Dickinson, Jr.
                                           Deputy Attorney General
                                           Richard J. Hughes Justice Complex
                                           25 Market Street
                                           P.O. Box 093
                                           Trenton, New Jersey  08625-0093
                                           Tel.:  (609) 984-4863
                                           Fax:  (609) 984-9315

**FOR THE STATE OF NEW YORK**

ERIC T. SCHNEIDERMAN

Attorney General

Date:        2/6/14                      ___s/ Maureen Leary_____
                              By:    Maureen Leary
                                     Assistant Attorney General
                                     Chief, Toxics Section
                                     NYS Department of Law
                                     Environmental Protection Bureau
                                     The Capitol
                                     Albany, New York 12224-0341
                                     Tel.:  (518) 474-7154
                                     Fax:  (518) 473-2534
                                     maureen.leary@ag.ny.gov

13

**FOR THE STATE OF OHIO**


Date:  ___2/1/14_____          _s/ Michael E. Idzkowski_____
                                          MICHAEL DeWINE
                                          Attorney General for the State of Ohio

                              By:    Michael E. Idzkowski
                                     Assistant Attorney General
                                     30 E. Broad Street, 26th Floor
                                     Columbus, Ohio  43215
                                     Tel.:  (614) 752-4316
                                     Fax:  (866) 483-1104
                                     Email:  michelle.sutter@ohioattorneygeneral.gov

## FOR THE COMMONWEALTH OF VIRGINIA

KENNETH T. CUCCINELLI, II
ATTORNEY GENERAL

Date: _____2/12/2014_____          By:___s/ Jeremiah J. Jewett, III_____
Jeremiah J. Jewett, III, VSB # 16674
Senior Assistant Attorney General
Environmental Section
Office of the Attorney General of Virginia
900 East Main Street
Richmond, Virginia 23219
(804) 225-4205
Jjewett@oag.state.va.us

**FOR THE STATE OF WISCONSIN**


CATHY STEPP
Secretary


Date:    _____2/12/14_____         ___s/ Matt Moroney_____
                                         Matt Moroney
                                         Deputy Secretary
                                         Wisconsin Department of Natural Resources


Approved as to form:


J.B. VAN HOLLEN
Attorney General


Date:    ___2/13/14_____          ___s/ Anne C. Murphy_____
                                         ANNE C. MURPHY
                                         Assistant Attorney General
                                         State Bar # 1031600
                                         Attorneys for the State of Wisconsin


16

**FOR THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**


Date:    <u>    07 Feb 2014          </u>          <u>    s/ Cheryl Sonnier Nolan          </u>
                                                Cheryl Sonnier Nolan
                                                Assistant Secretary
                                                Office of Environmental Services
                                                Louisiana Department of Environmental Quality

**FOR THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION**

                                                  MASSACHUSETTS DEPARTMENT OF
ENVIRONMENTAL PROTECTION
By its attorney,

MARTHA COAKLEY,
ATTORNEY GENERAL

Date: ___2/7/14_____        By:____s/ Carol Iancu_____
Carol Iancu, MA BBO # 635626
Assistant Attorney General
Environmental Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2428
carol.iancu@state.ma.us

**FOR THE DEPARTMENT OF ENVIRONMENTAL PROTECTION OF THE COMMONWEALTH OF PENNSYLVANIA**


Date: _____2/21/14_____          ___s/ Dennis A. Whitaker_____
                                          Dennis A. Whitaker
                                          Chief Counsel
                                          Office of Chief Counsel
                                          Rachel Carson State Office Building
                                          400 Market Street
                                          Harrisburg, Pennsylvania  17101-2301

**FOR THE SAINT REGIS MOHAWK TRIBE**


Date:    02/07/14                    s/ John J. Privitera
                                      McNAMEE, LOCHNER, TITUS
                                           & WILLIAMS, P.C.
                                      John J. Privitera, Esq.
                                      Jacob F. Lamme, Esq.
                                      677 Broadway
                                      Albany, New York  12207
                                      Tel.:  (518) 447-3200
                                      Fax:  (518) 426-4260


**SO ORDERED:**


Dated: New York, New York
       April 2, 2014

                                      s/ Robert E. Gerber
                                      Honorable Robert E. Gerber
                                      United States Bankruptcy Judge