09-50026-mg    Doc 12616    Filed 04/16/14    Entered 04/16/14 17:20:20    Main Document
Pg 1 of 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*. :
:
                    Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss
COUNTY OF NASSAU    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.     I am a Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On April 11, 2014, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 16th day of
April, 2014

/s/Kevin M. Doyle
Kevin M. Doyle
Notary Public, State of New York
No. 02DO6173767
Qualified in Suffolk County
Commission Expires September 4, 2015

# EXHIBIT A

DOROTHY R ERSKINE
BY DOROTHY R ERSKINE
5985 N RIVER RD
FREELAND, MI 48623-9250

ESTATE OF DONALD J KEELER
ATTN RICHARD A FERRARO
625 WILSON POND RD
NORTH MONMOUTH, ME 04265-6117

ESTATE OF DONALD J KEELER
ATTN RICHARD A FERRARO
625 WILSON POND RD
NORTH MONMOUTH, ME 04265-6117

ESTATE OF JOYCE BENTLEY KEELER DONALD J KEELER JT
625 WILSON PD RD
NORTH MONMOUTH, ME 04265-6117