Richard C. Godfrey
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: 312-862-2391
Facsimile: 312-862-2200

Counsel for General Motors LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No.: 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (**Jointly Administered**) |

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard C. Godfrey, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent General Motors LLC in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Illinois and of the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this Motion for *pro hac vice* admission.

My address is:        Richard C. Godfrey
                      KIRKLAND & ELLIS LLP
                      300 North LaSalle
                      Chicago, Illinois 60654
                      Telephone: 312-862-2391
                      Facsimile: 312-862-2200
                      rgodfrey@kirkland.com

Dated: Chicago, Illinois
April 21, 2014

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: /s/ Richard C. Godfrey

Richard C. Godfrey, P.C.
Attorney for General Motors LLC
300 North LaSalle
Chicago, Illinois 60654
Telephone: 312-862-2391
Facsimile: 312-862-2200
rgodfrey@kirkland.com