Andrew B. Bloomer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: 312-862-2482
Facsimile: 312-862-2200

Counsel for General Motors LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.: 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (**Jointly Administered**) |

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Andrew B. Bloomer, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent General Motors LLC in the above-referenced case.

I certify that I am a member in good standing of the bar in the States of Illinois and Wisconsin and of the United States District Court for the Northern District of Illinois

I have submitted the filing fee of $200.00 with this Motion for *pro hac vice* admission.

    My address is:    Andrew B. Bloomer
                                  KIRKLAND & ELLIS LLP
                                  300 North LaSalle
                                  Chicago, Illinois 60654
                                  Telephone: 312-862-2482
                                  Facsimile: 312-862-2200
                                  andrew.bloomer@kirkland.com

Dated: Chicago, Illinois
April 21, 2014

                                                Respectfully submitted,

                                                KIRKLAND & ELLIS LLP

                                                By: /s/ Andrew B. Bloomer

                                                Andrew B. Bloomer, P.C.
                                                Attorney for General Motors LLC
                                                300 North LaSalle
                                                Chicago, Illinois 60654
                                                Telephone: 312-862-2482
                                                Facsimile: 312-862-2200
                                                andrew.bloomer@kirkland.com