**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion for Andrew B. Bloomer, to be admitted, *pro hac vice,* to represent General Motors LLC in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Illinois and Wisconsin and of the United States District Court for the Northern District of Illinois.

ORDERED, that Andrew B. Bloomer, is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: Chicago, Illinois
      April __, 2014

 

_____
UNITED STATES BANKRUPTCY JUDGE