# SCHEDULE "1"

## CHART OF IGNITION SWITCH ACTIONS

|   | **Name** | **Class Models** | **Plaintiffs' Model**[1] | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | Silvas[2] | N/A | 2006 Chevy Cobalt | Southern District of Texas<br><br>2:14-cv-00089 | 2/27/2014[3] |
| 2 | Brandt (Class Action)[4] | Various models from 2003 to 2007 | 2007 Chevy Cobalt | Southern District of Texas<br><br>2:14-cv-00079 | 3/13/14 |
| 3 | Woodward (Class Action)[5] | Various models from 2003 to 2007 | 2007 Chevy HHR | Northern District of Illinois<br><br>1:14-cv-01877 | 3/17/14 |
| 4 | Jawad (Class Action)[6] | Various models from 2003 to 2007 | 2007 Chevy Cobalt | Eastern District of Michigan<br><br>4:14-cv-11151 | 3/19/14 |
| 5 | McConnell (Class Action)[7] | Various models from 2003 to 2007 | 2007 Saturn Ion | Central District of California<br><br>8:14-cv-00424 | 3/19/14 |
| 6 | Jones (Class Action)[8] | Various models from 2003 to 2007 | 2006 Saturn Ion | Eastern District of Michigan<br><br>4:14-cv-11197 | 3/21/14 |

---

[1] The purported class in an alleged class action should not be greater in scope than the claims related to the named representative plaintiffs. Except for a portion of four Ignition Switch Actions (Camlan, Maciel, McCarthy, and Saclo), the proposed representative plaintiffs all owned vehicles designed and manufactured by Old GM. In Camlan, Maciel, McCarthy, and Saclo, the overwhelming majority of the named plaintiffs claim to own vehicles designed and manufactured by Old GM.

[2] A copy of the complaint filed in the Silvas Action is contained in the Compendium of Exhibits as Exhibit "K."

[3] The Silvas Action was originally commenced in State Court in Texas. New GM removed the Silvas Action to the Southern District of Texas on March 21, 2014.

[4] A copy of the complaint filed in the Brandt Action is contained in the Compendium of Exhibits as Exhibit "L."

[5] A copy of the complaint filed in the Woodward Action is contained in the Compendium of Exhibits as Exhibit "M."

[6] A copy of the complaint filed in the Jawad Action is contained in the Compendium of Exhibits as Exhibit "N."

[7] A copy of the complaint filed in the McConnell Action is contained in the Compendium of Exhibits as Exhibit "O."

[8] A copy of the complaint filed in the Jones Action is contained in the Compendium of Exhibits as Exhibit "P."

| 7 | Ponce (Class Action)[9] | Various models from 2003 to 2007 | 2007 Chevy HHR | Central District of California 2:14-cv-02161 | 3/21/14 |
|---|---|---|---|---|---|
| 8 | Maciel (Class Action)[10] | Various models from 2003 to 2007, and 2005 to 2010 Chevrolet Cobalts | 2010 Chevy Cobalt 2007 Chevy Cobalt 2008 Chevy Cobalt 2010 Chevy Cobalt 2005 Chevy Cobalt 2003 Saturn Ion 2010 Chevy Cobalt 2004 Saturn Ion 2007 Chevy HHR 2006 Saturn Ion | Northern District of California 4:14-cv-01339 | 3/24/14 |
| 9 | Benton (Class Action)[11] | Various models from 2003 to 2007 | 2005 Chevy Cobalt | Central District of California 5:14-cv-00590 | 3/26/14 |
| 10 | Kelley (Class Action)[12] | Various models from 2003 to 2007 | 2007 Chevy Cobalt 2007 Chevy HHR | Central District of California 8:14-cv-00465 | 3/26/14 |
| 11 | Shollenberger (Class Action)[13] | Various models from 2003 to 2007 | 2006 Chevy Cobalt | Middle District of Pennsylvania 1:14-cv-00582 | 3/27/14 |
| 12 | Ramirez (Class Action)[14] | Various models from 2003 to 2007 | 2007 Saturn Ion 2006 Saturn Ion 2007 Saturn Sky 2007 Saturn Sky 2007 Chevy Cobalt 2005 Chevy Cobalt 2005 Saturn Ion 2004 Saturn Ion 2006 Chevy Cobalt 2007 Chevy Cobalt 2007 Chevy Cobalt | Central District of California 2:14-cv-02344 | 3/27/14 |

---

[9] A copy of the complaint filed in the Ponce Action is contained in the Compendium of Exhibits as Exhibit "Q."
[10] A copy of the complaint filed in the Maciel Action is contained in the Compendium of Exhibits as Exhibit "R."
[11] A copy of the complaint filed in the Benton Action is contained in the Compendium of Exhibits as Exhibit "S."
[12] A copy of the complaint filed in the Kelley Action is contained in the Compendium of Exhibits as Exhibit "T."
[13] A copy of the complaint filed in the Shollenberger Action is contained in the Compendium of Exhibits as Exhibit "U."
[14] A copy of the complaint filed in the Ramirez Action is contained in the Compendium of Exhibits as Exhibit "V."

| | | | 2007 Pontiac G5 | | |
|---|---|---|---|---|---|
| 13 | Grumet (Class Action)[15] | Various models from 2003 to 2007 | 2004 Saturn Ion<br>2006 Saturn Ion<br>2007 Chevy HHR<br>2007 Saturn Ion<br>2006 Chevy Cobalt<br>2007 Chevy Cobalt | Southern District of California<br><br>3:14-cv-00713 | 3/27/14 |
| 14 | Deushane (Class Action)[16] | 2005 to 2010 Chevy Cobalts | 2005 Chevy Cobalt | Central District of California<br><br>8:14-cv-00476 | 3/28/14 |
| 15 | Ratzlaff (Class Action)[17] | Various models from 2003 to 2011 | 2005 Chevy Equinox<br>2005 Saturn Ion | Central District of California<br><br>2:14-cv-2424 | 3/31/14 |
| 16 | Satele (Class Action)[18] | Various models from 2003 to 2011 | 2006 Chevy Cobalt<br>2006 Chevy Cobalt | Central District of California<br><br>8:14-cv-00485 | 3/31/14 |
| 17 | Santiago (Class Action)[19] | Various models from 2003 to 2007 | 2007 Saturn Ion | Southern District of Florida<br><br>1:14-cv-21147 | 3/31/14 |
| 18 | Elliott[20] | N/A | 2006 Trailblazer SS<br>Chevy Cobalt SS | Superior Court of the District of Columbia<br><br>2014 CA 1980 B | 4/1/14 |
| 19 | Heuler (Class Action)[21] | Various models from 2003 to 2011 | 2006 Chevy Cobalt | Central District of California<br><br>8:14-cv-00492 | 4/1/14 |

---

[15] A copy of the complaint filed in the Grumet Action is contained in the Compendium of Exhibits as Exhibit "W."

[16] A copy of the complaint filed in the Deushane Action is contained in the Compendium of Exhibits as Exhibit "X."

[17] A copy of the complaint filed in the Ratzlaff Action is contained in the Compendium of Exhibits as Exhibit "Y."

[18] A copy of the complaint filed in the Satele Action is contained in the Compendium of Exhibits as Exhibit "Z."

[19] A copy of the complaint filed in the Santiago Action is contained in the Compendium of Exhibits as Exhibit "AA."

[20] A copy of the complaint filed in the Elliott Action is contained in the Compendium of Exhibits as Exhibit "BB."

[21] A copy of the complaint filed in the Heuler Action is contained in the Compendium of Exhibits as Exhibit "CC."

| | | | | | |
|---|---|---|---|---|---|
| 20 | Balls (Class Action)[22] | Various models from 2003 to 2011 | 2007 Saturn Ion | Central District of California 2:14-cv-02475 | 4/1/14 |
| 21 | Hamid (Class Action)[23] | Various models from 2003 to 2007 | 2007 Chevy Cobalt | District of Colorado 1:14-cv-00953 | 4/2/14 |
| 22 | Ashworth (Class Action)[24] | Various models from 2003 to 2007 | 2005 Chevy Cobalt 2005 Saturn Ion 2005 Saturn Ion 2007 Pontiac Solstice 2003 Saturn Ion 2006 Chevy HHR 2007 Pontiac G5 | Northern District of Alabama 2:14-cv-00607 | 4/2/14 |
| 23 | Phillip (Class Action)[25] | Various models from 2003 to 2011 | 2006 Saturn Ion 2009 Chevy HHR 2007 Chevy Cobalt 2007 Saturn Ion | District of Arizona 3:14-cv-08053 | 4/2/14 |
| 24 | Robinson (Class Action)[26] | Various models from 2003 to 2011 | 2005 Saturn Ion 2009 Chevy HHR 2007 Chevy Cobalt 2005 Saturn Ion 2009 Chevy Cobalt | Central District of California 2:14-cv-02510 | 4/3/14 |
| 25 | Ross (Class Action)[27] | Various models from 2003 to 2011 | 2007 Chevy Cobalt 2006 Saturn Ion 2007 Chevy Cobalt 2005 Chevy Cobalt | Eastern District of New York 1:14-cv-02148 | 4/3/14 |
| 26 | Darby (Class Action)[28] | Various models from 2003 to 2011 | 2006 Chevy HHR | Central District of California 5:14-cv-00676 | 4/4/14 |

---

[22] A copy of the complaint filed in the Balls Action is contained in the Compendium of Exhibits as Exhibit "DD."
[23] A copy of the complaint filed in the Hamid Action is contained in the Compendium of Exhibits as Exhibit "EE."
[24] A copy of the complaint filed in the Ashworth Action is contained in the Compendium of Exhibits as Exhibit "FF."
[25] A copy of the complaint filed in the Phillip Action is contained in the Compendium of Exhibits as Exhibit "GG."
[26] A copy of the complaint filed in the Robinson Action is contained in the Compendium of Exhibits as Exhibit "HH."
[27] A copy of the complaint filed in the Ross Action is contained in the Compendium of Exhibits as Exhibit "II."
[28] A copy of the complaint filed in the Darby Action is contained in the Compendium of Exhibits as Exhibit "JJ."

| 27 | Roush (Class Action)[29] | Various models from 2003 to 2011 | 2007 Chevy Cobalt | Western District of Missouri<br><br>2:14-cv-04095 | 4/4/14 |
|---|---|---|---|---|---|
| 28 | Forbes (Class Action)[30] | Various models from 2003 to 2011 | Chevy Cobalt (purchased in 2007) | Eastern District of Pennsylvania<br><br>2:14-cv-02018 | 4/4/14 |
| 29 | Camlan (Class Action)[31] | Various models from 2003 to 2011 | 2007 Chevy HHR<br>2008 Chevy HHR<br>2006 Chevy HHR<br>2011 Chevy HHR<br>2006 Chevy HHR | Central District of California<br><br>8:14-cv-00535 | 4/7/14 |
| 30 | Cox (Class Action)[32] | Various models from 2003 to 2011 | 2007 Saturn Ion | Central District of California<br><br>2:14-cv-02608 | 4/7/14 |
| 31 | Hurst (Class Action)[33] | Various models from 2003 to 2011 | 2005 Chevy Cobalt | Central District of California<br><br>2:14-cv-02619 | 4/7/14 |
| 32 | Malaga (Class Action)[34] | Various models from 2003 to 2011 | 2006 Chevy Cobalt<br>2006 Chevy Cobalt | Central District of California<br><br>8:14-cv-00533 | 4/7/14 |
| 33 | Groman (Class Action)[35] | Various models from 2003 to 2011 | 2008 Chevy HHR | Southern District of New York<br><br>1:14-cv-02458 | 4/7/14 |
| 34 | DePalma (Class Action)[36] | Various models from 2003 to 2007 | 2007 Chevy Cobalt<br>2006 Chevy Cobalt<br>2007 Chevy Cobalt | Middle District of Pennsylvania<br><br>1:14-cv-00681 | 4/8/14 |

---

[29] A copy of the complaint filed in the Roush Action is contained in the Compendium of Exhibits as Exhibit "KK."

[30] A copy of the complaint filed in the Forbes Action is contained in the Compendium of Exhibits as Exhibit "LL."

[31] A copy of the complaint filed in the Camlan Action is contained in the Compendium of Exhibits as Exhibit "MM."

[32] A copy of the complaint filed in the Cox Action is contained in the Compendium of Exhibits as Exhibit "NN."

[33] A copy of the complaint filed in the Hurst Action is contained in the Compendium of Exhibits as Exhibit "OO."

[34] A copy of the complaint filed in the Malaga Action is contained in the Compendium of Exhibits as Exhibit "PP."

[35] A copy of the complaint filed in the Groman Action is contained in the Compendium of Exhibits as Exhibit "QQ."

[36] A copy of the complaint filed in the DePalma Action is contained in the Compendium of Exhibits as Exhibit "RR."

| 35 | Deighan (Class Action)[37] | Various models from 2003 to 2007 | 2004 Saturn Ion | Western District of Pennsylvania 2:14-cv-00458 | 4/9/14 |
|---|---|---|---|---|---|
| 36 | Ashbridge (Class Action)[38] | Various models from 2003 to 2011 | 2003 Saturn Ion | Western District of Pennsylvania 2:14-cv-00463 | 4/10/14 |
| 37 | Henry (Class Action)[39] | Various models from 2003 to 2011 | 2004 Saturn Ion 2005 Chevy Cobalt | Eastern District of Texas 4:14-cv-00218 | 4/10/14 |
| 38 | DeSutter (Class Action)[40] | Various models from 2003 to 2007 | 2006 Saturn Ion 2006 Chevy Cobalt | Southern District of Florida 9:14-cv-80497 | 4/11/14 |
| 39 | Salerno (Class Action)[41] | Various models from 2003 to 2011 | 2006 Saturn Ion | Eastern District of Pennsylvania 2:14-cv-02132 | 4/11/14 |
| 40 | Stafford (Class Action)[42] | Various models from 2003 to 2011 | 2004 Saturn Ion | Northern District of California 3:14-cv-01702 | 4/11/14 |
| 41 | Brown (Class Action)[43] | Various models from 2003 to 2011 | 2006 Chevy HHR | Central District of California 2:14-cv-02828 | 4/13/14 |
| 42 | Coleman (Class Action)[44] | Various models from 2003 to 2011 | 2007 Pontiac G5 | Middle District of Louisiana 3:14-cv-00220 | 4/13/14 |

---

[37] A copy of the complaint filed in the Deighan Action is contained in the Compendium of Exhibits as Exhibit "SS."

[38] A copy of the complaint filed in the Ashbridge Action is contained in the Compendium of Exhibits as Exhibit "TT."

[39] A copy of the complaint filed in the Henry Action is contained in the Compendium of Exhibits as Exhibit "UU."

[40] A copy of the complaint filed in the DeSutter Action is contained in the Compendium of Exhibits as Exhibit "VV."

[41] A copy of the complaint filed in the Salerno Action is contained in the Compendium of Exhibits as Exhibit "WW."

[42] A copy of the complaint filed in the Stafford Action is contained in the Compendium of Exhibits as Exhibit "XX."

[43] A copy of the complaint filed in the Brown Action is contained in the Compendium of Exhibits as Exhibit "YY."

[44] A copy of the complaint filed in the Coleman Action is contained in the Compendium of Exhibits as Exhibit "ZZ."

| | | | | | |
|---|---|---|---|---|---|
| 43 | Ruff (Class Action)[45] | Various models from 2003 to 2011 | 2009 Chevy Cobalt<br>2007 Chevy Cobalt<br>2006 Chevy Cobalt | District of New Jersey<br><br>3:14-cv-02375 | 4/14/14 |
| 44 | Lewis (Class Action)[46] | Various models from 2003 to 2007 | 2007 Chevy HHR | Southern District of Indiana<br><br>1:14-cv-00573 | 4/14/14 |
| 45 | Roach (Class Action)[47] | Various models from 2003 to 2011 | 2008 Chevy Malibu | Southern District of Illinois<br><br>3:14-cv-00443 | 4/15/14 |
| 46 | Letterio (Class Action)[48] | Various models from 2003 to 2011 | 2007 Pontiac Solstice | Western District of Pennsylvania<br><br>2:14-cv-00488 | 4/15/14 |
| 47 | Bedford (Class Action)[49] | Various models from 2003 to 2011 | 27 Chevy Cobalts<br>7 Saturn Ions<br>2 Chevy HHRs | Eastern District of Michigan<br><br>2:14-cv-11544 | 4/16/14 |
| 48 | DeLuco (Class Action)[50] | Various models from 2003 to 2011 | 2006 Saturn Ion | Southern District of New York<br><br>1:14-cv-02713 | 4/16/14 |
| 49 | Saclo (Class Action)[51] | Various models from 2003 to 2011 | 15 Chevy Cobalts<br>5 Saturn Ions<br>3 Chevy HHRs<br>1 Pontiac Sky<br>1 Pontiac G5 | Central District of California<br><br>8:14-cv-00604 | 4/16/14 |

---

[45] A copy of the complaint filed in the Ruff Action is contained in the Compendium of Exhibits as Exhibit "AAA."

[46] A copy of the complaint filed in the Lewis Action is contained in the Compendium of Exhibits as Exhibit "BBB."

[47] A copy of the complaint filed in the Roach Action is contained in the Compendium of Exhibits as Exhibit "CCC."

[48] A copy of the complaint filed in the Letterio Action is contained in the Compendium of Exhibits as Exhibit "DDD."

[49] A copy of the complaint filed in the Bedford Action is contained in the Compendium of Exhibits as Exhibit "EEE."

[50] A copy of the complaint filed in the DeLuco Action is contained in the Compendium of Exhibits as Exhibit "FFF."

[51] A copy of the complaint filed in the Saclo Action is contained in the Compendium of Exhibits as Exhibit "GGG."

| 50 | Mazzocchi (Class Action)[52] | Various models from 2003 to 2011 | 2003 Saturn Ion | Southern District of New York 7:14-cv-02714 | 4/16/14 |
|---|---|---|---|---|---|
| 51 | McCarthy (Class Action)[53] | Various models from 2003 to 2011 | 2010 Chevy Cobalt | Eastern District of Louisiana 2:14-cv-00895 | 4/17/14 |
| 52 | Leval (Class Action)[54] | Various models from 2003 to 2011 | 2007 Chevy HHR | Eastern District of Louisiana 2:14-cv-00901 | 4/18/14 |
| 53 | Foster (Class Action)[55] | Various models from 2003 to 2011 | 2006 Chevy Cobalt | Northern District of Ohio 1:14-cv-00844 | 4/18/14 |
| 54 | Burton (Class Action)[56] | Various models from 2003 to 2011 | 2007 Saturn Ion | Western District of Oklahoma 5:14-cv-00396 | 4/18/14 |

---

[52] A copy of the complaint filed in the Mazzocchi Action is contained in the Compendium of Exhibits as Exhibit "HHH."

[53] A copy of the complaint filed in the McCarthy Action is contained in the Compendium of Exhibits as Exhibit "III."

[54] A copy of the complaint filed in the Leval Action is contained in the Compendium of Exhibits as Exhibit "JJJ."

[55] A copy of the complaint filed in the Foster Action is contained in the Compendium of Exhibits as Exhibit "KKK."

[56] A copy of the complaint filed in the Burton Action is contained in the Compendium of Exhibits as Exhibit "LLL."