UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                                  Chapter 11

MOTORS LIQUIDATION COMPANY,                             Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)

                                        Debtor.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ANDREW B. BLOOMER

UPON the motion of Andrew B. Bloomer dated April 21, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Andrew B. Bloomer is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 22, 2014

                                                         *s/ Robert E. Gerber*
                                                       UNITED STATES BANKRUPTCY JUDGE