KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Richard C. Godfrey, P.C. (*pro hac vice* pending)
Andrew B. Bloomer, P.C. (*pro hac vice* pending)

*Counsel for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
| In re:                                              | : | Chapter 11                |
|                                                     | : |                           |
| MOTORS LIQUIDATION COMPANY, *et al.*,               | : | Case No.: 09-50026 (REG)  |
|     f/k/a General Motors Corp., *et al*.            | : |                           |
|                                                     | : | (Jointly Administered)    |
|                       Debtors.                      | : |                           |
-------------------------------------------------------------x

### NOTICE OF (A) FILING OF MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION, AND (B) CONFERENCE TO BE HELD IN CONNECTION WITH SUCH MOTION

**PLEASE TAKE NOTICE** that on April 21, 2014, General Motors LLC ("**New GM**") filed (i) the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* ("**Motion to Enforce**"), and (ii) the Compendium of Exhibits to the Motion to Enforce, with the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**").

22828609v1

**PLEASE TAKE FURTHER NOTICE** that a briefing schedule and hearing date has not yet been established for the Motion to Enforce. Instead, the Bankruptcy Court has scheduled a conference to discuss the logistics of the Motion to Enforce, including, among other things, establishing an appropriate briefing schedule and fixing a date and time for the hearing on the Motion to Enforce. The conference will take place before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **May 2, 2014 at 9:45 a.m.**

Dated:  New York, New York
         April 22, 2014

   /s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:    (212) 556-2100
Facsimile:     (212) 556-2222

Richard C. Godfrey, P.C. (*pro hac vice* pending)
Andrew B. Bloomer, P.C. (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*