Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter C. D'Apice
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

*Counsel for Grant & Eisenhofer P.A.,*
*Baron & Budd, P.C. And The Cooper Firm*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              )
In re                                                         )    Chapter 11
                                                              )
MOTORS LIQUIDATION COMPANY, *et al.*,  )
    f/k/a General Motors Corp., et al)                )    Case No. 09-50026
                                                              )
                                                              )
                           Debtors.           )    Jointly Administered
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQEUST FOR SERVICE OF PAPERS

Please take notice that, pursuant to § 1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Sander L. Esserman and Peter C. D'Apice of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation, appear on behalf of Grant & Eisenhofer P.A., Baron & Budd, P.C. and The Cooper Firm, Plaintiffs' counsel in two class action cases filed in California on behalf of a nationwide class of consumers, as well as 29 state subclasses. The cases are known as *Galdina*

*Maciel, et al. v. General Motors, LLC*, Case No. 4:14-cv-01339 (N.D. Cal.) (filed March 24, 2014) and *Ken Saclo, et al. v. General Motors, LLC and Continental Automotive Systems US, Inc.,* Case No. 8:14-cv-00604 (C.D. Cal.) (filed April 16, 2014). Counsel respectfully request that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served on the addresses and numbers listed below:

Sander L. Esserman
Peter C. D'Apice
David J. Parsons
Briana L. Cioni
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Suite 2200
Dallas, TX  75201
(214) 969-4900
(214) 969-4999 (facsimile)
esserman@sbep-law.com
d'apice@sbep-law.com
parsons@sbep-law.com
cioni@sbep-law.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, plans, disclosure statements, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, written or oral, or whether by mail, delivery, telephone, telex or otherwise.

2

April 23, 2014                    Respectfully submitted,

                                               STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, A PROFESSIONAL
CORPORATION

By: */s/    Peter C. D'Apice*

Sander L. Esserman
(Admitted *Pro Hac Vice*)
Peter C. D'Apice
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

*Counsel for Grant & Eisenhofer P.A.,
Baron & Budd, P.C. And The Cooper Firm*

3