Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10021
Telephone:  (212) 379-6000
Facsimile:   (212) 644-6755
Email:       einselbuch@capdale.com

*Counsel for Certain Ignition Switch Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| (f/k/a General Motors Corporation, *et al.*), | : | |
| | : | |
| Debtors. | : | Jointly Administered |

---

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey A. Liesemer, a member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia, request admission *pro hac vice* before the Honorable Robert E. Gerber, to represent **Certain Ignition Switch Plaintiffs**, who are identified in the attached **Exhibit A**, in the above-titled bankruptcy case.

I agree to pay the filing fee of $200.00 with this Motion for *pro hac vice* admission.

My address is:    CAPLIN & DRYSDALE, CHARTERED
                  1 Thomas Circle, NW, Suite 1100
                  Washington, DC  20005

My e-mail address is:    jliesemer@capdale.com

My telephone number is:  (202) 862-5000

My facsimile number is:  (202) 429-3301

DOC# 1034463

Dated: Washington, DC
April 23, 2014

                           Respectfully submitted,

                           CAPLIN & DRYSDALE, CHARTERED

                           By: */s/ Jeffrey A. Liesemer*

                           Jeffrey A. Liesemer
                           1 Thomas Circle, NW, Suite 1100
                           Washington, DC  20005
                           Telephone:(202) 862-5000
                           Facsimile: (202) 429-3301
                           jliesemer@capdale.com

                           Elihu Inselbuch
                           CAPLIN & DRYSDALE, CHARTERED
                           600 Lexington Avenue, 21st Floor
                           New York, New York 10021
                           Telephone: (212) 379-6000
                           Facsimile: (212) 644-6755
                           einselbuch@capdale.com

                           *Counsel for Certain Ignition Switch Plaintiffs*