**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| (f/k/a General Motors Corporation, *et al.*), | : | |
| | : | |
| Debtors. | : | Jointly Administered |

---

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeffrey A. Liesemer, to be admitted, *pro hac vice*, to represent **Certain Ignition Switch Plaintiffs** (listed on the attached Exhibit A) in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, it is hereby

**ORDERED**, that Jeffrey A. Liesemer, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the **Certain Ignition Switch Plaintiffs**, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____
                                      UNITED STATES BANKRUPTCY JUDGE

1034493v.1 4/23/2014