Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10021
Telephone:  (212) 379-6000
Facsimile:   (212) 644-6755
Email:        einselbuch@capdale.com

*Counsel for Certain Ignition Switch Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| (f/k/a General Motors Corporation, *et al.*), | : | |
| | : | |
| Debtors. | : | Jointly Administered |

---

# **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Andrew J. Sackett, a member in good standing of the Bars of the District of Columbia and the State of California, request admission *pro hac vice* before the Honorable Robert E. Gerber, to represent **Certain Ignition Switch Plaintiffs**, who are identified in the attached **Exhibit A**, in the above-titled bankruptcy case.

I agree to pay the filing fee of $200.00 with this Motion for *pro hac vice* admission.

| | |
|---|---|
| My address is: | CAPLIN & DRYSDALE, CHARTERED<br>1 Thomas Circle, NW, Suite 1100<br>Washington, DC  20005 |
| My e-mail address is: | asackett@capdale.com |
| My telephone number is: | (202) 862-5000 |
| My facsimile number is: | (202) 429-3301 |

Dated: Washington, DC
      April 23, 2014

                Respectfully submitted,

                CAPLIN & DRYSDALE, CHARTERED

                By: */s/ Andrew J. Sackett*

                Andrew J. Sackett
                1 Thomas Circle, NW, Suite 1100
                Washington, DC  20005
                Telephone:(202) 862-5000
                Facsimile: (202) 429-3301
                asackett@capdale.com

                Elihu Inselbuch
                CAPLIN & DRYSDALE, CHARTERED
                600 Lexington Avenue, 21st Floor
                New York, New York 10021
                Telephone: (212) 379-6000
                Facsimile: (212) 644-6755
                einselbuch@capdale.com

                *Counsel for Certain Ignition Switch Plaintiffs*