Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 379-6000
Facsimile: (212) 379-6001

Peter Van N. Lockwood
Jeffrey A. Liesemer (*pro hac vice pending*)
Andrew J. Sackett (*pro hac vice pending*)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., Suite 1100
Washington, D.C.  20005
Telephone:  (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for Certain Ignition Switch Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* (f/k/a General Motors Corporation, *et al.*), | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Certain Ignition Switch Plaintiffs[1] hereby appear in the above-referenced Chapter 11 bankruptcy case by their counsel, Caplin & Drysdale, Chartered, and request, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, that all notices given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned attorneys on their behalf, at the addresses set forth below:

---

[1] The Certain Ignition Switch Plaintiffs are listed on the attached Exhibit A.

1034167

>Elihu Inselbuch, Esq. (einselbuch@capdale.com)
>CAPLIN & DRYSDALE, CHARTERED
>600 Lexington Avenue, 21st Floor
>New York, NY 10022
>Telephone: (212) 379-6000
>Facsimile: (212) 379-6001
>
>Peter Van N. Lockwood, Esq. (plockwood@capdale.com)
>Jeffrey A. Liesemer, Esq. (jliesemer@capdale.com)
>Andrew J. Sackett, Esq. (asackett@capdale.com)
>CAPLIN & DRYSDALE, CHARTERED
>One Thomas Circle, NW, Suite 1100
>Washington, DC 20005
>Telephone:  (202) 862-5000
>Facsimile:  (202) 429-3301

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail delivery, telephone, facsimile, email, or otherwise.

[*Signature Block on Following Page*]

Date:  April 23, 2014                              Respectfully submitted,

**CAPLIN & DRYSDALE, CHARTERED**

By: */s/ Elihu Inselbuch*
　　Elihu Inselbuch
　　600 Lexington Avenue, 21st Floor
　　New York, NY 10022
　　Telephone: (212) 379-6000
　　Facsimile: (212) 379-6001
　　Email: einselbuch@capdale.com

　　Peter Van N. Lockwood
　　Jeffrey A. Liesemer (*pro hac vice pending*)
　　Andrew J. Sackett (*pro hac vice pending*)
　　One Thomas Circle, N.W., Suite 1100
　　Washington, D.C.  20005
　　Telephone:  (202) 862-5000
　　Facsimile: (202) 429-3301
　　plockwood@capdale.com
　　jliesemer@capdale.com
　　asackett@capdale.com

*Counsel for Certain Ignition Switch Claimants*