

Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-7619
212-379-6000  212-379-6001 Fax
www.caplindrysdale.com

April 23, 2014

*Via Hand Delivery and ECF*

The Honorable Robert E Gerber
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:   *In re Motors Liquidation Company, et al.*, Case No. 09-50026 (REG)

Dear Judge Gerber:

    My law firm has been retained as bankruptcy counsel to several plaintiffs who have filed class actions against General Motors LLC and certain of its affiliates based on the ignition switch defect. The names of the plaintiffs my firm represents are listed in the attached **Exhibit A**. In accordance with the Court's endorsed order of April 22, 2014, I write to advise that I intend to appear at the conference scheduled for May 2, 2014, on behalf of these plaintiffs, and wish to be heard on agenda items already identified by the Court, such as the briefing schedule and hearing date, the need for discovery and its schedule, and any other agenda item proposed by one or more of the parties.

Respectfully submitted,

Elihu Inselbuch

Exhibit A

**Certain Ignition Switch Plaintiffs Represented by Caplin & Drysdale, Chartered**

| Plaintiff Name | Case Name | Court | Date Filed | GM Schedule "I" Number |
|---|---|---|---|---|
| Phillip R. Arnold<br>Patrick C. Painter<br>(Class Action) | Arnold v. General Motors LLC | N.D. Ill.<br>1:14-cv-02882 | 4/22/14 | |
| Deneise Burton<br>(Class Action) | Burton v. General Motors LLC | W.D. Okla.<br>5:14-cv-00396 | 4/18/14 | 54 |
| Joyce Foster<br>(Class Action) | Foster v. General Motors LLC | N.D. Ohio<br>1:14-cv-00844 | 4/18/14 | 53 |
| Marie Mazzocchi<br>(Class Action) | Mazzocchi v. General Motors LLC | S.D.N.Y.<br>7:14-cv-02714 | 4/24/14 | 50 |
| Esperanza Ramirez<br>Judy Murray<br>Michael Graciano<br>Robert Wyman<br>Diana Cnossen<br>Judy Pickens<br>Penny Brooks<br>Kim Genovese<br>Stephanie Renee Carden<br>Melissa Cave<br>Linda Wright<br>Dianne Huff<br>Garrett S. Mancieri<br>Alphonso Wright<br>Patrick Hansen<br>Jane Mortell<br>Bernadette Romert<br>Lisa West<br>Erik Taylor | Ramirez v. General Motors LLC | C.D. Cal.<br>2:14-cv-02344 | 4/16/14 | 12 |

103456v.1 4/23/2014

| Plaintiff Name | Case Name | Court | Date Filed | GM Schedule "I" Number |
|---|---|---|---|---|
| Sarah Hobby<br>Marguerite Lambert<br>Betty Barnes<br>William England, Jr.<br>Robert Dail<br>Antonia Laverdiere<br>Cathy Gutchewsky<br>Demealla Stocchi<br>Yolanda Claggion<br>Norma Lee Nelson<br>Laura Cole<br>Blair Tomlinson, D.D.S.<br>April Counts<br>Kimberly Smith<br>Yolanda Valdez<br>Philip Zivnuska, D.D.S.<br>William Bernick<br>(Class Action) | | | | |
| Janice Ross<br>George Chambers<br>Robert Bellin<br>(Class Action) | Ross v. General Motors LLC | E.D.N.Y.<br>1:14-cv-02148 | 4/3/14 | 25 |
| Lisa Ruff<br>Sheri Marx<br>(Class Action) | Ruff v. General Motors LLC | D.N.J.<br>3:14-cv-02375 | 4/14/14 | 43 |
| Nicole Salerno<br>(Class Action) | Salerno v. General Motors, LLC | E.D. Pa.<br>2:14-cv-02132 | 4/11/14 | 39 |