| | |
|---|---|
| Marc M. Seltzer | Dean A. Ziehl |
| Steven G. Sklaver | Debra I. Grassgreen |
| Kalpana Srinivasan | Harry H. Hochman |
| SUSMAN GODFREY L.L.P. | Maria A. Bove |
| 1901 Avenue of the Stars, Suite 950 | PACHULSKI STANG ZIEHL & JONES LLP |
| Los Angeles, California 90067-6029 | 780 Third Avenue, 36th Floor |
| Telephone: (310) 789-3100 | New York, New York 10017-2024 |
| Facsimile: (310) 789-3150 | Telephone: (212) 561-7700 |
| mseltzer@susmangodfrey.com | Facsimile: (212) 561-7777 |
| ssklaver@susmangodfrey.com | dziehl@pszjlaw.com |
| ksrinivasan@susmangodfrey.com | dgrassgreen@pszjlaw.com |
| | hhochman@pszjlaw.com |
| | mbove@pszjlaw.com |

Lester L. Levy
Michele F. Raphael
Robert S. Plosky
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212)759-4600
Facsimile: (212) 468-2093
llevy@wolfpopper.com
mraphael@wolfpopper.com
rplosky@wolfpopper.com

*Counsel for Certain Plaintiffs,*
*Individually and as Putative Class Representatives*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re                                              :        Chapter 11
                                                   :
MOTORS LIQUIDATION CORP.,                          :        Case No. 09-50026 (REG)
                                                   :
                    Debtor.                        :
----------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., the undersigned hereby appear in the above-captioned cases as counsel for Tammie Balls, Jeffrey Balls, Sara Robinson, John Helcl, Richard Lewis, Denise Peterson, Lianne LaReine, Marguerite Chandler, James Evans, Lea Jordanides, Bonita LaGoe and Yvonne E. Rodriguez, individually and as putative class representatives in certain pending actions, and, pursuant to Bankruptcy Rules 2002, 3017(a) and 9007, hereby request that all notices given or required to be given and all papers and pleadings served or required to be served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases), whether sent by the Clerk of the Court, the Debtors or their successors, or any creditor, committee, or party in interest, be given to and served upon the persons set forth below, and that such names and addresses be added to any master mailing list:

SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone:   (310) 789-3100
Facsimile:   (310) 789-3150
Attn:   Marc M. Seltzer
        Steven G. Sklaver
        Kalpana Srinivasan
Email: mseltzer@susmangodfrey.com
       ssklaver@susmangodfrey.com
       ksrinivasan@susmangodfrey.com

-and-

WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Telephone:   (212)759-4600
Facsimile:   (212) 468-2093
Attn:        Lester L. Levy
             Michele F. Raphael
             Robert S. Plosky

Email:      llevy@wolfpopper.com
               mraphael@wolfpopper.com
               rplosky@wolfpopper.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Attn:       Dean A. Ziehl
            Debra I. Grassgreen
            Harry H. Hochman
            Maria A. Bove
Email:     dziehl@pszjlaw.com
             dgrassgreen@pszjlaw.com
             hhochman@pszjlaw.com
             mbove@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices, papers and pleadings referenced in the above-referenced Bankruptcy Rules, but also includes, without limitation, orders on and notices of any motion, application, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any subsequent appearance, pleading, claim, suit or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters

under any agreement, in law or in equity.  All of such rights hereby are reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these cases.

Dated: April 23, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Maria A. Bove*
Dean A. Ziehl
Debra I. Grassgreen
Harry H. Hochman
Maria A. Bove
780 Third Avenue, 36th Floor
New York, New York 10017-2024
Telephone:   (212) 561-7700
Facsimile:    (212) 561-7777
dziehl@pszjlaw.com
dgrassgreen@pszjlaw.com
hhochman@pszjlaw.com
mbove@pszjlaw.com


SUSMAN GODFREY L.L.P.
Marc M. Seltzer
Steven G. Sklaver
Kalpana Srinivasan
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone:   (310) 789-3100
Facsimile:    (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
ksrinivasan@susmangodfrey.com

WOLF POPPER LLP
Lester L. Levy
Michele F. Raphael
Robert S. Plosky
845 Third Avenue
New York, New York 10022
Telephone:   (212)759-4600
Facsimile:    (212) 468-2093
llevy@wolfpopper.com
mraphael@wolfpopper.com
rplosky@wolfpopper.com

*Counsel for Certain Plaintiffs,
Individually and as Putative Class
Representatives*