| | |
|---|---|
| BROWN RUDNICK LLP | ROBINSON CALCAGNIE ROBINSON |
| Edward S. Weisfelner | SHAPIRO DAVIS, INC. |
| David J. Molton | Mark P. Robinson, Jr. (*pro hac vice* pending) |
| Howard S. Steel | 19 Corporate Plaza |
| 7 Times Square | Newport Beach, California 92660 |
| New York, New York 10036 | Telephone: 949-720-1288 |
| Telephone: 212-209-4800 | |
| - and – | - and - |
| Ronald Rus (*pro hac vice* pending) | HAGENS BERMAN SOBOL |
| Joel S. Miliband (*pro hac vice* pending) | SHAPIRO LLP |
| 2211 Michelson Drive, 7th Floor | Steve W. Berman (*pro hac vice* pending) |
| Irvine, California 92612 | 1918 Eighth Avenue, Suite 3300 |
| Telephone: 949-752-7100 | Seattle, Washington 98101 |
| | Telephone: 206-623-7292 |

*Co-Counsel for Daniel Ratzlaff, Patricia Barker, Sylvia Benton, Nicole Heuler, Katie Michelle McConnell, Carlota Onofre, and Teleso Satele, individually and as putative class representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
In re: : Chapter 11
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.* :
: (Jointly Administered)
Debtors. :
: 
------------------------------------------------------------X

**OBJECTION TO MOTION OF**
**GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND**
**363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION**