# EXHIBIT 7

| Issue Number: | **A-83ZA-81205** | PDF Date Submitted | |
|---|---|---|---|

☒ Part - Location: **SWITCH ASM-IGN & START -IGNITION SWITCH**

DEF

☒ Complaint: **ELECTRICAL CONCERN**

| Issue Type: | **Pre - Phy Test** | Vehicle/Product Line: | **ZAcar** | Region: | **GMNA** |
|---|---|---|---|---|---|

☒ Severity: **2**      Primary Metric/Score: /

## Vehicle / Product Description

| Primary Project No: | 83ZA | Model Year: | 2003 |
|---|---|---|---|
| Other Project No(s): | | Model Year Qtr: | |
| Vehicle/Prop. #: | 73Z2403 | Model Code: | SEDAN |
| Marketing Division: | Saturn | Hardware Stage: | Alpha 2 |
| Marketing Region(s): | | (VIN) Vehicle ID #: | |
| Engine(s): | L61 | Transmission(s): | M86 |
| Engine Serial #: | | Transmission Serial #: | |
| Drive Type(s): | | Option(s): | |
| Steering: | N/A | PIMREP No: | A-83ZA-81205 |

Odometer Reading or Range in  from  to

## Part / Supplier Information

| 1st Level (VPPS): | 2nd Level (VPPS): | 3rd Level (VPPS): | 4th Level (VPPS): |
|---|---|---|---|
| 7 Information & Controls | 2 Customer Switches | | |

| UPC: | FNA: | Part Name: | | Part Number: |
|---|---|---|---|---|
| | | | | |
| 6Y 4 | 1050A | SWITCH ASM-IGN & START | | 12450250 |

| Supplier(s) Name: | DUNS Code(s): | Part Year: | Drawing Revision Date: |
|---|---|---|---|
| | | 2003 | |

| Suspect Part(s) available? | Location of Suspect Part(s) | PIM (EPS/PAD) | EPN |
|---|---|---|---|
| ○ Yes ● No | | | |

## Incident Description

| Date first reported: | 07/31/2001 | Complaint Category: | ELECTRICAL CONCERN |
|---|---|---|---|
| Incident Discovered by: | SEWELL, JIM | Discoverer's Dept: | GMNA |
| Discoverer's Phone: | ▇▇▇▇▇ | Plants w/ same Problem: | |

| Source Level 1: | Source Level 2: | Source Level 3: |
|---|---|---|
| Test - Performance Integration | Electrical | C |

**Incident Description:** (Give detailed description of incident )
ISSUE DESCRIPTION - Codes B2648 (Ambient Light Sensor Circuit High) and B2657 (Security System

GMHEC000001980

Sensor Data Circuit Low) were setting in the IBCM.  The Passlock Data circuit (#1390 Cav #5 at IGN
Switch) was checked using DPIDS and a DVOM.  When using class 2 data (DPID $09) was reading $FF
(12V) when the key-in circuit was activated and $00 (0V) when the IGN switch was turned to any position
except for OFF.  When measured with the DVOM the signal exhibited the same results.

TRIM LEVEL - none
PILOT CATEGORY - Reserve

PIMREP History Information Begin
Comment
PIMREP History date - 08/22/2001 3:57:10 PM
PIMREP History Action - The issue has been approved. The Responsible Staff Engineer is now:
SKELTON, BILL
PIMREP History Responsible - KEITH PATERSON
PIMREP History Information End

PIMREP History Information Begin
Root Cause
PIMREP History date - 09/13/2001 3:52:48 PM
PIMREP History Action - The switch as received by Rod Davies measured 0.2 Ohms in RUN and 373.5
Ohms in CRANK position across pins 5 & 6. Switch forwarded to Delphi-Mechatronics for analysis.
PIMREP History Responsible - Rod Davies
PIMREP History Information End

PIMREP History Information Begin
Root Cause
PIMREP History date - 11/14/2001 3:07:13 PM
PIMREP History Action - Tear down evaluation on the switch revealed two causes of failure. Low contact
force and low detent plunger force.
PIMREP History Responsible - Ray DeGiorgio
PIMREP History Information End

PIMREP History Information Begin
Solution
PIMREP History date - 11/14/2001 3:09:29 PM
PIMREP History Action - Both issues were addressed with Beta level parts per EWO MB612.
PIMREP History Responsible - Ray DeGiorgio
PIMREP History Information End

PIMREP History Information Begin
Implementation
PIMREP History date - 11/14/2001 3:11:19 PM
PIMREP History Action - Representative parts have been implemented on Beta Coupes.
PIMREP History Responsible - Ray DeGiorgio
PIMREP History Information End

PIMREP History Information Begin
Feedback
PIMREP History date - 11/14/2001 3:12:18 PM
PIMREP History Action - Beta Coupes have been evaluated and the problem does not exist anymore.
PIMREP History Responsible - Ray DeGiorgio
PIMREP History Information End

PIMREP History Information Begin
Comment
PIMREP History date - 11/14/2001 3:13:29 PM
PIMREP History Action - Issue Closed

GMHEC000001981

PIMREP History Responsible - SKELTON, BILL
PIMREP History Information End

**Preliminary Root Cause:** (Give preliminary Root Cause if known, do not speculate!)

PRELIMINARY / ASSUMED ROOT CAUSE - IGN swith Passlock Data circuit open when IGN turned to any position other than OFF.

PROPOSAL / TEMPORARY SOLUTION - IGN switch replaced to repair vehicle, codes did not continue to set.  DRE informed and switch is to be returned to him.

**Potential Root Cause Champion:** (Select potential Root Cause Champion.)

| Select:<br>Department :<br>or:<br>Name : | Potential Champion |
|---|---|

**Evaluation Information (Test)**

| Procedure:<br>(Test Schedule) | % Complete<br>(Test Schedule): | Driving Conditions: | Environmental<br>Conditions: |
|---|---|---|---|
|  | 0 |  |  |
| Odometer: | Vehicle Test: | Part Durability: | Part Test: |
| 0 | 0 | 0 | 0 |

**Enter Containment Information Here**

**Containment**

**Plant Information**

Description of Plant Containment:

| Plant: | VIN: | Breakpoint Date: | Contact Person: | Tel. No: |
|---|---|---|---|---|
|  |  |  |  |  |

**Field Information**

Description of Field Containment:

| Breakpoint Date: | Contact Person: | Tel. No: |
|---|---|---|
|  |  |  |

**Involved Components**

| Component: | Plant: |
|---|---|

**Originator Information**

| Document Originator: | JAMES D SEWELL/US/GM/GMC | 08/22/2001 03:55:27 PM |
|---|---|---|
| Location: | Milford Proving Ground  Building 104 | Phone: |
| Dept.: | Development, Validation *** Electrical Development & Powertrain Interface MPG | |

**Document Information**

| |
|---|
| History |

| Issue Number: | **A-83ZA-81205** |
|---|---|

GMHEC000001982

| Part - Location: | SWITCH ASM-IGN & START -IGNITION SWITCH | Impact |
| Complaint: | ELECTRICAL CONCERN | |

| Vehicle Line: | Prioritization Ranking by: | Priority Val.: | Bypass: | Link: |
|---|---|---|---|---|
| ZAcar | no priority | | | |

Other Vehicle/Product Line(s) involved:

### Assessment of impact on warranty

| Sales Region: | | Currency: | $US |
|---|---|---|---|

**Labor Codes:**

| Primary: | |
|---|---|
| 2nd Labor Code: | |
| 3rd Labor Code: | |
| 4th Labor Code: | |
| 5th Labor Code: | |

| Measure | Marketing Division / Vehicle Line | Months in service | | | | | | Model Year |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 2 | 6 | 12 | 24 | 36 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |

GMHEC000001983

| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
|---|---|---|---|---|---|---|---|---|
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |

| Solution Effectiveness (%): | |
|---|---|
| Report Date: | Warranty Specialist: |
| Warranty Comments: | |

**Assessment of internal measurements**

| Plant | % Direct Run Improvement (< 100) | GCA Value | GM Rating | Ergonomics | Productivity |
|---|---|---|---|---|---|
| | | | | | |

| Report Date: |
|---|
| Owner of Information: |

**Enter Aftersales Impact Information Here**

**Assessment of Aftersales Impact**

FPR No.:

| Metric: | No of Cases: | Comments: |
|---|---|---|
| TAC: | | |
| CAC: | | |
| Buybacks: | | |
| FPR: | | |

**Enter Cost Reduction Information Here**

**Cost Reduction**

| Type of Cost Reduction: | | Tracking Number: | |
|---|---|---|---|
| Marketing Division / Vehicle Line | Amount of Reduction ($US): | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |

| Report Date: |
|---|
| Cost Reduction Comments: |

**Enter Risk Assessment Number / FEMA Information Here**

GMHEC000001984

**Risk Assessment Number / FMEA**

| Marketing Division / Vehicle Line | FMEA Severity: | FMEA Occurrence: | FMEA Detection: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Regional Information**

| Description | Value | Description | Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | 70.2 |
| | | | |
| | | | |
| | | | |
| | | | |

**Document Information**

| | |
|---|---|
| Document created by: | Keith A. Paterson/US/GM/GMC    08/22/2001 03:55:27 PM |

Last Modified by

Issue Number: **A-83ZA-81205**

Part - Location:    SWITCH ASM-IGN & START -IGNITION SWITCH

ELECTRICAL CONCERN

**RC**

**Assign Root Cause Champion**

| Department: | Champion: |
|---|---|
| Infotainment, Controls, Displays *** Controls | Skelton, Bill - ▮▮▮▮ |

Nomination Comments:

Champion History:

Champion Designee History:

| Assignment Date: | Department : Name : | External Designee: |
|---|---|---|

GMHEC000001985

External Designee History:

## Root Cause Analysis

| Target Date:<br>08/29/2001 | Actual Date:<br>11/14/2001<br>**Late** | Actual date reported by champion: |
|---|---|---|

| ☒ Description of Root Cause Investigation Progress and Verification: |
|---|
| START OF ACTION - STATUS ACTION - The switch as received by Rod Davies measured 0.2 Ohms in RUN and 373.5 Ohms in CRANK position across pins 5 & 6. Switch forwarded to Delphi-Mechatronics for analysis.<br>START OF ACTION - RESPONSIBLE - Rod Davies |

| ☒ Problem Solving Methodology: |
|---|
| *Document the Solving Process seen as appropriate* |
| |

| ☒ Potential Solution Champion / Department: |
|---|

| Department:<br>or<br>Name: | Potential Champion: |
|---|---|

| ☒ Problem mainly caused by: | Field Remedy Requested? |
|---|---|
| | No |

| ☒ Root Cause Summary: |
|---|
| Tear down evaluation on the switch revealed two causes of failure. Low contact force and low detent plunger force.::Ray DeGiorgio |

| **Document Information** | | |
|---|---|---|
| Document created by: | Keith A. Paterson/US/GM/GMC | 09/13/2001 |
| Last Modified by: | | |
| Issue Number: | **A-83ZA-81205** | |
| Part - Location: | **SWITCH ASM-IGN & START -IGNITION SWITCH** | **SOL** |
| Complaint: | **ELECTRICAL CONCERN** | |

## Assign Solution Champion

| Department:<br>Infotainment, Controls, Displays ***<br>Controls | Champion:<br>Skelton, Bill - ███████ |
|---|---|

| Nomination Comments: |
|---|
| |

Champion History:

Champion Designee History:

| Assignment Date: | Department:<br>Name: | Champion Designee: |
|---|---|---|
| | | |

GMHEC000001986

External Designee History:

## Develop Solution / Make Decision on Solution

| Target Date: | Actual Date: | Actual date reported by champion: |
|---|---|---|
| 11/14/2001 | 11/14/2001 **Late** | |

☒ Description of Solution Investigation Progress and Verification:

| Aftersales Field Fix: | N/A |
|---|---|

EWO  Mandatory:     ● Yes ○ No

### EWO

| EWO #: | Approval / Release Date (i.e. CAB, etc): | Validation Part Availability Date: | TID (Target Implementation Date) of EWO: |
|---|---|---|---|
| MB612 | | | |
| EWO Comment: | | | |

### EWO Part Actions

New Part Number Required?     New Part Number
○ Yes ● No

| Stock Disposition Domestic | Stock Disposition Export | Service Disposition (Retailer) | Service Interchange |
|---|---|---|---|
| | | | |

| Exchange Aftersales Warehouse Parts according to Engineering/VLDM decision? | |
|---|---|
| Department: or Name: | Potential Champion: |

### Summary

| Solution Type |
|---|
| 2. Design change without new requirement/specification |

| Solution Summary: |
|---|
| Both issues were addressed with Beta level parts per EWO MB612.::Ray DeGiorgio |

### Document Information

| Document created by: | Bill Skelton/US/GM/GMC | 11/14/2001 |
|---|---|---|
| Last Modified by: | | |

| Issue Number: | **A-83ZA-81205** |
|---|---|
| ☒ Part - Location: | SWITCH ASM-IGN & START -IGNITION SWITCH |
| ☒ Complaint: | ELECTRICAL CONCERN |

**IMP**

## Assign Implementation Champion

| Department: | Champion: |
|---|---|
| Infotainment, Controls, Displays *** Controls | Skelton, Bill - ▮▮▮▮▮▮ |

## Implement Solution

| Target Date: | Actual Date: | Actual date reported by champion: |
|---|---|---|
| 11/14/2001 | 11/14/2001 **Late** | |

| Description of Implementation: |
|---|

### Breakpoint(s)

| Plant: | Date: | VIN / Val Vehicle #: |
|--------|-------|----------------------|
| | | |

**Breakpoint(s) Involved Components**

| Plant*Component / Supplier*Part: | | Serial - No: | Date Breakpoint: |
|----|----|----|----|
| | | | |

| Component/Part: | Plant / Supplier: | Serial - No: | Breakpoint: |
|----|----|----|----|
| | | | |

| Department : or Name : | Potential Champion: |
|----|----|
| | |

**Service Bulletin**

| Service Bulletin Requested: | Service Bulletin #: | Bulletin Release Date: | Applicable Region/Country: |
|----|----|----|----|
| | | | |

| Service Bulletin Name/Desc.: | |
|----|----|

**Summary**

☒ Implementation Summary:

Representative parts have been implemented on Beta Coupes.::Ray DeGiorgio

**Document Information**

| Document created by: | Bill Skelton/US/GM/GMC | 11/14/2001 |
|----|----|----|
| Last Modified by: | | |

Issue Number: **A-83ZA-81205**

☒ Part - Location: SWITCH ASM-IGN & START -IGNITION SWITCH

☒ Complaint: ELECTRICAL CONCERN

**FB**

## Assign Feedback Champion

| Department: | Champion: |
|----|----|
| Infotainment, Controls, Displays *** Controls | Skelton, Bill - ▮▮▮▮▮ |

## Feedback

| Target Date: 11/14/2001 | Actual Date: 11/14/2001 Late | Actual date reported by champion: |
|----|----|----|

Did the Solution fix the problem?

◯ Yes ◯ No

Copy of the data analysis to support the above conclusion:

| Feedback Summary: |
|----|
| Beta Coupes have been evaluated and the problem does not exist anymore.::Ray DeGiorgio |

**Document Information**

| Document created by: | Bill Skelton/US/GM/GMC | 11/14/2001 |
|----|----|----|
| Last Modified by: | | |

Issue Number: **A-83ZA-81205**

☒ Part - Location: SWITCH ASM-IGN & START -IGNITION SWITCH

Complaint: ELECTRICAL CONCERN

**Field Remedy**

GMHEC000001988

## Assign Field Remedy Champion

| Department: | Champion: |
|---|---|
| | |

## Field Remedy

Field Remedy Comment:

| Last Break Point | | |
|---|---|---|
| Date | VIN / Part Number | Measure |
| | | |

| Document Information |
|---|
| Document created by: |
| Last Modified by |

GMHEC000001989

| Issue Number: | **A-83ZA-81205** | |
|---|---|---|
| ☒ Part - Location: | SWITCH ASM-IGN & START -IGNITION SWITCH | ⊕ LL |
| ☒ Complaint: | ELECTRICAL CONCERN | |

## Solution for new Design / Project

| | |
|---|---|
| Shall a Lessons Learned Request be sent? | ○ Yes ○ No |
| Step when issue was flagged as Lessons Learned: | |
| Flagged by: | |
| Standard Work Element: | |
| Lesson Learned Number: | |
| Has the issue been entered in the Lessons Learned database? | ○ Yes ● No |

| Document Information |
|---|
| Document created by: |
| Last Modified by |

GMHEC000001990