# **EXHIBIT 8**

**Complete Report**
**GM Aftersales**

**FPR No: 3101/2003/US**
**Type: Saturn**

| Status: | Country / Region: | Champion: |
|---|---|---|
| **Canceled** ( on 01/20/2004) | US / GMNA | |
| | PRTS No.: | FPRD No: |

## ION - Ignition switch - Column - Intermittent stall while driving with no DTCs

### Affected Vehicles

| Main Carline: | Other Potentially Affected Carlines: | Model Year: | Model: |
|---|---|---|---|
| ION | | 3-03 | |
| Engine: | Transmission: | Axle: | Transfer Case: |
| | | | |
| Local Component FPR: | Options: | Steering: | No of Cases: |
| No | | LHD | 1 |
| Source of Information: | 24hr: | Brand Quality Plan: | |
| | No | No | |

| Samples | VIN | Build Date | Engine No | Mileage (mi) | Transm. No. |
|---|---|---|---|---|---|
| Youngest | 1G8AJ52F23Z112907 | | | 15 | |
| Between | | | | | |
| Oldest | | | | | |

### Problem Description

| Functional Group Level 1: | Level 2: | Level 3: | Level 4: |
|---|---|---|---|
| 10 Powertrain | 3 Powertrain Control & Diagnostic | 1 Engine Management | |

| Trouble Category: | Trouble: | | |
|---|---|---|---|
| L - Fuel, Exhaust and Cooling System | Noisy | | |
| Primary Labor Code | Trouble Codes Affected: | Driving Condition: | Environment Condition: |
| N/A | | | |
| 2nd Labor Code | 3rd Labor Code | 4th Labor Code | 5th Labor Code |

Symptoms / Complaints:
Customers comment of intermittent stall while driving. In most cases, there are no trouble codes associated with the stall. The vehicle will restart immediately. Technicians are rarely able to duplicate the concern.

Probable Cause:

Corrective Action:        Success of Corrective Action:    Remark:

Attachment:    IONstall.xls

### Affected Parts

(Catalog No only valid if OPEL report)

| Part No: | Catalog No: | Parts name: | Sample Parts Available: |
|---|---|---|---|
| | | | No |

1

Shipping details:  Remark/ Location of Parts:

Deck Code:

Serial No. / Casting No./ Component Date Code:

## Severity / Requested Action

Severity:  Action requested:
3 - Moderate Issue  Field Remedy, Diagnostic advice

## Originator Information

Originator:  NSC:
TOD A STUMP  USA

## Dealer and Field Contact Information

Dealer Name:  Dealer Number:  Dealer Phone:

Dealer Contact Name:  Dealer E-Mail Address:

Field Rep Contact Name:  Field Rep. Number:  Field Rep. Phone:

Field Rep. E-Mail Address:

## Champion Assignment
Champion:  Department:  Location:

E-Mail:  Phone:  Fax:

## Champion Designee Assignment
Champion:  Department:  Location:

E-Mail:  Phone:  Fax:

## Visibility

Access:  ○ restricted  ● public

## Document Information

Document created by:  TOD A STUMP/US/GM/GMC  10/09/2003 04:30:23 PM
Last Modified by:  TOD A STUMP/US/GM/GMC  10/09/2003 04:41:10 PM

2

| Solution | FPR No: 3101/2003/US |
|---|---|
| GM Aftersales | Type:Saturn |

| Status: | Country/Region: | Champion: | PRTS No.: |
|---|---|---|---|
| Canceled ( on 01/20/2004) | US/GMNA | | |

## ION - Ignition switch - Column - Intermittent stall while driving with no DTCs

Affected Carlines:

### Solution Status
Release Status of Solution:  ○ released  ● not released  ○ refused

### 24 hr CAP Group Information
Natural Owner of Problem :                    Name of Natural Owner of Problem:

There is no solution availble yet!

### NSC Agreement

| Date | NSC | Refused By | Reason |
|---|---|---|---|
|  |  |  |  |

### Document Information
Last Modified by:                                                  10/28/2007 01:28:43 PM

3

| Communication          | **FPR No:** 3101/2003/US |
|---|---|
| GM Aftersales          | Type:Saturn |
| Status:<br>**Canceled** ( on 01/20/2004) | Country/Region:<br>US/GMNA | Champion: | PRTS No.: |

### ION - Ignition switch - Column - Intermittent stall while driving with no DTCs

**Messages**

| Message | From | To | Date |
|---|---|---|---|
| 01. More Info Needed for Stall FIND FPR 3101 | STEPHEN G REHBINE | TOD A STUMP | 10/21/2003 |

**Document Information**

Last Modified by:                                                                                10/28/2007 01:28:43 PM

GMHEC000000241

| Status | | FPR No: 3101/2003/US |
|---|---|---|
| **GM Aftersales** | | **Type:Saturn** |
| Status: | Country/Region: | Champion: | PRTS No.: |
| **Canceled** ( on 01/20/2004) | US/GMNA | | |

## ION - Ignition switch - Column - Intermittent stall while driving with no DTCs

### Status

| Status | Target Date | Status Date | Name | Result |
|---|---|---|---|---|
| **Under Creation** | n/a | 10/09/2003 | TOD A STUMP | **n/a** |
| **Sent** | n/a | 10/09/2003 | TOD A STUMP | **n/a** |
| **Additional Info Needed** | 11/04/2003 | | STEPHEN G REHBINE | **late 1454 d** |
| **Open** | | | | |
| **Waiting for Release** | | | | |
| **Feedback** | | | | |
| ▶ **Canceled** | Date Canceled: 01/20/2004 | | From: SAMUEL GREBE/US/GM/GMC | |

Comment for status:

Duplicate FIND - Same issue as #2568/2003

Reason for Canceling:

Duplicate FIND - same issue as #2568/2003

### PRTS Link

PRTS-Problemnumber:
PRTS-Subject:
Number:         PRTS-Status:         PRTS - Target:         Champion:         Department:

### 24hr CDP Use Only

| 24hr Status: | Open |
|---|---|
| Exit to CPIP: | ○ Yes ● No |
| Containment / Resolution Date: | |
| Field Remedy Required: | No |
| Verification Date: | |

Comments:

### Document Information

| Last Modified by: | SAMUEL GREBE/US/GM/GMC | 01/20/2004 11:44:20 AM |

5

| Impact | FPR No: 3101/2003/US |
|---|---|
| GM Aftersales | Type:Saturn |

| Status: | Country/Region: | Champion: | PRTS No.: |
|---|---|---|---|
| Canceled ( on 01/20/2004) | US/GMNA | | |

## ION - Ignition switch - Column - Intermittent stall while driving with no DTCs

### Supplier Information

Supplier:                           DUNS Code:

### Assessment of customer satisfaction impact

| | Customer Survey: | Customer Survey Category: | Customer Survey: | Customer Survey Category: |
|---|---|---|---|---|
| Marketing Division / Vehicle Line | PPH | MY | Wave | PPH | MY | Wave |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Report Date:                                             Customer Survey Specialist:

Customer Survey Comments:

### Assessment of impact on warranty
Sales Region:

| | | Months in service | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Measure | Marketing Division / Vehicle Line | 0 | 2 | 6 | 12 | 24 | 36 | Model Year |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IP | | 0 | 0 | 0 | 0 | 0 | 0 | |

6

GMHEC000000243

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TV | | | | | | | | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost/Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost/Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost/Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost/Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost/Vehicle | | 0 | 0 | 0 | 0 | 0 | 0 | |

Solution Effectiveness (%):

GMHEC000000244

| Report Date: | Warranty Specialist: |
|---|---|
| Warranty Comments: | |

## Regional Information

| Description | Value | Description | Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Document Information

| Last Modified by: | 10/28/2007 01:28:43 PM |
|---|---|

GMHEC000000245

**FPIM**  
GM Aftersales

**FPR No:** 3101/2003/US  
Type:Saturn

Status: **Canceled** ( on 01/20/2004)  Country/Region: US/GMNA  Champion:  PRTS No.:

## ION - Ignition switch - Column - Intermittent stall while driving with no DTCs

Symptoms: Customers comment of intermittent stall while driving. In most cases, there are no trouble codes associated with the stall. The vehicle will restart immediately. Technicians are rarely able to duplicate the concern.

Cases: 1    Mileage: (km) 15

### Tasks

| Due Date | Task / Action | Owner | Date Raised | Date Closed |
|---|---|---|---|---|
|  |  |  |  |  |

**24 h Field Containment / Diagnostic Advice:**

|  |
|---|
| Not sent yet! |

### Document Information

Last Modified by:    10/28/2007 01:28:43 PM

9


# Memo

Sent on 10/21/2003 12:48:19 PM

To:        TOD A STUMP/US/GM/GMC
cc:        ROBERT C WITTMANN/US/GM/GMC
From:      STEPHEN G REHBINE/US/GM/GMC
Date:      10/21/2003 12:48:19 PM
Subject:   More Info Needed for Stall FIND FPR 3101

Tod,

We need any additional information your team can provide on this subject. We briefly discussed a TAC questionaire the guys would use when fielding calls on ION Stall. Let know what you think, or if you need help with developing a questionaire.

-Steve-

Stephen Rehbine
Current Vehicle Information
Saturn Service Engineering

----- Forwarded by STEPHEN G REHBINE/US/GM/GMC on 10/21/2003 11:43 AM -----



**Product Report**
GM Aftersales

**FPR No:** 3101/2003/US
Type: **Saturn**

| Status: | Country / Region: | Champion: |
|---|---|---|
| **Add. Info Needed** (14 d left) | United States of America / GMNA | |
| | PRTS No.: | FPRD No: |



## ION - Ignition switch - Column - Intermittent stall while driving with no DTCs

**Affected Vehicles**

| Main Carline: | Other Potentially Affected Carlines: | Model Year: | | Model: |
|---|---|---|---|---|
| ION | | 3-03 | | |
| Engine: | Transmission: | Axle: | | Transfer Case: |
| | | | | |
| Local Component FPR: | Options: | Steering: | | No of Cases: |
| No | | LHD | | 1 |

| Samples | VIN | Engine No | Mileage (km) | Transm. No. |
|---|---|---|---|---|
| Youngest | 1G8AJ52F23Z112907 | | 25 | |
| Between | | | | |
| Oldest | | | | |

**Problem Description**

| Functional Group Level 1: | Level 2: | Level 3: | Level 4: |
|---|---|---|---|
| 1 Powertrain | 3 Powertrain Control & Diagnostics | 1 Engine Management | |

| Trouble Category: | Trouble: |
|---|---|
| L - Fuel, Exhaust and Cooling System | Noisy |

| Primary Labor Code | Trouble Codes Affected: | Driving Condition: | Environment Condition: |
|---|---|---|---|
| N/A | | | |

| 2nd Labor Code | 3rd Labor Code | 4th Labor Code | 5th Labor Code |
|---|---|---|---|

Symptoms / Complaints:
Customers comment of intermittent stall while driving. In most cases, there are no trouble codes associated with the stall. The vehicle will restart immediately. Technicians are rarely able to duplicate the concern.

Probable Cause:

| Corrective Action: | Success of Corrective Action: | Remark: |
|---|---|---|

Attachment: IONstall.xls

**Affected Parts**

(Catalog No only valid if OPEL report)

| Part No: | Catalog No: | Parts name: | Sample Parts Available: |
|---|---|---|---|
| | | | No |

Shipping details:     Remark/ Location of Parts:

Deck Code:

Serial No. / Casting No./ Component Date Code:

**Severity / Requested Action**

| Severity: | Action requested: |
|---|---|
| 3 - Moderate Issue | Field Remedy, Diagnostic advice |

**Originator Information**

| Originator: | NSC: |
|---|---|
| TOD A STUMP | USA |

**Dealer and Field Contact Information**

Dealer Name:                              Dealer Number:                       Dealer Phone:

Dealer Contact Name:                      Dealer E-Mail Address:

Field Rep Contact Name:                   Field Rep. Number:                   Field Rep. Phone:

                                          Field Rep. E-Mail Address:

**Champion Assignment**

Champion:                                 Department:                          Location:

E-Mail:                                   Phone:                               Fax:

**Champion Designee Assignment**

Champion:                                 Department:                          Location:

E-Mail:                                   Phone:                               Fax:

**Visibility**

Access:           ○ restricted  ● public

**Document Information**

| | | |
|---|---|---|
| Document created by: | TOD A STUMP/US/GM/GMC | 10/09/2003 03:30:23 PM |
| Last Modified by: | TOD A STUMP/US/GM/GMC | 10/09/2003 03:41:10 PM |
| Last Accessed: | 10/21/2003 11:42:51 AM | |

> Add-On   > Solution   > Memos   > Status   > Summary   > FPIM   > Impact