# EXHIBIT 13

*DELPHI CONFIDENTIAL*

**From:**    Svoboda, Thomas E ███████████████████
**Sent:**    Tuesday, June 14, 2005 3:30 PM
**To:**    Coniff, John B ██████████████; Lin, George J ████████████
**Cc:**    Qureshi, Dirasath A ████████████
**Subject:** RE: Force displacement curves

I believe we have the equipment.

Dirasath, this would be something that John Bian can do.

**From:** Coniff, John B
**Sent:** Tuesday, June 14, 2005 2:28 PM
**To:** Svoboda, Thomas E; Lin, George J
**Subject:** Force displacement curves

Tom, who has the capability to run force displacement, curves on all the Ignition switches (mainly the Delta) is it Condura or D.G.? Ray is requesting this information. Cobalt is blowing up in their face in regards to turning the car off with the driver's knee. Please le t me know.

Thanks

John B. (Jack) Coniff

Sr. Project Engineer

DELPHI Body, Security & Mechatronics

e-mail ████████████

phone: ████████

fax: ████████

SC-000084