# **EXHIBIT 17**

**From:** Steven Kirkman
**To:** Raymond DeGiorgio
**CC:**
**BCC:**
**Sent Date:** 2005-09-30 13:50:35:000
**Received Date:** 2005-09-30 13:50:37:000
**Subject:** Re: No new Delta/Kappa ign switch for MY 08
**Attachments:**

I've changed back to carryover for 2008. Keep me in the loop if anything changes.
Thanks
Steve

---

Raymond DeGiorgio

**Raymond DeGiorgio**

09/29/2005 03:25 PM

To: Steven Kirkman/US/GM/GMC
cc:
Subject: Re: No new Delta/Kappa ign switch for MY 08

Steve,
It not over yet ...... read below.

----- Forwarded by Raymond DeGiorgio/US/GM/GMC on 09/29/2005 03:25 PM -----



Lori J Queen
09/29/2005 07:02 AM

To: John R. Hendler/US/GM/GMC, Deb Lund/US/GM/GMC, Sarah DeVries/US/GM/GMC, Darren Post/US/GM/GMC, Ron Arnesen/US/GM/GMC, Bruce Kosbab/US/GM/GMC, John D. Cockburn/US/GM/GMC, Joseph R. MansonII/US/GM/GMC, Sam Lumetta/US/GM/GMC, Keith A. Paterson/US/GM/GMC, Chris A. Thomason/US/GM/GMC, Sarah DeVries/US/GM/GMC
cc: Paul Nadeau/US/GM/GMC, Rozalina Ebrahimian/US/GM/GMC, Steven Kirkman/US/GM/GMC, Dave Guidos/US/GM/GMC, Raymond DeGiorgio/US/GM/GMC
Subject: Re: No new Delta/Kappa ign switch for MY 08

I'm not sure its ok to wait. I want to discuss at pet thanks
Lori Queen

John R. Hendler

From: John R. Hendler
Sent: 09/28/2005 04:07 PM
To: Lori Queen; Deb Lund; Sarah DeVries; Darren Post; Ron Arnesen; Bruce Kosbab; John Cockburn; Joseph MansonII; Sam Lumetta; Keith Paterson; Chris Thomason
Cc: Paul Nadeau; Rozalina Ebrahimian; Steven Kirkman; Dave Guidos; Raymond DeGiorgio
Subject: No new Delta/Kappa ign switch for MY 08

I wanted to close the loop on the Electrical SMT's attempt to bring a new ignition switch design to the Delta/Kappa vehicles for MY 08. As the VSE for the Cobalt launch I was very aware of an issue with "inadvertent ignition offs" due to the low mounted ignition switch in the steering column and the low efforts required to rotate the ignition.

A new, more robust, increased effort design is currently being implemented on the GMT191 program for MY 07. My intention was to bring this part number common design to the Delta/Kappa vehicles for MY08. I attended an X Vapir with the Delta team to review the pros/cons of this change. The con of the change is that the piece cost of the ignition switch went up around $0.90 and would require $400K in tooling to add the almost 500K in volume.

At the X Vapir my team was challenged to offset the piece cost with warranty savings and/or reduced PC/Inv. I worked through Purchasing with Stoneridge Pollak to gain the reductions. Stoneridge Pollak was unwilling to budge on their PC/Inv. The warranty offset for the new switch is in the $0.10-0.15 range.

It was felt by the Delta team that the revision of the slot in the ignition key to a hole would significantly reduce the inadvertent offs and make any additional changes unnecessary.

Consequently, the ignition switch for the Deltas and Kappas will remain the carryover single detent switch until the piece cost hit can be eliminated or significantly reduced. My plan is to resource this switch design for MY 09 and make it available for the Deltas, Kappas, and 19X families.

**John R. Hendler**
EGM-Appearance Switches

email: