# **<u>EXHIBIT 20</u>**

**From:** Alcala, Arturo
**Sent:** Monday, January 9, 2006 11:15 AM
**To:** Lin, George J                                                                                          ; Coniff, John B
                                                              Gonzalez, Juan C (DMS)
                                                                                          ; Rodrigu
Eduardo P
**Subject:** FW: Delta Ignition Samples with New PCB/Plunger

FYI.

-----Original Message-----
From: raymond.degiorgio
Sent: Mon 1/9/2006 6:42 AM
To: Alcala, Arturo
Cc:
Subject: Re: Delta Ignition Samples with New PCB/Plunger

Arturo,
Happy Holidays to you and your family. I hope the new year is good to you. Thanks for the Delta Switches, I just received them this morning I will put them on tsest as soon as a vehicle is available and will report status back to you.

Best Regards,
Ray DeGiorgio

"Alcala, Arturo"
                              To:    <raymond.degiorgio
                        cc:    "Coniff, John B"                             "Lin, George J"
                                          >, "Gonzalez, Juan C \(DMS\)"
01/06/2006 06:18                                                      "Rodriguez, Eduardo P"
PM
                        Subject:  Delta Ignition Samples with New PCB/Plunger

Hello Ray,

    First of all I hope you had a happy holidays and wish you the best for this new year.

I just wanted to let you know that per our conversation in December, I sent you the 24 Delta Ignition switch samples for vehicle testing. I apologize I did not send a packing list or description in the box so they may have come as a surprise.

SC-000001

DELPHI CONFIDENTIAL

These switches contain the new PCB design and also the stronger Catera detent spring-plunger.

Please don't hesitate to call if you need more switches or if you need us to participate in the validation.
The FedEx tracking number is : 854271066655 and they were delivered this morning.

Thanks and we'll talk to you soon.

Regards,

Arturo Alcala

*******************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*******************************************************************************

SC-000002