# EXHIBIT 22



# INDIANA UNIVERSITY

## TRANSPORTATION RESEARCH CENTER

School of Public and Environmental Affairs
222 West Second Street
Bloomington, Indiana 47403-1501
(812) 855-3908    Fax:  (812) 855-3537

# ON-SITE AIR BAG NON-DEPLOYMENT INVESTIGATION

CASE NUMBER - IN-06-033
LOCATION - WISCONSIN
VEHICLE - 2005 CHEVROLET COBALT
CRASH DATE - October 2006

Submitted:

April 25, 2007
Revised: March 31, 2008



Contract Number:  DTNH22-01-C-07002

Prepared for:

U.S. Department of Transportation
National Highway Traffic Safety Administration
National Center for Statistics and Analysis
Washington, D.C.  20590-0003

# DISCLAIMERS

This document is disseminated under the sponsorship of the Department of Transportation in the interest of information exchange.  The United States Government assumes no responsibility for the contents or use thereof.

The opinions, findings, and conclusions expressed in this publication are those of the authors and not necessarily those of the National Highway Traffic Safety Administration.

The crash investigation process is an inexact science which requires that physical evidence such as skid marks, vehicular damage measurements, and occupant contact points be coupled with the investigator's expert knowledge and experience of vehicle dynamics and occupant kinematics in order to determine the pre-crash, crash, and post-crash movements of involved vehicles and occupants.

Because each crash is a unique sequence of events, generalized conclusions cannot be made concerning the crashworthiness performance of the involved vehicle(s) or their safety systems.

**Technical Report Documentation Page**

| 1. Report No. IN-06-033 | 2. Government Accession No. | 3. Recipient's Catalog No. |
|---|---|---|
| 4. Title and Subtitle On-Site Air Bag Non-Deployment Investigation Vehicle - 2005 Chevrolet Cobalt Location - Wisconsin | | 5. Report Date: April 25, 2007 |
| | | 6. Performing Organization Code |
| 7. Author(s) Special Crash Investigations Team #2 | | 8. Performing Organization Report No. |
| 9. Performing Organization Name and Address Transportation Research Center Indiana University 222 West Second Street Bloomington, Indiana 47403-1501 | | 10. Work Unit No. (TRAIS) |
| | | 11. Contract or Grant No. DTNH22-01-C-07002 |
| 12. Sponsoring Agency Name and Address U.S. Department of Transportation (NPO-122) National Highway Traffic Safety Administration National Center for Statistics and Analysis Washington, D.C. 20590-0003 | | 13. Type of Report and Period Covered Technical Report Crash Date: October 2006 |
| | | 14. Sponsoring Agency Code |

15. Supplementary Notes

On-site air bag non-deployment investigation involving a 2005 Chevrolet Cobalt with manual safety belts and dual stage front air bag system.

16. Abstract

This report covers an on-site investigation of an air bag non-deployment crash that involved a 2005 Chevrolet Cobalt (case vehicle), which ran-off-road and impacted a tree. This crash is of special interest because the case vehicle was equipped with multiple Advanced Occupant Protection System (AOPS) features, including dual stage air bags that did not deploy, and the case vehicle's front right passenger [15-year-old, female] sustained fatal injuries. The case vehicle was traveling east in the eastbound lane of a two lane county roadway. The case vehicle departed the south side of the roadway, vaulted over a driveway and the front impacted a telephone utility box and then a clump of large trees. The case vehicle's driver and front right passenger air bags did not deploy as a result of the impact with the clump of trees, possibly due to the yielding nature of the tree impact or power loss due to movement of the ignition switch just prior to the impact. The driver, front right passenger and back right passenger were all unrestrained. The driver and both passengers sustained police reported "A" (incapacitating) injuries and were transported to a hospital. The driver and back right passenger were admitted. The front right passenger died of her injuries 4 hours and 33 minutes following the cash. The back right passenger also subsequently died of her injuries.

| 17. Key Words Event Data Recorder Air Bag Non-Deployment | Motor Vehicle Traffic Crash Injury Severity | 18. Distribution Statement General Public | |
|---|---|---|---|
| 19 Security Classif. (of this report) Unclassified | 20. Security Classif. (of this page) Unclassified | 21. No. of Pages 26 | 22. Price |

Form DOT 1700.7 (8-72)        Reproduction of completed page authorized

# TABLE OF CONTENTS

IN-06-033

Page No.

BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

CRASH CIRCUMSTANCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2

CASE VEHICLE: 2005 CHEVROLET COBALT . . . . . . . . . . . . . . . . . . . . . . .   3
   CASE VEHICLE DAMAGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
   AUTOMATIC RESTRAINT SYSTEM . . . . . . . . . . . . . . . . . . . . . . . . . .   6
   CRASH DATA RECORDING AND ANALYSIS OF AIR BAG NON-DEPLOYMENT . . . . . .   6
   CASE VEHICLE FRONT RIGHT PASSENGER KINEMATICS . . . . . . . . . . . . . . . .   8
   CASE VEHICLE FRONT RIGHT PASSENGER INJURIES . . . . . . . . . . . . . . . . . .   9
   CASE VEHICLE DRIVER KINEMATICS . . . . . . . . . . . . . . . . . . . . . . . . .  11
   CASE VEHICLE DRIVER INJURIES . . . . . . . . . . . . . . . . . . . . . . . . . . .  12
   CASE VEHICLE BACK RIGHT PASSENGER KINEMATICS . . . . . . . . . . . . . . . . .  13
   CASE VEHICLE BACK RIGHT PASSENGER INJURIES . . . . . . . . . . . . . . . . . .  14

GENERAL MOTORS BULLETIN 1686453 . . . . . . . . . . . . . . . . . . . . . . . . . .  15

GENERAL MOTORS VEHICLE INQUIRY SYSTEM SUMMARY . . . . . . . . . . . . . . . . .  19

EVENT DATA RECORDER DATA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  20

GENERAL MOTORS BULLETIN 1869035 . . . . . . . . . . . . . . . . . . . . . . . . . .  25

CRASH DIAGRAM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  26

BACKGROUND                                                                    IN-06-033

This investigation was brought to NHTSA's attention on or before October 26, 2006 by a news story in a Minnesota newspaper. This crash involved a 2005 Chevrolet Cobalt (case vehicle) that ran-off-road, vaulted over a driveway and impacted a telephone utility box and then a clump of trees. The crash occurred in October 2006, at 7:55 p.m., in Wisconsin and was investigated by the applicable county sheriff department. This crash is of special interest because the case vehicle was equipped with multiple Advanced Occupant Protection System (AOPS) features, including dual stage air bags that did not deploy, and the case vehicle's front right passenger [15-year-old, White (non-Hispanic) female] sustained fatal injuries. In addition, the case vehicle was equipped with an Event Data Recorder (EDR). This contractor inspected the case vehicle on November 6, 2006 and inspected the scene on November 7, 2006. A partial interview was conducted with a relative of the case vehicle's driver on November 6, 2006. This report is based on the sheriff's department crash report and on-scene photographs, scene inspection, vehicle inspection, EDR data, front right passenger's autopsy records, occupant kinematic principles, and this contractor's evaluation of the evidence.

SUMMARY

The case vehicle was traveling east on a two lane county roadway. The case vehicle departed the south side of the roadway. The case vehicle vaulted over a driveway, the front end impacted a telephone utility box (event 1), and then the front right impacted a clump of large trees (event 2). A branch from one of the trees broke off and impacted the top of the case vehicle and broke out the backlight (event 3). The case vehicle's driver and front right passenger air bags did not deploy as a result of the impact with the clump of trees, possibly due to the yielding nature of the tree impact or power loss due to movement of the ignition switch just prior to the impact. The case vehicle rotated clockwise approximately 90 degrees and came to rest heading southwest.

The CDCs for the case vehicle were determined to be: **12-FC99-1** (0 degrees) for the impact with the telephone utility box (event 1). Damage from the subsequent tree impact overlapped this impact, so only a partial CDC could be assigned. The CDC for the tree clump impact (event 2) was determined to be: **12-FZAW-6** (0 degrees) and **00-TZDW-2** for the tree branch impact to the top plane (event 3). The WinSMASH reconstruction program could not be used to reconstruct the case vehicle's Delta Vs for the tree clump impact because yielding object impacts are out-of-scope for the program (i.e., the initial tree impacted was displaced in the ground and broken off at the root). However, the WinSMASH program, barrier algorithm, was used to determine a barrier equivalent speed (BES) based on the case vehicle's front crush profile. The BES was determined to be 88 km.p.h. (55 m.p.h.). The case vehicle's EDR recorded a maximum total velocity change of 96 km.p.h. (59.84 m.p.h). The case vehicle was towed due to damage.

The driver, front right passenger and back right passenger were all unrestrained. The driver and both passengers sustained police reported "A" (incapacitating) injuries and were transported to a hospital. The driver and back right passenger were admitted. The front right passenger died 4 hours and 33 minutes following the crash. The back right passenger also subsequently died.

CRASH CIRCUMSTANCES                                                                    IN-06-033

*Crash Environment:* The trafficway on which the
case vehicle was traveling was a two-lane, major
county roadway, traversing in an east and west
direction.    The roadway had one lane in each
direction and was bordered by gravel shoulders.
The eastbound travel lane was 3.7 meters (12.1
feet) in width.  The westbound travel lane was 3.8
meters (12.5 feet) in width.   The south shoulder
was 1.6 meters (5.2 feet) in width.   The north
shoulder was 1.7 meters (5.6 feet) in width.  The
roadway grade in the area of roadway departure
was 6% negative.     The speed limit was 89
km.p.h. (55 m.p.h.).  At the time of the crash the
light condition dark, the weather was cloudy, and
the roadway pavement was dry, traveled
bituminous with an estimated coefficient of
friction of 0.68.  The traffic density at the time of
the crash was most likely light, and the site of the
crash was rural.  See the Crash Diagram at the
end of this report.

*Pre-Crash:* The case vehicle was traveling east in
the eastbound lane (**Figure 1**).  The case vehicle's
driver was intending to continue eastbound.  The
case vehicle departed the south side of the
roadway.  The crash occurred on the south side of
the roadway on the edge of a wooded area.  It is
not known why the case vehicle departed the
roadway.  It is not known if the driver took any
actions to avoid the crash.

*Crash:* After the case vehicle departed the south
side of the roadway, it crossed the south shoulder
and the right side tires entered the grass.   The
case vehicle then encountered the edge of a
driveway (**Figure 2**), vaulted and was airborne for
approximately 18 meters (59 feet).   The case
vehicle touched down in the grass (**Figure 3**) and
traveled an additional approximate 24 meters (79
feet) where the center front of the case vehicle
impacted and ran over a telephone utility box
(event 1).  The case vehicle traveled an additional
approximate 15 meters (49 feet) and the front
right impacted a clump of large trees (event 2).



**Figure 1:** Approach of case vehicle eastbound to
roadway departure, number on roadway indicates
meters to impact



**Figure 2:** Overview of path of case vehicle, flag at
edge of driveway shows track of case vehicle's
left side tires



**Figure 3:** Vehicle touchdown location (yellow
arrow) from vault and approach to telephone
utility box impact (red arrow) and impact with
clump of trees (blue arrow)

*Crash Circumstances (Continued)*                                    IN-06-033

The center right of the case vehicle initially engaged the leading tree in the clump and then the front right engaged a tree immediately behind and to the right of the first tree (**Figures 4** and **5**). The first tree was displaced in the ground and broken off at the root. It appeared that a branch from this tree also broke off and impacted the top of the case vehicle and broke out the backlight (event 3). The case vehicle's driver and front right air bags did not deploy as a result of the impact with the clump of trees, possibly due to the yielding nature of the impact with the first tree or power loss due to movement of the ignition switch just prior to the impact. See the discussion below under the "**Case Vehicle**" and "**Crash Data Recording**" sections for further information regarding the ignition switch problem and air bag non-deployment.

*Post-Crash:* As a result of the tree impact, the case vehicle rotated clockwise approximately 90 degrees and came to rest heading southwest (**Figure 6**). At final rest the case vehicle was approximately 3 meters (10 feet) north of the impacted clump of trees.

## CASE VEHICLE

The 2005 Chevrolet Cobalt was a front wheel drive, four-door sedan (VIN: 1G1AK52F657-------) equipped with 2.2L, L4 engine and a four-speed automatic transmission. The front seating row was equipped with bucket seats with adjustable head restraints, tilt steering column, dual stage driver and front right passenger air bags; driver and front right passenger manual, three-point, lap-and-shoulder safety belt systems with adjustable upper anchors, usage sensors and pretensioners. The back seating row was equipped with a bench seat with folding backs, non-adjustable head restraints in the outboard seating positions and manual, three-point, lap-and-shoulder belts in all three seating positions. In addition, the case vehicle was equipped with a LATCH system for securing child



**Figure 4:** Damage to case vehicle from impact with clump of trees, red arrow shows impact location of tree that broke off, green arrow shows impact location of second tree, vertical scale in tenths of meter



**Figure 5:** Police on-scene photo of impacted clump of trees, arrows shows broken/uprooted tree



**Figure 6:** Red arrow shows impacted clump of trees, yellow arrow shows area of case vehicle's final rest

*Case Vehicle* (Continued)                                                                IN-06-033

safety seats.  Side curtain air bags were an option, but the case vehicle was not so equipped.
Four-wheel anti-lock brakes were also an option, but it is unknown if the case vehicle was so
equipped.  The case vehicle's specification wheelbase was 262 centimeters (103.1 inches).  The
case vehicle's odometer reading at the time of the vehicle inspection is unknown because the case
vehicle was equipped with an electronic odometer.

Certain 2005 Chevrolet Cobalts were subject to one of two conditions that required recall
to a dealership for correction.  See attached General Motors (GM) bulletin and GM Vehicle
Inquiry System Summary (**Figures 14-18**) at the end of this report.  The first condition involved
possible reversal of the steering column mounted air bag module wiring.  The second condition
involved possible loss of air conditioning due to voltage spikes from abnormal fan switching.  The
documentation on the case vehicle indicated that it was subject to the air conditioning related
condition.  The documentation indicated that the vehicle was returned to the dealership and the
condition was corrected by replacement of the air conditioning jumper harness on January 2,
2006.

## CASE VEHICLE DAMAGE

***Exterior Damage:***   The case vehicle's initial
impact with the telephone utility box involved the
center portion of the front bumper.  The precise
location of the damage on the front bumper from
the telephone utility box could not be determined
due to the overlapping damage from the
subsequent tree impact and missing portions of the
front bumper fascia.  The case vehicle's impact
with the tree involved the front right portion of the
case vehicle.  The front bumper, grille, hood, and
right fender were directly contacted and crushed
rearward.  The direct damage began at the front
right bumper corner and extended approximately
45 centimeters (17.7 inches) along the front of the
of the vehicle.  The front crush profile was taken
at the bumper level.  The maximum residual crush
was determined to be 121 centimeters (47.6
inches) occurring at $C_3$ (**Figures 7** and **8**).  The
direct damage from the tree branch impact
involved the roof and the backlight.  There was a
dent located near the right "C"-pillar and the


**Figure 7:**  Right side view of crush to front of case vehicle from impact with clump of trees


**Figure 8:**  Top view of crush to front of case vehicle from impact with clump of trees, each increment on rods is 5 cm (2 in)

backlight was broken out.  The table below shows the case vehicle's front crush profile.

*Case Vehicle Damage* (Continued)                                                      IN-06-033

| Units | Event | Direct Damage | | Field L | C₁ | C₂ | C₃ | C₄ | C₅ | C₆ | Direct | Field L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Width CDC | Max Crush | | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | ±D | ±D |
| cm | 2 | 45 | 121 | 49 | 32 | 97 | 121 | 111 | 98 | 91 | 25 | 0 |
| in | | 17.7 | 47.6 | 19.3 | 12.6 | 38.2 | 47.6 | 43.7 | 38.6 | 35.8 | 9.8 | 0.0 |

The case vehicle's right side wheelbase was reduced 58 centimeters (22.8 inches). The left side wheelbase was extended 5 centimeters. Induced damage involved the left fender, hood, roof, right front door, right "A"-pillar and right roof side rail. The rescue crew cut the right "A"-pillar and removed the right front door.

The case vehicle's recommended tire size was P195/60R15, and the case vehicle was equipped with tires of this size. The case vehicle's tire data are shown in the table below.

| Tire | Measured Pressure | | Recommend Pressure | | Tread Depth | | Damage | Restricted | Deflated |
|---|---|---|---|---|---|---|---|---|---|
| | kpa | psi | kpa | psi | milli-meters | 32ⁿᵈ of an inch | | | |
| LF | Flat | Flat | 207 | 30 | 3 | 4 | None | No | Yes |
| RF | Flat | Flat | 207 | 30 | 2 | 3 | Wood pieces in inner bead | Yes | Yes |
| LR | 165 | 24 | 207 | 30 | 5 | 6 | None | No | No |
| RR | 172 | 25 | 207 | 30 | 4 | 5 | None | No | No |

**Vehicle Interior:** Inspection of the case vehicle's interior (**Figure 9** and **Figures 10** and **11** below) revealed that primarily the right half of the steering wheel was severely bent forward and the steering column was crushed forward and upward (**Figure 12** below) due to driver loading. The driver's knee bolsters had been heavily contacted by the driver's knees and broken out. There were scuff marks on the right instrument panel and the glove box door due to loading by the front right passenger. The front right passenger's seat back was also intruded forward nearly to the instrument panel (**Figure 10** below) due to loading by the unrestrained back right passenger. Passenger compartment intrusion involved the driver's and



**Figure 9:** Overview of steering wheel, instrument panel and windshield from driver's door

front right passenger's toe pans, which intruded longitudinally 18 centimeters (7.1 inches) and 23

*Case Vehicle Damage (Continued)*                                      IN-06-033

centimeters (9 inches) respectively.  The brake pedal also intruded longitudinally 18 centimeters (7.1 inches), and the right instrument panel intruded 18 centimeters (7.1 inches) longitudinally into the front right passenger's occupant space.

***Damage Classification:***  Based on the vehicle inspection, the CDCs for the case vehicle were determined to be:  **12-FC99-1** (0 degrees) for the impact with the telephone utility box (event 1).  Damage from the subsequent tree impact overlapped this impact, so only a partial CDC could be assigned.  The CDC for the tree clump impact (event 2) was determined to be: **12-FZAW-6** (0 degrees) and  **00-TZDW-2** for the tree branch impact to the top plane (event 3).  The WinSMASH reconstruction program could not be used to reconstruct the case vehicle's Delta Vs for the tree clump impact because yielding object impacts are out-of-scope for the program (i.e., the initial tree impacted was displaced in the ground and broken off at the root).  However, the WinSMASH program, barrier algorithm, was used to determine a barrier equivalent speed (EBS) based on the case vehicle's front crush profile.  The EBS was determined to be 88 km.p.h. (55 m.p.h.).  The case vehicle's EDR recorded a maximum total velocity change of 96 km.p.h. (59.84 m.p.h).  The case vehicle was towed due to damage.



**Figure 10:**   Left side view of steering wheel, instrument panel and displacement of front right seat back and head restraint due to the back right passenger loading the seat back into the front right passenger



**Figure 11:**  Right side view of case vehicle's front seating row, instrument panel, steering wheel and windshield

## AUTOMATIC RESTRAINT SYSTEM

The case vehicle was equipped with dual stage driver and front right passenger air bags.  Neither of these air bags deployed in this crash.  See the following "**Crash Data Recording**" discussion.

## CRASH DATA RECORDING AND ANALYSIS OF AIR BAG NON-DEPLOYMENT

The EDR download file was provided to this contractor by the investigating sheriff's deputy.  The data indicated that only a non-deployment



**Figure 12:**   Right side view of deformation to steering wheel and steering column

*Crash Data Recording and Analysis of Air Bag Non-Deployment (Continued)*          IN-06-033

event was recorded.  The EDR reports are presented in **Figures 19-24** at the end of this report.
The pre-crash data indicated that the case vehicle was traveling 144 km.p.h. (71 m.p.h.) at the 5,
4 and 3 second sample points prior to algorithm enable.  Vehicle speed and engine speed were
then recorded as 0 km.p.h (0m.p.h.) at the 2 and 1 second sample points.  In addition, the other
pre-crash data items in this block were recorded as invalid.  The system status data indicated that
the event recording was complete and the multiple event counter was recorded as 0.  The service
engine soon lamp and service vehicle soon lamp were both recorded as off.  The SIR warning
lamp was also recorded as off.  The number of ignition cycles the SIR warning lamp was off
continuously was recorded as 2,783.  The number of ignition cycles since the data trouble codes
were last cleared was recorded as 254, and the six diagnostic trouble code columns were all
recorded as N/A.  These recorded data appeared to indicate that the air bag system was
functioning at the time of the crash.

      The EDR data also indicated that the vehicle power mode status was recorded as
"accessory".  This indicates that the ignition switch was not in the "on" position at the time of the
tree clump impact.  This was supported by information from one of the investigating sheriff's
deputies, who reported to this contractor that the ignition switch was found jammed in the
"accessory" position following the crash.  This may explain why zeros were recorded for vehicle
speed and engine speed in the final two seconds of the pre-crash data.  It is possible the ignition
switch could have been knocked to the "accessory" position by the driver's leg or knee at the time
of the vault.  This investigation revealed that inadvertent contact with the ignition switch or a key
chain in the 2005 Chevrolet Cobalt can in fact result in engine shut-down and loss of power.  A
GM service bulletin applicable to the 2005-2007 Chevrolet Cobalt entitled "Information on
Inadvertent Turning of the Key Cylinder, Loss of Electrical System and No DTCs# 05-02-35-
007A (10/25/2006)" describes this potential problem [see attached GM bulletin at the end of this
report (**Figure 25**)].  The bulletin indicates that there is a potential for the driver to inadvertently
turn off the ignition due to low ignition key cylinder torque/effort.  The bulletin indicated this was
more likely to occur if the driver is short and has a large and/or heavy key chain attached to the
ignition key.  The bulletin indicated the condition was documented to occur when a driver's knee
contacted a key chain while the vehicle was turning and the steering column was adjusted all the
way down.  A search of the NHTSA, Office of Defects Investigation (ODI) web site, complaint
tab, revealed at least six complaints (ODI identification numbers: 10144299, 10145959,
10129121, 10132335, 10151346, and 10197022) relating to the engine shutting off and loss of
power in Chevrolet Cobalts when the ignition switch or key chain was contacted by the driver.
Some of the complaints reported a simple "brushing" of the key chain or touching of the ignition
switch was all that was required for the engine to shut off.  It is not known what role, if any, this
may have played in the non-deployment of the air bags.  Such a determination would most likely
require an analysis of the air bag system and ignition wiring schematic in order to determine if in
fact the air bag is capable of deploying when the ignition is switched from the "on" position to the
"accessory" position.  Such an undertaking was beyond the scope of this investigation.

      Analysis of the case vehicle's EDR data in light of the yielding of the first tree contacted
during the impact with the clump of trees suggest another possible reason for the non-deployment
of the driver and front right passenger air bags in this crash.  The slope of the case vehicle's initial
longitudinal crash pulse was compared to the slope of the initial longitudinal crash pulse from two

*Crash Data Recording and Analysis of Air Bag Non-Deployment (Continued)*          IN-06-033

Chevrolet Cobalt deployment files from prior cases. The data indicated that the slope of the case vehicle's initial crash pulse was not nearly as steep as that of the comparison deployment files. It is possible that due to the yielding nature of the initial impact with the clump of trees, the case vehicle's crash sensing algorithm, which must make its deployment decision within the approximate first 50 milliseconds following algorithm enable, predicted that the crash would not be severe enough to require air bag deployment and did not issue a deployment command.

## CASE VEHICLE FRONT RIGHT PASSENGER KINEMATICS

Immediately prior to the crash, the case vehicle's front right passenger [15-year-old, White (non- Hispanic) female, 147 centimeters and 45 kilograms (58 inches, 100 pounds)] was most likely seated in an upright position with both feet on the floor. The position of her arms and hands is not known. The position of the passenger's seat track and seat back is not known due to the damage to the seat as a result of loading from the unrestrained back right passenger.

Based on this contractor's vehicle inspection, the case vehicle's front right passenger was not restrained by her manual, three-point, lap-and-shoulder, safety belt system. There was no evidence of load marks on the safety belt or "D"-ring. In addition, the police crash report indicated that the passenger was unrestrained and found trapped between her seat, the instrument panel and right front door.

Just prior to the crash, the case vehicle had departed the roadway, vaulted and become airborne. As a result, the front right passenger may have been bracing against the instrument panel with her hands. As the vehicle touched down, the front right passenger most likely moved forward as well as down and up, and the passenger was displaced to the right and likely contacted the instrument panel. The impact with the telephone utility box, which is small and easily moved, most likely caused little or no movement to the front right passenger. The subsequent impact with the clump of trees caused the passenger to continue forward along a path opposite the case vehicle's 0 degree direction of principal force as the case vehicle decelerated. She slid forward on her seat and her lower legs impacted the lower instrument panel, her knees impacted the glove box door, and her arms, chest, and face impacted the instrument panel. In addition, her seat back was loaded by the unrestrained back right passenger and extensively shoved forward, also forcing her into the instrument panel. As the front right passenger's face impacted the instrument panel, her head restraint was jammed into the back of her head causing a compression of her brain stem, midbrain hemorrhage, cerebrum contusions, cerebral edema, subarachnoid hemorrhage, facial fractures and skull fractures. In addition, the front right passenger sustained rib fractures, a fracture and dislocation of the right clavicle and right humerus fracture due to contact with the instrument panel, as well as multiple contusions, abrasions and lacerations. As the case vehicle rotated clockwise the right side of her body most likely impacted the right front door. She was found by police entrapped between her seat, the instrument panel and the right front door. Rescue personnel removed the right front door and in order to extricate the front right passenger from the case vehicle.

**CASE VEHICLE FRONT RIGHT PASSENGER INJURIES**                                    IN-06-033

The case vehicle's front right passenger sustained a police reported "A" (incapacitating) injury. She was transported by ambulance to a medical center and then air lifted to a hospital where she was pronounced dead 4 hours and 33 minutes following the crash. The table below shows the front right passenger's injuries and injury mechanisms.

| Injury Number | Injury Description (including Aspect) | NASS Injury Code & AIS 90 | Injury Source (Mechanism) | Source Confidence | Source of Injury Data |
|---|---|---|---|---|---|
| 1 | Compression brain stem with bilateral transtentorial (uncal) herniation | critical 140202.5,8 | Head restraint, front right seat[1] | Probable | Autopsy |
| 2 | Hemorrhage, pinpoint, midbrain, not further specified | critical 140210.5,8 | Head restraint, front right seat | Probable | Autopsy |
| 3 | Contusions cerebrum including 4 cm on undersurface of right frontal lobe, 1 cm left parietal lobe, and on undersurface of temporal and occipital lobes | severe 140624.4,3 | Head restraint, front right seat | Probable | Autopsy |
| 4 | Cerebral edema, diffuse, not further specified | serious 140660.3,9 | Head restraint, front right seat | Probable | Autopsy |
| 5 | Hemorrhage, subarachnoid, diffuse, not further specified | serious 140684.3,9 | Head restraint, front right seat | Probable | Autopsy |
| 6 | Fractures of orbital plates, not further specified | serious 150200.3,8 | Right instrument panel and below | Probable | Autopsy |
| 7 | Fracture right frontal and parietal bone, not further specified | moderate 150400.2,1 | Right instrument panel and below | Probable | Autopsy |
| 8 | Fracture right occipital bone, not further specified | moderate 150400.2,6 | Head restraint, front right seat | Probable | Autopsy |
| 9 | Fracture nasal bridge, palpable, not further specified | minor 251000.1,4 | Right instrument panel and below | Probable | Autopsy |
| 10 | Avulsion upper central incisors, numerous, not further specified | minor 251406.1,8 | Right instrument panel and below | Probable | Autopsy |
| 11 | Fracture ribs: left 2nd and 3rd, anteriorly, not further specified | moderate 450220.2,2 | Right instrument panel and below | Probable | Autopsy |
| 12 | Fracture right clavicular head, not further specified | moderate 752200.2,1 | Right instrument panel and below | Probable | Autopsy |
| 13 | Dislocation right clavicle, not further specified | moderate 750230.2,1 | Right instrument panel and below | Probable | Autopsy |

---

[1] This occupant was entrapped between the front right seat back, the front right instrument panel, and the interior surface of the right front door. Her seat back was loaded by the unrestrained, back right passenger causing the seat back to intrude into the front right passenger's space impacting and compressing this occupant between the seat back and the instrument panel. Note: the front right headrest (**Figure 10** above) appears to have been driven backwards during the compression process.

*Case Vehicle Front Right Passenger Injuries* (Continued)                    IN-06-033

| Injury Number | Injury Description (including Aspect) | NASS Injury Code & AIS 90 | Injury Source (Mechanism) | Source Confidence | Source of Injury Data |
|---|---|---|---|---|---|
| 14 | Fracture right humerus, not further specified | moderate[2] 752600.2,1 | Right instrument panel and below | Probable | Autopsy |
| 15 | Hematoma {hemorrhage}, subgaleal, diffuse over frontal, left and right parietal, left and right posterior parietal and occipital scalp | minor 190402.1,0 | Head restraint, front right seat | Probable | Autopsy |
| 16 | Contusions right forehead | minor 290402.1,7 | Right instrument panel and below | Probable | Autopsy |
| 17 18 | Contusions both eyes, not further specified | minor 297402.1,1 297402.1,2 | Right instrument panel and below | Probable | Autopsy |
| 19 | Contusion, 5.1 cm (2 in), curvilinear right cheek | minor 290402.1,1 | Right instrument panel and below | Probable | Autopsy |
| 20 | Contusion, 5.1 cm (2 in), left cheek | minor 290402.1,2 | Right instrument panel and below | Probable | Autopsy |
| 21 | Laceration outer right eye, not further specified | minor 290600.1,1 | Right instrument panel and below | Probable | Autopsy |
| 22 | Contusions, 7.6 cm and 12.7 cm (3 & 5 in), right breast, not further specified | minor 490402.1,1 | Right instrument panel and below | Probable | Autopsy |
| 23 | Contusion, 15.2 cm (6 in) left breast, not further specified | minor 490402.1,2 | Right instrument panel and below | Probable | Autopsy |
| 24 | Contusion anterior {front} right upper arm, not further specified | minor 790402.1,1 | Right instrument panel and below | Probable | Autopsy |
| 25 | Abrasion posterior right upper arm, not further specified | minor 790202.1,1 | Seat back, front right passenger's | Probable | Autopsy |
| 26 | Contusions, 1,3 and 10.2 cm (0.5 & 4 in) posterior right upper arm, not further specified | minor 790402.1,1 | Seat back, front right passenger's | Probable | Autopsy |
| 27 | Abrasion dorsum {back} of right hand, not further specified | minor 790202.1,1 | Right instrument panel and below | Probable | Autopsy |
| 28 | Contusion dorsum {posterior} right middle finger | minor 790402.1,1 | Right instrument panel and below | Probable | Autopsy |
| 29 | Laceration {tear} dorsum {posterior right middle finger | minor 790600.1,1 | Right instrument panel and below | Probable | Autopsy |

[2]  It is unknown whether the dislocation occurred at the acromioclavicular joint or the sternoclavicular joint.  For coding purposes, the acromioclavicular joint was used.

*Case Vehicle Front Right Passenger Injuries (Continued)*                    IN-06-033

| Injury Number | Injury Description (including Aspect) | NASS Injury Code & AIS 90 | Injury Source (Mechanism) | Source Confidence | Source of Injury Data |
|---|---|---|---|---|---|
| 30 | Contusions, 5.1 to 15.4 cm (2-6 in), anterior (front) left forearm, not further specified | minor 790402.1,2 | Right instrument panel and below | Probable | Autopsy |
| 31 | Abrasion posterior {back} left forearm | minor 790202.1,2 | Seat back, front right passenger's | Probable | Autopsy |
| 32 | Contusion, 15.4 cm (6 in), posterior left upper arm, not further specified | minor 790402.1,2 | Seat back, front right passenger's | Probable | Autopsy |
| 33 | Contusions anterior bilateral thighs, including one 17.8 cm (7 in) on right, not otherwise specified | minor 890402.1,3 | Right instrument panel and below | Probable | Autopsy |
| 34 | Abrasion left knee, not further specified | minor 890202.1,2 | Glove compartment door | Probable | Autopsy |
| 35 | Contusions bilateral knees, not further specified | minor 890402.1,3 | Glove compartment door | Probable | Autopsy |
| 36 | Abrasions bilateral anterior lower legs, not further specified | minor 890202.1,3 | Right instrument panel and below | Probable | Autopsy |
| 37 | Contusions bilateral anterior lower legs, including one 7.6 x 9.5 cm (3 x 3.75 in) on left | minor 890402.1,3 | Right instrument panel and below | Probable | Autopsy |
| 38 | Abrasion lateral {outer} right ankle, not further specified | minor 890202.1,1 | Right instrument panel and below | Possible | Autopsy |

## CASE VEHICLE DRIVER KINEMATICS

Immediately prior to the crash, the case vehicle's driver [17-year-old, White (non-Hispanic) female, 168 centimeters and 59 kilograms (66 inches, 130 pounds)] was most likely seated in an upright driving position. She most likely had both hands on the steering wheel and was bracing against the steering wheel. She most likely had her left foot on the floor. The position of her right foot is not known. The driver's seat track was adjusted between its middle and forward position and the seat back was slightly reclined. The driver was not wearing glasses or contact lenses at the time of the crash.

Based on this contractor's vehicle inspection and supported by the EDR data, the case vehicle's driver was not restrained by her manual, three-point, lap-and-shoulder, safety belt system. There was no evidence of load marks on the safety belt or "D"-ring. In addition, the police crash report indicated that the passenger was unrestrained and found in an approximate sitting position on the floor in front of her seat with her legs entrapped under the instrument panel.

*Case Vehicle Driver Kinematics (Continued)*                                       IN-06-033

Just prior to the crash, the case vehicle had departed the roadway, vaulted and become airborne. As a result, the driver was most likely bracing against the steering wheel with her hands. As the case vehicle touched down, the driver most likely moved forward as well as down and up in her seat. The impact with the telephone utility box most likely caused little or no movement to the driver. The subsequent impact with the clump of trees caused the driver to continue forward along a path opposite the case vehicle's 0 degree direction of principal force as the case vehicle decelerated and her chest impacted the steering wheel, her knees impacted the knee bolster and instrument panel and her face impacted the windshield. The impact to the steering wheel deformed the steering wheel and displaced the steering column forward and upward causing a fracture to the driver's sternum, a bruised heart, a liver laceration, spleen laceration and unknown injury to her large intestine. The driver spilled off the right side of the steering wheel and her right arm impacted the center instrument panel fracturing her right forearm and right upper arm. The impact to the windshield caused lacerations to the central part of the driver's face from ear to ear and on her nose. Her knees impacted and broke the knee bolsters and instrument panel and her right foot loaded into the brake pedal fracturing her right ankle. The driver came off her seat and came to rest in an approximate sitting position on the floor. Her legs were entrapped under the instrument and her right leg was against a hot surface or electrical short that caused a 15.2 centimeter (6 inch) thermal burn from her right knee to her right calf. The driver was removed from the case vehicle by rescue personnel.

## CASE VEHICLE DRIVER INJURIES

The case vehicle's driver sustained a police reported "A" (incapacitating) injury. She was transported by ambulance to a hospital and admitted for treatment of her injuries. The table below shows the case vehicle driver's injuries and injury mechanisms. The treating hospital refused to release the driver's medical records related to this crash.
.

| Injury Number | Injury Description (including Aspect) | NASS Injury Code & AIS 90 | Injury Source (Mechanism) | Source Confidence | Source of Injury Data |
|---|---|---|---|---|---|
| 1 | Fracture sternum, not further specified | moderate 450804.2,4 | Steering wheel hub and/or spokes and rim | Certain | Interviewee (relative) |
| 2 | Contusion {bruised} myocardium {heart} | minor 441002.1,4 | Steering wheel hub and/or spokes and rim | Certain | Interviewee (relative) |
| 3 | Laceration liver, not further specified | moderate 541820.2,1 | Steering wheel hub and/or spokes and rim | Certain | Interviewee (relative) |
| 4 | Injury large intestine, not further specified | moderate 540899.2,8 | Steering wheel hub and/or spokes and rim | Certain | Interviewee (relative) |

*Case Vehicle Driver Injuries* (Continued)                                      IN-06-033

| Injury Number | Injury Description (including Aspect) | NASS Injury Code & AIS 90 | Injury Source (Mechanism) | Source Confidence | Source of Injury Data |
|---|---|---|---|---|---|
| 5 | Laceration {damage} spleen, not further specified | moderate 544220.2,2 | Steering wheel hub and/or spokes and rim | Certain | Interviewee (relative) |
| 6 | Fracture, comminuted, right humerus, not further specified | serious 752604.3,1 | Center instrument panel and below | Probable | Interviewee (relative) |
| 7 | Fracture right forearm, not further specified | moderate 751900.2,1 | Center instrument panel and below | Probable | Interviewee (relative) |
| 8 | Fracture right ankle, not further specified | moderate 852002.2,1 | Floor, foot controls | Probable | Interviewee (relative) |
| 9 | Laceration {cut}, 6.4 to 7.6 cm (2.5-3 in), forehead, vertically oriented | minor 290602.1,7 | Front left windshield's glazing | Probable | Interviewee (relative) |
| 10 11 | Lacerations, 2.5 cm (1 in) right and left face, nose to ears, bilaterally, stitches required | minor 290602.1,1 290602.1,2 | Front left windshield's glazing | Probable | Interviewee (relative) |
| 12 | Burn, thermal, 15.2 cm (6 in), lateral right lower leg–knee to calf, requiring skin graft | minor 892006.1,1 | "Non-contact", burned by unk component | Probable | Interviewee (relative) |

CASE VEHICLE BACK RIGHT PASSENGER KINEMATICS

Immediately prior to the crash, the case vehicle's back right passenger [18-year-old, White (non-Hispanic) female, 173 centimeters and 57 kilograms (68 inches 125 pounds)] was most likely seated in an upright position with here feet on the floor. The position of her hands and arms is not known. Her seat track and seat back were not adjustable.

Based on this contractor's vehicle inspection, the case vehicle's back right passenger was not restrained by her manual, three-point, lap-and-shoulder, safety belt system. There was no evidence of load marks on the safety belt assembly. The damage to the front right passenger's seat back also indicated the passenger was not restrained. In addition, the police crash report indicated that this passenger was unrestrained.

Just prior to the crash, the case vehicle had departed the roadway, vaulted and become airborne. As a result, the back right passenger was likely bracing against the front right seat back with her hands. As the vehicle touched down, the passenger most likely moved forward as well as down and up in her seat and most likely contacted the back of the front right seat. The impact with the telephone utility box most likely caused little or no movement to the back right passenger. The subsequent impact with the clump of trees caused the back right passenger to continue forward along a path opposite the case vehicle's 0 degree direction of principal force as the case vehicle decelerated and her face, torso and legs loaded into the front right seat back pushing the

*Case Vehicle Back Right Passenger Kinematics (Continued)*          IN-06-033

seat back extensively forward (**Figure 13**).  The
back right passenger most likely ramped over the
seat back and impacted her head on the windshield
header causing facial fractures and a traumatic
brain injury.  The back right passenger rebounded
and as the case vehicle rotated clockwise, she
most likely contacted the right rear door.  She was
found lying face up across the back seat with her
feet in the floor pan behind the driver's seat.  She
was removed from the case vehicle by rescue
personnel.

CASE VEHICLE BACK RIGHT PASSENGER
INJURIES

The case vehicle's back right passenger
sustained a police reported "A" (incapacitating)
injury.  She was air lifted from the scene to a
hospital and admitted for treatment of her injuries.
The table below shows the back right passenger's
interviewee reported injuries and injury
mechanisms.  The treating hospital refused to
release the back right passenger's medical records
related to this crash.  The back right passenger
subsequently died of her injuries.



**Figure 13:** Damage to front right passenger's seat back due to loading by unrestrained back right passenger

| Injury Number | Injury Description (including Aspect) | NASS Injury Code & AIS 90 | Injury Source (Mechanism) | Source Confidence | Source of Injury Data |
|---|---|---|---|---|---|
| 1 | Traumatic brain injury, not further specified | unknown 115999.7,0 | Windshield roof header, front right passenger's | Probable | Interviewee (friend) |
| 2 | Fractures, facial, not further specified | minor 250400.1,9 | Windshield roof header, front right passenger's | Probable | Interviewee (friend) |

**GENERAL MOTORS BULLETIN 1686453**                                    IN-06-033

---

| <- Back | Forward -> | **Document ID# 1686453** | Feedback | Print |

---

**Subject:**    **Customer Satisfaction - A/C System Wiring or Dual Stage
Airbag Module Wiring #05034A - (07/22/2005)**

**Models:**     **2005 CHEVROLET COBALT**

                **2005 PONTIAC PURSUIT**



---

**THIS BULLETIN IS BEING REVISED TO INCLUDE ADDITIONAL LABOR TIME IN THE
EVENT THAT THE VEHICLE IS BROUGHT IN WITH AN INOPERATIVE A/C SYSTEM.
DISCARD ALL COPIES OF BULLETIN 05034 ISSUED MAY 2005.**

---

## Condition

*Certain* 2005 Chevrolet Cobalt and Pontiac Pursuit vehicles have one of two conditions, 1) the steering
column mounted airbag module wiring may be reversed. The driver's air bag will deploy under the same
conditions (see "When Should An Air Bag Inflate?" in your owner's manual) and the vehicle meets the
occupant protection requirements of the Motor Vehicle Safety Standards. In the event of a moderate
frontal impact, however, the airbag would deploy fully instead of at the reduced level described in your
owner's manual, or 2) vehicles equipped with a 2.2L engine (L61) and air conditioning (C67), voltage
spikes from abnormal fan switching can damage the air conditioning pressure sensor transducer,
resulting in a loss of air conditioning. Damage is more likely to occur if the abnormal fan switching
occurs when the vehicle is being driven in city traffic and when the outside temperatures are 70 °F (21 °
C) or higher. The spikes can also cause the engine to operate in a reduced power mode. If this occurs,
the Driver Information Center will display "ENG PWR REDUCED", and the maximum throttle opening
will permit a speed of about 30 mph (48 km/h).

## Correction

Dealers are to 1) modify the circuitry to the airbag module, or 2) install wiring to isolate the voltage
spike.

## Vehicles Involved

Involved are certain 2005 Chevrolet Cobalt and Pontiac Pursuit vehicles built within these VIN
breakpoints:

| Year | Division | Model | From | Through |
|------|----------|-------|------|---------|
| 2005 | Chevrolet | Cobalt | 57500350 | 57584601 |
| 2005 | Pontiac | Pursuit | 57500219 | 57584526 |

**Figure 14:** General Motors' bulletin for 2005 Chevrolet Cobalt and Pontiac Pursuit vehicle's

15

*General Motors Bulletin 1686453* (Continued)                    IN-06-033

**Important:** Dealers should confirm vehicle eligibility through *GMVIS* (GM Vehicle Inquiry System) prior to beginning program repairs. [Not all vehicles within the above breakpoints may be involved.]

For dealers with involved vehicles, a Campaign Initiation Detail Report containing the complete Vehicle Identification Number, customer name and address data has been prepared and will be loaded to the GM DealerWorld (US) Recall Information, GMinfoNet (Canada) Recall Reports. Dealers will not have a report available if they have no involved vehicles currently assigned.

The Campaign Initiation Detail Report may contain customer names and addresses obtained from Motor Vehicle Registration Records. The use of such motor vehicle registration data for any purpose other than follow-up necessary to complete this program is a violation of law in several states/provinces/countries. Accordingly, you are urged to limit the use of this report to the follow-up necessary to complete this program.

## Parts Information

Parts required to complete this program are to be obtained from General Motors Service Parts Operations (GMSPO). Please refer to your "involved vehicles listing" before ordering parts. Normal orders should be placed on a DRO = Daily Replenishment Order. In an emergency situation, parts should be ordered on a CSO = Customer Special Order.

| Part Number | Description | Qty/ Vehicle |
|:---:|:---:|:---:|
| 15785514 | Harness, Eng Cool Fan Wrg | 1 (for A/C Wiring Repair Only) |

## Service Procedure

**Important:** Vehicles involved in this program require only one of the two repair procedures listed in this bulletin.

Determine the appropriate procedure to perform on the vehicle.

- If the vehicle is equipped with a 2.2L engine (L61) *AND* air conditioning (C67), perform only the A/C Wiring (Jumper) Procedure
- If the vehicle is NOT equipped with a 2.2L engine (L61) *AND* air conditioning (C67), perform only the Airbag Wiring Procedure

**Figure 15:** General Motors bulletin continued

*General Motors Bulletin 1686453* *(Continued)*    IN-06-033





1. Remove the SIR fuse from the BCM.
2. With a flat-bladed tool, separate the outer trim cover from the I/P.
3. Pull the outer trim cover rearward from the I/P to disengage the locating tabs.
4. Remove the outer trim cover from the I/P.
5. Disconnect the electrical connector from the trim cover.
6. Remove the connector position assurance (CPA) clip from the connector.
7. Disconnect the connector.
8. Carefully peel back about 2 inches (50 mm) of tape from the male side of the connector.
9. Remove the terminal position assurance (TPA) clip from the male side of the connector.
10. Remove the TPA.
11. Back out the BROWN and PINK wires and swap their positions. (BROWN goes into cavity B1, and PINK goes into cavity A1).
12. Back out the TAN and WHITE wires and swap their positions. (TAN goes into cavity B2 and WHITE goes into cavity A2).
13. Install the TPA clip to the male terminal.
14. Rewrap the wiring.
15. Connect the connector and insert the CPA clip.
16. Connect the connector to the trim cover.
17. Align the outer trim cover locating tabs to the opening in the I/P.
18. Push the outer trim cover locating tabs into the I/P until fully engaged.
19. Press the outer trim cover into the I/P until fully secured.
20. Install the fuse for the airbag

**A/C Wiring (Jumper) Procedure**

> **Important:** If the vehicle is brought in with an inoperative A/C system, replace the A/C refrigerant pressure sensor using the appropriate procedure in SI and then perform the repair below.

1. Open the hood.
2. Remove the engine sight shield.

**Figure 16:** General Motors' bulletin continued

*General Motors Bulletin 1686453* (Continued)                                      IN-06-033

**Notice:** DO NOT pull on the wiring clip to remove it from the fan shroud. The fan shroud may be damaged. Use a prying tool between the clip and the ear on the shroud or use diagonal cutters to cut the retainer.

3. Remove the wire retainer from the fan shroud and unplug the electrical connector from the fan.
4. Plug the new jumper into the fan and plug the original fan wiring into the jumper.
5. Press the wiring retainer on the jumper into the hole in the fan shroud where the original wire clip was located. Route the wiring so that it will not come into contact with other parts.
6. Install the engine sight shield.
7. Close the hood.

## Courtesy Transportation

The General Motors Courtesy Transportation program is intended to minimize customer inconvenience when a vehicle requires a repair that is covered by the New Vehicle Limited Warranty. The availability of courtesy transportation to customers whose vehicles are within the warranty coverage period and involved in a product recall is very important in maintaining customer satisfaction. Dealers are to ensure that these customers understand that shuttle service or some other form of courtesy transportation is available and will be provided at no charge. Dealers should refer to the General Motors Service Policies and Procedures Manual for Courtesy Transportation guidelines.

## Claim Information

Submit a Product Program Claim with the information indicated below.

| Repair Performed | Part Count | Part No. | Parts Allow | CC-FC | Labor Op | Labor Hours |
|---|---|---|---|---|---|---|
| Rewire Airbag | N/A | N/A | N/A | MA-96 | V1361 | 0.2 |
| Install A/C Jumper Harness | 1 | -- | * | MA-96 | V1362 | 0.2 |
| Add: Replace A/C Refrigerant Pressure Sensor | 1 | | | | | 0.2 |
| Courtesy Transportation for vehicles within the New Vehicle Limited Warranty (US & Canadian Dealers) | N/A | N/A | N/A | MA-96 | ** | N/A |

\* The "Parts Allowance" should be the sum total of the current GMSPO Dealer net price plus applicable Mark-Up for the jumper harness needed to complete the repair.

\*\* Submit courtesy transportation using normal labor operations for courtesy transportation as indicated in the GM Service Policies and Procedures Manual for vehicles within the New Vehicle Limited Warranty.

Refer to the General Motors WINS Claim Processing Manual for details on Product Recall Claim Submission.

**Figure 17:** General Motors' bulletin continued

GENERAL MOTORS VEHICLE INQUIRY SYSTEM                                    IN-06-033

# GM Vehicle Inquiry System
## Summary

Home  - Summary  - Claim History  - Vehicle Build  - Vehicle Component  - Delivery Information  - Dealer Information  - Service Contract  - Warranty Block  - Branded Title

Help

| VIN : | 1G1AK52F657 |
|---|---|

### VEHICLE INFORMATION

| Merchandising Model : | 1AK69 -2005 COBALT 4-DOOR SEDAN | Warranty Start Date : | | 10/06/2005 |
|---|---|---|---|---|
| BARS Order Type : | 70 - RETAIL - STOCK | | | |
| Delivering Dealer : | | Selling Source : | | 13 - CHEVROLET |
| | | Site Code : | | |
| | | Business Associate Code : | | |

| Service Contract : | Yes | Branded Title : | No | Warranty Block : | No | PDI Status : | Paid |
|---|---|---|---|---|---|---|---|

### REQUIRED FIELD ACTIONS

| Type | Number | Description | Posted Date | Status |
|---|---|---|---|---|
| RC | 05034 | A/C SYSTEM WIRING OR DUAL STAGE AIRBAG MODULE WIRING | N/A | Closed |

### SERVICE INFORMATIONAL ITEMS

| Vehicle Has No Current Record Of Outstanding Service Information |
|---|

### ON STAR AND XM SATELLITE RADIO INFORMATION

| Vehicle Has No Associated On Star or XM Radio Information. |
|---|

### APPLICABLE WARRANTIES

| Description | Effective Date | Effective Odometer | End Date | End Odometer |
|---|---|---|---|---|
| 36/36000 BUMPER TO BUMPER | 10/06/2005 | 405 miles | 10/06/2008 | 36405 miles |
| 72/100000 SHEET METAL COVERAGE RUST THROUGH | 10/06/2005 | 405 miles | 10/06/2011 | 100405 miles |
| 96/80000 FEDERAL EMISSION CATALYTIC CONV. AND PCM | 10/06/2005 | 405 miles | 10/06/2013 | 80405 miles |
| 36/36000 FEDERAL EMISSION | 10/06/2005 | 405 miles | 10/06/2008 | 36405 miles |
| 60/60000 POWERTRAIN - U.S. | 10/06/2005 | 405 miles | 10/06/2010 | 60405 miles |

### CLAIM HISTORY

| R.O Date | R.O Number | Type | Labor Operation | Odometer Reading |
|---|---|---|---|---|
| 01/02/2006 | 082152 | # | V1362 - 05034 - INSTALL A/C JUMPER HARNESS | 9058 miles |

**Figure 18:** Case vehicle's GM Vehicle Inquiry System Summary report

## CDR File Information

| | |
|---|---|
| Vehicle Identification Number | 1G1AK52F657****** |
| Investigator | |
| Case Number | |
| Investigation Date | |
| Crash Date | |
| Filename | IN06033.CDR |
| Saved on | Wednesday, November     2006 at 08:01:06 AM |
| Collected with CDR version | Crash Data Retrieval Tool 2.800 |
| Collecting program verification number | 9238B95E |
| Reported with CDR version | Crash Data Retrieval Tool 2.800 |
| Reporting program verification number | 9238B95E |
| Interface used to collected data | Block number: 00<br>Interface version: 4A<br>Date: 11-08-05<br>Checksum: 7500 |
| Event(s) recovered | Non-Deployment |

## SDM Data Limitations

SDM Recorded Crash Events:

There are two types of SDM recorded crash events. The first is the Non-Deployment Event. A Non-Deployment Event is an event severe enough to "wake up" the sensing algorithm but not severe enough to deploy the air bag(s). It can contain Pre-Crash and Crash data. The SDM can store up to one Non-Deployment Event. This event can be overwritten by an event that has a greater SDM recorded vehicle forward velocity change. This event will be cleared by the SDM after the ignition has been cycled 250 times.

The second type of SDM recorded crash event is the Deployment Event. It also can contain Pre-Crash and Crash data. The SDM can store up to two different Deployment Events, if they occur within five seconds of one another. Deployment Events cannot be overwritten or cleared from the SDM. Once the SDM has deployed the air bag, the SDM must be replaced.

The data in the Non-Deployment Event file will be locked after a Deployment Event, if the Non-Deployment Event occurred within 5 seconds before the Deployment Event unless a Deployment Level Event occurs within 5 seconds after the Deployment Event, then the Deployment Level Event will overwrite the Non-Deployment Event file.

SDM Data Limitations:

-SDM Recorded Vehicle Forward Velocity Change reflects the change in forward velocity that the sensing system experienced during the recorded portion of the event. SDM Recorded Vehicle Forward Velocity Change is the change in velocity during the recording time and is not the speed the vehicle was traveling before the event, and is also not the Barrier Equivalent Velocity. This data should be examined in conjunction with other available physical evidence from the vehicle and scene when assessing occupant or vehicle forward velocity change. For Deployment Events and Deployment Level Events, the SDM will record 220 milliseconds of data after deployment criteria is met and up to 70 milliseconds before deployment criteria is met. For Non-Deployment Events, the SDM will record up to the first 300 milliseconds of data after algorithm enable. The minimum SDM Recorded Vehicle Forward Velocity Change, that is needed to record a Non-Deployment Event, is 5 MPH.

-Maximum Recorded Vehicle Velocity Change is the maximum recorded velocity change in the vehicle's combined "X" and "Y" axis.

-Calculated Principal Direction of Force (PDOF) is the arctangent of the maximum observed lateral velocity change divided by the maximum observed longitudinal velocity change. PDOF is displayed where zero degrees is located at the front of the vehicle, with 90 degrees is displayed to the right side of the vehicle and so on, clockwise around the vehicle.

-Event Recording Complete will indicate if data from the recorded event has been fully written to the SDM memory or if it has been interrupted and not fully written.

-SDM Recorded Vehicle Speed accuracy can be affected if the vehicle has had the tire size or the final drive axle ratio changed from the factory build specifications.

-Brake Switch Circuit Status indicates the status of the brake switch circuit.

-Pre-Crash Electronic Data Validity Check Status indicates "Data Invalid" if the SDM receive an invalid message from the module sending the pre-crash data.

-Driver's and Passenger's Belt Switch Circuit Status indicates the status of the seat belt switch circuit. The Passenger Belt Switch Circuit Status for 2006 Chevrolet Cobalt Sport Coupe (AP) model vehicles, with the option package that includes Recaro brand seats (RPO ALV), will always report a default value of "Buckled".

-The Time Between Non-Deployment and Deployment Events is displayed in seconds. If the time between the two events is greater than 5 seconds, "N/A" is displayed in place of the time. If the value is negative, then the Deployment Event occurred first. If the value is positive, then the Non-Deployment Event occurred first.

**Figure 19:** Case vehicle's CDR File Information and SDM Data Limitations

---

-If power to the SDM is lost during a crash event, all or part of the crash record may not be recorded.

-The ignition cycle counter relies upon the transitions through OFF->RUN->CRANK power-moding messages, on the GM LAN communication bus, to increment the counter. Applying and removing of battery power to the module will not increment the ignition counter.

SDM Data Source:

All SDM recorded data is measured, calculated, and stored internally, except for the following:

-Vehicle Status Data (Pre-Crash) is transmitted to the SDM, by various vehicle control modules, via the vehicle's communication network.

-The Belt Switch Circuit is wired directly to the SDM.

**Figure 20:** Case vehicle's SDM data limitations continued

## Event Data Recorder Data *(Continued)*

### System Status At AE

| | |
|---|---|
| Vehicle Identification Number | **1AK52F*5******* |
| Low Tire Pressure Warning Lamp (If Equipped) | Invalid |
| Vehicle Power Mode Status | Accessory |
| Remote Start Status (If Equipped) | Inactive |
| Run/Crank Ignition Switch Logic Level | Inactive |
| Brake System Warning Lamp (If Equipped) | OFF |

### System Status At 1 second

| | |
|---|---|
| Transmission Range (If Equipped) | Fourth Gear |
| Transmission Selector Position (If Equipped) | Fourth Gear |
| Traction Control System Active (If Equipped) | Invalid |
| Service Engine Soon (Non-Emission Related) Lamp | OFF |
| Service Vehicle Soon Lamp | OFF |
| Outside Air Temperature (degrees F) (If Equipped) | 38.3 |
| Left Front Door Status (If Equipped) | Closed |
| Right Front Door Status (If Equipped) | Closed |
| Left Rear Door Status (If Equipped) | Unused |
| Right Rear Door Status (If Equipped) | Unused |
| Rear Door(s) Status (If Equipped) | Closed |

### Pre-crash data

| Parameter | -2 sec | -1 sec |
|---|---|---|
| Reduced Engine Power Mode | OFF | OFF |
| Cruise Control Active (If Equipped) | No | No |
| Cruise Control Resume Switch Active (If Equipped) | No | No |
| Cruise Control Set Switch Active (If Equipped) | No | No |

### Pre-crash data

| Parameter | -5 sec | -4 sec | -3 sec | -2 sec | -1 sec |
|---|---|---|---|---|---|
| Vehicle Speed (MPH) | 71 | 71 | 71 | 0 | 0 |
| Engine Speed (RPM) | 2496 | 2496 | 2496 | 0 | 0 |
| Percent Throttle | Invalid | Invalid | Invalid | Invalid | Invalid |
| Accelerator Pedal Position (percent) | Invalid | Invalid | Invalid | Invalid | Invalid |
| Antilock Brake System Active (If Equipped) | Invalid | Invalid | Invalid | Invalid | Invalid |
| Lateral Acceleration (feet/s$^2$)(If Equipped) | Invalid | Invalid | Invalid | Invalid | Invalid |
| Yaw Rate (degrees per second) (If Equipped) | Invalid | Invalid | Invalid | Invalid | Invalid |
| Steering Wheel Angle (degrees) (If Equipped) | Invalid | Invalid | Invalid | Invalid | Invalid |
| Vehicle Dynamics Control Active (If Equipped) | Invalid | Invalid | Invalid | Invalid | Invalid |

**Figure 21:** Case vehicle's System Status at AE, System Status at 1 Second and pre-crash data

*Event Data Recorder Data* (Continued)                                               IN-06-033

## System Status At Non-Deployment

| | |
|---|---|
| Ignition Cycles At Investigation | 2784 |
| SIR Warning Lamp Status | OFF |
| SIR Warning Lamp ON/OFF Time (seconds) | 655200 |
| Number of Ignition Cycles SIR Warning Lamp was ON/OFF Continuously | 2783 |
| Ignition Cycles At Event | 2784 |
| Ignition Cycles Since DTCs Were Last Cleared | 254 |
| Driver's Belt Switch Circuit Status | UNBUCKLED |
| Diagnostic Trouble Codes at Event, fault number:    1 | N/A |
| Diagnostic Trouble Codes at Event, fault number:    2 | N/A |
| Diagnostic Trouble Codes at Event, fault number:    3 | N/A |
| Diagnostic Trouble Codes at Event, fault number:    4 | N/A |
| Diagnostic Trouble Codes at Event, fault number:    5 | N/A |
| Diagnostic Trouble Codes at Event, fault number:    6 | N/A |
| Maximum SDM Recorded Velocity Change (MPH) | 59.84 |
| Algorithm Enable to Maximum SDM Recorded Velocity Change (msec) | 170 |
| Driver First Stage Deployment Loop Commanded | No |
| Driver Second Stage Deployment Loop Commanded | No |
| Driver Side Deployment Loop Commanded | No |
| Driver Pretensioner Deployment Loop Commanded | No |
| Driver (Initiator 1) Roof Rail/Head Curtain Loop Commanded | No |
| Driver (Initiator 2) Roof Rail/Head Curtain Loop Commanded | No |
| Driver Knee Deployment Loop Commanded | No |
| Passenger First Stage Deployment Loop Commanded | No |
| Passenger Second Stage Deployment Loop Commanded | No |
| Passenger Side Deployment Loop Commanded | No |
| Passenger Pretensioner Deployment Loop Commanded | No |
| Passenger (Initiator 1) Roof Rail/Head Curtain Loop Commanded | No |
| Passenger (Initiator 2) Roof Rail/Head Curtain Loop Commanded | No |
| Passenger Knee Deployment Loop Commanded | No |
| Second Row Left Side Deployment Loop Commanded | No |
| Second Row Left Pretensioner Deployment Loop Commanded | No |
| Third Row Left Roof Rail/Head Curtain Loop Commanded | No |
| Second Row Right Side Deployment Loop Commanded | No |
| Second Row Right Pretensioner Deployment Loop Commanded | No |
| Third Row Right Roof Rail/Head Curtain Loop Commanded | No |
| Second Row Center Pretensioner Deployment Loop Commanded | No |
| Multiple Event Counter | 0 |
| An Event(s) Preceded the Recorded Event(s) | No |
| An Event(s) was in Between the Recorded Event(s) | No |
| An Event(s) Followed the Recorded Event(s) | No |
| The Event(s) Not Recorded was a Deployment Event(s) | No |
| The Event(s) Not Recorded was a Non-Deployment Event(s) | No |
| Crash Record Locked | No |
| Vehicle Event Data (Pre-Crash) Associated With This Event | Yes |
| Deployment Event Recorded in the Non-Deployment Record | No |
| Event Recording Complete | Yes |
| Estimated Principal Direction of Force (PDOF) degrees | 5 |

**Figure 22:** Case vehicle's System Status at Non-Deployment report

*Event Data Recorder Data* (Continued)                                                    IN-06-033



| Time (milliseconds) | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Longitudinal Axis Recorded Velocity | 0.00 | 0.00 | -0.68 | -4.07 | -10.17 | -18.98 | -27.11 | -34.57 | -44.74 | -51.52 | -53.55 | -54.90 | -56.26 | -57.62 | -58.29 |
| Time (milliseconds) | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 |
| Longitudinal Axis Recorded Velocity | -58.97 | -59.65 | -58.97 | -58.97 | -58.97 | -58.97 | -58.97 | -58.97 | -58.97 | -58.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Figure 23:** Case vehicle's non-deployment longitudinal velocity change graph

***Event Data Recorder Data*** *(Continued)*                                              IN-06-033



| Time (milliseconds) | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lateral Axis Recorded Velocity Change (MPH) | 0.00 | 0.00 | 0.00 | 0.00 | -2.03 | -3.39 | -6.10 | -6.10 | -4.74 | -4.74 | -4.74 | -4.74 | -4.74 | -4.74 | -4.74 |
| Time (milliseconds) | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 |
| Lateral Axis Recorded Velocity Change (MPH) | -4.74 | -4.07 | -4.07 | -4.74 | -4.07 | -4.07 | -4.74 | -4.74 | -4.07 | -4.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Figure 24:**  Case vehicle's non-deployment lateral velocity change graph

GENERAL MOTORS BULLETIN 1869035                                        IN-06-033

---

[<- Back]   [Forward ->]          **Document ID# 1869035**          [Feedback]   [Print]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Subject:**   **Information on Inadvertent Turning of Key Cylinder, Loss of Electrical System and No DTCs #05-02-35-007A - (10/25/2006)**

**Models:**    **2005-2007 Chevrolet Cobalt**

   **2006-2007 Chevrolet HHR**

   **2005-2006 Pontiac Pursuit (Canada Only)**

   **2007 Pontiac G5**

   **2006-2007 Pontiac Solstice**

   **2003-2007 Saturn ION**

   **2007 Saturn Sky**

---

**This bulletin is being revised to add a model year. Please discard Corporate Bulletin Number 05-02-35-007 (Section 02 - Steering).**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

There is potential for the driver to inadvertently turn off the ignition due to low ignition key cylinder torque/effort.

The concern is more likely to occur if the driver is short and has a large and/or heavy key chain. In these cases, this condition was documented and the driver's knee would contact the key chain while the vehicle was turning and the steering column was adjusted all the way down. This is more likely to happen to a person who is short, as they will have the seat positioned closer to the steering column.

In cases that fit this profile, question the customer thoroughly to determine if this may be the cause. The customer should be advised of this potential and should take steps to prevent it - such as removing unessential items from their key chain.

Engineering has come up with an insert for the key ring so that it goes from a "slot" design to a hole design. As a result, the key ring cannot move up and down in the slot any longer - it can only rotate on the hole. In addition, the previous key ring has been replaced with a smaller, 13 mm (0.5 in) design. This will result in the keys not hanging as low as in the past.

**Parts Information**

| Part Number | Description |
|---|---|
| 15842334 | Cover, Dr Lk & Ign Lk Key |

**Figure 25:** General Motors Bulletin 1869035

CRASH DIAGRAM                                                    IN-06-033

