# **EXHIBIT 23**



U.S. Department
of Transportation
**National Highway
Traffic Safety
Administration**



## CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

Ms. Gay Kent  NVS-217ph
General Motors Corp.  DI07-044

Dear Ms. Kent:

The Office of Defects Investigation (ODI) of the National Highway Traffic Safety Administration (NHTSA) has received information about certain death and injury incidents reported by General Motors (GM) in its light early warning report from 4th quarter of 2006. We are writing to request additional information about the following incidents:

| **Selected Death and Injury Incidents** |
|---|
| For Reporting Category: 1. |
| For the following Sequence IDs: 30, 40, 88, 91, 103, 116, 135, 137, 140, 155, 221, 244, 246, 256, 257, 273, 274, 285, 295, 345, 360, 368, 401, 424, 436, 439 |

Unless otherwise stated in the text, the following definitions apply to these information requests:

> **Incident:** each incident identified in the table above.
>
> **Claim and Notice:** shall have the meanings stated in 49 CFR §579.4(c). Claim and notice also specifically refer to the claim(s) and notice(s) that are the predicate for the early warning report on the incident.
>
> **Manufacturer:** refers to GM.
>
> **Vehicle:** the vehicle produced by GM that is identified in the claim or notice.
>
> **Tire:** the tire produced by GM that is identified in the claim or notice.





people saving people

VEHICLE SAFETY HOTLINE
888-327-4236

GMHEC000198410

**Equipment:** the item of motor vehicle equipment produced by GM that is identified in the claim or notice.

**Defect:** means any failure, malfunction, lack of durability, or other problem in performance, construction, a component, or material of a motor vehicle or piece of motor vehicle equipment.

**Document:** "Document(s)" is used in the broadest sense of the word and shall mean all written, typed, graphic and photographic matter whatsoever (except autopsy photographs), be it in original, copy or electronic form. Any photograph originally produced in color must be provided in color and in electronic form, if possible. Furnish all documents whether verified by GM or not. If a document is not in the English language, provide both the original document and an English translation of the document. Document(s) includes all documents in GM custody and/or control.

Please provide numbered responses to the following inquiries, repeating the applicable request verbatim before each response. After GM's response to each request, identify the source of the information and indicate the last date the information was gathered. When documents are produced, the documents shall be produced in an identified, organized manner that corresponds to each pertinent information request. A separate response must be provided for each incident. Each response, document or attachment must be clearly identified with the incident Sequence ID (SeqID) number.

1. Provide a complete copy of the initial claim or notice document(s) that notified GM of the incident, excluding: (a) medical documents and bills, except those showing the cause of death or injury; (b) property damage invoices or estimates; and (c) documents related to damages.

2. Provide a copy of the Police Accident Report.

3. At your option, provide GM's assessment of the circumstances that led to the incident including GM's analysis of the claim and/or notice regarding allegations of a defect.

This letter is being sent to GM pursuant to 49 U.S.C. § 30166, which authorizes NHTSA to conduct any investigation that may be necessary to enforce Chapter 301 of Title 49 and to request reports and the production of things. It constitutes a new request for information. GM's failure to respond promptly and fully to this letter could subject GM to civil penalties pursuant to 49 U.S.C. § 30165 or lead to an action for injunctive relief pursuant to 49 U.S.C. § 30163. (Other remedies and sanctions are available as well.) Section 5(a) of the TREAD Act, codified at 49 U.S.C. § 30165(b), provides for civil penalties of up to $5,000 per day, with a maximum of $16,050,000 for a related series of violations, for failing or refusing to perform an act required under 49 U.S.C. § 30166. *See* 49 CFR 578.6 (as amended by 69 Fed. Reg. 57864 (Sept. 28, 2004). This includes failing to respond to ODI information requests.

3

If GM claims that any of the information or documents provided in response to this information request constitute confidential commercial material within the meaning of 5 U.S.C. § 552(b)(4), or are protected from disclosure pursuant to 18 U.S.C. § 1905, GM must submit supporting information together with the materials that are the subject of the confidentiality request, in accordance with 49 CFR Part 512, as amended (69 Fed. Reg. 21409 et seq; April 21, 2004), to the Office of Chief Counsel (NCC-110), National Highway Traffic Safety Administration.

Your response to this letter, together with a copy of any confidentiality request, must be submitted to this office by **June 8, 2007**. Please include in your response the identification codes referenced on page one of this letter. If you are unable to provide all of the information requested within the time allotted, you must request an extension from me at ▮ no later than five business days before the response due date. If all of the information requested by the original deadline is unavailable, you must submit a partial response by the original deadline with whatever information then is available, even if an extension is granted.

If you have any technical questions concerning this matter, please contact Mr. Leo Yon at ▮ or by fax at ▮



Sincerely,

Christina Morgan, Chief
Early Warning Division
Office of Defects Investigation
Enforcement

GMHEC000198412