# **<u>EXHIBIT 24</u>**

# **EXHIBIT 24**

**GM** GENERAL MOTORS NORTH AMERICA
Structure & Safety Integration

June 7, 2007

Ms. Christina Morgan, Chief
Early Warning Division
Office of Defects Investigation
National Highway Traffic Safety Administration

NVS-217ph
DI07-044

Dear Ms. Morgan:

This is General Motors' (GM) response to your inquiry dated May 7, 2007 regarding certain death and injury incidents reported by GM in its light vehicle early warning report from 4th quarter of 2006.

GM's response is comprised of 29 CDs for the incidents that are the subject of DI07-044.

Attachment "A" includes instructions for navigating the CD. Each CD, on its face, is identified by the NHTSA Sequence ID number, the Manufacturer's Unique ID number and the year, make and model of the vehicle involved in the incident, e.g., 256 210873110 - 625130 and 2004 Chevrolet Suburban 1500. When the CD is launched, this identification number appears again along with all of the documents (including photographs and videos) on the CD listed under "Filename." The first document listed under Filename is an index with the Request and Responses, e.g., identified as 256 210873110 - 625130 _00_Request and Responses. The index is numbered 1 through 3 to correspond to Inquiries 1 through 3, which are repeated verbatim below. The index also details whether any documents responsive to each inquiry were located.

> For example, the first two Inquiries and Responses in the index for the CD are as follows:
>
> DI07-044
> 256 210873110 - 625130
> 2004 CHEVROLET SUBURBAN 1500
>
> Request for Information:
>
> 1. Provide a complete copy of the initial claim or notice document(s) that notified GM of the incident, excluding: (a) medical documents and bills, except those showing the cause of death or injury; (b) property damage invoices or estimates; and (c) documents related to damages.
>
> Response: See Attached Document.
>
> 2. Provide a copy of the Police Accident Report.
>
> Response: See Attached Document.
>
> The remaining documents listed under Filename, reference the Manufacturer's Unique ID number along with the responsive Inquiry number. For example:
>
> 256 210873110 - 625130 _01_1 - is the first document responsive to Inquiry no. 1.
> 256 210873110 - 625130 _02_1 - is the first document responsive to Inquiry no. 2.

**Product Investigations**



DI07-044 Response.doc



Letter to Ms. Christina Morgan
DI07-044 Response
June 7, 2007
Page 2 of 5

Your inquiries and our corresponding replies are as follows:

1. **Provide a complete copy of the initial claim or notice document(s) that notified GM of the incident, excluding: (a) medical documents and bills, except those showing the cause of death or injury; (b) property damage invoices or estimates; and (c) documents related to damages.**

   Response: See Attached Document.

   The table below lists the incidents that are the subject of DI07-044, by Reporting Category, Sequence ID, VIN and type of notice received by GM (as "notice" is commonly used, not as it is defined by 49 C.F.R. §579.4(c)). Incidents reported on GM's Early Warning Report Death and Injury worksheet fall into four categories: Lawsuit (LIT), NISM (Not In Suit Matters), Product Allegation Resolution (PAR), or Rumor (RMR). Lawsuit and NISM case types generally meet the §579.4(c) definition of "claim." PAR cases, in this context, refer to customer contacts in which an injury or fatality is alleged to have occurred as a result of a product defect, and are accompanied by a writing that may or may not meet the §579.4(c) definition of "claim" or "notice." Rumor incidents do *not* involve a written or verbal, implied or express allegation of a defect by a customer. Rather, rumor cases generally refer to incidents that GM learned of through the media, which were subsequently investigated further. As such, the document included in response to Inquiry 1 that can be found on the enclosed CD for the PAR and Rumor case listed in the table, may not be a claim or notice of the type generally defined as such by §579.4(c).

   *(26 Vehicles from the Light Vehicle Template)*

   | SEQUENCE ID | VEHICLE IDENTIFICATION NUMBER (VIN) | TYPE |
   |---|---|---|
   | 30 | 1G6DP577770107881 | NISM |
   | 40 | 1G6KD54Y05U185793 | NISM |
   | 88 | 1G1AK52F657565454 | RUMOR |
   | 91 | 1G1AK52F957604280 | RUMOR |
   | 103 | 1G1AL15F877158420 | NISM |
   | 116 | 1GNFG15T851205704 | LIT |
   | 135 | 2G1WH52K349385234 | NISM |
   | 137 | 2G1WH52K249216628 | NISM |
   | 140 | 2G1WF52E159355280 | LIT |
   | 155 | 1G1ND52J83M524239 | NISM |
   | 221 | 2GCEC19T041107821 | LIT |
   | 244 | 1GCHK29U23E306493 | LIT |
   | 246 | 1GCHK23225F900750 | LIT |
   | 256 | 1GNFK16T74J239113 | LIT |
   | 257 | 3GNFK16T64G313428 | RUMOR |
   | 273 | 1GNEC13V74J269971 | LIT |
   | 274 | 1GNEC13TX5R108595 | LIT |
   | 285 | 1GNDS13S822427780 | LIT |
   | 295 | 1GNDT13S542353931 | RUMOR |
   | 345 | 1GTEC14T74Z155041 | LIT |
   | 360 | 1GKEC16Z14R309863 | LIT |
   | 368 | 5GTDN136468106799 | RUMOR |
   | 401 | 1G2ZG58B574135701 | NISM |
   | 424 | 2G2WP552661242984 | RUMOR |
   | 436 | 1G8AJ52F14Z167768 | LIT |
   | 439 | 1G8AJ55F96Z101063 | NISM |