# **EXHIBIT 27**

GM Statement On Chevrolet Cobalt Inadvertent Shutoffs
*Attributable to Alan Adler, Manager, Product Safety Communications*

In rare cases when a combination of factors is present, a Chevrolet Cobalt driver can cut power to the engine by inadvertently bumping the ignition key to the accessory or off position while the car is running.

When this happens, the Cobalt is still controllable. The engine can be restarted after shifting to neutral.

GM has analyzed this condition and believes it may occur when a driver overloads a key ring, or when the driver's leg moves amid factors such as steering column position, seat height and placement. Depending on these factors, a driver can unintentionally turn the vehicle off.

Service advisers are telling customers they can virtually eliminate this possibility by taking several steps, including removing non-essential material from their key rings.

Ignition systems are designed to have "on" and "off" positions, and practically any vehicle can have power to a running engine cut off by inadvertently bumping the ignition from the run to accessory or off position.

PRODUCED BY GM IN KENNETH MELTON V GM LLC          MELTON000017792
PRODUCED PURSUANT TO PROTECTIVE ORDER

GMHEC000143093