# **EXHIBIT 29**

# Summary Points



**Non-Deployment Allegations**

**Total Reports**

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| Total | 248 | 134 | 22 | 2 | 1 | 0 |

1. The rate of reported stall or non-deployment incidents has decreased significantly from '05 to '06 without any known changes.
2. The rate of reported stall or non-deployment incidents from '06 to '07 has decreased significantly. 80% of the '07 MY reports are after the switch change (believed to have occurred Nov '06).
3. The 2008 and later models do not have any non-deployment allegations. There are no known differences between '07 MY (produced after Nov '06) and these vehicles.
4. The same switch is used on Ion and HHR which have a total of 2 unconfirmed reports.
5. Two thirds (16) of the non-deployment allegations occurred in the 4 calendar years from 2005-2008. Only one third (7) have occurred in the 5 calendar years from 2009-2013.
6. There have been only two non-deployment events in the last 3 calendar years. Random off road crashes should be continuous, not decreasing (91% of the vehicles are still in use).
7. Of the 12 VOQs for 2005MY, all occurred prior to Dec 2007.
8. The 2006MY VOQs (13) are consistent with the most recent Aug 2013.



## Non-Deployment Allegations by Model Year
## Cobalt (22), G5 (1)

A revision to the switch occurred during the 2007 MY to increase the torque to rotate.
- The part number was not changed and the breakpoint is unconfirmed, but is believed to be in early November 2006.
- 4 of the allegations within the 2007 MY are after November 2006.

## Reports - Potential Key Rotation – Cobalt, G5 and Pursuit

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| Airbag Non-Deploy | 11 | 7 | 5 |  |  |  |
| Stalling VOQs | 12 | 13 | 1 | 1 | 1 |  |
| TREAD Search | 56 | 43 | 10 | 1 |  |  |
| Key Insert (Svc. Bulletin) | 169 | 71 | 6 |  |  |  |
| Total | 248 | 134 | 22 | 2 | 1 | 0 |

- 24 of the 407 total reports are G5 or Pursuit. All others are Cobalt.
- All airbag Non-Deployment reports included vehicles that had left the road surface.

## Normalized Report Rate

| Model Year | Total Reports | U.S. Population | Reports / 100k Vehicles / Years Exposure |
|---|---|---|---|
| 2005 | 248 | 140,646 | 19.6 |
| 2006 | 134 | 229,231 | 7.4 |
| 2007 | 22 | 248,137 | 1.3 |