# **EXHIBIT 30**

**Orhan
Demirovic/US/GM/GMC**

08/14/2007 09:29 AM

To   william.hohnstadt ▮▮▮▮ Lois M.
Gurnsey/US/GM/GMC ▮▮ John
Sprague/US/GM/GMC

cc

bcc

Subject   Field Event Report for GMX001 - review

History:    ⤷ This message has been forwarded.

We are meeting to go over this report (GMX001 field event) .  This Thursday 08/16/07 at 11:30
here in VPC building.

I have conference room #  223-03 reserved for us .

Here is a copy of Siemens' report that was provided based on the SDM readout.

MY2005_GMX001_report.doc

GMHEC000003143

Proprietary data, company confidential. All rights reserved. Confie a société dichterprise, confidential. Tous droits reservés. Comunicado como segredo empresarial. Reservados todos os direitos. Conteúdo como material industrial. Não apresente todos os direitos.

Weitergabe sowie Vervielfältigung dieser Unterlage, Verwertung und Mitteilung ihres Inhalts nicht gestattet, soweit nicht ausdrücklich zugestanden. Zuwiderhandlungen verpflichten zu Schadenersatz. Alle Rechte vorbehalten, insbesondere für den Fall der Patenterteilung oder GM-Eintragung.

# CONFIDENTIAL

## SIEMENS VDO AUTOMOTIVE CORPORATION

## FIELD EVENT ANALYSIS REPORT

## I. Overview

**A. General Description** – **General Motors Corporation has provided the following information to Siemens VDO Automotive Corporation:**

| Model Year | 2005 |
|---|---|
| Vehicle Type | GMX001 Chevrolet Cobalt |
| Description of Event | Side swipe impact (1) to right front quarter panel, followed by Frontal collision (2) with tree, followed by impact with another vehicle (3). |
| Legal action pending (Y or N) | No |
| Location of event | Iberia, LA |
| Date of event | November 17, 2005 |
| Impacted object | Car and tree |
| VIN | 1G1AL52F857579918 |
| Mileage | Not provided |

GM also provided the police report for this event and some photos.

### B. Module Description

| # | Module Type | GM Part Number | MLFB Number | Serial Number | Algorithm Level | Calibration |
|---|---|---|---|---|---|---|
| 1 | GMX001 – 6 loop | 15249432 | 5WY74090 | 001102125717 | SFA – GM MY05 | PFT3210A.par |

## II. Analysis

### A.  Multiple Event and Vehicle Data

The multiple event data provides additional information about the overall event:

*Event Information from Non Deployment Buffer*        S/N: 001102125717

| Information | Status |
|---|---|
| Was Data Locked?? | No |
| Was the Event a Deployment Event? | No |
| Was the Vehicle Information Associated with this Event? | No |
| Was the Event a Non-Deployment Event? | Yes |
| Did this Event have the Largest Delta V? | Yes |
| Was this a frontal event? | Yes |
| Was this a side event? | No |
| Was this a rollover event | No |

~AUTOTIME

~AUTOFILE

GMHEC000003144

## A.  Multiple Event and Vehicle Data (cont'd)

### Event Information from Deployment Buffer

| Information | Status |
|---|---|
| Was Data Locked?? | No |
| Was the Event a Deployment Event? | No |
| Was the Vehicle Information Associated with this Event? | No |
| Was the Event a Non-Deployment Event? | No |
| Did this Event have the Largest Delta V? | No |
| Was this a frontal event? | No |
| Was this a side event? | No |
| Was this a rollover event | No |

### Multiple Event Status

| Information | Status |
|---|---|
| Was there an event that preceded the recorded events? | Yes |
| Was there an event that was in between the recorded events? | No |
| Was there an event that followed the recorded events? | Yes |
| Was an event not recorded a deployment event? | No |
| Was an event not recorded a non-deployment event? | Yes |
|  |  |
| Multiple Event Counter | 2 |
|  |  |
| Time Between Multiple Events (mS) | 0 |
|  |  |

There was a qualified Non-Deploy event (8 km/h or higher) that preceded the recorded event, within 5 seconds of the recorded event.  There was also a qualified Non-Deploy event that followed the recorded event within 5 seconds of the first (not recorded) event.  These other events had lower delta velocity than the recorded event.  The Multiple Event Counter indicates the number of qualified Non-Deploy events (2) other than the event recorded.  The Time Between Multiple Events does not apply since only one event was recorded.  Only the non deploy event with the largest change in velocity was recorded per the GM specification.

GMHEC000003145

Proprietary data, company confidential. All rights reserved ...

Weitergabe sowie Vervielfältigung dieser Unterlage, Ver-...

## A. Multiple Event and Vehicle Data (cont'd)

The vehicle data stored was associated with first (not recorded) Non-Deploy event:

**Event Data**  S/N: 001102125717    Mask No.: 0F01021104

| Item | 1 Second Prior | 2 Seconds Prior | 3 Seconds Prior | 4 Seconds Prior | 5 Seconds Prior | Unit | Validity |
|---|---|---|---|---|---|---|---|
| **Vehicle Settings-** | | | | | | | |
| Accelerator Actual Position | 0 | 16.47058824 | 0 | 71.37254902 | 75.29411765 | % | Valid |
| Brake Pedal Status | Off | Off | Off | Off | Off | - | Valid |
| Throttle Position | 16.07843137 | 41.96078431 | 19.60784314 | 70.19607843 | 72.94117647 | % | Valid |
| Steering Wheel Angle | 0 | 0 | 0 | 0 | 0 | Deg | Valid |
| Transmission Actual Gear Status | Fourth Gear | | | | | - | Valid |
| Transmission Gear Selector Position Status | Fourth Gear | | | | | - | Valid |
| Engine Speed | 1856 | 2496 | 2368 | 3776 | 3712 | RPM | Valid |
| Vehicle Speed | 87 | 104 | 105 | 104 | 99 | km/h | Valid |
| **Cruise Control Settings-** | | | | | | | |
| Cruise Control Active | Off | Off | | | | - | Valid |
| Cruise Control Resume Switch Active | Off | Off | | | | - | Valid |
| Cruise Control Set Switch Active | Off | Off | | | | - | Valid |
| Engine Limp Home Mode Active | Off | Off | | | | - | Valid |
| **Vehicle Stability-** | | | | | | | |
| ABS Status | Active | Not Active | Not Active | Not Active | Not Active | - | Valid |
| Traction Control System Status | Not Active | | | | | - | Valid |
| Vehicle Dynamics Control Status | Not Active | Not Active | Not Active | Not Active | Not Active | - | Valid |
| Vehicle Dynamics Lateral Acceleration | 0 | 0 | 0 | 0 | 0 | m/s^2 | Invalid |
| Vehicle Dynamics Yaw Rate | 0 | 0 | 0 | 0 | 0 | deg/sec | Invalid |
| **Temperature-** | | | | | | | |
| Outside Air Temperature Corrected Value | 14 | | | | | Deg C | Valid |
| **Lighting-** | | | | | | | |
| High Beam Active | Off | | | | | - | Valid |
| Low Beam Active | Off | | | | | - | Valid |
| **Door Status-** | | | | | | | |
| Driver Door Status | Closed | | | | | - | Valid |
| Passenger Door Status | Closed | | | | | - | Valid |
| Left Rear Door Status | Unused | | | | | - | Valid |
| Right Rear Door Status | Unused | | | | | - | Valid |
| Rear Closure | Closed | | | | | - | Valid |
| **Time-** | | | | | | | |
| Calender Year | 2003 | | | | | - | - |
| Calender Month | June | | | | | - | - |
| Calender Day | 12 | | | | | - | - |
| Time of Day -Hour | 0 | | | | | - | - |
| Time of Day- Minute | 0 | | | | | - | - |
| **Positioning Status-** | | | | | | | |
| Positioning System Latitude | 0 | | | | | ms arc | Invalid |
| Positioning System Longtitude | 0 | | | | | ms arc | Invalid |

**Driver Indicators**

| Indicator | Status | Validity |
|---|---|---|
| Service Engine Soon (Non Emmission Related) | Off | Valid |
| Service Vehicle Soon | Off | Valid |
| Brake Warning Lamp | Off | Valid |
| Tire Pressure Low | Off | Valid |
| ABS System Failure | Off | - |

**Vehicle Identificaiton Number - VIN**

| | |
|---|---|
| VIN Digit 3 | 1 |
| VIN Digit 4 | A |
| VIN Digit 5 | L |
| VIN Digit 6 | 5 |
| VIN Digit 7 | 2 |
| VIN Digit 8 | F |
| VIN Digit 10 | 5 |
| VIN Digit 12 | 5 |
| VIN Digit 13 | 7 |
| VIN Digit 14 | 9 |
| VIN Digit 15 | 9 |
| VIN Digit 16 | 1 |
| VIN Digit 17 | 8 |

GMHEC000003146

## B. Restraints Buffers

Per the Multiple Event data, the second event was recorded in the Non-Deploy Restraints EEPROM buffer.  There was no event stored in the Deploy Restraints EEPROM buffer since no deployment occurred.

In the Non-Deploy Restraints buffer, there were no faults at the time the second event started:

*Active Faults at Time of Event*   S/N: 001102125717          Mask No.: 0F01021104

| Code | | Definition | Sub-Type | Definition |
|------|------|------------|----------|------------|
| | N O Codes | None | 00 | no additonal information |
| | N O Codes | None | 00 | no additonal information |
| | N O Codes | None | 00 | no additonal information |
| | N O Codes | None | 00 | no additonal information |
| | N O Codes | None | 00 | no additonal information |
| | N O Codes | None | 00 | no additonal information |

Lamp status also shows no faults for 10920 minutes of SDM operation:

### Lamp Status(Event Enable)

| State of Lamp at Event Enable | | |
|---|---|---|
| Setting in EE | Indication | |
| 0 | Lamp Off | |
| **Time for Warning Lamp Continuously On/Off at Event Enable** | | |
| Hex Value | Time (sec.) | Time (minutes) |
| FFF0 | 655200 | 10920 |

Ignition cycle counters recorded at start of the second event:

### Ignition Cycle Counters

| Ignition Cycles with Warning Lamp Continuously On/Off | |
|---|---|
| Hex Value | # of Cycles |
| 0F16 | 3862 |
| **Ignition Cycles Since Fault Codes were Cleared** | |
| Hex Value | # of Cycles |
| FE | 254 |
| **Ignition Cycles at Event Enable** | |
| Hex Value | # of Cycles |
| 0F17 | 3863 |

Driver and Passenger Buckle status at start of second event:

### Seat Belt and Position Switch Data

| Type | Definition | Setting in EE |
|------|------------|---------------|
| **Driver Seatbelt** | unbuckled | 0 |
| | monitored | 1 |
| **Passenger Seatbelt** | buckled | 1 |
| | monitored | 1 |

At the start of the second event, all deployment loops were enabled:

*Loop Suppression*   S/N: 001102125717          Mask No.: 0F01021104

| Loop | Driver EE Bit | Driver Status | Pass EE Bit | Passenger Status |
|------|---------------|---------------|-------------|------------------|
| **Frontal S1** | 0 | Enabled | 0 | Enabled |
| **Frontal S2** | 0 | Enabled | 0 | Enabled |
| **Pretentioner** | 0 | Enabled | 0 | Enabled |
| **Side Curtain** | 0 | Enabled | 0 | Enabled |
| **Side Thorax-F** | 0 | Enabled | 0 | Enabled |
| **Side Thorax-R** | 0 | Enabled | 0 | Enabled |

**MY2005   GMX001**

SV C RS
~AUTOTIME

~AUTOFILE

Proprietary data, company confidental. All rights reserved
Confie à titre de secret d'entreprise. Tous droits réservés
Comunicado como segredo empresarial. Reservados todos os direitos

Weitergabe sowie Vervielfältigung dieser Unterlage, Ver-
wertung und Mitteilung ihres Inhalts nicht gestattet, soweit
nicht ausdrücklich zugestanden. Zuwiderhandlungen ver-
pflichten zu Schadenersatz. Alle Rechte vorbehalten, insbe-

GMHEC000003147

Proprietary data, company confidential. All rights reserved.
Confidential, propriété de la compagnie. Tous droits réservés.
Comunicado como segredo empresarial. Reservados todos os direitos.
Conducido como segredo industrial. Nos reservamos todos los direitos.

Weitergabe sowie Vervielfältigung dieser Unterlage, Ver-
wertung und Mitteilung ihres Inhalts nicht gestattet, soweit
nicht ausdrücklich zugestanden. Zuwiderhandlungen ver-
pflichten zu Schadenersatz. Alle Rechte vorbehalten, insbe-

## B. Restraints Buffers (cont'd)

No deployment was commanded for any loops:

### Deployment Commanded    S/N: 001102125717    Mask No.: 0F01021104

| Loop | Driver EE Bit | Driver Status | Pass EE Bit | Passenger Status |
|---|---|---|---|---|
| Frontal S1 | 0 | No | 0 | No |
| Frontal S2 | 0 | No | 0 | No |
| Pretentioner | 0 | No | 0 | No |
| Side Curtain | 0 | No | 0 | No |
| Side Thorax-F | 0 | No | 0 | No |

No algorithm deployment decisions were reached:

### Algorithm Timing and Max Delta V

#### Time from Event Enable to Deployment

| Loop | Dr Hex Value | Driver Time(mS) | Pass Hex Value | Pass Time (mS) |
|---|---|---|---|---|
| Frontal S1 | 00 | 0 | 00 | 0 |
| Frontal S2 | 00 | 0 | 00 | 0 |
| Side Cur/Thor | 00 | 0 | 00 | 0 |

The maximum delta velocity recorded in the recorded event:

**Max Delta V=**    54.54340541    kph

Time to max delta velocity:

#### Time from Event Enable to Max Delta V

| Hex Value | Time (mS) |
|---|---|
| 0B | 110 |

Internal algorithm data, indicating no decisions reached:

#### Algorithm Start Time

| Hex Value | Time (mS) |
|---|---|
| 00 | 0 |

#### Algorithm Duration

| Hex Value | Time (mS) |
|---|---|
| 00 | 0 |

#### Time from Event Enable to Predicted Displacement Reached

| Hex Value | Time (mS) |
|---|---|
| 00 | 0 |

#### Time Trigger Switch Closed

| Hex Value | Time (mS) |
|---|---|
| 0000 | 0 |

#### Algorithm Decision for Deployment

| Loop | Hex Value | Time (mS) |
|---|---|---|
| No Belt S1 | 0000 | 0 |
| No Belt S2 | 0000 | 0 |
| With Belt S1 | 0000 | 0 |
| With Belt S2 | 0000 | 0 |

At the start of the second event, both the front and side algorithms were disabled:

### Algorithm Enable

| Algorithm | Setting in EE | Functionality |
|---|---|---|
| Front | 1 | Disabled |
| Side | 1 | Disabled |

The Sensing and Diagnostic Module (SDM) did not deploy because the algorithms were disabled at the start of the second (recorded) event.

GMHEC000003148

Propriety    data,    company    confidential    All    rights    reserved.
Confie    à    titre    de    secret    d'entreprise    Tous    droits    réservés.
Comunicado como segredo empresarial. Reservados todos os direitos
Confidado como secreto industrial. Nos reservamos todos los derechos

Weitergabe   sowie   Vervielfältigung   dieser   Unterlage,   Ver-
wertung   und   Mitteilung   ihres   Inhalts   nicht   gestattet,   soweit
nicht   ausdrücklich   zugestanden.   Zuwiderhandlungen   ver-
pflichten   zu   Schadenersatz.   Alle   Rechte   vorbehalten,   insbe-

## C. EDR graphs:

There were no velocity or acceleration data stored in the Deploy EEPROM buffer.  SDM X and Y, and EFS data were stored in the Non-Deploy EEPROM buffer.

SDM X Velocity from start of second event until EDR reset:



| Time (mS) | GMLAN DPID | GMLAN Byte | X Delta V (kph) |
|---|---|---|---|
| 0 | None | None | 0 |
| 10 | $47 | 1 | -1.091 |
| 20 | $47 | 3 | -3.272 |
| 30 | $47 | 5 | -8.725 |
| 40 | $48 | 1 | -15.269 |
| 50 | $48 | 3 | -23.994 |
| 60 | $48 | 5 | -32.72 |
| 70 | $49 | 1 | -42.535 |
| 80 | $49 | 3 | -49.079 |
| 90 | $49 | 5 | -53.442 |
| 100 | $4A | 1 | -53.442 |
| 110 | $4A | 3 | -54.533 |
| 120 | $4A | 5 | -53.442 |
| 130 | $4B | 1 | -53.442 |
| 140 | $4B | 3 | -53.442 |
| 150 | $4B | 5 | -53.442 |
| 160 | $4C | 1 | -53.442 |
| 170 | $4C | 3 | -53.442 |
| 180 | $4C | 5 | -53.442 |
| 190 | $4D | 1 | -53.442 |
| 200 | $4D | 3 | -52.351 |
| 210 | $4D | 5 | 0 |
| 220 | $4E | 1 | 0 |
| 230 | $4E | 3 | 0 |
| 240 | $4E | 5 | 0 |
| 250 | $4F | 1 | 0 |
| 260 | $4F | 3 | 0 |
| 270 | $4F | 5 | 0 |
| 280 | $50 | 1 | 0 |
| 290 | $50 | 3 | 0 |
| 300 | $50 | 5 | 0 |

SDM X Acceleration from start of second event to 70ms:



| Time (mS) | Accel X (g's) |
|---|---|
| 0 | 0 |
| 2 | -1.449 |
| 4 | -0.966 |
| 6 | -2.415 |
| 8 | -7.246 |
| 10 | -14.493 |
| 12 | -0.966 |
| 14 | -5.314 |
| 16 | -2.899 |
| 18 | -7.729 |
| 20 | -14.01 |
| 22 | -15.459 |
| 24 | -18.357 |
| 26 | -21.739 |
| 28 | -14.01 |
| 30 | -11.111 |
| 32 | -7.246 |
| 34 | -23.188 |
| 36 | -18.841 |
| 38 | -20.29 |
| 40 | -21.256 |
| 42 | -20.773 |
| 44 | -17.391 |
| 46 | -26.57 |
| 48 | -25.121 |
| 50 | -25.121 |
| 52 | -25.604 |
| 54 | -20.773 |
| 56 | -26.57 |
| 58 | -29.469 |
| 60 | -31.401 |
| 62 | -27.536 |
| 64 | -27.536 |
| 66 | -26.087 |
| 68 | -24.638 |
| 70 | -23.671 |

## C. EDR graphs (cont'd)

SDM Y Velocity from start of second event until EDR reset:



| Time (mS) | GMLAN DPID | GMLAN Byte | Y Delta V (kph) |
|---|---|---|---|
| 0 | None | None | 0 |
| 10 | $47 | 2 | 0 |
| 20 | $47 | 4 | 0 |
| 30 | $47 | 6 | 0 |
| 40 | $48 | 2 | 1.091 |
| 50 | $48 | 4 | 1.091 |
| 60 | $48 | 6 | 1.091 |
| 70 | $49 | 2 | 1.091 |
| 80 | $49 | 4 | 1.091 |
| 90 | $49 | 6 | 1.091 |
| 100 | $4A | 2 | 1.091 |
| 110 | $4A | 4 | 1.091 |
| 120 | $4A | 6 | 1.091 |
| 130 | $4B | 2 | 0 |
| 140 | $4B | 4 | 0 |
| 150 | $4B | 6 | 0 |
| 160 | $4C | 2 | 0 |
| 170 | $4C | 4 | 0 |
| 180 | $4C | 6 | -1.091 |
| 190 | $4D | 2 | -1.091 |
| 200 | $4D | 4 | -1.091 |
| 210 | $4D | 6 | 0 |
| 220 | $4E | 2 | 0 |
| 230 | $4E | 4 | 0 |
| 240 | $4E | 6 | 0 |
| 250 | $4F | 2 | 0 |
| 260 | $4F | 4 | 0 |
| 270 | $4F | 6 | 0 |
| 280 | $50 | 2 | 0 |
| 290 | $50 | 4 | 0 |
| 300 | $50 | 6 | 0 |

SDM Y Acceleration from start of second event to 70ms:



| Time (mS) | Accel Y (g's) |
|---|---|
| 0 | |
| 2 | -1.896 |
| 4 | 1.185 |
| 6 | -2.37 |
| 8 | 0.711 |
| 10 | 0.711 |
| 12 | 0.237 |
| 14 | -1.185 |
| 16 | 6.635 |
| 18 | -3.081 |
| 20 | 4.265 |
| 22 | -0.237 |
| 24 | -0.711 |
| 26 | 1.659 |
| 28 | -6.635 |
| 30 | 3.081 |
| 32 | -3.555 |
| 34 | 1.896 |
| 36 | 7.346 |
| 38 | 6.161 |
| 40 | 1.185 |
| 42 | 2.133 |
| 44 | 3.791 |
| 46 | 0.948 |
| 48 | -2.844 |
| 50 | 2.607 |
| 52 | -3.555 |
| 54 | 3.081 |
| 56 | 2.844 |
| 58 | -1.422 |
| 60 | -1.896 |
| 62 | 1.422 |
| 64 | -0.237 |
| 66 | -1.185 |
| 68 | 3.081 |
| 70 | 4.028 |

Proprietary data, company confidential. All rights reserved. Confie à titre de secret d'entreprise. Tous droits réservés. Comunicado como segredo empresarial. Reservados todos os direitos. Guardado como secrete industrial. Nos reservamos todos los derechos.

Weitergabe sowie Vervielfältigung dieser Unterlage, Ver-wertung und Mitteilung ihres Inhalts nicht gestattet, soweit nicht ausdrücklich zugestanden. Zuwiderhandlungen ver-pflichten zu Schadenersatz. Alle Rechte vorbehalten, insbe-

GMHEC000003150

## C.  EDR graphs  (cont'd)

Electronic Crash Sensor (ECS) Acceleration Levels from start of second event to 70ms:



Every ECS level is equal to approximately 8 g's of deceleration.

The flat ECS signal shown above is consistent with an ECS that has been shut down due to a loss of battery.

Proprietary data, company confidential. All rights reserved. Confidе à titre de secret d'entreprise. Tous droits réservés. Comunicado como segredo empresarial. Reservados todos os direitos. Guardado como segredo industrial. Nos garrances tutos los direitos.

Weitergabe sowie Vervielfältigung dieser Unterlage, Ver-wertung und Mitteilung ihres Inhalts nicht gestattet, soweit nicht ausdrücklich zugestanden. Zuwiderhandlungen ver-pflichten zu Schadenersatz. Alle Rechte vorbehalten, insbe-...

GMHEC000003151

Proprietary data, company confidential. All rights reserved.
Confie à titre de secret d'entreprise. Tous droits réservés.
Comunicado como segredo empresarial. Reservados todos os direitos.
Confidato como segredo industriale. Noservati tutti i diritti.

Weitergabe sowie Vervielfältigung dieser Unterlage, Verwertung und Mitteilung ihres Inhalts nicht gestattet, soweit nicht ausdrücklich zugestanden. Zuwiderhandlungen verpflichten zu Schadenersatz. Alle Rechte vorbehalten, insbesondere für den Fall der Patenterteilung oder GM-Eintragung.

## D. Algorithm Disable Evaluation

As stated in Section B, Restraints Buffers, the front and side algorithms were disabled when the recorded event began. This was the second event of three events according to the multiple event data. Also, there were no qualified faults when the recorded event began. This section will proceed through the software code to determine under what conditions the front and side algorithm disable condition can occur.

Software logic for algorithm disable:



1.  Per the stored EEPROM configuration, DID $40, byte 1, bit 7, was set to 0, which means algorithms were NOT disabled by configuration.
2.  The module was locked and installed in the vehicle, operating without faults. The manufacturing flag is enabled with test equipment at Siemens' manufacturing facility.
3.  No faults recorded at time of event, so sensors did not fail sensor test. SDM X and Y acceleration and velocity recorded, consistent with physical event.
4.  Primary/Secondary key mismatch detected at SDM power up and would result in a fault code. There were no faults recorded at time of event.
5.  150ms after the SDM qualifies loss of battery, the front and side algorithms are disabled.

---

GMHEC000003152

Proprietary   data,   company   confidential.   All   rights   reserved.
Confidentielle   à   titre   de   secret   d'entreprise.   Tous   droits   réservés.
Confidencial   como   segredo   empresarial.   Reservados   todos   os   direitos.

**D.  Algorithm Disable Evaluation  (cont'd)**

The Sensing and Diagnostic Module (SDM) constantly monitors the battery voltage while powered up.  If the SDM detects loss of battery, it performs qualification.  Thus, momentary drops of battery voltage do not result in loss of battery qualification.  When loss of battery is qualified, the SDM enters energy reserve mode.  At this time, the SDM shuts down the side satellites.  The Electronic Crash Sensors (ECS's) are shut down after a minimum of 60ms in energy reserve mode.  After 150ms in energy reserve mode, the SDM sets the power down qualified flag, which then sets the front and side algorithm disabled flags.

When the front algorithm disable flag is set, the SDM immediately resets the front algorithm and prevents future calls to the front algorithm.


**E.  Conclusions**

Based on the recorded data as depicted in the above graphs, the Siemens VDO electronic crash sensor performed in accordance with specification.  The SDM experienced loss of battery at some point prior to the recorded Non-Deploy event; the loss of battery was qualified and the front and side algorithms were disabled until the SDM eventually depleted its energy reserve and shut down.  The SDM had sufficient energy reserve to record the Non-Deploy event and detect and qualify a third Non-Deploy event.

Weitergabe   sowie   Vervielfältigung   dieser   Unterlage,   Ver-
wertung   und   Mitteilung   ihres   Inhalts   nicht   gestattet,   soweit
nicht   ausdrücklich   zugestanden.   Zuwiderhandlungen   ver-
pflichten   zu   Schadenersatz.   Alle   Rechte   vorbehalten,   insbe-

GMHEC000003153