# EXHIBIT 31

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

| | |
|---|---|
| **From:** | Magno, Gregory <NHTSA> |
| **To:** | Cooper, Thomas <NHTSA> |
| **Cc:** | Smith, Daniel <NHTSA>; Demeter, Kathleen <NHTSA>; Borris, Frank <NHTSA>; Morgan, Tina <NHTSA>; Green, Donovan <NHTSA>; Duckwitz, William <NHTSA>; Hickmon, Patrice <NHTSA>; Magno, Gregory <NHTSA> |
| **Subject:** | Transmittal; IE07-080; Non-deployment of frontal airbags in the 2003 - 2006 Cobalt / Ion |
| **Date:** | Wednesday, September 05, 2007 4:54:16 PM |
| **Attachments:** | IE07-080 2003-2006 Cobalt_Ion_Non_Deployment.pdf <br> SCI Report_2005_Cobalt.pdf <br> Calspan_2005_Cobalt_Non-Deploy.pdf <br> Chevy_Cobalt_Non_Deploy.xls <br> Saturn_Ion_Non_Deploy.xls <br> Ion-TSB-1.pdf <br> Cobalt-TSB-1.pdf <br> Cobalt-TSB-2.pdf <br> Cobalt-TSB-3.pdf <br> EWR-Cobalt cover memo.doc |
| **Importance:** | High |

DAD hereby presents IE07-080 which proposes investigation of frontal airbag non-deployment in the 2003 – 2006 Chevrolet Cobalt / Saturn Ion. The non-deployments of concern are frontal airbags that do not deploy in severe frontal crashes under circumstances where they would be expected to function and reduce injury levels.

This issue was prompted by a pattern of reported non-deployments in VOQ complaints that was first observed in early 2005. Since that time, DAD has followed up on complaints, enlisted the support NCSA's Special Crash Investigations (SCI) team, discussed the matter with GM, and received a related EWD Referral.

Notwithstanding GM's indications that they see no specific problem pattern, DAD perceives a pattern of non-deployments in these vehicles that does not exist in their peers and that their circumstances are such that, in our engineering judgment, merited a deployment, and that such a deployment would have reduced injury levels or saved lives.

DAD's screening investigator for this issue is Donovan Green. Please direct any technical feedback or questions to him.

We request a decision within two weeks (20-Sep-07).

Thanks

Greg


Gregory E. Magno
Chief, Defects Assessment Division
Office of Defects Investigation
USDOT/NHTSA NVS-211

Voice: ███████
Fax: ███████

-------------------------------------------------------------------
The information contained in this e-mail message has been sent from a federal agency of the United States Government. It may be privileged, confidential, and/or protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying this message or any attachment is strictly prohibited. If you think

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

that you have received this e-mail message in error, please delete it and notify the sender.
==================================================

NHTSA-HECC-004492