# EXHIBIT 32

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE



NHTSA-HECC-004462

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

# IE07-080

## 2003-2005 Saturn Ion
## 2005, 2006 Chevy Cobalt




CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

# IE07-080 Overview

- ## 2003, 2004, 2005 Saturn Ion & 2005, 2006 Chevy Cobalt
- ## Population:
  - ### Saturn Ion: 288,463
  - ### Chevy Cobalt: 389,203
- ## Alleged Defect
  - ### The frontal airbags in the 2003-2005 Saturn Ion and 2005/2006 Chevy Cobalt may not deploy in certain crash events where supporting evidence shows that the airbags should have deployed.  Failure of an airbag to deploy can result in reduced protection for vehicle occupants, and may result in injury or death.
- ## Prompted by: 29 complaints, 4 Fatal Crashes & 14 Field Reports
- ## Supporting Info: Pictures, CDR Data and SCI Investigations

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

# IE07-080 – The Crash…



NHTSA-HECC-004475

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE



NHTSA-HECC-004476

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

# IE07-080 – The Crash...



NHTSA-HECC-004477

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

# IE07-080 – The Failure….



CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

# IE07-080 Supporting Info

- **Twenty-Nine VOQs Received**
- **Two additional fatal cases received via news reports**
- **Complaints Include Vehicles of MY2003 thru 2006**
- **More Complaints Received for Ion, but More Fatalities for Cobalt**

| Total VOQs | 29 |
|---|---|
| Crashes | 29 |
| Inj. Crashes | 25 |
| Injuries | 25 |
| Deaths | 4 |

NHTSA-HECC-004479

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

# IE07-080 Warranty Rate



NHTSA-HECC-004480

CONFIDENTIAL – FOR THE USE OF THE HOUSE ENERGY AND COMMERCE COMMITTEE ONLY – NOT FOR PUBLIC DISCLOSURE

# IE07-080 Recall History

| Recall No. and Pop. | MY/Model | Defect Description | Consequence | Influenced By |
|---|---|---|---|---|
| 07V-192 (270,958) | 2005 Chrysler Minivan | Inoperative (corroded) front crash sensor may not detect offset or angular frontal impacts (air bag light comes on when sensor fails). | No deploy, late deploy or reduced inflation | ODI |
| 07V-062 (13,032) | 2007 GMC/ Saturn V Truck | After 5-10 mph rear impact, air bag control module can become inoperative (air bag light comes on). | No deploy | MFR |
| 06V-454 (5,902) | 2006-2007 Audi A8 | Low battery voltage condition can cause air bag control module to set fault code (air bag light comes on). | No deploy of PAB only | MFR |
| 05V-344 (85,154) | 2005 Honda Odyssey | Insufficiently sealed front crash sensors can result in water entry, corrosion and internal short circuit (air bag light comes on). | No deploy or late deploy | MFR |
| 04V-480 (955,344) | 1998.5-2000 Chrysler Minivan | Driver air bag clockspring can develop open-circuit condition due to internal wiring failure (air bag light comes on). | No deploy of DAB only | ODI |