# **EXHIBIT 34**

| | |
|---|---|
| **From:** | |
| **To:** | John Murawa |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2013-12-18 00:19:11:557 |
| **Received Date:** | 2013-12-18 00:32:28:283 |
| **Subject:** | RE: Cobalt Airbag Chronology |
| **Attachments:** | |

John,

No bother. Sorry to hear it sounds like a field action is planned.

I can't offer much detail for the meetings that were held. If you look at the presentation files named, "2005-7 Cobalt G5 rev0.pptx" – "2005-7 Cobalt G5 rev6.pptx", in general they coincide with a management update meeting. There is significant redundancy in the presentations. The meetings were held, primarily, to get all of the engineering areas together that may affect the condition and to determine the root cause. Originally we included; steering column, ignition cylinder, ignition switch, BCM, and SDM engineering. Most of the attendees are listed early in the presentations. Terry Woychowski was our first champion. We needed Terry to make sure we had support for the investigation. Early in the discussion we got pushback from Electrical regarding their need to be involved. At the first meeting 5/15/12 we were directed to measure ignition switch efforts at the auto salvage yard in Davison (Just before Terry left GM). The objective was to see if this could tell us anything as to why reports stopped beginning with the 2008 MY. Some of the electrical team members had been in Davison for a training exercise and they found switches with low efforts (The same kind that drove the PRTS for 2005). While we saw a trend of increased switch effort for 2007 and later, we couldn't completely explain why reports of non-deployment stopped. Shortly after Terry left (July 2012??) Jim Federico became the champion. At one of the meetings in the fall of 2012 we dropped the idea of a BCM or SDM change. The BCM change would have been to signal the SDM to remain on for "some time" even after the ignition switch was turned off. The focus then went to a potential change related to the steering column, steering column close-out, ignition cylinder, ignition switch, or key. A DFSS workshop was conducted 1/8/13. The leading outcome of that DFSS was a proposal to change the column shroud to one like the Ion. After that meeting I discussed the proposal with John Sprague and Doug. We all agreed that that change probably wouldn't prevent the condition. Don't forget that it wasn't until late October 2013 that we confirmed the ignition switch plunger and spring had been changed. In early 2013 we were still trying to understand why we the reports went down for 2007 and were gone in 2008.

Hope that helps. Call if you have any questions.

Brian Stouffer
Product Investigations

---

**From:** John Murawa
**Sent:** Tuesday, December 17, 2013 5:20 PM
**To:** Brian Stouffer
**Subject:** Cobalt Airbag Chronology

Brian,
Sorry to bother you with this. If you have time could you see if there is anything that you can add to the details

of the attached chronology that would pertain to the meetings that were held?
Went to FADC today, and we have more "studying" to do, but the chronology is for the NHTSA portion that we expect to follow soon.
Again, interest is in the meetings that occurred (who was involved, what was discussed, direction given, etc.).
Thanks. Calls are OK too.

John Murawa
GM Product Investigations

GMHEC000224275