# **EXHIBIT 36**

