# <u>EXHIBIT 37</u>

| From: | Peter Judis |
|---|---|
| To: | Brian Stouffer |
| CC: | John Sprague; John Zuzelski; Terrence E Connolly |
| BCC: | |
| Sent Date: | 2012-06-28 20:55:35:000 |
| Received Date: | 2012-06-28 20:55:36:000 |
| Subject: | Cobalt Key Cylinder Issue - History Of Steering Column Changes Attached |
| Attachments: | |

Brian,

As a follow up item from our 21JUN2012 meeting, I have attached a list of all the steering column changes for the Chevy Cobalt from 2005 - 2008 model years. The description of each change is shown in Row 4. I could not find any changes that would have effected the ignition lock housing (part of steering column) or ignition key rotational torque.

Pete
Steering Column BFO

----- Forwarded by Peter Judis/US/GM/GMC on 06/28/2012 04:45 PM -----

Terrence E
Connolly/US/GM/GMC

06/21/2012 01:56 PM

To Peter Judis/US/GM/GMC
cc
Subject Fw: Cobalt Key Cylinder Issue (VEC, c/r 1E26-16 Green or MML: 866-226-3606 a/c 6637671
Fed will host 4504)

Thanks!

Terry Connolly

----- Forwarded by Terrence E Connolly/US/GM/GMC on 06/21/2012 01:54 PM -----

**Cobalt Key Cylinder Issue (VEC, c/r 1E26-16 Green or MML: 866-226-3606 a/c 6637671 Fed will host 4504)**

Calendar Entry Type

Thu 06/21/2012 2:00 PM - 2:30 PM

Terrence E Connolly

Chair:       **Jim Federico/US/GM/GMC**
Sent By:    **Colleen T Brown/US/GM/GMC**

Brian Stouffer/US/GM/GMC, Brian Thompson/US/GM/GMC, Bruce Jackson/US/GM/GMC, Carmen Benavides/US/GM/GMC, David Carey/US/GM/GMC, David DeFrain/US/GM/GMC, Doug Wachtel/US/GM/GMC, Jeffrey Konchan/US/GM/GMC, John Capp/US/GM/GMC, John Sprague/US/GM/GMC, John Zuzelski/US/GM/GMC, Kristen M. Siemen/US/GM/GMC, Lisa D. Weber/US/GM/GMC, Terrence E Connolly/US/GM/GMC, William J. Kemp/US/GM/GMC

The following attachments were deleted at 7:55:36 AM on 9/26/2012

10 - GMX001 Chevy Cobalt Steering Column Part History.xls

GMHEC000221438