# **EXHIBIT 38**

| | |
|---|---|
| From: | Brian Stouffer/US/GM/GMC |
| Sent: | 9/6/2012 1:29:14 PM |
| To: | Bill Merrill/US/GM/GMC |
| CC: | |
| Subject: | Red X Assistance Requested Cobalt 2007 vs 2008 |

Bill,

Per our discussion, I am requesting assistance from the Red X team to examine changes on the Cobalt between the 2007 and 2008 model years. I am trying to understand why 2008 customers no longer report vehicle stalling root caused to knee contact with the the key/key fob that turned the ignition. There are many reports of that condition for 2005-7 vehicles. There was speculation that the condition stops because the key went from having a slot for the key ring to a hole. With the slot, there is a moment arm that may allow the key to turn if the fob is contacted. However, from our discussion with the engineer responsible for keys, the change from slot to a hole did not occur until the 2010 model.

My investigation into the issue began due to reports of crashes with non-deploying frontal airbags in 2005-2007 Cobalt vehicles. One thing the crashes all have in common is that before the most significant impact, they all had an off road event. Analysis of the vehicles found that in many cases, the ignition was in accessory or off when the impact occurred. It is believed that during the off road event, the driver's knee may contact the key or key fob and turn the ignition off. With the ignition in that position, the airbags will not deploy, but the SDM does record the crash information.

For 2008 Cobalt vehicles, we are not aware of any reports of frontal crashes with non-deploying frontal airbags. The same is true for complaints (TAC/CAC) related to knee contact with the ignition that shut the car off.

I've attached two summary files of the investigation, and would be happy to review them with you or a member of your team.

Thanks,

Brian Stouffer Product Investigation ph

The following attachments were deleted at 9:55:43 AM on 9/10/2012  2005-7 Cobalt G5 rev1.pptx 2005-7 Cobalt G5 rev2.pptx

PRODUCED BY GM IN KENNETH MELTON V GM LLC
PRODUCED PURSUANT TO PROTECTIVE ORDER

MELTON000133063

GMHEC000136204