# **EXHIBIT 39**

| | |
|---|---|
| **From:** | Raymond DeGiorgio |
| **To:** | Brian Stouffer |
| **CC:** | Brian Thompson; David DeFrain |
| **BCC:** | |
| **Sent Date:** | 2012-10-05 14:10:27:000 |
| **Received Date:** | 2012-10-05 14:10:28:000 |
| **Subject:** | Re: 2005-7 Cobalt and Ignition Switch Effort |
| **Attachments:** | |

Brain,

Due to the low volume ( I am thinking we would only replaced switches on vehicles which the customer brought into the dealer), I would expect the price of the switch to cost approx. $150.00.

If we replaced switches on ALL the model years i.e. 2005, 2006, 2007 the piece price would be about $10.00 per switch. This cost is based on volume of 1.5 Million unites total.

Best Regards,

Raymond DeGiorgio
Switch Lead Engineer


Brian Stouffer---10/05/2012 09:36:50 AM---Ray, Thanks for the estimate. Do you know the approximate price for the service part (i.e. what d

From:     Brian Stouffer/US/GM/GMC
To:       Raymond DeGiorgio/US/GM/GMC
Cc:       Brian Thompson/US/GM/GMC       David DeFrain/US/GM/GMC
Date:     10/05/2012 09:36 AM
Subject:  Re: 2005-7 Cobalt and Ignition Switch Effort

Ray,

Thanks for the estimate. Do you know the approximate price for the service part (i.e. what dealers pay for the switch)?

Brian Stouffer
Product Investigation
ph


Raymond DeGiorgio---10/05/2012 09:33:18 AM---Brian, Not knowing what my requirements are I will take a SWAG at the Torque required for a new swit

From:     Raymond DeGiorgio/US/GM/GMC
To:       Brian Stouffer/US/GM/GMC
Cc:       Brian Thompson/US/GM/GMC       David DeFrain/US/GM/GMC
Date:     10/05/2012 09:33 AM

Subject:    Re: 2005-7 Cobalt and Ignition Switch Effort

Brian,
Not knowing what my requirements are I will take a SWAG at the Torque required for a new switch.
Here is my high level proposal:

**Assumption is 100 N cm Torque.**

- New switch design = Engineering Cost Estimate approx. $300,000
- Lead Time = 18 - 24 months from issuance of GM Purchase Order and supplier selection.
- 

Let me know if you have any additional questions.

Best Regards,

Raymond DeGiorgio
Switch Lead Engineer


Brian Stouffer---10/05/2012 09:05:05 AM---Ray, As I said in my original statement, I currently don't know what the torque value needs to be.

From:    Brian Stouffer/US/GM/GMC
To:      Raymond DeGiorgio/US/GM/GMC
Cc:      Brian Thompson/US/GM/GMC, David DeFrain/US/GM/GMC
Date:    10/05/2012 09:05 AM
Subject: Re: 2005-7 Cobalt and Ignition Switch Effort


Ray,

As I said in my original statement, I currently don't know what the torque value needs to be. Significant work is required to determine the torque. What is requested is a high level understanding of what it would take to create a new switch.

Brian Stouffer
Product Investigation
ph


Raymond DeGiorgio---10/05/2012 07:39:19 AM---Brian, In order to provide you with a HIGH level proposal, I need to understand what my requirements

From:    Raymond DeGiorgio/US/GM/GMC
To:      Brian Stouffer/US/GM/GMC
Cc:      Brian Thompson/US/GM/GMC, David DeFrain/US/GM/GMC
Date:    10/05/2012 07:39 AM
Subject: Re: 2005-7 Cobalt and Ignition Switch Effort

Brian,

In order to provide you with a HIGH level proposal, I need to understand what my requirements are.

- what is the TORQUE value that you desire?

Without this information I cannot develop a proposal.

Best Regards,

Raymond DeGiorgio
Switch Lead Engineer

---

Brian Stouffer---10/04/2012 04:07:13 PM---Ray, At today's Jim Federico update on the 2005-7 Cobalt airbag investigation our primary discussion

From:     Brian Stouffer/US/GM/GMC
To:       Raymond DeGiorgio/US/GM/GMC
Cc:       David DeFrain/US/GM/GMC    Brian Thompson/US/GM/GMC
Date:     10/04/2012 04:07 PM
Subject:  2005-7 Cobalt and Ignition Switch Effort

---

Ray,

At today's Jim Federico update on the 2005-7 Cobalt airbag investigation our primary discussion was on what it would take to keep the SDM active if the ignition key was turned to the accessory mode. In addition to that, we also discussed other potential options. One mentioned was revising the ignition switch to increase the effort to turn the key from Run to Accessory. The torque value desired is TBD.

For our next Federico update (approximate 2 weeks), please develop a high level proposal on what it would take to create a new switch for service with higher efforts.

Thanks,

Brian Stouffer
Product Investigation
ph

GMHEC000221541