# **EXHIBIT 40**

## 29

1   replacement switch versus an original switch?
2   A. Correct.
3   Q. Those can be bought -- a replacement switch, if you
4       called today to a dealership, you could have one
5       here this afternoon, couldn't you?
6   A. Correct.
7   Q. Okay.
8   A. I'm not the switch engineer. Generally that's not
9       something I would have done.
10  Q. I'm not saying you should do anything, I'm just
11      saying that's something you could do. You could
12      get a switch today if you wanted to.
13  A. I could.
14  Q. And you could pull an original switch out of a
15      Cobalt pretty easily. I mean, ya'll found a bunch
16      of Cobalts in the salvage yard last year, didn't
17      you?
18  A. We would have to go find one with an original
19      switch.
20  Q. Sure.
21  A. But I would have to go get one.
22  Q. But you did that pretty easily back in 2012, you
23      went out to the salvage yard and you find five or
24      six '05 and '06 Cobalts that had original switches,
25      correct?

## 30

1   A. Well, we did. I would have had to leave my job,
2       try to make arrangements to find a vehicle
3       somewhere and find a part. I just did not have the
4       time to do that.
5   Q. I understand. But you'll have the time in the
6       coming weeks as part of this investigation.
7       Wouldn't you agree that really the results that
8       Mr. Handy presented to you could at least be an
9       answer to the question as to why the numbers are so
10      low on '05 and '06s and higher on '08s and later
11      vehicles, because there was a change in the switch?
12      MR. HOLLADAY: Object to the form of the
13  question. You can answer the question.
14      THE WITNESS: The values are not
15  substantially higher on the '08s and '09s. If you
16  look at the chart that's earlier in this drawing,
17  there's a slight trend upwards, but '08s and '09s
18  are not drastically different. The highest was
19  only -- we were never higher than 20 newton
20  centimeters. We never had one exceed that. I
21  guess I'm not sure what page that's on.
22      MR. HOLLADAY: It is on MELTON37786.
23      THE WITNESS: 377806?
24      MR. HOLLADAY: No, 86. I'll show you.
25      THE WITNESS: Okay.

## 31

1       MR. HOLLADAY: I have it, if that's the
2   one you're looking for.
3       THE WITNESS: No, I'm looking for the
4   plot. I'm looking for the plot of the data that I
5   made because I plotted all the data. From the 44
6   vehicles that we evaluated, you see a slight upward
7   trend for '08 and '09, but you did not see what I
8   would call radical separation and you do not see
9   anything above 20 newton centimeters on those
10  vehicles that had substantial time and mileage on
11  them.
12      MR. COOPER: Do you remember my question?
13      THE WITNESS: You're telling me for '08
14  and '09, the switch is drastically different. Was
15  that --
16      MR. HOLLADAY: That was part of his
17  question.
18      MR. COOPER: That wasn't my question.
19      THE WITNESS: Okay. I'm sorry, please --
20  can you please repeat?
21  Q. (By Mr. Cooper): My question was simply this: Now
22      that you will have time after today, wouldn't you
23      think it would be prudent to go take a look at the
24      '05 and '06 switch and an '08 switch and then a
25      replacement switch to see if, in fact, the spring

## 32

1   and cap are substantially different? Wouldn't that
2   be prudent for you to do as the investigator on the
3   team?
4   A. Based on the new understanding, the new finding, I
5       would think that would be something that we should
6       do is to try to understand it, but I have
7       partial -- again, based on my partial understanding
8       of the parts that were already replaced on the
9       small number of vehicles, I don't see that -- I'm
10      not seeing that difference.
11      That's the chart. Yeah, this is the chart
12  I was looking for.
13      MR. KALFUS: Bates number, please?
14      THE WITNESS: 378 -- is that a 28?
15      So we see '06 and -- well, we're
16  concentrating on '05, '06 and '07 Cobalts and G5s
17  that we had because we knew the steering columns
18  and the switches were common. We looked at all the
19  IONs we could possibly see. You can see that for
20  '08 and '09, of the vehicles that we had a
21  significant population of, there is a slight trend
22  upward from '07, but there's definitely not
23  separation. They overlap. The ranges overlap.
24      MR. COOPER: All right. Let's -- we'll
25  keep that aside. We may talk about that in a

GMHEC000146933