# **EXHIBIT 42**

09-50026-mg    Doc 12640-42    Filed 04/23/14    Entered 04/23/14 18:52:12    Exhibit 42
Pg 1 of 5

09-50026-mg Doc 12640-42 Filed 04/23/14 Entered 04/23/14 18:52:12 Exhibit 42 Pg 2 of 5

RAY DEGIORGIO  
MELTON vs. GENERAL MOTORS  
April 29, 2013

### 45

1 What that is is we as engineers or project
2 engineers sit down and review at the initial stages
3 of the design and look for, I want to say, high
4 risks or potential failure modes.
5 And based on, I want to say, the risk
6 level, we address changes or make changes to the
7 design to assess or reduce the high risk, so it
8 makes ultimately -- you're designing out all the
9 potential failures with a particular switch.
10 Q. Did you look at, as a potential failure mode for
11 this switch, the ease of which the key could be
12 moved from run to accessory?
13 MR. HOLLADAY: Object to the form. You
14 can answer.
15 THE WITNESS: No, because in our minds,
16 moving the key from, I want to say, run to
17 accessory is not a failure mode, it is an expected
18 condition. It is important for the customer to be
19 able to rotate the key fore and aft, so as long as
20 we meet those requirements, it's not deemed as a
21 risk.
22 Q. (By Mr. Cooper): Well, it's not expected to move
23 from run to accessory when you're driving down the
24 road at 55 miles an hour, is it?
25 MR. HOLLADAY: Object to the form. You

### 46

1 can answer.
2 THE WITNESS: It is expected for the key
3 to be easily and smoothly transitioned from one
4 state to the other without binding and without
5 harsh actuations.
6 Q. (By Mr. Cooper): And why do you have a minimum
7 torque requirement from run to accessory?
8 MR. HOLLADAY: Object to the form.
9 Misstates the testimony. You can answer.
10 THE WITNESS: It's a design feature that
11 is required. You don't want anything flopping
12 around. You want to be able to control the
13 dimensions and basically provide -- one of the
14 requirements in this document talks about having a
15 smooth transition from detent to detent.
16 One of the criticisms -- I shouldn't say
17 criticisms. One of the customer complaints we have
18 had in the -- and previous to this was we had cheap
19 feeling switches, they were cheap feeling, they
20 were higher effort, and the intent of this design
21 was to provide a smooth actuation, provide a high
22 feeling of a robust design. That was the intent.
23 Q. (By Mr. Cooper): I assume the intent was also to
24 make sure that when people were using the vehicle
25 under ordinary driving conditions, that if the key

### 47

1 was in the run position, it wouldn't just move to
2 the accessory position, correct?
3 MR. HOLLADAY: Object to the form. You
4 can answer.
5 THE WITNESS: That is correct, but it was
6 also -- it was not intended -- the intent was to
7 make the transition to go from run to off with
8 relative ease.
9 Q. (By Mr. Cooper): Why is the run position a
10 detented position?
11 A. In the run position, primarily, it's a detented
12 position because all the major, I want to say,
13 electronic modules, okay, are fed off of that
14 detent. If you look at this electric diagram on, I
15 want to say, page 4 of the drawing -- page 4 of the
16 drawing probably. Page 4 of the drawing.
17 Q. Page 4 of the drawing is fine?
18 A. Yeah. If you look at the run position, okay, and
19 you look at these traces down below, you have all
20 the electrical systems of the vehicle running off
21 of the run detent, okay? You got -- I want to say
22 off-run crank, you've got accessory features, and
23 you also have powertrain features, so all the major
24 electrical systems of the vehicle are ran off that
25 detent, so it's important to make sure you maintain

### 48

1 the key in that position.
2 Q. And what happens when the key moves to the
3 accessory position? What does the driver lose?
4 A. Primarily you lose the off-run -- if you look at
5 this drawing, you can see that off-run crank
6 circuit may drop off. I take that back. Should
7 not drop off. The run crank position could
8 potentially fall off. There is that gray band in
9 there that is, I want to say, a tolerance. Again,
10 you have a tolerance in there that could
11 potentially fall off.
12 Q. And then if you look at page 17 of the
13 specification, there's the "Tactile
14 Characteristics," section at the very bottom of the
15 page.
16 A. Yes.
17 Q. What is being described here?
18 A. It says, "Refer to the force displacement curve.
19 Final switch tactile feel is subject to engineering
20 approval."
21 Q. Okay. So I assume you would have been the one to
22 actually feel the switch --
23 A. Correct.
24 Q. -- tactilely to see if it was acceptable?
25 A. To basically see if it meets -- supports

09-50026-mg    Doc 12640-42    Filed 04/23/14    Entered 04/23/14 18:52:12    Exhibit 42
Pg 3 of 5

RAY DEGIORGIO                                                                April 29, 2013
MELTON vs. GENERAL MOTORS

**57**

1  Q.  All right. Now ultimately GM's responsible for the
2      design and performance of the ignition switch in
3      the Cobalt?
4  A.  Yes.
5  Q.  And Delphi began supplying the ignition switches
6      for the '05 Cobalt, and based on your testimony,
7      you believe that Delphi continued to provide the
8      ignition switches up through the 2010 Cobalt?
9  A.  That's correct.
10 Q.  And that there weren't any changes made -- or were
11     there changes made to the switch between '05 and
12     2010 that would have affected the torque values to
13     move the key from the various positions in the
14     cylinder?
15 A.  There was one change made to the resistor in '08,
16     but that should not have affected the torque or the
17     displacement of the switch.
18         I can restate this way: There was an
19     electrical change made in '08, but not a mechanical
20     change -- at least there were no official changes,
21     mechanical changes, made to the switch that I know
22     of.
23 Q.  When you say no official, could there be unofficial
24     changes made?
25 A.  I'm not saying that there was, I'm just saying if

**58**

1      there was something changed at the supplier side,
2      we were not aware of it and we did not approve it,
3      okay?
4  Q.  Well, have you -- as part of this investigation --
5      part of your involvements, you've been involved
6      since '05 with this program of the key turning
7      off -- turning from the run to the accessory
8      position in certain Cobalts, correct?
9          MR. HOLLADAY: Object to the form.
10         THE WITNESS: I had heard of a couple of
11     instances in '05, yes.
12 Q.  (By Mr. Cooper): Well, you were involved in an
13     investigation back in '05?
14 A.  Yes.
15         MR. HOLLADAY: Objection to form.
16 Q.  (By Mr. Cooper): And that investigation, there was
17     a question as to the detent force in the ignition
18     switch, correct?
19 A.  That's correct.
20 Q.  And since that date, have you or anyone at GM that
21     you are aware of actually taken a look at the
22     various ignition switches from '05 to 2010 to see
23     if there are any differences?
24 A.  I recall back then I was approached to look into
25     essentially enhancing the detent in the switch by

**59**

1      adding, I want to say, another detent.
2          There were a group of us that got together
3      and we were asked what can we do to improve this
4      ignition system. One of my tasks was to look into
5      essentially adding, I want to say, a second detent
6      in the switch. There was a second request made by
7      the key cylinder engineer to eliminate the slot on
8      the key itself and go with a hole and reduce the
9      torque lever angle.
10         In those discussions, we reviewed -- we
11     reviewed those discussions, those tasks, and we
12     deemed that it was a low risk and we left it at
13     that. Shortly thereafter, there was an incident
14     that occurred in Milford Proving Grounds, I
15     believe, where an individual had, in aggressive
16     driving, was able to shut the car off
17     inadvertently.
18         At that point, we all got back together
19     and said, "Hey, guys, there may be a potential
20     issue here. You know, what can we do here?" And
21     we re-resurrected that initial study that we had
22     done and a decision was made essentially to provide
23     for any customers that may come in to service
24     complaining about inadvertent actuation, to provide
25     a service fix. And I believe the decision was made

**60**

1      to provide, I want to say, a feature or a fix to
2      eliminate the slot in the key.
3          MR. COOPER: All right. Let's take a
4      quick break.
5          VIDEOGRAPHER: We are going off the video
6      record at 2:18.
7          (Whereupon a break was taken
8          from 2:18 p.m. to 2:30 p.m.)
9          VIDEOGRAPHER: We are back on the record
10     at 2:30.
11 Q.  (By Mr. Cooper): I'm going to show you what we
12     pulled from a Cobalt and ask if you've seen
13     something like this before.
14 A.  Yes, I have.
15 Q.  All right. Can you tell us what this is?
16 A.  This appears to be the ION or Cobalt lock housing,
17     I want to say, assembly, with the ignition switch.
18     Lock housing assembly and key cylinder. It looks
19     like it was done with the service key, I want to
20     say.
21 Q.  And if you can explain to us, what is the function
22     of the ignition switch as it relates to the ability
23     or the force it takes to turn the key in the
24     various positions?
25 A.  Initially the -- initially, everything is free

09-50026-mg   Doc 12640-42   Filed 04/23/14   Entered 04/23/14 18:52:12   Exhibit 42
Pg 4 of 5

RAY DEGIORGIO                                                    April 29, 2013
MELTON vs. GENERAL MOTORS

## 129

1. to redesign the switch.
2. Q. Do you know whether they made the decision to
3. redesign the switch?
4. A. I am not aware of any decisions made to design the
5. switch.
6. Q. Okay. And at the May 30th meeting, was there a
7. presentation as far as -- sometimes I've seen in
8. some of these documents a PowerPoint, an overview,
9. talking points to --
10. A. No, it was a lot of guys sitting in a room
11. brainstorming ideas and what can and cannot be
12. done.
13. Q. Who was the leader of the meeting?
14. A. I want to say Brian Stouffer.
15. Q. Okay. Have you sat in on any meetings with Jim
16. Federico?
17. A. No, I have not.
18. Q. Are you familiar with the Red X team that was
19. assigned or formed to investigate this matter?
20. A. I know of --
21.     MR. HOLLADAY: Object to the form. You
22. can answer.
23.     THE WITNESS: I know of a Red X team, but
24. not specifically assigned to this project.
25. Q. (By Mr. Cooper): What is the Red X team?

## 130

1. A. The Red X team is essentially a group of engineers
2. that essentially evaluate or essentially try and
3. identify, I want to say, a good part from a bad
4. part and what potential design changes that can be
5. made to enhance the design.
6. Q. And just to be clear, as we sit here today, you
7. don't even know whether the Red X team was assigned
8. to this project?
9. A. That's correct.
10. Q. All right. Let's look at Bates No. 133153, which
11. is a series of emails in October 2012. The subject
12. is, "'05 through '07 Cobalt and Ignition Switch
13. Effort." Do you see that?
14. A. I'm sorry, I'm not sure I see where you're reading.
15. Down here?
16. Q. Subject.
17. A. Oh, subject. Okay. Yes, yes.
18. Q. Do you recall receiving this email from
19. Mr. Stouffer?
20. A. Yes.
21. Q. It's directed to you on October 4th of 2012?
22. A. Yes, yes.
23. Q. And Mr. Stouffer writes you the email -- this
24. email, and it says, "At today's Jim Federico
25. update..." Have you ever met Mr. Federico?

## 131

1. A. No, I have not.
2. Q. "At today's Jim Federico update on the '05 through
3. '07 Cobalt airbag investigation, our primary
4. discussion was on what it would take to keep the
5. SDM active if the ignition key was turned to the
6. accessory mode. In addition to that, we also
7. discussed other potential options. One mention was
8. revising the ignition switch to increase the effort
9. to turn the key from run to accessory. The torque
10. value desired is to be determined."
11.     Did I read that correctly?
12. A. Yes.
13. Q. Okay. And then it says, "For our next Federico
14. update, approximately two weeks, please develop a
15. high-level proposal on what it would take to create
16. a new switch for service with higher efforts." Did
17. I read that correctly?
18. A. Yep.
19. Q. Okay. So you were brought back into the
20. investigation to this extent?
21. A. Yes.
22. Q. And then you write back the next day, email back to
23. Brian Stouffer. And you CC Brian Thompson. He's
24. your --
25. A. He's my manager.

## 132

1. Q. -- manager. And then who is David DeFrain?
2. A. He is my -- he is my director or Brian's director.
3. Q. What's his title?
4. A. He is the director of electrical controls.
5. Q. Okay. You say, "Brian, in order to provide you
6. with a high-level proposal, I need to understand
7. what my requirements are. What is the torque value
8. that you desire?" And why did you all cap high
9. level and high and then torque?
10. A. Well, he's asking me to provide him with a
11. high-level, I want to say, estimate of what it
12. takes to design a switch, and, you know, to me,
13. it's like, okay, how high is high? What is high?
14. I was trying to get some definition out of him. Do
15. you want 100, 200?
16. Q. Well, GM already has it -- as I understood you
17. earlier, they already have torque value
18. requirements, don't they?
19. A. Yes, which are essentially outlined in that CTS.
20. Q. Right.
21.     And to move it from run to accessory or
22. accessory to run, you don't want it any more than
23. 25 and you don't want it any less than 15?
24. A. But it can be higher.
25. Q. Well, could it be 100? Would 100 be practical from

09-50026-mg    Doc 12640-42    Filed 04/23/14    Entered 04/23/14 18:52:12    Exhibit 42
Pg 5 of 5

RAY DEGIORGIO                                                                April 29, 2013
MELTON vs. GENERAL MOTORS

### 149

1   the same thing that we do on their side.
2       (Marked for identification:
3       Deposition Exhibit No. 13.)
4   Q.  (By Mr. Cooper): All right. Let me show you what
5       I'll mark as Exhibit 13. Can you identify, does
6       this appear to be similar to what we were looking
7       at earlier, and that is, the cutout of a --
8   A.  Detent plunger.
9   Q.  -- detent plunger for the Cobalt?
10  A.  That looks like the detent plunger on the -- yes,
11      on the switch.
12      MR. COOPER: Okay. And I'll represent to
13      you this is the detent plunger for the '05 or '06
14      Cobalt.
15      (Marked for identification:
16      Deposition Exhibit No. 14.)
17  Q.  (By Mr. Cooper): Let me show you what I'll mark as
18      Exhibit 14, which is the detent plunger for a --
19      it's either an '08 Cobalt or a replacement switch.
20      Can you hold those up for the jury,
21      please?
22  A.  (The witness complies.)
23  Q.  The one on the right, Exhibit 13, is an '05 or an
24      '06, and the one on the left, Exhibit 14, is either
25      an '08 or replacement. Do you see the difference?

### 150

1   A.  Yes.
2   Q.  Have you noticed that before today, Mr. DeGiorgio?
3   A.  No, sir.
4   Q.  Were you aware of this before today, Mr. DeGiorgio?
5       MR. HOLLADAY: Object to the form. You
6       can answer.
7       THE WITNESS: No, sir.
8   Q.  (By Mr. Cooper): It appears to be pretty clear
9       that the plunger and the cap is taller on
10      Exhibit 14 compared to Exhibit 13, isn't it?
11  A.  That's correct.
12  Q.  How is a taller cap going to affect the rotational
13      resistance?
14  A.  It's hard to determine from these pictures exactly
15      if it is a taller cap or is it recessed inside the
16      housing or not. It's hard for me to assess,
17      really, what I'm looking at.
18  Q.  You've taken apart a number of switches and you're
19      telling the jury you've never noticed the
20      difference in the plunger between the '05 and '06
21      versus the new resistor or switch?
22      MR. HOLLADAY: Object to the form.
23      THE WITNESS: I did not notice, no.
24      (Marked for identification:
25      Deposition Exhibit No. 15.)

### 151

1   Q.  (By Mr. Cooper): Let me show you what I will mark
2       as Exhibit 15. Do you see this photograph,
3       Mr. DeGiorgio?
4   A.  Yes.
5   Q.  Can you hold that up for the jury, please?
6   A.  (The witness complies.)
7   Q.  The plunger and spring on the '05 is up top and
8       the replacement switch is down below. Do you see
9       that?
10      MR. HOLLADAY: Object to form, lack of
11      foundation, but you can answer.
12      THE WITNESS: Yes, I do.
13  Q.  (By Mr. Cooper): And I'll ask the same question.
14      You were not aware before today that GM had changed
15      the spring -- excuse me -- the spring on the
16      ignition switch had been changed from '05 to the
17      replacement switch?
18      MR. HOLLADAY: Object to the form. Lack
19      of predicate and foundation. You can answer.
20      THE WITNESS: I was not aware of a detent
21      plunger switch change. We certainly did not
22      approve a detent plunger design change.
23  Q.  (By Mr. Cooper): Well, suppliers aren't supposed
24      to make changes such as this without GM's approval,
25      correct?

### 152

1   A.  That is correct.
2   Q.  And are you saying that no one at GM, as far as you
3       know, was aware of this before today?
4       MR. HOLLADAY: Object. Lack of predicate
5       and foundation. You can answer.
6       THE WITNESS: I am not aware about this
7       change.
8   Q.  (By Mr. Cooper): You were here to testify as to
9       one of the subject matters, and that is changes to
10      the design of any of the 2005 through 2012 Cobalt
11      ignition switches.
12      What did you do to prepare yourself to
13      answer those questions today?
14  A.  Primarily I reviewed the changes that took place
15      since the initiation of the switch, I looked at the
16      history of the changes that took place, I reviewed
17      the technical specification to familiarize myself
18      with that document. That's pretty much it.
19  Q.  And as a design engineer of ignition switches,
20      Mr. DeGiorgio, would this -- if this change were
21      made in the plunger between '05 and '08, would that
22      explain why the torque value numbers are higher for
23      the '08 ignition switches versus the '05 ignition
24      switches?
25      MR. HOLLADAY: Object. Lack of predicate