# EXHIBIT 43

# Melton v GM

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003156

# Summary

- Obtained ignition switches from third-parties as well as from salvage yard steering columns
- Conducted ignition switch torque analysis both in-vehicle and on lab bench
- Torque analysis conducted using two methods:
  - Torque gauge to measure maximum torque for given position bounds (e.g., run/acc)
  - Torque transducer and linear potentiometer to measure torque vs angle
- Ignition switch torque analysis revealed certain ignition switches did not meet specifications
- X-Ray and ignition switch inspections revealed a design change in ignition switch part #10392423 between 2006 and 2007 MY Cobalts
- Analyzed warranty repair data for BCM and ignition switch/steering column repairs

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003157

# Cobalt and ION Ignition Switch Torque Analysis

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003158

# Torque Analysis Summary

- Obtained ignition switches from third-parties as well as from steering columns found in salvage yards
- Conducted ignition switch torque analysis using two methods:
  1. Used torque gauge to measure maximum torque for given position bounds (e.g., run/acc)
     - Testing was performed both in-vehicle and on lab bench. Did not observe significant differences in torque measurements.
  2. Used torque transducer and linear potentiometer to measure torque vs angle for entire ignition switch range of rotation
     - Testing was performed on lab bench only.
- Torque analysis revealed certain ignition switches from 05-06 Cobalts and 03 ION did not meet specifications

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003159

# Steering Columns/Ignition Switches Obtained from Salvage Yards

| Model | Year | # Steering Columns Obtained |
|-------|------|------------------------------|
| Cobalt | 2005 | 5 |
| | 2006 | 4 |
| | 2007 | 4 |
| | 2008 | 3 |
| | 2009 | 2 |
| ION | 2003 | 2 |
| | 2004 | 2 |
| | 2005 | 2 |
| | 2006 | 3 |
| | 2007 | 1 |
| HHR | 2006 | 2 |
| | 2007 | 2 |
| Solstice | 2006 | 1 |
| | 2007 | 2 |
| G5 | 2007 | 2 |
| Total | - | 37 |



DRAFT-Privileged and Confidential
Attorney Work Product

GMHEC000003160

# Torque Gauge Measurements
# (Steering Columns from Salvage Yards)

| Model Year | Model & VIN | P/N | Cap Size | Off to Acc (N-cm) | Acc to Run (N-cm) | Run to Start (N-cm) | Run to Acc (N-cm) | Acc to Off (N-cm) |
|---|---|---|---|---|---|---|---|---|
| 2005 | Cobalt VIN 1306 | 10392423 | Short | 2.8 | 7.4 | 50.9 | -6.0 | -6.7 |
| 2005 | Cobalt VIN 2380 | 10392423 | Short | 3.2 | 7.8 | 48.0 | -7.8 | -8.1 |
| 2006 | Cobalt VIN 7326 | 10392423 | Short | 2.1 | 7.8 | 50.9 | -7.1 | -8.1 |
| 2006 | Cobalt VIN 6342 | 10392423 | Short | 2.1 | 8.5 | 50.9 | -7.8 | -8.5 |
| 2007 | Cobalt VIN 9561 | 10392423 | Long | 3.5 | 19.8 | 50.9 | -16.2 | -16.2 |
| 2008 | Cobalt VIN 4195 | 15886190 | Long | 5.3 | 19.8 | 48.0 | -22.6 | -22.6 |
| 2008 | Cobalt VIN 0386 | 15886190 | Long | 4.9 | 17.0 | 48.0 | -19.8 | -22.6 |
| 2009 | Cobalt VIN 3438 | 15886190 | Long | 3.2 | 19.8 | 53.7 | -15.5 | -15.9 |

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC00000361

# Torque Gauge Measurements
# (Cobalt Switches from Third Parties)

| Model Year(s) | Manufacturer | P/N | Off to Acc (N-cm) | Acc to Run (N-cm) | Run to Start (N-cm) | Run to Acc (N-cm) | Acc to Off (N-cm) |
|---|---|---|---|---|---|---|---|
| 2008-2010 | AC Delco | 15886190 | 6.0 | 22.6 | 45.2 | -22.6 | -22.6 |
| 2008-2010 | AC Delco | 15886190 | 6.2 | 22.6 | 45.2 | -22.6 | -22.6 |
| 2008-2010 | Auto Parts | 15886190 | 2.3 | 16.4 | 39.6 | -14.8 | -16.6 |
| 2007 | AC Delco | 10392423 | 10.6 | 19.8 | 45.2 | -22.6 | -20.9 |
| 2009 | AC Delco | 10392423 | 5.7 | 19.8 | 53.7 | -22.0 | -22.0 |
| 2005-2010 | Napa Auto Parts | KS7138 | 6.7 | 19.8 | 50.9 | -16.4 | -22.6 |
| 2010 | AC Delco | 10392423 | 5.7 | 19.8 | 50.9 | -22.6 | -22.6 |
| 2005 | Duralast | L1328 | 8.8 | 17.0 | 45.2 | -22.0 | -28.3 |
| 2008 | Duralast | LS1497 | 6.4 | 17.0 | 42.4 | -17.0 | -17.0 |
| 2005 | CarQuest | 53-27479 | 6.0 | 28.3 | 56.5 | -17.0 | -22.6 |
| 2005, 2008 | BWD | CS1138 | 6.4 | 17.0 | 53.7 | -17.0 | -28.3 |
| 2009 | AC Delco | 15886190 | 6.4 | 19.8 | 50.9 | -19.8 | -22.6 |
| 2010 | AC Delco | 1566190 | 5.7 | 19.8 | 53.7 | -22.6 | -22.6 |
| 2005 | AC Delco | 10392423 | 7.1 | 19.8 | 48.0 | -22.6 | -25.4 |
| 2011 | AC Delco | 20939745 | 2.1 | 19.8 | 56.5 | -33.9 | -22.6 |
| 2005 | ?? | 10392423 | 3.2 | 7.8 | 48.0 | -7.8 | -8.1 |
| 2008 | ?? | 15886190 | 4.9 | 17.0 | 48.0 | -19.8 | -22.6 |

Cobalt Switches from Salvage Yard
Steering Columns for Comparison

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC00000003162

# Measurement Method Comparison

|  | Acc to Run | | Run to Acc | |
| --- | --- | --- | --- | --- |
| Vehicle | Torque Gauge (N-cm) | Torque + Angle DAQ (N-cm) | Torque Gauge (N-cm) | Torque + Angle DAQ (N-cm) |
| 2006 Cobalt VIN 6342 | 8.5 | 7.7 | -7.8 | -6.9 |
| 2006 Cobalt VIN 7326 | 7.8 | 6.8 | -7.1 | -7.3 |
| 2007 Cobalt VIN 9561 | 19.8* | 15.7 | -16.2* | -15.0 |
| 2008 Cobalt VIN 4195 | 19.8* | 18.9 | -22.6* | -17.5 |
| 2009 Cobalt VIN 3438 | 19.8* | 18.8 | -15.5* | -15.3 |
| 2003 ION VIN 3016 | - | 10.5 | - | -8.7 |
| 2005 ION VIN 7696 | - | 18.1 | - | -16.2 |

DRAFT  Privileged and Confidential
Attorney Work Product

*Torque gauge used for this range of torques has lower resolution.

GMHEC000003163

# Specification



20 +/- 5 N-cm specification for
- Acc → Run
- Run → Acc

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003164

# Torque vs Angle Measurements



**2006 Cobalt VIN 6342 Ignition Switch**

Switches from 2006 Cobalts do not have peak seen in 2007+ MY Cobalts.

7.7 N-cm

-6.9 N-cm

Torque (N - cm)

Rotation (Degrees)

06 Cobalt
Spec

Does not meet Run/Acc spec.

DRAFT, Privileged and Confidential
Attorney Work Product

GMHEC00003165

# Torque vs Angle Measurements



GMHEC000003166

Does not meet Run/Acc spec.

DRAFT, Privileged and Confidential
Attorney Work Product

# Torque vs Angle Measurements



GMHEC00000003167

# Torque vs Angle Measurements



2008 Cobalt VIN 4195 Ignition Switch

Peak not seen in 2006 Cobalts or in switch specification.

18.9 N-cm

-17.5 N-cm

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC00000003168

# Torque vs Angle Measurements



DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003169

# Torque vs Angle Measurements



Does not meet Run/Acc spec.

DRAFT, Privileged and Confidential
Attorney Work Product

GMHEC000003170

# Torque vs Angle Measurements



GMHEC000003171

DRAFT  Privileged and Confidential
Attorney Work Product

# X-Ray Comparison of Ignition Switches

GMHEC000003172

DRAFT  Privileged and Confidential
Attorney Work Product

## 2005 Salvage Yard Cobalt

## 2008 Salvage Yard Cobalt

## 2005-2007 AC Delco



- 12 spring coils
- Run to Acc: -7.7 N-cm
- Cap is shorter than observed in MY 07+ and aftermarket switches

- 15 spring coils
- Run to Acc: -22.6 N-cm

- 14 spring coils
- Run to Acc: -22.6 N-cm

DRAFT  Privileged and Confidential
Attorney Work Product

**\*images are to scale relative to each other**

GMHEC000003173

# Torque Measurements

| Switch (All from salvage yards) | P/N (#) | PCB Production Date* | Cap Size | Model Year | Off to Acc (N-cm) | Acc to Run (N-cm) | Run to Start (N-cm) | Run to Acc (N-cm) | Acc to Off (N-cm) |
|---|---|---|---|---|---|---|---|---|---|
| 05 Cobalt -2380 | 10392423 | NS 04 34 | Short | 2005 | 3.2 | 7.8 | 48.0 | -7.8 | -8.1 |
| 05 Cobalt - 1306 | 10392423 | NS 04 48 | Short | 2005 | 2.8 | 7.4 | 50.9 | -6.0 | -6.7 |
| 06 Cobalt - 7326 | 10392423 | NS 05 43 | Short | 2006 | 2.1 | 7.8 | 50.9 | -7.1 | -8.1 |
| 06 Cobalt - 6342 | 10392423 | NS 05 12 | Short | 2006 | 2.1 | 8.5 | 50.9 | -7.8 | -8.5 |
| 07 Cobalt - 9561 | 10392423 | ?? | Long | 2007 | 3.5 | 19.8 | 50.9 | -16.2 | -16.2 |
| 09 Cobalt -3438 | 15886190 | ?? | Long | 2009 | 3.2 | 19.8 | 53.7 | -15.5 | -15.9 |
| 08 Cobalt - 0386 | 15886190 | ?? | Long | 2008 | 4.9 | 17.0 | 48.0 | -19.8 | -22.6 |

*Date observed on PCB silkscreen
  • Format NS XX YY: XX is year and YY is week

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003174

# Detent Spring X-Rays

### 2005 Cobalt VIN 1306



### 2006 Cobalt VIN 6342



### 2006 Cobalt VIN 7326



- 13 Coils
- Run to Acc: -6.0 N-cm
- NS 04 48 (PCB prod. date)

- 12 Coils
- Run to Acc: -7.8 N-cm
- NS 05 12 (PCB prod. date)

- 13 Coils
- Run to Acc: -7.1 N-cm
- NS 05 43 (PCB prod. date)

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC00003175

# Detent Spring X-Rays

### 2007 Cobalt VIN 9561

### 2009 Cobalt VIN 3438

### 2005 Cobalt VIN 2380



Caps are longer than observed in 05 and 06 salvage yard switches



- 16 Coils
- Run to Acc: -16.2 N-cm

- 17 Coils
- Run to Acc: -15.5 N-cm

- 12 Coils
- Run to Acc: -7.8 N-cm
- NS 04 34 (PCB prod. date)

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC00000003176

# Detent Spring X-Rays

2008 Cobalt VIN 0386

AC Delco Aftermarket Switch for 2005 -2007 Cobalt (for comparison)



Caps are longer than observed in 05 and 06 salvage yard switches

- 15 Coils
- Run to Acc:  -22.6 N-cm

- 14 Coils
- Run to Acc: -22.6 N-cm

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003177

# Detent Spring X-Rays

### 2003 ION VIN 9476          2003 ION VIN 3016          2005 ION VIN 7696



Cap is longer than observed in 03 IONs

- 12 Coils

- 12 Coils
- Run to Acc: -8.7 N-cm

- 16 Coils
- Run to Acc: -16.2 N-cm

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003178

# Detent Spring X-Rays
## PCB Silkscreen

| 2003 Ion VIN 9476 | 2003 Ion VIN 3016 | 2005 Ion VIN 7696 |

  

**2003 Ion VIN 9476**
- NS 04 38 (PCB prod. date)
- Other markings:
  - 741 - 79244
  - REV G
  - 1 - 20

**2003 Ion VIN 3016**
- No PCB prod. date
- Other markings:
  - 741 - 79244
  - REV G

**2005 Ion VIN 7696**
- No PCB prod. date
- Other markings:
  - 12861211
  - REV 05
- Records do not indicate ignition switch replaced

DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC00000003179

# Spring and Cap Comparison



DRAFT  Privileged and Confidential
Attorney Work Product

GMHEC000003180