# **EXHIBIT 44**

| | |
|---|---|
| **From:** | Greib, Gary R |
| **To:** | Brian Stouffer |
| **CC:** | Greib, Gary R |
| **BCC:** | |
| **Sent Date:** | 2013-10-29 19:06:43:000 |
| **Received Date:** | 2013-10-29 19:07:37:348 |
| **Subject:** | FW: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423 |
| **Attachments:** | 57128dat.doc , 741-75259_Detent spring & plunger.pdf , NME74179378_A[1]_Detent spring & plunger.pdf , NME74176307S_D.pdf |

Hey Brian – We believe we found the change records that explain the change to the spring and plunger. See word document attached. Let me know if this information (attached and below) will suffice/answer your questions.

Gary R. Greib
Manager, Product Investigations / Patent Agent
Delphi Legal Staff

Office Phone:
Cell Phone:

---

**From:** Miller, Lyle D
**Sent:** Tuesday, October 29, 2013 2:55 PM
**To:** Greib, Gary R
**Subject:** FW: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Gary, I think we found what we were looking for. There is a definite difference in length of the plunger and spring between these two versions and it was authorized by the change noted below.

---

**From:** Cuervo, Antero
**Sent:** Tuesday, October 29, 2013 12:43 PM
**To:** Miller, Lyle D
**Cc:** Villarreal, Mauricio
**Subject:** RE: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Lyle, I checked the history behind the two customer part numbers, GM p/n 10392423 Delphi p/n NME74176307S & GM p/n 15886190 Delphi p/n NME74179903S in GES. This is what I found (relevant information is highlighted):

- Outline drawing p/n 24905258 for GM p/n 10392423 Delphi p/n NME74176307S was released under CA191471. CA's documentation is not available anymore since we migrate to CR/CN system.

- Outline drawing p/n 24903922 for GM p/n 15886190 Delphi p/n NME74179903S was released under CN 1080527619-LOAD PN, BOM AND OTHER DATA FOR MECHATRONICS NA INTO GES. This CN is a generic one

since was written to transfer the information to GES and it does not mention anything regarding the changes described below.

- Last revision, rev E, of Delphi p/n NME74176307 (GM p/n 10392423) was released under CN 1080559801 - MY 2009 GM IGNITION SWITCHES - UPDATE LABEL IDS FOR 204.40 COMPLIANCE. This CN was just to fix documentation to match the label information on the product in order to meet 204.40 standards.

- Previous revision, rev D, of Delphi p/n NME74176307 (GM p/n 10392423) was also released under CA191471. In the revision block of this print, it is stated that detent spring & plunger assy p/n 74-179378 was previously p/n 74-175259 in revisions B and A, and it was changed on revision C. The date of this change is 04/21/06 and it was authorized by Engineering Change 57128 (attached for your reference). Print of p/n 74-175259 was never released on GES but it was found in an old database from Condura/Eaton (attached are both prints for the also for the detent spring & plunger assy your reference as well as the print of rev D of Delphi p/n NME74176307/GM p/n 10392423). When comparing them you can see that they are different.

- No other previous revisions of Delphi p/n NME74176307 (GM p/n 10392423) C,B,A are available on the GES system.

- There is no drawing released for Delphi p/n NME74179903S (GM p/n 15886190) on the GES system.

- BOM's of both GM p/n 10392423 Delphi p/n NME74176307S & GM p/n 15886190 Delphi p/n NME74179903S were compared and they use the same detent spring & plunger assy p/n NME74179378

- Print for detent spring & plunger assy p/n NME74179378 was checked and there is no any change record on it.

In summary, Engineering Change 57128 authorized, among other things, to change detent spring & plunger assy from p/n 74-175259 to p/n 74-179378 (NME74179378 when released on GES). Looking at the prints of both part numbers they are different and match with the differences described below.

If you have any question, please let me know.

Antero

---

**From:** Villarreal, Mauricio
**Sent:** Monday, October 28, 2013 3:57 PM
**To:** Cuervo, Antero
**Subject:** FW: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Antero,
    Get in contact with Lyle on this....

Thanks & Regards,
Mauricio Villarreal
**C**urrent **P**roduct **E**ngineering Site Mgr
Delphi Deltrónicos Operations
Office: ███
MEX dial Cell: ███
USA dial Cell: ███

---

GMHEC000003193

**From:** Miller, Lyle D
**Sent:** Monday, October 28, 2013 3:33 PM
**To:** Villarreal, Mauricio
**Cc:** Greib, Gary R
**Subject:** FW: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Hello Mauricio,

Please see the attached string of emails.  Do you have anyone who would have knowledge of this product and when the plunger and spring length might have been changed?  GM is still looking for some answers from us.

Thanks,

Lyle

---

**From:** Moreno, Carlos A
**Sent:** Monday, October 28, 2013 11:00 AM
**To:** Miller, Lyle D; Pham, Linh N
**Cc:** Sigala, Gabriel
**Subject:** RE: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Lyle,

In this cases the best source of history for old programs is the plant, so I thing you can try Mauricio Villarreal he is the CPE EGM at Matamoros, the other person I can think of is Ed Schultz he is Systems/Software EGM for mechatronics but I would try first with the plant

Regards!


Carlos A. Moreno
US
MX

**DELPHI**
Innovation for the Real World

---

**From:** Pham, Linh N
**Sent:** Monday, October 28, 2013 8:25 AM
**To:** Moreno, Carlos A; Sigala, Gabriel
**Cc:** Miller, Lyle D
**Subject:** FW: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Carlos-
Thanks for the print out information.  Would you also try and locate anyone who might still be around and know something on this product?  Please provide his or her name back to Lyle?
Thanks,
Linh Pham
PT & IDI Current Product Engineering

**From:** Miller, Lyle D

**Sent:** Monday, October 28, 2013 10:18 AM
**To:** Pham, Linh N
**Subject:** FW: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Linh,

Is there anyone else in the organization who would know or could find the history on this switch? I'm not sure who was responsible for it during development.

Thanks,

Lyle

---

**From:** Greib, Gary R
**Sent:** Wednesday, October 23, 2013 7:17 AM
**To:** Miller, Lyle D
**Subject:** FW: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Lyle – FYI – Latest message from Brian. I saw the latest information that you sent (Thanks). Should we conclude that we have no records of the change being made? Also, I wonder if someone can confirm what Brian is indicating below (i.e. the service part has longer plunger and spring than production part).

Maybe we should get Brian in contact with the appropriate Engineering Manager for that product line. Can you give me a name and number and I will forward to Brian.

Gary R. Greib
Manager, Product Investigations / Patent Agent
Delphi Legal Staff

Office Phone:
Cell Phone:

---

**From:** Brian Stouffer
**Sent:** Tuesday, October 22, 2013 4:49 PM
**To:** Greib, Gary R
**Subject:** RE: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Gary,

Thank you, but the drawing doesn't explain what the plaintiff (Melton v GM) showed us during deposition. As a reminder, they had the production switch from the subject vehicle (10392423) along with a current service switch with the same part number. The current service part has a longer plunger and a longer spring. These changes are not shown on the drawing you provided.

Brian Stouffer
Product Investigations

**From:** Greib, Gary R
**Sent:** Tuesday, October 22, 2013 4:15 PM
**To:** Brian Stouffer
**Subject:** RE: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Brian – Does the attached help?  This is all the info that I've received so far.


Gary R. Greib
Manager, Product Investigations / Patent Agent
Delphi Legal Staff

Office Phone:
Cell Phone:


---

**From:** Brian Stouffer
**Sent:** Tuesday, October 22, 2013 3:57 PM
**To:** Greib, Gary R
**Subject:** RE: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Gary,

Any luck with the drawings?

Thanks,

Brian Stouffer
Product Investigations

---

**From:** Greib, Gary R
**Sent:** Tuesday, October 15, 2013 8:56 AM
**To:** Brian Stouffer
**Subject:** RE: Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Hey Brian – Good to hear from you.  All is well with me and family.  I hope all is well with you.

I will forward your email on today to see if I can get you some answers.  I will get back with you as soon as I get an answer.



Gary R. Greib
Manager, Product Investigations / Patent Agent
Delphi Legal Staff

Office Phone: 
Cell Phone:

---

**From:** Brian Stouffer
**Sent:** Monday, October 14, 2013 4:38 PM
**To:** Greib, Gary R
**Subject:** Request for Information Chevrolet Cobalt Ignition Switch P/N 10392423

Gary,

It's been a long time since we've communicated.  Hope all is going well.

I am working on an investigation for the Chevrolet Cobalt and was looking for some help.  GM discovered that ignition switch P/N 10392423 on 2005 Cobalt vehicles is not the same as P/N 10392423 currently available for service.  Specifically, both the plunger and spring are longer in the service part.  The longer plunger and spring increase the effort when turning the key.  Because the part number didn't change, we are not sure when the revised switch went into production (assuming it went into production and it wasn't just a change for service).

The part number went from 10392423 to 15886190 for the 2008 MY due to a change in resistor value (10392423 is still needed for service).  My engineering contact wondered if the change to the spring and plunger was made when 15886190 was released, and then also used for the 10392423 service part.

The discovery of the plunger and spring change was made aware to GM during a course of a lawsuit (Melton v. GM).  Delphi was asked to provide any documents related to change.  I reviewed what was provided to our legal staff, but I didn't receive any switch drawing information.

I would appreciate any help you could provide.

Thanks,

Brian Stouffer
Product Investigations

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.
************************************************************************
Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



DELPHI MECHATRONIC SYSTEMS

# Engineering Change Support Information Cover Page

| File Number: | 57128dat.doc |
|---|---|

| Main information about Technical Evaluation: | This information support the implementation on New PCB 12861211 Rev 5 and the New Detent Plunger 741-79378.<br><br>Durability 3 times life test was perform according GM specification in Lab Test # C005-177.<br><br>Torque and Angle test was perform in DG with Work Request 06-0871<br><br>Ray DeGiorgio ( GM RDE ) agree to implement change without changing GM p/n. He provides his approval with GM3660 to implement both changes.<br><br>*PCB price is increasing and being in negotiations with Viasystems to get a better price, according Managers and PDT meeting we can not wait to get the correct price because the big fall-out registered in the production line closed to 30% |

| Attached Document | Explain how this document supported change |
|---|---|
| GM3660 | Approval from GM to implement change |
|  |  |

Date: 5/27/06

**DELPHI**

DELPHI MECHATRONIC SYSTEMS

```
GM 3660 approval to implement New PCB and Detent plunger.
```

GMHEC000003200

# DELPHI

## DELPHI MECHATRONIC SYSTEMS

04/25/2006  14:51    5864924540                                                                      PAGE  01/02

FAX:

EDUARDO RODRIGUEZ

## GENERAL MOTORS COMMODITY VALIDATION SIGN-OFF
pg. 1 of 2

Buyer's concurrence on the Seller's completion of validation shall not limit, impair, or otherwise modify
Buyer's right to assert any legal or equitable remedy, or relieve Seller of its responsibility to provide conforming goods.

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Part Name* | GMX 357 Delta Ignition Switch | Part Number* | 10392423 | Suffix/Release Level* | 001 |
| Shown on Drawing No.* | 10392423 / 22673957 | Engineering Design Record Change Level* | N/A | Dated* | 27AP04 |
| Procuring Division* | NAO | Application/Program* | GMX 357 | Purchase Order No.* | |
| GM Lead Engineer* | Ray DeGiorgio | GM Validation Engineer* | | | |

### SUPPLIER MANUFACTURING INFORMATION
Supplier Name*  Delphi Mechatronic                                      DUNS Number*  812502961
Street Address*

### REASON FOR SUBMISSION*
[ ] Initial Submission   [x] Resubmission due to Engineering Change(s)   [ ] Resubmission to correct problems in initial submission

### COMMODITY VALIDATION SIGN-OFF REQUIREMENTS*
Specified by Procuring Division in SOR or in separate written request. Page 2 lists more information about the required documentation.

1. The Supplier has submitted the required proof of validation completion as specified in SOR Appendix G, Section 4 (i.e., GP-11 ADV or executive letter certifying that commodity is validated).  Yes [X] No [ ]
2. All issues that are the responsibility of the Supplier have been classified as "closed" and the resolution of each issue has been confirmed by successful validation. This includes those issues that were identified during development, design validation, or product validation, whether those issues are tracked by GM or by the Supplier.  Yes [x] No [ ]
3. All Corrective Action Plans (CAP) that are the responsibility of the Supplier have been classified as "closed."  Yes [x] No [ ]
4. The information in the Supplier's issue tracking system has been updated and is consistent with the final resolution of all supplier issues and CAPs.  Yes [x] No [ ]
5. The Supplier has completed its final ADV P&R (GM 1829-2) summarizing ADV execution status.  Yes [x] No [ ]
6. Supplier's ADV Plan(s) and all specified ADV activities have been completed, including activities required to resolve issues identified during development and validation.  Yes [x] No [ ]
7. Supplier has obtained GM approval of the detailed validation results for those requirements for which GM approval was specified in the "Other Validation Requirements" column of the Final VCRI.  Yes [ ] No [ ] Not required by SOR [x]
8. Supplier evaluation reports have been completed for all regulatory requirements for which the Supplier conducted ADV activities to confirm compliance of the commodity.  Yes [ ] No [ ] Not required by SOR [x]
9. Supplier evaluation reports have been completed for those non-regulatory requirements or procedures that were identified in SOR Appendix G, in the Final VCRI, or in writing by the program.  Yes [ ] No [ ] Not required by SOR [x]
10. The Supplier has submitted the commodity models, etc. required for the Virtual Archive.  Yes [ ] No [ ] Not required by SOR [x]
11. Other:  Yes [ ] No [ ]
12. Other:  Yes [ ] No [ ]

Explanation of "NO" answer or comment here:
Note that the during cycling, 1 amp was applied on the Delta Ignition Sw. This validation was submitted with New PCB correct timings adjusts as Customer required, also New detent plunger (Catera spring/Plunger) was implemented to increase torque force in the switch.

| | | | |
|---|---|---|---|
| Supplier Name (please print)* | Eduardo Rodriguez | Title* Present Product Eng | Phone No.* |
| Supplier Authorized Signature* | | | Dated:* 4/24/06 |

**GM DECISION:**  Rejected (see comments below) [ ]   Re-submit (see comments below) [ ]   Sign-Off Complete [X]
GM Name (please print)  Ray DeGiorgio                                                         Phone No.
GM Authorized Signature                                            Code: CZ54            Dated: APRIL 26, 2006
Comment:

* Asterisk (*) denotes required field/information.

General Motors Corp.                                   pg. 1                            DRAFT for PPAP   June 25, 2002  GM 3860



| PART No. | NME74179378 | Sheet 0 of 2 | | DELPHI ELECTRONICS & SAFETY | | |
|---|---|---|---|---|---|---|
| DATE | REV | REVISION - UPDATE DOCUMENTATION ONLY | | AUTH | DR | AP |
| 09SE09 | A | Initial GES Release - Production | | 191471 | MC | MC |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### REFERENCE INFORMATION (add sheets if necessary)

NON-STANDARD DRAWING IDENTIFIER:              741-79378

NON-STANDARD DRAWING REVISION SYMBOL(S):         A
(Include revision for all sheets)

NUMBER OF NON-STANDARD DRAWING COVER SHEETS:    1

NUMBER OF NON-STANDARD DRAWING SHEETS:           1

NUMBER OF ADDITIONS TO COVER SHEET:              N/A

TOTAL NUMBER OF SHEETS:                          2

NON-STANDARD DRAWING SOURCE (IF CSD, ENTER CUSTOMER):    EATON

ADDITIONAL INFORMATION:

| KEY CHARACTERISTICS | | DR | MANOJ C | DATE: | 09SE09 |
|---|---|---|---|---|---|
| ☐ YES    ☑ NO | | AP | MANOJ C | DATE: | 09SE09 |
| **DELPHI** | | AP | | DATE: | |
| | | AP | | DATE: | |
| | | FIRST USED | N/A | | |
| DOCUMENT DATA STORAGE: | DOC. MAN. | | | | |
| | | DWG NAME | **SPRING-** | | |
| This cover sheet and any attached Delphi Electronics & Safety sheets are the property of Delphi Electronics & Safety. No rights are granted to use this cover sheet or any attached Delphi Electronics & Safety sheets for any purpose other than the furnishing of services and supplies to Delphi Electronics & Safety. | | PART NO. **NME74179378** | | SHEET 0 of 2 | |

September 7, 2006





DDS-33 Non-Standard Drawing FORM

| PART No. | NME74176307S | Sheet 0 of 2 | DELPHI ELECTRONICS & SAFETY | | | |
|---|---|---|---|---|---|---|
| DATE | REV | REVISION - UPDATE DOCUMENTATION ONLY | | AUTH | DR | AP |
| 06AP09 | D | Initial GES Release - Production | | 191471 | MC | MC |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### REFERENCE INFORMATION (add sheets if necessary)

NON-STANDARD DRAWING IDENTIFIER:    741-76307-T

NON-STANDARD DRAWING REVISION SYMBOL(S):    D2
(Include revision for all sheets)

NUMBER OF NON-STANDARD DRAWING COVER SHEETS:    1

NUMBER OF NON-STANDARD DRAWING SHEETS:    1

NUMBER OF ADDITIONS TO COVER SHEET:    N/A

TOTAL NUMBER OF SHEETS:    2

NON-STANDARD DRAWING SOURCE (IF CSD, ENTER CUSTOMER):    Mechatronics NA

ADDITIONAL INFORMATION:

| KEY CHARACTERISTICS ☐ YES ☑ NO | | DR | MANOJ C | DATE: | 06AP09 |
|---|---|---|---|---|---|
| | | AP | MANOJ C | DATE: | 06AP09 |
| | | AP | | DATE: | |
| **DELPHI** | | AP | | DATE: | |
| | | FIRST USED | | | |
| DOCUMENT DATA STORAGE: | DOC. MAN. | | N/A | | |
| | | DWG NAME | | | |
| This cover sheet and any attached Delphi Electronics & Safety sheets are the property of Delphi Electronics & Safety. No rights are granted to use this cover sheet or any attached Delphi Electronics & Safety sheets for any purpose other than the furnishing of services and supplies to Delphi Electronics & Safety. | | SWITCH ASM-ANTITHEFT IGNITION | | | |
| | | PART NO. NME74176307S | | SHEET 0 of 2 | |

September 7, 2006

