# **EXHIBIT 46**



**U.S. Department of Transportation**
**National Highway Traffic Safety Administration**

**1200 New Jersey Avenue SE**
**Washington, DC 20590**

February 14, 2014

Ms. Carmen Benavides
Director, Product Investigations
General Motors LLC
30001 Van Dyke - Mail Code 480-210-2V
Warren, MI 48090-9055

NVS-215KS

14V-047

**Subject:** Ignition Switch may Turn Off

Dear Ms. Benavides:

This letter serves to acknowledge General Motors LLC's notification to the National Highway Traffic Safety Administration (NHTSA) of a safety recall which will be conducted pursuant to Federal law for the product(s) listed below. Please review the following information to ensure that it conforms to your records as this information is being made available to the public. If the information does not agree with your records, please contact us immediately to discuss your concerns.

**Makes/Models/Model Years:**
CHEVROLET/COBALT/2005-2007
PONTIAC/G5/2007

**Mfr's Report Date:**   February 7, 2014

**NHTSA Campaign Number:**   14V-047

**Components:**
ELECTRICAL SYSTEM:IGNITION:SWITCH

**Potential Number of Units Affected:**   619,122

**Problem Description:**
General Motors LLC (GM) is recalling certain model year 2005-2007 Chevrolet Cobalt, and 2007 Pontiac G5 vehicles. In the affected vehicles, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine.

**Consequence:**
If the key is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury.

**Remedy:**
GM will notify owners, and dealers will replace the ignition switch, free of charge.  The manufacturer has not yet provided a notification schedule.  Owners may contact Chevrolet at 1-800-222-1020 or Pontiac at 1-800-762-2737.  GM's number for this recall is 13454.

**Notes:**
Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.



As required in Part 573.6(c)(6), in the case of a defect, please provide a chronology of all principal events that were the basis for the determination that the defect related to motor vehicle safety, including a summary of all warranty claims, field or service reports, and other information, with their dates of receipt. Please provide this information as soon as possible.

Please be reminded of the following requirements:

You are required to submit a draft owner notification letter to this office no less than five days prior to mailing it to the customers. Also, copies of all notices, bulletins, dealer notifications, and other communications that relate to this recall, including a copy of the final owner notification letter and any subsequent owner follow-up notification letter(s), are required to be submitted to this office no later than 5 days after they are originally sent (if they are sent to more than one manufacturer, distributor, dealer, or purchaser/owner).

You are required to provide an estimated date including month, day, and year, when you will send notifications to owners, dealers, and distributors as soon as it becomes available. Please be reminded that it is expected owners will be notified of a safety defect in their vehicles within 60 days of a manufacturer's notification to NHTSA of a safety defect in those vehicles.

As stated in Part 573.7, submission of the first of six consecutive quarterly status reports is required within one month after the close of the calendar quarter in which notification to purchasers occurs. Therefore, the first quarterly report will be due on, or before, 30 days after the close of the calendar quarter.

On August 20, 2013, NHTSA announced new changes to the requirements governing safety recalls. Some of these requirements are already in effect. Please ensure your company will be in compliance with each requirement on, or before, its respective effective date. For a summary of the requirements and their effective dates please click on the "New!" link at http://www.safercar.gov/Vehicle+Manufacturers.

Your contact for this recall will be Kelly Schuler who may be reached by phone at (202) 366-5227, or by email at kelly.schuler@dot.gov or through the office email at rmd.odi@dot.gov. We look forward to working with you.

Sincerely,

Jennifer Timian
Chief, Recall Management Division
Office of Defects Investigations
Enforcement

