# **EXHIBIT 47**

**GM** **GENERAL MOTORS LLC**
Vehicle Safety and Crashworthiness

14V-047 (Amended)
3 Pages

February 25, 2014

Ms. Nancy Lewis
Associate Administrator for Enforcement
National Highway Traffic Safety Administration
Recall Management Division (NVS-215)
1200 New Jersey Avenue, SE – Room W45-306
Washington, DC  20590

Dear Ms. Lewis:

The following information is submitted pursuant to the requirements of 49 CFR 573.6 as it applies to a determination by General Motors to conduct a safety related recall for 2006-2007 model year (MY) Chevrolet HHR and Pontiac Solstice, 2003-2007 MY Saturn Ion, and 2007 MY Saturn Sky vehicles.

573.6(c)(1): General Motors Company; Chevrolet, Pontiac and Saturn Brands.

573.6(c)(2),(3),(4): This information is shown on the attached sheet.

573.6(c)(5): General Motors has decided that a defect which relates to motor vehicle safety exists in 2006-2007 MY Chevrolet HHR and Pontiac Solstice, 2003-2007 MY Saturn Ion, and 2007 MY Saturn Sky vehicles.  The ignition switch torque performance may not meet General Motors' specification.  If the torque performance is not to specification, the ignition switch may unintentionally move from the "run" position to the "accessory" or "off" position with a corresponding reduction or loss of power.  This risk may be increased if the key ring is carrying added weight or the vehicle goes off road or experiences some other jarring event.  The timing of the key movement out of the "run" position, relative to the activation of the sensing algorithm of the crash event, may result in the airbags not deploying, increasing the potential for occupant injury in certain kinds of crashes.

Until the recall repairs have been performed, it is <u>very</u> important that customers remove all items from their key rings, leaving only the vehicle key.  The key fob (if applicable), should also be removed from the key ring.

573.6(c)(6): The issue was presented to the Field Performance Evaluation Review Committee and on February 24, 2014, the Executive Field Action Decision Committee decided to conduct a safety recall. General Motors will be submitting a supplemental chronology within two weeks.

573.6(c)(8): Dealers are to replace the ignition switch.

GM will provide the dealer bulletin and owner letter mail dates when available.

Mail Code: 480-210-2V1
30001 Van Dyke Road • Warren, MI  48090-9020
N140063 573 Letter.docx



Letter to Ms. Nancy Lewis
N140063 573 Letter
February 25, 2014
Page 2

Pursuant to 577.11(e), GM will provide reimbursement to owners for repairs completed on or before ten days after the owner mailing is completed, according to the plan submitted on May 23, 2013.

573.6(c)(10): GM will provide copies of the dealer bulletin and owner letter under separate cover.

573.6(c)(11): GM's assigned recall number is 14063.

Sincerely,

M. Carmen Benavides, Director
Product Investigations and Safety Regulations

14063
Attachment

573.6(c)(2),(3),(4)

## VEHICLES POTENTIALLY AFFECTED BY MAKE, MODEL, AND MODEL YEAR
## PLUS INCLUSIVE DATES OF MANUFACTURE

| MAKE | MODEL SERIES | MODEL YEAR | NUMBER INVOLVED | INCLUSIVE MANUFACTURING DATES (FROM) | (TO) | DESCRIPTIVE INFO. TO PROPERLY IDENT. VEH. | EST. NO. W/CONDITION |
|---|---|---|---|---|---|---|---|
| Chevrolet | A | 2006 | 113,911 | 04/11/2005 | 06/22/2006 | HHR | * |
| Chevrolet | A | 2007 | 99,672 | 05/15/2006 | 06/23/2007 | HHR | " |
| Pontiac | M | 2006 | 18,750 | 03/16/2005 | 06/23/2006 | Solstice | " |
| Pontiac | M | 2007 | 21,310 | 06/05/2006 | 06/15/2007 | Solstice | " |
| Saturn | A | 2003 | 96,358 | 06/01/2002 | 07/24/2003 | Ion | " |
| Saturn | A | 2004 | 121,107 | 04/29/2003 | 08/07/2004 | Ion | " |
| Saturn | A | 2005 | 71,024 | 04/27/2004 | 06/06/2005 | Ion | " |
| Saturn | A | 2006 | 96,227 | 04/13/2005 | 05/05/2006 | Ion | " |
| Saturn | A | 2007 | 94,118 | 04/05/2006 | 03/28/2007 | Ion | " |
| Saturn | M | 2007 | 15,547 | 12/06/2005 | 06/14/2007 | Sky | " |
| | | GM Total: | 748,024 | | | | |

\* All involved vehicles will be corrected as necessary.

573.6(c)(2)(iv): Delphi Packard Electrical/Electronic Architecture
5725 Delphi Drive
M/C 483.400.301
Troy, Michigan 48098

Tel: [1] 248.813.2334
Fax: [1] 248.813.2333

The involved parts are manufactured in Mexico.

14063