# **EXHIBIT 48**

**GM** GENERAL MOTORS LLC
Vehicle Safety and Crashworthiness

March 28, 2014

Ms. Nancy Lewis
Associate Administrator for Enforcement
National Highway Traffic Safety Administration
Recall Management Division (NVS-215)
1200 New Jersey Avenue, SE – Room W45-306
Washington, DC  20590

Dear Ms. Lewis:

The following information is submitted pursuant to the requirements of 49 CFR 573.6 as it applies to a determination by General Motors to conduct a safety related recall for the motor vehicle equipment identified below.

573.6(c)(1) & 573.6(c)(2)(iv): General Motors Company; GM Parts and ACDelco Brands.

This safety recall involves Ignition & Start Switches manufactured in Mexico by:

Delphi Packard Electrical/Electronic Architecture
5725 Delphi Drive
M/C 483.400.301
Troy, Michigan 48098
Tel: [1] 248.813.2334
Fax: [1] 248.813.2333

573.6(c)(2),(3),(4): This information is shown on the attached sheet.

573.6(c)(2)(iii),(5): General Motors has decided that a defect which relates to motor vehicle safety exists in GM Parts and ACDelco Ignition & Start Switch service part number 10392423, and the following Ignition & Start Switch Housing Kits that contain or may contain part number 10392423: GM Parts and ACDelco service part numbers 10392737, 15857948, 15854953, 15896640, and 25846762.  GM records indicate these service parts may have been installed during repairs in some 2008-2010 MY Chevrolet Cobalt, 2008-2011 MY Chevrolet HHR, 2008-2010 MY Pontiac Solstice, 2008-2010 MY Pontiac G5, and 2008-2010 MY Saturn Sky vehicles.

The ignition switch torque performance on vehicles repaired with GM Parts and ACDelco Ignition & Start Switch part number 10392423 or assemblies that contain part number 10392423 may not meet General Motors' specification.  If the torque performance is not to specification, the ignition switch may unintentionally move from the "run" position to the "accessory" or "off" position with a corresponding reduction or loss of power.  This risk may be increased if the key ring is carrying added weight or the vehicle goes off road or experiences some other jarring event.  The timing of the key movement out of the "run" position, relative to the activation of the sensing algorithm of the crash event, may result in

Mail Code: 480-210-2V1
30001 Van Dyke Road • Warren, MI 48090-9020
N140092 - 573 Letter.docx



09-50026-mg   Doc 12640-48   Filed 04/23/14   Entered 04/23/14 18:52:12   Exhibit 48
                             Pg 3 of 4

Letter to Ms. Nancy Lewis
N140092 573 Letter
March 28, 2014
Page 2

the airbags not deploying, increasing the potential for occupant injury in certain kinds of crashes.

Until the recall has been performed, it is <u>very</u> important that customers remove all items from their key rings, leaving only the vehicle key. The key fob (if applicable), should also be removed from the key ring.

<u>573.6(c)(6)</u>: On March 20, 2014, the Executive Field Action Decision Committee decided to conduct a motor vehicle equipment safety recall. On March 27, 2014, the Executive Field Action Decision Committee decided that to provide a comprehensive remedy, GM will replace the ignition switch on all 2008-2010 MY Chevrolet Cobalt, 2008-2011 MY Chevrolet HHR, 2008-2010 MY Pontiac Solstice, 2008-2010 MY Pontiac G5, and 2008-2010 MY Saturn Sky vehicles in order to replace all potentially suspect service parts. General Motors will be submitting a supplemental chronology within two weeks.

<u>573.6(c)(8)</u>: Safety recall letters will be mailed to owners of all 2008-2010 MY Chevrolet Cobalt, 2008-2011 MY Chevrolet HHR, 2008-2010 MY Pontiac Solstice, 2008-2010 MY Pontiac G5, and 2008-2010 MY Saturn Sky vehicles, and their ignition switch will be replaced.

In addition, GM will issue a service parts safety bulletin to GM Dealers, ACDelco Distributors and other wholesale purchasers of part number 1039243 or service part assemblies that may contain part number 10392423, instructing them to post signs in the dealerships for over the counter sales, and identify and notify customers who may have purchased the referenced parts about the recall.

GM plans to issue preliminary notification about the recall to dealers, distributors and other parts customers the week of March 31, 2014, and subsequent bulletins and a first owner letter the week of April 21, 2014. A second owner letter will be mailed and the formal dealer bulletin and service part bulletin will be provided when parts are available.

Pursuant to 577.11, GM will provide reimbursement to owners for repairs completed on or before ten days after the owner mailing is completed, according to the plan submitted on May 23, 2013.

<u>573.6(c)(10)</u>: GM will provide copies of the dealer and customer communications, including the owner letter, under separate cover.

<u>573.6(c)(11)</u>: GM's assigned recall number is 14092.

Sincerely,

*[signature]*

M. Carmen Benavides, Director
Product Investigations and Safety Regulations

14092
Attachment

GM Recall No. 14092

573.6(c)(2),(3),(4):

The total number of potentially defective items of equipment is 95,023.
GM records do not indicate inclusive dates of manufacture for the suspect parts.
With the exception of part number 10392423, GM records show no direct purchasers other than GM Dealers and ACDelco Distributors.

## VEHICLES POTENTIALLY AFFECTED BY MAKE, MODEL, AND MODEL YEAR PLUS INCLUSIVE DATES OF MANUFACTURE

| MAKE | MODEL SERIES | MODEL YEAR | NUMBER INVOLVED | INCLUSIVE MANUFACTURING DATES (FROM) | (TO) | DESCRIPTIVE INFO. TO PROPERLY IDENT. VEH. | EST. NO. W/CONDITION |
|---|---|---|---|---|---|---|---|
| Chevrolet | A | 2008 | 176,471 | 05/29/2007 | 06/26/2008 | Cobalt | * |
| Chevrolet | A | 2009 | 141,592 | 04/15/2008 | 08/11/2009 | Cobalt | " |
| Chevrolet | A | 2010 | 116,275 | 04/16/2009 | 06/23/2010 | Cobalt | " |
| Chevrolet | A | 2008 | 99,227 | 05/01/2007 | 06/26/2008 | HHR | " |
| Chevrolet | A | 2009 | 80,782 | 04/08/2008 | 06/18/2009 | HHR | " |
| Chevrolet | A | 2010 | 64,733 | 04/20/2009 | 06/15/2010 | HHR | " |
| Chevrolet | A | 2011 | 68,455 | 04/22/2010 | 05/27/2011 | HHR | " |
| Pontiac | A | 2008 | 20,206 | 05/30/2007 | 06/23/2008 | G5 | " |
| Pontiac | A | 2009 | 20,662 | 05/22/2008 | 08/10/2009 | G5 | " |
| Pontiac | A | 2010 | 3 | 04/16/2009 | 04/17/2009 | G5 | " |
| Pontiac | M | 2008 | 14,088 | 04/24/2007 | 06/19/2008 | Solstice | " |
| Pontiac | M | 2009 | 4,207 | 04/17/2008 | 07/28/2009 | Solstice | " |
| Pontiac | M | 2010 | 19 | 04/21/2009 | 05/28/2009 | Solstice | " |
| Saturn | M | 2008 | 12,982 | 04/24/2007 | 06/19/2008 | Sky | " |
| Saturn | M | 2009 | 4,078 | 04/17/2008 | 05/19/2009 | Sky | " |
| Saturn | M | 2010 | 8 | 04/23/2009 | 05/26/2009 | Sky | " |

GM Total: 823,788

* Ignition switch on all involved vehicles will be replaced.