# **EXHIBIT 51**

## Blumenthal, Colleagues Call On DOJ To Intervene In GM Recall ()

Like 0    Tweet

*In Letter To Attorney General Holder, Senators Urge DOJ To Intervene in Pending Civil Suits, Fully Warn Consumers Of Dangers Posed By Defective Vehicles, And Require GM To Establish Victim Compensation Fund*

**Friday, April 11, 2014**

(Washington, DC) – In a letter to Attorney General Eric Holder, U.S. Senator Richard Blumenthal (D-Conn.) today – joined by U.S. Senators Barbara Boxer (D-Calif.), Bob Casey (D-Pa.), Mazie Hirono (D-Hawaii), and Edward J. Markey (D-Mass.) – called on the Department of Justice (DOJ) to intervene in the General Motors (GM) recall involving millions of cars that may have faulty ignition switches.

The senators specifically called on DOJ to 1.) require GM to establish a fund to fully compensate victims; 2.) intervene in pending civil actions to oppose any action by GM to deny responsibility for damages, and 3.) ensure consumers are adequately aware of operating defective vehicles prior to repair.

Text of the letter is below and attached.

*April 11, 2014*

*The Honorable Eric J. Holder, Jr.*
*United States Attorney General*
*Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530-0001*

*Dear Attorney General Holder,*

*We write to request your immediate intervention and assistance on behalf of victims of severe damage – financial harm, physical injury, and death – resulting from serious ignition switch defects in General Motors ("GM") cars. Without your active involvement, they may have no meaningful remedy. Given the crucial role the United States government played in creation of the current General Motors Corporation, we believe the federal government has a moral, if not legal, obligation to take all necessary steps to protect innocent consumers.*

*Like many Americans, we were appalled and astonished by GM's recent admission that it knew of these disabling defects and their disastrous effects well before the 2009 reorganization. Their deliberate concealment caused continuing death and damage, and it constituted a fraud on the bankruptcy court that approved its reorganization. It also criminally deceived the United States government and the public.*

*As a consequence of this fraudulent and reprehensible concealment, the United States Bankruptcy Court unknowingly authorized a purchase of GM's assets by the "new GM," which seemingly shielded this new GM from legal responsibility for these product defects or other illegality occurring prior to 2009. This shield from legal responsibility was granted – with the federal government's support – despite vehement opposition from consumer advocates, as well as from state attorneys general who warned that this blanket shield from all liability would prove unfair and unwise.*

*Tragically, these warnings have proved true – and consumer victims may now be barred from any just remedy. They have filed various state court actions, which GM has removed to federal court and asked to be transferred to the United States Bankruptcy Court, knowing that the GM reorganization there cannot be reopened under technical procedural rules and recourse will likely be blocked.*

*In seeking your assistance, we are greatly encouraged by your decision to initiate a federal criminal investigation into the flagrant illegality of GM's concealment. The recent Toyota settlement further reflects your resolve in protecting consumers.*

*A number of steps by you and the United States Department of Justice clearly would advance the public interest, the rule of law, and rights of victims of GM's wrongdoing.*

*First, we urge that DOJ require that GM establish a fund to fully compensate consumers who suffered injury, death, or damage as a result of these lethally defective vehicles. This civil remedy could be done as an interim step, even before completing your criminal investigation and prosecution.*

*Second, we recommend that you intervene in pending civil actions to oppose any action by GM to deny responsibility for consumer damages on grounds that those damages may have resulted from deceptive and fraudulent concealment and other misconduct by GM.*

*Third, either through DOJ or an appropriate federal consumer protection agency, ensure that consumers are adequately aware of the potential dangers of operating these vehicles prior to repair of the defective ignitions.*

*We know that you share our strong feeling that innocent victims of these defective cars – whose life-changing injuries and deaths resulted from GM's pernicious and purposeful misconduct – should be fairly compensated, and that justice should be done through appropriate criminal enforcement. We appreciate your thoughtful consideration.*

*Sincerely,*

*RICHARD BLUMENTHAL*
*United States Senate*

*BARBARA BOXER*

*United States Senate*

*ROBERT P. CASEY, JR.*
*United States Senate*

*MAZIE K. HIRONO*
*United States Senate*

*EDWARD J. MARKEY*
*United States Senate*

## Press Contact

Josh Zembik (Blumenthal-DC) - 202-224-6452
Josh_Zembik@blumenthal.senate.gov (mailto:Josh_Zembik@blumenthal.senate.gov)
Elizabeth Benton (Blumenthal-CT) – 860-729-3589
Elizabeth_Benton@blumenthal.senate.gov (mailto:Elizabeth_Benton@blumenthal.senate.gov)