**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X
In re                                                                      :        Chapter 11
                                                                                 :
MOTORS LIQUIDATION CORP.,                          :        Case No. 09-50026 (REG)
                                                                                 :
                                   Debtor.                              :
----------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                                    ):ss:
COUNTY OF NEW YORK  )

      Thomas Brown, being duly sworn, affirms, deposes and says: I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein. On April 24, 2014, I caused to be served the *Notice of Appearance and Request for Service of Papers*, dated April 23, 2014, via First Class Mail upon those parties as listed on the attached service list.

                                                          */s/ Thomas Brown*
                                                         Thomas Brown

SWORN TO AND SUBSCRIBED before me this
 24th day of April, 2014

*/s/ G. Karen Brown*
G. Karen Brown
Notary Public, State of New York
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2015

DOCS_NY:31193.1 68700/001

# Service List

Weil, Gotshal & Manges LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Motors Liquidation Company
Thomas Morrow, Esq.
401 South Old Woodward Avenue
Suite 370
Birmingham, MI 48009

General Motors LLC
Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, Michigan 48265

Cadwalader, Wickersham & Taft LLP
John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

United States Department of the Treasury
Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, New York 10036

Office of the United States Trustee for the
Southern District of New York
Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004

U.S. Attorney's Office, S.D.N.Y.
David S. Jones, Esq.
Natalie Kuehler, Esq.
86 Chambers Street
Third Floor
New York, New York 10007

Caplin & Drysdale
Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
375 Park Avenue
35th Floor
New York, New York 10152-3500

Caplin & Drysdale
Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005

Stutzman, Bromberg, Esserman & Plifka, P.C.
Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
2323 Bryan Street
Suite 2200
Dallas, Texas 75201

Gibson, Dunn & Crutcher LLP
Keith Martorana, Esq.
200 Park Avenue
47th Floor
New York, New York 10166

2

FTI Consulting
Anna Phillips
One Atlantic Center
1201 West Peachtree Street
Suite 500
Atlanta, Georgia 30309

Crowell & Moring LLP
Michael V. Blumenthal, Esq.
590 Madison Avenue
19th Floor
New York, New York 10022-2524

Kirk P. Watson, Esq.
2301 Woodlawn Boulevard
Austin, Texas 78703