UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                   Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,      Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)         (Jointly Administered)

                              Debtor.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEFFREY A. LIESEMER

UPON the motion of Jeffrey A. Liesemer dated April 23, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeffrey A. Liesemer is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
           April 24, 2014

                                                     s/ *Robert E. Gerber*
                                                     UNITED STATES BANKRUPTCY JUDGE