UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                    Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,          Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)          (Jointly Administered)

                              Debtor.
-------------------------------------------------------------X


# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ANDREW J. SACKETT

UPON the motion of Andrew J. Sackett dated April 23, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Andrew J. Sackett is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  New York, New York
            April 24, 2014

                                                         s/ *Robert E. Gerber*
                                                         UNITED STATES BANKRUPTCY JUDGE