UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                    Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,          Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)           (Jointly Administered)

                             Debtor.
-----------------------------------------------------------------X


# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOEL S. MILIBAND

      UPON the motion of Joel S. Miliband dated April 23, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that Joel S. Miliband is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York
        April 24, 2014

                                                                s/ *Robert E. Gerber*
                                                          UNITED STATES BANKRUPTCY JUDGE