UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motos Corp., et al.

　　　　　　　　　　　Debtor

Case No.: 09-50026
Chapter 11

---------------------------------------------------------------x

　　　　　　　　　　　Plaintiff

　　　　　　　　v.

　　　　　　　　　　　Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark P. Robinson, Jr._____, request admission, *pro hac vice*, before the Honorable Robert E. Gerber_____, to represent/ Teleso Satele, Carlota Onofre, Nicole Heuler, Sylvia Benton, Patricia Barker, Daniel Ratzlaff, a potential creditors_____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California_____ and, if applicable, the bar of the U.S. District Court for the Central District of California_____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 4/23/2014_____
_____, New York

_Mark P. Robinson, Jr._ (signature)

*Mailing Address*: Mark P. Robinson, Jr.
Robinson Calcagnie Robinson Shapiro Davis, Inc.
19 Corporate Plaza
Newport Beach, CA  92660
*E-mail address*: mrobinson@rcrlaw.net
*Telephone number*: (949) 720-1288