UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motors Corp., et al.

Debtor

Case No.: <u>09-50026</u>

Chapter <u>11</u>

------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Mark P. Robinson, Jr.</u>, to be admitted, *pro hac vice*, to represent <u>Sylvia Benton, Patricia Barker, Daniel Ratzlaff, Teleso Satele, / Carlota Onofre, Nicole Heuler</u>, (the "Client") a <u>potential creditors</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>California</u> and, if applicable, the bar of the U.S. District Court for the <u>Central</u> District of <u>California</u>, it is hereby

**ORDERED**, that <u>Mark P. Robinson, Jr.</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York       /s/ _____

UNITED STATES BANKRUPTCY JUDGE