Edward S. Weisfelner
David J. Molton
Howard S. Steel
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
Telephone: 212-209-4800
Facsimile: 212-209-4801

*Counsel for Daniel Ratzlaff, Patricia Barker, Sylvia Benton, Nicole Heuler, Katie Michelle McConnell, Carlota Onofre, and Teleso Satele, individually and as putative class representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*. | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
----------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Steve W. Berman, a member in good standing of the bar in the State of Washington, request admission ***pro hac vice*** before the Honorable Robert E. Gerber, to represent Daniel Ratzlaff, Patricia Barker, Sylvia Benton, Nicole Heuler, Katie Michelle McConnell, Carlota Onofre, and Teleso Satele, individually and as putative class representatives (collectively, the "Plaintiffs") in the above-referenced case. My office and email address and my telephone and fax numbers are:

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1918 Eight Avenue
Suite 3300
Seattle, Washington 98101
(206) 623-7292 Telephone
(206) 623-0594 Facsimile
steve@hbsslaw.com

I agree to pay the fee of $200 upon entry of an order admitting me to practice ***pro hac vice***.

Dated:  April 24, 2014
       Seattle, Washington

                                                                */s/ Steve W. Berman*
                                                                 Steve W. Berman

**ORDERED,**

    That Steve W. Berman, Esq., is admitted to practice ***pro hac vice*** in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____
     New York, New York

 

_____
ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE