Justin S. Brooks
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Telephone:   (302) 622-7000
Facsimile:    (302) 622-7100

*Counsel for Galdina Maciel, Daniel Cortez,*
*Cindy Wade, Zachary DeWitt,*
*Roberta Cheraso, Demetrius Smith,*
*Jenee Byrd, Asuhan Leyva,*
*Jim Gresik, Barbara Ellis Steele,*
*Maria Raygoza, Barbara Gray,*
*Michele Bennett, Ken Saclo, Mel Cohen,*
*Tiffany Malone, Dawn Orona, Lisa Teicher,*
*Sue Nagle, Robert Young,*
*Robbie Luthander, Heather Holleman,*
*Jeremy Clinton, Tommy Tyson,*
*Dawn Talbot, Tara Heath, Sarah Sloan,*
*Bonnie Condon, Derek Wilson,*
*Sherry Kielman, Sandra Levine,*
*Jennifer Glasgow, Michael Owens,*
*Shawn Doucette, Geraldine Miller,*
*Christa Wessel, Pamela Maas,*
*and Elizabeth Stewart*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )
In re                                                       )        Chapter 11
                                                            )
MOTORS LIQUIDATION COMPANY, et al.,)
    f/k/a General Motors Corp., et al )        )        Case No. 09-50026
                                                            )
                                                            )
                        Debtors.                            )        Jointly Administered
------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Justin S. Brooks of Grant & Eisenhofer P.A. appears on behalf of Plaintiffs in two class action cases filed in California on behalf of a nationwide class of consumers, as well as 29 state subclasses. The cases are known as *Galdina Maciel, et al. v. General Motors, LLC*, Case No. 4:14-cv-01339 (N.D. Cal.) (filed March 24, 2014) and *Ken Saclo, et al. v. General Motors, LLC and Continental Automotive Systems US, Inc.*, Case No. 8:14-cv-00604 (C.D. Cal.) (filed April 16, 2014).  Counsel respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served on the addresses and numbers listed below:

Justin Brooks
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
jbrooks@gelaw.com
alevitt@gelaw.com
jtangren@gelaw.com
caldinger@gelaw.com
tbibby@gelaw.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, plans, disclosure statements, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal

or informal, written or oral, or whether by mail, delivery, telephone, telex or otherwise.

April 24, 2014

Respectfully submitted,

GRANT & EISENHOFER P.A.

By: /s/ Justin S. Brooks

Justin S. Brooks
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
Telephone:  (302) 622-7000
Facsimile:  (302) 622-7100

*Counsel for Galdina Maciel, Daniel Cortez,
Cindy Wade, Zachary DeWitt,
Roberta Cheraso, Demetrius Smith,
Jenee Byrd, Asuhan Leyva,
Jim Gresik, Barbara Ellis Steele,
Maria Raygoza, Barbara Gray,
Michele Bennett, Ken Saclo, Mel Cohen,
Tiffany Malone, Dawn Orona, Lisa Teicher,
Sue Nagle, Robert Young,
Robbie Luthander, Heather Holleman,
Jeremy Clinton, Tommy Tyson,
Dawn Talbot, Tara Heath, Sarah Sloan,
Bonnie Condon, Derek Wilson,
Sherry Kielman, Sandra Levine,
Jennifer Glasgow, Michael Owens,
Shawn Doucette, Geraldine Miller,
Christa Wessel, Pamela Maas,
and Elizabeth Stewart*