Edward S. Weisfelner
David J. Molton
Howard S. Steel
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
Telephone: 212-209-4800
Facsimile: 212-209-4801

*Counsel for Daniel Ratzlaff, Patricia Barker, Sylvia Benton, Nicole Heuler, Katie Michelle McConnell, Carlota Onofre, and Teleso Satele, individually and putative class representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                         :    Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :    Case No. 09-50026 (REG)
     f/k/a General Motors Corp., *et al*.      :
                                               :
                              Debtors.         :    (Jointly Administered)
                                               :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WILFRED S. LANCASTER, being duly sworn, deposes and says:

1. Wilfred S. Lancaster, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside at North Plainfield, New Jersey.

2. On the 24th day of April, 2014, I caused true and correct copies of the following documents:

   (i) Objection to motion of General Motors LLC pursuant to 11 U.S.C. §§ 105 and 363 to enforce the Court's July 5, 2009 sale order and injunction [Docket No. 12629];

   (ii) Exhibits to objection to motion of General Motors LLC pursuant to 11 U.S.C. §§ 105 and 363 to enforce The Courts July 5, 2009 Sale Order and injunction,

        contained on a CD, [Docket No. 12629]; and

(iii)    Notice of Appearance of Brown Rudnick LLP [Docket No. 12640],

to be served upon each of the parties listed on the attached service list by U.S. First-Class mail.

                        /s/Wilfred S. Lancaster
                          Wilfred S. Lancaster

Sworn to before me this
24th day of April, 2014

  /s/Evelyn Gonzalez
      Notary Public
State of New York
No. 01GO5045489
Qualified in Queens County
Commission expires 6/20/2015

## Service List

Arthur Steinberg, Esq.
Scott Davidson, Esq.
King & Spalding LLP
*Attorneys for General Motors LLC*
1185 Avenue of the Americas
New York, NY 10036

Richard C. Godfrey, Esq.
Andrew B. Bloomer, Esq.
Kirkland & Ellis LLP
*Attorneys for General Motors LLC*
300 North LaSalle
Chicago, IL 60654

Matthew J. Williams, Esq.
Keith R. Martorana, Esq.
Gibson, Dunn & Crutcher LLP
*Counsel for Motion Liquidation Company General  Unsecured Creditors Trust*
200 Park Avenue
New York, NY 10166-0193

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
*Counsel for Motion Liquidation Company General  Unsecured Creditors Trust*
767 Fifth Avenue
New York, NY 10153

Brian Shoichi Masumoto, Esq.
Andrea B. Schwartz, Esq.
Andrew D. Velez-Rivera, Esq.
United States Trustee's Office
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

61647339 v1