UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                              Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,                Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)              (Jointly Administered)

                              Debtor.
-------------------------------------------------------------X


# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MARK P. ROBINSON, JR.

UPON the motion of Mark P. Robinson, Jr. dated April 24, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Mark P. Robinson, Jr. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York
        April 25, 2014

                                            *s/ Robert E. Gerber*
                                            UNITED STATES BANKRUPTCY JUDGE