# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Matthew J. Williams
Direct: +1 212.351.2322
Fax: +1 212.351.5232
mjwilliams@gibsondunn.com

April 28, 2014

VIA HAND DELIVERY AND ECF

The Honorable Robert E. Gerber
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re:    *In re Motors Liquidation Company, et al.*, Case No. 09-50026 (REG)

Dear Judge Gerber:

      My law firm represents Wilmington Trust Company in its capacity as trust administrator and trustee of the Motors Liquidation Company GUC Trust. In accordance with the Court's endorsed order of April 22, 2014, we write to advise you that we intend to appear at the conference scheduled for May 2, 2014. We intend to participate at the hearing primarily in a monitoring capacity, and do not have any additional agenda items to be added to the Court's calendar.

Respectfully submitted,

*/s/ Matthew J. Williams*

Matthew J. Williams