Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10021
Telephone:   (212) 379-6000
Facsimile:   (212) 644-6755
Email:         einselbuch@capdale.com

*Counsel for Certain Ignition Switch Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, (f/k/a General Motors Corporation, *et al.*), | Case No.: 09-50026 (REG) |
| Debtors. | Jointly Administered |

---

**AFFIDAVIT OF SERVICE**

I, Eugenia Benetos of Caplin & Drysdale, Chartered, hereby certify that on the 23rd day of April, 2014, I caused the following documents to be served via email, on the Court's CM/ECF system (through delivery of a Notice of Electronic Filing), and delivered to the Honorable Robert E Gerber, and on this 29th day of April, 2014, also served upon the parties identified on the attached service list in the manner specified therein:

    **(1)**    **Letter to the Honorable Robert E Gerber with Exhibit A;**
    **(2)**    **Notice of Appearance and Request for Service of Papers with Exhibit A;**
    **(3)**    **Motion for Admission to Practice, Pro Hac Vice of Jeffrey A. Liesemer with Exhibit A; and**
    **(4)**    **Motion for Admission to Practice, Pro Hac Vice of Andrew J. Sackett with Exhibit A.**

And on the 24th day of April, 2014, I caused the following document to be served via email, on the Court's CM/ECF system (through delivery of a Notice of Electronic Filing), and delivered to the Honorable Robert E. Gerber, and on this 29th day of April, 2014, also served upon the parties identified on the attached service list in the manner specified therein:

09-50026-mg   Doc 12663   Filed 04/29/14   Entered 04/29/14 17:34:51   Main Document
Pg 2 of 6

- 2 -

**(1)      Letter to the Honorable Robert E Gerber.**

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 2014.

/s/ *Eugenia Benetos*

Eugenia Benetos
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10021
Telephone:(212) 379-6035
Facsimile: (212) 644-6755
Email:      ebenetos@capdale.com

## SERVICE LIST

**VIA HAND DELIVERY**

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

**VIA U.S. FIRST CLASS MAIL**

Arthur Steinberg, Esq.
Scott Davidson, Esq.
King & Spalding LLP
*Attorneys for General Motors LLC*
1185 Avenue of the Americas
New York, NY 10036

Richard C. Godfrey, Esq.
Andrew B. Bloomer, Esq.
Kirkland & Ellis LLP
*Attorneys for General Motors LLC*
300 North LaSalle
Chicago, IL 60654

Matthew J. Williams, Esq.
Keith R. Martorana, Esq.
Gibson, Dunn & Crutcher L.L.P.
*Counsel for Motors Liquidation Company*
*General Unsecured Creditors Trust*
200 Park Avenue
New York, 10166-0193

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges L.L.P.
*Counsel for Motors Liquidation Company*
*General Unsecured Creditors Trust*
767 Fifth Avenue
New York, NY 10153

Stutzman, Bromberg, Esserman & Plifka, P.C.
Sander L. Esserman, Esq.
Peter C. D' Apice, Esq.
David J. Parsons, Esq.
Briana L. Cioni, Esq.
2323 Bryan Street
Suite 2200
Dallas, Texas 75201

Brown Rudnick LLP
Edward S. Weisfelner, Esq.
David J. Molton, Esq.
Howard S. Steel, Esq.
7 Times Square
New York, NY 10036

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
*Counsel for the Official Committee of Unsecured Creditors*
1177 Avenue of the Americas
New York, NY 10036

Otterbourg P.C.
Melanie L. Cyganowski, Esq.
230 Park Avenue
New York, NY 10169-0075

Lowenstein Sandler L.L.P.
Michael S. Etkin, Esq.
John Sherwood, Esq.
Cassandra Porter, Esq.
65 Livingston Avenue
Roseland, NJ 07068

Kessler Topaz Meltzer & Check, L.L.P.
Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Peter Muhic, Esq.
280 King of Prussia Road
Radnor, PA 19087

Golenbock Eiseman Assor Bell & Peskoe L.L.P.
Jonathan L. Flaxer, Esq.
S. Preston Ricardo, Esq.
Michael S. Weinstein, Esq.
437 Madison Avenue
New York, NY 10022

Wolf Haldenstein Adler Freeman & Herz L.L.P.
Alexander H. Schmidt, Esq.
Malcolm T. Brown, Esq.
270 Madison Avenue
New York, NY 10016

Susman Godfrey L.L.P.
Marc M. Seltzer, Esq.
Steven G. Sklaver, Esq.
Kalpana Srinivasan, Esq.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

Pachulski Stang Ziehl & Jones L.L.P.
Dean A. Ziehl, Esq.
Debra I. Grassgreen, Esq.
Harry H. Hochman, Esq.
Maria A. Bove, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Wolf Popper, LLP
Lester L. Levy, Esq.
Michele F. Raphael, Esq.
Robert S. Plosky, Esq.
845 Third Avenue
New York, NY 10022

Grant & Eisenhofer P.A.
Justin S. Brooks, Esq.
123 Justin Street
Wilmington, DE 19801

3

Brian Shoichi Masumoto, Esq.
Andrea B. Schwartz, Esq.
Andrew D. Velez-Rivera, Esq.
Office of the Unites States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014