

**STRAUSS HAUER & FELD LLP**

**DANIEL H. GOLDEN**
+1 212.872.8010/fax: +1 212.872.1002
dgolden@akingump.com

April 30, 2014

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Dear Judge Gerber:

Akin Gump Strauss Hauer & Feld LLP represents Angelo, Gordon & Co., Davidson Kempner Capital Management LP, Empyrean Capital Partners, River Birch Capital LLC, and Whitebox Advisors LLC, on account of themselves and their respective managed funds and accounts, as holders of publicly traded units of beneficial interests in the Motors Liquidation Company GUC Trust. In accordance with this Court's Endorsed Order [Docket No. 12627] scheduling a status conference (the "Status Conference") on the *Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction*, we hereby request the opportunity to participate in the Status Conference to be held on May 2, 2014.

Sincerely,

Daniel H. Golden

One Bryant Park | New York, New York 10036-6745 | 212.872.1000 | fax: 212.872.1002 | akingump.com