**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                            Case No.: 09-50026
      Motors Liquidation Company                        Chapter 11
      (f/k/a General Motors Corporation)
                              Debtor
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Adam J. Levitt, request admission, *pro hac vice*, before the Honorable Robert H. Gerber, to represent Galdina Maciel, Daniel Cortez, Cindy Wade, Zachary DeWitt, Roberta Cheraso, Demetrius Smith, Jenee Byrd, Asuhan Leyva, Jim Gresik, Barbara Ellis Steele, Maria Raygoza, Barbara Gray, Michele Bennett, Ken Saclo, Mel Cohen, Tiffany Malone, Dawn Orona, Lisa Teicher, Sue Nagle, Robert Young, Robbie Luthander, Heather Holleman, Jeremy Clinton, Tommy Tyson, Dawn Talbot, Tara Heath, Sarah Sloan, Bonnie Condon, Derek Wilson, Sherry Kielman, Sandra Levine, Jennifer Glasgow, Michael Owens, Shawn Doucette, Geraldine Miller, Christa Wessel, Pamela Maas, and Elizabeth Stewart[1], who are Plaintiffs in two class action cases filed in California on behalf of a nationwide class of consumers, as well as 29 state subclasses. They are interested parties in the above-referenced case.

      *I certify that I am a member in good standing* of the bars in the State of Illinois and the State of New York.

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 04/25/2014

                                                                                          /s/ Adam J. Levitt

                                                                                       *Mailing Address*:
                                                                                       30 North LaSalle Street
                                                                                       Suite 1200
                                                                                       Chicago, IL  60602
                                                                                       *E-mail address*: alevitt@gelaw.com
                                                                                       *Telephone number*: 312-214-0000

---

[1] *Galdina Maciel, et al. v. General Motors, LLC*, Case No. 4:14-cv-01339 (N.D. Cal.) (filed March 24, 2014) and *Ken Saclo, et al. v. General Motors, LLC and Continental Automotive Systems US, Inc.*, Case No. 8:14-cv-00604 (C.D. Cal.) (filed April 16, 2014)