**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE OF FILING OF ANNUAL REPORT AND ACCOUNT OF THE**
**MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2013**

The MLC Asbestos PI Trust (the "Trust") hereby files its Annual Report, Financial Statements, and Claims Summary for the fiscal year ending December 31, 2013. The Annual Report and Financial Statements are attached hereto as Exhibit 1.

Pursuant to the provisions of the MLC Asbestos PI Trust Agreement (the "Trust Agreement"), the Trust is providing copies of the Annual Report and the Financial Statements to the Trust Advisory Committee, the Future Claims Representative, and the Office of the United States Trustee.

Dated: New York, New York
       April 30, 2014

| KLESTADT & WINTERS, LLP | CAMPBELL & LEVINE, LLC |
|---|---|
| Counsel to the MLC Asbestos PI Trust | Counsel to the MLC Asbestos PI Trust |
|  | Kathleen Campbell Davis |
| By: */s/ Brendan M. Scott* | 800 N. King Street, Suite 300 |
|       Brendan M. Scott | Wilmington, DE 19801 |
| 570 Seventh Avenue, 17th Floor | Tel. 302.426.1900 |
| New York, New York 10018 | Fax 302.426.9947 |
| Tel: (212) 972-3000 |  |
| Fax: (212) 972-2245 | Douglas A. Campbell |
|  | Stanley E. Levine |
|  | 1700 Grant Building |
|  | Pittsburgh, PA 15219 |
|  | Tel. 412.261.0310 |
|  | Fax 412.261.5066 |