UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                          Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,                 Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)            (Jointly Administered)

                              Debtor.
---------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ADAM J. LEVITT

UPON the motion of Adam J. Levitt dated April 28, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Adam J. Levitt is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 30, 2014

                                                    s/ *Robert E. Gerber*
                                                    UNITED STATES BANKRUPTCY JUDGE