# SUPPLEMENT[1] TO SCHEDULE "1"

# CHART OF ADDITIONAL IGNITION SWITCH ACTIONS

# COMMENCED SINCE THE FILING OF NEW GM'S MOTION TO ENFORCE

|   | **Name** | **Class Models** | **Plaintiffs' Model** | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | Witherspoon (Class Action)[2] | Various models from 2003 to 2011 | 2006 Saturn Ion | Circuit Court of Jackson County, Missouri at Independence 1416-CV08092 | 4/07/14 |
| 2 | Salazar, III (Class Action)[3] | Various models from 2003 to 2011 | 2006 Chevy HHR | Western District of Texas 5:14-cv-00362 | 4/21/14 |
| 3 | Espineira (Class Action)[4] | Various models from 2003 to 2007 | 2004 Saturn Ion | Southern District of Florida 1:14-cv-21417 | 4/21/14 |
| 4 | Gebremariam (Class Action)[5] | Various models from 2003 to 2014 | 2014 Chevy Cruze | Central District of California 8:14-cv-00627 | 4/21/14 |
| 5 | Arnold (Class Action)[6] | Various models from 2003 to 2011 | 2007 Chevy HHR 2010 Chevy Cobalt | Northern District of Illinois 1:14-cv-02882 | 4/22/14 |

---

[1] This schedule supplements Schedule "1" [Dkt. No. 12620-1] filed with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* on April 21, 2014 [Dkt. No. 12620].

[2] A copy of the complaint filed in the Witherspoon Action is attached hereto as Exhibit "A."

[3] A copy of the complaint filed in the Salazar, III Action is attached hereto as Exhibit "B."

[4] A copy of the complaint filed in the Espineira Action is attached hereto as Exhibit "C."

[5] A copy of the complaint filed in the Gebremariam Action is attached hereto as Exhibit "D."

[6] A copy of the complaint filed in the Arnold Action is attached hereto as Exhibit "E."

| 6 | LaReine (Class Action)[7] | Various models from 2003 to 2011 | 2005-2007 Chevy Cobalt (3) | Central District of California | 4/23/14 |
|---|---|---|---|---|---|
| | | | 2003-2007 Saturn ION | 2:14-cv-03112 | |
| | | | 2007 Saturn Sky | | |
| | | | 2007 Chevy HHR | | |

---

[7] A copy of the complaint filed in the LaReine Action is attached hereto as Exhibit "F."

2