**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Case No.: 09-50026 (REG) |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Chapter 11 |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nicholas H. Wooten, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent *Dianne Ashworth, Karen Moore, et al, class action plaintiffs in an action styled Ashworth, et al vs. General Motors, LLC; Civil Action Number CV-14-JHE-0607-S pending in the United States District Court for the Northern District of Alabama, Southern Division,* (the "Client") an interested party, in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Alabama and, if applicable, the bar of the U.S. District Court for the Middle District of Alabama.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: <u>5/1/2014</u>

Auburn, Alabama

*/s/ Nick Wooten*
Nick Wooten
*Mailing Address:*
Nick Wooten, LLC
P.O. Box 3389
Auburn, AL 36831-3389
*E-mail address*: nick@nickwooten.com
*Telephone number*: (334) 887-3000