**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Case No.: 09-50026 (REG) |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Chapter 11 |
|     f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
|                           Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Nicholas H. Wooten, to be admitted, ***pro hac vice***, to represent *Dianne Ashworth, Karen Moore, et al, class action plaintiffs in an action styled Ashworth, et al vs. General Motors, LLC; Civil Action Number CV-14-JHE-0607-S pending in the United States District Court for the Northern District of Alabama, Southern Division,* (the "Client") an interested party, in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Alabama and, if applicable, the bar of the U.S. District Court for the Middle District of Alabama, it is hereby

ORDERED, that Nicholas H. Wooten, is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                                                    _____
                                                                    UNITED STATES BANKRUPTCY JUDGE