KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re                                                         : Chapter 11
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,                         : Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                   :
                                                              :
                   Debtors.                    : (Jointly Administered)
                                                              :
----------------------------------------------------------------x
STEVEN GROMAN, ROBIN DELUCO,                                  :
ELIZABETH Y. GRUMET, ABC FLOORING,                            :
INC., MARCUS SULLIVAN, KATELYN                                :
SAXSON, AMY C. CLINTON, AND ALLISON                           : Adv. Pro. No.: 14-01929 (REG)
C. CLINTON, on behalf of themselves, and all                  :
others similarly situated,                                    :
                                                              :
                  Plaintiffs,                     :
                                                              :
    -v-                                                       :
                                                              :
GENERAL MOTORS LLC,                                           :
                                                              :
                  Defendant.                      :
----------------------------------------------------------------X

**NOTICE OF MATTERS SCHEDULED FOR
<u>HEARING ON MAY 2, 2014 AT 9:45 A.M. (EASTERN TIME)</u>**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    <u>CONFERENCES</u>**

1.    *In re Motors Liquidation Company, et al.*, Case No. 09-50026 (REG):  Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce the Sale Order And Injunction ("Motion to Enforce"), filed by General Motors LLC **(ECF 12620, 12621)**.

<u>Responses Filed</u>:

A.    Response/Letter by Certain Plaintiffs to Motion to Enforce, filed by Jonathan L. Flaxer on behalf of Certain Plaintiffs **(ECF 12626)**.

B.    Objection by Certain Plaintiffs to Motion to Enforce, filed by Edward S. Weisfelner on behalf of Certain Plaintiffs **(ECF 12629, 12640)**.

<u>Replies Filed</u>:

C.    None to Date

<u>Additional Documents</u>:

D. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Proposed Conference, filed by General Motors LLC **(ECF 12622)**.

E. Endorsed Order signed by the Honorable Robert E. Gerber on April 22, 2014 Regarding Conference **(ECF 12627)**.

F. Notice of (a) Filing of Motion to Enforce, and (b) Conference to be Held in Connection with Such Motion, filed by General Motors LLC **(ECF 12628)**.

G. Endorsed Order regarding Letter filed by Jonathan L. Flaxer (ECF 12626) regarding Motion to Enforce **(ECF 12631)**.

H. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Desire to be Heard, filed by Peter D'Apice on Behalf of Certain Plaintiffs **(ECF 12633)**.

I. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Elihu Inselbuch on Behalf of Certain Plaintiffs **(ECF 12637)**.

J. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Edward Weisfelner on Behalf of Certain Plaintiffs **(ECF 12638)**.

K. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Elihu Inselbuch on Behalf of Certain Plaintiffs **(ECF 12651)**.

L. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Jonathan L. Flaxer on Behalf of Certain Plaintiffs **(ECF 12652)**.

M. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Matthew Williams on Behalf of the Motors Liquidation Company GUC Trust **(ECF 12660)**.

N. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Daniel Golden on Behalf of Certain Plaintiffs **(ECF 12665)**.

O. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by William Weintraub on Behalf of Certain Plaintiffs **(ECF 12669)**.

P. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Michael Etkin on Behalf of Certain Plaintiffs **(ECF 12671)**.

Q. Supplement To Schedule 1 To Motion to Enforce, filed by General Motors LLC **(ECF 12672)**.

R. Supplement To Schedule 2 To Motion to Enforce, filed by General Motors LLC **(ECF 12672)**.

S. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by General Motors LLC **(ECF 12673)**.

T. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Melanie Cyganowski on Behalf of Certain Plaintiffs **(ECF 12674)**.

U. Amended Notice of (a) Filing of Motion to Enforce, and (b) Conference to be Held in Connection with Such Motion, filed by General Motors LLC **(ECF 12675)**.

V. Letter to The Honorable Robert E. Gerber in response to New GM's letter, filed by Edward S. Weisfelner on Behalf of Certain Plaintiffs **(ECF 12677)**.

**Status:** This matter is going forward as a status conference only.

**2.**   *Steven Groman, et al. v. General Motors LLC* (Adv. Proc. No. 14-01929), Complaint **(ECF 12619; Adv. Proc. Doc. 1)**.

Responses Filed:

A.   None to Date.

Replies Filed:

B.   None to Date

Additional Documents:

C.   Letter Requesting Status or Pre-Hearing Conference, filed by Jonathan L. Flaxer on behalf of Plaintiffs **(Adv. Proc. Doc. 2)**.

D.   Endorsed Order Regarding Letter Requesting Status or Pre-Hearing Conference signed by the Honorable Robert E. Gerber on April 23, 2014 **(Adv. Proc. Doc. 3)**.

E.   Letter to The Honorable Robert E. Gerber Regarding May 2, 2014 Conference, filed by Jonathan L. Flaxer on behalf of Plaintiffs **(Adv. Proc. Doc. 4)**.

F.   Summons with Notice of Pre-Trial Conference **(Adv. Proc. Doc. 5)**.

**Status:** This matter is going forward as a status conference only.

Dated: May 1, 2014
      New York, New York

           KING & SPALDING LLP

           By: /s/   Scott Davidson
           Arthur J. Steinberg
           Scott Davidson
           King & Spalding LLP
           1185 Avenue of the Americas
           New York, NY 10036
           Telephone: (212) 556-2100
           Facsimile: (212) 556-2222

           Richard C. Godfrey, P.C. (admitted *pro hac vice*)
           Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
           KIRKLAND & ELLIS LLP
           300 North LaSalle
           Chicago, IL 60654
           Telephone: (312) 862-2000
           Facsimile: (312) 862-2200

           *Attorneys for General Motors LLC*