UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                          Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,                Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)              (Jointly Administered)

                                Debtor.
-----------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF NICHOLAS H. WOOTEN

UPON the motion of Nicholas H. Wooten dated May 1, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Nicholas H. Wooten is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       May 1, 2014

                                        *s/ Robert E. Gerber*
                                        UNITED STATES BANKRUPTCY JUDGE