UNITED STATES BANKRUPTCY COURT SOUTH
NEW YORK, NEW YORK

DANA H. FOX, PRO-SE )
v. )
MOTORS LIQUIDATORS ) CASE 09-500026
GENERAL MOTORS, INC. )
ETC. )


RECEIVED
MAY - 1 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

MOTION TO RESPOND TO PREVIOUS MOTION

MR. FOX, PRO-SE FILED A MOTION IN REGARDS TO AN ORDERLY DISTRIBUTION OF THE COURT ORDERED AWARD OF $19,500.--.

WILL THE COURT PLEASE VERIFY THE EXACT AMOUNT THAT WAS DISTRIBUTED BY WILMINGTON TRUST. WILMINGTON TRUST STATES THAT ALL DISTRIBUTIONS ARE CONTROLLED BY BANKRUPTCY COURT.

WILL THE COURT, ALSO, PLEASE INDICATE WHEN THE ADDITIONAL BALANCE OF THE $19,500.-- WILL BE DISTRIBUTED.

THERE IS NO OBJECTION TO THE PREVIOUS MOTION FOR ORDERLY DISTRIBUTION.

WHEREFORE, WILL THE COURT PLEASE RESPOND TO MR. FOX PRO-SE'S MOTION(S); IT IS SO MOTIONED FOR HERE-IN.

RESPECTFULLY SUBMITTED
DANA H. FOX } PRO-SE

I CERTIFY A TRUE COPY IS FORWARDED BY U.S. MAIL TO JOSEPH SMOLINSKY @ WEIL, GOTSHAL + MANGES ON THIS DATE    4/28/14
D.H.F.