Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 379-6000
Facsimile: (212) 379-6001

Peter Van N. Lockwood
Jeffrey A. Liesemer (*admitted pro hac vice*)
Andrew J. Sackett (*admitted pro hac vice*)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for Certain Ignition Switch Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* (f/k/a General Motors Corporation, *et al.*), | : | Case No. 09-50026 (REG) |
| | : | Jointly Administered |
| Debtors. | : | |

**AMENDED NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that Certain Ignition Switch Plaintiffs[1] hereby amend their notice of appearance filed on April 23, 2014 (Dkt. No. 12636) to appear in the above-referenced Chapter 11 bankruptcy case by their counsel, Caplin & Drysdale, Chartered, and request, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, that all notices given in the case and all papers served or required to be served

[1] The Certain Ignition Switch Plaintiffs are listed on the attached Exhibit A.

in the case, be given to and served upon the undersigned attorneys on their behalf, at the addresses set forth below.

In addition, it is respectfully requested that, pursuant to Rule 2002 (g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Elihu Inselbuch, Esq. (einselbuch@capdale.com)
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 379-6000
Facsimile: (212) 379-6001

Peter Van N. Lockwood, Esq. (plockwood@capdale.com)
Jeffrey A. Liesemer, Esq. (jliesemer@capdale.com)
Andrew J. Sackett, Esq. (asackett@capdale.com)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail delivery, telephone, facsimile, email, or otherwise.

[*Signature Block on Following Page*]

Date: May 1, 2014

Respectfully submitted,

**CAPLIN & DRYSDALE, CHARTERED**

By: */s/ Elihu Inselbuch*
Elihu Inselbuch
600 Lexington Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 379-6000
Facsimile: (212) 379-6001
Email: einselbuch@capdale.com

Peter Van N. Lockwood
Jeffrey A. Liesemer (*admitted pro hac vice*)
Andrew J. Sackett (*admitted pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
plockwood@capdale.com
jliesemer@capdale.com
asackett@capdale.com

*Counsel for Certain Ignition Switch Claimants*