# Exhibit A

## Certain Ignition Switch Plaintiffs Represented by Caplin & Drysdale, Chartered

| Plaintiff Name(s) | Case Name | Court | Date Filed | GM Schedule "1" Number |
|---|---|---|---|---|
| Phillip R. Arnold<br>Patrick C. Painter<br>(Class Action) | Arnold v. General Motors LLC | N.D. Ill.<br>1:14-cv-02882 | 4/22/14 | *[1] |
| Deneise Burton<br>(Class Action) | Burton v. General Motors LLC | W.D. Okla.<br>5:14-cv-00396 | 4/18/14 | 54 |
| Ronald Cox<br>(Class Action) | Cox v. General Motors LLC | C.D. Cal.<br>2:14-cv-02608 | 4/7/14 | 30 |
| Joyce Foster<br>(Class Action) | Foster v. General Motors LLC | N.D. Ohio<br>1:14-cv-00844 | 4/18/14 | 53 |
| Marie Mazzocchi<br>(Class Action) | Mazzocchi v. General Motors LLC | S.D.N.Y.<br>7:14-cv-02714 | 4/24/14 | 50 |
| Esperanza Ramirez<br>Judy Murray<br>Michael Graciano<br>Robert Wyman<br>Diana Cnossen<br>Judy Pickens<br>Penny Brooks<br>Kim Genovese<br>Stephanie Renee Carden<br>Melissa Cave<br>Linda Wright<br>Dianne Huff<br>Garrett S. Mancieri<br>Alphonso Wright | Ramirez v. General Motors LLC | C.D. Cal.<br>2:14-cv-02344 | 4/16/14 | 12 |

---

[1] The Arnold Action is listed as No. 5 on the *Supplement to Schedule "1" Chart of Additional Ignition Switch Actions Commenced Since the Filing of New GM's Motion to Enforce* which was filed on April 30, 2014 (Dkt. No. 12672-1).

DOC# 1034562

| Plaintiff Name(s) | Case Name | Court | Date Filed | GM Schedule "1" Number |
|---|---|---|---|---|
| Patrick Hansen<br>Jane Mortell<br>Bernadette Romert<br>Lisa West<br>Erik Taylor<br>Sarah Hobby<br>Marguerite Lambert<br>Betty Barnes<br>William England, Jr.<br>Robert Dail<br>Antonia Laverdiere<br>Cathy Gutchewsky<br>Demealla Stocchi<br>Yolanda Claggion<br>Norma Lee Nelson<br>Laura Cole<br>Blair Tomlinson, D.D.S.<br>April Counts<br>Kimberly Smith<br>Yolanda Valdez<br>Philip Zivnuska, D.D.S.<br>William Bernick<br>(Class Action) | | | | |
| Janice Ross<br>George Chambers<br>Robert Bellin<br>(Class Action) | Ross v. General Motors LLC | E.D.N.Y.<br>1:14-cv-02148 | 4/3/14 | 25 |
| Lisa Ruff<br>Sheri Marx<br>(Class Action) | Ruff v. General Motors LLC | D.N.J.<br>3:14-cv-02375 | 4/14/14 | 43 |

| Plaintiff Name(s) | Case Name | Court | Date Filed | GM Schedule "1" Number |
|---|---|---|---|---|
| Nicole Salerno (Class Action) | Salerno v. General Motors, LLC | E.D. Pa. 2:14-cv-02132 | 4/11/14 | 39 |