KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No.:  09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on *April 30, 2014*, I caused to be served true and correct copies of the *Amendment to Motion To Authorize / Supplements To Schedule 1 (With Exhibits) And Schedule 2 To Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce* and a Letter to Judge Gerber dated April 30, 2014 regarding the May 2, 2014 Status Conference by electronic mail on all parties receiving notice *via* the Court's ECF System.

This is to certify that on *May 1,2014*, I caused to be served true and correct copies of the *Amended Notice Of (A) Filing Of Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction, And (B) Conference To Be Held In Connection With Such Motion* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: May 1, 2014
       New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

## Service list For April 30, 2014:

### Documents served *via* Email:

1 - The Supplement to Schedule 1 to New GM's Motion to Enforce, with Exhibits
2 - The Supplement to Schedule 2 to New GM's Motion to Enforce;
3 - A Letter to the Honorable Robert E. Gerber dated April 30, 2014 from Arthur J. Steinberg regarding the May 2, 2014 Status Conference.

| | |
|---|---|
| bobh@hmglawfirm.com; | rtellis@baronbudd.com; |
| rudyg@hmglawfirm.com; | mpifko@baronbudd.com; |
| catherine@hmglawfirm.com; | imiller@baronbudd.com; |
| marion@hmglawfirm.com; | lance@thecooperfirm.com; |
| cpinedo@hmglawfirm.com; | scott@cooper-firm.com; |
| john@hmglawfirm.com; | cale@conleygriggs.com; |
| kimberly@hmglawfirm.com; | ranse@conleygriggs.com; |
| neely@hmglawfirm.com; | dre@conleygriggs.com; |
| todd@hmglawfirm.com; | jb@bflawfirm.com; |
| tjh@thomasjhenrylaw.com; | crobertson@bflawfirm.com; |
| gteeter@thomasjhenrylaw.com; | madicello@dicellolaw.com; |
| tvenable@thomasjhenrylaw.com; | rfdicello@dicellolaw.com; |
| dcg@girardgibbs.com; | jsiprut@siprut.com; |
| ehg@girardgibbs.com; | npaul@spilmanlaw.com; |
| ds@girardgibbs.com; | spotter@spilmanlaw.com; |
| sjordan@jhwclaw.com; | natkinson@spilmanlaw.com; |
| courtecl@edcombs.com; | Gbucci@BBJLC.com; |
| info@atlawgroup.com; | Timbailey@BBJLC.com; |
| elaine@hbsslaw.com; | Ljavins@BBJLC.com; |
| steve@hbsslaw.com; | mrobinson@rcrsd.com; |
| andrew@hbsslaw.com; | swilson@rcrsd.com; |
| rob@hbsslaw.com; | kcalcagnie@rcrsd.com; |
| michellak@hbsslaw.com; | info@PLBSM.com; |
| epm@millerlawpc.com; | JonC@cuneolaw.com; |
| mln@millerlawpc.com; | JGS@chimicles.com; |
| caf@millerlawpc.com; | MDS@chimicles.com; |
| jmeltzer@ktmc.com; | BFJ@chimicles.com; |
| eciolko@ktmc.com; | JBK@chimicles.com; |
| pmuhic@ktmc.com; | jselbin@lchb.com; |
| mgyandoh@ktmc.com; | dsrinivasan@lchb.com; |
| jmichaels@michaelslawgroup.com; | ecabraser@lchb.com; |
| kharvey@michaelslawgroup.com; | twalburg@lchb.com; |
| kparviz@michaelslawgroup.com; | bbailey@baileyglasser.com; |
| alevitt@gelaw.com; | esnyder@baileyglasser.com; |
| jtangren@gelaw.com; | dbarrett@barrettlawgroup.com; |

dee.miles@beasleyallen.com;
rlm@lhlaw.net;
wml@lanierlawfirm.com;
ere@lanierlawfirm.com;
rgreenwald@weitzlux.com;
jbilsborrow@weitzlux.com;
gregorek@whafh.com;
manifold@whafh.com;
rickert@whafh.com;
livesay@whafh.com;
nespole@whafh.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
Michael@wageandhourlaw.com;
aarin@wageandhourlaw.com;
ric@ricjoneslegal.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
dlichter@hlglawyers.com;
mhiger@hlglawyers.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
BGonzales@ColoradoWageLaw.com;
gwiggins@wcqp.com;
rchilds@wcqp.com;
rcalamusa@wcqp.com;
kjent@wcqp.com;
Charles.Zimmerman@zimmreed.com;
Hart.Robinovitch@zimmreed.com;
Brad.Buhrow@zimmreed.com;
llevy@wolfpopper.com;
mraphael@wolfpopper.com;
rplosky@wolfpopper.com;
patc@rgrdlaw.com;
davidm@rgrdlaw.com;
jreise@rgrdlaw.com;
sdavidson@rgrdlaw.com;
cobrien@rgrdlaw.com;

mdearman@rgrdlaw.com;
jjohnson@rgrdlaw.com;
matt@williamsdirks.com;
dirks@williamsdirks.com;
dnast@nastlaw.com;
dgallucci@nastlaw.com;
jmatusko@nastlaw.com;
jcotchett@cpmlegal.com;
fpitre@cpmlegal.com;
pgregory@cpmlegal.com;
ahamilton@cpmlegal.com;
fdamrell@cpmlegal.com;
hartley@stuevesiegel.com;
lindner@stuevesiegel.com;
stueve@stuevesiegel.com;
hilton@stuevesiegel.com;
wilders@stuevesiegel.com;
ddowning@grgpc.com;
lking@kaplanfox.com;
lfong@kaplanfox.com;
jfarar@kaplanfox.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
JPrice@dlplaw.com;
SMcDonough@dlplaw.com;
Ptoven@dlplaw.com;
sparis@smbb.com;
phoward@smbb.com;
ckocher@smbb.com;
mdonovan@donovanaxler.com;
yateslaw3@gmail.com;
yateslaw@aol.com,
dean@paynemitchell.com;
max@paynemitchell.com;
jsx@searcylaw.com;
mep@searcylaw.com;
ssavett@bm.net;
scarson@bm.net;
mfantini@bm.net;
elechtzin@bm.net;
jbroaddus@weitzlux.com;
jselbin@lchb.com;
rkshelquist@locklaw.com;

stewart@erlegal.com;
alex2@erlegal.com;
francisflynn@gmail.com;
tyiatras@careydanis.com;
mram@rocklawcal.com;
bterrell@tmdwlaw.com;
rahdoot@ahdootwolfson.com;
twolfson@ahdootwolfson.com;
tmaya@ahdootwolfson.com;
bking@ahdootwolfson.com;
dbecnel@becnellaw.com;
mmoreland@becnellaw.com;
schristina@becnellaw.com;
todd@gorijulianlaw.com;
randy@gorijulianlaw.com;
jmaguire@gorijulianlaw.com;
jward@wardwilsonlaw.com;
ilevin@cohenandmalad.com;
rshevitz@cohenandmalad.com;
vmiller@cohenandmalad.com;
ltoops@cohenandmalad.com;
pjgoodman1@aol.com;
jconroy@hanlyconroy.com;
jflowers@motleyrice.com;
mkoberna@sonkinkoberna.com;
barrios@bkc-law.com;
bkingsdorf@bkc-law.com;
zwool@bkc-law.com;
morrisbart@morrisbart.com;
malvarez@morrisbart.com;
gtravalio@isaacwiles.com;
mtroutman@isaacwiles.com;
jshub@seegerweiss.com;
andres@awllaw.com;
ed@edwhitelaw.com;
jack@lgmlegal.com;
drew@lgmlegal.com;
stephen.karotkin@weil.com;
harvey.miller@weil.com;
Joseph.Smolinsky@weil.com;

hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
tjl@kttlaw.com;
rn@kttlaw.com;
lharke@harkeclasby.com;
hbushman@harkeclasby.com;
mdobrinsky@fdlaw.net;
apodhurst@podhurst.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
malexander@maryalexanderlaw.com;
jiore@maryalexanderlaw.com;
mac@caddellchapman.com;
csf@caddellchapman.com;
rac@cliffordlaw.com;
smm@cliffordlaw.com;
ksr@cliffordlaw.com;
gpatrick@murphymurphyllc.com;
trisha@murphymurphyllc.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
llevy@wolfpopper.com;
eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
plockwood@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
wweintraub@stutman.com;
wpweintraub@gmail.com;
eohagan@stutman.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;

## Service list for May 1, 2014:

### Documents served *via* Email:

1 – The Amended Notice concerning the filing of the Motion to Enforce, and the scheduling of the Status Conference.

bobh@hmglawfirm.com;
rudyg@hmglawfirm.com;
catherine@hmglawfirm.com;
marion@hmglawfirm.com;
cpinedo@hmglawfirm.com;
john@hmglawfirm.com;
kimberly@hmglawfirm.com;
neely@hmglawfirm.com;
todd@hmglawfirm.com;
tjh@thomasjhenrylaw.com;
gteeter@thomasjhenrylaw.com;
tvenable@thomasjhenrylaw.com;
dcg@girardgibbs.com;
ehg@girardgibbs.com;
ds@girardgibbs.com;
sjordan@jhwclaw.com;
courtecl@edcombs.com;
info@atlawgroup.com;
elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
michellak@hbsslaw.com;
epm@millerlawpc.com;
mln@millerlawpc.com;
caf@millerlawpc.com;
jmeltzer@ktmc.com;
eciolko@ktmc.com;
pmuhic@ktmc.com;
mgyandoh@ktmc.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
alevitt@gelaw.com;
jtangren@gelaw.com;
rtellis@baronbudd.com;
mpifko@baronbudd.com;

imiller@baronbudd.com;
lance@thecooperfirm.com;
scott@cooper-firm.com;
cale@conleygriggs.com;
ranse@conleygriggs.com;
dre@conleygriggs.com;
jb@bflawfirm.com;
crobertson@bflawfirm.com;
madicello@dicellolaw.com;
rfdicello@dicellolaw.com;
jsiprut@siprut.com;
npaul@spilmanlaw.com;
spotter@spilmanlaw.com;
natkinson@spilmanlaw.com;
Gbucci@BBJLC.com;
Timbailey@BBJLC.com;
Ljavins@BBJLC.com;
mrobinson@rcrsd.com;
swilson@rcrsd.com;
kcalcagnie@rcrsd.com;
info@PLBSM.com;
JonC@cuneolaw.com;
JGS@chimicles.com;
MDS@chimicles.com;
BFJ@chimicles.com;
JBK@chimicles.com;
jselbin@lchb.com;
dsrinivasan@lchb.com;
ecabraser@lchb.com;
twalburg@lchb.com;
bbailey@baileyglasser.com;
esnyder@baileyglasser.com;
dbarrett@barrettlawgroup.com;
dee.miles@beasleyallen.com;
rlm@lhlaw.net;
wml@lanierlawfirm.com;
ere@lanierlawfirm.com;

rgreenwald@weitzlux.com;
jbilsborrow@weitzlux.com;
gregorek@whafh.com;
manifold@whafh.com;
rickert@whafh.com;
livesay@whafh.com;
nespole@whafh.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
Michael@wageandhourlaw.com;
aarin@wageandhourlaw.com;
ric@ricjoneslegal.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
dlichter@hlglawyers.com;
mhiger@hlglawyers.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
BGonzales@ColoradoWageLaw.com;
gwiggins@wcqp.com;
rchilds@wcqp.com;
rcalamusa@wcqp.com;
kjent@wcqp.com;
Charles.Zimmerman@zimmreed.com;
Hart.Robinovitch@zimmreed.com;
Brad.Buhrow@zimmreed.com;
llevy@wolfpopper.com;
mraphael@wolfpopper.com;
rplosky@wolfpopper.com;
patc@rgrdlaw.com;
davidm@rgrdlaw.com;
jreise@rgrdlaw.com;
sdavidson@rgrdlaw.com;
cobrien@rgrdlaw.com;
mdearman@rgrdlaw.com;
jjohnson@rgrdlaw.com;
matt@williamsdirks.com;
dirks@williamsdirks.com;

dnast@nastlaw.com;
dgallucci@nastlaw.com;
jmatusko@nastlaw.com;
jcotchett@cpmlegal.com;
fpitre@cpmlegal.com;
pgregory@cpmlegal.com;
ahamilton@cpmlegal.com;
fdamrell@cpmlegal.com;
hartley@stuevesiegel.com;
lindner@stuevesiegel.com;
stueve@stuevesiegel.com;
siegel@stuevesiegel.com;
hilton@stuevesiegel.com;
wilders@stuevesiegel.com;
ddowning@grgpc.com;
lking@kaplanfox.com;
lfong@kaplanfox.com;
jfarar@kaplanfox.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
JPrice@dlplaw.com;
SMcDonough@dlplaw.com;
Ptoven@dlplaw.com;
sparis@smbb.com;
phoward@smbb.com;
ckocher@smbb.com;
mdonovan@donovanaxler.com;
yateslaw3@gmail.com;
yateslaw@aol.com,
dean@paynemitchell.com;
max@paynemitchell.com;
jsx@searcylaw.com;
mep@searcylaw.com;
ssavett@bm.net;
scarson@bm.net;
mfantini@bm.net;
elechtzin@bm.net;
jbroaddus@weitzlux.com;
jselbin@lchb.com;
rkshelquist@locklaw.com;
stewart@erlegal.com;
alex2@erlegal.com;
francisflynn@gmail.com;

tyiatras@careydanis.com;
mram@rocklawcal.com;
bterrell@tmdwlaw.com;
rahdoot@ahdootwolfson.com;
twolfson@ahdootwolfson.com;
tmaya@ahdootwolfson.com;
bking@ahdootwolfson.com;
dbecnel@becnellaw.com;
mmoreland@becnellaw.com;
schristina@becnellaw.com;
todd@gorijulianlaw.com;
randy@gorijulianlaw.com;
jmaguire@gorijulianlaw.com;
jward@wardwilsonlaw.com;
ilevin@cohenandmalad.com;
rshevitz@cohenandmalad.com;
vmiller@cohenandmalad.com;
ltoops@cohenandmalad.com;
pjgoodman1@aol.com;
jconroy@hanlyconroy.com;
jflowers@motleyrice.com;
mkoberna@sonkinkoberna.com;
barrios@bkc-law.com;
bkingsdorf@bkc-law.com;
zwool@bkc-law.com;
morrisbart@morrisbart.com;
malvarez@morrisbart.com;
gtravalio@isaacwiles.com;
mtroutman@isaacwiles.com;
jshub@seegerweiss.com;
andres@awllaw.com;
ed@edwhitelaw.com;
jack@lgmlegal.com;
drew@lgmlegal.com;
stephen.karotkin@weil.com;
harvey.miller@weil.com;
Joseph.Smolinsky@weil.com;
hst@kttlaw.com;
amm@kttlaw.com;

tr@kttlaw.com;
tjl@kttlaw.com;
rn@kttlaw.com;
lharke@harkeclasby.com;
hbushman@harkeclasby.com;
mdobrinsky@fdlaw.net;
apodhurst@podhurst.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
malexander@maryalexanderlaw.com;
jiore@maryalexanderlaw.com;
mac@caddellchapman.com;
csf@caddellchapman.com;
rac@cliffordlaw.com;
smm@cliffordlaw.com;
ksr@cliffordlaw.com;
gpatrick@murphymurphyllc.com;
trisha@murphymurphyllc.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
llevy@wolfpopper.com;
eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
plockwood@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
wweintraub@stutman.com;
wpweintraub@gmail.com;
eohagan@stutman.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com

## Service list for May 1, 2014:

### Documents served *via* Facsimile

1 – The Amended Notice concerning the filing of the Motion to Enforce, and the scheduling of the Status Conference.

Brian S. Masumoto
Office of The United States Trustee
U.S. Federal Office Building
Facsimile: (212) 668-2255

**Service list for April 30, 2014:**

**Documents served *via* Overnight Delivery:**

1 - The Supplement to Schedule 1 to New GM's Motion to Enforce, with Exhibits
2 - The Supplement to Schedule 2 to New GM's Motion to Enforce;
3 - A Letter to the Honorable Robert E. Gerber dated April 30, 2014 from Arthur J. Steinberg regarding the May 2, 2014 Status Conference.

| | |
|---|---|
| Robert C. Hilliard<br>HILLIARD MUNOZ GONZALES LLP<br>719 S. Shoreline Boulevard, Suite 500<br>Corpus Christi, Texas 78401 | Thomas J. Henry<br>THOMAS J.HENRY INJURY ATTORNEY<br>521 Starr St.<br>Corpus Christi, Texas 78401 |
| Daniel Girard<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, California 94104 | Shelby A. Jordan<br>JORDAN, HYDEN, WOMBLE AND<br>CULBRETH, P.C.<br>900 Bank of America North<br>500 N. Shoreline,<br>Corpus Christi, Texas 78471 |
| Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER &<br>GOODWIN, LLC<br>120 S. LaSalle Street, Suite 1800<br>Chicago, Illinois 60603 | Kassem M. Dakhlallah<br>AT LAW GROUP PLLC<br>1 Parklane Blvd, Ste 100<br>Dearborn, Michigan 48126 |
| Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 203<br>Pasadena, California 91101 | Steve W. Berman<br>GENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101 |
| Robert B. Carey<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, Arizona 85003 | Jack Landskroner<br>LANDSKRONER GRIECO MERRIMAN,<br>LLC<br>1360 West 9th Street, Suite 200<br>Cleveland, Ohio 44113<br>Telephone: (216) 522-9000<br>Facsimile: (216) 522-9007 |
| E. Powell Miller<br>THE MILLER LAW FIRM, P.C.<br>Miller Building,<br>950 West University Drive, Suite 300<br>Rochester, Michigan 48307 | Joseph H. Meltzer<br>KESSLER TOPAZ MELTZER & CHECK,<br>LLP<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087 |

| | |
|---|---|
| Jonathan A. Michaels, Esq.<br>MICHAELS LAW GROUP, APLC<br>A Professional Law Corporation<br>2801 W. Coast Highway, Suite 370<br>Newport Beach, California 92663 | Adam J. Levitt<br>GRANT & EISENHOFER P.A.<br>30 North LaSalle Street, Suite 1200<br>Chicago, Illinois 60602 |
| Roland Tellis<br>BARON & BUDD, P .C.<br>15910 Ventura Boulevard, Suite 1600<br>Encino, California 91436 | Lance Cooper<br>THE COOPER FIRM<br>531 Roselane Street, Suite 200<br>Marietta, Georgia 30060 |
| Scott B. Cooper<br>THE COOPER LAW FIRM, P .C.<br>2030 Main Street, Suite 1300<br>Irvine, California 92614 | Cale H. Conley (to be admitted pro hac vice)<br>CONLEY GRIGGS PARTIN LLP<br>The Hardin Building<br>1380 West Paces Ferry Road, N.W., Suite 2100<br>Atlanta, Georgia 30327 |
| James R. Bartimus<br>BARTIMUS, FRICKLETON, ROBERTSON<br>& GOZA,P.C.<br>11150 Overbrook Road, Suite 200<br>Leawood, Kansas 66211 | Mark DiCello (to be admitted pro hac vice)<br>THE DICELLO LAW FIRM<br>Western Reserve Law Building<br>7556 Mentor Avenue<br>Mentor, Ohio 44060 |
| Joseph J. Siprut<br>SIPRUT P.C.<br>17 North State Street, Suite 1600<br>Chicago, Illinois 60602 | Niall A Paul<br>SPILMAN THOMAS & BATTLE, PLLC<br>300 Kanawha Boulevard, East (25301)<br>Post Office Box 273<br>Charleston, West Virginia 25321 |
| Sharon L. Potter<br>SPILMAN THOMAS & BATTLE, PLLC<br>Century Centre Building<br>1233 Main Street, Suite 4000<br>Wheeling, West Virginia 26003 | Nathan B. Atkinson<br>SPILMAN THOMAS & BATTLE, PLLC<br>110 Oakwood Drive, Suite 500<br>Winston-Salem, North Carolina 27103 |
| Guy R. Bucci<br>BUCCI BAILEY & JAVINS L.C.<br>213 Hale Street<br>Charleston, West Virginia 25301 | Mark P. Robinson, Jr.<br>Kevin F. Calcagnie<br>ROBINSON CALCAGNIE ROBINSON<br>SHAPIRO DAVIS, INC.<br>19 Corporate Plaza<br>Newport Beach, California 92660 |

| | |
|---|---|
| Major A. Langer<br>PERONA, LANGER, BECK, SERBIN &<br>MENDOZA<br>300 E. San Antonio Drive<br>Long Beach, California 90807-0948 | Jon C. Cuneo<br>CUNEO GILBERT & LADUCA LLP<br>507 C Street NE<br>Washington, DC 20002 |
| Joseph G. Sauder<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041 | Jonathan Selbin<br>LIEFF CABRASER HEIMANN<br>&BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, New York 10013 |
| Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 | Benjamin L. Bailey<br>BAILEY & GLASSER, LLP<br>209 Capitol Street<br>Charleston, West Virginia 25301 |
| Don Barrett<br>BARRETT LAW GROUP, P.A.<br>404 Court Square<br>Lexington, Mississippi 39095-0927 | W. Daniel "Dee" Miles<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES,  P.C.<br>218 Commerce Street<br>Montgomery, Alabama 36104 |
| Roger L. Mandel<br>LACKEY HERSHMAN,  L.L.P.<br>3102 Oak Lawn Ave., Suite 777<br>Dallas, Texas 75219 | W. Mark Lanier<br>THE LANIER LAW FIRM P.C.<br>6810 FM 1960 West<br>Houston, Texas 77069 |
| W. Mark Lanier<br>THE LANIER LAW FIRM P.C.<br>Tower 56<br>126 East 56th St., 6th Floor<br>New York, NY 10022 | Robin J. Greenwald<br>WEITZ LUXENBERG, P.C<br>700 Broadway<br>New York, New York 10003 |
| Francis M. Gregorek<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ LLP<br>750 B Street, Suite 2770<br>San Diego, California 92101 | Gregory Mark Nespole<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016 |

| | |
|---|---|
| Alexander Schmidt<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016 | Jonathan L. Flaxer<br>GOLENBOCK EISENMAN ASSOR BELL &<br>PESKOE LLP<br>437 Madison Avenue<br>New York, New York 10022 |
| Michael A. Gould<br>GOULD & ASSOCIATES<br>A Professional Law Corporation<br>17822 E 17th Street, Suite 106<br>Tustin, California, 92780 | Richard A. Jones<br>LAW OFFICES OF RICHARD A. JONES<br>1820 E. 17th Street<br>Santa Ana, California 92705 |
| Peter Prieto<br>PODHURST ORSECK, P.A.<br>25 West Flagler Street, Suite 800<br>Miami, Florida 33130 | Harley S. Tropin<br>KOZYAK, TROPIN, & THROCKMORTON<br>P.A.<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134 |
| David H. Lichter<br>HIGER, LICHTER, & GIVNER LLP<br>18305 Biscayne Blvd., Suite 302<br>Aventura, Florida 33160 | Marc M. Seltzer<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029 |
| Brian D. Gonzales<br>THE LAW OFFICES OF BRIAN D.<br>GONZALES, PLLC<br>123 North College Avenue, Suite 200<br>Fort Collins, Colorado 80524 | Gregory O. Wiggins<br>WIGGINS, CHILDS, QUINN & PANTAZIS,<br>LLC<br>The Kress Building<br>301 19th Street North<br>Birmingham, Alabama 35203 |
| Charles S. Zimmerman, Esq<br>ZIMMERMAN REED, PLLP<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, Arizona 85254 | Lester L. Levy<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022 |
| Patrick J. Coughlin<br>ROBBINS GELLER RUDMAN & DOWD<br>LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101 | Jack Reise<br>ROBBINS GELLER RUDMAN & DOWD<br>LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432 |
| Paul O. Paradis<br>PARADIS LAW GROUP, PLLC<br>570 Seventh Avenue, 20th Floor<br>New York, New York 10018 | Matthew L. Dameron<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, Missouri 64105 |

| | |
|---|---|
| Jason S. Hartley<br>STUEVE SIEGEL HANSON LLP<br>550 West C Street, Suite 1750<br>San Diego, California 92101 | Patrick J. Stueve (pro hac vice forthcoming)<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112 |
| Don M. Downing<br>GRAY, RITTER & GRAHAM, P.C.<br>701 Market Street, Suite 800<br>St. Louis, Missouri 63101 | Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 |
| Justin B. Farar<br>KAPLAN FOX & KILSHEIMER LLP<br>11111 Santa Monica Blvd., Suite 620<br>Los Angeles California 90025 | Jonathan A. Michaels<br>MICHAELS LAW GROUP, APLC<br>2801 W. Coast Highway, Suite 370<br>Newport Beach California 92663 |
| Joseph G. Price, Esq.<br>DOUGHERTY LEVENTHAL & PRICE, LLP<br>75 Glenmaura National Blvd.<br>Moosic, Pennsylvania 18507 | Simon Bahne Paris, Esq.<br>SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.<br>One Liberty Place, 52nd Floor<br>1650 Market Place<br>Philadelphia, Pennsylvania 19103 |
| Michael D. Donovan, Esq.<br>DONOVAN AXLER, L.L.C.<br>1845 Walnut Street, Suite 1100<br>Philadelphia, Pennsylvania 19103 | Alfred G. Yates, Jr.<br>LAW OFFICE OF ALFRED G. YATES, JR., P.C.<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, Pennsylvania 15219 |
| Dean Gresham<br>PAYNE MITCHELL LAW GROUP, LLP<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas 75219 | John Scarola<br>SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.,<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, Florida 33409 |
| Sherrie R Savett<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 | John Broaddus<br>WEITZ & LUXENBERG P.C<br>200 Lake Drive East, Ste. 205<br>Cherry Hill, New Jersey 08002 |
| Robert K. Shelquist<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave., S., Suite 2200<br>Minneapolis, Minnesota 55401-2179 | Stewart A. Eisenberg<br>EISENBERG, ROTHWEILER, WINKLER, EISENBERG, & JECK P .C.<br>1634 Spruce Street<br>Philadelphia, Pennsylvania 19103 |

| | |
|---|---|
| Francis "Casey" J. Flynn<br>CAREY DANIS & LOWE, L.L.C.<br>8235 Forsyth Boulevard, Suite 1100<br>Saint Louis, Missouri 63105 | Michael F. Ram<br>RAM, OLSON, CEREGHINO &<br>KOPCZYNSKI<br>555 Montgomery Street, Suite 820<br>San Francisco, California 94111 |
| Beth E. Terrell<br>TERRELL MARSHALL DAUDT & WILLIE<br>PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869 | Robert Ahdoot,<br>AHDOOT & WOLFSON, PC<br>1016 Palm Avenue<br>West Hollywood, California 90069 |
| Daniel E. Becnel, Jr.<br>BECNEL LAW FIRM, LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, Louisiana 70084 | Stephen Karotkin<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Harvey Miller<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Joseph Smolinsky<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| D. Todd Mathews<br>GORI JULIAN & ASSOCIATES, P.C.<br>156 N. Main Street<br>Edwardsville, Illinois 62025 | Patrick C. Cooper<br>James S. Ward<br>WARD and WILSON, LLC<br>2100 Southbridge Parkway, Suite 580<br>Birmingham, Alabama 35209 |
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204 | Philip J. Goodman (Of Counsel)<br>MICHAEL B. SERLING, PC<br>280 N. Old Woodward Avenue, Suite 406<br>Birmingham, Michigan 48009 |
| Jayne Conroy, Esq.<br>HANLY CONROY BIERSTEIN<br>SHERIDAN FISHER & HAYES LLP<br>112 Madison Avenue, 7th Floor<br>New York, New York 10016-7416 | Jodi Westbrook Flowers, Esq.<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, South Carolina 29464 |

| | |
|---|---|
| Mark R. Koberna, Esq.<br>SONKIN & KOBERNA, LLC<br>3401 Enterprise Parkway, Suite 400<br>Cleveland, Ohio 44122 | Lawrence Elliot<br>Celestine Elliot<br>620 Nicholson Street NW<br>Washington, DC 20011-1020 |
| Dawn M. Barrios<br>BARRIOS, KINGSDORF & CASTEIX, L.L.P.<br>701 Poydras Street, Suite 3650<br>New Orleans, Louisiana 70139-3650 | Morris Bart, III<br>MORRIS BART, LLC<br>909 Poydras St., Floor 20<br>New Orleans, Louisiana 70112-4000 |
| Gregory M. Travalio<br>ISAAC, WILES, BURKHOLDER & TEETOR. LLC<br>Two Miranova Place, suite 700<br>Columbus, Ohio 43215 | Jonathan Shub<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, Pennsylvania 19102 |
| Andres W. Lopez<br>THE LAW OFFICES OF ANDRÉS W. LOPEZ, P.S.C.<br>902 Fernández .Juncos Ave.<br>Miramar<br>San Juan, Puerto Rico 00907<br>P.O. Box 13909<br>San Juan, Puerto Rico 00908 | Edward L. White<br>EDWARD L. WHITE, P.C.<br>853 E. 33rd Street<br>Edmond, Oklahoma 73013<br>Telephone: (405) 810-8188<br>Facsimile: (405) 608-0971 |
| Lance A. Harke<br>HARKE CLASBY & BUSHMAN LLP<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138 | Manuel L. Dobrinsky<br>FREIDIN DOBRINSKY<br>2 S. Biscayne Blvd., Suite 3100<br>Miami, Florida 33131 |
| Aaron S. Podhurst, Esq.<br>PODHURST ORSECK, P.A.<br>City National Bank Buiilding<br>25 West Flagler Street, Suite 800<br>Miami, Florida 33130 | Mary E. Alexander, Esq.<br>MARY ALEXANDER & ASSOCIATES, P.C.<br>44 Montgomery Street, Suite 1303<br>San Francisco, CA 94104 |

| | |
|---|---|
| Michael A. Caddell<br>CADDELL & CHAPMAN<br>1331 Lamar, Suite 1070<br>Houston Texas 77010-3027 | Robert A. Clifford<br>Shannon M. McNulty<br>Kristofer S. Riddle<br>CLIFFORD LAW OFFICES<br>120 N. LaSalle<br>Suite 3100<br>Chicago, Illinois 60602<br>Telephone: (312) 899-9090<br>Facsimile: (312) 251-1160 |
| G. Patrick Murphy<br>Patricia S. Murphy<br>3415 Office Park Drive<br>Suite D<br>Marion, Illinois 62959<br>Telephone: 618.248.3236 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014<br>Facsimile: (212) 668-2255 |