UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.           :
                                                    :
                                    Debtors.        :    (Jointly Administered)
                                                    :
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

    WILFRED S. LANCASTER, being duly sworn, deposes and says:

    1.    Wilfred S. Lancaster, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside at North Plainfield, New Jersey.

    2.    On the 1st day of May, 2014, I caused true and correct copy of the following document:

    (i)    Letter to Judge Gerber in response to New GM's letter [Docket No. 12677],

to be served by electronic mail on all parties receiving notice via the Court's ECF System.

    /s/Wilfred S. Lancaster
    Wilfred S. Lancaster

Sworn to before me this
1st day of May, 2014

    /s/Evelyn Gonzalez
    Notary Public
State of New York
No. 01GO5045489
Qualified in Queens County
Commission expires 6/20/2015

**Electronic Recipients Service List**

bobh@hmglawfirm.com;rudyg@hmglawfirm.com;catherine@hmglawfirm.com;

marion@hmglawfirm.com;cpinedo@hmglawfirm.com;john@hmglawfirm.com;

kimberly@hmglawfirm.com;neely@hmglawfirm.com;todd@hmglawfirm.com;

tjh@thomasjhenrylaw.com;gteeter@thomasjhenrylaw.com;tvenable@thomasjhenrylaw.com;

dcg@girardgibbs.com;ehg@girardgibbs.com;ds@girardgibbs.com;

sjordan@jhwclaw.com;courtecl@edcombs.com;info@atlawgroup.com;

elaine@hbsslaw.com;steve@hbsslaw.com;andrew@hbsslaw.com;

rob@hbsslaw.com; michellak@hbsslaw.com;epm@millerlawpc.com;

mln@millerlawpc.com;caf@millerlawpc.com;jmeltzer@ktmc.com;

eciolko@ktmc.com;pmuhic@ktmc.com;mgyandoh@ktmc.com;

jmichaels@michaelslawgroup.com;kharvey@michaelslawgroup.com;

kparviz@michaelslawgroup.com;alevitt@gelaw.com;jtangren@gelaw.com;

rtellis@baronbudd.com;mpifko@baronbudd.com;imiller@baronbudd.com;

lance@thecooperfirm.com;scott@cooper-firm.com;cale@conleygriggs.com;

ranse@conleygriggs.com;dre@conleygriggs.com;jb@bflawfirm.com;

crobertson@bflawfirm.com;madicello@dicellolaw.com;

rfdicello@dicellolaw.com;jsiprut@siprut.com;npaul@spilmanlaw.com;

spotter@spilmanlaw.com;natkinson@spilmanlaw.com;Gbucci@BBJLC.com;

Timbailey@BBJLC.com;Ljavins@BBJLC.com;mrobinson@rcrsd.com;

swilson@rcrsd.com;kcalcagnie@rcrsd.com;info@PLBSM.com;

JonC@cuneolaw.com;JGS@chimicles.com;MDS@chimicles.com;

BFJ@chimicles.com;JBK@chimicles.com;jselbin@lchb.com;

dsrinivasan@lchb.com;ecabraser@lchb.com;twalburg@lchb.com;

bbailey@baileyglasser.com;esnyder@baileyglasser.com;dbarrett@barrettlawgroup.com;

dee.miles@beasleyallen.com;rlm@lhlaw.net;wml@lanierlawfirm.com;

ere@lanierlawfirm.com;rgreenwald@weitzlux.com;jbilsborrow@weitzlux.com;

gregorek@whafh.com; manifold@whafh.com;rickert@whafh.com;livesay@whafh.com;

nespole@whafh.com;schmidt@whafh.com;brown@whafh.com;

jflaxer@golenbock.com;Michael@wageandhourlaw.com;aarin@wageandhourlaw.com;

ric@ricjoneslegal.com; pprieto@podhurst.com;jgravante@podhurst.com;mweinshall@podhurst.com;

hst@kttlaw.com;amm@kttlaw.com;tr@kttlaw.com; dlichter@hlglawyers.com;

mhiger@hlglawyers.com;mseltzer@susmangodfrey.com;ssklaver@susmangodfrey.com;

ksrinivasan@susmangodfrey.com; BGonzales@ColoradoWageLaw.com;

gwiggins@wcqp.com;rchilds@wcqp.com; rcalamusa@wcqp.com;kjent@wcqp.com;Charles.Zimmerman@zimmreed.com;

Hart.Robinovitch@zimmreed.com;Brad.Buhrow@zimmreed.com;llevy@wolfpopper.com;

mraphael@wolfpopper.com;rplosky@wolfpopper.com;patc@rgrdlaw.com;

davidm@rgrdlaw.com;jreise@rgrdlaw.com;sdavidson@rgrdlaw.com;

cobrien@rgrdlaw.com;mdearman@rgrdlaw.com;jjohnson@rgrdlaw.com;

matt@williamsdirks.com;dirks@williamsdirks.com;dnast@nastlaw.com;

dgallucci@nastlaw.com;jmatusko@nastlaw.com;jcotchett@cpmlegal.com;

fpitre@cpmlegal.com;pgregory@cpmlegal.com;

ahamilton@cpmlegal.com;fdamrell@cpmlegal.com;hartley@stuevesiegel.com;

lindner@stuevesiegel.com; stueve@stuevesiegel.com;hilton@stuevesiegel.com;

wilders@stuevesiegel.com; ddowning@grgpc.com;lking@kaplanfox.com;

lfong@kaplanfox.com; jfarar@kaplanfox.com;jmichaels@michaelslawgroup.com;

kharvey@michaelslawgroup.com;kparviz@michaelslawgroup.com;JPrice@dlplaw.com;

SMcDonough@dlplaw.com;Ptoven@dlplaw.com;sparis@smbb.com;phoward@smbb.com;

ckocher@smbb.com;mdonovan@donovanaxler.com; yateslaw3@gmail.com;

yateslaw@aol.com;dean@paynemitchell.com;

max@paynemitchell.com;jsx@searcylaw.com;

mep@searcylaw.com;ssavett@bm.net;scarson@bm.net;mfantini@bm.net;

elechtzin@bm.net;jbroaddus@weitzlux.com;jselbin@lchb.com;

rkshelquist@locklaw.com;stewart@erlegal.com;alex2@erlegal.com;

francisflynn@gmail.com;tyiatras@careydanis.com;

mram@rocklawcal.com;bterrell@tmdwlaw.com;

rahdoot@ahdootwolfson.com;twolfson@ahdootwolfson.com;

tmaya@ahdootwolfson.com;bking@ahdootwolfson.com;dbecnel@becnellaw.com;

mmoreland@becnellaw.com;schristina@becnellaw.com;todd@gorijulianlaw.com;

randy@gorijulianlaw.com;jmaguire@gorijulianlaw.com;

jward@wardwilsonlaw.com;ilevin@cohenandmalad.com; rshevitz@cohenandmalad.com;

vmiller@cohenandmalad.com;ltoops@cohenandmalad.com;

pjgoodman1@aol.com;jconroy@hanlyconroy.com;jflowers@motleyrice.com;

mkoberna@sonkinkoberna.com;barrios@bkc-law.com;bkingsdorf@bkc-law.com;

zwool@bkc-law.com;morrisbart@morrisbart.com;malvarez@morrisbart.com;

gtravalio@isaacwiles.com;mtroutman@isaacwiles.com;

jshub@seegerweiss.com;andres@awllaw.com;ed@edwhitelaw.com;

jack@lgmlegal.com;drew@lgmlegal.com;stephen.karotkin@weil.com;

harvey.miller@weil.com;Joseph.Smolinsky@weil.com;

61652696 v1