Jonathan L. Flaxer, Esq.
S. Preston Ricardo, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*and*

Alexander H. Schmidt, Esq.
Malcolm T. Brown, Esq.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

*Counsel for Dr. Steven Groman, Robin DeLuco, Elizabeth Y. Grumet, ABC Flooring, Inc., Marcus Sullivan, Katelyn Saxson, Amy C. Clinton, and Allison C. Clinton, each individually and as a class representative on behalf of all similarly situated persons*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No.: 09-50026 (REG) |
| **f/k/a General Motors Corp.,** *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     ELIZABETH NEUMAN, being duly sworn, deposes and says:

    1.    I am over the age of 18 years, and am not a party to this proceeding. I reside in New York, New York.

2009480.1

2.     On May 7, 2014, I caused to be served the *Notice of Appearance and Request for Service of Papers* by depositing true copies thereof enclosed in post-paid envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to the parties on the attached Service List.

*Elizabeth Neuman*
Elizabeth Neuman

Sworn to before me this
7th day of May, 2014

*Ann Marie Terracino (Bellettieri)*
Notary Public

ANN MARIE TERRACINO
Notary Public, State of New York
No. 01TE6111281
Qualified in Richmond County
Commission Expires June 7, 2016

2009480.1

## SERVICE LIST

Arthur Steinberg, Esq.
Scott Davidson, Esq.
King & Spaulding LLP
*Attorneys for General Motors LLC*
1185 Avenue of the Americas
New York, NY 10036

Matthew J. Williams, Esq.
Keith R. Martorana, Esq.
Gibson, Dunn & Crutcher LLP
*Counsel for Motors Liquidation Company General*
 *Unsecured Creditors Trust*
200 Park Avenue
New York, NY 10166-0193

Brian Schoichi Masumoto, Esq.
Andrew B. Schwartz, Esq.
Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Ste. 1006
New York, NY 10014

Richard C. Godfrey, Esq.
Andrew B. Bloomer, Esq.
Kirkland & Ellis LLP
*Attorneys for General Motors LLC*
300 North LaSalle
Chicago, IL 60654

Joseph H. Smolinsky, Esq.
Weil, Gothal & Manges LLP
*Counsel for Motors Liquidation Company General*
 *Unsecured Creditors Trust*
767 Fifth Avenue
New York, NY 10153