KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No.:  09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
-------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

    This is to certify that on *May 5, 2014 and May 9, 2014*, I caused to be served true and correct copies of the documents listed in the annexed service lists upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight at the last known addresses as indicated on the annexed service list.

Dated: May 14, 2014
      New York, New York

          KING & SPALDING LLP

          By: /s/   Scott I. Davidson
          Arthur J. Steinberg
          Scott Davidson
          King & Spalding LLP
          1185 Avenue of the Americas
          New York, NY 10036
          Telephone: (212) 556-2100
          Facsimile: (212) 556-2222

          *Attorneys for General Motors LLC*

**<u>Service list For May 5, 2014:</u>**

**<u>Documents served *via* Email:</u>**

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2 - Schedule 1 to the Motion;
3 - Schedule 2 to the Motion;
4 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
5 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
6 - A Supplement to Schedule 1 to the Motion, with Exhibits;
7 - A Supplement to Schedule 2 to the Motion;
8 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference; and
9 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference.

| | |
|---|---|
| todd@gorijulianlaw.com; | bvp@kirtlandpackard.com; |
| randy@gorijulianlaw.com; | hmb@kirtlandpackard.com; |
| jmaguire@gorijulianlaw.com; | michelle@toledolaw.com; |
| jward@wardwilsonlaw.com; | jmarkey@cohenmilstein.com; |
| jasper@jonesward.com; | gazorsky@cohenmilstein.com; |
| tgreene@greenellp.com; | afriedman@cohenmilstein.com; |
| matabb@greenellp.com; | kpierson@cohenmilstein.com; |
| rgreenwald@weitzlux.com; | tleopold@cohenmilstein.com; |
| jbilsborrow@weitzlux.com; | dmartin@cohenmilstein.com |
| mlk@kirtlandpackard.com; | |

### Service list For May 5, 2014:

**Documents served *via* Email ("Bouncebacks"):**

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");

2 - Schedule 1 to the Motion;

3 - Schedule 2 to the Motion;

4 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;

5 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;

6 - A Supplement to Schedule 1 to the Motion, with Exhibits;

7 - A Supplement to Schedule 2 to the Motion;

8 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference; and

9 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference.


jward@wardwilsonlaw.com

## Service list For May 5, 2014:

### Documents served *via* Overnight Delivery

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2 - Schedule 1 to the Motion;
3 - Schedule 2 to the Motion;
4 - CD containing the Compendium of Exhibits for the Motion
5 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
6 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
7 - A Supplement to Schedule 1 to the Motion, with Exhibits;
8 - A Supplement to Schedule 2 to the Motion;
9 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference; and
10 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference.

| | |
|---|---|
| Jasper D. Ward IV<br>JONES WARD PLC<br>Marion E. Taylor Building<br>312 South Fourth Street, Sixth Floor<br>Louisville, Kentucky 40202 | Thomas M. Greene, Esq.<br>GREENE LLP<br>One Liberty Square, Suite 1200<br>Boston, Massachusetts 02109 |
| Michael Louis Kelly<br>KIRTLAND & PACKARD LLP<br>2041 Rosecrans Avenue<br>Third Floor<br>El Segundo, California 90245 | Michelle L. Kranz<br>ZOLL, KRANZ & BORGESS,LLC<br>6620 W. Central Ave., Suite 100<br>Toledo, Ohio 43617 |
| Jeanne A. Markey<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1717 Arch Street, Suite 3610<br>Philadelphia, Pennsylvania 19103 | Andrew N. Friedman<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave. NW<br>Washington, DC 20005 |
| Theodore J. Leopold<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, Florida 3341 | |

**<u>Service list For May 9,  2014:</u>**

**<u>Documents served <i>via</i> Email:</u>**
1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the
Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2 - Schedule 1 to the Motion;
3 - Schedule 2 to the Motion;
4 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg,
together with a proposed form of notice, requesting the Court schedule a conference regarding
the Motion;
5 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014,
scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the
Motion;
6 - A Supplement to Schedule 1 to the Motion, with Exhibits;
7 - A Supplement to Schedule 2 to the Motion;
8 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg
regarding the Conference; and
9 - An Amended Notice concerning the filing of the Motion, and the scheduling of the
Conference.

mike@colson.com;

Curt@colson.com;

gblankinship@fbfglaw.com;

tgarber@fbfglaw.com;

Jeff@blockesq.com;

Jason@blockesq.com;

Joel@blockesq.com;

mgreaves@tcllaw.com;

bcebulash@tcllaw.com;

klandau@tcllaw.com;

dgustafson@gustafsongluek.com;

jkilene@gustafsongluek.com;

spayne@gustafsongluek.com;

## Service list For May 9, 2014:

### Documents served *via* Overnight Delivery

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2 - Schedule 1 to the Motion;
3 - Schedule 2 to the Motion;
4 - CD containing the Compendium of Exhibits for the Motion
5 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
6 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
7 - A Supplement to Schedule 1 to the Motion, with Exhibits;
8 - A Supplement to Schedule 2 to the Motion;
9 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference; and
10 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference.

| | |
|---|---|
| Mike Eidson, Esq.<br>Curtis B. Miner, Esq.<br>COLSON HICKS EIDSON, P.A.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134 | D. Greg Blankinship<br>FINKELSTEIN, BLANKINSHIP, FREI-<br>PEARSON & GARBER, LLP<br>1311 Mamaroneck Avenue<br>White Plains, New York 10605 |
| Jeffrey C. Block<br>BLOCK & LEVITON LLP<br>155 Federal Street, Suite 1303<br>Boston, Massachusetts 02110 | Miles Greaves<br>TAUS, CEBULASH & LANDAU, LLP<br>80 Maiden Lane, Suite 1204<br>New York, New York 10038 |
| Daniel E. Gustafson<br>Canadian Pacific Plaza<br>120 South Sixth Street<br>Suite 2600<br>Minneapolis, Minnesota 55402 | |