KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.***,** | : | Case No.: 09-50026 (REG) |
|    f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|        Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

| | | |
|---|---|---|
| STEVEN GROMAN, ROBIN DELUCO, | : | |
| ELIZABETH Y. GRUMET, ABC FLOORING, | : | |
| INC., MARCUS SULLIVAN, KATELYN | : | |
| SAXSON, AMY C. CLINTON, AND ALLISON | : | Adv. Pro. No.: 14-01929 (REG) |
| C. CLINTON, on behalf of themselves, and all | : | |
| others similarly situated, | : | |
| | : | |
|        Plaintiffs, | : | |
| | : | |
|    -v- | : | |
| | : | |
| GENERAL MOTORS LLC, | : | |
| | : | |
|        Defendant. | : | |

**---------------------------------------------------------------X**

## CERTIFICATE OF SERVICE

This is to certify that on *May 12,2014,* I caused to be served true and correct copies of the *Notice of Settlement of Scheduling Order Regarding (I) Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 to Enforce The Court's July 5, 2009 Sale Order and Injunction, (II) Objection Filed by Certain Plaintiffs in Respect Thereto, and (III) Adversary Proceeding No. 14-01929 and The Proposed Scheduling Order* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: May 14, 2014
New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

<u>**Service list For May 12, 2014:**</u>

<u>**Documents served *via* Email:**</u>

1 - The Notice of Settlement of Scheduling Order and,
2 – The Proposed Scheduling Order

bobh@hmglawfirm.com;
rudyg@hmglawfirm.com;
catherine@hmglawfirm.com;
marion@hmglawfirm.com;
cpinedo@hmglawfirm.com;
john@hmglawfirm.com;
kimberly@hmglawfirm.com;
neely@hmglawfirm.com;
todd@hmglawfirm.com;
tjh@thomasjhenrylaw.com;
gteeter@thomasjhenrylaw.com;
tvenable@thomasjhenrylaw.com;
dcg@girardgibbs.com;
ehg@girardgibbs.com;
ds@girardgibbs.com;
sjordan@jhwclaw.com;
courtecl@edcombs.com;
info@atlawgroup.com;
elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
michellak@hbsslaw.com;
epm@millerlawpc.com;
mln@millerlawpc.com;
caf@millerlawpc.com;
jmeltzer@ktmc.com;
eciolko@ktmc.com;
pmuhic@ktmc.com;
mgyandoh@ktmc.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
alevitt@gelaw.com;
jtangren@gelaw.com;
rtellis@baronbudd.com;
mpifko@baronbudd.com;

imiller@baronbudd.com;
lance@thecooperfirm.com;
scott@cooper-firm.com;
cale@conleygriggs.com;
ranse@conleygriggs.com;
dre@conleygriggs.com;
jb@bflawfirm.com;
crobertson@bflawfirm.com;
madicello@dicellolaw.com;
rfdicello@dicellolaw.com;
jsiprut@siprut.com;
npaul@spilmanlaw.com;
spotter@spilmanlaw.com;
natkinson@spilmanlaw.com;
Gbucci@BBJLC.com;
Timbailey@BBJLC.com;
Ljavins@BBJLC.com;
mrobinson@rcrsd.com;
swilson@rcrsd.com;
kcalcagnie@rcrsd.com;
info@PLBSM.com;
JonC@cuneolaw.com;
JGS@chimicles.com;
MDS@chimicles.com;
BFJ@chimicles.com;
JBK@chimicles.com;
jselbin@lchb.com;
dsrinivasan@lchb.com;
ecabraser@lchb.com;
twalburg@lchb.com;
bbailey@baileyglasser.com;
esnyder@baileyglasser.com;
dbarrett@barrettlawgroup.com;
dee.miles@beasleyallen.com;
rlm@lhlaw.net;
wml@lanierlawfirm.com;
ere@lanierlawfirm.com;

rgreenwald@weitzlux.com;
jbilsborrow@weitzlux.com;
gregorek@whafh.com;
manifold@whafh.com;
rickert@whafh.com;
livesay@whafh.com;
nespole@whafh.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
Michael@wageandhourlaw.com;
aarin@wageandhourlaw.com;
ric@ricjoneslegal.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
dlichter@hlglawyers.com;
mhiger@hlglawyers.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
BGonzales@ColoradoWageLaw.com;
gwiggins@wcqp.com;
rchilds@wcqp.com;
rcalamusa@wcqp.com;
kjent@wcqp.com;
Charles.Zimmerman@zimmreed.com;
Hart.Robinovitch@zimmreed.com;
Brad.Buhrow@zimmreed.com;
llevy@wolfpopper.com;
mraphael@wolfpopper.com;
rplosky@wolfpopper.com;
patc@rgrdlaw.com;
davidm@rgrdlaw.com;
jreise@rgrdlaw.com;
sdavidson@rgrdlaw.com;
cobrien@rgrdlaw.com;
mdearman@rgrdlaw.com;
jjohnson@rgrdlaw.com;
matt@williamsdirks.com;
dirks@williamsdirks.com;

dnast@nastlaw.com;
dgallucci@nastlaw.com;
jmatusko@nastlaw.com;
jcotchett@cpmlegal.com;
fpitre@cpmlegal.com;
pgregory@cpmlegal.com;
ahamilton@cpmlegal.com;
fdamrell@cpmlegal.com;
hartley@stuevesiegel.com;
lindner@stuevesiegel.com;
stueve@stuevesiegel.com;
hilton@stuevesiegel.com;
wilders@stuevesiegel.com;
ddowning@grgpc.com;
lking@kaplanfox.com;
lfong@kaplanfox.com;
jfarar@kaplanfox.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
JPrice@dlplaw.com;
SMcDonough@dlplaw.com;
Ptoven@dlplaw.com;
sparis@smbb.com;
phoward@smbb.com;
ckocher@smbb.com;
mdonovan@donovanaxler.com;
yateslaw3@gmail.com;
yateslaw@aol.com,
dean@paynemitchell.com;
max@paynemitchell.com;
jsx@searcylaw.com;
mep@searcylaw.com;
ssavett@bm.net;
scarson@bm.net;
mfantini@bm.net;
elechtzin@bm.net;
jbroaddus@weitzlux.com;
jselbin@lchb.com;
rkshelquist@locklaw.com;
stewart@erlegal.com;
alex2@erlegal.com;
francisflynn@gmail.com;
tyiatras@careydanis.com;

mram@rocklawcal.com;
bterrell@tmdwlaw.com;
rahdoot@ahdootwolfson.com;
twolfson@ahdootwolfson.com;
tmaya@ahdootwolfson.com;
bking@ahdootwolfson.com;
dbecnel@becnellaw.com;
mmoreland@becnellaw.com;
schristina@becnellaw.com;
todd@gorijulianlaw.com;
randy@gorijulianlaw.com;
jmaguire@gorijulianlaw.com;
jward@wardwilsonlaw.com;
ilevin@cohenandmalad.com;
rshevitz@cohenandmalad.com;
vmiller@cohenandmalad.com;
ltoops@cohenandmalad.com;
pjgoodman1@aol.com;
jconroy@hanlyconroy.com;
jflowers@motleyrice.com;
mkoberna@sonkinkoberna.com;
barrios@bkc-law.com;
bkingsdorf@bkc-law.com;
zwool@bkc-law.com;
morrisbart@morrisbart.com;
malvarez@morrisbart.com;
gtravalio@isaacwiles.com;
mtroutman@isaacwiles.com;
jshub@seegerweiss.com;
andres@awllaw.com;
ed@edwhitelaw.com;
jack@lgmlegal.com;
drew@lgmlegal.com;
stephen.karotkin@weil.com;
harvey.miller@weil.com;
Joseph.Smolinsky@weil.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
tjl@kttlaw.com;
rn@kttlaw.com;
lharke@harkeclasby.com;
hbushman@harkeclasby.com;
mdobrinsky@fdlaw.net;

apodhurst@podhurst.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
malexander@maryalexanderlaw.com;
jiore@maryalexanderlaw.com;
mac@caddellchapman.com;
csf@caddellchapman.com;
rac@cliffordlaw.com;
smm@cliffordlaw.com;
ksr@cliffordlaw.com;
gpatrick@murphymurphyllc.com;
trisha@murphymurphyllc.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
llevy@wolfpopper.com;
eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
plockwood@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
jasper@jonesward.com;
tgreene@greenellp.com;
matabb@greenellp.com;
mlk@kirtlandpackard.com;
bvp@kirtlandpackard.com;
hmb@kirtlandpackard.com;
michelle@toledolaw.com;
jmarkey@cohenmilstein.com;
gazorsky@cohenmilstein.com;
afriedman@cohenmilstein.com;
kpierson@cohenmilstein.com;
tleopold@cohenmilstein.com;
dmartin@cohenmilstein.com;
mike@colson.com;

Curt@colson.com;
gblankinship@fbfglaw.com;
tgarber@fbfglaw.com;
Jeff@blockesq.com;
Jason@blockesq.com;
Joel@blockesq.com;
mgreaves@tcllaw.com;
bcebulash@tcllaw.com;
klandau@tcllaw.com;
dgustafson@gustafsongluek.com;
jkilene@gustafsongluek.com;
spayne@gustafsongluek.com;
Esserman@sbep-law.com;
EWeisfelner@brownrudnick.com;
jflaxer@golenbock.com;

plockwood@capdale.com;
AOffenhartz@gibsondunn.com;
AWu@gibsondunn.com;
LRubin@gibsondunn.com;
einselbuch@capdale.com;
DMolton@brownrudnick.com;
jliesemer@capdale.com;
parsons@sbep-law.com;
HSteel@brownrudnick.com;
KMartorana@gibsondunn.com;
MJWilliams@gibsondunn.com;
dgolden@AkinGump.com;
nmoss@akingump.com

## Service list for May 12, 2014:

### Documents served *via* Facsimile

1 - The Notice of Settlement of Scheduling Order and,
2 – The Proposed Scheduling Order

Brian S. Masumoto
Office of The United States Trustee
U.S. Federal Office Building
Facsimile: (212) 668-2255

**Service list for May 12, 2014:**

**Documents served *via* Overnight Delivery**

1 - The Notice of Settlement of Scheduling Order and,
2 – The Proposed Scheduling Order

| | |
|---|---|
| Paul O. Paradis<br>PARADIS LAW GROUP, PLLC<br>570 Seventh Avenue, 20th Floor<br>New York, New York 10018 | Lawrence Elliot<br>Celestine Elliot<br>620 Nicholson Street NW<br>Washington, DC 20011-2020 |
| Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER &<br>GOODWIN, LLC<br>120 S. LaSalle Street, Suite 1800<br>Chicago, Illinois 60603 | Kassem M. Dakhlallah<br>AT LAW GROUP PLLC<br>1 Parklane Blvd, Ste 100<br>Dearborn, Michigan 48126 |
| Major A. Langer<br>PERONA, LANGER, BECK, SERBIN &<br>MENDOZA<br>300 E. San Antonio Drive<br>Long Beach, California 90807-0948 | |