KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :    Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., *et al.*                      :
                                                               :
                Debtors.                        :    (Jointly Administered)
---------------------------------------------------------------x
STEVEN GROMAN, ROBIN DELUCO,                                   :
ELIZABETH Y. GRUMET, ABC FLOORING,                             :
INC., MARCUS SULLIVAN, KATELYN                                 :
SAXSON, AMY C. CLINTON, AND ALLISON                            :    Adv. Pro. No.: 14-01929 (REG)
C. CLINTON, on behalf of themselves, and all                   :
others similarly situated,                                     :
                                                               :
                Plaintiffs,                     :
                                                               :
    -v-                                                        :
                                                               :
GENERAL MOTORS LLC,                                            :
                                                               :
                Defendant.                      :
---------------------------------------------------------------X

22998401v1

# NOTICE OF FILING OF SECOND SUPPLEMENT TO SCHEDULE "1" TO THE MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION

**PLEASE TAKE NOTICE** that on May 19, 2014, General Motors LLC filed the attached *Second Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* with the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
       May 19, 2014

Respectfully submitted,

/s/ Scott I. Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

2

# SECOND SUPPLEMENT[1] TO SCHEDULE "1"

# CHART OF ADDITIONAL IGNITION SWITCH ACTIONS COMMENCED SINCE THE FILING OF NEW GM'S SUPPLEMENT TO SCHEDULE "1" TO MOTION TO ENFORCE

|   | **Name** | **Class Models** | **Plaintiffs' Model** | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | Detton[2] (Class Action) | Various models from 2003 to 2011 | 2009 Chevy Cobalt 2007 Chevy Cobalt | Southern District of Illinois 3:14-cv-00500 | 4/30/14 |
| 2 | Bender[3] (Class Action) | Various models from 2003 to 2011 | 2007 Chevy Cobalt | Northern District of Indiana 1:14-cv-00134 | 5/1/14 |
| 3 | Elliott[4] (Class Action) | Various models from 2003 to 2011 | 2008 Saturn Sky | District of Massachusetts 1:14-cv-11982 | 5/1/14 |
| 4 | Favro[5] (Class Action) | Various models from 2003 to 2011 | 2005 Saturn Ion | Central District of California 8:14-cv-00690 | 5/1/14 |
| 5 | Villa[6] (Class Action) | Various models from 2003 to 2011 | 2006 Chevy Cobalt 2009 Chevy HHR 2005 Chevy Cobalt 2006 Chevy HHR 2006 Chevy Cobalt | Eastern District of Pennsylvania 2:14-cv-2548 | 5/1/14 |
| 6 | Fugate[7] (Class Action) | Various models from 2003 to 2011 | 2006 Saturn Ion | Eastern District of Kentucky 7:14-cv-00071 | 5/2/14 |

---

[1] This schedule supplements the Supplement to Schedule "1" [Dkt. No. 12672] filed with the Bankruptcy Court on April 30, 2014, and Schedule "1" [Dkt. No. 12620-1] filed with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* on April 21, 2014 [Dkt. No. 12620].

[2] A copy of the complaint filed in the Detton Action is attached hereto as Exhibit "A."

[3] A copy of the complaint filed in the Bender Action is attached hereto as Exhibit "B."

[4] A copy of the complaint filed in the Elliott Action is attached hereto as Exhibit "C."

[5] A copy of the complaint filed in the Favro Action is attached hereto as Exhibit "D."

[6] A copy of the complaint filed in the Villa Action is attached hereto as Exhibit "E."

[7] A copy of the complaint filed in the Fugate Action is attached hereto as Exhibit "F."

| 7 | Powell[8] (Class Action) | Various models from 2003 to 2011 | 2005 Saturn Ion | Northern District of Ohio 1:14-cv-00963 | 5/2/14 |
|---|---|---|---|---|---|
| 8 | Frank[9] (Class Action) | Various models from 2004 to 2010 | 2008 Saturn Aura | Southern District of Florida 1:14-cv-21652 | 5/6/14 |
| 9 | Knetzke[10] (Class Action) | Various models from 2003 to 2011 | 2003 Saturn Ion | Southern District of Florida 1:14-cv-21673 | 5/7/14 |
| 10 | Phaneuf[11] (Class Action) | Various models from 2003-2011 | 2006 Chevy HHR 2007 Pontiac Solstice (3) 2010 Chevy Cobalt (2) 2009 Chevy Cobalt 2007 Chevy Cobalt | Southern District of New York 14-cv-3298 | 5/7/14 |
| 11 | Skillman[12] (Class Action) | Various models from 2003 to 2011 | 2005 Chevy Cobalt | Southern District of New York 14-cv-3326 | 5/7/14 |
| 12 | Taylor[13] (Class Action) | Various models from 2003 to 2011 | 2006 Chevy Cobalt | Southern District of Florida 9:14-cv-80618 | 5/8/14 |
| 13 | Emerson[14] (Class Action) | Various models from 2003 to 2011 | (2) 2005 Chevy Cobalt 2003 Saturn Ion (2) 2008 Chevy Cobalt | Southern District of Florida 1:14-cv-21713 | 5/9/14 |

---

[8] A copy of the complaint filed in the Powell Action is attached hereto as Exhibit "G."
[9] A copy of the complaint filed in the Frank Action is attached hereto as Exhibit "H."
[10] A copy of the complaint filed in the Knetzke Action is attached hereto as Exhibit "I."
[11] A copy of the complaint filed in the Phaneuf Action is attached hereto as Exhibit "J."
[12] A copy of the complaint filed in the Skillman Action is attached hereto as Exhibit "K."
[13] A copy of the complaint filed in the Taylor Action is attached hereto as Exhibit "L."
[14] A copy of the complaint filed in the Emerson Action is attached hereto as Exhibit "M."

4

|  |  |  | 2008 Saturn Sky |  |  |
|---|---|---|---|---|---|
|  |  |  | 2007 Chevy Cobalt |  |  |
|  |  |  | 2004 Chevy Malibu |  |  |
| 14 | Dinco[15] (Class Action) | Various models from 2003 to 2011 | 2006 Saturn Ion<br>(6) 2006 Chevy Cobalt<br>2007 Saturn Sky<br>2007 Saturn Ion<br>2005 Chevy Cobalt<br>2007 Pontiac G5<br>(3) 2007 Chevy Cobalt<br>(2) 2008 Chevy HHR<br>2007 Chevy HHR<br>2005 Saturn Ion<br>2010 Chevy Cobalt<br>2004 Saturn Ion | Central District of California<br>2:14-cv-03638 | 5/12/14 |
| 15 | Biggs[16] (Class Action) | Various models from 2003 to 2011 | 2004 Saturn Ion | Eastern District of Michigan<br>2:14-cv-11912 | 5/13/14 |
| 16 | Levine[17] (Class Action) | Various models from 2003 to 2011 | 2008 Chevy Cobalt | Southern District of Florida<br>1:14-cv-21752 | 5/13/14 |
| 17 | Holliday[18] (Class Action) | Various models from 2003 to 2011 | 2007 Pontiac G5<br>2006 Chevrolet HHR | Eastern District of Texas<br>1:14-cv-00271 | 5/14/14 |

---

[15] A copy of the complaint filed in the Dinco Action is attached hereto as Exhibit "N."
[16] A copy of the complaint filed in the Biggs Action is attached hereto as Exhibit "O."
[17] A copy of the complaint filed in the Levine Action is attached hereto as Exhibit "P."
[18] A copy of the complaint filed in the Holliday Action is attached hereto as Exhibit "Q."

5

| 18 | Nava[19] (Class Action) | 2003-2007 Saturn Ion | 2004 Saturn Ion | Central District of California 8:14-cv-00755 | 5/14/14 |
| --- | --- | --- | --- | --- | --- |
| 19 | Markle[20] (Class Action) | Various models from 2003 to 2011 | 2007 Saturn Ion | Southern District of Florida 1:14-cv-21788 | 5/15/14 |
| 20 | Duarte[21] (Class Action) | Various models from 2003 to 2011 | 2007 Pontiac G5 | Southern District of Florida 1:14-cv-21815 | 5/16/14 |

---

[19] A copy of the complaint filed in the Nava Action is attached hereto as Exhibit "R."
[20] A copy of the complaint filed in the Markle Action is attached hereto as Exhibit "S."
[21] A copy of the complaint filed in the Duarte Action is attached hereto as Exhibit "T."