**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

Motors Liquidation Company, et al
      f/k/a General Motors Corp., et al

        Debtors.

Chapter 11

Case No. 09-50026 (REG)

**NOTICE OF APPEARANCE**

Please enter the appearance of William P. Weintraub, of Goodwin Procter LLP, as counsel for Hilliard Munoz Gonzales LLP; Thomas J. Henry Injury Attorney, Girard Gibbs LLP; and Jordan, Hyden, Womble and Culbreth, P.C. in the above-captioned chapter 11 proceedings. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned I certify that I am admitted to practice in this Court.

Dated: May 19, 2014

Respectfully submitted,

Hilliard Munoz Gonzales LLP, Thomas J. Henry Injury Attorney, Girard Gibbs LLP, and Jordan, Hyden, Womble and Culbreth, P.C.

By its attorney,

/s/ William P. Weintraub
William P. Weintraub
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax:  212.355.3333
wweintraub@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

     I, William P. Weintraub, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                      /s/ William P. Weintraub___