KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
|     Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| STEVEN GROMAN, ROBIN DELUCO, | : |  |
| ELIZABETH Y. GRUMET, ABC FLOORING, | : |  |
| INC., MARCUS SULLIVAN, KATELYN | : |  |
| SAXSON, AMY C. CLINTON, AND ALLISON | : | Adv. Pro. No.: 14-01929 (REG) |
| C. CLINTON, on behalf of themselves, and all | : |  |
| others similarly situated, | : |  |
|  | : |  |
|     Plaintiffs, | : |  |
|  | : |  |
|     -v- | : |  |
|  | : |  |
| GENERAL MOTORS LLC, | : |  |
|     Defendant. | : |  |

-------------------------------------------------------------**X**

# CERTIFICATE OF SERVICE

This is to certify that on *May 15, 2014, May 16, 2014 and May 19, 2014*, I caused to be

served true and correct copies of the documents listed in the annexed service lists upon each of

the persons and entities listed therein by causing copies of same to be delivered *via* email and/or

*via* overnight at the last known addresses as indicated on the annexed service lists.

Dated: May 20, 2014
      New York, New York

                      KING & SPALDING LLP

                      By: /s/   Scott I. Davidson
                      Arthur J. Steinberg
                      Scott Davidson
                      King & Spalding LLP
                      1185 Avenue of the Americas
                      New York, NY 10036
                      Telephone: (212) 556-2100
                      Facsimile: (212) 556-2222

                      *Attorneys for General Motors LLC*

## Service list For May 15, 2014:

**Documents served *via* Email:**

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2 - Schedule 1 to the Motion;
3 - Schedule 2 to the Motion;
4 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
5 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
6 - A Supplement to Schedule 1 to the Motion, with Exhibits;
7 - A Supplement to Schedule 2 to the Motion;
8 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
9 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference.;
10 - The Notice of Settlement of Scheduling Order; and
11 - The Proposed Scheduling Order

dbu@grossmanroth.com; sem@grossmanroth.com; bvb@grossmanroth.com; notifications@oliverlg.com

## Service list for May 15, 2014:

### Documents served *via* Overnight Delivery

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");

2 - Schedule 1 to the Motion;

3 - Schedule 2 to the Motion;

4 - CD containing the Compendium of Exhibits for the Motion

5 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;

6 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;

7 - A Supplement to Schedule 1 to the Motion, with Exhibits;

8 - A Supplement to Schedule 2 to the Motion;

9 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;

10 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;

11 - The Notice of Settlement of Scheduling Order; and

12 -  The Proposed Scheduling Order

| | |
|---|---|
| Alyson Oliver<br>OLIVER LAW GROUP PC<br>950 W. University Dr. Ste. 200<br>Rochester, Michigan 48307 | David M. Buckner<br>GROSSMAN ROTH, P.A.<br>2525 Ponce de Leon Blvd., Suite 1150<br>Coral Gables, FL 33134 |

**Service list For May 16, 2014:**

**Documents served *via* Email:**

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2 - Schedule 1 to the Motion;
3 - Schedule 2 to the Motion;
4 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
5 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
6 - A Supplement to Schedule 1 to the Motion, with Exhibits;
7 - A Supplement to Schedule 2 to the Motion;
8 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
9 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference.;
10 - The Notice of Settlement of Scheduling Order; and
11 - The Proposed Scheduling Order

aashish@desai-law.com; Adrianne@desai-law.com; matoups@wgttlaw.com; greg@gevanslaw.com; jdugan@dugan-lawfirm.com; amm@kttlaw.com; hst@kttlaw.com; tr@kttlaw.com; tjl@kttlaw.com; rn@kttlaw.com

**Service list For May 15, 2014:**

**Documents served *via* Email ("Bouncebacks"):**

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");

2 - Schedule 1 to the Motion;

3 - Schedule 2 to the Motion;

4 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;

5 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;

6 - A Supplement to Schedule 1 to the Motion, with Exhibits;

7 - A Supplement to Schedule 2 to the Motion;

8 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;

9 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference.;

10 - The Notice of Settlement of Scheduling Order; and

11 - The Proposed Scheduling Order


alamb@archielamb.com

## Service list for May 16, 2014:

### Documents served *via* Overnight Delivery

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2 - Schedule 1 to the Motion;
3 - Schedule 2 to the Motion;
4 - CD containing the Compendium of Exhibits for the Motion
5 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
6 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
7 - A Supplement to Schedule 1 to the Motion, with Exhibits;
8 - A Supplement to Schedule 2 to the Motion;
9 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
10 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
11 - The Notice of Settlement of Scheduling Order; and
12 - The Proposed Scheduling Order

| | |
|---|---|
| Aashish Y. Desai, Esq.<br>DESAI LAW FIRM, P.C.<br>3200 Bristol Street, Suite 650<br>Costa Mesa, CA 92626 | Mitchell A. Toups<br>WELLER, GREEN, TOUPS & TERRELL, LLP<br>2615 Calder Ave., Suite 400<br>Beaumont, TX 77702 |
| James R. Dugan, II<br>THE DUGAN LAW FIRM, APLC<br>One Canal Place<br>365 Canal Street, Suite 1000<br>New Orleans, Louisiana 70130 | Gregory K. Evans<br>LAW OFFICES OF GREGORY K. EVANS<br>2426 Southgate<br>Houston, TX 77036 |
| James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 | Archie Lamb<br>Archie Lamb & Associates, LLC<br>2900 1st Ave, South<br>Birmingham, Alabama 35233 |
| Adam M. Moskowitz<br>KOZYAK TROPIN, & THROCKMORTON P.A.<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134 | |

## Service list For May 19, 2014:

**Documents served *via* Email:**

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2 - Schedule 1 to the Motion;
3 - Schedule 2 to the Motion;
4 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
5 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
6 - A Supplement to Schedule 1 to the Motion, with Exhibits;
7 - A Supplement to Schedule 2 to the Motion;
8 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
9 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference.;
10 - The Notice of Settlement of Scheduling Order; and
11 - The Proposed Scheduling Order

jwhatley@whatleykallas.com; mrott@hrollp.com; eoverholt@hrollp.com; ezebersky@zpllp.com

## Service list for May 19, 2014:

### Documents served *via* Overnight Delivery

1 - The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2 - Schedule 1 to the Motion;
3 - Schedule 2 to the Motion;
4 - CD containing the Compendium of Exhibits for the Motion
5 - A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
6 - A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
7 - A Supplement to Schedule 1 to the Motion, with Exhibits;
8 - A Supplement to Schedule 2 to the Motion;
9 - A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
10 - An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
11 - The Notice of Settlement of Scheduling Order; and
12 - The Proposed Scheduling Order

| | |
|---|---|
| Joe R. Whatley, Jr.<br>WHATLEY KALLAS LLP<br>1180 Avenue of the Americas<br>20th Floor<br>New York, New York 10036 | Michael Rott<br>HIDEN, ROTT & OERTLE, LLP<br>2635 Camino Del Rio South, Suite 306<br>San Diego, California 92108 |
| Edward H. Zebersky, Esq.<br>ZEBERSKY PAYNE, LLP<br>110 SE 6111 St., Suite 2150<br>Fort Lauderdale, FL 33301 | |