H. Slayton Dabney, Jr.
DABNEY, PLLC
303 Grande Court
Richmond, VA 23229
Telephone: (646) 549-1181
sdabdey@dabneypllc.com

*Counsel for Patrice Witherspoon*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **MOTORS LIQUIDATION COMPANY, et al.,** : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., et al. : | |
| : | |
| **Debtors** : | **(Jointly Administered)** |
| : | |
------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that H. Slayton Dabney of Dabney, PLLC hereby appears on behalf of Plaintiff Patrice Witherspoon in the above-referenced Chapter 11 bankruptcy case and requests, pursuant to the Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, that all notices given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned attorney. I certify that I am admitted to practice in this Court.

Dated: May 27, 2014                    Respectfully submitted,

/s/ H. Slayton Dabney, Jr.
H. Slayton Dabney, Jr.
DABNEY, PLLC
303 Grande Court
Richmond, VA 23229
Telephone: (646) 549-1181
sdabdey@dabneypllc.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 27, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties of record.

/s/ H. Slayton Dabney, Jr.