UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

In re :                                        :

                                               :        Chapter 11
                                               :        Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY,                     :
                                               :
Debtor.                                         :
_____X

### NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that D. Greg Blankinship, of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, hereby appears on behalf of Plaintiffs, Lisa Phaneuf, Adam Smith, Mike Garcia, Javier Delacruz, Steve Sileo, Steven Bucci, David Padilla and Catherine and Joseph Cabral,  in the above-entitled case, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon D. Greg Blankinship, of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, 1311 Mamaroneck Avenue, White Plains, New York 10605.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

Dated:    White Plains, New York
          May 27, 2014

                                    FINKELSTEIN, BLANKINSHIP
                                    FREI-PEARSON & GARBER, LLP
                                    By: /s/ D. Greg Blankinship
                                       D. Greg Blankinship
                                       1311 Mamaroneck Avenue
                                       White Plains, NY 10605
                                       Tel: (914) 517-5000
                                       Fax: (914) 517-5055
                                       gblankinship@fbfglaw.com
                                    Attorneys for Plaintiffs Lisa Phaneuf, Adam
                                    Smith, Mike Garcia, Javier Delacruz, Steve
                                    Sileo, Steven Bucci, David Padilla, Catherine
                                    and Joseph Cabral