# EXHIBIT  2

Electronically Filed - Jackson - Independence - May 13, 2014 - 02:41 PM

IN THE CIRCUIT COURT JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

| | |
|---|---|
| PATRICE WITHERSPOON, on behalf of herself and all others similarly situated, | |
| Plaintiffs, | Civil Action No: 1416-CV08092 |
| vs. | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| GENERAL MOTORS LLC; GENERAL MOTORS COMPANY, | |
| Defendants. | |

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendants General Motors LLC and General Motors Company hereby give notice to the Circuit Court of Jackson County, Missouri, and to Counsel for Plaintiffs, that Defendants filed a Notice of Removal with the United States District Court for the Western District of Missouri, and that this case has been removed to that court.  A true and correct copy of the Notice of Removal is attached as Exhibit A.

DATED:  May 13, 2014                    Respectfully submitted,


  /s/ Matt Sparks_____
Robert J. Hoffman (Mo. Bar No. 44486)
Matthew N. Sparks (Mo. Bar No. 63260)
BRYAN CAVE LLP
1200 Main Street, Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
Facsimile:  (816) 374-3300
Email: rjhoffman@bryancave.com
Email: matt.sparks@bryancave.com

1

Electronically Filed - Jackson - Independence - May 13, 2014 - 02:41 PM

Richard C. Godfrey, P.C. (*pro hac vice* pending)
Andrew B. Bloomer, P.C. (*pro hac vice* pending)
Robert B. Ellis, P.C. (*pro hac vice* pending)
Leonid Feller (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: rgodfrey@kirkland.com
Email: abloomer@kirkland.com
Email: rellis@kirkland.com
Email: leonid.feller@kirkland.com

Attorneys for Defendants
GENERAL MOTORS LLC and
GENERAL MOTORS COMPANY

Electronically Filed - Jackson - Independence - May 13, 2014 - 02:41 PM

## CERTIFICATE OF SERVICE

I certify that on this 13th day of May, 2014, a true and correct copy of the foregoing was served upon counsel of record by U.S. Postal Service First Class Mail, postage prepaid, as follows:

Patrick J. Stueve, Mo. Bar #37682
Todd E. Hilton, Mo. Bar #51388
Bradley T. Wilders, Mo. Bar #60444
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7110
Facsimile: (816) 714-7101

Don M. Downing, Mo. Bar #41786
**GRAY, RITTER & GRAHAM, P.C.**
701 Market Street, Suite 800
St. Louis, Missouri 63101
Telephone: (314) 241-5620
Facsimile: (314) 241-4140

*Attorneys for Plaintiffs*

Dated:  May 13, 2014

By:   /s/ Matt Sparks_____
      Matt Sparks