Thomas E. Coughlin
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
Attorneys for MCM Management Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------)
                                                        )
In re:                                                  )
                                                        )    Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*)        Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*              )
                                                        )
            Debtors.                               )    (Jointly Administered)
                                                        )

### REQUEST TO BE REMOVED FROM SERVICE LIST AND MATRIX

JAFFE RAITT HEUER & WEISS, P.C. requests that the following attorney be removed from ECF notification, and requests that he no longer receive filings in this case:

Thomas E. Coughlin:  tcoughlin@jaffelaw.com

JAFFE, RAITT, HEUER & WEISS,
Professional Corporation

By:    /s/ Thomas E. Coughlin
        Thomas E. Coughlin (P40561)
        Attorneys for MCM Management Corp.
        27777 Franklin Road, Suite 2500
        Southfield, MI 48034
        Phone: (248) 351-3000
        Facsimile: (248) 351-3082
        tcoughlin@jaffelaw.com

Dated: May 29, 2014

2479665