315 Weston Rd., Apt. C8
Wellesley, Ma 02482-4556
(781) 283-5773
May 21, 2014

Robert Gerber
Bankruptcy Court Judge
U. S. Bankruptcy Court
One Bowling Green
New York, New York 10004

Your Honor:

My purpose in writing is to strongly suggest that you dismiss the motion that asks that the new General Motors be held liable for the wrongs of the old General Motors. The liberal establishment wanted the U. S. government to bailout General Motors in 2008 and 2009 to save jobs and the U. S. economy.

Sheridan - 2

a. The liberal establishment wants to hold General Motors responsible in 2014 for allegedly continuing to use poorly engineered parts in the production of their cars prior to 2008 and 2009 to remedy their wrongs.

There are those who would argue that the new General Motors can be held liable for the wrongs of the old General Motors because management allegedly committed fraud by covering up this ignition switch problem during the bankruptcy proceedings. I would argue that the U.S. government neglected to perform a reasonable

Sheridan - 3

and prudent due diligence when they bought certain tangible and intangible assets of General Motors.

The bankruptcy of General Motors was not the consequence of an immaterial circumstance, such as a faulty ignition switch. The bankruptcy of General Motors was the consequence of a material circumstance, namely an attempt to promote and preserve the selfish, greedy, and corrupt interests of the United Auto Workers.

I would argue that Barack Obama, and you Gerber, committed fraud by pushing General Motors through the bankruptcy proceeding to cover up

Sheridan - 4

the serious wrongs of the United Auto Workers. You tried to sweep their wrongs under the rug and pretend they never happen, and this ignition switch problem is forcing you to pull all of these wrongs out from under the rug.

There was no reason in the spring of 2009 for the management of General Motors to hide this matter from the bankruptcy court because they had nothing to gain nor nothing to lose by doing so. It is quite possible that this issue of a malfunctioning ignition got lost in the bankruptcy proceeding because General Motors

Sheridan - 5

had become an oversized and entrenched bureaucracy, just like the executive branch of the U.S. government has become an oversized and entrenched bureaucracy and the judicial branch of the U.S. government has become an oversized and entrenched bureaucracy.

These three oversized and entrenched bureaucracies all employ ignoramuses who have advanced degrees from selfish, greedy, and corrupt universities. Again, the liberal establishment wants to accuse General Motors of committing fraud, and the liberal establishment

Sheridan - 6

wants, the genuinely stupid American people to invest in education. The conduct of the liberal establishment is always inconsistent with the fundamental principles of contractual law. The conduct of the liberal establishment is always inconsistent with the fundamental principles of constitutional law.

The individual who made the decision to continue to use a poorly engineered part, cover up the continued use of such a part in the bankruptcy proceeding, and committ fraud - if these are the facts - had to have a graduate

Sheridan—7

degree from maybe: Harvard? Yale? Princeton? Columbia?

The group of individuals who made the decision to continue to use a poorly engineered part, cover up the continued use of such a part in the bankruptcy proceeding, and commit fraud — if these are the facts — all had to have graduate degrees from maybe: Harvard? Yale? Princeton? Columbia?

Rick Wagoner had an MBA from Harvard.

Would the legal implications of this ignition defect have stopped the U.S. government from purchasing

Sheridan - 8

certain tangible and intangible assets of General Motors if this matter had been brought before the bankruptcy court?

Would the legal implications of this ignition defect have stopped the U.S. Bankruptcy Court Judge from approving the sale of certain tangible and intangible assets of General Motors to the U.S. government if this matter had been brought before the bankruptcy court?

What would have been the consequences if either the U.S. government decided not to purchase or the U.S.

Bankruptcy Court Judge decided not to approve the sale of certain tangible and intangible assets of General Motors because of the legal implications of this ignition defect?

Yours truly,
Donald F. Sheridan Jr.

Enclosures

Copies to:

Edward Weisfelner
Partner
Brown Rudnick
Seven Times Square
New York, New York 10036

Sheridan-10

Scott Davidson
Counsel
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036

**Nancy E. Polis**
Corporate Secretary

January 19, 2007

Mr. Don Sheridan
315 Weston Road, Apt. C8
Wellesley, MA 02482-4556

Dear Mr. Sheridan:

Thank you for your letter to GM Chairman and Chief Executive Officer Rick Wagoner and GM Directors John Bryan, Armando Codina, and George Fisher. As Secretary to the Board of Directors, I have been asked to provide a response to you.

First of all, I would like you to know that your initial letter to Mr. Wagoner was never received. While we appreciate your taking the time to write and voice your concerns, we are frankly much less appreciative of some of the language you used to express your opinions. I must tell you quite candidly that I found the unrestrained and insulting language in your letter about Mr. Wagoner abusive. However, I'm going to overlook what appear to be very poor manners and do my best to provide a proper response.

As you know, we were in agreement with your original idea about not seeking an alliance with Nissan. If you mean by "present my case" that you think GM needs to cut costs and build better vehicles, we agree with that as well. Mr. Wagoner cited significant progress on both those objectives in his meeting with securities analysts earlier this month.

He noted, for example, that an important area of improvement for GM in 2006 was in structural cost, adding that GM has far exceeded its reduction target of $6 billion in North America on an annual running-rate basis, achieving $9 billion of cost reduction on a running-rate basis by year-end 2006.

On the product improvement issue, Mr. Wagoner pointed out that product excellence was the most important element of the North American turnaround strategy and "will continue to remain our absolute number-one focus." To that end, he announced that GM's global capital spending would increase from under $8 billion in 2005 and 2006, to between $8.5 and $9 billion in 2007 and 2008.

"We have had a very positive reaction to our newest vehicles, including the Chevy Tahoe, GMC Yukon, and Cadillac Escalade full-size utilities, and the Saturn Outlook, GMC Acadia, and Buick Enclave midsize crossovers," Mr. Wagoner said.

"We also swept the car and truck of the year awards at the North American International Auto Show in Detroit with the Saturn Aura and Chevrolet Silverado.

General Motors Corporation    Mail Code 482-C38-B71    PO Box 300    Tel 313-667-3555
300 GM Renaissance Center    Detroit, MI 48265-3000    Fax 313-667-3166
nancy.polis@gm.com

"The progress in the execution of our new cars and trucks around the world is a credit to the men and women of General Motors. And we're going to continue raising the bar in future product, with a particular focus on outstanding design and technology leadership," he added.

Where we part company with your thoughts is on Mr. Wagoner himself. As you know, our Board last April expressed its "great confidence in Rick Wagoner, his management team, and the plan they are implementing to restore the company to profitability."

More recently, *Motor Trend*, the world's automotive authority, announced its third annual Power List rankings. GM Chairman and CEO Rick Wagoner was among the top 50 Power List rankings.

*Motor Trend*'s 2007 Power List ranks these players by influence and impact on the automotive landscape and highlights the significant contributions that earned them a place on the list.

"The impact of *Motor Trend*'s Power List honorees goes beyond the mere production of automobiles," said Angus MacKenzie, editor-in-chief of *Motor Trend* magazine. "Our honorees have all played a key role as change agents in one of the world's largest and most dynamic consumer-facing industries. The members of 2007 Power List are individuals that will shape the automotive marketplace for years to come."

Sincerely,

*[signature]*



Leanne M. Wandoff
Communications
General Motors Company

21 August 2009

Donald F. Sheridan Jr.
315 Weston Road, Apt. C8
Wellesley, Massachusetts  02482-4556

Dear Mr. Sheridan,

Thank you for taking the time to share your thoughts and concerns with us. Without question the financial crisis has caused enormous disruption to the economy and the auto industry. Despite our best efforts to avoid seeking bankruptcy protection, it became GM's only option to ensure a future for the company. We fully recognize and regret the sacrifices that were made by so many. It's because of these sacrifices, we've been given a rare second chance, and we are very grateful.

On July 10 we launched the new GM, and our focus is clear: repay the loans as soon as possible, and produce cars and trucks that are among the best in the world. The new GM is well-positioned for success with:
- Flexible and efficient factories, competitive labor agreements, and a world-class vehicle design studio.
- Award-winning cars, trucks and crossovers, and new entries on the way.
- Strong dealer network, one that continues to sell more vehicles in the U.S. than any other.
- Significantly stronger balance sheet and a very competitive cost structure.

As a recipient of taxpayer support, we've pledged to be transparent in our financial reporting. Additionally, we expect to take the company public again as soon as practical, as soon as next year.

In short, our goal is to create real value - to make sure that the immense sacrifices are respected and not squandered. Ultimately, taxpayers and customers, such as you, will judge GM based on our performance. Each person at the new GM is committed to driving a successful new company forward.

We understand this second chance is a gift. And we are dedicated to making the most of it; dedicated to making GM great again. Feel free to keep the conversation going by visiting, www.gmreinvention.com.

Kindest regards,

Jeanne

General Motors Company   Mail Code 482-C29-D32   300 Renaissance Center   Detroit, Michigan 48265-3000

Donald F. Sheridan Jr.
315 Weston Rd., Apt. C8
Wellesley, Ma 02482-4556
(781) 283-5773

Saab Automobile AB and Spyker N.V. vs. General Motors

Case no. 12-13432

A letter addressed to Judge Jershwin Drain is enclosed.