KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*   :
                                               :
                        Debtors.               :    (Jointly Administered)
------------------------------------------------------------x
STEVEN GROMAN, ROBIN DELUCO,                   :
ELIZABETH Y. GRUMET, ABC FLOORING,             :
INC., MARCUS SULLIVAN, KATELYN                 :
SAXSON, AMY C. CLINTON, AND ALLISON            :    Adv. Pro. No.: 14-01929 (REG)
C. CLINTON, on behalf of themselves, and all   :
others similarly situated,                     :
                                               :
                        Plaintiffs,            :
                                               :
        -v-                                    :
                                               :
GENERAL MOTORS LLC,                            :
                                               :
                        Defendant.             :
------------------------------------------------------------X

# CERTIFICATE OF SERVICE

      This is to certify that on *May 23, 2014, May 27, 2014 and May 29, 2014*, I caused to be served true and correct copies of the documents listed in the annexed service lists upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: May 29, 2014
      New York, New York

                                KING & SPALDING LLP

                                By: /s/   Scott I. Davidson
                                Arthur J. Steinberg
                                Scott Davidson
                                King & Spalding LLP
                                1185 Avenue of the Americas
                                New York, NY 10036
                                Telephone: (212) 556-2100
                                Facsimile: (212) 556-2222

                                *Attorneys for General Motors LLC*

**Service list For May 23, 2014:**

**Documents served *via* Email:**

1- .    The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2.    Schedule 1 to the Motion;
3.    Schedule 2 to the Motion;
4.    A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
5.    A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
6.    A Supplement to Schedule 1 to the Motion, with Exhibits;
7.    A Supplement to Schedule 2 to the Motion;
8.    A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
9.    An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
10.    A Notice of Settlement of Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
11.    A Proposed Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
12.    A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding the Motion;
13.    A Notice of Filing of Second Supplement to Schedule 1 to the Motion, the Second Supplement to Schedule 1, and the Exhibits thereto; and
14.    A Notice of Filing of Second Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.

hbates@cbplaw.com;
rpulliam@cbplaw.com;
acarney@cbplaw.com;
dslade@cbplaw.com

**Service list for May 23, 2014:**

**Documents served *via* Overnight Delivery**

1- .     The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2.     Schedule 1 to the Motion;
3.     Schedule 2 to the Motion;
4.     A CD containing the Compendium of Exhibits;
5.     A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
6.     A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
7.     A Supplement to Schedule 1 to the Motion, with Exhibits;
8.     A Supplement to Schedule 2 to the Motion;
9.     A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
10.     An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
11.     A Notice of Settlement of Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
12.     A Proposed Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
13.     A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding the Motion;
14.     A Notice of Filing of Second Supplement to Schedule 1 to the Motion, the Second Supplement to Schedule 1, and the Exhibits thereto; and
15.     A Notice of Filing of Second Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.

```
David F. Slade
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
```

**Service list For May 27, 2014:**

**Documents served *via* Email:**

1- .    The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2.    Schedule 1 to the Motion;
3.    Schedule 2 to the Motion;
4.    A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
5.    A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
6.    A Supplement to Schedule 1 to the Motion, with Exhibits;
7.    A Supplement to Schedule 2 to the Motion;
8.    A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
9.    An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
10.    A Notice of Settlement of Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
11.    A Proposed Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
12.    A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding the Motion;
13.    A Notice of Filing of Second Supplement to Schedule 1 to the Motion, the Second Supplement to Schedule 1, and the Exhibits thereto; and
14.    A Notice of Filing of Second Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.

amm@kttlaw.com;

hst@kttlaw.com;

tr@kttlaw.com;

tjl@kttlaw.com;

rn@kttlaw.com;

gwiggins@wcqp.com;

kjent@wcqp.com;

MGray@grayandwhitelaw.com;

MWhite@grayandwhitelaw.com;

arivero@riveromestre.com;

jmestre@riveromestre.com

## Service list for May 27, 2014:

**Documents served *via* Overnight Delivery**

1- . The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2. Schedule 1 to the Motion;
3. Schedule 2 to the Motion;
4. A CD containing the Compendium of Exhibits;
5. A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
6. A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
7. A Supplement to Schedule 1 to the Motion, with Exhibits;
8. A Supplement to Schedule 2 to the Motion;
9. A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
10. An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
11. A Notice of Settlement of Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
12. A Proposed Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
13. A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding the Motion;
14. A Notice of Filing of Second Supplement to Schedule 1 to the Motion, the Second Supplement to Schedule 1, and the Exhibits thereto; and
15. A Notice of Filing of Second Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.

| | |
|---|---|
| Mark K. Gray<br>GRAY & WHITE<br>713 E. Market Street, 2nd Floor<br>Louisville, Kentucky 40202 | Andres Rivero<br>RIVERO MESTRE LLP<br>2525 Ponce de Leon Blvd., Suite 1000<br>Miami, Florida 33134 |

**Service list For May 29, 2014:**

**Documents served *via* Email:**

1- .    The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2.    Schedule 1 to the Motion;
3.    Schedule 2 to the Motion;
4.    A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
5.    A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
6.    A Supplement to Schedule 1 to the Motion, with Exhibits;
7.    A Supplement to Schedule 2 to the Motion;
8.    A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
9.    An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
10.    A Notice of Settlement of Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
11.    A Proposed Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
12.    A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding the Motion;
13.    A Notice of Filing of Second Supplement to Schedule 1 to the Motion, the Second Supplement to Schedule 1, and the Exhibits thereto; and
14.    A Notice of Filing of Second Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.

ajoseph@fuerstlaw.com;

amm@kttlaw.com;

hst@kttlaw.com;

tr@kttlaw.com;

tjl@kttlaw.com;

rn@kttlaw.com;

gwiggins@wcqp.com;

kjent@wcqp.com;

## Service list for May 29, 2014:

**Documents served *via* Overnight Delivery**

1- . The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2. Schedule 1 to the Motion;
3. Schedule 2 to the Motion;
4. A CD containing the Compendium of Exhibits;
5. A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
6. A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
7. A Supplement to Schedule 1 to the Motion, with Exhibits;
8. A Supplement to Schedule 2 to the Motion;
9. A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
10. An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
11. A Notice of Settlement of Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
12. A Proposed Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
13. A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding the Motion;
14. A Notice of Filing of Second Supplement to Schedule 1 to the Motion, the Second Supplement to Schedule 1, and the Exhibits thereto; and
15. A Notice of Filing of Second Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.

| | |
|---|---|
| Allan A. Joseph<br>FUERST ITTLEMAN DAVID & JOSEPH, PL<br>1001 Brickell Bay Drive, 32nd Floor<br>Miami, Florida 33131 | Steven M. Campora, Esq.<br>DREYER BABICH BUCCOLA WOOD CAMPORA, LLP<br>20 Bicentennial Circle<br>Sacramento, California 95826 |