KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x
| | | |
|---|---|---|
| STEVEN GROMAN, ROBIN DELUCO, ELIZABETH Y. GRUMET, ABC FLOORING, INC., MARCUS SULLIVAN, KATELYN SAXSON, AMY C. CLINTON, AND ALLISON C. CLINTON, on behalf of themselves, and all others similarly situated, | : | Adv. Pro. No.: 14-01929 (REG) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -v- | : | |
| | : | |
| GENERAL MOTORS LLC, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------X

23044715v2

# CORRECTED NOTICE OF FILING OF THIRD SUPPLEMENT TO SCHEDULE "1" TO THE MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION

**PLEASE TAKE NOTICE** that on June 2, 2014,[1] General Motors LLC filed the attached *Third Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* with the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
       June 2, 2014

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Scott I. Davidson |
|  | Arthur Steinberg |
|  | Scott Davidson |
|  | KING & SPALDING LLP |
|  | 1185 Avenue of the Americas |
|  | New York, New York  10036 |
|  | Telephone:  (212) 556-2100 |
|  | Facsimile:  (212) 556-2222 |
|  |  |
|  | Richard C. Godfrey, P.C. (admitted *pro hac vice*) |
|  | Andrew B. Bloomer, P.C. (admitted *pro hac vice*) |
|  | KIRKLAND & ELLIS LLP |
|  | 300 North LaSalle |
|  | Chicago, IL 60654 |
|  | Telephone: (312) 862-2000 |
|  | Facsimile: (312) 862-2200 |
|  |  |
|  | *Attorneys for General Motors LLC* |

---

[1] This notice is being corrected solely to reflect the filing date of this supplement, which is June 2, 2014 (and not May 30, 2014).  All other information remains the same.

2

# THIRD SUPPLEMENT[2] TO SCHEDULE "1"

# CHART OF ADDITIONAL IGNITION SWITCH ACTIONS COMMENCED SINCE THE FILING OF NEW GM'S SECOND SUPPLEMENT TO SCHEDULE "1" TO MOTION TO ENFORCE

|   | **Name** | **Class Models** | **Plaintiffs' Model** | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | Higginbotham[3] (Class Action) | Various models from 2003 to 2011 | 2003 Saturn Ion | Eastern District of Arkansas 4:14-cv-00306 | 5/20/14 |
| 2 | Harris[4] (Class Action) | Various models from 2003 to 2011 | 2004 Saturn Ion 2009 Chevy Cobalt | Southern District of Florida 1:14-cv-21919 | 5/22/14 |
| 3 | Lannon[5] (Class Action) | Various models from 2003 to 2011 | 2011 Chevy HHR 2006 Saturn Ion | Southern District of Florida 1:14-cv-21933 | 5/23/14 |
| 4 | Nettleton Auto Sales, Inc.[6] (Class Action) | Various models from 2003 to 2011 | Chevy HHR | Eastern District of Arkansas 4:14-cv-318 | 5/23/14 |
| 5 | Edwards[7] (Class Action) | Various models from 2003 to 2011 | 2004 Chevy Malibu 2006 Pontiac G6 2003 Saturn Ion 2004 Saturn Ion | Southern District of Florida 1:14-cv-21949 | 5/27/14 |

---

[2] This schedule supplements the Second Supplement to Schedule "1" [Dkt. No. 12698] filed with the Bankruptcy Court on May 19, 2014, the Supplement to Schedule "1" [Dkt. No. 12672] filed with the Bankruptcy Court on April 30, 2014, and Schedule "1" [Dkt. No. 12620-1] filed with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* on April 21, 2014 [Dkt. No. 12620].

[3] A copy of the complaint filed in the Higginbotham Action is attached hereto as Exhibit "A."

[4] A copy of the complaint filed in the Harris Action is attached hereto as Exhibit "B."

[5] A copy of the complaint filed in the Lannon Action is attached hereto as Exhibit "C."

[6] A copy of the complaint filed in the Nettleton Auto Sales, Inc. Action is attached hereto as Exhibit "D."

[7] A copy of the complaint filed in the Edwards Action is attached hereto as Exhibit "E."

| 6 | Spangler[8] (Class Action) | Various models from 2003 to 2011 | 2007 Chevy HHR | Central District of California 2:14-cv-04031 | 5/27/14 |
|---|---|---|---|---|---|

---

[8] A copy of the complaint filed in the Spangler Action is attached hereto as Exhibit "F."