KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
|                                          |   |                         |
|------------------------------------------|---|-------------------------|
| In re                                    | : | Chapter 11              |
|                                          | : |                         |
| MOTORS LIQUIDATION COMPANY, *et al.*,    | : | Case No.: 09-50026 (REG)|
| f/k/a General Motors Corp., *et al.*     | : |                         |
|                                          | : |                         |
|                                          | : |                         |
| Debtors.                                 | : | (Jointly Administered)  |
-------------------------------------------------------------x

## NOTICE OF FILING OF FOURTH SUPPLEMENT TO SCHEDULE "1" TO THE MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION

**PLEASE TAKE NOTICE** that on June 13, 2014, General Motors LLC filed the

attached *Fourth Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to*

*11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* with

the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
      June 13, 2014

Respectfully submitted,

/s/ Scott I. Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

# FOURTH SUPPLEMENT[1] TO SCHEDULE "1"

## CHART OF ADDITIONAL IGNITION SWITCH ACTIONS
## COMMENCED SINCE THE FILING OF NEW GM'S
## SECOND SUPPLEMENT TO SCHEDULE "1" TO MOTION TO ENFORCE

| | Name | Class Models | Plaintiffs' Model | Court | Filing Date |
|---|---|---|---|---|---|
| 1 | Smith[2] (Class Action) | Various models from 2003 to 2011 | 2005 Chevy Cobalt | Northern District of Mississippi 3:14-cv-00120 | 6/04/14 |
| 2 | Stafford - Chapman[3] (Class Action) | Various models from 2003 to 2011 | 2006 Chevy HHR | Southern District of Ohio - Western Division 1:14-cv-00474 | 6/05/14 |
| 3 | Childre[4] (Class Action) | Various models from 2003 to 2011 | 2006 Chevy Cobalt | Eastern District of Louisiana 2:14-cv-01320 | 6/06/14 |

---

[1]   This schedule supplements the Third Supplement to Schedule "1" [Dkt. No. 12719] filed with the Bankruptcy Court on June 2, 2014, the Second Supplement to Schedule "1" [Dkt. No. 12698] filed with the Bankruptcy Court on May 19, 2014, the Supplement to Schedule "1" [Dkt. No. 12672] filed with the Bankruptcy Court on April 30, 2014, and Schedule "1" [Dkt. No. 12620-1] filed with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* on April 21, 2014 [Dkt. No. 12620].

[2]   A copy of the complaint filed in the Smith Action is attached hereto as Exhibit "A."

[3]   A copy of the complaint filed in the Stafford -Chapman Action is attached hereto as Exhibit "B."

[4]   A copy of the complaint filed in the Childre Action is attached hereto as Exhibit "C."