HEARING DATE AND TIME: July 2, 2014, at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: June 25, 2014 at 5:00 p.m. (Eastern Time)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re                                                          :   Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :   Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                       :
                                                               :
                                Debtors.                       :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF MOTION OF GENERAL MOTORS LLC TO ESTABLISH STAY PROCEDURES FOR NEWLY-FILED IGNITION SWITCH ACTIONS

PLEASE TAKE NOTICE that upon the annexed Motion, dated May 30, 2014 (the "**Motion**"), of General Motors LLC ("**New GM**"),[1] to establish Stay Procedures for newly-filed Ignition Switch Actions, all as more fully set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 523 of the United States

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

23035329v1

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **July 2, 2014 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036 (Attn: Arthur Steinberg and Scott Davidson) and (ii) Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (Attn: Richard C. Godfrey, P.C. and Andrew B. Bloomer, P.C.), so as to be received no later than **June 25, 2014, at 5:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no responses or objections are timely filed and served with respect to the Motion, New GM may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
       June 13, 2014

>                         Respectfully submitted,
>
>                         /s/ Arthur Steinberg
>                         Arthur Steinberg
>                         Scott Davidson
>                         KING & SPALDING LLP
>                         1185 Avenue of the Americas
>                         New York, New York  10036
>                         Telephone:   (212) 556-2100
>                         Facsimile:   (212) 556-2222
>
>                         Richard C. Godfrey, P.C. (admitted *pro hac vice*)
>                         Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
>                         KIRKLAND & ELLIS LLP
>                         300 North LaSalle
>                         Chicago, IL 60654
>                         Telephone: (312) 862-2000
>                         Facsimile: (312) 862-2200
>
>                         *Attorneys for General Motors LLC*