# Transcript of the Testimony of

# 4/1/2014

## Case:  Committee on Energy and Commerce Subcommittee on Oversight and Investigations GM Ignition Switch Recall, Why Did It Take So Long?
## No.  xxxx

Siebert and Associates Court Reporters, Inc.
Phone:773 851-7779
Email:cmsreporters@comcast.net

1

UNITED STATES OF AMERICA

HOUSE OF REPRESENTATIVES


COMMITTEE ON ENERGY AND COMMERCE

SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS



"GM Ignition Switch Recall,

Why Did It Take So Long?"



April 1, 2014



Transcript prepared from the videotape
recording of the hearing occurring on April 1,
2014, of the Subcommittee on Oversight and
Investigations, prepared by Christine M.
Vitosh, C.S.R.

2

1   PRESENT:

2         REP. TIMOTHY MURPHY, Pennsylvania,

3         Chairman

4         REP. JOE BARTON, Texas

5         REP. MARSHA BLACKBURN, Tennessee

6         REP. BRUCE BRALEY, Iowa

7         REP. KATHERINE ANNE CASTOR, Florida

8         REP. DIANA L. DeGETTE, Colorado

9         REP. JOHN D. DINGELL, JR., Michigan

10        REP. PHIL GINGREY, Georgia

11        REP. GENE GREEN, Texas

12        REP. H. MORGON GRIFFITH, Virginia

13        REP. GREGG HARPER, Mississippi

14        REP. BILLY LONG, Missouri

15        REP. STEPHEN SCALISE, Louisiana

16        REP. JANICE SCHAKOWSKY, Illinois

17        REP. PAUL TONKO, New York

18        REP. FREDERICK S. UPTON, Michigan

19        REP. HENRY WAXMAN, California

20        REP. PETER WELCH, Vermont

21        REP. JOHN YARMUTH, Kentucky.

22                    - - - - -

3

1                          I N D E X

2

3    WITNESS:                                      PAGE

4         MS. MARY BARRA,                          29

5         CEO, General Motors Corporation;

6

7

8         MR. DAVID J. FRIEDMAN,                   187

9         Acting Administrator of NHTSA

10

11                        - - - - -

12

13

14

15

16

17

18

19

20

21

22

4

1          CHAIRMAN MURPHY:  I now convene

2    this hearing of the Oversight and Investigation

3    Subcommittee entitled the GM Ignition Switch

4    Recall:  Why Did It Take So Long?

5              Ms. Barra, if you would like to

6    take your seat, please.  Thank you.

7              This question is the focus of our

8    investigation.  As soon as the Chevy Cobalt

9    rolled off the production line in 2004,

10   customers began filing complaints about the

11   ignition switch.

12             These customers told General

13   Motors that just by bumping the key with their

14   knee while driving the Cobalt, it would shut

15   off.

16             In 2004 and 2005, GM engineers

17   twice considered the problem and even developed

18   potential solutions to fix it, but GM decided

19   the, quote, tooling costs and piece prices are

20   too high, end quote, and that, quote, none of

21   the solutions represent an acceptable business

22   case, end quote.

5

1          The solution GM ultimately

2    settled for was to tell their dealers to ask

3    Cobalt drivers to remove heavy objects from

4    their keychains, and yet just a year later GM

5    decided to fix the ignition switch.

6               In 2005, GM told their supplier,

7    Delphi, to increase the torque in the ignition

8    switch so the key wouldn't move out of the run

9    position and into accessory mode.

10              GM was not alone in examining

11   problems with the Cobalt.

12              The lead government safety

13   regulator, the National Highway Traffic Safety

14   Administration, known as NHTSA, was also

15   evaluating concerns with the Cobalt, but NHTSA

16   didn't look at the ignition switch problem,

17   just airbag non-deployment.

18              In 2007, three years after the

19   Cobalt's release, the chief of NHTSA's Defects

20   Assessment Division proposed that the agency

21   investigate the Cobalt because he spotted a,

22   quote, pattern of non-deployments, end quote,

6

1    in Cobalt airbags that didn't exist similar

2    sedans.

3                    An internal NHTSA presentation

4    noted a spike in warranty claims for Cobalt

5    airbags; a total of 29 crashes causing 25

6    injuries, four deaths, and 14 field reports,

7    yet NHTSA ultimately decided not to

8    investigate.

9                    Even when the issue was again

10   raised three years later in 2010, NHTSA again

11   passed on investigating.

12                   GM was also looking into the

13   airbag non-deployments.  As early as 2007 GM

14   started tracking incidents where Cobalt airbags

15   did not deploy in car crashes.

16                   In 2011 and 2012 GM assigned at

17   least two groups of engineers to examine the

18   problem.

19                   According to GM's public

20   statements, it wasn't until December, 2013,

21   that the company finally put the pieces

22   together and linked the problems with the

7

1    airbags with the faulty ignition switch, almost

2    ten years after customers first told GM the

3    Cobalt ignition switch didn't work.

4                We know this:  The red flags were

5    there for GM and NHTSA to take action, but for

6    some reason, it did not happen.

7                Why didn't GM and NHTSA put the

8    pieces together for ten years?

9                Why didn't anyone ask the

10   critical important questions?

11               Why did GM accept parts below

12   their own company standards and specs?

13               When GM decided to get a new

14   ignition switch for the Cobalt in 2006, did GM

15   do so because they recognized that the faulty

16   switch posed a safety problem?

17               Why did GM keep the old part

18   number, which led to confusion?

19               When GM replaced the ignition

20   switch, did engineers also consider how the

21   faulty ignition impacted other systems in the

22   car, like airbags?

8

1              Why did GM replace the ignition

2      switch in new cars, but not the older models?

3              Why did GM think a memo about the

4      size of keychains was enough to solve the

5      problems?

6              Why did NHTSA twice decide not to

7      investigate the Cobalt and why didn't NHTSA

8      make the link between the keys being in the

9      accessory position and airbags not deploying?

10     Did anyone ask why?

11             And for both GM and NHTSA, are

12     people talking to one another?  Do GM and NHTSA

13     have a culture where people don't pass

14     information up and down the chain of command?

15             To borrow a phrase, what we have

16     here is a failure to communicate and the

17     results were deadly, a failure to communicate

18     both between and within GM and NHTSA.

19             Today we will ask GM and NHTSA

20     what they're doing to not just fix the car, but

21     to fix a culture within a business and a

22     government regulator that led to these

9

1    problems.

2              This is about restoring public

3    trust and giving the families and crash victims

4    the truth about whether this tragedy could have

5    been prevented and in the future what will be

6    prevented.

7              It is my hope and expectation

8    that today will not hear a blame game or finger

9    pointing.

10             All the brilliant engineers and

11   workers in the world won't matter if the people

12   don't really care, and as the old saying goes,

13   people don't care that you know until they know

14   that you care.

15             This debate -- This investigation

16   is only three weeks old, and we are determined

17   to find the facts and identify the problem so a

18   tragedy like this will never happen again.

19             This investigation is bipartisan

20   and is a priority of all the members of this

21   committee.

22             I want to thank Mary Barra for

10

1    being here and also the head of NHTSA, David

2    Friedman, Ranking Members Waxman and Dingell

3    for working with us, and I now give the

4    remaining of my time to Dr. Michael Burgess.

5         DR. BURGESS:  I thank the chairman for

6    yielding.  I thank our witnesses for being

7    here.  I thank our witnesses for being so

8    responsive to the committee's staff requests.

9         We are here to examine a very

10   important matter.  The hearing is appropriately

11   named.

12        We do have questions for General

13   Motors.  We have questions for the National

14   Highway Traffic Safety Administration.

15        Two chances to open up formal

16   investigations into the recalled General Motors

17   cars; both in 2007 and 2010 NHTSA initially

18   examined problems with the vehicles and both

19   times, both times, decided that no

20   investigation was needed.

21        We need to hear from NHTSA today

22   how you intend to improve the process going

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 12 of 338

11

1    forward.

2                    And we were just here five years

3    ago with the Toyota investigation.  We heard a

4    lot of things out of NHTSA on those hearings.

5                    I'd like to know how they have

6    improved the process and how we can expect to

7    have confidence in their ability going forward

8    and I yield back.

9            CHAIRMAN MURPHY:  I recognize the

10   ranking member of the committee, Ms. DeGrette,

11   of Colorado.

12           MS. DeGRETTE:  Thank you very much,

13   Mr. Chairman.

14                   Like all of us, I am deeply

15   troubled about what our investigation has

16   revealed about GM's business practices and its

17   commitment to safety.

18                   Here's what we know:  We know

19   that GM has recalled over 2.5 million vehicles

20   because of defective ignition switches.

21                   We know they should have done it

22   much, much earlier.  We know that GM failed to

12

1    provide federal regulators with key information

2    and, sadly, we know that at least 13 people are

3    dead and there have been dozens of crashes

4    because GM produced cars that had a deadly

5    effect.

6              Mr. Chairman, I have a copy of

7    the ignition switch assembly for one of these

8    vehicles, and this is it.

9              A spring inside the switch, a

10   piece that cost pennies, failed to provide

11   enough force, causing the switch to turn off

12   when the car went over a bump.

13             GM knew about this problem in

14   2001, they were warned again and again over the

15   next decade, but they did nothing.

16             And I just want to show how easy

17   it is to turn this key in this switch.

18             If you had a heavy keychain like

19   my mom's keychain or if you had -- if you were

20   short and you bumped up against the ignition

21   with your knee, it could cause this key to

22   switch right off.

13

1           Mr. Chairman, we now know that

2    these switches were defective from the start.

3    In February of 2002, GM's ignition switch

4    supplier, Delphi, informed the company that the

5    switch did not meet GM's minimum

6    specifications, but GM approved it anyway.

7           Now, yesterday we sent Ms. Barra

8    a letter about this decision.  I'd like

9    unanimous consent to make that letter a part of

10   the hearing record.

11           CHAIRMAN MURPHY:  Without objection.

12           MS. DeGRETTE:  Soon after this

13   approval, the defective cars were on the road

14   and it didn't take long for problems to appear.

15           In 2003, June, 2003, the owner of

16   a Saturn Ion with 3,474 miles on the odometer

17   made a warranty report that he or she, quote,

18   bumped the key and the car shut off.

19           GM would receive more than 130

20   similar warranty claims from owners about this

21   problem over the next decade, but it never

22   informed the public or reported the problem to

14

1    federal safety regulators.

2              The minority staff conducted this

3    warranty analysis and again we prepared a memo

4    about these claims.  I'd also like unanimous

5    consent to put that in the record,

6    Mr. Chairman.

7              CHAIRMAN MURPHY:  Without objection.

8              MS. DeGETTE:  Initially GM opened

9    multiple investigations into the ignition

10   switch issue, each which concluded the switch

11   was bad, it didn't meet the minimums.

12             In 2005 GM identified solutions

13   to the problem, but concluded that, quote, the

14   tooling cost and piece price are too high;

15   thus, none of the solutions represents an

16   acceptable business case.

17             Documents provided by GM show

18   that this unacceptable cost increase was only

19   57 cents, and, Mr. Chairman, we have this

20   document that we got from GM, somehow it's not

21   in the binder.

22             I'd ask unanimous consent to put

15

1    this in the -- in the record as well.

2            CHAIRMAN MURPHY:  Without objection.

3    So ordered.

4            MS. DeGETTE:  Another technical

5    investigation completed in 2005 led GM to issue

6    a technical service bulletin advising dealers

7    to distribute key inserts to help reduce the

8    problem.  This was a simple fix to reduce the

9    force on the switch.

10           And, Mr. Chairman, these are the

11   keys of one of my staff members who actually

12   owns one of these cars and, as you can see,

13   there is a long, long insert.

14           What the key inserts were

15   supposed to do is go in the middle and just

16   create a little hole so the key and the keys

17   wouldn't go back and forth.

18           Unfortunately GM never made this

19   bulletin public.  More than 500 people, out of

20   the thousands of drivers who had cars with

21   faulty switches, got the key insert, and GM

22   knew it.

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 17 of 338

16

1             Soon after this decision, company

2      officials quietly redesigned the switch, but

3      they never changed the part number, and

4      astonishingly, this committee has heard that

5      when GM approved a new switch in 2006 they did

6      it with still not -- still knowing that the new

7      switch didn't meet specifications.

8             The company even put more cars

9      with bad switches on the road from 2008 until

10     2011, and we still don't know all the

11     information about this.

12            Between 2003 and 2014, GM learned

13     hundreds of reports of ignition switch problems

14     through customer complaints, warranty claims,

15     lawsuits, press coverage, field reports, and

16     even more internal investigations, but time and

17     time again, GM did nothing.  The company

18     continued to sell cars knowing they were

19     unsafe.

20            I know we have a lot of family

21     members here, Mr. Chairman, and I know -- and I

22     want to express my deepest sympathies to them,

17

1    but I want to tell them something more:  We're

2    going to get to the bottom of this, we're going

3    to figure out what happened, and we're going to

4    make sure it doesn't happen again.

5                Now, Mr. Chairman, I want to

6    thank Ms. Barra for coming; she is brand new at

7    the company.  I believe she is committed to

8    fixing this situation.

9                We have a lot of questions to ask

10   today, though, and I know every member of this

11   committee is concerned about this.

12               Thank you very much.

13          CHAIRMAN MURPHY:  And the gentleman's

14   time has expired.

15               Now recognize the chairman of the

16   full committee, Mr. Upton, for five minutes.

17          MR. UPTON:  Well, thank you,

18   Mr. Chairman.

19               We know that with a two-ton piece

20   of high velocity there is, in fact, a zero

21   margin for error.

22               Product safety is indeed a life

18

1    or death issue, but sadly vehicle safety has

2    fallen short, and it's not the first time.

3             During the late summer of 2000 in

4    this very room I led the oversight hearings

5    that examined the Ford Firestone recalls.  A

6    tire malfunction was causing violent crashes

7    and Americans did not feel safe behind the

8    wheel.

9             We gathered testimony from the

10   company and agency officials and reviewed

11   thousands and thousands of pages of documents

12   and we found that the system indeed had failed.

13            Information about the defective

14   tires had been shared with the companies and

15   with NHTSA, the parties failed to protect the

16   public safety and over a hundred people died.

17            After that investigation I

18   introduced the TREAD Act to correct many of the

19   problems that contributed to the Ford Firestone

20   tragedy.

21            That bill was meant to ensure

22   data about safety is reported so that defects

19

1    can be quickly identified and fixed and lives

2    ultimately saved.

3                  The TREAD Act has now been law

4    since November of 2000 yet here we are

5    investigating another safety failure.  It's

6    déjà vu all over again.

7                  One month ago GM issued a recall

8    for an ignition switch defect in six vehicles

9    totaling 1.6 million cars, and last Friday they

10   recalled another 900,000 vehicles.

11                 GM acknowledges that a dozen

12   people have died in automobile crashes

13   associated with that defect; two were teenagers

14   from my own community.

15                 Testifying today are GM's CEO,

16   Mary Barra, and NHTSA acting director David

17   Friedman, a first step in our quest to find out

18   what went wrong.

19                 The committee's purpose is the

20   same as it was in 2000, making sure that

21   drivers and families are protected and cars are

22   safe.

20

1           And I'll repeat what I said at

2    the first oversight committee hearing on

3    Firestone tires in 2000:  Today's hearing is

4    very personal to me, because I come from

5    Michigan, the auto state, the auto capital of

6    the world.  That is no less true today.

7           Michigan is proud of its auto

8    industry, and while Michigan citizens build

9    cars, obviously we drive them, too.

10          Documents produced to the

11   committee show that both NHTSA and GM received

12   complaints about and data about problems with

13   ignition switches and airbags.

14          These complaints go back at least

15   a decade.  NHTSA engineers did crash

16   investigations as early as '05 and twice

17   examined whether complaints with airbags

18   constituted a trend.

19          GM submitted early warning

20   reports to NHTSA including data about crashes

21   in the recalled cars.

22          With all that information

21

1    available, why did it take so long to issue the

2    recall?  In this case, just as it was with Ford

3    Firestone, it was news reports that brought the

4    nation to the nation's attention -- brought the

5    problem to the nation's attention.

6              This investigation of the recall

7    is indeed bipartisan, as it should be.  We'll

8    follow the facts wherever they lead us and

9    we're going to work until we have the answers

10   and can assure the public that indeed they're

11   safe, and I'd like to note that the chairman of

12   our CMT subcommittee, Mr. Terry, will be

13   joining us for questions this afternoon.

14             With his subcommittee's record on

15   motor vehicle safety issues, he will be

16   watching closely as this investigation unfolds

17   so that he can take our findings and determine

18   whether and what changes may be needed to the

19   laws designed to keep drivers safe on the road.

20             After our -- After all, our goal

21   on every issue follows the Dingell motto:

22   Identify the problem or abuse fully and, where

22

1    needed, fix it with legislation so that it

2    won't happen again.

3                    I yield to the vice chair of

4    the -- of the committee, Ms. Blackburn.

5                    MS. BLACKBURN:   Thank you,

6    Mr. Chairman, and, Ms. Barra, thank you very

7    much for being here today.

8                    We really owe this hearing to the

9    American people, to GM customers, and to the

10   relatives of the 12 individuals that have lost

11   their lives, and it is important that we get to

12   the bottom of this and to see what the roles of

13   GM and NHTSA were in this, figure out who's at

14   fault, and we want to know who knew what when,

15   and /PH*B, that includes you.

16                   We're going to want to know what

17   your exposure was to this issue as you took the

18   helm at GM as the CEO.

19                   You know, in my district we have

20   the GM plant.  The Saturn Ion has been

21   recalled; that was made at that plant there in

22   Spring Hill, so this is something that is

23

1    important to my constituents, those that have

2    worked with GM.

3              I thank you for being here and we

4    look forward to the answers.

5              I yield back.

6         CHAIRMAN MURPHY:   Thank you.

7    Gentleman yields back.

8              Now recognize ranking member of

9    the full committee, Mr. Waxman, for

10   five minutes.

11        MR. WAXMAN:   Thank you very much,

12   Mr. Chairman.

13             I have a sad sense of déjà vu as

14   I sit here today.   I was part of this committee

15   when we held our Ford Firestone hearing in

16   2000.

17             I led the committee's hearing on

18   Toyota's problems with unintended acceleration

19   in 2010.   Each time we heard about how auto

20   manufacturers knew about potential defects and

21   about how federal safety officials at the

22   National Highway Traffic Safety Administration

24

1    missed signals that should have alerted them to

2    defective cars on the road and here we are

3    today under similar circumstances.

4                    Over the last month, the full

5    dimensions of another auto safety disaster have

6    unfolded.  General Motors has recalled

7    2.5 million vehicles due to a defective

8    ignition switch and the company has

9    acknowledged that these cars have caused dozens

10   of crashes and 13 fatalities.

11                   Mr. Chairman, I know the families

12   of some of these victims are in the audience

13   for today's hearing.

14                   I want to acknowledge them, thank

15   them for coming.  We owe it to them to find out

16   what happened.

17                   The facts that we already know

18   are hard to believe.  GM has known for years

19   about this safety defect and has failed to take

20   appropriate action to fix the problem.

21                   The company installed an ignition

22   switch that it knew did not meet its own

25

1    specification, numerous internal investigations

2    resulted in nothing but a non-public technical

3    service bulletin that partially fixed the

4    problem for fewer than 500 drivers.

5              A new analysis I released this

6    morning revealed that over the last decade GM

7    received over 130 warranty claims from drivers

8    and GM technicians who experienced and

9    identified the defect.

10              Drivers reported that their cars

11   shut off after hitting bumps or potholes at

12   highway speeds when they did something as

13   simple as brushing the ignition switch with

14   their knee.

15              One GM technician even identified

16   the exact part causing the problem, a spring,

17   that would have cost at most as much as a few

18   postage stamps.  A couple of dollars.

19              Because GM didn't implement this

20   simple fix when it learned about the problem,

21   at least a dozen people have died in defective

22   GM vehicles.

26

1          What's more, new information the

2    committee received last week suggests that GM

3    still has failed to fully own up to potential

4    problems.  GM finally modified the ignition

5    switch for later model cars.

6          Delphi, the manufacturer of the

7    ignition switch, told the committee that the

8    switches installed in model year 2008 to 2011

9    vehicles still do not meet GM's own

10   specifications.

11         GM finally announced a recall of

12   these vehicles last Friday, but told the public

13   that it was because of bad parts installed

14   during repairs, not because of defective parts

15   originally installed in the vehicles.

16         There are legitimate questions we

17   need to ask about whether NHTSA did enough to

18   identify and uncover this problem.  In

19   retrospect it's clear that the agency missed

20   some red flags, but NHTSA was also laboring

21   under a handicap.

22         There appears to have been a lot

27

1    of information that GM knew but they didn't

2    share with the National Highway Traffic Safety

3    Administration.  We need to make sure that

4    NHTSA and the public have access to the same

5    information about safety as auto executives.

6              That's why today I'm introducing

7    the Motor Vehicle Safety Act of 2014.  This

8    bill is modeled on the legislation that the

9    committee passed in 2010 but was never enacted

10   into law.

11             It will make more information on

12   defects available to the public and it will

13   increase NHTSA's funding and increase civil

14   penalties for manufacturers when companies like

15   GM fail to comply with the law.

16             Mr. Chairman, we should learn as

17   much as we can from this investigation, then we

18   should improve the law to make sure we're not

19   here again after another auto safety tragedy in

20   the near future.

21             I want to yield back my time.

22   Thank you.

28

1          CHAIRMAN MURPHY:  Gentleman yields

2    back.

3              I would now like to introduce the

4    witness on the first panel for today's hearing.

5              Ms. Mary Barra is the chief

6    executive officer of General Motors Company and

7    has been in this role since January 15th, 2014,

8    when she also became a member of its board of

9    directors.

10             She has held a number of

11   positions in this company.  From 2008 to 2009,

12   Ms. Barra served as vice president of global

13   manufacturing engineering, and from 2005 to

14   2008 she was executive director of vehicle

15   manufacturing engineering.

16             She has also served as a plant

17   manager and director of competitive operations

18   engineering as well as numerous other

19   positions.  I will now swear in the witness.

20             Ms. Barra, you are aware that the

21   committee is holding an investigative hearing

22   and, when doing so, has a practice of taking

29

1    testimony under oath.

2              Do you have any objections to

3    testifying under oath?

4         MS. BARRA:  No.

5         CHAIRMAN MURPHY:  The Chair then

6    advises you that under the rules of the House

7    and the rules of the committee you are entitled

8    to be advised by counsel.

9              Do you desire to be advised by

10   counsel during today's hearing?

11        MS. BARRA:  No.

12        CHAIRMAN MURPHY:  In that case if you

13   would please rise and raise your right hand,

14   I'll swear you in.

15        MS. BARRA:  I do.

16                   (The witness was thereupon

17                   duly sworn.)

18              MARY BARRA,

19   called as a witness herein, having been first

20   duly sworn, testified before the Subcommittee

21   as follows:

22        CHAIRMAN MURPHY:  Thank you.

30

1      Ms. Barra, you are now under oath and subject

2      to the penalties set forth in Title 18,

3      Section 1001 of the United States Code.

4                  You may now give a five-minute

5      summary of your written statement.

6                  MS. BARRA:  Thank you, Mr. Chairman,

7      and committee members.

8                  CHAIRMAN MURPHY:  Please pull the

9      microphone close to your mouth and make sure

10     it's on.  Thank you.

11                 MS. BARRA:  Can you hear me?  Okay.

12                 Thank you, Mr. Chairman, and

13     committee members.  My name is Mary Barra and I

14     am the chief executive officer of General

15     Motors.  I appreciate the opportunity to be

16     here today.

17                 More than a decade ago GM

18     embarked on a small car program.  Sitting here

19     today I cannot tell you why it took so long for

20     a safety defect to be announced for this

21     problem, but I can tell you we will find out.

22                 This is an extraordinary

31

1    situation, it involves vehicles we no longer

2    make, but it came to light on my watch, so I am

3    responsible for resolving it.

4              When we have answers, we will be

5    fully transparent with you, with our

6    regulators, and with our customers.

7              While I cannot turn back the

8    clock, as soon as I learned about the problem,

9    we acted without hesitation.  We told the world

10   we had a problem that needed to be fixed.  We

11   did so because whatever mistakes were made in

12   the past, we will not shirk from our

13   responsibilities now or in the future.  Today's

14   GM will do the right thing.

15             That begins with my sincere

16   apologies to everyone who has been affected by

17   this recall, especially the families and

18   friends who lost their lives or were injured.

19   I am deeply sorry.

20             I've asked former U.S. Attorney

21   Anton Valukas to conduct a thorough and

22   unimpeded investigation of the actions of

32

1    General Motors.

2                     I have received updates from him

3    and he tells me he is well along with his work.

4    He has free rein where the facts take him,

5    regardless of outcome.  The facts will be the

6    facts.

7                     Once they are in, my leadership

8    team and I will do what is needed to help

9    assure this does not happen again.

10                    We will hold ourselves fully

11   accountable; however, I want to stress I'm not

12   waiting for his results to make changes.  I've

13   named a new vice president of Global Vehicle

14   Safety, a first for General Motors.

15                    Jeff Boyer's top priority is to

16   quickly identify and resolve any and all

17   product safety issues.  He is not taking on

18   this task alone.  I stand with him, and my

19   senior leadership team stands with him as well,

20   and we will welcome input from outside of GM,

21   from you, from NHTSA, from our customers, our

22   dealers, and current and former employees.

33

1           The latest round of recalls

2    demonstrates just how serious we are about the

3    way we want to do things at today's GM.  We've

4    identified these issues and we've brought them

5    forward and we're fixing them.

6           I have asked our team to keep

7    stressing the system at GM and work with one

8    thing in mind, the customer and their safety

9    are at the center of everything we do.

10          Our customers who have been

11   affected by this recall are getting our full

12   and undivided attention.  We are talking

13   directly through -- to them through a dedicated

14   website with constantly updated information and

15   through social media platforms.

16          We've trained and assigned more

17   people, over a hundred, to our customer call

18   centers, and wait times are down to seconds,

19   and of course we've sending customers written

20   information through the mail.

21          We have empowered our dealers to

22   take extraordinary measures to treat each case

34

1    specifically.  If people do not want to drive a

2    recalled vehicle before it is repaired, dealers

3    can provide them with a loaner or a rental car

4    free-of-charge.  To date we've provided nearly

5    13,000 loaner vehicles.

6              If a customer is already looking

7    for another car, dealers are allowed to provide

8    additional cash allowances for the purchase of

9    a lease or new vehicle.

10             Our supplier is manufacturing new

11   replacement parts for the vehicles that are no

12   longer in production.  We have commissioned two

13   lines and have asked for a third production

14   line, and those parts will start being

15   delivered to dealers next week.

16             These measures are only the first

17   in making things right and rebuilding trust

18   with our customers, and as I have reminded our

19   employees, getting the cars repaired is only

20   the first step.  Getting customers the best

21   support possible throughout this process is how

22   we will be judged.

35

1           I would like this committee to

2    know that all of our GM employees and I are

3    determined to set a new standard.  I'm

4    encouraged to say that everyone at GM up to and

5    including our board of directors supports this.

6           I'm a second generation GM

7    employee, and I'm here as our CEO, but I'm also

8    here representing the men and women who are

9    part of today's GM and are dedicated to putting

10   the highest quality, safest vehicles on the

11   road.

12          I recently held a town hall

13   meeting to formally introduce our new VP of

14   safety.  We met at our technical center in

15   Michigan.  This is one of the places where the

16   men and women who engineer our vehicles work.

17   They are the brains behind our cars, but they

18   are also the heart of General Motors.  It was a

19   tough meeting.  Like me, they are disappointed

20   and upset.  I could see it in their faces, I

21   could hear it in their voices.

22              They had many of the same

36

1    questions that I suspect are on your mind; they

2    want to make things better for our customers

3    and in that process make GM better.  They

4    particularly wanted to know what we planned to

5    do for those who have suffered the most from

6    this tragedy.

7                  That's why I'm pleased to

8    announce that we have retained Kenneth Feinberg

9    as a consultant to help us evaluate the

10   situation and recommend the best path forward.

11                 I am sure this committee knows

12   Mr. Feinberg is highly qualified and is very

13   experienced in handling matters such as this,

14   having led the compensation efforts involved

15   with 911, the BP oil spill, and the Boston

16   marathon bombing.  Mr. Feinberg brings

17   expertise and objectivity to this effort.

18                 As I have said, I consider this

19   to be an extraordinary event and we are

20   responding to it in an extraordinary way.

21                 As I see it, GM has civil

22   responsibilities and legal responsibilities.

37

1     We are thinking through exactly what those

2     responsibilities are and how to balance them in

3     an appropriate manner.  Bringing on

4     Mr. Feinberg is the first step.

5                    I would now be happy to answer

6     your questions.  Thank you.

7               CHAIRMAN MURPHY:  Thank you,

8     Ms. Barra.  I also want to acknowledge all the

9     families that are here today and know that we

10    are aware and have the sympathies of all the

11    committee here.

12                   One, Kelly Erin Ruddy, of

13    Scranton, Pennsylvania, is one of those that we

14    offer sympathy to the families, but we have all

15    of you in our hearts.

16                   Ms. Barra, our committee reviewed

17    more than 200,000 pages of documents.  What we

18    found is that as soon as the Cobalt hit the

19    road in 2004, drivers began to immediately

20    complain to General Motors that the cars'

21    ignition systems didn't work properly.

22                       You can imagine how frightening

38

1      it is to drive a car that suddenly you lose

2      your power steering and power brakes.

3                    When the switch for the Cobalt

4      was being built back in 2002, GM knew the

5      switch did not meet its specification for

6      torque, am I correct?

7             MS. BARRA:  Yes.

8             CHAIRMAN MURPHY:  GM engineers began

9      to look at the problem and try to figure out

10     how to address it.  GM understood the torque in

11     the switches measured below its own

12     specifications; is that right?

13            MS. BARRA:  Yes.

14            CHAIRMAN MURPHY:  Is it common

15     practice for GM to accept a part that does not

16     meet GM specifications?

17            MS. BARRA:  No, but there is a

18     difference between a part meeting or not

19     meeting specifications and a part being

20     defective.

21            CHAIRMAN MURPHY:  So under what

22     scenario is accepting parts that don't meet GM

39

1      specs allowable?

2             MS. BARRA:  An example of that would

3      be when you are purchasing steel.  You'll set a

4      specification for steel, but then because of

5      the different suppliers and availability of

6      steel to make products, you'll assess the

7      performance, the functionality, the durability,

8      you know, the aspects of the part or, in this

9      case, steel that is necessary to live up to

10     what the performance and the durability, the

11     safety, needs to be.

12            CHAIRMAN MURPHY:  Well, let's --

13            MS. BARRA:  That's an example of when

14     you would have a part or have material that

15     doesn't meet the spec that was set out, but was

16     acceptable from a safety -- from a

17     functionality perspective, performance as well.

18            CHAIRMAN MURPHY:  Is that switch

19     acceptable?

20            MS. BARRA:  The switch -- I'm sorry,

21     the switch?

22            CHAIRMAN MURPHY:  Is the switch

40

1    acceptable in two-thousand --

2              MS. BARRA:  At what timeframe?  I'm

3    sorry.

4              CHAIRMAN MURPHY:  Well, at the

5    beginning.  It seems -- it didn't meet the

6    specs for GM, so is that what you would

7    consider acceptable?

8              MS. BARRA:  As we -- as we clearly

9    know today, it's not.

10             CHAIRMAN MURPHY:  So in 2006 GM

11   changed its ignition switch and GM switch

12   supplier, Delphi, put in a new spring to

13   increase the torque; is that correct?

14             MS. BARRA:  There was a new part.

15             CHAIRMAN MURPHY:  Thank you.

16                  Now, in that binder next to you,

17   if you would turn to Tab 25.  This is e-mail

18   exchange between Delphi employees in 2005

19   discussing the changes to the ignition switch.

20                  The e-mail notes that a GM

21   engineer is asking for information about the

22   ignition switch because, quote, Cobalt is

41

1      blowing up in their face in regards to turning

2      the car off with the driver's knee, unquote.

3                    If this was such a big problem,

4      why didn't GM replace the ignition switch on

5      the cars already on the road, the cars where

6      the torque fell well below GM specifications,

7      instead of just the new cars?  Why?

8                    MS. BARRA:  What you just said does

9      not match under Tab 25.

10                   CHAIRMAN MURPHY:  It's the bottom of

11     the page, there should be something there.

12     Well, just note that what I've said -- I

13     apologize for that.

14                   MS. BARRA:  Okay.

15                   CHAIRMAN MURPHY:  But there was a

16     statement made that Cobalt is blowing up in

17     their face just by a bump of the driver's knee.

18                   MS. BARRA:  Clearly there were a lot

19     of things that happened, there's been a lot of

20     statements made as it relates.

21                   That's why we've hired Anton

22     Valukas to do a complete investigation of this

42

1     process.  We are spanning over a decade --

2               CHAIRMAN MURPHY:  But you don't know

3     why they didn't just replace the switch on the

4     old cars as well as the new cars?

5               MS. BARRA:  I do not know the answer

6     to that and that's why we're doing this

7     investigation.

8               CHAIRMAN MURPHY:  Given the number of

9     complaints about ignitions turning off while

10    driving, why wasn't this identified as a safety

11    issue?

12              MS. BARRA:  Again, I can't answer

13    specific questions at that point in time.

14    That's why we're doing a full and complete

15    investigation.

16              CHAIRMAN MURPHY:  I've got another

17    one.  In the chronology GM submitted to NHTSA,

18    GM states it didn't make the connection between

19    the ignition switch problems and the airbag

20    non-deployment problems until late 2013, so my

21    question is when GM decided to switch the

22    ignition in 2006 did the company ever examine

43

1    how a faulty ignition switch could affect other

2    systems like the airbags?

3            MS. BARRA:  Again, that's part of the

4    investigation.

5            CHAIRMAN MURPHY:  Should they?

6            MS. BARRA:  Should we understand --

7            CHAIRMAN MURPHY:  Should they look at

8    how it affects other vehicle systems?

9            MS. BARRA:  Yes.

10           CHAIRMAN MURPHY:  Let me ask another

11   question then.  So when GM concluded -- and you

12   heard from my opening statement -- that the

13   tooling costs and price pieces are too high,

14   what does that mean?

15           MS. BARRA:  I find that statement to

16   be very disturbing.  As we do this

17   investigation and understand it in the context

18   of the whole timeline, if that was the reason

19   the decision was made, that is unacceptable.

20   That is not the way we do business in today's

21   GM.

22           CHAIRMAN MURPHY:  Well, how does GM

44

1    balance costs and safety?

2              MS. BARRA:  We don't.  Today if there

3    is a safety issue, we take action.  If we know

4    there is a defect on our vehicles, we do not

5    look at the costs associated with it, we look

6    at the speed in which we can fix the issue.

7              CHAIRMAN MURPHY:  Was there a culture

8    in GM at that time that they would have put

9    cost over safety?

10             MS. BARRA:  Again, we're doing --

11   we're doing a complete investigation, but I

12   would say in general we've moved from a cost

13   culture after the bankruptcy to a customer

14   culture.

15             We've trained thousands of people

16   on putting the customer first.  We've actually

17   gone with outside training.  It's a part of our

18   core values and it's one of the most important

19   cultural changes we're driving in General

20   Motors today.

21             CHAIRMAN MURPHY:  I understand today;

22   we're asking about then.  I'm out of time.

45

1          Ms. DeGette, you're recognized

2     for five minutes.

3          MS. DeGETTE:   Thank you very much,

4     Mr. Chairman.

5          Ms. Barra, GM knew about the

6     defect in the ignition switches as far back as

7     2001, 13 years before the recall, correct?

8          MS. BARRA:   The --

9          MS. DeGETTE:   Yes or no will work.

10          MS. BARRA:   The investigation will

11     tell us that.

12          MS. DeGETTE:   You don't know when GM

13     knew about the defect?

14          MS. BARRA:   I will -- I --

15          MS. DeGETTE:   Take a look at Tab 7 in

16     your notebook, Ms. Barra.   This is a GM

17     document, and what this GM document talks about

18     is this switch.

19          It says:   Tear-down evaluation on

20     the switch revealed two causes of failure:   Low

21     contact force and low detent plunger force.

22          Do you recognize that document,

46

1    ma'am?

2              MS. BARRA:  This is the first I've

3    seen this document.

4              MS. DeGETTE:  Okay.  Well, so you

5    don't know how long GM knew about this, right?

6              MS. BARRA:  And that's why -- and

7    that's why I'm doing a investigation.

8              MS. DeGETTE:  Okay.  And, in fact,

9    Delphi, the manufacturer of the ignition

10   switch, informed GM in 2002 that the switch was

11   supposed to be 15 minimum torque specification,

12   but, in fact, these switches were between four

13   and ten, didn't it?

14             MS. BARRA:  The specification is

15   correct, that it was supposed to be 20 plus or

16   minus 5.

17             MS. DeGETTE:  And these switches were

18   between four and ten, correct?  Yes or no will

19   work.

20             MS. BARRA:  We know that now.

21             MS. DeGETTE:  And -- and they -- and

22   GM was notified by Delphi of this, correct?

47

1    Yes or no.

2              MS. BARRA:  I am not aware of being

3    notified.

4              MS. DeGETTE:  Okay.  Then --

5              MS. BARRA:  Can I also correct I

6    was trying --

7              MS. DeGETTE:  I need a yes or no; I

8    only have five minutes.  I'm sorry.

9              So as far back as 2004, ten years

10   ago, GM conducted a problem resolution tracking

11   system inquiry after it learned of an incident

12   where the key moved out of the run condition in

13   a 2005 Chevrolet Cobalt; is this correct?

14             MS. BARRA:  Again, you're relating to

15   specific incidents that happened --

16             MS. DeGETTE:  You don't know?

17             MS. BARRA:  -- in our entire

18   investigation.

19             MS. DeGETTE:  You don't know about

20   that?  Take a look at Tab 8, please.

21             Yeah.  And by the way, ma'am, I'm

22   getting this information from the chronology

48

1    that GM provided to NHTSA.

2              MS. BARRA:  Right.  And there --

3    and --

4              MS. DeGETTE:  So, let me ask you,

5    again, as far back as 2004, GM conducted a

6    problem resolution tracking system inquiry

7    after it learned of an incident where the key

8    moved out of the run condition; is that

9    correct?

10             MS. BARRA:  Yes.

11             MS. DeGETTE:  Thank you.  Now, after

12   the PRTS inquiry, one engineer advised against

13   further action because there was, quote, no

14   acceptable business case to provide a

15   resolution, and the PRTS was closed; is that

16   correct?

17             MS. BARRA:  If that is true, that is a

18   very disturbing fact.

19             MS. DeGETTE:  Yes, it is.

20             MS. BARRA:  That is not the way we

21   make decisions.

22             MS. DeGETTE:  Okay.  Again in 2005 GM

49

1      received more reports of engines stopping when

2      the keys were jerked out of the run condition.

3               Further investigations were

4      conducted and engineers provide -- proposed

5      changes to the keys, is that correct?

6               MS. BARRA:  It's part of our

7      investigation to get that complete timeline

8      under --

9               MS. DeGETTE:  Okay.  Well, much of

10     this I'm taking from the timeline GM has

11     already done.

12               MS. BARRA:  Which was a summary.

13               MS. DeGETTE:  Okay.  So as a result of

14     the investigation, a technical service bulletin

15     was issued to dealers that if car owners

16     complained, they should be warned of this risk

17     and advised to take unessential items from the

18     keychain, but this recommendation was not made

19     to the public.

20               No public statements were issued,

21     no recall set; is that correct?

22               MS. BARRA:  It's my understanding,

50

1    yes.

2              MS. DeGETTE:  Thank you.

3                   In 2006, GM had contracted with

4    Delphi to redesign the ignition switch to use a

5    new detent plunger and spring that would

6    increase torque force in the switch; is that

7    correct?

8              MS. BARRA:  Yes.

9              MS. DeGETTE:  And for some reason,

10   though, the new switch was not given a part

11   number and instead shared a number with the

12   original defective switch; is that correct?

13             MS. BARRA:  Yes.

14             MS. DeGETTE:  Now, this new switch

15   also did not meet GM's minimum torque

16   specifications either.  This one Delphi said

17   was in the range of ten to 15 and it really

18   should have been 15 at a minimum; is that

19   correct?

20             MS. BARRA:  I have not seen the test

21   results from then.

22             MS. DeGETTE:  You don't know that.

51

1    Okay.  Now, despite these facts, GM continued

2    to manufacture cars with these same ignition

3    switches from models 2008 to 2011; is that

4    correct?

5              MS. BARRA:  Yes.

6              MS. DeGETTE:  And between 2004 and

7    2014, no public notices were issued as a result

8    of GM's knowledge of these facts and no recalls

9    were issued for the over 2.5 million vehicles

10   manufactured with these defective ignition

11   switches; is that correct?

12             MS. BARRA:  Yes.

13             MS. DeGETTE:  And, finally, three

14   recalls were made this year, 2014 -- 2014, two

15   in February and one just last Friday; is that

16   right?

17             MS. BARRA:  Related to this ignition

18   switch.

19             MS. DeGETTE:  Now, I have -- I have

20   just a couple more questions.

21                  The first question I have,

22   Ms. Barra, GM is intending to replace all the

52

1     switches for those cars beginning on April 7th;

2     is that right?

3              MS. BARRA:  We will begin shipping

4     material, or new parts --

5              MS. DeGETTE:  Now, are you going to

6     put a completely redesigned switch or are you

7     going to put the old switches from 2006 into

8     those cars?

9              MS. BARRA:  It's going to be a switch

10    that meets the --

11             MS. DeGETTE:  Is it going to be a

12    newly designed switch or is it going to be the

13    old switch from 2006?

14             MS. BARRA:  It's the old design that

15    meets the performance that's required to act.

16             MS. DeGETTE:  Okay.  I have more

17    questions, Mr. Chairman.  Perhaps we can do

18    another round.  Thank you.

19             CHAIRMAN MURPHY:  But an important

20    part, follow-up, several members are concerned

21    about this, too.  You're saying that there is

22    an ongoing investigation, you cannot comment on

53

1    these yet.

2              Are you getting updates on a

3    regular basis as this is going on?

4          MS. BARRA:  From Mr. Valukas?

5          CHAIRMAN MURPHY:  From anybody in the

6    company regarding these proceedings, are you

7    getting updates?

8          MS. BARRA:  Yes, I am.

9          CHAIRMAN MURPHY:  Thank you.  Now go

10   to the chairman of the full committee,

11   Mr. Upton, for five minutes.

12         MR. UPTON:  Thank you once again,

13   Ms. Barra, for being here this afternoon.

14              I want to make sure that we ask

15   similar questions of both you and of NHTSA.  We

16   want to learn about the documents that were

17   submitted on a timely and appropriate basis to

18   that end, and in fact, what did they do with

19   that information.

20              The documents that we've looked

21   at produced showed that GM received complaints

22   about its Cobalt ignition switch for about two

54

1    years that ultimately resulted in a redesigned

2    ignition switch in 2006.

3              Who within GM would have known

4    about those specific complaints?  What was the

5    process back then?

6              MS. BARRA:  I -- I was not a part of

7    that organization at the time; that's why I'm

8    doing the investigation, to understand that.

9              MR. UPTON:  So you don't know the

10   folks that it would have been reported to at

11   this point; is that right?

12             MS. BARRA:  I don't know the people

13   who would have been handling this issue at that

14   point.

15             MR. UPTON:  But you're getting updates

16   and what -- what's supposed to happen?  Looking

17   back, what should have happened when these

18   reports came in?

19             MS. BARRA:  In general when you have

20   an issue, a product issue, a safety issue, a

21   field incident, any type of issue that comes

22   in, you have a team of engineers that are the

55

1    most knowledgeable that work on that.

2              If they see there is an issue,

3    they elevate it to a cross functional team that

4    looks at it and then it goes to a group for a

5    decision.

6         MR. UPTON:  Now, we know that the

7    ignition switch was, in fact, redesigned

8    because it didn't meet the specs that were

9    there; is that right?

10        MS. BARRA:  Yes.

11        MR. UPTON:  Now, I would guess that

12   Engineering 101 would normally require that

13   when you assign a new part or replace a new

14   part -- or a replace a part with a new part,

15   that that newly redesigned part in fact should

16   have a different number on it; is that right?

17        MS. BARRA:  That is correct.

18        MR. UPTON:  So -- And that didn't

19   happen, right?  Did not happen?

20        MS. BARRA:  That is correct.

21        MR. UPTON:  Who within GM made the

22   decision to move forward with that redesigned

56

1    switch without a new part number?  Do you know

2    who that is?

3              MS. BARRA:  I do not know the name of

4    the individual.

5              MR. UPTON:  Are you going to be able

6    to find that out for us?

7              MS. BARRA:  Yes, I will.

8              MR. UPTON:  And will you give that

9    name to our committee?

10             MS. BARRA:  I can provide that.

11             MR. UPTON:  Is it -- Is it likely that

12   that same person was the one that decided not

13   to recall the defective version?  Where --

14   where did that -- Where in the timeline is

15   that?

16             MS. BARRA:  I don't know, but that is

17   part of the investigation that we're doing.

18             MR. UPTON:  Do you know when it was

19   that it was discovered, what year -- you know,

20   where in the timeline that it was discovered

21   that, in fact, a new part number was not

22   assigned?

57

 1          MS. BARRA:  I became aware of that

 2    after we did the recall and the timeline was

 3    put together.

 4          MR. UPTON:  So that was just within

 5    the last month or so; is that right?

 6          MS. BARRA:  That's when I became

 7    aware.

 8          MR. UPTON:  But when did GM realize

 9    that no new part number had been assigned?

10          MS. BARRA:  Again, that's part of our

11    investigation.  I'm -- I want to know that just

12    as much as you because that is an unacceptable

13    practice.  It is not the way we do business.

14          MR. UPTON:  So you've stated publicly

15    that something went wrong with the process?

16          MS. BARRA:  Yes.

17          MR. UPTON:  How is the process

18    supposed to work?  How are you redesigning the

19    process to ensure that, in fact, it should work

20    the way that it needs to work?

21          MS. BARRA:  Well, one of the things

22    we're doing is the investigation by

58

1    Mr. Valukas.  I have some early findings from

2    Mr. Valukas.

3                As we look across the company, it

4    appears at this time there were -- was

5    information in one part of the company and

6    another part of the company didn't have access

7    to that.

8                At times they didn't share

9    information just by course of process, or they

10   didn't recognize that the information would be

11   valuable to another area of the company.

12               We have fixed that.  We have

13   announced a new position, Jeff Boyer, who is

14   the vice president of Global Vehicle Safety.

15   All of this will report to him.

16               He will have additional staff and

17   have the ability to cut across the organization

18   and will also have the right functional

19   leadership that understands what's going on in

20   the different areas, so that's a fix we've

21   already made and he is operating that way

22   today.

59

1          MR. UPTON:  So when GM received

2    complaints about ignition switches for a number

3    of years and ended up resulting in the

4    redesigned ignition switch in '06, when was it

5    that anyone linked up the ignition switch

6    problems to look at the Cobalt's airbags not

7    deploying?

8               Was that at about the same time?

9    Was that later?  What's the timeline on that?

10         MS. BARRA:  That is something I very

11   much want to understand and know, but I --

12   again, this is -- we are doing an investigation

13   that spans over a decade.  And it's very

14   important because designing a vehicle is a very

15   complex process that we get a detailed

16   understanding of exactly what happened because

17   that's the only way we can know that we can fix

18   processes and make sure that it never happens

19   again.

20         MR. UPTON:  When was it that GM

21   informed NHTSA that, in fact, redesigns -- Did,

22   in fact, GM inform NHTSA that the ignition

60

1    switch had been redesigned?

2              MS. BARRA:  I don't know that.

3              MR. UPTON:  I yield -- I yield back.

4              CHAIRMAN MURPHY:  Gentleman yields

5    back.

6              Now recognize the ranking member

7    of the full committee, Mr. Waxman, for five

8    minutes.

9              MR. WAXMAN:  Thank you, Mr. Chairman.

10             Ms. Barra, we've heard about how

11   in 2002 GM approved the use of faulty ignition

12   switches in Cobalts, Ions, and other cars,

13   that's what caused many of the problems that

14   led to the recall of the cars for model years

15   2003 to 2007, so new ignition switches were

16   designed and approved by General Motors.  These

17   were switches that were used -- were in use in

18   the model years 2008 to 2010.

19             Does that all sound right to you?

20   Am I correct in what I'm saying?

21             MS. BARRA:  There's a couple

22   statements you made at the beginning --

61

1          MR. WAXMAN:  Oh.

2          MS. BARRA:  -- that I don't know to be

3     true.

4          MR. WAXMAN:  Well, in 2002 GM approved

5     the use of what turned out to be faulty

6     ignition switches in several of these cars?

7          MS. BARRA:  They were actually -- they

8     were parts that went into a 2003, was the

9     earliest model.

10          MR. WAXMAN:  Well, the tests were done

11     in 2002, but the cars were 2003 to 2007, so we

12     had a recall of those cars?

13          MS. BARRA:  Right.

14          MR. WAXMAN:  And then there was a new

15     switch, new ignition switch, designed and

16     approved by GM, and these new switches were in

17     use in the model years 2008 to 2010 Cobalts and

18     Ions; is that --

19          MS. BARRA:  To the best of my

20     knowledge, that's correct.

21          MR. WAXMAN:  Okay.  But in a briefing

22     last week, Delphi told committee staff that

62

1    these new switches also did not meet GM

2    specifications.

3              They told us the force required

4    to turn these switches was about two-thirds of

5    what GM said it should be, and documents that

6    were provided to the committee also confirmed

7    that top GM officials were aware of the

8    out-of-spec switches in 2008 and 2002 vehicles

9    in December, 2013, so there is a document -- if

10   you want to look it up, it's Tab 39, Page 6 of

11   your binder.

12             There was a December presentation

13   for GM's high-level executive field action

14   decision committee, and that meeting -- at that

15   meeting they showed that the performance

16   measurement for almost half of 2008 -- so you

17   go to 2008-2010 model year vehicles -- ignition

18   switches were below the minimum GM-required

19   specifications.

20             My question to you is are you

21   concerned that many 2008 to 2010 model year

22   cars have switches that do not meet the

63

1     company's specifications?

2              MS. BARRA:  As we assessed the

3     situation, my understanding, that there was

4     work going on to look at these switches again,

5     looking at -- Just because a switch -- or a

6     part, an engineered part, doesn't meet

7     specification does not necessarily mean it is a

8     defective part.

9              As that analysis was going on, at

10    the same time we were doing the look across to

11    make sure we could get all of the spare parts

12    and when we recognized that spare parts might

13    be -- have been sold through third parties that

14    have no tracking to know which, then we made

15    the decision --

16             MR. WAXMAN:  Well, your own

17    executives --

18             MS. BARRA:  -- to recall all of those

19    vehicles.

20             MR. WAXMAN:  -- were informed that a

21    lot of these cars, those model years, had

22    switches that were just as defective as the

64

1    2003 to 2007 cars, that -- those cars were

2    recalled, but you didn't recall the model year

3    2008 to 2011 vehicles until a month later, on

4    March 28th, why did the company delay in

5    recalling these newer vehicles?

6            MS. BARRA:  The company was looking --

7    My understanding is the company was assessing

8    those -- those switches, but again, at the same

9    time again in parallel they were looking at the

10   spare parts issue, and the spare parts issue

11   became very clear we needed to go and get all

12   of those vehicles because we couldn't identify

13   which vehicles may have had a spare part put in

14   them, and we --

15           MR. WAXMAN:  But you didn't --

16           MS. BARRA:  And we did recall the

17   entire population.

18           MR. WAXMAN:  But you recalled those

19   vehicles?  You recalled them later?

20           MS. BARRA:  Yes, we did.

21           MR. WAXMAN:  But not when you knew

22   there was a problem?

65

1          MS. BARRA:  Well, we recalled them --

2          MR. WAXMAN:  Your recall of these

3     later vehicles did not mention the faulty

4     switches that were originally installed in the

5     cars, they mentioned only, quote, faulty

6     switches may have been used to repair the

7     vehicles.

8               Why did the company not announce

9     that subpar switches may have been installed in

10    those cars in the first place?

11         MS. BARRA:  Again, there was an

12    assessment going on to understand whether the

13    specification -- the parts performance was

14    adequate.

15         MR. WAXMAN:  Well, wasn't it

16    misleading to say that the company didn't tell

17    them subpar switches may have been installed in

18    the first place?

19               What if I owned a later model car

20    with its original ignition switch?  Your recall

21    implies that I don't have to do anything, but

22    my car might still -- still have a subpar

66

1      switch.

2                  Will your company conduct a

3      detailed analysis of these late model vehicles

4      to determine if they're safe and will you

5      provide the committee with warranty reports and

6      other information so we can do our own

7      analysis?

8                  MS. BARRA:  I believe we're recalling

9      all of those parts.  All of those vehicles are

10     being recalled.

11                 MR. WAXMAN:  They're all being

12     recalled.  Well, I must say, in conclusion,

13     Mr. Chairman, I'm concerned.

14                 I know you've taken this job at

15     an inauspicious time, you're trying to clean up

16     a mess that was left behind for you by your

17     predecessors, but I have one last question:

18     How can GM assure its customers that new

19     switches being installed beginning April 7th

20     will finally meet GM's requirements?

21                 Thank you.

22                 MS. BARRA:  We have done -- we are

67

1    working very closely with our supplier, our

2    executive director responsible for switches is

3    personally looking at the performance of the

4    new switches.

5                    We will do 100 percent

6    end-of-line testing to make sure that the

7    performance, the safety, the functionality of

8    these switches are -- are safe.

9              CHAIRMAN MURPHY:  Thank you.  The

10   gentleman's time has expired.

11                   Ms. Barra, let me ask one

12   question, I just want to be clear.

13                   Did you review the documents that

14   GM submitted to the committee?

15             MS. BARRA:  No, I did not.  There was

16   over 200,000 pages --

17             CHAIRMAN MURPHY:  How about the

18   document Mr. Waxman is talking about, did you

19   review that?

20             MS. BARRA:  This page right here?

21             CHAIRMAN MURPHY:  Yes.

22             MS. BARRA:  I actually saw this for

68

1      the first time I think a day ago.

2              CHAIRMAN MURPHY:  Thank you.  Now I

3      will recognize Ms. Blackburn for five minutes.

4              MS. BLACKBURN:  Thank you,

5      Mr. Chairman.

6                  Ms. Barra, you've mentioned

7      several times in your comments:  "Today's GM",

8      so my assumption is that you are going to run

9      GM in a different manner than it has been run

10     in the past --

11             MS. BARRA:  That's correct.

12             MS. BLACKBURN:  -- and that you are

13     making some changes.

14                 I want to ask you just a little

15     bit about timeline, helping us to get our hands

16     around this, because we're -- this is the first

17     investigation we're going to do.

18                 We're going to have others and

19     continue to look at this to get answers and

20     figure out what has happened here between you

21     all and NHTSA and also within what happened at

22     GM, so you mentioned in your testimony that

69

1      this came to light on your watch, so I am

2      assuming that there was no widespread knowledge

3      in GM about this issue until you became CEO.

4                  Am I correct on that?

5                  MS. BARRA:   At the senior level of the

6      company, we learned of this after the recall

7      decision was made on January 31st.

8                  I was aware there -- in late

9      December there was analysis going on on a

10     Cobalt issue, but I had no more information

11     than that, but I can assure you, as soon as we

12     understood -- the senior leadership understood

13     this issue and that a recall decision had been

14     made we acted without hesitation.

15                 MS. BLACKBURN:   Okay then.   How did

16     you find out about it?   Was it through someone

17     bringing the issue to you to say, Ms. Barra, we

18     have a real problem here, or in doing your due

19     diligence did you find out about it?

20                 MS. BARRA:   The committee -- the

21     leadership committee responsible for making

22     recall decisions made a decision on

70

1    January 31st.

2              They notified Mark Reuss, who

3    immediately picked up the phone and called me.

4         MS. BLACKBURN:  Okay.  And could you

5    submit to us the members of that leadership

6    committee that make those --

7         MS. BARRA:  Yes.

8         MS. BLACKBURN:  -- recommendations?

9    Thank you.

10             And then was your predecessor,

11   Mr. Akerson, your predecessor, was he aware of

12   this issue?

13        MS. BARRA:  Not to my knowledge.

14        MS. BLACKBURN:  He was not.  Are any

15   members of the leadership committee also --

16   were they a part of his leadership committee?

17        MS. BARRA:  There are members of

18   today -- today's team that were also members of

19   Mr. Akerson's leadership team, and to my

20   knowledge, they were not aware.

21        MS. BLACKBURN:  Okay.  Do you think

22   there was a cover-up or it was sloppy work?

71

1          MS. BARRA:  That is the question I

2     have asked Mr. Valukas to uncover, and I'm

3     anxiously awaiting the results from his -- his

4     study.

5          MS. BLACKBURN:  Okay.  Do you think it

6     had anything to do with the auto bail-out?

7          MS. BARRA:  With, I'm sorry?

8          MS. BLACKBURN:  With the auto

9     bail-out.  Do you think it had anything --

10         MS. BARRA:  Again, I need to -- to get

11    the results of the study to make all

12    determinations.

13         MS. BLACKBURN:  And going back to what

14    Mr. Upton said, you're going to be sharing that

15    information with us?

16         MS. BARRA:  Yes, we will.

17         MS. BLACKBURN:  And get those --

18         MS. BARRA:  We will be transparent.

19         MS. BLACKBURN:  Okay.  Was there --

20    the engineers that were responsible for this,

21    have you brought them into the process?

22              I know this is something that the

72

 1    part was actually created by Delphi, correct?

 2              MS. BARRA:  Correct.

 3              MS. BLACKBURN:  And they have an

 4    engineering team that was working on that, so

 5    they have a shared responsibility and liability

 6    in this entire issue.

 7                    Have you met with them and with

 8    the engineering team that was responsible

 9    for -- for this switch?

10              MS. BARRA:  I have not met with the

11    specific engineering team --

12              MS. BLACKBURN:  Okay.

13              MS. BARRA:  -- that was responsible,

14    but I am speaking to leadership, and those

15    individuals are being interviewed as part of

16    the investigation conducted by Mr. Valukas.

17              MS. BLACKBURN:  Okay.  Now, going

18    back, did you say that this was a defective

19    part when you talked about it earlier?

20              MS. BARRA:  We have learned when we --

21    when we knew -- when the recall decision was

22    made and we later went back and looked at the

73

1    chronology, there's points that suggest -- and

2    that's why we're doing the investigation.

3          MS. BLACKBURN:  Okay.  All right.

4    Now, I think that you're going to hear from

5    more than one of us about not having a new part

6    number assigned.  That -- Who made that

7    decision?

8          Was that strictly a Delphi

9    decision, or did that come into the GM supply

10   chain for that decision to be made as to how

11   that part number would be coded?

12         MS. BARRA:  At a general level,

13   General Motors is responsible for General

14   Motors parts numbers.

15         MS. BLACKBURN:  Okay.

16         MS. BARRA:  But, again, that's part of

17   the investigation to understand how that

18   happened.

19         MS. BLACKBURN:  Okay.  Does that seem

20   inconceivable to you?

21         MS. BARRA:  Yes, it is inconceivable,

22   it is not our process, and it is not

74

1    acceptable.

2              MS. BLACKBURN:  Okay.  I -- I would

3    think that it probably is -- is not.

4              Have you asked Delphi if you can

5    have access to their documentation and their

6    e-mail chain dealing with this issue?

7              MS. BARRA:  I have not, and we'll --

8    Again, Mr. Valukas will go as the investigation

9    takes him to get the information he needs to

10   make a complete and accurate accounting of what

11   happened.

12             MS. BLACKBURN:  Okay.  My time has

13   expired.  Thank you, Mr. Chairman.

14             I yield back.

15             CHAIRMAN MURPHY:  Just for

16   clarification, Ms. Blackburn, we have asked for

17   that e-mail chain from Delphi, and we'll let

18   you know when we get that.

19             Now recognize Chairman Emeritus

20   of the committee, Mr. Dingell, for five

21   minutes.

22             MR. DINGELL:  Mr. Chairman, I thank

75

1      you for your courtesy.

2                  I begin by telling the families

3      of those who were injured or killed by the

4      defective General Motors' vehicles they have

5      our sympathy, and we believe the events here

6      are tragic indeed, and I join everyone in

7      expressing my condolences to the families who

8      were killed or injured in those crashes.

9                  Now, it is incumbent upon the

10     Congress, federal regulators and General Motors

11     to determine how these deaths could have

12     happened and to take reasonable steps to ensure

13     that the safety of American motorists and their

14     families are moving forward.

15                 I expect that this investigation

16     will be thorough, and I counsel all the

17     stakeholders to be unabashedly forthright.

18                 Now, Ms. Barra, I'd like to build

19     on Chairman Murphy's line of questioning, and

20     all of my questions will require yes or no

21     answers.

22                 If you cannot answer some of my

76

1    questions, I expect that you will submit

2    responses for the record and all available

3    relevant supporting materials.

4                Now, Ms. Barra, is it correct

5    that GM has now recalled approximately

6    2.5 million small cars in the United States due

7    to defective ignition switches?

8          MS. BARRA:  Yes.

9          MR. DINGELL:  Yes or no.

10               Now, Ms. Barra, is it correct

11   that GM recently expanded its recall of small

12   cars because it was possible that defective

13   ignition switches may have been installed as

14   replacement parts?  Yes or no.

15         MS. BARRA:  Yes.

16         MR. DINGELL:  Ms. Barra, is it correct

17   that the ignition switch in question was

18   originally developed in the late 1990's and

19   approved by General Motors in February of 2002?

20   Yes or no.

21         MS. BARRA:  Yes.

22         MR. DINGELL:  Ms. Barra, is it correct

77

1      that General Motors' own design specifications

2      for such ignition switch required 20 plus or

3      minus five Newton centimeters of torque to move

4      the switch from the accessory position to the

5      run position?  Yes or no.

6              MS. BARRA:  Yes.

7              MR. DINGELL:  Ms. Barra, is it correct

8      that General Motors approved production of such

9      ignition switch despite test results by Delphi

10     during the production part approval process, or

11     PPAP, showing that the switch did not meet GM's

12     torque requirement?  Yes or no.

13              MS. BARRA:  It's not clear to me.

14              MR. DINGELL:  Now, Ms. Barra, is it

15     correct that General Motors approved a redesign

16     of the ignition switch used in the

17     presently-recalled vehicles in April of 2006?

18              MS. BARRA:  Yes.

19              MR. DINGELL:  Ms. Barra, and is it

20     correct that GM's torque requirement for the

21     redesigned switch remained the same as for the

22     original ignition switch?  Yes or no.

78

1          MS. BARRA:  It is not clear to me and

2    that's why we're -- focused the investigation

3    on that area specifically.

4          MR. DINGELL:  When that information

5    becomes available, would you submit it to the

6    committee, please?

7          MS. BARRA:  Yes, I will.

8          MR. DINGELL:  Now, Ms. Barra, to your

9    knowledge, did the redesigned ignition switch

10   meet GM's torque requirements?  Yes or no.

11         MS. BARRA:  I believe --

12         MR. DINGELL:  Do you want me to say it

13   again?  To your knowledge, did the redesigned

14   ignition switch meet GM's torque requirement?

15   Yes or no.

16         MS. BARRA:  It's part of the

17   investigation.

18         MR. DINGELL:  Ms. Barra, will you

19   please submit for the record an explanation of

20   the factors that GM takes into consideration

21   when approving a part for production?

22              Are there circumstances where GM

79

1    may approve parts for production when such

2    parts do not make such design specifications?

3    Yes or no.

4              MS. BARRA:  Yes.

5              MR. DINGELL:  If so, could you please

6    submit materials for the record explaining when

7    and why that might occur?

8              MS. BARRA:  Yes.

9              MR. DINGELL:  Ms. Barra, I appreciate

10   the lengths to which GM under your leadership

11   is going to recall the vehicles and ensure that

12   they are safe to drive.

13              GM's cooperation with the

14   committee is necessary in order to understand

15   the process by which and the reasons decisions

16   were made leading up to the 2014 recall.

17              You may have so far done so, and

18   I expect that you will continue to do so.

19   Thank you for your courtesy, Mr. Chairman.

20              Thank you, Ms. Barra.

21              I yield back the balance of my

22   time.

80

1          CHAIRMAN MURPHY:   Gentleman yields

2     back.   Now recognize the Chairman Emeritus of

3     the majority, Mr. Barton of Texas, for five

4     minutes.

5          MR. BARTON:   Thank you, Mr. Chairman.

6               Before I ask my questions, I want

7     to make just a general observation.   This is

8     probably the last major investigation that this

9     subcommittee and full committee is going to

10    conduct where we have the services of

11    Mr. Dingell and Mr. Waxman.

12              We've had a history on this

13    committee and this subcommittee going back at

14    least 40 to 50 years that when we have major

15    issues, we try to approach them on behalf of

16    the American people in a nonpartisan, very open

17    way, and it certainly appears that we're going

18    to continue that tradition today, so I hope

19    that we can show the best to the American

20    people that the Congress at its best gets the

21    facts, presents the facts, and does so in a way

22    that in the future we protect the public health

81

1    and safety for the American people.

2              Now, with that caveat, I do have

3    a few questions.  A number of Congressmen so

4    far have made the point that these ignition

5    switches didn't appear to meet specifications,

6    and I -- my assumption is that you have agreed

7    that they did not meet specification.

8              Is that correct?

9         MS. BARRA:  We have learned that as we

10   did the recall.

11        MR. BARTON:  Now, I'm an industrial

12   engineer, and I used to be a registered

13   professional engineer.  I'm not currently

14   registered, but I have been in the past.

15             Why in the world would a company

16   with the stellar reputation of General Motors

17   purchase a part that did not meet its own

18   specifications?

19        MS. BARRA:  I want to know that as

20   much as you do.  It is not the way we do

21   business today, it's not the way we want to

22   design and engineer vehicles for our customers.

82

1          MR. BARTON:  I mean, I just don't

2     understand that.  I never worked in an auto

3     assembly environment, I've worked in a defense

4     plant, an aircraft plant.  I was plant manager

5     of a printing plant.  I've done limited, very

6     limited consulting in the oil and gas industry,

7     but I've never been a part of an organization

8     that said we set the specs, when a part doesn't

9     meet the specs, we go ahead and buy it anyway.

10          And I just -- you know, you're

11     currently the CEO, but at one time I think

12     before you became CEO you were the vice

13     president for global product development,

14     purchasing and supply chain.  Let me --

15          Is it your position now that

16     General Motors will not accept parts that don't

17     meet specifications?

18          MS. BARRA:  We will not accept parts

19     that don't meet our performance, safety,

20     functionality, durability requirements.

21          As I mentioned before in the

22     steel example, there will be times where there

83

1    will be a material or a part that doesn't meet

2    the exact specification, but after analysis and

3    looking at the information, the safety, the

4    durability, the reliability, the functionality,

5    it will be okay.

6                  That happens very often as we buy

7    steel to make the bodies of the vehicles.

8                  MR. BARTON:  Well, then -- then you

9    don't need specifica --

10                  MS. BARRA:  No, but -- but --

11                  MR. BARTON:  What you just answered is

12   gobbledygook.

13                  MS. BARRA:  But --

14                  MR. BARTON:  It's your own

15   specification.  It's your company's

16   specification.

17                  If a part doesn't meet the

18   specification, why in the world would you not

19   refuse it and only accept a part that meets a

20   specification?

21                  MS. BARRA:  There needs to be a

22   well-documented process if you accept a part

84

1        that doesn't meet the original specification.

2                    MR. BARTON:  A --

3                    MS. DeGETTE:  Will the chairman yield?

4                    CHAIRMAN MURPHY:  Briefly, yes.

5                    MS. DeGETTE:  Do you have that

6        information?

7                    MS. BARRA:  On steel?

8                    MS. DeGETTE:  No, on starters.

9                    MS. BARRA:  On the ignition switch?

10                   MS. DeGETTE:  Yeah.  If it doesn't --

11       didn't meet specifications, do you have the

12       information on these starters, that it met all

13       these other criteria?

14                   MS. BARRA:  That is part of the

15       investigation, but clearly by the fact that we

16       made a recall, it did meet -- did not meet the

17       performance specifications.

18                   MR. BARTON:  We have the advantage as

19       the subcommittee that we know now what happened

20       in the past, we know now that there is a real

21       problem, we know now that -- that a number of

22       young people have lost their lives apparently

85

1    because of this -- this defect, so we have the

2    advantage of hindsight, and so I understand

3    that, but as Ms. DeGette just said, and a

4    number of others, there's no reason to have

5    specifications if you don't enforce them.

6              This next question is not a trick

7    question, but it's an important question.

8              Right now how many parts are

9    being used in General Motors' product that

10   don't meet your own company specifications?

11        MS. BARRA:  I don't have that exact

12   number, but I can tell you the parts that we're

13   using today meet the performance and the

14   reliability, the safety, that they need to.

15             If we find we have a part that is

16   defective that doesn't meet the requirements,

17   we then do a recall or --

18        MR. BARTON:  Well, again, that's not

19   an acceptable answer I think to the American

20   people.  We're not telling you the

21   specifications to set.

22             Now, there are some safety

86

1    specifications that by law and NHTSA by

2    regulation set, but there shouldn't be a part

3    used in any GM product -- or for that matter,

4    any other automobile product that's sold in the

5    United States that doesn't -- that doesn't meet

6    the specifications.

7              My last question -- Well, at what

8    level was the decision made to override and to

9    use this part even though it didn't meet

10   specification?

11             Was that made at the

12   manufacturing level, at the executive level, or

13   even at some subcomponent purchasing level?

14             Do you know that right now?

15        MS. BARRA:  That's part of our

16   investigation, to find that question -- answer

17   that question.

18        MR. BARTON:  All right.  Thank you.

19   Thank you, Mr. Chairman.

20        CHAIRMAN MURPHY:  All right.

21   Gentleman's time has expired.

22             Now recognize Mr. Braley for five

87

1      minutes.

2                    MR. BRALEY:  Thank you, Mr. Chairman.

3                    Ms. Barra, we've had different

4      perspectives during this hearing; you've been

5      appropriately focusing your attention on the

6      members of this committee and answering our

7      questions, and I've been staring at these

8      photographs on the back wall, and I see young

9      women the same age as my daughter, I see young

10     men the same age as my two sons.  My son Paul

11     owns one of your Cobalts.

12                    I see a young Marine in his dress

13     blues, and I'm reminded of the photograph I

14     have in my office upstairs of my father at the

15     age of 18 in his dress blues at Camp Pendleton,

16     and the focus of this hearing so far has been

17     on GM's commitment to safety, which I think we

18     all agree is an important topic for this

19     hearing.

20                    You testified in your opening --

21     and I think I am quoting -- our customers and

22     their safety are at the center of everything we

88

1    do, and you responded to a question from

2    Ms. Blackburn and told us that you were going

3    to run GM differently than it's been run in the

4    past, and I have a copy of GM's March 18th

5    press release announcing Jeff Boyer as your new

6    Vice President of Global Vehicle Safety, and in

7    this press release he is quoted as saying

8    nothing is more important than the safety of

9    our customers and the vehicles they drive.

10   Today's GM is committed to this, and I am ready

11   to take on this assignment.

12            20 years ago today, before this

13   hearing, an Iowa family harmed by another

14   defective GM vehicle gave me this promotional

15   screwdriver set that they got from their local

16   GM dealer, and if you look at it, on the

17   outside it has a slogan, "Safety comes first at

18   GM."

19            So my question for you -- and I

20   think the question that these families back

21   here want to know, is what's changed at GM?

22                  Isn't it true that throughout its

89

1    corporate history GM has represented to the

2    driving public that safety has always been

3    their number one priority?

4              MS. BARRA:  I can't speak to the

5    statements that were made in the past; all I

6    can tell you is the way we are working now, the

7    training that we've done.  We have changed our

8    core values, the decision-making.

9              We're leading -- we're leading by

10   example, we're -- you know, one of the process

11   changes that we've also made is in addition to

12   when the technical community makes their

13   decision about a safety recall or a recall, we

14   are going to be reviewing it, Mark Royce, the

15   head of local product development and myself,

16   to see if there is more than we want to do.

17   We --

18             MR. BRALEY:  Hasn't the core values of

19   General Motors always been that safety comes

20   first?

21             MS. BARRA:  I've never seen that part

22   before.

90

1          MR. BRALEY:  Isn't it true that

2     throughout the history of the company it's made

3     representations like this to the driving public

4     as a way of inducing them to buy your vehicles?

5          MS. BARRA:  Today's General Motors,

6     we -- All I can tell you is today's General

7     Motors, we are focused on safety.

8               We have over 18 vehicles that

9     have five-star crash rating.  Our entire Buick

10    lineup meets that requirement.  We take it

11    very --

12         MR. BRALEY:  But we are talking about

13    these vehicles and what's changed.

14              Have you had a chance to read

15    this article in the Saturday New York Times, a

16    Florida engineer's eureka moment with a deadly

17    GM flaw?

18         MS. BARRA:  I believe I read a portion

19    of that article.

20         MR. BRALEY:  Okay.  This is an article

21    by a writer named Bill Vlasic, and he wrote in

22    here about an engineer named Mark Hood who was

91

1    at a loss to explain why the engine in Brooke

2    Melton's Cobalt had suddenly shut off causing

3    her fatal accident in 2010 in Georgia?

4            Then he bought a replacement for

5    $30 from a local GM dealership and the mystery

6    quickly unraveled.

7            For the first time someone

8    outside GM, even by the company's own account,

9    had figured out a problem that it had known

10   about for a decade and is now linked to 12

11   deaths.

12           Even though the new switch had

13   the same identification number, Mr. Hood found

14   big differences, and then the article

15   continues, So began the discovery that would

16   set in motion GM's worldwide recall of

17   2.6 million Cobalts and other cars and one of

18   the gravest safety crises in the company's

19   history.

20           Do you agree with the author that

21   this is a grave safety crisis in the history of

22   General Motors?

92

1          MS. BARRA:  I've said that this

2     incident took way too long, it is not

3     acceptable, and that's why we're making radical

4     change to the entire process, adding more

5     resources, and even a vice president of Global

6     Vehicle Safety, who is tremendously experienced

7     and of the highest integrity, and we will

8     continue to make processes and -- process

9     changes and people changes as we get the

10    results of the Mr. Valukas investigation, and

11    we will take all of those recommendations and

12    we will make changes.

13          MR. BRALEY:  Before I yield back,

14    Mr. Chairman, I would like to ask unanimous

15    consent to have this article added to the

16    record as part of the hearing if it's not

17    already part of the record.

18          CHAIRMAN MURPHY:  Without objection,

19    so --

20          MS. BLACKBURN:  If the gentleman would

21    yield his remaining second, Ms. Barra said they

22    had changed their core values; I think it would

93

1    be great if she could submit to us what those

2    new core values for GM are so we would have

3    those for the record.

4              CHAIRMAN MURPHY:  We'll ask that for

5    the record.

6              MR. BRALEY:  And I would also like to

7    have any prior statement of core values from

8    General Motors over the last 20 years so that

9    we can see what has changed, Mr. Chairman.

10             CHAIRMAN MURPHY:  We'll be asking the

11   members for -- several questions to submit to

12   GM for the record.

13                 Now recognize the vice chair of

14   the subcommittee, Dr. Burgess, for five

15   minutes.

16             DR. BURGESS:  Thank you, Chairman, and

17   thank the witness for spending so much time

18   with us this afternoon.

19                 You mentioned, Ms. Barra, in the

20   start of your written testimony that over a

21   decade ago General Motors embarked on a small

22   car program.

94

1              Do you recall why that was?

2          MS. BARRA:  I'm sorry?

3          DR. BURGESS:  Why did GM embark on a

4     small car program ten years ago, over a decade

5     ago?

6          MS. BARRA:  To have a complete

7     portfolio, I believe.

8          DR. BURGESS:  But the mission or the

9     type of car manufactured by GM previously had

10    not -- had not fit that model, so this was an

11    entirely new business line that GM was

12    undertaking?

13         MS. BARRA:  The -- the Cobalt and --

14    There are several cars, but if you are speaking

15    specifically about the Cobalt, it was following

16    a previous small car, but it was an all new

17    program architecture, et cetera.

18         DR. BURGESS:  Was any part of this

19    done because of the cafe standards that were

20    changing?

21              Was any of this done because of

22    Congressional action that had occurred

95

1    previously?

2              MS. BARRA:  I cannot answer that

3    question.  I wasn't in decision making at that

4    point.

5              DR. BURGESS:  Let me ask you this:

6    When Mr. Waxman was giving his opening

7    statement, he said it was a shame that the

8    National Highway Traffic Safety Administration

9    did not have access to the same information

10   that General Motors had.

11             Do you think that was a fair

12   statement for him to have made?

13             MS. BARRA:  As part of the

14   investigation we're doing, I'm looking at what

15   information was provided and when.

16             DR. BURGESS:  And that, you know,

17   becomes then the troubling part of all of this,

18   I think Ranking Member DeGrette had you look at

19   Tab 8 in the -- in the information binder and

20   this was talking about the ignition key

21   cylinder assembly, and the date of the PDF that

22   I have is January 1st of 2005.

96

1              Again, you'll find that under

2    Tab 8, but later on in the same document it

3    says, We are closing this with no action.

4              The main reasons are all possible

5    solutions were presented, the lead time for

6    solutions is too long, the tooling and costs --

7    tooling costs and price -- piece price were too

8    high and none of the solutions seems to fully

9    countermeasure the possibility of the key being

10   turned off.

11             So that was all in January of

12   2005, and then, you know, as part of our

13   document evaluation for getting ready for this

14   hearing there were several accident reports

15   that were supplied to us, and one of those

16   occurred not too far away in Maryland in the

17   middle of the Summer of 2005, and in that

18   accident sequence a Cobalt hit a series of

19   trees at the end of a cul-de-sac, the driver

20   was fatally injured during that.

21             She wasn't wearing a seatbelt,

22   wasn't a terribly large individual, she weighed

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 98 of 338

97

1    about a hundred pounds.  Because the airbag did

2    not deploy, though, it would be my -- well, you

3    just have to wonder had the airbag deployed,

4    would her small frame have been protected.

5              I mean, she broke the rim off the

6    steering wheel because of the impact of the

7    collision, her body with the steering wheel and

8    steering column.

9              Of course the steering wheel

10   being somewhat indented toward the driver, the

11   lower part of the driver's body, hit her under

12   the rib cage apparently resulting in a liver

13   laceration, which resulted in the

14   exsanguination in the time sequence to get her

15   out of the crash and get her to the hospital.

16              You can't help but wonder because

17   the -- the other injuries that were reported

18   with that crash are really fairly -- fairly

19   mild.

20              You've got to believe the airbag

21   would have made a difference there.  I just

22   can't help but think that the people evaluating

98

1    this must have asked themselves why -- why no

2    airbag went off with this type of crash.

3              She was going 70 miles an hour

4    and hit an oak tree.  Wouldn't that be a

5    logical place for an airbag to deploy?

6              MS. BARRA:  First off, it's a very

7    tragic situation, some of -- the fatalities in

8    these vehicles again we see as a tragedy -- as

9    a tragedy and we have apologized.

10             As I read the document that you

11   have asked me, I find that unacceptable, that

12   any engineer would stop at that point if there

13   was an issue that they felt was a safety

14   defect, and that's why we're doing the

15   investigation, again, to put a complete

16   timeline together and I commit to you we will

17   take action and we will -- we've made process

18   changes.  We will fix the process.

19             Our goal is to have a world class

20   safety process.

21             MR. BRALEY:  And I -- I respect you

22   for -- for being here and answering that way.

99

1                    One of the other accidents that's

2      recorded in our binder under Tab 20 was a

3      head-on collision that occurred I believe in

4      Pennsylvania where another -- the Cobalt was

5      not at fault, another car went over the -- the

6      center line and there was a head-on impact.

7      Again the Cobalt airbags did not deploy.  The

8      driver of the other vehicle, the airbag did

9      deploy.

10                   It seems to me this should be a

11     red flag to the people who investigate airbag

12     non-deployments as an occurrence or as an

13     issue.

14                   In fairness let me just state

15     that all of the front seat occupants in both

16     vehicles were -- were deceased as a result of

17     that accident, so the deployment of the airbag

18     in that situation did not protect -- preserve

19     the life of the driver, but still you'd have to

20     ask the question, you've got a Cobalt and a

21     Hyundai meeting head on, why did the Cobalt's

22     airbags not deploy.

100

1              It was the exact same force for

2      both vehicles and there was no intercedent

3      jarring of the vehicle.  They didn't run off

4      the curb, they didn't run over another tree

5      first.

6              So the airbag did not deploy, and

7      why would that have been the case in that

8      particular accident?

9          MS. BARRA:  Again, it's a -- it's a

10     tragic situation any time there is a loss of

11     life in a traffic situation.

12             Again, I -- this is not a

13     report -- or an investigation that was done by

14     GM.

15             I -- I can't answer your

16     questions because it's usually very complex as

17     they look at that, so I -- I can't comment on

18     this particular study.

19         MR. BRALEY:  If that is part of your

20     internal investigation, though, I would like

21     for you to make that information available to

22     the committee staff and to the committee.

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 102 of 338

101

1           CHAIRMAN MURPHY:  It's time.

2           MS. BARRA:  We can -- We will make

3    whatever information we have available.

4           MR. BRALEY:  Thank you, and thanks for

5    being here.

6           CHAIRMAN MURPHY:  Your time has

7    expired.

8                Now recognize Ms. Schakowsky for

9    five minutes.

10          MS. SCHAKOWSKY:  Thank you.  Thank

11   you, Mr. Chairman.

12               Mr. Braley testified about the

13   pictures in the back and I think that what must

14   make it more -- even more painful is that these

15   deaths were needless, so I want to ask you

16   about something a little bit more than an

17   apology.

18               One of the many questions raised

19   about GM is how -- GM today is how they will --

20   you will handle accidents that happened prior

21   to the company's bankruptcy.

22               GM filed for bankruptcy in June,

102

1    2009, emerging as new GM about six weeks later,

2    so that means that new GM, the company as it

3    exists today, I've been told may not be liable

4    for accidents that occurred prior to July,

5    2009.

6              Is that your understanding,

7    Ms. Barra?

8              MS. BARRA:  We at GM want to do the

9    right thing for our customers, and that's why

10   we feel this is an extraordinary situation.

11             As I have said, it took too long

12   to get to the answers and the understanding

13   about this part.  That's why we have hired

14   Mr. Feinberg.

15             We feel Mr. Feinberg has had

16   extensive experience, and he will bring his

17   experience and objectivity to assess what are

18   the appropriate next steps because we do

19   understand that we have civic responsibilities

20   as well as legal responsibilities.

21             MS. SCHAKOWSKY:  Are you saying that

22   the hiring of Mr. Feinberg indicates that GM

103

1    will give some -- some kind of settlement with

2    those individuals whose -- families whose loved

3    ones lost their lives?

4            MS. BARRA:  We have just begun to work

5    with Mr. Feinberg; in fact, our first meeting

6    will be on Friday.

7            It will take probably 30 to

8    60 days to evaluate the situation, so I have --

9    we have not made any decisions.  We have just

10   started this process with Mr. Feinberg.

11           MS. SCHAKOWSKY:  And that might

12   include people who have been injured as well?

13           MS. BARRA:  Again, I -- we have not

14   made any decisions.

15           MS. SCHAKOWSKY:  Let me ask you this:

16   During GM's restructuring, did the company

17   disclose what it knew about this ignition

18   switch defect?

19           By 2009 there is no doubt

20   officials in GM were aware of this problem.

21           MS. BARRA:  I was not aware of this

22   issue, I can't speak to what was disclosed,

104

1    but -- so, again, our investigation will cover

2    if there was any information.

3             To my knowledge, there was -- it

4    was not known at the senior leadership of the

5    company.

6             MS. SCHAKOWSKY:  So does GM accept

7    responsibility for the accidents caused by the

8    company's defective vehicles?

9             MS. BARRA:  We -- I -- First of all, I

10   again want to reiterate, we think the situation

11   is tragic, and we apologize for what has

12   happened, and we are doing a full investigation

13   to understand --

14            MS. SCHAKOWSKY:  I am talking about

15   responsibility and even liability.

16            MS. BARRA:  Responsibility and -- I'm

17   sorry, I don't understand.

18            MS. SCHAKOWSKY:  And even liability.

19   Do you take responsibility?  Is the company

20   responsible?

21            MS. BARRA:  The --

22            MS. SCHAKOWSKY:  The new GM, is it

105

1      responsible?

2               MS. BARRA:  We will make the best

3      decisions for our customers, recognizing that

4      we have legal obligations and responsibilities

5      as well as moral obligations.

6               We are committed to our customers

7      and we are going to work very hard to do the

8      right thing for our customers.

9               MS. SCHAKOWSKY:  I hope that you do do

10     the right thing.  Let me ask you about some of

11     the people who potentially knew about this.

12               Where is my -- hold on one

13     second.  Okay.

14               So you've appointed a new -- for

15     the first time a president of Global Vehicle

16     Safety.

17               I have to tell you I am

18     underwhelmed by that, thinking it's such an

19     obvious thing to have someone high up that

20     would, in fact, be able to connect the

21     departments, so everyone knew -- I guess it's a

22     good thing; however, that it's finally --

106

1    finally done.

2              So we know that Ray DiGiorgio was

3    the GM engineer who approved the ignition

4    switch redesign in 2006.  Is he still an

5    employee of your company?

6         MS. BARRA:  I believe he is.

7         MS. SCHAKOWSKY:  Do you know who

8    signed off on the initial faulty ignition

9    switch that did not meet your specifications?

10        MS. BARRA:  I don't, but that's what I

11   will learn with the investigation, and after we

12   have a complete investigation from a very

13   complex process, we will take action.

14             We will change process, and we

15   will deal with any people issues.

16             I think we demonstrated in the

17   issues we learned in India with the Tavera

18   about a year ago, we will take serious steps

19   and hold people accountable.

20        MS. SCHAKOWSKY:  So no one right now

21   has lost their job as a result of this

22   knowledge about this defective part?

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 108 of 338

107

1        MS. BARRA:  We are just a few weeks

2   into the investigation by Mr. Valukas.  We've

3   already made process changes, and as I return

4   to the office after this, we will begin to look

5   at the implications now that we have more data

6   coming from the investigation and take the

7   appropriate steps.

8        MS. SCHAKOWSKY:  Thank you.  I yield

9   back.

10        CHAIRMAN MURPHY:  The gentleman yields

11   back.

12        Now recognize the gentleman from

13   Georgia, Dr. Gingrey, for five minutes.

14        DR. GINGREY:  Mr. Chairman, thank you

15   very much.  This hearing is much appreciated.

16        Pretty poignant to me since

17   Brooke Melton lived in my congressional

18   district at the time, and had it not been for

19   an outstanding plaintiff's attorney in the Cobb

20   Judicial District in Georgia in bringing this

21   case, I'm sure it was against the local

22   dealership, it resulted in a settlement, but it

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 109 of 338

108

1    brought to light what's going on now, and the

2    purpose -- and hopefully some good can come

3    from this hearing, and I want to thank Chairman

4    Murphy for holding it and investigating the

5    root causes of the General Motors' recall of

6    over 2.6 million vehicles linked to these

7    ignition defects.

8              Unfortunately, Ms. Barra, I heard

9    just yesterday that the recall now includes

10   6.3 million vehicles.

11             And I do want to speak a little

12   about this lady named Brooke Melton, a nurse in

13   Spalding County, Georgia, which at the time was

14   in the district I represent, and she was, as

15   you know, tragically killed March the 10th,

16   2010, on her 29th birthday, in a horrific

17   side-impact accident on Highway 92 and the

18   ignition switch in the access reposition.

19             Just the day before, just the day

20   before her death, she took her 2005 Chevy

21   Cobalt into the dealership for service and the

22   service report stated:  Customer states engine

109

1   shut off while driving, please check, end of

2   quote.

3              Despite the fact that a service

4   bulletin was issued from General Motors for

5   faulty ignition switches back in 2005, for that

6   make and that model, the on-site mechanics

7   cleaned the fuel line, cleaned the fuel

8   injection, told her to come pick up her car,

9   which she did.

10             Brooke Melton's tragic death is

11  not acknowledged as part of this recall because

12  it involved a side impact instead of a front

13  impact.

14             Mrs. Melton's parents, Ken and

15  Beth -- they're not here today I don't think --

16  but they deserve answers.

17             Ms. Barra, is Brooke Melton

18  included in General Motors' death count?  Yes

19  or no.

20             MS. BARRA:  To my knowledge, no.

21             DR. GINGREY:  No?

22             MS. BARRA:  It was a side impact and

110

1    we --

2              DR. GINGREY:  Right.  Why did General

3    Motors not include the non-deployment of

4    airbags from side-impact accidents resulting in

5    loss of life or injury in this recall?

6              MS. BARRA:  As you look at a frontal

7    collision and the way the airbag is to operate,

8    I believe the assessment -- that was -- the

9    assessment was made that would potentially be

10   related to the switch.

11             DR. GINGREY:  Yeah, but, Ms. Barra, if

12   you connect the dots -- I mean, the ignition

13   gets knocked over to the accessory position,

14   there was a problem, you were using faulty --

15   even by your own standards -- equipment, and so

16   maybe what happened was that all of a sudden

17   the car stalls, she is driving perfectly,

18   trying to control without any power steering,

19   without any power brakes, may very well have --

20   and I don't know the details of that accident,

21   but may very well have run through a four-way

22   or a red light and was slammed into from the

111

1    side.

2              Whether it was a head-on

3    collision or side collision, it would be for

4    the same reason, and she is dead, and that was

5    almost four years ago.

6              I don't understand why -- why

7    General Motors does not include the

8    non-deployment of airbags from side-impact

9    accidents resulting in loss of life or injury

10   in this recall.

11             Can you explain that to us?

12        MS. BARRA:  Well, first of all, all of

13   the accidents and fatalities are very tragic,

14   as you've -- as you've indicated, and we are

15   deeply sorry for those.

16             We have been very clear of the

17   number that we've put forward.  There's been a

18   lot of analysis that's gone on to look at

19   potential incidents, and --

20        DR. GINGREY:  Well, did General Motors

21   investigate or do you plan to investigate

22   whether this condition relates to the

112

1    non-deployment of airbags and side-impact

2    crashes?

3             MS. BARRA:  We have individuals that

4    are looking at the available information from

5    accident --

6             DR. GINGREY:  Well, you told us about

7    your recent hire, and -- well, lastly,

8    Ms. Barra, to what extent did GM regularly

9    inform dealerships, like the dealership

10   obviously in Cobb County, of its 2005 technical

11   service bulletin on faulty ignition switches so

12   that these service technicians, these young

13   guys, you know, maybe working there six months

14   to a year, that they could properly address a

15   customer complaint like Brooke had the day

16   before her death?

17            MS. BARRA:  I'm sorry.  Was your

18   question how do we communicate service

19   bulletins?  I didn't --

20            DR. GINGREY:  How do you make sure

21   that these dealerships all across the country

22   and their service departments are making sure

113

1      that their technicians are getting and

2      receiving the instructions?

3            MS. BARRA:  We can provide details on

4      exactly how we communicate service bulletins

5      and how that's rolled out to each of our

6      dealerships across the country.

7            DR. GINGREY:  I hope you will.  Thank

8      you.  Thank you, Ms. Barra.  And, Mr. Chairman,

9      I yield back.

10            CHAIRMAN MURPHY:  Ms. Barra, related

11      to his questions, with all of these cars

12      recalled and waiting for parts, what are

13      drivers supposed to do in the meantime while

14      their cars sit in the driveway?

15            MS. BARRA:  We have communicated and

16      we have done extensive testing that if you

17      take the -- if you have just the ignition key

18      with the ring or just the ignition key, the

19      vehicle is safe to drive.

20                  If people are not comfortable

21      with that, we are making loaners or rentals

22      available.  They can go to their dealer.  We

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 115 of 338

114

1    have over 13,000 customers that have these

2    vehicles in rentals or loaners right now.

3              CHAIRMAN MURPHY:  And you are assuring

4    people it is safe to drive if they just take

5    the other things off the key?

6              MS. BARRA:  There's been extensive

7    testing done by the engineering team and with

8    just the key and the ring or just the key, we

9    believe it is safe based on our testing.

10             CHAIRMAN MURPHY:  Recognize Mr. --

11             MS. DeGETTE:  Excuse me, Mr. Chairman.

12             CHAIRMAN MURPHY:  Yes.

13             MS. DeGETTE:  Is that true of the --

14    of the earlier ignitions as well as the 2006,

15    all of them?  All these cars that's true?

16             MS. BARRA:  That is our -- Yes.

17             MS. DeGETTE:  Thank you.

18             CHAIRMAN MURPHY:  Mr. Tonko, you are

19    recognized for five minutes.

20             MR. TONKO:  All right.  Thank you,

21    Mr. Chair.

22                  Ms. Barra, thank you for

115

1    appearing before the committee and I have to

2    believe for the members of -- family members

3    and friends of the victims of this tragic

4    outcome, it must be a very painful process to

5    sit here and listen to the exchange.

6              Just a comment at first, we're

7    hearing a lot about information that will come

8    post the investigation or the review; however,.

9              I hold in my hands a February

10   report and a March report to NHTSA on behalf of

11   GM under your watch that provides detailed

12   timelines with a whole bit of knowledge

13   exchanged.

14             And I'm confused somewhat about

15   that fair amount of knowledge that has been

16   formally exchanged to NHTSA, NHTSA, and at the

17   same time we're hearing well, we don't know

18   until the investigation is complete.

19             So there's a conflict that I

20   think is brought to bear here in terms of an

21   exchange that has been detailed in the last few

22   weeks under the watch of the -- the new General

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 117 of 338

116

1    Motors, today's GM.

2                    And at the same time when I was

3    listening to a representative from Illinois ask

4    about the corporate chart and the changes, no

5    changes have been made, we're waiting for that

6    pending the investigation.

7                    But at the same time we've

8    characterized or relabeled it as today's

9    General Motors, so while we're all products of

10   the environment that produces us, the cultural

11   impact of GM seems to still be in play with a

12   number of people who have perhaps shifted

13   positions, but all part of that organization.

14                   So comfort me by telling me that

15   there is a new thinking, there is a new culture

16   that has beset GM, while all the players are

17   there in the corporate chart.

18                   Tell me how the company has

19   restructured and reorganized so as to bring

20   comfort to the consumer.

21          MS. BARRA:  First, there are many new

22   people in the company as well as people who

117

1    have experience across the company.  There is a

2    new structure.

3              For instance, in Global Product

4    Development we have streamlined, eliminated

5    bureaucracy.  We took out an entire layer of

6    management in the product development.

7              We've completely redone the

8    quality processes over the last -- it started

9    in the 2011-2012 timeframe.

10             We've changed our test procedure.

11   We've added additional validations.

12             So there has been a complete

13   remake of the way we drive quality.

14             We test a failure instead of a

15   testing to a -- to a -- a standard, that's just

16   one example, and we've looked across the entire

17   organization.

18             We've rebuilt our supply --

19   supplier quality organization adding over --

20   over a hundred resources just in this country

21   alone, so we've systematically gone across the

22   company and we're making changes.

118

1          Even in the chronologies which I

2     think you held up, those are the most detailed

3     chronologies that we have ever provided,

4     sharing, again, in a summary fashion with the

5     information we have now.

6               But then we are conducting an

7     investigation with Mr. Valukas.

8               We've also rolled out new values

9     with the customer as our compass; relationships

10    matter and individual excellence.

11              We've trained thousands of

12    people, and -- but most importantly it's

13    leadership at the top.

14              It's the leadership of how we

15    behave, of how we demonstrate when we make

16    decisions, and that we make decisions that

17    focus on the customer, focus on safety, focus

18    on quality.

19              And I can tell you from my

20    leadership team and the next layer, we continue

21    to drive that every day.

22              We recognize culture change

119

1    doesn't happen in a year or two, but we are

2    well on that journey and we will -- we're

3    dedicated to it and we very clearly want to

4    have the safest vehicles on the road.

5              MR. TONKO:  And will you make that

6    list public from the -- from the report that

7    you're anticipating?

8              MS. BARRA:  I'm sorry?

9              MR. TONKO:  Will you make the list

10   that will be coming forth public?  Will you

11   share that?

12             MS. BARRA:  The list of -- I'm sorry.

13             MR. TONKO:  The full report coming

14   from Mr. Valukas.

15             MS. BARRA:  Mr. Valukas will give us

16   findings, and we will make the appropriate

17   findings available to this body, to our

18   customers and to our employees.

19             MR. TONKO:  The appropriate findings.

20   What about the full report?

21             MS. BARRA:  I'm not con -- I don't

22   know if he'll give a report or if he'll share

120

1    findings.

2              MR. TONKO:  If he does, will you share

3    the full report?

4              MS. BARRA:  We will share the

5    appropriate information.

6              MR. TONKO:  Not the full report?

7              MS. BARRA:  Again, I don't know if

8    there will be a full report, but we will

9    share --

10             MR. TONKO:  If there will be a full

11   report, will you share it?

12             MS. BARRA:  I commit that we will be

13   very transparent, and we will share what's

14   appropriate.

15             MR. TONKO:  So, in other words, there

16   is no commitment to share the full report?

17             MS. BARRA:  I'm saying I will share

18   what is appropriate.

19             MR. TONKO:  I hear the answer.

20                 Mr. Chair, I yield back.

21             CHAIRMAN MURPHY:  The gentleman yields

22   back.

121

1          Recognize the gentleman from

2    Louisiana, Mr. Scalise, for five minutes.

3          MR. SCALISE:  Thank you, Mr. Chairman,

4    appreciate you having this hearing.

5               Ms. Barra, thank you for being

6    here.

7               And let me first say my prayers

8    are with all the families of those who lost

9    their lives and others who have been impacted

10   by this.

11              I want to thank you all for being

12   here in this room as well.

13              Obviously the questions we have

14   are even more pertinent to the families that

15   are here and that's why it's important that we

16   ask the questions and we get answers, and if

17   we're going to work to make sure that we can

18   prevent something like this from happening

19   again, we've got to get into the real details

20   of what -- what went on during those period of

21   years, unfortunately years, where it seemed

22   somewhere inside of General Motors there was

122

1    knowledge that this was a problem before it got

2    to the level of recall, and want to first take

3    you, Ms. Barra, to the tab you've got there,

4    number 38.

5              Tab 38 is the sign-off.  This is

6    a -- it's called a General Motors commodity

7    validation sign-off.  This is the actual sheet

8    that the engineer signed off on that approved

9    the design change in the faulty ignition

10   switch.

11             Have you seen that document

12   before?

13         MS. BARRA:  This is the first time I

14   have seen this document that's labeled Delphi.

15         MR. SCALISE:  Now, what we're talking

16   about here, I mean, how long have you been

17   aware of -- of the problem with these faulty

18   ignition switches?

19         MS. BARRA:  I was aware that there was

20   a faulty ignition switch on January 31st.

21         MR. SCALISE:  Of this year?

22         MS. BARRA:  Of this year.

123

1          MR. SCALISE:   Okay.   So as you're --

2     as you're going through I'm sure some of the

3     questions you have and are asking and maybe

4     some of the questions we're having, the first

5     question you would want to ask is what did we

6     know about it, when did we know, did we know

7     well in advance, and why didn't we prevent it

8     from happening.

9                The first thing we all are

10    talking about is when was this found out within

11    GM to the point where they actually made a

12    change.

13                I mean, y'all made a design

14    change.   The letter I've got here, this form,

15    is dated April 25th of 2006.

16                So 2006 is when your engineers --

17    and there's a name on this.   There is an actual

18    engineer who you just said under oath earlier

19    is still employed with GM.

20                There is an engineer that

21    actually signed this document requesting -- not

22    requesting, approving a change in this ignition

124

1    switch, in fact, with the part number.  The

2    part number is on here.

3                    Has anyone -- In your knowledge,

4    has anyone at GM taken -- he is an employee of

5    yours, you can just pull him aside right now

6    and ask him:

7                    When you signed off on this in

8    2006, number 1, why didn't you change the part

9    number.

10                   And, number 2, why did you

11   approve a change in the ignition switch and not

12   bring it to the level of recall, in 2006?

13                   Clearly people lost their lives

14   after, after this was signed off on, so do you

15   know right now -- you are under oath.

16                   Do you know of anyone that has

17   asked the person that signed this, that signed

18   off on this, have any of y'all asked him those

19   basic questions?

20             MS. BARRA:  I know this is part of the

21   Anton Valukas' investigation, and I want to

22   know the answers to the questions you're

125

1   asking.

2          MR. SCALISE:  So do you know -- do you

3   know of anyone that's asked him that question?

4   I mean, he is an employee of yours right now.

5          MS. BARRA:  Right.

6          MR. SCALISE:  You can pull him

7   aside --

8          MS. BARRA:  We --

9          MR. SCALISE:  -- right when you leave

10  here today and ask him these questions.

11         MS. BARRA:  But I think it's very

12  important as we do an independent investigation

13  that we let Mr. Valukas go do a thorough

14  investigation, talk to people, that there's not

15  a lot of side investigations going on.

16              He is the one standard that we're

17  going to use in this investigation.

18         MR. SCALISE:  Clearly --

19         MS. BARRA:  He brings the objectivity

20  to it.

21         MR. SCALISE:  Clearly -- I mean, you

22  talk about a new culture.  Has anyone been held

126

1    accountable as of now for what's happened?

2              MS. BARRA:  Again, we are just --

3    this -- we learned of this on the --

4    January 31st --

5              MR. SCALISE:  Again, you have

6    documents -- I have a design change in 2006

7    related to what we're talking about.  This is

8    not a 2014 issue.

9                   The recall was issued in 2014 but

10   the product, the product, the faulty ignition

11   switch we're talking about, was redesigned in

12   2006 by one of your engineers who is still an

13   employee of General Motors.

14                   If you can't get me that

15   information -- and if you do find that

16   information out, by the way, would you get that

17   to the committee?

18              MS. BARRA:  It will be part of the

19   investigation we are sharing.

20              MR. SCALISE:  The other question I

21   want to ask you, because later on we're going

22   to have the acting administrator of the

127

1    National Highway Traffic Safety Administration.

2    Some of the things he says in his testimony

3    before you leave I'd like to get at least some

4    responses.

5              He says, number one, we are

6    pursuing an investigation whether GM met its

7    timeliness responsibilities to report and

8    address this defect under federal law.

9              Are you aware of whether or not

10   GM has met its obligations of timeliness?

11        MS. BARRA:  That will -- that will be

12   part of the investigation that we're doing to

13   answer --

14        MR. SCALISE:  So you're not aware at

15   this time, though?  I mean, if you are aware of

16   something that would be a violation of federal

17   law, if you're aware of that already, can you

18   share that with us?

19        MS. BARRA:  I am aware of the findings

20   that I have already shared from Mr. Valukas

21   today.

22        MR. SCALISE:  Okay.  Another question

128

1     he asked, in the brief time I have left, he

2     says GM had critical information that would

3     have helped identify this defect.  That's the

4     gentleman that's testifying right after you.

5              You don't have the opportunity to

6     come behind him and respond; he's going to be

7     saying this.  He's writing this in his

8     testimony.

9              What would you say in response to

10    his statement that GM had critical information

11    that would have helped identify this defect?

12            MS. BARRA:  As I've already said, we

13    have already learned through Mr. Valukas'

14    investigation that there were points in time

15    where one part of the organization had

16    information that wasn't shared across to the

17    other side of the organization.  You can call

18    it a silo.

19              At some point they didn't

20    understand that the information would be

21    valuable to another party, so I've already

22    shared that we have found that to be true and

129

1    we've already made changes to the structure and

2    to the responsibilities of people so that won't

3    happen again.

4            MR. SCALISE:  We appreciate getting

5    the full range of answers to all these

6    questions, and with that I yield back the

7    balance of my time.

8                Thank you, Mr. Chairman.

9        CHAIRMAN MURPHY:  Now recognize

10   Mr. Green for five minutes of Texas.  Thank

11   you.

12           MR. GREEN:  Thank you, Mr. Chairman.

13   And Ms. Barra, first of all, congratulations on

14   being the CEO of General Motors.

15               Like a lot of my constituents,

16   I've been a customer of GM; in fact, I can't

17   list the number of vehicles I think I've owned.

18   Although my wife drives a Tahoe, I lease a

19   Malibu, I have a Blazer, and -- you know, so --

20   and we keep them for a long time, and so I

21   appreciate GM products.

22               And you heard the questioning

130

1     today from -- and it seems like on a bipartisan

2     basis we're trying to find out what's

3     happening, although, Mr. Chairman, I know you

4     heard it, I was surprised because Dr. Gingrey

5     is a good friend of mine and a physician, and

6     to say he thanked the plaintiff's lawyer for

7     something, you at least have got Republicans

8     and Democrats on the same side of something,

9     but -- Phil's not here now, but -- but there is

10    a reason we have a civil bar.

11                You've gone down the litany with

12    the other questions of the problems that were

13    happening.

14                I see in 2002 the switch was --

15    was acknowledged it was below specs; in 2005

16    the dealers were notified of a problem, but it

17    was because of heavier key rings, and I thought

18    about my wife's key ring that she uses, it like

19    has everything in the world on that key ring,

20    so I couldn't imagine that would be an issue.

21                But I guess getting down to the

22    concern I have, and in 2007, you modified the

131

1    switch ignitions for future models, though the

2    switch ignition still fell below the initial

3    torque standards by GM.

4              Let me give you an example of

5    what this has caused.

6              I have a constituent who I talked

7    to yesterday before I left Houston whose

8    mother, Lois, owns a 2003 Regal which is ten

9    years old, and she's owned I guess GM products

10   like I have for years, but the Regal began

11   stalling and turning off in February of '13 and

12   the car had less than 50,000 miles.

13             She owned -- Since she's owned

14   the car it's gone to the GM dealer six times,

15   the battery's been replaced, and each time the

16   dealer did not fix the problem.

17             She ended up finding -- and I'll

18   quote Ms. Knudson, who told it to me -- she

19   finally found a trade -- a shade tree mechanic

20   who actually fixed it.

21             And I guess what bothers me, if

22   you go back to the dealer this many times --

132

1    and I hold the dealers, you know, repair shops

2    to a higher level, simply because they know the

3    product, that what has happened, can you

4    confidently say that these stalling issues are

5    limited only to the Cobalt, the HHR, the

6    Pontiac G5, the Ion, Solstice and Saturn Ion

7    and the Sky models of vehicles, or is it other

8    ones like the Regal, or maybe like the Malibu I

9    drive?

10          MS. BARRA:  Again, I -- I'm not aware

11    of any other stalling issues.  If we have an

12    issue, we put it into our -- our recall process

13    and make decisions, so if there is a defect

14    that you are aware of, I would appreciate the

15    information and I will definitely look into it.

16          MR. GREEN:  Well, we'll get you that

17    information from the -- I have a couple minutes

18    left, but I represent a very industrial area.

19              We have refineries and chemical

20    plants.  What we do is inherently dangerous and

21    so you have to take extra concern about it, and

22    it looks like in the last ten years GM has

133

1    not -- somewhere along that line the culture of

2    the company is not there to deal with that, and

3    as the new CEO, I would hope you would make

4    sure it happens.

5            And I have said this many times,

6    when I have a chemical company or a refinery

7    and have an accident chemical plant or refinery

8    that has an accident and somebody dies and

9    we've been able to pinpoint, sometimes with

10   civil justice, but sometimes through chemical

11   safety board, on what the decision was made

12   that they didn't do that caused people to die.

13            That's what happened here, and

14   General Motors is a much greater company than

15   to do that, and I would hope the culture of

16   your corporation would be better so it would

17   continue to earn the respect that both this

18   lady and I have, and -- but that's your job now

19   as CEO, but you need to fix it --

20            MS. BARRA:  I agree.

21            MR. GREEN:  -- and fix it as quick as

22   you can because it's going to cause problems

134

1      obviously.

2              MS. BARRA:  I agree with you, it's

3      completely my responsibility and we will work

4      day and night.

5              We've already made tremendous

6      change at General Motors, and I recognize it's

7      my responsibility.

8              MR. GREEN:  The last thing in my

9      30 seconds is should that -- my constituent,

10     should she have her mother in Phoenix take that

11     Regal back and have it checked by a dealer

12     now --

13             MS. BARRA:  Yes.

14             MR. GREEN:  -- to see what happened?

15             MS. BARRA:  And I wish you would send

16     a note to me, and I will --

17             MR. GREEN:  I'll get you that

18     information.  We'll check.

19             MS. BARRA:  Thank you.

20             MR. GREEN:  Thank you, Mr. Chairman.

21             CHAIRMAN MURPHY:  Chair will now

22     recognize Mr. Griffith for five minutes.

135

1           MR. GRIFFITH:  Thank you,

2   Mr. Chairman.

3              Ms. Barra, you have indicated

4   that the -- not having a new part number when

5   the part was changed in 2006 is not acceptable.

6           MS. BARRA:  Correct.

7           MR. GRIFFITH:  Is that correct?

8           MS. BARRA:  That's correct.

9           MR. GRIFFITH:  And I guess it's hard

10  to figure that somebody would have just done

11  that by accident and that there had to be a

12  reason because that was a breach of protocol,

13  wasn't it?

14          MS. BARRA:  I don't think there is an

15  acceptable reason to do that.

16          MR. GRIFFITH:  Okay.  And while there

17  may not be an acceptable reason, but you would

18  have to acknowledge that a reason in somebody's

19  mind, while not acceptable, might mean that it

20  is actually harder to track the problem with an

21  old part when you have an improved new part

22  that's put in its place, isn't that correct?

136

1    Yes or no.

2            MS. BARRA:  Yes.

3            MR. GRIFFITH:  Yes.  And while you

4    have indicated that you did not know the

5    individual name of the person who made that

6    decision, do you know whose job title it was or

7    in whose chain of command it was to make the

8    decision not to create a new part number for

9    that part?

10           MS. BARRA:  I don't -- it would be

11   within the engineering organization, but I will

12   learn that from the investigation, and we will

13   take appropriate action.

14           MR. GRIFFITH:  And would that

15   engineering department have been under your

16   chain of command at some point in your tenure

17   with GM?

18           MS. BARRA:  Since 20 -- February

19   of 2011.

20           MR. GRIFFITH:  But it never got to

21   you?

22           MS. BARRA:  No.

137

1          MR. GRIFFITH:  Nobody ever brought

2    this to your attention?

3          MS. BARRA:  No, it did not.

4          MR. GRIFFITH:  All right.  I

5    appreciate that.  I do have this question, and

6    I think that the answer probably is is that

7    your investigation will reveal this, but it is

8    somewhat concerning that while the trial lawyer

9    that uncovered this may be very savvy and his

10   expert might be pretty sharp, you all have

11   sharp people working at GM as well, do you not?

12         MS. BARRA:  I believe we do.

13         MR. GRIFFITH:  And it's one of those

14   questions that I'm sure your investigation will

15   uncover, but why not -- why didn't your team of

16   engineers connect the dots and figure out that

17   when the -- when the ignition slips into that

18   auxiliary position, the airbags won't function

19   properly?

20         MS. BARRA:  Congressman, those are the

21   questions I want to answer.

22              And, as I've said, it's taken way

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 139 of 338

138

1    too long, and we will learn from this and we

2    will make changes, and we will hold people

3    accountable.

4              MR. GRIFFITH:  And not only holding

5    people accountable; you were asked earlier and

6    I know that you're in a tough spot on that as

7    to what kind of liability GM will end up

8    accepting because there is legal liability and

9    moral liability and you've said that.

10              One of the questions that I would

11   have would have been a whole lot easier just to

12   have actually listed these liabilities in the

13   bankruptcy, would it -- wouldn't it -- would it

14   not?

15              It would have been easier to do

16   it in the bankruptcy instead of having it come

17   out now, wouldn't it?

18              MS. BARRA:  The best thing in the

19   world would be as soon as we find a problem, we

20   fix it, and it doesn't exist in the marketplace

21   and doesn't affect our customers and doesn't

22   create tragedies.

139

1          MR. GRIFFITH:  And here's -- here's

2     one of the things that concerns me, have you

3     been -- have you been given any estimates yet

4     by Mr. Feinberg or others as to what a best

5     case, worst case scenario is on your civil

6     liabilities?

7          MS. BARRA:  We have just been in

8     initial conversations with Mr. Feinberg.  I

9     believe we will work through him to evaluate

10     the situation over the next 30 to 60 days.

11          MR. GRIFFITH:  Has anybody else given

12     you a best case or worst case scenario over

13     liability issues related to this problem?

14          MS. BARRA:  There's been a lot of --

15     of estimates done in the public, but none given

16     specifically to me.

17          MR. GRIFFITH:  Okay.  Would those

18     liability issues have negatively impacted the

19     prospects of either a bail-out by the federal

20     government or prior to the bail-out the people

21     who were lending you money to keep GM afloat

22     with its heavy liabilities already existing,

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 141 of 338

140

1    would not the additional liabilities that would

2    have come forward by this problem have had the

3    potential to dissuade private investors or the

4    federal government to giving cash to GM?

5         MS. BARRA:  As I look at it, as soon

6    as we identify an issue and fix it, then there

7    aren't liabilities or the liabilities are

8    contained, and that's what -- as we look at

9    problems, as we go forward, we want to fix them

10   as soon as we can, and if there is a safety

11   issue, we're going to make the change, make the

12   right investment and accept that.

13        MR. GRIFFITH:  But in the real world

14   of business if there's a new set of liabilities

15   that come onto the page that weren't there

16   before, it's harder to get money from both

17   public and private sources, isn't that true?

18        MS. BARRA:  I think it depends -- it

19   depends on the situation, so as a general

20   question, I -- I don't feel appropriate

21   commenting.

22        MR. GRIFFITH:  All right.  I

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 142 of 338

141

1    appreciate that.

2                    Let me ask this last question:

3    When this issue was first -- when this issue

4    first came up, the corresponding problem

5    resolution tracking system report document

6    identified the issue as severity 3.

7                    What does that mean?

8            MS. BARRA:  I'm sorry, I --

9            MR. GRIFFITH:  It said severity 3.

10   I'm referencing back to some of the documents

11   that you have given or that your folks have

12   given, and the initial assessment in 2004,

13   2005, when your problem resolution tracking

14   system report came out, it related this problem

15   as being severity 3.

16                   What does that mean?

17           MS. BARRA:  I don't have a specific

18   definition for that.  I --

19           MR. GRIFFITH:  Can you get one for us?

20           MS. BARRA:  I can.

21           MR. GRIFFITH:  I appreciate that, and

22   I yield back.

142

1              CHAIRMAN MURPHY:  Can I ask a

2    clarifying question for what Mr. Griffith was

3    saying?

4                   Did GM purposely and willfully

5    negotiate during the bankruptcy issues, or in

6    the process of obtaining the loans, did they

7    purposely withhold any information that they

8    may have known about pending lawsuits or things

9    that would be emerging in the future about the

10   Cobalt or other cars?

11             MS. BARRA:  I am not aware -- I

12   personally did not withhold any information.

13                  I am not aware, but I -- I can't

14   speak to every single person.

15             CHAIRMAN MURPHY:  Thank you.

16                  Mr. Welch, you are recognized for

17   five minutes.

18             MR. WELCH:  Thank you.  I have to

19   congratulate General Motors for doing the

20   impossible.  You've got Republicans and

21   Democrats working together, and I thank my

22   colleagues for their focus on this hearing.

143

1          A couple of things.  How many

2    cars have been recalled as of this date?

3          MS. BARRA:  Related to the ignition

4    switch?

5          MR. WELCH:  Right.

6          MS. BARRA:  Over 2.5 million.

7          MR. WELCH:  Now, this ignition switch

8    issue was -- first came to light in 2006; is

9    that correct?

10          MS. BARRA:  Through our investigation

11    we'll know when it came to light.  It came to

12    light to me on January 31st, 2014.

13          MR. WELCH:  I mean, that's totally

14    irrelevant to the people who lost their lives.

15          MS. BARRA:  I understand.

16          MR. WELCH:  I mean, you are the

17    current CEO, but that's not relevant to the

18    question I just asked.

19          MS. BARRA:  I'm sorry, I thought you

20    asked when I became aware of it.

21          MR. WELCH:  No, no.  GM.

22          MS. BARRA:  Again, that's what we'll

144

1   learn in our investigation.

2        MR. WELCH:  Well, you changed the

3   switch after 2006, you began in 2007 changing

4   the switch, right?

5        MS. BARRA:  Yes, there were changes

6   made.

7        MR. WELCH:  So would it be a logical

8   inference that somebody thought there was a

9   reason to change the switch that had been in

10  use in 2006 to 2007?

11       MS. BARRA:  As we do our internal

12  investigation, I hope to get those answers.

13       MR. WELCH:  Well, wouldn't that be a

14  starting point?  Somebody for some reason

15  started to change a very critical part in the

16  car between 2006, 2007, correct?

17       MS. BARRA:  Correct.

18       MR. WELCH:  So let me ask you this:

19  If you had recalled cars and acted on this

20  aggressively in 2006 when you were making the

21  decision that you had to change the --

22            You, GM; not you.  Okay?

145

1          MS. BARRA:  I'm sorry.

2          MR. WELCH:  GM changed the switch, how

3     many cars would you have had to recall had you

4     acted in 2007 when you made the decision to

5     change the switch?

6          MS. BARRA:  I can get you the exact

7     number, but it would have been significantly

8     less.  I don't -- I don't --

9          MR. WELCH:  You may estimate.  You can

10    talk to your back row there, if you want.

11         MS. BARRA:  I would -- again, I will

12    confirm with an answer, but I would assume it

13    is something around more 1.2 million.

14         MR. WELCH:  Just from 2000 -- so you

15    would have cut it down at least in half and

16    maybe more?

17         MS. BARRA:  Because again we're

18    starting with vehicles that -- the Saturn Ion

19    was in production in '03.

20         MR. WELCH:  Let me just get a

21    business-type question here.

22              What do you estimate would have

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 147 of 338

146

1    been the cost to GM of this recall had they

2    done it in 2007?

3          MS. BARRA:  When we looked at the

4    population from '03 to '07 -- actually, if I

5    look at all the vehicles that had this, it

6    would have been a higher number.  I believe it

7    was 1.8 and that would have probably -- the

8    estimated cost for those two pieces is

9    something less than a hundred million.

10         MR. WELCH:  Okay.  And what do you

11   estimate will be the cost of the recall now

12   that it is being done eight years later?

13         MS. BARRA:  Well, there is a -- there

14   is a larger population.  We can provide the

15   information.  I --

16         MR. WELCH:  Well, I want an estimate.

17   I want people to be able to hear this.

18   Decision delayed is money and lives at risk, so

19   I'm trying to get an opinion from you, and it's

20   ballpark, so it can be adjusted, as to what the

21   cost would have been had you acted eight years

22   ago versus acting now.  You, GM.

147

1          MS. BARRA:  Well, if we would have

2     acted at that point, we would have had a

3     smaller population, as we have talked about.

4          MR. WELCH:  Look, I know that.  That's

5     obvious, okay?

6          MS. BARRA:  I'm sorry, I'm not trying

7     to be difficult.

8          MR. WELCH:  I'm asking about the cost.

9          MS. BARRA:  I don't understand your

10    question.

11         MR. WELCH:  You know what, if I were

12    on the board of directors and I had an

13    obligation to shareholders, and I had a company

14    that could have acted eight years ago to deal

15    with a problem, but by not acting let that

16    problem increase in magnitude, do more damage

17    to shareholders, do more damage to the bottom

18    line, do enormous damage to the reputation of

19    this company, and cause we don't know how much

20    harm, to citizens, I'd want an answer to the

21    question.

22         MS. BARRA:  I agree, and it would

148

1    have -- it would have been substantially less

2    at that timeframe had we done it than what it

3    will be now.

4            MR. WELCH:  GM was involved in

5    litigation concerning allegations that this

6    switch was defective and caused problems,

7    correct?

8            MS. BARRA:  Yes.

9            MR. WELCH:  And GM settled some of

10   these litigation matters, correct?

11           MS. BARRA:  Correct.

12           MR. WELCH:  After very aggressive

13   defense.

14               Those settlements were secret?

15           MS. BARRA:  They are confidential by

16   both parties.

17           MR. WELCH:  By "both parties" --

18   I'm -- you know, some of us have been in court,

19   by both parties usually means at the request of

20   the party that's paying the damages.

21           MS. BARRA:  I wasn't involved in those

22   settlements, all I know is confidential, it was

149

1    by both parties.

2              MR. WELCH:  Okay.  This is not good.

3    You are the company right now, all right?

4              MS. BARRA:  All right.

5              MR. WELCH:  Let me ask this question:

6    Do you believe that when a company that has

7    been sued about a matter involving product

8    safety where a person has been seriously

9    injured or has died that the company that

10   settles as a matter of policy should be

11   entitled to keep secret what that settlement

12   was about?

13             MS. BARRA:  I am not -- I think that

14   there are issues associated with that, that

15   every settlement is -- is unique and it's a

16   decision that is agreed to by both parties, and

17   I'm -- - I don't have any comment --

18             MR. WELCH:  Do you -- Let me ask a

19   question.

20             MS. BARRA:  -- what is unique.

21             MR. WELCH:  If a company, GM or any

22   other company, settles litigation and pays a

150

1    substantial amount of money pertaining to an

2    allegation about serious bodily injury or

3    death, should that company be permitted to keep

4    secret that settlement from the governmental

5    agency whose responsibility it is to protect

6    the public safety?

7              MS. BARRA:  If that is information

8    required by that government agency, then we

9    would provide it.

10             If the two parties involved in

11   the settlement agreed to it, that's their

12   agreement.

13             MR. WELCH:  So if you don't have to do

14   it, you won't do it?

15             MS. BARRA:  If both parties want

16   that -- I am making the assumption that both

17   parties agreed to it, which is what I have been

18   told.

19             MR. WELCH:  I yield back.  Thank you.

20             CHAIRMAN MURPHY:  Gentleman's time has

21   expired.  Now recognize the gentleman from

22   Missouri for five minutes, Mr. Long.

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 152 of 338

151

1          MR. LONG:  Thank you, Mr. Chairman,

2     and thank you for being here, Ms. Barra.

3               And I want to thank the families

4     that are here today for keeping safety in the

5     forefront of America's and Congress'

6     consciousness when it comes to automobile

7     safety, and we've heard about the same

8     subcommittee in the past dealing with this

9     issue before I came to Congress, the Ford

10    Explorer, Firestone tire situation, we've heard

11    about the Toyota accelerating car issue, and,

12    like I say, I wasn't here, but I can imagine

13    that the questions were similar, who knew what

14    when, who was responsible, did you know this

15    person, have you done anything about it.

16              I want to take a little different

17    tact with my line of questioning, as I normally

18    do, and that is that people ask me all the

19    time, do you think you make a difference, when

20    you go to Congress, you're up there a few

21    years, do you think you're making a difference,

22    and that's hard to quantify, to think to

152

1      somebody are you making a difference or not.

2                     But today, and this is the day I

3      want to look back on and say, you know what?  I

4      think I made a difference.

5                     I think that we got some answers

6      to questions in the future to prevent -- I

7      don't want to be here again, and I don't want

8      to have them say Ford Explorer, Firestone tire,

9      Toyota accelerating, and do you remember the GM

10     faulty ignition switch, so that's what I would

11     like to say, yeah, we made a difference.

12                     And with that, like I say, I

13     thank the families for being here and keeping

14     it in the forefront of safety so there is not

15     other people sitting in those same seats next

16     time we approach an issue like that, because

17     hopefully there won't be a next time, and the

18     finger pointing -- with the old analogy, when

19     you're pointing your finger, you've got three

20     fingers pointing at yourself, there's going to

21     be a lot of finger pointing in this, but what I

22     would really like to drill down on and get

153

1    answers to is how the NHTSA or whatever they're

2    called, the National Trans -- National Highway

3    Transportation -- or excuse me, National

4    Highway Traffic Safety Administration, and you

5    all, as an automobile manufacturer, if you can

6    work to see that this doesn't happen again so

7    that the two organizations can work together

8    and drill down on these problems when we first

9    learn them, whatever the next problem may be,

10   that would be my goal for here today.

11              And in answer to one of Chairman

12   Upton's -- the chairman of the full committee's

13   question a while ago, and I don't even know

14   what he was asking about exactly, but you said,

15   I was not part of that organization at the

16   time.

17              I don't have -- I'm sure that was

18   something within General Motors because you

19   like I have a history that goes back I think to

20   you were -- when you were 18 years old with

21   General Motors, so you were there at the time

22   as far as the overall organization, but not

154

1    whatever part he asked, your father worked I

2    believe for 39 years for Pontiac, so you indeed

3    go way back.

4                I go back to 18 years old with

5    General Motors, too.  When I was 18 my folks

6    bought me a 1973 GM Jimmy.  It's -- if you

7    think of a big Suburban today, cut off two

8    doors, and that was a Jimmy, or a Blazer.

9    Chevrolet called theirs the Blazer.

10                I was in the real estate auction

11    business for years, from '73 to about '05, I

12    drove nothing but General Motors Suburbans.

13                I remember times when the key

14    would be in there and you -- and you'd go to

15    put your key in and it wouldn't work.  Why

16    wouldn't it work?  Because I had a big

17    keychain, big key ring, and it would vibrate,

18    and it would tear the teeth off the keys to

19    where the key no longer functioned, but never

20    once did I have that shut off, never once did I

21    have that fail to act or shut off in the middle

22    of driving.

155

1          So to me, from '73 to '05 with my

2     experience they made pretty good ignition

3     switches.

4               Can you tell me how many models

5     GM makes today?

6          MS. BARRA:  Oh, around the globe,

7     very -- over a hundred.

8          MR. LONG:  Hundred different models?

9     Can you tell me how many ignition switches they

10    made?

11         MS. BARRA:  Well, we sell, you know,

12    over eight million vehicles --

13         MR. LONG:  No, I mean how many per --

14    If you have a hundred different models, how

15    many different ignition switches would there

16    be?

17         MS. BARRA:  I can't answer that

18    question, I don't know.

19         MR. LONG:  Well, to me, GM has proven

20    in the past, and other companies have, that you

21    can build -- I just don't understand this

22    reinventing the wheel, that every car has to

156

1    have a different ignition switch with a

2    different set of circumstances made by somebody

3    down in Mexico to make sure that it meets the

4    qualifications.

5                So I'd recommend two things, that

6    you work hard with us, our next witness from

7    the National Highway Traffic Safety

8    Administration, says that a car, when it shuts

9    off, that the airbag will still deploy for

10   60 seconds.

11               I can't imagine being in a crash

12   that a car shut off and you continued for more

13   than 60 seconds, so that's a question that I'm

14   going to have for him, but I would ask that you

15   reach out and work not only with your engineers

16   saying hey, we've got some pretty good -- why

17   do we reinvent the wheel every time we go to

18   invent a new ignition switch for all these

19   different models.

20               And I also hope that you will

21   reach out and work with the National Highway

22   Traffic Safety Administration.  So...

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 158 of 338

157

1          MS. BARRA:  I would welcome the

2     opportunity to have our technical experts look

3     at how we can improve the way the system works,

4     because airbag deployment is part of the

5     system, and I would welcome the opportunity, if

6     there are improvements that can be made, we

7     would want to be in the forefront of making

8     them.

9          MR. LONG:  And the communication

10    with NHTSA?

11         MS. BARRA:  And work closely with

12    NHTSA.

13         MR. LONG:  Thank you, ma'am.  I

14    appreciate it again.  I thank the families.

15              Mr. Chairman, I yield back.

16         CHAIRMAN MURPHY:  Now recognize

17    Mr. Yarmuth for five minutes.

18         MR. YARMUTH:  Thank you, Mr. Chairman.

19              I at the outset want to express

20    my condolences to the family -- the victims of

21    this tragedy, and I know it must be frustrating

22    to you to listen to this testimony, and you are

158

1    looking for answers and so are we and so is GM

2    right now, and I hope we do get answers because

3    I was frustrated by the same questions that my

4    colleague had just mentioned.

5              I've been driving a long time and

6    this is a pretty well established technology,

7    sticking a key into an ignition -- ignition and

8    turning it.

9              Are you aware of any other

10   ignition problems that have been -- that have

11   been discovered or -- GM or any other vehicle

12   over the history of key ignition systems?

13        MS. BARRA:  I have not reviewed every

14   incident we've ever had, but I -- you know, we

15   do -- as we find issues, we document them and

16   take them through our process.

17             In this particular case it took

18   way too long.

19        MR. YARMUTH:  And there is a new

20   technology, I've been driving a car for four

21   and a half years -- I confess, it's a Ford

22   product, not a GM product -- that has a push

159

1    button ignition.

2                    I was in a GM car last week --

3    very nice one, by the way -- that has a push

4    button ignition system.

5                    How do you make a judgment as to

6    whether a car has a push button car ignition

7    system or a key ignition system, and what are

8    the differences, first of all, in terms of

9    safety?

10                   We know that this one -- this

11   particular situation wouldn't occur with a push

12   button ignition system, but how do you make

13   that decision as to what goes into which car?

14        MS. BARRA:  We evaluate, and actually

15   the push button start is something that we are

16   evaluating at putting across the portfolio.

17                   As you look at the specifics of a

18   push button start versus a traditional

19   ignition, I'd like our experts to provide that

20   information because, again, the ignition switch

21   and how -- it is a component that operates as

22   part of a system of the vehicle especially as

160

1    it relates to a safety perspective, and I think

2    we'd be better served to have our experts cover

3    that.

4              MR. YARMUTH:  But you are doing an

5    analysis of whether a push button ignition

6    system is safer than a key ignition system?

7              MS. BARRA:  I -- we -- we can

8    definitely do that.  I think, you know, there's

9    been work done that both can be designed to be

10   safe, but we are looking because of the

11   customer -- you know, it's a function -- it's a

12   delighter usually when the vehicle has a push

13   button start.

14              We have them on some of our

15   vehicles, we continue to roll those out across

16   our entire portfolio, and we are looking at

17   doing it across the board.

18              MR. YARMUTH:  Yeah, I mean, I have no

19   idea if there is a difference in safety, there

20   may be none, but it would be worth doing that

21   analysis.

22              My -- one of my staff members has

161

1    a 2005 Malibu that was recalled because of a

2    power steering issue, and she called the

3    dealership and the dealership said that they

4    didn't know how to fix it.

5                    So my question to you is, are you

6    confident that GM knows how to fix the vehicles

7    it recalls for the variety of problems of --

8                    MS. BARRA:  Well, first of all, if we

9    find a situation that's not safe and we don't

10   know how to fix it we're still going to recall

11   the vehicles and we will take those actions.

12                   In this case there may be a

13   communication lag because there is a fix,

14   whether it's a check or a replacement of the

15   product, so that does exist for that specific

16   vehicle.

17                   MR. YARMUTH:  So she is getting bad

18   information from her dealership or they haven't

19   been told yet?

20                   MS. BARRA:  I would assume.  I can

21   follow up, if you would like.

22                   MR. YARMUTH:  I think the public would

162

1    want to know.

2              MS. BARRA:  Right.

3              MR. YARMUTH:  Because you now have.

4              MS. BARRA:  Because --

5              MR. YARMUTH:  There are millions of

6    vehicles out there under the recall, and she

7    was told to go ahead and drive the vehicle if

8    she felt safe, and I'm not sure whether every

9    driver would know whether they should feel safe

10   or not.

11             I mean, some people if the power

12   steering goes out are strong people, and maybe

13   it's happened to them before and they know it's

14   going to take a little bit more effort to

15   steer, other people might not, so, you know, I

16   don't even know how the average consumer is

17   supposed to know whether they feel safe or not

18   after a vehicle has been recalled.

19             Doesn't the company have some

20   disclosure responsibility to say these

21   things -- at least these things could happen,

22   there could --

163

1          MS. BARRA:  Yeah, and we have done

2     that.  That is part of a letter that we send to

3     the customer when they -- we notify them of

4     this issue and then we provide information to

5     the dealers as well.

6          MR. YARMUTH:  Okay.  One final

7     question.  We talked about it, when we're going

8     to have the NHTSA representative here earlier.

9               One of the things that you are

10    not required to do is to provide warranty data

11    proactively to the National Highway Traffic

12    Safety Administration.

13               Do you think that's something

14    that ought to be considered that --

15          MS. BARRA:  I would --

16          MR. YARMUTH:  -- it might be helpful,

17    in this case maybe dots could have been

18    connected sooner if all that data would have

19    been --

20          MS. BARRA:  I welcome the opportunity

21    to look at what information that NHTSA would

22    feel is of value to submit.

164

1          MR. YARMUTH:  Thank you.  I yield

2     back.

3          CHAIRMAN MURPHY:  The gentleman yields

4     back.

5               Now recognize Mr. Harper for five

6     minutes.

7          MR. HARPER:  Thank you, Mr. Chairman.

8               And to the family members that

9     are here, our hearts indeed go out to you and

10    we will continue to get to the bottom of this.

11              And, Ms. Barra, I know this is

12    not the most enjoyable experience to go through

13    this, but we are in a situation that, you know,

14    we -- we don't trust the company right now, and

15    we have to get to the bottom of this, and so we

16    want to continue to ask some questions.

17              If I could get you to refer to

18    Tab 28 in your binder, and I want to direct

19    your attention to that e-mail that's found at

20    Tab 28.

21              In September of 2005, a few

22    months after General Motors decided that there

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 166 of 338

165

1      was not an acceptable business case to

2      implement changes to the ignition switch, an

3      engineering group manager e-mailed Lori Queen

4      and other GM personnel including Raymond

5      DiGiorgio about proposed changes for model year

6      2008 ignition switch.

7                    So this engineering obviously

8      explains that a more robust ignition switch

9      will not be implemented in model year 2008

10     vehicles because it appears the piece cost

11     could not be offset with warranty savings.

12                    In his e-mail he references piece

13     cost.  Is that just the ignition switch?

14          MS. BARRA:  Generally when people

15     refer to piece cost, they refer to the part.

16          MR. HARPER:  So he's just referring to

17     that ignition switch?  That's a yes?

18          MS. BARRA:  Again, I didn't write that

19     note, but I'm just telling you generally when

20     people --

21          MR. HARPER:  Okay.

22          MS. BARRA:  -- use piece cost, that's

166

1    what it means.

2              MR. HARPER:  As he notes in that

3    e-mail, an increase of 90 cents; is that

4    correct?

5              MS. BARRA:  I'm sorry?

6              MR. HARPER:  It says -- Does the

7    e-mail say there would be an increase of 90

8    cents?

9              MS. BARRA:  Yes.  Yes, I see it.

10             MR. HARPER:  And since the warranty

11   offset was only 10 cents to 15 cents, GM didn't

12   make the change?

13             MS. BARRA:  And that is not something

14   that I find acceptable.  If there is a safety

15   defect, but there is not a business case, this

16   analysis is inappropriate.

17             MR. HARPER:  And I appreciate that you

18   don't find that acceptable, but that indeed is

19   what happened here, correct?

20             MS. BARRA:  And that is -- Exactly,

21   and that's one piece of data.  As we go through

22   the investigation, as we put the pieces

167

1      together, we will take action because this is

2      not the type of behavior that we want in our

3      company today, with our engineers today.

4              MR. HARPER:  And understand we're

5      trying to go back and figure out what happened

6      and understand that so we can indeed make sure,

7      as you do, that this never happens to anyone

8      else again.

9              Now, Lori Queen, what was her

10     position at the time?

11             MS. BARRA:  2005, I believe she was a

12     vehicle line executive, but I can go back and

13     confirm that.

14             MR. HARPER:  If you would let us know,

15     please.

16             How does cost factor into

17     decisions about safety?

18             MS. BARRA:  They don't.

19             MR. HARPER:  Has --

20             MS. BARRA:  Again, I can only speak to

21     the way that we are running the company, and if

22     there is a safety issue, if there is a defect

168

1    identified, we go fix the -- fix the vehicle,

2    fix the part, fix the system.

3              It's not acceptable to have a

4    cost put on a safety issue.

5         MR. HARPER:  And that is obviously

6    your position and your goal and your -- the way

7    you want it to be now, but that's not the case

8    of what we're going back and looking at.

9              So you're telling us that General

10   Motors has changed its position how it handles

11   cost and safety issues; it hasn't been this way

12   before, but this is how you want it now, am I

13   correct?

14        MS. BARRA:  I think in the past we

15   have had more of a cost culture, and we are

16   going to more of a customer culture that

17   focuses more on safety and quality.

18        MR. HARPER:  When we go back and look

19   at who first -- who first authorized the use of

20   an ignition switch that did not meet

21   specifications --

22        MS. BARRA:  And that is something we

169

1      will learn in our investigation.

2              MR. HARPER:  Now, one of the things

3      that concerns us, of course, is when General

4      Motors filed bankruptcy in 2009, it wasn't an

5      overnight problem with -- with money or with

6      the loss of profits or losing money each year.

7              In 2005 I know General Motors

8      lost 10.6 billion; jump to 2007, lost 38.7

9      billion; 2008, lost 30.9 billion; and then

10     filed for bankruptcy in 2009.

11             The fact that General Motors was

12     going to -- through many years of financial

13     issues, did that impact how this was

14     categorized and was not dealt with at that time

15     as it should have been?

16             MS. BARRA:  I can't answer that

17     question.  I want to know the answer to that

18     question, and when I do, I will take action.

19             MR. HARPER:  All right.  You indicated

20     earlier that a specific traffic death was not

21     included in the -- the count of fatalities that

22     may have been associated with this issue.

170

1               I would like to see other traffic

2      deaths or serious injuries that were looked at,

3      but the determination was made that it was not

4      part of this total.

5               Can you get us that information?

6          MS. BARRA:  Through our -- our TREAD

7      information, yes.

8          MR. HARPER:  Will you get that for us?

9          MS. BARRA:  Yes.

10         MR. HARPER:  Thank you very much.

11              I yield back.

12         CHAIRMAN MURPHY:  Gentleman yields

13     back.  Now recognize Ms. Castor for five

14     minutes.

15         MS. CASTOR:  Thank you.  Natasha

16     Weigel, age 18, was killed October 24th, 2006,

17     while riding in a 2005 Chevy Cobalt.  Cheryl

18     Trotline, age 19, was killed on June 12th,

19     2009, after losing control of her 2005 Chevy

20     Cobalt, and Allen Ray Floyd, age 26, was killed

21     on July 3rd, 2009, after losing control of his

22     2006 Chevy Cobalt.

171

1          I understand that Ms. Weigel's

2     parents and Ms. Trotline's family are in

3     attendance at the hearing today.  Others have

4     been killed because of GM's defective ignition

5     switch.

6               The fact is we do not know yet

7     the full extent of the fatalities, injuries and

8     accidents, but evidence is growing through this

9     investigation and that of -- in the press, and

10    hopefully your own investigation, that the

11    deaths could have been avoided if GM had

12    addressed this issue long ago.

13              We know that GM knew about this

14    problem as far back as 2001.

15              The committee learned last week

16    that the supplier of the faulty switch, Delphi,

17    conducted tests that year, 2001, which showed

18    the switch didn't meet GM's specifications, but

19    GM used this switch in Cobalts and Ions and

20    other vehicles anyway.

21              Ms. Barra, the committee sent you

22    a letter about this issue and documents were

172

1    received yesterday that showed that these

2    inadequate switches were approved by GM in May,

3    2002.

4              I have a document here -- and

5    it's been placed before you and it's in Tab 54

6    in the binder as well -- this document shows

7    that the force required to turn the ignition

8    switch was too low.  That specification is

9    clearly marked "not okay".

10             Ms. Barra, does this document

11   show that GM officials were aware that the

12   ignition switch did not meet company standards

13   in 2002?

14        MS. BARRA:  If this document

15   was provided to the engineers, again that's

16   something I will learn in our investigation.

17        MS. CASTOR:  Internally GM knew there

18   were problems.  By 2004, they were considering

19   ways to fix the problem by redesigning the

20   faulty switch.

21             This document, which is also

22   placed before you -- this is at Tab 8 in that

173

1    notebook as well -- from 2004 shows that GM did

2    reject alternative designs.

3            It mentions one-year lead times

4    and says, quote, the tooling costs and piece

5    prices are too -- excuse me, are too high.  It

6    concludes:  Thus, none of the solutions

7    represents an acceptable business case.  Other

8    documents present the piece cost increase per

9    potential solution as 57 cents per unit.

10           Ms. Barra, do you know who at GM

11   would have made the decision about whether to

12   make this change in 2004?

13           MS. BARRA:  Well, first of all, I find

14   that decision unacceptable, as I've stated.  If

15   there is a safety defect, the cost is not the

16   issue that we look at; we look at what it's

17   going to take to fix the problem and make the

18   vehicle safe.

19           As we go through our

20   investigation we will put all the pieces

21   together of incidents and -- and actions that

22   were taken or not taken over a -- more than a

174

1    decade period and make the appropriate process

2    changes and --

3         MS. CASTOR:  So in retrospect do you

4    think that a repair cost of 57 cents was too

5    costly for GM to undertake?

6         MS. BARRA:  Again, if we are making a

7    decision on safety, we don't even look at

8    costs, we make the change.

9         MS. CASTOR:  But there was a major

10   disconnect between what GM told the public and

11   what it knew in private.

12            In private GM approved a switch

13   that it knew was defective and then the company

14   appeared to reject other changes because the

15   cost of 57 cents per fix was too high of a

16   price to pay.

17            Now, also in 2005 the New York

18   Times ran a review in which the author wrote

19   about his wife encountering a problem with the

20   Chevy Cobalt.

21            He, quote, said:  She was driving

22   on a freeway when the car just went dead.  The

175

1   only other thing besides a key on the ring was

2   a remote control fob provided by GM.

3            The GM spokesman at that time,

4   Alan Adler, issued a statement saying in rare

5   cases when a combination of factors is present,

6   a Chevrolet -- Chevrolet Cobalt driver can cut

7   power to the engine by inadvertently bumping

8   the ignition key to the accessory or off

9   position while the car is running.  When this

10  happens, the Cobalt is still controllable.

11           So I find it baffling that not

12  only did GM know about this serious problem

13  over a decade ago, but that it was discussed on

14  the pages of the New York Times, and when GM

15  responded publicly, it essentially told drivers

16  no big deal, engines cut off all the time.

17           When your engine suddenly cuts

18  off when you are driving on the highway, would

19  you consider this a safety issue?

20           MS. BARRA:  Yes.

21           MS. CASTOR:  And you've indicated that

22  you were not even aware that GM was

176

1    investigating the Cobalt until December, 2013;

2    is that correct?

3            MS. BARRA:  I was aware that there was

4    analysis going on related to a Cobalt.

5            MS. CASTOR:  But at the time the New

6    York Times wrote their report in 2005, what was

7    your position?

8            MS. BARRA:  In 2005 I believe I was in

9    the manufacturing engineering organization of

10   the company.

11           MS. CASTOR:  So you were a high-level

12   executive at GM responsible for vehicle

13   manufacturing?

14           MS. BARRA:  Vehicle -- the equipment

15   that we used to make vehicles.

16           MS. CASTOR:  And one of the nation's

17   largest newspapers raised the issue in this

18   important new vehicle launch for GM and you did

19   not know about it at the time?

20           MS. BARRA:  I --  I don't have a

21   recollection of that article.

22           MS. CASTOR:  Do you recall it being a

177

1      concern for GM?

2              MS. BARRA:  I was not aware that there

3      was this issue until the recall was introduced

4      on January 31st.

5              I only knew at the end of

6      December that there was an issue with the

7      Cobalt; I did not know it was an ignition

8      switch issue.

9              MS. CASTOR:  Thank you, Mr. Chairman.

10             CHAIRMAN MURPHY:  Thank you.  That

11     concludes our members, but I would like to see

12     if Mr. Terry, of Nebraska, who is the

13     subcommittee chairman of Commerce,

14     Manufacturing and Trade, have an opportunity

15     for five minutes.

16             Is there any objection?

17                 (No response.)

18         MR. TERRY:  Thank you.

19             CHAIRMAN MURPHY:  Without objection,

20     you may proceed, Mr. Terry.

21         MR. TERRY:  Thank you.  I appreciate

22     this, and I'm sorry for being late, but my

178

1    plane was cancelled, for mechanical reasons

2    probably, ignition switch.

3             So getting back to NHTSA -- and I

4    chair the subcommittee over jurisdiction with

5    NHTSA and the TREAD Act, and the TREAD Act

6    clearly requires manufacturers to inform NHTSA

7    within five days of any, quote, non-compliance

8    or defects that complete an unreasonable risk

9    of safety.

10            Did GM at any time contact or

11   notice NHTSA of any non-compliance or defects

12   regarding the ignition switch?

13            MS. BARRA:  That is something I hope

14   to learn as we go through our investigation.

15            MR. TERRY:  Okay.  What is the

16   difference between non-compliance and a defect?

17            MS. BARRA:  That's a very broad

18   question.

19            MR. TERRY:  No, it's a very specific

20   question.

21            MS. BARRA:  I think it depends on the

22   specific situation that you are talking about.

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 180 of 338

179

1           MR. TERRY:  Regarding an ignition

2    switch.

3           MS. BARRA:  So your question is what

4    is a non- -- a non-compliance --

5           MR. TERRY:  Yes, non-compliant

6    ignition switch.

7           MS. BARRA:  My understanding of when

8    there is a non-compliance, it's a very specific

9    term used by NHTSA to standards, but I can get

10   you the specific definition of that, versus

11   when we feel we have found a defect with one of

12   our parts.  That's my issue.

13          MR. TERRY:  And that's why it's "or",

14   so when it -- when an ignition switch is

15   substandard, it's non-compliant, and a defect

16   then is a higher level, and I think that's what

17   we are looking for here today, is to determine

18   if there was, quote, unquote, a defect.

19          MS. BARRA:  Congressman, I think in

20   the language that we use with NHTSA there is

21   very specific definitions, and I'd like to

22   provide those to you as opposed to --

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 181 of 338

180

1          MR. TERRY:  Oh, I -- I can get the

2     definitions from NHTSA, that's --

3          MS. BARRA:  I'm just --

4          MR. TERRY:  I'm not asking you to do

5     that.

6          MS. BARRA:  You're asking a very

7     specific question related to this, and I'm

8     trying to be truthful.

9          MR. TERRY:  Okay, but just -- All

10    right.  I'm not trying to beat up on you here,

11    but just repeating back NHTSA's definition, I'm

12    asking specifically how it com -- how it

13    applies to the ignition switch and...

14              NHTSA is going to testify there

15    was no notice.

16          MS. BARRA:  NHTSA -- I'm sorry, I

17    didn't hear you.  NHTSA is going to testify --

18          MR. TERRY:  I'm under -- My

19    understanding is that NHTSA said that GM did

20    not contact them of non-compliance.

21          MS. BARRA:  If I find through our

22    investigation that we did not provide the

181

1    appropriate information to NHTSA, that will be

2    a very serious issue, and we will take

3    appropriate action with the individuals

4    involved.

5            MR. TERRY:  All right.  Thank you.  I

6    yield back.

7            CHAIRMAN MURPHY:  Gentleman yields

8    back.  I think there is no other questions,

9    although, Ms. DeGette, you had a clarifying

10   question?

11           MS. DeGETTE:  Yes.  I just had two

12   questions, Mr. Chairman.  Thank you.

13               The first one is as I've been

14   sitting here thinking about these new ignition

15   switches that you are putting into the recalled

16   cars, they're based on the 2006 specs, but what

17   you're saying, Ms. Barra, is that they're going

18   to meet the highest safety standards when

19   they're manufactured; is that right?

20           MS. BARRA:  Our engineering team is

21   going through extensive validation testing to

22   make sure that they meet the requirements.

182

1          MS. DeGETTE:  And on the component

2     technical specification, it's Tab 53 of your

3     notebook, which was December 6, 2012, it says:

4               The minimum torque required by

5     the switch on the return side of the ignition

6     switch from crank to the run position must be

7     15 N-CM.

8               So would that be the standard

9     then, since it says it must be that?

10          MS. BARRA:  From the position of run

11     to access --

12          MS. DeGETTE:  Yes.

13          MS. BARRA:  -- 15 is the minimum.  The

14     spec is 20 plus or minus 5.

15          MS. DeGETTE:  Right.  And my final

16     question, I'm impressed, this committee has

17     had -- has had experience with Kenneth Feinberg

18     before because he was appointed to help

19     administer the fund that was set up by BP after

20     Deep Water Horizon, which was this committee's

21     investigation; he was also appointed to

22     administer the fund after the Boston marathon

183

1    terrorist attacks.

2              But I want to make sure that what

3    you're doing when you hire him is you're really

4    doing something because he's usually hired to

5    sort out the value of people's claims and then

6    assign money, and I'm assuming GM's hiring him

7    to help identify the size of claims and then

8    help compensate the victims; is that right?

9              Is GM willing to put together

10   some kind of a compensation fund for this --

11   these victims that Mr. Feinberg will then

12   administer?

13             Is that why you have hired him?

14        MS. BARRA:  We've hired Mr. Feinberg

15   to help us assess the situation.  We under --

16        MS. DeGETTE:  So really there is no

17   money involved in this at this point?

18        MS. BARRA:  We have just hired him,

19   and we will begin work with him on Friday.

20        MS. DeGETTE:  So really you hired him,

21   you announced it today, but so far he has not

22   being given any ability to compensate victims,

184

1    is that what you're saying?

2            MS. BARRA:  We are going to work with

3    him to determine what the right course of

4    action is.

5            MS. DeGETTE:  And might that include

6    victim compensation here?

7            MS. BARRA:  We haven't made any

8    decisions on that yet.

9            MS. DeGETTE:  Okay.  Thank you so

10   much, Mr. Chairman.

11           CHAIRMAN MURPHY:  Thank you,

12   Ms. Barra.  We thank you for your time today.

13              GM has cooperated with this

14   investigation, and we expect your company will

15   continue to cooperate.  Let me make a couple of

16   requests.

17              One is members will have other

18   questions for you, and we hope that you respond

19   to those within -- in a timely manner.

20              We also plan to conduct

21   interviews, further interviews, with General

22   Motors officials and employees involved in the

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 186 of 338

185

1    recalled part and may be requesting more

2    records.

3                    Will you make sure you make those

4    available to us?

5            MS. BARRA:  We will absolutely

6    cooperate.

7            CHAIRMAN MURPHY:  Thank you.

8                    And also on behalf of Chairman

9    Upton, we would also like to be notified when

10   you get your internal report and would like to

11   discuss the chance to review that report as

12   well.

13           MS. BARRA:  We will notify.

14           CHAIRMAN MURPHY:  Thank you very much.

15   I thank you, Ms. Barra.  You'll be dismissed.

16                   But while this is taking place

17   and we're waiting for Mr. Friedman to sit down,

18   we're going to take a five-minute break to

19   allow Mr. Friedman to take his seat, and we

20   will reconvene this hearing in five minutes.

21   Thank you.

22

186

1          (WHEREUPON, a short recess

2               was taken.)

3          CHAIRMAN MURPHY:  Before becoming

4   NHTSA's, which is the National Highway

5   Transportation Safety Administration, Deputy

6   Administrator Friedman worked for 12 years at

7   the Union of Concerned Scientists as a senior

8   engineer, research director, and as a deputy

9   director of the Clean Vehicles Program.

10          I will now swear in the witness.

11          Mr. Friedman, you are aware that

12   the subcommittee is holding an investigative

13   hearing and, when doing so, has the practice of

14   take being testimony under oath.

15          Do you have any objections to

16   testifying under oath?

17          MR. FRIEDMAN:  I do not.

18          CHAIRMAN MURPHY:  Thank you.

19          The Chair advises you that under

20   the rules of the House and under the rules of

21   the committee, you are entitled to be advised

22   by counsel.

187

1          Do you desire to be advised by

2     counsel during your testimony today?

3          MR. FRIEDMAN:  I do not.

4          CHAIRMAN MURPHY:  In that case, will

5     you please rise and raise your right hand?

6                         (The witness was thereupon

7                         duly sworn.)

8          MR. FRIEDMAN:  I do.

9          DAVID J. FRIEDMAN,

10    called as a witness herein, having been first

11    duly sworn, testified before the Subcommittee

12    as follows:

13          CHAIRMAN MURPHY:  Let the record show

14    the witness is now under oath and subject to

15    the penalties set forth in Title 18, Section

16    1001, of the United States Code.

17          Mr. Friedman, you may now give a

18    five-minute summary of your written statement.

19          MR. FRIEDMAN:  Chairman Murphy,

20    Ranking Member DeGrette, and members of the

21    committee, thank you for the opportunity to

22    testify before you today.

188

1          To begin, I would like to say

2     that on behalf of everyone at NHTSA, we are

3     deeply saddened by the lives lost in crashes

4     involving the GM ignition switch defect.

5          The victims, families and

6     friends, some of whom I believe are here today,

7     have suffered greatly, and I am deeply sorry

8     for their loss.

9          Safety is NHTSA's top priority,

10    and our employees go to work every day trying

11    to prevent tragedies just like these.

12         Our work reducing dangerous

13    behaviors behind the wheel, improving the

14    safety of vehicles, and addressing safety

15    defects has helped reduce highway fatalities to

16    historic lows not seen since 1950.

17         In the case of the recently

18    recalled General Motors vehicles, we are first

19    focused on ensuring that General Motors

20    identifies all vehicles with a defective

21    ignition switch, fixes the vehicles quickly and

22    is doing all it can to inform consumers on how

189

1    to keep themselves safe.

2              We are also investigating whether

3    General Motors met its responsibilities to

4    report and address this defect as required

5    under federal law.

6              If it failed to do so, we will

7    hold General Motors accountable as we have in

8    other cases over the last five years which have

9    led to record fines on automakers.

10             Internally at NHTSA and the

11   department, we have already begun a review of

12   our actions and assumptions in this case to

13   further our ability to address potential

14   defects.

15             Today I will share what I have

16   learned so far.  NHTSA used consumer complaints

17   and early warning data, three special crash

18   investigations on the Cobalt, industry websites

19   and agency expertise on airbag technology.

20             Some of that information did

21   raise concerns about airbag non-deployments, so

22   in 2007 we convened an expert panel to review

190

1    the data.

2                    Our consumer complaint data on

3    injury crashes with airbag non-deployments

4    showed that neither the Cobalt nor the Ion

5    stood out when compared to other vehicles.

6                    The two special crash

7    investigation reports we reviewed at the time

8    were inconclusive on the cause of

9    non-deployment.

10                   The reports noted that the

11   airbags did not deploy and the power mode was

12   in accessory, but these crashes involved

13   unbelted occupants and off-road conditions that

14   began with relatively small collisions where,

15   by design, airbags are less likely to deploy in

16   order to avoid doing more harm than good.

17                   Further, power loss is not

18   uncommon in crashes where airbags deploy and

19   did not stand out as a reason for

20   non-deployment.

21                   In light of these factors, NHTSA

22   did not launch a formal investigation.  We

191

1      continued monitoring the data, and in 2010

2      found that the related consumer complaint rate

3      for the Cobalt had decreased by nearly half

4      since the 2007 review.

5                     Based on our engineering

6      expertise and our process, the data available

7      to NHTSA at the time was not sufficient to

8      warrant a formal investigation.

9                     So what does all this mean?  It

10     means that NHTSA was concerned and engaged on

11     this issue.

12                    This was a difficult case where

13     we used tools and expertise that over the last

14     decade have successfully resulted in 1,299

15     recalls, including 35 recalls on airbag

16     non-deployments.

17                    These tools and expertise have

18     served us well, and we will continue to rely on

19     and improve them.

20                    For example, we have already

21     invested in advanced computer tools to improve

22     our ability to spot defects and trends and are

192

1    planning to expand that effort, but what we

2    know now also means that we need to challenge

3    our assumptions, we need to look at how we

4    handle difficult cases like this going forward.

5            So we are looking to better

6    understand how manufacturers deal with power

7    loss and airbags.

8            We are also considering ways to

9    improve the use of crash investigations in

10   identifying defects.

11           We are reviewing ways to address

12   what appear to be remote defect possibilities

13   and we are evaluating our approach to engaging

14   manufacturers in all stages of our defects

15   process.

16           Between these efforts and those

17   of the departments's inspector general, I know

18   that we will continue to improve our ability to

19   identify vehicle defects and ensure that they

20   are fixed.

21           But I want to close on one last

22   important note:  Our ability to find defects

193

1    also requires automakers to act in good faith

2    and to provide information on time.

3              General Motors has now provided

4    new information definitively linking airbag

5    non-deployment to faulty ignition switches,

6    identifying the parts change, and indicating

7    potentially critical supplier conversations on

8    airbags.

9              Had this information been

10   available earlier, it would have likely changed

11   NHTSA's approach to this issue.

12             But let me be clear:  Both NHTSA

13   and the auto industry as a whole must look to

14   improve.

15             Mr. Chairman, Ranking Member

16   DeGrette, I greatly appreciate the opportunity

17   to testify before you today.  Thank you.

18        CHAIRMAN MURPHY:  Thank you.  I will

19   now recognize myself for five minutes.

20             Now, Mr. Friedman, I -- with the

21   understanding you just got in this position of

22   acting administrator just a couple months ago

194

1    and for the last 12 years you were involved in

2    other groups that focused on green energy and

3    fuel cell technology, we understand that.

4              If you are unable or

5    uncomfortable answering certain questions about

6    automobile engineering and safety, you are more

7    than welcome to ask someone else, some of your

8    support staff behind you.

9              So I wanted to find out how NHTSA

10   is communicating to the public about this

11   recall, and I believe I have a slide available,

12   or I have a poster here.

13             I went to your website to see

14   what I could learn, and -- do we have that

15   image available, about this -- and what it

16   shows -- this is all.

17             This is all I could find on your

18   website about the recall notice.  No

19   information about the broader recalls, about

20   parts, replacement, investigation or anything.

21             I can't even click on this.  It

22   simply says get rid of your car key fobs, but

195

1      there is nothing else that person can do.

2                      Can you fix this website so

3      people can use it to get more useful

4      information, please?

5              MS. BARRA:  Congressman, if there is

6      added information that should be on there to

7      make sure that people can get to the

8      information available on our website, we'll

9      take those steps.

10                     Right now consumers can go to our

11     website and get all of -- all of the details

12     associated with this recall if they go to that

13     search button and select the 2005 Cobalt.

14             CHAIRMAN MURPHY:  I just -- to make it

15     easier, because --

16             MR. FRIEDMAN:  Absolutely.

17             CHAIRMAN MURPHY:  -- still don't trust

18     government websites.

19             MR. FRIEDMAN:  We'll make a link --

20             CHAIRMAN MURPHY:  Just make the click

21     link.

22             MR. FRIEDMAN:  -- right there, sir.

196

1    Absolutely.  That's fine.

2           CHAIRMAN MURPHY:  In 2007 the chief of

3    NHTSA's Defect Assessment Division proposed

4    opening an investigation of airbag

5    non-deployments in Chevy Cobalts.

6           Am I correct about that date?

7           MR. FRIEDMAN:  Yes.

8           CHAIRMAN MURPHY:  Now, if you turn to

9    Page -- to Tab 19 in your binder, it's labeled

10   as the DAD panel for November 15th, 2007, this

11   is the Power Point presentation made to the

12   defect assessment panel on November 15th.

13          At Bates stamp 4474 -- those

14   little numbers at the bottom of the page -- the

15   presentation states that there have been 29

16   complaints about the Cobalt airbags, 4 fatal

17   crashes, and 14 field reports; is that correct?

18          MR. FRIEDMAN:  That sounds correct.

19          CHAIRMAN MURPHY:  At Bates stamp 4480

20   there is a chart of airbag warranty claims for

21   Cobalt airbags as compared to other comparable

22   vehicles.

197

1           Do you agree that the number of

2      warranty claims for Cobalt airbags is much

3      higher than other cars?

4           MR. FRIEDMAN:  Congressman,

5      Mr. Chairman, that is one of the issues that

6      did raise concerns on our part.

7           What that chart shows is warranty

8      claims, some of which are likely associated

9      with airbag non-deployments, some of which may

10     also, and are very likely, to be associated

11     with warning lights on airbags or other

12     potential problems.

13          This is a gross look at the data,

14     an important look at the data, that is provided

15     by our early warning data system that we use to

16     decide whether or not we need to look further

17     into one of these issues, which is what we did

18     do in this case.

19          CHAIRMAN MURPHY:  But still the NHTSA

20     panel decided there was not a trend here and

21     decided not to investigate despite the number

22     of complaints, the fatal crashes and the

198

1    warranty claims.

2              Why was NHTSA convinced that

3    investigation was not warranted?  I believe

4    this happened on two occasions; NHTSA decided

5    twice don't move forward with an investigation.

6              What specific information did you

7    have that said don't go forward?

8              MR. FRIEDMAN:  Mr. Chairman, when we

9    look at these cases, and when they looked at

10   this case, at the time they look at the whole

11   body of information.

12             They don't -- you can't just rely

13   necessarily on one piece of information.

14             The core piece of information

15   that they relied on in the determination there

16   wasn't sufficient enough information first was

17   analysis of the complaints, the injury crash

18   complaints associated with airbag

19   non-deployments, and the exposure, the number

20   of those divided by the number of vehicles that

21   were on the road and the number of years they

22   were on the road.  That gives you a sense of

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 200 of 338

199

1    how large the problem is in comparison to other

2    vehicles.

3              When the team did that

4    comparison, the Cobalt did not stand out.  It

5    was a little bit above average, but there were

6    several vehicles that were significantly

7    higher, there were some vehicles --

8              CHAIRMAN MURPHY:  I understand, but

9    twice employees at NHTSA raised a red flag on

10   this; it wasn't just once, and a second time,

11   too, they said something's not right here, so

12   I'm wondering if you did something different

13   when that occurred the second time in reviewing

14   it, such as did anybody ask questions of why an

15   airbag doesn't deploy?

16              I mean, I looked at the

17   statements there, it had a number of things

18   about power losses or how much longer battery

19   power would be involved in an airbag deployment

20   in the case of an accident, but did anybody ask

21   the question was there anything else, any other

22   reason, why an airbag wouldn't deploy within

200

1    NHTSA?  Did anybody ask those questions?

2         MR. FRIEDMAN:  Mr. Chairman, my

3    understanding is folks were trying to

4    understand why the airbags did not deploy; when

5    you -- when they looked at the special crash

6    investigations in 2007 as well as the data

7    available, those special crash investigations

8    were inconclusive.

9         Why?  Because they indicated that

10   these crashes were happening in off-road

11   conditions with unbelted occupants --

12        CHAIRMAN MURPHY:  I understand.  I'm

13   looking at reasons why airbags wouldn't deploy,

14   and so you were talking among yourselves

15   according to what we understand of the Power

16   Points.

17        What specifically did, NHTSA, ask

18   GM, for example, and this is very

19   important, did NHTSA raise a question with GM,

20   tell us the reasons why an airbag would not

21   deploy in one of your cars?

22        Did you ask GM that question?

201

1       MR. FRIEDMAN:  I don't have a record

2   of that.  I know our team did bring up concerns

3   over this case to General Motors in a meeting,

4   but I don't have records of us asking that

5   specific question.

6       CHAIRMAN MURPHY:  I mean, it's

7   important because you're saying GM didn't

8   provide you information, but you're also saying

9   you don't know if you asked them for the

10  information.

11      I mean, it's important for the

12  families to know what happened, and if this key

13  government agency which is tasked with

14  protecting the safety of the public -- I just

15  want to know if those kind of questions get

16  asked.

17      MR. FRIEDMAN:  Mr. Chairman, those

18  questions typically do get asked of the car

19  companies when we move into the investigation

20  phase.

21      What this phase and where this

22  was was a phase where concerns are raised and

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 203 of 338

202

1    it's discussed whether or not there is

2    sufficient information to move to the point of

3    asking those questions of automakers.

4               Roughly -- In these defects

5    panels, roughly half the cases that are brought

6    up are brought into investigations, roughly

7    half are not.

8               One of the things that we are

9    looking at relative to this process going

10   forward is do we need to make any changes when

11   it comes to how we present this information and

12   when we present our concerns to automakers.

13               I do believe that there are some

14   changes that we can make to engage automakers

15   earlier in the process to put them in the

16   position of letting us know if our concerns are

17   shared by them and...

18        CHAIRMAN MURPHY:  Certainly the

19   families would want to know in retrospect what

20   would you change in this whole process, but I'm

21   out of time.

22               I now recognize Ms. DeGette for

203

1      five minutes.

2                  MS. DeGETTE:   Thank you, Mr. Chairman.

3                      Mr. Friedman, NHTSA investigated

4      airbag non-deployment, but as -- as you talked

5      about, it was never able to connect the dots

6      between that problem and the defective ignition

7      switch, so what I want to know is if NHTSA had

8      the relevant information it needed to make a

9      fully informed determination and what the

10     agency believed about the connection between

11     the ignition switch position and airbag

12     non-deployment during the time of its special

13     crash investigations.

14                      In your written testimony you

15     note that when NHTSA was investigating the

16     airbag non-deployment issue, the agency

17     mistakenly believed -- mistakenly believed

18     based on GM service literature that the airbags

19     would function up to 60 seconds after the power

20     cut off.

21                  Why did NHTSA think that?

22                  MR. FRIEDMAN:   Thank you, Ranking

204

1    Member.

2              That -- that knowledge was

3    actually based on years of experience and

4    previous experience with earlier airbags where

5    there was actually a problem where airbags

6    would go off long after the vehicle was turned

7    off.

8              MS. DeGETTE:  And --

9              MR. FRIEDMAN:  Airbag systems have

10   capacitors in them, and those capacitors are

11   designed to store energy so that if power is

12   lost, the airbag can still deploy, because

13   power is often lost in some of these kinds of

14   crashes.

15             MS. DeGETTE:  So that's based on the

16   GM service literature --

17             MR. FRIEDMAN:  Yes.

18             MS. DeGETTE:  -- or the agency's

19   experience or both?

20             MR. FRIEDMAN:  That's a very important

21   question.

22             MS. DeGETTE:  Right.

205

1          MR. FRIEDMAN:  My understanding is

2     that was based on the agency's experience.

3               My understanding is, and I

4     apologize if I was not clear enough in my

5     testimony, we have -- we since -- after General

6     Motors made this recall found that service

7     information that confirmed our understanding at

8     the time is that airbags are designed to be,

9     which was that airbags are designed to be

10    powered when the power is lost, so a power loss

11    would not typically stand out.

12          MS. DeGETTE:  Okay.  So -- so you were

13    base -- NHTSA was basing -- you weren't there,

14    but NHTSA was basing its determination on its

15    experience.

16               How is it then that it failed to

17    connect the dots between the airbag

18    non-deployment problem and the ignition switch

19    problem?

20          MR. FRIEDMAN:  Well, excuse me, I

21    believe there is two situations here.

22               First of all, the information we

206

1    had at the time indicated that there were two

2    possibilities put in front of us in one of the

3    special crash investigation reports.

4              One of them was that the ignition

5    being off could have been a cause; another one

6    was that the circumstances of the crash could

7    have been the cause.

8              In those two cases, the more

9    likely scenario was that the circumstances of

10   the crash were more likely to yield to the

11   airbags not deploying.

12        MS. DeGETTE:  So you also said that GM

13   had critical information that would have helped

14   identify this -- this defect that NHTSA didn't

15   have.

16              What information could GM have

17   given you that would -- the agency, that would

18   have helped identify the real problem?

19        MR. FRIEDMAN:  Well, I made that

20   statement based on looking at the chronology

21   that General Motors provided with this recall.

22        MS. DeGETTE:  Okay.

207

1          MR. FRIEDMAN:  And there were at least

2     a few things in that chronology that raised

3     some concerns for me.

4          MS. DeGETTE:  And what were those

5     things?

6          MR. FRIEDMAN:  The first was that

7     there was a change in part number relative to

8     the ignition switch, and we were never informed

9     of that change.

10          The second is that there was a --

11     there were some conversations with suppliers

12     about their control algorithms, the control

13     systems, for airbags.  We were never informed

14     of that conversation to my knowledge, and we

15     did not have the details on how that -- those

16     algorithms worked.

17          Third, and most importantly,

18     General Motors created a direct connection in

19     their recall between the airbag non-deployment

20     and the ignition switch.

21          If we had any of those pieces of

22     information, I truly believe it would have

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 209 of 338

208

1    changed.  (Inaudible).

2              MS. DeGETTE:  Now, if GM is changing a

3    part, are they legally required to inform NHTSA

4    of that change?

5              MR. FRIEDMAN:  That's not -- it's not

6    clear to me that that's a legal requirement,

7    but I can get back to you to make sure.

8              MS. DeGETTE:  I'd appreciate that

9    because it seems to me that's critical.

10             Now, in your -- in your opening

11   statement, you said that -- you said that in

12   order for NHTSA to be able to make a correct

13   determination, you need all of the information

14   as you have just said and you need the company

15   to be acting in good faith.

16             Based on what you know now, do

17   you think that at this -- at the time that all

18   of this was happening, GM was acting in good

19   faith towards the agency?

20             MR. FRIEDMAN:  Congressman, we have an

21   open investigation to answer that exact

22   question, and if we find out that they were

209

1    not, we will hold them accountable.

2            MS. DeGETTE:   And I would hope that

3    you would inform this committee irrespective of

4    your determination, whether they did or didn't.

5            MR. FRIEDMAN:   Absolutely.

6            MS. DeGETTE:   When do you expect to

7    finish that investigation?

8            MR. FRIEDMAN:   I can't put an exact

9    timeline on it.   We're getting hundreds of

10   thousands of documents from General Motors.

11           The deadline is April 3rd for

12   them to provide those documents; it's not clear

13   that they will be able to provide all the

14   documents at the time, but we've been making

15   sure that they are continuously producing

16   documents so we can understand.

17           As soon as my team is able to

18   find information in those documents that

19   indicates that General Motors had information

20   that they should have acted on sooner, we will

21   determine how to move forward to hold General

22   Motors accountable or, if we don't find that

210

1    information, then we will also let you know.

2              MS. DeGETTE:  Thank you.

3              CHAIRMAN MURPHY:  Ms. DeGette yields

4    back.

5              With regard to Ms. DeGette's

6    question about if there is a change in a part

7    do they need to notify you, will you also let

8    us know if there -- if they make a change in a

9    part, do they also have to have a different

10   part number?

11             I don't know what NHTSA's

12   requirements are on that.  That's an issue.

13   Just -- You can submit that for the record.

14        MR. FRIEDMAN:  Yes, I'll circle back

15   to you to be clear.

16             CHAIRMAN MURPHY:  We also need to know

17   what information you were reviewing with regard

18   to these airbags, was -- on GM cars, was it

19   specific to Cobalt, and would you please

20   provide that information to the -- to the --

21        MR. FRIEDMAN:  Yes, Mr. Chairman, I

22   believe we have provided a significant --

211

1      significant amount of documentation, but we

2      will continue to do so.

3            CHAIRMAN MURPHY:  We'd like to know

4      what you're reviewing.

5                  Now recognize the chairman of the

6      full committee, Mr. Upton, for five minutes.

7            MR. UPTON:  Well, thank you,

8      Mr. Chairman, and I just want to -- I know you

9      are, as well as our committee, is literally --

10     we're looking through boxes of information,

11     thousands and thousands of pages, and -- and

12     that continues, and it looks like we'll be

13     getting some more down the road.

14                  As you know, I wrote the TREAD

15     Act, which passed unanimously in Congress,

16     President Clinton signed it into law, and the

17     whole point -- or a major point of that law was

18     that NHTSA would, in fact, get the information

19     that it needed to detect -- to detect a trend

20     as quickly as they could.

21                  So when NHTSA considered whether

22     to investigate the Cobalt for an airbag defect

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 213 of 338

212

1    back in '07, the early warning data was one of

2    the factors that was cited in the defect --

3    Defect Assessment Division's recommendation to

4    investigate it, correct?

5            MR. FRIEDMAN:  That's correct.

6            MR. UPTON:  So what was -- what was --

7    Looking back, what is the problem?  Did GM not

8    report the information that the law required or

9    was NHTSA unable to sort through the

10   information that it had to find the problem, or

11   both?

12           MR. FRIEDMAN:  Congressman, we have an

13   open investigation to determine whether or not

14   General Motors failed in their responsibility

15   to provide information, and we will definitely

16   report to this committee the results of that

17   effort.

18               In terms of what our team did,

19   our team looked at all the available

20   information using -- using the approach that

21   we've used successfully to lead to over 1,299

22   recalls influenced by NHTSA over the last ten

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 214 of 338

213

1    years.

2                    We used that process to look into

3    the early warning data, to look at the consumer

4    complaint data, to look at special crash

5    investigations, and a variety of other

6    information.

7                    We dug into that data.  We

8    analyzed it.  We tried to see if there was a

9    defect trend that stood out.  The data didn't

10   support that.  It showed that the Cobalt did

11   not stand out when it came to airbag

12   non-deployments.

13                   We looked at the special crash

14   investigations; those available at the time

15   were inconclusive.

16                   This is a case where the team

17   worked very hard to try to understand what was

18   happening and wasn't able to see a significant

19   enough trend or a clear enough defect.

20                   What I'm learning from this and

21   where we have to go in the future is we need to

22   look more carefully at remote defect

214

1      possibilities.  We need to reconsider the way

2      we're using special crash investigations.  We

3      need to continue to invest in tools.

4              We're already investing in

5      computer tools basically grown out of the

6      Watson-IBM software to be able to more

7      effectively, more efficiently, use our

8      resources to spot trends.

9              We've got to put all these tools

10     forward and we've got to look for opportunities

11     to make changes so we can better spot these

12     defects.

13          MR. UPTON:  So when you look to embark

14     on an investigation, do you consider the number

15     of deaths?

16              I mean, is there -- is there some

17     trigger that you use to -- to -- to warrant a

18     further exploration, whether it's 1 death, 4

19     deaths, 10 deaths, 20, 100?

20              I mean, is there some type of

21     standard equation that you put into place?

22          MR. FRIEDMAN:  Congressman, there's

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 216 of 338

215

1    not.  Our goal, what I would love to be able to

2    do, is to find each and every one of these

3    defects before there is a death.

4                It is the manufacturer's

5    responsibility to be reporting all of these

6    defects and getting them fixed.

7                When they do not, it is our job

8    to try to find them.

9                We don't have a simple rule of

10   thumb because each case is different.

11               In some cases we have opened

12   investigations after one incident where it was

13   clear that it was a defect; in other cases

14   we've had to rely on the trend data that

15   indicates that this stands out.  I can't give

16   you a specific rule of thumb.

17               MR. UPTON:  So let's play Monday

18   morning quarterback.  So today's April 1st,

19   2014.  These problems arose over the last ten

20   years.

21               What would you have liked to have

22   had on your platter from GM specifically in

216

1    terms of information today that you didn't have

2    in the last eight or ten years?

3         MR. FRIEDMAN:  Well, at a minimum what

4    I can tell you, based on their chronology, I

5    would have liked to have had information that

6    they had changed the parts on the ignition

7    switch.

8              I would have liked to have had

9    information that they were talking to their

10   suppliers, because they appear to have had

11   concerns about the algorithm associated with

12   airbag non-deployments.

13             I would certainly have liked to

14   have any information linking the ignition

15   switch defect to airbag non-deployments.

16             As we go through our

17   investigation I should be able to come back to

18   you and let you know if there is additional

19   information they should have --

20        MR. UPTON:  And are you pretty certain

21   today that they did not provide that

22   information to you?

217

1          MR. FRIEDMAN:  It's my understanding

2     that none of that information was available.

3               We are continuing our efforts to

4     try to make sure that we understand what

5     happened, so I can't say that I can give you a

6     comprehensive and definitive answer, but my

7     understanding at this point is that no, we did

8     not have that information.

9          MR. UPTON:  I know Mr. Long wanted my

10     last 15 seconds, so -- I bet it's now gone.  I

11     yield back.

12          MR. LONG:  Thank you, Mr. Chairman.  I

13     will have my friend, Mr. Terry here, assist me,

14     and the chairman of the committee here,

15     subcommittee, showed you this picture a while

16     ago and said he couldn't navigate past this

17     page, and you said that if any new information

18     became available to you, that you would get

19     this on the website.

20               Something we learned at the first

21     hearing that I think is very germane, is if you

22     will take your car to General Motors, they will

218

 1    give you a loaner at no cost or a rental car at

 2    no cost.

 3                    I would call that very germane, I

 4    would call it critical.  If somebody's got an

 5    '05, '06, '07, I think it would be enticing to

 6    drive a '14 for a little while while they

 7    repair your car, so that would be suggestion to

 8    put on there.

 9                    I yield back.

10                    CHAIRMAN MURPHY:  Thank you.  I might

11    note to the gentleman that I received a call

12    from one of my constituents that said he's

13    tried to get a loaner car and the dealer told

14    him he couldn't have one, too.

15                    MS. DeGETTE:  And one more thing, too,

16    you could put on there is take all your keys

17    off the key ring except for the ignition key.

18    That's the other thing Ms. Barra said.

19                    Is that on here?

20                    MR. FRIEDMAN:  Congressman, I believe

21    that is very clearly on there.

22                    MS. DeGETTE:  Okay.

219

1          MR. FRIEDMAN:  In fact, just to be

2     clear, the reason why we did that is because

3     safety is our top priority.  We are all focused

4     on investigating this case, but safety --

5          MS. DeGETTE:  Right.

6          MR. FRIEDMAN:  -- safety is our top

7     priority, which is why the first thing I wanted

8     people to see when they came to that website

9     was how to keep themselves safe, so I do just

10    want to be clear, that's why we have that

11    limited information there, because I didn't

12    want anyone out there who came to our website

13    not to understand the steps how to keep

14    themselves safe.

15               I agree, it's a good idea to put

16    on there.  I'll have to see if we can fit it in

17    the space we've got or if there is another way

18    to point people to it, but I agree, it's a good

19    idea to let people know.

20          CHAIRMAN MURPHY:  People need to know

21    if it's safe to drive their current cars.

22               Mr. Dingell, you are now

220

1    recognized for five minutes.

2           MR. DINGELL:  Thank you.

3    Mr. Friedman, let's look at NHTSA's internal

4    decision making processes.  These questions

5    will require a yes or no answer.

6                Is it correct that contractors

7    for NHTSA's special crash investigations

8    program conducted three separate investigations

9    of Chevy Cobalts in 2005, '06 and '09 related

10   to airbag non-deployment?

11          MR. FRIEDMAN:  Yes, that's correct.

12          MR. DINGELL:  Now, is it correct that

13   NHTSA's Office of Defects Investigation reviews

14   early warning reporting data and consumer

15   complaints in deciding whether to open a formal

16   defects investigation?

17          MR. FRIEDMAN:  Yes, those are parts of

18   the process.

19          MR. DINGELL:  Now, is it correct that

20   GM submitted EWR data to NHTSA concerning the

21   Chevrolet Cobalts subject to NHTSA's 2005 and

22   2006 special con -- special crash

221

1    investigations?  Yes or no.

2          MR. FRIEDMAN:  I'm sorry, sir, could

3    you repeat that, please?

4          MR. DINGELL:  I'll give it to you

5    again.

6                Is it correct that GM submitted

7    EWR data to NHTSA concerning Chevrolet Cobalts

8    subject to NHTSA's 2005 and 2006 special crash

9    investigations?

10         MR. FRIEDMAN:  Yes, that's correct.

11   Those are important parts of our company.

12         MR. DINGELL:  Now, is it correct that

13   the Office of Defects Investigation, ODI,

14   follows a multi-step process in order to

15   determine whether a defect exists in a vehicle?

16   Yes or no.

17         MR. FRIEDMAN:  Yes.

18         MR. DINGELL:  Now, and that process

19   includes an initial evaluation, a preliminary

20   evaluation, and an engineering analysis; is

21   that correct?

22         MR. FRIEDMAN:  Yes, that's the

222

1    standard process, but we will act earlier in

2    that stage if we have compelling information if

3    there is a defect.

4              We do not wait necessarily to go

5    through that whole process if we have

6    sufficient information to act.

7              MR. DINGELL:  All right.  Now, let's

8    clarify something.

9              NHTSA's special crash

10   investigation program is something separate and

11   distinct from the formal ODI investigations

12   process; is that correct?

13             MR. FRIEDMAN:  That's correct.

14             MR. DINGELL:  Now, is it correct that

15   the Office of Defects Investigation convened an

16   initial evaluation panel in 2007 to investigate

17   the non-deployment of airbags in the 2003, 2006

18   Chevy Cobalts and Ions?  Yes or no.

19             MR. FRIEDMAN:  That's correct.

20             MR. DINGELL:  Now, is it correct that

21   the review was prompted by 29 consumer

22   complaints, 4 fatal crashes, and 14 field

223

1    reports?

2         MR. FRIEDMAN:  That was one of the

3    reasons for the review.  Additional --

4         MR. DINGELL:  What were the other

5    reasons?

6         MR. FRIEDMAN:  In addition we were

7    looking at consumer complaints; those

8    complaints raised concerns as well, and I can

9    get back to you on the record with each of the

10   pieces of information that were involved, but

11   we do have a memo that was provided when

12   this -- when it was proposed to potentially

13   move this to a defect.

14         It lays out early warning data,

15   consumer complaint data concerns, special crash

16   investigations.

17         MR. DINGELL:  Would you submit that

18   for the record, please?

19         MR. FRIEDMAN:  Yes.

20         MR. DINGELL:  Now, were there other

21   things that triggered this review?

22         MR. FRIEDMAN:  My understanding is it

224

1    was all the items in that memo, was the

2    information that triggered this review.

3             MR. DINGELL:  So there weren't other

4    things.  Now, is it correct that ODI decided

5    not to elevate that review to a more formal

6    investigation because there was a lack of

7    discernible trend?  Yes or no.

8             MR. FRIEDMAN:  Yes, that was one of

9    the reasons.

10            MR. DINGELL:  What were the other

11   reasons?

12            MR. FRIEDMAN:  The other reason is

13   that the crash investigation information we had

14   was inconclusive and did not -- was not able to

15   point to a specific defect.

16            MR. DINGELL:  All right.  Now, to be

17   clear, at the time of the 2000 initial

18   evaluation, NHTSA had concluded that the Chevy

19   Cobalt was not over-represented compared to

20   other peer vehicles with respect to injury

21   crash rates; is that correct?

22            MR. FRIEDMAN:  That's correct.

225

1              MR. DINGELL:  Was there any other

2    reason?

3              MR. FRIEDMAN:  Was there any other --

4    the --

5              MR. DINGELL:  Was there any other

6    reason that you came to that conclusion?

7              MR. FRIEDMAN:  And 2007.

8              MR. DINGELL:  Now, also to be clear,

9    NHTSA did not have information at the time of

10   the 2007 investigation that, for example,

11   linked airbag non-deployment to ignition switch

12   position; is that correct?

13             MR. FRIEDMAN:  We do not have any

14   specific information that provided a direct

15   link.

16             MR. DINGELL:  So you agree?

17             MR. FRIEDMAN:  I believe so.

18             MR. DINGELL:  Okay.  Now, Mr.

19   Chairman, I am troubled here.  It appears that

20   we have a flaw in NHTSA's decision making

21   process which is related to defects and their

22   inquiries into defects.

226

1           I fully recognize, and I am, like

2    most of the members of this committee I think,

3    critical of the fact that NHTSA is short

4    staffed and underfunded.

5           At the same time, I am compelled

6    to agree with Acting Administrator Friedman

7    that Congress may need to examine the use of

8    special crash investigations in the defect

9    screening process, how best to get NHTSA the

10   information it needs for that process and how

11   best to engage manufacturers around the issue

12   of evaluations.

13          In so doing, I think we will help

14   better the safety of American motorists and

15   their families, and I yield back the balance of

16   my time.

17        CHAIRMAN MURPHY:  The gentleman yields

18   back.

19          Now recognize Dr. Gingrey of

20   Georgia for five minutes.

21        DR. GINGREY:  Mr. Chairman, thank you.

22          Mr. Friedman, in your written

227

1    testimony you suggested that NHTSA, your

2    agency, did not pursue investigations into the

3    issues with Cobalt and Ion because they were

4    unaware of information developed by General

5    Motors.

6                In the years leading up to this

7    recall, has NHTSA had any concern with General

8    Motors' responsiveness or lack thereof to

9    safety defects and concerns?

10             MR. FRIEDMAN:  Congressman, I would

11   like to get back to you on the record for that.

12             MR. DINGELL:  Well, let me -- let me

13   do this.  You may not have to do that.  Just --

14   Just look at Tab 34.  It's right there in front

15   of you.

16                In July, 2013 the head of ODI

17   e-mailed the head of General Motors with a

18   number of concerns.  It's the second page,

19   bottom of the second page.  Sent to Carmen.

20                Do you see where I am --

21             MR. FRIEDMAN:  Yes.

22             DR. GINGREY:  Are you with me?

09-50026-mg  Doc 12727-4  Filed 06/17/14  Entered 06/17/14 13:19:35  Exhibit
Transcript of Proceedings  House Subcommittee (4/1/2014)  Pg 229 of 338

228

1           MR. FRIEDMAN:  I have not seen this

2     before, but yes, I do.

3           DR. GINGREY:  Yeah, okay.  Do you want

4     to read that first paragraph?  And then look up

5     and I'll know that you have read it.

6           MR. FRIEDMAN:  Yes.

7           DR. GINGREY:  He stated the general

8     perception is that General Motors is slow to

9     communicate, slow to act and at times requires

10    additional efforts of ODI that we do not feel

11    is necessary with some of your peers.

12              You read that, didn't you?

13           MR. FRIEDMAN:  Yes.

14           DR. GINGREY:  Were you aware of the

15    concerns raised by ODI in I guess that was July

16    of 2013?

17           MR. FRIEDMAN:  I was not aware of this

18    specific e-mail, but I have been in at least

19    one meeting where we sat down with General

20    Motors and made clear to them that they needed

21    to make sure that they were following an

22    effective process when it came to their

229

1    recalls.

2              DR. GINGREY:  Yes, so there was --

3    there was definitely some concern?

4              MR. FRIEDMAN:  Well, we -- with each

5    and every automaker we need to make sure that

6    they have a good and effective process to

7    quickly deal with this.

8              This e-mail clearly indicates

9    some very specific concerns.

10             DR. GINGREY:  Did the agency have

11   similar concerns in 2007, 2010, when it

12   declined to advance any investigations into

13   non-deployment of airbags in these GM vehicles?

14             MR. FRIEDMAN:  I don't know.

15             DR. GINGREY:  You weren't with NHTSA

16   at the time?

17             MR. FRIEDMAN:  No, I joined NHTSA back

18   last year.  I've been there for almost a year

19   now.

20             DR. GINGREY:  Do you think NHTSA did

21   enough to get the information that it needed?

22             MR. FRIEDMAN:  I believe in this case

230

1      that the team looked very clearly and very

2      carefully at the data.

3              I believe that the reason why we

4      didn't move forward was because the data

5      indicated that the Cobalts didn't stand out and

6      that we didn't have conclusive -- we didn't

7      have conclusive information as to a very

8      specific --

9              DR. GINGREY:  Well, you know in 2005

10     GM issued this technical services bulletin, and

11     that's Tab 12, if you want to flip quickly to

12     Tab 12 of your document binder.

13              In this technical service

14     bulletin to its dealers it recommended a

15     solution for complaints of this inadvertent key

16     turn due to the low torque, particularly to the

17     Chevrolet Cobalts.

18              The technical service bulletin

19     instructed the dealers exactly what to do, to

20     provide an insert that converted a key from a

21     slot design to a hole design.  I don't know

22     exactly what that means, but they do.

231

1           General Motors believed that this

2    would help reduce the force exerted on the

3    ignition while driving from maybe shaking of

4    the keys or bumping it with your knee.

5                In 2006 the technical services

6    bulletin was expanded to include additional

7    make and model years.

8                Unfortunately in the case of this

9    young girl, 29-year old Brooke Melton, the

10   nurse from my congressional district, that was

11   killed the day after she took her car in,

12   saying, hey, this engine is cutting off for no

13   reason, and, you know, I know they must have

14   gotten the technical service bulletin about

15   this issue, but all they did was clean out her

16   fuel line, gave her the car the next day, and

17   led her to her death.

18                Administrator Friedman, yes or

19   no, was NHTSA aware of General Motors' 2005,

20   2006 technical services bulletins related to

21   low ignition key cylinder torque effect?

22           MR. FRIEDMAN:  Mr. Gingrey, first if I

232

1      may --

2              DR. GINGREY:  Yes.

3              MR. FRIEDMAN:   -- Brooke's death was a

4      tragedy, and it's a tragedy that we work each

5      and every day to avoid.

6              I do believe we were aware as

7      part of our efforts and as part of the special

8      crash investigation, that we were aware of that

9      technical service bulletin.

10             At the time that technical

11     service bulletin would not have been seen as

12     being associated with airbag malfunction.

13             DR. GINGERY:  Yes, listen, I believe

14     you, Mr. Friedman.  I believe you, and

15     obviously when people are -- are driving

16     impaired or through texting or e-mailing or

17     whatever and, you know, they don't change the

18     oil when they should and their tires are low

19     and the brakes are worn out, you know, there is

20     some responsibility there, some personal

21     responsibility, but when they're doing

22     everything the right way and they take their

233

1     car in and they think that -- you know, they

2     trust the service department of the local

3     dealership and they get a situation like this,

4     I mean, you can understand why -- She's gone,

5     but her parents are obviously -- and all these

6     parents, these families, are just irate because

7     they -- the expectation, if they're doing the

8     right thing, they ought to be safe.

9           MR. FRIEDMAN:  Congressman, I

10    completely understand, and I would actually

11    argue that consumers should expect that their

12    cars should function as they are designed no

13    matter the cause of the crash.

14          DR. GINGREY:  Absolutely.  Thank you.

15    Thank you, Mr. Friedman.

16              I yield back.

17          CHAIRMAN MURPHY:  I would venture to

18    say that they would assume the car keys don't

19    have to be monitored and checked.

20          MR. FRIEDMAN:  Correct.

21          CHAIRMAN MURPHY:  Mr. Green, you are

22    recognized for five minutes.

234

1          MR. GREEN:  Thank you, Mr. Chairman.

2   Mr. Friedman, thank you for appearing today.

3               NHTSA has a central role for

4   consumer safety, and I would like to understand

5   better how long it took for NHTSA to identify

6   this fault.

7               In your opinion how did NHTSA not

8   identify the deadly trend?

9          MR. FRIEDMAN:  Congressman, when our

10  team looked at the data the trend did not --

11  there was not a trend that stuck out.

12              In fact, when it came to airbag

13  non-deployments, the Cobalt was not an outlier.

14         MR. GREEN:  Was GM forthcoming with

15  their data?

16         MR. FRIEDMAN:  Well, that -- that's

17  the exact question and that's the exact reason

18  why we have an open investigation to them.

19              I do have -- I do have concerns

20  about the parts change, about conversations

21  they had with suppliers and any other

22  information they may have had, which is exactly

235

1    why we opened up an investigation to them, and

2    if they did not follow the law in their

3    requirements to get information to us and to

4    respond quickly, we are going to hold them

5    accountable as we have with many other

6    automakers.

7            MR. GREEN:  Okay.  Earlier this month

8    the New York Times reported on NHTSA's response

9    to the consumer complaints over the years about

10   ignition switch issues for the recalled

11   vehicles.

12           According to the Times, many of

13   the complaints detail frightening scenes in

14   which moving cars suddenly stalled at high

15   speeds on highways in the middle of city

16   traffic and while crossing railroad tracks.

17           A number of the complaints warned

18   of catastrophic consequences if something was

19   not done.

20           NHTSA received more than 260 of

21   these consumer complaints over the past

22   11 years about GM vehicles suddenly turning off

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 237 of 338

236

1    while driving, but it never once opened a

2    defective investigation with the ignition

3    issue, switch issue.

4              If consumers submitted these

5    complaints to NHTSA, many were met with a code

6    of just silence.

7              Mr. Friedman, Mary Ruddy's

8    daughter died in a crash involving a 2005

9    Cobalt.  Ms. Ruddy has repeatedly tried to

10   contact NHTSA for information, but has only

11   received form letters.

12             She told the New York Times that,

13   quote, I just want to hear -- someone to hear

14   from me.  We've had no closure, we still have

15   no answers.  Ms. Ruddy -- I don't know if she

16   is still here today, but she was in the

17   audience.

18             Has NHTSA been in contact with

19   Ms. Ruddy?

20        MR. FRIEDMAN:  Mr. Congressman, my

21   understanding of what happened with

22   Ms. Ruddy -- Well, first of all, Ms. Ruddy

237

1    deserves answers and that's exactly why we're

2    looking into what GM did, that's exactly why

3    we're making sure we understand what happened.

4              What she's been through, it's a

5    tragedy, and we've got to work to make sure

6    that those don't happen again.

7              In terms of my understanding of

8    Ms. Ruddy's contacts with NHTSA, those contacts

9    were made through our complaint system.

10             In those complaint systems, as we

11   do note on the website, we do not necessarily

12   respond to all of those complaints because what

13   we're doing with those complaints is we're

14   looking for potential problems, and if those

15   complaints don't contain sufficient

16   information, if we have questions about them,

17   we do follow up with consumers, but if they

18   have the information we need, we do not because

19   the goal of those complaint databases is to try

20   to find problems.

21             In this case my understanding is

22   Ms. Ruddy provided those complaints after being

238

1    notified of a recall that NHTSA did influence,

2    and we got the Cobalt recalled.

3          MR. GREEN:  I only have 5 minutes, but

4    did you initially receive 260 complaints over

5    11 years about this automatic shut down of your

6    engines?

7          MR. FRIEDMAN:  I don't have that exact

8    number, but what I do know is we at NHTSA

9    humanize, look at every single one of these

10   complaints to try to find out if there is

11   something that stands out.

12         My understanding of the

13   complaints you are referencing is that they

14   were for stalls and that only a very small

15   number of them were for airbag non-deployments.

16         What we were looking for --

17         MR. GREEN:  Oh, I know, but 260

18   complaints on the car stopping on the freeway

19   or wherever it's at, I don't know if that's a

20   high number or a low number over 11 years, but

21   you might need to have somebody who actually

22   looks at complaints -- and I assume they come

239

1    from different parts of the country, so

2    somebody identify this and say, hey, we need to

3    focus on these 260 complaints.

4            MR. FRIEDMAN:  Congressman, in this

5    case a human eye looks at each and every one of

6    those, and whether that's a large or a small

7    number, based on the analysis that I've seen

8    relative to the number of Cobalts that were out

9    on the road, that was not a very large number

10   compared to a lot of the other stall complaints

11   that do happen for a variety of other vehicles

12   that are out there.

13           MR. GREEN:  Well, you told me about

14   how NHTSA responds to consumer complaints, but

15   it seems like in this case NHTSA might look at

16   how they respond to consumer complaints much

17   better because I know as a member of Congress,

18   believe me, if we don't not respond to e-mails

19   letters, we will hear about it, and if I get a

20   number of e-mails on a certain subject, you

21   know, we obviously respond to it.

22               Mr. Chairman, I know I am almost

240

1    out of time and thank you for your courtesy.

2              CHAIRMAN MURPHY:   Gentleman yields

3    back.

4                   Now recognize the gentleman from

5    Louisiana, Mr. Scalise, for five minutes.

6              MR. SCALISE:   Thank you, Mr. Chairman,

7    and, Mr. Friedman, thank you for being with us

8    and participating in this investigative hearing

9    as well.

10                  I know earlier you had talked

11   about the decision back in 2007 when the chief

12   of the Defect Assessment Division at your

13   agency had suggested opening an investigation

14   and then ultimately sometime after it was

15   decided not to open that investigation.

16                  When was the decision made not to

17   open the investigation?

18             MR. FRIEDMAN:   That was also made in

19   2007, and basically what the chief of the

20   defects investment -- sorry, Defects Assessment

21   Division was doing was exactly what his job

22   requires him to do; he is supposed to look for

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 242 of 338

241

1    the potential defect cases and bring those up

2    to a panel where those are considered, where a

3    broad set of evidence is considered.

4            MR. SCALISE:  Is that the trends in

5    relation to peers?  I think that's the language

6    that y'all were using when you were looking at

7    I guess similar cars, that were having similar

8    problems with airbags.

9            MR. FRIEDMAN:  That's one of the

10   pieces of information that's used, as well as

11   crash investigations and other EWR data that is

12   involved.

13            About half of those that are

14   brought up do not end up going to

15   investigation, but we have designed our system

16   to make sure that we have at least two teams

17   always looking for potential problems.

18            The Defects Assessment Division

19   is always looking for potential problems and

20   raising that question.

21            MR. SCALISE:  Right.  And I would be

22   curious to get the information that you've got

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 243 of 338

242

1    within NHTSA that helped make that decision not

2    to move forward with the investigation between

3    September of 2007 when the Defect Assessment

4    Division decided that -- suggested to go

5    forward and then when you subsequently -- your

6    agency subsequently decided not to, because

7    when you look at this chart we've got from

8    2007, the Cobalt versus peer crash rate, there

9    is a chart -- and you've got the other peers

10   and you've got some fairly static numbers and

11   then you've got the spike here in what's called

12   the exposure rate per -- per population that

13   seems to spike with the Cobalt, and so if -- if

14   the internal decision making was that they were

15   similar to their peers, it doesn't seem to mesh

16   with this chart from 2007.

17                So if you can get me or get the

18   committee whatever information you have on what

19   decision making went into NHTSA's final call

20   to -- to reject what was -- what was a warning

21   or so from -- from internal -- the Defect

22   Assessment Division, and can you get us that

243

1    information?

2             MR. FRIEDMAN:  Well, I believe we have

3    provided that information to -- to the

4    committee already, but if there is additional

5    information, I will make sure that --

6             MR. SCALISE:  And then when y'all --

7             MR. FRIEDMAN:  I'm sorry, sir.

8             MR. SCALISE:  Were y'all -- You had

9    something else you wanted to add to that?

10            MR. FRIEDMAN:  Thank you.  Yes.  I

11   apologize.

12            I just wanted to be clear what

13   the data shows.  I believe you are referring to

14   this chart.  The bars here represent the

15   defect -- the potential defect or really the

16   complaint rate, and what you'll see with these

17   bars is they are not spiking, they're not

18   standing out in comparison to these others.

19   The average is here and they're just above

20   average.

21            MR. SCALISE:  The blue line there on

22   your chart?

244

1        MR. FRIEDMAN:  Right, and that's what

2    I was wondering if you were pointing to.  The

3    blue line is the volume of -- I believe that's

4    the volume of reports.  No, that's the volume

5    of sales, so that indicates how many vehicles

6    were sold, but the complaint rate that's the

7    important data that we are looking at are the

8    bars, and the bars --

9        MR. SCALISE:  Okay.  Did you take

10   action on any of those other cars that are

11   identified in that chart?

12       MR. FRIEDMAN:  In some cases, we took

13   action.  In some cases, we did not.

14       MR. SCALISE:  So some did.  If you can

15   get us -- Again, if you can get the committee

16   the list of those cars where you did take

17   action because clearly you made the choice not

18   to take action in the case of the Cobalt, so we

19   appreciate if you can get us that.

20            I do want to ask a few other

21   questions because in your testimony you made a

22   few -- I don't know if you would call them

245

1    accusations, but I guess you could call them

2    that, I mean, here you're saying we're pursuing

3    an investigation of whether GM met its

4    timely -- timeliness obligations to report and

5    address this defect under law.

6                    I know you addressed this

7    earlier, but if you've got any specifics that

8    you're referring to when you make that

9    statement, can you get that to the committee?

10           MR. FRIEDMAN:  Yes.  Well, the

11   specifics I believe are in my testimony, that

12   there are three things that I'm -- that I'm

13   concerned about based on their chronology.

14                    First and foremost is that they

15   have identified there is a link between the

16   ignition switch and airbag non-deployment;

17   second is that they changed a part; and third

18   is they appear to have had conversations with

19   their suppliers about the airbag algorithm in

20   relation to the shut-off.

21           MR. SCALISE:  The final question --

22   and I know I am out of time -- GM had -- this

246

1    is your statement, GM had critical information

2    that would have helped identify this defect.

3              Have you gotten our staff that

4    critical information already that you feel GM

5    had that would have helped identify this

6    defect?

7              MR. FRIEDMAN:  That information is the

8    information that was referred to in General

9    Motors' chronology.

10             I believe the committee has asked

11   for all that information --

12             MR. SCALISE:  So we don't yet have

13   that as far as you know?

14             MR. FRIEDMAN:  I am not aware of

15   exactly what documents you do or don't have,

16   but if you don't have that information --

17             MR. SCALISE:  If you can make sure we

18   get that information.

19             MR. FRIEDMAN:  -- I will make sure you

20   have it.

21             I also just wanted to clarify.

22   We don't only look for trends.  If there is a

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 248 of 338

247

1    clear defect, we move forward into the

2    investigation as well, so I don't know the

3    answer, but on some of these cases, there may

4    have not been as large of a trend, but if there

5    was a clear defect, we would have investigated.

6    There is multiple reasons we do so.

7              MR. SCALISE:  Thanks for your

8    testimony and yield back the balance of my

9    time, Mr. Chair.

10             CHAIRMAN MURPHY:  I just want to make

11   sure so we are very clear on this, when he's

12   referring to the information given to this

13   committee, if you could highlight very

14   specifically the information you did not have

15   that GM later gave you that would have changed

16   your decision, make sure the committee has

17   that.

18             I mean, I know you said it was a

19   part switch, but so we can have it.

20             MR. FRIEDMAN:  Oh.  What I'm referring

21   to -- and I can highlight it in GM's

22   chronology -- is I'm referring to specific

248

1    items that are identified in General Motors'

2    chronology that brought concerns.

3                    We are getting that

4    information --

5              CHAIRMAN MURPHY:  Thank you.

6              MR. FRIEDMAN:  -- from General Motors.

7              CHAIRMAN MURPHY:  Thank you.

8                    Now recognize the gentleman from

9    Florida, Ms. Castor, for five minutes.

10             MS. CASTOR:  Thank you, Mr. Chairman.

11                   Administrator Friedman, GM has

12   confirmed that it knew as early as 2001 that

13   its ignition switches contained defects, and by

14   2004, GM had a body of consumer complaints that

15   raised enough questions for them to open an

16   internal engineering inquiry of the switches.

17                   Meanwhile, the National Highway

18   Traffic Safety Administration, your agency, was

19   beginning to receive its own body of consumer

20   complaints of cars stalling and ignition switch

21   failures, and in 2005 as your agency was

22   monitoring airbag non-deployment issues, its

249

1    special crash investigation of a 2005 Cobalt

2    found that the ignition switch was in the

3    accessory position when the airbags did not

4    deploy.

5              You said at this point it was not

6    clear to the Highway Traffic Safety

7    Administration, what was happening, but then

8    information came out subsequently -- that you

9    can tell us -- should this have pointed NHTSA

10   in the right direction -- in 2007 the agency

11   investigated a second crash of a 2005 Cobalt

12   where the airbags did not deploy.

13             I think you said at this point

14   still it did not stick out and you have

15   testified that you didn't see trends.

16             The crash report found that the

17   non-deployment could be the result of, quote,

18   power loss due to movement of the ignition

19   switch just prior to impact, but at this point

20   GM was also providing your agency with early

21   warning reports in the third quarter of 2005,

22   the fourth quarter of 2006, in addition to the

250

1    crash -- special crash investigations, so we're

2    all trying to figure out how it took so long

3    for these defective ignition switches to

4    trigger a recall at GM and then raise red flags

5    at NHTSA and how the Highway Traffic Safety

6    Administration could have noticed this issue

7    sooner if GM had been more forthcoming, so the

8    committee's investigation has revealed that GM

9    approved switches for these cars that did not

10   meet the company's specifications in 2002 and

11   again in 2006.

12            Did GM ever inform the Highway

13   Traffic Safety Administration of this fact?

14        MR. FRIEDMAN:  Of which specific fact?

15   I apologize.

16        MS. CASTOR:  That they -- that the

17   ignition switches did not meet the company's

18   specifications.

19        MR. FRIEDMAN:  It's my understanding

20   that we did not have that information.

21        MS. CASTOR:  Okay.  The supplemental

22   memo released this morning by the committee's

251

1    staff also revealed that GM had over 130

2    warranty claims on the recalled vehicle that

3    specifically referred to problems with the

4    ignition switch turning off -- turning the car

5    off when going over bumps or when drivers

6    accidentally hit the key with their knee or

7    leg.

8              Is it true that GM provides --

9    provided early -- in their early warning

10   reports aggregate data of the warranty

11   information, but not the specific warranty

12   claims listed one-by-one in the comments from

13   consumers?

14             MR. FRIEDMAN:  What -- what all car

15   companies provide are aggregate numbers

16   associated with -- with warranties, and so we

17   don't know when we get those counts what the

18   reason for those warranties could be.

19             For example, on the airbag side,

20   I believe I mentioned before, you know, the

21   complaints could be because the airbag light

22   was going off when they thought it shouldn't or

252

1    because the passenger sensor was not working,

2    so we don't -- when we have that count, we do

3    not have the information as to the detail of

4    exactly what each and every one of those

5    warranty claims is.

6              MS. CASTOR:  So if GM had shared the

7    specific warranty claims, would that have been

8    helpful to your agency?

9              MR. FRIEDMAN:  The specific warranty

10   claims I believe you're speaking of are related

11   to the ignition switch itself.

12             MS. CASTOR:  Yes, the 130 that have

13   now come out when the -- due to the committee

14   investigation.

15             MR. FRIEDMAN:  And -- and my honest

16   answer is I don't know, and that is in part

17   because what -- at the time we did not have the

18   information we now have from General Motors

19   directly connecting the ignition switch to the

20   airbag recalls.

21             MS. CASTOR:  So the state of the law

22   currently is that in early warning reports on

253

1     any type of vehicle problem, the car companies

2     do not have to provide you the specific

3     warranty claims?

4               MR. FRIEDMAN:  I believe that's the

5     case.

6               MS. CASTOR:  They give you a summary

7     in general?

8               MR. FRIEDMAN:  Yes, I believe that's

9     the case.

10              MS. CASTOR:  And that's true whether

11    it is a warranty problem with a radio or a

12    warranty problem that could be a serious safety

13    defect?

14              MR. FRIEDMAN:  I believe that's

15    correct.

16              MS. CASTOR:  Is that -- do you think

17    it's time to look at the law, if the -- if

18    there -- if a car company has ag -- has so

19    many -- you know, here are 130 warranty claims

20    that are specific, and they relate to a serious

21    safety defect, do you think that would be

22    helpful to your agency, maybe change the law

254

1    and say when a car company becomes aware that

2    they have so many of these serious safety

3    defects, they have to provide you the specific

4    warranty complaints from the consumer?

5            MR. FRIEDMAN:  Congresswoman, I have

6    to look at the exact data before I would be

7    able to tell you whether or not it would be

8    valuable, but --

9            MS. CASTOR:  But certainly if the

10   company has gathered a critical mass of serious

11   safety defect complaints, that would be

12   helpful, right?

13           MR. FRIEDMAN:  Well, if they have

14   information regarding a defect, I believe that

15   information they without a doubt have to

16   provide to us.  I believe the information --

17           MS. CASTOR:  But the law does not

18   require that currently?

19           MR. FRIEDMAN:  Well, if they have

20   information about a defect, I believe the law

21   does.

22                   I believe what you are referring

255

1    to are warranty claims, which may or may not be

2    associated with a defect.

3         MS. CASTOR:  Okay.  Well, I think this

4    is an important issue for the committee to look

5    at.  There might be some new line drawing or

6    direction on what these early warning reports,

7    and if there is serious safety information,

8    that they -- a car company has gleaned through

9    their own internal investigation, it really

10   needs to be provided to the --

11        CHAIRMAN MURPHY:  Thank you.

12        MR. FRIEDMAN:  And, Congressman,

13   Chairman --

14        CHAIRMAN MURPHY:  Now recognize

15   Dr. Burgess for five minutes.  Thank you.

16        DR. BURGESS:  Thank you,

17   Mr. Chairman.  Thank you, Mr. Friedman, for

18   being here with us.  It's been a long

19   afternoon.

20            Now, your testimony, I think you

21   stated that in 2007 and 2010 there was not

22   enough evidence to conduct a formal

256

1      investigation into General Motors' Chevrolet

2      Cobalt despite the number of complaints and

3      four fatal crashes that had already showed up.

4                    But in 2012 your agency, the

5      National Highway Traffic Safety Administration,

6      opened an investigation into an airbag problem

7      that some Hyundai models -- and my

8      understanding was this was based on a single

9      complaint, and that's okay, I think the airbag

10     non-deployment is a serious issue, but why

11     wasn't it a serious issue when the complaints

12     were coming in about the Cobalt?

13                    Given the fact that you initiated

14     an investigation with much less evidence in the

15     case of Hyundai, how can you -- how can you

16     assert that there was not enough evidence to

17     proceed with General Motors' case?

18             MR. FRIEDMAN:  Congressman, safety is

19     our priority and airbag non-deployment is a

20     serious issue, and we treat them very, very,

21     seriously.

22                    I would have to get back to you

257

1    on the specifics of the Hyundai case, but it

2    goes back to one of the points I was -- I made

3    before, which was we are looking for two

4    potential things, the best thing and the

5    easiest ability -- the best thing to be able to

6    find and the clearest thing to be able to find

7    is when there is an obvious indication of a

8    defect.  All it takes is one, if that's clear.

9            DR. BURGESS:  And I agree completely,

10   and I don't know -- I mean, you were not here

11   when the CEO testified, when we posed

12   questions, and one of the questions I posed was

13   for the accident that occurred in Maryland in

14   July of 2005 where a Chevy Cobalt went down a

15   street that ended in a cul-de-sac, it was

16   driving too fast, lot of problems that night,

17   but the airbag didn't deploy when the car

18   impacted some trees, and it was a pretty

19   serious impact.

20             In fact, it was so serious that

21   the driver was then pushed up -- compressed

22   against the steering wheel with such force -- I

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 259 of 338

258

1    mean, she only weighed 106 pounds and she broke

2    the rim off the steering wheel.  That's a

3    massive amount of force for a little 106-pound

4    body to exhibit.

5              So the airbag didn't deploy, and

6    you know I've got your report here that it was,

7    in fact, investigated in December of 2006, but

8    that's a big deal, that that airbag didn't

9    deploy, different from all of the other

10   accidents that we were given information about.

11             Because of the nature of this

12   person's injuries, because of the cause of her

13   demise, I can't tell you if the airbag would

14   have saved her life, but I know without the

15   airbag there was no chance at all and, of

16   course, that was proven that night, but an

17   airbag might have made a difference because the

18   steering wheel that she broke off actually

19   compressed against the upper dome of the --

20   just below the diaphragms, below the rib cage

21   and lacerated the liver and over the course of

22   the next hour and 45 minutes, small woman,

259

1      small blood volume, she bled out.  I mean, an

2      airbag might have made a big difference that

3      night.

4                    Now, contrasting that with

5      another accident that occurred in Pennsylvania

6      in 2009 where there was a head-on collision

7      between a Hyundai and a Cobalt, and as I

8      pointed out to the GM CEO, the Cobalt was not

9      at fault in this, the driver of the Cobalt was

10     not at fault, the Hyundai came over the center

11     line and there was a head-on collision.

12                    Closing speed was probably close

13     to a hundred miles an hour when you add the

14     speeds of the two vehicles together.  Everyone

15     who was in the front seat of those two vehicles

16     died.

17                    But the Cobalt airbags did not

18     deploy, the Hyundai did.  Now, unfortunately it

19     didn't make any difference as to the overall

20     fatality of that accident, but here you've got

21     a side-by-side, identical speeds with which the

22     impact occurred, the deceleration forces were

260

1    identical in both automobiles, Hyundai deploys,

2    Cobalt doesn't.

3              This is a problem, don't you

4    agree?

5              MR. FRIEDMAN:  Congressman, when

6    airbags don't deploy, that's a serious issue.

7    There is also a serious issue sometimes when

8    airbags do deploy.

9              Over 200 people died

10   because airbags, earlier airbags, deployed when

11   they shouldn't have or deployed too strongly

12   when they shouldn't have.

13             Part of the challenge with all

14   this, part of the reason why this information

15   ended up not being conclusive for us, is

16   because airbags are designed even in some

17   difficult crashes to not go off because that's

18   the safest thing.  That's the best way to avoid

19   physical harm.

20             DR. BURGESS:  Sir, with all due

21   respect, I cannot imagine -- and I am not an

22   engineer and I am not a lawyer, but I cannot

261

1    imagine any circumstance where impacting an oak

2    tree at 70 miles an hour or a head-on collision

3    at 45 miles per hour per vehicle would not be a

4    situation where you did not want the deployment

5    of the airbag.

6              I can't think of a single reason

7    why the airbag deploying would add to the

8    lethality of that accident sequence.

9              MR. FRIEDMAN:  Congressman, I

10   completely understand why -- why you -- why you

11   feel that, why you have the impression.

12             In the case of the 2005 crash,

13   and in general with these airbags, if you have

14   an unbelted occupant and a small strike first,

15   the risk at play here is that the occupant may

16   be moving forward during that crash.

17             If you are moving forward during

18   that crash and the airbag is opening, yes, it

19   actually could cause more harm than good.

20             When the airbag system is trying

21   to decide whether or not to open --

22             DR. BURGESS:  It couldn't have caused

262

1    any more harm that night.  I would just suggest

2    that first impact was with a five-inch pine

3    tree, and although the pine tree yielded to the

4    Cobalt, it was still a pretty significant

5    impact when that happened.

6              Thank you, Mr. Chairman.  I will

7    yield back.

8              CHAIRMAN MURPHY:  Gentleman's time has

9    expired.

10             Now recognize Mr. Barton for five

11   minutes.

12            MR. BARTON:  Thank you, and I want to

13   apologize to the other members that are still

14   here.  I have been watching the hearing as I've

15   been doing meetings, but I apologize for not

16   being here physically to go ahead of some of

17   you folks, and having said that, I'm going to

18   go ahead.

19             I have listened to most of what

20   you have said today on the television, and I

21   think it's obvious that GM has some -- some

22   real questions that they have not done a very

263

1     good job of answering today, but I also think

2     as the federal regulator on the block, there

3     are some -- some valid questions for your

4     agency to answer.

5               My first question is at what

6     level of accidents or deaths or incidents of

7     malfunction triggers more than normal NHTSA

8     review?  Not necessarily a full fledged

9     investigation, but in this case we in hindsight

10    have got 13 deaths that we feel are

11    attributable to this ignition problem over a

12    ten-year period.  I don't know how many

13    accidents, how many injuries, but, you know,

14    when would NHTSA really start looking at

15    something and say, you know, there is an

16    anomaly here, we need to check it out?

17              MR. FRIEDMAN:  Congressman, first, I

18    appreciate your question and, you know, part of

19    where you started with this is that there are

20    important questions that NHTSA has to answer in

21    addition to General Motors, and I think this is

22    an incredibly important process, because we

264

1    have questions, you have questions, and what we

2    need -- and what my focus is in addition to the

3    recall is making sure NHTSA does everything we

4    can to improve the way we deal with these

5    cases.

6              When it comes to your question

7    about is there a specific level, each case ends

8    up being different.

9              Ideally what I would like to have

10   happen is that we find any -- Well, first, that

11   automakers find and fix these -- these defects

12   right away.

13             If they don't, ideally I want to

14   find and fix these defects before any lives are

15   lost.

16             MR. BARTON:  But there is some

17   internal reporting system or monitoring system,

18   and like if a specific model started showing up

19   a hundred accidents a month that were

20   unexplainable, that would be a big enough blip

21   that somebody at NHTSA would say well, what's

22   going on there.

265

1              I mean, if you had a steering

2    problem, if you had a brake problem, if you had

3    a gasoline tank problem that kept exploding

4    over and over again, not once every decade, you

5    know, but enough that you could see in your

6    reporting, somebody at NHTSA would say, hey, we

7    need to check that out.

8              Now, I am told at the staff level

9    there were some internal NHTSA employees and --

10   employees at NHTSA said -- you know, before GM

11   admitted there was a problem, there were some

12   NHTSA mid-level people that said we need to

13   look at it and a decision was made within NHTSA

14   that it wasn't at a level that was worthy of

15   further investigation.  Is that true?

16             MR. FRIEDMAN:  Congressman, we have a

17   process to do exactly what you just said.  We

18   have people who are reading every single one of

19   the more than 45,000 complaints that come in.

20   We have a team dedicated to that.  We have a

21   team dedicated to looking at all the early

22   warning data that comes in.

266

1           In this case red flags were

2    raised, concerns were raised, and it was posed

3    because of that exact process, the exact

4    process you are talking about that we do have,

5    concerns were raised and this was brought to a

6    panel.

7           The job of that panel is to

8    consider all of the evidence, the initial

9    evidence as well as a more detailed look at the

10   data, whether or not there is a clear trend,

11   whether or not there is enough information to

12   have concern over a specific defect.  The panel

13   did that in this case.

14          What I'm learning, what I'm

15   seeing from all this, is that we need to

16   reconsider and look at how do we deal with

17   cases where there may be something that's

18   considered a remote explanation, should we

19   change the way we follow up on it, should we

20   change the way we follow up on that with the

21   car company.  These are things that I think

22   we're learning.

267

1          MR. BARTON:  My time is just about

2     done.  I want to make one general comment and

3     then one final question.

4               Now, we pointed out to the GM

5     executive that was here that their part didn't

6     meet their own specifications, and it didn't

7     just almost not meet them, it didn't meet them

8     by a long way.  I mean, like a third -- it was

9     like two-thirds off.  It was way blow, not just

10    a little bit.

11              That's not NHTSA's problem and

12    you're not expected -- the NHTSA people aren't

13    expected to know things at that level, but on a

14    general point that Dr. Burgess was asking

15    about, you know, when the airbag doesn't deploy

16    when it runs into a tree at 40 or 50 miles an

17    hour and the general response from NHTSA is

18    that we didn't know how that particular airbag

19    system was supposed to work, I don't think

20    that's a very good answer.

21          MR. FRIEDMAN:  Congress --

22          MR. BARTON:  Isn't NHTSA supposed to

268

1    know how the airbag systems work and, if

2    they're not, if NHTSA doesn't know, aren't you

3    in your agency supposed to find out?

4            MR. FRIEDMAN:  Congressman, the

5    circumstances of these crashes were much more

6    complicated than that.

7            We applied expertise.  We applied

8    our understanding.  We applied a process that

9    has worked to generate over 1,299 recalls over

10   the last decade.

11           Are there improvements that we

12   need to make to that process based on what we

13   have learned today?  Yes, absolutely.

14           MR. BARTON:  Okay.

15           MR. FRIEDMAN:  And I am committed to

16   making sure that that happens, but these -- I

17   wish these crashes were as simple as they

18   appear to be.

19           I wish the connection was as --

20   as direct as we now know it is.  At the time

21   and with the information we had --

22           MR. BARTON:  Hindsight is always

269

1    easier than current sight.

2              MR. FRIEDMAN:  As you said before,

3    hindsight is 20/20, and I dearly wish we had it

4    then.

5              MR. BARTON:  Thank you, Mr. Chairman.

6              CHAIRMAN MURPHY:  Gentleman yields

7    back.

8                   Now recognize Mr. Griffith of

9    Virginia for five minutes.

10             MR. GRIFFITH:  Thank you very much.  I

11   appreciate it.

12                  I would ask -- Appreciate you

13   being here and I would ask several questions

14   following up, you know, on why didn't NHTSA

15   know, and it is true that hindsight is 20/20,

16   but it appears that some of your folks were at

17   least sending up warning signals.

18                  I am looking at what I believe is

19   Tab 18 and the DAD, which is the Defects

20   Assessment Division -- and I know you know

21   that, but not everyone watching on TV knows

22   that and so I wanted to make sure they know

270

1    because I had to look it up -- sent out and

2    said -- in one of their e-mails in 2007 said

3    notwithstanding GM's indications that they see

4    no specific problem pattern, DAD perceives a

5    pattern of non-deployments in these vehicles

6    that does not exist in their peers and that

7    their circumstances are such that in our

8    engineering judgment merited a deployment and

9    that such deployment would have reduced injury

10   level or saved lives.

11              When you combine that flag with

12   the flag I think you have mentioned earlier in

13   your testimony that you were getting a number,

14   if I remember correctly, it was about 200 and

15   some complaints on this particular Cobalt

16   vehicle that they were stalling out in the road

17   or the engine was cutting off, and you start

18   adding those together, along with the fact that

19   I believe you all knew that there were at least

20   I think it was three where the airbag didn't

21   deploy and the ignition was in the accessory

22   mode, it would seem that somebody ought to have

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 272 of 338

271

1    started an investigation that those

2    coincidences might have been more than

3    coincidences, and I would ask -- I know you're

4    trying to do things better, but apparently the

5    person who put all this together was an

6    investigator for a one-man law firm, he did

7    have somebody of-counsel, but basically you've

8    got a one-than law firm with an engineering

9    investigator who figures all this out.

10                   So I would say to you, you know,

11   what can you do better and have you called on

12   that investigator to maybe come in and train

13   some of your folks to look at some of these

14   coincidences, because when you start seeing a

15   series of negative things happen, that might be

16   where you ought to be looking.

17                   MR. FRIEDMAN:  Congressman, our team

18   was looking at this issue.  The Defects

19   Assessment Division was doing exactly their

20   job.  We have a system and it is designed to

21   raise those red flags.

22                   About half of the time the

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 273 of 338

272

1    recommendations of those Defects Assessment

2    Division end up moving on to investigations.

3              This -- what I see in this case

4    is one of the things I mentioned before, which

5    is one of the things we need to look at is how

6    do we make connections between remote defect

7    possibilities.

8              In this case you had one theory

9    that was put forth, which was that the

10   accessory -- the key being in the accessory

11   position could have caused airbag

12   non-deployments.

13             In the crashes that we looked at,

14   the circumstances of those crashes led the

15   investigators to believe that it was more --

16   much more likely that the airbags didn't go off

17   because of the circumstances of that crash.

18             I understand, completely

19   understand, why it looks like --

20        MR. GRIFFITH:  Well, but let me --

21        MR. FRIEDMAN:  -- it should have been

22   clear, but it's clear now in part because we

273

1      have that clear connection from General Motors.

2              MR. GRIFFITH:  Well, but let me -- let

3      me raise this concern.  This memo indicates

4      there is a reliance, and implying this from the

5      wording, notwithstanding GM's indication that

6      they see no specific pattern problem, it

7      shows -- that statement shows a reliance on GM.

8              Likewise in your testimony you

9      state that this understanding was verified --

10     talking about the power loss situation -- this

11     understanding was verified by GM service

12     literature during our due diligence effort.

13             Now, if you've got a company

14     that's got a car that's not functioning the way

15     it's supposed to, I would like to think that

16     with 51 employees versus that one-man law firm

17     out of Georgia that you would look at something

18     other than the service literature and not

19     necessarily rely on GM indications that they

20     see no specific pattern or problem pattern.

21             So I'm concerned that there may

22     have been too much reliance on information from

274

1    GM, including their service -- make sure I get

2    the wording right -- their service literature

3    and what they saw as problem patterns when I

4    think, in fact, you all are supposed to be

5    finding the problem patterns.

6            Now, I understand it's easy in

7    hindsight sitting up here to say that, but

8    these are warning signs that go off to me as a

9    legislator that maybe you all need to take a

10   look at that and, you know, when you see

11   problems maybe the service literature of the

12   company that you're looking at is not the best

13   place to get your information.

14        MR. FRIEDMAN:  Congressman, just to be

15   clear, we did not rely on General Motors when

16   it came to defects, whether or not there was a

17   defect trend.

18            We did our own analysis of the

19   data and our own analysis indicated that the

20   Cobalt didn't stand out.

21            I also wonder if I haven't been

22   clear enough relative to that service bulletin.

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 276 of 338

275

1    We did not rely on that service bulletin at the

2    time, we did not rely on that information from

3    General Motors.

4            We relied on our experts'

5    understanding of airbag systems.

6            MR. GRIFFITH:  But their understanding

7    of the airbag system in the Cobalt was based on

8    the service literature for the Cobalt according

9    to your written testimony.

10            MR. FRIEDMAN:  Well --

11            MR. GRIFFITH:  Am I not correct?  Is

12    that not what you said?

13            MR. FRIEDMAN:  My testimony sounds

14    like it was not clear enough.

15            What happened was once we found

16    out about this defect, we looked into the

17    service literature to confirm our understanding

18    at the time and the service literature that we

19    looked at this year for that vehicle confirmed

20    our understanding at the time --

21            MR. GRIFFITH:  But your --

22            MR. FRIEDMAN:  -- which was that --

276

1            MR. GRIFFITH:  Your understanding at

2    the time and the service literature were both

3    wrong isn't that correct?  Yes or no.

4            MR. FRIEDMAN:  Yes, that's correct.

5            MR. GRIFFITH:  Thank you.  I yield

6    back.

7            CHAIRMAN MURPHY:  Gentleman yields

8    back.

9            Now recognize Mr. Long for five

10   minutes.

11           MR. LONG:  Thank you, Mr. Chairman.  I

12   want to thank the chairman, the ranking member,

13   and all of the members on both sides that have

14   been here today.

15           We originally weren't scheduled

16   to be in this soon and so a lot of us had to

17   change our travel plans to get in today, and a

18   lot of us have been sitting here through the

19   entire both hearings today because it is a

20   very, very important issue of course that we're

21   discussing, and thank you, Mr. Friedman, for

22   being here with us today with your testimony.

277

1          You know, when I think of NHTSA,

2     I think of Number 66 for the Green Bay Packers,

3     linebacker, Ray Nitschke, and all day we've

4     been talking about NHTSA, NHTSA.

5          Tell me what NHTSA is.

6          MR. FRIEDMAN:   NHTSA is the National

7     Highway Traffic Safety Administration.   It's an

8     organization of nearly 600 people whose mission

9     it is to save lives and reduce injuries by

10    addressing issues like drunk driving, unbelted

11    occupants, vehicle safety, and the subject

12    we're talking about today, which is finding

13    vehicle defects when automakers don't find them

14    themselves, which is their first and foremost

15    responsibility.

16          MR. LONG:   I just wanted to get that

17    out there on the record.

18          I, of course, know what it is,

19    but I think a lot of people when they hear

20    that, NHTSA, all day, are thinking what exactly

21    is this.

22          So the next question I would have

278

1    would be do you have any way to track consumer

2    complaints to auto dealers short of waiting for

3    them to reach out to you, not the dealers, but

4    the consumers that are having a problem?

5              Do you have any way to track

6    people coming in and my car stopped, it died,

7    it did this, it did that?

8              Do you have any way to track that

9    or do you have to wait for someone to contact

10   you all?

11             MR. FRIEDMAN:  We have early warning

12   data which tracks the cases where warranty

13   service is provided on vehicles.

14             MR. LONG:  So any time a warranty

15   service provided, you would be notified of

16   that?

17             MR. FRIEDMAN:  We are notified of a

18   count.  We have -- we have a total number -- a

19   count of the number of those and the part that

20   that's associated with.

21             MR. LONG:  And how often --

22             MR. FRIEDMAN:  The reason for the

279

1     complaint.

2                MR. LONG:  Do you get that annually,

3     semi-annually, quarterly?  How --

4                MR. FRIEDMAN:  Once a quarter.

5                MR. LONG:  Once a quarter.  Okay.

6                MR. FRIEDMAN:  The information is

7     required once a quarter.

8                MR. LONG:  How would a -- What kind of

9     marketing do you do?  How would a consumer

10    know, learn about, the National Highway Traffic

11    Safety Administration?  What kind of marketing

12    do you do?

13               If I took my car in, had a

14    problem, it wouldn't pop into my head to call

15    you, so how do you market yourself?

16               How can we let the American

17    public know if they do have an issue and

18    they're not satisfied with their dealer, how

19    can they contact you or what can we do to

20    better augment that I guess?

21               MR. FRIEDMAN:  Well, some of the

22    things that we're already looking at doing, and

280

1    we are already making sure that happens, is on

2    every single recall letter that goes out, both

3    NHTSA's name is on that letter, even though

4    it's sent from the automaker and it's in clear

5    red letters that this is an important safety

6    recall information.

7              We also have apps that are

8    available online that we try to make sure that

9    consumers download.  These apps allow people to

10   lodge complaints directly to us, they allow

11   them to track their recalls.

12             We also moving forward later on

13   this year with a tool that will allow all

14   consumers to come to our website, put in their

15   VIN number to find out if there is a recall

16   associated with their very specific vehicle

17   that has yet to be addressed.

18             We have additional efforts where

19   we try to make sure that people are aware of

20   who NHTSA is, but, yes, I've seen the same

21   data, and one of the things that I have talked

22   to my staff about is that we are not at the top

281

1    of the list when people have complaints, and we

2    have been talking about ways that we make sure

3    that we have campaigns to make people aware

4    that if you've got a complaint, if you've got a

5    concern, come to NHTSA, and we need that

6    information.

7                   Consumer complaint data is one of

8    the vital tools that we have to try to find

9    these defects, and I would appreciate any help

10   anyone can provide to make sure that people are

11   aware, that people go to safercar.gov to report

12   these defects.  Any help --

13                   MR. LONG:  Or tomorrow you're going to

14   be able to see on there that you can take your

15   car in there and get a free loaner or a free

16   rental, right?

17                   MR. FRIEDMAN:  Absolutely.

18                   MR. LONG:  Very good.  My last

19   question, at what point is a consumer supposed

20   to reach out to you?

21                   MR. FRIEDMAN:  At any point they have

22   a concern.  I mean, you know, when --

282

1       MR. LONG:  At what point is that,

2   though?  If I -- if I get a -- go home this

3   evening, in the mail I get a recall on my

4   vehicle, and they want me to bring it in and

5   fix this switch or that do-dob there, whatever,

6   do I run to the phone and call you and say hey,

7   I've got a recall, or do I wait until I am not

8   satisfied with the dealer, or at what point do

9   consumers -- should consumers reach out to you?

10      MR. FRIEDMAN:  Well, in that case, if

11  you've got a recall letter, the first thing you

12  should do without a doubt is contact your

13  dealer and get your vehicle fixed as soon as

14  possible.  These are --

15      MR. LONG:  Yes, but I'm talking about

16  contacting you.  At what point do I -- if it's

17  just a standard thing, I don't need to contact

18  you on that?

19      MR. FRIEDMAN:  Well, if it's a

20  standard recall and you are concerned and you

21  want to reach out to us, absolutely, but

22  typically when we want people to contact us is

283

1    well before there's a recall.

2                    We rely on and look at over

3    45,000 consumer complaints every single year to

4    try to spot these trends, so I want someone to

5    reach out to NHTSA the instant they have a

6    serious concern about their vehicle, and they

7    feel -- their safety is at risk so we can have

8    that information.

9                    Right now we've got 45,000

10   complaints; I'd like to see that number get up

11   to 50, 60, 75,000 complaints relative to safety

12   issues so that we can have more information to

13   be able to track down these problems.

14        MR. LONG:  Okay.  Mr. Chairman, I

15   don't have any time left, but if I did, I'd

16   sure yield back.

17        CHAIRMAN MURPHY:  Thank you,

18   gentleman.

19                    The gentleman from Nebraska,

20   Mr. Terry --

21        MR. TERRY:  Thank you --

22        CHAIRMAN MURPHY:  -- for five minutes.

284

1          MR. TERRY:  -- acting chair.

2               You had testified, Mr. Friedman,

3     or in your testimony you showed -- or testified

4     that there were two SCI reports that showed

5     indications of power loss and identified the

6     vehicle power mode as accessory, and I think

7     one of these has been highlighted in several

8     newspaper articles that the SCI noted during

9     airbag investigation a problem with the

10    accessory, so the question I have is did these

11    reports merely report the vehicle power mode as

12    a fact or did it report this -- and identify it

13    as a potential contributing factor?

14         MR. FRIEDMAN:  Well, the two reports

15    handled the case differently.

16              My understanding and my memory is

17    that in one of the reports it simply had an

18    entry in the EDR data, in the event data

19    recorder data that indicated that the vehicle

20    power mode is accessory.  That's typically not

21    reported.

22              In another case, in the other

285

1    case, it was included in the special crash

2    investigation that there were two possible

3    reasons why the airbags did not deploy.

4             One possible reason was because

5    of the ignition switch; the other possible

6    reason was the yielding nature of the trees

7    wasn't sufficient --

8             MR. TERRY:  You mean they're hard when

9    they're hit?

10            MR. FRIEDMAN:  I'm sorry?

11            MR. TERRY:  I'm being sarcastic.  You

12   said the yielding nature of the trees --

13            MR. FRIEDMAN:  I'm sorry.  I'm

14   using --

15            MR. TERRY:  They're hard.  They're

16   hard when objects hit them and --

17            MR. FRIEDMAN:  Well, different trees

18   have different sizes.  In this case --

19            MR. TERRY:  Well, anyway, I don't want

20   to get bogged down into the force of the

21   impact --

22            MR. FRIEDMAN:  But the --

286

1           MR. TERRY:  -- of the tree, but the

2      point is they were noted in SCI reports, but

3      not acted upon.

4                So what is the communication

5      process between the SCI and the ODI?  Someone's

6      got to take that up and say gees, there is a

7      problem with an ignition switch that's been

8      noted, maybe we should follow up on that.

9                What's the process?

10          MR. FRIEDMAN:  So the process -- it

11     depends on the circumstance.  In some cases our

12     Office of Defects Investigation will actually

13     ask the special crash investigators to go out

14     and look at a crash so that they can seek new

15     information.

16               In other cases when the special

17     crash investigators follow up on a crash, they

18     will bring it to the attention of the Office of

19     Defects Investigation so we try to make sure

20     that both teams are talking to each other and

21     sharing critical information.

22          MR. TERRY:  Okay.  So in these two SCI

287

1    reports that were filed, did the SCI -- did the

2    special crash investigator communicate that

3    there is a problem other than noting it in

4    those reports on those two occasions to the

5    ODI?

6             MR. FRIEDMAN:  I don't know if SCI

7    specifically communicated the accessory issue,

8    but when the team did look at -- especially the

9    investigation that indicated there were two

10   possible reasons for that --

11            MR. TERRY:  Yeah.  So the ODI knew

12   that there may have been -- that the switch may

13   have been part of the problem, let's say.

14            MR. FRIEDMAN:  ODI would have been

15   aware of exactly --

16            MR. TERRY:  So ODI was aware.

17            MR. FRIEDMAN:  They -- I believe so,

18   because my understanding is --

19            MR. TERRY:  Because it looks like you

20   have one group of people that's not talking to

21   another group of people.

22            MR. FRIEDMAN:  Our teams do talk to

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 289 of 338

288

1    each other, but as you will notice in my

2    testimony, one of the things that I do think we

3    need to discuss is are there ways that we can

4    change the way these crash investigations are

5    used in our defects process.

6              MR. TERRY:  Okay.

7              MR. FRIEDMAN:  But in this case I do

8    want to note that the draft version of this

9    report that the team had at the time at that

10   moment indicated that the crash investigators

11   thought the more likely reason the airbags did

12   not go off was because of the circumstances of

13   the crash.

14             MR. TERRY:  I would think if you note

15   there is a problem with the -- with the switch

16   turning automatically to accessory, that would

17   be significant enough to just follow up on,

18   whether or not it was deemed to be a

19   contributing factor or the sole factor.

20                  I need to ask, though, on the

21   ER -- EW -- the early warning reports, you

22   received early warning the reports from GM,

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 290 of 338

289

1    correct?

2            MR. FRIEDMAN:  That's correct.

3            MR. TERRY:  Okay.  In my question to

4    the chair -- I'm sorry.  The president of GM,

5    she said that they were submitting those.

6                    Were they required when they know

7    or feel that there is a problem with a specific

8    item in that car, like the ignition switch, to

9    report that, or is that just one of the many

10   items to be submitted within the EWR?

11           MR. FRIEDMAN:  Well, my understanding

12   is that if they are aware of a problem that

13   relates to a safety defect, that that actually

14   is not reported within the EWR.  That needs to

15   be directly report to us.

16           MR. TERRY:  They have to report --

17   under the TREAD Act they have to report that

18   separately.

19           MR. FRIEDMAN:  Well, under the TREAD

20   Act they are required to report warranty claims

21   and a variety of other pieces of information to

22   us, but if they saw a defect, then they needed

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 291 of 338

290

1    to report that to us completely separate

2    from -- from -- you know, that's simply their

3    requirement of the law --

4              MR. TERRY:  What's non-compliance --

5              MR. FRIEDMAN:  -- as to why we have an

6    investigation.

7              MR. TERRY:  I'm over my time, but I do

8    need to get on the record what is

9    "non-compliance" versus "defect".

10             MR. FRIEDMAN:  So these are two

11   different --

12             MR. TERRY:  And you have two seconds.

13             MR. FRIEDMAN:  Sure.  Really quickly.

14             Non-compliance means that you did

15   not meet the standards that we have.

16             A safety defect means you may

17   have met the standards, but there is something

18   wrong with the vehicle that poses an

19   unreasonable risk to safety.

20             MR. TERRY:  All right.  Thank you.

21             CHAIRMAN MURPHY:  I thank the

22   gentleman.

291

1          I would ask for unanimous consent

2     that the members' written opening statements

3     introduced into the record.

4               Without objection, the documents

5     will be entered into the record.

6                    (No response.)

7          CHAIRMAN MURPHY:   Hearing none.

8               I also ask unanimous consent that

9     the consents of the documents binder be

10    introduced into the record and to authorize

11    staff to make appropriate redaction.

12              Without objection, the documents

13    will be entered into the record with any

14    redactions that staff determines are

15    appropriate.

16                   (No response.)

17         CHAIRMAN MURPHY:   Hearing no

18    objections.

19              In conclusion, I would like to

20    thank all of the witnesses.   Thank you,

21    Mr. Friedman, and members that participated in

22    today's hearing.

292

1                    I remind members that they have

2       ten business days to submit questions for the

3       record, and I ask that the witnesses all agree

4       to respond promptly to the questions.

5                    Anything else?

6                    UNIDENTIFIED MEMBER:  No.

7                    CHAIRMAN MURPHY:  Thank you very much,

8       and this hearing is adjourned.

9                    MR. FRIEDMAN:  Thank you.

10                              (Which were all the

11                               proceedings on the

12                               videotaped recording.)

13

14

15

16

17

18

19

20

21

22

293

1    STATE OF ILLINOIS )
                      ) SS.
2    COUNTY OF LASALLE )

3                I, Christine M. Vitosh, a

4    Certified Shorthand Reporter, do hereby certify

5    that I transcribed the proceedings from the

6    videotaped recording of the hearing and that

7    the foregoing, Pages 1 through 293, inclusive,

8    is a true, correct and complete

9    computer-generated transcript of the

10   proceedings had at the time and place

11   aforesaid.

12               I further certify that my

13   certificate annexed hereto applies to the

14   original transcript and copies thereof, signed

15   and certified under my hand only.  I assume no

16   responsibility for the accuracy of any

17   reproduced copies not made under my control or

18   direction.

19

20

21

22

294

1           As certification thereof, I have

2    hereunto set my hand this 15th day of April,

3    A.D., 2014.

4

5

6                    Christine M. Vitosh
                     Illinois CSR No. 084-002883

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 296 of 338

Page 295

## A

**ability** 11:7
58:17 183:22
189:13 191:22
192:18,22
257:5
**able** 56:5 105:20
133:9 146:17
203:5 208:12
209:13,17
213:18 214:6
215:1 216:17
224:14 254:7
257:5,6 281:14
283:13
**absolutely** 185:5
195:16 196:1
209:5 233:14
268:13 281:17
282:21
**abuse** 21:22
**accelerating**
151:11 152:9
**acceleration**
23:18
**accept** 7:11
38:15 82:16,18
83:19,22 104:6
140:12
**acceptable** 4:21
14:16 39:16,19
40:1,7 48:14
74:1 85:19
92:3 135:5,15
135:17,19
165:1 166:14
166:18 168:3
173:7
**accepting** 38:22
138:8
**access** 27:4 58:6
74:5 95:9
108:18 182:11
**accessory** 5:9
8:9 77:4
110:13 175:8
190:12 249:3

270:21 272:10
272:10 284:6
284:10,20
287:7 288:16
**accident** 91:3
96:14,18 99:17
100:8 108:17
110:20 112:5
133:7,8 135:11
199:20 257:13
259:5,20 261:8
**accidentally**
251:6
**accidents** 99:1
101:20 102:4
104:7 110:4
111:9,13 171:8
258:10 263:6
263:13 264:19
**account** 91:8
**accountable**
32:11 106:19
126:1 138:3,5
189:7 209:1,22
235:5
**accounting**
74:10
**accuracy** 293:16
**accurate** 74:10
**accusations**
245:1
**acknowledge**
24:14 37:8
135:18
**acknowledged**
24:9 109:11
130:15
**acknowledges**
19:11
**act** 18:18 19:3
27:7 52:15
154:21 178:5,5
193:1 211:15
222:1,6 228:9
289:17,20
**acted** 31:9 69:14
144:19 145:4

146:21 147:2
147:14 209:20
286:3
**acting** 3:9 19:16
126:22 146:22
147:15 193:22
208:15,18
226:6 284:1
**action** 7:5 24:20
44:3 48:13
62:13 94:22
96:3 98:17
106:13 136:13
167:1 169:18
181:3 184:4
244:10,13,17
244:18
**actions** 31:22
161:11 173:21
189:12
**actual** 122:7
123:17
**add** 243:9
**added** 92:15
117:11 195:6
**adding** 92:4
117:19 270:18
**addition** 89:11
223:6 249:22
263:21 264:2
**additional** 34:8
58:16 117:11
140:1 216:18
223:3 228:10
231:6 243:4
280:18
**address** 38:10
112:14 127:8
189:4,13
192:11 245:5
**addressed**
171:12 245:6
280:17
**addressing**
188:14 277:10
**adequate** 65:14

**adjourned**
292:8
**adjusted** 146:20
**adler** 175:4
**administer**
182:19,22
183:12
**administration**
5:14 10:14
23:22 27:3
95:8 127:1
153:4 156:8,22
163:12 186:5
248:18 249:7
250:6,13 256:5
277:7 279:11
**administrator**
3:9 126:22
186:6 193:22
226:6 231:18
248:11
**admitted** 265:11
**advance** 123:7
229:12
**advanced**
191:21
**advantage** 84:18
85:2
**advised** 29:8,9
48:12 49:17
186:21 187:1
**advises** 29:6
186:19
**advising** 15:6
**affect** 43:1
138:21
**afloat** 139:21
**aforesaid**
293:11
**afternoon** 21:13
53:13 93:18
255:19
**ag** 253:18
**age** 87:9,10,15
170:16,18,20
**agency** 5:20
18:10 26:19

150:5,8 189:19
201:13 203:10
203:16 206:17
208:19 227:2
229:10 240:13
242:6 248:18
248:21 249:10
249:20 252:8
253:22 256:4
263:4 268:3
**agencys** 204:18
205:2
**aggregate**
251:10,15
**aggressive**
148:12
**aggressively**
144:20
**ago** 11:3 19:7
30:17 47:10
68:1 88:12
93:21 94:4,5
106:18 111:5
146:22 147:14
153:13 171:12
175:13 193:22
217:16
**agree** 87:18
91:20 133:20
134:2 147:22
197:1 219:15
219:18 225:16
226:6 257:9
260:4 292:3
**agreed** 81:6
149:16 150:11
150:17
**agreement**
150:12
**ahead** 82:9
162:7 262:16
262:18
**airbag** 5:17 6:13
42:19 97:1,3
97:20 98:2,5
99:8,11,17
100:6 110:7

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 297 of 338

Page  296

156:9 157:4
189:19,21
190:3 191:15
193:4 196:4,20
197:9 198:18
199:15,19,22
200:20 203:4
203:11,16
204:9,12
205:17 207:19
211:22 213:11
216:12,15
220:10 225:11
232:12 234:12
238:15 245:16
245:19 248:22
251:19,21
252:20 256:6,9
256:19 257:17
258:5,8,13,15
258:17 259:2
261:5,7,18,20
267:15,18
268:1 270:20
272:11 275:5,7
284:9
**airbags** 6:1,5,14
7:1,22 8:9
20:13,17 43:2
59:6 99:7,22
110:4 111:8
112:1 137:18
190:11,15,18
192:7 193:8
196:16,21
197:2,11 200:4
200:13 203:18
204:4,5 205:8
205:9 206:11
207:13 210:18
222:17 229:13
241:8 249:3,12
259:17 260:6,8
260:10,10,16
261:13 272:16
285:3 288:11
**aircraft** 82:4

**akerson** 70:11
**akersons** 70:19
**alan** 175:4
**alerted** 24:1
**algorithm**
216:11 245:19
**algorithms**
207:12,16
**allegation** 150:2
**allegations**
148:5
**allen** 170:20
**allow** 185:19
280:9,10,13
**allowable** 39:1
**allowances** 34:8
**allowed** 34:7
**alternative**
173:2
**america** 1:1
**american** 22:9
75:13 80:16,19
81:1 85:19
226:14 279:16
**americans** 18:7
**americas** 151:5
**amount** 115:15
150:1 211:1
258:3
**analogy** 152:18
**analysis** 14:3
25:5 63:9 66:3
66:7 69:9 83:2
111:18 160:5
160:21 166:16
176:4 198:17
221:20 239:7
274:18,19
**analyzed** 213:8
**anne** 2:7
**annexed** 293:13
**announce** 36:8
65:8
**announced**
26:11 30:20
58:13 183:21
**announcing**

88:5
**annually** 279:2
**anomaly** 263:16
**answer** 37:5
42:5,12 75:22
85:19 86:16
95:2 100:15
120:19 127:13
137:6,21
145:12 147:20
153:11 155:17
169:16,17
208:21 217:6
220:5 247:3
252:16 263:4
263:20 267:20
**answered** 83:11
**answering** 87:6
98:22 194:5
263:1
**answers** 21:9
23:4 31:4
68:19 75:21
102:12 109:16
121:16 124:22
129:5 144:12
152:5 153:1
158:1,2 236:15
237:1
**anticipating**
119:7
**anton** 31:21
41:21 124:21
**anxiously** 71:3
**anybody** 53:5
139:11 199:14
199:20 200:1
**anyway** 13:6
82:9 171:20
285:19
**apologies** 31:16
**apologize** 41:13
104:11 205:4
243:11 250:15
262:13,15
**apologized** 98:9
**apology** 101:17

**apparently**
84:22 97:12
271:4
**appear** 13:14
81:5 192:12
216:10 245:18
268:18
**appeared**
174:14
**appearing** 115:1
234:2
**appears** 26:22
58:4 80:17
165:10 225:19
269:16
**applied** 268:7,7
268:8
**applies** 180:13
293:13
**appointed**
105:14 182:18
182:21
**appreciate**
30:15 79:9
121:4 129:4,21
132:14 137:5
141:1,21
157:14 166:17
177:21 193:16
208:8 244:19
263:18 269:11
269:12 281:9
**appreciated**
107:15
**approach** 80:15
152:16 192:13
193:11 212:20
**appropriate**
24:20 37:3
53:17 102:18
107:7 119:16
119:19 120:5
120:14,18
136:13 140:20
174:1 181:1,3
291:11,15
**appropriately**

10:10 87:5
**approval** 13:13
77:10
**approve** 79:1
124:11
**approved** 13:6
16:5 60:11,16
61:4,16 76:19
77:8,15 106:3
122:8 172:2
174:12 250:9
**approving** 78:21
123:22
**approximately**
76:5
**apps** 280:7,9
**april** 1:11,15
52:1 66:19
77:17 123:15
209:11 215:18
294:2
**architecture**
94:17
**area** 58:11 78:3
132:18
**areas** 58:20
**arent** 140:7
267:12 268:2
**argue** 233:11
**arose** 215:19
**article** 90:15,19
90:20 91:14
92:15 176:21
**articles** 284:8
**aside** 124:5
125:7
**asked** 31:20
33:6 34:13
71:2 74:4,16
98:1,11 124:17
124:18 125:3
128:1 138:5
143:18,20
154:1 201:9,16
201:14 246:10
**asking** 40:21
44:22 93:10

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 298 of 338

Page 297

123:3 125:1
147:8 153:14
180:4,6,12
201:4 202:3
267:14
**aspects** 39:8
**assembly** 12:7
82:3 95:21
**assert** 256:16
**assess** 39:6
102:17 183:15
**assessed** 63:2
**assessing** 64:7
**assessment** 5:20
65:12 110:8,9
141:12 196:3
196:12 212:3
240:12,20
241:18 242:3
242:22 269:20
271:19 272:1
**assign** 55:13
183:6
**assigned** 6:16
33:16 56:22
57:9 73:6
**assignment**
88:11
**assist** 217:13
**associated** 19:13
44:5 149:14
169:22 195:12
197:8,10
198:18 216:11
232:12 251:16
255:2 278:20
280:16
**assume** 145:12
161:20 233:18
238:22 293:15
**assuming** 69:2
183:6
**assumption** 68:8
81:6 150:16
**assumptions**
189:12 192:3
**assure** 21:10

32:9 66:18
69:11
**assuring** 114:3
**astonishingly**
16:4
**attacks** 183:1
**attendance**
171:3
**attention** 21:4,5
33:12 87:5
137:2 164:19
286:18
**attorney** 31:20
107:19
**attributable**
263:11
**auction** 154:10
**audience** 24:12
236:17
**augment** 279:20
**author** 91:20
174:18
**authorize**
291:10
**authorized**
168:19
**auto** 20:5,5,7
23:19 24:5
27:5,19 71:6,8
82:2 193:13
278:2
**automaker**
229:5 280:4
**automakers**
189:9 193:1
202:3,12,14
235:6 264:11
277:13
**automatic** 238:5
**automatically**
288:16
**automobile**
19:12 86:4
151:6 153:5
194:6
**automobiles**
260:1

**auxiliary** 137:18
**availability** 39:5
**available** 21:1
27:12 76:2
78:5 100:21
101:3 112:4
113:22 119:17
185:4 191:6
193:10 194:11
194:15 195:8
200:7 212:19
213:14 217:2
217:18 280:8
**average** 162:16
199:5 243:19
243:20
**avoid** 190:16
232:5 260:18
**avoided** 171:11
**awaiting** 71:3
**aware** 28:20
37:10 47:2
57:1,7 62:7
69:8 70:11,20
103:20,21
122:17,19
127:9,14,15,17
127:19 132:10
132:14 142:11
142:13 143:20
158:9 172:11
175:22 176:3
177:2 186:11
228:14,17
231:19 232:6,8
246:14 254:1
280:19 281:3
281:11 287:15
287:16 289:12

_____
B
**b** 22:15
**back** 11:8 15:17
20:14 23:5,7
27:21 28:2
31:7 38:4 45:6
47:9 48:5 54:5

54:17 60:3,5
71:13 72:18,22
74:14 79:21
80:2,13 87:8
88:20 92:13
101:13 107:9
107:11 109:5
113:9 120:20
120:22 129:6
131:22 134:11
141:10,22
145:10 150:19
152:3 153:19
154:3,4 157:15
164:2,4 167:5
167:12 168:8
168:18 170:11
170:13 171:14
178:3 180:11
181:6,8 208:7
210:4,14 212:1
212:7 216:17
217:11 218:9
223:9 226:15
226:18 227:11
229:17 233:16
240:3,11 247:8
256:22 257:2
262:7 269:7
276:6,8 283:16
**bad** 14:11 16:9
26:13 161:17
**baffling** 175:11
**bailout** 71:6,9
139:19,20
**balance** 37:2
44:1 79:21
129:7 226:15
247:8
**ballpark** 146:20
**bankruptcy**
44:13 101:21
101:22 138:13
138:16 142:5
169:4,10
**bar** 130:10
**barra** 3:4 4:5

9:22 13:7 17:6
19:16 22:6
28:5,12,20
29:4,11,15,18
30:1,6,11,13
37:8,16 38:7
38:13,17 39:2
39:13,20 40:2
40:8,14 41:8
41:14,18 42:5
42:12 43:3,6,9
43:15 44:2,10
45:5,8,10,14
45:16 46:2,6
46:14,20 47:2
47:5,14,17
48:2,10,17,20
49:6,12,22
50:8,13,20
51:5,12,17,22
52:3,9,14 53:4
53:8,13 54:6
54:12,19 55:10
55:17,20 56:3
56:7,10,16
57:1,6,10,16
57:21 59:10
60:2,10,21
61:2,7,13,19
63:2,18 64:6
64:16,20 65:1
65:11 66:8,22
67:11,15,20,22
68:6,11 69:5
69:17,20 70:7
70:13,17 71:1
71:7,10,16,18
72:2,10,13,20
73:12,16,21
74:7 75:18
76:4,8,10,15
76:16,21,22
77:6,7,13,14
77:18,19 78:1
78:7,8,11,16
78:18 79:4,8,9
79:20 81:9,19

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 299 of 338

Page 298

82:18 83:10,13
83:21 84:7,9
84:14 85:11
86:15 87:3
89:4,21 90:5
90:18 92:1,21
93:19 94:2,6
94:13 95:2,13
98:6 100:9
101:2 102:7,8
103:4,13,21
104:9,16,21
105:2 106:6,10
107:1 108:8
109:17,20,22
110:6,11
111:12 112:3,8
112:17 113:3,8
113:10,15
114:6,16,22
116:21 119:8
119:12,15,21
120:4,7,12,17
121:5 122:3,13
122:19,22
124:20 125:5,8
125:11,19
126:2,18
127:11,19
128:12 129:13
132:10 133:20
134:2,13,15,19
135:3,6,8,14
136:2,10,18,22
137:3,12,20
138:18 139:7
139:14 140:5
140:18 141:8
141:17,20
142:11 143:3,6
143:10,15,19
143:22 144:5
144:11,17
145:1,6,11,17
146:3,13 147:1
147:6,9,22
148:8,11,15,21

149:4,13,20
150:7,15 151:2
155:6,11,17
157:1,11
158:13 159:14
160:7 161:8,20
162:2,4 163:1
163:15,20
164:11 165:14
165:18,22
166:5,9,13,20
167:11,18,20
168:14,22
169:16 170:6,9
171:21 172:10
172:14 173:10
173:13 174:6
175:20 176:3,8
176:14,20
177:2 178:13
178:17,21
179:3,7,19
180:3,6,16,21
181:17,20
182:10,13
183:14,18
184:2,7,12
185:5,13,15
195:5 218:18
**bars** 243:14,17
244:8,8
**barton** 2:4 80:3
80:5 81:11
82:1 83:8,11
83:14 84:2,18
85:18 86:18
262:10,12
264:16 267:1
267:22 268:14
268:22 269:5
**base** 205:13
**based** 114:9
181:16 191:5
203:18 204:3
204:15 205:2
206:20 208:16
216:4 239:7

245:13 256:8
268:12 275:7
**basic** 124:19
**basically** 214:5
240:19 271:7
**basing** 205:13
205:14
**basis** 53:3,17
130:2
**bates** 196:13,19
**battery** 199:18
**batterys** 131:15
**bay** 277:2
**bear** 115:20
**beat** 180:10
**becoming** 186:3
**began** 4:10
37:19 38:8
91:15 131:10
144:3 190:14
**beginning** 40:5
52:1 60:22
66:19 248:19
**begins** 31:15
**begun** 103:4
189:11
**behalf** 80:15
115:10 185:8
188:2
**behave** 118:15
**behavior** 167:2
**behaviors**
188:13
**believe** 17:7
24:18 66:8
75:5 78:11
90:18 94:7
97:20 99:3
106:6 110:8
114:9 115:2
137:12 139:9
146:6 149:6
154:2 167:11
176:8 188:6
194:11 198:3
202:13 205:21
207:22 210:22

218:20 225:17
229:22 230:3
232:6,13,14
239:18 243:2
243:13 244:3
245:11 246:10
251:20 252:10
253:4,8,14
254:14,16,20
254:22 269:18
270:19 272:15
287:17
**believed** 203:10
203:17,17
231:1
**beset** 116:16
**best** 34:20 36:10
61:19 80:19,20
105:2 138:18
139:4,12 226:9
226:11 257:4,5
260:18 274:12
**bet** 217:10
**beth** 109:15
**better** 36:2,3
133:16 160:2
192:5 214:11
226:14 234:5
239:17 271:4
271:11 279:20
**big** 41:3 91:14
154:7,16,17
175:16 258:8
259:2 264:20
**bill** 18:21 27:8
90:21
**billion** 169:8,9,9
**billy** 2:14
**binder** 14:21
40:16 62:11
95:19 99:2
164:18 172:6
196:9 230:12
291:9
**bipartisan** 9:19
21:7 130:1
**birthday** 108:16

**bit** 68:15 101:16
115:12 162:14
199:5 267:10
**blackburn** 2:5
22:4,5 68:3,4
68:12 69:15
70:4,8,14,21
71:5,8,13,17
71:19 72:3,12
72:17 73:3,15
73:19 74:2,12
74:16 88:2
92:20
**blame** 9:8
**blazer** 129:19
154:8,9
**bled** 259:1
**blip** 264:20
**block** 263:2
**blood** 259:1
**blow** 267:9
**blowing** 41:1,16
**blue** 243:21
244:3
**blues** 87:13,15
**board** 28:8 35:5
133:11 147:12
160:17
**bodies** 83:7
**bodily** 150:2
**body** 97:7,11
119:17 198:11
248:14,19
258:4
**bogged** 285:20
**bombing** 36:16
**borrow** 8:15
**boston** 36:15
182:22
**bothers** 131:21
**bottom** 17:2
22:12 41:10
147:17 164:10
164:15 196:14
227:19
**bought** 91:4
154:6

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 300 of 338

Page 299

**boxes** 211:10
**boyer** 58:13
  88:5
**boyers** 32:15
**bp** 36:15 182:19
**brains** 35:17
**brake** 265:2
**brakes** 38:2
  110:19 232:19
**braley** 2:6 86:22
  87:2 89:18
  90:1,12,20
  92:13 93:6
  98:21 100:19
  101:4,12
**brand** 17:6
**breach** 135:12
**break** 185:18
**brief** 128:1
**briefing** 61:21
**briefly** 84:4
**brilliant** 9:10
**bring** 102:16
  116:19 124:12
  201:2 241:1
  282:4 286:18
**bringing** 37:3
  69:17 107:20
**brings** 36:16
  125:19
**broad** 178:17
  241:3
**broader** 194:19
**broke** 97:5
  258:1,18
**brooke** 91:1
  107:17 108:12
  109:10,17
  112:15 231:9
**brookes** 232:3
**brought** 21:3,4
  33:4 71:21
  108:1 115:20
  137:1 202:5,6
  241:14 248:2
  266:5
**bruce** 2:6

**brushing** 25:13
**buick** 90:9
**build** 20:8 75:18
  155:21
**built** 38:4
**bulletin** 15:6,19
  25:3 49:14
  109:4 112:11
  230:10,14,18
  231:6,14 232:9
  232:11 274:22
  275:1
**bulletins** 112:19
  113:4 231:20
**bump** 12:12
  41:17
**bumped** 12:20
  13:18
**bumping** 4:13
  175:7 231:4
**bumps** 25:11
  251:5
**bureaucracy**
  117:5
**burgess** 10:4,5
  93:14,16 94:3
  94:8,18 95:5
  95:16 255:15
  255:16 257:9
  260:20 261:22
  267:14
**business** 4:21
  8:21 11:16
  14:16 43:20
  48:14 57:13
  81:21 94:11
  140:14 154:11
  165:1 166:15
  173:7 292:2
**businesstype**
  145:21
**button** 159:1,4,6
  159:12,15,18
  160:5,13
  195:13
**buy** 82:9 83:6
  90:4

**C**
**c** 1:18
**cafe** 94:19
**cage** 97:12
  258:20
**california** 2:19
**call** 33:17
  128:17 218:3,4
  218:11 242:19
  244:22 245:1
  279:14 282:6
**called** 29:19
  70:3 122:6
  153:2 154:9
  161:2 187:10
  242:11 271:11
**camp** 87:15
**campaigns**
  281:3
**cancelled** 178:1
**cant** 42:12 89:4
  97:16,22
  100:15,17
  103:22 126:14
  129:16 142:13
  155:17 156:11
  169:16 194:21
  198:12 209:8
  215:15 217:5
  258:13 261:6
**capacitors**
  204:10,10
**capital** 20:5
**car** 6:15 7:22
  8:20 12:12
  13:18 30:18
  34:3,7 38:1
  41:2 49:15
  65:19,22 93:22
  94:4,9,16 99:5
  109:8 110:17
  131:12,14
  144:16 151:11
  155:22 156:8
  156:12 158:20
  159:2,6,6,13
  174:22 175:9

  194:22 201:18
  217:22 218:1,7
  218:13 231:11
  231:16 233:1
  233:18 238:18
  251:4,14 253:1
  253:18 254:1
  255:8 257:17
  266:21 273:14
  278:6 279:13
  281:15 289:8
**care** 9:12,13,14
**carefully** 213:22
  230:2
**carmen** 227:19
**cars** 8:2 10:17
  12:4 13:13
  15:12,20 16:8
  16:18 19:9,21
  20:9,21 24:2,9
  25:10 26:5
  34:19 35:17
  37:20 41:5,5,7
  42:4,4 51:2
  52:1,8 60:12
  60:14 61:6,11
  61:12 62:22
  63:21 64:1,1
  65:5,10 76:6
  76:12 91:17
  94:14 113:11
  113:14 114:15
  142:10 143:2
  144:19 145:3
  181:16 197:3
  200:21 210:18
  219:21 233:12
  235:14 241:7
  244:10,16
  248:20 250:9
**case** 4:22 14:16
  21:2 29:12
  33:22 39:9
  48:14 100:7
  107:21 139:5,5
  139:12,12
  158:17 161:12

  163:17 165:1
  166:15 168:7
  173:7 187:4
  188:17 189:12
  191:12 197:18
  198:10 199:20
  201:3 213:16
  215:10 219:4
  229:22 231:8
  237:21 239:5
  239:15 244:18
  253:5,9 256:15
  256:17 257:1
  261:12 263:9
  264:7 266:1,13
  272:3,8 282:10
  284:15,22
  285:1,18 288:7
**cases** 175:5
  189:8 192:4
  198:9 202:5
  206:8 215:11
  215:13 241:1
  244:12,13
  247:3 264:5
  266:17 278:12
  286:11,16
**cash** 34:8 140:4
**castor** 2:7
  170:13,15
  172:17 174:3,9
  175:21 176:5
  176:11,16,22
  177:9 248:9,10
  250:16,21
  252:6,12,21
  253:6,10,16
  254:9,17 255:3
**catastrophic**
  235:18
**categorized**
  169:14
**cause** 12:21
  133:22 147:19
  190:8 206:5,7
  233:13 258:12
  261:19

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 301 of 338

Page 300

caused 24:9
   60:13 104:7
   131:5 133:12
   148:6 261:22
   272:11
causes 45:20
   108:5
causing 6:5
   12:11 18:6
   25:16 91:2
caveat 81:2
cell 194:3
center 33:9
   35:14 87:22
   99:6 259:10
centers 33:18
centimeters
   77:3
central 234:3
cents 14:19
   166:3,8,11,11
   173:9 174:4,15
ceo 3:5 19:15
   22:18 35:7
   69:3 82:11,12
   129:14 133:3
   133:19 143:17
   257:11 259:8
certain 194:5
   216:20 239:20
certainly 80:17
   202:18 216:13
   254:9
certificate
   293:13
certification
   294:1
certified 293:4
   293:15
certify 293:4,12
cetera 94:17
chain 8:14 73:10
   74:6,17 82:14
   136:7,16
chair 22:3 29:5
   93:13 114:21
   120:20 134:21

178:4 186:19
247:9 284:1
289:4
chairman 2:3
   4:1 10:5 11:9
   11:13 12:6
   13:1,11 14:6,7
   14:19 15:2,10
   16:21 17:5,13
   17:15,18 21:11
   22:6 23:6,12
   24:11 27:16
   28:1 29:5,12
   29:22 30:6,8
   30:12 37:7
   38:8,14,21
   39:12,18,22
   40:4,10,15
   41:10,15 42:2
   42:8,16 43:5,7
   43:10,22 44:7
   44:21 45:4
   52:17,19 53:5
   53:9,10 60:4,9
   66:13 67:9,17
   67:21 68:2,5
   74:13,15,19,22
   75:19 79:19
   80:1,2,5 84:3,4
   86:19,20 87:2
   92:14,18 93:4
   93:9,10,16
   101:1,6,11
   107:10,14
   108:3 113:8,10
   114:3,10,11,12
   114:18 120:21
   121:3 129:8,9
   129:12 130:3
   134:20,21
   135:2 142:1,15
   150:20 151:1
   153:11,12
   157:15,16,18
   164:3,7 170:12
   177:9,10,13,19
   181:7,12

184:10,11
185:7,8,14
186:3,18 187:4
187:13,19
193:15,18
195:14,17,20
196:2,8,19
197:5,19 198:8
199:8 200:2,12
201:6,17
202:18 203:2
210:3,16,21
211:3,5,8
217:12,14
218:10 219:20
225:19 226:17
226:21 233:17
233:21 234:1
239:22 240:2,6
247:10 248:5,7
248:10 255:11
255:13,14,17
262:6,8 269:5
269:6 276:7,11
276:12 283:14
283:17,22
290:21 291:7
291:17 292:7
challenge 192:2
   260:13
chance 90:14
   185:11 258:15
chances 10:15
change 92:4
   106:14 118:22
   122:9 123:12
   123:14,22
   124:8,11 126:6
   134:6 140:11
   144:9,15,21
   145:5 166:12
   173:12 174:8
   193:6 202:20
   207:7,9 208:4
   210:6,8 232:17
   234:20 253:22
   266:19,20

276:17 288:4
changed 16:3
   40:11 88:21
   89:7 90:13
   92:22 93:9
   117:10 135:5
   144:2 145:2
   168:10 193:10
   208:1 216:6
   245:17 247:15
changes 21:18
   32:12 40:19
   44:19 49:5
   68:13 89:11
   92:9,9,12
   98:18 107:3
   116:4,5 117:22
   129:1 138:2
   144:5 165:2,5
   174:2,14
   202:10,14
   214:11
changing 94:20
   144:3 208:2
characterized
   116:8
chart 116:4,17
   196:20 197:7
   242:7,9,16
   243:14,22
   244:11
check 109:1
   134:18 161:14
   263:16 265:7
checked 134:11
   233:19
chemical 132:19
   133:6,7,10
cheryl 170:17
chevrolet 47:13
   154:9 175:6,6
   220:21 221:7
   230:17 256:1
chevy 4:8
   108:20 170:17
   170:19,22
   174:20 196:5

220:9 222:18
224:18 257:14
chief 5:19 28:5
   30:14 196:2
   240:11,19
choice 244:17
christine 1:17
   293:3 294:6
chronologies
   118:1,3
chronology
   42:17 47:22
   73:1 206:20
   207:2 216:4
   245:13 246:9
   247:22 248:2
circle 210:14
circumstance
   261:1 286:11
circumstances
   24:3 78:22
   156:2 206:6,9
   268:5 270:7
   272:14,17
   288:12
cited 212:2
citizens 20:8
   147:20
city 235:15
civic 102:19
civil 27:13 36:21
   130:10 133:10
   139:5
claims 6:4 13:20
   14:4 16:14
   25:7 183:5,7
   196:20 197:2,8
   198:1 251:2,12
   252:5,7,10
   253:3,19 255:1
   289:20
clarification
   74:16
clarify 222:8
   246:21
clarifying 142:2
   181:9

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 302 of 338

Page 301

class 98:19
clean 66:15
  186:9 231:15
cleaned 109:7,7
clear 26:19
  64:11 67:12
  77:13 78:1
  111:16 193:12
  205:4 208:6
  209:12 210:15
  213:19 215:13
  219:2,10
  224:17 225:8
  228:20 243:12
  247:1,5,11
  249:6 257:8
  266:10 272:22
  272:22 273:1
  274:15,22
  275:14 280:4
clearest 257:6
clearly 40:8
  41:18 84:15
  119:3 124:13
  125:18,21
  172:9 178:6
  218:21 229:8
  230:1 244:17
click 194:21
  195:20
clinton 211:16
clock 31:8
close 30:9
  192:21 259:12
closed 48:15
closely 21:16
  67:1 157:11
closing 96:3
  259:12
closure 236:14
cmt 21:12
cobalt 4:8,14 5:3
  5:11,15,21 6:1
  6:4,14 7:3,14
  8:7 37:18 38:3
  40:22 41:16
  47:13 53:22

69:10 91:2
94:13,15 96:18
99:4,7,20
108:21 132:5
142:10 170:17
170:20,22
174:20 175:6
175:10 176:1,4
177:7 189:18
190:4 191:3
195:13 196:16
196:21 197:2
199:4 210:19
211:22 213:10
224:19 227:3
234:13 236:9
238:2 242:8,13
244:18 249:1
249:11 256:2
256:12 257:14
259:7,8,9,17
260:2 262:4
270:15 274:20
275:7,8
cobalts 5:19
  59:6 60:12
  61:17 87:11
  91:17 99:21
  171:19 196:5
  220:9,21 221:7
  222:18 230:5
  230:17 239:8
cobb 107:19
  112:10
code 30:3
  187:16 236:5
coded 73:11
coincidences
  271:2,3,14
colleague 158:4
colleagues
  142:22
collision 97:7
  99:3 110:7
  111:3,3 259:6
  259:11 261:2
collisions 190:14

colorado 2:8
  11:11
column 97:8
com 180:12
combination
  175:5
combine 270:11
come 20:4 73:9
  108:2 109:8
  115:7 128:6
  138:16 140:2
  140:15 216:17
  238:22 252:13
  265:19 271:12
  280:14 281:5
comes 54:21
  88:17 89:19
  151:6 202:11
  264:6 265:22
comfort 116:14
  116:20
comfortable
  113:20
coming 17:6
  24:15 107:6
  119:10,13
  256:12 278:6
command 8:14
  136:7,16
comment 52:22
  100:17 115:6
  149:17 267:2
commenting
  140:21
comments 68:7
  251:12
commerce 1:4
  177:13
commissioned
  34:12
commit 98:16
  120:12
commitment
  11:17 87:17
  120:16
committed 17:7
  88:10 105:6

268:15
committee 1:4
  9:21 11:10
  16:4 17:11,16
  20:2,11 22:4
  23:9,14 26:2,7
  27:9 28:21
  29:7 30:7,13
  35:1 36:11
  37:11,16 53:10
  56:9 60:7
  61:22 62:6,14
  66:5 67:14
  69:20,21 70:6
  70:15,16 74:20
  78:6 79:14
  80:9,13 87:6
  100:22,22
  115:1 126:17
  171:15,21
  182:16 186:21
  187:21 209:3
  211:6,9 212:16
  217:14 226:2
  242:18 243:4
  244:15 245:9
  246:10 247:13
  247:16 252:13
  255:4
committees 10:8
  19:19 23:17
  153:12 182:20
  250:8,22
commodity
  122:6
common 38:14
communicate
  8:16,17 112:18
  113:4 228:9
  287:2
communicated
  113:15 287:7
communicating
  194:10
communication
  157:9 161:13
  286:4

community
  19:14 89:12
companies
  18:14 27:14
  155:20 201:19
  251:15 253:1
company 6:21
  7:12 13:4 16:1
  16:8,17 17:7
  18:10 24:8,21
  28:6,11 42:22
  53:6 58:3,5,6
  58:11 64:4,6,7
  65:8,16 66:2
  69:6 81:15
  85:10 90:2
  102:2 103:16
  104:5,19 106:5
  116:18,22
  117:1,22 133:2
  133:6,14
  147:13,19
  149:3,6,9,21
  149:22 150:3
  162:19 164:14
  167:3,21
  172:12 174:13
  176:10 184:14
  208:14 221:11
  253:18 254:1
  254:10 255:8
  266:21 273:13
  274:12
companys 63:1
  83:15 91:8,18
  101:21 104:8
  250:10,17
comparable
  196:21
compared 190:5
  196:21 224:19
  239:10
comparison
  199:1,4 243:18
compass 118:9
compelled 226:5
compelling

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 303 of 338

Page 302

222:2
**compensate**
183:8,22
**compensation**
36:14 183:10
184:6
**competitive**
28:17
**complain** 37:20
**complained**
49:16
**complaint**
112:15 190:2
191:2 213:4
223:15 237:9
237:10,19
243:16 244:6
256:9 279:1
281:4,7
**complaints** 4:10
16:14 20:12,14
20:17 42:9
53:21 54:4
59:2 189:16
196:16 197:22
198:17,18
220:15 222:22
223:7,8 230:15
235:9,13,17,21
236:5 237:12
237:13,15,22
238:4,10,13,18
238:22 239:3
239:10,14,16
248:14,20
251:21 254:4
254:11 256:2
256:11 265:19
270:15 278:2
280:10 281:1
283:3,10,11
**complete** 41:22
42:14 44:11
49:7 74:10
94:6 98:15
106:12 115:18
117:12 178:8

293:8
**completed** 15:5
**completely** 52:6
117:7 134:3
233:10 257:9
261:10 272:18
290:1
**complex** 59:15
100:16 106:13
**complicated**
268:6
**comply** 27:15
**component**
159:21 182:1
**comprehensive**
217:6
**compressed**
257:21 258:19
**computer**
191:21 214:5
**computergene...**
293:9
**con** 119:21
220:22
**concern** 130:22
132:21 177:1
227:7 229:3
266:12 273:3
281:5,22 283:6
**concerned** 17:11
52:20 62:21
66:13 186:7
191:10 245:13
273:21 282:20
**concerning**
137:8 148:5
220:20 221:7
**concerns** 5:15
139:2 169:3
189:21 197:6
201:2,22
202:12,16
207:3 216:11
223:8,15 227:9
227:18 228:15
229:9,11
234:19 248:2

266:2,5
**concluded** 14:10
14:13 43:11
224:18
**concludes** 173:6
177:11
**conclusion**
66:12 225:6
291:19
**conclusive** 230:6
230:7 260:15
**condition** 47:12
48:8 49:2
111:22
**conditions**
190:13 200:11
**condolences**
75:7 157:20
**conduct** 31:21
66:2 80:10
184:20 255:22
**conducted** 14:2
47:10 48:5
49:4 72:16
171:17 220:8
**conducting**
118:6
**confess** 158:21
**confidence** 11:7
**confident** 161:6
**confidential**
148:15,22
**confidently**
132:4
**confirm** 145:12
167:13 275:17
**confirmed** 62:6
205:7 248:12
275:19
**conflict** 115:19
**confused** 115:14
**confusion** 7:18
**congratulate**
142:19
**congratulations**
129:13
**congress** 75:10

80:20 151:5,9
151:20 211:15
226:7 239:17
267:21
**congressional**
94:22 107:17
231:10
**congressman**
137:20 179:19
195:5 197:4
208:20 212:12
214:22 218:20
227:10 233:9
234:9 236:20
239:4 255:12
256:18 260:5
261:9 263:17
265:16 268:4
271:17 274:14
**congressmen**
81:3
**congresswoman**
254:5
**connect** 105:20
110:12 137:16
203:5 205:17
**connected**
163:18
**connecting**
252:19
**connection**
42:18 203:10
207:18 268:19
273:1
**connections**
272:6
**consciousness**
151:6
**consent** 13:9
14:5,22 92:15
291:1,8
**consents** 291:9
**consequences**
235:18
**consider** 7:20
36:18 40:7
175:19 214:14

266:8
**consideration**
78:20
**considered** 4:17
163:14 211:21
241:2,3 266:18
**considering**
172:18 192:8
**constantly** 33:14
**constituent**
131:6 134:9
**constituents**
23:1 129:15
218:12
**constituted**
20:18
**consultant** 36:9
**consulting** 82:6
**consumer**
116:20 162:16
189:16 190:2
191:2 213:3
220:14 222:21
223:7,15 234:4
235:9,21
239:14,16
248:14,19
254:4 278:1
279:9 281:7,19
283:3
**consumers**
188:22 195:10
233:11 236:4
237:17 251:13
278:4 280:9,14
282:9,9
**contact** 45:21
178:10 180:20
236:10,18
278:9 279:19
282:12,17,22
**contacting**
282:16
**contacts** 237:8,8
**contain** 237:15
**contained** 140:8
248:13

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 304 of 338

Page 303

continue 68:19
79:18 80:18
92:8 118:20
133:17 160:15
164:10,16
184:15 191:18
192:18 211:2
214:3
continued 16:18
51:1 156:12
191:1
continues 91:15
211:12
continuing
217:3
continuously
209:15
contracted 50:3
contractors
220:6
contrasting
259:4
contributed
18:19
contributing
284:13 288:19
control 110:18
170:19,21
175:2 207:12
207:12 293:17
controllable
175:10
convene 4:1
convened
189:22 222:15
conversation
207:14
conversations
139:8 193:7
207:11 234:20
245:18
converted
230:20
convinced 198:2
cooperate
184:15 185:6
cooperated

184:13
cooperation
79:13
copies 293:14,17
copy 12:6 88:4
core 44:18 89:8
89:18 92:22
93:2,7 198:14
corporate 89:1
116:4,17
corporation 3:5
133:16
correct 18:18
38:6 40:13
45:7 46:15,18
46:22 47:5,13
48:9,16 49:5
49:21 50:7,12
50:19 51:4,11
55:17,20 60:20
61:20 68:11
69:4 72:1,2
76:4,10,16,22
77:7,15,20
81:8 135:6,7,8
135:22 143:9
144:16,17
148:7,10,11
166:4,19
168:13 176:2
196:6,17,18
208:12 212:4,5
220:6,11,12,19
221:6,10,12,21
222:12,13,14
222:19,20
224:4,21,22
225:12 233:20
253:15 275:11
276:3,4 289:1
289:2 293:8
correctly 270:14
corresponding
141:4
cost 12:10 14:14
14:18 25:17
44:9,12 146:1

146:8,11,21
147:8 165:10
165:13,15,22
167:16 168:4
168:11,15
173:8,15 174:4
174:15 218:1,2
costly 174:5
costs 4:19 43:13
44:1,5 96:6,7
173:4 174:8
couldnt 64:12
130:20 217:16
218:14 261:22
counsel 29:8,10
75:16 186:22
187:2
count 109:18
169:21 252:2
278:18,19
countermeasure
96:9
country 112:21
113:6 117:20
239:1
counts 251:17
county 108:13
112:10 293:2
couple 25:18
51:20 60:21
132:17 143:1
184:15 193:22
course 33:19
58:9 97:9
169:3 184:3
258:16,21
276:20 277:18
court 148:18
courtesy 75:1
79:19 240:1
cover 104:1
160:2
coverage 16:15
coverup 70:22
crank 182:6
crash 9:3 20:15
90:9 97:15,18

98:2 156:11
189:17 190:6
192:9 198:17
200:5,7 203:13
206:3,6,10
213:4,13 214:2
220:7,22 221:8
222:9 223:15
224:13,21
226:8 232:8
233:13 236:8
241:11 242:8
249:1,11,16
250:1,1 261:12
261:16,18
272:17 285:1
286:13,14,17
286:17 287:2
288:4,10,13
crashes 6:5,15
12:3 18:6
19:12 20:20
24:10 75:8
112:2 188:3
190:3,12,18
196:17 197:22
200:10 204:14
222:22 256:3
260:17 268:5
268:17 272:13
272:14
create 15:16
136:8 138:22
created 72:1
207:18
crises 91:18
crisis 91:21
criteria 84:13
critical 7:10
128:2,10
144:15 193:7
206:13 208:9
218:4 226:3
246:1,4 254:10
286:21
cross 55:3
crossing 235:16

csr 294:6
culdesac 96:19
257:15
cultural 44:19
116:10
culture 8:13,21
44:7,13,14
116:15 118:22
125:22 133:1
133:15 168:15
168:16
curb 100:4
curious 241:22
current 32:22
143:17 219:21
269:1
currently 81:13
82:11 252:22
254:18
customer 16:14
33:8,17 34:6
44:13,16
108:22 112:15
118:9,17
129:16 160:11
163:3 168:16
customers 4:10
4:12 7:2 22:9
31:6 32:21
33:10,19 34:18
34:20 36:2
66:18 81:22
87:21 88:9
102:9 105:3,6
105:8 114:1
119:18 138:21
cut 58:17 145:15
154:7 175:6,16
203:20
cuts 175:17
cutting 231:12
270:17
cylinder 95:21
231:21

_____
**D**
_____
d 2:9 3:1 294:3

dad 196:10
269:19 270:4
damage 147:16
147:17,18
damages 148:20
dangerous
132:20 188:12
data 18:22 20:12
20:20 107:5
163:10,18
166:21 189:17
190:1,2 191:1
191:6 197:13
197:14,15
200:6 212:1
213:3,4,7,9
215:14 220:14
220:20 221:7
223:14,15
230:2,4 234:10
234:15 241:11
243:13 244:7
251:10 254:6
265:22 266:10
274:19 278:12
280:21 281:7
284:18,18,19
databases
237:19
date 34:4 95:21
143:2 196:6
dated 123:15
daughter 87:9
236:8
david 3:8 10:1
19:16 187:9
day 68:1 108:19
108:19 112:15
118:21 134:4
152:2 188:10
231:11,16
232:5 277:3,20
294:2
days 103:8
139:10 178:7
292:2
dead 12:3 111:4

174:22
deadline 209:11
deadly 8:17 12:4
90:16 234:8
deal 106:15
133:2 147:14
175:16 192:6
229:7 258:8
264:4 266:16
dealer 88:16
113:22 131:14
131:16,22
134:11 218:13
279:18 282:8
282:13
dealers 5:2 15:6
32:22 33:21
34:2,7,15
49:15 130:16
132:1 163:5
230:14,19
278:2,3
dealership 91:5
107:22 108:21
112:9 161:3,3
161:18 233:3
dealerships
112:9,21 113:6
dealing 74:6
151:8
dealt 169:14
dearly 269:3
death 18:1
108:20 109:10
109:18 112:16
150:3 169:20
214:18 215:3
231:17 232:3
deaths 6:6 75:11
91:11 101:15
170:2 171:11
214:15,19,19
263:6,10
debate 9:15
decade 12:15
13:21 20:15
25:6 30:17

42:1 59:13
91:10 93:21
94:4 174:1
175:13 191:14
265:4 268:10
deceased 99:16
deceleration
259:22
december 6:20
62:9,12 69:9
176:1 177:6
182:3 258:7
decide 8:6
197:16 261:21
decided 4:18 5:5
6:7 7:13 10:19
42:21 56:12
164:22 197:20
197:21 198:4
224:4 240:15
242:4,6
deciding 220:15
decision 13:8
16:1 43:19
55:5,22 62:14
63:15 69:7,13
69:22 72:21
73:7,9,10 86:8
89:13 95:3
133:11 136:6,8
144:21 145:4
146:18 149:16
159:13 173:11
173:14 174:7
220:4 225:20
240:11,16
242:1,14,19
247:16 265:13
decisionmaking
89:8
decisions 48:21
69:22 79:15
103:9,14 105:3
118:16,16
132:13 167:17
184:8
declined 229:12

decreased 191:3
dedicated 33:13
35:9 119:3
265:20,21
deemed 288:18
deep 182:20
deepest 16:22
deeply 11:14
31:19 111:15
188:3,7
defect 19:8,13
24:19 25:9
30:20 44:4
45:6,13 85:1
98:14 103:18
127:8 128:3,11
132:13 166:15
167:22 173:15
178:16 179:11
179:15,18
188:4 189:4
192:12 196:3
196:12 206:14
211:22 212:2,3
213:9,19,22
215:13 216:15
221:15 222:3
223:13 224:15
226:8 240:12
241:1 242:3,21
243:15,15
245:5 246:2,6
247:1,5 253:13
253:21 254:11
254:14,20
255:2 257:8
266:12 272:6
274:17 275:16
289:13,22
290:9,16
defective 11:20
13:2,13 18:13
24:2,7 25:21
26:14 38:20
50:12 51:10
56:13 63:8,22
72:18 75:4

76:7,12 85:16
88:14 104:8
106:22 148:6
171:4 174:13
188:20 203:6
236:2 250:3
defects 5:19
18:22 23:20
27:12 108:7
178:8,11
188:15 189:14
191:22 192:10
192:14,19,22
202:4 214:12
215:3,6 220:13
220:16 221:13
222:15 225:21
225:22 227:9
240:20,20
241:18 248:13
254:3 264:11
264:14 269:19
271:18 272:1
274:16 277:13
281:9,12
286:12,19
288:5
defense 82:3
148:13
definitely
132:15 160:8
212:15 229:3
definition
141:18 179:10
180:11
definitions
179:21 180:2
definitive 217:6
definitively
193:4
degette 2:8 14:8
15:4 45:1,3,9
45:12,15 46:4
46:8,17,21
47:4,7,16,19
48:4,11,19,22
49:9,13 50:2,9

50:14,22 51:6
51:13,19 52:5
52:11,16 84:3
84:5,8,10 85:3
114:11,13,17
181:9,11 182:1
182:12,15
183:16,20
184:5,9 202:22
203:2 204:8,15
204:18,22
205:12 206:12
206:22 207:4
208:2,8 209:2
209:6 210:2,3
218:15,22
219:5
**degettes** 210:5
**degrette** 11:10
11:12 13:12
95:18 187:20
193:16
**delay** 64:4
**delayed** 146:18
**delighter** 160:12
**delivered** 34:15
**delphi** 5:7 13:4
26:6 40:12,18
46:9,22 50:4
50:16 61:22
72:1 73:8 74:4
74:17 77:9
122:14 171:16
**demise** 258:13
**democrats**
130:8 142:21
**demonstrate**
118:15
**demonstrated**
106:16
**demonstrates**
33:2
**department**
136:15 189:11
233:2
**departments**
105:21 112:22

**departmentss**
192:17
**depends** 140:18
140:19 178:21
286:11
**deploy** 6:15 97:2
98:5 99:7,9,22
100:6 156:9
190:11,15,18
199:15,22
200:4,13,21
204:12 249:4
249:12 257:17
258:5,9 259:18
260:6,8 267:15
270:21 285:3
**deployed** 97:3
260:10,11
**deploying** 8:9
59:7 206:11
261:7
**deployment**
99:17 157:4
199:19 261:4
270:8,9
**deploys** 260:1
**deputy** 186:5,8
**deserve** 109:16
**deserves** 237:1
**design** 52:14
77:1 79:2
81:22 122:9
123:13 126:6
190:15 230:21
230:21
**designed** 21:19
52:12 60:16
61:15 160:9
204:11 205:8,9
233:12 241:15
260:16 271:20
**designing** 59:14
**designs** 173:2
**desire** 29:9
187:1
**despite** 51:1
77:9 109:3

197:21 256:2
**detail** 235:13
252:3
**detailed** 59:15
66:3 115:11,21
118:2 266:9
**details** 110:20
113:3 121:19
195:11 207:15
**detect** 211:19,19
**detent** 45:21
50:5
**determination**
170:3 198:15
203:9 205:14
208:13 209:4
**determinations**
71:12
**determine** 21:17
66:4 75:11
179:17 184:3
209:21 212:13
221:15
**determined** 9:16
35:3
**determines**
291:14
**developed** 4:17
76:18 227:4
**development**
82:13 89:15
117:4,6
**diana** 2:8
**diaphragms**
258:20
**didnt** 5:16 6:1
7:3,7,9 8:7
13:14 14:11
16:7 25:19
27:1 37:21
40:5 41:4 42:3
42:18 46:13
55:8,18 58:6,8
58:10 64:2,15
65:16 81:5
84:11 86:9
100:3,4 112:19

123:7 124:8
128:19 133:12
137:15 161:4
165:18 166:11
171:18 180:17
201:7 206:14
209:4 213:9
216:1 219:11
228:12 230:4,5
230:6,6 249:15
257:17 258:5,8
259:19 267:5,6
267:7,18
269:14 270:20
272:16 274:20
**die** 133:12
**died** 18:16 19:12
25:21 149:9
236:8 259:16
260:9 278:6
**dies** 133:8
**difference** 38:18
97:21 151:19
151:21 152:1,4
152:11 160:19
178:16 258:17
259:2,19
**differences**
91:14 159:8
**different** 39:5
55:16 58:20
68:9 87:3
151:16 155:8
155:14,15
156:1,2,19
199:12 210:9
215:10 239:1
258:9 264:8
285:17,18
290:11
**differently** 88:3
284:15
**difficult** 147:7
191:12 192:4
260:17
**digiorgio** 106:2
165:5

**diligence** 69:19
273:12
**dimensions** 24:5
**dingell** 2:9 10:2
21:21 74:20,22
76:9,16,22
77:7,14,19
78:4,8,12,18
79:5,9 80:11
219:22 220:2
220:12,19
221:4,12,18
222:7,14,20
223:4,17,20
224:3,10,16
225:1,5,8,16
225:18 227:12
**direct** 164:18
207:18 225:14
268:20
**direction** 249:10
255:6 293:18
**directly** 33:13
252:19 280:10
289:15
**director** 19:16
28:14,17 67:2
186:8,9
**directors** 28:9
35:5 147:12
**disappointed**
35:19
**disaster** 24:5
**discernible**
224:7
**disclose** 103:17
**disclosed** 103:22
**disclosure**
162:20
**disconnect**
174:10
**discovered**
56:19,20
158:11
**discovery** 91:15
**discuss** 185:11
288:3

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 307 of 338

Page 306

**discussed**
175:13 202:1
**discussing** 40:19
276:21
**dismissed**
185:15
**dissuade** 140:3
**distinct** 222:11
**distribute** 15:7
**district** 22:19
107:18,20
108:14 231:10
**disturbing**
43:16 48:18
**divided** 198:20
**division** 5:20
196:3 240:12
240:21 241:18
242:4,22
269:20 271:19
272:2
**divisions** 212:3
**document** 14:20
45:17,17,22
46:3 62:9
67:18 96:2,13
98:10 122:11
122:14 123:21
141:5 158:15
172:4,6,10,14
172:21 230:12
**documentation**
74:5 211:1
**documents**
14:17 18:11
20:10 37:17
53:16,20 62:5
67:13 126:6
141:10 171:22
173:8 209:10
209:12,14,16
209:18 246:15
291:4,9,12
**dodob** 282:5
**doesnt** 17:4
39:15 63:6
82:8 83:1,17

84:1,10 85:16
86:5,5 119:1
138:20,21,21
153:6 162:19
199:15 242:15
260:2 267:15
268:2
**doing** 8:20 28:22
42:6,14 44:10
44:11 46:7
54:8 56:17
57:22 59:12
63:10 69:18
73:2 95:14
98:14 104:12
127:12 142:19
160:4,17,20
183:3,4 186:13
188:22 190:16
226:13 232:21
233:7 237:13
240:21 262:15
271:19 279:22
**dollars** 25:18
**dome** 258:19
**dont** 8:13 9:12
9:13 16:10
38:22 42:2
44:2 45:12
46:5 47:16,19
50:22 54:9,12
56:16 60:2
61:2 65:21
82:1,16,19
83:9 85:5,10
85:11 104:17
106:10 109:15
110:20 111:6
115:17 119:21
120:7 128:5
135:14 136:10
140:20 141:17
145:8,8 147:9
147:19 149:17
150:13 152:7,7
153:13,17
155:18,21

161:9 162:16
164:14 166:18
167:18 174:7
176:20 195:17
198:5,7,12
201:1,4,9
209:22 210:11
215:9 229:14
230:21 232:17
233:18 236:15
237:6,15 238:7
238:19 239:18
244:22 246:12
246:15,16,22
247:2 251:17
252:2,16
257:10 260:3,6
263:12 264:13
267:19 277:13
282:17 283:15
285:19 287:6
**doors** 154:8
**dots** 110:12
137:16 163:17
203:5 205:17
**doubt** 103:19
254:15 282:12
**download** 280:9
**dozen** 19:11
25:21
**dozens** 12:3 24:9
**dr** 10:4,5 93:14
93:16 94:3,8
94:18 95:5,16
107:13,14
109:21 110:2
110:11 111:20
112:6,20 113:7
130:4 226:19
226:21 227:22
228:3,7,14
229:2,10,15,20
230:9 232:2,13
233:14 255:15
255:16 257:9
260:20 261:22
267:14

**draft** 288:8
**drawing** 255:5
**dress** 87:12,15
**drill** 152:22
153:8
**drive** 20:9 34:1
38:1 79:12
88:9 113:19
114:4 117:13
118:21 132:9
162:7 218:6
219:21
**driver** 96:19
97:10 99:8,19
162:9 175:6
257:21 259:9
**drivers** 5:3
15:20 19:21
21:19 25:4,7
25:10 37:19
41:2,17 97:11
113:13 175:15
251:5
**drives** 129:18
**driveway**
113:14
**driving** 4:14
42:10 44:19
89:2 90:3
109:1 110:17
154:22 158:5
158:20 174:21
175:18 231:3
232:15 236:1
257:16 277:10
**drove** 154:12
**drunk** 277:10
**due** 24:7 69:18
76:6 230:16
249:18 252:13
260:20 273:12
**dug** 213:7
**duly** 29:17,20
187:7,11
**durability** 39:7
39:10 82:20
83:4

**déjà** 19:6 23:13

───────────
**E**
**e** 3:1
**earlier** 11:22
72:19 114:14
123:18 138:5
163:8 169:20
193:10 202:15
204:4 222:1
235:7 240:10
245:7 260:10
270:12
**earliest** 61:9
**early** 6:13 20:16
20:19 58:1
189:17 197:15
212:1 213:3
220:14 223:14
248:12 249:20
251:9,9 252:22
255:6 265:21
278:11 288:21
288:22
**earn** 133:17
**easier** 138:11,15
195:15 269:1
**easiest** 257:5
**easy** 12:16 274:6
**edr** 284:18
**effect** 12:5
231:21
**effective** 228:22
229:6
**effectively** 214:7
**efficiently** 214:7
**effort** 36:17
162:14 192:1
212:17 273:12
**efforts** 36:14
192:16 217:3
228:10 232:7
280:18
**eight** 146:12,21
147:14 155:12
216:2
**either** 50:16

139:19
elevate 55:3
  224:5
eliminated
  117:4
email 40:17,20
  74:6,17 164:19
  165:12 166:3,7
  228:18 229:8
emailed 165:3
  227:17
emailing 232:16
emails 239:18
  239:20 270:2
embark 94:3
  214:13
embarked 30:18
  93:21
emerging 102:1
  142:9
emeritus 74:19
  80:2
employed
  123:19
employee 35:7
  106:5 124:4
  125:4 126:13
employees 32:22
  34:19 35:2
  40:18 119:18
  184:22 188:10
  199:9 265:9,10
  273:16
empowered
  33:21
enacted 27:9
encountering
  174:19
encouraged
  35:4
ended 59:3
  131:17 257:15
  260:15
endofline 67:6
ends 264:7
energy 1:4 194:2
  204:11

enforce 85:5
engage 202:14
  226:11
engaged 191:10
engaging 192:13
engine 91:1
  108:22 175:7
  175:17 231:12
  270:17
engineer 35:16
  40:21 48:12
  81:12,13,22
  90:22 98:12
  106:3 122:8
  123:18,20
  186:8 260:22
engineered 63:6
engineering
  28:13,15,18
  55:12 72:4,8
  72:11 114:7
  136:11,15
  165:3,7 176:9
  181:20 191:5
  194:6 221:20
  248:16 270:8
  271:8
engineers 4:16
  6:17 7:20 9:10
  20:15 38:8
  49:4 54:22
  71:20 90:16
  123:16 126:12
  137:16 156:15
  167:3 172:15
engines 49:1
  175:16 238:6
enjoyable
  164:12
enormous
  147:18
ensure 18:21
  57:19 75:12
  79:11 192:19
ensuring 188:19
entered 291:5
  291:13

enticing 218:5
entire 47:17
  64:17 72:6
  90:9 92:4
  117:5,16
  160:16 276:19
entirely 94:11
entitled 4:3 29:7
  149:11 186:21
entry 284:18
environment
  82:3 116:10
equation 214:21
equipment
  110:15 176:14
er 288:21
erin 37:12
error 17:21
especially 31:17
  159:22 287:8
essentially
  175:15
established
  158:6
estate 154:10
estimate 145:9
  145:22 146:11
  146:16
estimated 146:8
estimates 139:3
  139:15
et 94:17
eureka 90:16
evaluate 36:9
  103:8 139:9
  159:14
evaluating 5:15
  97:22 159:16
  192:13
evaluation
  45:19 96:13
  221:19,20
  222:16 224:18
evaluations
  226:12
evening 282:3
event 36:19

284:18
events 75:5
evidence 171:8
  241:3 255:22
  256:14,16
  266:8,9
ew 288:21
ewr 220:20
  221:7 241:11
  289:10,14
exact 25:16 83:2
  85:11 100:1
  145:6 208:21
  209:8 234:17
  234:17 238:7
  254:6 266:3,3
exactly 37:1
  59:16 113:4
  153:14 166:20
  230:19,22
  234:22 237:1,2
  240:21 246:15
  252:4 265:17
  271:19 277:20
  287:15
examine 6:17
  10:9 42:22
  226:7
examined 10:18
  18:5 20:17
examining 5:10
example 39:2,13
  82:22 89:10
  117:16 131:4
  191:20 200:18
  225:10 251:19
excellence
  118:10
exchange 40:18
  115:5,21
exchanged
  115:13,16
excuse 114:11
  153:3 173:5
  205:20
executive 28:6
  28:14 30:14

62:13 67:2
  86:12 167:12
  176:12 267:5
executives 27:5
  63:17
exerted 231:2
exhibit 258:4
exist 6:1 138:20
  161:15 270:6
existing 139:22
exists 102:3
  221:15
expand 192:1
expanded 76:11
  231:6
expect 11:6
  75:15 76:1
  79:18 184:14
  209:6 233:11
expectation 9:7
  233:7
expected 267:12
  267:13
experience
  102:16,17
  117:1 155:2
  164:12 182:17
  204:3,4,19
  205:2,15
experienced
  25:8 36:13
  92:6
expert 137:10
  189:22
expertise 36:17
  189:19 191:6
  191:13,17
  268:7
experts 157:2
  159:19 160:2
  275:4
expired 17:14
  67:10 74:13
  86:21 101:7
  150:21 262:9
explain 91:1
  111:11

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 309 of 338

Page  308

explaining 79:6
explains 165:8
explanation
 78:19 266:18
exploding 265:3
exploration
 214:18
explorer 151:10
 152:8
exposure 22:17
 198:19 242:12
express 16:22
 157:19
expressing 75:7
exsanguination
 97:14
extensive 102:16
 113:16 114:6
 181:21
extent 112:8
 171:7
extra 132:21
extraordinary
 30:22 33:22
 36:19,20
 102:10
eye 239:5

—————
**F**
face 41:1,17
faces 35:20
fact 17:20 46:8
 46:12 48:18
 53:18 55:7,15
 56:21 57:19
 59:21,22 84:15
 103:5 105:20
 109:3 124:1
 129:16 169:11
 171:6 211:18
 219:1 226:3
 234:12 250:13
 250:14 256:13
 257:20 258:7
 270:18 274:4
 284:12
factor 167:16

284:13 288:19
 288:19
factors 78:20
 175:5 190:21
 212:2
facts 9:17 21:8
 24:17 32:4,5,6
 51:1,8 80:21
 80:21
fail 27:15 154:21
failed 11:22
 12:10 18:12,15
 24:19 26:3
 189:6 205:16
 212:14
failure 8:16,17
 19:5 45:20
 117:14
failures 248:21
fair 95:11
 115:15
fairly 97:18,18
 242:10
fairness 99:14
faith 193:1
 208:15,19
fallen 18:2
families 9:3
 19:21 24:11
 31:17 37:9,14
 75:2,7,14
 88:20 103:2
 121:8,14 151:3
 152:13 157:14
 188:5 201:12
 202:19 226:15
 233:6
family 16:20
 88:13 115:2
 157:20 164:8
 171:2
far 45:6 47:9
 48:5 79:17
 81:4 87:16
 96:16 153:22
 171:14 183:21
 189:16 246:13

fashion 118:4
fast 257:16
fatal 91:3
 196:16 197:22
 222:22 256:3
fatalities 24:10
 98:7 111:13
 169:21 171:7
 188:15
fatality 259:20
fatally 96:20
father 87:14
 154:1
fault 22:14 99:5
 234:6 259:9,10
faulty 7:1,15,21
 15:21 43:1
 60:11 61:5
 65:3,5 106:8
 109:5 110:14
 112:11 122:9
 122:17,20
 126:10 152:10
 171:16 172:20
 193:5
february 13:3
 51:15 76:19
 115:9 131:11
 136:18
federal 12:1
 14:1 23:21
 75:10 127:8,16
 139:19 140:4
 189:5 263:2
feel 18:7 102:10
 102:15 140:20
 162:9,17
 163:22 179:11
 228:10 246:4
 261:11 263:10
 283:7 289:7
feinberg 36:8,12
 36:16 37:4
 102:14,15,22
 103:5,10 139:4
 139:8 182:17
 183:11,14

fell 41:6 131:2
felt 98:13 162:8
fewer 25:4
field 6:6 16:15
 54:21 62:13
 196:17 222:22
figure 17:3
 22:13 38:9
 68:20 135:10
 137:16 167:5
 250:2
figured 91:9
figures 271:9
filed 101:22
 169:4,10 287:1
filing 4:10
final 163:6
 182:15 242:19
 245:21 267:3
finally 6:21 26:4
 26:11 51:13
 66:20 105:22
 106:1 131:19
financial 169:12
find 9:17 19:17
 24:15 30:21
 43:15 56:6
 69:16,19 85:15
 86:16 96:1
 98:11 126:15
 130:2 138:19
 158:15 161:9
 166:14,18
 173:13 175:11
 180:21 192:22
 194:9,17
 208:22 209:18
 209:22 212:10
 215:2,8 237:20
 238:10 257:6,6
 264:10,11,14
 268:3 277:13
 280:15 281:8
finding 131:17
 274:5 277:12
findings 21:17
 58:1 119:16,17

119:19 120:1
 127:19
fine 196:1
fines 189:9
finger 9:8
 152:18,19,21
fingers 152:20
finish 209:7
firestone 18:5
 18:19 20:3
 21:3 23:15
 151:10 152:8
firm 271:6,8
 273:16
first 7:2 18:2
 19:17 20:2
 28:4 29:19
 32:14 34:16,20
 37:4 44:16
 46:2 51:21
 65:10,18 68:1
 68:16 88:17
 89:20 91:7
 98:6 100:5
 103:5 104:9
 105:15 111:12
 115:6 116:21
 121:7 122:2,13
 123:4,9 129:13
 141:3,4 143:8
 153:8 159:8
 161:8 168:19
 168:19 173:13
 181:13 187:10
 188:18 198:16
 205:22 207:6
 217:20 219:7
 228:4 231:22
 236:22 245:14
 261:14 262:2
 263:5,17
 264:10 277:14
 282:11
fit 94:10 219:16
five 11:2 17:16
 23:10 45:2
 47:8 53:11

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 310 of 338

Page 309

60:7 68:3
74:20 77:3
80:3 86:22
93:14 101:9
107:13 114:19
121:2 129:10
134:22 142:17
150:22 157:17
164:5 170:13
177:15 178:7
185:20 189:8
193:19 203:1
211:6 220:1
226:20 233:22
240:5 248:9
255:15 262:10
269:9 276:9
283:22
**fiveinch** 262:2
**fiveminute** 30:4
185:18 187:18
**fivestar** 90:9
**fix** 4:18 5:5 8:20
8:21 15:8 22:1
24:20 25:20
44:6 58:20
59:17 98:18
131:16 133:19
133:21 138:20
140:6,9 161:4
161:6,10,13
168:1,1,2,2
172:19 173:17
174:15 195:2
264:11,14
282:5
**fixed** 19:1 25:3
31:10 58:12
131:20 192:20
215:6 282:13
**fixes** 188:21
**fixing** 17:8 33:5
**flag** 99:11 199:9
270:11,12
**flags** 7:4 26:20
250:4 266:1
271:21

**flaw** 90:17
225:20
**fledged** 263:8
**flip** 230:11
**florida** 2:7 90:16
248:9
**floyd** 170:20
**fob** 175:2
**fobs** 194:22
**focus** 4:7 87:16
118:17,17,17
142:22 239:3
264:2
**focused** 78:2
90:7 188:19
194:2 219:3
**focuses** 168:17
**focusing** 87:5
**folks** 54:10
141:11 154:5
200:3 262:17
269:16 271:13
**follow** 21:8
161:21 235:2
237:17 266:19
266:20 286:8
286:17 288:17
**following** 94:15
228:21 269:14
**follows** 21:21
29:21 187:12
221:14
**followup** 52:20
**force** 12:11 15:9
45:21,21 50:6
62:3 100:1
172:7 231:2
257:22 258:3
285:20
**forces** 259:22
**ford** 18:5,19
21:2 23:15
151:9 152:8
158:21
**forefront** 151:5
152:14 157:7
**foregoing** 293:7

**foremost** 245:14
277:14
**form** 123:14
236:11
**formal** 10:15
190:22 191:8
220:15 222:11
224:5 255:22
**formally** 35:13
115:16
**former** 31:20
32:22
**forth** 15:17 30:2
119:10 187:15
272:9
**forthcoming**
234:14 250:7
**forthright** 75:17
**forward** 11:1,7
23:4 33:5
36:10 55:22
75:14 111:17
140:2,9 192:4
198:5,7 202:10
209:21 214:10
230:4 242:2,5
247:1 261:16
261:17 280:12
**found** 18:12
37:18 91:13
123:10 128:22
131:19 164:19
179:11 191:2
205:6 249:2,16
275:15
**four** 6:6 46:12
46:18 111:5
158:20 256:3
**fourth** 249:22
**fourway** 110:21
**frame** 97:4
**frederick** 2:18
**free** 32:4 281:15
281:15
**freeofcharge**
34:4
**freeway** 174:22

238:18
**friday** 19:9
26:12 51:15
103:6 183:19
**friedman** 3:8
10:2 19:17
185:17,19
186:6,11,17
187:3,8,9,17
187:19 193:20
195:16,19,22
196:7,18 197:4
198:8 200:2
201:1,17 203:3
203:22 204:9
204:17,20
205:1,20
206:19 207:1,6
208:5,20 209:5
209:8 210:14
210:21 212:5
212:12 214:22
216:3 217:1
218:20 219:1,6
220:3,11,17
221:2,10,17,22
222:13,19
223:2,6,19,22
224:8,12,22
225:3,7,13,17
226:6,22
227:10,21
228:1,6,13,17
229:4,14,17,22
231:18,22
232:3,14 233:9
233:15,20
234:2,9,16
236:7,20 238:7
239:4 240:7,18
241:9 243:2,7
243:10 244:1
244:12 245:10
246:7,14,19
247:20 248:6
248:11 250:14
250:19 251:14

252:9,15 253:4
253:8,14 254:5
254:13,19
255:12,17
256:18 260:5
261:9 263:17
265:16 267:21
268:4,15 269:2
271:17 272:21
274:14 275:10
275:13,22
276:4,21 277:6
278:11,17,22
279:4,6,21
281:17,21
282:10,19
284:2,14
285:10,13,17
285:22 286:10
287:6,14,17,22
288:7 289:2,11
289:19 290:5
290:10,13
291:21 292:9
**friend** 130:5
217:13
**friends** 31:18
115:3 188:6
**frightening**
37:22 235:13
**front** 99:15
109:12 206:2
227:14 259:15
**frontal** 110:6
**frustrated** 158:3
**frustrating**
157:21
**fuel** 109:7,7
194:3 231:16
**full** 17:16 23:9
24:4 33:11
42:14 53:10
60:7 80:9
104:12 119:13
119:20 120:3,6
120:8,10,16
129:5 153:12

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 311 of 338

Page 310

171:7 211:6
263:8
**fully** 21:22 26:3
31:5 32:10
96:8 203:9
226:1
**function** 137:18
160:11 203:19
233:12
**functional** 55:3
58:18
**functionality**
39:7,17 67:7
82:20 83:4
**functioned**
154:19
**functioning**
273:14
**fund** 182:19,22
183:10
**funding** 27:13
**further** 48:13
49:3 184:21
189:13 190:17
197:16 214:18
265:15 293:12
**future** 9:5 27:20
31:13 80:22
131:1 142:9
152:6 213:21

―――――――――
**G**
―――――――――
**g5** 132:6
**game** 9:8
**gas** 82:6
**gasoline** 265:3
**gathered** 18:9
254:10
**gees** 286:6
**gene** 2:11
**general** 3:5 4:12
10:12,16 24:6
28:6 30:14
32:1,14 35:18
37:20 44:12,19
54:19 60:16
73:12,13,13

75:4,10 76:19
77:1,8,15 80:7
81:16 82:16
85:9 89:19
90:5,6 91:22
93:8,21 95:10
108:5 109:4,18
110:2 111:7,20
115:22 116:9
121:22 122:6
126:13 129:14
133:14 134:6
140:19 142:19
153:18,21
154:5,12
164:22 168:9
169:3,7,11
184:21 188:18
188:19 189:3,7
192:17 193:3
201:3 205:5
206:21 207:18
209:10,19,21
212:14 217:22
227:4,7,17
228:7,8,19
231:1,19 246:8
248:1,6 252:18
253:7 256:1,17
261:13 263:21
267:2,14,17
273:1 274:15
275:3
**generally**
165:14,19
**generate** 268:9
**generation** 35:6
**gentleman** 23:7
28:1 60:4 80:1
92:20 107:10
107:12 120:21
121:1 128:4
150:21 164:3
170:12 181:7
218:11 226:17
240:2,4 248:8
269:6 276:7

283:18,19
290:22
**gentlemans**
17:13 67:10
86:21 150:20
262:8
**georgia** 2:10
91:3 107:13,20
108:13 226:20
273:17
**germane** 217:21
218:3
**getting** 33:11
34:19,20 47:22
53:2,7 54:15
96:13 113:1
129:4 130:21
161:17 178:3
209:9 211:13
215:6 248:3
270:13
**gingery** 232:13
**gingrey** 2:10
107:13,14
109:21 110:2
110:11 111:20
112:6,20 113:7
130:4 226:19
226:21 227:22
228:3,7,14
229:2,10,15,20
230:9 231:22
232:2 233:14
**girl** 231:9
**give** 10:3 30:4
56:8 103:1
119:15,22
131:4 187:17
215:15 217:5
218:1 221:4
253:6
**given** 42:8 50:10
139:3,11,15
141:11,12
183:22 206:17
247:12 256:13
258:10

**gives** 198:22
**giving** 9:3 95:6
140:4
**gleaned** 255:8
**global** 28:12
32:13 58:14
82:13 88:6
92:5 105:15
117:3
**globe** 155:6
**gm** 1:8 4:3,16,18
5:1,4,6,10 6:12
6:13,16 7:2,5,7
7:11,13,14,17
7:19 8:1,3,11
8:12,18,19
11:19,22 12:4
12:13 13:6,19
14:8,12,17,20
15:5,18,21
16:5,12,17
19:7,11 20:11
20:19 22:9,13
22:18,20 23:2
24:18 25:6,8
25:15,19,22
26:2,4,11 27:1
27:15 30:17
31:14 32:20
33:3,7 35:2,4,6
35:9 36:3,21
38:4,8,10,15
38:16,22 40:6
40:10,11,20
41:4,6 42:17
42:18,21 43:11
43:21,22 44:8
45:5,12,16,17
46:5,10,22
47:10 48:1,5
48:22 49:10
50:3 51:1,22
53:21 54:3
55:21 57:8
59:1,20,22
60:11 61:4,16
62:1,5,7 66:18

67:14 68:7,9
68:22 69:3
73:9 76:5,11
78:20,22 79:10
86:3 88:3,10
88:14,16,18,21
89:1 90:17
91:5,8 93:2,12
94:3,9,11
100:14 101:19
101:19,22
102:1,2,8,22
103:20 104:6
104:22 106:3
112:8 115:11
116:1,11,16
123:11,19
124:4 127:6,10
128:2,10
129:16,21
131:3,9,14
132:22 136:17
137:11 138:7
139:21 140:4
142:4 143:21
144:22 145:2
146:1,22 148:4
148:9 149:21
152:9 154:6
155:5,19 158:1
158:11,22
159:2 161:6
165:4 166:11
171:11,13,19
172:2,11,17
173:1,10 174:5
174:10,12
175:2,3,12,14
175:22 176:12
176:18 177:1
178:10 180:19
183:9 184:13
188:4 200:18
200:19,22
201:7 203:18
204:16 206:12
206:16 208:2

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 312 of 338

Page 311

208:18 210:18
212:7 215:22
220:20 221:6
229:13 230:10
234:14 235:22
237:2 245:3,22
246:1,4 247:15
248:11,14
249:20 250:4,7
250:8,12 251:1
251:8 252:6
259:8 262:21
265:10 267:4
273:7,11,19
274:1 288:22
289:4
**gmrequired**
62:18
**gms** 6:19 11:16
13:3,5 19:15
26:9 50:15
51:8 62:13
66:20 77:11,20
78:10,14 79:13
87:17 88:4
91:16 103:16
171:4,18 183:6
247:21 270:3
273:5
**go** 15:15,17
20:14 53:9
62:17 64:11
74:8 82:9
113:22 125:13
131:22 140:9
151:20 154:3,4
154:14 156:17
162:7 164:9,12
166:21 167:5
167:12 168:1
168:18 173:19
178:14 188:10
195:10,12
198:7 204:6
213:21 216:16
222:4 242:4
260:17 262:16

262:18 272:16
274:8 281:11
282:2 286:13
288:12
**goal** 21:20 98:19
153:10 168:6
215:1 237:19
**gobbledygook**
83:12
**goes** 9:12 55:4
153:19 159:13
162:12 257:2
280:2
**going** 10:22 11:7
17:2,2,3 21:9
22:16 52:5,7,9
52:11,12 53:3
56:5 58:19
63:4,9 65:12
68:8,17,18
69:9 71:13,14
72:17 73:4
79:11 80:9,13
80:17 88:2
89:14 98:3
105:7 108:1
121:17 123:2
125:15,17
126:21 128:6
133:22 140:11
152:20 156:14
161:10 162:14
163:7 168:8,16
169:12 173:17
176:4 180:14
180:17 181:17
181:21 184:2
185:18 192:4
202:9 235:4
241:14 251:5
251:22 262:17
264:22 281:13
**good** 105:22
108:2 130:5
149:2 155:2
156:16 190:16
193:1 208:15

208:18 219:15
219:18 229:6
261:19 263:1
267:20 281:18
**gotten** 231:14
246:3
**gov** 281:11
**government**
5:12 8:22
139:20 140:4
150:8 195:18
201:13
**governmental**
150:4
**grave** 91:21
**gravest** 91:18
**great** 93:1
**greater** 133:14
**greatly** 188:7
193:16
**green** 2:11
129:10,12
132:16 133:21
134:8,14,17,20
194:2 233:21
234:1,14 235:7
238:3,17
239:13 277:2
**gregg** 2:13
**griffith** 2:12
134:22 135:1,7
135:9,16 136:3
136:14,20
137:1,4,13
138:4 139:1,11
139:17 140:13
140:22 141:9
141:19,21
142:2 269:8,10
272:20 273:2
275:6,11,21
276:1,5
**gross** 197:13
**group** 55:4
165:3 287:20
287:21
**groups** 6:17

194:2
**growing** 171:8
**grown** 214:5
**guess** 55:11
105:21 130:21
131:9,21 135:9
228:15 241:7
245:1 279:20
**guys** 112:13

_____

**H**

**h** 2:12
**half** 62:16
145:15 158:21
191:3 202:5,7
241:13 271:22
**hall** 35:12
**hand** 29:13
187:5 293:15
294:2
**handicap** 26:21
**handle** 101:20
192:4
**handled** 284:15
**handles** 168:10
**handling** 36:13
54:13
**hands** 68:15
115:9
**happen** 7:6 9:18
17:4 22:2 32:9
54:16 55:19,19
119:1 129:3
153:6 162:21
237:6 239:11
264:10 271:15
**happened** 17:3
24:16 41:19
47:15 54:17
59:16 68:20,21
73:18 74:11
75:12 84:19
101:20 104:12
110:16 126:1
132:3 133:13
134:14 162:13
166:19 167:5

198:4 201:12
217:5 236:21
237:3 262:5
275:15
**happening**
121:18 123:8
130:3,13
200:10 208:18
213:18 249:7
**happens** 59:18
83:6 133:4
167:7 175:10
268:16 280:1
**happy** 37:5
**hard** 24:18
105:7 135:9
151:22 156:6
213:17 285:8
285:15,16
**harder** 135:20
140:16
**harm** 147:20
190:16 260:19
261:19 262:1
**harmed** 88:13
**harper** 2:13
164:5,7 165:16
165:21 166:2,6
166:10,17
167:4,14,19
168:5,18 169:2
169:19 170:8
170:10
**hasnt** 89:18
168:11
**havent** 161:18
184:7 274:21
**head** 10:1 89:15
99:21 227:16
227:17 279:14
**headon** 99:3,6
111:2 259:6,11
261:2
**health** 80:22
**hear** 9:8 10:21
30:11 35:21
73:4 120:19

146:17 180:17
236:13,13
239:19 277:19
**heard** 11:3 16:4
23:19 43:12
60:10 108:8
129:22 130:4
151:7,10
**hearing** 1:15 4:2
10:10 13:10
20:2,3 22:8
23:15,17 24:13
28:4,21 29:10
87:4,16,19
88:13 92:16
96:14 107:15
108:3 115:7,17
121:4 142:22
171:3 185:20
186:13 217:21
240:8 262:14
291:7,17,22
292:8 293:6
**hearings** 11:4
18:4 276:19
**heart** 35:18
**hearts** 37:15
164:9
**heavier** 130:17
**heavy** 5:3 12:18
139:22
**held** 23:15 28:10
35:12 118:2
125:22
**hell** 119:22,22
**helm** 22:18
**help** 15:7 32:8
36:9 97:16,22
182:18 183:7,8
183:15 226:13
231:2 281:9,12
**helped** 128:3,11
188:15 206:13
206:18 242:1
246:2,5
**helpful** 163:16
252:8 253:22

**254:12**
**helping** 68:15
**henry** 2:19
**heres** 11:18
139:1,1
**hereto** 293:13
**hereunto** 294:2
**hes** 128:6,7
165:16 183:4
218:12 247:11
**hesitation** 31:9
69:14
**hey** 156:16
231:12 239:2
265:6 282:6
**hhr** 132:5
**high** 4:20 14:14
17:20 43:13
96:8 105:19
173:5 174:15
235:14 238:20
**higher** 132:2
146:6 179:16
197:3 199:7
**highest** 35:10
92:7 181:18
**highlevel** 62:13
176:11
**highlight** 247:13
247:21
**highlighted**
284:7
**highly** 36:12
**highway** 5:13
10:14 23:22
25:12 27:2
95:8 108:17
127:1 153:2,4
156:7,21
163:11 175:18
186:4 188:15
248:17 249:6
250:5,12 256:5
277:7 279:10
**highways**
235:15
**hill** 22:22

**hindsight** 85:2
263:9 268:22
269:3,15 274:7
**hire** 112:7 183:3
**hired** 41:21
102:13 183:4
183:13,14,18
183:20
**hiring** 102:22
183:6
**historic** 188:16
**history** 80:12
89:1 90:2
91:19,21
153:19 158:12
**hit** 37:18 96:18
97:11 98:4
251:6 285:9,16
**hitting** 25:11
**hold** 32:10
105:12 106:19
115:9 132:1
138:2 189:7
209:1,21 235:4
**holding** 28:21
108:4 138:4
186:12
**hole** 15:16
230:21
**home** 282:2
**honest** 252:15
**hood** 90:22
91:13
**hope** 9:7 80:18
105:9 113:7
133:3,15
144:12 156:20
158:2 178:13
184:18 209:2
**hopefully** 108:2
152:17 171:10
**horizon** 182:20
**horrific** 108:16
**hospital** 97:15
**hour** 98:3
258:22 259:13
261:2,3 267:17

**house** 1:2 29:6
186:20
**houston** 131:7
**human** 239:5
**humanize** 238:9
**hundred** 18:16
33:17 97:1
117:20 146:9
155:7,8,14
259:13 264:19
**hundreds** 16:13
209:9
**hyundai** 99:21
256:7,15 257:1
259:7,10,18
260:1

**I**

**id** 11:5 13:8 14:4
14:22 21:11
75:18 127:3
147:20 156:5
159:19 179:21
208:8 283:10
283:15
**idea** 160:19
219:15,19
**ideally** 264:9,13
**identical** 259:21
260:1
**identification**
91:13
**identified** 14:12
19:1 25:9,15
33:4 42:10
141:6 168:1
244:11 245:15
248:1 284:5
**identifies** 188:20
**identify** 9:17
21:22 26:18
32:16 64:12
128:3,11 140:6
183:7 192:19
206:14,18
234:5,8 239:2
246:2,5 284:12

**identifying**
192:10 193:6
**ignition** 1:8 4:3
4:11 5:5,7,16
7:1,3,14,19,21
8:1 11:20 12:7
12:20 13:3
14:9 16:13
19:8 20:13
24:8,21 25:13
26:4,7 37:21
40:11,19,22
41:4 42:19,22
43:1 45:6 46:9
50:4 51:2,10
51:17 53:22
54:2 55:7 59:2
59:4,5,22
60:11,15 61:6
61:15 62:17
65:20 76:7,13
76:17 77:2,9
77:16,22 78:9
78:14 81:4
84:9 95:20
103:17 106:3,8
108:7,18 109:5
110:12 112:11
113:17,18
122:9,18,20
123:22 124:11
126:10 131:2
137:17 143:3,7
152:10 155:2,9
155:15 156:1
156:18 158:7,7
158:10,12
159:1,4,6,7,12
159:19,20
160:5,6 165:2
165:6,8,13,17
168:20 171:4
172:7,12 175:8
177:7 178:2,12
179:1,6,14
180:13 181:14
182:5 188:4,21

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 314 of 338

Page 313

193:5 203:6,11
205:18 206:4
207:8,20 216:6
216:14 218:17
225:11 231:3
231:21 235:10
236:2 245:16
248:13,20
249:2,18 250:3
250:17 251:4
252:11,19
263:11 270:21
285:5 286:7
289:8
**ignitions** 42:9
114:14 131:1
**ill** 20:1 29:14
131:17 134:17
210:14 219:16
221:4 228:5
**illinois** 2:16
116:3 293:1
294:6
**im** 27:6 32:11
35:3,6,7,7 36:7
39:20 40:2
44:22 46:7
47:8,21 49:10
54:7 57:11
60:20 66:13
71:2,7 81:11
81:13 87:13
94:2 95:14
104:16 107:21
112:17 115:14
119:8,12,21
120:17 123:2
132:10 137:14
141:8,10
143:19 145:1
146:19 147:6,6
147:8 148:18
149:17 153:17
156:13 162:8
165:19 166:5
177:22 180:3,4
180:7,10,11,16

180:18 182:16
183:6 199:12
200:12 202:20
213:20 221:2
243:7 245:12
245:12 247:20
247:22 262:17
266:14,14
273:21 282:15
285:10,11,13
285:13 289:4
290:7
**image** 194:15
**imagine** 37:22
130:20 151:12
156:11 260:21
261:1
**immediately**
37:19 70:3
**impact** 97:6
99:6 109:12,13
109:22 116:11
169:13 249:19
257:19 259:22
262:2,5 285:21
**impacted** 7:21
121:9 139:18
257:18
**impacting** 261:1
**impaired** 232:16
**implement**
25:19 165:2
**implemented**
165:9
**implications**
107:5
**implies** 65:21
**implying** 273:4
**important** 7:10
10:10 22:11
23:1 44:18
52:19 59:14
85:7 87:18
88:8 121:15
125:12 176:18
192:22 197:14
200:19 201:7

201:11 204:20
221:11 244:7
255:4 263:20
263:22 276:20
280:5
**importantly**
118:12 207:17
**impossible**
142:20
**impressed**
182:16
**impression**
261:11
**improve** 10:22
27:18 157:3
191:19,21
192:9,18
193:14 264:4
**improved** 11:6
135:21
**improvements**
157:6 268:11
**improving**
188:13
**inadequate**
172:2
**inadvertent**
230:15
**inadvertently**
175:7
**inappropriate**
166:16
**inaudible** 208:1
**inauspicious**
66:15
**incident** 47:11
48:7 54:21
92:2 158:14
215:12
**incidents** 6:14
47:15 111:19
173:21 263:6
**include** 103:12
110:3 111:7
184:5 231:6
**included** 109:18
169:21 285:1

**includes** 22:15
108:9 221:19
**including** 20:20
35:5 165:4
191:15 274:1
**inclusive** 293:7
**inconceivable**
73:20,21
**inconclusive**
190:8 200:8
213:15 224:14
**increase** 5:7
14:18 27:13,13
40:13 50:6
147:16 166:3,7
173:8
**incredibly**
263:22
**incumbent** 75:9
**indented** 97:10
**independent**
125:12
**india** 106:17
**indicated**
111:14 135:3
136:4 169:19
175:21 200:9
206:1 230:5
274:19 284:19
287:9 288:10
**indicates** 102:22
209:19 215:15
229:8 244:5
273:3
**indicating** 193:6
**indication** 257:7
273:5
**indications**
270:3 273:19
284:5
**individual** 56:4
96:22 118:10
136:5
**individuals**
22:10 72:15
103:2 112:3
181:3

**inducing** 90:4
**industrial** 81:11
132:18
**industry** 20:8
82:6 189:18
193:13
**inference** 144:8
**influence** 238:1
**influenced**
212:22
**inform** 59:22
112:9 178:6
188:22 208:3
209:3 250:12
**information**
8:14 12:1
16:11 18:13
20:22 26:1
27:1,5,11
33:14,20 40:21
47:22 53:19
58:5,9,10 66:6
69:10 71:15
74:9 78:4 83:3
84:6,12 95:9
95:15,19
100:21 101:3
104:2 112:4
115:7 118:5
120:5 126:15
126:16 128:2
128:10,16,20
132:15,17
134:18 142:7
142:12 146:15
150:7 159:20
161:18 163:4
163:21 170:5,7
181:1 189:20
193:2,4,9
194:19 195:4,6
195:8 198:6,11
198:13,14,16
201:8,10 202:2
202:11 203:8
205:7,22
206:13,16

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 315 of 338

Page  314

207:22 208:13
209:18,19
210:1,17,20
211:10,18
212:8,10,15,20
213:6 216:1,5
216:9,14,19,22
217:2,8,17
219:11 222:2,6
223:10 224:2
224:13 225:9
225:14 226:10
227:4 229:21
230:7 234:22
235:3 236:10
237:16,18
241:10,22
242:18 243:1,3
243:5 246:1,4
246:7,8,11,16
246:18 247:12
247:14 248:4
249:8 250:20
251:11 252:3
252:18 254:14
254:15,16,20
255:7 258:10
260:14 266:11
268:21 273:22
274:13 275:2
279:6 280:6
281:6 283:8,12
286:15,21
289:21
**informed** 13:4
13:22 46:10
59:21 63:20
203:9 207:8,13
**inherently**
132:20
**initial** 106:8
131:2 139:8
141:12 221:19
222:16 224:17
266:8
**initially** 10:17
14:8 238:4

**initiated** 256:13
**injection** 109:8
**injured** 31:18
75:3,8 96:20
103:12 149:9
**injuries** 6:6
97:17 170:2
171:7 258:12
263:13 277:9
**injury** 110:5
111:9 150:2
190:3 198:17
224:20 270:9
**input** 32:20
**inquiries** 225:22
**inquiry** 47:11
48:6,12 248:16
**insert** 15:13,21
230:20
**inserts** 15:7,14
**inside** 12:9
121:22
**inspector**
192:11
**installed** 24:21
26:8,13,15
65:4,9,17
66:19 76:13
**instance** 117:3
**instant** 283:5
**instructed**
230:19
**instructions**
113:2
**integrity** 92:7
**intend** 10:22
**intending** 51:22
**intercedent**
100:2
**internal** 6:3
16:16 25:1
100:20 144:11
185:10 220:3
242:14,21
248:16 255:9
264:17 265:9
**internally**

172:17 189:10
**interviewed**
72:15
**interviews**
184:21,21
**introduce** 28:3
35:13
**introduced**
18:18 177:3
291:3,10
**introducing**
27:6
**invent** 156:18
**invest** 214:3
**invested** 191:21
**investigate** 5:21
6:8 8:7 99:11
111:21,21
197:21 211:22
212:4 222:16
**investigated**
203:3 247:5
249:11 258:7
**investigating**
6:11 19:5
108:4 176:1
189:2 203:15
219:4
**investigation**
4:2,8 9:15,19
10:20 11:3,15
15:5 18:17
21:6,16 27:17
31:22 41:22
42:7,15 43:4
43:17 44:11
45:10 46:7
47:18 49:7,14
52:22 54:8
56:17 57:11,22
59:12 68:17
72:16 73:2,17
74:8 75:15
78:2,17 80:8
84:15 86:16
92:10 95:14
98:15 100:13

100:20 104:1
104:12 106:11
106:12 107:2,6
115:8,18 116:6
118:7 124:21
125:12,14,17
126:19 127:6
127:12 128:14
136:12 137:7
137:14 143:10
144:1,12
166:22 169:1
171:9,10
172:16 173:20
178:14 180:22
182:21 184:14
190:7,22 191:8
194:20 196:4
198:3,5 201:19
206:3 208:21
209:7 212:13
214:14 216:17
220:13,16
221:13 222:10
222:15 224:6
224:13 225:10
232:8 234:18
235:1 236:2
240:13,15,17
241:15 242:2
245:3 247:2
249:1 250:8
252:14 255:9
256:1,6,14
263:9 265:15
271:1 284:9
285:2 286:12
286:19 287:9
290:6
**investigations**
1:5,17 10:16
14:9 16:16
20:16 25:1
49:3 125:15
189:18 192:9
200:6,7 202:6
203:13 213:5

213:14 214:2
215:12 220:7,8
221:1,9 222:11
223:16 226:8
227:2 229:12
241:11 250:1
272:2 288:4
**investigative**
28:21 186:12
240:8
**investigator**
271:6,9,12
287:2
**investigators**
272:15 286:13
286:17 288:10
**investing** 214:4
**investment**
140:12 240:20
**investors** 140:3
**involved** 36:14
109:12 148:4
148:21 150:10
181:4 183:17
184:22 190:12
194:1 199:19
223:10 241:12
**involves** 31:1
**involving** 149:7
188:4 236:8
**ion** 13:16 22:20
132:6,6 145:18
190:4 227:3
**ions** 60:12 61:18
171:19 222:18
**iowa** 2:6 88:13
**irate** 233:6
**irrelevant**
143:14
**irrespective**
209:3
**isnt** 88:22 90:1
135:22 140:17
267:22 276:3
**issue** 6:9 14:10
15:5 18:1 21:1
21:21 22:17

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 316 of 338

Page 315

42:11 44:3,6
54:13,20,20,20
54:21 55:2
64:10,10 69:3
69:10,13,17
70:12 72:6
74:6 98:13
99:13 103:22
126:8 130:20
132:12 140:6
140:11 141:3,3
141:6 143:8
151:9,11
152:16 161:2
163:4 167:22
168:4 169:22
171:12,22
173:16 175:19
176:17 177:3,6
177:8 179:12
181:2 191:11
193:11 203:16
210:12 226:11
231:15 236:3,3
250:6 255:4
256:10,11,20
260:6,7 271:18
276:20 279:17
287:7
**issued** 19:7
49:15,20 51:7
51:9 109:4
126:9 175:4
230:10
**issues** 21:15
32:17 33:4
80:15 106:15
106:17 132:4
132:11 139:13
139:18 142:5
149:14 158:15
168:11 169:13
197:5,17 227:3
235:10 248:22
277:10 283:12
**item** 289:8
**items** 49:17

224:1 248:1
289:10
**ive** 31:20 32:12
41:12 42:16
46:2 82:3,5,7
87:7 89:21
92:1 102:3
123:14 128:12
128:21 129:16
129:17 137:22
158:5,20
173:14 181:13
229:18 239:7
258:6 262:14
280:20 282:7

_____
**J**
_____

**j** 3:8 187:9
**janice** 2:16
**january** 28:7
69:7 70:1
95:22 96:11
122:20 126:4
143:12 177:4
**jarring** 100:3
**jeff** 32:15 58:13
88:5
**jerked** 49:2
**jimmy** 154:6,8
**job** 66:14 106:21
133:18 136:6
215:7 240:21
263:1 266:7
271:20
**joe** 2:4
**john** 2:9,21
**join** 75:6
**joined** 229:17
**joining** 21:13
**journey** 119:2
**jr** 2:9
**judged** 34:22
**judgment** 159:5
270:8
**judicial** 107:20
**july** 102:4
170:21 227:16

228:15 257:14
**jump** 169:8
**june** 13:15
101:22 170:18
**jurisdiction**
178:4
**justice** 133:10

_____
**K**
_____

**katherine** 2:7
**keep** 7:17 21:19
33:6 129:20
139:21 149:11
150:3 189:1
219:9,13
**keeping** 151:4
152:13
**kelly** 37:12
**ken** 109:14
**kenneth** 36:8
182:17
**kentucky** 2:21
**kept** 265:3
**key** 4:13 5:8
12:1,17,21
13:18 15:7,14
15:16,21 47:12
48:7 95:20
96:9 113:17,18
114:5,8,8
130:17,18,19
154:13,15,17
154:19 158:7
158:12 159:7
160:6 175:1,8
194:22 201:12
218:17,17
230:15,20
231:21 251:6
272:10
**keychain** 12:18
12:19 49:18
154:17
**keychains** 5:4
8:4
**keys** 8:8 15:11
15:16 49:2,5

154:18 218:16
231:4 233:18
**killed** 75:3,8
108:15 170:16
170:18,20
171:4 231:11
**kind** 103:1
138:7 183:10
201:15 279:8
279:11
**kinds** 204:13
**knee** 4:14 12:21
25:14 41:2,17
231:4 251:6
**knew** 12:13
15:22 22:14
23:20 24:22
27:1 38:4 45:5
45:13 46:5
64:21 72:21
103:17 105:11
105:21 151:13
171:13 172:17
174:11,13
177:5 248:12
270:19 287:11
**knocked** 110:13
**know** 7:4 9:13
9:13 11:5,18
11:18,21,22
12:2 13:1
16:10,20,21
17:10,19 22:14
22:16,19 24:11
24:17 35:2
36:4 37:9 39:8
40:9 42:2,5
44:3 45:12
46:5,20 47:16
47:19 50:22
54:9,12 55:6
56:1,3,16,18
56:19 57:11
59:11,17 60:2
61:2 63:14
66:14 71:22
74:18 81:19

82:10 84:19,20
84:21 86:14
88:21 89:10
95:16 96:12
106:2,7 108:15
110:20 112:13
115:17 119:22
120:7 123:6,6
123:6 124:15
124:16,20,22
125:2,3 129:19
130:3 132:1,2
136:4,6 138:6
143:11 147:4
147:11,19
148:18,22
151:14 152:3
153:13 155:11
155:18 157:21
158:14 159:10
160:8,11 161:4
161:10 162:1,9
162:13,15,16
162:17 164:11
164:13 167:14
169:7,17 171:6
171:13 173:10
175:12 176:19
177:7 192:2,17
201:2,9,12,15
202:16,19
203:7 208:16
210:1,8,11,16
211:3,8,14
216:18 217:9
219:19,20
228:5 229:14
230:9,21
231:13,13
232:17,19
233:1 236:15
238:8,17,19
239:17,21,22
240:10 244:22
245:6,22
246:13 247:2
247:18 251:17

09-50026-mg Doc 12727-4 Filed 06/17/14 Entered 06/17/14 13:19:35 Exhibit
Transcript of Proceedings House Subcommittee (4/1/2014) Pg 317 of 338

Page 316

251:20 252:16
253:19 257:10
258:6,14
263:12,13,15
263:18 265:5
265:10 267:13
267:15,18
268:1,2,20
269:14,15,20
269:20,22
271:3,10
274:10 277:1
277:18 279:10
279:17 281:22
287:6 289:6
290:2
**knowing** 16:6,18
**knowledge** 51:8
61:20 69:2
70:13,20 78:9
78:13 104:3
106:22 109:20
115:12,15
122:1 124:3
204:2 207:14
**knowledgeable**
55:1
**known** 5:14
24:18 54:3
91:9 104:4
142:8
**knows** 36:11
161:6 269:21
**knudson** 131:18

---

**L**

**l** 2:8
**labeled** 122:14
196:9
**laboring** 26:20
**lacerated**
258:21
**laceration** 97:13
**lack** 224:6 227:8
**lady** 108:12
133:18
**lag** 161:13

**language** 179:20
241:5
**large** 96:22
199:1 239:6,9
247:4
**larger** 146:14
**largest** 176:17
**lasalle** 293:2
**lastly** 112:7
**late** 18:3 42:20
66:3 69:8
76:18 177:22
**latest** 33:1
**launch** 176:18
190:22
**law** 19:3 27:10
27:15,18 86:1
127:8,17 189:5
211:16,17
212:8 235:2
245:5 252:21
253:17,22
254:17,20
271:6,8 273:16
290:3
**laws** 21:19
**lawsuits** 16:15
142:8
**lawyer** 130:6
137:8 260:22
**layer** 117:5
118:20
**lays** 223:14
**lead** 5:12 21:8
96:5 173:3
212:21
**leadership** 32:7
32:19 58:19
69:12,21 70:5
70:15,16,19
72:14 79:10
104:4 118:13
118:14,20
**leading** 79:16
89:9,9 227:6
**learn** 27:16
53:16 106:11

136:12 138:1
144:1 153:9
169:1 172:16
178:14 194:14
279:10
**learned** 16:12
25:20 31:8
47:11 48:7
69:6 72:20
81:9 106:17
126:3 128:13
171:15 189:16
217:20 268:13
**learning** 213:20
266:14,22
**lease** 34:9
129:18
**leave** 125:9
127:3
**led** 7:18 8:22
15:5 18:4
23:17 36:14
60:14 189:9
231:17 272:14
**left** 66:16 128:1
131:7 132:18
283:15
**leg** 251:7
**legal** 36:22
102:20 105:4
138:8 208:6
**legally** 208:3
**legislation** 22:1
27:8
**legislator** 274:9
**legitimate** 26:16
**lending** 139:21
**lengths** 79:10
**lethality** 261:8
**letter** 13:8,9
123:14 163:2
171:22 280:2,3
282:11
**letters** 236:11
239:19 280:5
**letting** 202:16
**level** 69:5 73:12

86:8,12,12,13
122:2 124:12
132:2 179:16
263:6 264:7
265:8,14
267:13 270:10
**liabilities** 138:12
139:6,22 140:11
140:7,7,14
**liability** 72:5
104:15,18
138:7,8,9
139:13,18
**liable** 102:3
**life** 17:22 99:19
100:11 110:5
111:9 258:14
**light** 31:2 69:1
108:1 110:22
143:8,11,12
190:21 251:21
**lights** 197:11
**liked** 215:21
216:5,8,13
**likewise** 273:8
**limited** 82:5,6
132:5 219:11
**line** 4:9 34:14
75:19 94:11
99:6 109:7
133:1 147:18
151:17 167:12
231:16 243:21
244:3 255:5
259:11
**linebacker**
277:3
**lines** 34:13
**lineup** 90:10
**link** 8:8 195:19
195:21 225:15
245:15
**linked** 6:22 59:5
91:10 108:6
225:11
**linking** 193:4
216:14

**list** 119:6,9,12
129:17 244:16
281:1
**listed** 138:12
251:12
**listen** 115:5
157:22 232:13
**listened** 262:19
**listening** 116:3
**litany** 130:11
**literally** 211:9
**literature**
203:18 204:16
273:12,18
274:2,11 275:8
275:17,18
276:2
**litigation** 148:5
148:10 149:22
**little** 15:16
68:14 101:16
108:11 151:16
162:14 196:14
199:5 218:6
258:3 267:10
**live** 39:9
**lived** 107:17
**liver** 97:12
258:21
**lives** 19:1 22:11
31:18 84:22
103:3 121:9
124:13 143:14
146:18 188:3
264:14 270:10
277:9
**loaner** 34:3,5
218:1,13
281:15
**loaners** 113:21
114:2
**loans** 142:6
**local** 88:15
89:15 91:5
107:21 233:2
**lodge** 280:10
**logical** 98:5

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 318 of 338

Page 317

144:7
**lois** 131:8
**long** 1:9 2:14 4:4
  13:14 15:13,13
  21:1 30:19
  46:5 92:2 96:6
  102:11 122:16
  129:20 138:1
  150:22 151:1
  155:8,13,19
  157:9,13 158:5
  158:18 171:12
  204:6 217:9,12
  234:5 250:2
  255:18 267:8
  276:9,11
  277:16 278:14
  278:21 279:2,5
  279:8 281:13
  281:18 282:1
  282:15 283:14
**longer** 31:1
  34:12 154:19
  199:18
**look** 5:16 23:4
  38:9 43:7 44:5
  44:5 45:15
  47:20 58:3
  59:6 62:10
  63:4,10 68:19
  88:16 95:18
  100:17 107:4
  110:6 111:18
  132:15 140:5,8
  146:5 147:4
  152:3 157:2
  159:17 163:21
  168:18 173:16
  173:16 174:7
  192:3 193:13
  197:13,14,16
  198:9,10 213:2
  213:3,4,22
  214:10,13
  220:3 227:14
  228:4 238:9
  239:15 240:22

242:7 246:22
253:17 254:6
255:4 265:13
266:9,16 270:1
271:13 272:5
273:17 274:10
283:2 286:14
287:8
**looked** 53:20
  72:22 117:16
  146:3 170:2
  198:9 199:16
  200:5 212:19
  213:13 230:1
  234:10 272:13
  275:16,19
**looking** 6:12
  34:6 54:16
  63:5 64:6,9
  67:3 83:3
  95:14 112:4
  158:1 160:10
  160:16 168:8
  179:17 192:5
  200:13 202:9
  206:20 211:10
  212:7 223:7
  237:2,14
  238:16 241:6
  241:17,19
  244:7 257:3
  263:14 265:21
  269:18 271:16
  271:18 274:12
  279:22
**looks** 55:4
  132:22 211:12
  238:22 239:5
  272:19 287:19
**lori** 165:3 167:9
**lose** 38:1
**losing** 169:6
  170:19,21
**loss** 91:1 100:10
  110:5 111:9
  169:6 188:8
  190:17 192:7

205:10 249:18
273:10 284:5
**losses** 199:18
**lost** 22:10 31:18
  84:22 103:3
  106:21 121:8
  124:13 143:14
  169:8,8,9
  188:3 204:12
  204:13 205:10
  264:15
**lot** 11:4 16:20
  17:9 26:22
  41:18,19 63:21
  111:18 115:7
  125:15 129:15
  138:11 139:14
  152:21 239:10
  257:16 276:16
  276:18 277:19
**louisiana** 2:15
  121:2 240:5
**love** 215:1
**loved** 103:2
**low** 45:20,21
  172:8 230:16
  231:21 232:18
  238:20
**lower** 97:11
**lows** 188:16

─────────
**M**
─────────
**m** 1:17 293:3
  294:6
**maam** 46:1
  47:21 157:13
**magnitude**
  147:16
**mail** 33:20 282:3
**main** 96:4
**major** 80:8,14
  174:9 211:17
**majority** 80:3
**making** 19:20
  34:17 68:13
  69:21 92:3
  95:3 112:22

113:21 117:22
144:20 150:16
151:21 152:1
157:7 174:6
209:14 220:4
225:20 237:3
242:14,19
264:3 268:16
280:1
**malfunction**
  18:6 232:12
  263:7
**malibu** 129:19
  132:8 161:1
**management**
  117:6
**manager** 28:17
  82:4 165:3
**manner** 37:3
  68:9 184:19
**manufacture**
  51:2
**manufactured**
  51:10 94:9
  181:19
**manufacturer**
  26:6 46:9
  153:5
**manufacturers**
  23:20 27:14
  178:6 192:6,14
  215:4 226:11
**manufacturing**
  28:13,15 34:10
  86:12 176:9,13
  177:14
**marathon** 36:16
  182:22
**march** 64:4 88:4
  108:15 115:10
**margin** 17:21
**marine** 87:12
**mark** 70:2 89:14
  90:22
**marked** 172:9
**market** 279:15
**marketing**

279:9,11
**marketplace**
  138:20
**marsha** 2:5
**mary** 3:4 9:22
  19:16 28:5
  29:18 30:13
  236:7
**maryland** 96:16
  257:13
**mass** 254:10
**massive** 258:3
**match** 41:9
**material** 39:14
  52:4 83:1
**materials** 76:3
  79:6
**matter** 9:11
  10:10 86:3
  118:10 149:7
  149:10 233:13
**matters** 36:13
  148:10
**mean** 43:14 63:7
  82:1 97:5
  110:12 122:16
  123:13 125:4
  125:21 127:15
  135:19 141:7
  141:16 143:13
  143:16 155:13
  160:18 162:11
  191:9 199:16
  201:6,11
  214:16,20
  233:4 245:2
  247:18 257:10
  258:1 259:1
  265:1 267:8
  281:22 285:8
**means** 102:2
  148:19 166:1
  191:10 192:2
  230:22 290:14
  290:16
**meant** 18:21
**measured** 38:11

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 319 of 338

Page 318

measurement
62:16
measures 33:22
34:16
mechanic
131:19
mechanical
178:1
mechanics
109:6
media 33:15
meet 13:5 14:11
16:7 24:22
26:9 38:5,16
38:22 39:15
40:5 50:15
55:8 62:1,22
63:6 66:20
77:11 78:10,14
81:5,7,17 82:9
82:17,19 83:1
83:17 84:1,11
84:16,16 85:10
85:13,16 86:5
86:9 106:9
168:20 171:18
172:12 181:18
181:22 250:10
250:17 267:6,7
267:7 290:15
meeting 35:13
35:19 38:18,19
62:14,15 99:21
103:5 201:3
228:19
meetings 262:15
meets 52:10,15
83:19 90:10
156:3
melton 107:17
108:12 109:17
231:9
meltons 91:2
109:10,14
member 11:10
17:10 23:8
28:8 60:6

95:18 187:20
193:15 204:1
239:17 276:12
292:6
members 9:20
10:2 15:11
16:21 30:7,13
52:20 70:5,15
70:17,18 87:6
93:11 115:2,2
160:22 164:8
177:11 184:17
187:20 226:2
262:13 276:13
291:2,21 292:1
memo 8:3 14:3
223:11 224:1
250:22 273:3
memory 284:16
men 35:8,16
87:10
mention 65:3
mentioned 65:5
68:6,22 82:21
93:19 158:4
251:20 270:12
272:4
mentions 173:3
merely 284:11
merited 270:8
mesh 242:15
mess 66:16
met 35:14 72:7
72:10 84:12
127:6,10 189:3
236:5 245:3
290:17
mexico 156:3
michael 10:4
michigan 2:9,18
20:5,7,8 35:15
microphone
30:9
middle 15:15
96:17 154:21
235:15
midlevel 265:12

mild 97:19
miles 13:16 98:3
131:12 259:13
261:2,3 267:16
million 11:19
19:9 24:7 51:9
76:6 91:17
108:6,10 143:6
145:13 146:9
155:12
millions 162:5
mind 33:8 36:1
135:19
mine 130:5
minimum 13:5
46:11 50:15,18
62:18 182:4,13
216:3
minimums
14:11
minority 14:2
minus 46:16
77:3 182:14
minutes 17:16
23:10 45:2
47:8 53:11
60:8 68:3
74:21 80:4
87:1 93:15
101:9 107:13
114:19 121:2
129:10 132:17
134:22 142:17
150:22 157:17
164:6 170:14
177:15 185:20
193:19 203:1
211:6 220:1
226:20 233:22
238:3 240:5
248:9 255:15
258:22 262:11
269:9 276:10
283:22
misleading
65:16
missed 24:1

26:19
mission 94:8
277:8
mississippi 2:13
missouri 2:14
150:22
mistakenly
203:17,17
mistakes 31:11
mode 5:9 190:11
270:22 284:6
284:11,20
model 26:5,8
60:14,18 61:9
61:17 62:17,21
63:21 64:2
65:19 66:3
94:10 109:6
165:5,9 231:7
264:18
modeled 27:8
models 8:2 51:3
131:1 132:7
155:4,8,14
156:19 256:7
modified 26:4
130:22
moment 90:16
288:10
moms 12:19
monday 215:17
money 139:21
140:16 146:18
150:1 169:5,6
183:6,17
monitored
233:19
monitoring
191:1 248:22
264:17
month 19:7 24:4
57:5 64:3
235:7 264:19
months 112:13
164:22 193:22
moral 105:5
138:9

morgon 2:12
morning 25:6
215:18 250:22
mother 131:8
134:10
motion 91:16
motor 21:15
27:7
motorists 75:13
226:14
motors 3:5 4:13
10:13,16 24:6
28:6 30:15
32:1,14 35:18
37:20 44:20
60:16 73:13,14
75:4,10 76:19
77:1,8,15
81:16 82:16
85:9 89:19
90:5,7 91:22
93:8,21 95:10
108:5 109:4,18
110:3 111:7,20
116:1,9 121:22
122:6 126:13
129:14 133:14
134:6 142:19
153:18,21
154:5,12
164:22 168:10
169:4,7,11
184:22 188:18
188:19 189:3,7
193:3 201:3
205:6 206:21
207:18 209:10
209:19,22
212:14 217:22
227:5,8,17
228:8,20 231:1
231:19 246:9
248:1,6 252:18
256:1,17
263:21 273:1
274:15 275:3
motto 21:21

mouth 30:9
move 5:8 55:22
77:3 198:5
201:19 202:2
209:21 223:13
230:4 242:2
247:1
moved 44:12
47:12 48:8
movement
249:18
moving 75:14
235:14 261:16
261:17 272:2
280:12
multiple 14:9
247:6
multistep
221:14
murphy 2:2 4:1
11:9 13:11
14:7 15:2
17:13 23:6
28:1 29:5,12
29:22 30:8
37:7 38:8,14
38:21 39:12,18
39:22 40:4,10
40:15 41:10,15
42:2,8,16 43:5
43:7,10,22
44:7,21 52:19
53:5,9 60:4
67:9,17,21
68:2 74:15
80:1 84:4
86:20 92:18
93:4,10 101:1
101:6 107:10
108:4 113:10
114:3,10,12,18
120:21 129:9
134:21 142:1
142:15 150:20
157:16 164:3
170:12 177:10
177:19 181:7

184:11 185:7
185:14 186:3
186:18 187:4
187:13,19
193:18 195:14
195:17,20
196:2,8,19
197:19 199:8
200:12 201:6
202:18 210:3
210:16 211:3
218:10 219:20
226:17 233:17
233:21 240:2
247:10 248:5,7
255:11,14
262:8 269:6
276:7 283:17
283:22 290:21
291:7,17 292:7
murphys 75:19
mystery 91:5

N

n 3:1
name 30:13 56:3
56:9 123:17
136:5 280:3
named 10:11
32:13 90:21,22
108:12
natasha 170:15
nation 21:4
national 5:13
10:13 23:22
27:2 95:8
127:1 153:2,2
153:3 156:7,21
163:11 186:4
248:17 256:5
277:6 279:10
nations 21:4,5
176:16
nature 258:11
285:6,12
navigate 217:16
ncm 182:7

near 27:20
nearly 34:4
191:3 277:8
nebraska
177:12 283:19
necessarily 63:7
198:13 222:4
237:11 263:8
273:19
necessary 39:9
79:14 228:11
need 10:21
26:17 27:3
47:7 71:10
83:9 85:14
133:19 192:2,3
197:16 202:10
208:13,14
210:7,16
213:21 214:1,3
219:20 226:7
229:5 237:18
238:21 239:2
263:16 264:2
265:7,12
266:15 268:12
272:5 274:9
281:5 282:17
288:3,20 290:8
needed 10:20
21:18 22:1
31:10 32:8
64:11 203:8
211:19 228:20
229:21 289:22
needless 101:15
needs 39:11
57:20 74:9
83:21 226:10
255:10 289:14
negative 271:15
negatively
139:18
negotiate 142:5
neither 190:4
never 9:18 13:21
15:18 16:3

27:9 59:18
82:2,7 89:21
136:20 154:19
154:20 167:7
203:5 207:8,13
236:1
new 2:17 7:13
8:2 16:5,6 17:6
25:5 26:1
32:13 34:9,10
35:3,13 40:12
40:14 41:7
42:4 50:5,10
50:14 52:4
55:13,13,14
56:1,21 57:9
58:13 60:15
61:14,15,16
62:1 66:18
67:4 73:5 88:5
90:15 91:12
93:2 94:11,16
102:1,2 104:22
105:14 115:22
116:15,15,21
117:2 118:8
125:22 133:3
135:4,21 136:8
140:14 156:18
158:19 174:17
175:14 176:5
176:18 181:14
193:4 217:17
235:8 236:12
255:5 286:14
newer 64:5
newly 52:12
55:15
news 21:3
newspaper
284:8
newspapers
176:17
newton 77:3
nhtsa 3:9 5:14
5:15 6:3,7,10
7:5,7 8:6,7,11

8:12,18,19
10:1,17,21
11:4 18:15
19:16 20:11,15
20:20 22:13
26:17,20 27:4
32:21 42:17
48:1 53:15
59:21,22 68:21
86:1 115:10,16
115:16 153:1
157:10,12
163:8,21 178:3
178:5,6,11
179:9,20 180:2
180:14,16,17
180:19 181:1
188:2 189:10
189:16 190:21
191:7,10
193:12 194:9
197:19 198:2,4
199:9 200:1,17
200:19 203:3,7
203:15,21
205:13,14
206:14 208:3
208:12 211:18
211:21 212:9
212:22 220:20
221:7 224:18
225:9 226:3,9
227:1,7 229:15
229:17,20
231:19 234:3,5
234:7 235:20
236:5,10,18
237:8 238:1,8
239:14,15
242:1 249:9
250:5 263:7,14
263:20 264:3
264:21 265:6,9
265:10,12,13
267:12,17,22
268:2 269:14
277:1,4,4,5,6

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 321 of 338

Page 320

277:20 280:20
281:5 283:5
**nhtsas** 5:19
27:13 180:11
186:4 188:9
193:11 196:3
210:11 220:3,7
220:13,21
221:8 222:9
225:20 235:8
242:19 267:11
280:3
**nice** 159:3
**night** 134:4
257:16 258:16
259:3 262:1
**nitschke** 277:3
**non** 179:4
**noncompliance**
178:7,11,16
179:4,8 180:20
290:4,9,14
**noncompliant**
179:5,15
**nondeployment**
5:17 42:20
110:3 111:8
112:1 190:9,20
193:5 203:4,12
203:16 205:18
207:19 220:10
222:17 225:11
229:13 245:16
248:22 249:17
256:10,19
**nondeployme...**
5:22 6:13
99:12 189:21
190:3 191:16
196:5 197:9
198:19 213:12
216:12,15
234:13 238:15
270:5 272:12
**nonpartisan**
80:16
**nonpublic** 25:2

**normal** 263:7
**normally** 55:12
151:17
**note** 21:11 41:12
134:16 165:19
192:22 203:15
218:11 237:11
288:8,14
**notebook** 45:16
173:1 182:3
**noted** 6:4 190:10
284:8 286:2,8
**notes** 40:20
166:2
**notice** 178:11
180:15 194:18
288:1
**noticed** 250:6
**notices** 51:7
**notified** 46:22
47:3 70:2
130:16 185:9
238:1 278:15
278:17
**notify** 163:3
185:13 210:7
**noting** 287:3
**notwithstandi...**
270:3 273:5
**november** 19:4
196:10,12
**number** 7:18
16:3 28:10
42:8 50:11,11
55:16 56:1,21
57:9 59:2 73:6
73:11 81:3
84:21 85:4,12
89:3 91:13
111:17 116:12
122:4 124:1,2
124:8,9,10
127:5 129:17
135:4 136:8
145:7 146:6
197:1,21
198:19,20,21

199:17 207:7
210:10 214:14
227:18 235:17
238:8,15,20,20
239:7,8,9,20
256:2 270:13
277:2 278:18
278:19 280:15
283:10
**numbers** 73:14
196:14 242:10
251:15
**numerous** 25:1
28:18
**nurse** 108:12
231:10

———————
**O**
———————
**oak** 98:4 261:1
**oath** 29:1,3 30:1
123:18 124:15
186:14,16
187:14
**objection** 13:11
14:7 15:2
92:18 177:16
177:19 291:4
291:12
**objections** 29:2
186:15 291:18
**objectivity**
36:17 102:17
125:19
**objects** 5:3
285:16
**obligation**
147:13
**obligations**
105:4,5 127:10
245:4
**observation**
80:7
**obtaining** 142:6
**obvious** 105:19
147:5 257:7
262:21
**obviously** 20:9

112:10 121:13
134:1 165:7
168:5 232:15
233:5 239:21
**occasions** 198:4
287:4
**occupant** 261:14
261:15
**occupants** 99:15
190:13 200:11
277:11
**occur** 79:7
159:11
**occurred** 94:22
96:16 99:3
102:4 199:13
257:13 259:5
259:22
**occurrence**
99:12
**occurring** 1:15
**october** 170:16
**odi** 221:13
222:11 224:4
227:16 228:10
228:15 286:5
287:5,11,14,16
**odometer** 13:16
**ofcounsel** 271:7
**offer** 37:14
**office** 87:14
107:4 220:13
221:13 222:15
286:12,18
**officer** 28:6
30:14
**officials** 16:2
18:10 23:21
62:7 103:20
172:11 184:22
**offroad** 190:13
200:10
**offset** 165:11
166:11
**oh** 61:1 155:6
180:1 238:17
247:20

**oil** 36:15 82:6
232:18
**okay** 30:11
41:14 46:4,8
47:4 48:22
49:9,13 51:1
52:16 61:21
69:15 70:4,21
71:5,19 72:12
72:17 73:3,15
73:19 74:2,12
83:5 90:20
105:13 123:1
127:22 135:16
139:17 144:22
146:10 147:5
149:2 163:6
165:21 172:9
178:15 180:9
184:9 205:12
206:22 218:22
225:18 228:3
235:7 244:9
250:21 255:3
256:9 268:14
279:5 283:14
286:22 288:6
289:3
**old** 7:17 9:12,16
42:4 52:7,13
52:14 131:9
135:21 152:18
153:20 154:4
231:9
**older** 8:2
**once** 32:7 53:12
154:20,20
199:10 236:1
265:4 275:15
279:4,5,7
**onebyone**
251:12
**oneman** 271:6
273:16
**ones** 103:3 132:8
**onethan** 271:8
**oneyear** 173:3

ongoing 52:22
online 280:8
onsite 109:6
open 10:15
  80:16 208:21
  212:13 220:15
  234:18 240:15
  240:17 248:15
  261:21
opened 14:8
  215:11 235:1
  236:1 256:6
opening 43:12
  87:20 95:6
  196:4 208:10
  240:13 261:18
  291:2
operate 110:7
operates 159:21
operating 58:21
operations
  28:17
opinion 146:19
  234:7
opportunities
  214:10
opportunity
  30:15 128:5
  157:2,5 163:20
  177:14 187:21
  193:16
opposed 179:22
order 79:14
  190:16 208:12
  221:14
ordered 15:3
organization
  54:7 58:17
  82:7 116:13
  117:17,19
  128:15,17
  136:11 153:15
  153:22 176:9
  277:8
organizations
  153:7
original 50:12

65:20 77:22
  84:1 293:14
originally 26:15
  65:4 76:18
  276:15
ought 163:14
  233:8 270:22
  271:16
outcome 32:5
  115:4
outlier 234:13
outofspec 62:8
outset 157:19
outside 32:20
  44:17 88:17
  91:8
outstanding
  107:19
overall 153:22
  259:19
overnight 169:5
overrepresent...
  224:19
override 86:8
oversight 1:5,16
  4:2 18:4 20:2
owe 22:8 24:15
owned 65:19
  129:17 131:9
  131:13,13
owner 13:15
owners 13:20
  49:15
owns 15:12
  87:11 131:8

---
**P**

packers 277:2
page 3:3 41:11
  62:10 67:20
  140:15 196:9
  196:14 217:17
  227:18,19
pages 18:11
  37:17 67:16
  175:14 211:11
  293:7

painful 101:14
  115:4
panel 28:4
  189:22 196:10
  196:12 197:20
  222:16 241:2
  266:6,7,12
panels 202:5
paragraph
  228:4
parallel 64:9
parents 109:14
  171:2 233:5,6
part 7:17 13:9
  16:3 23:14
  25:16 35:9
  38:15,18,19
  39:8,14 40:14
  43:3 44:17
  49:6 50:10
  52:20 54:6
  55:13,14,14,14
  55:15 56:1,17
  56:21 57:9,10
  58:5,6 63:6,6,8
  64:13 70:16
  72:1,15,19
  73:5,11,16
  77:10 78:16,21
  81:17 82:7,8
  83:1,17,19,22
  84:14 85:15
  86:2,9,15
  89:21 92:16,17
  94:18 95:13,17
  96:12 97:11
  100:19 102:13
  106:22 109:11
  116:13 124:1,2
  124:8,20
  126:18 127:12
  128:15 135:4,5
  135:21,21
  136:8,9 144:15
  153:15 154:1
  157:4 159:22
  163:2 165:15

168:2 170:4
  185:1 197:6
  207:7 208:3
  210:6,9,10
  232:7,7 245:17
  247:19 252:16
  260:13,14
  263:18 267:5
  272:22 278:19
  287:13
partially 25:3
participated
  291:21
participating
  240:8
particular 100:8
  100:18 158:17
  159:11 267:18
  270:15
particularly
  36:4 230:16
parties 18:15
  63:13 148:16
  148:17,19
  149:1,16
  150:10,15,17
parts 7:11 26:13
  26:14 34:11,14
  38:22 52:4
  61:8 63:11,12
  64:10,10 65:13
  66:9 73:14
  76:14 79:1,2
  82:16,18 85:8
  85:12 113:12
  179:12 193:6
  194:20 216:6
  220:17 221:11
  234:20 239:1
party 128:21
  148:20
pass 8:13
passed 6:11 27:9
  211:15
passenger 252:1
path 36:10
pattern 5:22

270:4,5 273:6
  273:20,20
patterns 274:3,5
paul 2:17 87:10
pay 174:16
paying 148:20
pays 149:22
pdf 95:21
peer 224:20
  242:8
peers 228:11
  241:5 242:9,15
  270:6
penalties 27:14
  30:2 187:15
pending 116:6
  142:8
pendleton 87:15
pennies 12:10
pennsylvania
  2:2 37:13 99:4
  259:5
people 8:12,13
  9:11,13 12:2
  15:19 18:16
  19:12 22:9
  25:21 33:17
  34:1 44:15
  54:12 80:16,20
  81:1 84:22
  85:20 92:9
  97:22 99:11
  103:12 105:11
  106:15,19
  113:20 114:4
  116:12,22,22
  118:12 124:13
  125:14 129:2
  133:12 137:11
  138:2,5 139:20
  143:14 146:17
  151:18 152:15
  162:11,12,15
  165:14,20
  195:3,7 219:8
  219:18,19,20
  232:15 260:9

265:12,18
267:12 277:8
277:19 278:6
280:9,19 281:1
281:3,10,11
282:22 287:20
287:21
peoples 183:5
perceives 270:4
percent 67:5
perception
228:8
perfectly 110:17
performance
39:7,10,17
52:15 62:15
65:13 67:3,7
82:19 84:17
85:13
period 121:20
174:1 263:12
permitted 150:3
person 56:12
124:17 136:5
142:14 149:8
151:15 195:1
271:5
personal 20:4
232:20
personally 67:3
142:12
personnel 165:4
persons 258:12
perspective
39:17 160:1
perspectives
87:4
pertaining
150:1
pertinent
121:14
peter 2:20
ph 22:15
phase 201:20,21
201:22
phil 2:10
phils 130:9

phoenix 134:10
phone 70:3
282:6
photograph
87:13
photographs
87:8
phrase 8:15
physical 260:19
physically
262:16
physician 130:5
pick 109:8
picked 70:3
picture 217:15
pictures 101:13
piece 4:19 12:10
14:14 17:19
96:7 165:10,12
165:15,22
166:21 173:4,8
198:13,14
pieces 6:21 7:8
43:13 146:8
166:22 173:20
207:21 223:10
241:10 289:21
pine 262:2,3
pinpoint 133:9
place 65:10,18
98:5 135:22
185:16 214:21
274:13 293:10
placed 172:5,22
places 35:15
plaintiffs 107:19
130:6
plan 111:21
184:20
plane 178:1
planned 36:4
planning 192:1
plans 276:17
plant 22:20,21
28:16 82:4,4,4
82:5 133:7
plants 132:20

platforms 33:15
platter 215:22
play 116:11
215:17 261:15
players 116:16
please 4:6 29:13
30:8 47:20
78:6,19 79:5
109:1 167:15
187:5 195:4
210:19 221:3
223:18
pleased 36:7
plunger 45:21
50:5
plus 46:15 77:2
182:14
poignant 107:16
point 42:13
54:11,14 81:4
95:4 98:12
123:11 128:19
136:16 144:14
147:2 183:17
196:11 202:2
211:17,17
217:7 219:18
224:15 249:5
249:13,19
267:14 281:19
281:21 282:1,8
282:16 286:2
pointed 249:9
259:8 267:4
pointing 9:9
152:18,19,20
152:21 244:2
points 73:1
128:14 200:16
257:2
policy 149:10
pontiac 132:6
154:2
pop 279:14
population
64:17 146:4,14
147:3 242:12

portfolio 94:7
159:16 160:16
portion 90:18
posed 7:16
257:11,12
266:2
poses 290:18
position 5:9 8:9
58:13 77:4,5
82:15 110:13
137:18 167:10
168:6,10 175:9
176:7 182:6,10
193:21 202:16
203:11 225:12
249:3 272:11
positions 28:11
28:19 116:13
possibilities
192:12 206:2
214:1 272:7
possibility 96:9
possible 34:21
76:12 96:4
282:14 285:2,4
285:5 287:10
post 115:8
postage 25:18
poster 194:12
potential 4:18
23:20 26:3
111:19 140:3
173:9 189:13
197:12 237:14
241:1,17,19
243:15 257:4
284:13
potentially
105:11 110:9
193:7 223:12
potholes 25:11
pounds 97:1
258:1
power 38:2,2
110:18,19
161:2 162:11
175:7 190:11

190:17 192:6
196:11 199:18
199:19 200:15
203:19 204:11
204:13 205:10
205:10 249:18
273:10 284:5,6
284:11,20
powered 205:10
ppap 77:11
practice 28:22
38:15 57:13
186:13
practices 11:16
prayers 121:7
predecessor
70:10,11
predecessors
66:17
preliminary
221:19
prepared 1:14
1:17 14:3
present 2:1
173:8 175:5
202:11,12
presentation 6:3
62:12 196:11
196:15
presented 96:5
presentlyrecal...
77:17
presents 80:21
preserve 99:18
president 28:12
32:13 58:14
82:13 88:6
92:5 105:15
211:16 289:4
press 16:15 88:5
88:7 171:9
pretty 107:16
137:10 155:2
156:16 158:6
216:20 257:18
262:4
prevent 121:18

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 324 of 338

Page  323

123:7 152:6
188:11
**prevented** 9:5,6
**previous** 94:16
204:4
**previously** 94:9
95:1
**price** 14:14
43:13 96:7,7
174:16
**prices** 4:19
173:5
**printing** 82:5
**prior** 93:7
101:20 102:4
139:20 249:19
**priority** 9:20
32:15 89:3
188:9 219:3,7
256:19
**private** 140:3,17
174:11,12
**proactively**
163:11
**probably** 74:3
80:8 103:7
137:6 146:7
178:2 259:12
**problem** 4:17
5:16 6:18 7:16
9:17 12:13
13:21,22 14:13
15:8 21:5,22
24:20 25:4,16
25:20 26:18
30:21 31:8,10
38:9 41:3
47:10 48:6
64:22 69:18
84:21 91:9
103:20 110:14
122:1,17
130:16 131:16
135:20 138:19
139:13 140:2
141:4,13,14
147:15,16

153:9 169:5
171:14 172:19
173:17 174:19
175:12 199:1
203:6 204:5
205:18,19
206:18 212:7
212:10 253:1
253:11,12
256:6 260:3
263:11 265:2,2
265:3,11
267:11 270:4
273:6,20 274:3
274:5 278:4
279:14 284:9
286:7 287:3,13
288:15 289:7
289:12
**problems** 5:11
6:22 8:5 9:1
10:18 13:14
16:13 18:19
20:12 23:18
26:4 42:19,20
59:6 60:13
130:12 133:22
140:9 148:6
153:8 158:10
161:7 172:18
197:12 215:19
237:14,20
241:8,17,19
251:3 257:16
274:11 283:13
**procedure**
117:10
**proceed** 177:20
256:17
**proceedings**
53:6 292:11
293:5,10
**process** 10:22
11:6 34:21
36:3 42:1 54:5
57:15,17,19
58:9 59:15

71:21 73:22
77:10 79:15
83:22 89:10
92:4,8 98:17
98:18,20
103:10 106:13
106:14 107:3
115:4 132:12
142:6 158:16
174:1 191:6
192:15 202:9
202:15,20
213:2 220:18
221:14,18
222:1,5,12
225:21 226:9
226:10 228:22
229:6 263:22
265:17 266:3,4
268:8,12 286:5
286:9,10 288:5
**processes** 59:18
92:8 117:8
220:4
**produced** 12:4
20:10 53:21
**produces** 116:10
**producing**
209:15
**product** 17:22
32:17 54:20
82:13 85:9
86:3,4 89:15
117:3,6 126:10
126:10 132:3
149:7 158:22
158:22 161:15
**production** 4:9
34:12,13 77:8
77:10 78:21
79:1 145:19
**products** 39:6
116:9 129:21
131:9
**professional**
81:13
**profits** 169:6

**program** 30:18
93:22 94:4,17
186:9 220:8
222:10
**promotional**
88:14
**prompted**
222:21
**promptly** 292:4
**properly** 37:21
112:14 137:19
**proposed** 5:20
49:4 165:5
196:3 223:12
**prospects**
139:19
**protect** 18:15
80:22 99:18
150:5
**protected** 19:21
97:4
**protecting**
201:14
**protocol** 135:12
**proud** 20:7
**proven** 155:19
258:16
**provide** 12:1,10
34:3,7 48:14
49:4 56:10
66:5 113:3
146:14 150:9
159:19 163:4
163:10 179:22
180:22 193:2
201:8 209:12
209:13 210:20
212:15 216:21
230:20 251:15
253:2 254:3,16
281:10
**provided** 14:17
34:4 48:1 62:6
95:15 118:3
172:15 175:2
193:3 197:14
206:21 210:22

223:11 225:14
237:22 243:3
251:9 255:10
278:13,15
**provides** 115:11
251:8
**providing**
249:20
**prts** 48:12,15
**public** 6:19 9:2
13:22 15:19
18:16 21:10
26:12 27:4,12
49:19,20 51:7
80:22 89:2
90:3 119:6,10
139:15 140:17
150:6 161:22
174:10 194:10
201:14 279:17
**publicly** 57:14
175:15
**pull** 30:8 124:5
125:6
**purchase** 34:8
81:17
**purchasing** 39:3
82:14 86:13
**purpose** 19:19
108:2
**purposely** 142:4
142:7
**pursue** 227:2
**pursuing** 127:6
245:2
**push** 158:22
159:3,6,11,15
159:18 160:5
160:12
**pushed** 257:21
**put** 6:21 7:7
14:5,22 16:8
40:12 44:8
52:6,7 57:3
64:13 98:15
111:17 132:12
135:22 154:15

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 325 of 338

Page  324

166:22 168:4
173:20 183:9
202:15 206:2
209:8 214:9,21
218:8,16
219:15 271:5
272:9 280:14
**putting** 35:9
44:16 159:16
181:15

**Q**

**qualifications**
156:4
**qualified** 36:12
**quality** 35:10
117:8,13,19
118:18 168:17
**quantify** 151:22
**quarter** 249:21
249:22 279:4,5
279:7
**quarterback**
215:18
**quarterly** 279:3
**queen** 165:3
167:9
**quest** 19:17
**question** 4:7
42:21 43:11
51:21 62:20
66:17 67:12
71:1 76:17
85:6,7,7 86:7
86:16,17 88:1
88:19,20 95:3
99:20 112:18
123:5 125:3
126:20 127:22
137:5 140:20
141:2 142:2
143:18 145:21
147:10,21
149:5,19
153:13 155:18
156:13 161:5
163:7 169:17

169:18 178:18
178:20 179:3
180:7 181:10
182:16 199:21
200:19,22
201:5 204:21
208:22 210:6
234:17 241:20
245:21 263:5
263:18 264:6
267:3 277:22
281:19 284:10
289:3
**questioning**
75:19 129:22
151:17
**questions** 7:10
10:12,13 17:9
21:13 26:16
36:1 37:6
42:13 51:20
52:17 53:15
75:20 76:1
80:6 81:3 87:7
93:11 100:16
101:18 113:11
121:13,16
123:3,4 124:19
124:22 125:10
129:6 130:12
137:14,21
138:10 151:13
152:6 158:3
164:16 181:8
181:12 184:18
194:5 199:14
200:1 201:15
201:18 202:3
220:4 237:16
244:21 248:15
257:12,12
262:22 263:3
263:20 264:1,1
269:13 292:2,4
**quick** 133:21
**quickly** 19:1
32:16 91:6

188:21 211:20
229:7 230:11
235:4 290:13
**quietly** 16:2
**quote** 4:19,20,20
4:22 5:22,22
13:17 14:13
40:22 48:13
65:5 109:2
131:18 173:4
174:21 178:7
179:18 236:13
249:17
**quoted** 88:7
**quoting** 87:21

**R**

**r** 1:18
**radical** 92:3
**radio** 253:11
**railroad** 235:16
**raise** 29:13
187:5 189:21
197:6 200:19
250:4 271:21
273:3
**raised** 6:10
101:18 176:17
199:9 201:22
207:2 223:8
228:15 248:15
266:2,2,5
**raising** 241:20
**ran** 174:18
**range** 50:17
129:5
**ranking** 10:2
11:10 23:8
60:6 95:18
187:20 193:15
203:22 276:12
**rare** 175:4
**rate** 191:2 242:8
242:12 243:16
244:6
**rates** 224:21
**rating** 90:9

**ray** 106:2
170:20 277:3
**raymond** 165:4
**reach** 156:15,21
278:3 281:20
282:9,21 283:5
**read** 90:14,18
98:10 228:4,5
228:12
**reading** 265:18
**ready** 88:10
96:13
**real** 69:18 84:20
121:19 140:13
154:10 206:18
262:22
**realize** 57:8
**really** 9:12 22:8
50:17 97:18
152:22 183:3
183:16,20
243:15 255:9
263:14 290:13
**reason** 7:6 43:18
50:9 85:4
111:4 130:10
135:12,15,17
135:18 144:9
144:14 190:19
199:22 219:2
224:12 225:2,6
230:3 231:13
234:17 251:18
260:14 261:6
278:22 285:4,6
288:11
**reasonable**
75:12
**reasons** 79:15
96:4 178:1
200:13,20
223:3,5 224:9
224:11 247:6
285:3 287:10
**rebuilding**
34:17
**rebuilt** 117:18

**recall** 1:8 4:4
19:7 21:2,6
26:11 31:17
33:11 45:7
49:21 56:13
57:2 60:14
61:12 63:18
64:2,16 65:2
65:20 69:6,13
69:22 72:21
76:11 79:11,16
81:10 84:16
85:17 89:13,13
91:16 94:1
108:5,9 109:11
110:5 111:10
122:2 124:12
126:9 132:12
145:3 146:1,11
161:10 162:6
176:22 177:3
194:11,18
195:12 205:6
206:21 207:19
227:7 238:1
250:4 264:3
280:2,6,15
282:3,7,11,20
283:1
**recalled** 10:16
11:19 19:10
20:21 22:21
24:6 34:2 64:2
64:18,19 65:1
66:10,12 76:5
113:12 143:2
144:19 161:1
162:18 181:15
185:1 188:18
235:10 238:2
251:2
**recalling** 64:5
66:8
**recalls** 18:5 33:1
51:8,14 161:7
191:15,15
194:19 212:22

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 326 of 338

Page 325

229:1 252:20
268:9 280:11
**receive** 13:19
238:4 248:19
**received** 20:11
25:7 26:2 32:2
49:1 53:21
59:1 172:1
218:11 235:20
236:11 288:22
**receiving** 113:2
**recess** 186:1
**recognize** 11:9
17:15 23:8
45:22 58:10
60:6 68:3
74:19 80:2
86:22 93:13
101:8 107:12
114:10 118:22
121:1 129:9
134:6,22
150:21 157:16
164:5 170:13
193:19 202:22
211:5 226:1,19
240:4 248:8
255:14 262:10
269:8 276:9
**recognized** 7:15
45:1 63:12
114:19 142:16
220:1 233:22
**recognizing**
105:3
**recollection**
176:21
**recommend**
36:10 156:5
**recommendat...**
49:18 212:3
**recommendat...**
70:8 92:11
272:1
**recommended**
230:14
**reconsider**

**reconvene**
185:20
**record** 13:10
14:5 15:1
21:14 76:2
78:19 79:6
92:16,17 93:3
93:5,12 187:13
189:9 201:1
210:13 223:9
223:18 227:11
277:17 290:8
291:3,5,10,13
292:3
**recorded** 99:2
**recorder** 284:19
**recording** 1:15
292:12 293:6
**records** 185:2
201:4
**red** 7:4 26:20
99:11 110:22
199:9 250:4
266:1 271:21
280:5
**redaction**
291:11
**redactions**
291:14
**redesign** 50:4
77:15 106:4
**redesigned** 16:2
52:6 54:1 55:7
55:15,22 59:4
60:1 77:21
78:9,13 126:11
**redesigning**
57:18 172:19
**redesigns** 59:21
**redone** 117:7
**reduce** 15:7,8
188:15 231:2
277:9
**reduced** 270:9
**reducing** 188:12
**refer** 164:17

165:15,15
**references**
165:12
**referencing**
141:10 238:13
**referred** 246:8
251:3
**referring** 165:16
243:13 245:8
247:12,20,22
254:22
**refineries**
132:19
**refinery** 133:6,7
**refuse** 83:19
**regal** 131:8,10
132:8 134:11
**regard** 210:5,17
**regarding** 53:6
178:12 179:1
254:14
**regardless** 32:5
**regards** 41:1
**registered** 81:12
81:14
**regular** 53:3
**regularly** 112:8
**regulation** 86:2
**regulator** 5:13
8:22 263:2
**regulators** 12:1
14:1 31:6
75:10
**rein** 32:4
**reinvent** 156:17
**reinventing**
155:22
**reiterate** 104:10
**reject** 173:2
174:14 242:20
**relabeled** 116:8
**relate** 253:20
**related** 51:17
110:10 113:10
126:7 139:13
141:14 143:3
176:4 180:7

191:2 220:9
225:21 231:20
252:10
**relates** 41:20
111:22 160:1
289:13
**relating** 47:14
**relation** 241:5
245:20
**relationships**
118:9
**relative** 202:9
207:7 239:8
274:22 283:11
**relatively**
190:14
**relatives** 22:10
**release** 5:19
88:5,7
**released** 25:5
250:22
**relevant** 76:3
143:17 203:8
**reliability** 83:4
85:14
**reliance** 273:4,7
273:22
**relied** 198:15
275:4
**rely** 191:18
198:12 215:14
273:19 274:15
275:1,2 283:2
**remained** 77:21
**remaining** 10:4
92:21
**remake** 117:13
**remember**
152:9 154:13
270:14
**remind** 292:1
**reminded** 34:18
87:13
**remote** 175:2
192:12 213:22
266:18 272:6
**remove** 5:3

**rental** 34:3
218:1 281:16
**rentals** 113:21
114:2
**reorganized**
116:19
**rep** 2:2,4,5,6,7,8
2:9,10,11,12
2:13,14,15,16
2:17,18,19,20
2:21
**repair** 65:6
132:1 174:4
218:7
**repaired** 34:2,19
**repairs** 26:14
**repeat** 20:1
221:3
**repeatedly**
236:9
**repeating**
180:11
**replace** 8:1 41:4
42:3 51:22
55:13,14
**replaced** 7:19
131:15
**replacement**
34:11 76:12
91:4 161:14
194:20
**report** 13:17
58:15 100:13
108:22 115:10
115:10 119:6
119:13,20,22
120:3,6,8,11
120:16 127:7
141:5,14 176:6
185:10,11
189:4 212:8,16
245:4 249:16
258:6 281:11
284:11,12
288:9 289:9,15
289:16,17,20
290:1

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 327 of 338

Page 326

reported 13:22
18:22 25:10
54:10 97:17
235:8 284:21
289:14
reporter 293:4
reporting 215:5
220:14 264:17
265:6
reports 6:6
16:13,15 20:20
21:3 49:1
54:18 66:5
96:14 190:7,10
196:17 206:3
223:1 244:4
249:21 251:10
252:22 255:6
284:4,11,14,17
286:2 287:1,4
288:21,22
reposition
108:18
represent 4:21
108:14 132:18
243:14
representations
90:3
representative
116:3 163:8
representatives
1:2
represented
89:1
representing
35:8
represents
14:15 173:7
reproduced
293:17
republicans
130:7 142:20
reputation
81:16 147:18
request 148:19
requesting
123:21,22

185:1
requests 10:8
184:16
require 55:12
75:20 220:5
254:18
required 52:15
62:3 77:2
150:8 163:10
172:7 182:4
189:4 208:3
212:8 279:7
289:6,20
requirement
77:12,20 78:14
90:10 208:6
290:3
requirements
66:20 78:10
82:20 85:16
181:22 210:12
235:3
requires 178:6
193:1 228:9
240:22
research 186:8
resolution 47:10
48:6,15 141:5
141:13
resolve 32:16
resolving 31:3
resources 92:5
117:20 214:8
respect 98:21
133:17 224:20
260:21
respond 128:6
184:18 235:4
237:12 239:16
239:18,21
292:4
responded 88:1
175:15
responding
36:20
responds 239:14
response 128:9

177:17 235:8
267:17 291:6
291:16
responses 76:2
127:4
responsibilities
31:13 36:22,22
37:2 102:19,20
105:4 127:7
129:2 189:3
responsibility
72:5 104:7,15
104:16,19
134:3,7 150:5
162:20 212:14
215:5 232:20
232:21 277:15
293:16
responsible 31:3
67:2 69:21
71:20 72:8,13
73:13 104:20
105:1 151:14
176:12
responsive 10:8
responsiveness
227:8
restoring 9:2
restructured
116:19
restructuring
103:16
result 49:13
51:7 99:16
106:21 249:17
resulted 25:2
54:1 97:13
107:22 191:14
resulting 59:3
97:12 110:4
111:9
results 8:17
32:12 50:21
71:3,11 77:9
92:10 212:16
retained 36:8
retrospect 26:19

174:3 202:19
return 107:3
182:5
reuss 70:2
reveal 137:7
revealed 11:16
25:6 45:20
250:8 251:1
review 67:13,19
115:8 174:18
185:11 189:11
189:22 191:4
222:21 223:3
223:21 224:2,5
263:8
reviewed 18:10
37:16 158:13
190:7
reviewing 89:14
192:11 199:13
210:17 211:4
reviews 220:13
rib 97:12 258:20
rid 194:22
riding 170:17
right 12:22
29:13 31:14
34:17 38:12
46:5 48:2
51:16 52:2
54:11 55:9,16
55:19 57:5
58:18 60:19
61:13 67:20
73:3 85:8
86:14,18,20
102:9 105:8,10
106:20 110:2
114:2,20 124:5
124:15 125:4,5
125:9 128:4
137:4 140:12
140:22 143:5
144:4 149:3,3
149:4 158:2
162:2 164:14
169:19 180:10

181:5,19
182:15 183:8
184:3 187:5
195:10,22
199:11 204:22
219:5 222:7
224:16 227:14
232:22 233:8
241:21 244:1
249:10 254:12
264:12 274:2
281:16 283:9
290:20
rim 97:5 258:2
ring 113:18
114:8 130:18
130:19 154:17
175:1 218:17
rings 130:17
rise 29:13 187:5
risk 49:16
146:18 178:8
261:15 283:7
290:19
road 13:13 16:9
21:19 24:2
35:11 37:19
41:5 119:4
198:21,22
211:13 239:9
270:16
robust 165:8
role 28:7 234:3
roles 22:12
roll 160:15
rolled 4:9 113:5
118:8
room 18:4
121:12
root 108:5
roughly 202:4,5
202:6
round 33:1
52:18
row 145:10
royce 89:14
ruddy 37:12

236:9,15,19,22
236:22 237:22
**ruddys** 236:7
237:8
**rule** 215:9,16
**rules** 29:6,7
186:20,20
**run** 5:8 47:12
48:8 49:2 68:8
68:9 77:5 88:3
88:3 100:3,4
110:21 182:6
182:10 282:6
**running** 167:21
175:9
**runs** 267:16

**S**
**s** 1:18 2:18
31:20
**sad** 23:13
**saddened** 188:3
**sadly** 12:2 18:1
**safe** 18:7 19:22
21:11,19 66:4
67:8 79:12
113:19 114:4,9
160:10 161:9
162:8,9,17
173:18 189:1
219:9,14,21
233:8
**safer** 160:6
**safercar** 281:11
**safest** 35:10
119:4 260:18
**safety** 5:12,13
7:16 10:14
11:17 14:1
17:22 18:1,16
18:22 19:5
21:15 23:21,22
24:5,19 27:2,5
27:7,19 30:20
32:14,17 33:8
35:14 39:11,16
42:10 44:1,3,9

54:20 58:14
67:7 75:13
81:1 82:19
83:3 85:14,22
87:17,22 88:6
88:8,17 89:2
89:13,19 90:7
91:18,21 92:6
95:8 98:13,20
105:16 118:17
127:1 133:11
140:10 149:8
150:6 151:4,7
152:14 153:4
156:7,22 159:9
160:1,19
163:12 166:14
167:17,22
168:4,11,17
173:15 174:7
175:19 178:9
181:18 186:5
188:9,14,14
194:6 201:14
219:3,4,6
226:14 227:9
234:4 248:18
249:6 250:5,13
253:12,21
254:2,11 255:7
256:5,18 277:7
277:11 279:11
280:5 283:7,11
289:13 290:16
290:19
**sales** 244:5
**sarcastic** 285:11
**sat** 228:19
**satisfied** 279:18
282:8
**saturday** 90:15
**saturn** 13:16
22:20 132:6
145:18
**save** 277:9
**saved** 19:2
258:14 270:10

**savings** 165:11
**savvy** 137:9
**saw** 67:22 274:3
289:22
**saying** 9:12
52:21 60:20
88:7 102:21
120:17 128:7
142:3 156:16
175:4 181:17
184:1 201:7,8
231:12 245:2
**says** 45:19 96:3
127:2,5 128:2
156:8 166:6
173:4 182:3,9
194:22
**scalise** 2:15
121:2,3 122:15
122:21 123:1
125:2,6,9,18
125:21 126:5
126:20 127:14
127:22 129:4
240:5,6 241:4
241:21 243:6,8
243:21 244:9
244:14 245:21
246:12,17
247:7
**scenario** 38:22
139:5,12 206:9
**scenes** 235:13
**schakowsky**
2:16 101:8,10
102:21 103:11
103:15 104:6
104:14,18,22
105:9 106:7,20
107:8
**scheduled**
276:15
**sci** 284:4,8 286:2
286:5,22 287:1
287:6
**scientists** 186:7
**scranton** 37:13

**screening** 226:9
**screwdriver**
88:15
**search** 195:13
**seat** 4:6 99:15
185:19 259:15
**seatbelt** 96:21
**seats** 152:15
**second** 35:6
92:21 105:13
199:10,13
207:10 227:18
227:19 245:17
249:11
**seconds** 33:18
134:9 156:10
156:13 203:19
217:10 290:12
**secret** 148:14
149:11 150:4
**section** 30:3
187:15
**sedans** 6:2
**see** 15:12 22:12
35:20 36:21
55:2 87:8,9,12
89:16 93:9
98:8 130:14
134:14 153:6
166:9 170:1
177:11 194:13
213:8,18 219:8
219:16 227:20
243:16 249:15
265:5 270:3
272:3 273:6,20
274:10 281:14
283:10
**seeing** 266:15
271:14
**seek** 286:14
**seen** 46:3 50:20
89:21 122:11
122:14 188:16
228:1 232:11
239:7 280:20
**select** 195:13

**sell** 16:18 155:11
**semiannually**
279:3
**send** 134:15
163:2
**sending** 33:19
269:17
**senior** 32:19
69:5,12 104:4
186:7
**sense** 23:13
198:22
**sensor** 252:1
**sent** 13:7 171:21
227:19 270:1
280:4
**separate** 220:8
222:10 290:1
**separately**
289:18
**september**
164:21 242:3
**sequence** 96:18
97:14 261:8
**series** 96:18
271:15
**serious** 33:2
106:18 150:2
170:2 175:12
181:2 253:12
253:20 254:2
254:10 255:7
256:10,11,20
257:19,20
260:6,7 283:6
**seriously** 149:8
256:21
**served** 28:12,16
160:2 191:18
**service** 15:6
25:3 49:14
108:21,22
109:3 112:11
112:12,18,22
113:4 203:18
204:16 205:6
230:13,18

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 329 of 338

Page 328

231:14 232:9
232:11 233:2
273:11,18
274:1,2,11,22
275:1,8,17,18
276:2 278:13
278:15
services 80:10
230:10 231:5
231:20
set 30:2 35:3
39:3,15 49:21
82:8 85:21
86:2 88:15
91:16 140:14
156:2 182:19
187:15 241:3
294:2
settled 5:2 148:9
settlement 103:1
107:22 149:11
149:15 150:4
150:11
settlements
148:14,22
settles 149:10,22
severity 141:6,9
141:15
shade 131:19
shaking 231:3
shame 95:7
share 27:2 58:8
119:11,22
120:2,4,9,11
120:13,16,17
127:18 189:15
shared 18:14
50:11 72:5
127:20 128:16
128:22 202:17
252:6
shareholders
147:13,17
sharing 71:14
118:4 126:19
286:21
sharp 137:10,11

sheet 122:7
shes 131:9,13
233:4 237:4
shifted 116:12
shipping 52:3
shirk 31:12
shops 132:1
short 12:20 18:2
186:1 226:3
278:2
shorthand 293:4
shouldnt 86:2
251:22 260:11
260:12
show 12:16
14:17 20:11
80:19 172:11
187:13
showed 53:21
62:15 171:17
172:1 190:4
213:10 217:15
256:3 284:3,4
showing 77:11
264:18
shows 172:6
173:1 194:16
197:7 243:13
273:7,7
shut 4:14 13:18
25:11 91:2
109:1 154:20
154:21 156:12
238:5
shutoff 245:20
shuts 156:8
side 109:12,22
111:1,3 125:15
128:17 130:8
182:5 251:19
sidebyside
259:21
sideimpact
108:17 110:4
111:8 112:1
sides 276:13
sight 269:1

signals 24:1
269:17
signed 106:8
122:8 123:21
124:7,14,17,17
211:16 293:14
significant
210:22 211:1
213:18 262:4
288:17
significantly
145:7 199:6
signoff 122:5,7
signs 274:8
silence 236:6
silo 128:18
similar 6:1
13:20 24:3
53:15 151:13
229:11 241:7,7
242:15
simple 15:8
25:13,20 215:9
268:17
simply 132:2
194:22 284:17
290:2
sincere 31:15
single 142:14
238:9 256:8
261:6 265:18
280:2 283:3
sir 195:22 221:2
243:7 260:20
sit 23:14 113:14
115:5 185:17
sitting 30:18
152:15 181:14
274:7 276:18
situation 17:8
31:1 36:10
63:3 98:7
99:18 100:10
100:11 102:10
103:8 104:10
139:10 140:19
151:10 159:11

161:9 164:13
178:22 183:15
233:3 261:4
273:10
situations
205:21
six 19:8 102:1
112:13 131:14
size 8:4 183:7
sizes 285:18
sky 132:7
slammed 110:22
slide 194:11
slips 137:17
slogan 88:17
sloppy 70:22
slot 230:21
slow 228:8,9
small 30:18 76:6
76:11 93:21
94:4,16 97:4
190:14 238:14
239:6 258:22
259:1 261:14
smaller 147:3
social 33:15
software 214:6
sold 63:13 86:4
244:6
sole 288:19
solstice 132:6
solution 5:1
173:9 230:15
solutions 4:18
4:21 14:12,15
96:5,6,8 173:6
solve 8:4
somebody 133:8
135:10 144:8
144:14 152:1
156:2 238:21
239:2 264:21
265:6 270:22
271:7
somebodys
135:18 218:4
someones 286:5

somethings
199:11
somewhat 97:10
115:14 137:8
son 87:10
sons 87:10
soon 4:8 13:12
16:1 31:8
37:18 69:11
138:19 140:5
140:10 209:17
276:16 282:13
sooner 163:18
209:20 250:7
sorry 31:19
39:20 40:3
47:8 71:7 94:2
104:17 111:15
112:17 119:8
119:12 141:8
143:19 145:1
147:6 166:5
177:22 180:16
188:7 221:2
240:20 243:7
285:10,13
289:4
sort 183:5 212:9
sound 60:19
sounds 196:18
275:13
sources 140:17
space 219:17
spalding 108:13
spanning 42:1
spans 59:13
spare 63:11,12
64:10,10,13
speak 89:4
103:22 108:11
142:14 167:20
speaking 72:14
94:14 252:10
spec 39:15
182:14
special 189:17
190:6 200:5,7

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 330 of 338

Page 329

203:12 206:3
213:4,13 214:2
220:7,22,22
221:8 222:9
223:15 226:8
232:7 249:1
250:1 285:1
286:13,16
287:2
**specific** 42:13
47:15 54:4
72:11 141:17
161:15 169:20
178:19,22
179:8,10,21
180:7 198:6
201:5 210:19
215:16 224:15
225:14 228:18
229:9 230:8
247:22 250:14
251:11 252:7,9
253:2,20 254:3
264:7,18
266:12 270:4
273:6,20
280:16 289:7
**specifica** 83:9
**specifically** 34:1
78:3 94:15
139:16 180:12
200:17 215:22
247:14 251:3
287:7
**specification**
25:1 38:5 39:4
46:11,14 63:7
65:13 81:7
83:2,15,16,18
83:20 84:1
86:10 172:8
182:2
**specifications**
13:6 16:7
26:10 38:12,16
38:19 41:6
50:16 62:2,19

63:1 77:1 79:2
81:5,18 82:17
84:11,17 85:5
85:10,21 86:1
86:6 106:9
168:21 171:18
250:10,18
267:6
**specifics** 159:17
245:7,11 257:1
**specs** 7:12 39:1
40:6 55:8 82:8
82:9 130:15
181:16
**speed** 44:6
259:12
**speeds** 25:12
235:15 259:14
259:21
**spending** 93:17
**spike** 6:4 242:11
242:13
**spiking** 243:17
**spill** 36:15
**spokesman**
175:3
**spot** 138:6
191:22 214:8
214:11 283:4
**spotted** 5:21
**spring** 12:9
22:22 25:16
40:12 50:5
**ss** 293:1
**staff** 10:8 14:2
15:11 58:16
61:22 100:22
160:22 194:8
246:3 251:1
265:8 280:22
291:11,14
**staffed** 226:4
**stage** 222:2
**stages** 192:14
**stakeholders**
75:17
**stall** 239:10

**stalled** 235:14
**stalling** 131:11
132:4,11
248:20 270:16
**stalls** 110:17
238:14
**stamp** 196:13,19
**stamps** 25:18
**stand** 32:18
190:19 199:4
205:11 213:11
230:5 274:20
**standard** 35:3
117:15 125:16
182:8 214:21
222:1 282:17
282:20
**standards** 7:12
94:19 110:15
131:3 172:12
179:9 181:18
290:15,17
**standing** 243:18
**stands** 32:19
215:15 238:11
**staring** 87:7
**start** 13:2 34:14
93:20 159:15
159:18 160:13
263:14 270:17
271:14
**started** 6:14
103:10 117:8
144:15 263:19
264:18 271:1
**starters** 84:8,12
**starting** 144:14
145:18
**state** 20:5 99:14
252:21 273:9
293:1
**stated** 57:14
108:22 173:14
228:7 255:21
**statement** 30:5
41:16 43:12,15
93:7 95:7,12

128:10 175:4
187:18 206:20
208:11 245:9
246:1 273:7
**statements** 6:20
41:20 49:20
60:22 89:5
199:17 291:2
**states** 1:1 30:3
42:18 76:6
86:5 108:22
187:16 196:15
**static** 242:10
**steel** 39:3,4,6,9
82:22 83:7
84:7
**steer** 162:15
**steering** 38:2
97:6,7,8,9
110:18 161:2
162:12 257:22
258:2,18 265:1
**stellar** 81:16
**step** 19:17 34:20
37:4
**stephen** 2:15
**steps** 75:12
102:18 106:18
107:7 195:9
219:13
**stick** 249:14
**sticking** 158:7
**stood** 190:5
213:9
**stop** 98:12
**stopped** 278:6
**stopping** 49:1
238:18
**store** 204:11
**streamlined**
117:4
**street** 257:15
**stress** 32:11
**stressing** 33:7
**strictly** 73:8
**strike** 261:14
**strong** 162:12

**strongly** 260:11
**structure** 117:2
129:1
**stuck** 234:11
**study** 71:4,11
100:18
**subcommittee**
1:5,16 4:3
21:12 29:20
80:9,13 84:19
93:14 151:8
177:13 178:4
186:12 187:11
217:15
**subcommittees**
21:14
**subcomponent**
86:13
**subject** 30:1
187:14 220:21
221:8 239:20
277:11
**submit** 70:5
76:1 78:5,19
79:6 93:1,11
163:22 210:13
223:17 292:2
**submitted** 20:19
42:17 53:17
67:14 220:20
221:6 236:4
289:10
**submitting**
289:5
**subpar** 65:9,17
65:22
**subsequently**
242:5,6 249:8
**substandard**
179:15
**substantial**
150:1
**substantially**
148:1
**suburban** 154:7
**suburbans**
154:12

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 331 of 338

Page 330

successfully
191:14 212:21
sudden 110:16
suddenly 38:1
91:2 175:17
235:14,22
sued 149:7
suffered 36:5
188:7
sufficient 191:7
198:16 202:2
222:6 237:15
285:7
suggest 73:1
262:1
suggested 227:1
240:13 242:4
suggestion
218:7
suggests 26:2
summary 30:5
49:12 118:4
187:18 253:6
summer 18:3
96:17
supplemental
250:21
supplied 96:15
supplier 5:6
13:4 34:10
40:12 67:1
117:19 171:16
193:7
suppliers 39:5
207:11 216:10
234:21 245:19
supply 73:9
82:14 117:18
support 34:21
194:8 213:10
supporting 76:3
supports 35:5
supposed 15:15
46:11,15 54:16
57:18 113:13
162:17 240:22
267:19,22

268:3 273:15
274:4 281:19
sure 17:4 19:20
27:3,18 30:9
36:11 53:14
59:18 63:11
67:6 107:21
112:20,22
121:17 123:2
133:4 137:14
153:17 156:3
162:8 167:6
181:22 183:2
185:3 195:7
208:7 209:15
217:4 228:21
229:5 237:3,5
241:16 243:5
246:17,19
247:11,16
264:3 268:16
269:22 274:1
280:1,8,19
281:2,10
283:16 286:19
290:13
surprised 130:4
suspect 36:1
swear 28:19
29:14 186:10
switch 1:8 4:3
4:11 5:5,8,16
7:1,3,14,16,20
8:2 12:7,9,11
12:17,22 13:3
13:5 14:10,10
15:9 16:2,5,7
16:13 19:8
24:8,22 25:13
26:5,7 38:3,5
39:18,20,21,22
40:11,11,19,22
41:4 42:3,19
42:21 43:1
45:18,20 46:10
46:10 50:4,6
50:10,12,14

51:18 52:6,9
52:12,13 53:22
54:2 55:7 56:1
59:4,5 60:1
61:15,15 63:5
65:20 66:1
72:9 76:17
77:2,4,9,11,16
77:21,22 78:9
78:14 84:9
91:12 103:18
106:4,9 108:18
110:10 122:10
122:20 124:1
124:11 126:11
130:14 131:1,2
143:4,7 144:3
144:4,9 145:2
145:5 148:6
152:10 156:1
156:18 159:20
165:2,6,8,13
165:17 168:20
171:5,16,18,19
172:8,12,20
174:12 177:8
178:2,12 179:2
179:6,14
180:13 182:5,6
188:4,21 203:7
203:11 205:18
207:8,20 216:7
216:15 225:11
235:10 236:3
245:16 247:19
248:20 249:2
249:19 251:4
252:11,19
282:5 285:5
286:7 287:12
288:15 289:8
switches 11:20
13:2 15:21
16:9 20:13
26:8 38:11
45:6 46:12,17
51:3,11 52:1,7

59:2 60:12,15
60:17 61:6,16
62:1,4,8,18,22
63:4,22 64:8
65:4,6,9,17
66:19 67:2,4,8
76:7,13 81:5
109:5 112:11
122:18 155:3,9
155:15 172:2
181:15 193:5
248:13,16
250:3,9,17
sworn 29:17,20
187:7,11
sympathies
16:22 37:10
sympathy 37:14
75:5
system 18:12
33:7 47:11
48:6 141:5,14
157:3,5 159:4
159:7,7,12,22
160:6,6 168:2
197:15 237:9
241:15 261:20
264:17,17
267:19 271:20
275:7
systematically
117:21
systems 7:21
37:21 43:2,8
158:12 204:9
207:13 237:10
268:1 275:5

———— T ————
tab 40:17 41:9
45:15 47:20
62:10 95:19
96:2 99:2
122:3,5 164:18
164:20 172:5
172:22 182:2
196:9 227:14

230:11,12
269:19
tact 151:17
tahoe 129:18
take 1:9 4:4,6
7:5 13:14 21:1
21:17 24:19
32:4 33:22
44:3 45:15
47:20 49:17
75:12 88:11
90:10 92:11
98:17 103:7
104:19 106:13
106:18 107:6
113:17 114:4
122:2 132:21
134:10 136:13
151:16 158:16
161:11 162:14
167:1 169:18
173:17 181:2
185:18,19
186:14 195:9
217:22 218:16
232:22 244:9
244:16,18
274:9 281:14
286:6
taken 66:14
124:4 137:22
173:22,22
186:2
takes 74:9 78:20
257:8
talk 125:14,22
145:10 287:22
talked 72:19
131:6 147:3
163:7 203:4
240:10 280:21
talking 8:12
33:12 67:18
90:12 95:20
104:14 122:15
123:10 126:7
126:11 178:22

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 332 of 338

Page 331

200:14 216:9
266:4 273:10
277:4,12 281:2
282:15 286:20
287:20
**talks** 45:17
**tank** 265:3
**task** 32:18
**tasked** 201:13
**tavera** 106:17
**team** 32:8,19
33:6 54:22
55:3 70:18,19
72:4,8,11
114:7 118:20
137:15 181:20
199:3 201:2
209:17 212:18
212:19 213:16
230:1 234:10
265:20,21
271:17 287:8
288:9
**teams** 241:16
286:20 287:22
**tear** 154:18
**teardown** 45:19
**technical** 15:4,6
25:2 35:14
49:14 89:12
112:10 157:2
182:2 230:10
230:13,18
231:5,14,20
232:9,10
**technician** 25:15
**technicians** 25:8
112:12 113:1
**technology**
158:6,20
189:19 194:3
**teenagers** 19:13
**teeth** 154:18
**television**
262:20
**tell** 5:2 17:1
30:19,21 45:11

65:16 85:12
89:6 90:6
105:17 116:18
118:19 155:4,9
200:20 216:4
249:9 254:7
258:13 277:5
**telling** 75:2
85:20 116:14
165:19 168:9
**tells** 32:3
**ten** 7:2,8 46:13
46:18 47:9
50:17 94:4
131:8 132:22
212:22 215:19
216:2 292:2
**tennessee** 2:5
**tenure** 136:16
**tenyear** 263:12
**term** 179:9
**terms** 115:20
159:8 212:18
216:1 237:7
**terribly** 96:22
**terrorist** 183:1
**terry** 21:12
177:12,18,20
177:21 178:15
178:19 179:1,5
179:13 180:1,4
180:9,18 181:5
217:13 283:20
283:21 284:1
285:8,11,15,19
286:1,22
287:11,16,19
288:6,14 289:3
289:16 290:4,7
290:12,20
**test** 50:20 77:9
117:10,14
**testified** 29:20
87:20 101:12
187:11 249:15
257:11 284:2,3
**testify** 180:14,17

187:22 193:17
**testifying** 19:15
29:3 128:4
186:16
**testimony** 18:9
29:1 68:22
93:20 127:2
128:8 157:22
186:14 187:2
203:14 205:5
227:1 244:21
245:11 247:8
255:20 270:13
273:8 275:9,13
276:22 284:3
288:2
**testing** 67:6
113:16 114:7,9
117:15 181:21
**tests** 61:10
171:17
**texas** 2:4,11
80:3 129:10
**texting** 232:16
**thank** 4:6 9:22
10:5,6,7 11:12
17:6,12,17
22:5,6 23:3,6
23:11 24:14
27:22 29:22
30:6,10,12
37:6,7 40:15
45:3 48:11
50:2 52:18
53:9,12 60:9
66:21 67:9
68:2,4 70:9
74:13,22 79:19
79:20 80:5
86:18,19 87:2
93:16,17 101:4
101:10,10
107:8,14 108:3
113:7,8 114:17
114:20,22
121:3,5,11
129:8,10,12

134:19,20
135:1 142:15
142:18,21
150:19 151:1,2
151:3 152:13
157:13,14,18
164:1,7 170:10
170:15 177:9
177:10,18,21
181:5,12 184:9
184:11,12
185:7,14,15,21
186:18 187:21
193:17,18
203:2,22 210:2
211:7 217:12
218:10 220:2
226:21 233:14
233:15 234:1,2
240:1,6,7
243:10 248:5,7
248:10 255:11
255:15,16,17
262:6,12 269:5
269:10 276:5
276:11,12,21
283:17,21
290:20,21
291:20,20
292:7,9
**thanked** 130:6
**thanks** 101:4
247:7
**thats** 27:6 36:7
39:13 41:21
42:6,14 43:3
46:6,7 52:15
54:7 57:6,10
58:20 59:17
60:13 61:20
68:11 73:2,16
78:2 85:18
86:4,15 92:3
98:14 99:1
102:9,13
106:10 111:18
113:5 114:15

117:15 121:15
122:14 125:3
128:3,4 133:13
133:18 135:8
135:22 140:8
143:13,17,22
147:4 148:20
150:11 151:22
152:10 156:13
161:9 163:13
164:19 165:17
165:22 166:21
168:7 172:15
178:17 179:12
179:13,16
180:2 196:1
204:15,20
208:5,6,9
210:12 212:5
218:18 219:10
220:11 221:10
221:22 222:13
222:19 224:22
230:11 234:16
234:17 237:1,2
238:19 239:6
241:5,9,10
244:1,3,4,6
253:4,8,10,14
256:9 257:8
258:2,8 260:6
260:17,18
266:17 267:11
267:20 273:14
273:14 276:4
278:20 284:20
286:7 287:20
289:2 290:2
**theirs** 154:9
**theory** 272:8
**thereof** 227:8
293:14 294:1
**theres** 41:19
60:21 73:1
85:4 111:17
114:6 115:19
123:17 125:14

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 333 of 338

Page 332

139:14 140:14
152:20 160:8
214:22 283:1
**theyre** 8:20
21:10 66:4,11
109:15 153:1
181:16,17,19
232:21 233:7
243:17,19
268:2 279:18
285:8,9,15,15
**thing** 31:14 33:8
102:9 105:8,10
105:19,22
123:9 134:8
138:18 175:1
218:15,18
219:7 233:8
257:4,5,6
260:18 282:11
282:17
**things** 11:4 33:3
34:17 36:2
41:19 57:21
114:5 127:2
139:2 142:8
143:1 156:5
162:21,21
163:9 169:2
199:17 202:8
207:2,5 223:21
224:4 245:12
257:4 266:21
267:13 271:4
271:15 272:4,5
279:22 280:21
288:2
**think** 8:3 68:1
70:21 71:5,9
73:4 74:3
82:11 85:19
87:17,21 88:20
92:22 95:11,18
97:22 101:13
104:10 106:16
109:15 115:20
118:2 125:11

129:17 135:14
137:6 140:18
149:13 151:19
151:21,22
152:4,5 153:19
154:7 160:1,8
161:22 163:13
168:14 174:4
178:21 179:16
179:19 181:8
203:21 208:17
217:21 218:5
226:2,13
229:20 233:1
241:5 249:13
253:16,21
255:3,20 256:9
261:6 262:21
263:1,21
266:21 267:19
270:12,20
273:15 274:4
277:1,2,19
284:6 288:2,14
**thinking** 37:1
105:18 116:15
181:14 277:20
**third** 34:13
63:13 207:17
245:17 249:21
267:8
**thorough** 31:21
75:16 125:13
**thought** 130:17
143:19 144:8
251:22 288:11
**thousands** 15:20
18:11,11 44:15
118:11 209:10
211:11,11
**three** 5:18 6:10
9:16 51:13
152:19 189:17
220:8 245:12
270:20
**thumb** 215:10
215:16

**time** 10:4 16:16
16:17 17:14
18:2 23:19
27:21 42:13
44:8,22 54:7
58:4 59:8
63:10 64:9
66:15 67:10
68:1 74:12
79:22 82:11
86:21 91:7
93:17 96:5
97:14 100:10
101:1,6 105:15
107:18 108:13
115:17 116:2,7
122:13 127:15
128:1,14 129:7
129:20 131:15
150:20 151:19
152:16,17
153:16,21
156:17 158:5
167:10 169:14
175:3,16 176:5
176:19 178:10
184:12 190:7
191:7 193:2
198:10 199:10
199:13 202:21
203:12 205:8
206:1 208:17
209:14 213:14
224:17 225:9
226:5,16
229:16 232:10
240:1 245:22
247:9 252:17
253:17 262:8
267:1 268:20
271:22 275:2
275:18,20
276:2 278:14
283:15 288:9
290:7 293:10
**timeframe** 40:2
117:9 148:2

**timeline** 43:18
49:7,10 56:14
56:20 57:2
59:9 68:15
98:16 209:9
**timelines** 115:12
**timeliness** 127:7
127:10 245:4
**timely** 53:17
184:19 245:4
**times** 10:19,19
33:18 58:8
68:7 82:22
90:15 131:14
131:22 133:5
154:13 173:3
174:18 175:14
176:6 228:9
235:8,12
236:12
**timothy** 2:2
**tire** 18:6 151:10
152:8
**tires** 18:14 20:3
232:18
**title** 30:2 136:6
187:15
**today** 8:19 9:8
10:21 17:10
19:15 20:6
22:7 23:14
24:3 27:6
30:16,19 37:9
40:9 44:2,20
44:21 58:22
70:18 80:18
81:21 85:13
88:12 101:19
102:3 109:15
125:10 127:21
130:1 151:4
152:2 153:10
154:7 155:5
167:3,3 171:3
179:17 183:21
184:12 187:2
187:22 188:6

189:15 193:17
216:1,21 234:2
236:16 262:20
263:1 268:13
276:14,17,19
276:22 277:12
**todays** 20:3
24:13 28:4
29:10 31:13
33:3 35:9
43:20 68:7
70:18 88:10
90:5,6 116:1,8
215:18 291:22
**told** 4:12 5:6 7:2
26:7,12 31:9
61:22 62:3
88:2 102:3
109:8 112:6
131:18 150:18
161:19 162:7
174:10 175:15
218:13 236:12
239:13 265:8
**tomorrow**
281:13
**tonko** 2:17
114:18,20
119:5,9,13,19
120:2,6,10,15
120:19
**tool** 280:13
**tooling** 4:19
14:14 43:13
96:6,7 173:4
**tools** 191:13,17
191:21 214:3,5
214:9 281:8
**top** 32:15 62:7
118:13 188:9
219:3,6 280:22
**topic** 87:18
**torque** 5:7 38:6
38:10 40:13
41:6 46:11
50:6,15 77:3
77:12,20 78:10

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 334 of 338

Page 333

78:14 131:3
182:4 230:16
231:21
**total** 6:5 170:4
278:18
**totaling** 19:9
**totally** 143:13
**tough** 35:19
138:6
**town** 35:12
**toyota** 11:3
151:11 152:9
**toyotas** 23:18
**track** 135:20
278:1,5,8
280:11 283:13
**tracking** 6:14
47:10 48:6
63:14 141:5,13
**tracks** 235:16
278:12
**trade** 131:19
177:14
**tradition** 80:18
**traditional**
159:18
**traffic** 5:13
10:14 23:22
27:2 95:8
100:11 127:1
153:4 156:7,22
163:11 169:20
170:1 235:16
248:18 249:6
250:5,13 256:5
277:7 279:10
**tragedies** 138:22
188:11
**tragedy** 9:4,18
18:20 27:19
36:6 98:8,9
157:21 232:4,4
237:5
**tragic** 75:6 98:7
100:10 104:11
109:10 111:13
115:3

**tragically**
108:15
**train** 271:12
**trained** 33:16
44:15 118:11
**training** 44:17
89:7
**trans** 153:2
**transcribed**
293:5
**transcript** 1:14
293:9,14
**transparent**
31:5 71:18
120:13
**transportation**
153:3 186:5
**travel** 276:17
**tread** 18:18 19:3
170:6 178:5,5
211:14 289:17
289:19
**treat** 33:22
256:20
**tree** 98:4 100:4
131:19 261:2
262:3,3 267:16
286:1
**trees** 96:19
257:18 285:6
285:12,17
**tremendous**
134:5
**tremendously**
92:6
**trend** 20:18
197:20 211:19
213:9,19
215:14 224:7
234:8,10,11
247:4 266:10
274:17
**trends** 191:22
214:8 241:4
246:22 249:15
283:4
**trial** 137:8

**trick** 85:6
**tried** 213:8
218:13 236:9
**trigger** 214:17
250:4
**triggered**
223:21 224:2
**triggers** 263:7
**trotline** 170:18
**trotlines** 171:2
**troubled** 11:15
225:19
**troubling** 95:17
**true** 20:6 48:17
61:3 88:22
90:1 114:13,15
128:22 140:17
251:8 253:10
265:15 269:15
293:8
**truly** 207:22
**trust** 9:3 34:17
164:14 195:17
233:2
**truth** 9:4
**truthful** 180:8
**try** 38:9 80:15
213:17 215:8
217:4 237:19
238:10 280:8
280:19 281:8
283:4 286:19
**trying** 47:6
66:15 110:18
130:2 146:19
147:6 167:5
180:8,10
188:10 200:3
250:2 261:20
271:4
**turn** 12:11,17
31:7 40:17
62:4 172:7
196:8 230:16
**turned** 61:5
96:10 204:6
**turning** 41:1

42:9 131:11
158:8 235:22
251:4,4 288:16
**tv** 269:21
**twice** 4:17 8:6
20:16 198:5
199:9
**two** 6:17 10:15
19:13 34:12
45:20 51:14
53:22 87:10
119:1 146:8
150:10 153:7
154:7 156:5
181:11 190:6
198:4 205:21
206:1,8 241:16
257:3 259:14
259:15 284:4
284:14 285:2
286:22 287:4,9
290:10,12
**twothirds** 62:4
267:9
**twothousand**
40:1
**twoton** 17:19
**type** 54:21 94:9
98:2 167:2
214:20 253:1
**typically** 201:18
205:11 282:22
284:20

_____
        **U**
**u** 31:20
**ultimately** 5:1
6:7 19:2 54:1
240:14
**unabashedly**
75:17
**unable** 194:4
212:9
**unacceptable**
14:18 43:19
57:12 98:11
173:14

**unanimous** 13:9
14:4,22 92:14
291:1,8
**unanimously**
211:15
**unaware** 227:4
**unbelted** 190:13
200:11 261:14
277:10
**uncomfortable**
194:5
**uncommon**
190:18
**uncover** 26:18
71:2 137:15
**uncovered**
137:9
**underfunded**
226:4
**understand** 43:6
43:17 44:21
54:8 59:11
65:12 73:17
79:14 82:2
85:2 102:19
104:13,17
111:6 128:20
143:15 147:9
155:21 167:4,6
171:1 192:6
194:3 199:8
200:4,12,15
209:16 213:17
217:4 219:13
233:4,10 234:4
237:3 261:10
272:18,19
274:6
**understanding**
49:22 59:16
63:3 64:7
102:6,12 179:7
180:19 193:21
200:3 205:1,3
205:7 217:1,7
223:22 236:21
237:7,21

09-50026-mg Doc 12727-4 Filed 06/17/14 Entered 06/17/14 13:19:35 Exhibit
Transcript of Proceedings House Subcommittee (4/1/2014) Pg 335 of 338

Page 334

238:12 250:19
256:8 268:8
273:9,11 275:5
275:6,17,20
276:1 284:16
287:18 289:11
**understands**
58:19
**understood**
38:10 69:12,12
**undertake** 174:5
**undertaking**
94:12
**underwhelmed**
105:18
**undivided** 33:12
**unessential**
49:17
**unexplainable**
264:20
**unfolded** 24:6
**unfolds** 21:16
**unfortunately**
15:18 108:8
121:21 231:8
259:18
**unidentified**
292:6
**unimpeded**
31:22
**unintended**
23:18
**union** 186:7
**unique** 149:15
149:20
**unit** 173:9
**united** 1:1 30:3
76:6 86:5
187:16
**unquote** 41:2
179:18
**unraveled** 91:6
**unreasonable**
178:8 290:19
**unsafe** 16:19
**updated** 33:14
**updates** 32:2

53:2,7 54:15
**upper** 258:19
**upset** 35:20
**upstairs** 87:14
**upton** 2:18
17:16,17 53:11
53:12 54:9,15
55:6,11,18,21
56:5,8,11,18
57:4,8,14,17
59:1,20 60:3
71:14 185:9
211:6,7 212:6
214:13 215:17
216:20 217:9
**uptons** 153:12
**use** 50:4 60:11
60:17 61:5,17
86:9 125:17
144:10 165:22
168:19 179:20
192:9 195:3
197:15 214:7
214:17 226:7
**useful** 195:3
**uses** 130:18
**usually** 100:16
148:19 160:12
183:4

_____

**V**

**valid** 263:3
**validation** 122:7
181:21
**validations**
117:11
**valuable** 58:11
128:21 254:8
**value** 163:22
183:5
**values** 44:18
89:8,18 92:22
93:2,7 118:8
**valukas** 31:21
41:22 53:4
58:1,2 71:2
72:16 74:8

92:10 107:2
118:7 119:14
119:15 124:21
125:13 127:20
128:13
**variety** 161:7
213:5 239:11
289:21
**vehicle** 18:1
21:15 27:7
28:14 32:13
34:2,9 43:8
58:14 59:14
88:6,14 92:6
99:8 100:3
105:15 113:19
158:11 159:22
160:12 161:16
162:7,18
167:12 168:1
173:18 176:12
176:14,18
192:19 204:6
221:15 251:2
253:1 261:3
270:16 275:19
277:11,13
280:16 282:4
282:13 283:6
284:6,11,19
290:18
**vehicles** 10:18
11:19 12:8
19:8,10 24:7
25:22 26:9,12
26:15 31:1
34:5,11 35:10
35:16 44:4
51:9 62:8,17
63:19 64:3,5
64:12,13,19
65:3,7 66:3,9
75:4 77:17
79:11 81:22
83:7 88:9 90:4
90:8,13 98:8
99:16 100:2

104:8 108:6,10
114:2 119:4
129:17 132:7
145:18 146:5
155:12 160:15
161:6,11 162:6
165:10 171:20
176:15 186:9
188:14,18,20
188:21 190:5
196:22 198:20
199:2,6,7
224:20 229:13
235:11,22
239:11 244:5
259:14,15
270:5 278:13
**velocity** 17:20
**venture** 233:17
**verified** 273:9
273:11
**vermont** 2:20
**version** 56:13
288:8
**versus** 146:22
159:18 179:10
242:8 273:16
290:9
**vibrate** 154:17
**vice** 22:3 28:12
32:13 58:14
82:12 88:6
92:5 93:13
**victim** 184:6
**victims** 9:3
24:12 115:3
157:20 183:8
183:11,22
188:5
**videotape** 1:14
**videotaped**
292:12 293:6
**vin** 280:15
**violation** 127:16
**violent** 18:6
**virginia** 2:12
269:9

**vital** 281:8
**vitosh** 1:18
293:3 294:6
**vlasic** 90:21
**voices** 35:21
**volume** 244:3,4
244:4 259:1
**vp** 35:13
**vu** 19:6 23:13

_____

**W**

**wait** 33:18 222:4
278:9 282:7
**waiting** 32:12
113:12 116:5
185:17 278:2
**wall** 87:8
**want** 9:22 12:16
16:22 17:1,5
22:14,16 24:14
27:21 32:11
33:3 34:1 36:2
37:8 53:14,16
57:11 59:11
62:10 67:12
68:14 78:12
80:6 81:19,21
88:21 89:16
101:15 102:8
104:10 108:3
108:11 119:3
121:11 122:2
123:5 124:21
126:21 137:21
140:9 145:10
146:16,17
147:20 150:15
151:3,16 152:3
152:7,7 157:7
157:19 162:1
164:16,18
167:2 168:7,12
169:17 183:2
192:21 201:15
202:19 203:7
211:8 219:10
219:12 228:3

09-50026-mg   Doc 12727-4   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   House Subcommittee (4/1/2014)   Pg 336 of 338

Page 335

230:11 236:13
244:20 247:10
261:4 262:12
264:13 267:2
276:12 282:4
282:21,22
283:4 285:19
288:8
**wanted** 36:4
194:9 217:9
219:7 243:9,12
246:21 269:22
277:16
**warned** 12:14
49:16 235:17
**warning** 20:19
189:17 197:11
197:15 212:1
213:3 220:14
223:14 242:20
249:21 251:9
252:22 255:6
265:22 269:17
274:8 278:11
288:21,22
**warrant** 191:8
214:17
**warranted**
198:3
**warranties**
251:16,18
**warranty** 6:4
13:17,20 14:3
16:14 25:7
66:5 163:10
165:11 166:10
196:20 197:2,7
198:1 251:2,10
251:11 252:5,7
252:9 253:3,11
253:12,19
254:4 255:1
278:12,14
289:20
**wasnt** 6:20
42:10 65:15
95:3 96:21,22

128:16 135:13
148:21 151:12
169:4 198:16
199:10 213:18
256:11 265:14
285:7
**watch** 31:2 69:1
115:11,22
**watching** 21:16
262:14 269:21
**water** 182:20
**watsonibm**
214:6
**waxman** 2:19
10:2 23:9,11
60:7,9 61:1,4
61:10,14,21
63:16,20 64:15
64:18,21 65:2
65:15 66:11
67:18 80:11
95:6
**way** 33:3 36:20
43:20 47:21
48:20 57:13,20
58:21 59:17
80:17,21 81:20
81:21 89:6
90:4 92:2
98:22 110:7
117:13 126:16
137:22 154:3
157:3 158:18
159:3 167:21
168:6,11 214:1
219:17 232:22
260:18 264:4
266:19,20
267:8,9 273:14
278:1,5,8
288:4
**ways** 172:19
192:8,11 281:2
288:3
**wearing** 96:21
**website** 33:14
194:13,18

195:2,8,11
217:19 219:8
219:12 237:11
280:14
**websites** 189:18
195:18
**wed** 160:2 211:3
**week** 26:2 34:15
61:22 159:2
171:15
**weeks** 9:16
102:1 107:1
115:22
**weigel** 170:16
**weigels** 171:1
**weighed** 96:22
258:1
**welch** 2:20
142:16,18
143:5,7,13,16
143:21 144:2,7
144:13,18
145:2,9,14,20
146:10,16
147:4,8,11
148:4,9,12,17
149:2,5,18,21
150:13,19
**welcome** 32:20
157:1,5 163:20
194:7
**welldocument...**
83:22
**went** 12:12
19:18 57:15
61:8 72:22
98:2 99:5
121:20 174:22
194:13 242:19
257:14
**weve** 33:3,4,16
33:19 34:4
41:21 44:12,15
44:16 53:20
58:20 60:10
80:12 87:3
89:7,11 98:17

107:2 111:17
116:7 117:7,10
117:11,16,18
117:21 118:8
118:11 121:19
129:1 133:9
134:5 151:7,10
156:16 158:14
183:14 209:14
212:21 214:9
214:10 215:14
219:17 236:14
237:5 242:7
277:3 283:9
**whats** 26:1
54:16 58:19
59:9 88:21
90:13 108:1
120:13 126:1
130:2 242:11
264:21 286:9
290:4
**wheel** 18:8 97:6
97:7,9 155:22
156:17 188:13
257:22 258:2
258:18
**whos** 22:13
**widespread** 69:2
**wife** 129:18
174:19
**wifes** 130:18
**willfully** 142:4
**willing** 183:9
**wish** 134:15
268:17,19
269:3
**withhold** 142:7
142:12
**witness** 3:3 28:4
28:19 29:16,19
93:17 156:6
186:10 187:6
187:10,14
**witnesses** 10:6,7
291:20 292:3
**woman** 258:22

**women** 35:8,16
87:9
**wonder** 97:3,16
274:21
**wondering**
199:12 244:2
**wont** 9:11 22:2
129:2 137:18
150:14 152:17
**wording** 273:5
274:2
**words** 120:15
**work** 7:3 21:9
32:3 33:7
35:16 37:21
45:9 46:19
55:1 57:18,19
57:20 63:4
70:22 103:4
105:7 121:17
134:3 139:9
153:6,7 154:15
154:16 156:6
156:15,21
157:11 160:9
183:19 184:2
188:10,12
232:4 237:5
267:19 268:1
**worked** 23:2
82:2,3 154:1
186:6 207:16
213:17 268:9
**workers** 9:11
**working** 10:3
67:1 72:4 89:6
112:13 137:11
142:21 252:1
**works** 157:3
**world** 9:11 20:6
31:9 81:15
83:18 98:19
130:19 138:19
140:13
**worldwide**
91:16
**worn** 232:19

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 337 of 338

Page 336

worst 139:5,12
worth 160:20
worthy 265:14
wouldnt 5:8
  15:17 98:4
  138:13,17
  144:13 154:15
  154:16 159:11
  199:22 200:13
  279:14
write 165:18
writer 90:21
writing 128:7
written 30:5
  33:19 93:20
  187:18 203:14
  226:22 275:9
  291:2
wrong 19:18
  57:15 276:3
  290:18
wrote 90:21
  174:18 176:6
  211:14

**X**

x 3:1

**Y**

yall 123:13
  124:18 241:6
  243:6,8
yarmuth 2:21
  157:17,18
  158:19 160:4
  160:18 161:17
  161:22 162:3,5
  163:6,16 164:1
yeah 47:21
  84:10 110:11
  152:11 160:18
  163:1 228:3
  287:11
year 5:4 26:8
  51:14 56:19
  62:17,21 64:2
  106:18 112:14
  119:1 122:21

122:22 165:5,9
169:6 171:17
229:18,18
275:19 280:13
283:3
years 5:18 6:10
  7:2,8 11:2
  24:18 45:7
  47:9 54:1 59:3
  60:14,18 61:17
  63:21 80:14
  88:12 93:8
  94:4 111:5
  121:21,21
  131:9,10
  132:22 146:12
  146:21 147:14
  151:21 153:20
  154:2,4,11
  158:21 169:12
  186:6 189:8
  194:1 198:21
  204:3 213:1
  215:20 216:2
  227:6 231:7
  235:9,22 238:5
  238:20
yesterday 13:7
  108:9 131:7
  172:1
yield 11:8 22:3
  23:5 27:21
  60:3,3 74:14
  79:21 84:3
  92:13,21 107:8
  113:9 120:20
  129:6 141:22
  150:19 157:15
  164:1 170:11
  181:6 206:10
  217:11 218:9
  226:15 233:16
  247:8 262:7
  276:5 283:16
yielded 262:3
yielding 10:6
  285:6,12

yields 23:7 28:1
  60:4 80:1
  107:10 120:21
  164:3 170:12
  181:7 210:3
  226:17 240:2
  269:6 276:7
york 2:17 90:15
  174:17 175:14
  176:6 235:8
  236:12
youd 99:19
  154:14
youll 39:3,6 96:1
  185:15 243:16
young 84:22
  87:8,9,12
  112:12 231:9
youre 45:1
  47:14 52:21
  54:15 66:15
  71:14 73:4
  82:10 119:7
  123:1,2 124:22
  127:14,17
  138:6 151:20
  151:21 152:19
  168:9 180:6
  181:17 183:3,3
  184:1 201:7,8
  211:4 245:2,8
  252:10 267:12
  271:3 274:12
  281:13
youve 57:14
  66:14 68:6
  87:4 97:20
  99:20 105:14
  111:14,14
  122:3 130:11
  138:9 142:20
  152:19 175:21
  241:22 242:9
  242:10,11
  245:7 259:20
  271:7 273:13
  281:4,4 282:11

**Z**

zero 17:20

**0**

000 19:10 34:5
  37:17 67:16
  114:1 131:12
  265:19 283:3,9
  283:11
03 145:19 146:4
05 20:16 154:11
  155:1 218:5
06 59:4 218:5
  220:9
07 146:4 212:1
  218:5
084002883
  294:6
09 220:9

**1**

1 1:11,15 19:9
  124:8 145:13
  146:7 191:14
  212:21 214:18
  268:9 293:7
10 166:11 169:8
  214:19
100 67:5 214:19
1001 30:3
  187:16
101 55:12
106 258:1
106pound 258:3
10th 108:15
11 235:22 238:5
  238:20
12 22:10 91:10
  186:6 194:1
  230:11,12
12th 170:18
13 12:2 24:10
  34:5 45:7
  114:1 131:11
  263:10
130 13:19 25:7
  251:1 252:12

253:19
14 6:6 196:17
  218:6 222:22
15 46:11 50:17
  50:18 166:11
  182:7,13
  217:10
15th 28:7 196:10
  196:12 294:2
18 30:2 87:15
  90:8 153:20
  154:4,5 170:16
  187:15 269:19
187 3:8
18th 88:4
19 170:18 196:9
1950 188:16
1973 154:6
1990s 76:18
1st 95:22 215:18

**2**

2 11:19 24:7
  51:9 76:6
  91:17 108:6
  124:10 143:6
  145:13
20 46:15 77:2
  88:12 93:8
  99:2 136:18
  182:14 214:19
  269:3,3,15,15
200 37:17 67:16
  260:9 270:14
2000 18:3 19:4
  19:20 20:3
  23:16 145:14
  224:17
2001 12:14 45:7
  171:14,17
  248:12
2002 13:3 38:4
  46:10 60:11
  61:4,11 62:8
  76:19 130:14
  172:3,13
  250:10

09-50026-mg    Doc 12727-4    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    House Subcommittee (4/1/2014)    Pg 338 of 338

Page  337

**2003** 13:15,15
  16:12 60:15
  61:8,11 64:1
  131:8 222:17
**2004** 4:9,16
  37:19 47:9
  48:5 51:6
  141:12 172:18
  173:1,12
  248:14
**2005** 4:16 5:6
  14:12 15:5
  28:13 40:18
  47:13 48:22
  95:22 96:12,17
  108:20 109:5
  112:10 130:15
  141:13 161:1
  164:21 167:11
  169:7 170:17
  170:19 174:17
  176:6,8 195:13
  220:9,21 221:8
  230:9 231:19
  236:8 248:21
  249:1,11,21
  257:14 261:12
**2006** 7:14 16:5
  40:10 42:22
  50:3 52:7,13
  54:2 77:17
  106:4 114:14
  123:15,16
  124:8,12 126:6
  126:12 135:5
  143:8 144:3,10
  144:16,20
  170:16,22
  181:16 220:22
  221:8 222:17
  231:5,20
  249:22 250:11
  258:7
**2007** 5:18 6:13
  10:17 60:15
  61:11 64:1
  130:22 144:3

144:10,16
145:4 146:2
169:8 189:22
191:4 196:2,10
200:6 222:16
225:7,10
229:11 240:11
240:19 242:3,8
242:16 249:10
255:21 270:2
**2008** 16:9 26:8
  28:11,14 51:3
  60:18 61:17
  62:8,16,21
  64:3 165:6,9
  169:9
**20082010** 62:17
**2009** 28:11
  102:1,5 103:19
  169:4,10
  170:19,21
  259:6
**2010** 6:10 10:17
  23:19 27:9
  60:18 61:17
  62:21 91:3
  108:16 191:1
  229:11 255:21
**2011** 6:16 16:10
  26:8 51:3 64:3
  136:19
**20112012** 117:9
**2012** 6:16 182:3
  256:4
**2013** 6:20 42:20
  62:9 176:1
  227:16 228:16
**2014** 1:11,16
  16:12 27:7
  28:7 51:7,14
  51:14 79:16
  126:8,9 143:12
  215:19 294:3
**24th** 170:16
**25** 6:5 40:17
  41:9
**25th** 123:15

**26** 170:20
**260** 235:20
  238:4,17 239:3
**28** 164:18,20
**28th** 64:4
**29** 3:4 6:5
  196:15 222:21
**293** 293:7
**299** 191:14
  212:21 268:9
**29th** 108:16
**29year** 231:9

**3**
**3** 13:16 108:10
  141:6,9,15
**30** 91:5 103:7
  134:9 139:10
  169:9
**31st** 69:7 70:1
  122:20 126:4
  143:12 177:4
**34** 227:14
**35** 191:15
**38** 122:4,5 169:8
**39** 62:10 154:2
**3rd** 170:21
  209:11

**4**
**4** 196:16 214:18
  222:22
**40** 80:14 267:16
**4474** 196:13
**4480** 196:19
**45** 258:22 261:3
  265:19 283:3,9
**474** 13:16

**5**
**5** 11:19 24:7
  46:16 51:9
  76:6 143:6
  182:14 238:3
**50** 80:14 131:12
  267:16 283:11
**500** 15:19 25:4
**51** 273:16

**53** 182:2
**54** 172:5
**57** 14:19 173:9
  174:4,15

**6**
**6** 19:9 62:10
  91:17 108:6,10
  169:8 182:3
**60** 103:8 139:10
  156:10,13
  203:19 283:11
**600** 277:8
**66** 277:2

**7**
**7** 45:15 169:8
**70** 98:3 261:2
**73** 154:11 155:1
**75** 283:11
**7th** 52:1 66:19

**8**
**8** 47:20 95:19
  96:2 146:7
  172:22

**9**
**9** 169:9
**90** 166:3,7
**900** 19:10
**911** 36:15
**92** 108:17