09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 1 of 196

1

UNITED STATES OF AMERICA

SENATE HEARING

TRANSPORTATION SUBCOMMITTEE ON

CONSUMER PROTECTION AND PRODUCT

SAFETY

GM Ignition Switch Recall

April 2, 2014

Transcript prepared from the videotape recording of the hearing occurring on April 2, 2014, of the Transportation Subcommittee on Consumer Protection and Product Safety, prepared by Christine M. Vitosh, C.S.R.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 2 of 196

2

1    PRESENT:

2        SEN. CLAIRE McCASKILL, Missouri,

3        Chairman

4        SEN. DEAN HELLER, Nevada, Ranking Member

5        SEN. BARBARA BOXER, California

6        SEN. AMY KLOBUCHAR, Minnesota

7        SEN. RICHARD BLUMENTHAL, Connecticut

8        SEN. KELLY AYOTTE, New Hampshire

9        SEN. DAN COATS, Indiana

10        SEN. MARCO RUBIO, Florida

11        SEN. BILL NELSON, Florida

12        SEN. EDWARD J. MARKEY, Massachusetts

13        SEN. RON JOHNSON, Wisconsin

14                    - - - - -

15

16

17

18

19

20

21

22

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 3 of 196

3

```
 1                         I N D E X

 2

 3   WITNESS:                              PAGE

 4        MS. MARY BARRA,                  16
          CEO, General Motors Corporation;
 5
          MR. DAVID FRIEDMAN,             135
 6        Acting Administrator of NHTSA

 7                  and

 8        MR. CALVIN SCOVEL,              142
          Inspector General, United States
 9        Department of Transportation

10                      - - - - -

11

12

13

14

15

16

17

18

19

20

21

22
```

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 4 of 196

4

1    CHAIRMAN McCASKILL:  This subcommittee

2  will come to order.

3    It was a rainy night in Los

4  Angeles.  Brooke Melton, who was 29 years old

5  and a pediatric nurse, was driving in her 2005

6  Chevrolet Cobalt to meet her boyfriend for her

7  birthday dinner outside of Atlanta.

8    As she was driving on the

9  highway, her car suddenly lost power, unable to

10  control the vehicle, it hydroplaned, crossed

11  the center line, and slammed into another

12  vehicle at 58 miles per hour.  Her car ended up

13  in a creek.  The airbag never deployed.

14    Ken and Beth Melton, her parents,

15  rushed to the hospital, but she was dead when

16  they arrived.

17    In their nightmare of grief, they

18  hired a lawyer, a trial lawyer.  They asked him

19  to help them understand what had happened and,

20  if possible, hold whoever was responsible

21  accountable, and he went to work, spending his

22  own resources to get to the bottom of what

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 5 of 196

5

1  happened to Brooke on that rainy night in

2  Georgia when she was on her way to celebrate

3  her birthday.

4              He hired an engineer to help him.

5  Together Mr. Cooper, the lawyer, and Mr. Hood,

6  an engineer, began to identify a defect that

7  someone at General Motors had discovered years

8  before.

9              There was a problem with the

10  ignition switch in Chevy Cobalts; it could be

11  easily bumped or brushed or pulled from on to

12  accessory or off powering down the car,

13  disabling the power steering, disabling the

14  power brakes, and preventing the airbags from

15  deploying.

16              After two years of fighting

17  General Motors for documents and a timeline of

18  events and a deposition in April of last year,

19  Mr. Cooper finally confronted General Motors

20  with the facts.

21              Someone at General Motors had

22  switched out the unsafe ignition switches in

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 6 of 196

6

1   several car models and covered it up by using

2   the same part number for the -- for the same

3   switch, for the new switch.  Had covered it up

4   by using the same part number for the new

5   switch.

6              The simple work of the engineer

7   hired by the trial lawyer representing the

8   Meltons had discovered the defective part and

9   its replacement with the same number, and when

10  Mr. Cooper confronted General Motors, Mr. Ray

11  DiGiorgio, their lead switch engineer with the

12  evidence of the part switch, he lied.  He said

13  he didn't know anything about it.

14             Documents, General Motors

15  commodity validation sign-off, signed in April

16  of 2006 bear the signature of, in fact, Ray

17  DiGiorgio, spelling out in the document, also

18  new detent plunger has -- was implemented to

19  increase torque force in the switch with the

20  box checked "Re:  Submission during engineering

21  changes".

22             Further, it is now clear that GM

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 7 of 196

7

1    knew of the faulty switch in 2004, knew the

2    airbags were not deploying in 2005, and in late

3    2005 knew someone had died.

4                    We don't know how many people

5    crashed because of this cover-up.  We do know

6    that many died, including Miss Melton.

7                    And at least one of my

8    constituents, a Missouri woman, who died in a

9    crash in 2009 in the suburbs surrounding

10   St. Louis.

11                   So there was great work done by a

12   trial lawyer and an engineer he hired in

13   exposing a serious safety issue with a product,

14   work that should have first been done by GM.

15                   And, secondly, by federal

16   regulators.

17                   And then there is the federal

18   regulators' failure to spot a trend, even

19   though the TREAD Act was specifically to give

20   this regulatory agency the information it

21   needed to catch exactly this type of problem.

22                   In a culture of cover-up that

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 8 of 196

8

1    allowed an engineer at General Motors to lie

2    under oath, repeatedly lie under oath, it might

3    have been the old GM that started sweeping this

4    defect under the rug ten years ago, but even

5    under the new GM, they entered the company,

6    waited nine months to take action after being

7    confronted with specific evidence of this

8    egregious violation of public trust.

9              Thousands of my constituents in

10    St. Louis and Kansas City areas go to work for

11    General Motors every day building some of the

12    finest cars on the road.  I am proud of them

13    and I am proud of their work.  This is not

14    their failure.

15              They, and the American public,

16    were failed by a corporate culture that chose

17    to conceal rather than disclose and by a safety

18    regulator that failed to act.

19              With this hearing I intend to

20    identify potential problems in our auto safety

21    system and work with Chairman Rockefeller,

22    Ranking Members Thune and Heller, and the other

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 9 of 196

9

1    members of this committee to rectify these

2    problems so that this tragedy hopefully is

3    never repeated again.

4              It's time that we finally get

5    this right so that it didn't take an

6    enterprising trial lawyer and an engineer to

7    bring -- that he hired to bring to light what

8    NHTSA should have known long ago and what

9    General Motors should have fixed long before

10   Ken and Beth Melton lost their daughter Brooke.

11             Our job today is to learn as much

12   as possible about the failures of General

13   Motors and the regulators to keep unsuspecting

14   daughters, fathers, wives and sons safe.

15             Senator Heller.

16   SENATOR HELLER:  Thank you, Chairman

17   McCaskill.  Thanks you for holding this

18   hearing, and thank you, Ms. Barra, for

19   appearing in front us today.

20             I want to begin by offering my

21   deepest sympathies to the family and friends of

22   those have been affected by these tragedies.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 10 of 196

10

1          I also want you to know that we

2    will get to the bottom of why it took so long

3    to get these vehicles off the record.

4          As many of you know, General

5    Motors has issued a recall of over 2.2 million

6    vehicles due to problems with the ignition

7    switch that GM has admitted to knowing about in

8    some form as early as 2001.

9          These faulty ignition switches

10   are linked to 13 deaths.  GM has now recalled

11   certain years of Chevrolet Cobalts, Pontiac

12   G5's, Saturn Ions, the Chevrolet HHR, and the

13   Pontiac Solstice and the Saturn Sky.

14          Last Friday it was reported that

15   sometime in 2006 or as late as 2007 General

16   Motors changed the ignition switch part.

17          A whole new part was manufactured

18   and sold, but GM kept the same part number for

19   that new part.

20          Now, in my hometown in Carson

21   City, we have an engineering company that

22   builds pistons and rods for Nascar teams.  I

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 11 of 196

11

1    have talked with him, talked with owners,

2    talked with other builders in Nevada, and I can

3    tell you this:  If a company sold a part that

4    was changed in any way and did not change the

5    model number or the serial number on that part,

6    it would cause significant problems for these

7    businesses, these individuals, and of course

8    the racing teams themselves.

9              Ms. Barra, you know that I have

10   raced cars for years.  I have used GM testing

11   facilities on some of the cars that I have

12   raced.

13             I have blown engines, broke

14   transmissions, broke rear ends, lost my brakes,

15   throttle stuck, and my ignition quit on me, and

16   I tell you this, because we break those engines

17   down, those transmissions, those rear ends, to

18   find out exactly what the integrity of those

19   parts are and how they broke, why they broke,

20   and the difference, of course, then is winning

21   or losing.

22             I can tell you based on my

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 12 of 196

12

1   experience:  It is incredibly unusual for a car

2   company to change a car part and not change the

3   part number.

4            Government investigators have now

5   requested that GM provide any documents

6   chronicling the switch change and who within

7   the company provided it.

8            I am also requesting today that

9   GM provide this committee with that same

10  information.

11           But that's only part of this

12  issue.  We also need to recognize that when GM

13  emerged from bankruptcy in 2009, the federal

14  government owned 60 percent of the company

15  because taxpayer -- taxpayers bailed the

16  company out, so GM knew of this issue in some

17  capacity over ten years ago.

18           They changed the part, but didn't

19  tell anyone.  They asked for a taxpayer

20  bail-out, and the current administration had to

21  step in and restructure the company.

22           Through all of this, GM was

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 13 of 196

13

1  unable to determine that they should pull 2.2

2  million vehicles off the road.

3          This is why, from where I'm

4  sitting, GM has a lot of explaining to do both

5  to this committee and to the taxpayers.

6          Here's the issue for GM:  It

7  looks like there are multiple moments when the

8  company faced conflicts of interest, and you

9  said it yourself yesterday, Ms. Barra, GM has a

10 culture based on cost, not safety.

11          So many people are wondering if

12 GM did not initiate a recall because GM could

13 not survive one in 2006, or they did not

14 initiate a recall because the government owned

15 60 percent of the company.

16          It is possible that GM has an

17 explanation for why it took so long to pull

18 these cars off the road.

19          However, after yesterday's

20 hearing, I'm afraid we're not going to get too

21 many answers today.

22          I hope GM is in a position to

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 14 of 196

14

1   speak to what happened more specifically, that

2   is why we called you here, and I think GM

3   should take the opportunity today to explain

4   their actions and help this committee get to

5   the bottom of what happened.

6            There is also another side of

7   this story, and this is whether the National

8   Highway Traffic and Safety Administration

9   received all the information from early warning

10  reports that it needed to determine if further

11  investigations were warranted.

12           NHTSA received 260 complaints

13  over 11 (inaudible) -- that these vehicles were

14  turning off while being driven, yet NHTSA did

15  not move forward with a recall investigation in

16  2007 or 2010.

17           I wrote to NHTSA asking very

18  simple questions regarding their process in

19  recalling vehicles and what they saw in 2007 or

20  2010 that compelled them to pass on any

21  investigation.

22           I am very disappointed in NHTSA's

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 15 of 196

15

1    ability to respond to my letter in time for

2    this hearing.

3              When we're looking at incidents

4    in which individuals died, I expect more from

5    NHTSA and what they showed today, and I think

6    NHTSA knows that they can do better, and they

7    better do better.

8              That being said, it's my

9    understanding that the Secretary of

10   Transportation has requested an internal

11   investigation to conduct an audit of NHTSA's

12   handling of the GM recall.

13             Secretary Fox also stated that he

14   is directing NHTSA and the department's general

15   counsel to jointly conduct a due diligence

16   review, and I am pleased by both of these

17   developments and look forward to the reports.

18             We need ensure that consumers are

19   safe on the road.  We need to understand the

20   facts of this recall.

21             There are many questions that

22   need answering, and I hope that today's hearing

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 16 of 196

16

1    begins to provide some answers to the U.S.

2    taxpayers and to what they deserve.

3              So thank you, Chairman McCaskill.

4         CHAIRMAN McCASKILL:  Thank you,

5    Senator Heller.

6              Ms. Barra, welcome.  We respect

7    and appreciate your presence here today, and we

8    welcome your testimony.

9                   (Inaudible.)

10             MARY BARRA,

11   called as a witness herein, testified before

12   the Subcommittee as follows:

13        MS. BARRA:  Is it on now?

14        UNIDENTIFIED SPEAKER:  It is.

15        MS. BARRA:  Okay.  Sorry about that.

16             Thank you very much.

17             My name is Mary Barra, and I am

18   the Chief Executive Officer of General Motors.

19   I appreciate the opportunity to be here today.

20             More than a decade ago GM

21   embarked on a small car program, and sitting

22   here today, I cannot tell you why it took years

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 17 of 196

17

1  for a safety defect to be announced in that

2  program, but I can tell you we will find out.

3            This is an extraordinary

4  situation; it involves vehicles we no longer

5  make, but it came to light on my watch, so it

6  is my responsibility to resolve it.

7            When we have answers, we will be

8  fully transparent with you, with our regulators

9  and with our customers.

10           While I can't turn back the

11 clock, as soon as I learned about the problem,

12 we acted without hesitation.  We told the world

13 we had a problem that needed to be fixed.  We

14 did so because whatever mistakes were made in

15 the past, we will not shirk from our

16 responsibilities now and in the future.

17 Today's GM will do the right thing.

18           This begins with my sincere

19 apologies to everyone who has been affected by

20 this recall, especially to the families and

21 friends of those who lost lives or were

22 injured.  I am deeply sorry and the men and

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 18 of 196

18

1    women of General Motors are deeply sorry.

2                I've asked former U.S. Attorney

3    Anton Valukas to conduct an thorough and

4    unimpeded investigation of the actions of

5    General Motors, and I have received updates

6    from him and he tells me his work is well

7    along.

8                He has the free rein to go where

9    the facts take him, regardless of outcome.  The

10   facts will be the facts.

11               Once they are in, my leadership

12   team and I will do what's necessary to assure

13   this doesn't happen again.  We will hold

14   ourselves accountable.

15               However, I want to stress we are

16   not waiting for his results to make changes.

17               I've named a new vice president

18   of Global Vehicle Safety, which is a first for

19   General Motors.  Jeff Boyer's top priority is

20   to quickly identify and resolve any and all

21   product safety issues.

22               He is not taking on this task

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 19 of 196

19

1  alone; I stand with him, my senior management

2  team stands with him, and we will welcome input

3  from outside GM, from you, from NHTSA, from our

4  customers, our dealers, and our current and

5  former employees.

6          I have asked everyone on our team

7  to keep stressing the system at GM and work

8  with one thing in mind:

9          Our customers and their safety

10  are at the center of everything we do.

11          Our customers who have been

12  affected by this recall are getting our full

13  and undivided attention.

14          We have empowered our dealers to

15  take extraordinary measures to treat each case

16  specifically.

17          If people do not want to drive a

18  recalled vehicle before it is repaired, dealers

19  can provide a loaner or a rental

20  free-of-charge. To date we have provided nearly

21  13,000 loaner vehicles.

22          Our supplier is manufacturing new

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 20 of 196

20

1    replacement parts for the vehicles that are no

2    longer in production.  We've commissioned two

3    lines and asked for a third, and those parts

4    will start being delivered to dealers next

5    week.  These measures are only the first in

6    making things right and rebuilding the trust of

7    our customers.

8                    I would like this committee to

9    know that all of our GM employees and I are

10    determined to set a new standard.

11                    I am encouraged to say that

12    everyone at GM, up to and including our board

13    of directors, supports this.

14                    As a second generation General

15    Motors employee, I am here as the CEO, but I'm

16    also here representing the men and women who

17    are part of today's GM, and I can tell you that

18    they are dedicated to putting the highest

19    quality and safest vehicles on the road.

20                    In addition, I announced

21    yesterday that we have retained Kenneth

22    Feinberg as a consultant to help us evaluate

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 21 of 196

21

1   the situation and recommend the best path

2   forward.

3                   I am sure this committee knows

4   Mr. Feinberg is highly qualified and is very

5   experienced in the handling of matters such as

6   this, having led the compensation efforts

7   involved in 911, the BP oil spill, and the

8   Boston marathon bombing. Mr. Feinberg brings

9   expertise and objectivity to this effort.

10                  As I have said, I consider this

11  to be an extraordinary event, and we are

12  responding to it in an extraordinary way.

13                  As I see it, GM has both civic

14  responsibilities and legal responsibilities and

15  we are thinking through exactly what those

16  responsibilities are and how to balance them

17  appropriately.  Bringing Mr. Feinberg on is the

18  first step.

19                  I would now be happy to answer

20  your questions.  Thank you.

21          CHAIRMAN McCASKILL:  Thank you,

22  Ms. Barra.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 22 of 196

22

1                    I want to briefly go through your

2    resume.

3                    Beginning in 2004 when this

4    defect was discovered by someone at GM, you

5    were Executive Director of Manufacturing

6    Engineering from 2004 and 2005.

7                    In 2005 to 2008 you were

8    Executive Director of Vehicle Manufacturing

9    Engineering.

10                    From February 1st, 2008 to July,

11    2009, you were Vice President of Global

12    Manufacturing and Engineering.

13                    From July 30th, 2009 to

14    February 1st of 2011, you were Vice President

15    of Global Human Resources.

16                    From February 1st, 2011 to

17    August, 2013 you were Senior Vice President of

18    Global Product Development.

19                    And from 2000 -- August of 2013

20    to January 15th of 2014 you were Executive Vice

21    President of Global Product Development.

22                    Is that a correct --

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 23 of 196

23

 1          MS. BARRA:  Yes.

 2          CHAIRMAN McCASKILL:  -- rendition of

 3   your resume over the last decade?

 4          MS. BARRA:  Yes.

 5          CHAIRMAN McCASKILL:  In April and May

 6   of last year, GM's employees were deposed in

 7   the lawsuit trying to get some kind of justice

 8   for Brooke Melton.

 9              They were confronted in the

10   deposition with the fact that there were two

11   different parts with the same part number and a

12   different torque on both of those parts leading

13   to the malfunction of the ignition switch.

14              At that deposition General Motors

15   had a lawyer, and it was very clear at that

16   deposition that there were two parts with the

17   same number, and they had been switched out and

18   that one of them was defective.

19              When that lawyer for General

20   Motors left that hearing, who did he report to?

21          MS. BARRA:  I don't know which lawyer

22   was at that trial, so I can't answer that

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 24 of 196

24

1    question.

2            CHAIRMAN McCASKILL:  Hold on, and I

3    will get it for you.

4                  You have some lawyers here with

5    you today, don't you?  Don't you have your

6    general counsel with you?

7            MS. BARRA:  Yes, I do.

8            CHAIRMAN McCASKILL:  You're free to

9    confer with him if he would like to tell you

10   who that gentleman would report to after that

11   deposition.

12           MS. BARRA:  Again, we are doing a full

13   investigation with Mr. Valukas and all of the

14   individuals that are associated with this

15   incident will be a part of that and the

16   findings will be conclusive.

17           CHAIRMAN McCASKILL:  It was Mr. Philip

18   Holladay, appearing on behalf of General Motors

19   from the King & Spalding law firm in Atlanta,

20   Georgia.

21           MS. BARRA:  Okay.  So he didn't report

22   to General Motors then, he was part of

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 25 of 196

25

1    King & Spalding.

2         CHAIRMAN McCASKILL:  Well, but he

3    would have reported to his client.  He was

4    there representing you.  He was your --

5         MS. BARRA:  Yes.

6         CHAIRMAN McCASKILL:  -- agent at that

7    deposition.

8         MS. BARRA:  Yes.

9         CHAIRMAN McCASKILL:  So he would

10   have -- I guarantee you, if I am a lawyer and I

11   am at a deposition where this bombshell has

12   been dropped on my client, that there are two

13   identical -- two different parts with the same

14   number, one of which is defective, I guarantee

15   you I don't go back and tell the folks at the

16   law firm, I am on my cell phone in the lobby

17   saying to General Motors:  "We've got a

18   problem."

19              I need to know who would

20   typically be -- Would it be the general

21   counsel's office that the lawyers that you hire

22   would report to you on litigation?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 26 of 196

26

1          MS. BARRA:  It would have been part of

2     the senior legal team.

3          CHAIRMAN McCASKILL:  Okay.  It would

4     be very important for us to identify who that

5     lawyer reported to after that deposition.

6          MS. BARRA:  I will -- that will be

7     part of Mr. Valukas' investigation.

8          CHAIRMAN McCASKILL:  Now, I am

9     assuming that when that happens there is an

10    investigation internally.

11         MS. BARRA:  When -- One of the

12    findings that we've had from Mr. Valukas

13    already as he has done his study is that within

14    General Motors, there were silos, and as

15    information was known in one part of the

16    business, for instance, the legal team, it

17    didn't necessarily get communicated as

18    effectively as it should have been to other

19    parts, for instance, the engineering team.

20              That's something that I've

21    already corrected today.

22         CHAIRMAN McCASKILL:  Ms. Barra, I'm

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 27 of 196

27

1    not asking whether or not the lawyers called

2    the engineers, I'm asking whether or not

3    lawyers in a multi-million dollar lawsuit where

4    there has been evidence of a defective switch

5    and replacement that had never been identified

6    to the public being presented to the lawyers

7    for your company not reporting that up to the

8    executive level of your company.

9             Those lawyers work for the

10   executive level, they don't work for the

11   engineers.  They are hired by your senior

12   counsel.  That's who hires those lawyers, his

13   office, correct?

14             MS. BARRA:  Yes.

15             CHAIRMAN McCASKILL:  Okay.  So what I

16   want to know is what investigation began after

17   that deposition?

18             MS. BARRA:  That is part of the

19   investigation that we're doing.

20             CHAIRMAN McCASKILL:  So you don't know

21   whether or not anything happened after that

22   investigation?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 28 of 196

28

1          MS. BARRA:  I don't have the complete

2    facts to share with you today.

3          CHAIRMAN McCASKILL:  Okay.  Well, that

4    is incredibly frustrating to me that you

5    wouldn't have a simple timeline of what

6    happened once you got that knowledge.

7               So it went on for nine months.

8    You have no idea, even though you were in

9    executive level of leadership in the company at

10   that time, it was never discussed anywhere in

11   your presence --

12         MS. BARRA:  Correct.

13         CHAIRMAN McCASKILL:  -- for nine

14   months even though this had occurred?

15         MS. BARRA:  I became aware of the

16   defect and the recall on January 31st.

17         CHAIRMAN McCASKILL:  Okay.  So let me

18   do quickly that.

19              On February 7th you issued the

20   first recall.

21              12 days later Mr. Cooper, the

22   trial lawyer, wrote to NHTSA pointing out that

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 29 of 196

29

1   in addition to the recall you had done, it was

2   not complete.  He pointed out there were four

3   other models that had the defective ignition.

4                 Six days later you, in fact,

5   recalled those vehicles.

6                 On Monday of last week Mr. Cooper

7   filed a court pleading in California alleging

8   there were additional cars that should have

9   been recalled and had not been recalled because

10   they had defective switches placed in them

11   during repairs.

12                 Last Friday, four days later

13   after that pleading, GM finally issued the

14   third round of recalls.

15                 Is this the new GM, Ms. Barra?

16   Is this the new GM that takes a lawyer having

17   to write NHTSA and a court pleading in court

18   for you to finally recall all the cars that had

19   been impacted by this defective switch?

20       MS. BARRA:  As we looked at first

21   population of vehicles, we immediately go and

22   then read across to the other vehicles that may

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 30 of 196

30

1    have the same part.

2              Often when you have same part in

3    another vehicle it can be a different

4    configuration, a different geometry.

5              As we looked into that

6    population, we then recalled that population,

7    and then we immediately started to look of

8    where were the spare parts.

9              From a General Motors perspective

10   for GM dealers we could go to dealer records

11   and understand where the dealer put a spare

12   part into a vehicle.

13             We knew the VIN, but then as we

14   worked with our supplier we learned that they

15   have sold these parts to other third-party

16   repairs where there were no records kept.

17             When we learned that, we

18   immediately went out and recalled the entire

19   population of all of these vehicles because we

20   couldn't be certain if there was a vehicle that

21   had a part put in that we couldn't track.

22             CHAIRMAN McCASKILL:  And I think it's

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 31 of 196

31

1    great you have done that, it just is worrisome

2    to me that it took three shots after nine

3    months.

4              Senator Heller.

5          SENATOR HELLER:  Thank you.

6              Ms. Barra, the public is very

7    skeptical of General Motors, and let me explain

8    to you what they are seeing.

9              At some point last decade GM knew

10   there was a problem with the faulty ignition

11   switch which led to the death of 13 people.

12             In late 2006 or early 2007 GM

13   replaced the ignition part, but kept the same

14   part number and did not tell anyone.

15             Shortly thereafter, GM needed

16   U.S. taxpayers' loan to bail them out.  The

17   company was provided so much assistance that

18   when they emerged from bankruptcy, the federal

19   government in 2009 owned 60 percent of the

20   company.

21             So from where I sit, it looks

22   like GM is not forthcoming with the American

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 32 of 196

32

1   people who bailed them out.

2               It looks like there were multiple

3   moments where the company had conflicts of

4   interest either with initiating a recall at a

5   time when GM was not financially sound or when

6   the government owned 60 percent of the company.

7               So what I'm going to do is allow

8   you to explain yourself to the American people,

9   and I think we need to know whether you believe

10  the company acted in the best interests of the

11  consumer who bought your car and the U.S.

12  taxpayers who bailed you out.

13      MS. BARRA:  First of all, I agree, it

14  took way too long for this to come to the

15  attention and to do the recall, and we have

16  admitted that.

17              We have also apologized, it is

18  tragic that there has been lives lost and lives

19  impacted with this event.

20              From the part number perspective,

21  I find it completely unacceptable that a part

22  would be changed without a part number -- the

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 33 of 196

33

1    actual identifier being changed, that is not a

2    process of good engineering, that is not an

3    acceptable process; it wasn't then and it

4    clearly isn't now.

5              And as we do our investigation,

6    we will deal with that situation because that

7    is not acceptable for good engineering

8    principles.

9              But as I look at the culture of

10   the company during the timeframe this part was

11   designed in the late 90's, it went into

12   vehicles that went into production in '03, the

13   latest of which went out of production in the

14   '11 timeframe.

15             The culture of the company at

16   that time had more of a cost culture focus, and

17   I can tell you we have done several things

18   since the bankruptcy to create a new culture at

19   General Motors to be focused on the customer,

20   starting with rewriting our values.

21             The first value is the customer

22   is our compass.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 34 of 196

34

1           The second is relationships

2    matters, and individual excellence.

3           We have also taken quite a bit of

4    bureaucracy out of the vehicle development

5    process and the structure itself.

6           We have dramatically improved our

7    quality organization and our customer

8    experience organization.

9           So there has been dramatic

10   improvements made in General Motors since that

11   time.

12          SENATOR HELLER:  Ms. Barra, I've

13   heard -- I read the transcripts from

14   yesterday's hearing and you said most of this

15   when you were on the other side of the capital.

16          You said safety comes first at

17   GM, that you don't look at cost.

18          GM looks at the speed at which it

19   can fix it, and you said that there was a

20   change, that GM has gone from a cost culture to

21   a safety culture.

22          I want you to explain that, and

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 35 of 196

35

1   in explaining that, does that mean in 2006

2   General Motors was more concerned with the

3   bottom line as opposed to recalling their

4   vehicles?

5        MS. BARRA:  When we look at -- when

6   the complete investigation is done, there was

7   documents that were produced yesterday that if

8   those are in complete context that they valued

9   cost over quality, once we knew there was a

10  safety defect, that is unacceptable.

11           In today's culture we don't

12  condone that, and it starts with leadership,

13  myself, our leadership and product development

14  across the company.

15           If there is a safety defect,

16  there is not a calculation done on business

17  case or cost; it's how quickly can we get the

18  repair and put the right part or fix or

19  inspection, whatever needs to be done to make

20  sure the vehicles are safe that our customers

21  are driving.

22           SENATOR HELLER:  So let me ask you

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 36 of 196

36

1  again, if safety was not the highest priority

2  in the past, is it fair to assume that GM only

3  acts in the best interests of GM at all times?

4  Was that true in 2006?

5         MS. BARRA:  Again, that's a very broad

6  statement.  I would say that there has been

7  times in the past where there has been a safety

8  focus, General Motors is a hundred-year-old

9  company, but I can tell you now from

10  post-bankruptcy there is a focus on the

11  customer and on safety and on quality.

12         SENATOR HELLER:  I have more

13  questions, but I'll wait.

14         CHAIRMAN McCASKILL:  We will have

15  another round of questions for Ms. Barra.

16             Senator Boxer.

17         SENATOR BOXER:  Thank you, Ms. Barra.

18             I have here a timeline of when

19  the company knew there were problems.

20             It starts in '01.

21             In '03 a service technician of GM

22  noted that there was a stall while driving, and

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 37 of 196

37

1   it goes on.

2                   And there is a constant theme

3   here of the thing is getting worse and worse

4   through the years.

5                   Now, you're new at your job, but

6   you've been at GM for how many years?

7              MS. BARRA:  33.

8              SENATOR BOXER:  33 years.  So when

9   this was first discovered, you were Executive

10  Director of Competitive Operations Engineering

11  where you developed and executed strategies to

12  improve the effectiveness of vehicle

13  manufacturing and engineering, but you didn't

14  know of this?

15             MS. BARRA:  Correct.

16             SENATOR BOXER:  Nobody told you about

17  this?

18             MS. BARRA:  Correct.

19             SENATOR BOXER:  And then you were

20  plant manager of Detroit Hamtramck assembly in

21  '03 to '04 where were you responsible for

22  day-to-day plant activities related to safety,

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 38 of 196

38

1    people and quality, and still you knew nothing

2    about this?

3              MS. BARRA:  We didn't build any of

4    these models at the Detroit Hamtramck plant.

5              SENATOR BOXER:  In that position you

6    knew nothing about that, correct?

7              MS. BARRA:  Correct.

8              SENATOR BOXER:  Okay.  And then in '04

9    to '05 you were Executive Director of

10   Manufacturing Engineering responsible for

11   developing and implementing global bills of

12   process and equipment to optimize capital

13   deployment and manufacturing operating costs,

14   and you developed and continuously improved

15   lean cost initiatives.

16              You knew nothing about this when

17   you were Executive Director of Manufacturing

18   and Engineering?

19              MS. BARRA:  Correct.

20              SENATOR BOXER:  You knew nothing.

21              How about when you were Vice

22   President of Global Manufacturing Engineering,

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 39 of 196

39

1    '08 to '09, you knew nothing?

2              MS. BARRA:  Correct.

3              SENATOR BOXER:  You still knew nothing

4    when you were Vice President of Global Human

5    Resources?

6              MS. BARRA:  Correct.

7              SENATOR BOXER:  You're a really

8    important person to this company.  Something is

9    very strange that such a top employee would

10   know nothing.

11             Now, have you seen photos of your

12   cars that have had that ignition problem and

13   that problem led to deaths?

14             Have you seen photos of those

15   cars, what they look like?

16             MS. BARRA:  Yes.

17             SENATOR BOXER:  I have another one for

18   you to look at.  The people are here.

19             Mary Theresa Ruddy of Scranton,

20   Pennsylvania, died at the age of 21.  She was a

21   senior at Marywood University.  Her parents are

22   here, her family.

         09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
           Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 40 of 196

                                                                                          40

1              And I guess it's -- it's somewhat

2    shocking after the Pinto -- and that goes back

3    to when I was first an elected official -- I

4    was shocked that there was such a cold and

5    calculating way that Ford decided not to fix a

6    fatal flaw in their fuel tank, and we learned

7    through lawyers, as our chairman has pointed

8    out, they made a very -- through discovery they

9    found out there was a very careful cost benefit

10   analysis and Ford decided it was cheaper for

11   them to pay off the families of the dead than

12   to fix the problem that would have cost them

13   $11 a car.

14              Did you make that kind of

15   calculation over at GM in this situation?

16         MS. BARRA:  I did not.

17         SENATOR BOXER:  Do you know of anybody

18   who did make it?

19         MS. BARRA:  That is the purpose of the

20   investigation that --

21         SENATOR BOXER:  But you don't know

22   now?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 41 of 196

41

1          MS. BARRA:  Correct.

2          SENATOR BOXER:  You haven't asked and

3    you don't know?

4          MS. BARRA:  I have asked for an

5    investigation.

6          SENATOR BOXER:  Do you know if GM ever

7    used this kind of cost benefit analysis in its

8    history?

9          MS. BARRA:  There were documents

10   shared with me yesterday, that if they're true,

11   as we go through the complete timeline, will

12   demonstrate that it's completely

13   unacceptable --

14         SENATOR BOXER:  Well, I didn't ask you

15   that.  I said:  Do you know if GM ever used

16   this kind of cost benefit analysis in its

17   history.  Do you know?

18         MS. BARRA:  If it was used for -- Not

19   for a safety item.  It would be unacceptable.

20         SENATOR BOXER:  It's okay to do it for

21   a safety item, is that what you're saying?

22         MS. BARRA:  I said the opposite of

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 42 of 196

42

1   that.

2           SENATOR BOXER:  Well, you didn't.

3           MS. BARRA:  Well --

4           SENATOR BOXER:  So what about in 1973

5   when GM engineer Edward Ivy concluded it was

6   not cost effective for GM to spend more than

7   $2.20 per vehicle to prevent a fire death?

8               Do you know about that?

9           MS. BARRA:  I've heard of that.

10          SENATOR BOXER:  You have heard of it?

11          MS. BARRA:  Uh-huh.

12          SENATOR BOXER:  You haven't looked at

13  it, looked into it?

14          MS. BARRA:  General Motors today finds

15  any time there is an incident is --

16          SENATOR BOXER:  Well, you know, today

17  and today.  Yesterday I did some things that I

18  am accountable for.

19              It's not about -- You have been

20  involved in this since you became CEO.

21              Have you not looked into this?

22              Look.  Mr. Ivy's study placed the

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 43 of 196

43

1   value of a human life lost at 200,000 and

2   estimated the company could cost effectively

3   spend only $2.00 for rear-impact protection to

4   prevent fuel-fed fires, and that a burn death

5   would cost the company $2.40 a vehicle.

6            Through this analysis, GM

7   determined it would not be cost effective to

8   pay more than $2.20 per car for each burn

9   death.

10           So you talk about today's GM, but

11  evidence shows that as recently as 2005 GM used

12  a cost benefit analysis to determine if fixing

13  the problem was, quote, not an acceptable

14  business case.

15           Are you aware of the situation in

16  2005?  Has that been called to your attention?

17           MS. BARRA:  I was aware in general of

18  the Ivy letter.  I have never seen it.

19           SENATOR BOXER:  What about the 2005,

20  is that the new GM or the old GM, 2005?

21           MS. BARRA:  General Motors Company was

22  formed in 2009.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 44 of 196

44

1          SENATOR BOXER:  Okay.  So the old GM

2    in 2005, you're not aware that they used a cost

3    benefit analysis to determine if fixing the

4    problem was not, quote, an acceptable business

5    case?

6          MS. BARRA:  Again, if it's a safety

7    issue, there should not be a business case

8    calculated.

9          SENATOR BOXER:  But you don't know

10   anything about this?

11         MS. BARRA:  That's why we've hired an

12   investigation.  We're going back over a period

13   of a decade to understand exactly what

14   happened.

15         SENATOR BOXER:  Okay.  I'll hold for

16   the second round.  Thank you.

17         CHAIRMAN McCASKILL:  As people know,

18   the Commerce Committee does order of arrival.

19   Just to remind everyone, every committee does

20   it different, but Senator Rockefeller does

21   order of arrival.  I will respect him in that

22   regard.  I respect him anyway, I respect

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 45 of 196

45

1   him in all regards, but I also will respect him

2   in that regard.

3              So next will be Senator

4   Klobuchar.

5              SENATOR KLOBUCHAR:   Thank you very

6   much, Senator McCaskill.  Thank you for holding

7   this hearing.

8              Ms. Barra, the -- one of the

9   families involved in this is a young woman who

10  was killed named Natasha Weigel from Albert

11  Lea, Minnesota.  I met her dad yesterday.  I

12  talked to her mom -- or to her mom's husband

13  yesterday.

14             And this young girl was in

15  Wisconsin, she was in a Cobalt with some

16  friends and suddenly the ignition went off and

17  the car barreled 71 miles per hour into trees,

18  and two of the girls were killed, including

19  Natasha, and she was a hockey player, young

20  girl.

21             In one of the letters that her

22  dad gave me that she wrote to him just a few

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 46 of 196

46

1  months before she died she talks about -- this

2  is her words -- I wouldn't be the good goalie I

3  am now if it wasn't for you, Dad, standing

4  behind the net behind the glass just knowing

5  you were there made me trust myself better and

6  I definitely felt secure to know you had my

7  back.

8              And I think you understand that

9  these families need someone to have their back.

10  They want to have the backs of their kids, at

11  least the memories of their kids.

12             And I think this is a lot about

13  what this is about, including a major change in

14  process that we clearly need in GM and probably

15  in the transportation field in terms of how we

16  look at these things.

17             And as you look at this internal

18  evidence, I think the things that we need to

19  know, including why did GM open numerous

20  internal reviews but not elevate the issue to a

21  formal investigation until 2011, why was GM's

22  management not aware of critical decisions

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 47 of 196

47

1   being made related to the defect, did GM

2   disclose the issue during the company's

3   bankruptcy proceedings, these are the things

4   that are on the minds of the American people.

5                    And then on the government side

6   with NHTSA, did NHTSA have sufficient resources

7   to do a prompt, thorough investigation, did

8   NHTSA have the technical expertise and

9   technology to evaluate this growing evidence?

10                    I know in our case, in the Weigel

11   family, a claim -- a complaint was made with

12   NHTSA way back when Natasha was killed.

13                    What could NHTSA have done

14   differently as it was receiving complaints over

15   this very long period of time?

16                    So my first question of you is

17   really about your -- this internal process and

18   I'd like to know what factors -- as we've just

19   seen these recalls, with more and more of them

20   rolling out over the last few weeks, what

21   factors did GM consider when it's examining

22   whether or not to elevate a potential safety

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 48 of 196

48

1   defect to a higher level of review?

2             MS. BARRA:  In today's General Motors,

3   we look at -- I mean, as an incident is learned

4   about, and it can come from any source, it can

5   come from our dealers, it can come from

6   testing, it can come from outside, it can come

7   from a claim being made, and it gets assigned

8   to team of knowledgeable engineers, they

9   investigate, try to understand what's

10  happening, try to understand, you know, if

11  there is an incident, what it could cause, that

12  then gets reviewed by a team, a

13  cross-functional team, and then goes to a final

14  group to make a determination.  That's the

15  process that's used.

16            SENATOR KLOBUCHAR:  And what's the

17  single most important factor the company

18  considers when looking at whether to do a

19  recall?

20            MS. BARRA:  The most important thing

21  is if there is a safety issue, and we will --

22  and we have actually over the last two years

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 49 of 196

49

1   made great strides to quickly get information,

2   look and get into the field as quickly as

3   possible.

4           If you look at the data right now

5   of General Motors, we actually do more recalls

6   than anyone with smaller population because

7   we're trying to get -- if we find something,

8   we're trying to get in and fix it as quick as

9   we can.

10   SENATOR KLOBUCHAR:  And do you think

11   there will be further recalls to come here with

12   different models?

13   MS. BARRA:  I believe as we find

14   problems large or small, we will do the right

15   thing, and if it requires a recall, we will do

16   a recall.

17   SENATOR KLOBUCHAR:  Okay.  Now, we

18   have the issue of the claims with many of these

19   families that have been involved.

20           Do you think that families have

21   equal opportunity to compensation regardless of

22   whether and when GM went through bankruptcy,

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 50 of 196

50

1    and if you could also describe -- you just

2    announced this appointment of Mr. Feinberg --

3              MS. BARRA:  Right.

4              SENATOR KLOBUCHAR:  -- but how would

5    it work so that these families would get their

6    compensation?

7              MS. BARRA:  And we hired Mr. Feinberg

8    late last week, we have our first meeting with

9    Mr. Feinberg on Friday, and we want to -- It's

10   open right now.

11             We've -- he has guided us on the

12   different things that we need to consider.

13             Again, as I've said, we have

14   civil and we have legal responsibilities.  We

15   are going to work through those.

16             I anticipate, based on the

17   timeline he has given us, it will take about 60

18   days.  That's the timeline he has told us to

19   plan for.

20             As we explore and look at all the

21   different options, we have not made any

22   decisions yet, all options are still open, but

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 51 of 196

51

1   I don't have a decision today.

2          SENATOR KLOBUCHAR:  So do you think

3   that these families should be able to be

4   compensated regardless of the bankruptcy issue?

5          MS. BARRA:  That's why we hired

6   Mr. Feinberg to work through this issue.

7          SENATOR KLOBUCHAR:  Last question as

8   my time is running out:

9              What does GM have to do to regain

10  the American public's trust?

11         MS. BARRA:  We have to work every day,

12  and I am 150 percent committed to it, as is my

13  team, to make sure we are putting the safest

14  and the highest quality vehicles on the road

15  across the globe, and that's what we will work

16  tirelessly to do.  That's what the men and

17  women of General Motors want to do.

18         SENATOR KLOBUCHAR:  Thank you.

19         CHAIRMAN McCASKILL:  Senator Coats.

20         SENATOR COATS:  Madame Chair, thank

21  you very much.

22             Ms. Barra, yesterday, correct me

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 52 of 196

52

1    if I am wrong here, but I believe you said that

2    GM, you did say you had hired Mr. Feinberg to

3    investigate the matter, but you also did not

4    commit to sharing the results of that

5    investigation with the public and with the

6    Congress, instead saying, and I think I am

7    quoting it correctly, you will share what's

8    appropriate.

9            After a night's sleep on that

10   question, is that still your position or do you

11   think it would be appropriate to share

12   everything Mr. Feinberg discovered with us and

13   with the public?

14           MS. BARRA:  Well, first of all, I

15   would like to add to that.

16           What I -- the specific question I

17   was asked was the findings from Mr. Valukas'

18   study, who is doing the complete investigation,

19   the external investigation of what happened

20   over this more-than-a-decade period.

21           And when I said we would share

22   what appropriate -- we will share everything

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 53 of 196

53

1  and anything that's related to safety of our

2  vehicles, that's related to the safety of this

3  incident, we will share that with the

4  customers, we will share that with you, with

5  our regulators.

6           If we learn things that are

7  broader from a safety perspective, we will

8  share that.

9           The only thing, and the reason

10  why I use "what is appropriate", is if there is

11  an issue of competitiveness, because we have

12  opened up everything to Mr. Valukas, that would

13  be something that we would -- again, if there

14  was any safety issue, we would override on the

15  safety side, but other competitive issues, and

16  then also as an employer we have

17  responsibilities on privacy to some our

18  employees as part of an employment agreement, I

19  have to respect that as well.

20           But clearly I appreciate the

21  opportunity to clarify this:

22           Anything remotely related to

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 54 of 196

54

1   safety of vehicles or anything that could

2   improve the process, we could have done better

3   with NHTSA, will readily be shared and in a

4   very transparent process.

5          SENATOR COATS:  Well, I am glad you

6   clarified that because I think it raised

7   concerns with all of us relative to that.

8               So just to make the record clear,

9   anything related to the safety issue will be

10  shared with the public and with the Congress?

11         MS. BARRA:  Absolutely.

12         SENATOR COATS:  Were you aware of this

13  problem when you were offered the chairmanship

14  of the CEO position at GM?

15         MS. BARRA:  I became aware of the

16  recall on January 31st.  I was aware in late

17  December that there was analysis going on on a

18  Cobalt, but I didn't even know what the part

19  was.

20         SENATOR COATS:  Well, whether you like

21  it or not, you've become the face of the

22  problem, but hopefully also the face of the

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 55 of 196

55

1    solution.

2              But it is important that I think

3    we understand what your role was during your 33

4    years, and more important than that, that the

5    investigation point out just who knew what and

6    when did they know it.

7              I would suggest to the Chair that

8    perhaps a follow-up subcommittee hearing

9    potentially involve those who held the

10   leadership and the key positions in GM during

11   the timeframe that we're looking at here, and

12   that would include some government officials

13   also since it owned the company, 60 percent of

14   the company for a considerable period of time.

15             And so I say that because I think

16   we need to hear from people who had the key

17   positions in GM that perhaps had knowledge of

18   this and made a decision, either on a cost

19   basis or another reason, to come before the

20   committee and explain their role in this rather

21   than dumping the whole issue on its new CEO.

22             But, again, as I said, you've

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 56 of 196

56

 1   taken on this duty, and like many before you,

 2   including presidents of the United States, what

 3   is anticipated that your role will be turns out

 4   to be something very, very different.

 5             But we're going to need your

 6   complete cooperation as we work through this

 7   difficult issue, but I think also I would

 8   suggest to the chair and vice chair that we

 9   seriously consider bringing before us those who

10   were in positions of responsibility when these

11   decisions were made.

12         CHAIRMAN McCASKILL:   Thank you,

13   Senator Coats.

14             We will in all likelihood do some

15   kind of follow-up hearing on this, and I think

16   it would be helpful to hear from some of the

17   people in key places.

18             I'd certainly like to talk to

19   under oath -- I shouldn't say under oath.   In a

20   committee setting I'd like to talk to the legal

21   team about how they handled the lawsuits around

22   this defect.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 57 of 196

57

1          Senator Nelson.

2          SENATOR NELSON:   Thank you, Madame

3    Chairman.

4          Ms. Barra, I have been a General

5    Motors customer for virtually all my life and

6    have been very satisfied.

7          I'm concerned by virtue of what

8    we've learned is there a corporate culture, and

9    since you're the new sheriff in town, you're

10   going to have to get into that culture.

11         As Senator Boxer had mentioned,

12   back in 1973, that accident of the fuel fires,

13   and so an engineer for GM wrote the value

14   analysis of auto fuel-fed fire related

15   facilities, and Senator Boxer already talked

16   about that.

17         Madame Chairman, I would ask that

18   that be entered into the record, that

19   engineer's report.

20         CHAIRMAN McCASKILL:   Without

21   objection.

22         SENATOR NELSON:   Given this potential

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 58 of 196

58

1  culture problem in GM, since I am a GM

2  customer, if I were to have a recalled

3  Chevrolet Cobalt, would you recommend that I

4  drive home in it tonight?

5          MS. BARRA:  If you take the -- all the

6  keys off the ring except the ignition key or

7  just use the ignition key, our engineering team

8  has done extensive analysis to say it is safe

9  to drive.

10          SENATOR NELSON:  What if I were going

11  on a long trip?

12          MS. BARRA:  Again, if you don't have

13  anything else on your key ring, and I recommend

14  just the ignition key, you are safe to drive

15  the vehicle.  That analysis has been done over

16  weeks.

17          SENATOR NELSON:  I suspect that Cobalt

18  drivers would not take comfort in that advice

19  knowing what has come up, and you all may want

20  to revise that advice.

21          You mentioned here that GM has

22  hired Ken Feinberg.  You know, he is accustomed

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 59 of 196

59

1    to large claims; he handled the BP oil spill in

2    the Gulf.

3              You all have confirmed 13 deaths.

4    Does this suggest with Feinberg coming on board

5    that the number of deaths and injuries is going

6    to be potentially much higher?

7              MS. BARRA:  We are starting our work

8    with Mr. Feinberg on Friday.  We think he is an

9    expert in this area, and we want to do what's

10   right.  So we thought he was the person with

11   the most expertise to go forward.

12              And I would also -- to the

13   previous question, if a person is not

14   comfortable driving their Cobalt or one of

15   these models, we are providing loaners

16   free-of-charge.

17              SENATOR NELSON:  With Feinberg on

18   board, does that suggest that GM is going to

19   compensate owners who feel the need that they

20   have to park their car other than the loaner

21   that you're speaking about?

22              MS. BARRA:  Again, working with

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 60 of 196

60

1   Mr. Feinberg, there is many aspects that we

2   need to work through with him, and that is why

3   he on his timeline is saying it will be about

4   the 60 days.

5          SENATOR NELSON:   The Center on Auto

6   Safety has suggested that they think this

7   defect may have caused over 300 deaths.   That's

8   a big difference from the 13 that you've

9   acknowledged.

10          Why do you think those numbers

11   are so far apart?

12          MS. BARRA:   My understanding is there

13   is data sources from the FARS (phonetic)

14   database where it captures a proportion of

15   incidents that occurred in those vehicles in a

16   broader population.

17          In some case the way airbags are

18   designed, they are not intended to go off

19   depending on the crash, and if you'd like me to

20   have -- we have a team that's very

21   knowledgeable, they've spent virtually their

22   entire career working on airbags.   We could

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 61 of 196

61

1    share that.

2          SENATOR NELSON:   Tomorrow you're going

3    to have to formally respond to NHTSA about what

4    the company did and did not know.

5                Companies are legally required to

6    report safety defects within five business days

7    of discovering them and so this information is

8    going to be critical to determine whether GM

9    broke the law.

10               While we're waiting on this

11   determination, can you tell us whether you

12   think that GM informed the government and the

13   consumers pursuant to the law in order to

14   prevent those accidents?

15         MS. BARRA:   I want to know that answer

16   just as much as you did, and that's why -- you

17   do and that's why I've got Mr. Valukas who is

18   doing this report, and we are working on all

19   the information that NHTSA has requested to

20   provide that in a timely fashion.

21         SENATOR NELSON:   Thank you.

22         CHAIRMAN McCASKILL:   Let's see, who is

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 62 of 196

62

1    next.  Senator Booker is not here.

2              It would be Senator Blumenthal.

3         SENATOR BLUMENTHAL:  Thank you, and

4    thank you for holding this hearing.  Thank you,

5    Ms. Barra, for being here today.

6              You and I have met before,

7    haven't we?

8         MS. BARRA:  Yes, we have.

9         SENATOR BLUMENTHAL:  And I'm going to

10   tell you now what I said then, which is that I

11   have enormous admiration and respect for your

12   career, what you have accomplished, and the

13   leadership that you've provided to GM, and I

14   also have enormous respect for your company.

15             It's an iconic, enormously

16   important manufacturing company and it produces

17   terrific products generally, and I know that

18   you're accompanied here by a regiment of

19   lawyers and a battalion of public relations

20   consultants and that you are breaking with the

21   culture.  It's a very difficult step.

22             But let me with all due respect

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 63 of 196

63

1    suggest three steps, at least three steps, you

2    can take if you really want to break with the

3    culture and show the leadership that I think is

4    worthy of GM and worthy of your leadership.

5                    Number 1, commit to a

6    compensation fund that will do justice for the

7    victims of the defects that killed people in

8    your cars.

9                    Number 2, warn drivers who are

10   currently behind the wheel of those cars that

11   they should not drive them until they are

12   repaired because they are unsafe.

13                   And, Number 3, support the

14   measure that Senator Markey and I have proposed

15   that would improve the system of safety

16   accountability going forward, require more

17   disclosure to the public and better

18   transparency and reporting by the car

19   manufacturers in case of defects to the federal

20   agencies, and the federal agencies have a

21   substantial share of the blame in this

22   instance.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 64 of 196

64

1              I think it's pretty much

2    incontrovertible that GM knew about this lethal

3    safety defect, failed to correct it, and failed

4    to tell its customers about it and then

5    concealed it from the courts and the United

6    States.

7              So I think these steps are

8    appropriate, and I hope that you will adopt

9    them despite whatever complexities that you see

10   and whatever the advice is that you're getting.

11             And I want to know, first of all,

12   what is it that Ken Feinberg has to work

13   through to convince you that there should be

14   compensation to these victims?

15        MS. BARRA:  Ken Feinberg has just

16   indicated to us, as he goes in he interviews a

17   lot of people, tries to get an understanding of

18   the process.

19        SENATOR BLUMENTHAL:  But he is not

20   a -- and excuse me for interrupting you, but we

21   have all of five minutes here, so I'm trying to

22   make the best use of it as possible.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 65 of 196

65

1           He is not a bankruptcy expert,

2   and right now GM is still in courts across the

3   country invoking a blanket shield from

4   liability that is the result of its deception

5   and concealment to the federal government.

6           I opposed it at the time as

7   Attorney General for the State of Connecticut,

8   not foreseeing that the material adverse fact

9   being concealed was as gigantic as this one,

10  but why not just come clean and say we're going

11  to do justice here, we're going to do the right

12  thing, we're going to compensate victims,

13  knowing that money can't erase the pain or

14  maybe even ease it, but it's the right thing to

15  do.

16      MS. BARRA:  Our first step in

17  evaluating this is to hire Mr. Feinberg, and we

18  plan to work through it with him and understand

19  his expertise.

20          As I've said, there is civic as

21  well as legal responsibilities, and we want to

22  be balanced and make sure we are thoughtful in

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 66 of 196

66

1    what we do.

2         SENATOR BLUMENTHAL:  Let me go on to

3    the next step.  Let me show you the recall

4    notice, and I'm sure you've seen it.

5              It says:  The risk increases if

6    your key ring is carrying added weight, such as

7    more keys or the key fob, or -- and I stress --

8    or your vehicle experiences rough road

9    conditions or other jarring or impact-related

10   events.

11             Even with all the weight off the

12   keychain, doesn't that recall notice tell you

13   that cars should not be driven where there are

14   rough road conditions or other kinds of

15   potential jarring events?

16        MS. BARRA:  The testing that has been

17   done has been on our proving ground that has

18   extensive capability where the vehicle would be

19   jarred and with just the key or the key and the

20   ring, it has -- it has performed.

21        SENATOR BLUMENTHAL:  Is it your

22   testimony here today that those cars are as

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 67 of 196

67

1    safe as any other car on the road today?

2            MS. BARRA:  Again, as you look across

3    all the safety technology that is on vehicles

4    from the past to present, there is variation on

5    safety based on the technology that's on cars

6    today.  So there is variation with -- across

7    the whole population.

8            SENATOR BLUMENTHAL:  Is that Cobalt

9    car as driven now safe for your daughters to

10   drive?  Would you allow them behind the wheel?

11           MS. BARRA:  I would allow my son and

12   daughter to drive -- Well, my son because he is

13   the only one eligible to drive, if he only had

14   the ignition key.

15           SENATOR BLUMENTHAL:  So the added risk

16   if you have only the ignition key of driving

17   that car on the road is zero?  There is no

18   additional risk of driving the unrecalled

19   Cobalt on the road?

20           MS. BARRA:  The testing that we have

21   done as it relates to this indicates that that

22   the weight is not -- would not cause that

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 68 of 196

68

1   issue.

2        SENATOR BLUMENTHAL:  If my time --

3        MS. BARRA:  Can I just say if someone

4   is uncomfortable, though, we are providing

5   loans, if someone asks for a loaner, a loaner

6   is provided.

7        SENATOR BLUMENTHAL:  Well, again, I

8   would respectfully suggest that you advise your

9   customers to get loaners rather than driving

10   these cars.

11        Thank you, Madame Chairman.

12        CHAIRMAN McCASKILL:  Senator Ayotte.

13        SENATOR AYOTTE:  Thank you, Madame

14   Chairman.

15        Ms. Barra, you described the

16   situation with the duplicate parts, the

17   duplicate ignition switches, one had the

18   defect, one didn't; however, the same part

19   number was kept.

20        As I understand that, that

21   happened -- the part was actually approved by

22   the chief engineer in 2006 and then it was --

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 69 of 196

69

1   the redesigned ignition switch was put at some

2   point into the model during the 2007 year, and

3   you've described that as an unacceptable

4   practice.

5           You know, I have to say when I

6   look at this situation, particularly the fact

7   that there is indications that GM may have

8   known as soon 2001 about the problems with the

9   ignition switch, the fact that there would be

10  two identical parts -- and, in other words,

11  one's defective and one isn't, and you didn't

12  change the part number strikes me as deception,

13  and I think it goes beyond unacceptable.  I

14  believe this is criminal.

15          And I guess my question to you

16  is:  Have there been any other instances where

17  GM actually is changing a part and fixing a

18  defect and keeps the part number the same

19  because this -- this to me is not a matter of

20  acceptability.  This is criminal deception.

21          MS. BARRA:  I am not aware of any, and

22  I -- it is not an appropriate practice to do.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 70 of 196

70

1    It is not acceptable.  It is crucial.  It's

2    engineering principle 101 to change the part

3    number when you make a change.

4              SENATOR AYOTTE:  Yeah, I think it's

5    just -- Obviously someone made the decision and

6    it was approved by GM to do this, and I would

7    like to know whether it's ever been done in any

8    other instance, because I think that we should

9    get to the bottom of that in terms of

10   deception, in terms of the potential safety

11   issues that can flow from that, of not

12   triggering for people that there is actually a

13   part that is being fixed, but not with a

14   different number.

15              So it's really a matter I think

16   of being honest and truthful with the public

17   here.

18              So I would like to get a

19   follow-up answer to that as this investigation

20   goes forward, because I don't see this as

21   anything but criminal when I see the change in

22   this part number.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 71 of 196

71

1          I also wanted to ask about -- The

2    Chair asked you about the deposition in April

3    or May of last year where clearly in the

4    deposition the trial counsel had raised this

5    issue of the two parts with the same number,

6    one defective, one not, and does the general

7    counsel report directly to the CEO?

8          MS. BARRA:  Yes.

9          SENATOR AYOTTE:  Yes.  And I find it

10   shocking that something like that, and I share

11   the Chair's concern, wouldn't have gone

12   directly up through the leadership of GM, and

13   so I think this is a very important issue that

14   we need to understand even a year ago what was

15   told and who knew what when because it seems to

16   me, I'm a lawyer by background as well, this

17   would have been shocking for me to hear in a

18   deposition representing a client, and I would

19   have gone to the top if something -- if I heard

20   something like that to make sure that my client

21   understood what was happening and the risks

22   that they faced.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 72 of 196

72

1                    I also wanted to ask you about

2    with regard to the taxpayer bail-out of GM in

3    2009, at that point had there already been

4    lawsuits filed related to the ignition switch?

5           MS. BARRA:  I can't answer that

6    question.  I don't know.

7           SENATOR AYOTTE:  I would like to know

8    whether GM actually notified the

9    administration's auto industry task force,

10   which helped administer the taxpayer bail-out

11   about the ignition switch, but I would assume

12   that if there were any lawsuits that had been

13   filed that were pending with regard to the

14   safety of the products of GM that this would

15   have been something that would have been

16   brought to the attention of the administration.

17                   And I would like to know what

18   information was provided to that task force or

19   to other officials in the administration as we

20   provided taxpayer dollars to GM to address the

21   bail-out and the bankruptcy?

22                   So I think this is an important

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 73 of 196

73

1   issue as well and obviously an important issue

2   I think for NHTSA as well.

3            So if you could get back to us on

4   that, I would appreciate it.  Thank you.

5            CHAIRMAN McCASKILL:  Senator Rubio.

6            SENATOR RUBIO:  Thank you, Madame

7   Chair.

8            Ms. Barra, you've been at GM for

9   how many years?

10            MS. BARRA:  33.

11            SENATOR RUBIO:  33.  You have

12   discussed a lot today about the culture at

13   General Motors and the change in the culture.

14            Can I ask you about the culture

15   at GM in your years there?

16            Was there a culture at GM at any

17   time that you have worked there about

18   avoiding -- a culture of discouraging bad news

19   about the company?

20            MS. BARRA:  I think the culture wasn't

21   always as welcoming of bad news.  You know,

22   again, it was not across the whole company, but

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 74 of 196

74

1    in pockets it wasn't always as welcomed as it

2    should have been.

3        SENATOR RUBIO:  But certainly at

4    senior management positions in light of, for

5    example, the bankruptcy and the subsequent need

6    for the federal government to intervene and

7    bail out the company for it to survive, did you

8    notice that that was exacerbated during that

9    time, that at that point in time there was a

10    particular amount of resistance towards any

11    sort of bad news about the company like, for

12    example, faulty ignition switches?

13        MS. BARRA:  I wouldn't draw that

14    conclusion.

15        SENATOR RUBIO:  So you were never

16    involved, you never saw any conversations with

17    regards to the need to diminish the amount of

18    bad news about the company or anything that

19    would be disruptive, even if it involved safety

20    issues?

21        MS. BARRA:  No.  No.

22        SENATOR RUBIO:  So let me ask you this

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 75 of 196

75

1   question now, leading to the next point, and I

2   think -- I just want to ask it, and I know your

3   answer is going to be that there's an ongoing

4   investigation, but I think its important to ask

5   it.

6              From what you know now, from the

7   documents you have been able to review and the

8   conversations you've had, I would imagine this

9   issue has captured the attention and perhaps

10  consumed much of your time and the time of

11  senior management at GM; is that right?

12             This is probably the central

13  issue confronting the company right now, so

14  just based on what you know over the last few

15  weeks having dealt with this issue, can you

16  tell us whether General Motors intentionally

17  misled its customers and federal regulators

18  when someone decided to delay disclosing or

19  fixing the faulty ignition switch?

20       MS. BARRA:  I don't know.  That's why

21  we're doing the investigation.

22       SENATOR RUBIO:  But you won't rule

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 76 of 196

76

1    that out?

2          MS. BARRA:  Mr. Valukas has the reins

3    to go wherever the facts take him, and the

4    facts are the facts, and we'll deal with those.

5          SENATOR RUBIO:  So if, in fact, it

6    turns out that there are individuals who made

7    decisions, is the purpose of this investigation

8    to deduce two things:

9               First, the process that led to

10   these decisions to be made, how was it this

11   decision was made so that you never do that

12   again?  That's the first part of the

13   investigation.

14              The second part -- and the one

15   that I think is important, because this is not

16   just about General Motors, there are other

17   companies out there making all sorts of

18   products, and what we never want to do is live

19   in a country where companies can decide that as

20   a business model, we will decide not to make

21   fixes to things, despite the fact that they are

22   dangerous because it costs too much money to

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 77 of 196

77

1   fix it.  That's a dangerous precedent.

2              I heard the Ford Pinto was

3   mentioned earlier -- because we would never

4   tolerate that.

5              You know, if I owned a restaurant

6   and poison was part of my ingredients, and I

7   decided not to change the recipe because it

8   cost too much money and someone died, I

9   wouldn't -- they wouldn't just close down my

10  restaurant, I would go to jail.

11             So my second question is as part

12  of this investigation to decide who made these

13  decisions, who, in fact, decided -- or what

14  group of people decided not to disclose these

15  flaws and to do something about them in a

16  timely manner as part of investigation to

17  identify those individuals who made those

18  decisions.

19        MS. BARRA:  If there were decisions

20  made by individuals that were inappropriate,

21  and some of the things that I've seen I'm very

22  troubled by, as Mr. Valukas completes his

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 78 of 196

78

1   findings, the GM -- my team, my leadership

2   team, we will take steps, and if that means

3   there is disciplinary actions up to and

4   including termination, we will do that.

5              We demonstrated that already when

6   we dealt with our India Tavera issue last year.

7              SENATOR RUBIO:  But certainly if

8   someone was negligent, if someone said we have

9   this information, we don't think it's a big

10  deal, we shouldn't do anything about it, that

11  is negligence, and certainly someone like that

12  should not continue to work for the company.

13             But will you also look for

14  evidence in that investigation that, in fact,

15  people knew that this was a problem, but

16  decided that the costs weren't worth it, are

17  you also in search of that, to see if, in fact,

18  there were individuals or a culture in the

19  company created by a group of individuals that

20  encouraged employees to make these sorts of

21  cost benefit analyses based on economics and

22  not on customer safety?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 79 of 196

79

1        MS. BARRA:  As I've said, that type of

2   analysis on a safety issue or a safety defect

3   is not acceptable, it's not the way we're going

4   to do business, and that is not the culture.

5             We will -- We will make sure that

6   that is not the culture we have going forward.

7             SENATOR RUBIO:  But again my question

8   is if, in fact you discover, or will you look

9   to see if, in fact, whether there was a

10  decision made by a group of individuals not to

11  move forward on this because of its costs?

12        MS. BARRA:  Yes.

13        SENATOR RUBIO:  You want to know the

14  answer to that question, and that would be --

15  we will know the names of these people, and we

16  will know the process by which they made that

17  decision as well?

18        MS. BARRA:  We will work on the

19  process.  In raising the names, I have to make

20  sure that I stay consistent with employer laws

21  that I have, but trust me, we acted swiftly

22  when we had issues with individuals who are no

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 80 of 196

80

1   longer with the company in the past.

2        SENATOR RUBIO:  And I would follow up

3   talking to your counsel and ours as well, but I

4   am not sure there are any laws that allow

5   companies to shield an individual who made at

6   that point what appears to be a criminal

7   decision not to move forward on a safety item

8   because of some sort of internal economic

9   consideration.

10       MS. BARRA:  I guess we need to

11  complete the investigation and have the facts

12  in front of us, and we will act not only from a

13  company perspective, but if there is issues

14  beyond that that have to be dealt with, we will

15  deal with those.

16       SENATOR RUBIO:  I have one last

17  question, my time is up.

18            Will you fully cooperate with the

19  Justice Department if they want to conduct a

20  concurrent investigation alongside the internal

21  one?

22       MS. BARRA:  We will fully cooperate

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 81 of 196

81

1    with the Justice Department.

2         SENATOR RUBIO:  Thank you.

3         CHAIRMAN McCASKILL:  Senator Johnson.

4         SENATOR JOHNSON:  Thank you, Madame

5    Chair.

6              Ms. Barra, like Senator

7    Klobuchar, I met with the stepfather and mother

8    of Natasha Weigel, and that accident occurred

9    in Wisconsin, so this hits pretty close to

10   home.

11             Your background is electrical

12   engineer, correct?

13        MS. BARRA:  Correct.

14        SENATOR JOHNSON:  And you say you have

15   been with GM for 33 years.  In that capacity I

16   would imagine General Motors has been a real

17   leader in terms of total quality management in

18   their manufacturing -- in their manufacturing

19   process?

20        MS. BARRA:  We have improved our

21   quality over the last several years.

22        SENATOR JOHNSON:  I've got a

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 82 of 196

82

1   manufacturing background myself, I ran a plant

2   for 31 years.

3               In your engineering capacity I

4   would imagine you dealt with the quality

5   management system in pretty robust fashion,

6   correct?

7         MS. BARRA:   Correct.   In the

8   manufacturing arena, yes.

9         SENATOR JOHNSON:   Okay.   I want to

10  drill down a little bit in terms of where

11  Chairman McCaskill's and Senator Ayotte went on

12  the change of that part number.

13              I have gone through a lot of

14  quality audits and of course the reason you

15  have different numbers for different parts is

16  for traceability, correct?

17        MS. BARRA:   Correct.   It has -- A

18  number of reasons, but that being a key one.

19        SENATOR JOHNSON:   A real key one.   So

20  if there is a problem or there is a defect in

21  the manufacturing process, you can trace back

22  exactly where that happened.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 83 of 196

83

1              So that's not -- You called that

2    not good engineering principle.  That's really

3    just a total violation of a total quality

4    management system, correct?

5              MS. BARRA:  Correct.

6              SENATOR JOHNSON:  And again, total

7    quality management has been part of GM for how

8    many decades?

9              MS. BARRA:  For I would say at least

10   my career and it's been improving along the

11   way.

12             SENATOR JOHNSON:  And the engineering

13   departments in particular are totally focused

14   on those TQM principles, correct?

15             MS. BARRA:  Correct.

16             SENATOR JOHNSON:  Wouldn't there be --

17   When you change a part, okay, there is going to

18   be an awful lot of engineering that goes into

19   changing that part, correct?

20             There are going to be subparts

21   that go within a part.

22             MS. BARRA:  It depends on the change

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 84 of 196

84

1   in the part.

2        SENATOR JOHNSON:  Well, let's say the

3   ignition switch.  How many -- just there are

4   multiple parts to the ignition switch, correct?

5        MS. BARRA:  Correct.

6        SENATOR JOHNSON:  So when you redesign

7   that, there are going to be different parts

8   combined with that part?

9        MS. BARRA:  And then the part number

10  that General Motors uses as the subassembly

11  comes to us have a unique and individual part

12  number.

13       SENATOR JOHNSON:  So it would be very

14  difficult within a total quality management

15  system to have multiple changes in part numbers

16  combined in an assembled part and then not have

17  that part number changed in a completely --

18       MS. BARRA:  I agree.

19       SENATOR JOHNSON:  Almost impossible.

20       MS. BARRA:  It's wrong.

21       SENATOR JOHNSON:  Which means it

22  wasn't just a mistake, somebody had to

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 85 of 196

85

1    proactively make sure that that part number did

2    not change, correct?

3          MS. BARRA:   That's why we're

4    investigating, to learn exactly why that

5    happened.

6          SENATOR JOHNSON:   But again, within a

7    total quality management system, with

8    everything that goes into changing a part, an

9    assembled part, so there are going to be

10   different parts numbers combining into that

11   part, there is almost -- there is really no

12   conceivable way within a total quality

13   management system, with computers as they are

14   today, with the types of controls you put in a

15   total quality management system, that within

16   that system a new assembled part would not have

17   a different part number?

18         MS. BARRA:   I agree with you and

19   that's why I find it so disturbing.

20         SENATOR JOHNSON:   So basically the

21   conclusion would be that process, that

22   procedure, that computer system was

    09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
    Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 86 of 196

86

1    purposefully overridden?

2           MS. BARRA:   That is why we're doing

3    the investigation.

4           SENATOR JOHNSON:   Okay.  Well, again,

5    that's the assumption to make, right?

6                 Now, also within that

7    traceability part of the total quality

8    management system, we should be able to quickly

9    identify who or what departments were involved

10   in that, correct?

11          MS. BARRA:   And we are doing that.

12          SENATOR JOHNSON:   Okay.  Now, again

13   I'm no attorney, I can't really speak to

14   criminality, but it's going to be pretty

15   important to find out who was responsible for

16   overriding the quality system to change that

17   part?

18          MS. BARRA:   I want to understand why

19   those actions were taken.

20          SENATOR JOHNSON:   And the only reason

21   anybody would make sure in a total quality

22   management system that a part number didn't

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 87 of 196

87

1   change would be to hide the fact that that part

2   changed for some reason, correct?

3           MS. BARRA:  And I would like the

4   complete investigation to be completed before I

5   start making assumptions.

6           SENATOR JOHNSON:  Okay.  I have no

7   further questions.  Thank you.

8           CHAIRMAN McCASKILL:  Senator Markey.

9           SENATOR MARKEY:  Thank you, Madame

10  Chair.

11              This is Chevy Cobalt 2006

12  ignition switch.  This is the same design that

13  failed, shutting off vehicle airbags and

14  killing innocent victims.

15              We now know that the difference

16  between this switch and one that would have

17  worked was the difference between life and

18  death.

19              And do you know the other

20  difference, the other thing that we now know,

21  that it would only cost $2.00 to repair, $2.00.

22  And that's how little this ignition switch

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 88 of 196

88

1   would have cost.

2           And it was apparently $2.00 too

3   much for General Motors to act despite a decade

4   of warnings, accident reports, and deaths, and

5   while a number of investigations are ongoing to

6   determine exactly how many times this evidence

7   was covered up by GM or ignored by NHTSA, there

8   is one clear conclusion that we can make, and

9   that is it is much more difficult to cover up

10  evidence that is publicly available.

11          Ms. Barra, if I have a car

12  accident and decide to report the details to

13  NHTSA, NHTSA puts that information into a

14  public consumer complaint database.

15          But if I made the very same

16  complaint to General Motors instead of to

17  NHTSA, GM can deem all the details of my

18  complaint to be confidential business

19  information, and it does that every single

20  time.

21          You told Senator Coats that you

22  would have all of the information, that you

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 89 of 196

89

1    would share anything and everything related to

2    GM's Cobalt situation.

3              My question to you is this:

4              Will you commit publicly to

5    disclosing all documents, including accident

6    reports, notices that a fatal accident could

7    have been caused by a safety defect, and all

8    details of consumer complaints GM receives

9    about all of its vehicles going forward,

10   Cobalts or any other vehicle?

11        MS. BARRA:   I understand there is

12   different things being looked at to see what we

13   should be reporting to NHTSA, and we will

14   actively support looking at what we think would

15   be useful to help speed the process of

16   understanding a defect or understanding why

17   something happened.

18             We will work cooperatively.   I

19   understand there is legislation underway and

20   we'd be happy to review and provide input.

21        SENATOR MARKEY:   So let's reach the

22   legislation, because it's clear that if you're

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 90 of 196

90

1   not going to commit to doing it voluntarily, we

2   need legislation that mandates it.

3              The families are here, the

4   victims are here.  They want to be vindicated

5   themselves, but they don't want other families

6   to ever suffer what they have suffered.

7              So Senator Blumenthal and I have

8   introduced legislation, an early warning

9   reporting system.

10             Let me ask you this:

11             Our bill would require automakers

12   to submit the documents that first alerts them

13   to fatal accidents involving their vehicles to

14   the searchable early warning reporting system.

15             Would you support that

16   legislation?

17        MS. BARRA:  And that legislation is

18   being reviewed by our team; we're providing

19   input.  We need to review the entire

20   legislation.

21        SENATOR MARKEY:  Number 2, it would

22   require the Transportation Department to

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 91 of 196

91

1    publish materials it receives about safety

2    incidents that are currently kept secret.

3              Can you support that for families

4    across America?

5              MS. BARRA:  Senator, as this bill is

6    put forward, we'd like to review it in its

7    entirety and provide input and then we will

8    comply with whatever legislation is passed and

9    we will work proactively with NHTSA to try and

10   make sure the most helpful information is

11   brought forward.

12             SENATOR MARKEY:  Number 3, it would

13   require the Transportation Department to

14   upgrade its databases to give consumers the

15   tools they need to protect the members of their

16   family.

17             Can you support that?

18             MS. BARRA:  The answer -- Again, we

19   will look at -- I'd like to look at the

20   legislation in its entirety and provide input

21   and work with NHTSA to make sure the

22   appropriate information that would be most

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 92 of 196

92

1   helpful is what's made available.

2          SENATOR MARKEY:   Fourth, it would

3   require the Transportation Department to use

4   the information it has to better identify fatal

5   defects before they claim more innocent lives.

6                Can you support that legislation

7   for every auto company in America?

8          MS. BARRA:   Again, I would like to

9   look at the legislation in its entirety, look

10   at what makes the most sense working with NHTSA

11   to make sure the most valuable information is

12   put forward.

13          SENATOR MARKEY:   I am very troubled

14   that you are not willing to commit to ending

15   this culture of secrecy at General Motors.

16          MS. BARRA:   I didn't say that.

17          SENATOR MARKEY:   Yes, you have.   Okay.

18   And I know this, okay, but I have tried year

19   after year for more than ten years to have

20   legislation passed that would require the

21   disclosure of all of this information, and it

22   was the automobile industry that killed my

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 93 of 196

93

1    legislation year after year.

2                    And this is the moment now for

3    you to say more than that you're sorry, but

4    that you're going to commit that families get

5    the information to make sure that it never

6    affects any other family in America again.

7                    And you should be in position

8    right now, Ms. Barra, I am telling you this, to

9    say we will disclose this information, we will

10   make it available.

11                   You've had more than two months

12   now to make this decision.  You had more than

13   two months to think about what went wrong.

14                   You've had have more than two

15   months to think about why you work to kill

16   legislation as a corporation for years that

17   provided a consumer database so that individual

18   families knew that their families could be

19   harmed and yet you still do not have an answer.

20                   You still do not understand what

21   the American public wants.  They need the

22   information to protect their families, and it

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 94 of 196

94

1   is important for everyone to know that General

2   Motors is still not giving us the yes, the

3   American people want, to that question.

4           CHAIRMAN McCASKILL:  Ms. Barra, how

5   many lawsuits relating to the defect, both

6   pending and closed as well as settlements, has

7   GM been a defendant or a co-defendant?

8           MS. BARRA:  I don't have that

9   information.  I can provide it to the

10  committee.

11          CHAIRMAN McCASKILL:  I am assuming

12  you've had some briefing from your counsel

13  about your exposure on this defect?

14          MS. BARRA:  We have not talked about

15  exposure.  We're -- We have -- It's very

16  important once we realized the situation, we

17  immediately hired Anton Valukas.

18              We don't want to have multiple

19  investigations.  We thought it most

20  important to have --

21          CHAIRMAN McCASKILL:  I'm not asking

22  about investigations.  I'm saying as the CEO of

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 95 of 196

95

1   General Motors, you have not had a briefing by

2   your general counsel about the litigation that

3   is ongoing against your company concerning this

4   defect?  You've not had that conversation?

5           MS. BARRA:  I have been focused on

6   getting the parts for customers.

7           CHAIRMAN McCASKILL:  We would like to

8   know how many cases have been filed, we would

9   like to know how many cases have been

10  completed, we would like to know how many are

11  settled, and most importantly, how many of

12  those required confidentiality, how much

13  whack-a-mole has been going on in terms of

14  trying to deal with these lawsuits on one off

15  basis and leveraging what a lawyer wants to do

16  for their client with the requirement of

17  secrecy.

18           Has Mr. DiGiorgio been fired?

19           MS. BARRA:  As the investigation has

20  only been going on for couple weeks, we have

21  already made process steps.

22           As I return to the office, we

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 96 of 196

96

1   will start to look at the people implications.

2           CHAIRMAN McCASKILL:  So he has not

3   been fired?

4           MS. BARRA:  No.

5           CHAIRMAN McCASKILL:  Is he still

6   working there every day?

7           MS. BARRA:  Yes.

8           CHAIRMAN McCASKILL:  And you know that

9   he lied under oath?

10          MS. BARRA:  The data that's been put

11  in front of me indicates that, but I am waiting

12  for the full investigation.  I want to be fair.

13          CHAIRMAN McCASKILL:  Okay.  Let me

14  help you here.  He said several times he had no

15  idea these changes had been made.  Here is a

16  document that he signed under his name, Mr. Ray

17  DiGiorgio.  He signed it on April 26, 2006

18  approving of the change.

19               Now, it is hard for me to imagine

20  you would want him anywhere near engineering

21  anything at General Motors under these

22  circumstances, and I for life of me can't

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 97 of 196

97

1    understand why he still has his job.

2                    I think it is -- I know you want

3    to be methodical, I know you want to be

4    thorough, I know you want to get this right,

5    but I think it sends exactly the wrong message,

6    that somebody who perjures repeatedly under

7    oath.  He wasn't just asked the question only

8    once, he was asked the question over and over

9    and over again.

10                    Now, here's the really important

11   question:

12                    This document, which is

13   completely relevant to any lawsuit that is

14   filed against GM around these crashes, would

15   have been included in any document request from

16   any lawyer representing a family. This document

17   was not given to Mr. Cooper.  This document was

18   withheld from the lawyer representing the

19   family of Brooke Melton.

20                    He didn't even find out about

21   this document until after his case had been

22   settled.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 98 of 196

98

1                    How do you justify withholding a

2     key piece of documentary evidence in a

3     litigation concerning a part that was changed

4     without a part number change that is spelled

5     out in this document for anyone to read?  How

6     does that happen?

7                    MS. BARRA:  I cannot -- I don't

8     condone not providing information when

9     requested, you know, in a legal proceeding, and

10    if that was done, we will deal with the

11    individuals accountable for that.

12                    CHAIRMAN McCASKILL:  Well, I think

13    it's very important that we find out how many

14    cases this document was provided to counsel in

15    when it was requested as clearly within the

16    scope.

17                    I guarantee you there is not a

18    request for documents being made of GM around

19    these cases that the scope of the request did

20    not include this document, and I want to know

21    how many cases they buried this document

22    because this is what happens in America.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 99 of 196

99

  1                    Corporations think they can get

  2    away with hiding documents from litigants and

  3    that there will be no consequences, and I want

  4    to make sure there is consequences for hiding

  5    documents because this is hiding the truth from

  6    families that need to know, and it's outrageous

  7    and it needs to stop.

  8                    Last week, last month, the

  9    Department of Justice announced a $1.2 billion

 10    settlement in a criminal case against Toyota.

 11                    It resulted in a massive recall,

 12    unintended acceleration; we have talked about

 13    it in these hearings.

 14                    What is particularly relevant to

 15    you, and I want to put this on the record, is

 16    the facts around the redesign of a part in that

 17    criminal case, and I'm going to quote from the

 18    facts of that settlement.

 19                    Toyota redesigned a part using,

 20    quote, a designation that entailed no part

 21    number change, end of quote.

 22                    Department of Justice said that

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 100 of 196

100

1    Toyota engineers did this explicitly to, quote,

2    prevent their detection from NHTSA.

3                    And I know this is gone over with

4    you time and time again, but I wanted to make

5    sure we got that in the record, that we have

6    had it occur with another car manufacturer.

7                    Finally, I want to talk just for

8    a minute about the nature of the defect.  I'm

9    confused about this.

10                   When I was going through all the

11   documents preparing for this hearing, in his

12   testimony, Acting Administrator Friedman said

13   that GM's own technical specifications for the

14   Cobalt call for the airbag system to contain an

15   independent power source that is armed and

16   ready to fire for up to 60 seconds after the

17   vehicle's power is cut off.

18                   That's in GM's specifications to

19   NHTSA.

20                   Is that an accurate description

21   of the technical specifications?

22              MS. BARRA:  I don't know.  I would

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 101 of 196

101

1    have to go back and review that, and I can

2    provide that information.

3         CHAIRMAN McCASKILL:  Because there

4    seems to be a problem here because if the

5    specifications say that airbag deploys when

6    power is off, and we know these airbags are not

7    deploying when power is off, then we've got a

8    much bigger problem.

9              That means we could have airbags

10   across the entire automobile industry that did

11   not have the appropriate sensors in there that

12   allow for deployment even when the power has

13   gone off during some kind of collision or in

14   this case because of a defective part.

15             That would be information we

16   would also like you to follow up on.

17        MS. BARRA:  Okay.

18        CHAIRMAN McCASKILL:  Finally, two

19   things for the record.

20             Will you commit to coming back in

21   front of this committee when you can answer the

22   questions?

   09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
   Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 102 of 196

102

 1              MS. BARRA:  Yes.

 2              CHAIRMAN McCASKILL:  And, secondly,

 3    all the information you are providing to NHTSA

 4    on Friday, would you be so kind as to provide a

 5    copy of all that information to this committee?

 6              MS. BARRA:  Yes.

 7              CHAIRMAN McCASKILL:  Thank you.

 8                 Senator Heller.

 9              SENATOR HELLER:  Thank you, Chairman.

10                 You've answered most of the

11    questions with the response that there is an

12    ongoing investigation, you want to see the

13    results of that.

14                 Do you have a target date for

15    when that review will be complete?

16              MS. BARRA:  I'll have to have that

17    done within 45 to 60 days tops.

18              SENATOR HELLER:  I think that's

19    important for us to know.

20              MS. BARRA:  And I have asked

21    Mr. Valukas to go as quickly as he possibly

22    can, but not sacrifice accuracy for speed.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 103 of 196

103

1          SENATOR HELLER:   What opportunities

2     will we have to review that?

3          MS. BARRA:   As I said before, any

4     information related to safety, anything related

5     to this incident, anything we think would help,

6     you know, from NHTSA, broader, we will provide

7     it.   Anything related --

8               The only thing we won't is issues

9     of competitiveness or if there is privacy

10    issues, we have to comply.

11         SENATOR HELLER:   How broad will this

12    review be?

13         MS. BARRA:   I have asked Mr. Valukas

14    to -- There is boundaries and there are no

15    sacred cows.

16              I want to make sure we have a

17    complete understanding because only with a

18    complete understanding can we make all the

19    changes we need to make from both a people and

20    a process perspective.

21         SENATOR HELLER:   Is Delphi a vendor or

22    a subsidiary?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 104 of 196

104

1          MS. BARRA:  Delphi is a supplier, not

2   a subsidiary.

3          SENATOR HELLER:  Okay.  Okay.  Will

4   this overview include looking at Delphi and

5   their participation in this?

6          MS. BARRA:  To the extent that

7   Mr. Valukas goes in that direction, and we get

8   information from them, yes.

9          SENATOR HELLER:  I think it makes some

10  sense to talk to people at Delphi and find out

11  in their words, and perhaps bring them to this

12  committee, to find out what their understanding

13  and make -- to determine, you know, their

14  involvement in this particular case.

15          Can you -- Can you tell us

16  whether or not this is a one-time occurrence?

17          MS. BARRA:  This is -- As I look at

18  it, I see it as a very extraordinary situation.

19          There have been many, many cases

20  where we have been quick to act from a safety

21  recall process.

22          And as I mentioned before, often

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 105 of 196

105

1   we are known to do more recalls of smaller

2   population, because we want to get to issues as

3   quickly as we can.

4           SENATOR HELLER:  So you have no recall

5   of whether or not a similar situation has

6   occurred in the past where a part, two

7   different parts had the same part number?

8           MS. BARRA:  I am not aware of that.

9   That is bad engineering.

10          SENATOR HELLER:  Do you think it was

11  an oversight on Delphi?

12          MS. BARRA:  I don't know.  And that's

13  what I hope to learn with the investigation.

14              I want to understand all the

15  parties involved and if they -- what they did,

16  what was wrong, what was not following process,

17  et cetera.

18          SENATOR HELLER:  What would you

19  consider the financial stability of GM in 2005,

20  2006 and 2007 just before the taxpayers bailed

21  them out?

22          MS. BARRA:  Poor.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 106 of 196

106

1          SENATOR HELLER:  What would you

2    have -- What do you think would have been the

3    damage done to the public image if the company

4    initiated a recall of these cars in 2005?

5          MS. BARRA:  I can't -- I can't, you

6    know, guess what that would have been.

7              Obviously it would have been less

8    than it is now and it would have been much

9    better to have this issue resolved because it

10   clearly took too long.

11         SENATOR HELLER:  Do you think GM would

12   have survived if they would have recalled these

13   cars in 2005?

14         MS. BARRA:  I can't guess.

15         SENATOR HELLER:  Do you think the

16   company took that into consideration?

17         MS. BARRA:  I did not take that into

18   consideration and know of no one who did.

19         SENATOR HELLER:  That perhaps GM would

20   have gone under had they initiated a recall in

21   2005?

22         MS. BARRA:  I don't know.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 107 of 196

107

1          SENATOR HELLER:  All right.  Thank

2     you, Mr. Chairman.

3          CHAIRMAN McCASKILL:  Senator Boxer.

4          SENATOR BOXER:  Ms. Barra, I really

5     hate to say this, but if this is the new GM

6     leadership, it's pretty lacking, and maybe this

7     round you can change my mind, I'll give you

8     another chance to.

9               But leadership means stepping out

10    with a fresh start, and I don't see it.

11              For example, you had

12    Mr. Blumenthal, Senator Blumenthal, show you

13    the recall notice and you still won't say that

14    everybody who has these cars should get rid of

15    it, even though the recall notice says if your

16    keychain is heavy or you go over rough roads.

17              Have you seen this winter?  In

18    Vermont they had 94 occasions of snow.  You

19    know what that does to the infrastructure?

20              Look, you should have said you're

21    right.

22              Then Mr. Markey, Senator Markey,

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 108 of 196

108

1   who is a great leader on this, says will you

2   support just making transparent the reports of

3   the company that there is a problem with the

4   car, put it out there.

5              Oh, no, you can't -- you can't

6   answer that either.

7              So then my question in March '05,

8   your GM people said it cost too much to fix

9   these cars.  The code words, quote, none of the

10  solutions represents an acceptable business

11  case.

12             Now, that was a public document.

13  GM gave that document over.  Oh, you can't even

14  talk to that.  You don't know anything about

15  anything.

16             And Madame Chairman, who is not

17  here, I am going to ask unanimous consent to

18  place in the record more pictures of Mary

19  Theresa Ruddy's car and what kind of a death

20  follows that kind of a crash.  You can see from

21  that.

22             So without objection I will put

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 109 of 196

109

1    that in.

2                    Now, it's my understanding you

3    are recalling many of your cars now, not all of

4    them, you're giving -- But if people want to,

5    they can say please pay for a loaner.

6                    Is that correct?

7            MS. BARRA:  That is correct.

8            SENATOR BOXER:  Well, that is the

9    right thing to do, but are you -- do you

10   support a law that would say recalled cars like

11   yours can no longer be rented or loaned?

12                   Do you support a law like that?

13           MS. BARRA:  If there is a safety issue

14   on the vehicle, and we made sure on these

15   vehicles that all -- that they're grounding all

16   of these vehicles --

17           SENATOR BOXER:  No, no.  Do you

18   support a proposed law by Senator McCaskill and

19   myself that would say recalled cars like yours

20   can no longer be rented or loaned?

21                   We have a law.  Do you support

22   that law, that proposal, that bill?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 110 of 196

110

1      MS. BARRA:  I'd like to read the whole

2  bill before I say if I support it or not.

3      SENATOR BOXER:  You'd like to read it?

4  You haven't read it?

5      MS. BARRA:  No, I have not.

6      SENATOR BOXER:  Well, it's been out a

7  long time.

8          Are you aware that recalled cars

9  can be rented or loaned?  Are you aware of

10  that?

11      MS. BARRA:  I know --

12      SENATOR BOXER:  So you can send your

13  owner of one of these cars to a rental place or

14  get a loaner, and they could lease and they

15  could get a defective car.

16          Are you aware of that, that there

17  is no law that says --

18      MS. BARRA:  I know that, because I

19  have checked for the vehicles here that they

20  are grounded.

21      SENATOR BOXER:  Say that again.

22      MS. BARRA:  I -- For this specific

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 111 of 196

111

1    issue, one of the first things we did is made

2    sure that the rental agencies --

3              SENATOR BOXER:  I'm not asking that.

4    I'm asking you:  Do you support a law that

5    Senator McCaskill and I and Schumer and others

6    have proposed that would say if a car is

7    recalled, it cannot be leased or loaned?

8              MS. BARRA:  My understanding is the

9    rental community is voluntarily complying with

10   that.

11             SENATOR BOXER:  Do you support a

12   law --

13             MS. BARRA:  Conceptually --

14             SENATOR BOXER:  -- yes or no?

15             MS. BARRA:  Conceptually it makes

16   sense.  I would like to understand it better.

17             SENATOR BOXER:  Well, conceptually is

18   not the question.

19                 Do you support the bill?

20             MS. BARRA:  I haven't read it.

21             SENATOR BOXER:  Well, you should since

22   you were the CEO of GM when we got an e-mail

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 112 of 196

112

1    from your organization that you're a part of,

2    the auto -- the manufacturers alliance opposing

3    the bill.  So you already were CEO, this is the

4    new GM, and you oppose a law.

5              Now, you should know that my

6    constituent Cally Houck, lost her two

7    daughters, Rachel, 24, and Jacquie, 20, in a

8    tragic accident caused by an unrepaired safety

9    defect in a rental car they were driving.

10             So Senators Schumer and

11   McCaskill, we wrote the Rachel and Jacqueline

12   Houck Safe Rental Car Act and you know what?

13   The rental car people support it, but you

14   don't.  The automobile manufacturers don't.

15             So you are essentially bragging

16   today, if I may use the word, that you're

17   telling your people, oh, go get another car,

18   but at the same time your lobbying organization

19   is opposing a bill that would make sure that no

20   one, no one, would die the way they died.

21             So I would say, Madame Chairman,

22   I am so grateful to you and Senator Heller for

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 113 of 196

113

1    this hearing.  These issues run deep, and we

2    have work to do, and I am very disappointed.

3    Really.  As a woman to woman.  I am very

4    disappointed because the culture that you are

5    representing here today is a culture of the

6    status quo.

7              Thank you.

8              CHAIRMAN McCASKILL:  Senator

9    Klobuchar.

10             SENATOR KLOBUCHAR:  Thank you, Madame

11   Chairman.  I just have a few specific follow-up

12   questions, Ms. Barra.

13              In your testimony you mentioned

14   the steps GM has taken in terms of this recall,

15   and because the recall focuses on model year

16   vehicles built way back from 2003 to 2007, I

17   wonder how many of these vehicles are now on

18   their second and third owners and if this is

19   creating challenges to reach these owners and

20   if there is anything more that can be done.

21             MS. BARRA:  One of things that we

22   would very much support is some type of

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 114 of 196

114

1   database, I don't know the right agency to

2   manage it, where we would have the latest

3   owners attached to the VINs.

4                What we do when we have this

5   issue, because we want to get second, third,

6   however many owners there are, is we go to

7   Polk, where registration data is kept, and

8   that's how we get the latest information, but

9   if there was something that allowed that, you

10  know, there was a master database as such that

11  you always knew what VIN and who was the

12  registered owner, that would be incredibly

13  helpful.

14          SENATOR KLOBUCHAR:  Okay.  And this

15  would be something from the Department of

16  Transportation or --

17          MS. BARRA:  Or NHTSA, I'm not sure

18  which agency would do that, but that would be

19  something I think would be very beneficial.

20          SENATOR KLOBUCHAR:  Okay.  Well, we

21  should approach them about that on -- with the

22  next questions.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 115 of 196

115

1              Ms. Barra, GM received, and I

2    think some of my colleagues have gone over

3    this, but consumer complaints related to the

4    faulty switch for years evidenced back to 2011.

5              Internally what we've learned is

6    that the company conducted reviews, issued

7    service bulletins to dealers on how to advise

8    customers on the problem, and even approved

9    redesigns of the ignition switches, but none of

10   this was ever made public.

11             And, as we know, we didn't get

12   this formal investigation by 2011.

13             Was it that GM management felt

14   that they could handle this internally and make

15   these changes?

16             And I know you're doing this

17   investigation but --

18        MS. BARRA:  I'm trying to understand

19   it as well because it took way too long.  I

20   understand if it had been handled more quickly,

21   there -- Once there is a safety issue, it

22   should never have a business case that goes

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 116 of 196

116

1    against it in making any part of decision

2    making, and we go forward now, there isn't any,

3    so I am as disturbed as you, I want to

4    understand, and I commit to you I will make

5    change, both people and process.

6            SENATOR KLOBUCHAR:  Delphi Automotive,

7    the company that produced the ignition switches

8    that are linked to this defect, has informed

9    congressional investigators that GM approved

10   the original part in 2002 even though it didn't

11   meet GM specifications for torque performance.

12           Do you think it met those

13   specifications?

14           MS. BARRA:  It -- I understand there

15   is documentation that exists that says it

16   didn't, and that's what I have to understand,

17   why that happened.

18           SENATOR KLOBUCHAR:  And then last, in

19   your testimony you mentioned you had named a

20   new Vice President for Global Vehicle Safety.

21           I think that sounds like a pretty

22   good idea right now, but I was surprised there

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 117 of 196

117

1   wasn't already a person high up in the company

2   dedicated solely to safety.

3               Will the person in the position

4   be involved with key decisions related to

5   safety that are made by upper management?

6        MS. BARRA:  This person will have free

7   rein and have input, have a team and access to

8   all information across.

9               We're going to be investing more

10  resources for this individual so they can use

11  the right data analytic tools to sometimes put

12  the pieces together more quickly.

13              He will sit on -- or head of

14  vehicle development for the entire globe, his

15  staff, and he will meet with me on a monthly

16  basis and meet with our board on a quarterly

17  basis.

18       SENATOR KLOBUCHAR:  And how are you

19  going to measure if it's working or not, what,

20  you know, his success is in that position?

21       MS. BARRA:  Again, I will look to make

22  sure how quickly -- when we learn of an issue

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 118 of 196

118

1   how quickly we understand it and implement

2   change and work with NHTSA and take the

3   necessary steps all the way up to and including

4   a safety recall.

5           SENATOR KLOBUCHAR:  And do other

6   automobile companies have a person in place

7   like this, a position like this?

8           MS. BARRA:  I haven't done a read

9   across of other OEM's to look at that.

10          SENATOR KLOBUCHAR:  Okay.  Well, I'm

11  going to put the letter in the record from our

12  constituent who perished in the car crash named

13  Natasha Weigel, and I think, just as many of

14  these other senators, my thoughts and prayers

15  are with her family as they pursue justice, and

16  all the families behind you, and obviously

17  there is a lot more work to do, so thank you

18  for appearing today.

19          CHAIRMAN McCASKILL:  Senator

20  Blumenthal.

21          SENATOR BLUMENTHAL:  Thank you, Madame

22  Chairman, and thank you for committing to

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 119 of 196

119

1    continue these hearings.

2                    Ms. Barra, we were talking about

3    the recall notice, and I was pointing out that

4    you said there is no risk as long as people

5    don't add keys to the ignition key.

6                    Is that correct?

7            MS. BARRA:  I said that there's been

8    extensive engineering analysis and testing done

9    that demonstrates that the weight of the key or

10   the key and just the ring --

11           SENATOR BLUMENTHAL:  Who has done the

12   analysis?

13           MS. BARRA:  General Motors engineers.

14           SENATOR BLUMENTHAL:  Would you commit

15   to making them available to us?

16           MS. BARRA:  Yes.

17           SENATOR BLUMENTHAL:  And would you

18   commit to providing documents that support that

19   analysis, any documents in connection with that

20   analysis?

21           MS. BARRA:  Yes.

22           SENATOR BLUMENTHAL:  Thank you.  Now,

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 120 of 196

120

1    are you saying the recall notice is wrong,

2    because the recall notice says risk increases

3    with rough roads or jarring events.

4         MS. BARRA:  I think it was trying to

5    capture the elements of what's --

6         SENATOR BLUMENTHAL:  Well, do you

7    agree or disagree?

8         MS. BARRA:  I'm sorry.

9         SENATOR BLUMENTHAL:  I apologize for

10   interrupting.

11            Are you saying that the recall

12   notice is wrong?

13        MS. BARRA:  No.

14        SENATOR BLUMENTHAL:  So that people

15   should not drive on rough roads or with jarring

16   events using one of the recalled unrepaired

17   automobiles?

18        MS. BARRA:  I think the notice was

19   trying to be descriptive of the situation where

20   it's most likely to occur, but again the

21   testing is related to the key.

22        SENATOR BLUMENTHAL:  What would it

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 121 of 196

121

1    take to change your view that people should not

2    be driving these unrepaired recalled cars?

3                If I came to you with a hundred

4    events of people finding that they lose power

5    and control of their cars, would that persuade

6    you?

7          MS. BARRA:  It wouldn't take a hundred

8    events.  I mean --

9          SENATOR BLUMENTHAL:  It would take

10   ten?

11         MS. BARRA:  It wouldn't -- It would

12   take -- I mean, my understanding is with the

13   key or the key and the ring, the incident --

14   this phenomenon that caused these issues will

15   not occur.  If it was anything more than

16   that --

17         SENATOR BLUMENTHAL:  But if I came to

18   you with those events, and there are those

19   events, would that persuade you?

20         MS. BARRA:  I'm not aware of any

21   events where it was just the key or the key

22   ring where that occurred.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 122 of 196

122

1          SENATOR BLUMENTHAL:  If I came to

2     you --

3          MS. BARRA:  Yes, it would.

4          SENATOR BLUMENTHAL:  If I came to you

5     with the death of a young woman who went to

6     school not far from here who was driving one of

7     these cars unrepaired and was killed when her

8     airbag was disabled because of this defect,

9     would it change your view?

10         MS. BARRA:  Senator Blumfeld (sic), my

11    response is in two -- if it's just the key or

12    the key and the ring, that's the analysis we

13    have done to indicate that these vehicles are

14    safe to drive.

15         SENATOR BLUMENTHAL:  I know you've

16    done that analysis, but would it change your

17    view on whether you would recommend to your

18    customers that this car is fine to drive, no

19    risk, so long as you don't add keys to the

20    ignition?

21         MS. BARRA:  I guess I'm not clear on

22    what you're asking me.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 123 of 196

123

1          SENATOR BLUMENTHAL:  I'm asking

2     whether that additional information, you're an

3     engineer --

4          MS. BARRA:  Well, but --

5          SENATOR BLUMENTHAL:  -- based on --

6          MS. BARRA:  -- what additional

7     information are you providing?

8          SENATOR BLUMENTHAL:  About deaths or

9     loss of power and control over cars, those

10    kinds of events in cars that have this defect

11    and encounter rough roads or jarring events.

12          MS. BARRA:  Senator, if I had any

13    data, any incidence, where with just the key or

14    the key and the ring there was any risk, I

15    would not have -- I would ground these vehicles

16    across -- across the country.

17          SENATOR BLUMENTHAL:  Have you ever

18    been in a car that has lost control over power

19    steering, brakes?

20          MS. BARRA:  I've been in a vehicle

21    that lost power steering and power brakes.

22          SENATOR BLUMENTHAL:  Driving

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 124 of 196

124

1    privately, not in a test vehicle?

2           MS. BARRA:  I was driving on public

3    roads, so it wasn't a test vehicle.  It was a

4    motor -- a safe vehicle to be on the roads.

5           SENATOR BLUMENTHAL:  Pretty

6    frightening.

7           MS. BARRA:  It's -- it can be

8    startling.

9           SENATOR BLUMENTHAL:  And have you --

10   Have you spoken to families?

11          MS. BARRA:  I did speak to the

12   families on Monday night.

13          SENATOR BLUMENTHAL:  And you've

14   mentioned GM's civic responsibility.

15              Don't you believe it has a moral

16   responsibility here to advise more strongly its

17   customers about these potential risks?

18          MS. BARRA:  We are going on

19   multi-dimension communications, letters to

20   people, we're monitoring social media, we have

21   a dedicated website.

22              We are working multiple channels

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 125 of 196

125

1    to make sure we communicate with the

2    individuals that would own these vehicles or

3    drive these vehicles.

4        SENATOR BLUMENTHAL:  Let me just say,

5    because my time has expired, again first my

6    thanks for facing these questions.

7        This GM is not the old GM, it's

8    not even the pre-2014 GM.

9        What you're doing now is

10   incurring both legal and moral responsibility

11   for the actions that you're taking or failing

12   to take, and I will tell you that the more I

13   hear and see in these documents, the more I

14   learn about what happened before the

15   reorganization and in connection with the

16   reorganization, the more convinced I am that GM

17   has a real exposure to criminal liability.

18       In fact, I think it's likely and

19   appropriate that GM will face prosecution based

20   on this evidence.

21       And I think the more that you can

22   do as a leader of GM to come forward and do the

 1  right thing now the better it will be for the

 2  future of the company.

 3              So I hope to continue to work

 4  with you and hope that you review the

 5  legislation that's been offered because going

 6  forward it can make a real difference.

 7              Thank you, Madame Chairman.

 8              CHAIRMAN McCASKILL:  Senator Ayotte.

 9              SENATOR AYOTTE:  Thank you, Madame

10  Chair.

11              As I understand it, at this point

12  nobody within GM has been fired as a result of

13  the issue that comes before us today on the

14  ignition switch and obviously this long pattern

15  of having information and not providing

16  disclosure and recall to the public.

17              Is that true, nobody yet has been

18  fired?

19          MS. BARRA:  I think it's important to

20  do a complete investigation, but we will take

21  the appropriate action, but, yes, that's true.

22              SENATOR AYOTTE:  So one thing, you've

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 127 of 196

127

1  hired Mr. Valukas to conduct this internal

2  investigation, and I assume GM is paying

3  Mr. Valukas, correct?

4        MS. BARRA:  Correct.

5        SENATOR AYOTTE:  Now, I am aware of

6  his qualifications and certainly I think that

7  he is a very qualified individual; however it

8  seems to me, how will you guarantee that

9  basically all of the individuals who -- or

10 maybe not all of them, maybe some of them are

11 no longer with the company, but I think we can

12 guess that many of the individuals who were

13 involved in the decisions that led us to where

14 we are today are still at GM or potentially

15 could be at GM, and we already have the

16 situation that the Chair mentioned with regard

17 to the failure to disclose in the litigation

18 documentation that was directly relevant to the

19 litigation that showed the change in terms of

20 the part and the failure to create a new number

21 for the change in the defective ignition

22 switch, and I guess -- I guess I'm -- I'm very

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 128 of 196

128

1   concerned how are you as CEO going to guarantee

2   that no documents are withheld from not only

3   Mr. Valukas, but also investigations that are

4   being conducted by the government, and how are

5   you going to ensure that given that the people

6   that Mr. Valukas is going to be focused on, I

7   think many of them are going to be worried

8   about their own future and liability, whether

9   its civil or criminal liability, that you

10  actually can get to the bottom of this with

11  this internal investigation?

12          MS. BARRA:   Again, Mr. Valukas I think

13  is very experienced in doing this.

14              He has several decades worth of

15  experience and has the highest integrity.

16              I certainly know he is not going

17  to compromise his reputation for General

18  Motors, and I have confidence based on the fact

19  he has done investigations in the past, and we

20  have acted -- gotten to the truth by, you know,

21  going to multiple -- multiple sources to get to

22  the truth and we will act on it, and we have

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 129 of 196

129

1    demonstrated that we would up to and including

2    discharging people.

3        SENATOR AYOTTE:  And I have no doubt,

4    as I've said, about Mr. Valukas'

5    qualifications.

6        Will you -- Have you already

7    segregated all the documents and put them aside

8    that are related to this issue because -- and

9    evidence that you are aware of now so that

10   Mr. Valukas at least has that set aside?

11       Because at the moment, you know,

12   given the potential liability that we're

13   facing, it seems to me, and you're potentially

14   facing, that this is a very important issue to

15   ensure that no one can interfere with that at

16   this point?

17       MS. BARRA:  I agree with you, it is a

18   very important investigation and that's one of

19   reasons we only have one independent person

20   doing that investigation.

21       And there are, I believe, over

22   200 people who already have, you know, document

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 130 of 196

130

1    litigation hold, so we are doing everything

2    that we can to make sure he has access to

3    everything and anyone he wants.

4         SENATOR AYOTTE:  So you have actually

5    already set aside to ensure that that these

6    documents are preserved and anyone that he

7    needs access to is -- he is able to have access

8    to?

9         MS. BARRA:  I would say anyone he

10   wants to have access to, he will have access

11   to.

12        When you use the term "set

13   aside", again everybody has been placed, that

14   is remotely in connection on litigation on hold

15   so they cannot, you know, the documents exist

16   and they're on notice that they cannot do

17   anything with their documents.

18        SENATOR AYOTTE:  Well, it seems me

19   that they may not be on notice they cannot do

20   anything with their documents, but I would hope

21   that you as CEO would be making sure that it's

22   not just you're telling that to people, but you

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 131 of 196

131

1    actually are ensuring that these documents

2    can't be interfered with beforehand or

3    undertakes his investigation.

4                    And my question to you would be

5    when this investigation is conducted, I

6    appreciate that you said you're willing to come

7    back to the committee -- and we thank you for

8    that -- will you make Mr. Valukas available to

9    this committee?

10            MS. BARRA:  I think that would be

11    Mr. Valukas' option, not my decision to make

12    for him.

13            SENATOR AYOTTE:  Well, you've hired

14    him --

15            MS. BARRA:  I --

16            SENATOR AYOTTE:   -- and as far as I

17    know, when you hire someone to conduct an

18    investigation, because I've done it before as

19    attorney general of our state, one of the terms

20    that I would want to work out up front is will

21    you be willing to present the results of your

22    investigation and to whom would you be willing

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 132 of 196

132

1    to present them to.

2                    So you have not come to that

3    agreement with him?

4            MS. BARRA:  I would share the results

5    of the investigation.

6                    As I've further -- as I've

7    already said, I would share with this

8    committee, with Congress, with NHTSA, and with

9    our employees and customers.

10           SENATOR AYOTTE:  Well, I guess I think

11   that if you're going to have

12   confidence, and you've said multiple times in

13   this hearing, that you're confident with

14   Mr. Valukas, I don't question his credentials,

15   he's got exemplary credentials, and it seems to

16   me that we would want to hear -- obviously

17   appreciate your testimony as the CEO and

18   certainly want to hear what steps you're taking

19   to address this issue, but I would think it

20   would be important for this committee actually

21   to hear directly from Mr. Valukas on the

22   investigation itself and what the scope of his

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 133 of 196

133

1    investigation was.

2              So thank you.

3              CHAIRMAN McCASKILL:    Thank you,

4    Ms. Barra.

5              I know if I go back and review

6    this hearing I will say to myself, you got too

7    excited and you went too hard, but the passion

8    is real on this side of the table, so to the

9    extent that this has been rough day for you, it

10   is coming from the right place.

11             It is coming from a deep

12   commitment that many of us have to these

13   families and to automobile safety in this great

14   country of ours.

15             You had a great company and

16   you've got an enormous responsibility to get

17   this right.

18             We appreciate you being here, and

19   I can't promise that the next time you're here

20   I will not get as aggressive as I have today,

21   but I do think it's important that we point out

22   the many problems that these facts present to

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 134 of 196

134

1   you and your company and to the legacy of

2   General Motors going forward.

3                    This is an incredibly important

4   moment in your corporate history and you are --

5   you're in charge and you've got to make some

6   very tough decisions going forward.

7                    And we will be monitoring all

8   those decisions and we will look forward to

9   having you back here to testify when you can go

10  into the details of investigation.

11                   And I would ask that you make

12  sure that your investigator look at a pattern

13  of -- legal counsel in your corporation, how

14  are they cooperating with litigation, why are

15  they requiring confidential settlements.

16                   I think that is something that we

17  need to understand because it is, in fact,

18  because of those confidential settlements that

19  many of these problems do not get the light of

20  air that they should, and I am just glad that

21  in this instance Mr. Cooper and his engineer,

22  Mr. Hood, did what they did because they

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 135 of 196

135

1   performed the valuable service to this country

2   that should have been performed by your company

3   and by the federal regulators.

4            Thank you very much for being

5   here.

6                 (WHEREUPON, a short recess

7                  was taken.)

8        CHAIRMAN McCASKILL:  I want to thank

9   you very much, Mr. Friedman, who is the Acting

10  Administrator of the National Traffic Highway

11  Safety Administration, and Mr. Calvin Scovel,

12  Inspector General of the U.S. Department of

13  Transportation.  I thank you both for being

14  here today.  We look forward to your testimony.

15            And we will begin with you,

16  Mr. Friedman.

17              DAVID FRIEDMAN,

18  called as a witness herein, testified before

19  the Subcommittee as follows:

20       MR. FRIEDMAN:  Thank you, Chairman.

21            Chairman McCaskill, Ranking

22  Member Heller, members of the committee, thank

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 136 of 196

136

1    you for the opportunity to appear before you

2    today.

3                    To begin, I would like to say

4    that on behalf of everyone at NHTSA, we are

5    deeply saddened by the lives lost in crashes

6    involving the General Motors ignition switch

7    defect.

8                    The victims, families and

9    friends, several of whom I know were at the

10    hearing yesterday, and some whom may be here

11    today, have suffered greatly, and I am deeply

12    sorry for their loss.

13                    Safety is NHTSA's top priority

14    and our own employees go to work every day

15    trying to prevent tragedies like this.

16                    Our work reducing dangerous

17    behaviors behind the wheel, improving the

18    safety of vehicles and addressing safety

19    defects has helped reduce highway fatalities to

20    historic lows not seen since 1950.

21                    In the case of the recently

22    recalled General Motors vehicles, we are first

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 137 of 196

137

1    focused on safety and ensuring that General

2    Motors identifies all vehicles with a defective

3    ignition switch, fixes these vehicles quickly

4    and is doing all it can to inform consumers

5    about how to keep themselves safe.

6                    We are also investigating whether

7    General Motors met its responsibilities to

8    report and address this defect as required

9    under federal law.

10                    If it failed to do so, we will

11    hold General Motors accountable, as we have in

12    other cases over the last five years, which

13    have led to record fines on automakers.

14                    Internally at NHTSA and the

15    department, we have already begun a review of

16    our actions and assumptions in this case to

17    further our ability to address potential

18    defects.

19                    Today I will share what I have

20    learned so far.

21                    In this case, NHTSA used consumer

22    complaints and early warning data, three

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 138 of 196

138

1    special crash investigations on the Cobalt,

2    industry website and agency expertise on airbag

3    technology.

4              Some of that information did

5    raise concerns about airbag non-deployments in

6    these vehicles, so in 2007 we convened an

7    expert panel to review that information.

8              Our consumer complaint data on

9    injury crashes with airbag non-deployments

10   showed that neither the Cobalt nor the Ion

11   stood out when compared to similar vehicles.

12             The two SCI crash reports we

13   reviewed at the time were inconclusive on the

14   cause of non-deployment.

15             The reports noted that the

16   airbags did not deploy and the power mode was

17   in accessory mode, but these crashes involved

18   unbelted occupants and off-road conditions that

19   began with relatively small collisions where,

20   by design, airbags are less likely to deploy in

21   order to avoid doing more harm than good.

22             Further, power loss is not

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 139 of 196

139

1   uncommon in crashes where airbags deploy and

2   did not stand out as a reason for

3   non-deployment.

4                In light of these factors, NHTSA

5   did not open an investigation.

6                We continued monitoring the data,

7   however, and in 2010 found that the related

8   consumer complaint rate for the Cobalt had

9   decreased by nearly half since the 2007 review.

10               Based on our engineering

11  expertise and our processes, the data available

12  for NHTSA at the time was not sufficient to

13  warrant opening a formal investigation, so the

14  question we're all asking is:

15               What does this all mean?

16               From my perspective it means that

17  NHTSA was concerned and engaged on this issue.

18               This was a difficult case where

19  we used tools and expertise that over the last

20  decade have successfully resulted in 1,299

21  recalls, including 35 recalls on airbag

22  non-deployments alone.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 140 of 196

140

1          Those tools and expertise have

2   served us well, and we will continue to rely on

3   them, but also to improve them.

4          For example, we have already

5   invested in advanced computer tools to improve

6   our ability to spot defects and trends and are

7   planning to expand that effort.

8          But what we know, what we now

9   know, also clearly means that we need to

10  challenge our assumptions and look at how we

11  handle difficult cases like this going forward.

12         So we are looking to better

13  understand how manufacturers deal with vehicle

14  power loss and airbags, especially when the

15  ignition switch is turned.

16         We are also considering ways to

17  improve the use of crash investigations in

18  identifying defects.

19         We are reviewing ways to address

20  what appear to be remote defect possibilities

21  and evaluating our approach to engaging

22  manufacturers in all stages of our defects

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 141 of 196

141

1    process.

2                    Between these efforts and those

3    of the department's Inspector General, I know

4    that we will continue to improve our ability to

5    identify vehicle defects and ensure they are

6    fixed.

7                    But now I want to close on one

8    important note:

9                    Our ability to find defects also

10   requires automakers to act in good faith and

11   provide information on time.

12                   General Motors has now provided

13   new information definitively linking airbag

14   non-deployment to faulty ignition switches,

15   identifying a part change and indicating

16   potentially critical supplier conversations on

17   airbags.

18                   Had this information been

19   available earlier, it would have likely changed

20   NHTSA's approach to this issue.

21                   The reality, however, is both

22   NHTSA and the auto industry as a whole must

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 142 of 196

142

1    look to improve.

2              Madame Chairman, Ranking Member,

3    members of the committee, I greatly appreciate

4    the opportunity to testify before you today.

5    Thank you.

6              CHAIRMAN McCASKILL:  Thank you,

7    Mr. Friedman.

8              Mr. Scovel.

9              CALVIN SCOVEL,

10   called as a witness herein, testified before

11   the Subcommittee as follows:

12             MR. SCOVEL:  Chairman McCaskill,

13   Ranking Member Heller, members of the

14   subcommittee, thank you for inviting me to

15   testify at this important hearing on vehicle

16   safety.

17             Since 2002 our office has

18   identified opportunities for NHTSA to improve

19   its efforts to address safety defects.

20             Today I will focus on NHTSA's

21   actions to address major weaknesses we reported

22   in 2011.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 143 of 196

143

1                    I will also discuss how our work

2       can help lead to strong actions against

3       automakers that choose to withhold critical

4       safety data from NHTSA.

5                    In 2011 we reported that NHTSA's

6       Office of Defects Investigation needed

7       improvement in four key areas.

8                    The first area concerns one of

9       ODI's most critical functions, to determine

10      when to investigate allegations of safety

11      defects.

12                   ODI did not adequately track its

13      disposition of consumer complaints or document

14      decisions about whether to investigate, leaving

15      its decisions open to interpretation and

16      subject to questions after-the-fact.

17                   NHTSA completed actions to

18      address the three recommendations we made to

19      improve ODI's process for recommending

20      investigations, including modifying its central

21      database for safety defect information to track

22      its reviews of consumer complaints.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 144 of 196

144

1         We identified similar process

2   weaknesses in ODI's documentation of open

3   investigations.

4         Some investigation files did not

5   include sufficient information on meetings with

6   manufacturers, consumer complaint

7   identification numbers or a determination of

8   testing needs.

9         In one investigation ODI did not

10  sufficiently document the basis for its

11  decision to close the case.

12        Consistent with our

13  recommendation to strengthen controls, NHTSA

14  developed a standard checklist for documenting

15  the evidence investigators collect.

16        ODI also lacked a systematic

17  process for determining when to use third-party

18  assistance to test for potential mechanical or

19  electronic defects and to validate information

20  manufacturers provide.

21        In response to our

22  recommendation, NHTSA established the framework

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 145 of 196

145

1    for determining when third-party assistance

2    should be used.

3                        Finally, NHTSA lacked processes

4    for ensuring an adequate and well-trained

5    investigative work force.

6                        In response to our

7    recommendations, NHTSA developed a formal

8    training program to help ensure its

9    investigators stay current on technology

10   advancements in the automotive industry and

11   plans to complete by the end of May a work

12   force assessment to determine the number and

13   most effective mix of staff needed to achieve

14   ODI's objectives.

15                       We believe NHTSA's enhanced

16   processes will put the agency in a better

17   position to identify and investigate vehicle

18   safety defects; however, the success of these

19   process improvements will depend on how

20   effectively ODI uses and applies them when

21   conducting its analyses and investigations.

22                       At the secretary's request, we

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 146 of 196

146

1   will initiate an audit building on our previous

2   reviews of NHTSA's efforts to identify and

3   investigate vehicle safety defects.

4           Despite the department's best

5   efforts to improve its safety defect analyses

6   and investigations, vehicle safety will remain

7   a concern if automakers conceal vital

8   information.

9           The Toyota case perfectly

10   demonstrates the risk involved when automakers

11   withhold critical safety data and fail to

12   report defects to NHTSA.

13           Our investigators participated in

14   the multi-agency criminal probe of Toyota,

15   reviewing approximately 400,000 documents and

16   interviewing more than 100 individuals.

17           Last month Toyota forfeited

18   $1.2 billion for intentionally concealing

19   information on vehicle defects from NHTSA.

20           This penalty, the largest of its

21   kind, sends a clear message to auto

22   manufacturers; safety is and will remain DOT's

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 147 of 196

147

1    and OIG's highest priority.

2                    To this end we expect the

3    industry to be vigilant and forthcoming to keep

4    the public safe.

5                    We will continue to assess

6    NHTSA's efforts to identify and investigate

7    vehicle safety defects and stand ready to

8    investigate allegations of wrongdoing by auto

9    manufacturers.

10                   Finally, Chairman McCaskill, with

11   your permission I would like to offer these

12   words to the families and friends of those who

13   have been lost in crashes involving GM's

14   defective ignition switches.  I offer you my

15   deepest sympathy.

16                   My staff, and the Office of

17   Inspector General and I, are resolved to

18   determine what NHTSA knew of this safety

19   defect, when it knew it, and what actions NHTSA

20   took to address it.

21                   We will also examine NHTSA's

22   current safety defect investigation processes

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 148 of 196

148

1    and make recommendations for improvement.

2              The secretary has asked us for

3    this, the Congress expects this of us, and you,

4    the family and friends and victims, deserve

5    this of us.

6              I give you my word:  We will do

7    our duty.

8              This concludes my prepared

9    statement.  I'll be happy to answer any

10   questions you or other members of the

11   subcommittee may have.

12             CHAIRMAN McCASKILL:  Thank you, very

13   much, Mr. Scovel.

14             I know that there was a

15   $1.2 billion settlement in conjunction with the

16   criminal investigation, actually technically it

17   was a wire fraud charge that the forfeiture

18   occurred around, but the failure to give

19   information to NHTSA or to lying to NHTSA, that

20   is capped at $35 million, so if you don't have

21   a situation that the facts lend themselves to a

22   criminal prosecution, but rather it's a

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 149 of 196

149

1   withholding of information -- which, by the

2   way, would be a negligent withholding of

3   information it wouldn't have to be an

4   intentional withholding of information -- is

5   $35 million enough?

6              I mean, is that really a

7   deterrent to -- to companies like General

8   Motors or Toyota or Chrysler or any of the

9   companies that are supposed to be giving this

10   data?

11              MR. FRIEDMAN:  Senator, when we find

12   evidence that automakers have not acted in a

13   timely manner, we will fine them to the maximum

14   extent allowed by law.

15              In the last Congress we did

16   support increasing that fine to $300 million.

17              CHAIRMAN McCASKILL:  And do you

18   believe that's necessary, too, Mr. Scovel?

19              MR. SCOVEL:  Senator McCaskill, I

20   believe that's a policy consideration for the

21   administration and for the Congress.

22              In considering the purposes

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 150 of 196

150

1    behind such -- such penalties, whether it be

2    those that can be similarly related to the

3    basis for sentencing in criminal proceeding,

4    retribution, prevention, deterrents,

5    rehabilitation, simply deterrents is one factor

6    that the Congress and the department ought to

7    consider in deciding whether to raise the

8    penalty from $35 million to any figure above

9    that, whether it's a question of is $35 million

10   regarded by some automakers as simply a cost of

11   doing business, that can certainly be a

12   conclusion that some may draw from it.

13                There may well be information

14   that an inspector general or the government

15   accountability office may be able to derive

16   through an audit process to help the Congress

17   and the department make that determination.

18                CHAIRMAN McCASKILL:  I know you

19   mentioned the work force assessment that's

20   ongoing.

21                I think I was struck when going

22   through the materials for this hearing because

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 151 of 196

151

1    I asked the question about your budget,

2    Mr. Friedman, especially for defect

3    investigations.

4                Your budget has been at

5    $10 million for defect investigations for a

6    decade.

7                Now, this is a decade that has

8    seen major changes in automobile manufacturing,

9    it has seen a much more complicated engineering

10   scenario where we have interdependence of

11   computers.

12               You know, it is -- it is -- the

13   complexity has gone up exponentially over the

14   last decade.

15               Do you believe that $10 million

16   is adequate to spend in this country for

17   defects investigation for the entire automobile

18   industry?

19               MR. FRIEDMAN:  Senator, the president

20   has requested an increase in our budget across

21   NHTSA in order to better increase our abilities

22   to address the wide variety of challenges we

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 152 of 196

152

1    face.

2              In 2012 alone, 33,561 lives were

3    lost on our highways due to a variety of

4    factors, whether it was impaired driving, not

5    wearing seatbelts, safety technology that

6    hadn't yet been brought into the fleet, as well

7    as a smaller portion of that associated with

8    defects.

9              We have been asking to increase

10   our budget because each one of those lives lost

11   is a tragedy and --

12             CHAIRMAN McCASKILL:  But within your

13   budget, Mr. Friedman, you are not asking for an

14   increase in the defects investigation.

15             I mean, the budget that's been

16   submitted doesn't show an increase.

17             MR. FRIEDMAN:  I believe --

18             CHAIRMAN McCASKILL:  The money is

19   going other places in your agency.

20             MR. FRIEDMAN:  I believe we have asked

21   for some -- some increases in resources,

22   certainly some increases in staff, and part of

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 153 of 196

153

1    what we have been doing is investing -- using

2    our resources to invest in technology to make

3    our effort significantly more efficient.

4                    One of the things that we have

5    done is invest in a new computer tool that's

6    derived from IBM's Watson technology in order

7    to enhance our ability to find patterns, to

8    quickly get to those patterns, to connect

9    information, and we do have plans to continue

10   expanding that effort.

11                   We need to put more tools in

12   place to be able to sift through the data that

13   we have so that we can find these patterns or

14   examples of defects and get them fixed.

15       CHAIRMAN McCASKILL:   In 2007 you

16   considered opening an investigation into airbag

17   non-deployment, as you mentioned in your

18   testimony; you choose not to.

19                   Was that -- Was the basis of that

20   decision recorded anywhere?

21       MR. FRIEDMAN:   I don't believe we have

22   complete records of that.   This goes back to

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 154 of 196

154

1    one of the findings --

2          CHAIRMAN McCASKILL:  Right.

3          MR. FRIEDMAN:  -- in the Inspector

4    General's report.

5                Frankly, it is something that

6    is -- that is currently hamstringing our

7    ability to fully pull together all of what

8    happened.

9                However, I do have staff actively

10    working on making sure we understand what

11    happened, but that is something that has

12    changed and it is something that we will have

13    going forward, already have and will continue

14    to have going forward that hopefully a case

15    like this will not happen again, but if it

16    does, we will have better resources to be able

17    to understand exactly what happened.

18          CHAIRMAN McCASKILL:  I think we need

19    to have the resources and the expertise at

20    NHTSA to find these defects and then obviously

21    we've got to have a transparency of the process

22    that is available to the public and available

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 155 of 196

155

1    to anyone who wants to see it, and part of the

2    complaints I hear about NHTSA is that it is

3    very difficult sometimes to get information out

4    of NHTSA by safety advocates that are trying to

5    do their work in the public arena in terms of

6    safety, and I think we will continue to follow

7    up on that.

8                    Senator Heller.

9                    SENATOR HELLER:  Thank you, Madame

10   Chairman.  Thanks for this hearing and thanks

11   for those that are testifying for being here

12   today.

13                    Mr. Friedman, I have to admit

14   that I am a little frustrated with your

15   administration.

16                    We -- I had sent a letter in --

17   in anticipation of getting the results to

18   questions prior to this hearing, and I think I

19   was assured that it would come before today,

20   last night in particular, and of course that

21   didn't happen.

22                    So with the Chairman's

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 156 of 196

156

1    permission, I will submit the questions and the

2    letter to the record, if there is no

3    objections, and I believe I have no other

4    alternative but to ask you the questions here

5    and now if I can't get it in writing.

6              So the first question I have:

7              Did GM report all consumer

8    complaints related to the stalling incidents

9    and airbag failures that it considered in the

10   recall to NHTSA?

11             MR. FRIEDMAN:  Senator, first, if I

12   may apologize, I'm sorry we're not able to get

13   you the answers to your questions.

14             I know the same is the case with

15   several other members.

16             Our focus on making sure that we

17   were addressing the safety issues and

18   responding to the committee has taken up a

19   significant amount of our time, but I will get

20   you a letter -- a response to your letter this

21   week.

22             But in terms of your question,

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 157 of 196

157

1    General Motors reports to us the counts of

2    complaints, but they do not provide to us the

3    detailed complaints themselves.

4         SENATOR HELLER:  So what actions do

5    you take based on that information?

6         MR. FRIEDMAN:  Well, we use that

7    information, the number of their complaints,

8    along with a wide variety of other pieces of

9    information, both that they provide and that we

10   gather ourselves through our complaint data

11   base, through our special crash investigations,

12   through industry websites and other resources,

13   we look at that data.

14            We have an Early Warning Division

15   that is focused exclusively on looking at the

16   early warning data, which would include

17   complaint numbers and other data.

18            And we have a Defects Assessment

19   Division that focuses on consumer complaints

20   and compiling the information.

21            We gather that data, and in this

22   case we did.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 158 of 196

158

1           There were clear warning signs

2     and concerns and, therefore, an expert panel

3     was convened based on those concerns to

4     determine after looking more deeply into the

5     issue whether or not there was sufficient

6     information to open up and investigate.

7           SENATOR HELLER:  Any conclusions from

8     that expert panel?

9           MR. FRIEDMAN:  In that expert panel

10    the decision was made not to open the

11    investigation based on a couple of key factors.

12           The first is that the Cobalt and

13    Ion did not stand out when it came to airbag

14    non-deployment complaints compared to their

15    peers.  They were a little bit above average,

16    but they did not stand out.

17           Second, in looking at the

18    detailed crash investigations, the two that

19    were available at the time, they were

20    inconclusive as to the cause of airbag

21    non-deployment.

22           Airbags are -- Understandably

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 159 of 196

159

1    many people expect airbags to deploy in any

2    frontal crash, for example, but they are

3    actually designed to only deploy when they will

4    help the occupant and not cause more harm than

5    good.

6            SENATOR HELLER:  When were those

7    conclusions made?

8            MR. FRIEDMAN:  In 2007, that was the

9    first time we looked.

10           SENATOR HELLER:  Okay.  So share with

11   me what the threshold -- What threshold does

12   NHTSA use to determine whether a complaint like

13   this warrants further investigation?

14           MR. FRIEDMAN:  Senator, we don't have

15   a specific threshold; each case is different.

16               In cases where a defect is clear,

17   all it takes is one, and we will act on that

18   one case if there is clear evidence of a

19   defect.

20               If there is not, we look for

21   further evidence, we look for trends, but we

22   consciously do not have a specific threshold

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 160 of 196

160

1    because each case is different.

2                  If there is a vehicle where only

3    5,000 are sold per year, and we see one

4    incident, that may be sufficient to open an

5    investigation.

6                  If there is a vehicle where there

7    is 500,000 sold in a year, if there is 1

8    incident that's a clear defect, we will open.

9                  But if there is a larger number,

10   and it's not a clear defect trend, we may not

11   open.

12                 It does depend on the facts of

13   the case.

14           SENATOR HELLER:  So you're saying in

15   this particular case that you couldn't tell me

16   how many additional incidents or reports would

17   be necessary in order for NHTSA to take further

18   action?

19           MR. FRIEDMAN:  We rely on a

20   combination of our engineering expertise, data

21   indicating whether or not there is a

22   significant trend, so if the number of

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 161 of 196

161

1    complaints had gone up significantly that would

2    have caused us to act.

3              In fact, what happened when we

4    looked at this again in 2010, the complaint

5    rate overall went down.

6         SENATOR HELLER:  Okay.  I will hold

7    off for additional questions.

8              Senator Blumenthal.

9         CHAIRMAN McCASKILL:  Go ahead.

10        SENATOR BLUMENTHAL:  Thank you.  Thank

11   you both for being here, Mr. Friedman and

12   General Scovel.

13             I, first of all, want to thank

14   you for your service to our nation and thank

15   you for your service at NHTSA as Inspector

16   General and thank you, Mr. Friedman, for your

17   service at NHTSA.

18             Let me ask you, Mr. Friedman, I

19   take it from what you said yesterday and what

20   you say -- what you have said here, is that GM

21   concealed material significant information from

22   NHTSA, is that correct?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 162 of 196

162

1         MR. FRIEDMAN:  We are very concerned

2   that they didn't provide us with sufficient

3   information of the -- the --

4         SENATOR BLUMENTHAL:  Well, I know you

5   are concerned; we are all concerned.  Did they

6   conceal information so far as you know?

7         MR. FRIEDMAN:  That is -- that is

8   exactly the subject of an open investigation

9   that we have into General Motors, and if we

10  find that they did violate their

11  responsibilities to report information and to

12  act quickly, we will hold them accountable, but

13  because that's an open investigation -- I don't

14  want to pre-judge that, but I am very concerned

15  that they did not provide us with part number

16  changes.

17         I'm concerned that they had

18  conversations with suppliers about the

19  algorithms, and that we weren't aware of it.

20        SENATOR BLUMENTHAL:  In your view was

21  the faulty ignition switch a defect?

22        MR. FRIEDMAN:  With what we know now,

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 163 of 196

163

1    very clearly it was a defect.

2            SENATOR BLUMENTHAL:  Was it a design

3    defect?

4            MR. FRIEDMAN:  I'm not sure -- It was

5    clearly a defect.  It was a defect that

6    represents an unreasonable risk to safety.

7            The key itself -- and it's --

8    From my understanding of the situation, it's a

9    combination of factors.

10           The key itself with low torque

11   could turn, and there is clearly something

12   about their algorithm that would -- appears to

13   disable the airbags in that case.

14           That to be honest doesn't make

15   sense to me because if the vehicle is moving --

16           SENATOR BLUMENTHAL:  It would shut off

17   the car, which in turn would disable the

18   airbag; is that correct?

19           MR. FRIEDMAN:  I don't know if

20   that's -- We're actually asking them very

21   specific questions to understand that.

22           Power loss in a vehicle in a

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 164 of 196

164

1    crash is not uncommon.

2              There are capacitors built into

3    these airbag systems to ensure that they have

4    power in the case of losing power.

5              SENATOR BLUMENTHAL:  Well, I have -- I

6    have limited time, so let me just ask you very

7    directly:

8              It is your testimony today that

9    it was a defect?

10             MR. FRIEDMAN:  Based on what we know

11   now, absolutely.

12             SENATOR BLUMENTHAL:  And defects are

13   supposed to be reported, correct?

14             MR. FRIEDMAN:  Absolutely.

15             SENATOR BLUMENTHAL:  Let me ask you,

16   general, I know that you've made various

17   recommendations about changes and reforms at

18   NHTSA, and looking at your testimony, I

19   understand that many of those recommendations

20   have been made, correct?

21             MR. SCOVEL:  Yes, Senator, the

22   recommendations have been made.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 165 of 196

165

 1                    NHTSA has taken steps to address

 2    nearly all of those.

 3                    The most significant one still

 4    outstanding has to do with work force

 5    assessment.

 6                    SENATOR BLUMENTHAL:  Right.  But I

 7    noted that in one of the paragraphs of your

 8    testimony, Page 6, you say:

 9                    We believe the enhanced

10    processes NHTSA put in place to address our

11    2011 recommendations will put the agency in a

12    better position to identify and investigate

13    vehicle safety defects to the extent that ODI

14    uses and applies these process enhancements

15    when conducting its analysis and investigation.

16                    The way I interpret that sentence

17    is you know they said they adopted the

18    recommendation, but you don't know, in fact,

19    whether they are doing them.

20                    MR. SCOVEL:  Precisely.  We don't know

21    how effective these new process enhancements

22    will be.

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 166 of 196

166

1         We believe, based on our

2    assessment of NHTSA's processes as of the 2010,

3    2011 timeframe, using the Toyota case as a case

4    study, if you will, assessing NHTSA's processes

5    and what we recommended to improve those, that

6    the steps that NHTSA took should help.

7         Now, are they the silver bullet?

8    Would they have avoided or prevented any of the

9    problems that we might see with GM?  That we

10   don't know.

11        But what we do want to answer now

12   is the mail from the secretary where he asks us

13   specifically whether NHTSA acted in an

14   expeditious and timely manner to identify and

15   pursue safety defects covered by the GM recalls

16   and whether NHTSA had and currently has

17   sufficient resources, processes and data

18   available to it to fulfill its safety function

19   with respect to the recall.

20        So we want to see how it's being

21   applied.

22        SENATOR BLUMENTHAL:  Are you involved,

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 167 of 196

167

1   as you were in Toyota, in a criminal

2   investigation of GM?

3          MR. SCOVEL:  Senator, I can't confirm

4   or deny that a criminal investigation is

5   underway.  Based on our Toyota experience --

6          SENATOR BLUMENTHAL:  You were involved

7   in the Toyota criminal investigation?

8          MR. SCOVEL:  Absolutely.  We were

9   critical to the -- to the criminal

10  investigation of Toyota.

11          Our agents were identified by

12  name a couple of weeks ago by the Attorney

13  General at his press conference where he

14  announced the forfeiture.

15          And we are -- we have gained a

16  tremendous amount of expertise in this area.

17          SENATOR BLUMENTHAL:  And let me ask

18  you, finally I'd ask both of you to support the

19  legislation that Senator Markey and I have

20  introduced.

21          Are you willing to do so?

22          MR. FRIEDMAN:  Senator, I am very open

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 168 of 196

168

1    to working with yourself and Senator Markey on

2    how to make sure that we can best move forward

3    and how we can improve, and very open to

4    further discussions on your legislation.

5              MR. SCOVEL:  Sir, if I may -- and my

6    response is a little more complicated, and I'll

7    apologize in advance.

8              I'm sure you appreciate that as

9    an inspector general, my presumption is that

10   more transparency is almost always better than

11   less.

12             By virtue of the fact that I

13   serve as DOT Inspector General, by statute and

14   by executive order, I serve on the Recovery,

15   Accountability and Transparency Board, the

16   Government Accountability and Transparency

17   Board, so transparency is literally our middle

18   name.

19             However, I am fully cognizant of

20   the policy factors, the considerations on the

21   other side, regarding confidential business

22   information and so forth.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 169 of 196

169

1           SENATOR BLUMENTHAL:   Thank you.   Thank

2    you very much.

3           CHAIRMAN McCASKILL:   Senator

4    Klobuchar.

5           SENATOR KLOBUCHAR:   Thank you very

6    much, Madame Chair.

7                Mr. Friedman, maybe you heard

8    earlier about the case of the three young women

9    in the car in Wisconsin, two were killed, one

10   of them was one my constituents, Natasha

11   Weigel, and following the crash, NHTSA opened

12   up an investigation and found incidences of

13   similar ignition switch problems, but was

14   unable to determine what was causing the

15   problem.

16                The report found that -- this is

17   a quote:  "Such a determination would most

18   likely require an analysis of the airbag system

19   to determine if, in fact, the airbag is capable

20   of deploying when the ignition is switched from

21   the on position to the accessory position.

22   Such an undertaking is beyond the scope of this

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 170 of 196

170

1    investigation."

2            Mr. Friedman, do you think that

3    this report should have raised enough red flags

4    to trigger further investigations into this

5    question?

6            MR. FRIEDMAN:  This report was one of

7    the pieces of information that did raise

8    concerns and that the panel did consider.

9            At that time our understanding of

10   airbags indicated that, first of all, power

11   loss in a crash was not uncommon and that

12   airbag systems were designed to be able to

13   function in those circumstances.

14           Based on that expertise and based

15   on the information we had available it was

16   determined that it wasn't sufficient

17   information to open up at the time.

18           This is, frankly, one of the

19   clear lessons that we are learning from this, a

20   lesson that clearly comes too late, that we

21   needed to question that assumption, and, going

22   forward, one of the things that I have talked

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 171 of 196

171

1   to my staff about and that we are looking at is

2   how can we better consider remote defect

3   possibilities, how can we better integrate

4   these special crash investigations even

5   further.

6           They are already part of the

7   process, but how do we better integrate them

8   into this process.

9           This was a tragedy that --

10   SENATOR KLOBUCHAR:  And this report I

11   think was -- the crash was one of the first

12   where they barreled 71 miles per hour into a

13   grove of trees, it was one of the first to be

14   linked to the faulty ignition switch.

15           So do you think if you had

16   something better in place there is a potential

17   for trying to prevent these tragedies in the

18   future?

19           MR. FRIEDMAN:  Well, that is without a

20   doubt my goal.

21           One of the challenges in this

22   specific instance was that, as you noted, the

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 172 of 196

172

1    vehicle hit trees.

2              The first set of trees that it

3    hit was kind of a softer strike with an

4    unbelted occupant, which is the exact kind of

5    condition where airbags are often -- are

6    designed to often not deploy, because if the

7    driver or passenger is moving forward as the

8    airbag is expanding, sadly it could do more

9    harm than good.

10             More than 200 lives had been lost

11   previously because of that challenge.

12             And so our understanding of the

13   system indicated that under those conditions,

14   the conditions of the crash were the more

15   likely reason for non-deployment, but, clearly,

16   as I said, we need to relook at our assumptions

17   and relook at our understanding of these

18   systems, and we are actively doing that.

19             We are -- we are talking to

20   automakers to understand -- to better

21   understand their algorithms and if there is a

22   problem out there.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 173 of 196

173

1          SENATOR KLOBUCHAR:   Investigators as

2   you know are still gathering the recall data

3   and records to understand what actually

4   happened here with GM, but based on the records

5   we have so far, one thing we know is that NHTSA

6   is very dependent on the automobile companies

7   for the data and the context that's needed to

8   tell whether something is, in fact, an isolated

9   event or a dangerous trend or a defect.

10          Is it your view that NHTSA has to

11  rely too heavily on auto manufacturers to get

12  this information?

13          MR. FRIEDMAN:   Senator, we rely on

14  auto manufacturers for some information, but we

15  also have significant resources of information

16  that have nothing do with automakers.

17          One of the most important pieces

18  of our database are consumer complaints.

19          Right now we get about 45,000 of

20  those a year, which we look through each and

21  every one.

22          I would like to see that number

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 174 of 196

174

1    grow.

2                    We have plans and efforts

3    underway to try and get more and more consumers

4    when they see problems to report them to us.

5                    There is added data that we get

6    from automakers, and we do use that as part of

7    the process.

8                    I don't think we're too dependent

9    on them, because we try to make sure, and in

10   this case we did rely on our expertise and our

11   data as part of the process.

12               SENATOR KLOBUCHAR:  In other words,

13   you got about 260 complaints about the faulty

14   ignition, is that about right?

15               MR. FRIEDMAN:  I believe that's one of

16   the numbers that was reported on the ignition

17   switch.

18                    At the time what we were trying

19   to understand, what we were looking at, was

20   airbag non-deployments.

21                    At the time we did not have the

22   information directly linking it.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 175 of 196

175

1        SENATOR KLOBUCHAR:  You didn't know --

2    Well, I know we're going to find all this out,

3    I hope very soon, but you didn't know that it

4    was about ignition switches, you just thought

5    it was some -- you were looking at the airbags

6    instead of the --

7        MR. FRIEDMAN:  At the time our focus

8    was trying to understand why airbags may not

9    have been deployed.

10            There was -- There were these

11   added complaints about ignition switches, or

12   stalling.

13            I believe the 260 number may have

14   been all stalling complaints.  I would have to

15   check on that to be sure.

16            It's not clear that all of those

17   were related to the ignition switch.  There are

18   many causes of stalls.

19        SENATOR KLOBUCHAR:  Did the airbags

20   not deploy because it was not a traditional

21   crash right away, it just shut down, so then

22   the airbags don't deploy?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 176 of 196

176

1           MR. FRIEDMAN:  The dynamics of these

2     crashes to the investigators, to our crash

3     investigators, indicated that that was the more

4     likely reason.

5               But it's very possible now that

6     we know what we know, that the ignition switch

7     being in the accessory position was the

8     problem.

9               We now have that definitive link

10    from General Motors, a link that if we had had

11    earlier, we would have been able to act.

12          SENATOR KLOBUCHAR:  Mr. Scovel, you

13    looked like you wanted to respond.

14          MR. SCOVEL:  Yes, thank you.  Thank

15    you, Senator.

16              I have something that may help

17    the committee understand this point, too, and I

18    have in front of me a copy of the special crash

19    investigation report that I know you are

20    referring to, Senator, because you read from

21    the last sentence or two of the -- of the main

22    paragraph on Page 7.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 177 of 196

177

1           It's encouraging to hear the

2    administrator talk about re-examining

3    processes, and specifically he used the term

4    integrating special crash investigation

5    reports, because we clearly need to under --

6    we, my office, need to understand how the

7    agency intends to do that, because we've

8    identified that on the basis of certainly this

9    one piece of evidence that you've cited as a

10   key concern.

11          The administrator has spoken to

12   at least the preliminary finding or assessment

13   that the airbags didn't deploy because of the

14   nature of the impact against softly yielding

15   trees.

16          In fact, the expert engineers

17   conducting the special crash investigation

18   about a year later submitted an amendment to

19   the report that removed that as their initial

20   assessment and said that they couldn't tell

21   whether it might be that or it might be the

22   loss of power through the ignition system, but

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 178 of 196

178

1   then such an undertaking was beyond the scope

2   of the investigation, and they pointed out that

3   it would require further analysis.

4          SENATOR KLOBUCHAR:  So they actually

5   looked at maybe they were wrong and it may have

6   been the ignition switch and --

7          MR. SCOVEL:  Right.  Right.

8          SENATOR KLOBUCHAR:  But that's not

9   what they were asked to investigate, is that

10  what it is?

11         MR. SCOVEL:  It's --

12         SENATOR KLOBUCHAR:  It seems so

13  strange, wouldn't you want to --

14         MR. SCOVEL:  It does, but it's

15  properly beyond the scope of how NHTSA has laid

16  out what it wants to get from a special crash

17  investigation.

18         SENATOR KLOBUCHAR:  Okay.  Is there a

19  way you could change that where you say we

20  don't know what happened here, this is very odd

21  that these girls were just driving down the

22  road and suddenly they 71 miles-per-hour surge

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 179 of 196

179

1    into some trees?  I mean --

2         MR. SCOVEL:  Well, part of --

3         MR. FRIEDMAN:  The purpose of special

4    crash investigations is to better understand

5    the circumstance of crashes of interest.

6              We were very concerned about

7    airbag non-deployments, which is exactly why we

8    were having special crash investigators go out

9    and gather data and information on these

10   crashes.

11             I do believe that that is a good

12   process, that is the right process.

13             We also make sure that the

14   special crash investigators and ODI talk to

15   each other.

16             It is the job of the

17   investigators to try to understand whether or

18   not there is a defect, so SCI is a great tool

19   for gathering the data, but we then also need

20   our experts engaged in the process to translate

21   and understand that data.

22             SENATOR KLOBUCHAR:  Okay.  I have one

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 180 of 196

180

1    last call on the recall process -- one last

2    question, if that's all right.

3                    Manufacturers can voluntarily

4    initiate recalls without waiting for NHTSA to

5    order it, or NHTSA can order manufacturers,

6    right --

7            MR. FRIEDMAN:  That's correct.

8            SENATOR KLOBUCHAR:  -- to initiate a

9    recall; however, if they're going to do that,

10    if they're actually going to order one, they

11    need this lengthy process that includes holding

12    a public hearing, completing the investigation,

13    giving the manufacturer time to file a detailed

14    response, and perhaps even defending a recall

15    in federal court.

16                    Mr. Friedman, by taking so long

17    to order a recall here, the recall of these

18    cars which seem to be rolling out a different

19    one every day, are we shortchanging Americans

20    and jeopardizing safety?

21                    And, in other words, when lives

22    are at stake and when manufacturers may be

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 181 of 196

181

1   reluctant, as appears to be in this case, to

2   initiate a recall -- if you go back through

3   time on their own -- is the length of time for

4   NHTSA to order a recall a problem?

5        MR. FRIEDMAN:  Senator, the good news

6   here is that we very, very rarely ever have to

7   go that length.

8        We are actually potentially

9   involved in such a situation with a car seat

10  manufacturer who has resisted moving forward

11  with some infant seats, but the vast majority

12  of the time, almost every single time the

13  industry does act, but sometimes it does take

14  extra pressure.

15       What I would like to see,

16  frankly, is when we provide evidence to an

17  automaker that there is a defect that they act

18  right away.

19       I would like to see quicker

20  action from automakers, but to be clear, the

21  vast majority of the time we do not have to go

22  through that whole process; we can get the

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 182 of 196

182

1   recalls much earlier in the process, and we

2   very often do.

3          SENATOR KLOBUCHAR:  Thank you.

4          CHAIRMAN McCASKILL:  Mr. Friedman,

5   first, do you monitor the legal claims against

6   manufacturers?

7          MR. FRIEDMAN:  The legal claims are

8   one of the pieces of information that does come

9   into NHTSA through the early warning system,

10  through our early warning data system; however,

11  depending on the -- where those claims are in

12  the process in terms of litigation, whether or

13  not that litigation or the findings are sealed,

14  we may not have all the access to that

15  information.

16         CHAIRMAN McCASKILL:  So but you're

17  monitoring -- It's very easy to find -- I mean,

18  I could go on my iPad right now and Google

19  lawsuits against General Motors and pull up

20  hundreds of them I'm sure in fairly quick

21  order.

22             Do you all do that, so you know

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 183 of 196

183

1   if a complaint's been filed on a defect on an

2   automobile?

3            Because what I'm trying to do is

4   harness the great work that clearly is going

5   on, since it was a lawyer who figured this out,

6   harness that work for your agency, and I don't

7   get the sense that you all are paying that

8   close of attention to these cases.

9            MR. FRIEDMAN:  Well, we are paying

10  very close attention to these cases.

11           We -- we get death and injury

12  reports, which includes claims, unsubstantiated

13  claims in some cases, associated with these

14  vehicles.

15           So we -- we get those reports,

16  and when we see some that raise concern, we do

17  reach out and ask for additional details.

18           In this case with the Cobalt and

19  other vehicles, if my number is correct, I

20  believe we reached out 98 times to follow up on

21  various claims, death and injury claims,

22  associated with these vehicles.

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 184 of 196

184

1            We looked at that data and that

2    information as part of that process.

3            I -- I have --

4            CHAIRMAN McCASKILL:  So I would be

5    interested to know the specifics of that, those

6    98 claims, when you looked at them, how many of

7    them had been settled, how many of them were

8    tried, how many went to a jury verdict, what

9    were the verdicts, if you actually did that, I

10   would like to see that documentation.

11           My next question is if you look

12   and you find one of those cases that's been

13   settled and it's confidential, do you have the

14   legal authority to ask that manufacturer to

15   give you the details of that lawsuit?

16           MR. FRIEDMAN:  I don't know the exact

17   details of our legal authority.

18           I do know that, for example, if

19   it hasn't been sealed, depending on the case,

20   we can ask for additional information.

21           CHAIRMAN McCASKILL:  Let's assume it's

22   been sealed.  Let's assume that General Motors

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 185 of 196

185

1   or Toyota or Chrysler, any of them, insist that

2   they will not settle with the client, with the

3   victim, unless there is an agreement of

4   confidentiality.

5               Do you have the ability,

6   independent of the confidentiality between the

7   victim and the defendant, do you have the

8   ability to go directly to the defendant and get

9   that information?

10              MR. FRIEDMAN:  I will have to verify

11  with my team, but I do not believe we have the

12  ability to request sealed documents.

13              I also --

14              CHAIRMAN McCASKILL:  You have

15  subpoenas.  You can subpoena, right?

16              MR. FRIEDMAN:  Thank you.  Yes.

17              CHAIRMAN McCASKILL:  Okay.  That

18  worries me you didn't know.

19              MR. FRIEDMAN:  It worries me as well.

20              CHAIRMAN McCASKILL:  So how often have

21  you utilized the subpoena power of NHTSA to get

22  more information from automobile manufacturers?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 186 of 196

186

 1        MR. FRIEDMAN:  That's something I will

 2   definitely get back to you on the record.

 3        CHAIRMAN McCASKILL:  Okay.  I would be

 4   very interested in that.

 5             And then, finally, I am a little

 6   worried about this whole deployment of airbags,

 7   power on, power off.

 8             As you have said, your testimony

 9   said, that you believe the specifications were

10   that if the power was off, the airbag would

11   still deploy.

12             We are now learning that the

13   reason the airbag didn't deploy is because the

14   power was off.

15             This is a problem.

16        MR. FRIEDMAN:  Well, and it may even

17   be more complicated than that actually, and

18   that's one of the questions that we actually

19   have in our timeliness query to General Motors.

20             It is possible that it is not

21   simply that the power was off, but a much more

22   complicated situation where the very specific

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 187 of 196

187

1   action of moving from on to the accessory mode

2   is what didn't turn off the power, but may have

3   disabled the algorithm.

4              That to me, frankly, doesn't make

5   sense from my perspective.

6              If a vehicle -- certainly if a

7   vehicle is moving the airbag algorithm should

8   require those airbags to deploy.

9              Even if the -- even if the

10  vehicle is stopped and you turn from on to

11  accessory, I believe the airbags should be able

12  to deploy, so it --

13             This is exactly why we're asking

14  General Motors this question, to understand is

15  it truly a power issue or is there something

16  embedded in their algorithm that is causing

17  this, something that should not have been there

18  in their algorithm.

19             CHAIRMAN McCASKILL:  Yeah.  Well, it's

20  pretty important we figure that out, and then

21  what you need to do is you need to look across

22  the entire manufacturing spectrum --

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 188 of 196

188

1        MR. FRIEDMAN:  We've already begun.

2        CHAIRMAN McCASKILL:  -- on this issue

3  because either an airbag is dependent on power

4  or it isn't, and if it is dependent on power,

5  we've got an issue.

6        MR. FRIEDMAN:  Yes, Senator, in fact,

7  I've already directed my staff several days --

8  well, at least days if not more than a week

9  ago, when we were -- as we were digging into

10  this, to reach out to automakers and to

11  suppliers, because I have the same concern you

12  have.

13            And I want to make sure that we

14  fully understand this issue so that Americans

15  driving around on our roads are safe.  Safety

16  must always be our top priority.

17        CHAIRMAN McCASKILL:  Okay.  Senator

18  Heller.

19        SENATOR HELLER:  Thank you.

20            Mr. Friedman, how long have you

21  been the acting director?

22        MR. FRIEDMAN:  I have been the acting

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 189 of 196

189

1   administrator just over two months.

2          SENATOR HELLER:   What was your prior

3   experience with NHTSA?

4          MR. FRIEDMAN:   Prior to that I was the

5   deputy administrator for about eight months.

6          SENATOR HELLER:   Okay.   Anything prior

7   to that with NHTSA?

8          MR. FRIEDMAN:   Prior to that I worked

9   for a non-profit organization, and we engaged

10  on fuel economy and fuel economy and

11  safety-related issues where they overlapped.   I

12  worked there for about --

13         SENATOR HELLER:   I'm just trying to

14  get your history with NHTSA.   All right.

15              Probably one of the biggest

16  complaints I get when I go home talking to

17  businesses and companies is, you know,

18  government interference and the strong hand of

19  government themselves and some of the

20  regulations.

21              Could you describe to me what the

22  relationship between NHTSA and GM has been in

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 190 of 196

190

1   the past?

2            MR. FRIEDMAN:  Our relationship has

3   been a relationship you'd expect between a

4   regulator and a regulated entity.

5            Our -- our goal, as part of that

6   relationship, is to ensure that we are catching

7   any defects involved, that we are discussing

8   with them possible safety technologies, and

9   that we are ensuring that they are providing

10  information to us, and we are raising concerns

11  to them when appropriate.

12           SENATOR HELLER:  Are you comfortable

13  with the relationship?

14           MR. FRIEDMAN:  I would like to see

15  from all automakers increased efforts to be

16  responsive when NHTSA reaches out on -- on

17  defects issues.

18           I would like to -- to have the

19  confidence that they are all sharing all the

20  information that they have.

21           SENATOR HELLER:  Do you have that

22  confidence today?

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 191 of 196

191

1           MR. FRIEDMAN:  I think clearly the

2    Toyota case indicates that no, I should not

3    fully have -- have that confidence because that

4    is a clear case where, in fact, there was a

5    part number change, a part change, that was not

6    revealed.

7           It's also one of the reasons why

8    I'm concerned in this case, and one of the

9    reasons why we have opened an investigation

10   into the automakers.

11           In fact, over the last five years

12   we have issued record fines against automakers,

13   not just Toyota, but Ford as well and at least

14   one other manufacturer, because we were

15   concerned that they did not act properly under

16   the law, and they didn't -- we found that they

17   did not act properly under the law.

18           SENATOR HELLER:  Is the Secretary of

19   Transportation consulted with decisions

20   regarding its investigations?

21           MR. FRIEDMAN:  That's -- that's a very

22   broad question.  In terms of -- there are some

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 192 of 196

192

1   investigations that the Secretary of

2   Transportation is made aware of, but certainly

3   in the defects assessment panels or the defects

4   panels, the Secretary of Transportation is not

5   involved in that decision making process, no.

6            SENATOR HELLER:  Was he involved in

7   this one?

8            MR. FRIEDMAN:  No.

9            SENATOR HELLER:  He was not.

10           MR. FRIEDMAN:  No.  And just to be

11   clear, there were -- there were -- there was a

12   panel that happened in 2007, that's -- that's

13   the panel that we're discussing, and absolutely

14   not.

15           SENATOR HELLER:  Was anyone in the

16   secretary's office consulted?

17           MR. FRIEDMAN:  No.

18           SENATOR HELLER:  Let me ask you

19   another question.

20               Did any -- did any government

21   official, outside the Department of

22   Transportation, consult or provide input on

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 193 of 196

193

1    the decision not to move forward in 2007 or

2    2010?

3              MR. FRIEDMAN:  Not that I am aware of,

4    no, that would not be our standard process.

5              SENATOR HELLER:  Mr. Scovel, let me

6    ask you the same question:

7                   In your investigation did you

8    check to see, or was that part of your broad

9    scope of things, to find out what influence may

10   or may not have occurred in 2007, 2010?

11             MR. SCOVEL:  Senator, it was not part

12   of the audit that we conducted in the 2010-2011

13   timeframe, which was prompted most immediately

14   by the Toyota problems.

15                  Going forward I can tell you that

16   in the current audit, which the secretary has

17   requested us to do, we will be looking at

18   everything that NHTSA knew, what it didn't

19   know, when it knew it, and what actions it took

20   in response to that.

21                  Should we come across any

22   documentation, and our auditors are trained and

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 194 of 196

194

1  will be instructed to be on the lookout for

2  such -- such matters, we will take them --

3        SENATOR HELLER:  Including --

4        MR. SCOVEL:  -- under cognizance and

5  we will refer them to the proper authorities.

6        SENATOR HELLER:  Including other

7  government influence on decision making

8  process?

9        MR. SCOVEL:  Yes, sir.

10       SENATOR HELLER:  Very good.   Thank

11  you, Mr. Chairman.

12       CHAIRMAN McCASKILL:  I want to thank

13  both of you for being here today.   I think

14  we've had a productive day and have learned a

15  lot, and there will be follow-up hearings and

16  we'll be calling on you particularly,

17  Mr. Friedman, to give us more information as

18  your investigation continues.

19       Thank you both.

20       MR. FRIEDMAN:  Thank you.

21

22

09-50026-mg    Doc 12727-5    Filed 06/17/14    Entered 06/17/14 13:19:35    Exhibit
Transcript of Proceedings    Senate Subcommittee (4/2/2014)    Pg 195 of 196

195

1                           (Which were all the

2                              proceedings on the

3                              videotaped recording.)

4                    ---o0o---

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

09-50026-mg   Doc 12727-5   Filed 06/17/14   Entered 06/17/14 13:19:35   Exhibit
Transcript of Proceedings   Senate Subcommittee (4/2/2014)   Pg 196 of 196

196

1   STATE OF ILLINOIS )
                     ) SS.
2   COUNTY OF LASALLE )

3     I, Christine M. Vitosh, a Certified Shorthand

4   Reporter, do hereby certify that I transcribed

5   the proceedings from the videotaped recording

6   of the hearing and that the foregoing, Pages 1

7   through 194, inclusive, is a true, correct and

8   complete computer-generated transcript of the

9   proceedings had at the time and place

10  aforesaid.

11    I further certify that my certificate annexed

12  hereto applies to the original transcript and

13  copies thereof, signed and certified under my

14  hand only.  I assume no responsibility for the

15  accuracy of any reproduced copies not made

16  under my control or direction.

17    As certification thereof, I have hereunto set

18  my hand this 22nd day of April, A.D., 2014.

19

20

21            Christine M. Vitosh, CSR
              Illinois CSR No. 084-002883
22