Michael E. Foreman
FOREMAN LAW PLLC
1745 Broadway
17th Floor
New York, NY 10019
Phone:  (212) 519-9870
Email: michael@foremanlawpllc.com

*and*

Robert N. Kaplan
Gregory K. Arenson
George F. Hritz
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022
Phone: (800) 290-1952
　　　　(212) 687-1980
Fax:　 (212) 687-7714
Email:  rkaplan@kaplanfox.com
　　　　garenson@kaplanfox.com
　　　　ghritz@kaplanfox.com

*Counsel for Martin Ponce and Kimi L. Hurst, each*
*individually and as a class representative on behalf*
*of all similarly situated persons*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.: 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to  Rules 2002, 9007 and 9010 of  the  Federal  Rules

of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the

United States Code, 11 U.S.C. §§ 101, *et seq.* (the "<u>Bankruptcy Code</u>"), the undersigned hereby

appear as counsel for Martin Ponce and Kimi L. Hurst, each individually and as a class

representative on behalf of all similarly situated persons, and hereby request, pursuant to

Bankruptcy Rules 2002, 3017(a) and 9007, that copies of any and all notices, pleadings,

motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits,

declarations, orders, or other documents, filed or entered in these Chapter 11 cases (including all

papers filed and served in all adversary proceedings in these Chapter 11 Cases, including

Adversary Proceeding No. 14-01929), whether sent by the Clerk of the Court, the Debtors or

their successors, or any creditor, committee, or any party in interest, be given to and served upon

the persons set forth below, and that such names and addresses be added to any master mailing

list:

Michael E. Foreman
FOREMAN LAW PLLC
1745 Broadway
17th Floor
New York, NY 10019
Phone:  (212) 519-9870
Email: <u>michael@foremanlawpllc.com</u>

- and -

Robert N. Kaplan
Gregory K. Arenson
George Hritz
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022
Phone: (800) 290-1952,
(212) 687-1980
Fax:    (212) 687-7714
Email: <u>rkaplan@kaplanfox.com</u>
<u>garenson@kaplanfox.com</u>
<u>ghritz@kaplanfox.com</u>
<u>lking@kaplanfox.com</u>

Jonathan A. Michaels
MICHAELS LAW GROUP
2801 W.Coast Highway
Suite 370
Newport Beach, CA 92663
Phone: (949) 581-6900
Fax:    (949) 581-6908
Email:  jmichaels@michaelslawgroup.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that affect or seek to affect in any way the rights or interests of the parties specified herein or any other party-in-interest in this proceeding; or require or prohibit, or seek to require or prohibit, any act, delivery of any property, payment or other conduct the parties specified herein or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall constitute a waiver of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) right to trial by jury in any proceeding as to any and all matters so triable; (c) right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or

equity.  All such rights hereby are reserved and preserved without exception and with no purpose

of confessing or conceding jurisdiction in any way by this filing or by any other participation in

these Chapter 11 Cases.

Dated:  New York, New York
        June 19, 2014

**FOREMAN LAW PLLC**

By:_____/s/ Michael E. Foreman_____
        Michael E. Foreman
        1745 Broadway
        17th Floor
        New York NY 10019
        Telephone No.: (212) 519-9870
        Email: michael@foremanlawpllc.com

        **KAPLAN FOX & KILSHEIMER LLP**
        Robert N. Kaplan
        Gregory K. Arenson
        George F. Hritz
        850 Third Avenue
        14th Floor
        New York, NY 10022
        Phone: (800) 290-1952,
                (212) 687-1980
        Fax:    (212) 687-7714
        Email: rkaplan@kaplanfox.com
        garenson@kaplanfox.com
        ghirtz@kaplanfox.com

        **KAPLAN FOX & KILSHEIMER LLP**
        Laurence D. King
        350 Sansome Street
        Suite 400
        San Francisco, CA 94104
        Phone: (415) 772-4700
        Fax:    (415) 772-4707
        Email:  lking@kaplanfox.com

        **MICHAELS LAW GROUP**
        Jonathan A. Michaels
        2801 W.Coast Highway
        Suite 370

Newport Beach, CA 92663
Phone: (949) 581-6900
Fax:    (949) 581-6908
Email:  jmichaels@michaelslawgroup.com

*Counsel for Martin Ponce and Kimi L. Hurst, each
individually and as a class representative on behalf
of all similarly situated persons*

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on June 19, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing, using the CM/ECF system, on all registered ECF users appearing in the case.

*/s/ Gregory K. Arenson*
Gregory K. Arenson