KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on *June 10, 2014*, I caused to be served true and correct copies of the documents listed in the annexed service lists upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: June 20, 2014
       New York, New York

                                  KING & SPALDING LLP

                                  By: /s/   Scott I. Davidson
                                  Arthur J. Steinberg
                                  Scott Davidson
                                  King & Spalding LLP
                                  1185 Avenue of the Americas
                                  New York, NY 10036
                                  Telephone: (212) 556-2100
                                  Facsimile: (212) 556-2222

                                  *Attorneys for General Motors LLC*

**Service list For June 10, 2014:**

**Documents served *via* Email:**

1- .    The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2.    Schedule 1 to the Motion;
3.    Schedule 2 to the Motion;
4.    A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
5.    A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
6.    A Supplement to Schedule 1 to the Motion, with Exhibits;
7.    A Supplement to Schedule 2 to the Motion;
8.    A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
9.    An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
10.    A Notice of Settlement of Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
11.    A Proposed Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
12.    A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding the Motion;
13.    A Notice of Filing of Second Supplement to Schedule 1 to the Motion, the Second Supplement to Schedule 1, and the Exhibits thereto; and
14.    A Notice of Filing of Second Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.
15 A Notice of Filing of Third Supplement to Schedule 1 to the Motion, the Third Supplement to Schedule 1, and the Exhibits thereto; and
16.    A Notice of Filing of Third Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.

| | |
|---|---|
| jrclim@climacolaw.com; | jdugan@dugan-lawfirm.com; |
| sdsimp@climacolaw.com; | dbarrett@barrettlawgroup.com; |
| matoups@wgttlaw.com; | |

## Service list For June 10, 2014:

**Documents served *via* Overnight Delivery:**

1- .  The Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "Motion");
2.  Schedule 1 to the Motion;
3.  Schedule 2 to the Motion;
4.  A CD containing the Compendium of Exhibits;
5.  A Letter to the Honorable Robert E. Gerber, dated April 21, 2014, from Arthur J. Steinberg, together with a proposed form of notice, requesting the Court schedule a conference regarding the Motion;
6.  A Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with the Motion;
7.  A Supplement to Schedule 1 to the Motion, with Exhibits;
8.  A Supplement to Schedule 2 to the Motion;
9.  A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;
10.  An Amended Notice concerning the filing of the Motion, and the scheduling of the Conference;
11.  A Notice of Settlement of Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
12.  A Proposed Scheduling Order regarding the Motion (filed in each of the above-referenced matters);
13.  A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding the Motion;
14.  A Notice of Filing of Second Supplement to Schedule 1 to the Motion, the Second Supplement to Schedule 1, and the Exhibits thereto; and
15.  A Notice of Filing of Second Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.
16  A Notice of Filing of Third Supplement to Schedule 1 to the Motion, the Third Supplement to Schedule 1, and the Exhibits thereto; and
17.  A Notice of Filing of Third Supplement to Schedule 2 to the Motion and the Second Supplement to Schedule 2.

| | |
|---|---|
| John R. Climaco<br>Scott D. Simpkins<br>CLIMACO, WILCOX, PECA, TARANTINO<br>& GAROFOLI CO., LPA<br>55 Public Square, Suite 1950<br>Cleveland, Ohio 44113 | |