KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *June 13, 2014*, I caused to be served true and correct copies of the *Response By General Motors LLC To No Stay Pleading Filed In Connection With The Court's May 16, 2014 Scheduling Order* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: June 20, 2014
       New York, New York

                          KING & SPALDING LLP

                          By: /s/   Scott I. Davidson
                          Arthur J. Steinberg
                          Scott Davidson
                          King & Spalding LLP
                          1185 Avenue of the Americas
                          New York, NY 10036
                          Telephone: (212) 556-2100
                          Facsimile: (212) 556-2222

                          *Attorneys for General Motors LLC*

## Service list For June 13, 2014:

**Documents served *via* Email:**

1 - Response By General Motors LLC To No Stay Pleading Filed in Connection With The Court's May 16, 2014 Scheduling Order.

gblankinship@fbfglaw.com;
tgarber@fbfglaw.com;
Jeff@blockesq.com;
Jason@blockesq.com;
Joel@blockesq.com;
eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
dgolden@akingump.com;

## Service list For June 13, 2014:

**Documents served *via* Overnight Delivery:**

1 - Response By General Motors LLC To No Stay Pleading Filed in Connection With The Court's May 16, 2014 Scheduling Order.

| | |
|---|---|
| D. Greg Blankinship<br>Todd S. Garber<br>FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP<br>1311 Mamaroneck Avenue<br>White Plains, New York 10605 | Jeffrey C. Block<br>Jason M. Leviton<br>Joel A. Fleming<br>BLOCK & LEVITON LLP<br>155 Federal Street, Suite 1303<br>Boston, Massachusetts 02110 |
| Edward S. Weisfelner, Esq.<br>Howard Steel, Esq.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036 | Elihu Inselbuch, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>600 Lexington Avenue, 21st Floor<br>New York, NY 10022 |
| Peter Van N. Lockwood, Esq.<br>Jeffrey A. Liesemer, Esq.<br>Andrew J. Sackett, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005 | Sander L. Esserman, Esq.<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201-2689 |
| Alexander Schmidt<br>Malcolm T. Brown<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016 | Jonathan L. Flaxer<br>GOLENBOCK EISENMAN ASSOR BELL & PESKOE LLP<br>437 Madison Avenue<br>New York, New York 10022 |
| Matthew J. Williams<br>Keith R. Martorana<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193 | Daniel H. Golden<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036-6745 |