UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                            :   Chapter 11
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,     :   Case No. 09-50026 (REG)
   f/k/a General Motors Corp., *et al*.              :
                                                                 :
                           Debtors.                        :   (Jointly Administered)
                                                                 :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss
COUNTY OF NASSAU        )

I, Kimberly Gargan, being duly sworn, depose and state:

1.   I am a Senior Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On June 20, 2014, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Affected Claimants):

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 26th day of
June, 2014

/s/Kevin M. Doyle
Kevin M. Doyle
Notary Public, State of New York
No. 02DO6173767
Qualified in Suffolk County
Commission Expires September 4, 2015

# EXHIBIT A

ESTATE OF JOYCE B KEELER & DONALD J KEELER
RICHARD A FERRARO EXECUTOR DISTRIBUTEE
625 WILSON POND RD
N MONMOUTH, ME 04265

RUDY ANGKASA
KALIMANTAN 29
MEDAN 20211 INDONESIA