UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re :                                              :
                                                     :     Chapter 11
                                                     :     Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY,       :
                                                     :
Debtor.                                          :
_____X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Todd Garber, of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, hereby appears on behalf of Plaintiffs, Lisa Phaneuf, Adam Smith, Mike Garcia, Javier Delacruz, Steve Sileo, Steven Bucci, David Padilla and Catherine and Joseph Cabral, in the above-entitled case, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Todd Garber, of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, 1311 Mamaroneck Avenue, White Plains, New York 10605.

     PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

Dated:     White Plains, New York
           June 30, 2014

                               FINKELSTEIN, BLANKINSHIP
                               FREI-PEARSON & GARBER, LLP
                               By: /s/ Todd Garber
                                  Todd Garber
                                  1311 Mamaroneck Avenue
                                  White Plains, NY 10605
                                  Tel: (914) 517-5000
                                  Fax: (914) 517-5055
                                  tgarber@fbfglaw.com
                               Attorneys for Plaintiffs Lisa Phaneuf, Adam
                               Smith, Mike Garcia, Javier Delacruz, Steve
                               Sileo, Steven Bucci, David Padilla, Catherine
                               and Joseph Cabral