UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re: Motors Liquidation Co., et al., f/k/a
General Motors Corp., et al.

                            Debtor

---------------------------------------------------------x

                            Plaintiff

                           v.

                           Defendant

---------------------------------------------------------x

Case No.: 09-50026

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Daniel Hornal, request admission, *pro hac vice*, before the Honorable Judge Gerber, to represent Lawrence and Celestine Elliott, a Plaintiff in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of District of Columbia and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 30, 2014

_____, New York

*Mailing Address:*
Talos Law
705 4th St NW #403
Washington, DC 20001

*E-mail address:* daniel@taloslaw.com
*Telephone number:* (202) 709-9662

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Motors Liquidation Co., et al., f/k/a General Motors Corp., et al.

Case No.: 09-50026

Chapter ___

Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Daniel Hornal**, to be admitted, *pro hac vice*, to represent **Lawrence and Celestine Elliott**, (the "Client") a _____ in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **District of Columbia** and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

**ORDERED**, that **Daniel Hornal**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____
                                    UNITED STATES BANKRUPTCY JUDGE