UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026 (REG) |
| (f/k/a GENERAL MOTORS CORPORATION) | (Jointly Administered) |
| | |
| Debtor. | |

-----------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DANIEL HORNAL

UPON the motion of Daniel Hornal dated June 30, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Daniel Hornal is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
June 30, 2014

                                                                *s/ Robert E. Gerber*
                                                               UNITED STATES BANKRUPTCY JUDGE