# Exhibit A

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE:                                                                   :
                                                                         :
GENERAL MOTORS LLC IGNITION SWITCH LITIGATION                            :   14-MD-2543 (JMF)
                                                                         :
------------------------------------------------------------------------ :
STEVEN GROMAN,                                                           :
                   Plaintiff,                                            :
          -v-                                                            :   14-CV-2458 (JMF)
GENERAL MOTORS LLC..,                                                    :
                   Defendant.                                            :
------------------------------------------------------------------------ :
ROBIN DELUCO,                                                            :
                   Plaintiff,                                            :
          -v-                                                            :   14-CV-2713 (JMF)
GENERAL MOTORS L.L.C.,                                                   :
                   Defendant.                                            :
------------------------------------------------------------------------ :
MARIE MAZZOCCHI,                                                         :
                   Plaintiff,                                            :
          -v-                                                            :   14-CV-2714 (JMF)
GENERAL MOTORS LLC et al.,                                               :
                   Defendants.                                           :
------------------------------------------------------------------------ :
LISA PHANEUF et al.,                                                     :
                   Plaintiffs,                                           :
          -v-                                                            :   14-CV-3298 (JMF)
GENERAL MOTORS L.L.C.,                                                   :
                   Defendants.                                           :
------------------------------------------------------------------------ :
MEAGHAN SKILLMAN,                                                        :
                   Plaintiff,                                            :   14-CV-3326 (JMF)
          -v-                                                            :
GENERAL MOTORS L.L.C. et al.,                                            :
                   Defendants.                                           :
------------------------------------------------------------------------ X   ORDER
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2014

JESSE M. FURMAN, United States District Judge:

      Pursuant to the June 12, 2014 Order of the Judicial Panel on Multidistrict Litigation (JPML), *In re: General Motors LLC Ignition Switch Litigation*, 14-MD-2543, has been assigned to this Court for coordinated or consolidated pretrial proceedings. (14-MD-2543, Docket No. 1).

As the other above-captioned cases, which are also assigned to this Court, appear to be within the scope of that Multidistrict Litigation, it is hereby ORDERED that they are transferred to 14-MD-2543 for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to docket this Order in all the above-captioned cases.

SO ORDERED.

Dated: June 20, 2014
      New York, New York

_____
JESSE M. FURMAN
United States District Judge