**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Adam H. Offenhartz

ATTORNEYS FOR WILMINGTON TRUST COMPANY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** **MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.*, **Debtors.** | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that Adam H. Offenhartz of the law firm of Gibson, Dunn & Crutcher LLP, hereby appears in the above-captioned cases on behalf of Wilmington Trust Company ("WTC"), as trust administrator and trustee for the Motors Liquidation Company GUC Trust. Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, Counsel requests that his name be added to the mailing list maintained by the Clerk in the above-captioned case, and that all notices given and all papers and pleadings served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case be given to and served upon Counsel, at the address set forth below:

> Adam H. Offenhartz, Esq.
> aoffenhartz@gibsondunn.com
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue
> New York, New York 10166-0193
> Tel. (212) 351-4000
> Fax. (212) 351-4035

**PLEASE TAKE FURTHER NOTICE** that this request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, or petitions, answering or reply papers, and memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that WTC intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) WTC's right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) WTC's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) WTC's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which WTC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments WTC expressly reserves.

Dated: July 1, 2014

                                        Respectfully submitted,

                                        /s/   Adam H. Offenhartz
                                        Adam H. Offenhartz
                                        GIBSON, DUNN & CRUTCHER, LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        Tel:  (212) 351-4000
                                        Fax:  (212) 351-4035

                                        ATTORNEYS FOR WILMINGTON TRUST COMPANY