# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

Andrew G. Finkelstein, P.C. (NY & NJ)*
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)

Khristoph A. Becker (NY & NJ)

**Of Counsel**
George M. Levy (NY)
Duncan W. Clark (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
Ronald Rosenkranz (NY)*
Steven Lim (NY)
George A. Kohl, II (NY & MA)

Eleanor L. Polimeni (NY)
Andrew L. Spitz (NY)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
James W. Shuttleworth, III (NY)
David E. Gross (NY & NJ) *
Mary Ellen Wright, R.N. (NY) *
Kenneth B. Fromson (NY, NJ & PA) *
Nancy Y. Morgan (NY, NJ & PA)
Lawrence D. Lissauer (NY)
Michael T. McGarry (NY)
Victoria Lieb Lightcap (NY & MA) *
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kara L. Campbell (NY & CT)

Silvia Fermanian (NY)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Elizabeth A. Wolff (NY & MA)
Robert E. Borrero (NY)
Christine Khalili-Borna Clemens (NY & CA)
Brian D. Acard (NY)
Nicholas Maiorano (NY & NJ)
Vincent J. Pastore (NY)
Andrew J. Genna, LLM (NY & PA)
Cynthia M. Maurer (NY & NJ)
Michael Feldman (NY & NJ) *
Raye D. Futerfas (NJ)
Linda Armatti-Epstein (NY)
Kenneth Cohen (NJ) *
David Akerib (NY)

Edward M. Steves (NY)
Frances M. Bova, R.N. (NY & NJ)
Mark B. Hudoba (NY)
Gustavo W. Alzugaray (NY)
Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)
Antonio S. Grillo (NY & NJ)
Ramsen Youash (NY)
Aparna Anantharaman (NY)
Vincent J. Rossillo (NY)
Pamela Thomas (NY & CT)
Donald A. Crouch (NY & CT)
Karen O'Brien (NY)
Jennifer Safier (NY & NJ)
Thomas P. Welch (NY)
David Stauber (NY)

Annie Ma (NY & NJ)
Howard S. Lipman (NY)
Jared Baker (NY & DC)
Noreen Tuller, R.N. (NY)
Cristina L. Dulay (NY)
Justin M. Cinnamon (NY & CT)
Robert Seidner (NY)
Robin N. D'Amore (NY)
Nicole Murphy (NY)
Rodrigo Arcuri (NY)
Brandon Weinstein (NY)
Marigold T. Bridgeman (NY)
Frank R. Massaro (NY)
Kenneth G. Bartlett (CT & NJ)

* The Neurolaw Trial Group

July 1, 2014

**VIA ECF FILING AND E-MAIL TRANSMISSION**

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Re:   In re Motors Liquidation Company, et al. Case No. 09-50026 (REG)
      Phaneuf No Stay Pleading

Dear Judge Gerber:

We are counsel for plaintiffs in *Phaneuf v. General Motors LLC*, No. 1:14-cv-3298 (S.D.N.Y.). The *Phaneuf* plaintiffs are and assert claims solely on behalf of people who purchased GM vehicles *after* GM emerged from bankruptcy. These plaintiffs are therefore not subject to the Sale Order, Release or Injunction.

This Court is scheduled to hear argument on our clients' No Stay Pleading tomorrow morning. We write regarding the letter submitted earlier today by General Motors LLC ("GM") regarding the effect of the District Court's June 20, 2014 Order (the "June 20 Order"; attached to GM's letter as Exhibit A).

Contrary to GM's assertion, the District Court's June 20 Order does not require post-bankruptcy purchasers like the *Phaneuf* plaintiffs to proceed on "the same timeline" as pre-bankruptcy purchasers in this Court. The District Court's June 24, 2014 Order (the "June 24 Order"; attached to GM's letter as Exhibit B) made clear that the District Court contemplates the possibility of separate litigation tracks for pre- and post-bankruptcy purchasers.

The June 24 Order seeks briefing as to "whether, and to what extent, discovery (or anything else in this action) should be coordinated with the proceedings now pending or contemplated before the United States Bankruptcy Court for the Southern District of New York." (June 24 Order at 10). The District Court also requested briefing regarding "whether the Court should await a ruling by the United States Bankruptcy Court for the Southern District of New York on General Motors's motion to enforce before appointing lead and liaison counsel or proceed now (with the possibility that the Court would amend the

Newburgh • Albany • Binghamton • Kingston • Middletown • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • White Plains • Madison

1279 ROUTE 300, P.O. BOX 1111
NEWBURGH, NY 12551    Phone: (914) 298-3281    Fax: (914) 824-1561    www.fbfglaw.com    1311 MAMARONECK AVENUE, SUITE 220
WHITE PLAINS, NY 10605

appointments in the event the Bankruptcy Court rules that some, but not all, of the claims now pending here may be asserted)." (June 24 Order at 6-7).

This Court should hold that the *Phaneuf* plaintiffs—as post-bankruptcy purchasers—are not subject to any stay, injunction, or release. By doing so, the Court will provide significant, useful guidance to the District Court as that Court determines the schedule and leadership arrangements that will govern the claims of post-bankruptcy purchasers.

Sincerely,

*Todd S. Garber /with permission by Khristoph A. Becker*

Todd S. Garber

cc:   Jeffrey C. Block
      Arthur Steinberg