KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:　(212) 556-2100
Facsimile:　(212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:　(312) 862-2000
Facsimile:　(312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x
| | | |
|---|---|---|
| STEVEN GROMAN, ROBIN DELUCO, | : | |
| ELIZABETH Y. GRUMET, ABC FLOORING, | : | |
| INC., MARCUS SULLIVAN, KATELYN | : | |
| SAXSON, AMY C. CLINTON, AND ALLISON | : | Adv. Pro. No.: 14-01929 (REG) |
| C. CLINTON, on behalf of themselves, and all | : | |
| others similarly situated, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -v- | : | |
| | : | |
| GENERAL MOTORS LLC, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------X

**SECOND AMENDED[1] NOTICE OF MATTERS SCHEDULED FOR
HEARING ON JULY 2, 2014 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

1. "**No Stay Pleadings**" filed in connection with Scheduling Order Regarding (I) Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction, (II) Objection Filed by Certain Plaintiffs in Respect Thereto, and (III) Adversary Proceeding No. 14-01929. **(ECF 12697)**.

    Responses Filed:

    A.    Request for Modification of Stay Set Forth in This Court's May 16, 2014 Scheduling Order, filed by the Witherspoon Plaintiffs **(ECF 12711)**.

    B.    No Stay Pleading filed by the Phaneuf, *et al.* Plaintiffs **(ECF 12712)**.

    Replies Filed:

    C.    Response by General Motors LLC to No Stay Pleading Filed in Connection with the Court's May 16, 2014 Scheduling Order, filed by General Motors LLC **(ECF 12724)**.

    D.    Supplemental Response by General Motors LLC in Connection with Stay Procedures set Forth in the Court's May 16, 2014 Scheduling Order, filed by General Motors LLC **(ECF 12735)**.

    E.    Letter to The Honorable Robert E. Gerber in Response to Letter Filed by Daniel Hornal, filed by General Motors LLC **(ECF 12748)**.

    F.    Letter to The Honorable Robert E. Gerber in Connection with Phaneuf No Stay Pleading and Response Thereto, filed by General Motors LLC **(ECF 12749)**.

---

[1]  Items in bold denote additions to the agenda.

Additional Documents:

G. Endorsed Order, dated June 30, 2014 Regarding Letter Submitted by Daniel Hornal (**ECF 12737**).

H. Endorsed Order, dated June 30, 2014 Regarding Letter Submitted by Daniel Hornal (**ECF 12740**).

I. **Letter to The Honorable Robert E. Gerber in Connection with Phaneuf No Stay Pleading and Response Thereto, filed by Todd S. Garber on Behalf of the Phaneuf,** *et al.* **Plaintiffs (ECF 12758).**

**Status:** This matter is going forward with respect to the Phaneuf No Stay Pleading and Supplemental Response filed by General Motors LLC Regarding the Elliotts. The Witherspoon Plaintiffs have executed a Stay Stipulation and their Request for Modification of Stay is therefore resolved.

## II.    UNCONTESTED MATTERS

1. Motion of General Motors LLC to Establish Stay Procedures for Newly-Filed Ignition Switch Actions, filed by General Motors LLC (**ECF 12725**).

    Responses Filed:        None to Date

    Replies Filed:          None to Date

    Additional Documents:   None to Date

**Status:** This matter is going forward.

## III.    CONFERENCES

1. *In re Motors Liquidation Company, et al.*, Case No. 09-50026 (REG):  Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce the Sale Order And Injunction ("Motion to Enforce"), filed by General Motors LLC (**ECF 12620, 12621**).

Responses Filed:

A. Response/Letter by Certain Plaintiffs to Motion to Enforce, filed by Jonathan L. Flaxer on behalf of Certain Plaintiffs (**ECF 12626**).

B. Objection by Certain Plaintiffs to Motion to Enforce, filed by Edward S. Weisfelner on behalf of Certain Plaintiffs (**ECF 12629, 12640**).

Replies Filed:

C.     None to Date

Additional Documents:

D. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Proposed Conference, filed by General Motors LLC **(ECF 12622)**.

E. Endorsed Order signed by the Honorable Robert E. Gerber on April 22, 2014 Regarding Conference **(ECF 12627)**.

F. Notice of (a) Filing of Motion to Enforce, and (b) Conference to be Held in Connection with Such Motion, filed by General Motors LLC **(ECF 12628)**.

G. Endorsed Order regarding Letter filed by Jonathan L. Flaxer (ECF 12626) regarding Motion to Enforce **(ECF 12631)**.

H. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Desire to be Heard, filed by Peter D'Apice on Behalf of Certain Plaintiffs **(ECF 12633)**.

I. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Elihu Inselbuch on Behalf of Certain Plaintiffs **(ECF 12637)**.

J. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Edward Weisfelner on Behalf of Certain Plaintiffs **(ECF 12638)**.

K. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Elihu Inselbuch on Behalf of Certain Plaintiffs **(ECF 12651)**.

L. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Jonathan L. Flaxer on Behalf of Certain Plaintiffs **(ECF 12652)**.

M. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Matthew Williams on Behalf of the Motors Liquidation Company GUC Trust **(ECF 12660)**.

N. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Daniel Golden on behalf of Holders of Publicly Traded Units of Beneficial Interests in the Motors Liquidation Company GUC Trust **(ECF 12665)**.

O. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by William Weintraub on Behalf of Certain Plaintiffs **(ECF 12669)**.

P. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Michael Etkin on Behalf of Certain Plaintiffs **(ECF 12671)**.

Q. Supplement To Schedule 1 To Motion to Enforce, filed by General Motors LLC **(ECF 12672)**.

R. Supplement To Schedule 2 To Motion to Enforce, filed by General Motors LLC **(ECF 12672)**.

S. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by General Motors LLC **(ECF 12673)**.

T. Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Melanie Cyganowski on Behalf of Certain Plaintiffs **(ECF 12674)**.

U. Amended Notice of (a) Filing of Motion to Enforce, and (b) Conference to be Held in Connection with Such Motion, filed by General Motors LLC **(ECF 12675)**.

V. Letter to The Honorable Robert E. Gerber in response to New GM's letter, filed by Edward S. Weisfelner on Behalf of Certain Plaintiffs **(ECF 12677)**.

W. Notice Of Settlement Of Scheduling Order Regarding (I) Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Courts July 5, 2009 Sale Order And Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, And (III) Adversary Proceeding No. 14-01929, filed by General Motors LLC **(ECF 12690)**.

X. Objection to Notice of Settlement of Scheduling Order, filed by Michael S. Etkin on behalf of Proposed Lead Plaintiffs **(ECF 12693)**.

Y. Reply to Objection to Notice of Settlement of Scheduling Order, filed by Designated Counsel **(ECF 12695).**

Z. Scheduling Order Signed on May 16, 2014 Regarding (I) Motion of General Motors LLC to Enforce the Court's July 5, 2009 Sale Order and Injunction, (II) Objection Filed by Certain Plaintiffs in Respect Thereto and (III) Adversary Proceeding No. 14-01929 **(ECF 12697)**.

AA. Amended Complaint against General Motors LLC in Adv. Proceeding No. 14-01929 filed on behalf of Groman, *et al.* Plaintiffs **(ECF 12706)**.

BB. . Letter to The Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Melanie Cyganowski on Behalf of Certain Plaintiffs **(ECF 12744)**.

CC. Letter to Honorable Robert E. Gerber regarding Motion to Enforce and Conference,, filed by Gregory K. Arenson on behalf of Certain Plaintiffs **(ECF 12745)**.

DD. Letter to Honorable Robert E. Gerber regarding Motion to Enforce and Conference, filed by Michael S. Etkin on behalf of Proposed Lead Plaintiffs **(ECF 12746)**.

EE. Notice of Presentment of Supplemental Scheduling Order Regarding (I) Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce The Court's July 5, 2009 Sale Order and Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, And (III) Adversary Proceeding No. 14-01929 **(ECF 12747)**.

**FF.  Letter to The Honorable Judge Gerber dated July 1, 2014 filed by Lisa H. Rubin on behalf of Wilmington Trust Company (ECF 12753).**

**GG.  Notice of Presentment of Supplemental Scheduling Order Regarding (I) Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Courts July 5, 2009 Sale Order and Injunction, (II) Objection Filed by Certain Plaintiffs in Respect Thereto, and (III) Adversary Proceeding No. 14-01929 filed by Lisa H. Rubin on behalf of Wilmington Trust Company (ECF 12754).**

**HH. Letter to Honorable Robert E. Gerber by Jonathan L. Flaxer, Esq., regarding Proposed Counter-Order to Proposed Supplemental Scheduling Order filed by Jonathan L. Flaxer on behalf of Groman, et al. Plaintiffs (ECF 12755).**

**II. Notice of Presentment of Counter Supplemental Scheduling Order Regarding (I) Motion of General Motors LLC Pursuant to 11 U.S.C. Sections 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction, (II) Objection Filed by Certain Plaintiffs in Respect Thereto, and (III) Adversary Proceeding No. 14-01929 filed by Jonathan L. Flaxer on behalf of Groman, et al. Plaintiffs (ECF 12756).**

**Status:**     This matter is going forward as a continued status conference only.

2.     Motion for Leave to Pursue Claims Against General Motors LLC, and. Alternatively, to File a Post-Bar-Date Proof of Claim in the Motors Liquidation Company Bankruptcy, filed by Roger Dean Gillispie ("**Gillispie Motion**") **(ECF 12727)**.

Responses Filed:        None to Date.

Replies Filed:         None to Date

Additional Documents:

A. Endorsed Order, dated June 19, 2014, entered in connection with Gillispie Motion **(ECF 12730)**.

**Status:** This matter is going forward as a status conference only to consider the briefing schedule for the Gillispie Motion.

Dated: July 1, 2014
New York, New York

KING & SPALDING LLP

By: /s/   Scott Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*