UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
**MOTORS LIQUIDATION COMPANY**, *et al.*,        :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*  :
                                                 :
    Debtors.                   :    (Jointly Administered)
-------------------------------------------------------------x

### ORDER GRANTING MOTION OF GENERAL MOTORS LLC TO ESTABLISH STAY PROCEDURES FOR NEWLY-FILED IGNITION SWITCH ACTIONS

Upon the Motion, dated June 13, 2014 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] to establish Stay Procedures for newly-filed Ignition Switch Actions; and due and proper notice of the Motion having been provided to counsel for the Plaintiffs that negotiated the Scheduling Order and the Stay Stipulation, and counsel for plaintiffs who have filed Ignition Switch Actions after the filing of the notice of settlement of the Scheduling Order who have not entered into Stay Stipulations or filed No Stay Pleadings, and it appearing that no other or further notice need be given; and a hearing (the "**Hearing**") having been held with respect to the Motion on July 2, 2014; and upon the record of the Hearing, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the following procedures shall apply to all Ignition Switch Actions commenced after the filing of the notice of settlement of the Scheduling Order (unless the

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

plaintiff in such Ignition Switch Action has previously executed a Stay Stipulation or filed a No Stay Pleading):

    (i)    Plaintiffs in any Ignition Switch Action commenced after the filing of the notice of settlement of the Scheduling Order shall have three (3) business days from receipt of a Stay Stipulation and Scheduling Order from counsel to New GM (a) to enter into a Stay Stipulation by executing same and returning it to New GM's counsel, or (b) to file a No Stay Pleading with the Court. The Court shall hold a hearing on any such No Stay Pleadings on a date to be set by the Court;

    (ii)    If a plaintiff in any such Ignition Switch Action fails to either enter into a Stay Stipulation with New GM or file a No Stay Pleading with the Court within three (3) business days of receipt of a Stay Stipulation and Scheduling Order, the terms of the Stay Stipulation shall automatically be binding on such plaintiff; and

    (iii)    The Scheduling Order shall apply in all other respects to all plaintiffs who have filed an Ignition Switch Action, no matter when commenced against New GM; and it is further

ORDERED that the Bankruptcy Court shall retain exclusive jurisdiction to interpret and enforce this Order.

Dated: New York, New York
       July 8, 2014

                                            *s/ Robert E. Gerber*
                                            UNITED STATES BANKRUPTCY JUDGE