```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, et al.,                :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., et al.         :
                                                   :
                    Debtors.                       :    (Jointly Administered)
-------------------------------------------------------------x
```

## NOTICE OF APPEAL

Lawrence and Celestine Elliott, and Berenice Summerville, affected parties in the above-captioned case, appeal under 28 U.S.C. § 158(a)(1), from the following orders or decrees of the Hon. Judge Gerber in the above-captioned case:

1) Order entered on July 11, 2014 Denying request for vacation or suspension of July 8, 2014 Order (Dkt. 12771).

2) Order entered on July 8, 2014 "Staying and Restraining Lawrence and Celestine Elliott, and Their Counsel, from Further Proceeding with Their Ignition Switch Action, Except as Expressly Set Forth Herein" (Dkt. 12763).

3) Order entered on June 30, 2014 stating that the Elliotts' matter would be heard on July 2, 2014 (Dkt. 12740).

The names of all parties to the order appealed from and the names, addresses and phone numbers of their respective attorneys are as follows:

Arthur Stenberg
Scott Davidson
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036
(202) 556-2100

Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

(312) 862-2000
*Attorneys for General Motors, LLC*

Notice has been filed upon all parties via ECF.

Dated: July 14, 2014

                                                                                 Respectfully submitted,

                                                                                _____/s/_____
Daniel Hornal
Talos Law
D.C Bar #1005381
705 4th St. NW #403
Washington, DC 20001
(202) 709-9662
daniel@taloslaw.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th of June, 2014, a copy of the foregoing notice was filed with the Clerk of the court and also served via CM/ECF upon all parties.

_____/s/_____
Daniel Hornal
Talos Law
D.C Bar #1005381
705 4th St. NW #403
Washington, DC 20001
(202) 709-9662
daniel@taloslaw.com
*Attorney for Plaintiffs*