DANIEL W. LINNA JR., ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7508
Facsimile: (313) 465-7509

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                             :
**In Re**                                                    :   Chapter 11
                                                             :
**MOTORS LIQUIDATION COMPANY** (f/k/a                        :   Case No. 09-50026 (REG)
General Motors Corp.), et al.,                               :   (Jointly Administered)
                                                             :
         Debtors.                                            :   Hon. Robert E. Gerber
                                                             :
------------------------------------------------------------x

**WITHDRAWAL OF NOTICE OF APPEARANCE OF DANIEL W. LINNA JR.**
**AND REQUEST TO BE REMOVED FROM ECF NOTIFICATION**

General Motors LLC ("**GM**") hereby gives notice that Daniel W. Linna Jr., who is currently listed as an attorney of record on the docket in this matter, is no longer representing GM effective July 18, 2014. GM respectfully requests that Daniel W. Linna Jr.'s name be removed from the docket and that he be removed from ECF notification.

                                    Respectfully submitted,
                                    HONIGMAN MILLER SCHWARTZ AND COHN LLP

                                    By: /s/Daniel W. Linna Jr.
                                         Daniel W. Linna Jr.
                                         2290 First National Building
                                         660 Woodward Avenue
                                         Detroit, MI 48226-3506
                                         Telephone: (313) 465-7508
                                         Facsimile: (313) 465-7509
Dated: July 18, 2014                     Email: dlinna@honigman.com

**CERTIFICATE OF SERVICE**

I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send a copy to all counsel of record. I declare that the statements above are true to the best of my information, knowledge, and belief.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/Daniel W. Linna Jr.
    Daniel W. Linna Jr.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7508
Facsimile: (313) 465-7509

Dated: July 18, 2014    Email: dlinna@honigman.com

ACTIVE.15290122.1

2