**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th of July, 2014, a copy of the foregoing was filed with the

Clerk of the court and also served upon all parties by CM/ECF

_____/s/_____
Daniel Hornal
Talos Law
D.C Bar #1005381
705 4th St. NW #403
Washington, DC 20001
(202) 709-9662
daniel@taloslaw.com
Attorney for Plaintiff
*Date: July 18, 2014*