UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                                          :        Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                     :
                                                               :
                     Debtors.                  :        (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL

      Lawrence and Celestine Elliott, and Berenice Summerville, through counsel, hereby withdraw their earlier-filed notice of appeal in light of the order filed on July 16 in a related action in the United States District Court for the District of Columbia. *See Elliott v. General Motors, LLC*, 14-cv-00691, Doc. 20 (D.D.C., July 16, 2014).


Dated: July 18, 2014

                                                                         Respectfully submitted,

                                                                        _____/s/_____
                                                                        Daniel Hornal
                                                                        Talos Law
                                                                        D.C Bar #1005381
                                                                        705 4th St. NW #403
                                                                        Washington, DC 20001
                                                                        (202) 709-9662
                                                                        daniel@taloslaw.com
                                                                        *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th of June, 2014, a copy of the foregoing notice was filed with the Clerk of the court and also served via CM/ECF upon all parties.

_____/s/_____
Daniel Hornal
Talos Law
D.C Bar #1005381
705 4th St. NW #403
Washington, DC 20001
(202) 709-9662
daniel@taloslaw.com
*Attorney for Plaintiffs*