

**Respectfully yours . . . .**
Mark Schlachet
to:
Lynda_Calderon
07/20/2014 11:07 AM
Hide Details
From: Mark Schlachet <mschlachet@gmail.com>

To: <Lynda_Calderon@nysb.uscourts.gov>

09-50026 (REG)

History: This message has been forwarded.

Your Honor:

As I think about my experience before Your Honor in General Motors, particularly in light of the revelations of late in the Courts, the Halls of Congress and, perhaps most important, the public perception, I remember Your Honor, from the Bench, looking at a copy of Section 1144 and asking, in our first exchange: "Mr. Schlachet . . . revocation requires fraud!" Yes Your Honor, fraud! It's all the rage these days.

I am in my way very committed to the justice system in this country. When I presided over In re While Motor Credit Corp, et al, I had an opportunity to observe very closely the New York Bankruptcy Bar. Many of those folks are still rowing. Though dazzled, I was not dizzied or compromised. I paid a heavy price for my independence.

Just as I found the truth of GM's contingent liability reporting in the case before Your Honor, I can plumb matters yet to surface in the ever evolving history of first rate chapter 11 work in capital of all Districts. I'd like to be considered for an appointment in Your Honor's Court should the occasion arise. I promise an independence which none can influence.

Join me, Your Honor. Let's strengthen the practice and help restore the rule of law to its rightful position.

Respectfully yours,

Mark Schlachet

Mark Schlachet

3515 Severn Road
Cleveland, Ohio 44118
(216)225-7559
(216)932-5390(f)
mschlachet@gmail.com