KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

### NOTICE OF FILING OF FIFTH SUPPLEMENT TO SCHEDULE "1" TO THE MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION

**PLEASE TAKE NOTICE** that on July 21, 2014, General Motors LLC filed the attached *Fifth Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* with the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
July 21, 2014

Respectfully submitted,

/s/ Scott I. Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

2

# FIFTH SUPPLEMENT[1] TO SCHEDULE "1"

# CHART OF ADDITIONAL IGNITION SWITCH ACTIONS COMMENCED SINCE THE FILING OF NEW GM'S FOURTH SUPPLEMENT TO SCHEDULE "1" TO MOTION TO ENFORCE

|   | **Name** | **Class Models** | **Plaintiffs' Model** | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | Johnson[2] (Class Action) | Various models from 2003 to 2011 | 2007 Chevy Cobalt | Southern District of Mississippi 3:14-cv-00477 | 6/18/14 |
| 2 | Corbett[3] (Class Action) | Various models from 2003 to 2014 | 2006 Pontiac Solstice 2009 Chevy Cobalt | Eastern District of North Carolina 7:14-cv-00139 | 7/01/14 |
| 3 | Kluessendorf[4] (Class Action) | Various models from 2003 to 2011 | 2009 Chevy Cobalt | Southern District of New York 14-cv-05035 | 7/03/14 |
| 4 | Kandziora[5] | N/A | 2010 Chevy Cobalt | State of Wisconsin, Circuit Court, Milwaukee County 14-cv-004836 | 7/05/14 |
| 5 | Ibanez[6] (Class Action) | Various models from 1999 to 2011 | 2006 Chevy Cobalt | Central District of California 2:14-cv-05238 | 7/07/14 |

---

[1] This schedule supplements the Fourth Supplement to Schedule "1" [Dkt. No. 12722] filed with the Bankruptcy Court on June 13, 2014, the Third Supplement to Schedule "1" [Dkt. No. 12719] filed with the Bankruptcy Court on June 2, 2014, the Second Supplement to Schedule "1" [Dkt. No. 12698] filed with the Bankruptcy Court on May 19, 2014, the Supplement to Schedule "1" [Dkt. No. 12672] filed with the Bankruptcy Court on April 30, 2014, and Schedule "1" [Dkt. No. 12620-1] filed with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* on April 21, 2014 [Dkt. No. 12620].

[2] A copy of the complaint filed in the Johnson Action is attached hereto as Exhibit "A."

[3] A copy of the complaint filed in the Corbett Action is attached hereto as Exhibit "B."

[4] A copy of the complaint filed in the Kluessendorf Action is attached hereto as Exhibit "C."

[5] A copy of the complaint filed in the Kandziora Action is attached hereto as Exhibit "D."

[6] A copy of the complaint filed in the Ibanez Action is attached hereto as Exhibit "E."

DMSLIBRARY01\21600\234022\23270100.v5-7/21/14

| 6 | Turpyn[7] (Class Action) | Various Models from 1997 to 2014 | 2006 Chevy HHR | Southern District of New York 14-cv-5328 | 7/16/14 |

---

[7] A copy of the complaint filed in the Turpyn Action is attached hereto as Exhibit "F."

DMSLIBRARY01\21600\234022\23270100.v5-7/21/14