# Exhibit F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                             :     Chapter 11
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,                             :     Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                           :
                                                                  :
                          Debtors.                          :     (Jointly Administered)
------------------------------------------------------------------x

# PLAINTIFFS LAWRENCE ELLIOTT AND CELESTINE ELLIOTTS' NOTICE TO THE COURT OF DEVELOPMENTS IN RELATED PROCEEDINGS BETWEEN THE PARTIES

    Lawrence Elliott and Celestine Elliott, Plaintiffs in *Elliott v. General Motors LLC,* 1:14-cv-00691 (D.D.C. Apr. 23, 2014), notify the Court of the entry of the attached Order by the United Stated District Court for Federal District before whom their lawsuit is pending.

    On July 16, 2014, the Hon. Judge Jackson granted the Elliotts' Motion to Amend and to Join Parties, and then stayed the litigation pending this Courts disposition of the Elliotts' pending "No Stay Pleading" and a pending motion by GM before the JPML. The effect of her ruling is to render moot the provisions of this Court's July 8, 2014, Order regarding the Elliotts' then proposed, and now filed with leave of the Court, First Amended Complaint. The order is attached as Exhibit 1.

                                                    Respectfully submitted,

                                                    \_\_\_\_\_/s/_____
                                                    Daniel Hornal
                                                    Talos Law
                                                     D.C Bar #1005381
                                                     705 4th St. NW #403
                                                     Washington, DC 20001
                                                     (202) 709-9662
                                                     Attorney for Lawrence and Celestine Elliot
                                                     *Date: June 30, 2014*