# Exhibit H

JURY,TYPE-F

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:14-cv-00691-KBJ**

| | |
|---|---|
| ELLIOTT et al v. GENERAL MOTORS LLC | Date Filed: 04/23/2014 |
| Assigned to: Judge Ketanji Brown Jackson | Jury Demand: Defendant |
| Demand: $580,000 | Nature of Suit: 385 Prop. Damage Prod. Liability |
| Case in other court: Superior Court of the District of Columbia, 2014 CA 0001980 | Jurisdiction: Diversity |
| Cause: 28:1441 Petition for Removal | |

**Plaintiff**

**LAWRENCE M. ELLIOTT**               represented by   **Daniel James Hornal**
TALOS LAW
705 Fourth Street, NW
Suite 403
Washington, DC 20001
(202) 709-9862
Email: daniel@taloslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CELESTINE V. ELLIOTT**               represented by   **Daniel James Hornal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GENERAL MOTORS LLC**               represented by   **Andrew B. Bloomer**
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654-3403
(312) 862-2000
Fax: (312) 862-2200
Email: abloomer@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leonid Feller**
KIRKLAND & ELLIS LLP
Chicago
300 N. LaSalle St.

Chicago, IL 60654
(312)862-2000
Fax: (312)862-2200
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Shapleigh Ryland**
KIRKLAND & ELLIS LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005
(202) 879-5086
Fax: (202) 879-5200
Email: robert.ryland@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Francis Hall**
DUNAWAY & CROSS
1100 Connecticut Avenue, NW
Suite 410
Washington, DC 20036
(202) 862-9700
Fax: (202) 862-9710
Email: mfxhall@earthlink.net
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2014 | 19 | MOTION by CELESTINE V. ELLIOTT, LAWRENCE M. ELLIOTT (Attachments: # 1 Exhibit, # 2 Text of Proposed Order, # 3 Certificate of Service)(Hornal, Daniel) (Entered: 07/16/2014) |
| 07/16/2014 | 20 | ORDER granting 15 Plaintiffs' Motion to Amend the Complaint; denying 3 Defendant's Motion to Dismiss as moot; and staying the case in light of other proceedings. See attached order for details. Signed by Judge Ketanji Brown Jackson on 07/16/2014. (lckbj2) (Entered: 07/16/2014) |
| 07/16/2014 |  | MINUTE ORDER. In light of 20 this Court's order granting 15 Plaintiffs' Motion to Amend the Complaint and denying 3 Defendant's Motion to Dismiss, both 14 Plaintiff's Motion for Order Deferring Consideration and 19 Plaintiff's Motion to Notify the Court are hereby DENIED as moot. Signed by Judge Ketanji Brown Jackson on 07/16/2014. (lckbj2) (Entered: 07/16/2014) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 07/21/2014 10:12:51 |

09-50026-mg    Doc 12782-8    Filed 07/21/14    Entered 07/21/14 17:00:24    Exhibit H
Pg 4 of 4

| PACER Login: | ks0949 | Client Code: | 21600-162081-111178 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:14-cv-00691-KBJ Start date: 7/16/2014 End date: 7/16/2014 |
| Billable Pages: | 2 | Cost: | 0.20 |