# EXHIBIT 1

**From:** Gary Peller [mailto:peller@law.georgetown.edu]
**Sent:** Monday, July 21, 2014 6:58 PM
**To:** Rodriguez, David John; eweisfelner@brownrudnick.com; hsteel@brownrudnick.com; einselbuch@capdale.com;plockwood@capdale.com; jliesemer@capdale.com; asackett@capdale.com; esserman@sbep-law.com; schmidt@whafh.com;brown@whafh.com; jflaxer@golenbock.com; MJWilliams@gibsondunn.com; KMartorana@gibsondunn.com; dgolden@akingump.com;Daniel@taloslaw.com
**Cc:** Steinberg, Arthur; Davidson, Scott; Ritacco, Gary; Amy Robertson(fwd)
**Subject:** RE: In re Motors Liquidation Company, et al., Case No. 09-50026 (REG)

GM Counsel:

Thank you for this courtesy.

Does GM intend this also to constitute its response to the Elliotts' pending motion to dismiss for lack of subject matter jurisdiction, or does GM intend to submit separate papers in response to the motion? We are in the midst of preparing our papers for the JPML and would like to advise that tribunal whether GM is contesting jurisdiction to any extent beyond the authority cited here.

Thank you for a prompt reply.

Gary Peller, counsel for Plaintiffs in Elliott v. GM.

From: **Davidson, Scott** <SDavidson@kslaw.com>
Date: Tue, Jul 22, 2014 at 8:36 AM
Subject: RE: In re Motors Liquidation Company, et al., Case No. 09-50026 (REG)
To: Gary Peller <peller@law.georgetown.edu>, "Rodriguez, David John" <drodriguez@kslaw.com>, "eweisfelner@brownrudnick.com" <eweisfelner@brownrudnick.com>, "hsteel@brownrudnick.com" <hsteel@brownrudnick.com>, "einselbuch@capdale.com" <einselbuch@capdale.com>, "plockwood@capdale.com" <plockwood@capdale.com>, "jliesemer@capdale.com" <jliesemer@capdale.com>, "asackett@capdale.com" <asackett@capdale.com>, "esserman@sbep-law.com" <esserman@sbep-law.com>, "schmidt@whafh.com" <schmidt@whafh.com>, "brown@whafh.com" <brown@whafh.com>, "jflaxer@golenbock.com" <jflaxer@golenbock.com>, "MJWilliams@gibsondunn.com" <MJWilliams@gibsondunn.com>, "KMartorana@gibsondunn.com" <KMartorana@gibsondunn.com>, "dgolden@akingump.com" <dgolden@akingump.com>, "Daniel@taloslaw.com" <Daniel@taloslaw.com>
Cc: "Steinberg, Arthur" <ASteinberg@kslaw.com>, "Ritacco, Gary" <GRitacco@kslaw.com>, "Amy Robertson(fwd)" <alr81@georgetown.edu>

Mr. Peller:

Thank you for your email.  New GM's response filed yesterday responds to the pleading filed by the Elliott Plaintiffs in the Bankruptcy Court on July 11, 2014. As stated in the response, New GM requested that it be given an opportunity to file supplemental papers if the Bankruptcy Court believes that a more substantive response is required at this time.

Thank you

**Scott I. Davidson | King & Spalding LLP**
_____

Tel: 212.556.2164 | Fax: 212.556.2222 | E-mail: sdavidson@kslaw.com
1185 Avenue of the Americas | New York, New York 10036

_____
The information contained in this e-mail is personal and confidential and is intended for the recipient only. In the event that you have received this message in error, please delete it immediately and inform the sender as soon as possible.

09-50026-mg    Doc 12784    Filed 07/23/14    Entered 07/23/14 17:44:29    Main Document
Pg 3 of 3