# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

July 28, 2014

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

        Re:    **In re Motors Liquidation Company,** *et al.*
                **Case No. 09-50026 (REG)**
                **New GM's Response to Gary Peller's Letter, Dated July 28, 2014**

Dear Judge Gerber:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. New GM submits this letter in response to the letter, dated July 28, 2014, from Gary Peller, Esq. ("**Peller Letter**"), which was filed in response to my letter to the Court, dated July 24, 2014 ("**July 24 Letter**"). New GM believes that no substantive response to the Peller Letter is necessary or appropriate for the reasons set forth in New GM's Response to the Elliott No Stay Pleading and in New GM's July 24 Letter. However, if the Court believes a further response to the Peller Letter is necessary, New GM will provide one as soon as possible.

                                                                                                 Respectfully submitted,

                                                                               */s/ Arthur Steinberg*

                                                                              Arthur Steinberg

AJS/sd

cc:    Daniel Hornal, Esq. (via e-mail transmission)
        Gary Peller, Esq. (via e-mail transmission)

23358421v1