KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 1, 2014*, I caused to be served a true and correct copy of the *Letter to The Honorable Robert E. Gerber by General Motors LLC in response to the letter filed with the Court by Daniel Hornal, Esq. on June 30, 2014 on behalf of Lawrence and Celestine Elliott (with exhibit)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: July 30, 2014
      New York, New York

               KING & SPALDING LLP

               By: /s/   Scott I. Davidson
               Arthur J. Steinberg
               Scott Davidson
               King & Spalding LLP
               1185 Avenue of the Americas
               New York, NY 10036
               Telephone: (212) 556-2100
               Facsimile: (212) 556-2222

               *Attorneys for General Motors LLC*

## Service list For July 1, 2014:

**Documents served *via* Email:**

1 – A Letter to The Honorable Robert E. Gerber by General Motors LLC in response to the letter filed with the Court by Daniel Hornal, Esq. on June 30, 2014 on behalf of Lawrence and Celestine Elliott (with exhibit).

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
dgolden@akingump.com;
peller@law.georgetown.edu;
Daniel@taloslaw.com;

**Service list For July 1, 2014:**

**Documents served *via* Overnight Delivery:**

1 – A Letter to The Honorable Robert E. Gerber by General Motors LLC in response to the letter filed with the Court by Daniel Hornal, Esq. on June 30, 2014 on behalf of Lawrence and Celestine Elliott (with exhibit).

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014 | |