KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,          :    Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*            :
                                                                 :
                                          Debtors.           :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 1, 2014*, I caused to be served true and correct copies of the *Notice of Presentment of Supplemental Scheduling Order Regarding (I) Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 To Enforce The Court's .July 5, 2009 Sale Order And Injunction, (II) Objection Filed by Certain Plaintiffs in Respect Thereto, and (III) Adversary Proceeding No. 14-01929*, *The Notice of Matters Scheduled for Hearing On July 2, 2014 At 9:45 A.M. (Eastern Time)*, ("Notice of Agenda"), Amended Notice of Agenda, and

Second Amended Notice of Agenda by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: July 31, 2014
      New York, New York

                         KING & SPALDING LLP

                        By: /s/   Scott I. Davidson
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

Service list For July 1, 2014:

Documents served *via* Email:

1 – Notice of Presentment of Supplemental Scheduling Order Regarding (I) Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 To Enforce The Court's .July 5, 2009 Sale Order and Injunction, (II) Objection Filed by Certain Plaintiffs in Respect Thereto, and (III) Adversary Proceeding No. 14-01929;
2 – The Notice of Matters Scheduled for Hearing on July 2, 2014 At 9:45 A.M. (Eastern Time)
3 – The Amended Notice of Matters Scheduled for Hearing on July 2, 2014 At 9:45 A.M. (Eastern Time); and
4 – The Second Amended Notice of Matters Scheduled for Hearing On July 2, 2014 At 9:45 A.M. (Eastern Time).

rudyg@hmglawfirm.com;
catherine@hmglawfirm.com;
marion@hmglawfirm.com;
cpinedo@hmglawfirm.com;
john@hmglawfirm.com;
kimberly@hmglawfirm.com;
neely@hmglawfirm.com;
todd@hmglawfirm.com;
tjh@thomasjhenrylaw.com;
gteeter@thomasjhenrylaw.com;
tvenable@thomasjhenrylaw.com;
dcg@girardgibbs.com;
ehg@girardgibbs.com;
ds@girardgibbs.com;
sjordan@jhwclaw.com;
courtecl@edcombs.com;
info@atlawgroup.com;
elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
michellak@hbsslaw.com;
epm@millerlawpc.com;
mln@millerlawpc.com;
caf@millerlawpc.com;
jmeltzer@ktmc.com;
eciolko@ktmc.com;
pmuhic@ktmc.com;
mgyandoh@ktmc.com;
jmichaels@michaelslawgroup.com;

kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
alevitt@gelaw.com;
jtangren@gelaw.com;
rtellis@baronbudd.com;
mpifko@baronbudd.com;
imiller@baronbudd.com;
lance@thecooperfirm.com;
scott@cooper-firm.com;
cale@conleygriggs.com;
ranse@conleygriggs.com;
dre@conleygriggs.com;
jb@bflawfirm.com;
crobertson@bflawfirm.com;
madicello@dicellolaw.com;
rfdicello@dicellolaw.com;
jsiprut@siprut.com;
npaul@spilmanlaw.com;
spotter@spilmanlaw.com;
natkinson@spilmanlaw.com;
Gbucci@BBJLC.com;
Timbailey@BBJLC.com;
Ljavins@BBJLC.com;
mrobinson@rcrsd.com;
swilson@rcrsd.com;
kcalcagnie@rcrsd.com;
info@PLBSM.com;
JonC@cuneolaw.com;
JGS@chimicles.com;
MDS@chimicles.com;

BFJ@chimicles.com;
JBK@chimicles.com;
jselbin@lchb.com;
dsrinivasan@lchb.com;
ecabraser@lchb.com;
twalburg@lchb.com;
bbailey@baileyglasser.com;
esnyder@baileyglasser.com;
dbarrett@barrettlawgroup.com;
dee.miles@beasleyallen.com;
rlm@lhlaw.net;
wml@lanierlawfirm.com;
ere@lanierlawfirm.com;
rgreenwald@weitzlux.com;
jbilsborrow@weitzlux.com;
gregorek@whafh.com;
manifold@whafh.com;
rickert@whafh.com;
livesay@whafh.com;
nespole@whafh.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
Michael@wageandhourlaw.com;
aarin@wageandhourlaw.com;
ric@ricjoneslegal.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
dlichter@hlglawyers.com;
mhiger@hlglawyers.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
BGonzales@ColoradoWageLaw.com;
gwiggins@wcqp.com;
rchilds@wcqp.com;
rcalamusa@wcqp.com;
kjent@wcqp.com;
Charles.Zimmerman@zimmreed.com;
Hart.Robinovitch@zimmreed.com;

Brad.Buhrow@zimmreed.com;
llevy@wolfpopper.com;
mraphael@wolfpopper.com;
rplosky@wolfpopper.com;
patc@rgrdlaw.com;
davidm@rgrdlaw.com;
jreise@rgrdlaw.com;
sdavidson@rgrdlaw.com;
cobrien@rgrdlaw.com;
mdearman@rgrdlaw.com;
jjohnson@rgrdlaw.com;
matt@williamsdirks.com;
dirks@williamsdirks.com;
dnast@nastlaw.com;
dgallucci@nastlaw.com;
jmatusko@nastlaw.com;
jcotchett@cpmlegal.com;
fpitre@cpmlegal.com;
pgregory@cpmlegal.com;
ahamilton@cpmlegal.com;
fdamrell@cpmlegal.com;
hartley@stuevesiegel.com;
lindner@stuevesiegel.com;
stueve@stuevesiegel.com;
hilton@stuevesiegel.com;
wilders@stuevesiegel.com;
ddowning@grgpc.com;
lking@kaplanfox.com;
lfong@kaplanfox.com;
jfarar@kaplanfox.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
JPrice@dlplaw.com;
SMcDonough@dlplaw.com;
Ptoven@dlplaw.com;
sparis@smbb.com;
phoward@smbb.com;
ckocher@smbb.com;
mdonovan@donovanaxler.com;
yateslaw3@gmail.com;
yateslaw@aol.com,
dean@paynemitchell.com;
max@paynemitchell.com;

jsx@searcylaw.com;
mep@searcylaw.com;
ssavett@bm.net;
scarson@bm.net;
mfantini@bm.net;
elechtzin@bm.net;
jbroaddus@weitzlux.com;
jselbin@lchb.com;
rkshelquist@locklaw.com;
stewart@erlegal.com;
alex2@erlegal.com;
francisflynn@gmail.com;
tyiatras@careydanis.com;
mram@rocklawcal.com;
bterrell@tmdwlaw.com;
rahdoot@ahdootwolfson.com;
twolfson@ahdootwolfson.com;
tmaya@ahdootwolfson.com;
bking@ahdootwolfson.com;
dbecnel@becnellaw.com;
mmoreland@becnellaw.com;
schristina@becnellaw.com;
todd@gorijulianlaw.com;
randy@gorijulianlaw.com;
jmaguire@gorijulianlaw.com;
jward@wardwilsonlaw.com;
ilevin@cohenandmalad.com;
rshevitz@cohenandmalad.com;
vmiller@cohenandmalad.com;
ltoops@cohenandmalad.com;
pjgoodman1@aol.com;
jconroy@hanlyconroy.com;
jflowers@motleyrice.com;
mkoberna@sonkinkoberna.com;
barrios@bkc-law.com;
bkingsdorf@bkc-law.com;
zwool@bkc-law.com;
morrisbart@morrisbart.com;
malvarez@morrisbart.com;
gtravalio@isaacwiles.com;
mtroutman@isaacwiles.com;
jshub@seegerweiss.com;
andres@awllaw.com;
ed@edwhitelaw.com;

jack@lgmlegal.com;
drew@lgmlegal.com;
stephen.karotkin@weil.com;
harvey.miller@weil.com;
Joseph.Smolinsky@weil.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
tjl@kttlaw.com;
rn@kttlaw.com;
lharke@harkeclasby.com;
hbushman@harkeclasby.com;
mdobrinsky@fdlaw.net;
apodhurst@podhurst.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
malexander@maryalexanderlaw.com;
jfiore@maryalexanderlaw.com;
mac@caddellchapman.com;
csf@caddellchapman.com;
rac@cliffordlaw.com;
smm@cliffordlaw.com;
ksr@cliffordlaw.com;
gpatrick@murphymurphyllc.com;
trisha@murphymurphyllc.com;
eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
plockwood@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
wweintraub@stutman.com;
wpweintraub@gmail.com;
eohagan@stutman.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
jasper@jonesward.com;
tgreene@greenellp.com;
matabb@greenellp.com;

09-50026-mg    Doc 12797    Filed 07/31/14    Entered 07/31/14 12:37:22    Main Document
Pg 5 of 7

mlk@kirtlandpackard.com;
bvp@kirtlandpackard.com;
hmb@kirtlandpackard.com;
michelle@toledolaw.com;
jmarkey@cohenmilstein.com;
gazorsky@cohenmilstein.com;
afriedman@cohenmilstein.com;
kpierson@cohenmilstein.com;
tleopold@cohenmilstein.com;
dmartin@cohenmilstein.com;
mike@colson.com;
Curt@colson.com;
gblankinship@fbfglaw.com;
tgarber@fbfglaw.com;
Jeff@blockesq.com;
Jason@blockesq.com;
Joel@blockesq.com;
mgreaves@tcllaw.com;
bcebulash@tcllaw.com;
klandau@tcllaw.com;
dgustafson@gustafsongluek.com;
jkilene@gustafsongluek.com;
spayne@gustafsongluek.com;
Esserman@sbep-law.com;
EWeisfelner@brownrudnick.com;
jflaxer@golenbock.com;
plockwood@capdale.com;
AOffenhartz@gibsondunn.com;
AWu@gibsondunn.com;
LRubin@gibsondunn.com;
einselbuch@capdale.com;
DMolton@brownrudnick.com;
jliesemer@capdale.com;
parsons@sbep-law.com;
HSteel@brownrudnick.com;
KMartorana@gibsondunn.com;
MJWilliams@gibsondunn.com;

dgolden@AkinGump.com;
nmoss@akingump.com;
dbu@grossmanroth.com;
sem@grossmanroth.com;
bvb@grossmanroth.com;
notifications@oliverlg.com;
aashish@desai-law.com;
adrianne@desai-law.com;
matoups@wgttlaw.com;
greg@gevanslaw.com;
jdugan@dugan-lawfirm.com;
jwhatley@whatleykallas.com;
mrott@hrollp.com;
eoverholt@hrollp.com;
ezebersky@zpllp.com;
dslade@cbplaw.com;
rpulliam@cbplaw.com;
acarney@cbplaw.com;
hbates@cbplaw.com;
MGray@grayandwhitelaw.com;
MWhite@grayandwhitelaw.com;
arivero@riveromestre.com;
jmestre@riveromestre.com;
ajoseph@fuerstlaw.com;
alamb@archielamb.com;
jrclim@climacolaw.com;
sdsimp@climacolaw.com;
sonia@desai-law.com;
jfiore@maryalexanderlaw.com;
cjimenez@maryalexanderlaw.com;
jwilliams@maryalexanderlaw.com;
mmiller@maryalexanderlaw.com;
peller@law.georgetown.edu;
Daniel@taloslaw.com;
david@loevy.com;

**Service list For July 1, 2014:**

**Documents served *via* Overnight Delivery:**

1 – Notice of Presentment of Supplemental Scheduling Order Regarding (I) Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 To Enforce The Court's .July 5, 2009 Sale Order and Injunction, (II) Objection Filed by Certain Plaintiffs in Respect Thereto, and (III) Adversary Proceeding No. 14-01929;
2 – The Notice of Matters Scheduled for Hearing on July 2, 2014 At 9:45 A.M. (Eastern Time) ("Notice of Agenda");
3 – The Amended Notice of Matters Scheduled for Hearing on July 2, 2014 At 9:45 A.M. (Eastern Time); and
4 – The Second Amended Notice of Matters Scheduled for Hearing On July 2, 2014 At 9:45 A.M. (Eastern Time).

| | |
|---|---|
| Paul O. Paradis<br>PARADIS LAW GROUP, PLLC<br>570 Seventh Avenue, 20th Floor<br>New York, New York 10018 | Kassem M. Dakhlallah<br>AT LAW GROUP PLLC<br>1 Parklane Blvd, Ste 100<br>Dearborn, Michigan 48126 |
| Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>120 S. LaSalle Street, Suite 1800<br>Chicago, Illinois 60603 | Major A. Langer<br>PERONA, LANGER, BECK, SERBIN & MENDOZA<br>300 E. San Antonio Drive<br>Long Beach, California 90807-0948 |
| James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 | Robert A. Buccola, Esq.<br>Steven M. Campora, Esq.<br>Jason J. Sigel, Esq.<br>DREYER BABICH BUCCOLA WOOD CAMPORA, LLP<br>20 Bicentennial Circle<br>Sacramento, California 95826 |
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014 | Lance A. Harke<br>Howard Bushman<br>HARKE CLASBY & BUSHMAN LLP<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138 |