KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,    :        Case No.: 09-50026 (REG)
            f/k/a General Motors Corp., *et al.*         :
                                                         :
                                      Debtors.           :        (Jointly Administered)
--------------------------------------------------------------x


## <u>CERTIFICATE OF SERVICE</u>

     This is to certify that on *July 11, 2014*, I caused to be served true and correct copy of the

*Letter to The Honorable Robert E. Gerber by General Motors LLC in response to the letter filed*

*with the Court by Gary Peller, Esq. on July 9, 2014 on behalf of Lawrence and Celestine Elliott*

by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email.

Dated: July 31, 2014
      New York, New York

            KING & SPALDING LLP

            By: /s/   Scott I. Davidson
            Arthur J. Steinberg
            Scott Davidson
            King & Spalding LLP
            1185 Avenue of the Americas
            New York, NY 10036
            Telephone: (212) 556-2100
            Facsimile: (212) 556-2222

            *Attorneys for General Motors LLC*

<u>Service list For July 11, 2014:</u>

**Documents served *via* Email:**

1 – A Letter to The Honorable Robert E. Gerber by General Motors LLC in Response to the letter filed with the Court by Gary Peller, Esq. on July 9, 2014 on behalf of Lawrence and Celestine Elliott.

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
dgolden@akingump.com;
peller@law.georgetown.edu;
Daniel@taloslaw.com;