KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* : | |
| : | |
| Debtors. : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 21, 2014*, I caused to be served true and correct copy of the *Response By General Motors LLC to No Stay Pleading Filed By The Elliott Plaintiffs (with Exhibits)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: July 31, 2014
      New York, New York

                                      KING & SPALDING LLP

                                      By: /s/   Scott I. Davidson
                                      Arthur J. Steinberg
                                      Scott Davidson
                                      King & Spalding LLP
                                      1185 Avenue of the Americas
                                      New York, NY 10036
                                      Telephone: (212) 556-2100
                                      Facsimile: (212) 556-2222

                                      *Attorneys for General Motors LLC*

## Service list For July 21, 2014:

**Documents served *via* Email:**

1 – The *Response By General Motors LLC To No Stay Pleading Filed By The Elliott Plaintiffs (with Exhibits).*

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
dgolden@akingump.com;
peller@law.georgetown.edu;
Daniel@taloslaw.com;

## Service list For July 21, 2014:

**Documents served *via* Overnight Mail:**

1 – The Response By General Motors LLC To No Stay Pleading Filed By The Elliott Plaintiffs (with Exhibits).

| Gary Peller, Esq. | Daniel Hornal, Esq. |
|---|---|
| Professor of Law | Talos Law |
| Georgetown University Law Center | 705 4th St. NW #403 |
| 600 New Jersey Avenue, N.W. | Washington, DC 20001 |
| Washington, D.C. 20001 | |