KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 24, 2014*, I caused to be served a true and correct copy of the *Letter to The Honorable Robert E. Gerber by General Motors LLC in Response to the letter filed with the Court by Gary Peller, Esq. on July 23, 2014 on behalf of Lawrence and Celestine Elliott (With Exhibit)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email.

Dated: July 31, 2014
      New York, New York

    KING & SPALDING LLP

    By: /s/   Scott I. Davidson___
    Arthur J. Steinberg
    Scott Davidson
    King & Spalding LLP
    1185 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 556-2100
    Facsimile: (212) 556-2222

    *Attorneys for General Motors LLC*

<u>Service list For July 24, 2014:</u>

**Documents served *via* Email:**

1 – A Letter to The Honorable Robert E. Gerber by General Motors LLC in Response to the letter filed with the Court by Gary Peller, Esq. on July 23, 2014 on behalf of Lawrence and Celestine Elliott (With Exhibit).

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
dgolden@akingump.com;
peller@law.georgetown.edu;
Daniel@taloslaw.com;