UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, ) | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, ) | |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I caused Daniel Hornal's Letter to the Honorable Robert E. Gerber of that date (Doc. No. 12761) to be filed and served upon all parties receiving notice via the Court's ECF system.

I hereby certify that on July 03, 2014, I caused Daniel Hornal and Gary Peller's Letter to the Honorable Robert E. Gerber of that date (Doc. No. 12761) to be filed and served upon all parties receiving notice via the Court's ECF system, and provided courtesy copies of each documents listed in the annexed service lists to each person or entity listed therein via email.

I hereby certify that on July 10, 2014, I caused Daniel Hornal and Gary Peller's Letter to the Honorable Robert E. Gerber of that date (Doc. No. 12766) to be filed and served upon all parties receiving notice via the Court's ECF system, and provided courtesy copies of each documents listed in the annexed service lists to each person or entity listed therein via email.

I hereby certify that on July 11, 2014, I caused Daniel Hornal and Gary Peller's Letter to the Honorable Robert E. Gerber of that date (Doc. No. 12769) to be filed and served upon all parties receiving notice via the Court's ECF system.

     I hereby certify that on July 11, 2014, I caused the Mr. and Mrs. Elliott's No Stay Pleading and Motion to Dismiss their Action for Lack of Subject Matter Jurisdiction (Doc. No. 12772) to be filed and served upon all parties receiving notice via the Court's ECF system.

     I hereby certify that on July 23, 2014, I caused Gary Peller's Letter to the Honorable Robert E. Gerber of that date (Doc. No. 12766) and associated exhibits (Doc. No. 12784) to be filed and served upon all parties receiving notice via the Court's ECF system, and provided courtesy copies of each documents listed in the annexed service lists to each person or entity listed therein via email.

Dated: August 01, 2014                                                  /s/ Gary Peller

                                                                         600 New Jersey Avenue, NW  
                                                                         Washington, DC, 20001  
                                                                         (202) 662 9122  
                                                                         peller@law.georgetown.edu

                                                                         *Attorney for Plaintiffs*

Service List for July 03 2014, July 10, 2014, and July 23, 2014

**Documents served via Email:**

1 – Letter of July 03 to the Honorable Robert E. Gerber filed on behalf of Lawrence and Celestine Elliott by Daniel Hornal and Gary Peller (Doc. No. 12761).

2 – Letter of July 10 to the Honorable Robert E. Gerber filed on behalf of Lawrence and Celestine Elliott by Daniel Hornal and Gary Peller (Doc. No. 12766)

3 – Letter of July 23 to the Honorable Robert E. Gerber filed on behalf of Lawrence and Celestine Elliott by Daniel Hornal and Gary Peller (Doc. No. 12783) with associated Exhibits (Doc. No. 12784)