# SCHEDULE "1"

# CHART OF ECONOMIC LOSS ACTIONS

|   | **Name** | **Class Models** | **Plaintiffs' Model**[1] | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | Yagman (Class Action) | Buick Lucerne Model Year 2006-2011 | 2007 Buick Lucerne | Central District of California  2:14-cv-04696 | 6/18/14 |
| 2 | Andrews (Class Action) | Numerous models manufactured by Old GM and New GM[2] | 2010 Buick LaCrosse | Central District of California  5:14-cv-01239 | 6/18/14 |
| 3 | Stevenson (Class Action) | Various models from 2004 to 2010 | 2007 Saturn Ion | Southern District of New York  14-cv-5137 | 7/3/14 |
| 4 | Jones (Class Action) | Various models from 2004 to 2010 | 2008 Chevy Malibu | Southern District of New York  14-cv-5850 | 7/29/14 |

---

[1] The purported class in an alleged class action should not be greater in scope than the claims related to the named representative plaintiffs. Other than the proposed representative in the *Andrews* Action, the proposed representative plaintiffs all owned vehicles designed and manufactured by Old GM.

[2] The class in the *Andrews* Action includes all persons who own or lease any new or used GM-branded vehicle sold between July 10, 2009, and April 1, 2014, excluding "owners and lessors of model year 2005-2010 Chevrolet Cobalts, 2005-2011 Chevrolet HHRs, 2007-2010 Pontiac G5s, 2003-2007 Saturn Ions, and 2007-2010 Saturn Skys, whose vehicles were recalled for an ignition switch defect." *Andrews* Compl., ¶ 25.