UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                                                                    Chapter 11

**MOTORS LIQUIDATION COMPANY,** *et al.,*                    Case No.: 09-50026 (REG)
f/k/a General Motors Corp., *et al.*

                                  Debtors.                     (Jointly Administered)

-----------------------------------------------------------------x

## ORDER DENYING THE RELIEF REQUESTED BY
## THE PHANEUF PLAINTIFFS IN THEIR NO STAY PLEADING

Upon the *No Stay Pleading* ("**Phaneuf No Stay Pleading**") filed by Lisa Phaneuf, *et al.*

("**Phaneuf Plaintiffs**"), dated May 27, 2014 [Dkt. No. 12713]; and upon the *Response by*

*General Motors LLC to No Stay Pleading Filed in Connection with the Court's May 16, 2014*

*Scheduling Order*, filed by General Motors LLC on June 13, 2014 [Dkt. No. 12724]

("**Response**"); and a hearing (the "**Hearing**") having been held with respect to the Phaneuf No

Stay Pleading and the Response on July 2, 2014; and upon the record of the Hearing, the Court

having orally found and determined that the relief requested in the Phaneuf No Stay Pleading

should be denied ("**Oral Ruling**"); and upon the Court issuing its *Decision with Respect to No*

*Stay Pleading (Phaneuf Plaintiffs)* on July 30, 2014 [Dkt. No. 12791] ("**Decision**"),

memorializing and amplifying the Oral Ruling issued at the Hearing; and after due deliberation

and sufficient cause appearing therefore, it is hereby

**ORDERED** that the relief requested in the Phaneuf No Stay Pleading is denied in its

entirety for the reasons set forth in the Decision; and it is further

**ORDERED** that the Phaneuf Plaintiffs' claims will be treated the same as those in the

other 87 Ignition Switch Actions. The stay already imposed by the injunctive provisions of

Paragraphs 8 and 47 of the Sale Order (and that the Court may also impose by preliminary

injunction) will remain in place insofar as it affects the Phaneuf Plaintiffs' complaint—subject to

the right, shared by all of the other plaintiffs in the Ignition Switch Actions, to ask that the Court

revisit the issue after September 1; and it is further

**ORDERED** that the Bankruptcy Court shall retain jurisdiction to interpret and enforce

this Order.


Dated: New York, New York
    August 4, 2014

_____*s/ Robert E. Gerber*_____
UNITED STATES BANKRUPTCY JUDGE