KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
----------------------------------------------------------------x

## NOTICE OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 5, 2014 AT 9:45 A.M. (EASTERN TIME)

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

1. Plaintiffs Lawrence And Celestine Elliott's No Stay Pleading Pursuant To The Court's Scheduling Orders And Motion For Order Of Dismissal For Lack Of Subject Matter Jurisdiction Pursuant To Bankr. R. 7012(B) And For Related Relief (*technical corrections to Doc. 12772 with exhibits attached*) (**ECF 12774**).

    a.  Motion to Dismiss Party filed by Daniel J Hornal on behalf of Celestine Elliott, Lawrence Elliott (**ECF 12772**).

    b.  Motion to Dismiss Party Exhibits (related document(s)12772) filed by Daniel J Hornal on behalf of Celestine Elliott, Lawrence Elliot (**ECF 12773**).

Responses Filed:

1. Response By General Motors LLC To No Stay Pleading Filed By The Elliott Plaintiffs, filed by General Motors LLC (**ECF 12782**).

Additional Documents:

1. Supplemental Response By General Motors LLC in Connection with Stay Procedures Set Forth in the Court's May 16, 2014 Scheduling Order, filed by General Motors LLC (**ECF 12735**).

2. Endorsed Order Signed on June 30, 2014 Regarding Letter Emailed to the Honorable Robert E. Gerber on June 30, 2014 from Daniel Hornal (**ECF 12737**).

3. Endorsed Order Signed on June 30, 2014 Regarding Letter Emailed to the Honorable Robert E. Gerber on June 30, 2014 from Daniel Hornal (**ECF 12740**).

4. Letter to the Honorable Robert E. Gerber by General Motors LLC in Response to the Letter filed with the Court by Daniel Hornal, filed by General Motors LLC (**ECF 12748**).

5. Letter to The Honorable Robert E. Gerber regarding Rulings in the July 2, 2014 Conference, filed by Daniel Hornal on behalf of the Elliotts (**ECF 12761**).

6. Order Staying and Restraining Lawrence and Celestine Elliott, and Their Counsel, from Further Proceeding with Their Ignition Switch Action, Except as Expressly Set Forth Herein (**ECF 12763**).

7. Letter to The Honorable Robert E. Gerber regarding Rulings in the July 2, 2014 Conference, filed by Gary Peller on behalf of the Elliotts (**ECF 12766**).

8. Letter to The Honorable Robert E. Gerber in Response to Letter Filed by Gary Peller on July 9, 2014, filed by General Motors LLC (**ECF 12768**).

9. Letter to The Honorable Robert E. Gerber in Response to Letter Filed by General Motors LLC on July 11, 2014, filed by Daniel Hornal on Behalf of the Elliotts (**ECF 12769**).

10. Endorsed Order signed on 7/11/2014 "Denied" (related document(s) 12768, 12769, 12766) (**ECF 12771**).

11. Notice of Appeal filed by Daniel J Hornal on behalf of the Elliotts (**ECF 12775**).

12. Plaintiffs Lawrence Elliott and Celestine Elliotts' Notice To The Court of Developments In Related Proceedings Between The Parties filed by Daniel J Hornal on behalf of Celestine Elliott, Lawrence Elliott (**ECF 12777**).

13. Notice of Withdrawal of Notice of Appeal filed by Daniel Hornal on Behalf of the Elliotts (**ECF 12778**).

14. Letter to The Honorable Robert E. Gerber Regarding Motion to Dismiss filed by Daniel J Hornal on behalf of Celestine Elliott, Lawrence Elliott (**ECF 12783**).

15. Letter Exhibit filed by Daniel J Hornal on behalf of Celestine Elliott, Lawrence Elliott (Hornal, Daniel) (**ECF 12784**).

16. Letter to The Honorable Robert E. Gerber Responding to Gary Peller's Letter, Dated July 23, 2014, filed by General Motors LLC (**ECF 12785**).

17. Letter to The Honorable Robert E. Gerber in Response to Letter Filed by General Motors LLC on July 24, 2014, filed by Daniel Hornal on behalf of the Elliotts (correction of ECF 12787) (**ECF 12788**).

18. Letter to The Honorable Robert E. Gerber in Response to Letter Filed by Gary Peller on July 28, 2014, filed by General Motors LLC (**ECF 12789**).

19. Memorandum Endorsed Order signed on 7/30/2014 "Request to take the Elliotts' No Stay Pleading off calendar, and to "grant forthwith" their motion for dismissal based on asserted lack of subject matter jurisdiction, denied. The Elliotts can and should make such points as they see fit at oral argument on August 5." (**ECF 12792**).

Dated: August 4, 2014
New York, New York

    KING & SPALDING LLP

    By: /s/   Scott Davidson
    Arthur J. Steinberg
    Scott Davidson
    King & Spalding LLP
    1185 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 556-2100
    Facsimile: (212) 556-2222

    Richard C. Godfrey, P.C. (admitted *pro hac vice*)
    Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200

    *Attorneys for General Motors LLC*