FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
D. Greg Blankinship
Todd S. Garber
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com
tgarber@fbfglaw.com

BLOCK & LEVITON LLP
Jeffrey C. Block
Jason M. Leviton
Joel A. Fleming
155 Federal Street
Boston, Massachusetts 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
Jeff@blockesq.com
Jason@blockesq.com
Joel@blockesq.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re :                                          | Chapter 11
MOTORS LIQUIDATION COMPANY,    | Case No. 09-50026 (REG)
                                                     |
Debtor.                                          |
---------------------------------------------------------------X

**<u>NOTICE OF APPEAL</u>**

Lisa Phaneuf, Adam Smith, Mike Garcia, Javier Delacruz, Steve Sileo, Steven Bucci, David Padilla and Catherine and Joseph Cabral (collectively "Plaintiffs"), plaintiffs in *Phaneuf, et al. v. General Motors LLC*, 14-cv-3298 (S.D.N.Y.) appeal under 28 U.S.C. § 158(a)(3) from the Bankruptcy Court's August 4, 2014 Order Denying The Relief Requested By The Phaneuf Plaintiffs In Their No Stay Pleading (ECF No. 12811), which was based on the reasons set forth in the Court's July 30, 2014 Decision With Respect To No Stay Pleading (Phaneuf Plaintiffs) (ECF No. 12791). As the order appealed from was an interlocutory order, Plaintiffs are filing concurrently a motion for leave to appeal, pursuant to 28 U.S.C. § 158(a)(3).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Parties

General Motors LLC
Lisa Phaneuf
Adam Smith
Mike Garcia
Javier Delacruz
Steve Sileo
Steven Bucci
David Padilla
Catherine and Joseph Cabral

Attorneys

KING & SPALDING LLP
*Attorneys for General Motors LLC*
1185 Avenue of the Americas
New York, New York 10036
(t) 212-556-2100
Arthur J. Steinberg, Esq.
Scott I. Davidson, Esq.

2

KIRKLAND & ELLIS LLP
*Attorneys for General Motors LLC*
300 North LaSalle
Chicago, Illinois 60654
(t) 312-862-2000
Richard C. Godfrey, Esq.
Andrew B. Bloomer, Esq.

BLOCK & LEVITON LLP
*Attorneys for Phaneuf Plaintiffs*
155 Federal Street, Suite 400
Boston, Massachusetts 02110
(t) 617-398-5600
Jeffrey C. Block, Esq.
Jason M. Leviton, Esq.
Joel A. Fleming, Esq.

FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
*Attorneys for Phaneuf Plaintiffs*
1279 Route 300
Newburg, New York 12551
(t) 914-298-3281
Greg Blankinship, Esq.
Todd Garber, Esq.

Dated: August 7, 2014

Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

By: /s/ D. Greg Blankinship
D. Greg Blankinship
Todd S. Garber
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com
tgarber@fbfglaw.com

BLOCK & LEVITON LLP
Jeffrey C. Block
Jason M. Leviton

Joel A. Fleming
155 Federal Street
Boston, Massachusetts 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
Jeff@blockesq.com
Jason@blockesq.com
Joel@blockesq.com