KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
-----------------------------------------------------------------x

### NOTICE OF FILING OF SIXTH SUPPLEMENT TO SCHEDULE "1" TO THE MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION

**PLEASE TAKE NOTICE** that on August 7, 2014, General Motors LLC filed the attached *Sixth Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* with the United States Bankruptcy Court for the Southern District of New York.

23374070.3

Dated: New York, New York
August 7, 2014

Respectfully submitted,

/s/ Scott I. Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

2

# SIXTH SUPPLEMENT[1] TO SCHEDULE "1"

# CHART OF ADDITIONAL IGNITION SWITCH ACTIONS COMMENCED AGAINST NEW GM NOT LISTED IN THE FIFTH SUPPLEMENT TO SCHEDULE "1" TO MOTION TO ENFORCE

|   | **Name** | **Class Models** | **Plaintiffs' Model** | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | The People of the State of California[2] | N/A | N/A | Superior Court of the State of California (County of Orange) 30-2014-00731038[3] | 6/27/14 |
| 2 | Kosovec[4] (Class Action) | Various models from 1997 to 2014 | 2008 Chevy Cobalt | Northern District of Florida 3:14-cv-00354 | 7/28/14 |
| 3 | Rukeyser[5] (Class Action) | Various models from 2003 to 2011 | 2008 Chevy Cobalt | Southern District of New York 1:14-cv-05715 | 7/29/14 |
| 4 | Sesay[6] (Class Action) | Various models from 2003 to 2011 | 2007 Chevy Impala 2010 Chevy Cobalt | Southern District of New York 1:14-cv-06018 | 8/1/14 |

---

[1] This schedule supplements the Fifth Supplement to Schedule "1" [Dkt. No. 12780] filed with the Bankruptcy Court on July 21, 2014, the Fourth Supplement to Schedule "1" [Dkt. No. 12722] filed with the Bankruptcy Court on June 13, 2014, the Third Supplement to Schedule "1" [Dkt. No. 12719] filed with the Bankruptcy Court on June 2, 2014, the Second Supplement to Schedule "1" [Dkt. No. 12698] filed with the Bankruptcy Court on May 19, 2014, the Supplement to Schedule "1" [Dkt. No. 12672] filed with the Bankruptcy Court on April 30, 2014, and Schedule "1" [Dkt. No. 12620-1] filed with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* on April 21, 2014 [Dkt. No. 12620].

[2] A copy of the complaint filed in The People of the State of California Action is attached hereto as Exhibit "A."

[3] The People of the State of California Action was removed by New GM to the United States District Court for the Central District of California (No. 8:14-cv-01238 (C.D.Cal.)) on August 5, 2014.

[4] A copy of the complaint filed in the Kosovec Action is attached hereto as Exhibit "B."

[5] A copy of the complaint filed in the Rukeyser Action is attached hereto as Exhibit "C."

[6] A copy of the complaint filed in the Sesay Action is attached hereto as Exhibit "D."