**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**                                                              ) | **Chapter 11** |
| ) | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*,        ) | Case No.: 09-50026 (REG) |
| f/k/a **General Motors Corp.**, *et al.*,    ) | |
| ) | |
| **Debtors.**                          ) | (Jointly Administered) |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 08, 2014, I caused Gary Peller's Letter to the Honorable Robert E. Gerber of that date to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: August 08, 2014                                      /s/ Gary Peller

                                                            600 New Jersey Avenue, NW
                                                            Washington, DC, 20001
                                                            (202) 662 9122
                                                            peller@law.georgetown.edu

                                                            *Attorney for Plaintiffs*