UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, : f/k/a General Motors Corp., *et al.*, : | Case No.: 09-50026 (REG) |
| Debtors. : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2014, I caused this Notice of Objections to Proposed Order and Proposed Counter-Order to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: August 08, 2014

/s/ Gary Peller

Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu

*Attorney for Plaintiffs*