# Exhibit 2

  

July 21, 2014

<u>Via Electronic Filing</u>

Hon. Jesse M. Furman
United States District Court, Southern District of New York

RE:  *In Re:  General Motors LLC Ignition Switch Litigation*, 14-MD-2543
(JMF); 14-MC-2434 (JMF)

Your Honor:

Plaintiffs, through Temporary Lead Counsel, respectfully submit this Status Letter, which responds to the categories of information requested in Order No. 1.

**1.  Brief statement of the nature of the action and/or the principal defenses thereto, including any critical legal issues involved in the case.**

The putative class actions largely present claims for economic loss, asserting violations of state consumer protection laws, breach of implied warranties and violation of the federal Magnuson-Moss Act, 15 U.S.C. § 2301, *et seq*., consumer fraud, fraudulent concealment, and claims arising under the Racketeer Influence and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq.*  The common thread tying all claims and all cases together is whether GM made misrepresentations and omissions concerning the safety of its vehicles and as a result caused economic injury to the Plaintiffs and whether New GM's course of conduct regarding the now-recalled vehicles violates these federal and state laws.

New GM's principal defense to the action to date is whether and to what extent the 2009 bankruptcy reorganization and "Sale Order" may shield it from liability arising from the conduct of Old GM.  But Plaintiffs believe that, as a matter of due process, the Sale Order and the anti-suit injunction in the Sale Order cannot be applied to the ignition switch claimants because Old GM failed to provide class members with notice of their claims.  If the Bankruptcy Court agrees with Plaintiffs, they will proceed with successor liability claims against New GM in this Court. But even if the Sale Order applies to Plaintiffs, it cannot bar claims based solely on the conduct of New GM that did not occur until after the Sale Order, including vehicle models manufactured and sold thereafter and New GM's recall-related conduct, including its deferral of recalls from 2009 to 2014.[1]  Even if they are limited to claims based solely upon the conduct of New GM, Plaintiffs' claims will be strong because New GM retained many, if not most, of Old GM's employees (including those who knew of the defect), inherited all of Old GM's files, knew long

---

[1] For example, the ignition switch recalls include the 2010 Saturn Sky, the 2009-10 Pontiac Solstice, the 2009-10 Pontiac G5, the 2009-11 Chevy HHR, and the 2009-10 Chevy Cobalt.  Plaintiffs believe the Court should withdraw these claims from the Bankruptcy Court forthwith.

Hon. Jesse M. Furman
July 21, 2014
Page 2

before the recalls that the defects existed, and failed in its duty to disclose its knowledge of the
defects to NHTSA.  Furthermore, New GM explicitly assumed the responsibility to report safety
defects with respect to vehicles sold by Old GM.

Plaintiffs also expect New GM to also raise a variety of defenses usually asserted in
automobile litigation, such as preemption, lack of privity, failure to present a warranty claim pre-
suit, lack of actual defect manifestation in certain vehicles, no misrepresentations or omissions,
lack of causation, and various challenges to class certification.  Plaintiffs believe that New GM's
defenses will fail.

New GM was recently forced to disclose that it had been concealing a staggering and
unprecedented number of known safety defects in GM-branded vehicles, due in large measure to
GM's focus on cost-cutting over safety, its affirmative efforts to discourage employees from
raising safety issues, and its campaign to train employees to avoid using language such as
"stalls," "defect," or "safety issue" in order to avoid attracting the attention of regulators.

In February and March of 2014, New GM issued three recalls for a combined total of 2.19
million vehicles with a dangerous ignition switch defect that causes vehicles to shut down during
ordinary driving conditions, causing stalls, power-steering and power-brake loss, and the failure
of airbags to deploy in a collision.  Approximately the same 2.19 million vehicles were recalled
again in April 2014 for another ignition-related defect.  Then, throughout June and July 2014,
New GM announced recalls for an additional 10.8 million vehicles for similar ignition switch
defects, bringing total ignition switch-related recalls to roughly 13 million vehicles.  For years
before it was finally forced to act, New GM knew about this highly dangerous defect that has
caused at least 13 deaths – and probably many more.  On May 16, 2014, New GM entered a
Consent Order with NHTSA in which it admitted that it violated the TREAD Act (49 U.S.C. §§
30101-30170) by not disclosing the ignition switch defect, and agreed to pay the maximum
available civil penalties for its violations.  GM's now highly publicized campaign of deception in
connection with the ignition switch defect sent shockwaves throughout the country, and began a
continuing erosion of consumer confidence in the GM brand.

Unfortunately for all owners of vehicles sold by GM, the ignition switch defect was only
one of a seemingly never-ending parade of recalls in the first half of 2014 – many concerning
safety defects that had been long known to GM.  New GM has been forced to recall over 25.6
million vehicles in some 51 recalls covering various defects during the first seven months of
2014 – approximately 60% more recalls than in a normal complete year and 30 times more cars
recalled than during the same period in 2013.

New GM breached its obligations and duties to its customers to make truthful and full
disclosures concerning its vehicles – particularly, the safety and reliability of its vehicles and the
importance of safety to the Company.  GM's false representations of the safety and reliability of
its vehicles, and its concealment of a plethora of known safety defects plaguing its vehicles and
its brand, caused Plaintiffs and the Class to purchase GM vehicles under false pretenses.
Plaintiffs and putative class members therefore purchased vehicles for more than they otherwise
would have (or would not have purchased those vehicles at all), and they were injured and/or put
at risk of injury in vehicles they did not know (or have reason to know) were defective.  As New

Hon. Jesse M. Furman
July 21, 2014
Page 3

GM's Chief Executive Officer, Mary Barra, has admitted: "Something went wrong with our process…, and terrible things happened."

### 2.    Statement of all existing deadlines, due dates, and/or cut-off dates.

Temporary Lead Counsel asked all Plaintiffs' Counsel to report on any outstanding deadlines and due dates in their cases. As a result of stays and of the MDL centralization process, there appear to be no operative deadlines, due dates, and/or cut-off dates in the MDL cases. For purposes of clarification, an Order of this Court vacating all such dates may be desirable in order to create a clean slate for the management of these proceedings.

### 3.    Brief description of any outstanding motions.

The plaintiffs in *Benton v. General Motors LLC*, Case No. 5:14-CV-00590 (C.D. Cal.) (transferred to this Court on June 11, 2014) filed a motion for a preliminary injunction and provisional class certification to force GM to provide free rental cars to owners of recalled vehicles until those cars are repaired. Although GM promised dealers and Congress that the free rental car program would be available, GM has failed to describe or even mention the option in its recall notices to consumers in violation of California, Connecticut, and Virginia statutes that explicitly require auto manufacturers to fully disclose in recall notices all aspects of available "adjustment programs." Many customers have been told loaner cars are not available, while the recalls are delayed for lack of replacement parts. The motion was stayed before *Benton* was transferred by the MDL Panel. Counsel intend to renew this motion.

In addition, there was a motion for expedited discovery in the *Maciel, et al. v. General Motors LLC* matter (Case No. 4:14-cv-01339-JSW (N.D. Cal.)) (transferred to this Court on June 9, 2014) that was denied "without prejudice to refiling before MDL or this Court after stay is lifted." The motion sought the documents that GM had produced to governmental agencies for purposes of discovery into the adequacy of the recalls. Temporary Lead Counsel believe that this motion need not be presented because the Court should order the immediate production of all such documents plus documents provided to the Valukas team as an initial step in this MDL.

### 4.    Brief statement with respect to whether a single consolidated complaint (or multiple consolidated complaints) can or should be filed in this action.

In *Toyota*, Judge Selna first ordered the production of all documents that Toyota produced to Congress. So that plaintiffs' lead counsel could review this material prior to filing a consolidated complaint. Plaintiffs' lead counsel were then given the task of reviewing all of the existing complaints and deciding what claims should be asserted by the class or classes. As the Court can imagine, the hundreds of complaints that had been filed pursued a wide variety of claims, some of which were duplicative, obsolete, or unreflective of developing facts and some were simply not well taken as a matter of law. After the consolidated complaint was filed, counsel who believed that their claims should have been included, but were not, were provided a deadline in which to object and attempt to convince the Court that their claims should be included.

Hon. Jesse M. Furman
July 21, 2014
Page 4

     Temporary Lead Counsel recommend that the same procedure be followed here. All documents produced by GM to the government and made available to the Valukas team should be produced immediately. The Plaintiffs' leadership team and our experts can then review these documents and all existing complaints and theories, make much more informed decisions, and file a consolidated class action complaint on behalf of all appropriate classes and/or subclasses and for all appropriate claims. Plaintiffs' counsel would then have 15 days thereafter to object if their claims are not included.

     **5.  Brief description of any discovery that has already taken place (including, but not limited to, any discovery that has taken place in connection with the proceedings before the United States Bankruptcy Court) and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations.**

     Temporary Lead Counsel asked all Plaintiffs' Counsel to report on the status of motions and discovery in their cases. There has been no formal discovery of which we are aware in any of the actions that have been transferred to this Court, nor any discovery in the bankruptcy proceedings.

     However, GM has produced significant "discovery" in other forums. For example, GM has produced voluminous discovery to the federal government. At last count in mid-June, GM had produced several-hundred-thousand pages of documents to the House Energy & Commerce Committee, but most have not yet been publicly released. We also believe that GM has produced significant discovery to a Senate committee investigating various GM product recalls. And GM has recently provided documents to NHTSA on its various defective ignition system recalls.

     GM retained attorney Anton Valukas to conduct an internal investigation of GM's conduct in connection with the February/March 2014 ignition switch defect recall. In announcing the retention, GM's CEO stated:

> I've asked former U.S. Attorney Anton Valukas to conduct a thorough and unimpeded investigation of the actions of General Motors. He has free rein to go where the facts take him, regardless of the outcome. The facts will be the facts. Once they are in, my management team and I will use his findings to help assure this does not happen again. We will hold ourselves fully accountable.[2]

Mr. Valukas's team conducted the investigation over an approximate 70-day period, interviewed approximately 230 witnesses, and had access to over 40 million documents. In her prepared

---

    [2] *See* Written Testimony of General Motors Chief Executive Officer Mary Barra Before the House Committee on Energy and Commerce Subcommittee on Oversight and Investigations "The GM Ignition Switch Recall: Why Did It Take So Long?", April 1, 2014.

Hon. Jesse M. Furman
July 21, 2014
Page 5

remarks before Congress on June 17, 2014, CEO Barra acknowledged fulfilling her pledge to
share Mr. Valukas's findings with Congress, the company's regulators, NHTSA, and the courts.[3]
Plaintiffs should be given access to the documents as well as the factual statements contained in
the notes of the witnesses interviewed by Mr. Valukas and his team that underlie the report's
findings.

All of GM's pre-discovery disclosures should be produced here immediately. It would
not burden GM, which has already gathered the documents, and immediate production will
undoubtedly streamline and substantially advance the litigation.[4] GM continues to publicly
reaffirm its commitment to transparency, most recently in Ms. Barra's July 17 testimony to
Congress.[5] Accordingly, production of documents and the discovery process should be
unencumbered by onerous protective orders, privilege battles, or other disputes. Federal Rule of
Evidence 502 provides additional protections that should eliminate inappropriate privilege claims
as an impediment to expeditious and comprehensive production. Further, the production and
review of these documents will facilitate the planning of depositions of key witnesses.

Meaningful settlement talks would require production of the foregoing information,
which can occur swiftly and without undue burden or cost, and production of (i) data sufficient
to identify class size and composition for each type of claim alleged; (ii) data sufficient to allow
rough estimations of Defendants' gains from the lease and sale of the vehicles at issue and of
diminution in value calculations; (iii) internal documentation relating to the alleged defects and
the degree of timing of defendants' knowledge of the defects, including internal audits and tests;
(iv) documents relating to the conduct and progress of Defendants' recalls, including repair
protocols and actual data tracking the timing and scope of repairs; and (v) any other information
typically encompassed by Rule 26(a) Initial Disclosures.

**6. List of all prior settlement discussions, including the date, the parties involved,
and the approximate duration of such discussions, if any.**

We are aware of no settlement discussions relating to the allegations in the class actions
that have been, or are being, transferred and centralized in this Court.

GM has publicly announced its commitment to provide compensation to injury victims
regardless of the bankruptcy and has appointed attorney Ken Feinberg to develop and administer
a resolution protocol. The protocol was announced on June 30, 2014, and the GM Ignition
Compensation Claims Resolution Facility will accept claims beginning August 1, 2104. Claims

---

[3] http://media.gm.com/media/us/en/gm/news.detail.html/content/Pages/news/us/en/2014/
June/0617-barra-testimony.html.

[4] *See* MANUAL FOR COMPLEX LITIGATION (FOURTH) at § 11.13.

[5] *See* http://www.c-span.org/video/?320418-2/hearing-gm-recalls-corporate-culture-part-2.

Hon. Jesse M. Furman
July 21, 2014
Page 6

will be paid at Mr. Feinberg's sole discretion. The protocol is available on the GM protocol website, www.GMIgnitioncompensation.com.

Prior to the June 30 announcement, Mr. Feinberg engaged in informal discussions with Plaintiffs' counsel who represented clients with a significant number of death and injury claims (including counsel who also represent class action plaintiffs), and who made recommendations regarding the scope of vehicles to be included, the procedures to be utilized, and the benefits to be provided, in the protocol. Some but not all of these suggestions are reflected in the current protocol. While the current protocol offers a path to resolution for some death and injury claims, it does not include all of the vehicles on GM's list of recalled vehicles that are the subject of this litigation, and the protocol does not provide compensation for all of the injuries that have occurred. The protocol seems to be lagging behind the ignition system recall: less than 1/3 of the recalled vehicles are included. We do not know whether the protocol will be expanded to be more inclusive; Plaintiffs' counsel will continue to advocate for such expansion, and for other improvements and refinements to the protocol.

Given that the protocol is not comprehensive, Temporary Lead Counsel expect that death and injury complaints will continue to be filed and prosecuted, and those suits filed in or removed to federal court will continue to be identified by GM as tag-along components of this MDL.

**7.    Statement with respect to whether court-ordered mediation would be useful and, if so, whether such mediation should be conducted by the assigned Magistrate Judge, through the Court's mediation program, or by a privately retained mediator and when such mediation should be conducted.**

At this time, mediation of the class action claims is premature. We respectfully submit that Court-ordered mediation, through a private mediator or special master appointed by the Court, should occur at the end of core discovery in this matter. Early discovery will enable the parties to engage in mediation on an informed basis and is essential if a settlement is presented to the Court for approval under Rule 23(e). And early resolution (among other benefits) may enable faster repair protocols in the interests of public safety; provide much-needed economic assistance to clients who have suffered personal injuries in particular; and expedite the commencement of potential injunctive or programmatic relief (including, for example, potential monitoring of internal quality control, safety, and reporting protocols) that would ensure similar problems do not recur.

Regarding mediator selection, Plaintiffs suggest that the Court appoint a private mediator from a suggested list compiled by the parties if the parties cannot agree on a mediator. We have no doubt that the Magistrate Judges of this District are qualified to lead mediation efforts, but their other duties may preclude the intensive involvement that may be essential to a productive mediation process here. Plaintiffs believe that given the scope and complexity of the litigation (*e.g.*, the inclusion of both economic loss and personal injury claims in the case, the added complexity of the bankruptcy, and the unusual wrinkle that, unlike in most large auto defect cases, the recalls and revelations of multiple ignition system defects are continuing and overlapping), it is essential to have a mediator that is familiar with the resolution of large

Hon. Jesse M. Furman
July 21, 2014
Page 7

complex litigations (and preferably large auto defect litigation) and also has the time necessary to
be an active coordinator of multiple mediation sessions and inter-session conferences with the
parties.

**8.    List of all related cases pending in state or federal court, together with their
current status, including (a) discovery taken to date and pending motions, to the
extent known; and (b) whether the cases have been stayed pending a decision on
General Motors' motion to enforce filed in the Bankruptcy Court on April 21,
2014.**

Temporary Lead Counsel for the Ignition Switch MDL Plaintiffs have reached out and
conferred with plaintiff's counsel throughout the country and GM's counsel in an effort to
provide the Court with a list of all related cases pending in state or federal court not already in
the MDL, including status of discovery, motions, and whether the cases have been stayed.  The
parties have agreed that GM shall provide this information in their submission, and Plaintiffs
respectfully refer the Court to GM's status conference statement.

**9.    List of all parents, subsidiaries, and companies affiliated with the corporate
parties and of all counsel associated in the litigation to help the Court identify
any problems of recusal or disqualification.**

With respect to the corporate parties, Temporary Lead Counsel assumes that this
information will be provided by counsel for the corporate party defendants, as required by Fed.
R. Civ. P. 7.1(a), (b)(1). However, according to Fed. R. Civ. P. 7.1 disclosure statements
previously filed by GM, *see* Dkt. No. 90 (filed Apr. 18, 2014), Defendant General Motors LLC is
a Delaware limited liability company with its principal place of business in Michigan.  General
Motors LLC is 100% owned by General Motors Holdings LLC, which is a Delaware limited
liability company with its principal place of business in Michigan and is 100% owned by
General Motors Company.  General Motors LLC and General Motors Holdings LLC are
subsidiaries of General Motors Company, which is a Delaware corporation with its principal
place of business in Michigan.  No publicly held entity owns 10% or more of the stock of
General Motors Company.

Delphi Automotive PLC previously filed a corporate disclosure statement stating that it
has no parent corporations, and that no publicly held corporation owns 10% or more of its stock.[6]

There are other corporate defendants in the economic loss and injury/wrongful death
cases, including car dealerships,[7] but Plaintiffs do not believe that any such entities have any

---

[6] *See* Dkt. No. 86.

[7] *See*, *e.g.*, Bedford Auto Wholesale, Inc., Dkt. No. 65.

Hon. Jesse M. Furman
July 21, 2014
Page 8

parent corporations or that any publicly held corporations own 10% or more of their stock.  All
known counsel for Plaintiffs and Defendants are listed in Exhibit 1.

      **10. Other information that the parties believe may assist the Court in advancing the
case to settlement or trial, including, but not limited to, a description of any
dispositive issue or novel issue raised by the case.**

      **a. The Court should closely coordinate with the Bankruptcy Court and quickly
identify the discovery and substantive issues that should move forward here.**

      These cases raise issues of coordination between this Court and the Bankruptcy Court,
among the most important being preserving in this Court the oversight and control of all legal
and factual issues that underlie the cases transferred here to ensure that all discovery takes place
here and substantive motions that relate in any way to the issues raised in the actions be decided
in this Court.  Indeed, the MANUAL FOR COMPLEX LITIGATION explains that it is "especially
important for the bankruptcy and district judges handling the various aspects of the bankruptcy
case to have frequent communications so that the matters can proceed in a coordinated fashion."[8]
The MANUAL even describes a procedure under 28 U.S.C. § 157(d) for partially withdrawing a
bankruptcy reference in mass tort cases, or for placing jurisdictional limitations on the
bankruptcy court's authority on certain issues.[9]

      In scheduling orders and comments at both of the status conferences, Judge Gerber has
recognized the need for coordination and the importance of resolving bankruptcy threshold
issues (*e.g*., whether Plaintiffs' due process rights were violated in connection with the Sale
Motion and the Sale Order and Injunction, or alternatively, whether Plaintiffs' procedural due
process rights would be violated if the Sale Order and Injunction is enforced against them).[10]

---

[8] MANUAL FOR COMPLEX LITIGATION (FOURTH) at § 22.52.

[9] *Id.*

[10] *See* May 16, 2014 Scheduling Order (Dkt. No. 12697) at 2 (ordering that no discovery take place
with respect to the Motion, the Objection or the Adversary Proceeding until further order of this Court);
July 11, 2014 Supp. Scheduling Order (Dkt. No. 12770) at 4-5 (declining to authorize discovery);
7/2/2014 Tr. at 13:11-15 ("I also have an obligation to the system and to Judge Furman to keep this train
moving on schedule and to try to reach an expeditious resolution here.  And our challenge is going to be
finding the sweet spot where we accomplish both goals."); 7/2/2014 Tr. at 48:23-49:4 ("Because we have
parallel proceedings in the District Court on the one hand and in this Court on the other.  And I think you
would understand and respect that each Court's instinct at least would be to try and minimize the extent to
which it steps on the toes on the other and, also, to try to make things as easy as it could for the other.");
7/2/2014 Tr. at 57:20-58:2 ("I think doing as much as we can on stipulated facts is hugely important
because, as I indicated, deferring these matters to rate discovery would materially, dramatically, seriously
keep adding adverts.  I think it's all really bad, slowed things down before me and, as a corollary, before
Judge Furman.  So we're going to do as much as we can to keep things moving forward as quickly as
possible consistent with getting the result that's just."); 5/2/2014 Tr. at 96:25-97:4 ("As a general matter,
we're going to get as far as we can without discovery.  And notwithstanding what my case management

*Footnote continued on next page*

Hon. Jesse M. Furman
July 21, 2014
Page 9

Plaintiffs respectfully submit that it is appropriate for this Court, as an Article III Court and
Section 1407 – Transferee Court, to identify the issues that may move forward here before the
Bankruptcy Court decides the threshold issues – a process that Judge Gerber has indicated will
take the balance of the year.  Pursuant to the 2009 GM Bankruptcy 363 Sale Order, New GM
agreed to be responsible for complying with the TREAD Act, the Safety Act, Lemon Laws, and
California Health & Safety Code regarding any and all GM vehicles made before or after said
Order.  Under this agreement, New GM would be responsible for its failures to comply with
above-said responsibilities.  Temporary Lead Counsel believe that the Court should decide
whether cases that assert claims involving only New GM's conduct and/or pertain only to New
GM vehicles should be immediately withdrawn from the Bankruptcy Court.

### b.  Questions about the ongoing and ever-expanding recalls demonstrate the need for prompt Court supervision of GM.

In Congressional testimony last week, GM's General Counsel blamed his in-house
attorneys for GM's failure to act to correct an internally known safety hazard.  The Valukas
Report blamed the GM corporate structure and culture.  GM's CEO has made similar public
admissions.  These statements provide a roadmap for depositions, which can and should
commence promptly after receipt of and procession of the Valukas and government documents.
The Judicial Panel on Multidistrict Litigation noted the pendency of the bankruptcy proceedings
in this District, and Your Honor's prior determination of GM bankruptcy appeals, in its finding
that transfer here would enable the advancement of "these complex proceedings expeditiously."
6/9/2014 Transfer Order.  Production of documents and conduct of depositions on common
questions of facts is a core function of Section 1407 proceedings and the assigned role of this
Court.  Centering these activities in the MDL will also assist, as necessary, any determinations to
be made by the Bankruptcy Court that require discovery.

There have been six separate ignition system-related recalls in 2014 (one as recent as
July 3) implicating more than 13 million cars, and issues relating to the recall cannot be divorced
from the litigation.  The repairs are proceeding extremely slowly, millions of owners are being
inconvenienced and endangered daily, and Plaintiffs believe that prompt Court supervision over
the process is warranted.  GM sponsored a recent *Wall Street Journal* ad telling ignition defect
consumers that, while they wait for repairs, they should remove all items from their key rings
because "the weight of a single key can't move the switch to the wrong position."  This suggests
further delays.  Thus, GM has substituted a "one key" ad campaign for prompt and effective
replacement of its faulty systems.[11]  The threat to safety remains, and crashes continue.  In
addition, as these recalls are ongoing they raise issues of evidence preservation that the MDL

---

*Footnote continued from previous page*

order otherwise provides, there will be no discovery in either the adversary proceeding or the contested
matter until and unless I order otherwise.").

[11] Plaintiffs also note that they will seek discovery relating to the testing GM undertook to supports its
new safety assertions about using a single key.

Hon. Jesse M. Furman
July 21, 2014
Page 10

court needs to address and supervise now.  Temporary Lead Counsel intend to suggest that
ongoing preservation needs to be among the first topics to be addressed as part of the MDL.
This case is markedly different from a typical single-defect recall case, where the principal issues
are economic remedies with a discrete, singular recall proceeding outside the scope of the
litigation.  The GM ignition system debacle is unfolding in real time, and this Court has a unique
opportunity to monitor, supervise, and improve the process, to avoid or mitigate both economic
and physical harm, to expedite the recalls, and to conserve the resources of the parties while
holding GM accountable, as is fair, for the conduct it has acknowledged.

Respectfully,

| Steve W. Berman | Elizabeth J. Cabraser | Mark P. Robinson, Jr. |
|---|---|---|
| **Hagens Berman Sobol Shapiro LLP** | **Lieff Cabraser Heimann & Bernstein, LLP** | **Robinson Calcagnie Robinson Shapiro Davis, Inc.** |
| 1918 Eighth Ave. | 275 Battery Street | 19 Corporate Plaza Drive |
| Suite 3300 | 29th Floor | Newport Beach, CA  92660 |
| Seattle, WA  98101 | San Francisco, CA  94111-3339 | |
| -and- | -and- | -and- |
| 555 Fifth Avenue | 250 Hudson Street | Seven Times Square |
| Suite 1700 | 8th Floor | 47th Floor |
| New York, NY 10017 | New York, NY  10013-1413 | New York, New York  10036 |

# Exhibit 1

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| ***Adams v. General Motors LLC*** | Mark Lanier<br>Eugene Egdorf<br>Ryan D. Ellis<br>**The Lanier Law Frim, P.C.**<br>6810 FM 1960 West<br>Houston, TX 77069 |
| ***Andrews v. General Motors LLC*** | Elaine T. Byszewski<br>**Hagens Berman Sobol Shapiro LLP**<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br><br>Steve W. Berman<br>Andrew M. Volk<br>**Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br><br>Robert B. Carey<br>Michella A. Kras<br>**Hagens Berman Sobol Shapiro LLP**<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br><br>Mark P. Robinson, Jr.<br>Kevin F. Calcagnie<br>Scot D. Wilson<br>**Robinson Calcagnie Robinson Shapiro Davis, Inc.**<br>19 Corporate Plaza<br>Newport Beach, CA 92660 |
| ***Arnold v. General Motors LLC*** | Robert A. Clifford<br>Shannon M. McNulty<br>Kristofer S. Riddle<br>**Clifford Law Offices**<br>120 N. LaSalle, Ste 3100<br>Chicago, IL 60602<br><br>G. Patrick Murphy<br>Patricia S. Murphy<br>**Murphy & Murphy LLC** |

1

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
|  | 3415 Office Park Drive, Ste D<br>Marion, IL 62959 |
| *Ashbridge v. General Motors LLC* | Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**Law Offices of Alfred G. Yates, Jr.**<br>429 Forbes Avenue<br>519 Allegheny Building<br>Pittsburgh, PA 15219 |
| *Ashworth v. General Motors* | Gregory O. Wiggins<br>Kevin W. Jent<br>Robert F. Childs, Jr.<br>Rocco Calamusa, Jr.<br>**Wiggins Childs Quinn & Pantazis**<br>The Kress Building<br>301 19th Street, North<br>Birmingham, AL  35203-3204 |
| *Balls v. General Motors LLC* | Marc M. Seltzer<br>Kalpana Srinivasan<br>Steven G. Sklaver<br>**Susman Godfrey LLP**<br>1901 Avenue of the Stars Ste 950<br>Los Angeles CA  90067-6029 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| ***Bedford Auto Wholesale, Inc. v. General Motors LLC*** | Philip J. Goodman<br>**Michael B. Serling, PC**<br>280 N. Old Woodward Ave., Ste 407<br>Birmingham MI  48009-5394<br><br>Jayne Conroy<br>**Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP**<br>112 Madison Ave., 7th Floor<br>New York, NY  10016-7416<br><br>Jodi Westbrook Flowers<br>**Motley Rice LLC**<br>28 Bridgeside Blvd<br>Mount Pleasant SC  29464<br><br>Mark R. Koberna<br>**Sonkin & Koberna, LLC**<br>3401 Enterprise Parkway, Suite 400<br>Cleveland, OH  44122 |
| ***Bender v. General Motors LLC*** | Jasper D. Ward, IV<br>**Jones Ward PLC**<br>312 South 4th Street, 6th Floor<br>Louisville, KY 46202 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| **Benton v. General Motors LLC** | Elaine T. Byszewski<br><br>**Hagens Berman Sobol Shapiro LLP**<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br><br>Steve W. Berman<br>Andrew M. Volk<br>**Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br><br>Robert B. Carey<br>Michella A. Kras<br>**Hagens Berman Sobol Shapiro LLP**<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br><br>Mark P. Robinson, Jr.<br>Kevin F. Calcagnie<br>Scot D. Wilson<br>**Robinson Calcagnie Robinson Shapiro Davis, Inc.**<br>19 Corporate Plaza<br>Newport Beach, CA 92660 |
| **Biggs v. General Motors LLC** | Alyson L. Oliver<br>Lisa Gray<br>Reed E. Eriksson<br>**Oliver Law Group PC**<br>950 W. University Drive, Suite 200<br>Rochester, MI 48307 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| **Boyd v. General Motors LLC** | Daniel T. Defeo<br>**The Defeo Law Firm**<br>770 Bonhomme, Suite 350<br>St. Louis, MO 63105<br><br>Steven Stolze<br>**Holland Groves Schneller & Stolze**<br>300 North Tucker, Ste 801<br>St. Louis, MO 63101<br><br>Ronnie G. Penton<br>**The Penton Law Firm**<br>209 Hoppen Place<br>Bogalusa, LA 70427<br><br>Frederick Kuykendall, III<br>23937 US Highway 98, Ste 3<br>Fairhope, Alabama 36532<br><br>Craig Hiborn<br>999 Haynes St. suite 205<br>Birmingham, MI 48009 |
| **Brandt v. General Motors LLC** | Robert C. Hilliard<br>Marion Reilly<br>Kimberly Wilson Schock<br>Rudy Gonzales, Jr.<br>John Brandon Martinez<br>Catherine Danielle Tobin<br>**Hilliard Munoz Gonzales LLP**<br>719 S Shoreline Ste 500<br>Corpus Cristi TX  78401<br><br>Thomas J. Henry<br>Greggory A. Teeter<br>**Law Office of Thomas Henry**<br>521 Starr Street<br>Corpus Cristi, TX 78401<br><br>Thomas Christopher Pinedo<br>4550 Jericho Road<br>Corpus Cristi, TX 78413 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
|  | Travis Edward Venable<br>**Marynell Maloney law Firm, PLLC**<br>Milam Building<br>115 E. Travis St., 18th Floor<br>San Antonio, TX 78205 |
| *Brown v. General Motors LLC* | Robert Ahdoot<br>Tina Wolfson<br>Theodore W. Maya<br>Bradley K. King<br>**Ahdoot & Wolfson PC**<br>1016 Palm Avenue<br>West Hollywood, California 90069 |
| *Burton v. General Motors LLC* | Edward L. White<br>**Edward L. White, PC**<br>853 E. 33rd Street<br>Edmond OK  73013 |
| *Cain v. General Motors LLC* | Kevin R. Duck<br>**Duck Law Firm**<br>5040 Ambassador Caffery Parkway, Suite 200<br>Lafayette, LA 70508<br><br>Richard C. Dalton<br>**Law Office of Richard C. Dalton**<br>1343 W. Causeway Approach<br>Mandeville, LA 70471 |
| *Camlan Inc. v. General Motors LLC* | Joseph W. Cotchett<br>Frank M. Pitre<br>Philip L. Gregory<br>Alexandra A Hamilton<br>Frank C. Damrell, Jr.<br>**Cotchett Pitre & McCarthy LLP**<br>840 Malcolm Road<br>Burlingame, CA 94010 |
| *Carriuolo v. General Motors Company* | Donald R. Fountain, Jr.<br>**Clark, Fountain, La Vista, Prather, Keen & Litky-Rubin, LLP**<br>1919 N. Flagler Drive, Suite 200<br>West Palm Beach, FL 33407<br><br>Jeffrey M. Liggio<br>**Liggio Benrubi** |

6

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| | 1615 Forum Place, Suite 3-B<br>West Palm Beach, FL 33401<br><br>Edward F. Haber<br>Ian J. McLoughlin<br>Patrick J. Vallely<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109 |
| *Childre v. General Motors LLC* | James R. Dugan<br>**Dugan Law Firm**<br>One Canal Place<br>365 Canal Street, Suite 1000<br>New Orleans, LA 70130<br><br>Mitchell A. Toups<br>**WELLER, GREEN, TOUPS & TERRELL, LLP**<br>2615 Calder Ave., Suite 400<br>Beaumont, TX 77702<br><br>Mitchell A. Toups<br>**WELLER, GREEN, TOUPS & TERRELL, LLP**<br>2615 Calder Ave., Suite 400<br>Beaumont, TX 77702 |
| *Coleman v. General Motors LLC* | Daniel E. Becnel, Jr.<br>Mathew Moreland<br>Salvadore Christina, Jr.<br>**Becnel Law Firm, LLC**<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, TX  75219 |
| *Corbett v. General Motors LLC* | Joel R. Rhine<br>Jean Sutton Martin<br>**Rhine Martin Law Firm, P.C.**<br>1612 Military Cutoff Road ,Suite 300<br>Wilmington, NC 28403 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Cox v. General Motors LLC* | Jason S Hartley<br>Jason M Lindner<br>**Stueve Siegel Hanson LLP**<br>550 West C Street Suite 1750<br>San Diego, CA 92101<br><br>Patrick J. Stueve<br>Todd E. Hilton<br>Bradley T. Wilders<br>**Stueve Siegel Hanson LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, MO  64112<br><br>Don M. Downing<br>**Gray, Ritter & Graham, P.C.**<br>701 Market Street, Suite 800<br>St. Louis, MO  63101 |
| *Darby v. General Motors LLC* | David W. Mitchell<br>Patrick J. Coughlin<br>Brian O. O'Mara<br>**Robbins Geller Rudman and Dowd LLP**<br>655 West Broadway Ste 1900<br>San Diego CA  92101<br><br>Jack Reise<br>Stuart A. Davidson<br>Cullin A. O'Brien<br>Mark Dearman<br>Jesse S. Johnson<br>**Robbins Geller Rudman & Dowd LLP**<br>120 East Palmetto Park Rd Ste 500<br>Boca Raton FL  33432<br><br>Paul O. Paradis<br>Gina M. Trufaro<br>**Paradis Law Group PLLC**<br>570 Seventh Ave, 20th Floor<br>New York NY  10018 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Dawson v. General Motors* | Peter J. Brodhead<br>Dennis R. Lansdowne<br>Leslie J. Shafer<br>**Spangenberg, Sibley & Liber**<br>1001 Lakeside Avenue, E, Ste 1700<br>Cleveland, OH 44114 |
| *Deighan v. General Motors LLC* | Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**Law Offices of Alfred G. Yates, Jr.**<br>429 Forbes Avenue<br>519 Allegheny Building<br>Pittsburgh, PA 15219 |
| *Deluco v. General Motors LLC* | Alexander H. Schmidt<br>Malcolm T. Brown<br>**Wolf Haldenstein Adler Freeman & Herz LLP**<br>LLP<br>270 Madison Avenue<br>New York, NY 10016<br><br>Jonathan L. Flaxer<br>Shawn Preston Ricardo<br>**Golenbock Eiseman Assor Bell & Peskoe LLP**<br>437 Madison Avenue<br>New York, NY 10022<br><br>Dallas L. Albaugh<br>**Pryor Cashman LLP**<br>7 Times Square<br>New York, NY 10036-6569 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *DePalma v. General Motors LLC* | Simon Bahne Paris<br>Patrick Howard<br>Charles J. Kocher<br>**Saltz, Mongeluzzi, Barrett & Bendesky, P.C.**<br>One Liberty Plance, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br><br>Joseph G. Price<br>Sean P. McDonough<br>Paul T. Oven<br>**Dougherty Leventhal & Price, LLP**<br>75 Glenmaura National Blvd<br>Moosic, PA 18507<br><br>Michael D. Donovan<br>**Donovan Axler, LLC**<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103 |
| *DeSutter v. General Motors LLC* | John Scarola<br>**Searcy Denney Scarola Barnhart & Shipley, PA**<br>2139 Palm Beach Lakes Blvd<br>West Palm Beach, FL  33409 |
| *Detton v. General Motors LLC* | D. Todd Mathews<br>Randi L. Gori<br>Jean Maguire<br>**Gori, Julian & Associates, PC**<br>156 N. Main St<br>Edwardsville IL  62025<br><br>Patrick C. Cooper<br>**Ward & Wilson**<br>2100A Southbridge Parkway Ste 580<br>Birmingham AL  35209 |

10

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| ***Deushane v. General Motors LLC*** | Michael A. Gould<br>Aarin A. Zeif<br>Richard A. Jones<br>**Gould and Associates**<br>17822 East 17th St Ste 106<br>Tustin CA  92780 |
| ***Dinco v. General Motors LLC*** | Elaine T. Byszewski<br>**Hagens Berman Sobol Shaprio**<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br><br>Steve W. Berman<br>Andrew M. Volk<br>**Hagens Berman Sobol Shaprio**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br><br>Kevin Frank Calcagnie<br>Mark P. Robinson, Jr.<br>Scot D. Wilson<br>**Robinson Calcagnie Robinson Shaprio Davis**<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660 |
| ***Duarte v. General Motors LLC*** | Adam M. Moskowitz<br>Harley Shepard Topin<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>Tal J. Lifshitz<br>**Kozyak Tropin & Throckmorton**<br>2525 Ponce De Leon Boulevard, Suite 900<br>Coral Gables, FL 33134<br>Joe R. Whatley, Jr.<br>**Whatley Kallas LLP**<br>1180 Avenue of the Americas<br>20th Floor<br>New York, NY 10036<br><br>Michael Rott<br>**Eric M. Overholt** |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
|  | **Hiden, Rott & Oertle, LLP**<br>2635 Camino Del Rio South, #306<br>San Diego, CA 92108 |
| *Duncan v. General Motors LLC* | Brandon L. Corl<br>Timothy L. Sifers<br>Derek H. Potts<br>**Potts Law Firm, LLP**<br>908 Broadway, 3rd Floor<br>Kansas City, MO 64105 |
| *Dyer v. General Motors LLC* | Robert C. Hillard<br>John B. Martinez<br>Rudy Gonzalies, Jr.<br>Catherine D. Tobin<br>T. Christopher Pinedo<br>Kimberly Wilson<br>Marion Reilly<br>Todd A. Hunter, Jr.<br>**Hillard Munoz Gonzales LLP**<br>719 S. Shoreline Blvd., Sutie 500<br>Corpus Christi, TX 78401<br><br>Thomas J. Henry<br>521 Starr St<br>Corpus Christi, Texas 78401 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Edwards v. General Motors LLC* | Harley Shepard Topin<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>Tal J. Lifshitz<br>**Kozyak Tropin & Throckmorton**<br>2525 Ponce De Leon Boulevard, Suite 900<br>Coral Gables, FL 33134<br><br>Allan Aaron Joseph<br>**Fuerst Ittleman David & Joseph**<br>1011 Brickell Bay Drive, 32nd Floor<br>Miami, FL 33131 |
| *Elliott v. General Motors LLC* | Daniel James Hornal<br>**Talos Law**<br>705 Fourth Street, NW<br>Suite 403<br>Washington, DC 20001 |
| *Elliott v. General Motors LLC* | Thomas M. Greene<br>Michael Tabb<br>**Greene, LLP**<br>One Liberty Square<br>Suite 1200<br>Boston, MA 02109<br><br>Robin L. Greenwald<br>James Bilsborrow<br>**WEITZ & LUXENBERG, P.C.**<br>700 Broadway<br>New York, NY 10003 |
| *Emerson v. General Motors LLC* | Adam M. Moskowitz<br>Harley Shepard Tropin<br>Thomas A. Tucker Ronzetti<br>Tal J. Lifshitz<br>**Kozyak Tropin & Throckmorton**<br>2525 Ponce De Leon Boulevard, 9th Floor<br>Coral Gables, FL 33134<br><br>Gregory O. WIggins<br>Kevin W. Jent<br>**Wiggins, Childs, Quinn & Pantazis, LLC**<br>The Kress Building |

13

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| | 301 19th Street North<br>Birmingham, AL 35203 |
| *Espineira v. General Motors, LLC* | Adam M. Moskowitz<br>Harley S. Tropin<br>Thomas A. Tucker Ronzetti<br>Tal J. Lifshitz<br>**Kozyak Tropin & Throckmorton PA**<br>2525 Ponce de Leon Blvd., Suite 900<br>Coral Gables, FL 3313-6036<br><br>Lance A. Harke<br>Howard Bushman<br>**Harke Clasby & Bushman LLP**<br>9699 NE Second Ave<br>Miami Shores FL 33138<br><br>Manual L. Dobrinsky<br>**Freidin Dobrinsky**<br>2 S. Biscayne Blvd., Ste 3100<br>Miami, FL 33131<br><br>Aaron S. Podhurst<br>Peter Prieto<br>John Gravante, III<br>Matthew Weinshall<br>**Podhurst Orseck PA**<br>25 West Flagler St., Ste 800<br>Miami FL 33130 |

14

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Favro v. General Motors LLC* | Heather Marie Baker<br>Behram V. Parekh<br>Michael L. Kelly<br>Heather M. Baker<br>**Kirtland and Packard LLP**<br>2041 Rosecrans Avenue, Suite 300<br>El Segundo, CA 90245 |
| *Forbes v. General Motors, LLC* | Dianne M. Nast<br>Daniel N. Gallucci<br>Joanne E. Matusko<br>**Nastlaw LLC**<br>1101 Market St Ste 2801<br>Philadelphia PA  19107 |
| *Foster v. General Motors LLC* | Jack Landskroner<br>Drew Legando<br>**Landskroner Grieco Merriman LLC**<br>1360 West 9th Street, Suite 200<br>Cleveland, Ohio 44113<br><br>Elizabeth J. Cabraser<br>Todd A. Walberg<br>**Leiff Cabraser Heimann & Bernstein LLP**<br>275 Battery Street, 29th Floor<br>San Francisco CA  94111-3339<br><br>Jonathan Selbin<br>Sudarsana Srinivasan<br>**Leiff Cabraser Heimann & Bernstein LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br><br>Robin L. Greenwald<br>James Bilsborrow<br>**Weitz & Luxenberg PC**<br>700 Broadway<br>New York, NY  10003<br><br>Benjamin L. Bailey<br>Eric B. Snyder<br>**Bailey & Glasser LLP**<br>209 Capitol Street |

15

| Case | Plaintiffs' Counsel |
|---|---|
| | Charleston WV 25301<br><br>Don Barrett<br>**Barrett Law Group PA**<br>404 Court Square<br>Lexington MS 39095-0927<br><br>W. Daniel "Dee" Miles<br>**Beasley Allen Crow Methvin Portis & Miles, P.C.**<br>218 Commerce St<br>Montgomery AL 36104<br><br>Roger L. Mandel<br>**Lackey Hershman, LLP**<br>3102 Oak Lawn Ave., Suite 777<br>Dallas TX 75219<br><br>W. Mark Lanier<br>Eugene R. Egdorf<br>**The Lanier Law Firm PC**<br>6810 FM 1960 West<br>Houston TX 77069 |
| ***Frank v. General Motors LLC*** | Brett Elliott Von Borke<br>David Buckner<br>Seth Eric Miles<br>**Grossman Roth, PA**<br>2525 Ponce De Leon Blvd, Suite 1150<br>Miami, FL 33134<br><br>Edward Herbert Zebersky<br>**Zebersky & Payne**<br>110 SE 6th Street, Suite 2150<br>Fort Lauderdale, FL 33301 |
| ***Fugate v. General Motors LLC*** | Jasper D. Ward, IV<br>**Jones Ward PLC**<br>312 South 4th Street, 6th Floor<br>Louisville, KY 46202 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Furlow v. General Motors Company* | James C. Wyly<br>Sean F. Rommel<br>**Wyly-Rommel, PLLC**<br>4004 Texas Boulevard<br>Texarkana, TX 75503<br><br>Scott Poynter<br>John Emerson<br>Corey McGaha<br>**Emerson Poynter LLP**<br>The Rozelle-Murphy House<br>1301 Scott Street<br>Little Rock, AR 72202 |
| *Gebremariam v. General Motors LLC* | Mary E. Alexander<br>Jennifer L. Fiore<br>**Mary Alexander & Associates, PC**<br>44 Montgomery St., Ste 1303<br>San Francisco CA  94104 |
| *Groman v. General Motors LLC* | Alexander H. Schmidt<br>Malcom T. Brown<br>**Wolf Haldenstein Adler Freeman & Herz LLP**<br>270 Madison Avenue<br>New York, NY 10016<br><br>Jonathan Laurence Flaxer<br>**Golenbock Eiseman Assor Bell & Peskoe LLP**<br>437 Madison Avenue<br>New York, NY 10022 |
| *Grumet v. General Motors LLC* | Betsy Carol Manifold<br>Francis M. Gregorek<br>Marisa C. Livesay<br>Rachele R. Rickert<br>**Wolf Haldenstein Adler Freeman and Herz**<br>750 B Street<br>Symphony Towers Ste 2770<br>San Diego CA  92101-5050<br><br>Alexander H. Schmidt<br>**Wolf Haldenstein Adler Freeman & Herz**<br>270 Madison Avenuye |

17

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| | New York, NY 10016 |
| *Hair v. General Motors LLC* | Ashley D. Rose<br>Jonathan A. Michaels<br>Matthew S. Grayson<br>**MLG Automotive Law**<br>2801 West Coast Highway, Ste 370<br>Newport Beach, CA 92663 |
| *Hamid v. General Motors LLC* | Brian D. Gonzales<br>**THE LAW OFFICES OF**<br>**BRIAN D. GONZALES, PLLC**<br>123 North College Avenue, Suite 200<br>Fort Collins, Colorado 80524 |
| *Harris v. General Motors LLC* | Adam M. Moskowitz<br>Harley Shepard Topin<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>Tal J. Lifshitz<br>**Kozyak Tropin & Throckmorton**<br>2525 Ponce De Leon Boulevard, Suite 900<br>Coral Gables, FL 33134 |
| *Henry v. General Motors LLC* | Dean Gresham<br>Max Antony<br>**Payne Mitchell Law Group LLP**<br>2911 Turtle Creek Blvd., Ste 1400<br>Dallas TX 75219 |

18

| Case | Plaintiffs' Counsel |
|---|---|
| ***Heuler v. General Motors LLC*** | Mark P. Robinson<br>Scot D. Wilson<br>**Robinson Calcagnie Robinson Shapiro Davis Inc.**<br>19 Corporate Plaza Dr<br>Newport Beach CA 92660<br><br>Elaine T. Byszewski<br>**Hagens Berman Sobol Shapiro LLP**<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br><br>Steve W. Berman<br>**Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 |
| ***Higginbotham v. General Motors LLC*** | David Slade<br>James Allen Carney, Jr.<br>Joseph Henry Bates, III<br>Randall Keith Pulliam<br>**Carney Bates & Pulliam, PLLC**<br>11311 Arcade Drive, Suite 200<br>Little Rock, AR 72212 |
| ***Hockstein v. Barra*** | David M. Honigman<br>Mark C. Rossman<br>Gerard V. Mantese<br>**Mantese Assoc.**<br>1361 E. Big Beaver Road<br>Troy, MI 48083<br><br>Jay N. Razzouk<br>Brian J. Robbins<br>Kevin A. Selly<br>**Robbins Arroyo**<br>600 B Street, Ste 1900<br>San Diego, CA 92101<br><br>Debra S. Goodman<br>**Law Office of Debra S. Goodman**<br>1301 Skippack Pike, Suite 7A #133<br>Blue Bell, PA 19422 |

19

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Holliday v. General Motors LLC* | Mitchell A. Toups<br>**Weller Green Toups & Terrell, LLP**<br>2615 Calder, Suite 400<br>Beaumont, TX 77704<br><br>James R. Dugan, II<br>Douglas R. Plymale<br>David B. Franco<br>Chad J. Primeaux<br>**THE DUGAN LAW FIRM, APLC**<br>One Canal Place<br>365 Canal Street, Suite 1000<br>New Orleans, Louisiana 70130<br><br>Gregory K. Evans<br>**Law Offices of Gregory K. Evans**<br>2426 Southgate<br>Houston, TX 77036<br><br>James W. Flood, III<br>**FLOOD LAW GROUP, LLP**<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 |
| *Hurst v. General Motors Company* | Laurence D. King<br>Linda M. Fong<br>**Kaplan Fox & Kilsheimer LLP**<br>350 Sansome Street, Suite 400<br>San Francisco CA 94104<br><br>Justin B. Farar<br>**Kaplan Fox & Kilsheimer**<br>IIIII Santa Monica Blvd., Suite 620<br>Los Angeles, CA 90025<br><br>Jonathan A. Michaels<br>Kathryn J. Harvey<br>Kianna C. Parviz<br>**Michaels Law Group, APLC**<br>2801 W. Coast Highway, Suite 370<br>Newport Beach CA 92663 |

20

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Ibanez v. General Motors LLC* | Deborah R. Rosenthal<br>**Simmons Hanly Conroy**<br>455 Market Street, Suite 1150<br>San Francisco, CA 94015<br><br>Jayne Conroy<br>Paul J. Hanly, Jr.<br>Andrea Bierstein<br>Mitchell M. Breit<br>**SIMMONS HANLY CONROY**<br>112 Madison Avenue<br>New York, New York 10016-7416 |
| *Irvin v. General Motors LLC* | Maurice B. Graham<br>**Gray & Ritter**<br>701 Market Street, Suite 800<br>St. Louis, MO 63101-1826 |
| *Jawad v. General Motors LLC* | Kassem M. Dakhlallah<br>**United Law Group, PC**<br>2340 Michigan Ave Ste 110<br>Dearborn MI  48124<br><br>Hamid M. Soueidan<br>**At Law Group PLLC**<br>1 Parklane Blvd., Ste 100<br>Dearborn Heights, MI 48126<br><br>Norman A. Yatooma<br>**Norman Yatooma Assoc.**<br>1900 S. Telegraph Rd., Ste 201<br>Bloomfield Hills, MI 48302 |

21

| CASE | PLAINTIFFS' COUNSEL |
|------|---------------------|
| *Johnson v. General Motors LLC* | Brent Hazzard<br>**Hazzard Law, LLC**<br>P.O. Box 24382<br>Jackson, MS 39225<br><br>David Boies<br>**BOIES, SCHILLER &FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br><br>William A. Isaacson<br>**BOIES, SCHILLER & FLEXNER LLP**<br>5301 Wisconsin Avenue NW<br>Washington, DC 20015<br><br>Stephen N. Zack<br>**BOIES, SCHILLER & FLEXNER LLP**<br>100 S.E. 2nd Street, Suite 2800<br>Miami, Florida 33131<br><br>Jason J. Thompson<br>Lance C. Young<br>**SOMMERS SCHWARTZ, P.C.**<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br><br>Dean M. Googasian<br>Thomas H. Howlett<br>**THE GOOGASIAN FIRM, P.C.**<br>6895 Telegraph Road<br>Bloomfield Hills, MI 48301 |
| *Jones v. General Motors LLC* | Casey A. Fry<br>E. Powell Miller<br>**The Miller Law Firm**<br>950 W. University Dr Ste 300<br>Rochester MI 48307<br><br>Edward W. Ciolko<br>Joseph H. Metlzer<br>Mark K. Gyandoh<br>Peter A. Muhic<br>**Kessler Topaz Meltzer & Check, LLP** |

22

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| | 280 King of Prussia Road<br>Radnor, PA 19087 |
| *Jones v. General Motors LLC* | Allen C. Wilson<br>**LAW FIRM OF ALLEN WILSON AND ASSOCIATES, PLLC**<br>1629 K Street, N.W<br>Suite 300<br>Washington, DC 20006 |
| *Kandziora v. General Motors LLC* | Susan M. Grzeskowiak<br>Vincent P. Megna<br>**Aiken & Scoptur**<br>2600 N. Mayfair Rd, Ste 1030<br>Milwaukee, WI 53226 |
| *Kelley v. General Motors Company* | Eric H. Gibbs<br>Daniel C. Girard<br>Eric H. Gibbs<br>Scott M. Grzenczyk<br>**Girard Gibbs LLP**<br>601 California St 14th Floor<br>San Francisco CA  94108 |
| *Kluessendorf v. General Motors LLC* | Gary B. Friedman<br>Scott H. Levy<br>Tracey Kitzman<br>**Friedman Law Group**<br>270 Lafayette Street, 14th Floor<br>New York, NY 10012<br><br>Garrett D. Blanchfield, Jr.<br>Roberta A. Yard<br>**Reinhardt Wendorf & Blanchfield**<br>E1250 First National Bank Bldg.<br>332 Minnesota St.<br>St. Paul, MN 55101 |

23

| CASE | PLAINTIFFS' COUNSEL |
|------|---------------------|
| | |
| ***Knetzke v. General Motors LLC*** | Adam M. Moskowitz<br>Harley Shepard Tropin<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>Tal J. Lifshitz<br>**Kozyak Tropin & Throckmorton**<br>2525 Ponce De Leon Blvd., Ste. 900<br>Coral Gables, FL 33134<br><br>Chip Merlin<br>Mary Fortson<br>**Merlin Law Group, P.A.**<br>777 S. Harbour Island Blvd., Ste 950<br>Tampa, Florida<br><br>Phillip Sanov<br>**Merlin Law Group, P.A.**<br>Three Riverway, Suite 701<br>Houston, Texas |
| ***Lambeth v. General Motors LLC*** | Joel R. Rhine<br>Jean Sutton Martin<br>**Rhine Martin Law Firm**<br>1612 Military Cutoff, Ste. 300<br>Wilmington, NC   28403 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Lannon v. General Motors LLC* | Adam M. Moskowitz<br>Robert J. Neary<br>Tal J. Lifshitz<br>Thomas A. Tucker Ronzetti<br>**Kozyak Tropin & Throckmorton**<br>2525 Ponce De Leon Blvd., Ste. 900<br>Coral Gables, FL 33134<br><br>Jorge Alejandro Mestre<br>Andres Rivero<br>**Rivero Mestre, LLP**<br>2525 Ponce De Leon Blvd., Ste. 1000<br>Coral Gables, FL 33134<br><br>Kevin W. Jent<br>Gregory O. Wiggins<br>**Wiggins, Childs, Quinn & Pantazis, LLC**<br>The Kress Building<br>301 19th Street North<br>Birmingham, AL 35203 |
| *LaReine v. General Motors LLC* | Mark M. Seltzer<br>Steven G. Sklaver<br>Kalpana Srinivasan<br>**Susman Godfrey LLP**<br>1901 Avenue of the Stars Suite 950<br>Los Angeles, CA 90067-6029<br><br>Lester L. Levy<br>**Wolf Popper LLP**<br>845 Third Ave<br>New York, NY 10022 |
| *Letterio v. General Motors LLC* | Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**Law Offices of Alfred G. Yates, Jr.**<br>429 Forbes Avenue<br>519 Allegheny Building<br>Pittsburgh, PA 15219<br><br>**Ward & Wilson, L.L.C.**<br>Patrick C. Cooper<br>James S. Ward |

25

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| | 2100 Southbridge Parkway, Ste. 580<br>Birmingham, AL 35209 |
| *Leval v. General Motors LLC* | Daniel E. Becnel, Jr.<br>Matthew Moreland<br>Salvadore Christina, Jr.<br>**Becnel Law Firm, LLC**<br>P.O. Drawer H<br>Reserve, LA 70084 |
| *Levine v. General Motors LLC* | Brett Elliott Von Borke<br>David Buckner<br>Seth Eric Miles<br>Grossman Roth, PA<br>2525 Ponce De Leon Blvd, Suite 1150<br>Miami, FL 33134 |
| *Lewis v. General Motors LLC* | Irwin B. Levin<br>Richard E. Shevitz<br>Vess A. Miller<br>Lynn A. Toops<br>**Cohen & Malad LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br><br>Elizabeth J. Cabraser<br>**Lieff Cabraser Heimann & Bernstein**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |

26

Case 14-md-02543-JMF   Document 72-1   Filed 07/25/14   Page 28 of 53

| CASE | PLAINTIFFS' COUNSEL |
|------|---------------------|
| ***Maciel v. General Motors LLC*** | Lee Javins<br>Guy Bucci<br>Timothy C. Bailey<br>**Bucci Bailey & Javins L.C.**<br>Charleston, WV<br><br>Justin Silver Brooks<br>**Grant & Eisenhofer, PA (DE)**<br>Wilmington, DE<br><br>Brenda F. Szydlo<br>**Grant & Eisenhofer P.A.**<br>New York, NY<br><br>John Ernst Tangren<br>Adam J. Levitt<br>**Grant and Eisenhofer P.A.**<br>Chicago, IL<br><br>Mark Philip Pifko<br>Roland K. Tellis<br>Michael Isaac Miller<br>**Baron & Budd, PC**<br>Encino CA<br><br>Andre T. Tennille<br>Ranse Partin<br>**Conley Griggs Partin LLP**<br>Atlanta, GA<br><br>Cale H. Conley<br>**Butler, Wooten, Overby, Pearson, Fryhofer & Daughtery**<br>Atlanta, GA<br><br>Edward D. Robertson, Jr.<br>**Bartimus Frickleton Robertson Gorny**<br>Jefferson City, MO<br><br>James R. Bartimus<br>**Bartimus Frickleton Robertson Goza PC**<br>Leawood, KS |

27

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| | Joseph Jeremy Siprut<br>**Siprut PC**<br>Chicago, IL<br><br>Lance Alan Cooper<br>**The Cooper Firm**<br>Marietta, GA<br><br>Scott Bradley Cooper<br>**The Cooper Law Firm, P.C.**<br>Irvine, CA   92614<br><br>Mark DiCello<br>Robert F. DiCello<br>**The DiCello Law Firm**<br>Mentor, OH<br><br>Nathan B. Atkinson<br>**Spilman Thomas & Battle, PLLC**<br>Winston-Salem, NC<br><br>Paul A. Niall<br>**Spilman Thomas & Battle, PLLC**<br>Charleston, WV<br><br>Sharon L. Potter<br>**Spilman Thomas & Battle, PLLC**<br>Wheeling, WV |
| *Malaga v. General Motors LLC* | Joseph W. Cotchett<br>Frank M. Pitre<br>Philip L. Gregory<br>Alexandra A Hamilton<br>Robert B. Hutchinson<br>Frank C. Damrell, Jr.<br>**Cotchett Pitre & McCarthy LLP**<br>840 Malcolm Road<br>Burlingame, CA 94010 |

28

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Markle v. General Motors LLC* | Adam M. Moskowitz<br>Harley Shepard Topin<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>Tal J. Lifshitz<br>**Kozyak Tropin & Throckmorton**<br>2525 Ponce De Leon Boulevard, Suite 900<br>Coral Gables, FL 33134<br><br>Archie Cleveland Lamb, Jr.<br>**Archie Lab, Associates**<br>P.O. Box 2088<br>Birmingham, AL 35201 |
| *Mazzocchi v. General Motors LLC* | Robin L. Greenwald<br>James Bilsborrow<br>**Weitz & Luxenberg PC**<br>700 Broadway<br>New York, NY  10003<br><br>Jonathan Selbin<br>Sudarsana Srinivasan<br>**Leiff Cabraser Heimann & Bernstein LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br><br>Elizabeth J. Cabraser<br>Todd A. Walberg<br>**Leiff Cabraser Heimann & Bernstein LLP**<br>275 Battery Street, 29th Floor<br>San Francisco CA  94111-3339 |
| *McCarthy v. General Motors LLC* | Dawn M. Barrios<br>Bruce S. Kingsdorf<br>Zachary L. Wool<br>**Barrios, Kingsdorf & Casteix LLP**<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139-3650<br><br>Morris Bart, III<br>Mekel Alvarez<br>**Morris Bart LLC**<br>909 Poydras St., Floor 20<br>New Orleans, LA 70112-4000 |

29

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *McConnell v. General Motors LLC* | Elaine T. Byszewski<br>**Hagens Berman Sobol Shapiro LLP**<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br><br>Steve W. Berman<br>Andrew M. Volk<br>**Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br><br>Robert B. Carey<br>Michella A. Kras<br>**Hagens Berman Sobol Shapiro LLP**<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003 |
| *Melton v. General Motors, LLC* | Lance A. Cooper<br>Patrick A. Dawson<br>**The Cooper Firm**<br>531 Roselane St., Ste. 200<br>Marietta, GA   30060<br><br>Benjamin E. Baker<br>J. Greg Allen<br>J. Code Portis<br>Jere L. Beasley<br>**Beasley Allen Crow Methvin Portis &**<br>**Miles-AL**<br>P.O. Box 4160<br>218 Commerce Street<br>Montgomery, AL   36103-4160<br><br>Kenneth Ray Bernard, Jr.<br>**Sherrod & Bernard, P.C**.<br>P.O. Box 1154<br>8470 Price Avenue<br>Douglasville, GA   30133-1154 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Morgan v. General Motors LLC* | Kevin R. Duck<br>**Duck Law Firm**<br>5040 Ambassador Caffery Parkway, Suite 200<br>Lafayette, LA 70508<br><br>Richard C. Dalton<br>1343 West Causeway Approach<br>Mandeville, Louisiana 70471 |
| *Nava v. General Motors LLC* | Aashish Y. Desai<br>Maria Adrianne De Castro<br>**Desai Law Firm**<br>3200 Bristol Street, Suite 650<br>Costa Mesa, CA 92626 |
| *Nettleton Auto Sales Inc. v. General Motors LLC* | David Slade<br>James Allen Carney, Jr.<br>Joseph Henry Bates, III<br>Randall Keith Pulliam<br>**Carney Bates & Pulliam, PLLC**<br>11311 Arcade Drive, Suite 200<br>Little Rock, AR 72212 |
| *Parenteau v. General Motors LLC* | Payam Shahian<br>Larry Chae<br>Karen Nakon<br>**Strategic Legal Practices, APC**<br>1875 Century Park East, Suite 700<br>Los Angeles, California 90067 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Perez v. General Motors Financial Company Inc* | Todd M. Friedman<br>Nicholas J. Bontrager<br>**Law Offices of Todd M. Friedman, PC**<br>324 South Beverly Drive, Suite 725<br>Beverly Hills, CA 90212<br><br>**KAZEROUNI LAW GROUP, APC**<br>Abbas Kazerounian, Esq.<br>Jason A. Ibey, Esq. jason@kazlg.com<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br><br>**HYDE & SWIGART**<br>Joshua B. Swigart, Esq.<br>josh@westcoastlitigation.com<br>Jessica R. K. Dorman, Esq.<br>Jessica@westcoastlitigation.com<br>2221 Camino Del Rio S., Ste 101<br>San Diego, CA 92108-3551 |
| *Phaneuf v. General Motors LLC* | Douglas Gregory Blankinship<br>**Finkelstein Blankinship Frei-Pearson & Garber**<br>1311 Mamaroneck Avenue, Suite 220<br>White Plains, NY 10605 |
| *Philips v. General Motors* | Joshua P. Davis<br>**Josh P. Davis Law Firm**<br>1010 Lamar, Ste. 200<br>Houston, TX   77002<br><br>**Wyly & Cook, LLP**<br>Brad T. Wyly<br>Kelly E. Cook<br>4101 Washington Ave.<br>Houston, TX   77007<br><br>**The Galtney Law Firm, PLLC**<br>Robert F. Galtney<br>820 Gessner, Suite 1850<br>Houston, TX   77024 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Phillip v. General Motors LLC* | Charles S. Zimmerman<br>**Zimmerman Reed PLLP**<br>1100 IDS Center, 80 S 8th St<br>Minneapolis MN  55402<br><br>Hart Lawrence Robinovitch<br>Bradley C. Buhrow<br>**Zimmerman Reed PLLP**<br>14646 N Kierland Blvd Ste 145<br>Scottsdale AZ  85254-2762 |
| *Pio v. General Motors Company* | Patrick E. Cafferty<br>**Cafferty Clobes Meriwether & Sprengel LLP**<br>101 N. Main St Ste 565<br>Ann Arbor, MI 48104<br><br>Jeremy A. Lieberman<br>Lesley F. Portnoy<br>**Pomerantz LLP**<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br><br>Patrick V. Dahlstrom<br>**Pomerantz LLP**<br>Ten South LaSalle Street, Suite 3505<br>Chicago, Illinois 60603 |
| *Ponce v. General Motors LLC* | Jonathan A. Michaels<br>Kathryn Jeanine Harvey<br>Kianna Parviz<br>Ashley Dawn Rose<br>**MLG Automotive Law, APLC**<br>2801 West Coast Highway Ste 370<br>Newport CA  92663<br><br>Justin B. Farar<br>**Kaplan Fox and Kilsheimer LLP**<br>11111 Santa Monica Blvd., Ste. 620<br>Los Angeles, CA   90025<br><br>Laurence D. King<br>Linda M. Fong<br>**Kaplan Fox & Kilsheimer LLP** |

33

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
|  | 350 Sansome St., Ste. 400<br>San Francisco, CA 94104 |
| *Powell v. General Motors LLC* | Michele L. Kranz<br>**Zoll, Kranz & Borgess**<br>6620 Central Avenue, Suite 100<br>Toledo, OH 43617<br><br>Jasper D. Ward IV<br>**JONES WARD PLC**<br>Marion E. Taylor Building<br>312 South Fourth Street, Sixth Floor<br>Louisville, Kentucky 40202 |
| *Powell v. General Motors LLC* | Gregory T. Racette<br>**Hopkins & Huebner**<br>2700 Grand Avenue, Ste. 111<br>Des Moines, IA 50312 |
| *Precht v. General Motors Corporation* | Jon Michael Herskowitz<br>**Baron & Herskowitz**<br>One Datran Center<br>9100 S. Dadeland Blvd Ste 1704<br>Miami FL 33156-1619<br><br>William H. Anderson<br>**Cuneo Gilbert & LaDuca, LLP**<br>507 C Street, NE<br>Washington, DC 20002 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Ramirez v. General Motors LLC* | Todd A. Walburg<br>Elizabeth Joan Cabraser<br>Phong-Chau Gia Nguyen<br>**Lieff Cabraser Heimann & Bernstein, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br><br>Roger L. Mandel<br>**Lackey Hershman LLP**<br>Dallas, TX   75219<br><br>Benjamin L. Bailey<br>**Bailey and Glasser LLP**<br>Charleston, WV   25301<br><br>Benno B. Ashrafi<br>**Weitz and Luxenberg PC**<br>Los Angeles, CA   90067<br><br>Eric Lechtzin<br>Shanon J. Carson<br>**Berger & Montague**<br>Philadelphia, PA   19103<br><br>Eugene R. Egdorf<br>W. Mark Lanier<br>**Lanier Law Firm PC**<br>Houston, TX   77069<br><br>James J. Bilsborrow<br>Robin Greenwald<br>**Weitz and Luxenberg PC**<br>New York, NY   10003<br><br>John W. Barrett<br>**Barrett Law Group PA**<br>Lexington MS   39095<br><br>Wilson D. Miles, III<br>**Beasley Allen Crow Methvin Portis Miles**<br>Montgomery, AL 36104 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| ***Ratzlaff v. General Motors LLC*** | Elaine T. Byszewski<br>**Hagens Berman Sobol Shapiro LLP**<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br><br>Steve W. Berman<br>Andrew M. Volk<br>**Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br><br>Robert B. Carey<br>Michella A. Kras<br>**Hagens Berman Sobol Shapiro LLP**<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br><br>Mark P. Robinson, Jr.<br>Kevin F. Calcagnie<br>Scot D. Wilson<br>**Robinson Calcagnie Robinson Shapiro Davis, Inc.**<br>19 Corporate Plaza<br>Newport Beach, CA 92660<br><br>Jon C. Cuneo<br>**Cuneo Gilbert & Laduca LLP**<br>507 C Street NE<br>Washington, DC 20002 |
| ***Roach v. General Motors LLC*** | D. Todd Mathews<br>Randy L. Gori<br>Jean Maguire<br>**Gori Julian & Associates, P.C.**<br>156 N. Main Street<br>Edwardsville, IL 62025<br><br>Patrick C. Cooper<br>**Ward & Wilson**<br>2100A Southbridge Parkway, Suite 580<br>Birmingham, AL 35209 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| ***Robinson v. General Motors LLC*** | Kalpana Srinivasan<br>Steven G Sklaver<br>Marc M Seltzer<br>**Susman Godfrey LLP**<br>1901 Avenue of the Stars Suite 950<br>Los Angeles, CA 90067<br><br>Lester L. Levy<br>Michele F. Raphael<br>Robert S. Plosky<br>**Wolf Popper LLP**<br>845 Third A venue<br>New York, NY 10022 |
| ***Ross v. General Motors LLC*** | James J. Bilsborrow<br>Robin L. Greenwald<br>**Weitz & Luxenberg P.C.**<br>700 Broadway<br>New York, NY 10003<br><br>Jonathan Selbin<br>Sudarsana Srinivasan<br>**Lieff Cabraser Heimann & Bernstein,**<br>250 Hudson Street, 8th Floor<br>New York, NY 100 13<br><br>Elizabeth J. Cabraser<br>Todd A. Walberg<br>**Lieff Cabraser Heimann & Bernstein,**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94 111 -3339<br><br>Benjamin L. Bailey<br>Eric B. Snyder<br>**BAILEY & GLASSER, LLP**<br>209 Capitol Street<br>Charleston, WV 2530 I<br><br>Don Barrett<br>Brian K. Herrington<br>Sterling Starns<br>**Barrett Law Group, P.A**.<br>404 Court Square |

| CASE | PLAINTIFFS' COUNSEL |
|------|---------------------|
|  | Lexington, MS 39095-0927<br><br>W. Daniel "Dee" Miles<br>**Beasley, Allen, Crow, Methvin, Portis & Miles**<br>218 Commerce Street<br>Montgomery, AL 36104<br><br>Roger L. Mandel<br>**Lackey Hershman, LLP**<br>3102 Oak Lawn Ave., Suite 777<br>Dallas, TX 752 19<br><br>W. Mark Lanier<br>Eugene R. Egdorf<br>**The Lanier Law Firm PC**<br>6810FM 1960 West<br>Houston, TX 77069 |
| *Ross v. General Motors LLC* | Jonathan D. Selbin<br>Sudarsana Srinivasan<br>**Lieff Cabraser Heimann & Bernstein, LLP**<br>250 Hudson Street, 8th Fl.<br>New York, NY  10013 |
| *Rousch v. General Motors LLC* | Matthew Lee Dameron<br>Michael A. Williams<br>Eric L. Dirks<br>**Williams Dirks Damron LLC**<br>1100 Main St Ste 2600<br>Kansas City MO  64105 |
| *Ruff v. General Motors LLC* | Sherrie R. Savett<br>Eric Lechtzin<br>**Berger & Montague, PC**<br>1622 Locust St<br>Philadelphia PA  19103<br><br>John M. Broaddus<br>**Weitz & Luxenberg PC**<br>200 Lake Drive East. Ste. 205<br>Cherry Hill. NJ 08002<br><br>Robin L. Greenwald |

38

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| | James Bilsborrow<br>**Weitz & Luxenberg PC**<br>700 Broadway<br>New York, NY  10003<br><br>Jonathan Selbin<br>Sudarsana Srinivasan<br>**Leiff Cabraser Heimann & Bernstein LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br><br>Elizabeth J. Cabraser<br>Todd A. Walberg<br>**Leiff Cabraser Heimann & Bernstein LLP**<br>275 Battery Street, 29th Floor<br>San Francisco CA  94111-3339<br><br>Benjamin L. Bailey<br>**Eric B. Snyder**<br>Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston WV  25301 |
| ***Saclo v. General Motors LLC*** | Adam J. Levitt<br>John E. Tangren<br>**Grant & Eisenhofer PA**<br>30 N. LaSalle St., Ste. 1200<br>Chicago IL  60602<br><br>Roland Tellis<br>Mark Pifko<br>Isaac Miller<br>Michael I. Miller<br>**Baron and Budd PC**<br>Encino, CA 91436<br><br>Justin Silver Brooks<br>**Grant & Eisenhofer, PA (DE)**<br>Wilmington, DE   19801<br><br>Brenda F. Szydlo<br>**Grant & Eisenhofer P.A.** |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| | New York, NY 10017 |
| | |
| | Lance Cooper |
| | **The Cooper Firm** |
| | Marietta, GA 30060 |
| | |
| | Scott B. Cooper |
| | **The Cooper Law Firm PC** |
| | Irvine, CA 92614 |
| | |
| | Cale H. Conley |
| | Ranse M. Partin |
| | Andre T. Tennille III |
| | **Conley Griggs Partin LLP** |
| | Atlanta GA  30327 |
| | |
| | James R. Bartimus |
| | Edward D. Robertson, Jr. |
| | **Bartimus Frickleton Robertson Goza PC** |
| | Leawood KS  66211 |
| | |
| | Mark DiCello |
| | Robert F. DiCello |
| | **The DiCello Law Firm** |
| | Mentor OH  44060 |
| | Joseph J. Siprut |
| | Siprut PC |
| | Chicago IL  60602 |
| | |
| | Niall A. Paul |
| | **Spillman Thomas & Battle PLLC** |
| | Charleston WV  25321 |
| | |
| | Sharon L. Potter |
| | **Spillman Thomas & Battle PLLC** |
| | Wheeling WV  26003 |
| | |
| | Nathan B. Atkinson |
| | **Spilman Thomas & Battle PLLC** |
| | Winston-Salem NC  27103 |
| | |
| | Guy R. Bucci |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
|  | Timothy C. Bailey<br>Lee Javins<br>**Bucci Bailey & Javins LC**<br>Charleston WV  25301<br><br>Gregory M. Travalio<br>Mark H. Troutman<br>**Isaac Wiles Burkholder & Teetor LLC**<br>Columbus OH  43215<br><br>Jonathan Shub<br>**Seeger Weiss LLP**<br>Philadelphia, PA 19102<br><br>Matthew L. Dameron<br>**Williams Dirks Dameron LLC**<br>Kansas City MO  64105<br><br>Andres W. Lopez<br>**Law Offices of Andrews W. Lopez PSC**<br>San Juan, Puerto Rico  00907 |
| *Salazar v. General Motors LLC* | Michael A. Caddell<br>Cory S. Fein<br>Cynthia B. Chapman<br>**Caddell & Chapman**<br>1331 Lamar, Ste 1070<br>Houston TX  77010-3027 |
| *Salerno v. General Motors LLC* | Sherrie R. Savett<br>Shanon J. Carson<br>Michael T. Fantini<br>Eric Lechtzin<br>**Berger & Montague, PC**<br>1622 Locust St<br>Philadelphia PA  19103<br><br>John M. Broaddus<br>**Weitz & Luxenberg PC**<br>200 Lake Drive East. Ste. 205<br>Cherry Hill. NJ 08002<br><br>Robin L. Greenwald<br>James Bilsborrow |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| | **Weitz & Luxenberg PC**<br>700 Broadway<br>New York, NY  10003<br><br>Jonathan Selbin<br>Sudarsana Srinivasan<br>**Leiff Cabraser Heimann & Bernstein LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br><br>Elizabeth J. Cabraser<br>Todd A. Walberg<br>**Leiff Cabraser Heimann & Bernstein LLP**<br>275 Battery Street, 29th Floor<br>San Francisco CA  94111-3339<br><br>Benjamin L. Bailey<br>Eric B. Snyder<br>**Bailey & Glasser LLP**<br>209 Capitol Street<br>Charleston WV  25301<br><br>Don Barrett<br>**Barrett Law Group PA**<br>404 Court Square<br>Lexington MS  39095-0927<br><br>W. Daniel "Dee" Miles<br>**Beasley Allen Crow Methvin Portis & Miles, P.C.**<br>218 Commerce St<br>Montgomery AL  36104<br><br>Roger L. Mandel<br>**Lackey Hershman, LLP**<br>3102 Oak Lawn Ave., Suite 777<br>Dallas TX  75219<br><br>W. Mark Lanier<br>Eugene R. Egdorf<br>**The Lanier Law Firm PC**<br>6810 FM 1960 West |

| CASE | PLAINTIFFS' COUNSEL |
|------|---------------------|
|  | Houston TX  77069<br><br>Robert K. Shelquist<br>**Lockridge Grindal Nauen PLLP**<br>100 Washington Ave. S., Ste 2200<br>Minneapolis MN  55401-2179<br><br>Stewart A. Eisenberg<br>Alexander Mercado<br>**Eisenberg Rothweiler Winkler Eisenberg & Jeck PC**<br>1634 Spruce St<br>Philadelphia PA  19103 |
| *Santiago v. General Motors LLC* | David Henry Lichter<br>Michael Jerome Higer<br>**Higer Lichter & Givner LLP**<br>18305 Biscayne Blvd Ste 402<br>Aventura FL  33160<br><br>John Gravante, III<br>Peter Prieto<br>**Podhurst Orseck, P.A.**<br>25 West Flagler St Ste 800<br>Miami FL  33130<br><br>Tal J. Lifshitz<br>**Kozyak Tropin & Throckmorton**<br>2525 Ponce De Leon Blvd., Ste. 900<br>Coral Gables, FL 33134 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| ***Satele v. General Motors LLC*** | Mark P. Robinson, Jr.<br>Scot D. Wilson<br>**Robinson Calcagnie Robinson Shapiro**<br>**Davis Inc.**<br>19 Corporate Plaza Dr<br>Newport Beach CA  92660<br><br>Major A. Langer<br>**Perona, Langer, Beck, Serbin & Mendoza**<br>300 E. San Antoniio Dr<br>Long Beach CA  90807-0948<br><br>Elaine T. Byszewski<br>**Hagens Berman Sobol Shapiro LLP**<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br><br>Steve W. Berman<br>Andrew M. Volk<br>**Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101 |
| ***Sauer v. General Motors LLC*** | John M. Broaddus<br>jbroaddus@weitzlux.com<br>**WEITZ & LUXENBERG, P.C.**<br>200 Lake Drive East, Ste. 205<br>Cherry Hill, NJ 08002<br><br>Robin L. Greenwald<br>rgreenwald@weitzlux.com<br>James J. Bilsborrow<br>**WEITZ & LUXENBERG, P.C.**<br>700 Broadway<br>New York, NY 10003<br><br>Don Barrett<br>**BARRETT LAW GROUP, P.A.**<br>404 Court Square<br>Lexington, MS 39095-0927<br><br>W. Daniel "Dee" Miles<br>**BEASLEY, ALLEN, CROW, METHVIN,** |

| CASE | PLAINTIFFS' COUNSEL |
|------|---------------------|
| | **PORTIS & MILES, P.C.**<br>218 Commerce Street<br>Montgomery, AL 36104<br><br>Sherrie R. Savett<br>Eric Lechtzin<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>Lance Cooper<br>**The Cooper Firm**<br>701 Whitlock Avenue, S.W.<br>Marietta, GA 30064<br><br>Adam J. Levitt<br>John E. Tangren<br>jtangren@gelaw.com<br>**GRANT & EISENHOFER P.A.**<br>30 North LaSalle Street, Suite 1200<br>Chicago, IL 60602<br><br>Roger L. Mandel<br>**LACKEY HERSHMAN, L.L.P**.<br>3102 Oak Lawn Ave., Suite 777<br>Dallas, TX 75219<br><br>W. Mark Lanier<br>Eugene R. Egdorf<br>**THE LANIER LAW FIRM P.C**.<br>6810 FM 1960 West<br>Houston, TX 77069<br><br>Justin Silver Brooks<br>**Grant & Eisenhofer, PA (DE**)<br>123 Justison St.<br>Wilmington, DE |

45

| Case | Plaintiffs' Counsel |
|---|---|
| *Shollenberger v. General Motors, LLC* | Benjamin F. Johns<br>Joseph B. Kenney<br>Joseph G. Sauder<br>Matthew D. Schelkopf<br>**Chimichles & Tikellis LLP**<br>One Haverford Centre<br>361 W Lancaster Ave<br>Haverford PA  19041 |
| *Shotwell v. General Motors LLC* | George W. Healy, IV<br>**George W. Healy, IV & Associates**<br>1323 28th Ave., Ste. A<br>Gulfport, MS   39501 |
| *Silvas v. General Motors LLC* | Robert C. Hilliard<br>Rudy Gonzales, Jr.<br>Catherine D. Tobin<br>Marion Reilly<br>**Hilliard Munoz Gonzales LLP**<br>719 S. Shoreline Boulevard,<br>Suite 500<br>Corpus Christi, TX 78401<br><br>Thomas J. Henry<br>Greggory A. Teeter<br>Travis Venable<br>**Thomas J. Henry Injury Attorney**<br>521 Starr St.<br>Corpus Christi TX  78401<br><br>Daniel Girard<br>Eric Gibbs<br>Dave Stein<br>**Girard Gibbs LLP**<br>601 California Street, 14th Floor<br>San Francisco, California 94104<br><br>Shelby A. Jordan<br>**Jordan, Hyden, Womble and Culbreth, P.C.**<br>900 Bank of America North<br>500 N. Shoreline,<br>Corpus Christi, Texas, 78471 |

46

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Skillman v. General Motors LLC* | Brett H. Cebulash<br>Kevin Sylvan Landau<br>Miles Greaves<br>**Taus, Cebulash & Landau, LLP**<br>80 Maiden Lane, Suite 1204<br>New York, NY 10038 |
| *Smith v. General Motors LLC* | John W. Don Barrett<br>**Barrett Law Group, P.A.**<br>P.O. Box 927<br>Lexington, MS 39095<br><br>James R. Dugan, II<br>David B. Franco<br>Chad J. Primeaux<br>**THE DUGAN LAW FIRM, APLC**<br>One Canal Place<br>365 Canal Street, Suite 1000<br>New Orleans, Louisiana 70130<br><br>Mitchell A. Toups<br>**WELLER, GREEN, TOUPS TERRELL, LLP**<br>2615 Calder Ave., Suite 400<br>Beaumont, TX 77702<br><br>James W. Flood, III<br>**FLOOD LAW GROUP, LLP**<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 |
| *Spangler v. General Motors Corporation* | Robert A. Buccola<br>Steven M. Campora<br>Jason J. Sigel<br>**Dreyer Babich Buccola Wood, LLP**<br>20 Bicentennial Circle<br>Sacramento, CA 95826 |

| CASE | PLAINTIFFS' COUNSEL |
|------|---------------------|
| *Stafford v. General Motors LLC* | Francis "Casey" J. Flynn<br>Tiffany M. Yiatras<br>**Carey Danis & Lowe, LLC**<br>8235 Forsyth Boulevard, Suite 11 00<br>Saint Louis, Missouri 63105<br><br>Michael F. Ram<br>**Ram, Olson, Cereghino & Kopczynski LLP**<br>555 Montgomery Street<br>Suite 820<br>San Francisco, CA 94111<br><br>Beth E. Terrell<br>**Terren Marsban Daudt & Willie PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103-8869 |
| *Stafford-Chapman v. General Motors LLC* | John R. Climaco<br>Scott D. Simpkins<br>**CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI CO., LPA**<br>55 Public Square, Suite 1950<br>Cleveland, Ohio 44113<br><br>James R. Dugan, II<br>David B. Franco<br>Chad J. Primeaux<br>**THE DUGAN LAW FIRM, APLC**<br>One Canal Place<br>365 Canal Street, Suite 1000<br>New Orleans, Louisiana 70130<br><br>Mitchell A. Toups<br>**WELLER, GREEN, TOUPS TERRELL, LLP**<br>2615 Calder Ave., Suite 400<br>Beaumont, TX 77702<br><br>James W. Flood, III<br>**FLOOD LAW GROUP, LLP**<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| ***Sumners v. General Motors LLC*** | Lance A. Cooper<br>Patrick A. Dawson<br>**The Cooper Firm**<br>531 Roselane St., Ste. 200<br>Marietta, GA  30060<br><br>Benjamin E. Baker<br>D. Michael Andrews<br>Jere L. Beasley<br>**Beasley Allen Crow Methvin Portis & Miles**<br>P.O. Box 4160<br>218 Commerce Street<br>Montgomery, AL  36103-4160<br><br>Kenneth Ray Bernard, Jr.<br>**Sherrod & Bernard, P.C.**<br>P.O. Box 1154<br>8470 Price Avenue<br>Douglasville, GA  30133-1154<br><br>Blair Pierson Durham<br>**Law Office of Blair P. Durham**<br>404 James Robertson Parkway<br>1714 Parkway Towers<br>Nashville, TN  37219 |
| ***Taylor v. General Motors Company*** | Curtis Bradley Miner<br>**Colson Hicks Eidson**<br>255 Alhambra Circle<br>Coral Gables, FL 33134 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| ***The People of State of CA v. General Motors LLC*** | Steve W. Berman<br>Andrew M. Volk<br>**Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br><br>Mark P. Robinson, Jr.<br>Kevin F. Calcagnie<br>Scot D. Wilson<br>**Robinson Calcagnie Robinson Shapiro Davis, Inc.**<br>19 Corporate Plaza<br>Newport Beach, CA 92660<br><br>**ORANGE COUNTY DISTRICT ATTORNEY**<br>Tony Rackauckas, District Attorney<br>Joseph D'Agostino, Senior Assistant District Attorney<br>401 Civil Center Drive<br>Santa Ana, CA 92701-4575 |
| ***Van Pelt v. General Motors*** | Lance Alan Cooper<br>**Cooper Jones & Cooper**<br>701 Whitlock Avenue, S.W.<br>Building J - Suite 43<br>Marietta, GA 30064<br><br>Patrick Alan Dawson<br>**The Cooper Firm**<br>Suite 200<br>531 Roseland Street<br>Marietta, GA 30060-6970<br><br>Benjamin E. Baker<br>**Beasley Allen Crow Methvin Portis & Miles-AL**<br>P.O. Box 4160<br>218 Commerce Street<br>Montgomery, AL   36103-4160 |

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| *Villa v. General Motors LLC* | Jeanne A. Markey<br>Gary L. Azorsky<br>**Cohen Milstein Sellers & Toll**<br>3 Logan Square<br>1717 Arch Street, Suite 3610<br>Philadelphia, PA 19103<br><br>Andrew N. Friedman<br>Kit A. Pierson<br>**Cohen Milstein Sellers & Toll, PLLC**<br>1100 New York Ave. NW<br>Washington, DC 20005<br><br>Theodore J. Leopold<br>Diana L. Martin<br>**Cohen Milstein Sellers & Toll, PLLC**<br>2925 PGA Blvd., Ste. 200<br>Palm Beach Gardens, FL  33410 |
| *Wilson v. General Motors LLC* | Mark Lanier<br>Eugene Egdorf<br>Ryan D. Ellis<br>**The Lanier Law Frim, P.C.**<br>6810 FM 1960 West<br>Houston, TX 77069 |
| *Witherspoon v. General Motors LLC* | Patrick J. Stueve<br>Todd E. Hilton<br>Bradley T. Wilders<br>Norman Eli Siegel<br>**Stueve Siegel Hanson LLP**<br>460 Nichols Rd Ste 200<br>Kansas City MO  64112<br><br>Don M. Downing<br>**Gray Ritter & Graham**<br>701 Market St Ste 800<br>St. Louis MO  63101 |
| *Woodward v. General Motors LLC* | Daniel A. Edelman<br>Cassandra P. Miller<br>Cathleen M. Combs<br>James O. Latturner<br>**Edelman, Combs, Latturner & Goodwin LLC** |

| CASE | PLAINTIFFS' COUNSEL |
|------|---------------------|
|  | 120 South LaSalle St 18th Floor<br>Chicago IL  60603 |
| *Yagman v. General Motors Company* | Joseph Reichmann<br>Marion R. Yagman<br>**Yagman Yagman and Reichmann**<br>723 Ocean Front Walk<br>Venice, CA 90291 |
| *Yingling v. General Motors LLC* | Victor H. Pribanic<br>**Pribanic & Pribanic, LLC**<br>1735 Lincoln Way<br>White Oak, PA   15131<br><br>Matthew R. Doebler<br>**Pribanic & Pribanic, LLC**<br>513 Court Place<br>Pittsburgh, PA 15219 |