

1 o 2

Honorable Justice Robert Gerber
Attn: Administrator Clerk of Courts                    6/23/2014
Admin: Vito Genna
Hamilton Building
Manhattan, New York

Honorable Justice Gerber,

        I am a defined creditor in the case before the US Supreme Court of Southern New York
case # 09-50026 in which I request a hearing in reference to my Identity.  After careful consideration
is currently not in good standing as related to court ruling to the current restructuring and distribution
chief advocate.  In brief after two corrected E-Mail communications with no further forthcoming and
loss of communications verbal by phone or corrected E-Mail as properly addressed to postmaster of
distribute e some proper (possibly not their fault) considerations were noted after checking with local
police authorities.
        I have approached my local police department of Monmouth, Maine and voiced the accuracy
by records check of my social security number as it reflects to my social security number as it relates
to my active drivers license.  Having changed my name on 9/06/2001 in the State of New Hampshire
my residence upon my Fathers death in case and point Donald J. Keeler estate of as executor was in
upstate New York on 03/04/05.  The death of his 50 plus year spouse Joyce B Keeler subsequent  on
10/15/07 the Estate of Joyce B. Keeler is also before the court a change of Social Security number for
myself was not performed.  I as a personal representative of my father Donald J Keeler prior to his
death I'd married in New Hampshire a native town of Monmouth female Debra J Pinkham currently
my partner and wife of 30 years.  I upon my fathers death returned to Maine reactivating my license
from New York timey in all instances to return to Maine with my wife.  A incident of a head -on car
crash occurred in 2006' which incapacitated me for a time under Doctors care in Maine.
        While Joyce B Keeler frail in health in 2006 was placed in a retirement home.  I'd been under
medical pain from the initial on-set of the first of two head-on crashes in my Township of Monmouth
the second taking place in 2010' after Joyce B Keelers death of 10/15/2007.  During the time till the
second accident I'd notice as well as my wife a price change of medication had occurred at the
pharmacy from a co-pay basis to a medicaid level of payment.  Not being on State aide in payment
requirements due to co-pay status I asked the Doctors office to check with the pharmacy on why the
change and looking closer at the bottle rec'vd.  Another name was present a Richard G Ferrara not my
name Richard A Ferraro.  In recent checking with the local police department last week with Law
enforcement officer Michael Parshall of Monmouth Police Department a date of Birth and social
security was given.  I'd checked the Department of Human Service also before my meeting and a
similar outcome existed.  A Mr. Richard G. Ferrara had a similar birth date of Searsport, Maine.
The state verified that  he was collecting EBT funds with a similar birth date.  My speaking with a state
of  Maine DHS (Dept. of Human Services Worker) asked me for my prior to 2001' name change
name and birth date and social security number to which her response was you have no record in the
system for state aide at this time under Zane W. Keeler DOB 7/11/1957 and have not been on state
EBT services as the other who has your 7/11/1957 birth date and he has been charging medication on
your name of Richard A. Ferraro and Birthdate.  I need to correct this and I need to speak to my
supervisor (went back two weeks later with similar results.  I reported this to my police Department
the next day after the 2nd DHS meeting.
        Last week  being (several months after the Identity problem with the state) my correction was  OK
at the pharmacy level when obtaining prescriptions and has been .    I requested a verification check
with the Police Department in Monmouth as mentioned last week.  Officer Michael Parshalls of
Monmouth Police Department stated that a letter of this observation should be written to the Court due

< OVER >

to my loss of communications on my estate matter before the restructuring court ordered distribution reflecting his name and that he could not introduce to me a copy of the results due to rights of privacy of Richard G Ferrara of Searsport, Maine.

I request audience to the Honorable Justice Robert Gerber of the Supreme court after I'd placed a call to the customer service department of the Supreme Court to which stating the aforementioned
the response "was to request a hearing"  My Drivers License has been affected (clearing this wrong social security number and name) thru Dot (woman in accuracy & integrity division of the State of Maine) after appearing (on a "seat belt violation" in Lisbon Maine, with terms of payment reflecting the wrong person on the court documents for payment ) another case court matter copy enclosed reflecting a legal sheriff served to a violation in my family defense of encroachment filed of "loss of wood" (trees) improper cutting on the Estate of Joyce B Keeler unresolved reflecting the wrong name. A second matter before the District court with difficulties in name.

As advised by the Customer Service center and the continued misnaming of by Weil LLC company correspondent attn: David Griffiths of the same firm of incorrect Richard Ferrara with letters sent to David Griffiths and postmaster copy enclosed of Weil LLC as noted at the footer of the communications not to accept only to intended proper recipient was not correct as sent. I'd mentioned this was not acceptable. All communications have stopped.  This may not be their fault because officer Michael Parcell says the federal computer and local computer being different
the drivers license look-up method from New York would reflect the Drivers License error. I thus respect the interests of the Weil LLC restructuring Attorneys in representing me properly without distribution to the proper intended client before the court which the "mismatch of good standing" before the court is sought. I wish to request a hearing before the honorable Justice and Weil LLC to properly correction this important matter of my family's multiple estate properly defined by the court of representation of my name.  I maybe contacted for a future appointment to appear formally before the court additional to 2 others before the Honorable Justice Robert Gerber  in 2009, 2010 respectively.

I am open & available in writing at 625 Wilson Pond Road N Monmouth Maine 04265-6117 legal address for my deceased parents to which their home has been awarded by the Honorable Justice James Mitchell of Kennebec County Court as executor to the Estate of Donald J & Joyce B. Keeler of same address.  Telephone number 207 242-5364 Richard   207 931-5130 Debra J Keeler wife.


Respectfully,

Richard A  Ferraro
625 Wilson Pond Road
North Monmouth Maine 04265-6117


footnote:  With respect the request of Mr Vito Genna of the court in regards to Pacer problems and communications problems with the Pacer system I have made formal complaint to the ISP internet service provider Time Warner and the security staff is according to the service divison working on this problem.  In regards to securing a Attorney for the case 09-50026 joint I have entertained (copys enclosed two firms with results outlined)  respectively all from New York.  A third with formal meeting in upstate New York, Saratoga County, Honorable Justice John Cromie to which a face to face meeting within the last two weeks has been performed.  As far as GM in mention as well as unresolved estate (real property) he is in consult at this time on Matters of New York property Joyce's father, grandfather, Donald also under consideration.  Told to continue venue on GM when asked.

# THOMPSON BOWIE, LLP
## —— COUNSELORS AT LAW ——

Edward R. Benjamin, Jr.
Hillary J. Bouchard ×
James M. Bowie
Paul C. Catsos ^ ×
Jason P. Donovan
Rebecca H. Farnum
Mark V. Franco ^
Dale L. Gavin ×
Sarah Yantakosol Gayer .
Robert C. Hatch
Thomas P. Marczak
Daniel R. Mawhinney *
Cathy S. Roberts ×
Michael E. Saucier ^
Rosie M. Williams

Of Counsel
Leonard W. Langer
Elizabeth Knox Peck
Roy E. Thompson, Jr.

Also Admitted in:
^ New Hampshire
× Massachusetts
* Missouri

August 14, 2013

Michele Lumbert, Clerk
Maine District Court – Small Claims Division
145 State Street
Augusta, ME  04330-7495

Re:   **Estate of Joyce Keeler (Richard Ferrara, Executor) v. Town of Monmouth**

Dear Michele:

Enclosed please find Defendant Town of Monmouth's Motion to Dismiss for filing in the above-referenced matter.  Also enclosed is a proposed Order.

Thank you for your assistance.

Sincerely yours,

Edward R. Benjamin, Jr.

ERB:cam

Enclosures

cc:   Mr. Richard Ferrara
      Curtis H. Lunt, Town Manager
      Peter C. Tanous, MMA, Claim No.214P3321

PR Certificate
(Rev. 2/27/04)

# STATE OF MAINE

Docket <u>2007-0661</u>

<u>KENNEBEC</u>, ss.                    REGISTRY OF PROBATE

I, Kathleen Grant Ayers, Register of the Probate Court for said County of Kennebec, hereby certify, that on the 27th day of November, 2007.

Richard A. Ferraro of No. Monmouth, ME, was duly appointed Personal Representative of the estate of Joyce Bentley Keeler late of North Monmouth, ME, without bond, according to law.

I also certify that it appears by the records and files of said Court that said appointment is still in full force and effect.

In Witness Whereof I have hereunto set my hand and affixed the Official Seal of said Court, this 10th day of June, 2014.

_____ Register



**NEW YORK STATE DEPARTMENT OF HEALTH**
OFFICE OF VITAL STATISTICS
**ALBANY**

# CERTIFICATE OF BIRTH REGISTRATION

*This is to certify that a birth certificate has been filed for*

Zane Wilbert Keeler

Born on *July 11, 1957*, at *Niskayuna*, N.Y.
(City, Village, Town)

Son
~~Daughter~~ of *Donald John Keeler* and
(name of father)

*Joyce Prudence Bentley*
(maiden name of mother)

*Mamie E. Gunn*
LOCAL REGISTRAR

Date Filed *7-13-57*

*Niskayuna*
ADDRESS

THIS CERTIFICATE IS EVIDENCE OF AGE, PARENTAGE AND PLACE OF BIRTH AND SHOULD BE CAREFULLY PRESERVED
Ask the physician or clinic to fill in the spaces below when the child is immunized.

| | Date | Physician or clinic |
|---|---|---|
| Immunized against smallpox | 1959 | H.W. Smith |
| Immunized against diphtheria | Oct, Nov, Dec 1957 | Wm Watson Smith, M.D. |
| Immunized against tetanus | Oct, Nov, Dec 1957 | Wm Watson Smith, M.D. |
| Immunized against poliomyelitis (3 shots) | 1958 – 1959 | Watson Smith, M.D. |
| Immunized against pertussis | Oct, Nov, Dec 1957 | Wm Watson Smith, M.D. |

*(OVER)*









legal Name change
Same SS#

Zane "means" JOHN IN BABY BOOK.

# THE STATE OF NEW HAMPSHIRE

**HILLSBOROUGH COUNTY**                    **PROBATE COURT**

IN RE: ZANE W. KEELER

DOCKET NUMBER: 2001-1516

## CERTIFICATE OF CHANGE OF NAME

At a probate court held in this county on September 5, 2001, the name of Zane W. Keeler, born July 11, 1957 in Niskayuna, New York, was changed to Richard Alvin Ferraro.

This document, when signed by the Register of Probate under seal, certifies that this change did occur as stated above.

Date:  September 5, 2001

Robert Rivard
Register of Probate

NOT VALID WITHOUT
PROBATE COURT SEAL

Richard A. Ferraro

4/24/2014
Richard A. Ferraro appeared
before me April 24, 2014

PRD1025 (10/98)

WESLEY T. LITTLEFIELD
Notary Public, Maine
My Commission Expires January 6, 2016



**HAHN & HESSEN**

Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

June 20, 2014
Via Certified Mail
Via E-mail

Joshua I. Divack
212.478.7340
jdivack@hahnhessen.com

Mr. Richard A. Ferraro
625 Wilson Pond Road
North Monmouth, ME  04265-6117

Re:    Motors Liquidation Company, f/k/a General Motors Corporation, et al.
        (collectively, "GM")

Dear Mr. Ferraro:

Thank you for contacting me and my colleague Ms. Sarah Gryll over the last two weeks
with respect to your possible retention of Hahn & Hessen LLP as attorneys-at-law to
represent you, and/or certain trusts, estates, entities, and/or individuals for which you
may be trustee, executor, administrator, or other legal representative (collectively, the
"Ferraro Parties"), with respect to claims against and interests in GM and GM's
bankruptcy estate.

I have considered our telephone conversation of June 19, 2014 (at which Ms. Gryll was
present) and have concluded that it will not be possible for Hahn & Hessen LLP as
attorneys-at-law to represent the Ferraro Parties with respect to GM and GM's estate.
Accordingly, this letter shall memorialize that Hahn & Hessen LLP has declined such
legal representation and that Hahn & Hessen LLP has not entered into an attorney-client
relationship with the Ferraro Parties with respect to GM or otherwise.

Best regards,

Joshua I. Divack
Partner

Subject: Re: GM client support of US Bankrupsy of Family estate.

From: Sidbaumgarten@aol.com (Sidbaumgarten@aol.com)

To: freeflight2011@yahoo.com;

Date: Tuesday, May 20, 2014 2:06 PM


Richard,
I appreciate your follow-up and the information provided in this email.
Shortly after you were here I was retained to defend a major criminal case and regret that I will not
have the time to handle your matters.

I wish you well.

SB

*Sidney Baumgarten*
*Attorney at Law*
*Counsel to Garson & Jakub, LLP*
*14 Wall St. Ste. 6B*
*New York NY 10005*
*646-863-8977*
*sidbaumgarten@aol.com*

**In a message dated 5/20/2014 1:59:52 P.M. Eastern Daylight Time, freeflight2011@yahoo.com**
**writes:**

**Dear Sid,**
   **I am writing following up with a landline call this morning further iterating**
**that I'd forwarded before the June 1st 2014 change of Chapter 11**
**cases 4 with my deceased parents registered distribution noted on Pacer. It**
**was a pleasure to speak with you inregards to these matters of family long**
**term GM activities as Stock & Bond holders of my grandfather, grandmother**
**of upstate New York.   As a show cause order attendance of my deceased**
**Uncle Holman N Keeler a broker of JS Bache & Co. & Bache under recent 1990**
**Morrow & Company GM holdings I understand that distribution has occurred**
**with the organization restructuring. I have forwarded funds requested by the**
**Motors Liquidation court US 1 Bowling Green by signature mailing to further**
**personnel on case review for assignment of case entry. Madam clerk Blum**
**who initially introduced the court filing matter to me in two separate**
**Honorable Justice Gerber in sessions in active court creditor / debtor**
**meetings at 1 Bowling Green. I have attained a pro-se approach and now with**
**your introduction possible acceptance with retainer of $5,000.00 US I am**
**willing to attain this to meet your professional legal services to entertain the**
**Court with these on going matters. Please accept this letter of intent upon**
**receipt of the monies to further clearify my sending and review of paperwork**
**initially submitted as requested by the court.   I am the executor of Joyce**
**Bentley Keeler exeutrix NY ancillary/ Maine. I prior POA of my Father Donald**

*John Keeler both of upstate New York Retired in Maine & snowbird status in Florida.  My grandfather of notable mention was a Wall street broker in the 1910 - 1947 active with JS Bache with address in NY city office, Chicago, and London for the company and remained so only with the firm.  I look forward to your ability to review banking practices of Chase JP Morgan, Bank of NY NY, Bank of New York, Chicago.  as well as many others of family holding companies yet of mention.   I am further this week sending to reopen Holman & Donald & Thelma aunt estate in upper NY in Saratoga for fiduciary status on Donald (real property yet accounted for)  I rec'vd. total case files last week from NY atty. Kevin Caslin real estate only atty. for Joyce . I look forward to expiditing ASAP the requested retainer to your New York location.  pleasures mine.*

*Best regards,*

*Richard A Ferraro*
*207 330-9340*
*207 931-5130 (wife Debra J Keeler)*

# John C. Mannix, Jr.

ATTORNEY AT LAW
198 Church Street
Saratoga Springs, New York 12866
(518) 581-9615

May 4, 2012

Richard A. Ferraro
624 Wilson Pond Road
N. Monmouth, Me 04265

re: Legal representation

Dear Mr. Ferraro:

This will confirm that we met at my office today to discuss several intricate estate matters. Previously you had supplied certain documentation to me for my review.

After reviewing your goals in seeking my assistance, I determined that I would be unable to assist you. You should not take this declination of representation as a comment on the merit, or lack of merit, of your case. I have made no investigation into the merits of your claim other than undertaking a limited review of the documents which you shared with me. I am not expressing an opinion as to whether you have a viable or valuable position to defend or pursue. It is not clear to me if you are subject to any upcoming time deadlines.

You should however take steps immediately to contact another attorney to preserve whatever rights you may have. I have sent you an email with two attorneys names who are located in the Albany area.

Thank you for considering me.

Very truly yours,

John C. Mannix, Jr.

JCM/apl

# STATE OF MAINE

---

KENNEBEC _____, ss.                    REGISTRY OF PROBATE

    I, ____Kathleen G. Ayers_____, Register of the Probate Court for said County, having by law, the custody of the seal and all the records, books, documents, and papers of, or appertaining to said Court, hereby certify the papers ____ hereto annexed to be _____ true copy copies of _____ papers _____ appertaining to said Court, on file and of record in the Probate Office of said County, to wit: __Viz:_____

____ Exemplification _____

____ Application for Informal Probate of Will & Appointment of Personal

____ Repensentative; _____

____ Acceptance of Appointment; _____

____ Findings and Acts of the Register; _____

____ Certificate and Abstract; _____

____ Affidavit of Service by Publication; _____

____ Last Will and Testament of Joyce B. Keeler; and _____

____ Certificate of Appointment. _____

_____

_____

    In Witness Whereof I have hereunto set my hand and affixed the Official Seal of said Court, this __eighteenth_____ day of __August_____ in the year of our Lord __two_____ thousand nine _____

_____ Register

**CERTIFIED COPY**

Form B

**Subject:** Motors Liquidation Company – Message for Richard Ferrara

**From:** Griffiths, David (David.Griffiths@weil.com)

**To:** Freeflight2011@yahoo.com;

**Date:** Friday, March 28, 2014 7:01 PM

Dear Richard,

Thank you for your time by telephone earlier. If you would like to discuss your claim(s) in the Motors Liquidation Company chapter 11 cases further, please call me at the number below at your convenience. Have a good week-end.

Best regards,

Dave.



**David N. Griffiths**

Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.griffiths@weil.com
+1 212 310 8729 Direct
+1 718 715 5035 Mobile

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

3/31/2014 10:15 AM

5364

| | |
|---|---|
| **Subject:** | Motors Liquidation Company – Message for Richard Ferraro |
| **From:** | Griffiths, David (David.Griffiths@weil.com) |
| **To:** | Freeflight2011@yahoo.com; |
| **Date:** | Thursday, April 3, 2014 3:58 PM |

Dear Richard,

Thank you for your time by telephone earlier. If you would like to discuss your claim(s) in the Motors Liquidation Company chapter 11 cases further, please call me at the number below at your convenience. Have a good week-end.

Best regards,

Dave.

**Weil**

David N. Griffiths

Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.griffiths@weil.com
+1 212 310 8729 Direct
+1 718 715 5035 Mobile

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

| | |
|---|---|
| **Subject:** | PACER Request |
| **From:** | pacer@psc.uscourts.gov (pacer@psc.uscourts.gov) |
| **To:** | freeflight_2010@yahoo.com; |
| **Date:** | Friday, May 9, 2014 12:45 PM |

Your password request for PACER account ej1040 was received.  You may retrieve your password
from the PACER Service Center web site using the following link on or before 05/24/2014. Once the
password has been reset, please allow 1 hour before using. Either click the link or copy the entire link
(it may appear on multiple lines) and paste it into your browser.

   https://www.pacer.gov/psco/cgi-bin/retrpass.pl?id=ej1040VzcEAlz700lklvwgFXqwBQ

If you are an AOL user click <A href='https://www.pacer.gov/psco/cgi-
bin/retrpass.pl?id=ej1040VzcEAlz700lklvwgFXqwBQ'>here</A>.

You will be required to enter the Security Question/Answer and Date of Birth information on file with
the PACER Service Center to retrieve your password.

There is a charge for accessing case information in PACER and CM/ECF.  Access to PACER systems
will generate a $.10 per page charge.

If you have questions, please contact the PACER Service Center at 800-676-6856 or by email at
pacer@psc.uscourts.gov.  The PACER Service Center hours of operation are Monday through Friday
8:00 AM to 6:00 PM CT.

EDWARD C. TOOLE, JR., ESQ.
Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia,PA 19103-2799

EDWARD S. DONINI, ESQ.
P.O.BOX 605
NEW SMYRNA BCH, FL 32170-0605

ELIAS GROUP, LLP
DAN ELIAS
411 THEODORE FREMD AVENUE, SUITE 102
RYE, NY 10580-1410

ELLIS & WINTERS LLP
ATTN: GEORGE F. SANDERSON III
P.O. BOX 33550
RALEIGH, NC 27636-3550

EMC Corporation
c/o Halperin Battagalia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022-3408
Attn: Christopher Battaglia, Esq.

EQUITABLE GAS BANKRUPTCY DEPARTMENT
ATTN: JUDY GAWLOWSKI
200 ALLEGHENY CENTER MALL
PITTSBURGH, PA 15212-5339

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.
ATTN: DAVID M. EISENBERG, ESQ.
4000 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034

ETHAN D. GANC, ESQ.
LAW OFFICE OF ETHAN GANC
109 W. 26TH STREET, SUITE 4A
NEW YORK, NY 10001-6821

Eamonn O'Hagan
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1618

Eaton Corporation
1111 Superior Avenue
Cleveland, OH 44114-2507

Edscha Roof Systems Mexico SA de CV
622 Bay Pointe Drive
Oxford, MI 48371-5151

Edward S. Weisfelner
Brown Rudnick LLP
7 Times Square, 47th Floor
New York, NY 10036-6536

Elihu Inselbuch
Rita C. Tobin
375 Park Avenue, 35th Floor
New York, NY 10152-0002

Elihu Inselbuch, Esq.
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, NY 10022-7619

Environ International Corporation
214 Carnegie Center
Princeton, NJ 08540-6237

Eric A. Boden, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005-1124

Eric A. Boden, Esquire
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101

Eric A. Schaffer, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1808

Estate of Joyce Bentley Keeler Donald J. Kee
625 Wilson pd rd
North Monmouth, ME 04265-6117

Etkin Management Serivces, Inc.
c/o Erman Teicher Miller Zucker & Freedm
Earle I. Erman, Esq.
400 Galleria Officentre, Suite 444
Southfield, MI 48034-2162

Etkin Management Services, Inc.
29100 Northwestern Hwy, Ste 200
Southfield, MI 48034-1022

Etkin Management Services, Inc.
c/o Dianne S. Ruhlandt
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre, Ste. 444
Southfield, MI 48034-2162

Etkin Management Services, Inc.
c/o Erman Teicher Miller Zucker Freedman
Earle I. Erman
400 Galleria Officentre, Ste. 444
Southfield, MI 48034-2162

Etkin Management Services, Inc.
c/o Erman, Teicher, et al
400 Galleria Officentre, Ste. 444
Southfield, MI 48034-2162

Evgeny Freidman
c/o Charles Dorkey III
McKenna Long & Aldridge LLP
230 Park Avenue, Suite 1700
New York, NY 10169-0005

FOLEY & LARDNER LLP
FRANK W. DICASTRI
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489

FOX ROTHSCHILD LLP
100 PARK AVENUE, SUITER 1500
NEW YORK, NY 10017-5516
ATTN: FRED STEVENS

FRANK W. DICASTRI
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5302

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI 48933-1736
G. ALAN WALLACE

FREDERICK PERILLO
PREVIANT GOLDBERG UELMEN
GRATZ MILLER & BRUEGGEMAN, SC
1555 N. RIVERCENTER DRIVE, SUITE 202
PO BOX 12993
MILWAUKEE, WI 53212-0993

Falcon Transport Co.
c/o Timothy M. Reardon, Esq.
Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, OH 44503-1423

Federal Express Corporation
3620 Hacks Cross Road
Bldg B--3rd Floor
Memphis, TN 38125-8800

Ferguson Enterprises, Inc.
12500 Jefferson Avenue
Newport News, VA 23602-4314

Ferrous Processing and Trading Company
c/o Schwartz, Lichtenberg LLP
420 Lexington Avenue, Suite 2400
New York, New York 10170-2499

Feuer Powertrain GmbH & Co. KG
c/o Silverman & Morris, P.L.L.C.
Attn: Geoffrey L. Silverman/Karin F. Ave
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322-3657

Finkelstein, Blankinship
Frei-Pearson & Garber, LLP
D. Greg Blankinship
1311 Mamaroneck Avenue
White Plain, NY 10605-5221

Florida Department of Revenue
OGC Bankruptcy Section - Frederick Rudzi
Post Office Box 6668
Tallahassee, Florida  32314-6668

Flowserve Corporation f/k/a The Durion Compa
c/o S. Jason Teele, Esquire
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10020-1104

Forrest Auto Park
c/o Jeffrey S. Davis
1422 Berry Drive
Cleburne, Texas 76033-6925

Forrest Auto Park
c/o Jeffrey S. Davis
Attorney at Law
1422 Berry Drive
Cleburne, Texas 76033-6925

Forrest Chevrolet-Cadillac, Inc.
2400 North Main Street
Cleburne, Texas 76033-5016

Forrest Pontiac-Buick GMC Trucks, Inc.
2400 North Main Street
Cleburne, Texas 76033-5016

Forrest Pontiac-Buick-GMC Trucks, Inc.
2400 North Main
Cleburne, Texas 76033-5016

Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, New York 10017-5551
Attn: Fred Stevens

Frederick A. Berg, ESq.
Kotz, Sangster, Wysocki and Berg, P.C.
400 Renaissance Center, Suite 3400
Detroit, MI 48243-1618

G-Tech Professional Staffing, Inc.
c/o David A. Lerner, Esq.
38505 Woodward Avenue - Suite 2000
Bloomfield Hills, MI 48304-5096

G. ALAN WALLACE
FRASER TREBILCOCK DAVIS
& DUNLAP, P.C.
124 WEST ALLEGAN ST, SUITE 1000
LANSING, MI 48933-1716

G. Christopher Meyer
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

GAY D. PELZER
DEPUTY GENERAL COUNSEL
THE UNIVERSITY OF IOWA
120 JESSUP HALL
IOWA CITY, IA 52242-1316

GERBER & GERBER PLLC
ETHAN B. GERBER
26 COURT STREET, SUITE 1405
BROOKLYN, NY 11242-1114

GHSP, Inc.
Attn: Ron Wallish
1250 South Beechtree St.
Grand Haven, MI 49417-2840

GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5321
ATTN: DAVID N. CRAPO, ESQ.

GODDARD CONTRACTORS INC
PO BOX 154
RED OAK, TX 75154-0154

GORDON Z. NOVOD
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2714

GREENBURG TRAURIG LLP
200 PARK AVENYE
NEW YORK, NY 10166-0005
BRUCE R. ZIRINKSKY, ESQ.

Gaines County Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

Galveston County
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064

Gene Latta Buick, Inc.
Attn Clayton W. Davidson
McNees Wallace & Nurick LLC
Harrisburg, PA  17108

General Motors Corporation., et al.,
625 Wilson pond road
Estate of Donald J. Keeler  Richard A Fe
North Monmouth, ME 04265-6117

Gestamp Alabama, LLC
c/o Burr & Forman LLP
Jennifer Kimble
420 N 20th St., Ste 3400
Birmingham, AL 35203-5210

Executive Resolution Team | East Region

Time Warner Cable Business Class
13840 Ballantyne Corporate Place, Ste 500| Charlotte, NC 28277

(704) 206-4072 (o) | (704) 973-6265 (f)

www.twcbc.com


TIME WARNER CABLE
**Business Class®**

Register & Manage Your Account: My Account

Connect with TWCBC: 🖼️🖼️🖼️🖼️

*For assistance with billing, service or technical support, please call 877-892-2220 so that we may address your need immediately.*

**From:** Birchmore, Christopher
**Sent:** Monday, December 09, 2013 12:24 PM
**To:** freeflight2015@yahoo.com
**Cc:** Birchmore, Christopher
**Subject:** Richard Ferraro- FCC

Good Afternoon Mr. Ferraro,

I contacted you this morning regarding your formal complaint with the FCC. The details of your complaint are somewhat unclear to me. It appears a connection, belonging to the Town of Monmouth, has been compromised. As a result, your work was shared with unnecessary parties. Is this correct?

I've located your accounts that we discussed, and noticed a note of your request to install Business Class services at your home. I want to make sure we help you in the best way possible. Please let me know what it is you are looking for as a resolution.

Thank you.

**Chris Birchmore**

Executive Resolution Team | East Region

Time Warner Cable Business Class
13840 Ballantyne Corporate Place, Ste 500| Charlotte, NC 28277

(704) 206-4072 (o) | (704) 973-6265 (f)

www.twcbc.com



Register & Manage Your Account: My Account

Connect with TWCBC:

*For assistance with billing, service or technical support, please call 877-892-2220 so that we may address your need immediately.*

---

This E-mail and any of its attachments may contain Time Warner Cable proprietary information, which is privileged, confidential, or subject to copyright belonging to Time Warner Cable. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout.

**From:** Birchmore, Christopher
**Sent:** Tuesday, December 10, 2013 11:03 AM
**To:** freeflight2015@yahoo.com
**Cc:** Birchmore, Christopher
**Subject:** RE: Richard Ferraro- FCC

Good Morning Mr. Ferraro,

I have received your voicemail. Thank you for the clarification.

From the verbal description you've provided:

- it seems your business has been compromised by unauthorized parties via the connection that belongs to the Town of Monmouth.
- Your identity was stolen.
- The Town of Monmouth has been "violating" you for many years.
- Complaints were made previously to Adelphia.

Am I correct to conclude that someone stole your identity and hacked your business while using an internet connection that belongs to the Town of Monmouth?

What continues to be unclear is your desired resolution. It appears you have taken legal action, which I assume is to prosecute those responsible.

Please tell me what Time Warner Cable may do to assist here.

Thank you.

**Chris Birchmore**

**Subject:**    RE: Richard Ferraro- FCC

**From:**    Birchmore, Christopher (christopher.birchmore@twcable.com)

**To:**    freeflight2015@yahoo.com;

**Cc:**    christopher.birchmore@twcable.com;

**Date:**    Tuesday, December 10, 2013 2:29 PM

Good Afternoon Richard,

I've just spoken with our Security and Abuse Team. We are eager to assist in any way that we can. We will need the IP addresses, dates, and times, of the "hack" if you have them available. Please let me know if you have any questions.

Thank you.

**Chris Birchmore**

Executive Resolution Team | East Region

Time Warner Cable Business Class
13840 Ballantyne Corporate Place, Ste 500| Charlotte, NC 28277

(704) 206-4072 (o) | (704) 973-6265 (f)

www.twcbc.com



TIME WARNER CABLE
**Business Class**®

Register & Manage Your Account: My Account

Connect with TWCBC:

*For assistance with billing, service or technical support, please call 877-892-2220 so that we may address your need immediately.*



**SCHENECTADY  COUNTY SURROGATE'S COURT**
612 State Street
Schenectady, NY 12305-2113
(518)285-8455  Fax: (518)377-6378

December 17, 2009

## Court Appearance Notice

File Name:        Holman N Keeler

File #:            2009-511

Please take notice that the above entitled matter has been scheduled for a court appearance on January 5, 2010 at 10:00 am, for MR. FERRARO'S APPEARANCE WITH COUNSEL.  ALSO, UPON RETAINING AN ATTORNEY MR. FERRARO IS INSTRUCTED TO HAVE HIM/HER CONTACT MR. VAN VRANKEN .  Please arrange to be present at this time.

*Marcia A Tress*

PAULA B. MILLER
Chief Clerk

---

**Parties Notified**

Richard A Ferraro, 625 Wilson Pond Road  North Monmouth,  NY 04265

**Attorneys Notified**

Van Vranken Law Office Robert E Van Vranken Esq 227-229 Kingsley Road   Burnt Hills NY 12027

United States Bankruptcy Court Southern District of New York

**STOP!** A Claims Agent has been retained in this case. The Court's CM/ECF system is not being used to maintain the claims filed on its claims register.

Please file your claim with [Claims Agent: GCG, Inc. Claims Agent ]

Claims agent contact information can also be found on the notice sent by the Debtor regarding the last date to file proofs of claims or on the court's docket. For instructions concerning the filing of a proof of claim in this case, please consult the notice or contact the claims agent.

| | |
|---|---|
| Debtor  ** | **Motors Liquidation Company** |
| Case Number | **09-50026** |

| | |
|---|---|
| Name of Creditor | Estate of Donald J.Keeler Richard  Ferraro exec. |
| Address where notices should be sent | 625 Wilson Pond Road |

| | |
|---|---|
| *(City, State, Zip)* | N Monmouth                                    , ME   04265    – 6117 |
| Telephone Number: | 207 242-5364 |
| Email: | freeflight2015@yahoo.com |

☐ Payment Address differs from Notice Address

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
Filed on:     , 2010

☑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

*JANE RICHARDS*

1. **Amount of Claim as of Date Case Filed:** 0.00

   If all or part of your claim is secured. complete item 4 below; however. if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete item 5.

   ☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

   If you have entered a claim amount of $0. the claim amount is unknown, or the claim is unliquidated, please enter a brief explanation.

   Comment:  estate of Wilbert R. Keeler grandfather J.S Ba

2. **Basis for Claim:** lost bonds secured probate *(See instruction #2)*

**3.** **Last four digits of any number by which creditor identifies debtor:** 6006

3a. Debtor may have scheduled account as: GCG  Inc    Weil LLC        *(See instruction #3a)*

3b. Uniform Claim Indentifier (optional): Morrow & Associates, Tx.    *(See instruction #3b)*

---

**4.** **Secured Claim** *(See instruction #4)*

Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☑ Motor Vehicle ☐ Other
Describe: BK-33 NY Registration of Grandfather MV

Value of Property: $ 0.00

Annual Interest Rate:        %  ☐ Fixed or  ☐ Variable

Amount of arrearage and other charges <u>as of time case filed</u> included in secured claim,
if any: $ 0.00

Basis for perfection: in probate 4th distribee

**Amount of Secured Claim:** $ 0.00

---

**5.** **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a): $**        ⁻

If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475),* earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(        ).

  * *Amounts are subject to adjustment on 4 01 16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

---

**6.** **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. *(See instruction #6)*

---

**7.** **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:
show cause tor Holman N. Keeler 4th probate Schenectady & non-Troy court intera

---

**Attachments:**

• Necessary documentation can be attached to the Proof of Claim after the information for the form is submitted.

• Attachments to the Proof of Claim are required to be PDF files.

- Attachments to the Proof of Claim are NOT to exceed 20 Mb in size.

- Multiple attachments to the Proof of Claim are permitted.

- Do not upload a completed Proof of Claim form as an attachment to this filing. Attaching a completed Proof of Claim will result in multiple versions of the form being filed (the electronically created proof of claim form plus the proof of claim attached). If filing an Amended Proof of Claim, the attachment of the previously filed claim is allowed.

**Do you wish to attach supporting documentation?** ⩗ Yes  ∘ No

## 8. Signature *(See instruction #8)*

Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Signature* Richard Alvin Ferraro                     *Print name (required)

Title       executor Donald J Keeler  re-open requested Troy

Company   Delphi - GM - Motors

☐ Address and telephone number (if different from notice address above):  _

**3341**   3341                    Enter Verification Code (code is all numbers)

Submit Claim    Clear Form    ** Verify debtor name(s) prior to submitting claim to be filed.

*Penalty for presenting fraudulent claim:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both.**
18 U.S.C. §§ 152 and 3571.    -

# PROBATE DOCKET - CUMBERLAND COUNTY IN THE STATE OF MAINE

**05/13/1971**

DATE OF FILING :

PETITONF OR ADMINISTRATION

**69405**

**Docket Number**

## THE ESTATE OF MARION RICHARDS

DATE OF DEATH: **05/16/1969**
LATE OF FALMOUTH, ME

| DATE | DOCKET ENTRIES |
|------|---------------|
| 05/13/1971 | Petition for Administration |
| 05/13/1971 | Administrator's Bond |

STATE OF MAINE, COUNTY OF CUMBERLAND SS.:
REGISTRY OF PROBATE & PROBATE COURT

A TRUE COPY

Attest: *John B. O'Brien*

Register of Probate

**No claims found for this case using selection criteria entered.**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/03/2014 10:26:16 | | | |
| **PACER Login:** | ej1040 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 09-50026-reg Creditor Type: cr CreditorName: estate of Joyce B Keeler Filed or Entered From: 6/2/2014 Filed or Entered To: 6/3/2014 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |