UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re                                                  :    Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*              :
                                                       :
                  Debtors.          :    (Jointly Administered)
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2014, I caused a Stipulation and Order, Doc. No. 12841, and a Supplemental Notice of Objection to Proposed Order, Doc. No. 12828, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: August 14, 2014

                                                     /s/ Gary Peller
                                                     Gary Peller
                                                     600 New Jersey Avenue, NW
                                                     Washington, DC, 20001
                                                     (202) 662 9122
                                                     peller@law.georgetown.edu
                                                     Attorney for Plaintiffs