UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Gary Peller
Counsel for Plaintiffs
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 662-9122 (voice)
(202) 662-9680 (facsimile)
peller@law.georgetown.edu

---------------------------------------------------------------X
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*          :
                                                   :
                    Debtors.                       :    (Jointly Administered)
---------------------------------------------------------------x
---------------------------------------------------------------x
ISHMAIL SESAY, *et al.*,                           :
                                                   :
                    Plaintiffs,                    :    Case No. 1:14-cv-06018 (JMF)
     v.                                            :    1:14-md-02543 (JMF)
                                                   :
General Motors LLC, *et al.*,                      :
                                                   :
                    Defendants.                    :
---------------------------------------------------------------x

---------------------------------------------------------------x
IN RE:                                             :
GENERAL MOTORS LLC IGNITION                        :
SWITCH LITIGATION                                  :    Case No. 14-MD-2543 (JMF)
---------------------------------------------------------------x

---------------------------------------------------------------x
LAWRENCE AND CELESTINE ELLIOTT et al
     Plaintiffs,
v.
                                                        Case No. 14-cv-00691 (KBJ)

GENERAL MOTORS LLC, et al
     Defendants.
---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

I, GARY PELLER, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Ismail Sesay, Joanne Yearwood, Lawrence Elliott, Celestine Elliott, Berenice Summerville, and any others who may join their actions as plaintiffs, in the contested matters and lawsuits.

I certify that I am a member in good standing of the bar in the State of Maryland, and I have been admitted to practice to represent the Ishmail Sesay and Joanne Yearwood in the coordinated proceedings before the Honorable Judge Jesse M. Furman of the United States District Court for the Southern District of New York.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: August 15, 2014

Respectfully submitted,

*/s/ Gary Peller*
Washington, D.C.


Gary Peller
Counsel for Plaintiffs
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 662-9122 (voice)
(202) 662-9680 (facsimile)
peller@law.georgetown.edu