UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Gary Peller
Counsel for Plaintiffs
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 662-9122 (voice)
(202) 662-9680 (facsimile)
peller@law.georgetown.edu

---------------------------------------------------------------X
In re                                                          :    Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                       :
                                                               :
               Debtors.                            :    (Jointly Administered)
---------------------------------------------------------------x
---------------------------------------------------------------x
ISHMAIL SESAY, *et al.*,                                       :
                                                               :
               Plaintiffs,                         :    Case No. 1:14-cv-06018 (JMF)
  v.                                                           :
                                                               :
General Motors LLC, *et al.*,                                  :
                                                               :
               Defendants.                         :
---------------------------------------------------------------x

---------------------------------------------------------------x
IN RE:                                                         :
GENERAL MOTORS LLC IGNITION                                    :
SWITCH LITIGATION                                              :    Case No. 14-MD-2543 (JMF)
---------------------------------------------------------------x

---------------------------------------------------------------x
LAWRENCE AND CELESTINE ELLIOTT et al
    Plaintiffs,
v.
                                               Case No. 14-cv-00691 (KBJ)

GENERAL MOTORS LLC, et al
    Defendants.
---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of GARY PELLER, to be admitted, *pro hac vice*, to represent Ismail Sesay, Joanne Yearwood, Lawrence Elliott, Celestine Elliott, Berenice Summerville, and any others who may join their actions as plaintiffs, in the contested matters and lawsuits, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Maryland, it is hereby

ORDERED, that Gary Peller, Esq., is admitted to practice, *pro hac vice*, in the above referenced contested matters and lawsuits to represent the parties identified above in the United States Bankruptcy court for the Southern District of New York, provided that the filing fee has ben paid.

Dated: _____    _____
New York, New York                UNITED STATES BANKRUPTCY JUDGE