KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|         f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                               Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**AMENDED[1] NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 18, 2014 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

1. Threshold Issues Letters, filed pursuant to the Supplemental Scheduling Order, Dated July 11, 2014.

---

[1] Items in bold denote additions to the agenda.

23444349v1

    A. Letter to Honorable Robert E. Gerber regarding Threshold Issues, filed by Jonathan L. Flaxer on behalf of Groman, et al. Plaintiffs **(ECF 12825)**.

    B. Letter to Honorable Robert E. Gerber Pursuant to July 11, 2014 Supplemental Scheduling Order, Regarding Agreed Upon and Disputed Stipulations of Fact, filed by Arthur J. Steinberg on behalf of General Motors LLC **(ECF 12827)**.

    C. Letter to Honorable Robert E. Gerber regarding Response to General Motors' Letter (ECF 12827), filed by Jonathan L. Flaxer on behalf of Groman, et al. Plaintiffs **(ECF 12840)**.

    D. Letter to Honorable Robert E. Gerber Responding to Groman Plaintiffs' Letters, Dated August 8 and 13, 2014 Regarding Threshold Issues, filed by Arthur J. Steinberg on behalf of General Motors LLC **(ECF 12848).**

    E. Letter to Honorable Robert E. Gerber Responding to GM's Threshold Issues Letter, Dated August 15, 2014 and Groman Plaintiffs' Letters, Dated August 8 and 13 2014 Regarding Threshold Issues, filed by Peter D'Apice on behalf of Plaintiffs **(ECF 12854)**.

    F. **Letter to the Honorable Robert E. Gerber Responding to Threshold Issues Letters, filed by Daniel H. Golden on behalf of Akin Gump Strauss Hauer & Feld LLP (ECF 12856).**

    Status:    This matter is going forward.

## II. **CONFERENCES**

1. Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce the Sale Order And Injunction ("Motion to Enforce"), filed by General Motors LLC **(ECF 12620, 12621)**.[2]

Additional Documents:

    A. Scheduling Order Signed on May 16, 2014 Regarding (I) Motion to Enforce (II) Objection Filed By Certain Plaintiffs in Respect Thereto, and (III) Adversary Proceeding No. 14-01929 **(ECF 12697)**.

---

[2] Numerous letters and other documents were filed in connection with previous conferences with the Court held on May 2, 2014 and July 2, 2014. Those letters, and certain other documents are not listed herein, but can be found in the *Notice Of Matters Scheduled For Hearing On July 2, 2014 At 9:45 a.m. (Eastern Time)*, filed on July 1, 2014 [Dkt. No. 12759].

23444349v1

    B. Supplemental Scheduling Order Signed by The Honorable Robert E. Gerber on July 11, 2014 Regarding (I) Motion to Enforce, (II) Objection Filed by Certain Plaintiffs in Respect Thereto and (III) Adversary Proceeding No. 14-01929 **(ECF 12770)**.

    C. Endorsed Order Signed by The Honorable Robert E. Gerber on August 4, 2014 Regarding Letter to The Honorable Robert E. Gerber by General Motors LLC Regarding Proposed Page Limits for Briefs **(ECF 12810)**.

    D. Agreed and Disputed Stipulations of Fact Pursuant to the Court's Supplemental Scheduling Order, Dated July 11, 2014 **(ECF 12826)**.

Status: This matter is going forward as a continued status conference only.

2. Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce This Court's July 5, 2009 Sale Order And Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits ("Pre-Closing Accident Lawsuits Motion to Enforce"), filed by General Motors LLC **(ECF 12807)**.

Responses Filed:

    A. Objection filed by Joshua Paul Davis on behalf of Dori Powledge **(ECF 12847)**.

Replies Filed: None to Date.

Additional Documents:

    A. Letter to The Honorable Robert E. Gerber Requesting a Conference in Connection with its Additional Motions to Enforce Sale Order and Injunction, filed by Arthur J. Steinberg on behalf of General Motors LLC **(ECF 12806)**.

    B. Endorsed Order Signed by The Honorable Robert E. Gerber on August 4, 2014 Regarding General Motors LLC's Letter Requesting a Conference in Connection with its Additional Motions to enforce Sale Order and Injunction **(ECF 12812)**.

    C. Notice of (A) Filing of (I) the Pre-Closing Accident Lawsuits Motion to Enforce, and (II) Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce This Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions)

   and (B) Conference to Be Held in Connection with Such Motions **(ECF 12813)**.

  D. Letter to The Honorable Robert E. Gerber, filed by Joshua Paul Davis on behalf of Dori Powledge (the "Powledge Letter") **(ECF 12845)**.

  E. Memorandum Endorsed Order Signed by The Honorable Robert E. Gerber on August 15, 2014 Regarding the Powledge Letter **(ECF 12849)**.

  F. Letter to The Honorable Robert E. Gerber Responding to the Powledge Letter and Objection, Both Dated August 14, 2014, filed by Arthur J. Steinberg on behalf of General Motors LLC **(ECF 12850)**.

 Status: This matter is going forward as a status conference only.

3. Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 To Enforce This Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) ("Monetary Relief Actions Motion to Enforce"), filed by General Motors LLC **(ECF 12808)**.

 Responses Filed:  None to Date.

 Replies Filed:  None to Date.

 Additional Documents:

  A. Letter to The Honorable Robert E. Gerber, Requesting a Conference in Connection with its Additional Motions to Enforce Sale Order and Injunction, filed by General Motors LLC **(ECF 12806)**.

  B. Endorsed Order Signed by The Honorable Robert E. Gerber on August 4, 2014 Regarding General Motors LLC's Letter Requesting a Conference in Connection with its Additional Motions to enforce Sale Order and Injunction **(ECF 12812)**.

  C. Notice of (A) Filing of (I) the Pre-Closing Accident Lawsuits Motion to Enforce, and (II) Monetary Relief Actions Motion to Enforce and (B) Conference to Be Held in Connection with Such Motions **(ECF 12813)**.

 Status:  This matter is going forward as a status conference only.

23444349v1

Dated: August 15, 2014
New York, New York

    KING & SPALDING LLP

    By: /s/ Scott Davidson
    Arthur J. Steinberg
    Scott Davidson
    King & Spalding LLP
    1185 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 556-2100
    Facsimile: (212) 556-2222

    Richard C. Godfrey, P.C. (admitted *pro hac vice*)
    Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200

    *Attorneys for General Motors LLC*