UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*   :
                                                   :
               Debtors.         :    (Jointly Administered)
------------------------------------------------------------x

# STIPULATION AND ORDER EXTENDING
# TIME TO FILE NO STAY PLEADING

**IT IS HEREBY STIPULATED AND AGREED** by and between Ishmail Sesay and Joanne Yearwood, and General Motors LLC, which stipulation and agreement, when so-ordered by the Bankruptcy Court, shall constitute both an agreement between the Parties and an order of the Court, as follows:

    1.    The time for Ishmail Sesay and Joanne Yearwood to file a No Stay Pleading is extended to August 21, 2014.

    2.    Except as expressly set forth in the prior decretal paragraph, General Motors LLC does not waive any of its rights in respect of said No Stay Pleading.

DATED:  August 19, 2014

                                          Respectfully submitted,

                                          */s/ Gary Peller*

                                          _____
                                          Gary Peller
                                          600 New Jersey Avenue, N.W.
                                          Washington, DC 20001
                                          Telephone: 202-662-9122
                                          Facsimile: 202-662-9680
                                          Email: peller@law.georgetown.edu
                                          Attorney for Plaintiffs

   /s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: 212-556-2100
Facsimile: 212-556-2222
Counsel for General Motors LLC

SO ORDERED this __ Day of August, 2014

_____
UNITED STATES BANKRUPTCY JUDGE