UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                                    :         Chapter 11
                                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,    :         Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*            :
                                                                              :
                       Debtors.                :         (Jointly Administered)
------------------------------------------------------------x


**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2014, I caused Stipulation Extending Time, Doc. No. 12860, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: August 19, 2014

                                                                      /s/ Gary Peller
                                                                      Gary Peller
                                                                      600 New Jersey Avenue, NW
                                                                      Washington, DC, 20001
                                                                       (202) 662 9122
                                                                      peller@law.georgetown.edu
                                                                      Attorney for Plaintiffs