## CERTIFICATE OF SERVICE

I, Mark P. Robinson, Jr., Esquire, hereby certify that a true and correct copy of the foregoing document entitled *Limited* **No Stay Pleading** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. This document so filed is available for viewing and downloading on the Court's electronic filing system.

I declare that I am a registered Filing User for this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on August 19, 2014, at Newport Beach, California.

> */s/ Mark P. Robinson, Jr.*
> Mark P. Robinson, Jr. (*Pro Hac Vice*)
> ROBINSON CALCAGNIE ROBINSON
> SHAPIRO DAVIS, INC.
> 19 Corporate Plaza Drive
> Newport Beach, CA 92660
> Tel.: 949-720-1288
> Fax: 949-720-1292
> mrobinson@rcrlaw.net