# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **MOTORS LIQUIDATION COMPANY,** *et al.*, **f/k/a General Motors Corp.,** *et al.*, <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> (Jointly Administered) |

## DECLARATION OF ANGELA FERRANTE

I, Angela Ferrante, hereby declare:

1.    I am the Vice President of Bankruptcy Operations for the Garden City Group, Inc. ("GCG"), which served as the claims and noticing agent for the Debtors and Debtors-in-Possession in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On June 5, 2009, GCG sent Roger Gillispie via first-class mail the (i) Notice of Sale Hearing to Sell Substantially All of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; and (ii) Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines. The mailing address that was used for Mr. Gillispie was 1512 Glendale Drive, Fairborn, Ohio 45324-4055. *See* Dkt. 973 & Ex. C, part 17 at 351. This mailing was not returned to GCG as undeliverable.

3.    On September 25, 2009, GCG sent Mr. Gillispie via first-class mail the Notice of the Bar Date and a Proof of Claim form. The mailing address that was used for Mr. Gillispie was 1512 Glendale Drive, Fairborn, Ohio 45324-4055. *See* Dkt. 4238 & Ex. B, part 27 at 583. This mailing was not returned to GCG as undeliverable.

4.    Mr. Gillispie did not file a Proof of Claim prior to the Bar Date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  Lake Success, New York
        August 19, 2014

 

_____
Angela Ferrante