KING & SPALDING LLP  
1185 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 556-2100  
Facsimile: (212) 556-2222  
Arthur Steinberg  
Scott Davidson  

KIRKLAND & ELLIS LLP  
300 North LaSalle  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Facsimile: (312) 862-2200  
Richard C. Godfrey, P.C. (admitted *pro hac vice*)  
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)  

*Attorneys for General Motors LLC*  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

---------------------------------------------------------------x  
In re                                              :    Chapter 11  
                                                   :  
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (REG)  
      f/k/a General Motors Corp., *et al.*         :  
                                                   :  
                        Debtors.                   :    (Jointly Administered)  
---------------------------------------------------------------x  

## CERTIFICATE OF SERVICE

This is to certify that on *August 19, 2014*, I caused to be served a true and correct copy of the *Objection by General Motors LLC to Motion for Leave to Pursue Claims Against General Motors LLC, And, Alternatively, To File a Post-Bar-Date Proof of Claim in the Motors Liquidation Company Bankruptcy* (With Exhibits) electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and *via* overnight mail.

Dated: August 20, 2014
New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        *-and –*

        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200
        Richard C. Godfrey, P.C. (admitted *pro hac vice*)
        Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

        *Attorneys for General Motors LLC*

## Service List For August 19, 2014:

**Documents Served *via* Email:**

1 – *Objection by General Motors LLC to Motion for Leave to Pursue Claims Against General Motors LLC, And, Alternatively, To File a Post-Bar-Date Proof of Claim in the Motors Liquidation Company Bankruptcy* (With Exhibits).

david@loevy.com;
LRubin@gibsondunn.com

**Documents Served *via* Overnight Delivery:**

1 – *Objection by General Motors LLC to Motion for Leave to Pursue Claims Against General Motors LLC, And, Alternatively, To File a Post-Bar-Date Proof of Claim in the Motors Liquidation Company Bankruptcy* (With Exhibits).

| David Owens | Lisa H. Rubin |
| --- | --- |
| Loevy & Loevy | Gibson Dunn & Crutcher LLP |
| 312 N. May Street, Suite 100 | 200 Park Avenue |
| Chicago, Illinois 60607 | New York, NY 10166 |