**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please enter the appearance of Eamonn O'Hagan, of Goodwin Procter LLP, as counsel

for Dori Powledge Phillips, Adam Powledge (deceased), Jacob Powledge (deceased), Christian

Powledge (deceased), Isaac Powledge (deceased) and Rachel Powledge (deceased) in the above-

captioned chapter 11 proceedings.  All notices given or required to be given in this case and all

papers filed in this case shall be served upon the undersigned.  I certify that I am admitted to

practice in this Court.

Dated: August 26, 2014

Respectfully submitted,

Dori Powledge Phillips, Adam Powledge (deceased),
Jacob Powledge (deceased), Christian Powledge
(deceased), Isaac Powledge (deceased) and Rachel
Powledge (deceased)

By its attorney,

/s/ Eamonn O'Hagan
Eamonn O'Hagan
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018-1405
Tel.:  212.813.8800
Fax.:  212.355.3333
eohagan@goodwinprocter.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Eamonn O'Hagan, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Eamonn O'Hagan

2