# Exhibit B

From: leonid.feller@kirkland.com
To: beachlawyer51@hotmail.com
CC: Steve@hbsslaw.com
Subject: RE: Orange County Suit
Date: Mon, 14 Jul 2014 18:12:25 +0000

Mark, thanks.  As you and I discussed this morning, we're in the process of drafting a revised version of the stay stipulation to incorporate the Bankruptcy Court's 7/8/2014 Order Establishing Stay Procedures for Newly Filed Cases, and will send the draft to you for review once it's prepared.  In the interim, we have agreed that neither side will take any further action in State of California v. General Motors LLC, Case No. 30-2014-00731038-CU-BT-CXC (Orange Cty. Sup. Ct.) prior to General Motors LLC filing a notice of removal in the case during the week of Aug. 4.  Thereafter, once the draft stay stipulation is provided to you, plaintiff either will enter into the stay stipulation (subject to the opportunity to seek relief after September 1) or will file a no-stay pleading within three business days pursuant to the provisions of the 7/8/14 Order.  Please let me know if this is not our understanding, and I hope you have a great trip to Europe.

Best,
Lenny

Leonid Feller  |  Kirkland & Ellis LLP
300 North LaSalle Dr.  |  Chicago, IL  60654
tel: +1-312-862-2954  |  fax: +1-312-862-2200
leonid.feller@kirkland.com

**From:** Beach Lawyer [mailto:beachlawyer51@hotmail.com]
**Sent:** Monday, July 14, 2014 9:42 AM
**To:** Feller, Leonid
**Subject:**

Lenny

Would you please send me a copy of the Stay Stipulation for my review?

Mark

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited

and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by
e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************