Endorsed Order:

Request for leave to file a "combined pleading" seeking the relief the Sesay Plaintiffs desire granted, but request to file "this" combined pleading denied.  The relief sought in this pleading is denied without prejudice, and any who would wish to oppose it need not respond to it.  The requirements set forth in the Court's Case Management Order #3 and its predecessors are not, as the Sesay Plaintiffs say, "preferences."  They must be complied with.  Nor may the Court's Order be circumvented by taking this excessively long submission and breaking it up into several smaller ones.

The Sesay plaintiffs may, if they are so advised, submit a new pleading that complies with the requirements of Case Management Order #3, provided that they do so within 7 calendar days.  If they fail to do so, they will be treated the same as the plaintiffs in the other 100+ actions raising similar contentions.

Going forward, the requirements of this Court's orders are not to be disregarded.

Dated: New York, New York               *s/Robert E. Gerber*
       September 2, 2014                United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re                                                              :   Chapter 11
                                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,                              :   Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., *et al.*                   :
                                                                   :
                     Debtors.                        :   (Jointly Administered)
-----------------------------------------------------------------x

**PLAINTIFFS' NO STAY PLEADING, MOTION FOR ORDER
OF DISMISSAL FOR LACK OF SUBJECT MATTER AND PERSONAL
JURISDICTION, OBJECTIONS TO GM'S MOTION TO ENFORCE, TO THE
COURT'S ORDERS AS APPLIED TO ANY OF THEIR CLAIMS, TO "DESIGNATED
COUNSEL" OR ANY OTHER PERSON NOT A PARTY TO OR INTERESTED IN THE
CONTROVERSY BETWEEN NON-DEBTOR GM AND THEMSELVES BEING HEARD
IN CONNECTION WITH THEIR CONTROVERSY, AND FOR RELATED RELIEF[1]**

---

[1] Plaintiffs' request leave to file this combined pleading, which would exceed the Court's stated preferences with respect to length were it filed in connection with a single motion. Plaintiffs combined their applications into a single pleading for efficiency and for the convenience of the Court and parties. Plaintiffs are amenable to disaggregating their papers into separate applications for relief if the Court would prefer to consider them in such fashion.