Official Form 17
(12/04)

# United States Bankruptcy Court

SOUTHERN District Of NEW YORK



In re G.M.Corp. Weil LLC,
Debtor

Case No. 09-50026 REG.

Chapter 11

[Caption as in Form 16A, 16B, or 16D, as appropriate]

## NOTICE OF APPEAL

RICHARD ALVIN FERRARO, the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the 27TH day of AUGUST, 2014.
                                                                                                     (month)         (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: 08/27/2014

Signed: /s/ A. Ferraro
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _____

Address: _____
         _____

Telephone No: _____

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

SEP - 2

United States Bankruptcy Court

[illegible]