United States Bankruptcy Court

One Bowling Green, 5th Floor

New York, N.Y. 1004-1408



8/28/2014

Attn:  United States Court of Appeals

Ref:  General Motors Corporation  - Motors Liquidation Corp.  Creditor(s)  Case # 09-50026 Reg.

Claims filed:  MLC #00071297, MLC #00071298, MLC #00071299, MLC #00071301 respectively.


Dear Deputy Court Clerk.

    I am writing you today as a claimant in the General Motors Corporation Bankruptcy Chapter 11 Court action with 4 claims filed under my deceased parents Donald John & Joyce Bentley Keeler Ancillary Estate filing in 3rd and 4th Superior probate Court of Troy, Schenectady, in the - Excelsior - State of New York.   I am appealing the recent e-mail decision of MLC GUC Trust  dated Wednesday August 20,2014 at 9:32 AM with a expunged as late filing with notice from Garden city prior sent.   Having written to Motors liquidation on prior mention of communications problems with Pacer and direct personnel of reorganization 7 restructuring outlining correct spelling of my last name, noting the footer of the letter that if not intended parties of mention in writing to ignore and contact webmaster I followed through with correspondence after a disconnect of any communications from representatives or inability to return calls.  I am filing a pro-se appeal at this time to the Debtor  Weil LLC  after recognition on Pacer after numberous  reset of password violations occurring.  Last communications with Pacer and copy of live system creditor 09-50026 Motors Liquidation aka General motors corporation Case type bk  Chapter 11 Asset Yes Vol:v Judge: Robert E. Gerber date filed 06/01/2009 Date of last filing 07/12/2014 Creditors rec'vd. 07/14/2014 I was with information and payment what was not required for the filing had occurred without expense I as not an Attorney with many attempts to secure was in a conveyance of information to the court of communications breakdown between the court via Pacer and the MLC team which had contacted me with wrong naming FERRARA requiring correction to FERRARO with court update & filing fee with "a fee not required"  to proceed as informed.  Contained herein is a Bank Checkin the amount outlined by the Court of Appeals officer whom informed me of the 15 day limitation followed by notification of submittals by notice in writing of the United States Bankruptcy Court.   I maybe contacted in writing: Richard Alvin Ferraro  625 Wilson Pond road  North Monmouth, Maine 04265-6117.  Or by phone 207 931-5130.  I am pro-se with attempts on-going to secure a Maine or New York Lawyer in this case which has no avail.

Respectfully,

Richard A. Ferraro