UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                                   :     Chapter 11
                                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,       :     Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*              :
                                                                            :
                                    Debtors.                     :     (Jointly Administered)
-------------------------------------------------------------x

**Order**

Upon consideration of the *Sesay* Plaintiffs' No Stay Pleading, Motion For Order

Of Dismissal For Lack Of Subject Matter And Personal Jurisdiction, Objections To GM's

Motion To Enforce, Objections To The Court's Orders, And For Related Relief, it is

hereby Ordered that the relief requested is GRANTED and Non-Debtor GM's Motion to

Enforce as against the Sesay Plaintiffs is DENIED.

**So Ordered**

_____
Judge