**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th of September 2014, a copy of the foregoing motion and proposed order was filed with the Clerk of the court and also served via CM/ECF upon all parties.


_____/s/_____
Gary Peller
Counsel for the *Sesay* Plaintiffs
Gary Peller
600 New Jersey Avenue NW
Washington, DC 20001
(202) 662-9122
peller@law.georgetown.edu