KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| 　　　f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| 　　　　　　　　　　　　　Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

This is to certify that on September 5, 2014, I caused to be served a true and correct copy of the *Notice Of Presentment Of Order Authorizing General Motors LLC To File A Reply To The Response By Wilmington Trust Company To The Gillispie Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy* [ECF No. 12884] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and *via* overnight mail.

Dated: September 8, 2014
       New York, New York

KING & SPALDING LLP

By: */s/ Scott I. Davidson*
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*-and –*

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**Service List For September 5, 2014:**

**Documents Served *via* Email:**

1 – *Notice Of Presentment Of Order Authorizing General Motors LLC To File A Reply To The Response By Wilmington Trust Company To The Gillispie Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy* (With Exhibits)

david@loevy.com;
LRubin@gibsondunn.com

**Documents Served *via* Overnight Delivery:**

1 – *Notice Of Presentment Of Order Authorizing General Motors LLC To File A Reply To The Response By Wilmington Trust Company To The Gillispie Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy* (With Exhibits)

| | |
|---|---|
| David Owens | Lisa H. Rubin |
| Loevy & Loevy | Gibson Dunn & Crutcher LLP |
| 312 N. May Street, Suite 100 | 200 Park Avenue |
| Chicago, Illinois 60607 | New York, NY 10166 |