UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------------x

### ORDER **DENYING** AUTHORIZ**ATION FOR**~~ING~~ GENERAL MOTORS LLC TO FILE A REPLY TO THE RESPONSE BY WILMINGTON TRUST COMPANY TO THE GILLISPIE MOTION FOR LEAVE TO PURSUE CLAIMS AGAINST GENERAL MOTORS LLC, AND, ALTERNATIVELY, TO FILE A POST-BAR-DATE PROOF OF CLAIM IN THE MOTORS LIQUIDATION COMPANY BANKRUPTCY

Upon the *Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy* ("**Motion**"), filed by Roger Dean Gillispie on June 17, 2014 [Dkt. 12727]; and upon the *Stipulation And Agreed Scheduling Order Regarding The Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy*, so-ordered by the Court on July 7, 2014 which, among other things, authorized General Motors LLC ("**New GM**") and the Motors Liquidation Company GUC Trust ("**GUC Trust**") to file a response to the Motion on or before August 19, 2014; ~~and upon the GUC Trust having timely filed its response to the Motion shortly after New GM's response was filed, in which it sets forth arguments that New GM believes requires a reply;~~ and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that New GM ~~is hereby authorized to~~ may not file and the Court will not consider the *Reply By General Motors LLC To Response By Wilmington Trust Company To The Gillispie Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To*

23862601v1

*File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy* ~~("**Reply**"),~~ ~~a copy of which is annexed hereto as Exhibit "A;"~~ and it is further

**ORDERED** that the <u>Clerk of Court shall strike from the Docket entry number 12884-2, which is entitled "Exhibit A- REPLY BY GENERAL MOTORS LLC TO RESPONSE BY WILMINGTON TRUST COMPANY TO THE GILLISPIE MOTION FOR LEAVE TO PURSUE CLAIMS AGAINST GENERAL MOTORS LLC, AND, ALTERNATIVELY, TO FILE A POST-BAR-DATE PROOF OF CLAIM."</u> ~~from the Docket.Reply shall be deemed filed with the Court as of the date of this Order.~~

Dated: September __, 2014
New York, New York

                                                               _____
                                                               UNITED STATES BANKRUPTCY JUDGE