UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

**ORDER AUTHORIZING (I) GENERAL MOTORS LLC TO FILE
A REPLY TO THE RESPONSE BY WILMINGTON
TRUST COMPANY TO THE GILLISPIE MOTION FOR
LEAVE TO PURSUE CLAIMS AGAINST GENERAL MOTORS LLC,
AND, ALTERNATIVELY, TO FILE A POST-BAR-DATE PROOF OF
CLAIM IN THE MOTORS LIQUIDATION COMPANY BANKRUPTCY;
(II) WILMINGTON TRUST COMPANY TO FILE A RESPONSE TO GENERAL
MOTORS LLC'S REPLY; AND (III) ROGER DEAN GILLISPIE TO FILE
<u>AN OMNIBUS REPLY TO ALL OTHER BRIEFING ON HIS MOTION</u>**

Upon the *Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy* ("**Motion**"), filed by Roger Dean Gillispie on June 17, 2014 [Dkt. 12727]; and upon the *Stipulation And Agreed Scheduling Order Regarding The Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy*, so-ordered by the Court on July 7, 2014 which, among other things, authorized General Motors LLC ("**New GM**") and the Motors Liquidation Company GUC Trust ("**GUC Trust**") to file a response to the Motion on or before August 19, 2014, and Mr. Gillispie to file a Reply to any response on or before September 18, 2014 [Dkt. 12762]; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that New GM is hereby authorized to file the *Reply By General Motors LLC To Response By Wilmington Trust Company To The Gillispie Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The*

*Motors Liquidation Company Bankruptcy* ("**Reply**"), a copy of which is annexed hereto as Exhibit "A"; and it is further

**ORDERED** that the Reply shall be deemed filed with the Court as of the date of this Order; and it is further

**ORDERED** that Wilmington Trust Company is hereby authorized to file any response to New GM's Reply on or before seventeen (17) days following entry of this Order; and it is further

**ORDERED** that Roger Dean Gillispie is hereby authorized to file an Omnibus Reply to any previously-filed response or reply in connection with his *Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy* on or before thirty (30) days following entry of this Order.

Dated: September __, 2014
New York, New York

                                                  UNITED STATES BANKRUPTCY JUDGE