UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                :    Chapter 11
                                                      :
MOTORS LIQUIDATION COMPANY, *et al*.,                 :    Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., *et al*.              :
                                                      :    (Jointly Administered)
                          Debtors.                :
-------------------------------------------------------------x

**AMENDED STIPULATION AND AGREED SCHEDULING ORDER REGARDING THE MOTION FOR LEAVE TO PURSUE CLAIMS AGAINST GENERAL MOTORS LLC, AND, ALTERNATIVELY, TO FILE A POST-BAR-DATE PROOF OF CLAIM IN THE MOTORS LIQUIDATION COMPANY BANKRUPTCY**

General Motors LLC ("**New GM**"), the Motors Liquidation Company GUC Trust ("**GUC Trust**"), and Roger Dean Gillispie ("**Mr. Gillispie,**" and collectively with New GM and the GUC Trust, the "**Parties**") respectfully submit this Amended Stipulation and Agreed Scheduling Order regarding the briefing schedule for the *Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy*, filed by Mr. Gillispie on June 17, 2014 [Dkt. 12727] ("**Motion**"):

    1.    In connection with the Motion, the Parties have agreed on the following revised briefing schedule:

| **Event** | **Agreed Date** |
|---|---|
| New GM and the GUC Trust to file responses ("**Responses**") to the Motion | August 19, 2014 |
| New GM to file a Reply ("**New GM Reply**") to the GUC Trust Response | September 12, 2014 |
| The GUC Trust to file a sur-reply ("**GUC Trust Sur-reply**") to the New GM Reply | September 29, 2014 |
| Mr. Gillispie to file a reply to the Responses, New GM Reply and GUC Trust Sur-reply | October 29, 2014 |

| Hearing on Motion | Scheduled by the Court after briefing has concluded |
|---|---|

2. This Stipulation is subject to approval by the Court. In the event the Court declines to approve this Stipulation, it shall be null and void, with no effect.

3. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original.

4. The Parties each reserve the right to seek a continuance of any deadlines or dates set forth herein.

**SO AGREED TO BY AND AMONG THE FOLLOWING:**

___/s/ Scott Davidson_____
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
212-556-2100
*Attorneys for General Motors LLC*

DATED: ____9/12/14_____

____/s/ Lisa H. Rubin_____
Lisa H. Rubin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
212-351-4000
*Attorneys for Wilmington Trust Company, as Trustee for and Administrator of the Motors Liquidation Company General Unsecured Creditors Trust*

DATED: ____9/12/14_____

___/s/ David B. Owens_____
David B. Owens
LOEVY & LOEVY
312 N. May, Suite 100
Chicago, Illinois 60607
312-243-5900
*Attorneys for Roger Dean Gillispie*

DATED:____9/12/14____

**IT IS SO ORDERED.**

Dated: New York, New York
     September 12, 2014            ____*s/ Robert E. Gerber*_____
                                   Honorable Robert E. Gerber
                                   United States Bankruptcy Judge

2