UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                          Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,                             Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)                              (Jointly Administered)

                        Debtor.
---------------------------------------------------------------X


# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOSHUA P. DAVIS

UPON the motion of Joshua P. Davis dated August 12, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Joshua P. Davis is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York
       September 12, 2014

                                            s/ *Robert E. Gerber*
                                            UNITED STATES BANKRUPTCY JUDGE