# Exhibit F

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, Illinois 60654 |  |
|---|---|---|
| Leonid Feller<br>To Call Writer Directly:<br>(312) 862-2954<br>leonid.feller@kirkland.com | (312) 862-2000<br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

September 11, 2014

Susan M. Grzeskowiak
Vincent P. Megna
AIKEN & SCOPTUR, S.C.
2600 N. Mayfair Road, Suite 1030
Milwaukee, WI 53226

> Re:   *In re: Kandziora v. General Motors LLC, et al,*
> 2:14-cv-00801 (E.D.Wisc.)

Dear Ms. Grzeskowiak and Mr. Megna:

    We intend to file by close of business tomorrow, Friday, September 12, 2014, an Application to Enforce the July 8, 2014 Order to Establish Stay Procedures for Newly-Filed Actions in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"). Please let us know by 3:00 p.m. EDT tomorrow whether you will voluntarily agree to stay further proceedings in the above-referenced action to avoid the need for this filing.

    On July 28, 2014, we wrote to you with respect to the stay procedures implemented by the Bankruptcy Court. (*See* E-Mail from A. Pixton to S. Grzeskowiak and V. Megna, 7/28/2014, attached hereto as Exhibit 1 ("July 28 Correspondence")). Specifically, on April 21, 2014, General Motors LLC ("New GM") filed a Motion to Enforce the Sale Order and Injunction with the Bankruptcy Court. On May 16, 2014, the Bankruptcy Court issued a Scheduling Order ("May Scheduling Order") establishing certain procedures for addressing issues raised in the Motion to Enforce, with a Supplemental Scheduling Order following on July 11, 2014. On July 8, 2014, the Bankruptcy Court issued an Order to Establish Stay Procedures for Newly-Filed Ignition Switch Actions ("Stay Procedures Order"). Pursuant to the Stay Procedures Order, all plaintiffs that commenced actions against New GM after the May Scheduling Order were provided three (3) business days from receipt of a Stay Stipulation to (i) enter into a Stay Stipulation by executing the same and returning it to New GM's counsel, or (ii) file a No Stay Pleading with the Bankruptcy Court.

    This action was made subject to the Motion to Enforce and the Stay Procedures Order pursuant to the Fifth Supplements to Schedules 1 and 2 to the Motions to Enforce filed with the Bankruptcy Court on July 21, 2014. You were advised in the July 28 Correspondence that, pursuant to the terms of the Stay Procedures Order, if you chose not to timely (i) execute a Stay

# KIRKLAND & ELLIS LLP

Susan M. Grzeskowiak and Vincent P. Megna
September 11, 2014
Page 2

Stipulation, or (ii) file a No Stay Pleading, the terms of the Stay Stipulation would automatically be binding on you. Copies of the Scheduling Order, the Supplemental Scheduling Order, the Stay Procedures Order, and a draft Stay Stipulation were served on you on July 28, 2014. (Ex. 1). Because you did not execute a Stay Stipulation or file a No Stay Pleading, by operation of the Stay Procedures Order, this action was automatically stayed. (*See* Stay Procedures Order at ¶ ii ("If a plaintiff in any such Ignition Switch Action fails to either enter into a Stay Stipulation with New GM or file a No Stay Pleading with the Court within three (3) business days of receipt of a Stay Stipulation and Scheduling Order, the terms of the Stay Stipulation shall automatically be binding on such plaintiff")).

      Accordingly, please confirm in writing by 3:00 p.m. EDT on Friday, September 12, 2014, that you will stay the *Kandziora* action. If not, we will proceed in the Bankruptcy Court and provide appropriate notice to the United States District Court for the Eastern District of Wisconsin. Please contact me if you have any questions or would like to discuss.

      Sincerely,

/s/ Leonid Feller

*Counsel for Defendant General Motors LLC*