# Exhibit G

ATTYOPEN,CONSENT

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
### CIVIL DOCKET FOR CASE #: 2:14-cv-00801-WED

| | |
|---|---|
| Kandziora v. General Motors LLC et al | Date Filed: 07/09/2014 |
| Assigned to: Magistrate Judge William E Duffin | Jury Demand: None |
| Case in other court: Milwaukee County, 14-CV-4836 | Nature of Suit: 385 Prop. Damage Prod. Liability |
| Cause: 28:1452 R&R re motions to remand (non-core) | Jurisdiction: Federal Question |

**Plaintiff**

**Erin E Kandziora**     represented by     **Susan M Grzeskowiak**
Aiken & Scoptur SC
2600 N Mayfair Rd - Ste 1030
Milwaukee, WI 53226
414-225-0260
Fax: 414-225-9666
Email: susan@aikenandscoptur.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent P Megna**
Aiken & Scoptur SC
2600 N Mayfair Rd - Ste 1030
Milwaukee, WI 53226
414-225-0260
Fax: 414-225-9666
Email: vince@aikenandscoptur.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Motors LLC**     represented by     **Jennifer L Bullard**
Bowman and Brooke LLP
150 S 5th St - Ste 3000
Minneapolis, MN 55402
612-339-8682
Fax: 612-672-3200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roshan N Rajkumar**
Bowman and Brooke LLP
150 S 5th St - Ste 3000

Minneapolis, MN 55402
612-339-8682
Fax: 612-672-3200
Email: roshan.rajkumar@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Heiser Chevrolet Inc        represented by     **Jennifer L Bullard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roshan N Rajkumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2014 | 1 | NOTICE OF REMOVAL by General Motors LLC, Heiser Chevrolet Inc from Milwaukee County Circuit Court, Case Number: 14-cv-004836 with attached state court documents. (Filing Fee PAID $400 receipt number 0757-1921726) (Attachments: # 1 Exhibit Transfer Order, # 2 Exhibit Bankruptcy Order, # 3 Exhibit Motion to Enforce, # 4 Exhibit Scheduling Order, # 5 Exhibit Complaint, # 6 Exhibit Hearing Transcript, # 7 Exhibit State Court Filings, # 8 Civil Cover Sheet Civil Cover Sheet, # 9 Supplement Corporate DISCLOSURE STATEMENT)(Rajkumar, Roshan) |
| 07/10/2014 | | NOTICE Regarding assignment of this matter to Magistrate Judge Aaron E Goodstein ;Consent/refusal forms for Magistrate Judge Goodstein to be filed within 21 days;the consent/refusal form is available on our web site ;pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed (jcl) |
| 07/16/2014 | 2 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted and Brief in Support* by General Motors LLC. (Rajkumar, Roshan) |
| 07/16/2014 | 3 | PROPOSED Proposed Order Granting Motion to Dismiss filed by General Motors LLC. (Rajkumar, Roshan) |
| 07/16/2014 | 4 | EXHIBITS by General Motors LLC re 2 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted and Brief in Support*. (Attachments: # 1 Exhibit Exhibit 2, # 2 Exhibit Exhibit 3) (Rajkumar, Roshan) Modified on 7/17/2014 (vkb) |
| 07/17/2014 | | NOTICE of Electronic Filing Error re 3 Proposed Document filed by General Motors LLC and 4 Attachments filed by General Motors LLC; Theses documents should have been filed as attachments to the Motion to Dismiss; Also,the description of the attachments contains duplicate text. In the future, |

| | | |
|---|---|---|
| | | when attaching documents to the main document you may select a description from the category drop-down list but then you should not repeat that word in the description text box. For example, if you choose Exhibit from the drop-down list, then you may simply type A in the description text box and Exhibit A will appear on the docket. These documents do not need to be re-filed; Please refer to the policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov (vkb) |
| 07/22/2014 | 5 | DISCLOSURE Statement by Erin E Kandziora. (Grzeskowiak, Susan) |
| 07/22/2014 | 6 | Consent to Jurisdiction by US Magistrate Judge by Erin E Kandziora. (Grzeskowiak, Susan) |
| 07/30/2014 | | Case Reassigned to Magistrate Judge William E Duffin. Magistrate Judge Aaron E Goodstein no longer assigned to the case. (vkb) |
| 07/30/2014 | | NOTICE from the clerk to the parties requesting that the Consent/Refusal form to Magistrate Judge Duffin be filed within 21 days; the form is available at the court's web site: www.wied.uscourts.gov (vkb) |
| 07/30/2014 | 7 | BRIEF in Opposition filed by Erin E Kandziora re 2 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted and Brief in Support* . (Grzeskowiak, Susan) |
| 07/30/2014 | 8 | AFFIDAVIT of Erin E. Kandziora . (Attachments: # 1 Exhibit A-email) (Grzeskowiak, Susan) |
| 07/30/2014 | 9 | AFFIDAVIT of Susan M. Grzeskowiak *in Support of Plaintiff's Response in Opposition to GM Motion to Dismiss*. (Attachments: # 1 Exhibit A-March 31 Congress letter, # 2 Exhibit B-Hearing transcript, # 3 Exhibit C-DeGiorgio depo, # 4 Exhibit D-Stouffer depo, # 5 Exhibit F-Recall 14133, # 6 Exhibit E-Recall 14092, # 7 Exhibit G-Hesier RO)(Grzeskowiak, Susan) |
| 08/04/2014 | 10 | MOTION to Remand to State Court by Erin E Kandziora. (Grzeskowiak, Susan) |
| 08/04/2014 | 11 | BRIEF in Support filed by Erin E Kandziora re 10 MOTION to Remand to State Court . (Attachments: # 1 Exhibit A - Certificate of Origin)(Grzeskowiak, Susan) |
| 08/13/2014 | 12 | Consent to Jurisdiction by US Magistrate Judge by Erin E Kandziora. (Grzeskowiak, Susan) |
| 08/13/2014 | 13 | REPLY BRIEF in Support filed by All Defendants re 2 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted and Brief in Support* . (Attachments: # 1 Exhibit Defs' Reply Brief Ex. 1)(Rajkumar, Roshan) |
| 08/21/2014 | | SECOND NOTICE from the clerk to ALL PARTIES requesting that the Consent/Refusal form to Magistrate Judge William E. Duffin be filed no later than 9/4/2014; the form is available at the court's web site: www.wied.uscourts.gov (asc) |
| 08/25/2014 | 14 | RESPONSE to Motion filed by All Defendants re 10 MOTION to Remand to |

| | | |
|---|---|---|
| | | State Court . (Attachments: # 1 Exhibit Exh. A, # 2 Exhibit Exh. B, # 3 Exhibit Exh. C, # 4 Exhibit Exh. D, # 5 Exhibit Exh. E, # 6 Exhibit Exh. F, # 7 Exhibit Exh. G, # 8 Exhibit Exh. H)(Rajkumar, Roshan) |
| 08/25/2014 | 15 | MOTION to Stay with BRIEF in Support by All Defendants. (Attachments: # 1 Exhibit Exh. A, # 2 Exhibit Exh. B, # 3 Exhibit Exh. C, # 4 Exhibit Exh. D, # 5 Exhibit Exh. E, # 6 Exhibit Exh. F, # 7 Exhibit Exh. G, # 8 Exhibit Exh. H, # 9 Text of Proposed Order Proposed Order)(Rajkumar, Roshan) Modified on 8/26/2014 (asc). |
| 09/04/2014 | 16 | Consent to Jurisdiction by US Magistrate Judge by General Motors LLC. (Rajkumar, Roshan) |
| 09/04/2014 | | NOTICE from the clerk to DEFENDANT; Heiser Chevrolet, Inc. requesting that the Consent/Refusal form to Magistrate Judge William E. Duffin be filed no later than 9/11/2014; the form is available at the court's web site: www.wied.uscourts.gov (asc) |
| 09/05/2014 | 17 | Consent to Jurisdiction by US Magistrate Judge by All Defendants. (Rajkumar, Roshan) |
| 09/05/2014 | | Consent to Magistrate Jurisdiction (asc) |
| 09/08/2014 | 18 | REPLY BRIEF in Support filed by Erin E Kandziora re 10 MOTION to Remand to State Court . (Grzeskowiak, Susan) |
| 09/09/2014 | 19 | NOTICE of Hearing: Telephone Status Conference set for 9/17/2014 at 9:00 AM before Magistrate Judge William E Duffin. The court will initiate the conference call. (cc: all counsel)(asc) |
| 09/09/2014 | 20 | BRIEF in Opposition filed by Erin E Kandziora re 15 MOTION to Stay . (Attachments: # 1 Exhibit A-Emerson Civil Cover Sheet, # 2 Exhibit B-Lannon Civil Cover Sheet, # 3 Exhibit C-Witherspoon Civil Cover Sheet, # 4 Exhibit D-Sumners Civil Cover Sheet, # 5 Exhibit E-Melton Civil Cover Sheet) (Grzeskowiak, Susan) |