# Exhibit H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                             :    Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*         :
                                                  :
                         Debtors.         :    (Jointly Administered)
------------------------------------------------------------x

### ORDER GRANTING APPLICATION BY GENERAL MOTORS LLC TO ENFORCE THE COURT'S JULY 8, 2014 ORDER ESTABLISHING STAY PROCEDURES FOR NEWLY-FILED IGNITION SWITCH ACTIONS AS IT APPLIES TO ERIN E. KANDZIORA

Upon the Application, dated September 12, 2014 ("**Application**"), of General Motors LLC ("**New GM**"),[1] to enforce the Court's July 8, 2014 Stay Procedures Order against Erin E. Kandziora ("**Kandziora**") by confirming that she is preliminarily enjoined from further prosecuting the Kandziora Ignition Switch Action until further Order of this Court; and notice of the Application having been given as set forth in the Application, and it appearing that no other or further notice need be given; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is GRANTED as set forth herein; and it is further

ORDERED that the terms of the Stay Stipulation previously provided to Kandziora are hereby fully binding on Kandziora as if she executed same; and it is further

ORDERED that Kandziora is hereby preliminary enjoined from further prosecuting the Kandziora Ignition Switch Action until further Order of this Court; and it is further

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

23889841v1

ORDERED that the Bankruptcy Court shall retain jurisdiction to interpret and enforce this Order.

Dated: September___, 2014
      New York, New York

                                                           _____
                                                           UNITED STATES BANKRUPTCY JUDGE