KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                          :     Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :     Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*         :
                                               :
                    Debtors.    :     (Jointly Administered)
------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on *August 4, 2014*, I caused to be served true and correct copies of the *Letter to The Honorable Robert E. Gerber by General Motors LLC Requesting a Conference in Connection with its Additional Motions to Enforce Sale Order and Injunction* (the "Letter") and the *Endorsed Order, entered on August 4, 2014, regarding the Letter* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: September 17, 2014
      New York, New York

                        KING & SPALDING LLP

                        By: /s/ Scott I. Davidson
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

## Service list For August 1, 2014:

**Documents served via Email:**

1 - Letter, dated August 1, 2014, to the Honorable Robert E. Gerber by General Motors LLC Requesting a Conference in Connection with its Additional Motions to Enforce Sale Order and Injunction (the "Letter"); and

2 - Endorsed Order, entered on August 4, 2014, regarding the Letter.

| | |
|---|---|
| eweisfelner@brownrudnick.com; | andrew@hbsslaw.com; |
| hsteel@brownrudnick.com; | rob@hbsslaw.com; |
| einselbuch@capdale.com; | rachelf@hbsslaw.com; |
| plockwood@capdale.com; | mrobinson@rcrsd.com; |
| jliesemer@capdale.com; | kcalcagnie@rcrsd.com; |
| asackett@capdale.com; | swilson@rcrsd.com; |
| esserman@sbep-law.com; | rjaxelrod@axelroddean.com; |
| schmidt@whafh.com; | jddean@axelroddean.com; |
| brown@whafh.com; | stuart@paynterlawfirm.com; |
| jflaxer@golenbock.com; | afriedman@bffb.com; |
| PRicardo@golenbock.com; | psyverson@bffb.com; |
| MJWilliams@gibsondunn.com; | khanger@bffb.com; |
| KMartorana@gibsondunn.com; | josh@thejdfirm.com; |
| LRubin@gibsondunn.com; | bwyly@wylycooklaw.com; |
| dgolden@AkinGump.com; | kcook@wylycooklaw.com; |
| djnewman@akingump.com; | rgaltney@galtney.com; |
| jdiehl@akingump.com; | ddefeo@defeolaw.com; |
| elaine@hbsslaw.com; | stevenstolze@yahoo.com; |
| steve@hbsslaw.com; | rgp@rgplaw.com; |

DMSLIBRARY01:23900875.1

rob.bastress@dbdlawfinn.com;

bobh@hmglawfirm.com;

rudyg@hmglawfirm.com;

catherine@hmglawfirm.com;

marion@hmglawfirm.com;

tjh@tjhlaw.com;

cfitzgerald@tjhlaw.com

## Service list For August 4, 2014:

**Documents served *via* Overnight Delivery**

1 - Letter, dated August 1, 2014, to the Honorable Robert E. Gerber by General Motors LLC Requesting a Conference in Connection with its Additional Motions to Enforce Sale Order and Injunction (the "Letter"); and

2 - Endorsed Order, entered on August 4, 2014, regarding the Letter.

| | |
|---|---|
| Edward S. Weisfelner, Esq. -<br>Howard Steel, Esq. -<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036 | Elihu Inselbuch, Esq<br>CAPLIN & DRYSDALE, CHARTERED<br>600 Lexington Avenue, 21st Floor<br>New York, NY 10022 |
| Peter Van N. Lockwood, Esq.<br>Jeffrey A. Liesemer, Esq.<br>Andrew J. Sackett, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005 | Sander L. Esserman, Esq.<br>STUTZMAN, BROMBERG, ESSERMAN &<br>PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201-2689 |
| Alexander Schmidt<br>Malcolm T. Brown<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016 | Jonathan L. Flaxer<br>GOLENBOCK EISENMAN ASSOR BELL &<br>PESKOE LLP<br>437 Madison Avenue<br>New York, New York 10022 |
| Matthew J. Williams<br>Keith R. Martorana<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193 | Daniel H. Golden<br>AKIN GUMP STRAUSS HAUER & FELD<br>LLP<br>One Bryant Park<br>New York, New York 10036-6745 |
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006 | Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>723 Ocean Front Walk<br>Venice Beach, California 90291-3212 |
| Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 203<br>Pasadena, California 91101 | Steve W. Berman<br>Andrew M. Volk<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101 |

DMSLIBRARY01:23900875.1

|  |  |
|---|---|
| Robert B. Carey<br>Rachel E. Freeman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, Arizona 85003 | Mark P. Robinson, Jr.<br>Kevin F. Calcagnie<br>Scot D. Wilson<br>ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.<br>19 Corporate Plaza<br>Newport Beach, California 92660 |
| Robert J. Axelrod<br>Jay Douglas Dean<br>AXELROD DEAN, LLP<br>830 3rd Avenue, FL 5<br>New York, New York 10022 | Stuart M. Paynter<br>Jennifer L. Murray<br>THE PAYNTER LAW FIRM PLLC<br>1200 G Street N.W., Suite 800<br>Washington, DC 20005 |
| Andrew S. Friedman<br>Patricia N. Syverson<br>Kevin R. Hanger<br>BONNET, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>2325 E. Camelback Rd., Ste. 300<br>Phoenix, Arizona 85016 | Joshua P. Davis<br>JOSH DAVIS LAW FIRM<br>1010 Lamar, Suite 200<br>Houston, Texas 77002 |
| Brad T. Wyly<br>Kelly E. Cook<br>WYLY & COOK, LLP<br>4101 Washington Ave.<br>Houston, Texas 77007 | Robert F. Galtney<br>THE GALTNEY LAW FIRM, PLLC<br>820 Gessner, Suite 1850<br>Houston, Texas 77024 |
| Daniel T. DeFeo<br>DEFEO & KOLKER, LLC<br>770 Bonhomme, Suite 350<br>St. Louis, Missouri 63105 | Steven Stolze<br>HOLLAND GROVES SCHNELLER AND STOLZE<br>300 North Tucker, Suite 801<br>St. Louis, Missouri 63101 |
| Ronnie G. Penton<br>THE PENTON LAW FIRM<br>209 Hoppen Place<br>Bogalusa, LA 70427 | Frederick Knykendall, III<br>23937 US Highway 98, Suite 3<br>Fairhope, Alabama 36532 |
| Craig Hiborn<br>999 Haynes St, Suite 20<br>Birmingham, MI 48009 | Rudolph E. DiTrapano<br>Robert M. Bastress III<br>DiTRAPANO, BARRETT, DiPIERO, McGINLEY & SIMMONS, PLLC<br>604 Virginia Street, East<br>Charleston, West Virginia 25301 |

|  |  |
|---|---|
| Robert C. Hilliard<br>HILLIARD MUÑOZ GONZALES LLP<br>719 S. Shoreline Boulevard, Suite 500<br>Corpus Christi, Texas 78401 | Thomas J. Henry<br>Curtis W. Fitzgerald, II<br>THOMAS J. HENRY - INJURY ATTORNEYS<br>521 Starr St.<br>Corpus Christi, Texas 78401 |

DMSLIBRARY01:23900875.1

## Service list For August 8, 2014:

**Documents served *via* Overnight Delivery :**

The following documents were served *via* overnight delivery on August 8, 2014 in order to serve a recipient from whom a "changed address" notification was received.

1 - Letter, dated August 1, 2014, to the Honorable Robert E. Gerber by General Motors LLC Requesting a Conference in Connection with its Additional Motions to Enforce Sale Order and Injunction (the "Letter"); and

2 - Endorsed Order, entered on August 4, 2014, regarding the Letter.

| | |
|---|---|
| Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>475 Washington Blvd.<br>Venice Beach, California 90292 | |

DMSLIBRARY01:23900875.1

**Service list For August 15, 2014:**

**Documents served *via* Email:**

The following documents were served *via* email on August 15, 2014 in order to serve the recipient from whom a "refusal of delivery" notification was received.

1 - Letter, dated August 1, 2014, to the Honorable Robert E. Gerber by General Motors LLC Requesting a Conference in Connection with its Additional Motions to Enforce Sale Order and Injunction (the "Letter"); and

2 - Endorsed Order, entered on August 4, 2014, regarding the Letter.

mrygmn@msn.com

DMSLIBRARY01:23900875.1

## Service list For August 19, 2014:

**Documents served *via* Email:**

The following documents were served *via* email on August 19, 2014 in order to serve a recipient from whom a "served in error" notification was received.

1 - Letter, dated August 1, 2014, to the Honorable Robert E. Gerber by General Motors LLC Requesting a Conference in Connection with its Additional Motions to Enforce Sale Order and Injunction (the "Letter"); and

2 - Endorsed Order, entered on August 4, 2014, regarding the Letter.

admin@yagmanlaw.net
1@yagmanlaw.com

DMSLIBRARY01:23900875.1

## Service list For August 29, 2014:

**Documents served *via* USPS :**

The following documents were served *via* USPS on August 29, 2014 in order to serve a recipient from whom a "bounceback" notification was received.

1 - Letter, dated August 1, 2014, to the Honorable Robert E. Gerber by General Motors LLC Requesting a Conference in Connection with its Additional Motions to Enforce Sale Order and Injunction (the "Letter"); and

2 - Endorsed Order, entered on August 4, 2014, regarding the Letter.

| | |
|---|---|
| Stephen Yagman<br>475 Washington Blvd.<br>Venice Beach, California 90292-5287 | |

DMSLIBRARY01:23900875.1