KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*          :
                                                   :
                       Debtors.                    :    (Jointly Administered)
---------------------------------------------------------------x


## CERTIFICATE OF SERVICE

This is to certify that on *September 2, 2014,* I caused to be served true and correct copies of the *Notice of Settlement of Scheduling Order Regarding Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce This Court's July 5, 2009 Sale Order And Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits (with Proposed Order)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: September 17, 2014
      New York, New York

                        KING & SPALDING LLP

                        By: /s/   Scott I. Davidson
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

## Service list For September 2, 2014:

**Documents served *via* Email:**

1 - Notice Of Settlement of Scheduling Order Regarding Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 To Enforce This Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits (with Proposed Order).

eweisfelner@brownrudnick.com;

hsteel@brownrudnick.com;

einselbuch@capdale.com;

plockwood@capdale.com;

jliesemer@capdale.com;

asackett@capdale.com;

esserman@sbep-law.com;

schmidt@whafh.com;

brown@whafh.com;

jflaxer@golenbock.com;

PRicardo@golenbock.com;

MJWilliams@gibsondunn.com;

KMartorana@gibsondunn.com;

LRubin@gibsondunn.com;

dgolden@AkinGump.com;

djnewman@akingump.com;

jdiehl@akingump.com;

josh@thejdfirm.com;

bwyly@wylycooklaw.com;

kcook@wylycooklaw.com;

rgaltney@galtney.com;

ddefeo@defeolaw.com;

stevenstolze@yahoo.com;

rgp@rgplaw.com;

rob.bastress@dbdlawfinn.com;

bobh@hmglawfirm.com;

rudyg@hmglawfirm.com;

catherine@hmglawfirm.com;

marion@hmglawfirm.com;

tjh@tjhlaw.com;

cfitzgerald@tjhlaw.com;

Craig@hibornlaw.com

## Service list For September 2, 2014:

**Documents served via Email ("Bouncebacks"):**

1 - Notice Of Settlement of Scheduling Order Regarding Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 To Enforce This Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits (with Proposed Order).

stevenstolze@yahoo.com;

rob.bastress@dbdlawfinn.com;

Craig@hibornlaw.com;

rtknykendall@yahoo.com:

## Service list For September 2, 2014:

**Documents served *via* Overnight Delivery:**

1 - Notice Of Settlement of Scheduling Order Regarding Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 To Enforce This Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits (with Proposed Order).

| | |
|---|---|
| Edward S. Weisfelner, Esq. - <br> Howard Steel, Esq. - <br> BROWN RUDNICK LLP <br> Seven Times Square <br> New York, New York 10036 | Elihu Inselbuch, Esq <br> CAPLIN & DRYSDALE, CHARTERED <br> 600 Lexington Avenue, 21st Floor <br> New York, NY 10022 |
| Peter Van N. Lockwood, Esq. <br> Jeffrey A. Liesemer, Esq. <br> Andrew J. Sackett, Esq. <br> CAPLIN & DRYSDALE, CHARTERED <br> One Thomas Circle, NW, Suite 1100 <br> Washington, DC 20005 | Sander L. Esserman, Esq. <br> STUTZMAN, BROMBERG, ESSERMAN & PLIFKA <br> 2323 Bryan Street, Suite 2200 <br> Dallas, Texas 75201-2689 |
| Alexander Schmidt <br> Malcolm T. Brown <br> WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP <br> 270 Madison Avenue <br> New York, New York 10016 | Jonathan L. Flaxer <br> GOLENBOCK EISENMAN ASSOR BELL & PESKOE LLP <br> 437 Madison Avenue <br> New York, New York 10022 |
| Matthew J. Williams <br> Keith R. Martorana <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 | Daniel H. Golden <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> One Bryant Park <br> New York, New York 10036-6745 |
| Brian S. Masumoto <br> Office of The United States Trustee <br> U.S. Federal Office Building <br> 201 Varick Street, Suite 1006 | Joshua P. Davis <br> JOSH DAVIS LAW FIRM <br> 1010 Lamar, Suite 200 <br> Houston, Texas 77002 |
| Brad T. Wyly <br> Kelly E. Cook <br> WYLY & COOK, LLP <br> 4101 Washington Ave. <br> Houston, Texas 77007 | Robert F. Galtney <br> THE GALTNEY LAW FIRM, PLLC <br> 820 Gessner, Suite 1850 <br> Houston, Texas 77024 |

DMSLIBRARY01:23856123.1

| | |
|---|---|
| Daniel T. DeFeo<br>DEFEO & KOLKER, LLC<br>770 Bonhomme, Suite 350<br>St. Louis, Missouri 63105 | Steven Stolze<br>HOLLAND GROVES SCHNELLER AND STOLZE<br>300 North Tucker, Suite 801<br>St. Louis, Missouri 63101 |
| Ronnie G. Penton<br>THE PENTON LAW FIRM<br>209 Hoppen Place<br>Bogalusa, LA 70427 | Frederick Knykendall, III<br>23937 US Highway 98, Suite 3<br>Fairhope, Alabama 36532 |
| Craig Hiborn<br>999 Haynes St, Suite 20<br>Birmingham, MI 48009 | Rudolph E. DiTrapano<br>Robert M. Bastress III<br>DiTRAPANO, BARRETT, DiPIERO, McGINLEY & SIMMONS, PLLC<br>604 Virginia Street, East<br>Charleston, West Virginia 25301 |
| Robert C. Hilliard<br>HILLIARD MUÑOZ GONZALES LLP<br>719 S. Shoreline Boulevard, Suite 500<br>Corpus Christi, Texas 78401 | Thomas J. Henry<br>Curtis W. Fitzgerald, II<br>THOMAS J. HENRY - INJURY ATTORNEYS<br>521 Starr St.<br>Corpus Christi, Texas 78401 |