09-50026-mg    Doc 12904    Filed 09/17/14    Entered 09/17/14 16:03:45    Main Document
Pg 1 of 6

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*         :
                                                     :
                                Debtors.             : (Jointly Administered)
-------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on *September 2, 2014,* I caused to be served true and correct copies of the *Notice of Settlement of Scheduling Order Regarding Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce This Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (With Proposed Order)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* mail at the last known addresses as indicated on the annexed service list.

Dated: September 17, 2014
       New York, New York

                         KING & SPALDING LLP

                         By: /s/   Scott I. Davidson
                         Arthur J. Steinberg
                         Scott Davidson
                         King & Spalding LLP
                         1185 Avenue of the Americas
                         New York, NY 10036
                         Telephone: (212) 556-2100
                         Facsimile: (212) 556-2222

                         *Attorneys for General Motors LLC*

**Service list For September 2, 2014:**

**Documents served *via* Email:**

1 - Notice of Settlement of Scheduling Order Regarding Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce This Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (With Proposed Order)

| | |
|---|---|
| eweisfelner@brownrudnick.com; | elaine@hbsslaw.com; |
| hsteel@brownrudnick.com; | steve@hbsslaw.com; |
| einselbuch@capdale.com; | andrew@hbsslaw.com; |
| plockwood@capdale.com; | rob@hbsslaw.com; |
| jliesemer@capdale.com; | rachelf@hbsslaw.com; |
| asackett@capdale.com; | mrobinson@rcrsd.com; |
| esserman@sbep-law.com; | kcalcagnie@rcrsd.com; |
| schmidt@whafh.com; | swilson@rcrsd.com; |
| brown@whafh.com; | rjaxelrod@axelroddean.com; |
| jflaxer@golenbock.com; | jddean@axelroddean.com; |
| PRicardo@golenbock.com; | stuart@paynterlawfirm.com; |
| MJWilliams@gibsondunn.com; | afriedman@bffb.com; |
| KMartorana@gibsondunn.com; | psyverson@bffb.com; |
| LRubin@gibsondunn.com; | khanger@bffb.com; |
| dgolden@AkinGump.com; | |
| djnewman@akingump.com; | |
| jdiehl@akingump.com; | |

DMSLIBRARY01:23856133.1

## Service list For September 2, 2014:

**Documents served *via* Overnight Delivery**

1 - Notice of Settlement of Scheduling Order Regarding Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce This Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (With Proposed Order)

| | |
|---|---|
| Edward S. Weisfelner, Esq.  - <br> Howard Steel, Esq. - <br> BROWN RUDNICK LLP <br> Seven Times Square <br> New York, New York 10036 | Elihu Inselbuch, Esq <br> CAPLIN & DRYSDALE, CHARTERED <br> 600 Lexington Avenue, 21st Floor <br> New York, NY 10022 |
| Peter Van N. Lockwood, Esq. <br> Jeffrey A. Liesemer, Esq. <br> Andrew J. Sackett, Esq. <br> CAPLIN & DRYSDALE, CHARTERED <br> One Thomas Circle, NW, Suite 1100 <br> Washington, DC 20005 | Sander L. Esserman, Esq. <br> STUTZMAN, BROMBERG, ESSERMAN & PLIFKA <br> 2323 Bryan Street, Suite 2200 <br> Dallas, Texas 75201-2689 |
| Alexander Schmidt <br> Malcolm T. Brown <br> WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP <br> 270 Madison Avenue <br> New York, New York 10016 | Jonathan L. Flaxer <br> GOLENBOCK EISENMAN ASSOR BELL & PESKOE LLP <br> 437 Madison Avenue <br> New York, New York 10022 |
| Matthew J. Williams <br> Keith R. Martorana <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 | Daniel H. Golden <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> One Bryant Park <br> New York, New York 10036-6745 |
| Brian S. Masumoto <br> Office of The United States Trustee <br> U.S. Federal Office Building <br> 201 Varick Street, Suite 1006 | Stephen Yagman <br> 475 Washington Blvd., <br> Venice Beach, CA 90292-5287 |
| Elaine T. Byszewski <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 301 North Lake Avenue, Suite 203 <br> Pasadena, California 91101 | Steve W. Berman <br> Andrew M. Volk <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1918 Eighth Avenue, Suite 3300 <br> Seattle, Washington 98101 |

|  |  |
|---|---|
| Robert B. Carey<br>Rachel E. Freeman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, Arizona 85003 | Mark P. Robinson, Jr.<br>Kevin F. Calcagnie<br>Scot D. Wilson<br>ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.<br>19 Corporate Plaza<br>Newport Beach, California 92660 |
| Robert J. Axelrod<br>Jay Douglas Dean<br>AXELROD DEAN, LLP<br>830 3rd Avenue, FL 5<br>New York, New York 10022 | Stuart M. Paynter<br>Jennifer L. Murray<br>THE PAYNTER LAW FIRM PLLC<br>1200 G Street N.W., Suite 800<br>Washington, DC 20005 |
| Andrew S. Friedman<br>Patricia N. Syverson<br>Kevin R. Hanger<br>BONNET, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>2325 E. Camelback Rd., Ste. 300<br>Phoenix, Arizona 85016 |  |

**Service list For September 3, 2014:**

**Documents served *via* USPS:**

1 - Notice of Settlement of Scheduling Order Regarding Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce This Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (With Proposed Order)

| | |
|---|---|
| Stephen Yagman<br>475 Washington Blvd.,<br>Venice Beach, CA 90292-5287 | |

DMSLIBRARY01:23856133.1