KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*             :
                                                     :
                        Debtors.                     : (Jointly Administered)
---------------------------------------------------------------x

# NOTICE OF FILING OF EIGHTH SUPPLEMENT TO SCHEDULE "1" TO THE MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION

**PLEASE TAKE NOTICE** that on September 18, 2014, General Motors LLC filed the attached *Eighth Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* with the United States Bankruptcy Court for the Southern District of New York.

23862410.2

Dated: New York, New York
September 18, 2014

        Respectfully submitted,

        /s/ Scott I. Davidson
        Arthur Steinberg
        Scott Davidson
        KING & SPALDING LLP
        1185 Avenue of the Americas
        New York, New York  10036
        Telephone:  (212) 556-2100
        Facsimile:  (212) 556-2222

        Richard C. Godfrey, P.C. (admitted *pro hac vice*)
        Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200

        *Attorneys for General Motors LLC*

# EIGHTH SUPPLEMENT[1] TO SCHEDULE "1"

# CHART OF ADDITIONAL IGNITION SWITCH ACTIONS COMMENCED AGAINST NEW GM NOT LISTED IN THE PREVIOUS SUPPLEMENTS TO SCHEDULE "1" TO MOTION TO ENFORCE

|   | **Name** | **Class Models** | **Plaintiffs' Model** | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | Krause[2] | N/A | 2009 Chevy Cobalt | State of Michigan 36th Judicial District Court 14113925[3] | 7/18/14 |
| 2 | Alers[4] | N/A | 2010 Chevy Cobalt | Superior Court of California; County of Los Angeles VC064207[5] | 8/11/14 |

---

[1] This schedule supplements the previous supplements and the original Schedule "1" previously filed with the Court in connection with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* on April 21, 2014 [Dkt. No. 12620]. *See* Dkt. Nos. 12620-1, 12672, 12698, 12719, 12722, 12780, 12818, 12843.

[2] A copy of the complaint filed in the Krause Action is attached hereto as Exhibit "A."

[3] The Krause Action was removed by New GM to the United States District Court for the Eastern District of Michigan (Southern Division) (No. 2:14-cv-13412) on September 3, 2014.

[4] A copy of the complaint filed in the Alers Action is attached hereto as Exhibit "B."

[5] The Alers Action was removed by New GM to the United States District Court for the Central District of California (Western Division) (No. 2:14-cv-07258) on September 17, 2014.