# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

September 18, 2014

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    Re: In re Motors Liquidation Company, *et al.*
      Case No. 09-50026 (REG)

      **New GM's Monetary Relief Motion to Dismiss As It
      Relates To An Action Commenced by Stephen Yagman**

Dear Judge Gerber:

  King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. We write in connection with the *Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce This Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with schedules and exhibits)* (the "**Motion**"), and the Scheduling Order entered by the Court in connection therewith on September 15, 2014 ("**Scheduling Order**").

  One of the Actions that was set forth in the schedules to the Motion was *Yagman v. General Motors Co., et al.*, Case No. 2:14-CV-0496-MWF, pending in the United States District Court for the Central District of California ("**Yagman Action**"). This firm and its co-counsel, Kirkland & Ellis, have exchanged correspondence with Mr. Yagman regarding his belief that service of the Motion was not properly effectuated on him. Enclosed is a copy of the certificate of service that was filed with respect to the Motion which details the efforts made to serve Mr. Yagman. We believe that service was proper; Mr. Yagman contends otherwise.

23907187v1

Honorable Robert E. Gerber
September 18, 2014
Page 2

      Mr. Yagman is aware of the Motion and the Scheduling Order, and he will have an opportunity to file a "No Stay Pleading" with the Court explaining why his Action should not be stayed. Accordingly, as a practical matter, any issues that Mr. Yagman may have about the Motion should be able to be worked through during the No Stay Pleading process.

      In the Yagman Action, Mr. Yagman (a former attorney) is appearing *pro se*, and the law firm of Yagman & Reichmann ("**Law Firm**") is appearing as class counsel. Mr. Yagman's phone number and business address are the same as the Law Firm. Mr. Yagman will be sent a copy of this letter by regular mail. He refuses overnight delivery, and he has not provided us with a facsimile number or e-mail address. He does not want to communicate by telephone. The Law Firm, c/o Marion Yagman and Joseph Reichmann, will receive a copy of this letter by facsimile, e-mail transmission (at the e-mail address noted on the complaint), and regular mail.

      If Your Honor has any questions regarding the foregoing, we are available to respond.

      Respectfully submitted,

      */s/ Arthur Steinberg*

      Arthur Steinberg

AJS/sd

cc:    Stephen Yagman, individually *pro se*, via US Mail, First Class
        Marion R. Yagman, Esq. (class counsel), via US Mail, First Class, facsimile and e-mail
        Joseph Reichmann, Esq. (class counsel), via US Mail, First Class, facsimile and e-mail

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ----------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ----------------------------------------------------------x | | |

## CERTIFICATE OF SERVICE

This is to certify that on *August 4, 2014*, I caused to be served true and correct copies of the *Notice* (the "Notice") *of Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce This Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with schedules and exhibits)* (the "Motion") and the *Motion* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon

each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated:  September 17, 2014
        New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

## Service list For August 4, 2014:

**Documents served *via* Email:**

1 - Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce This Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with schedules and exhibits); and

2 - Notice of Filing of the Additional Motions to Enforce Sale Order and Conference to be Held in Connection with Such Motions.

eweisfelner@brownrudnick.com;

hsteel@brownrudnick.com;

einselbuch@capdale.com;

plockwood@capdale.com;

jliesemer@capdale.com;

asackett@capdale.com;

esserman@sbep-law.com;

schmidt@whafh.com;

brown@whafh.com;

jflaxer@golenbock.com;

PRicardo@golenbock.com;

MJWilliams@gibsondunn.com;

KMartorana@gibsondunn.com;

LRubin@gibsondunn.com;

dgolden@AkinGump.com;

djnewman@akingump.com;

jdiehl@akingump.com;

elaine@hbsslaw.com;

steve@hbsslaw.com;

andrew@hbsslaw.com;

rob@hbsslaw.com;

rachelf@hbsslaw.com;

mrobinson@rcrsd.com;

kcalcagnie@rcrsd.com;

swilson@rcrsd.com;

rjaxelrod@axelroddean.com;

jddean@axelroddean.com;

stuart@paynterlawfirm.com;

afriedman@bffb.com;

psyverson@bffb.com;

khanger@bffb.com;

DMSLIBRARY01:23855989.2

## Service list For August 4, 2014:

**Documents served *via* Overnight Delivery:**

1 - Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce This Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with schedules and exhibits); and

2 - Notice of Filing of the Additional Motions to Enforce Sale Order and Conference to be Held in Connection with Such Motions.

| | |
|---|---|
| Edward S. Weisfelner, Esq. - <br> Howard Steel, Esq. - <br> BROWN RUDNICK LLP <br> Seven Times Square <br> New York, New York 10036 | Elihu Inselbuch, Esq <br> CAPLIN & DRYSDALE, CHARTERED <br> 600 Lexington Avenue, 21st Floor <br> New York, NY 10022 |
| Peter Van N. Lockwood, Esq. <br> Jeffrey A. Liesemer, Esq. <br> Andrew J. Sackett, Esq. <br> CAPLIN & DRYSDALE, CHARTERED <br> One Thomas Circle, NW, Suite 1100 <br> Washington, DC 20005 | Sander L. Esserman, Esq. <br> STUTZMAN, BROMBERG, ESSERMAN & PLIFKA <br> 2323 Bryan Street, Suite 2200 <br> Dallas, Texas 75201-2689 |
| Alexander Schmidt <br> Malcolm T. Brown <br> WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP <br> 270 Madison Avenue <br> New York, New York 10016 | Jonathan L. Flaxer <br> GOLENBOCK EISENMAN ASSOR BELL & PESKOE LLP <br> 437 Madison Avenue <br> New York, New York 10022 |
| Matthew J. Williams <br> Keith R. Martorana <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 | Daniel H. Golden <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> One Bryant Park <br> New York, New York 10036-6745 |
| Brian S. Masumoto <br> Office of The United States Trustee <br> U.S. Federal Office Building <br> 201 Varick Street, Suite 1006 | Marion R. Yagman <br> Joseph Reichmann <br> YAGMAN & REICHMANN <br> 723 Ocean Front Walk <br> Venice Beach, California 90291-3212 |
| Elaine T. Byszewski <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 301 North Lake Avenue, Suite 203 | Steve W. Berman <br> Andrew M. Volk <br> HAGENS BERMAN SOBOL SHAPIRO LLP |

| | |
|---|---|
| Pasadena, California 91101 | 1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101 |
| Robert B. Carey<br>Rachel E. Freeman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, Arizona 85003 | Mark P. Robinson, Jr.<br>Kevin F. Calcagnie<br>Scot D. Wilson<br>ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.<br>19 Corporate Plaza<br>Newport Beach, California 92660 |
| Robert J. Axelrod<br>Jay Douglas Dean<br>AXELROD DEAN, LLP<br>830 3rd Avenue, FL 5<br>New York, New York 10022 | Stuart M. Paynter<br>Jennifer L. Murray<br>THE PAYNTER LAW FIRM PLLC<br>1200 G Street N.W., Suite 800<br>Washington, DC 20005 |
| Andrew S. Friedman<br>Patricia N. Syverson<br>Kevin R. Hanger<br>BONNET, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>2325 E. Camelback Rd., Ste. 300<br>Phoenix, Arizona 85016 | |

**Service list For August 8, 2014:**

**Documents served *via* Overnight Delivery :**

The following documents were served *via* overnight delivery on August 8, 2014 in order to serve a recipient from whom a "changed address" notification was received.

1 - Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce This Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with schedules and exhibits); and

2 - Notice of Filing of the Additional Motions to Enforce Sale Order and Conference to be Held in Connection with Such Motions.

| | |
|---|---|
| Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>475 Washington Blvd.<br>Venice Beach, California 90292 | |

DMSLIBRARY01:23855989.2

## Service list For August 15, 2014:

**Documents served *via* Email:**

The following documents were served *via* email on August 15, 2014 in order to serve the recipient from whom a "refusal of delivery" notification was received.

1 - Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce This Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with schedules and exhibits); and

2 - Notice of Filing of the Additional Motions to Enforce Sale Order and Conference to be Held in Connection with Such Motions.

mrygmn@msn.com

**Service list For August 19, 2014:**

**Documents served *via* Email:**

The following documents were served *via* email on August 19, 2014 in order to serve a recipient from whom a "served in error" notification was received.

1 - Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce This Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with schedules and exhibits); and

2 - Notice of Filing of the Additional Motions to Enforce Sale Order and Conference to be Held in Connection with Such Motions.

admin@yagmanlaw.net
1@yagmanlaw.com

## Service list For August 29, 2014:

**Documents served *via* USPS :**

The following documents were served *via* USPS on August 29, 2014 in order to serve a recipient from whom a "bounceback" notification was received.

1 - Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce This Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with schedules and exhibits); and

2 - Notice of Filing of the Additional Motions to Enforce Sale Order and Conference to be Held in Connection with Such Motions.

| Stephen Yagman<br>475 Washington Blvd.<br>Venice Beach, California 90292-5287 | |