KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|         Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 12, 2014,* I caused to be served true and correct copies of the *Notice Of Presentment and Application By General Motors LLC To Enforce The Court's July 8, 2014 Order Establishing Stay Procedures For Newly-Filed Ignition Switch Actions As It Applies To Erin E. Kandziora* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* overnight mail.

Dated: September 19, 2014
      New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

**Service list For September 12, 2014:**

**Documents served *via* Email:**

Notice Of Presentment *And Application By General Motors LLC To Enforce The Court's July 8, 2014 Order Establishing Stay Procedures For Newly-Filed Ignition Switch Actions As It Applies To Erin E. Kandziora.*

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
susan@aikenandscoptur.com;
vince@aikenandscoptur.com

**Documents served *via* Overnight Mail:**

Notice Of Presentment And Application By General Motors LLC To Enforce The Court's July 8, 2014 Order Establishing Stay Procedures For Newly-Filed Ignition Switch Actions As It Applies To Erin E. Kandziora.

| | |
|---|---|
| Vincent P. Megna<br>Susan M. Grzeskowiak<br>AIKEN & SCOPTUR, S.C.<br>2600 N. Mayfair Road<br>Suite 1030<br>Milwaukee, Wisconsin 53226-1308 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |