UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,   :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*     :
                                                           :
               Debtors.          :    (Jointly Administered)
-----------------------------------------------------------------x

### ORDER GRANTING APPLICATION BY GENERAL MOTORS LLC TO ENFORCE THE COURT'S JULY 8, 2014 ORDER ESTABLISHING STAY PROCEDURES FOR NEWLY-FILED IGNITION SWITCH ACTIONS AS IT APPLIES TO ERIN E. KANDZIORA

Upon the Application, dated September 12, 2014 ("**Application**"), of General Motors LLC ("**New GM**"),[1] to enforce the Court's July 8, 2014 Stay Procedures Order against Erin E. Kandziora ("**Kandziora**") by confirming that she is preliminarily enjoined from further prosecuting the Kandziora Ignition Switch Action until further Order of this Court; and notice of the Application having been given as set forth in the Application, and it appearing that no other or further notice need be given; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is GRANTED as set forth herein; and it is further

ORDERED that the terms of the Stay Stipulation previously provided to Kandziora are hereby fully binding on Kandziora as if she executed same; and it is further

ORDERED that Kandziora is hereby preliminary enjoined from further prosecuting the Kandziora Ignition Switch Action until further Order of this Court; and it is further

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2

ORDERED that the Bankruptcy Court shall retain jurisdiction to interpret and enforce this Order.

Dated: New York, New York
       September 19, 2014

          *s/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE