KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 31, 2014,* I caused to be served true and correct copies of the *Notice of Settlement of Order Denying The Relief Requested By The Phaneuf Plaintiffs In Their No Stay Pleading and The Proposed Scheduling Order* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: September 19, 2014
       New York, New York

                      KING & SPALDING LLP

                      By: /s/   Scott I. Davidson
                      Arthur J. Steinberg
                      Scott Davidson
                      King & Spalding LLP
                      1185 Avenue of the Americas
                      New York, NY 10036
                      Telephone: (212) 556-2100
                      Facsimile: (212) 556-2222

                      *Attorneys for General Motors LLC*

## Service list For July 31, 2014:

**Documents served *via* Email:**

1 - Notice of Settlement of Order Denying The Relief Requested By The Phaneuf Plaintiffs In Their No Stay Pleading and,
2 – The Proposed Scheduling Order.

Jeff@blockesq.com

Joel@blockesq.com

**Documents served *via* Overnight Delivery**

1 - Notice of Settlement of Order Denying The Relief Requested By The Phaneuf Plaintiffs In Their No Stay Pleading and,
2 – The Proposed Scheduling Order.

| | |
|---|---|
| Block & Leviton LLP<br><br>Attn: Jeffrey C. Block, Esq<br><br>155 Federal Street<br><br>Boston, MA 02110<br>. | |