KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 7, 2014,*, I caused to be served true and correct copies of the *Notice of Filing of Sixth Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (with Exhibits)* and *Notice of Filing of Sixth Supplement to Schedule "2" to the Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: September 19, 2014
      New York, New York

                      KING & SPALDING LLP

                      By: /s/ Scott I. Davidson
                      Arthur J. Steinberg
                      Scott Davidson
                      King & Spalding LLP
                      1185 Avenue of the Americas
                      New York, NY 10036
                      Telephone: (212) 556-2100
                      Facsimile: (212) 556-2222

                      *Attorneys for General Motors LLC*

## Service list For August 7, 2014:

**Documents served *via* Email:**

1 – A Notice of Filing of Sixth Supplement to Schedule 1 to New GM's Motion to Enforce, the Sixth Supplement to Schedule 1, and the Exhibits thereto; and

2 – A Notice of Filing of Sixth Supplement to Schedule 2 to New GM's Motion to Enforce and the Sixth Supplement to Schedule 2.

rudyg@hmglawfirm.com;
catherine@hmglawfirm.com;
marion@hmglawfirm.com;
cpinedo@hmglawfirm.com;
john@hmglawfirm.com;
kimberly@hmglawfirm.com;
neely@hmglawfirm.com;
todd@hmglawfirm.com;
tjh@thomasjhenrylaw.com;
gteeter@thomasjhenrylaw.com;
tvenable@thomasjhenrylaw.com;
dcg@girardgibbs.com;
ehg@girardgibbs.com;
ds@girardgibbs.com;
sjordan@jhwclaw.com;
courtecl@edcombs.com;
info@atlawgroup.com;
epm@millerlawpc.com;
mln@millerlawpc.com;
caf@millerlawpc.com;
jmeltzer@ktmc.com;
eciolko@ktmc.com;
pmuhic@ktmc.com;
mgyandoh@ktmc.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
alevitt@gelaw.com;
jtangren@gelaw.com;
rtellis@baronbudd.com;
mpifko@baronbudd.com;
imiller@baronbudd.com;
lance@thecooperfirm.com;
scott@cooper-firm.com;

cale@conleygriggs.com;
ranse@conleygriggs.com;
dre@conleygriggs.com;
jb@bflawfirm.com;
crobertson@bflawfirm.com;
madicello@dicellolaw.com;
rfdicello@dicellolaw.com;
jsiprut@siprut.com;
npaul@spilmanlaw.com;
spotter@spilmanlaw.com;
natkinson@spilmanlaw.com;
Gbucci@BBJLC.com;
Timbailey@BBJLC.com;
Ljavins@BBJLC.com;
mrobinson@rcrsd.com;
swilson@rcrsd.com;
kcalcagnie@rcrsd.com;
info@PLBSM.com;
JonC@cuneolaw.com;
JGS@chimicles.com;
MDS@chimicles.com;
BFJ@chimicles.com;
JBK@chimicles.com;
jselbin@lchb.com;
dsrinivasan@lchb.com;
ecabraser@lchb.com;
twalburg@lchb.com;
bbailey@baileyglasser.com;
esnyder@baileyglasser.com;
dbarrett@barrettlawgroup.com;
dee.miles@beasleyallen.com;
rlm@lhlaw.net;
wml@lanierlawfirm.com;
ere@lanierlawfirm.com;

rgreenwald@weitzlux.com;
jbilsborrow@weitzlux.com;
gregorek@whafh.com;
manifold@whafh.com;
rickert@whafh.com;
livesay@whafh.com;
nespole@whafh.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
Michael@wageandhourlaw.com;
aarin@wageandhourlaw.com;
ric@ricjoneslegal.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
dlichter@hlglawyers.com;
mhiger@hlglawyers.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
BGonzales@ColoradoWageLaw.com;
gwiggins@wcqp.com;
rchilds@wcqp.com;
rcalamusa@wcqp.com;
kjent@wcqp.com;
Charles.Zimmerman@zimmreed.com;
Hart.Robinovitch@zimmreed.com;
Brad.Buhrow@zimmreed.com;
llevy@wolfpopper.com;
mraphael@wolfpopper.com;
rplosky@wolfpopper.com;
patc@rgrdlaw.com;
davidm@rgrdlaw.com;
jreise@rgrdlaw.com;
sdavidson@rgrdlaw.com;
cobrien@rgrdlaw.com;
mdearman@rgrdlaw.com;
jjohnson@rgrdlaw.com;
matt@williamsdirks.com;
dirks@williamsdirks.com;
dnast@nastlaw.com;
dgallucci@nastlaw.com;
jmatusko@nastlaw.com;
jcotchett@cpmlegal.com;
fpitre@cpmlegal.com;
pgregory@cpmlegal.com;
ahamilton@cpmlegal.com;
fdamrell@cpmlegal.com;
hartley@stuevesiegel.com;
lindner@stuevesiegel.com;
stueve@stuevesiegel.com;
hilton@stuevesiegel.com;
wilders@stuevesiegel.com;
ddowning@grgpc.com;
lking@kaplanfox.com;
lfong@kaplanfox.com;
jfarar@kaplanfox.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
JPrice@dlplaw.com;
SMcDonough@dlplaw.com;
Ptoven@dlplaw.com;
sparis@smbb.com;
phoward@smbb.com;
ckocher@smbb.com;
mdonovan@donovanaxler.com;
yateslaw3@gmail.com;
yateslaw@aol.com,
dean@paynemitchell.com;
max@paynemitchell.com;
jsx@searcylaw.com;
mep@searcylaw.com;
ssavett@bm.net;
scarson@bm.net;
mfantini@bm.net;
elechtzin@bm.net;
jbroaddus@weitzlux.com;
jselbin@lchb.com;
rkshelquist@locklaw.com;
stewart@erlegal.com;
alex2@erlegal.com;
francisflynn@gmail.com;
tyiatras@careydanis.com;

mram@rocklawcal.com;
bterrell@tmdwlaw.com;
rahdoot@ahdootwolfson.com;
twolfson@ahdootwolfson.com;
tmaya@ahdootwolfson.com;
bking@ahdootwolfson.com;
dbecnel@becnellaw.com;
mmoreland@becnellaw.com;
schristina@becnellaw.com;
todd@gorijulianlaw.com;
randy@gorijulianlaw.com;
jmaguire@gorijulianlaw.com;
jward@wardwilsonlaw.com;
ilevin@cohenandmalad.com;
rshevitz@cohenandmalad.com;
vmiller@cohenandmalad.com;
ltoops@cohenandmalad.com;
pjgoodman1@aol.com;
jconroy@hanlyconroy.com;
jflowers@motleyrice.com;
mkoberna@sonkinkoberna.com;
barrios@bkc-law.com;
bkingsdorf@bkc-law.com;
zwool@bkc-law.com;
morrisbart@morrisbart.com;
malvarez@morrisbart.com;
gtravalio@isaacwiles.com;
mtroutman@isaacwiles.com;
jshub@seegerweiss.com;
andres@awllaw.com;
ed@edwhitelaw.com;
jack@lgmlegal.com;
drew@lgmlegal.com;
stephen.karotkin@weil.com;
harvey.miller@weil.com;
Joseph.Smolinsky@weil.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
tjl@kttlaw.com;
rn@kttlaw.com;
lharke@harkeclasby.com;
hbushman@harkeclasby.com;
mdobrinsky@fdlaw.net;

apodhurst@podhurst.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
malexander@maryalexanderlaw.com;
jfiore@maryalexanderlaw.com;
mac@caddellchapman.com;
csf@caddellchapman.com;
rac@cliffordlaw.com;
smm@cliffordlaw.com;
ksr@cliffordlaw.com;
gpatrick@murphymurphyllc.com;
trisha@murphymurphyllc.com;
eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
plockwood@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
wweintraub@stutman.com;
wpweintraub@gmail.com;
eohagan@stutman.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
jasper@jonesward.com;
tgreene@greenellp.com;
matabb@greenellp.com;
mlk@kirtlandpackard.com;
bvp@kirtlandpackard.com;
hmb@kirtlandpackard.com;
michelle@toledolaw.com;
jmarkey@cohenmilstein.com;
gazorsky@cohenmilstein.com;
afriedman@cohenmilstein.com;
kpierson@cohenmilstein.com;
tleopold@cohenmilstein.com;
dmartin@cohenmilstein.com;
mike@colson.com;

Curt@colson.com;
gblankinship@fbfglaw.com;
tgarber@fbfglaw.com;
Jeff@blockesq.com;
Jason@blockesq.com;
Joel@blockesq.com;
mgreaves@tcllaw.com;
bcebulash@tcllaw.com;
klandau@tcllaw.com;
dgustafson@gustafsongluek.com;
jkilene@gustafsongluek.com;
spayne@gustafsongluek.com;
Esserman@sbep-law.com;
EWeisfelner@brownrudnick.com;
jflaxer@golenbock.com;
plockwood@capdale.com;
AOffenhartz@gibsondunn.com;
AWu@gibsondunn.com;
LRubin@gibsondunn.com;
einselbuch@capdale.com;
DMolton@brownrudnick.com;
jliesemer@capdale.com;
parsons@sbep-law.com;
HSteel@brownrudnick.com;
KMartorana@gibsondunn.com;
MJWilliams@gibsondunn.com;
dgolden@AkinGump.com;
nmoss@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com,
dbu@grossmanroth.com;
sem@grossmanroth.com;
bvb@grossmanroth.com;
notifications@oliverlg.com;
aashish@desai-law.com;
adrianne@desai-law.com;
matoups@wgttlaw.com;
greg@gevanslaw.com;
jdugan@dugan-lawfirm.com;
jwhatley@whatleykallas.com;
mrott@hrollp.com;
eoverholt@hrollp.com;
ezebersky@zpllp.com;
dslade@cbplaw.com;
rpulliam@cbplaw.com;
acarney@cbplaw.com;
hbates@cbplaw.com;
MGray@grayandwhitelaw.com;
MWhite@grayandwhitelaw.com;
arivero@riveromestre.com;
jmestre@riveromestre.com;
ajoseph@fuerstlaw.com;
alamb@archielamb.com;
jrclim@climacolaw.com;
sdsimp@climacolaw.com;
sonia@desai-law.com;
jfiore@maryalexanderlaw.com;
cjimenez@maryalexanderlaw.com;
jwilliams@maryalexanderlaw.com;
mmiller@maryalexanderlaw.com
beachlawyer51@hotmail.com;
dfolia@rcrlaw.net;
peller@law.georgetown.edu;
Daniel@taloslaw.com;
david@loevy.com;
brent.hazzard@hazzardlaw.net
dboies@bsfllp.com
wisaacson@bsfllp.com
szack@bsfllp.com
jthompson@sommerspc.com
lyoung@sommerspc.com
dgoogasian@googasian.com
thowlette@googasian.com
jrr@rhinelawfirm.com
jsm@rhinelawfirm.com
rquinn@flgllp.com
g.blanchfield@rwblawfirm.com
drosenthal@simmonsfirm.com
jconroy@simmonsfirm.com
phanly@simmonsfirm.com
abierstein@simmonsfirm.com
mbreit@simmonsfirm.com
jrice@motleyrice.com
jflowers@motleyrice.com
dMigliori@motleyrice.com
astraus@motleyrice.com
pmougey@levinlaw.com;
pamelag@cuneolaw.com;

## Service list For August 7, 2014:

**Documents served via Email ("Bouncebacks"):**

1 – A Notice of Filing of Sixth Supplement to Schedule 1 to New GM's Motion to Enforce, the Sixth Supplement to Schedule 1, and the Exhibits thereto; and

2 – A Notice of Filing of Sixth Supplement to Schedule 2 to New GM's Motion to Enforce and the Sixth Supplement to Schedule 2.

lharke@harkeclasby.com;
hbushman@harkeclasby.com;

## Service list For August 7, 2014:

**Documents served *via* Overnight Delivery:**

1 – A Notice of Filing of Sixth Supplement to Schedule 1 to New GM's Motion to Enforce, the Sixth Supplement to Schedule 1, and the Exhibits thereto; and

2 – A Notice of Filing of Sixth Supplement to Schedule 2 to New GM's Motion to Enforce and the Sixth Supplement to Schedule 2.

| | |
|---|---|
| Paul O. Paradis<br>PARADIS LAW GROUP, PLLC<br>570 Seventh Avenue, 20th Floor<br>New York, New York 10018 | Kassem M. Dakhlallah<br>AT LAW GROUP PLLC<br>1 Parklane Blvd, Ste 100<br>Dearborn, Michigan 48126 |
| Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>120 S. LaSalle Street, Suite 1800<br>Chicago, Illinois 60603 | Major A. Langer<br>PERONA, LANGER, BECK, SERBIN & MENDOZA<br>300 E. San Antonio Drive<br>Long Beach, California 90807-0948 |
| James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 | Robert A. Buccola, Esq.<br>Steven M. Campora, Esq.<br>Jason J. Sigel, Esq.<br>DREYER BABICH BUCCOLA WOOD CAMPORA, LLP<br>20 Bicentennial Circle<br>Sacramento, California 95826 |
| Lance A. Harke<br>Howard Bushman<br>HARKE CLASBY & BUSHMAN LLP<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138 | Vincent P. Megna<br>Susan M. Grzeskowiak<br>AIKEN & SCOPTUR, S.C.<br>2600 N. Mayfair Road<br>Suite 1030<br>Milwaukee, Wisconsin 53226-1308<br>Telephone: (414) 225-0260<br>Facsimile: (414) 225-9666 |
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY  10014 | Gary Peller<br>600 New Jersey Avenue, N.W.<br>Washimgton, DC 20001 |

## Service list For August 7, 2014:

**Documents served *via* Overnight Delivery:**

1 – The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "New GM's Motion to Enforce");

2 – Schedule 1 to New GM's Motion to Enforce;

3 – Schedule 2 to New GM's Motion to Enforce;

4 – A Compendium of Exhibits to New GM's Motion to Enforce (please see enclosed CD);

5 – Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with New GM's Motion to Enforce;

6 – A Supplement to Schedule 1 to New GM's Motion to Enforce;

7 – A Supplement to Schedule 2 to New GM's Motion to Enforce;

8 – A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference;

9 – An Amended Notice concerning the filing of New GM's Motion to Enforce, and the scheduling of the Conference;

10 – A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding New GM's Motion to Enforce;

11 – A Notice of Filing of Second Supplement to Schedule 1 to New GM's Motion to Enforce and the Second Supplement to Schedule 1;

12 – A Notice of Filing of Second Supplement to Schedule 2 to New GM's Motion to Enforce and the Second Supplement to Schedule 2;

13 – A Corrected Notice of Filing of Third Supplement to Schedule 1 to New GM's Motion to Enforce and the Third Supplement to Schedule 1;

14 – A Corrected Notice of Filing of Third Supplement to Schedule 2 to New GM's Motion to Enforce and the Second Supplement to Schedule 2;

15 – A Notice of Filing of the Fourth Supplement to Schedule 1 to New GM's Motion to Enforce and the Fourth Supplement to Schedule 1;

16 – A Notice of Filing of the Fourth Supplement to Schedule 2 to New GM's Motion to Enforce and the Fourth Supplement to Schedule 2;

17 – Notice of Motion of New GM to Establish Stay Procedures for Newly-Filed Ignition Switch Actions ("Stay Procedures Motion"), and the Stay Procedures Motion (with exhibits);

18 – Order Granting the Stay Procedures Motion;

19 – Supplemental Scheduling Order, entered July 11, 2014;

20 – A Notice of Filing of the Fifth Supplement to Schedule 1 to New GM's Motion to Enforce and the Fifth Supplement to Schedule 1;

21 – A Notice of Filing of the Fifth Supplement to Schedule 2 to New GM's Motion to Enforce and the Fifth Supplement to Schedule 2;

22 – A Letter to the Honorable Robert E. Gerber, dated August 1, 2014, from Arthur J. Steinberg regarding the Supplemental Scheduling Order and the length of briefs (the "Page Limitations Letter");

23 – Endorsed Order, entered August 4, 2014, Regarding the Page Limitations Letter;

24 – A Notice of Filing of the Sixth Supplement to Schedule 1 to the Motion, the Sixth Supplement to Schedule 1, and the Exhibits thereto; and

25 – A Notice of Filing of the Sixth Supplement to Schedule 2 to New GM's Motion to Enforce and the Sixth Supplement to Schedule 2;

| Joseph D'Agostino, Senior Assistant District Attorney<br>ORANGE COUNTY DISTRICT ATTORNEY<br>401 Civil Center Drive<br>Santa Ana, CA 92701-4575 | Peter J. Mougey Esq.<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502 |