KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 7, 2014*, I caused to be served a true and correct copy of the *Notice of Settlement of Order Denying The Relief Requested in Plaintiffs Lawrence and Celestine Elliott's No Stay Pleading Pursuant to The Court's Scheduling Orders and Motion For Order of Dismissal For Lack of Subject Matter Jurisdiction Pursuant To Bankr. R. 7012(B) And For Related Relief (With Proposed Order)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* overnight mail.

Dated: September 19, 2014
New York, New York

                        KING & SPALDING LLP

                        By: /s/   Scott I. Davidson___
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

**Service list For August 7, 2014:**

**Documents served *via* Email:**

1 – Notice of Settlement of Order Denying The Relief Requested in Plaintiffs Lawrence and Celestine Elliott's No Stay Pleading Pursuant to The Court's Scheduling Orders and Motion For Order of Dismissal For Lack of Subject Matter Jurisdiction Pursuant To Bankr. R. 7012(B) And For Related Relief (With Proposed Order).

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com
peller@law.georgetown.edu;
Daniel@taloslaw.com;

## Service list For August 7, 2014:

**Documents served *via* Overnight Delivery:**

1 – Notice of Settlement of Order Denying The Relief Requested in Plaintiffs Lawrence and Celestine Elliott's No Stay Pleading Pursuant to The Court's Scheduling Orders and Motion For Order of Dismissal For Lack of Subject Matter Jurisdiction Pursuant To Bankr. R. 7012(B) And For Related Relief (With Proposed Order).

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014 | |