KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*           :
                                                   :
                          Debtors.                 :        (Jointly Administered)
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on August 14, 2014 , I caused to be served true and correct copies of the documents listed in the annexed service lists upon each of the persons and entities listed therein by causing copies of same to be delivered *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: September 19, 2014
      New York, New York

                                    KING & SPALDING LLP

                                    By: /s/   Scott I. Davidson
                                    Arthur J. Steinberg
                                    Scott Davidson
                                    King & Spalding LLP
                                    1185 Avenue of the Americas
                                    New York, NY 10036
                                    Telephone: (212) 556-2100
                                    Facsimile: (212) 556-2222

                                    *Attorneys for General Motors LLC*

## Service list For August 7, 2014:

Documents served via Email ("Bouncebacks"):

1 – A Notice of Filing of Sixth Supplement to Schedule 1 to New GM's Motion to Enforce, the Sixth Supplement to Schedule 1, and the Exhibits thereto;

2 – A Notice of Filing of Sixth Supplement to Schedule 2 to New GM's Motion to Enforce and the Sixth Supplement to Schedule 2;

elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
michellak@hbsslaw.com;

## Service list For August 14, 2014:

Documents served via Email ("Bouncebacks"):

1 – A Notice of Filing of Seventh Supplement to Schedule 1 to New GM's Motion to Enforce, the Seventh Supplement to Schedule 1, and the Exhibits thereto; and

2 – A Notice of Filing of Seventh Supplement to Schedule 2 to New GM's Motion to Enforce and the Seventh Supplement to Schedule 2.

elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
michellak@hbsslaw.com;

## Service list For August 14, 2014:

**Documents served via Overnight Mail:**

1 – A Notice of Filing of Sixth Supplement to Schedule 1 to New GM's Motion to Enforce, the Sixth Supplement to Schedule 1, and the Exhibits thereto;

2 – A Notice of Filing of Sixth Supplement to Schedule 2 to New GM's Motion to Enforce and the Sixth Supplement to Schedule 2;

3 – A Notice of Filing of Seventh Supplement to Schedule 1 to New GM's Motion to Enforce, the Seventh Supplement to Schedule 1, and the Exhibits thereto; and

4 – A Notice of Filing of Seventh Supplement to Schedule 2 to New GM's Motion to Enforce and the Seventh Supplement to Schedule 2.

| | |
|---|---|
| Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 203<br>Pasadena, California 91101 | Steve W. Berman<br>Andrew M. Volk<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101 |
| Robert B. Carey<br>Michella A. Kras<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, Arizona 85003 | |