KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|      f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 29, 2014*, I caused to be served a true and correct copy of the

*Response by General Motors LLC to The "Limited" No Stay Pleading Filed by The Orange*

*County Plaintiff in Connection with The Court's July 8, 2014 Order Establishing Stay*

*Procedures for Newly-Filed Cases* (With Exhibits) electronic mail on all parties receiving notice

*via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon

each of the persons and entities listed therein by causing copies of same to be delivered *via* email

and *via* overnight mail.

Dated: September 19, 2014
       New York, New York

                    KING & SPALDING LLP

                    By: /s/   Scott I. Davidson____
                    Arthur J. Steinberg
                    Scott Davidson
                    King & Spalding LLP
                    1185 Avenue of the Americas
                    New York, NY 10036
                    Telephone: (212) 556-2100
                    Facsimile: (212) 556-2222

                    *-and –*

                    KIRKLAND & ELLIS LLP
                    300 North LaSalle
                    Chicago, IL 60654
                    Telephone: (312) 862-2000
                    Facsimile: (312) 862-2200
                    Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                    Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

                    *Attorneys for General Motors LLC*

**<u>Service List For August 29, 2014:</u>**

**<u>Documents Served *via* Email:</u>**

1 – *Response by General Motors LLC to The "Limited" No Stay Pleading Filed by The Orange County Plaintiff in Connection with The Court's July 8, 2014 Order Establishing Stay Procedures for Newly-Filed Cases* (With Exhibits).

Joe.D'Agostino@da.ocgov.com;
mrobinson@rcrlaw.net;
steve@hbsslaw.com;
eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com

## Service List For August 29, 2014:

**Documents Served *via* Overnight Delivery:**

1 – *Response by General Motors LLC to The "Limited" No Stay Pleading Filed by The Orange County Plaintiff in Connection with The Court's July 8, 2014 Order Establishing Stay Procedures for Newly-Filed Cases* (With Exhibits).

| | |
|---|---|
| Tony Rackauckas, District Attorney<br>ORANGE COUNTY DISTRICT ATTORNEY<br>401 Civic Center Drive<br>Santa Ana, CA 92701-4575 | Mark P. Robinson, Jr.<br>ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.<br>19 Corporate Plaza Drive<br>Newport Beach, CA  92660 |
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br>Telephone:  (206) 623-7292<br>Facsimile:  (206) 623-0594 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014 |