KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 12, 2014,* I caused to be served true and correct copies of the

*Reply by General Motors LLC to Response by Wilmington Trust Company to the Gillispie*

*Motion for Leave to Pursue Claims Against General Motors LLC, and, Alternatively, to File A*

*Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy* by electronic

mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email.

Dated: September 19, 2014
      New York, New York

                KING & SPALDING LLP

                By: /s/   Scott I. Davidson
                Arthur J. Steinberg
                Scott Davidson
                King & Spalding LLP
                1185 Avenue of the Americas
                New York, NY 10036
                Telephone: (212) 556-2100
                Facsimile: (212) 556-2222

                *Attorneys for General Motors LLC*

### Service list For September 12, 2014:

**Documents served *via* Email:**

1 - Reply By General Motors LLC to Response by Wilmington Trust Company to the Gillispie Motion For Leave to Pursue Claims Against General Motors LLC, and, Alternatively, to File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy.

**LRubin@gibsondunn.com;**
**david@loevy.com**