# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LITIGATION

*This Document Relates to All Actions*

------------------------------------------------------------------------------x

```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #:_____            │
│ DATE FILED:  08/15/2014                  │
└─────────────────────────────────────────┘
```

14-MD-2543 (JMF)
14-MC-2543 (JMF)

**ORDER NO. 8**

JESSE M. FURMAN, United States District Judge:

On August 11, 2014, the Court held the Initial Status Conference and gave Temporary

Lead Counsel for Plaintiffs ("TLC"), counsel for Defendants, and other plaintiffs' counsel an

opportunity to be heard on issues addressed in the agenda items set forth in Order No. 7 (14-MD-

2543, Docket No. 215).[1]  The Court, having reviewed all submissions by counsel in response to

Order No. 5 (14-MD-2543, Docket No. 70), including all applications for leadership positions,

and having considered the parties' arguments in court, issues this Order to, among other things,

(1) appoint Plaintiffs' Lead and Liaison Counsel and members of the Plaintiffs' Executive

Committee and take steps to further define the authority, duties, and responsibilities of those

positions; (2) establish a procedure for reviewing cases filed directly in the multidistrict litigation

("MDL"); (3) set forth a schedule and process for the filing of a Consolidated Complaint and any

objections thereto; (4) set a schedule for regular Status Conferences and a process for counsel to

submit a proposed agenda in advance of each Conference; (5) determine a process to coordinate

this MDL with related cases, including proceedings in the Bankruptcy Court and state courts;

(6) set forth a process and briefing schedules for motions and appeals from the Bankruptcy

---

[1]      Attached to this Order as Exhibit A is the sign-in sheet from the Initial Status Conference
reflecting all counsel who indicated their appearance at the Conference.

1

Court; and (7-9) provide guidance and rules with respect to communications and submissions to the Court, including the submission of proposed orders.

## I.    PLAINTIFFS' COUNSEL APPOINTMENTS

At the outset, the Court reiterates its appreciation to Temporary Lead Counsel for their able assistance in the litigation up to this point.  The Court appreciates that, without any guarantees for more permanent appointment, Temporary Lead Counsel was in a difficult position taking the lead and making recommendations to the Court.  Temporary Lead Counsels' help in coordinating among Plaintiffs' counsel, in suggesting procedures for the appointment of counsel, in discussing threshold issues with defense counsel and the Court, and in making recommendations for other leadership positions was invaluable to the Court.

The Court thanks all counsel who applied for leadership positions for their interest and for their helpful written submissions and oral presentations.  As the Court stated at the Initial Status Conference, there are many more well-qualified candidates than there are positions to fill and choosing among applicants was a difficult task.  In doing so, the Court has considered the criteria it identified in Section II of Order No. 5, as well as (1) the desirability of having counsel who is familiar with bankruptcy law and procedure and (2) the need to ensure adequate representation for the full range of cases currently in the MDL (including, for example, both economic loss cases and personal injury/wrongful death cases; pre-Sale Order claims and post-Sale Order claims; claims limited to the ignition switch defect and claims relating to other alleged defects, and so on).  In addition, the Court took into consideration not only the individual applicants' qualifications and experience, but the depth and quality of their firms, the experience and qualifications of any co-counsel, and the depth and quality of co-counsel's firms.  The Court hopes and assumes that counsel appointed to leadership positions will take full advantage of the

range of talent among other counsel, whether through the formation of appropriate

subcommittees or otherwise — and that other counsel, including those who applied

unsuccessfully for leadership positions, will provide assistance as appropriate.

### A.  Leadership Appointments

Pursuant to the leadership structure approved and described by the Court in Order No. 5,

the Court makes the following appointments:

*Co-Lead Counsel*:  Steve W. Berman, Elizabeth J. Cabraser, and Robert C. Hilliard.

*Executive Committee*: David Boies, Lance A. Cooper, Melanie L. Cyganowski, Adam J.
Levitt, Dianne M. Nast, Peter Prieto, Frank M. Pitre, Joseph F. Rice, Mark P. Robinson,
Jr., and Marc M. Seltzer.

*Plaintiff Liaison Counsel*: Robin L. Greenwald.

*Federal/State Liaison Counsel*: Dawn M. Barrios.

All of the foregoing appointments are personal in nature.  That is, although the Court

anticipates that appointees will draw on the resources of their firms, their co-counsel, and their

co-counsel's firms, each appointee is personally responsible for the duties and responsibilities

that he or she assumes.  In due course, the Court will discuss a process for evaluating appointees'

performance and commitment to the tasks assigned.

The Court is aware that one or two of the foregoing counsel did not formally apply for

the position to which he or she was appointed.  If such counsel is unwilling or unable to serve in

the position to which he or she was appointed, he or she shall file a letter motion on ECF (in

**both 14-MD-2543 and 14-MC-2543**) seeking to withdraw from that position no later than

**August 19, 2014**, at which point the Court will make a substitute appointment.

### B.  Defining the Authority, Duties, and Responsibilities of Counsel

The Court is inclined to believe that it should (1) define the authority, duties, and

responsibilities of the foregoing leadership positions with greater specificity than set forth in

Order No. 5; and (2) should set more specific guidelines and rules regarding staffing, fees,

expenses, and billing records than set forth in prior Orders.  *See, e.g.*, Order No. 4, *In re Mirena*

*IUD Prods. Liab. Litig.*, 13-MD-2434 (CS) (S.D.N.Y. May 22, 2013) (Docket No. 103)

(directing lead and liaison counsel to propose guidelines for fees, expenses, and the like); Order

No. 5, *In re Mirena IUD Prods. Liab. Litig.*, 13-MD-2434 (CS) (S.D.N.Y. July 10, 2013)

(Docket No. 207) (specifying the authority, duties, and responsibilities of plaintiffs' leadership

counsel and setting detailed guidelines and rules regarding staffing, fees, expenses, and billing

records); *see also, e.g.*, Order No. 4, *In re Toyota Motor Corp. Unintended Acceleration Mktg.,*

*Sales Practices & Prods. Liab. Litig.*, 10-ML-02151 (JVS) (FMO) (C.D. Cal. June 1, 2010)

(Docket No. 181) (ordering that lead and liaison counsel play a gatekeeping role with respect to

all pleadings and motions).  Lead Counsel is directed to confer with Liaison Counsel and the

Executive Committee about those issues and to be prepared to address them at the next Status

Conference.  Alternatively, if prepared to do so, Lead Counsel may submit a proposed order

addressing the issues, in accordance with Section VII below, in advance of the Conference.

## II.   PROCESS FOR REVIEWING CASES FILED DIRECTLY IN THIS DISTRICT

The Court establishes the following procedure for the review of cases that are directly

filed within the Southern District of New York.  Plaintiffs, through Lead Counsel, and

Defendants will have seven (7) days from the date of a Court order consolidating a case with the

MDL to meet and confer and object by letter motion to the inclusion of the case in the MDL.

The party in favor of consolidation in the MDL will then have three (3) days to file a response to

any such filed objection.  Such objections and responses shall not exceed three (3) single-spaced

pages and shall be filed **only** in 14-MD-2543 (and "spread" to the relevant member case).  No

replies will be allowed without leave of Court.

With regard to any cases the Court has already consolidated with the MDL, the seven-day period to meet and confer and object will begin to run as of the date of entry of this Order.

Failure to object as set forth herein shall constitute a waiver of any objection to inclusion of the case in the MDL.

## III.    CONSOLIDATED COMPLAINT

Within forty-five (45) days of the entry of this Order, Plaintiffs, through Lead Counsel, will make available for review by all Plaintiffs through electronically secure means a draft Consolidated Complaint with respect to all claims alleging economic loss.  Plaintiffs will have seven (7) days to submit to Lead Counsel any comments on the draft Consolidated Complaint. Plaintiffs, through Lead Counsel, must file a final version of the Consolidated Complaint, **in both 14-MD-2543 and 14-MC-2543**, within sixty (60) days of the entry of this Order.

Plaintiffs seeking to object to the filed Consolidated Complaint must file their objections within seven (7) days, and Lead Counsel shall have seven (7) days to respond.  Any such objections and responses shall not exceed five (5) single-spaced pages and shall be **filed in both 14-MD-2543 and 14-MC-2543**.  No replies will be allowed without leave of Court.

## IV.    STATUS CONFERENCES

### A.    Status Conference Schedule

The Court will conduct the next Status Conference on **September 4, 2014**, at **9:30 a.m.**, in **Courtroom 310** of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.  (Please note that that is a different courtroom than the Court used for the Initial Status Conference.)  Counsel should check in with the Courtroom Deputy at least fifteen minutes in advance.  Counsel should arrive at the Courthouse with sufficient time to go through security.  Seats in the courtroom may not be reserved.

The Court will conduct additional Status Conferences on the following dates: **October 2, 2014**; **November 6, 2014**; and **January 9, 2015**. The Court will schedule Status Conferences once every two months or so thereafter and additional Status Conferences as needed. Unless the Court orders or indicates otherwise, all Status Conferences will begin at **9:30 a.m.**, and will be held in Courtroom 1105 of Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. (As noted, the September 4, 2014 Conference will be in Courtroom 310.)

      **B.**    **Proposed Agendas**

In advance of each Status Conference, Counsel for General Motors LLC ("New GM") and Lead Counsel shall meet and confer regarding the agenda for the Conference. No later than five (5) days prior to each Status Conference, Counsel for New GM and Lead Counsel shall file a joint letter, not to exceed five (5) single-spaced pages and to be filed in **both 14-MD-2543 and 14-MC-2543**, setting forth the parties' tentative agenda and the parties' proposals on those issues (and, to the extent applicable, submitting any proposed orders — joint or otherwise — in accordance with Section VII below). In the first paragraph of the joint letter, the parties shall indicate their views on (1) whether the Court should allot more than three hours for the Status Conference; and (2) whether the Court should utilize an oversize courtroom (such as Courtroom 110 or 310) as opposed to its ordinary courtroom (Courtroom 1105).

More immediately, Lead Counsel and counsel for Defendants shall meet and confer with respect to the agenda for the September 4, 2014 Status Conference within ten (10) days of the entry of this Order. Counsel should discuss the need to address and/or update the Court with respect to the following issues (in addition to any other issues identified by counsel):

      1.     An initial discovery plan to produce those relevant, non-privileged documents previously provided by New GM (and the other Defendants, to the extent applicable) to Congress and the National Highway Traffic Safety Administration ("NHTSA");

2.      The entry of an appropriate protective order that balances the presumption in favor of public access to documents and information filed with the Court with the interests of maintaining as confidential information that is subject to protection under Rule 26(c) of the Federal Rules of Civil Procedure and the judicial opinions interpreting such Rule, and recognizes that the Court shall make all decisions regarding the sealing and/or redactions of pleadings or other materials filed in Court;

3.      A proposal and plan to create a single electronic document depository that will be used in both this MDL and related state and federal cases;

4.      The parties' positions on document discovery beyond the initial disclosures in item 1 above;

5.      The parties' positions on third-party document discovery, including if such discovery should be limited to preservation efforts;

6.      The parties' positions on document discovery of defendants other than New GM;

7.      The parties' positions on the production of documents relating to the May 29, 2014 Report by Anton R. Valukas, and a process for addressing disputes regarding same;

8.      The parties' positions on the production of documents provided by New GM to government agencies other than NHTSA, and a process for addressing disputes regarding same;

9.      The entry of an Electronically Stored Information (ESI) order;

10.     The entry of a Federal Rule of Evidence 502(d) order;

11.     Additional preservation protocols that balance the right of Plaintiffs to obtain potentially relevant evidence against the undue burden and expense to New GM of preserving large numbers of parts that have been the subject of recalls or other evidence and a process for addressing disputes regarding the same; and

12.     Other potential preservation issues relating to third parties, as well as a protocol for inspection of plaintiffs' vehicles in the event a named plaintiff wishes to sell a vehicle.

The Court expects Lead Counsel and counsel for Defendants to meet and confer in good faith on those issues (and all others that arise over the course of the litigation) in an effort to prepare agreed-upon orders for the Court's consideration whenever possible.

### C. **Proposed Orders**

Unless the Court orders otherwise, no later than three (3) business days following each and every Status Conference, Lead Counsel and Counsel for New GM shall submit a proposed order (in accordance with Section VII below) memorializing any actions taken or rulings made at a Status Conference.

## V. **COORDINATION WITH OTHER ACTIONS**

At each Status Conference, the parties shall apprise the Court of the existence and status of related cases proceeding in other courts, including state courts. Additionally, in consultation with Lead and Liaison Counsel, New GM is ordered to provide a joint written update to the Court every two (2) weeks, advising the Court of matters of significance (including hearings, schedules, and deadlines) in related cases, to enable this Court to effectuate appropriate coordination, including discovery coordination, with these cases.

The Court strongly believes that it is prudent to establish, at an early stage, appropriate procedures for coordinating this litigation with related cases in other courts, including the Bankruptcy Court and state courts. To that end, within ten (10) days of the entry of this Order, Plaintiff's Liaison Counsel and Federal State Liaison Counsel (and Lead Counsel, if Lead Counsel elects to join) shall meet and confer with Counsel for New GM to discuss appropriate additional procedures for such coordination. No later than five (5) days prior to the September 4, 2014 Status Conference, Plaintiff's Liaison Counsel, Federal State Liaison Counsel, and Counsel for New GM shall file a joint letter, not to exceed five (5) single-spaced pages and to be filed in **both 14-MD-2543 and 14-MC-2543**, setting forth the parties' proposals. Counsel should also be prepared to address the issue of coordination at the Status Conference itself.

Case 2:14-cv-62438-JMF   Document 36   Filed 08/15/14   Page 83 of 52

## VI.     MOTIONS AND BANKRUPTCY APPEALS

Unless otherwise ordered by the Court, all motion papers shall comply (in form, length, etc.) with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules") (available at http://nysd.uscourts.gov/rules/rules.pdf) and this Court's Individual Rules and Practices in Civil Cases (available at http://nysd.uscourts .gov/judge/Furman ).

New GM (and other Defendants, as applicable) is ordered to respond by **Friday, August 29, 2014**, to the motion to remand filed in *Sumners v. General Motors, LLC*, 14-CV-5461 (JMF) (14-MD-2543, Docket No. 182).  The *Sumners* Plaintiffs' reply, if any, will be due seven (7) days thereafter.

New GM is further ordered to notify the Court by letter no later than **Monday, August 18, 2014**, if it intends to object to the *Edwards* Plaintiffs' motion for leave to file an omnibus complaint (14-MD-2543, Docket No. 188).  If New GM intends to object, it shall file a response in opposition by **Monday, August 25, 2014**.  The *Edwards* Plaintiffs' reply, if any, will be due seven (7) days thereafter.

Counsel for New GM, Lead Counsel, and counsel for the *Phaneuf*, *Elliott*, and *Sesay* Plaintiffs will meet and confer regarding appropriate procedures relating to appeals from the Bankruptcy Court's No Stay Pleading decisions, and shall submit a letter not to exceed three (3) single-spaced pages with their respective positions regarding same.

## VII.     PROCESS FOR SUBMITTING PROPOSED ORDERS

Any and all proposed orders should be e-mailed to the Orders and Judgments Clerk of the Court (judgments@nysd.uscourts.gov), as a .pdf attachment.  At the same time, counsel should e-mail the proposed order, as a .docx (i.e., Microsoft Word) attachment, to the Court

(Furman_NYSDChambers@nysd.uscourts.gov).  Any such e-mail shall state clearly in the subject line: (1) the caption of the case, including the lead party names and docket number; and (2) a brief description of the contents of the document.  Counsel shall not include substantive communications in the body of the e-mail.  (The sender of an e-mail will ordinarily receive an auto-reply e-mail appearing to come from the Courtroom Deputy stating that substantive communications in the body of the e-mail will be disregarded.  Parties need not, and should not, respond to the auto-reply message.)

## VIII.  <u>TEXT-SEARCHABLE SUBMISSIONS</u>

All filings and submissions — regardless of format and submission method — shall be text-searchable.

## IX.  <u>CONTACTING CHAMBERS</u>

Most procedural and logistical questions can be answered by consulting this Court's prior orders, the Local Rules, and the Court's Individual Rules and Practices in Civil Cases. Accordingly, counsel should review those materials before contacting Chambers by telephone.

## X.  <u>CONCLUSION</u>

The Clerk of Court is directed to terminate Docket Nos. 108, 112, 116, 121-22, 125, 132, 134-36, 138-39, 141-45, 147, and 149-78 in 14-MD-2543, and any associated entries in member cases.

SO ORDERED.

Dated:  August 15, 2014
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

# Exhibit A

| | |
|---|---|
| Aarin April Zeif<br>Gould and Associates<br>17822 East 17th Street Suite 106<br>Tustin, CA 92780<br>714-669-2850<br>714-544-0800 (fax)<br>aarin@wageandhourlaw.com | |
| Aaron Samuel Podhurst<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 W Flagler Street<br>Suite 800<br>Miami, FL 33130-1780<br>305-358-2800<br>305-358-2382 (fax)<br>apodhurst@podhurst.com | ADAM J. LEVITT<br>312-214-0000<br>GRANT & EISENHOFER P.A.<br>alevitt@gelaw.com |
| Aashish Desai<br>Mower Carreon & Desai<br>2301 Dupont Dr, Ste 360<br>Irvine, CA 92612-7503<br>(949)474-3004 | |
| Adam M. Moskowitz<br>Kozyak Tropin & Throckmorton<br>2525 Ponce de Leon Boulevard<br>Suite 900<br>Coral Gables, FL 33134-6036<br>305-372-1800<br>372-3508 (fax)<br>AMM@kttlaw.com | |
| Adam Matthew Moskowitz<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon Blvd.<br>9th Floor<br>Miami, FL 33134<br>(305)-372-1800<br>(305)-372-3508 (fax)<br>amm@kttlaw.com | Adam Moskowitz |
| Alexander H. Schmidt<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>212.545.4723<br>212.545.7494 (fax)<br>schmidt@whafh.com | Alex H. Schmidt |

Alexandra A Hamilton
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
650-697-0577 (fax)
ahamilton@cpmlegal.com

Alfred G. Yates, Jr.
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 391-5164

Allan Aaron Joseph
Fuerst Ittleman David & Joseph, PL
1001 Brickell Bay Drive
32nd Floor
Miami, FL 33131
305-350-5690
786-364-7995 (fax)
ajoseph@fuerstlaw.com

Allan Pixton
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)-862-2453
(312)-862-2200 (fax)
allan.pixton@kirkland.com

Allen C. Wilson
The Law Firm of Allen Wilson
40 Wall Street, 28 Floor
New York, NY 10005
(212)-714-0300
(202)-331-3759 (fax)
wilsonallen3@aol.com

Alyson L. Oliver
950 W. University Drive
Suite 200
Rochester, MI 48307
248 327-6556
248-436-3385 (fax)
notifications@oliverlg.com

Alyson Louise Oliver
Oliver Law Group PC
950 W. University Drive, Suite 200
Rochester, MI 48307
(248)-327-6556
(248)-436-3385 (fax)
notifications@oliverlg.com

Andre T. Tennille
Conley Griggs Partin LLP
The Hardin Building
1380 West Paces Ferry Road,
N.W., Suite 2100
Atlanta, GA 30327
404-467-1155
404-467-1166 (fax)

Andrea B. Bierstein
Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
(212) 784-6403
(212) 784-6400 (fax)
abierstein@simmonsfirm.com

Andres Rivero
Rivero Mestre & Castro
2525 Ponce De Leon Blvd., Suite 1000
Coral Gables, FL 33134
(305) 445-2500
(305) 445-2505 (fax)
arivero@riveromestre.com

Andrew B Bloomer
Kirkland and Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-2482
312-862-2200 (fax)
andrew.bloomer@kirkland.com

Andrew Baker Bloomer
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)-862-2000
(312)-862-2200 (fax)
andrew.bloomer@kirkland.com

Andrew M. Volk
Hagens Berman Sobol Shapiro LLP (Seattle)
1918 8th, Avenue
Suite 3300
Seattle, WA 98101
(206) 268-9371
(206) 623-0594 (fax)
andrew@hbsslaw.com

Andrew Steven Friedman
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central, Suite 1000
Phoenix, AZ 85012
(602) 274-1100
(602) 798-5825 (fax)
afriedman@bffb.com

Archie Cleveland Lamb, Jr.
Archie Lamb , Associates
P. O. Box 2088
Birmingham, AL 35201
(205) 612-6789
(205) 314-0785 (fax)
alamb@archielamb.com

Arthur J Steinberg
King & Spalding LLP
1185 Ave of the Americas
New York, NY 10036-2601
212-556-2100

Ashley Dawn Rose
Mlg Automotive Law, Aplc
2801 W. Coast Hwy., Suite 370
Newport Beach, CA 92663
(949)-581-6900
(949)-581-6908 (fax)
arose@mlgautomotivelaw.com

Barry E. Fields
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)-862-2081
(312)-862-2200 (fax)
bfields@kirkland.com

Behram V Parekh
Kirtland and Packard LLP
2041 Rosecreans Avenue Suite 300
El Segundo, CA 90245
310-536-1000
310-536-1001 (fax)
bvp@kirtlandpackard.com

Benjamin E. Baker
Beasley Allen Crow Methvin Portis & Miles-AL
P.O. Box 4160
218 Commerce Street
Montgomery, AL 36103-4160
334-269-2343
ben.baker@beasleyallen.com

Benjamin E. Baker, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
P O Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
ben.baker@beasleyallen.com

Benjamin F. Johns
Chimicles & Tikellis LLP
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bfj@chimicles.com

Benjamin L Bailey
Bailey and Glasser LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
304-342-1110 (fax)
bbailey@baileyglasser.com

Benno B Ashrafi
Weitz and Luxenberg PC
1880 Century Park East Suite 700
Los Angeles, CA 90067
310-4247-0921
310-786-9927 (fax)
bashrafi@weitzlux.com

Beth E. Terrell
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
206-816-6603
206-350-3528 (fax)
bterrell@tmdwlaw.com

Betsy Carol Manifold
Wolf Haldenstein Adler Freeman and Herz
750 B Street
Symphony Towers Suite 2770
San Diego, CA 92101-5050
(619)239-4599
manifold@whafh.com

Blair Pierson Durham
Law Office of Blair P. Durham
404 James Robertson Parkway
1714 Parkway Towers
Nashville, TN 37219
(615) 252-4814
(615) 496-3595 (fax)
blair@durhamanddread.com

Bradley K King
Ahdoot & Wolfson APC
1016 Palm Avenue
West Hollywood, CA 90069
310-474-9111
310-474-8585 (fax)
bking@ahdootwolfson.com

Bradley Wilders
Stueve Siegel Hanson, LLP - KCMO
460 Nichols Road
Suite 200
Kansas City, MO 64112
(816) 714-7126
(816) 714-7101 (fax)
wilders@stuevesiegel.com

Brandon L. Corl
Potts Law Firm, LLP
908 Broadway
3rd Floor
Kansas City, MO 64105
(816) 931-2230
(816)931-7030 (fax)
bcorl@potts-law.com

Brent Hazzard
HAZZARD LAW, LLC
P. O. BOX 24382
Jackson, MS 39225
601/977-5253
601/977-5236 (fax)
brenthazzard@yahoo.com

Brett Elliott von Borke
Grossman Roth, P.A.
2525 Ponce de Leon Blvd.
Suite 1150
Miami, FL 33134
305-442-8666
305-285-1668 (fax)
bvb@grossmanroth.com

Brett H Cebulash
Taus, Cebulash & Landau, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 931-0704
(212) 931-0703 (fax)
bcebulash@tcllaw.com

Brian Kelly Herrington
Freese & Herrington
1520 N. State Street
Jackson, MS 39202
(601)961-4050
(601)510-9903 (fax)
brian@bherringtonlaw.com

Brian O. O'Mara
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
(619) 231-7423 (fax)
bomara@rgrdlaw.com

Bruce S. Kingsdorf
Barrios, Kingsdorf & Casteix, LLP
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
(504) 524-3300
(504)-524-3313 (fax)
kingsdorf@bkc-law.com

BRIAN SIEVE
KIRKLAND & ELLIS LLP
300 N. LASALLE
CHICAGO, IL 60654
312 862-2000
bsieve@kirkland.com

Cathleen M. Combs
Edelman, Combs Latturner & Goodwin, LLC
120 S. LaSalle Street
18th Floor, Suite1800
Chicago, IL 60603
(312) 739-4200
(312)-419-0379 (fax)
ccombs@edcombs.com

Charles Kocher
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
One Liberty Plance, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
215-575-3986
215-496-0999 (fax)

Charles S Zimmerman
Zimmerman Reed PLLP
1100 IDS Center, 80 S 8th St.
Minneapolis, MN 55402
612-341-0400
612-341-0844 (fax)
charles.zimmerman@zimmreed.com

Christopher William Keegan
Kirkland & Ellis LLP(SF)
555 California Street, Suite 2700
San Francisco, CA 94104
(415)439-1882
(415)439-1500 (fax)
chris.keegan@kirkland.com

Cory S. Fein
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027
(713) 751-0400
(713) 751-0906 (fax)
csf@caddellchapman.com

Curtis Bradley Miner
Colson Hicks Eidson
255 Alhambra Circle
PH
Coral Gables, FL 33134-2351
305-476-7400
476-7444 (fax)
curt@colson.com

D. Michael Andrews
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
P O Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
(334) 954-7555 (fax)
mike.andrews@beasleyallen.com

D. Todd Mathews
Gori, Julian & Associates, PC
156 N. Main Street
Edwardsville, IL 62025
618-659-9833
618-659-9834 (fax)
todd@gorijulianlaw.com

Dallas L. Albaugh
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
(212)-421-4100
(212)-798-6327 (fax)
dalbaugh@golenbock.com

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. Lasalle Street, Suite 1800
Chicago, IL 60603
(312)-739-4200
(312)-419-0379 (fax)
courtecl@edcombs.com

Daniel C Girard
Girard Gibbs LLP
601 California Street 14th Floor
San Francisco, CA 94108
415-981-4800
415-981-4846 (fax)
dcg@girardgibbs.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
(504)-756-4840
(985)-536-1186 (fax)
mmoreland@becnellaw.com

David Boies
Boies, Schiller & Flexner LLP
333 Main St
Armonk N.Y. 10504 (914-749-8201)

Darrell Lee Barger
Hartline Dacus Barger Dreyer LLP
800 N Shoreline Blvd
Suite 2000 North Tower
Corpus Christi, TX 78401
361-866-8009
361-866-8039 (fax)
dbarger@hdbdlaw.com

David Buckner
Grossman Roth
2525 Ponce de Leon Boulevard
11th Floor
Coral Gables, FL 33134-6036
305-442-8666
305-285-1668 (fax)
dbu@grossmanroth.com

David Henry Lichter
Higer Lichter & Givner LLP
18305 Biscayne Boulevard
Suite 402
Aventura, FL 33160
305-933-9970
305-933-0998 (fax)
dlichter@hlglawyers.com

David L. Balser
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
404-572-2782
404 572 5100 (fax)
dbalser@kslaw.com

David M. Buckner
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134
(305)-372-1800
(305)-372-3508 (fax)
dbu@grossmanroth.com

David Michael Andrews
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
(334)-269-2343
(334)-954-7555 (fax)
mike.andrews@beasleyallen.com

Dianne M. Nast
Nast Lawllc
1101 Market St., Phila Pa 19107    dnast@nastlaw.com

David Slade
Carney Bates & Pulliam, PLLC
11311 Arcade Drive
Suite 200
Little Rock, AR 72212
501-312-8500
dslade@cbplaw.com

David Stein
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415)-981-4800
(415)-981-4846 (fax)
ds@girardgibbs.com

David W. Mitchell
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101
(619)-231-1058
(619)-231-231-7423 (fax)
davidm@rgrdlaw.com

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
(504) 524-3300
(504)-524-3313 (fax)
barrios@bkc-law.com

Deborah R Rosenthal
Simmons Browder Gianaris Angelides and Barnerd LLP
455 Market Street Suite 1150
San Francisco, CA 94015
415-536-3986
415-537-4120 (fax)
drosenthal@simmonsfirm.com

Dennis R. Lansdowne
Spangenberg, Shibley & Liber, LLP
1001 Lakeside Ave East
Suite 1700
Cleveland, OH 44114
(216)-696-3232
(216)-696-3924 (fax)
drl@spanglaw.com

Derek H. Potts
Potts Law Firm, LLP
908 Broadway
3rd Floor
Kansas City, MO 64105
(816) 931-2230
(816) 931-7030 (fax)
dpotts@potts-law.com

Dianne M. Nast
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215) 923-9300
(215) 923-9302 (fax)
dnast@nastlaw.com

Don Barrett
Barrett Law Group, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095
(662)-834-9168
(662)-834-2628 (fax)
dbarrett@barrettlawgroup.com

Don M. Downing
Gray, Ritter & Graham, PC
701 Market Street
St. Louis, MO 63101
(314) 241-5620
(314) 241-4140 (fax)
ddowning@grgpc.com

Donald H. Slavik
Robinson Calcagnie Robinson Shapiro Davis, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949)-720-1288
(949)-720-1292 (fax)
dslavik@rcrlaw.net

Douglas Gregory Blankinship
Finkelstein Blankinship, Frei- Pearson & Garber, LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
914-298-3281
914-824-1561 (fax)
gblankinship@fbfglaw.com

Drew T. Legando
Landskroner Grieco Merriman
Ste. 200
1360 West Ninth Street
Cleveland, OH 44113
216-522-9000
216-522-9007 (fax)
drew@lgmlegal.com

E. Powell Miller
The Miller Law Firm, P.C.
950 W. University Drive,
Suite 300
Rochester, MI 48307
(248)-841-2200
(248)-652-2852 (fax)
epm@millerlawpc.com

Eamon Paul Joyce
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212) 839-8555
(212) 839-5599 (fax)
ejoyce@sidley.com

Edward D. Robertson, Jr.
Bartimus Frickleton Robertson and Gorny
715 Swifts Highway
Jefferson City, MO 65109
573-659-4454
573-659-4460 (fax)
chiprob@earthlink.net

Edward L Ripley
King & Spalding LLP
1000 Louisiana
Ste 4000
Houston, TX 77002
713-276-7351
713-751-3290 (fax)
ERipley@kslaw.com

Edward L White
Edward L. White, P.C.
825 E 33rd St
Edmond, OK 73013
405-810-8188
405-608-0971 (fax)
ed@edwhitelaw.com

| |
|---|
| Edward W. Ciolko |
| Kessler Topaz Meltzer & Check, LLP (PA) |
| 280 King of Prussia Road |
| Radnor, PA 19087 |
| (610)-667-7706 |
| (610)-667-7056 (fax) |
| eciolko@ktmc.com |
| Elaine T Byszewski |
| Hagens Berman Sobol Shapiro LLP |
| 1918 Eighth Avenue |
| Suite 3300 |
| Seattle, WA 98101 |
| 206-623-7292 |
| 206-623-0594 (fax) |
| elaine@hbsslaw.com |
| Elaine T Byszewski |
| Hagens Berman Sobol Shapiro LLP |
| 301 North Lake Avenue Suite 203 |
| Pasadena, CA 91101 |
| 213-330-7150 |
| 213-330-7152 (fax) |
| elaine@hbsslaw.com |
| Elizabeth J. Cabraser |
| Lieff, Cabraser, Heimann & Bernstein, L.L.P. |
| 275 Battery Street |
| Embarcadero Center W. |
| San Francisco, CA 94111 |
| (415) 956-1000 |
| (415)-956-1008 (fax) |
| Elizabeth Joan Cabraser |
| Lieff Cabraser Heimann and Bernstein LLP |
| Embarcadero Center West |
| 275 Battery Street 29th Floor |
| San Francisco, CA 94111-3339 |
| 415-956-1000 |
| 415-956-1008 (fax) |
| ecabraser@lchb.com |
| Eric B Snyder |
| Bailey and Glasser LLP |
| 209 Capitol Street |
| Charleston, WV 25301 |
| 304-345-6555 |
| 304-342-1110 (fax) |
| esnyder@baileyglasser.com |

Eric H Gibbs
Girard Gibbs LLP
601 California Street
14th Floor
San Francisco, CA 94108
415-981-4800
415-981-4846 (fax)
ehg@girardgibbs.com

Eric Lechtzin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215)-875-4604 (fax)
elechtzin@bm.net

Eric Michael English
King And Spalding LLP
1100 Louisiana
Ste 4000
Houston, TX 77002
713-276-7438
eenglish@kslaw.com

Eric S. Mattson
Sidley Austin, LLP (Chicago)
One South Dearborn
Chicago, IL 60603
(312)-853-7000
(312) 853-7036 (fax)
emattson@sidley.com

Eugene A. Schoon
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7279
(312)-853-7036 (fax)
eschoon@sidley.com

Eugene R Egdorf
Lanier Law Firm PC
6810 FM 1960 West
Houston, TX 77069
713-659-5200
713-659-2204 (fax)
ere@lanierlawfirm.com

Francis (Casey) J. Flynn
Carey, Danis and Lowe - St. Louis
8235 Forsyth
Suite 1100
St. Louis, MO 63105
314-678-3400
314-678-3401 (fax)
casey@jefflowepc.com

Francis J. Grey
Ricci Tyrrell Johnson & Grey
Eight Penn Center
Suite 2000
1628 John F Kennedy Boulevard
Philadelphia, PA 19103
215-320-3260
215-320-3261 (fax)
fgrey@rtjglaw.com

Francis Joseph Flynn, Jr.
Carey, Danis & Lowe
8235 Forsyth Boulevard, Suite 1100
Saint Louis, MI 63105
(314)-725-7700
(314)-721-0905 (fax)
casey@jefflowepc.com

Francis M. Gregorek
Wolf, Haldenstein, Adler, Freeman & Herz
Symphony Tower
750 B. Street
San Diego, CA 92101
(619) 239-4599

Frank Cadmus Damrell, Jr
Cotchett Pitre and McCarthy LLp
1415 L Street Suite 1185
Sacramento, CA 95814
916-706-0555
916-706-0554 (fax)

Frank M Pitre
Cotchett Pitre Simon and McCarthy
San Francisco Airport Office Center
840 Malcolm Rd Suite 200
Burlingame, CA 94010
650-697-6000
650-697-0577 (fax)
fpitre@cpmlegal.com

Gregory O. Wiggins
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205)-314-0542
(205)-254-1500 (fax)
gwiggins@wigginschilds.com

Guy Bucci
213 Hale Street
Charleston, WV 25301
304-932-4639
304-345-0375 (fax)

Hamid M. Soueidan
At Law Group, PLLC
1 Parklane Boulevard
Suite 100
Dearborn Heights, MI 48126
800-285-2996
800-285-2996 (fax)
hmsoueidan@gmail.com

Harley Shepard Tropin
Kozyak, Tropin & Throckmorton
2525 Ponce De Leon Boulevard
Miami, FL 33134
(305)-377-0662
(305)-372-3508 (fax)
hst@kttlaw.com

Hart Lawrence Robinovitch
Zimmerman Reed PLLP
14646 N Kierland Blvd., Ste. 145
Scottsdale, AZ 85254-2762
480-348-6400
480-348-6415 (fax)
AZDocketing@zimmreed.com

Heather Marie Baker
Kirtland and Packard LLP
2041 Rosecrans Avenue Suite 300
El Segundo, CA 90245
310-536-1000
hmb@kirtlandpackard.com

James Jackson Bilsborrow
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
(212)-558-5856
jbilsborrow@weitzlux.com

James O. Latturner
Edelman, Combs & Latturner
120 S. LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200

James R Dugan, II
Dugan Law Firm
365 Canal St Ste 1000
New Orleans, LA 70130
504-648-0180
504-648-0181 (fax)
jdugan@dugan-lawfirm.com

James R. Bartimus
Bartimus Frickleto Robertson & Goza, P.C.
11150 Overbrook Road,
Suite 200
Leawood, KS 66211
913-266-2300
913-266-2366 (fax)

James R. Dugan, II
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
(504)-648-0180
(504)-648-0181 (fax)
jdugan@dugan-lawfirm.com

Jason Allen Zweig
Hagens Berman Sobol Shapiro LLP (NYC)
555 Fifth Ave Ste. 1700
New York, NY 10117
212-752-5455
917-210-3980 (fax)
jasonz@hbsslaw.com

Jason Hartley
Stueve Siegel Hanson LLP
550 West C Street, Suite 1750
San Diego, CA 92101
(619)-400-5822
(619)-400-5832 (fax)
hartley@stuevesiegel.com

Jason J Sigel
Dreyer Babich Buccola Wood Campora LLP
20 Bicentennial Circle
Sacramento, CA 95826
916-379-3500
916-379-3599 (fax)
jsigel@dbbwlaw.com

Jason M. Lindner
Ross, Dixon & Bell, LLP
550 West B Street
Suite 400
San Diego, CA 92101
(619) 235-4040

Jasper D. Ward, IV
Jones Ward PLC - Lou
312 S. Fourth Street
Marion E. Taylor Bldg 6th Floor
Louisville, KY 40202
502-882-6000
502-587-2007 (fax)
jasper@jonesward.com

Jasper Dudley Ward
Jones & Associates
1230 6th Avenue 7th Floor
New York, NY 10020
(502)-882-6000
(502)-587-2007 (fax)
jasper@jonesward.com

Jay Douglas Dean
Axelrod & Dean LLP
830 Third Avenue, Fl 5
New York, NY 10017
646-448-5264
212-480-8560 (fax)
jddean@axelroddean.com

Jason J. Thompson
Sommers Schwartz P.C.
(248) 355-0300
pl: Elizabeth Johnson

Jere Locke Beasley
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
P O Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
jere.beasley@beasleyallen.com

Jodi Westbrook Flowers
Motley Rice LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29464
843-216-9163
(843) 216-9680 (fax)
Jflowers@motleyrice.com

*Bed ford Anto*

Joel R. Rhine
Rhine Martin Law Firm, P.C.
1612 Military Cutoff, Suite 300
Wilmington, NC 28403
910-772-9960
910-772-9062 (fax)
jrr@rhinelawfirm.com

John Brandon Martinez
Hilliard Munoz Gonzales
719 S Shoreline
Ste 500
Corpus Christi, TX 78401
361-882-1612
john@hmglawfirm.com

John Douglas Richards
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)
drichards@cohenmilstein.com

John Ernst Tangren
Grant and Eisenhofer P.A.
30 N. LaSalle Street
Suite 1200
Chicago, IL 60602
(312)-610-5401
(312)-214-6154 (fax)
jtangren@gelaw.com

John W. Don Barrett
BARRETT LAW GROUP, P.A.
P.O. Box 927
Lexington, MS 39095
(662) 834-9168
dbarrett@barrettlawgroup.com

Jonathan A Michaels
Mlg Automotive Law, Aplc
2801 West Coast Highway Suite 370
Newport, CA 92663
949-527-6900
949-581-6908 (fax)
jmichaels@mlgautomotivelaw.com

Jonathan D. Selbin
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street
8th Floor
New York, NY 10013-1413
(212)355-9500
(212)355-9592 (fax)
jselbin@lchb.com

Jonathan Laurence Flaxer
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
(212) 907-7327
(212) 754-0330 (fax)
jflaxer@golenbock.com

Jonathan Shub
Seeger Weiss LLP
1515 Market Street
Philadelphia, PA 19002
(215)-564-2300
(215)-851-8029 (fax)
jshub@seegerweiss.com

Jonathan Watson Cuneo
Cuneo Gilbert & LaDuca, LLP
620 Fifth Avenue
6th Floor
New York, NY 10020
(202) 789-3960
202 789 1813 (fax)
jonc@cuneolaw.com

Jorge Alejandro Mestre
Rivero Mestre & Castro
2525 Ponce De Leon Blvd
Suite 1000
Coral Gables, FL 33134
(305) 445-2500
(305) 445-2525 (fax)
jmestre@riveromestre.com

Joseph B. Kenney
Chimicles & Tikellis LLP
361 W. Lancaster Ave.
Haverford, PA 19041
jbk@chimicles.com

Joseph F. Rice
Motley Rice LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29464
(843)-216-9159
(843)-216-9290 (fax)
jrice@motleyrice.com

Joseph G. Price
Dougherty Leventhal & Price, LLP
75 Glenmaura National Blvd
Moosic, PA 18507
570-347-1011
jprice@dlplaw.com

Joseph G. Sauder
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610)642-8500
(610)649-3633 (fax)
jgs@chimicles.com

Joseph H. Meltzer
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
(610)667-7706 x1210
(610) 667-7056 (fax)
jmeltzer@ktmc.com

Kyle Harold Dreyer
Hartline Dacus Barger Dreyer LLP
6688 N Central Expwy
Ste 1000
Dallas, TX 75206
(214)-346-3714
(214)-267-4214 (fax)
kdreyer@hdbdlaw.com

Lance Alan Cooper
The Cooper Firm
531 Roselane Street
Suite 200
Marietta, GA 30060
770-427-5588
770-427-0010 (fax)
lance@thecooperfirm.com

Lance August Harke
Harke Clasby & Bushman LLP
9699 NE Second Avenue
Miami Shores, FL 33138
(305)-536-8222
(305)-536-8229 (fax)
lharke@harkeclasby.com

Laurence David King
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
(415)-772-4700
(415)-772-4707 (fax)
lking@kaplanfox.com

Lawrence J. Murphy
Honigman, Miller,
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3506
313-465-7000
lmurphy@honigman.com

Lee Javins
Bucci Bailey & Javins L.C.
213 Hale Street
Charleston, WV 25301
304-932-4639
304-345-0375 (fax)

Leonid Feller
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)-862-2954
(312)-862-2200 (fax)
leonid.feller@kirkland.com

Lester L Levy
Wolf Popper LLP
845 Third Avenue 12th Floor
New York, NY 10028
212-759-4600
212-486-2093 (fax)
llevy@wolfpopper.com

Linda M Fong
Kaplan Fox & Kilsheimer LLP
350 Sansome Street Suite 400
San Francisco, CA 94104
415-772-4700
415-772-4707 (fax)
lfong@kaplanfox.com

Lisa Verna Lecointe
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)-446-4721
(212)-446-6460 (fax)
llecointe@kirkland.com

Lynn A. Toops
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
(317) 636-2593 (fax)
ltoops@cohenandmalad.com

Major A. Langer
Perona, Langer, Beck & Lallande
P.O. Box 7948
300 East San Antonio Drive
Long Beach, CA 90807
(562) 426-6155
562-490-9823 (fax)

Malcolm Todd Brown
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016
brown@whafh.com

Manuel Leon Dobrinsky
Freidin & Dobrinsky PA
2 S Biscayne Boulevard
Suite 3100
Miami, FL 33131
305-371-3666
371-6725 (fax)
mdobrinsky@fdlaw.net

Marc M. Seltzer
Susman Godfrey, L.L.P.
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029
(310) 789-3102
(310) 789-3150 (fax)
mseltzer@susmangodfrey.com

Maria Adrianne De Castro
Desai Law Firm PC
3200 Bristol Street Suite 650
Costa Mesa, CA 92626
949-614-5830
949-271-4190 (fax)
adrianne@desai-law.com

Marion M Reilly
Hilliard Munoz Gonzales LLP
719 S Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-882-1612
marion@hmglawfirm.com

Marisa C. Livesay
Wolf Haldenstein Adler Freeman & Herz
750 B Street, Suite 2770
San Diego, CA 92101
(619)-239-4599
(619)-234-4599 (fax)
livesay@whafh.com

Mark DiCello
The DiCello Law Firm
Western Reserve Law Building
7556 Mentor Avenue
Mentor, OH 44060
440-953-888
440-953-9138 (fax)

Mark Hayden Troutman
Isaac Wiles Burkholder and Teetor
Two Miranova Place, Suite 700
Columbus, OH 43215
(614)-221-2121
(614)-365-9516 (fax)
mtroutman@isaacwiles.com

Mark J. Dearman
Robbins Geller Rudman & Dowd LLP (FL)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561)-750-3000
(561)-750-3364 (fax)
mdearman@rgrdlaw.com

Mark K. Gyandoh
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
(610) 667.7706
(610) 667.7056 (fax)
mgyandoh@ktmc.com

Mark P Pifko
Baron and Budd PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436
818-839-2333
818-986-9698 (fax)
MPifko@baronbudd.com

Mark P Robinson, Jr
Robinson Calcagnie Robinson Shapiro Davis Inc
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288
949-720-1292 (fax)
mrobinson@rcrlaw.net

Mark P. Robinson, Jr.
Robinson Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 (fax)
mrobinson@rcrlaw.net

Mark P. Robinson, Jr.
Robinson, Calcagnie & Robinson
620 Newport Center Drive
Newport Beach, CA 92660
(949) 720-1288

Mark Parker Robinson
Robinson Calcagnie Robinson Shapiro Davis, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949)-720-1288
(949)-720-1292 (fax)
beachlawyer51@hotmail.com

Mary E. Alexander
Mary Alexander & Associates, P.C.
Suite 1303
44 Montgomery Street
San Francisco, CA 94104
(415)433-4440
(415)-433-5440 (fax)
malexander@maryalexanderlaw.com

Matthew B. Moreland
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
mattmoreland@cox.net

Matthew D. Schelkopf
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
(610) 649-3633 (fax)

Matthew Lee Dameron
Williams Dirks Dameron LLC
1100 Main Street
Suite 2600
Kansas City, MO 64105
(816) 876-2600
(816) 221-8763 (fax)
matt@williamsdirks.com

Matthew R. Doebler
Pribanic & Pribanic, LLC
513 Court Place
Pittsburgh, PA 15219
412-281-8844
412-281-4740 (fax)
mdoebler@pribanic.com

Matthew Stephen Grayson
Matthew Stephen Grayson
Attorney at Law
917 Nowita Place
Venice, CA 90291
310-827-9776

Matthew Weinshall
Podhurst Orseck
25 West Flagler Street
Suite 800
Miami, FL 33130
305-358-2800
mweinshall@podhurst.com

Maurice B. Graham
Gray, Ritter & Graham, P.C.
701 Market Street
Suite 800
St. Louis, MO 63101-1826
(314)-345-2002
314-241-4140 (fax)
mgraham@grgpc.com

Mekel Smith Alvarez
Morris Bart, LLC (New Orleans)
909 Poydras St.
Suite 2000
New Orleans, LA 70112-4000
504/599-3385
504/599-3380 (fax)
malvarez@morrisbart.com

MELISSA WILLETT
Boies Schiller
5301 Wisconsin Ave
Mwillett@bsfllp.com

Melanie L. Cyganowski
Otterbourg, Steindler, Houston & Rosen
230 Park Avenue
New York, NY 10169
(212)-661-9100
212 682 6104 (fax)
mcyganowski@oshr.com

*Mela Cyg*
STEVEN SOLL
OTTERBOURG

Melissa M. Merlin
Husch Blackwell Sanders, LLP (St. Louis)
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441
(314)-480-1887
(314)-480-1505 (fax)
melissa.merlin@huschblackwell.com

Michael A. Caddell
Caddell & Chapman
1331 Lamar Street, Suite 1070
Houston, TX 77010
(713) 751-0400
713-751-0906 (fax)
mac@caddellchapman.com

Michael A. Gould
Konner Teitelbaum & Gallagher
462 Seventh Avenue, 12th Floor
New York, NY 10018
(212)-697-8500
(212)-697-4512 (fax)
mgould@ktglaw.com

Michael Dennis Donovan
Donovan Searles, LLC
1845 Walnut Street, SUite 1100
Philadelphia, PA 19103
(215) 732-6067
(215) 732-8060 (fax)
mdonovan@donovanaxler.com

Michael Francis Ram
Faruqi & Faruqi LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
310-461-1426
310-461-1427 (fax)

Michael Francis Ram
Ram, Olson, Cereghino & Kopczynski LLP
555 Montgomery Street
Suite 820
San Francisco, CA 94111
(415)-846-3862
415-433-7311 (fax)
mram@rocklawcal.com

Michael Isaac Miller
Baron Budd
15910 Ventura Boulevard
Suite 1600
Encino, CA 91436
818-839-2333
818-986-9698 (fax)
imiller@baronbudd.com

Michael Jerome Higer
Higer Lichter & Givner LLP
18305 Biscayne Boulevard
Suite 402
Aventura, FL 33160
305-933-9970
933-0998 (fax)
mhiger@hlglawyers.com

Michael Louis Kelly
Kirtland & Packard LLP
2361 Rosecrans Avenue
Fourth Floor
El Segundo, CA 90245
(310)-536-1002
(310)-536-1001 (fax)
mlk@kirtlandpackard.com

Michael T. Navigato
Bochte, Kuzniar & Navigato, LLP
2580 Foxfield Road
Suite 200
St. Charles, IL 60174
(630) 377-7770
(630) 377-3479 (fax)
mnavigato@bknlaw.com

Michael Tabb
Greene LLP
One Liberty Square
Suite 1200
Boston, MA 02109
617-261-0040
617 507 6559 (fax)
matabb@greenellp.com

Michele F Raphael
Wolf Popper LLP
845 Third Avenue 12th Floor
New York, NY 10022
212-759-4600
212-486-2093 (fax)
mraphael@wolfpopper.com

Michele R Sowers
Husch Blackwell LLP - St. Louis
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
(314)-480-1908
314-480-1505 (fax)
michele.sowers@huschblackwell.com

Michelle L. Kranz
Zoll, Kranz & Borgess
Ste. 100
6620 Central Avenue
Toledo, OH 43617
419-841-9623
419-841-9719 (fax)
michelle@toledolaw.com

Miles Greaves
Taus, Cebulash & Landau
80 Maiden Lane
New York, NY 10038
(212) 931-0704
(212)-931-0703 (fax)
mgreaves@tcllaw.com

Mitchell A Toups
Weller Green Toups & Terrell LLP
2615 Calder
Suite 400
Beaumont, TX 77704
409/838-0101
14098328577 (fax)
matoups@wgttlaw.com

Paul A. Niall
Spilman Thomas & Battle, PLLC
300 Kanawa Boulevard, East (25301)
Post Office Box 273
Charleston, WV 25321
304-340-3800
304-340-3801 (fax)

Paul T. Oven
Dougherty Leventhal & Price, LLP
75 Glenmaura National Blvd.
Moosic, PA 18507
570-347-1011
3477028 (fax)
ptoven@dlplaw.com

Peter A. Muhic
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
pmuhic@ktmc.com

Peter J. Brodhead
Spangenberg, Shibley & Liber
1001 Lakeside Avenue, E
Ste. 1700
Cleveland, OH 44114
216-696-3232
216-696-3924 (fax)
pjb@spanglaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 West Flagler Street
Suite 800
Miami, FL 33130
305-358-2800
305-358-2382 (fax)
pprieto@podhurst.com

Philip J. Goodman
Chadbourne & Parke LLP (DC)
1200 New Hampshire Ave., NW
Washington, DC 20036
(202)-974-5621
(202)-974- 6721 (fax)
pgoodman@chadbourne.com

Philip L Gregory
Cotchett Pitre Simon and McCarthy
San Francisco Airport Office Center
840 Malcolm Road Suite 200
Burlingame, CA 94010
650-697-6000
650-697-0577 (fax)
pgregory@cpmlegal.com

Phong-Chau Gia Nguyen
Lieff Cabraser Heimann & Bernstein, LLP( SF )
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415)-956-1000
(415)-956-1008 (fax)
pgnguyen@lchb.com

Pryce Godfrey Tucker
HARTLINE DACUS BARGER
6688 N. Central Expressway
Suite 1000
Dallas, TX 75206
214-346-3726
214-267-4226 (fax)
ptucker@hdbdlaw.com

R. Dean Gresham
Payne Mitchell Law Group, LLP
2911 Turtle Creek Blvd
Suite 1400
Dallas, TX 75219
214-252-1888
214-252-1889 (fax)
dean@paynemitchell.com

R. Patrick Parker
631 Second Avenue, S
Suite 1R
Nashville, TN 37210
(615) 254-5461
pparker@hardaway.net

Rachel Geman
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street
8th Floor
New York, NY 10013-1413
(212) 355-9500
(212)-355-9592 (fax)
rgeman@lchb.com

Rachele R. Rickert
Symphony Tower
750 B Street
San Diego, CA 92101
(619) 239-4599

Randall Keith Pulliam
Carney Williams Bates Bozeman & Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
(501) 312-8500
(501) 312-8505 (fax)
rpulliam@carneywilliams.com

Ranse Partin
Conley Griggs Partin LLP
The Hardin Building
1380 West Paces Ferry Road
N.W., Suite 2100
Atlanta, GA 30327
404-467-1155
404-467-1166 (fax)

Renee Deborah Smith
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
(312) 862-2200 (fax)
rdsmith@kirkland.com

Richard Cartier Godfrey
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)-861-2391
(312)-861-2200 (fax)
rgodfrey@kirkland.com

Richard Edward Shevitz
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
(317) 636-2593 (fax)
rshevitz@cohenandmalad.com

| |
|---|
| Richard J.R. Raleigh, Jr.<br>Wilmer & Lee, P.A.<br>100 Washington Street<br>Suite 200<br>Huntsville, AL 35804-2168<br>(256) 533-0202<br>(256) 533-0302 (fax)<br>rraleigh@wilmerlee.com |
| Robert A Buccola<br>Dreyer Babich Buccola Wood LLP<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>916-379-3500<br>916-379-3599 (fax) |
| Robert A. Clifford<br>Clifford Law Offices, P.C<br>120 N Lasalle Street, Suite 3100<br>Chicago, IL 60602<br>(312)-899-9090<br>(312)-251-1160 (fax)<br>rac@cliffordlaw.com |
| Robert B Carey<br>Hagens Berman Sobol Shapiro LLP<br>11 West Jefferson Street Suite 1000<br>Phoenix, AZ 85003<br>602-840-5900<br>602-840-3012 (fax)<br>rob@hbsslaw.com |
| Robert B Hutchinson<br>Hutchinson & Snider<br>9454 Wilshire Boulevard, Suite 907<br>Beverly Hills, CA 90212<br>310-276-1460<br>rhutchinson@hutchinsonsnider.com |
| Robert Burkart Ellis<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312)862-2000<br>rellis@kirkland.com |
| Robert F Childs, Jr<br>WIGGINS CHILDS QUINN & PANTAZIS<br>301 19th Street, North<br>Birmingham, AL 35203-3204<br>205-314-0500<br>RFC@wcqp.com |

Robert F. DiCello
The DiCello Law Firm
Western Reserve Law Building
7556 Mentor Avenue
Mentor, OH 44060
440-953-8888
440-953-9138 (fax)

Robert Hilliard
Hilliard Munoz Gonzales LLP
719 S Shoreline
Ste 500
Corpus Christi, TX 78401
361-882-1612
361-882-3015 (fax)
bobh@hmglawfirm.com

Robert J Axelrod
Pomerantz LLP
600 Third Ave, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665 (fax)
rjaxelrod@axelroddean.com

Robert J Neary
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd
9th Floor
Coral Gables, FL 33134
(305) 372-1800
(305) 372-3508 (fax)
rn@kttlaw.com

Robert N. Kaplan
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (fax)
rkaplan@kaplanfox.com

Robert S Plosky
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
212-759-4600
212-486-2093 (fax)
rplosky@wolfpopper.com

Robin Greenwald
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
(212)-558-5802
rgreenwald@weitzlux.com

By Rob L. Greenwald

Rocco Calamusa, Jr
WIGGINS CHILDS QUINN & PANTAZIS LLC
The Kress Building
301 19th Street, North
Birmingham, AL 35203-3204
314-0500
254-1500 (fax)
Rcalamusa@wcqp.com

Roger L Mandel
Lackey Hershman LLP
3102 Oak Lawn Avenue Suite 777
Dallas, TX 75219
(214)-560-2201
rlm@lhlaw.net

Roger Mandel

Roland K Tellis
Baron and Budd PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436
818-839-2333
818-986-9698 (fax)
rtellis@baronbudd.com

Roland Karim Tellis
Baron Budd, P.C.
15910 Ventura Boulevard
Encino Plaza, Suite 1600
Encino, CA 91436
818-839-2333
818-986-9698 (fax)
rtellis@baronbudd.com

Rudy Gonzales, Jr
Attorney at Law
719 S Shoreline
Suite 500
Corpus Christi, TX 78401
361-882-1612
361-882-3015 (fax)
rudyg@hmglawfirm.com

Ryan N. Clark
Lewis, Thomason, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
Nashville, TN 37219
(615) 259-1366
(615) 259-1389 (fax)
rclark@lewisthomason.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
P. O. Drawer H
106 West Seventh Street
Reserve, LA 70084
985-536-1186
985-536-6445 (fax)
schristina@cox.net

Scot D Wilson
Robinson Calcagnie Robinson Shapiro Davis Inc
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288
949-720-1292 (fax)
swilson@rcrlaw.net

Scott Bradley Cooper
The Cooper Law Firm, P.C.
2030 Main Street, Suite 1300
Irvine, CA 92614
949-724-9200
949-724-9255 (fax)
scott@cooper-firm.com

Scott D Simpkins
Climaco Lefkowitz Peca Wilcox & Garofoli LPA - 1
55 Public Square
Suite 1950
Cleveland, OH 44113
216-621-8484
sdsimp@climacolaw.com

Scott Davidson
King & Spalding LLP
1185 Ave of the Americas
New York, NY 10036-2601
212-556-2100

Simon B. Paris
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
215-575-3986
sparis@smbb.com

Stephanie Anne Casey
Colson, Hicks & Eidson
255 Alhambra Circle
Coral Gables, FL 33134-5008
(305)-476-7400
(305)-476-7444 (fax)
scasey@colson.com

Stephen B. Devereaux
King & Spalding, LLP (GA)
1180 Peachtree Street, N.E.
Atlanta, GA 30309
(404)-572-4735
(404)-572-5137 (fax)
sdevereaux@kslaw.com

Sterling Starns
Barrett Law Group, P.A.
404 Court Square North
Po Box 927
Lexington, MS 39095
(662)834-9168
(662)834-2628 (fax)
sstarns@barrettlawgroup.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP (Seattle)
1918 8th, Avenue
Suite 3300
Seattle, WA 98101
(206) 268-9320
(206) 623-0594 (fax)
steve@hbsslaw.com

Steven G Sklaver
Susman Godfrey LLP
1901 Avenue of the Stars Suite 950
Los Angeles, CA 90067-6029
310-789-3100
310-789-3150 (fax)
ssklaver@susmangodfrey.com

Thomas M. Greene
Greene LLP
One Liberty Square
Suite 1200
Boston, MA 02109
617-261-0040
617-507-6559 (fax)
tgreene@greenellp.com

Tiffany MArko Yiatras
Carey, Danis & Lowe
8235 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105
(314)-725-7700
(314)-721-0905 (fax)
tyiatras@careydanis.com

Timothy C. Bailey
Bucci, Bailey & Javins, L.C.
213 Hale Street
Charleston, WV 25301
304-932-4639
304-345-0375 (fax)

Timothy L. Sifers
Potts Law Firm, LLP
908 Broadway
3rd Floor
Kansas City, MO 64105
(816) 931-2230
(816) 931-7030 (fax)
tsifers@potts-law.com

Tina Wolfson
Ahdoot & Wolfson, P.C.
1016 Palm Avenue
West Hollywood, CA 90069
310-474-9111
310-474-8585 (fax)
twolfson@ahdootwolfson.com

Todd A Walburg
Lieff Cabraser Heimann and Bernstein LLP
275 Battery Street 29th Floor
San Francisco, CA 94111-3339
415-956-1000
415-956-1008 (fax)
twalburg@lchb.com

Todd Eugene Hilton
Stueve Siegel Hanson, LLP - KCMO
460 Nichols Road
Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101 (fax)
hilton@stuevesiegel.com

Tracey Kitzman
Friedman Law Group
270 Lafayette Street, 14th Floor
New York, NY 10012
(212) 680-5150
(646) 277-1151 (fax)
tkitzman@flgllp.com

Travis Edward Venable
Thomas J Henry Injury Attorneys PLLC
4715 Fredericksburg
Suite 507
San Antonio, TX 78229
(210) 656-1000

Vess Allen Miller
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
(317) 636-2593 (fax)
vmiller@cohenandmalad.com

Victor H. Pribanic
Pribanic & Pribanic, LLC
1735 Lincoln Way
White Oak, PA 15131
(412) 672-5444
(412) 672-3715 (fax)
lisa@pribanic.com

W. Mark Lanier
Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200
(713) 659-2204 (fax)

Wilson D Miles, III
Beasley Allen Crow Methvin Portis and Miles PC
218 Commerce Street
PO Box 4160
Montgomery, AL 36104
334-269-2343
334-954-7555 (fax)
dee.miles@beasleyallen.com

Wilson D. Miles
Beasley Allen Crow Methvin Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103
334-269-2343
334-954-7555 (fax)
dee.miles@beasleyallen.com

Wilson Daniel Miles, III
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36104
(334)-269-2343
(334)-954-7555 (fax)
dee.miles@beasleyallen.com

Zachary Logan Wool
Barrios, Kingsdorf & Casteix, LLP L.L.C.
701 Poydras St,Suite 3650
New Orleans, LA 70139
504-524-3300
(504) 524-0069 (fax)
zwool@bkc-law.com