KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*             :
                                                     :
                        Debtors.                     : (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 19, 2014,* I caused to be served true and correct copies of the (1) *Omnibus Response By General Motors LLC To (i) Plaintiffs Motion For An Order Of Abstention, and (ii) Plaintiffs Motion To Alter Or Amend This Courts August 12, 2014, Order Pursuant To FRBP Rules 9023, 9024, and 7052, And For Clarifying Order*; and (2) *Response By General Motors LLC To Plaintiffs' Amended No Stay Pleading, Motion For Order Of Dismissal For Lack Of Subject Matter And Personal Jurisdiction, Objections To GM'S*

*Motion To Enforce, To The Court's Orders, And For Related Relief* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* overnight mail.

Dated: September 19, 2014
       New York, New York

                KING & SPALDING LLP

                By: /s/   Scott I. Davidson
                Arthur J. Steinberg
                Scott Davidson
                King & Spalding LLP
                1185 Avenue of the Americas
                New York, NY 10036
                Telephone: (212) 556-2100
                Facsimile: (212) 556-2222

                *Attorneys for General Motors LLC*

**Service list For September 19, 2014:**

**Documents served *via* Email:**

(1) Omnibus Response By General Motors LLC To (i) Plaintiffs Motion For An Order Of Abstention, and (ii) Plaintiffs Motion To Alter Or Amend This Courts August 12, 2014, Order Pursuant To FRBP Rules 9023, 9024, and 7052, And For Clarifying Order [ECF No. 12920]

eweisfelner@brownrudnick.com;;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
peller@law.georgetown.edu;
Daniel@taloslaw.com

**Service list For September 19, 2014:**

**Documents served *via* Email:**

(2) Response By General Motors LLC To Plaintiffs' Amended No Stay Pleading, Motion For Order Of Dismissal For Lack Of Subject Matter And Personal Jurisdiction, Objections To GM'S Motion To Enforce, To The Court's Orders, And For Related Relief [ECF No. 12921]

eweisfelner@brownrudnick.com;;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
peller@law.georgetown.edu;

**Documents served *via* Overnight Mail:**

(1) Omnibus Response By General Motors LLC To (i) Plaintiffs Motion For An Order Of Abstention, and (ii) Plaintiffs Motion To Alter Or Amend This Courts August 12, 2014, Order Pursuant To FRBP Rules 9023, 9024, and 7052, And For Clarifying Order [ECF No. 12920]

| Gary Peller, Esq.<br>Professor of Law<br>Georgetown University Law Center<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 | Daniel Hornal, Esq.<br>Talos Law<br>705 4th St. NW #403<br>Washington, DC 20001 |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014 | |

(2) Response By General Motors LLC To Plaintiffs' Amended No Stay Pleading, Motion For Order Of Dismissal For Lack Of Subject Matter And Personal Jurisdiction, Objections To GM'S Motion To Enforce, To The Court's Orders, And For Related Relief [ECF No. 12921]

| Gary Peller, Esq.<br>Professor of Law<br>Georgetown University Law Center<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014 |
|---|---|