KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                          :   Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :   Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., *et al.*    :
                                               :
                      Debtors.                 :   (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 18, 2014*, I caused to be served true and correct copies of the *Notice of Filing of Supplement To Schedule "1" To The Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with exhibit)* and *Notice of Filing of Supplement To Schedule "2" To The Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And*

*Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: September 19, 2014
New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        *Attorneys for General Motors LLC*

### Service list For September 18, 2014:

**Documents served *via* Email:**

1 - Notice of Filing of Supplement to Schedule 1 to New GM's Motion to Enforce (Monetary Relief Actions, Other Than Ignition Switch Actions), the Supplement to Schedule 1 (With Exhibit); and

2 - A Notice of Filing of Supplement to Schedule 2 to New GM's Motion to Enforce (Monetary Relief Actions, Other Than Ignition Switch Actions) and the Supplement to Schedule 2.

eweisfelner@brownrudnick.com;

hsteel@brownrudnick.com;

einselbuch@capdale.com;

plockwood@capdale.com;

jliesemer@capdale.com;

asackett@capdale.com;

esserman@sbep-law.com;

schmidt@whafh.com;

brown@whafh.com;

jflaxer@golenbock.com;

PRicardo@golenbock.com;

MJWilliams@gibsondunn.com;

KMartorana@gibsondunn.com;

LRubin@gibsondunn.com;

dgolden@AkinGump.com;

djnewman@akingump.com;

jdiehl@akingump.com;

elaine@hbsslaw.com;

steve@hbsslaw.com;

andrew@hbsslaw.com;

rob@hbsslaw.com;

rachelf@hbsslaw.com;

mrobinson@rcrsd.com;

kcalcagnie@rcrsd.com;

swilson@rcrsd.com;

rjaxelrod@axelroddean.com;

jddean@axelroddean.com;

stuart@paynterlawfirm.com;

afriedman@bffb.com;

psyverson@bffb.com;

khanger@bffb.com;

mrygmn@msn.com

DMSLIBRARY01:23913588.1

**Service list For September 18, 2014:**

**Documents served *via* Email:**

1 - Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (Schedule 1, Schedule 2 And Exhibits A –I);

2 - The Scheduling Order, entered on September 15, 2014, Regarding Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions);

3 - Notice of Filing of Supplement to Schedule 1 to New GM's Motion to Enforce (Monetary Relief Actions, Other Than Ignition Switch Actions), the Supplement to Schedule 1 (With Exhibit); and

4 - A Notice of Filing of Supplement to Schedule 2 to New GM's Motion to Enforce (Monetary Relief Actions, Other Than Ignition Switch Actions) and the Supplement to Schedule 2.


jon@bhfloridalaw.com;

charlesl@cuneolaw.com;

wanderson@cuneolaw.com

## Service list For September 18, 2014:

**Documents served *via* Overnight Delivery:**

1 - Notice of Filing of Supplement to Schedule 1 to New GM's Motion to Enforce (Monetary Relief Actions, Other Than Ignition Switch Actions), the Supplement to Schedule 1 (With Exhibit); And

2 - A Notice of Filing of Supplement to Schedule 2 to New GM's Motion to Enforce (Monetary Relief Actions, Other Than Ignition Switch Actions) and the Supplement to Schedule 2.

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006 | |

## Service list For September 18, 2014:

**Documents served *via* U.S. Mail:**

1 - Notice of Filing of Supplement to Schedule 1 to New GM's Motion to Enforce (Monetary Relief Actions, Other Than Ignition Switch Actions), the Supplement to Schedule 1 (With Exhibit); And

2 - A Notice of Filing of Supplement to Schedule 2 to New GM's Motion to Enforce (Monetary Relief Actions, Other Than Ignition Switch Actions) and the Supplement to Schedule 2.

| | |
|---|---|
| Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>475 Washington Blvd.<br>Venice Beach, California 90292 | Stephen Yagman<br>475 Washington Blvd.<br>Venice Beach, California 90292 |