KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                   Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 18, 2014*, I caused to be served true and correct copies of *the Letter to The Honorable Robert E. Gerber regarding New GM's Monetary Relief Motion to Dismiss As It Relates To An Action Commenced by Stephen Yagman* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and *via* mail at the last known addresses as indicated on the annexed service list.

Dated: September 19, 2014
      New York, New York

                KING & SPALDING LLP

                By: /s/   Scott I. Davidson
                Arthur J. Steinberg
                Scott Davidson
                King & Spalding LLP
                1185 Avenue of the Americas
                New York, NY 10036
                Telephone: (212) 556-2100
                Facsimile: (212) 556-2222

                *Attorneys for General Motors LLC*

**Service list For September 18, 2014:**

**Documents served *via* Email:**

1 – The Letter to The Honorable Robert E. Gerber regarding New GM's Monetary Relief Motion to Dismiss As It Relates To An Action Commenced by Stephen Yagman.

mrygmn@msn.com

**Documents served *via* U.S. Mail:**

1 – The Letter to The Honorable Robert E. Gerber regarding New GM's Monetary Relief Motion to Dismiss As It Relates To An Action Commenced by Stephen Yagman.

| Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>475 Washington Blvd.<br>Venice Beach, California 90292 | Stephen Yagman<br>475 Washington Blvd.<br>Venice Beach, California 90292 |
|---|---|

**Documents served *via* Facsimile:**

We attempted to serve Marion Yagman and Joseph Reichmann at the offices of Yagman & Reichmann with the following documents *via* facsimile to 310-439-3701 on September 18, 2014, but a "no answer" notification was received.

1 – The Letter to The Honorable Robert E. Gerber regarding New GM's Monetary Relief Motion to Dismiss As It Relates To An Action Commenced by Stephen Yagman.