Richard A. Ferraro

Estate of Donald & Joyce B Keeler JT
Estate of Joyce B. Keeler % Donald J. Keeler JT
Estate of Joyce B Keeler
Estate of Donald J. Keeler

PLAINTIFF

Estate of Donald J Keeler   Richard A Ferraro Executor distribute
Estate of Joyce B Keeler    Richard A Ferraro Executor distribute
Estate of Donald J Keeler & Joyce B Keeler Richard A Ferraro Executor distribute
Estate of Joyce B Keeler & Donald J Keeler Richard A Ferraro Executor distribute
Estate of Holman N Keeler Richard A Ferraro distribute 4th Surrogate Schenectady, NY (show cause)

----------

|   |   |
|---|---|
| VS | **CHAPTER 11** Case No. |
| --------- | 09-50026 (REG) |
| DEFENDANT | (Jointly Administered) |
| Debtor | |
| General Motors Corporation et al | Motion: Request for Extention |
| | |
| Motors Liquidation Company | |
| 2101 Cedar Springs Rd.  Suite 1105 | |
| Dallas, Texas 75201 | |
| ADR Claims Team | |
| | Improper naming per (RULE) |
| Weil Gotshal & Manges LLP | US Appeals Court |
| 767 5th Ave | |
| New York, New York 10153 | |

Pablo Falabella esq.
David N Griffith esq.

## STATEMENT OF ISSUES ON APPEAL

Here comes RICHARD ALVIN FERRARO A.K.A.  ZANE WILBERT KEELER as the Plaintiff in reference to proper Identity of Plaintiff correspondence by E-mail twice after corrected in Correspondence post Initial contact by  Council of Weil Gotshal & Manges LLC in 2010' Mr.Pablo Falabella Pablo.Falabella@weil.com by phone with proper standing and 3 years later wrong spelling performed by communications by  Council Mr. David N. Griffith of Weil Gotshal & Manges LLC in 2013' with correspondence reflecting name of RICHARD FERRARA corrected once, returned , corrected
With name spelled correctly then  after 2 week return from London, Uk. Trip spoken by Mr. David N. Griffith a return of misspelled naming once again occurred.
Requested by phone & post contact ITEM #    and improper communication of name a second time with return of "unacceptable delivery" request of snail mail US POSTAL and noted once again footer of correspondance "company policy & letter sent to company webmaster" outlining improper naming.
After numerous attempts to call and no response contact to fraud division DOJ contacted in from contact information provided by Bankruptcy. Department on PACER site.

   The facts in agreement of the oversight review in so ordered May 17th 2012 by the Honorable Robert E. Gerber "Un-Redact" order of Aurelius, to Commence anew Aulikeus redact by entry of KEELER Sr. Bondholder status in a argue logical people to be privileged as party to the GUC trust as authorized by in further court ruling.  The Aurelius privileged Capital Management matter is overruled

In some instance incomplete in communication, As I the plaintiff with inability to convey by form of artificial communications (e-mail) decision making process verification or by elementary means (landline) to provide sound and informed advice.

09-50026-mg    Doc 12926    Filed 09/15/14    Entered 09/22/14 17:00:06    Main Document
Pg 3 of 4

DESIGNATION RECORD

| Designation No. | Date of Filing | Description |
| --- | --- | --- |
| 1 | 6/1/2009 | Appearance to Court by notice Garden City, Oh. |
| 2 | 11/22/09 | Court filing Estate of Joyce B Keeler (Madam Helene Blum) Audience / Appearance to Honorable Justice Robert E. Gerber |
| 3 | 2010 | Upstate New York Holman N Keeler (show cause hearing 2009-511) 4th |
| 4 | 2010 | Creditors - Debtor Stock deliniation hearing before the Justice Gerber |

***ISSUE STATEMENT***

Are you like US in Common?  The 14 Amendment says so....
As Tried and True Resilience and Redundancy by Use in Government,
 For One & All ! Is a "Gold Standard for Identity" A Roadmap to follow!
As Old adage reflects "A Chevy in Every Garage" was the hopes of the old
Stakeholders,  thereby I hereby Chevy Chase.