United States Bankruptcy Court
1 Bowling Green  Hamilton Building                                      9/7/2014
New York , New York 10004

Attn: Ms. Lopez
United States Bankruptcy - Court of Appeals

Dear Madam Clerk  Lopez,

       I am submitting as requested a  Pro-se construct  after our conversation  of Friday September 5th 2014 requirements to commence and submit after 14 days post September 2nd 2014 a requirement by the U. S. Bankruptcy  Court of Appeals by  payment forwarded prior. Case # 09-50026 General Motors Corporation administered by the Honorable Justice Robert E. Gerber presiding.  I am as requested  forwarding documents of  (4) claims initially provided by the Garden City Dublin, Oh. Conveyance in letter By  postal delivery.   A request of appearance was followed I as executor of my deceased parents Donald John Keeler and Joyce Bentley Keeler of which (4) claims were responded to as a Ancillary estate filing  from the State of Maine to the State of New York in Rensselaer county  Troy New York 3rd Surrogate Court And also answerable to the Motors Liquidation case 4th Surrogate Court Schenectady by show case order of Estate of Joyce B. Keeler by way of Donald J Keeler (Donald - blind) acting broker brother Holman N. Keeler.  Estate of  their deceased Mother & Father  Estate of Wilbert Richards Keeler (passing 1951) & Alice Charlotte Keeler (passing 1969) of  Troy, New York.

       The two brothers were the principle fiduciary stock bond holders of the willed Estate of Alice C. Keeler with sister  Thelma M Boettger  live in Estate and bric a brac itemized Definition in will (Holman N Keeler recently deceased in 2010' 3rd Surrogate holdings & family) in Massachusetts,  Maine Boston Maine Atlantic Railroad & prior "Richards" (B& M Mass & Maine) New York Grand Trunk Railroad 1908 Ogdenburg, N.Y. agreement, {Mary E. Richards (London Uk,) executrix Estate of Anna L. Maxwell, William  Richards Maine Troy, ITEM #  Saratoga, NY.} Allen (Maine), Teal grandmother Alice Charlotte Teal (Diehl) of Berlin New York New York railway) not Defined in the 4th Surrogate Court in Schenectady, New York.

       I am writing you to further  attempt to move the case of Alice Charlotte Keeler & Wilbert Richards Keeler from the Troy, New York 3rd  Surrogate and  Schenectady , New York 4th Surrogate Courts due to a  on-going case interest and discussion with Madam clerk of the Schenectady Court as information forwarded that "no family prior Stock and Bonds (Rail Oil, GM, GE...) or "Accountability of and for Estate of Donald John Keeler" and by transfer by succession  to the Estate of Joyce B. Keeler real property and  General Motors Corporation Stock and Bond issuance of and by Wilbert Richards Keeler Stock Broker Manager.  Eldest son The transfer of JS Bache & Company and "Holman Nicholas Keeler Bache & Co." heir in 2010 to "was to be conveyed by formal mention to myself as continued distribute by namesake" and request honored by Holman with meeting of current POA Guy Farrington, in his latter days of life in Scotia New York retirement home to which his request to his Attorney (after review of a Lawyer my lawyer Douglas Eldridge of  Delmar New York had drawn up a POA document) was as by letter from Attorney Robert VanVranken ITEM #    included further reflected inability to sign.  Although the further by example was exercised by the Boettgers not in Will at the dismay and discontent of Holman N. Keeler against his Mothers Estate of  Alice C. Keeler "pre expressed  name sake next generational" eventual demise in  Holman N Keeler and  Donald J Keeler family futures & hedge fund International & Domestic handling.    A further estate matter of the Richards family by recent deceased  Richard Wilson Keeler of Troy, New York and "codicil in my name" Zane Wilbert Keeler a.k.a. Richard Alvin Ferraro by Marion Elizabeth Richards was exercised by grandmother Alice C. Keeler in 1966' and executed by Attorney William Satterley of Troy, New York while in presence of Alice C. Keeler. The probate court of Troy has been reluctant to express the connection of or acknowledgement of Marion E. Richards and Richard Wilson Keeler (Son and  Daughter) of Farnam Keeler ITEM #    depiction enclosed, Farnam was Brother to Wilbert Richards Keeler to which the Mary Elizabeth Richards is a major land and estate interest nationwide in Maine also ITEM #      and upper New York State ITEM #      to which  estate of Holman N Keeler was not noted in the Schenectady or Troy courts bi-laterally in a full disclosure by the Courts.  Holman also of  interest by way of his Executorships was also a Brown heir in Rensselaer County with land conveyed to Joyce B. Keeler ITEM #   of which Maine land exists in Trust also.

I have submitted a General Motors Corporation proof of claim as "unclaimed amount initially" with further fiduciary expectation from upper New York Attorneys which had not relayed any information. A claim as of date filed in the amount of $200,000,000.00 was placed in the Pacer system and as principle discussions of the Technology perspective as I'd engaged with my relatives early 1986' with Satellite and IBM Developer relations and the Richards family employed by the IBM company has brought myself to a Article of sealed mentioned and sent via separate delivery. Of vital mention to the Madam Clerk Helene Blum in the initial onset of filing that such a sealed postmarked ITEM #    was to be opened only before a Justice of future high level discussion.    I have been in and as mentioned in my  2006 and rehabilitation re-occurrence in 2010 been subject to family cross specific deflamation interests not to be presentable or of character in the fittest  as a result of taking care of my blind deceased (considered uneducated 8th grade) by a Sister Principle of Troy, NY school, although Brother Fire Chief of East Glenville N. Y. was adaptive to His family needs.

I have spoken to the Madam Clerk Paula Miller of the 4th Surrogate court  and even though the  3 other children I'm in Distribution Stature have been brought forward by the Boettger conveyed interests the Donald J Keeler & Holman N Keeler (by "Succession of Transfer" by my status of Executor Estate of Joyce B. Keeler) and letters by the Court have not been acknowledged (even though Justice Kramer spoke as I of the extended case in Troy family interests which are connected to Maine and throughout)  I have been informed by Clerk Miller to "Come forward further to the Schenectady Court" noted within the last month to proceed.   No accounting of fiduciary for Donald or Joyce has occurred Bank trust documents of the Estate of Alice C. Keeler were not acknowledged ITEM #  and Holman which I'd appeared by council by payment of $2500.00 introduced in session to Probate Justice Kramer whom left the Bench to the higher court (felt like switching horse mid stream in the race) he'd stated  I'd be in receipt of fiduciary claims after a 1 Million Dollar Charity signing was done. Nothing with No avail. Half a house Donald and Holman owned per will was sold back to Fred Boettger & to Thelma's husband was performed. A letter 1 week before Show cause "hearing final" Waiver expressed that a payment had not been rec'vd. By secretary of Dennis Habel my attorney hired to review case of two Courts involved and extensive family interests in Maine and throughout although  "payment had been made" ITEM #     by trip to Albany, New York months prior and specifics relayed to Sullivan Law firm.   A formal complaint has been sent for Professional Regulation Albany, NY with prior letter sent to Mark Orch which further recommended Attorney Council was acted upon.   Current contact is  Eric awaiting return report was sent to address of 625 Wilson pd rd N Monmouth Maine 04265 to my attention.

* GENERAL MOTORS CORPORATION Continued:    REASON FOR APPEAL

In Support a matter of Background expressed in the Case 09-50026 with MLC claim numbers has occurred. As a basis of the aforementioned information of the yet to be corrected by the upstate courts  I have requested  movement by submitting $65.00 to the 3rd Surrogate court of Troy, NY on Donald & Joyce Keeler cases forwarded by case numbers and materials forwarded in a still Pro-se status.    I realize the order of  Justice Traxler of the Court outlining 3 copies for the Justices after the 1st of September by released order rec'vd. Via Pacer.

MLC Late filing received via e-mail sent with expunged letter expressed.  "Reason for Appeal"  I do not feel I am late in filing the update in 2012 and recently 2014 updating the Upstate New York posture of no Fiduciary accounting or proper timely release of Real Property to the Joyce B Keeler Estate  ITEM # recently rec'vd. - By obtaining a complete set of case file from Attorney Kevin Caslin of Clifton Park NY.


MLC 00071297 Estate of Donald J. Keeler  filed   4/8/2010
MLC 00071298  Estate of  Donald J. Keeler  filed  4/8/2010
MLC 00071299   Estate of  Joyce B. Keeler & Donald J Keeler JT filed 11/22/2009
MLC 00071301   General  Motors et,. al,.  Estate  of  Donald J Keeler  Richard  A  Ferraro  Executor Distribute

Pacer registered reference:
Estate of Joyce B Keeler &  Donald J Keeler JT -                                                                        -
6468042 (cr)
General Motors Corporation., et al., Estate of Donald J. Keeler  Richard A Ferraro   6468049 (cr)


        A breakdown of each case is submitted separately with each MLC claim is hereby submitted.
I am not a lawyer, I am a pro-se individual with as expressed by the Courts prior and by proper notice of both States in active Ancillary New York State and Maine (probate informal New Hampshire, Vermont, Maine, New York) in recognition of  the Deceased Grandparents on both sides of my parents and following through with the intended honorable mention of my Father Donald John Keeler World War 2 of Honorable discharge and  Mother  Joyce B. Keeler of notable Education by way of a Masters of  SUNY University by Graduate of Albany,  New York a  full time Librarian in Clifton Park Central School system with tenure and children (4) of mention by signature relief of by waiver of Estate of Donald J Keeler and sole Keeler conciliatory mention (by continued name - by way of only children) as his Brother Holman N Keeler (no children) and Thelma M Keeler (Boettger) with (no children) of their own, a early blindness 1964' of Donald J Keeler the Estate of Joyce B Keeler his and her 50 plus marriage year partnership was good example of a no court  entry  In any State of the Nation for which no Records or Cases ever existed for immoral conduct.

        I reside in the State of Maine with my wife of 30 years Debra Jane Keeler with a daughter of  30 years married named Andrea Joyce Keeler - Lowell husband James at present.

I hereby swear all information forwarded and statement made to the United States Bankruptcy Supreme Court of Appeals the Excelsior State of New York as a prior resident born & raised,  is True and Accurate to the Best of my belief.

New York State Surrogate's Court
New York State Bar Association Official OCA Forms

Form P-4
Waiver of Process; Consent to Probate

SURROGATE'S COURT OF THE STATE OF NEW YORK

COUNTY OF _____RENSSELAER_____

PROBATE PROCEEDING, WILL OF

DONALD J. KEELER

a/k/a

Deceased.

WAIVER OF PROCESS;
CONSENT TO PROBATE

File No. _____

TO THE SURROGATE'S COURT, COUNTY OF _____RENSSELAER_____

The undersigned, being of full age and sound mind, residing at the address written below and interested in this proceeding as set forth in paragraph 6a of the petition, hereby waives the issuance and service of citation in this matter and consents that the court admit to probate the decedent's Last Will and Testament dated _____February 4, 1987_____ and codicils, if any, dated _____

a copy of each of which testamentary instrument has been received by me, and that

[X] Letters of Administration C.T.A. issued to:

JOYCE BENTLEY KEELER

[ ] Letters of Trusteeship issue to:

_____ of the following trusts: _____

_____ of the following trusts: _____

_____ of the following trusts: _____

_____ of the following trusts: _____

Dated: ___4/28/05___

Name of Corporate Petitioner
_____

_Rich. J A. Ferraro_
Signature

RICHARD A. FERRARO
Print Name

_Son_
Title

35 CHARLTON ROAD
Street Address

BALLSTON LAKE          New York        12019        United States
City, Village, or Town    State          ZIP Code      Country

SON
Relationship

PR Certificate
(Rev. 2/27/04)

# STATE OF MAINE

Docket <u>2007-0661</u>

<u>KENNEBEC</u>, ss.                    REGISTRY OF PROBATE

I, Kathleen Grant Ayers, Register of the Probate Court for said County of Kennebec, hereby certify, that on the 27th day of November, 2007.

Richard A. Ferraro of No. Monmouth, ME, was duly appointed Personal Representative of the estate of Joyce Bentley Keeler late of North Monmouth, ME, without bond, according to law.

I also certify that it appears by the records and files of said Court that said appointment is still in full force and effect.

In Witness Whereof I have hereunto set my hand and affixed the Official Seal of said Court, this 12th day of September, 2014.



_____ Register

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| f/k/a **General Motors Corp.,** *et al.* | : |  |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------x

## NOTICE OF (I) ENTRY OF ORDER
## CONFIRMING DEBTORS' SECOND AMENDED JOINT
## CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,**
**AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**Subject:**   Re: Court Email Issues

**From:**   Richard Ferraro (freeflight2011@yahoo.com)

**To:**   uscourts@service.govdelivery.com.

**Date:**   Tuesday, August 26, 2014 11:59 AM

I as well in Maine, I am filing an appeal by verbal notice from the US Bankruptcy court of S NY Manhatten if this letter is rec'vd. PACER unusable here. as well as names changed on documents incoming.

Respectfully
Richard A Ferraro
625 Wilson pd rd
N Monmouth Me 04265

On Tuesday, August 26, 2014 9:39 AM, U.S. Bankruptcy Court for the District of New Jersey <uscourts@service.govdelivery.com> wrote:

Having trouble viewing this email? View it as a Web page.

SHARE

The court is currently experiencing issues sending and receiving emails. We are working on this issue and will provide an update when one is available. Sorry for the inconvenience.



**U.S. Bankruptcy Court, District of New Jersey**
Contact Us
**Martin Luther King, Jr. Federal Building**
50 Walnut Street
Newark, NJ 07102
Phone: (973) 645-4764
**Clarkson S. Fisher US Courthouse**
402 East State Street
Trenton, NJ 08608
Phone: (609) 858-9333
**U.S. Post Office and Courthouse**
401 Market Street
Camden, NJ 08101
Phone: (856) 361-2300

Please follow the United States Bankruptcy Court for the District of New Jersey's Twitter and Facebook accounts for Court news updates.
Please do not respond to this e-mail as it was sent from an unattended mailbox. To contact the US Bankruptcy Court for the District of NJ, click here.

B 1(Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>GM Weil LLC | Case Number:<br>09-50026 Joint |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Estate Joyce B Keeler & Donald J Keeler   Richard A. Ferraro executor distributee

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
625 Wilson Pond road
N Monmouth Maine 04265

Telephone number:
(217) 242-5364

**Court Claim Number:**_____
(If known)

Filed on:____ 11/22/2009 ____

Name and address where payment should be sent (if different from above):
Wilson Pond Road
N Monmouth, Maine 04265

Telephone number:
(207) 330-9340

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1.  Amount of Claim as of Date Case Filed:**    $_____ 200,000,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐  Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2.  Basis for Claim:** ___Stock/Bond Keeper___
(See instruction #2 on reverse side.)

**3.  Last four digits of any number by which creditor identifies debtor:** 6006

**3a.  Debtor may have scheduled account as:** unclaimed
(See instruction #3a on reverse side.)

**4.  Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☑ Other
Describe:  Bond broker Bert R. Keeler, Holman N. Keeler (blind Donald) Bache & Co.

Value of Property:$_____  Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

If any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $ 200,000,000.00

**5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ 200,000,000.00

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6.  Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7.  Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:  unsecured in family unconveyed estate. Family broker

FOR COURT USE ONLY

| Date:<br>05/15/2014 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Richard Alvin Ferraro aka Zane Wilbert Keeler creditor executor distributee |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C §§ 152 and 3571.

# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST


WILMINGTON TRUST

**Home**

**News**

**Key Information**

**Documents**

**Claims**

**Contact Us**

**Login**

### CLAIMS ROOM

## Claims Room

Search By: Creditor Name ▼ includes: donald J keeler    [Search] [View All]

Displaying: Creditor Name contains 'donald J keeler '

| Claim/Schedule # | Claim/Sch | Creditor Name | Date | Current Total | C/U/D | Transferre | Image |
|---|---|---|---|---|---|---|---|
| MLC-0071298 | C | ESTATE OF DONALD J KEELER | 04/08/201 | $0.00 | ☐ ☑ ☐ ☐ | ☐ | Download |
| MLC-0071299 | C | ESTATE OF JOYCE BENTLEY KEELER DONALD J KEELER JT | 04/08/201 | $0.00 | ☐ ☑ ☐ ☐ | ☐ | Download |

Records per page: 20    Records: 1 - 2 of 2 - Pages: 1

**Hotline**
(800) 414-9607

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance    Please consult an attorney for advice specifically relating to your legal matter    Do not send confidential information without express consent of one of our case professionals.    The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site

Home   Login      Privacy Notice   Terms Of Use   August 08, 2014 @ 10:50:51 AM      Copyright ©2011 AlixPartners, LLP  |  (121)   AlixPartners

https://www.mlcguctrust.com/ClaimsRoom.aspx      8/8/2014

# COOPER ERVING & SAVAGE LLP
## ATTORNEYS AND COUNSELLORS AT LAW

*Founded 1813*

TERRANCE P. CHRISTENSON
MICHAEL A. KORNSTEIN
SUSAN CARROLL PICOTTE
CRAIG H. NORMAN
PHILLIP G. STECK
KELLY L. MALLOY
SCOTT P. OLSON
DAVID C. ROWLEY
BRIAN W. MATULA*

CLIFFORD C. ROHDE*
KIMBERLY G. FINNIGAN†
DENNIS W. HABEL
JENNIFER C. ZEGARELLI

*ALSO ADMITTED IN VERMONT
+ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
±ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW JERSEY

39 NORTH PEARL STREET
ALBANY, NEW YORK 12207-2797
(518) 449-3900
FACSIMILE (518) 432-3111

Clifton Park Office:
1520 Crescent Road – Suite 300
Clifton Park, New York 12065

Reply to Albany Office

e-mail: dhabel@coopererving.com

JAMES FENIMORE COOPER
(1888-1938)
WM. VAN RENSSELAER ERVING
(1925-1940)
B. JERMAIN SAVAGE
(1910-1952)

JAMES G. BRENNAN
*SENIOR COUNSEL*

± CAROLYN SNYDER LEMMON
*OF COUNSEL*

November 29, 2010

Richard Ferrarro (via e-mail and regular mail)
625 Wilson Pond Road
N. Monmouth, Maine 04265

Re:    Matter of Richard Ferraro

Dear Mr. Ferraro:

I have received your various recent phone calls. I do not represent you or your interests. We have made this clear in correspondence and e-mails from the spring of 2010. Our letter of February 23, 2010 indicated that I would not move on to new matters until you brought your current billings up to date and you paid my firm at that time a retainer of $2,500.00. You failed to do either. My representation for you with regard to the matter of the probate of Holman Keeler is what you had retained me for and that matter was concluded in January of 2010. We did talk about certain property of which you provided to me documentation which showed that you may have had an interest in at 206 Pinewoods Ave., Troy. After I started a discussion and began work on a possible settlement, you chose to ignore that and attempted to move on to other matters. I did not accept employment on other matters and told you that. Because you told me that you did not have the money for the retainer, you then chose to be represented by other counsel. I advised Mr. Ceresia (counsel for Fred Boettger) of the name of your new counsel. As I mentioned above, I do not represent you and I do not wish to represent you in the future. I wish you luck with your endeavors.

Very truly yours,

DENNIS W. HABEL

CES160624

PAID $2500⁰⁰ BY BANK
CHECK ISSUANCE. REL'V D. 3mos.
BY SECRETARY, ATTORNEY
UNPREPARED FOR COURT W/NO
INFORMATION OF 3ʳᵈ SURROGATE
GRANDFATHER GRANDMOTHER ESTATE.

# VAN VRANKEN LAW OFFICE
### 227-229 Kingsley Road
### Burnt Hills, New York 12027

Telephone (518) 399-2588
Facsimile (518) 399-2607
e-mail - rvanvranken@choiceonemail.com

Robert E. Van Vranken

March 14, 2008

Kevin G. Caslin, Esq.                                      **Via Facsimile 371-6183**
Law Office of E. Gray Watkins
Phoenix Office Building
1745 Route 9
Clifton Park, NY 12065

Douglas A. Eldridge, Esq.                                  **Via Facsimile 475-0393**
9 Pinedale Avenue
Delmar, NY 12054

Re:   The Estate of Joyce Bentley Keeler
      Holman Keeler

Gentlemen:

This letter follows up mine to you both of February 19 and regarding the above-referenced estate. At that time, I indicated that any contacts involving my client, Holman Keeler, or Mr. Keeler's attorneys-in-fact, Guy and Emma Farrington, were to be directed to my office. Since that letter, Mr. Ferraro has attempted to talk with me by telephone on several occasions. He has recently come to my office with a proposed Power of Attorney to be signed by Holman Keller. I have destroyed that document.

Please be advised again that I will not speak with Mr. Ferraro for any reason. Any communication regarding the referenced estate must be by either one of you only. I have ordered, independently, a review of certain real property records in the County of Rensselaer in order to clarify and confirm title status of certain property or properties about which Mr. Ferraro seems to be concerned. Once I have reviewed those documents, I will advise my clients accordingly.

I have spoken today with Mr. Eldridge to reaffirm the directive set forth in this letter and with respect to Mr. Ferraro and any ongoing attempts to contact Mr. Keeler or the Farringtons. I am requesting that either or both of you notify Mr. Ferraro immediately regarding this communication so that he does not appear at my office again nor attempt in any way to create documents of which my client, Holman Keeler, is currently incapable of signing.

March 14, 2008
Page 2

Please confirm receipt of this facsimile transmission by signing a copy of the letter and returning
it to my office.

Sincerely yours,

Robert E. Van Vranken

REVV:pc

E. Gray Watkins

Attorney and Counselor at Law
1745 Route 9
Phoenix Office Building
Clifton Park, New York   12065
Gwatkins@graywatkinslaw.com

E. GRAY WATKINS
-----------
KEVIN G. CASLIN

Phone (518) 371-6125
Fax (518) 371-6183

December 3, 2009

Richard A. Ferraro
625 Wilson Pond Road
No. Monmouth, ME 04265

       re: The Estate of Joyce Bentley Keeler

Dear Richard:

       This letter will confirm our recent conversation. You are a distributee of the estate of your uncle, Holeman Keeler. As a result, you must either waive your right to contest his Will and consent to the probate, or appear in accordance with the Citation issued you, in Surrogate's Court on December 8, 2009 at 10:00am. At that time you will be required to give any objections you have to the probate of the Will.

       You inquired whether I would be interested in representing you in this matter. Since this is a contested court matter, and my office does not handle litigation of this sort, I have declined. You mentioned that you had an attorney in Maine who may be interested and you would proceed accordingly with him.

       If your understanding differs with what is mentioned in the letter, please contact me immediately.

       I would also like to confirm what we have discussed over the past few years concerning my representation. I agreed to represent first your mother's estate, then your father's estate for the purpose of transferring the future interest of the property at Pinewood Avenue in Troy. My research with the lands-record department of the Rensselaer County Clerk's Office indicated that this was the only real estate asset in your parent's names. As we discussed at length, I was not interested in pursuing any issues regarding lost stock, since the time period which had elapsed would make such investigation costly and, given statute of limitations issues, probably impractical. I understand you have undertaken the investigation of this yourself.

       I would like to close out the estates for both your mother and father with the Rensselaer County Surrogate's Court. If you should eventually find an asset, the estates can be easily re-opened. To close out the estates involves signing two forms which I will prepare. Please advise as to your willingness to do so.

       Thank you.

Very truly yours,

Kevin G. Caslin
Kcaslin@graywatkinslaw.com

KGC/jlm

## SCHEDULE A

### *Schedule of Property*

## THE HOLMAN N. KEELER REVOCABLE TRUST

This schedule is attached and forms a part of that certain Revocable Trust Agreement dated September 18, 2006 for the trust known as **THE HOLMAN N. KEELER REVOCABLE TRUST**, and identifies the trust property subject to the trust thereunder.

*AMENDMENT FILED PRIOR*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re: *GENERAL MOTORS ET, AL.,*
*WEIL L.L.C.*
*GIBSON + DUNN*

                                        Debtor(s).

------------------------------------------------------------------x

Chapter *11*

Case No. - ( )
*09-50026 (REG)*
*JOINT*

## <u>CREDITOR LOSS MITIGATION AFFIDAVIT</u>

I, *RICHARD A. FERRARO* , being sworn, say: *AS CREDITOR*

I am not a party to this action, am over 18 years of age and reside in_____.

On *NOV 18, 2013* , I served a true copy of the financial packet and this *"Creditor Loss Mitigation Affidavit"*[1] upon the following parties via (first class mail, facsimile or email) at the following addresses *[insert addresses]*: *U.S. BANKRUPCY SUPREME COURT + BOWLING GREEN NEW YORK, NEW YORK 10004*

Pursuant to that request, the Debtor[2]   must provide the following documents:

☐    A copy of the Debtor's two (2) most recent federal income tax returns;

☐    A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

☐    A copy of the Debtor's business= two (2) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses *[for the months of]*;

☐    A copy of the mortgagee's completed financial worksheet;

☐    Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

---

[1] Italicized words in quotations indicate that there is a form by the same name on the Bankruptcy Court's website. These forms shall be used whenever applicable.

[2] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

☐   Other (please specify):

Please be advised that the Creditor designates the following person to be its Loss Mitigation contact:

Name: _ATTORNEY DAVID VAN DYKE_____

Title: _ESTATE OF JOYCE B. KEELER_____

Phone Number: _202 286 6641_____

Fax Number: _____

Email Address: _____

Please be advised that the Creditor designates the following person to be its attorney for Loss Mitigation on this Loan.

Name: _____

Firm: _____

Phone Number: _____

Fax Number: _____

Email Address: _____

Dated: _9/12_       , New York
                    , 20_14_

_Richard A. Ferraro_ (signature)

RICHARD A. FERRARO

**Trademark**
FEDERAL CREDIT UNION
44 EDISON DRIVE, P.O. BOX 1056
AUGUSTA, MAINE 04332-1056

TRICORP Federal Credit Union
Westbrook Maine 2112

723897

DATE  August 11, 2014

VOID AFTER 90 DAYS

AMOUNT $    ******45.00

AUTHORIZED SIGNATURE

PAY    EXACTLY 45 Dollars 00 Cents

RENSSELAER COUNTY PROBATE COURT
RE: RE-OPEN ESTATE OF DONALD J. KEELER

⑈211287298⑈: 211291666⑈9000000⑈ 723897

REQUEST BY LETTER SENT SEPARATE.

ESTATE OF JOYCE B. KEELER          * REAL PROPERTY ONLY
FILING BY KEVIN CASLIN ATTORNEY       NO FIDUCIARY
CLIFTON PARK, NEW YORK              PER LETTER 12/3/09

*County of Rensselaer*
*Surrogate's Office*
*Troy, N.Y. 12180*

VERMONT PROBATE -
BENNINGTON, VT   PD. #625⁰⁰
ESTATE OF FRANK W. BENTLEY
SHUSAN, NEW YORK
(RENSSELAER COUNTY).

## SURROGATE'S COURT
### COUNTY OF RENSSELAER
#### OFFICE OF THE CLERK

Joyce B. Keeler
5 South Court
Scotia, New York 12302

No. 36843

Donald J. Keeler          DATE 7/4/73

ESTATE OF William Bentley Jr.

| | | CHARGE |
|---|---|---|
| CERTIFICATES | | |
| CERTIFIED COPIES | | |
| RECORDING { BONDS / RELEASES / ASSIGNMENTS | | |
| MISCELLANEOUS | | |
| Photocopy of Will | 2 | |
| | | |
| | TOTAL | 2 |

CASH ( )          RECEIVED PAYMENT
CHECK (✓)

BY  K.C.L.

3          MOORE BUSINESS FORMS, INC., LEWISBURG, PA.   17837

ESTATE OF DONALD J. KEELER   RE-OPEN

PROOF OF SERVICE

RE-OPENING OF

ESTATE OF DONALD J. KEELER

TO "RENSSELAER
                COUNTY SURROGATE
                        COURT"

```
========================================
            EAST WINTHROP
         EAST WINTHROP, Maine
              043439998
           2269030343-0099
09/12/2014 (207)395-4250 10:19:01 AM
========================================
========= Sales Receipt =========
Product        Sale  Unit      Final
Description     Qty  Price      Price
========================================

@@ ~~ TROY NY 12180-4098         $5.75
Zone-3
Priority Mail 2-Day
Flat Rate Env
2.70 oz.
Expected Delivery: Mon 09/15/14
USPS Tracking #:
9114 9011 8986 6764 7145 74
Includes $50 insurance

                              ========
  Issue Postage:                 $5.75

                             ==========
  Total:                         $5.75

  Paid by:
  Cash                          $20.00
  Change Due:                   -$14.25

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

~~ Save this receipt as evidence of
```