ADDITIONAL INFORMATION
ON CLAIM                           9/15/2014

WHATS NEEDED:
AMENDED CLAIM - US COURT OF APPEALS
GENERAL MOTORS CORP ET., AL.,
                    CASE NO. 09-50026 (REG)
ESTATE OF DONALD J. KEELER - CREDITOR -
    RICHARD A. FERRARO EXECUTOR-DISTRIBUTEE

MADAM CLERK MARIA LOPEZ,
    PLEASE ADMIT AS FURTHER
IDENITY MIS-SPELLING OF NAME
TO MY DECEASED FATHER UNDER
THE PROPER SPELLING OF DONALD J.
KEELER FROM ESTATE REVOLKABLE
TRUST OF HOLMAN N. KEELER OF
8 WHEELER DRIVE BALLSTON LAKE
NEW YORK.
    AS MY NAME HAS BEEN MISSPELLED
AS SUBMITTED RECORDS OF GENERAL
MOTOR CORPORATION ARE ALSO ON
RECORD AS MISSPELLED AS SUBMITED.
    RESPECTIVELY.   RICHARD A. FERRARO

## Section E - New Shareowner(s) Account Type

If you wish to divide your shares between two or more owners individually, please use additional copies of this page.

**Account Type**
Check One    ☐ Individual   ☐ Joint   ☐ Custodial   ☒ Trust   ☐ Estate   ☐ Corporation
☐ Other:_____(please specify)

## Section F - New Shareowner(s) Account Information

Total Shares to be Transferred to this Account

Registration/Name and Address of New Owner

RICHARD ALVIN FERRARO
625 WILSON POND ROAD
NORTH MONMOUTH MAINE 04265-6117

## Section G - Taxpayer ID Certification (Substitute Form W-9)

(To be completed by the new shareowner)

**YOUR ACCOUNT MAY BE SUBJECT TO BACKUP WITHHOLDING AT THE APPLICABLE RATE IF YOU DO NOT COMPLETE THIS SUBSTITUTE FORM W-9.**

All new security holders are required to sign and return this certification. If the requested information is not known at the time of the transfer or the new owner is not available to sign, a W-9 Form will be mailed to the new shareholder(s) once the shares are transferred. The new shareholder may go online to www.bnymelloninvestor.com/isd and certify their Taxpayer Identification Number.

Check appropriate box:    ☐ Individual/Sole proprietor    ☐ Corporation    ☐ Partnership
☒ Limited liability company.    Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) D...
☐ Other (see instructions)

New Shareholder's Taxpayer ID Number    _____

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not require to sign the Certification, but you must provide your correct TIN.

Sign Here | Signature of U.S. person _[signature]_    Date 9/16/2014

PR Certificate
(Rev. 2/27/04)

# STATE OF MAINE

Docket <u>2007-0661</u>

<u>KENNEBEC</u>, ss.                    REGISTRY OF PROBATE

I, Kathleen Grant Ayers, Register of the Probate Court for said County of Kennebec, hereby certify, that on the 27th day of November, 2007.

Richard A. Ferraro of No. Monmouth, ME, was duly appointed Personal Representative of the estate of Joyce Bentley Keeler late of North Monmouth, ME, without bond, according to law.

I also certify that it appears by the records and files of said Court that said appointment is still in full force and effect.

In Witness Whereof I have hereunto set my hand and affixed the Official Seal of said Court, this 10th day of June, 2014.



_____ Register

YOUR LETTER:

**GENERAL MOTORS CORPORATION**
STOCK TRANSFER DEPARTMENT
767 FIFTH AVENUE—17TH FLOOR
NEW YORK, N.Y. 10022

OUR RECORD NO:

M 76664

Mailing Date

INSURED MAIL

DONALD J. KULER
WILSON POND ROAD
NORTH MONMOUTH, MAINE 04265

PURSUANT TO INSTRUCTIONS WE ENCLOSE ___10___ SHARES

OF ___COMMON___ STOCK OF GENERAL MOTORS CORPORATION.

DAC

Yours very truly,
J. E. OSBORN
Transfer Agent

GME 280 2/80
30M SETS

# Trademark
### FEDERAL CREDIT UNION
44 EDISON DRIVE, P.O. BOX 1056
AUGUSTA, MAINE 04432-1056

723897
92-9150
2112

TRICORP Federal Credit Union
Westbrook Maine 2112

PAY EXACTLY 45 Dollars 00 Cents

RENSSELAER COUNTY PROBATE COURT
RE: RE-OPEN ESTATE OF DONALD J. KEELER

DATE August 11, 2014
VOID AFTER 90 DAYS
AMOUNT $ ******45.00

AUTHORIZED SIGNATURE

⑆723897⑆ ⑆211291506⑆ 9000000⑈

LAW OFFICES

# CERESIA, SINGISER & MALONE
ONE STATE STREET
TROY, NEW YORK 12180-3824
(518) 274-1500
FACSIMILE: (518) 274-7730

AVERILL PARK OFFICE

WEBSITE

ceresialawfirm.com

2977 NY 43
P.O. BOX 300
AVERILL PARK, NY 12018-0300
(518) 674-2836

*May 10, 2010*

*Kevin G. Caslin, Esq.*
*1745 Route 9*
*Clifton Park, NY 12065*

*Re: 206 Pinewoods Avenue, Troy, NY*

*Dear Mr. Caslin:*

*I am in receipt of your letter dated May 7, 2010 and a letter from Dennis W. Habel, Esq. Both of your firms state Richard Ferraro is you client. Please resolve this issue.*

*In response to your letter, the Holman Keeler Trust conveyed its interest in the above listed property to Fred Boettger and Thelma Boettger. Mr. Boettger is occupying the property and has the keys to it. There is insurance on the house. Immediately after Thelma Boettger's death your client notified the tax collector's office to send the tax bills to him. Therefore my question is, did your client pay the tax bill?*

*Sincerely,*

*Richard D. Ceresia*

RDC/ct

cc: *Dennis W. Habel, Esq.*