UNITED STATES BANKRUPTCY COURT
  COURT OF APPEALS  5TH FLOOR.
1 BOWLING GREEN HAMILTON BLDG.
NEW YORK, NEW YORK 10004                                    9/22/2014

ATTN: US COURT OF APPEALS                    CASE NO. 09-50026 (REG)
REF: REQUEST FOR EXTENSION                           JOINT ADMINISTERED

HONORABLE JUSTICE                         REQUEST FOR EXTENSION
ROBERT E. GERBER

DEAR MADAM CLERK MARIA LOPEZ.
    I HAVE RECENTLY BEEN IN MEETING WITH ATTORNEY DAVID
VAN DYKE OF THE LAWFIRM HORNBLOWER, LYNCH + VAN DYKE OF
LEWISTON, MAINE, TO WHICH HE REQUESTED THIS MATTER TO
REQUEST A EXTENSION.
    I AM CURRENTLY IN 3RD SURROGATE COURT OF TROY. NY.
UPSTATE IN RE-OPENING THE ESTATE OF DONALD JOHN KEELER WITH
FURTHER C.T.A. PROCESS AS EXPLAINED TO THE INITIAL LAWYER
IN MAINE REGARDING MY FATHER'S ESTATE. THE ESTATE OF
JOYCE B. KEELER IS THE CURRENT C.T.A. IN THE TROY, N.Y. COURT.
    I AS EXECUTOR OF JOYCE B. KEELER AND BY SUCCESSION OF
TRANSFER AM PROCEEDING ON BEHALF OF FAMILY INTERESTS
AS DISTRIBUTEE BY ORDER OF THE MAINE + NEW YORK COURTS.
    PLEASE ALLOW THIS LETTER AS A REQUEST OF EXTENSION IN
ORDER FOR ADAQUATE PROCESS OF FURTHER ESTATE RAISED SEAL
C.T.A. STATUS TO EVOLVE. BY REQUEST OF ATTORNEY DAVID VAN
DYKE OF THE CITY OF LEWISTON, MAINE AFTER MEETING AND FUTURE
APPOINTMENT THIS REQUEST IS FORWARDED.

BEST REGARDS,
Richard A. FERRARO
625 WILSON FD. RD
N. MONMOUTH, ME 04265



✓  **REQUEST FOR EXTENSION**        per DAVID VAN DYKE  Attorney at law    Lewiston, Maine


Richard A. Ferraro

  PLAINTIFF

Estate of Donald J Keeler  Richard A Ferraro Executor distribute
Estate of Joyce B Keeler  Richard A Ferraro Executor distribute
Estate of  Donald J Keeler & Joyce B Keeler Richard A Ferraro Executor distribute
Estate of  Joyce B Keeler & Donald J Keeler Richard A Ferraro Executor distribute
Estate of Holman N Keeler Richard A Ferraro distribute 4th Surrogate Schenectady, NY (show cause)
          ----------

               VS                                          **CHAPTER 11  Case No.**

          ---------                                             09-50026 (REG)

          DEFENDANT                                          (Jointly Administered)

          Debtor
General Motors Corporation et al                        Motion:  Request for Extension

Motors Liquidation Company
2101 Cedar Springs Rd.  Suite 1105
Dallas, Texas 75201
ADR Claims Team
                                                        Improper naming per (RULE)
Weil Gotshal &  Manges  LLP                                   US Appeals Court
767 5th Ave
New York , New York 10153

  Pablo Falabella  esq.
  David N Griffith esq.


### STATEMENT OF ISSUES ON APPEAL


        Here comes RICHARD ALVIN FERRARO  A.K.A.   ZANE WILBERT KEELER as the
Plaintiff in reference to proper Identity of Plaintiff correspondence by E-mail twice after corrected in
Correspondence post Initial contact  by  Council of Weil Gotshal & Manges LLC in 2010' Mr.Pablo
Falabella  Pablo.Falabella@weil.com  by phone with proper standing and 3 years later wrong spelling
performed by communications by  Council  Mr. David N. Griffith of Weil Gotshal & Manges LLC in 2013'
with correspondence reflecting name of RICHARD FERRARA  corrected once, returned , corrected
With name spelled correctly then  after 2 week return from London, Uk. Trip spoken by Mr. David N.
Griffith a return of misspelled naming once again occurred.
        Requested by phone & post contact  ITEM #    and improper communication of name a second
time with return of "unacceptable delivery"  request of snail mail US POSTAL and noted once again footer
of correspondence "company policy & letter sent to company webmaster" outlining improper naming.
After numerous attempts to call and no response contact to fraud division DOJ contacted in from contact
information provided by Bankruptcy. Department on PACER site.