# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

October 1, 2014

*Endorsed Order:*

*Granted.*

*S/ REG*
*USBJ*
*10/2/2014*

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

Re:   In re Motors Liquidation Company, *et al.*
      Case No. 09-50026 (REG)

      New GM's Ignition Switch Motion to
      Enforce and the Amended Sesay Pleading

Dear Judge Gerber:

King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. We write in connection with the hearing currently scheduled for October 15, 2014 ("**October 15 Hearing**") on (a) *Plaintiffs' Amended No Stay Pleading, Motion For Order Of Dismissal For Lack Of Subject Matter And Personal Jurisdiction, Objections To GM's Motion To Enforce, To The Court's Orders, And For Related Relief* ("**Amended Sesay Pleading**") [Dkt. No. 12883] filed by Plaintiffs Ishmail Sesay and Joanne Yearwood (collectively, the "**Sesay Plaintiffs**"), and New GM's response [Dkt. No. 12921] ("**New GM Response**") to the Amended Sesay Pleading.

Counsel for the Sesay Plaintiffs reached out to counsel for New GM after the New GM Response was filed and stated that he was prepared to rest on his papers, and did not seek to have oral argument on the Amended Sesay Pleading. Counsel for New GM is equally prepared to rest on the New GM Response and have the Court decide the matter. Unless the Court believes oral argument would be helpful for its determination of the Amended Sesay Pleading, counsel for

23945819v1

Honorable Robert E. Gerber
October 1, 2014
Page 2

New GM and counsel for the Sesay Plaintiffs (who has reviewed this letter and consents to its contents) respectfully request that the October 15 Hearing with respect to the Amended Sesay Pleading be cancelled.

If Your Honor has any questions regarding the foregoing, please let us know.

Respectfully submitted,

/s/ *Arthur Steinberg*

Arthur Steinberg

AJS/sd

cc:   Gary Peller, Esq. (counsel for the Sesay Plaintiffs)(via e-mail transmission)