KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *October 3, 2014,* I caused to be served true and correct copies of

the *Notice of Presentment of Stipulation and Agreed Order Amending Supplements to Schedule 1

And Schedule 2 to The Monetary Relief Motion to Enforce as it Relates to the Action Commenced

by Joni Precht* (With Stipulation And Order) by electronic mail on all parties receiving notice *via*

the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: October 3, 2014
New York, New York

                        KING & SPALDING LLP

                        By: /s/   Scott I. Davidson
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

**Service list For October 3, 2014:**

**Documents served *via* Email:**

1 – *Notice of Presentment of Stipulation and Agreed Order Amending Supplements to Schedule 1 And Schedule 2 to The Monetary Relief Motion to Enforce as it Relates to the Action Commenced by Joni Precht* (With Stipulation And Order)

eweisfelner@brownrudnick.com;

hsteel@brownrudnick.com;

einselbuch@capdale.com;

plockwood@capdale.com;

jliesemer@capdale.com;

asackett@capdale.com;

esserman@sbep-law.com;

schmidt@whafh.com;

brown@whafh.com;

jflaxer@golenbock.com;

PRicardo@golenbock.com;

MJWilliams@gibsondunn.com;

KMartorana@gibsondunn.com;

LRubin@gibsondunn.com;

dgolden@AkinGump.com;

djnewman@akingump.com;

jdiehl@akingump.com;

wanderson@cuneolaw.com

charles@cuneolaw.com

jon@bhfloridalaw.com

DMSLIBRARY01:23963214.1

## Service list For October 3, 2014:

**Documents served *via* Overnight Delivery:**

1 – *Notice of Presentment of Stipulation and Agreed Order Amending Supplements to Schedule 1 And Schedule 2 to The Monetary Relief Motion to Enforce as it Relates to the Action Commenced by Joni Precht* (With Stipulation And Order)

| | |
|---|---|
| Charles J. LaDuca<br>William H. Anderson<br>CUNEO GILBERT & LADUCA LLP<br>507 C Street, NE<br>Washington, DC 20002<br>(202) 789-3960 | Jon M. Herskowitz<br>BARON & HERSKOWITZ, LLP<br>9100 South Dadeland Boulevard<br>One Datran Center, Suite 1704<br>Miami, Florida 33156<br>(305) 670-0101 |
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006 | |