## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 611 North Park Avenue, Inglewood, California 90302.

On October 6, 2014, I served true copies of the following document(s):

**1. NO STAY PLEADING.**

on the interested party in this action as follows:

KIRKLAND & ELLIS LLP
leonid.feller@kirkland.com
300 North LaSalle
Chicago, IL. 60654

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) stated above with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. KIRKLAND & ELLIS is a registered CM/ECF user.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 6, 2014, at Inglewood, California.

_____
ALEJANDRO ALERS, JR., Esq.