KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *October 6, 2014,* I caused to be served true and correct copies of

the *Notice of Filing of Second Supplement to Schedule "1" to the Motion of General Motors LLC*

*Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and*

*Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with Exhibits)* and

*Notice of Filing of Second Supplement to Schedule "2" to the Motion of General Motors LLC*

*Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and*

*Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions)* by electronic mail on

all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon

each of the persons and entities listed therein by causing copies of same to be delivered *via* email

and/ or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated:  October 7, 2014
        New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

## Service list For October 6, 2014:

### Documents served *via* Email:

1 – A Notice of Filing of Second Supplement to Schedule 1 to Monetary Relief Motion to Enforce, the Second Supplement to Schedule 1, and the Exhibits thereto; and

2 – A Notice of Filing of Second Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Second Supplement to Schedule 2.

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
jdiehl@akingump.com;

elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
rachelf@hbsslaw.com;
mrobinson@rcrsd.com;
kcalcagnie@rcrsd.com;
swilson@rcrsd.com;
rjaxelrod@axelroddean.com;
jddean@axelroddean.com;
stuart@paynterlawfirm.com;
afriedman@bffb.com;
psyverson@bffb.com;
khanger@bffb.com;
jon@bhfloridalaw.com;
charlesl@cuneolaw.com;
wanderson@cuneolaw.com

**Service list For October 6, 2014:**

**Documents served *via* Overnight Delivery:**

1 – A Notice of Filing of Second Supplement to Schedule 1 to Monetary Relief Motion to Enforce, the Second Supplement to Schedule 1, and the Exhibits thereto; and

2 – A Notice of Filing of Second Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Second Supplement to Schedule 2.

| | |
|---|---|
| Mark P. Robinson, Jr.<br>Scot D. Wilson<br>Kevin F. Calcagnie<br>ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.<br>19 Corporate Plaza<br>Newport Beach, California 92660 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |

## Service list For October 6, 2014:

**Documents served *via* U.S. Mail:**

1 – A Notice of Filing of Second Supplement to Schedule 1 to Monetary Relief Motion to Enforce, the Second Supplement to Schedule 1, and the Exhibits thereto; and

2 – A Notice of Filing of Second Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Second Supplement to Schedule 2.

| | |
|---|---|
| Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>475 Washington Blvd.<br>Venice Beach, California 90292 | Stephen Yagman<br>475 Washington Blvd.<br>Venice Beach, California 90292 |

**Service list For October 6, 2014:**

**Documents served *via* Email:**

1 - The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (the "Monetary Relief Motion to Enforce") (with schedules and exhibits) **(ECF 12808)**;

2 - Scheduling Order **(ECF 12898)**;

3 - A Notice of Filing of the Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1 **(ECF 12908)**;

4 - A Notice of Filing of the Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 and the Exhibits thereto **(ECF 12909)**;

5 - A Notice of Filing of the Second Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1, and the Exhibits thereto **(ECF 12940)**; and

6 - A Notice of Filing of the Second Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 **(ECF 12941)**.


peller@law.georgetown.edu

**<u>Service list For October 6, 2014:</u>**

**<u>Documents served *via* Email:</u>**

1 - The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (the "<u>Monetary Relief Motion to Enforce</u>") (with schedules and exhibits) **(ECF 12808)**;

2 - A Notice of Filing of the Second Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1, and the Exhibits thereto **(ECF 12940)**; and

3 - A Notice of Filing of the Second Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 **(ECF 12941)**.

rdalton746@aol.com

**<u>Service list For October 6, 2014:</u>**

**<u>Documents served *via* Overnight Delivery:</u>**

1 - The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (the "<u>Monetary Relief Motion to Enforce</u>") (with schedules and exhibits) **(ECF 12808)**;

2 - Scheduling Order **(ECF 12898)**;

3 - A Notice of Filing of the Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1 **(ECF 12908)**;

4 - A Notice of Filing of the Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 and the Exhibits thereto **(ECF 12909)**;

5 - A Notice of Filing of the Second Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1, and the Exhibits thereto **(ECF 12940)**; and

6 - A Notice of Filing of the Second Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 **(ECF 12941)**.

| Gary Peller, Esq.<br>Professor of Law<br>Georgetown University Law Center<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 | Richard C. Dalton<br>Richard C. Dalton LLC<br>1343 West Causeway Approach<br>Mandeville, Louisiana 70471 |
|---|---|

**Service list For October 6, 2014:**

**Documents served *via* U.S. Mail:**

1 - The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (the "Monetary Relief Motion to Enforce") (with schedules and exhibits) **(ECF 12808)**;

2 - Scheduling Order **(ECF 12898)**;

3 - A Notice of Filing of the Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1 **(ECF 12908)**;

4 - A Notice of Filing of the Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 and the Exhibits thereto **(ECF 12909)**;

5 - A Notice of Filing of the Second Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1, and the Exhibits thereto **(ECF 12940)**; and

6 - A Notice of Filing of the Second Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 **(ECF 12941)**.

| Lacy Wright Jr.<br>Attorney at Law<br>PO Box 800<br>Welch, West Virginia 24801-0800 | |