KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *October 6, 2014,* I caused to be served true and correct copies of the *Notice of Filing of Supplement To The Chart Of Pre-Closing Accident Lawsuits Set Forth In The Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits (With Exhibit)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: October 7, 2014
      New York, New York

                        KING & SPALDING LLP

                        By: /s/   Scott I. Davidson
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

**Service list For October 6, 2014:**

**Documents served *via* Email:**

1 - Notice of Filing of Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion (the "Chart Supplement"), the Chart Supplement, and the Exhibit thereto.

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
josh@thejdfirm.com;

bwyly@wylycooklaw.com;
kcook@wylycooklaw.com;
rgaltney@galtney.com;
ddefeo@defeolaw.com;
stevenstolze@yahoo.com;
rgp@rgplaw.com;
rtknykendall@yahoo.com;
Craig@hibornlaw.com
rob.bastress@dbdlawfinn.com;
bobh@hmglawfirm.com;
rudyg@hmglawfirm.com;
catherine@hmglawfirm.com;
marion@hmglawfirm.com;
tjh@tjhlaw.com;
cfitzgerald@tjhlaw.com

**Service list For October 6, 2014:**

**Documents served *via* Email ("Bouncebacks"):**

1 - Notice of Filing of Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion (the "Chart Supplement"), the Chart Supplement, and the Exhibit thereto.

rtknykendall@yahoo.com;
Craig@hibornlaw.com
rob.bastress@dbdlawfinn.com;

## Service list For October 6, 2014:

**Documents served *via* Overnight Delivery:**

1 - Notice of Filing of Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion (the "Chart Supplement"), the Chart Supplement, and the Exhibits thereto **(ECF 12942)**.

| | |
|---|---|
| Steven Stolze<br>HOLLAND GROVES SCHNELLER AND STOLZE<br>300 North Tucker, Suite 801<br>St. Louis, Missouri 63101 | Frederick Knykendall, III<br>23937 US Highway 98, Suite 3<br>Fairhope, Alabama 36532 |
| Craig Hiborn<br>999 Haynes St, Suite 20<br>Birmingham, MI 48009 | Rudolph E. DiTrapano<br>Robert M. Bastress III<br>DiTRAPANO, BARRETT, DiPIERO, McGINLEY & SIMMONS, PLLC<br>604 Virginia Street, East<br>Charleston, West Virginia 25301 |
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |

## Service list For October 6, 2014:

**Documents served *via* Email:**

1 – The Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits (with exhibits) **(ECF 12807)**;

2 - Scheduling Order **(ECF 12897)**; and

3 - Notice of Filing of Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion (the "Chart Supplement"), the Chart Supplement, and the Exhibits thereto **(ECF 12942)**.

peller@law.georgetown.edu

**Service list For October 6, 2014:**

**Documents served *via* Overnight Delivery:**

1 – The Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits (with exhibits) **(ECF 12807)**;

2 - Scheduling Order **(ECF 12897)**; and

3 - Notice of Filing of Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion (the "Chart Supplement"), the Chart Supplement, and the Exhibits thereto **(ECF 12942)**.

| | |
|---|---|
| Gary Peller, Esq.<br>Professor of Law<br>Georgetown University Law Center<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 | |