UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*         :
                                                     :
                         Debtors.                    : (Jointly Administered)
-------------------------------------------------------------x

## Order

Upon consideration of the Bledsoe Plaintiffs' No Stay Pleading, it is hereby

ORDERED that the Bledsoe Plaintiffs' claims are not stayed.


**So Ordered**

_____
Judge