UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

**STIPULATION AND AGREED SCHEDULING ORDER REGARDING
THE NO STAY PLEADING FILED BY ALEJANDRO ALERS, SR.**

General Motors LLC ("**New GM**") and Alejandro Alers, Sr. ("**Mr. Alers,**" and with New GM, the "**Parties**") respectfully submit this Stipulation and Agreed Scheduling Order regarding the briefing schedule for the No Stay Pleading filed by Mr. Alers on October 6, 2014 [Dkt. 12937] ("**No Stay Pleading**"):

1. In connection with the No Stay Pleading, the Parties have agreed on the following briefing schedule:

| Event | Agreed Date |
|---|---|
| No Stay Pleading Filed by Mr. Alers | October 7, 2014 |
| New GM to File a Response ("**Response**") to the No Stay Pleading | October 21, 2014 |
| Hearing on No Stay Pleading | No Hearing is Necessary and the Court Shall Decide the Matter on the No Stay Pleading and the Response |

2. This Stipulation is subject to approval by the Court. In the event the Court declines to approve this Stipulation, it shall be null and void, with no effect.

3. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile or e-mail transmission, and each of which shall be deemed an original.

4. The Parties each reserve the right to seek a continuance of any deadlines or dates set forth herein.

**SO AGREED TO BY AND AMONG THE FOLLOWING:**

| | |
|---|---|
| ___/s/ Scott Davidson_____ | ____/s/ Alejandro Alers, Jr.____ |
| Arthur Steinberg | Alejandro Alers, Jr. |
| Scott Davidson | 611 North Park Avenue |
| KING & SPALDING LLP | Inglewood, California 90302 |
| 1185 Avenue of the Americas | 310-672-0369 |
| New York, NY 10036 | |
| 212-556-2100 | *Attorney for Alejandro Alers, Sr.* |
| | |
| KIRKLAND & ELLIS LLP | |
| 300 North LaSalle | DATED:  __10-14-14____ |
| Chicago, IL 60654 | |
| Telephone:    (312) 862-2000 | |
| Facsimile:     (312) 862-2200 | |
| Richard C. Godfrey, P.C. | |
| (admitted *pro hac vice*) | |
| Andrew B. Bloomer, P.C. | |
| (admitted *pro hac vice*) | |

*Attorneys for General Motors LLC*

DATED:  __10/15/14_____

**SO ORDERED:**

Dated: New York, New York
      October 16, 2014

                                               *s/ Robert E. Gerber*
                                              United States Bankruptcy Judge

2