## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No.: 09-50026(REG) |
| | : | |
| Motors Liquidation Company, et al. | : | **PLAINTIFF'S NO STAY PLEADING** |
| f/k/a General Motors Corp., et al. | : | |
| | : | |
| | : | |
| Debtors. | : | |
| | : | |

## ORDER

AND NOW, this         day of                    , 2014, upon consideration of Plaintiff's No Stay Pleading, and any response thereto, it is hereby ORDERED and DECREED that <u>Karen Bloom v. General Motors</u> is not stayed and the following cases are able to proceed:

Middle District of Pennsylvania Civil Action No.: 3:14-v-01903ARC

Luzerne County Court of Common Pleas Docket No. 2014-102515.

BY THE COURT:

_____

J.