**RESCHEDULED HEARING DATE: November 6, 2014 at 11:00 a.m. (Eastern Time)**
**OBJECTION DEADLINE: October 30, 2014 at 4:00 p.m. (Eastern Time)**

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Matthew J. Williams
Keith Martorana

*Attorneys for the Motors Liquidation Company*
*Avoidance Action Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :
                                                            :    **Chapter 11 Case No.**
                                                            :
                                                            :    **09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY,** *et al.*,                   :
**f/k/a General Motors Corp.,** *et al.*                    :    **(Jointly Administered)**
                                                            :
                    **Debtors.**                            :
------------------------------------------------------------x

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that, at the Bankruptcy Court's request, the hearing to consider the motion (the "**Motion**") of Wilmington Trust Company, solely in its capacity as trust administrator and trustee of the Motors Liquidation Company Avoidance Action Trust (the "**Avoidance Action Trust**") for an order extending the duration of the Avoidance Action Trust [Docket No. 12946] and any responses or objections thereto, previously scheduled for November 6, 2014 at 9:45 a.m. (Eastern Time), has been rescheduled to **November 6, 2014 at 11:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, Wilmington Trust Company, acting in its capacity as Avoidance Action Trust Administrator may, on or after the Objection Deadline of **October**

**30, 2014 at 4:00 p.m.**, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated:  New York, New York
        October 28, 2014

                              GIBSON, DUNN & CRUTCHER LLP

                              By:  /s/ Matthew J. Williams

                              Matthew J. Williams
                              Keith Martorana
                              200 Park Avenue
                              New York, NY 10166-0193
                              (212) 351-4000

                              *Attorneys for the Motors Liquidation Company*
                              *Avoidance Action Trust Administrator*