GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Matthew J. Williams
Keith Martorana

*Attorneys for the Motors Liquidation Company*
*Avoidance Action Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                          :
:                    **Chapter 11 Case No.**
:
:                    **09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :
**f/k/a General Motors Corp.,** *et al.*           :
:                    **(Jointly Administered)**
:
**Debtors.**              :
------------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746 and the Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures dated May 5, 2011 [Doc. No. 10183] (the "**Sixth Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On October 9, 2014, Wilmington Trust Company, in its capacity as trust administrator and trustee of Motors Liquidation Company Avoidance Action Trust (in such capacity, the "**Avoidance Action Trust Administrator**"), filed a Motion of Wilmington Trust Company, as Avoidance Action Trust Administrator, for Entry of an Order Pursuant to Fed. R. Bankr. P. 9006(b) Extending the Duration of the Avoidance Action Trust [Doc. No. 12946] (the "**Motion**").

2. The deadline for submitting objections to the Motion was October 30, 2014 at 4:00 p.m. (Eastern Time).

3. No objections have been filed and served with respect to the Motion.

4. An electronic copy of the proposed order that was annexed to the Motion will be re-submitted to the Court, along with this Certificate of No Objection pursuant to the Sixth Amended Case Management Order.

Based on the foregoing, the Avoidance Action Trust Administrator respectfully requests that the proposed order be entered.

Dated: New York, New York
October 31, 2014

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Matthew J. Williams

Matthew J. Williams
Keith Martorana
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for the Motors Liquidation Company Avoidance Action Trust Administrator*

2