UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------  x
In re:                                                        :     Chapter 11
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.,*                         :     Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et. al.*                 :
                                                              :     (Jointly Administered)
        Debtors.                                            :
                                                              :
------------------------------------------------------------  x

**SECOND AMENDED STIPULATION AND AGREED SCHEDULING ORDER REGARDING
THE MOTION FOR LEAVE TO PURSUE CLAIMS AGAINST GENERAL
MOTORS LLS, AND ALTERNATIVELY, TO FILE A POST-BAR-DATE PROOF
<u>OF CLAIM IN THE MOTORS LIQUIDATION COMPANY BANKRUPTCY</u>**

General Motors LLC ("**New GM**"), the Motors Liquidation Company GUC Trust ("**GUC Trust**"), and Roger Dean Gillispie ("**Mr. Gillispie**," and collectively with New GM and the GUC Trust, the "**Parties**") respectfully submit this Stipulation and Agreed Scheduling Order regarding the briefing schedule for the *Motion For Leave To Pursue Claims Against General Motors LLC, And, Alternatively, To File A Post-Bar-Date Proof Of Claim In The Motors Liquidation Company Bankruptcy*, filed by Mr. Gillispie on June 17, 2014 [Dkt. 12727] ("**Motion**"):

1. In connection with the Motion, the Parties have agreed on the following briefing schedule:

| Event | Agreed Date |
|---|---|
| New GM and the GUC Trust to file responses ("**Responses**") to the Motion | August 19, 2014 |
| New GM to file a Reply ("**New GM Reply**") to the GUC Trust Response | September 12, 2014 |
| The GUC Trust to file a sur-reply ("**GUC Trust Sur-reply**") to the New GM Reply | September 29, 2014 |
| Mr. Gillispie to file a reply to the Responses, New GM Reply and GUC Trust Sur-reply | November 12, 2014 |
| Hearing on Motion | Scheduled by the Court after briefing has concluded |

2. This Stipulation is subject to approval by the Court.  In the event the Court declines to approve this Stipulation, it shall be null and void, with no effect.

3. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original.

4. The Parties each reserve the right to seek a continuance of any deadlines or dates set forth herein.

**SO AGREED TO BY AND AMONG THE FOLLOWING:**

| | |
|---|---|
| __/S/Scott Davidson_____ | _/s/Lisa H. Rubin_____ |
| Arthur Steinberg | Aric Wu |
| Scott Davidson | Lisa H. Rubin |
| KING & SPALDING LLP | GIBSON, DUNN & CUTCHER LLP |
| 1185 Avenue of the Americas | 200 Park Avenue |
| New York, New York 10036 | New York, New York 10166-0193 |
| 212-556-2100 | 212-351-4000 |
| *Attorneys for General Motors LLC* | *Attorneys for the Motor Liquidation Company GUC Trust* |
| DATED:  _10/30/2014_____ | DATED:  _10/30/2014_____ |

__/s/ David B. Owens_____
David B. Owens
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
312-243-5900
*Attorney for Roger Dean Gillispie*

DATED:  _10/30/2014_____

**SO ORDERED.**

| | |
|---|---|
| DATED: New York, New York | ___s/ Robert E. Gerber_____ |
| November 3, 2014 | Honorable Robert E. Gerber |
| | United States Bankruptcy Judge |

2