KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
--------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *November 4, 2014,* I caused to be served a true and correct copy of the

*Notice Of Presentment Of Order Granting Application By General Motors LLC To Enforce the*

*Court's September 15, 2014 Scheduling Order Regarding Motion Of General Motors LLC*

*Pursuant To §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction*

*(Monetary Relief Actions, Other Than Ignition Switch Actions) As It Applies To Randy Watson*

*And Linda Watson* (With Exhibits) by electronic mail on all parties receiving notice *via* the

Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: November 4, 2014
      New York, New York

                    KING & SPALDING LLP

                    By: /s/   Scott I. Davidson
                    Arthur J. Steinberg
                    Scott Davidson
                    King & Spalding LLP
                    1185 Avenue of the Americas
                    New York, NY 10036
                    Telephone: (212) 556-2100
                    Facsimile: (212) 556-2222

                    *Attorneys for General Motors LLC*

## Service List For November 4, 2014:

### Documents Served *via* Email:

1 – *Notice Of Presentment Of Order Granting Application By General Motors LLC To Enforce the Court's September 15, 2014 Scheduling Order Regarding Motion Of General Motors LLC Pursuant To §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) As It Applies To Randy Watson And Linda Watson* (With Exhibits).

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
rdalton746@aol.com

<u>**Service List For November 4, 2014:**</u>

<u>**Documents Served *via* Overnight Delivery:**</u>

1 – *Notice Of Presentment Of Order Granting Application By General Motors LLC To Enforce the Court's September 15, 2014 Scheduling Order Regarding Motion Of General Motors LLC Pursuant To §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) As It Applies To Randy Watson And Linda Watson* (With Exhibits).

| | |
|---|---|
| Richard C. Dalton<br>Richard C. Dalton LLC<br>1343 West Causeway Approach<br>Mandeville, Louisiana 70471 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |