**Hearing Date and Time: To Be Determined**
**Objection Deadline: December 16, 2014**
**Reply Deadline: January 16, 2015**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------X | | |
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|     Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------x | | |

**APPENDIX OF EXHIBITS FOR OPENING BRIEF BY GENERAL MOTORS LLC**
**ON THRESHOLD ISSUES CONCERNING ITS MOTIONS TO ENFORCE**
<u>**THE SALE ORDER AND INJUNCTION**</u>

DMSLIBRARY01:24157007.1

**APPENDIX OF EXHIBITS FOR OPENING BRIEF BY GENERAL MOTORS LLC
ON THRESHOLD ISSUES CONCERNING ITS MOTIONS TO ENFORCE
THE SALE ORDER AND INJUNCTION**

### Table of Contents

| **Exhibit** | **Title** |
|---|---|
| Exhibit 1 | Declaration of Scott Davidson (With Exhibits) |
| Exhibit 2 | Declaration of Michael Yakima (With Exhibits) |
| Exhibit 3 | Declaration of Herb Kiefer |
| Exhibit 4 | Declaration of Andrew Bloomer (With Exhibits) |
| Exhibit A | Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction [Dkt. No. 12620] |
| Exhibit B | Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) [Dkt. No. 12808] |
| Exhibit C | Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits [Dkt. No. 12807] |
| Exhibit D | Amended and Restated Master Sale and Purchase Agreement, dated June 26, 2009 (as amended) [Dkt. No. 2968-2] |
| Exhibit E | Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., A U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief [Dkt. No. 2968] |
| Exhibit F | Order Pursuant To Fed. R. Bankr. P. 9019 And Fed. R. Civ. P. Rule 23 Approving Agreement Resolving Proof Of Claim No. 44887 And Implementing Class Settlement [Dkt. No. 6622] |
| Exhibit G | Order Pursuant To Fed. R. Bankr. P. 9019 And Fed. R. Civ. P. Rule 23 Approving Agreement Resolving Proof Of Claim No. 51095 And Implementing Modified Dex-Cool Class Settlement [Dkt. No. 10172] |
| Exhibit H | Relevant Excerpts from the Disclosure Statement For Debtors' Amended Joint Chapter 11 Plan [Dkt. No. 8023] |
| Exhibit I | Consolidated Class Action Complaint Against New GM For Recalled Vehicles Manufactured By Old GM And Purchased Before July 11, 2009 [S.D.N.Y., Case No. 1:14-md-02543-JMF, Dkt. No. 347] |
| Exhibit J | Consolidated Complaint Concerning All GM-Branded Vehicles That Were Acquired July 11, 2009 Or Later [S.D.N.Y., Case No. 1:14-md-02543-JMF, Dkt. No. 345] |

| | |
|---|---|
| Exhibit K | Agreed And Disputed Stipulations Of Fact Pursuant To The Court's Supplemental Scheduling Order [Dkt. No. 12826] |
| Exhibit L | Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 363(b), (f), (k), And (m), And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; And (II) Schedule Sale Approval Hearing [Dkt. No. 92] |
| Exhibit M | Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006 (I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form Of Notice [Dkt. No. 274] |
| Exhibit N | Transcript of June 1, 2010 Hearing, *In re Motors Liquidation Co., et al.*, (Case No. 09-50026-REG) |
| Exhibit O | Limited Objection Of Callan Campbell, Kevin Junso, Et Al., Edwin Agosto, Kevin Chadwick, Et. Al., Joseph Berlingieri, And The Center For Auto Safety, Et Al., To The Debtors' 363 Motion For The Sale Of The "Purchased Assets" Free And Clear Of Potential Successor Liability Claims [Dkt. No. 2176] |
| Exhibit P | Memorandum Of Law In Support Of The Limited Objection Of Callan Campbell, Kevin Junso, Et Al., Edwin Agosto, Kevin Chadwick, Et. Al., Joseph Berlingieri, And The Center For Auto Safety, Et Al., To The Debtors' 363 Motion For The Sale of The "Purchased Assets" Free And Clear Of Potential Successor Liability Claims [Dkt. No. 2177] |
| Exhibit Q | Objection Of Ad Hoc Committee Of Consumer Victims Of General Motors To The Debtors' Motion Pursuant To 11 U.S.C. §§105, 363(b), (f), (k), And (m), And 365 And Fed R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; And (II) Schedule Sale Approval Hearing [Dkt. No. 1997] |
| Exhibit R | Joinder And Limited Objection Of The States Of Connecticut, Kentucky, Maryland, Minnesota, Missouri, Nebraska, North Dakota And Vermont [Dkt. No. 1926] |
| Exhibit S | Limited Objection Of The States Of Arkansas, Arizona, California, Connecticut, Colorado, Delaware, Georgia, Idaho, Iowa, Illinois, Indiana, Kansas, Kentucky, Louisiana, Massachusetts, Maryland, Maine, Michigan, Minnesota, Missouri, |

|  | |
|---|---|
|  | Mississippi, Montana, Nebraska, North Carolina, North Dakota, New Jersey, New Mexico, Nevada, Ohio, Oklahoma, Pennsylvania, Rhode Island, Utah, Virginia, Vermont, Washington, And West Virginia [Dkt. No. 2043] |
| Exhibit T | Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 363(b), (f), (k), And (m), And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; And (II) Schedule Sale Approval Hearing [Dkt. No. 2362] |
| Exhibit U | Transcript of July 1, 2009 Hearing, *In re General Motors Corp., et al.*, (Case No. 09-50026-REG) |
| Exhibit V | Transcript of July 2, 2009 Hearing, *In re General Motors Corp., et al.*, (Case No. 09-50026-REG) |
| Exhibit W | Transcript of June 30, 2009 Hearing, *In re General Motors Corp., et al.*, (Case No. 09-50026-REG) |
| Exhibit X | Motors Liquidation Company GUC Trust Quarterly GUC Trust Reports As Of June 30, 2014 [Dkt. No. 12838] |
| Exhibit Y | Motors Liquidation Company GUC Trust Quarterly Section 6.2(c) Report And Budget Variance Report As Of September 30, 2014 [Dkt. No. 12963] |
| Exhibit Z | Relevant Excerpts from the Debtors' Second Amended Joint Chapter 11 Plan [Dkt. No. 9836] |
| Exhibit AA | Relevant Excerpts from the Form 10-K Annual Report For Motors Liquidation Company GUC Trust For The Fiscal Year Ended March 31, 2014 |
| Exhibit BB | Relevant Excerpts from the Amended And Restated Motors Liquidation Company GUC Trust Agreement, dated June 11, 2012 (as amended) |
| Exhibit CC | *Morgenstein v. Motors Liquidation Co.*, Order, 12 Civ. 01746 (AJN) (S.D.N.Y. Aug. 9, 2012) |
| Exhibit DD | Plaintiffs' Opposition To Chrysler Group, LLC'S Motion To Dismiss Second Amended Complaint, *Burton v. Chrysler Group, LLC (In re Old Carco LLC, et al.)*, Adv. Proc. No. 13-01109 (SMB) (Bankr. S.D.N.Y. Mar. 21, 2013) [Dkt. No. 15] |
| Exhibit EE | Decision on New GM's Motion to Enforce Section 363 Order with Respect to Product Liability Claim of Estate of Beverly Deutsch [Dkt. No. 8383] |