# EXHIBIT BB

Page 1

```
 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 4   In the Matter of:

 5                                     Chapter 11

 6   MOTORS LIQUIDATION COMPANY,       Case No.: 09-50026(REG)

 7   et al, f/k/a General Motors       (Jointly Administered)

 8   Corp., et al.,

 9

10           Debtors.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   STEVEN GROMAN, ROBIN DELUCO,

13   ELIZABETH Y. GRUMET, ABC

14   FLOORING, INC., MARCUS

15   SULLIVAN, KATELYN SAXSON,          Adv. Pro. No.:

16   AMY C. CLINTON, AND ALLISON        14-01929(REG)

17   C. CLINTON, on behalf of

18   themselves, and all other

19   similarly situated,

20                   Plaintiffs,

21           v.

22   GENERAL MOTORS LLC,

23                   Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25
```

1              U.S. Bankruptcy Court

2                 One Boling Green

3                New York, New York

4

5                 May 2, 2014

6                 9:46 AM

7

8

9    B E F O R E :

10   HON ROBERT E. GERBER

11   U.S. BANKRUPTCY JUDGE

12

13

14   Hearing re:  Status Conference

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Dawn South and Sheila Orms

1   A P P E A R A N C E S :

2   KING & SPALDING LLP

3        Attorneys for General Motors LLC

4        1185 Avenue of the Americas

5        New York, NY 10036-4003

6

7   BY:   ARTHUR J. STEINBERG, ESQ.

8        SCOTT DAVIDSON, ESQ.

9

10  KIRKLAND & ELLIS

11       Attorney for New GM

12       300 North LaSalle

13       Chicago, IL 60654

14

15  BY:   RICHARD C. GODFREY, P.C., ESQ.

16

17  GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

18       Attorneys for the Plaintiffs

19       437 Madison Avenue

20       New York, NY 10022

21

22  BY:   JONATHAN FLAXER, ESQ.

23       S. PRESTON RICARDO, ESQ.

24

25

Page 4

1   GIBSON, DUNN & CRUTCHER LLP

2         Attorney for Motors Liquidation GUC Trust

3         200 Park Avenue

4         New York, NY 10166-0193

5

6   BY:  KEITH R. MARTORANA, ESQ.

7

8   ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.

9         Attorney for Ratzlaff, et al.

10         19 Corporate Plaza Drive

11         Newport Beach, CA 92660

12

13   BY:  MARK P. ROBINSON, JR., ESQ.

14

15   GOODWIN ROCTER LLP

16         Attorneys for the South Texas Plaintiffs

17         The New York Times Building

18         620 Eighth Avenue

19         New York, NY 10018

20

21   BY:  WILLIAM P. WEINTRAUB, ESQ.

22         EAMONN O'HAGAN, ESQ.

23

24

25

Page 5

1   BROWN RUDNICK LLP

2        Attorneys for Ratzlaff, et al.

3        Seven Times Square

4        New York, NY 10036

5

6   BY:  EDWARD WEISFELNER, ESQ.

7        DAVID J. MOLTON, ESQ.

8        HOWARD STEEL, ESQ.

9

10   AKIN GUMP STRAUSS HAUER & FELD LLP

11        Attorneys for Holders of Units in the GUC Trust

12        One Bryant Park

13        New York, NY 10036-6745

14

15   BY:  NAOMI MOSS, ESQ.

16        DANIEL GOLDEN, ESQ.

17

18   OTTERBOURG

19        230 Park Avenue

20        New York, NY 10169

21

22   BY:  DAVID M. POSNER, ESQ.

23

24

25

Page 6

```
 1   LOWENSTEIN SANDLER LLP

 2        Attorney for Plaintiffs Darby and Jones

 3        65 Livingston Avenue

 4        Roseland, NJ 07068

 5

 6   BY:  JOHN K. SHERWOOD, ESQ.

 7

 8   LOWENSTEIN SANDLER LLP

 9        Attorney for Plaintiffs Darby and Jones

10        1251 Avenue of the Americas

11        New York, NY 10020

12

13   BY:  MICHAEL S. ETKIN, ESQ.

14

15   UNITED STATES DEPARTMENT OF JUSTICE

16        Attorney for the U.S. Trustee

17        U.S. Federal Office Building

18        201 Varick Street

19        Suite 1006

20        New York, NY 10014

21

22   BY:  BRIAN MASUMOTO, ESQ.

23

24

25
```

1   CAPLIN & DRYSDALE, CHARTERED

2        One Thomas Circle, NW

3        Suite 1100

4        Washington, DC 20005

5

6   BY:  PETER VAN N. LOCKWOOD, ESQ.

7

8   CAPLIN & DRYSDALE, CHARTERED

9        600 Lexington Avenue

10        21st Floor

11        New York, NY 10022-7619

12

13   BY:  ELIHU INSELBUCH, ESQ.

14

15   STUZMAN, BROMBERG, ESSERMAN & PLIFKA

16        2323 Bryan Street

17        Suite 2200

18        Dallas, TX 75201-2689

19

20   BY:  SANDER L. ESSERMAN, ESQ.

21

22

23

24

25

Page 8

1   KELLEY DRYE & WARREN LLP

2         101 Park Avenue

3         New York, NY 10178

4

5   BY:  BENJAMIN D. FEDER, ESQ.

6

7   PACHULSKI STANG ZIEHL & JONES

8         Attorney for Plaintiffs

9         780 Third Avenue

10        36th Floor

11        New York, NY 10017-2024

12

13  BY:  MARIA A. BOVE, ESQ.

14

15  BECNEL LAW FIRM, LLC

16        Attorney for Jomaka Coleman, et al.

17        425 West Airline Highway

18        Suite B

19        Laplace, LA 70068

20

21  BY:  DANIEL BECNEL, JR., ESQ. (TELEPHONIC)

22

23

24

25

1        The tentative that you had about the GUC Trust,

2    late-filed claims, excusable neglect, we actually think that

3    this is an issue that should be dealt with.  It is not our

4    issue, but to the extent that they've raised or some of them

5    have raised a procedural due process issue relating to the

6    bar order, which was after the sale order had taken place

7    and they're saying that they don't have a remedy -- an

8    effective remedy against Old GM, well there is a GUC Trust,

9    there are a number of -- there's a number of values still

10   left in the GUC Trust.  Whether they actually are a

11   creditor, where they actually have excusable neglect I'm not

12   trying to prejudge it, but we were urging that they

13   shouldn't just assume that there was nothing there when

14   there is potentially something there and they should be able

15   to and should be almost in fact required to at least explore

16   that as an alternative to try to get a recovery, if they're

17   entitled to a recovery.  I wasn't trying to say that they

18   were or not.

19        As far as the suggestion of mediation, it is

20   always hard to say that you're against mediation.  The only

21   thing that I would say, Your Honor, is that New GM has hired

22   Ken Feinberg, who is a very well known person who tries to

23   figure out how to deal with circumstances and to how to

24   adjust situations on a non-legal base, but to try to

25   negotiate a resolution.

Page 74

1    claims, judicially acknowledged late filed claims, will now,

2    as part of a bankruptcy process, go through a procedure for

3    determining what those claims might be worth individually or

4    on some class basis.

5           And when that process is all over, then we can let

6    the GUC Trust and its beneficiaries know that their expected

7    future dividends may have to be adjusted or wiped out in

8    order to allow these new beneficiaries of the trust to, in

9    effect, catch up on distributions that have already been

10   made, if in fact, that can be done as a matter of

11   practicality.

12          And I anticipate that holders of the units

13   including Mr. Golden's clients and others may very well have

14   an opinion about that.

15          Again, it seems to me that before we ever get near

16   that thorny issue, where lots of people are going to be

17   impacted, and it may not be practical, if we resolve the

18   threshold issue of whether, because of lack of due process

19   the injunction ought not to apply, then we never get into

20   this issue.  Unless someone were to argue that

21   notwithstanding the denial of due process the right remedy

22   is not let the injunction dissolve, but the right remedy is

23   somehow to treat these people as if they had late filed

24   claims, and will now just dilute all of the other

25   beneficiaries of the GUC Trust.

1        And to the extent that Mr. Weisfelner conceded

2    that he wasn't a class action lawyer, or a negligence

3    lawyer, he's probably also not a scientist or an engineer

4    who could decide whether the air bag issue is one thing or

5    another thing.

6        I only say that again because the people listening

7    here, that it should be absolutely clear that you can say

8    whatever you want to say, but at the end of the day, it

9    ultimately has to be grounded in fact and a probable claim.

10        Other than that, Your Honor, we appreciate the

11    time you've given us today.

12        THE COURT:  All right.  Ladies and gentlemen, I

13    want you to take a lengthy bathroom break, but hopefully no

14    more than that.  I would like people who are interested in

15    my resulting directions to be back in 15 minutes.  That

16    would be 25 to 1 on the clock up there.

17        I can't guarantee you that I'll have it buttoned

18    up all then, but I don't want to impose on you to wait any

19    more than you need to.  We're in recess.

20    (Recessed at 12:21 p.m.; reconvened at 1:10 p.m.)

21        THE COURT:  Have seats, please.  I apologize for

22    keeping you all waiting.  Here's what we're going to do.  In

23    most respects, it will be similar to my tentatives, but with

24    some refinements.

25        One, I want to leave as much time for thoughtful

Page 96

1    briefing and thought by the Court as possible.  But at the

2    same time, I want this to proceed as expeditiously as I can

3    consistent with fairness.  So we're going to consider as

4    threshold issues the two remaining issues shown on Mr.

5    Weisfelner's blackline, the discrimination argument, the

6    possibility that the claims now being asserted may be claims

7    against Old GM or the GUC Trust, and subject to what I say

8    momentarily, even the fraud on the Court contentions.

9         Messrs. Steinberg, Weisfelner, Flaxer, Martorana,

10   and Golden, or their designees, are to confer and to prepare

11   an order then to be settled on three business days' notice

12   or overnight mail, consistent with these determinations that

13   I'm dictating now, but putting meat on the bones, and

14   providing for agreed upon dates.

15        Two, you're to meet and confer to agree upon facts

16   to the maximum extent possible, consistent with your

17   professional duties to your clients.  To the extent you need

18   to agree to disagree, you're to identify the matters that

19   you can't agree upon and jointly present those identified

20   matters to me, after which I'll determine the materiality of

21   what's not agreed on and how it should affect further

22   proceedings, either by way of authorizing limited discovery,

23   or by taking issues off the table for now, and determining

24   them later.

25        As a general matter, we're going to get as far as

1   we can without discovery.  And notwithstanding what my case

2   management order otherwise provides, there will be no

3   discovery in either the adversary proceeding or the

4   contested matter until and unless I order otherwise.

5           Three, I consider it preferable to consider the

6   fraud on the Court claims as early as possible, and at this

7   juncture, I'm including it as an issue to bring before me as

8   one of the threshold issues.

9           But I recognize or at least assume that the fraud

10  on the Court claim is likely to require at least some

11  discovery.  You're to confer and see if you can agree on

12  limited discovery that will meet your respective needs on

13  this.  I hope, but I'm not sure that you'll be successful.

14          If after good faith discussion, agreeing on

15  limited discovery is impossible, either side will be

16  permitted to take the fraud on the Court issues off the

17  table as threshold matters, and to defer them for

18  consideration until a later time, assuming that you first

19  identified the problem to me and gotten my green light to do

20  so.

21          Four, I agree with Mr. Martorana and Mr. Golden

22  that the matters involved in compliance with Pioneer are

23  fact intensive, and are not appropriately threshold issues.

24  But any party will be free to assert that claims now being

25  asserted against New GM are prepetition and not post-

Page 98

1    petition claims.

2             Before any decision is made on the extent to which

3    the GUC Trust might have to satisfy any of those claims,

4    each of Wilmington Trust and any holders of GUC Trust units

5    will have full opportunity to be heard on any and all

6    issues.

7             Each of Wilmington Trust and any holders of GUC

8    Trust units, though in the latter case, with the same kinds

9    of coordination that I expect from the plaintiffs' side,

10   will have unlimited standing to be heard on not just GUC

11   Trust related issues, but on any of the issues that we're

12   considering as part of this exercise; either in the

13   adversary proceeding or the contested matter.

14            Likewise, in the Wilmington Trust and any holders

15   of GUC Trust units, again subject to the coordination

16   requirement, will be free to participate in any discovery I

17   authorize in connection with the remainder of the issues,

18   even though I'm not authorizing any such discovery now.

19            But related to that, to the extent Wilmington

20   Trust told me in our discussion that it had a desire for

21   discovery, its request for that is denied at this time,

22   without prejudice to renewal at a time when it's more

23   appropriate.

24            Five, I will not interfere with the MDL panel's

25   hearing now scheduled for May 29 and will permit the

1    judicial panel and multi-district litigation to rule on

2    where pretrial proceedings with respect to any of the

3    underlying actions might proceed.

4            But this ruling is without prejudice to the rights

5    of any party to ask me to stay further proceedings before

6    the transferee judge based on rulings in this Chapter 11

7    case, or based on any perceived delay in my issuing rulings

8    in this Chapter 11 case.

9            Six, anyone who is unwilling to agree to the

10   temporary stand still that the majority seems to agree upon

11   must come forward before me within a time certain, either on

12   the date proposed in the Steinberg and Weisfelner letters,

13   or an alternative date they might agree upon, in

14   consultation with the other parties that I've allowed to

15   participate in the formation of the order, with a motion

16   asking me to rule on whether I should force such a

17   standstill on the dissenter by TRO or preliminary

18   injunction.

19           Nothing in the scheduling order will, however,

20   change the usual burdens associated with getting a TRO or

21   preliminary injunction relief.

22           Seven, parties are to identify any and all issues

23   they want me to decide by a date certain to be proposed by

24   that team who I've designated for that purpose, the same one

25   that's preparing the proposed form of order, and to state

1    whether or not their issues to be addressed as threshold

2    issues or not.

3            They are then to confer with the others as to when

4    any such issues are best decided, whether as threshold

5    issues or as later issues.  If any such additional issues

6    are to be presented as threshold issues, briefing on them

7    should be rolled into the briefing, otherwise authorized.

8    But if they're not perceived to be threshold issues, they

9    can be deferred with a full reservation of rights.

10           Eight, matters in the adversary proceeding and in

11    the contested matter will be jointly administered.  For the

12    avoidance of doubt, this will include joint briefing and

13    joint discovery, if and when any discovery is authorized.

14           Parties should agree upon a preferred place for a

15    single docket to file all of the documents in connection

16    with this controversy, and to provide for that in the

17    proposed order.  As far as I'm concerned, either the

18    adversary or the contested matter will be equally

19    satisfactory.

20           Nine, other than as I stated, I don't think that I

21    intended to disapprove anything that had been agreed upon

22    between Mr. Steinberg and the class action plaintiff

23    steering committee.  But for the avoidance of doubt, if you

24    think I left something out, or was inconsistent in my

25    rulings, I would ask that you tell me that now.

1           Ten, the matter of mediation is deferred without

2     prejudice to anyone's right to raise the issue at a later

3     time.

4           So, folks, you can take the weekend off, but after

5     that, please get together as soon as practical to get me an

6     agreed upon form of order, at least agreed upon between the

7     people I mentioned, then to be settled.  That order should

8     take care of details, such as proposed dates, which I've

9     intentionally left out of the rulings I just announced.  I

10    think you can and should meet your needs and concerns on

11    that.

12          Now, not by way of reargument, I suspect that

13    there may be some details I failed to address or some loose

14    ends, and I'll allow people to be heard on that.

15          Mr. Steinberg?

16          MR. STEINBERG:  Your Honor, I think I can deal

17    with everything you said.  The only thing is, do we talk to

18    your chambers about the next status conference date, or do

19    you want to give us the date and we'll try to back into to

20    the sum of the requirements before then?

21          THE COURT:  My preference, I think, Mr. Steinberg,

22    is that we do it as an iterative process.  You guys, after

23    you've figured out the time you need, tell me what you would

24    recommend as far as a date within a zone.  Thereupon my

25    courtroom deputy, Ms. Calderone will see how it fits into

Page 102

1    the schedule.  She'll advise you what we're in a position to

2    do, and then you can either massage your dates, or plug the

3    date we give you into the order that you settle.

4              MR. STEINBERG:  That's acceptable, thank you.

5              THE COURT:  Okay.  Anything else?  Mr. Esserman,

6    were you rising to be heard in any way?

7              MR. ESSERMAN:  No, thank you, Your Honor.

8              THE COURT:  Oh, okay.  All right.  Does anybody

9    have anything else?

10        (No response)

11             THE COURT:  No.  Okay.  Thank you very much.

12   We're adjourned.

13   (Proceedings concluded at 1:22 PM)

14                        * * * * *

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT CC

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 09-50026(REG)

4   (Jointly Administered)

5   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6   In the Matter of:

7   MOTORS LIQUIDATION COMPANY, ET AL.,

8        f/k/a General Motors Corp., et al.,

9                 Debtors.

10  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11  ADV. PROC. NO.: 14-01929 (REG)

12  STEVEN GROMAN, ROBIN DELUCO,

13  ELIZABETH Y. GRUMET, ABC FLOORING, INC.,

14  MARCUS SULLIVAN, KATELYN SAXSON, AMY C.

15  CLINTON, AND ALLISON C. CLINTON, on behalf

16  of themselves, and all others similarly situated,

17                 Plaintiffs,

18  v

19  GENERAL MOTORS, LLC,

20                 Defendant.

21  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

22                 U.S. Bankruptcy Court

23                 One Bowling Green

24                 New York, New York

25

1                          July 2, 2014

2                             9:46 AM

3

4    B E F O R E :

5    HON ROBERT E. GERBER

6    U.S. BANKRUPTCY JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1    "No Stay Pleadings" filed in connection with Scheduling

2    Order Regarding (I) Motion of General Motors, LLC Pursuant

3    to 11 U.S.C. Section 105 and 363 to Enforce the Court's July

4    5, 2009 Sale Order and Injunction, and (II) Objection Filed

5    by Certain Plaintiffs in Respect Thereto, and (III)

6    Adversary Proceeding No. 14-01929 (ECF 12697)

7

8    Motion of General Motors, LLC to Establish Stay Procedures

9    for Newly-Filed Ignition Switch Actions, filed by General

10   Motors, LLC (ECF 12725)

11

12   In re Motors Liquidation Company, et al., Case No. 09-50026

13   (REG): Motion of General Motors, LLC Pursuant to 11 U.S.C.

14   Section 105 and 363 to Enforce Sale Order and Injunction

15   ("Motion to Enforce"), filed by General Motors, LLC (ECF

16   12620, 12621)

17

18   Motion for Leave to Pursue Claims Against General Motors,

19   LLC and, Alternatively, to File a Post-Bar-Date Proof of

20   Claim in the Motors Liquidation Company Bankruptcy, filed by

21   Roger Dean Gillispie ("Gillispie Motion") (ECF 12727)

22

23

24

25   Transcribed by:  Sherri L. Breach

Page 4

```
 1   A P P E A R A N C E S :

 2   KING & SPALDING, LLP

 3         Attorneys for General Motors, LLC

 4         1185 Avenue of the Americas

 5         New York, New York 10036

 6

 7   BY:  ARTHUR J. STEINBERG, ESQ.

 8         SCOTT DAVIDSON, ESQ.

 9

10   KIRKLAND & ELLIS, LLP

11         Attorneys for General Motors, LLC

12         300 North LaSalle

13         Chicago, Illinois 60654

14

15   BY:  RICHARD C. GODFRY, ESQ.

16

17   CAPLIN & DRYSDALE, CHARTERED

18         Attorneys for Certain Plaintiffs

19         600 Lexington Avenue, 21st Floor

20         New York, New York 10022

21

22   BY:  ELIHU INSELBUNCH, ESQ.

23         ANDREW J. SACKETT, ESQ.

24

25
```

Page 5

```
 1    GOODWIN PROCTER, LLP

 2         Attorneys for South Texas Plaintiffs

 3         The New York Times Building

 4         620 Eighth Avenue

 5         New York, New York 10018

 6

 7    BY:  WILLIAM P. WEINTRAUB, ESQ.

 8

 9    FOREMAN LAW, PLLC

10         Attorneys for Ponce & Hurst Class Action Plaintiffs

11         1745 Broadway, 17th Floor

12         New York, New York 10019

13

14    BY:  MICHAEL FOREMAN, ESQ.

15

16    BROWN RUDNICK

17         Attorneys for Certain Plaintiffs

18         Seven Times Square

19         New York, New York 10036

20

21    BY:  HOWARD S. STEEL, ESQ.

22         EDWARD WEISFELNER, ESQ.

23         DAVID MOLTON, ESQ.

24

25
```

Page 6

```
1   OTTTERBOURG, P.C.

2         Liaison Counsel for Plaintiff's Counsel

3         230 Park Avenue

4         New York, New York 10169

5

6   BY:  MELANIE L. CYGANOWSKI, ESQ.

7

8   GOLENBOCK. EISEMAN, ASSOR, BELL & PESKOE, LLP

9         Attorneys for Groman Plaintiffs

10        437 Madison Avenue

11        New York, New York 10022

12

13  BY:  JONATHAN L. FLAXER, ESQ.

14        S. PRESTON RICARDO, ESQ.

15

16  GIBSON, DUNN & CRUTCHER, LLP

17        Attorneys for Wilmington Trust Company as

18        GUC Trust Administrator

19        200 Park Avenue

20        New York, New York 10166

21

22  BY:  LISA H. RUBIN, ESQ.

23        ADAM OFFENHARTZ, ESQ.

24        KEITH R. MARTORANA, ESQ.

25
```

Page 7

1   AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
2       Attorneys for GUC Trust Unit Trust Holders
3       One Bryant Park
4       New York, New York 10036
5
6   BY:  DANIEL H. GOLDEN, ESQ.
7        DEBORAH NEWMAN, ESQ.
8
9   TALOS LAW
10       Attorneys for Lawrence & Celestine Elliott
11       705 4th Street NorthWest, Suite 403
12       Washington, D.C. 20001
13
14  BY:  DANIEL HORNAL, ESQ.
15
16  STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
17       Attorneys for Barron & Budd & Grant
18       2323 Bryan Street, Suite 2200
19       Dallas, Texas 75201
20
21  BY:  SANDER L. ESSERMAN, ESQ.
22
23
24
25

Page 8

1    BLOCK & LEVITON, LLP

2         Attorneys for Phaneuf Plaintiffs

3         155 Federal Street, Suite 400

4         Boston, Massachusetts 02110

5

6    BY:  JEFFREY C. BLOCK, ESQ.

7

8    FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP

9         Attorneys for Phaneuf Plaintiffs

10        1279 Route 300

11        Newburgh, New York 12551

12

13   BY:  TODD GARBER, ESQ.

14

15   LOWENSTEIN SANDLER, LLP

16        Attorneys for Darby & Jones Plaintiffs

17        65 Livingston Avenue

18        Roseland, New Jersey 07068

19

20   BY:  MICHAEL S. ETKIN, ESQ.

21

22

23

24

25

Page 68

1   factual stipulations, and we'll have 12 or 15 days to try to

2   figure it out.  I'm not exactly sure why they think they

3   need to impose other requirements on their affirmative

4   defense.

5          THE COURT:  Is your position, in substance, likely

6   to be that, whether or not you win on a 1(a) issue, you

7   still don't have to pay?

8          MR. STEINBERG:  That's correct, because the

9   obligation is Old GM who committed the procedural due

10  process violation, and we're the good faith purchaser for

11  value and that we're entitled to the protections that the

12  courts have affirmed.  That would be our position.  I think

13  I've said it to them.

14         THE COURT:  Without ruling on the merits of the

15  position, I can't say that what you just told me came as a

16  surprise to me.

17         MR. STEINBERG:  Right, and it doesn't come as a

18  surprise to them.  I've said it every chance I have.

19         THE COURT:  Mr. Inselbuch, I don't see the need to

20  be as significant as you do.  If any further clarification

21  of what Mr. Steinberg just told me is practical, give it to

22  Mr. Steinberg.  To the extent that you've pretty much said

23  it all, then work with that, Mr. Inselbuch.

24         MR. INSELBUCH:  Yes, I think we have their

25  statement.  We don't need a ruling from Your Honor.  Thank

# EXHIBIT DD

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4   In the Matter of:

5                                           Chapter 11

6   MOTORS LIQUIDATION COMPANY,          Case No.: 09-50026(REG)

7   et al, f/k/a General Motors          (Jointly Administered)

8   Corp., et al.,

9

10          Debtors.

11  - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12

13                  U.S. Bankruptcy Court

14                  One Boling Green

15                  New York, New York

16

17                  August 18, 2014

18                  9:46 AM

19

20

21  B E F O R E :

22  HON ROBERT E. GERBER

23  U.S. BANKRUPTCY JUDGE

24

25

Page 2

1    Hearing re:  Threshold Issues Letters, filed pursuant to the

2    Supplemental Scheduling Order, Dated July 11, 2014.

3

4    Hearing re:  Motion of General Motors LLC Pursuant to 11

5    U.S.C. § 105 And 363 To Enforce the Sale Order And

6    Injunction ("Motion to Enforce"), filed by General Motors

7    LLC (ECF 12620, 12621).

8

9    Hearing re:  Motion of General Motors LLC Pursuant to 11

10   U.S.C. §§ 105 and 363 to Enforce This Court's July 5, 2009

11   Sale Order And Injunction Against Plaintiffs In Pre-Closing

12   Accident Lawsuits ("Pre-Closing Accident Lawsuits Motion to

13   Enforce"), filed by General Motors LLC (ECF 12807).

14

15   Hearing re:  Motion of General Motors LLC Pursuant to 11

16   U.S.C. §§ 105 and 363 To Enforce This Court's July 5, 2009

17   Sale Order And Injunction (Monetary Relief Actions, Other

18   than Ignition Switch Actions)("Monetary Relief Actions

19   Motion to Enforce"), filed by General Motors LLC (ECF

20   12808).

21

22

23

24

25   Transcribed by:  Dawn South

1   A P P E A R A N C E S :

2   KING & SPALDING LLP

3        Attorneys for General Motors LLC

4        1185 Avenue of the Americas

5        New York, NY 10036-4003

6

7   BY:  ARTHUR J. STEINBERG, ESQ.

8        SCOTT DAVIDSON, ESQ.

9

10   KIRKLAND & ELLIS

11        Attorney for New GM

12        300 North LaSalle

13        Chicago, IL 60654

14

15   BY:  RICHARD C. GODFREY, P.C., ESQ.

16

17   STUZMAN, BROMBERG, ESSERMAN & PLIFKA

18        Attorney for the Plaintiffs

19        2323 Bryan Street

20        Suite 2200

21        Dallas, TX 75201-2689

22

23   BY:  SANDER L. ESSERMAN, ESQ.

24

25

Page 4

```
 1   BROWN RUDNICK LLP

 2        Attorneys for Plaintiffs

 3        Seven Times Square

 4        New York, NY 10036

 5

 6   BY:  EDWARD WEISFELNER, ESQ.

 7        DAVID J. MOLTON, ESQ.

 8        HOWARD S. STEEL, ESQ.

 9

10   GOODWIN ROCTER LLP

11        Attorneys for Hilliard, et al.

12        The New York Times Building

13        620 Eighth Avenue

14        New York, NY 10018

15

16   BY:  WILLIAM P. WEINTRAUB, ESQ.

17        EAMONN O'HAGAN, ESQ.

18

19   AKIN GUMP STRAUSS HAUER & FELD LLP

20        Attorney for Holders of Units in the GUC Trust

21        One Bryant Park

22        New York, NY 10036-6745

23

24   BY:  DANIEL H. GOLDEN, ESQ.

25
```

Page 5

1   CAPLIN & DRYSDALE, CHARTERED

2        Attorney for Holders of Units in the GUC Trust

3        600 Lexington Avenue

4        21st Floor

5        New York, NY 10022-7619

6

7   BY:  ELIHU INSELBUCH, ESQ.

8

9   GIBSON, DUNN & CRUTCHER LLP

10        Attorney for Motors Liquidation GUC Trust

11        200 Park Avenue

12        New York, NY 10166-0193

13

14   BY:  LISA H. RUBIN, ESQ.

15

16   GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

17        Attorneys for the Plaintiffs

18        437 Madison Avenue

19        New York, NY 10022

20

21   BY:  JONATHAN FLAXER, ESQ.

22

23

24

25

Page 6

1   LAW OFFICES OF JOSH DAVIS

2        Attorney for Dori Powledge

3        1010 Lamar

4        Suite 200

5        Houston, TX 77002

6

7   BY:  JOSH DAVIS, ESQ.

8

9   HAGENS BERMAN SOBOL SHAPIRO LLP

10        555 Fifth Avenue

11        Suite 1700

12        New York, NY 10017

13

14   BY:  JASON A. ZWEIG, ESQ.

15

16   WOLF HALDENSTEIN ADLER FREEMAN & HERBZ LLP

17        Attorney for the Groman Plaintiffs

18        270 Madison Avenue

19        New York, NY 10016

20

21   BY:  ALEXANDER H. SCHMIDT, ESQ.

22

23

24

25

1    GENERAL MOTORS COMPANY

2         Attorney for General Motors

3         400 Renaissance Center

4         P.O. Box 400

5         Detroit, MI 48265-4000

6

7    BY:  L. JOSEPH LINES III, ESQ.

8

9    OTTERBOURG

10        Bankruptcy Liaison Counsel

11        230 Park Avenue

12        New York, NY 10169

13

14   BY:  MELANIE L. CYGANOWSKI, ESQ.

15

16

17

18

19

20

21

22

23

24

25

Page 58

1   Peller's arguments comes to mind, although in a different

2   procedural context.  And what's a yellow light?  I concede

3   that reading the complaint helps that threshold issue, which

4   is why we agreed to defer it, but there's nothing about the

5   complaint that's going to impact equitable mootness, that's

6   a legal argument.

7          And now I'll be perfectly frank in terms of what

8   our motivations are.  I want to be able -- we want to

9   collectively be able to write a brief to you that says, Your

10  Honor, due process was violated in this context and the only

11  proper remedy for a violation of due process is that the

12  sale order, or more particularly the sale order injunction,

13  can't be imposed against the people whose due process rights

14  were violated.  Period, end of a very long story, everything

15  else is in front of Judge Furman.

16         What I don't want to have to brief simultaneously

17  is if I'm wrong and due process -- due process wasn't

18  violated or the appropriate remedy for a violation of due

19  process is not that the sale order injunction doesn't get

20  applied to me but now somehow the only recourse I have is

21  against Old GM.

22         THE COURT:  Pause, please, Mr. Weisfelner.

23         You've been around the block a couple of times.

24  Don't lawyers write briefs with an if I'm wrong second and

25  third and fourth argument following the first?

# EXHIBIT EE

# Bloomberg

# GM Could Face $2 Billion Tab If Bankruptcy Shield Falls

By Margaret Cronin Fisk, Jeff Green and Linda Sandler - Nov 5, 2014

Jesse Salazar III says an ignition-switch flaw in his 2008 Chevrolet HHR has depressed its value, and he wants manufacturer General Motors Co. (GM) to make it up to him. GM will argue in court filings later today that it shouldn't owe money to Salazar and hundreds of thousands of people like him.

Salazar has several thousand dollars at stake in U.S. bankruptcy Judge Robert Gerber's ruling. Hanging in the balance for GM is more than $2 billion, according to a Bloomberg News calculation.

It's increasingly likely that Gerber may say customers such as Salazar should be given a shot at collecting, said Chip Bowles, a bankruptcy lawyer at Bingham Greenebaum Doll LLP. "He could easily rule that," said Bowles, who isn't involved in the case.

At issue is whether the biggest U.S. automaker bears liability related to vehicles it built and sold before its July 2009 bankruptcy. The matter came to a head after GM recalled 2.2 million U.S. vehicles with an ignition-switch flaw that has been linked to at least 30 deaths.

GM has said it's setting aside as much as $600 million to compensate people who were injured or lost loved ones in those vehicles, including pre-bankruptcy models, that inadvertently lost power. GM says it isn't obligated, however, to pay economic damages to people who claim those same pre-bankruptcy cars are worth less because of the flaw.

"We believe our position is consistent with federal law and previous decisions of the bankruptcy court, which have been upheld on appeal and are cited in GM's motion papers," the company said in a statement yesterday.

## Class Action

That's because the bankruptcy plan shielded the new GM from many of its predecessor's obligations, the company says. GM is expected today to ask Gerber -- who oversaw GM's Chapter 11 proceedings -- to uphold that bankruptcy shield. Today's filings will also amount to GM's first formal bid to knock out a massive car-price class action filed against it last month.

The challenge to GM comes five years after the Obama administration spent almost $50 billion to save the company, which was costing taxpayers $2 billion a month, according to "Overdrive" by Steven Rattner, the government's adviser on the GM bailout. In a 40-day reorganization, GM terminated four of its U.S. brands and shed worker costs. That helped put it back on the path to North American operating profits, which in the third quarter amounted to $2.45 billion.

Gerber has said he'll hold a hearing after Jan. 26 and then take more than a month to decide the "difficult" issue of GM's duties to car owners.

## 'Self-Destruct'

GM has said that some engineers and in-house lawyers knew about the potentially defective switches more than a decade ago. But top executives didn't, it has said, so they couldn't have declared potential claims related to the flaw as a liability at the time of the bankruptcy.

Gerber has said that if he determines he was misled about the company's knowledge of the defects, or decides the company knew enough to warn customers, the bankruptcy protection could "self-destruct."

"In bankruptcy, you have to disclose your assets and liabilities. Those are basic requirements -- and GM didn't do it," said Bowles. "It would be very easy for Gerber to say, 'Guess what? If you know someone is a creditor you have to give them notice. If you fail to do so, they aren't constitutionally bound by my orders.' "

Gerber declined to comment on matters pending in his court.

## Losing Power

Early this year, GM recalled 2.6 million vehicles -- 2.2 million in the in the U.S. -- including Chevrolet Cobalts, Saturn Ions and Pontiac G5 small cars, warning of inadvertent ignition-switch shutoffs that cut power to steering, brakes and air bags. It hired lawyer Kenneth Feinberg to settle with victims of accidents related to that pool of vehicles, most built before the bankruptcy.

Many people who still own such cars say that whether they've had accidents or not, they should be compensated for their vehicles' lost value related to the recalls. GM has denied that the recalls set off such devaluations.

Salazar, a 28-year-old videographer in San Antonio, paid $8,000 in 2010 to buy his used HHR, which he said was good for hauling his film gear. As he was driving to Austin in January, the vehicle lost power, he said. Salazar said he had to muscle it to the side of the road. Mechanics couldn't figure out what was wrong.

# $500 Trade-In

In March, he said, he received a recall notice from GM. His dealer told him it didn't have a replacement ignition switch. Later, Salazar said, he received a flier saying the car was worth $500 on a trade-in.

Salazar is among the car owners who have joined with others to file more than 100 lawsuits seeking to recover lost value connected to the recalls.

"We wanted to get a new car, but we can't do anything with this one," Salazar said, adding that he doesn't understand why GM wouldn't be responsible. "It's not like someone else made the vehicle."

The 100-plus suits, filed on Oct. 14 as two proposed class actions on behalf of all owners of recalled cars, are combined before U.S. District Judge Jesse Furman in federal court in Manhattan.

# Two Suits

One of the actions is on behalf of drivers of vehicles purchased after the bankruptcy that were recalled for various defects. It seeks more than $10 billion in compensation and damages for fallen car prices. More than 20 million customers could join that suit, said plaintiffs' lawyer Steve Berman, of Hagens Berman Sobol Shapiro LLP. The claim of Salazar, who bought his used car in 2010, would be covered by this class.

The other action filed last month is for recalled vehicles that were purchased before GM emerged from bankruptcy.

GM claims bankruptcy-shield protection for vehicles in both actions. Both are awaiting Gerber's decision.

When Gerber freed GM from most obligations for its predecessor's cars in 2009, he said that was the U.S. Treasury's price for buying the revamped automaker's stock. In a shaky economy, Treasury officials wanted GM to take on minimal liabilities so it could prosper, leaving the big burdens with its bankrupt predecessor, he said.

Since then, the company has built a new lineup of critically acclaimed cars, helping it return to profitability and maintain the buffer of cash it gained in the bankruptcy. GM's available liquidity was $36.6 billion at the end of September, down from $37.3 billion a year earlier, in part because of lingering costs to cover recall expenses.

# Saturn Challenge

As recently as 2012, Gerber decided his rulings were still valid, rejecting Saturn owners' requests for payments related to transmission repairs.

Then came the ignition-switch recall. In June, an investigator paid by GM reported the company's decade-long knowledge of the faulty switch.

If then-Chief Executive Officer Fritz Henderson "knew about the switch problem and intended to keep it from me, that might constitute fraud on the court," Gerber said at a July court conference in Manhattan. Henderson has said he didn't know about the issue.

To understand GM's potential liabilities, Bloomberg News examined price data and locations for the pool of 2.2 million cars subject to the initial recalls. The analysis used recoveries available under each state's deceptive trade practices or consumer protection laws.

## Kansas Damages

In 21 states, owners can claim a fixed amount, regardless of actual lost value -- from $25 per model in Massachusetts to $10,000 in Kansas. In Texas and 15 other states, owners can automatically triple their lost value. Other states allow the judge to decide to triple the value on a case-by-case basis.

Bloomberg News determined the state-by-state location of 1.96 million vehicles using Polk data provided by Edmunds.com, a vehicle pricing and sales website. The rest weren't in the Edmunds.com data, possibly because they aren't still on the road. Estimated values for the models in January and August -- before and after the recall, respectively -- were provided by Kelley Blue Book, which tracks car and truck prices.

Relatively few of the vehicles subject to the initial recall were made after GM's bankruptcy. For those, GM would be liable for more than $472 million in economic-loss payments.

## Total Tab

If Gerber rules that vehicle owners can try to collect economic damages on pre-bankruptcy cars, it would add about $2 billion to the potential payout -- making GM's liability for statutory damages roughly $2.5 billion in all, according to this analysis.

GM declined to comment on any potential costs associated with losing its bankruptcy shield.

For an automaker, $2 billion is a "princely sum" that could be used to create an entire new vehicle platform and engine, said Larry Dominique, a former vice president of product planning for Nissan Motor Co. Or, it could cover the cost of retrofitting an existing factory for a new product or developing two new models off an existing platform, said Dominique, who is now president of ALG, which

estimates vehicle resale values.

Most states also allow for punitive damages as well as recovery for attorney fees, which could push the potential liability higher.

If Gerber cracks open the shield, that may be only the beginning. Beyond the 2.2 million vehicles, GM has recalled more than 9.6 million cars and trucks for other ignition issues. More than 90 percent of those were built before the company emerged from bankruptcy.

GM, anticipating suits over all old GM car defects, has asked Gerber to knock them out along with the ignition-switch actions.

To contact the reporters on this story: Margaret Cronin Fisk in Detroit at mcfisk@bloomberg.net; Jeff Green in Southfield, Michigan at jgreen16@bloomberg.net; Linda Sandler in New York at lsandler@bloomberg.net

To contact the editors responsible for this story: Andrew Dunn at adunn8@bloomberg.net; Jamie Butters at jbutters@bloomberg.net Jeffrey D Grocott

®2014 BLOOMBERG L.P. ALL RIGHTS RESERVED.

# EXHIBIT FF

| Date | Last Price | Volume | Mkt Value[1] |
|---|---|---|---|
| **TOTAL** | | 100,000,996.00 | 2,088,781,236.30 |
| | | | |
| 10/21/14 | 21.85 | 35,923.00 | 784,917.55 |
| 10/20/14 | 21.1 | 135,000.00 | 2,848,500.00 |
| 10/17/14 | 20.5 | 20,508.00 | 420,414.00 |
| 10/16/14 | 22 | 6,031.00 | 132,682.00 |
| 10/15/14 | 21.86 | 4,683.00 | 102,370.38 |
| 10/14/14 | 22.6 | 26,369.00 | 595,939.40 |
| 10/13/14 | 23 | 3,911.00 | 89,953.00 |
| 10/10/14 | 23.4 | 99,060.00 | 2,318,004.00 |
| 10/09/14 | 23.75 | 348,000.00 | 8,265,000.00 |
| 10/08/14 | 24.35 | 72,068.00 | 1,754,855.80 |
| 10/07/14 | 24.4 | 115,000.00 | 2,806,000.00 |
| 10/06/14 | 25.05 | 10,251.00 | 256,787.55 |
| 10/03/14 | 25.1 | 4,237.00 | 106,348.70 |
| 10/02/14 | 25 | 46,002.00 | 1,150,050.00 |
| 10/01/14 | 24.25 | 24,362.00 | 590,778.50 |
| 09/30/14 | 24.45 | 40,419.00 | 988,244.55 |
| 09/29/14 | 25.25 | 8,351.00 | 210,862.75 |
| 09/26/14 | 25.25 | 6,982.00 | 176,295.50 |
| 09/25/14 | 25.25 | 56,728.00 | 1,432,382.00 |
| 09/24/14 | 25.4 | 5,651.00 | 143,535.40 |
| 09/23/14 | 25.3 | 9,729.00 | 246,143.70 |
| 09/22/14 | 25.3 | 30,005.00 | 759,126.50 |
| 09/19/14 | 25.65 | 5,450.00 | 139,792.50 |
| 09/18/14 | 25.6 | 5,988.00 | 153,292.80 |
| 09/17/14 | 25.524 | 11,150.00 | 284,592.60 |
| 09/16/14 | 25.45 | 8,398.00 | 213,729.10 |
| 09/15/14 | 25.25 | 8,742.00 | 220,735.50 |
| 09/12/14 | 25.25 | 8,403.00 | 212,175.75 |
| 09/11/14 | 25.25 | 11,879.00 | 299,944.75 |
| 09/10/14 | 25.4 | 5,569.00 | 141,452.60 |
| 09/09/14 | 25.41 | 73,320.00 | 1,863,061.20 |
| 09/08/14 | 25.6 | 281,000.00 | 7,193,600.00 |
| 09/05/14 | 26.1 | 11,013.00 | 287,439.30 |
| 09/04/14 | 26.1 | 331,000.00 | 8,639,100.00 |
| 09/03/14 | 26.05 | 223,000.00 | 5,809,150.00 |
| 09/02/14 | 25.9 | 97,412.00 | 2,522,970.80 |
| 08/29/14 | 25.52 | 2,814.00 | 71,813.28 |
| 08/28/14 | 25.35 | 189,000.00 | 4,791,150.00 |
| 08/27/14 | 25.4 | 5,760.00 | 146,304.00 |
| 08/26/14 | 25.35 | 5,630.00 | 142,720.50 |

| Date | Last Price | Volume | Mkt Value[1] |
|---|---|---|---|
| 08/25/14 | 25.12 | 3,164.00 | 79,479.68 |
| 08/22/14 | 25.5 | 21,051.00 | 536,800.50 |
| 08/21/14 | 25.35 | 5,055.00 | 128,144.25 |
| 08/20/14 | 25.25 | 4,243.00 | 107,135.75 |
| 08/19/14 | 25.35 | 83,880.00 | 2,126,358.00 |
| 08/18/14 | 25 | 6,036.00 | 150,900.00 |
| 08/15/14 | 24.58 | 125,000.00 | 3,072,500.00 |
| 08/14/14 | 24.4 | 9,215.00 | 224,846.00 |
| 08/13/14 | 24.35 | 76,016.00 | 1,850,989.60 |
| 08/12/14 | 24 | 3,492.00 | 83,808.00 |
| 08/11/14 | 23.9 | 8,829.00 | 211,013.10 |
| 08/08/14 | 23.65 | 2,852.00 | 67,449.80 |
| 08/07/14 | 23.75 | 10,503.00 | 249,446.25 |
| 08/06/14 | 23.7 | 9,748.00 | 231,027.60 |
| 08/05/14 | 23.73 | 8,610.00 | 204,315.30 |
| 08/04/14 | 23.76 | 4,073.00 | 96,774.48 |
| 08/01/14 | 24.1 | 126,000.00 | 3,036,600.00 |
| 07/31/14 | 24.1 | 185,000.00 | 4,458,500.00 |
| 07/30/14 | 24 | 139,000.00 | 3,336,000.00 |
| 07/29/14 | 24 | 7,680.00 | 184,320.00 |
| 07/28/14 | 24.1 | 6,822.00 | 164,410.20 |
| 07/25/14 | 24.23 | 12,877.00 | 312,009.71 |
| 07/24/14 | 25.01 | 170,000.00 | 4,251,700.00 |
| 07/23/14 | 25.76 | 73,520.00 | 1,893,875.20 |
| 07/22/14 | 25.6 | 52,129.00 | 1,334,502.40 |
| 07/21/14 | 25.23 | 156,000.00 | 3,935,880.00 |
| 07/18/14 | 25.1 | 3,071.00 | 77,082.10 |
| 07/17/14 | 25.01 | 58,292.00 | 1,457,882.92 |
| 07/16/14 | 25.25 | 92,737.00 | 2,341,609.25 |
| 07/15/14 | 25.1 | 10,160.00 | 255,016.00 |
| 07/14/14 | 25.20000076 | 11,017.00 | 277,628.41 |
| 07/11/14 | 25.4 | 8,101.00 | 205,765.40 |
| 07/10/14 | 25.2 | 52,388.00 | 1,320,177.60 |
| 07/09/14 | 25.1 | 13,200.00 | 331,320.00 |
| 07/08/14 | 25.35 | 361,481.00 | 9,163,543.35 |
| 07/07/14 | 25.2 | 8,354.00 | 210,520.80 |
| 07/04/14 | | | - |
| 07/03/14 | 25.4 | 53,451.00 | 1,357,655.40 |
| 07/02/14 | 26 | 6,317.00 | 164,242.00 |
| 07/01/14 | 26.35 | 62,366.00 | 1,643,344.10 |
| 06/30/14 | 25.6 | 105,361.00 | 2,697,241.60 |
| 06/27/14 | 25.9 | 12,696.00 | 328,826.40 |

| Date | Last Price | Volume | Mkt Value[1] |
|------|-----------|--------|-------------|
| 06/26/14 | 26.18 | 226,513.00 | 5,930,110.34 |
| 06/25/14 | 26.45 | 34,902.00 | 923,157.90 |
| 06/24/14 | 25.65 | 43,895.00 | 1,125,906.75 |
| 06/23/14 | 25.68 | 65,781.00 | 1,689,256.08 |
| 06/20/14 | 25.01 | 146,926.00 | 3,674,619.26 |
| 06/19/14 | 25.42 | 196,299.00 | 4,989,920.58 |
| 06/18/14 | 25.7 | 164,132.00 | 4,218,192.40 |
| 06/17/14 | 26.08 | 933,718.00 | 24,351,365.44 |
| 06/16/14 | 26.1 | 207,217.00 | 5,408,363.70 |
| 06/13/14 | 25.7 | 5,444.00 | 139,910.80 |
| 06/12/14 | 25.6 | 8,620.00 | 220,672.00 |
| 06/11/14 | 25.75 | 8,710.00 | 224,282.50 |
| 06/10/14 | 26.1 | 35,446.00 | 925,140.60 |
| 06/09/14 | 26.05 | 40,118.00 | 1,045,073.90 |
| 06/06/14 | 26.04 | 90,254.00 | 2,350,214.16 |
| 06/05/14 | 25.73 | 385,879.00 | 9,928,666.67 |
| 06/04/14 | 25.6 | 751,212.00 | 19,231,027.20 |
| 06/03/14 | 25 | 186,207.00 | 4,655,175.00 |
| 06/02/14 | 25 | 181,527.00 | 4,538,175.00 |
| 05/30/14 | 24.98 | 272,730.00 | 6,812,795.40 |
| 05/29/14 | 25.15 | 236,410.00 | 5,945,711.50 |
| 05/28/14 | 25.15 | 107,307.00 | 2,698,771.05 |
| 05/27/14 | 25.15 | 268,295.00 | 6,747,619.25 |
| 05/26/14 |  |  | - |
| 05/23/14 | 25.06 | 22,820.00 | 571,869.20 |
| 05/22/14 | 25.15 | 470,049.00 | 11,821,732.35 |
| 05/21/14 | 25.35 | 31,319.00 | 793,936.65 |
| 05/20/14 | 25.26 | 85,129.00 | 2,150,358.54 |
| 05/19/14 | 25.93 | 267,868.00 | 6,945,817.24 |
| 05/16/14 | 26.05 | 192,588.00 | 5,016,917.40 |
| 05/15/14 | 26.1 | 377,524.00 | 9,853,376.40 |
| 05/14/14 | 26.74 | 337,188.00 | 9,016,407.12 |
| 05/13/14 | 26.8 | 387,932.00 | 10,396,577.60 |
| 05/12/14 | 26.83 | 271,583.00 | 7,286,571.89 |
| 05/09/14 | 26.8 | 159,731.00 | 4,280,790.80 |
| 05/08/14 | 27.25 | 250,006.00 | 6,812,663.50 |
| 05/07/14 | 27.62 | 11,163.00 | 308,322.06 |
| 05/06/14 | 27.8 | 306,545.00 | 8,521,951.00 |
| 05/05/14 | 27.75 | 209,027.00 | 5,800,499.25 |
| 05/02/14 | 27.8 | 720,744.00 | 20,036,683.20 |
| 05/01/14 | 27.85 | 8,065.00 | 224,610.25 |
| 04/30/14 | 27.55 | 8,003.00 | 220,482.65 |

| Date | Last Price | Volume | Mkt Value[1] |
|---|---|---|---|
| 04/29/14 | 27.2 | 27,616.00 | 751,155.20 |
| 04/28/14 | 27.15 | 84,767.00 | 2,301,424.05 |
| 04/25/14 | 26.8 | 179,608.00 | 4,813,494.40 |
| 04/24/14 | 26.9 | 752,364.00 | 20,238,591.60 |
| 04/23/14 | 27.05 | 91,377.00 | 2,471,747.85 |
| 04/22/14 | 26.55 | 270,305.00 | 7,176,597.75 |
| 04/21/14 | 26 | 1,089,474.00 | 28,326,324.00 |
| 04/18/14 | | | - |
| 04/17/14 | 25.95 | 511,642.00 | 13,277,109.90 |
| 04/16/14 | 25.5 | 1,567,953.00 | 39,982,801.50 |
| 04/15/14 | 26.3 | 129,796.00 | 3,413,634.80 |
| 04/14/14 | 25.6 | 128,230.00 | 3,282,688.00 |
| 04/11/14 | 25.4 | 311,881.00 | 7,921,777.40 |
| 04/10/14 | 26.56 | 145,784.00 | 3,872,023.04 |
| 04/09/14 | 25.67 | 43,180.00 | 1,108,430.60 |
| 04/08/14 | 27.45 | 11,159.00 | 306,314.55 |
| 04/07/14 | 27.5 | 74,561.00 | 2,050,427.50 |
| 04/04/14 | 27.86 | 61,511.00 | 1,713,696.46 |
| 04/03/14 | 28.46 | 295,241.00 | 8,402,558.86 |
| 04/02/14 | 28.15 | 563,647.00 | 15,866,663.05 |
| 04/01/14 | 28.35 | 127,359.00 | 3,610,627.65 |
| 03/31/14 | 28.85 | 16,028.00 | 462,407.80 |
| 03/28/14 | 29.3 | 105,313.00 | 3,085,670.90 |
| 03/27/14 | 29.2 | 5,114.00 | 149,328.80 |
| 03/26/14 | 29.21 | 202,456.00 | 5,913,739.76 |
| 03/25/14 | 29.35 | 59,119.00 | 1,735,142.65 |
| 03/24/14 | 29.7 | 275,202.00 | 8,173,499.40 |
| 03/21/14 | 29.51 | 681,445.00 | 20,109,441.95 |
| 03/20/14 | 29.9 | 330,619.00 | 9,885,508.10 |
| 03/19/14 | 29.77 | 102,393.00 | 3,048,239.61 |
| 03/18/14 | 29.76 | 164,912.00 | 4,907,781.12 |
| 03/17/14 | 29.45 | 55,878.00 | 1,645,607.10 |
| 03/14/14 | 29.4 | 931,591.00 | 27,388,775.40 |
| 03/13/14 | 29.3 | 123,830.00 | 3,628,219.00 |
| 03/12/14 | 30.11 | 178,487.00 | 5,374,243.57 |
| 03/11/14 | 31 | 77,396.00 | 2,399,276.00 |
| 03/10/14 | 32.2 | 33,321.00 | 1,072,936.20 |
| 03/07/14 | 32.61 | 7,361.00 | 240,042.21 |
| 03/06/14 | 32.9 | 224,439.00 | 7,384,043.10 |
| 03/05/14 | 32.75 | 334,569.00 | 10,957,134.75 |
| 03/04/14 | 32 | 13,375.00 | 428,000.00 |
| 03/03/14 | 31.3 | 10,590.00 | 331,467.00 |

| Date | Last Price | Volume | Mkt Value[1] |
|------|-----------|--------|-------------|
| 02/28/14 | 31.35 | 15,287.00 | 479,247.45 |
| 02/27/14 | 31.65 | 4,041.00 | 127,897.65 |
| 02/26/14 | 31.7 | 55,232.00 | 1,750,854.40 |
| 02/25/14 | 31.25 | 10,871.00 | 339,718.75 |
| 02/24/14 | 31.35 | 24,180.00 | 758,043.00 |
| 02/21/14 | 31.6 | 693,511.00 | 21,914,947.60 |
| 02/20/14 | 31.42 | 355,837.00 | 11,180,398.54 |
| 02/19/14 | 31.3 | 999,185.00 | 31,274,490.50 |
| 02/18/14 | 31.05 | 51,954.00 | 1,613,171.70 |
| 02/17/14 | | | - |
| 02/14/14 | 30.9 | 874,361.00 | 27,017,754.90 |
| 02/13/14 | 30.25 | 586,837.00 | 17,751,819.25 |
| 02/12/14 | 30.4 | 518,162.00 | 15,752,124.80 |
| 02/11/14 | 30.36 | 375,659.00 | 11,405,007.24 |
| 02/10/14 | 29.9 | 340,616.00 | 10,184,418.40 |
| 02/07/14 | 31.02 | 551,517.00 | 17,108,057.34 |
| 02/06/14 | 30.15 | 237,147.00 | 7,149,982.05 |
| 02/05/14 | 30.15 | 247,373.00 | 7,458,295.95 |
| 02/04/14 | 30.15 | 37,254.00 | 1,123,208.10 |
| 02/03/14 | 29.5 | 89,968.00 | 2,654,056.00 |
| 01/31/14 | 30.85 | 217,252.00 | 6,702,224.20 |
| 01/30/14 | 31.7 | 308,933.00 | 9,793,176.10 |
| 01/29/14 | 31.35 | 238,259.00 | 7,469,419.65 |
| 01/28/14 | 31.75 | 185,773.00 | 5,898,292.75 |
| 01/27/14 | 31.6 | 130,128.00 | 4,112,044.80 |
| 01/24/14 | 31.7 | 1,449,144.00 | 45,937,864.80 |
| 01/23/14 | 32.35 | 217,479.00 | 7,035,445.65 |
| 01/22/14 | 31.95 | 106,798.00 | 3,412,196.10 |
| 01/21/14 | 31.78 | 149,395.00 | 4,747,773.10 |
| 01/20/14 | | | - |
| 01/17/14 | 31.86 | 13,773.00 | 438,807.78 |
| 01/16/14 | 31.91 | 14,228.00 | 454,015.48 |
| 01/15/14 | 32.05 | 221,751.00 | 7,107,119.55 |
| 01/14/14 | 32.35 | 108,527.00 | 3,510,848.45 |
| 01/13/14 | 32.15 | 284,802.00 | 9,156,384.30 |
| 01/10/14 | 31.92 | 12,970.00 | 414,002.40 |
| 01/09/14 | 32 | 884,791.00 | 28,313,312.00 |
| 01/08/14 | 32.15 | 106,509.00 | 3,424,264.35 |
| 01/07/14 | 31.75 | 17,006.00 | 539,940.50 |
| 01/06/14 | 31.85 | 15,427.00 | 491,349.95 |
| 01/03/14 | 31.28 | 113,553.00 | 3,551,937.84 |
| 01/02/14 | 32.1 | 18,546.00 | 595,326.60 |

| Date | Last Price | Volume | Mkt Value[1] |
|---|---|---|---|
| 01/01/14 | | | - |
| 12/31/13 | 32.15 | 81,254.00 | 2,612,316.10 |
| 12/30/13 | 32.05 | 10,370.00 | 332,358.50 |
| 12/27/13 | 32.45 | 45,044.00 | 1,461,677.80 |
| 12/26/13 | 32.75 | 6,627.00 | 217,034.25 |
| 12/25/13 | | | - |
| 12/24/13 | 32.56 | 1,442.00 | 46,951.52 |
| 12/23/13 | 32.53 | 18,069.00 | 587,784.57 |
| 12/20/13 | 31.854294 | 509,172.00 | 16,219,314.58 |
| 12/19/13 | 31.14850278 | 110,217.00 | 3,433,094.53 |
| 12/18/13 | 31.7918346 | 467,055.00 | 14,848,535.31 |
| 12/17/13 | 31.854294 | 763,519.00 | 24,321,358.70 |
| 12/16/13 | 31.70439144 | 94,609.00 | 2,999,520.77 |
| 12/13/13 | 31.1984703 | 126,568.00 | 3,948,727.99 |
| 12/12/13 | 30.96737052 | 171,567.00 | 5,312,978.86 |
| 12/11/13 | 30.9798624 | 475,386.00 | 14,727,392.87 |
| 12/10/13 | 31.0735515 | 323,914.00 | 10,065,158.36 |
| 12/09/13 | 31.5107673 | 65,970.00 | 2,078,765.32 |
| 12/06/13 | 30.8549436 | 59,413.00 | 1,833,184.76 |
| 12/05/13 | 30.0742011 | 200,869.00 | 6,040,974.70 |
| 12/04/13 | 29.5745259 | 729,138.00 | 21,563,910.67 |
| 12/03/13 | 29.0748507 | 198,080.00 | 5,759,146.43 |
| 12/02/13 | 29.53080432 | 120,855.00 | 3,568,945.36 |
| 11/29/13 | 29.2934586 | 6,821.00 | 199,810.68 |
| 11/28/13 | | | - |
| 11/27/13 | 29.355918 | 495,386.00 | 14,542,510.79 |
| 11/26/13 | 28.6064052 | 538,986.00 | 15,418,451.91 |
| 11/25/13 | 28.6376349 | 132,082.00 | 3,782,516.09 |
| 11/22/13 | 28.87498062 | 101,638.00 | 2,934,795.28 |
| 11/21/13 | 29.1060804 | 327,410.00 | 9,529,621.78 |
| 11/20/13 | 28.64388084 | 71,133.00 | 2,037,525.18 |
| 11/19/13 | 28.55643768 | 55,965.00 | 1,598,161.03 |
| 11/18/13 | 28.6376349 | 120,222.00 | 3,442,873.74 |
| 11/15/13 | 28.5751755 | 332,708.00 | 9,507,189.49 |
| 11/14/13 | 28.3565676 | 179,315.00 | 5,084,757.92 |
| 11/13/13 | 28.5751755 | 697,878.00 | 19,941,986.33 |
| 11/12/13 | 27.9505815 | 211,380.00 | 5,908,193.92 |
| 11/11/13 | 28.0130409 | 162,008.00 | 4,538,336.73 |
| 11/08/13 | 26.545245 | 3,683,129.00 | 97,769,561.67 |
| 11/07/13 | 22.173087 | 352,719.00 | 7,820,869.07 |
| 11/06/13 | 22.4541543 | 367,401.00 | 8,249,678.74 |
| 11/05/13 | 22.6415325 | 118,228.00 | 2,676,863.10 |

| Date | Last Price | Volume | Mkt Value[1] |
|---|---|---|---|
| 11/04/13 | 22.6727622 | 11,430.00 | 259,149.67 |
| 11/01/13 | 22.66651626 | 516,707.00 | 11,711,947.62 |
| 10/31/13 | 22.6727622 | 356,034.00 | 8,072,274.22 |
| 10/30/13 | 22.6103028 | 744,404.00 | 16,831,199.85 |
| 10/29/13 | 22.07315196 | 372,784.00 | 8,228,517.88 |
| 10/28/13 | 21.86079 | 376,229.00 | 8,224,663.16 |
| 10/25/13 | 21.6421821 | 16,319.00 | 353,178.77 |
| 10/24/13 | 21.6734118 | 255,072.00 | 5,528,280.49 |
| 10/23/13 | 21.41108232 | 161,699.00 | 3,462,150.60 |
| 10/22/13 | 21.6734118 | 361,007.00 | 7,824,253.37 |
| 10/21/13 | 21.4548039 | 130,592.00 | 2,801,825.75 |
| 10/18/13 | 21.6421821 | 380,890.00 | 8,243,290.74 |
| 10/17/13 | 21.6421821 | 266,051.00 | 5,757,924.19 |
| 10/16/13 | 21.3611148 | 85,146.00 | 1,818,813.48 |
| 10/15/13 | 21.236196 | 32,050.00 | 680,620.08 |
| 10/14/13 | 21.4860336 | 85,242.00 | 1,831,512.48 |
| 10/11/13 | 21.4235742 | 233,483.00 | 5,002,040.37 |
| 10/10/13 | 21.2049663 | 19,226.00 | 407,686.68 |
| 10/09/13 | 21.0175881 | 128,155.00 | 2,693,509.00 |
| 10/08/13 | 21.0488178 | 73,371.00 | 1,544,372.81 |
| 10/07/13 | 21.4235742 | 8,895.00 | 190,562.69 |
| 10/04/13 | 21.6421821 | 196,538.00 | 4,253,511.19 |
| 10/03/13 | 21.5824553 | 55,855.00 | 1,205,488.04 |
| 10/02/13 | 21.89826564 | 284,009.00 | 6,219,304.53 |
| 10/01/13 | 21.86079 | 661,663.00 | 14,464,475.89 |
| 09/30/13 | 22.1418573 | 75,972.00 | 1,682,161.18 |
| 09/27/13 | 22.4229246 | 2,088,605.00 | 46,832,632.43 |
| 09/26/13 | 20.7989802 | 153,689.00 | 3,196,574.47 |
| 09/25/13 | 20.8302099 | 87,672.00 | 1,826,226.16 |
| 09/24/13 | 20.93014494 | 39,796.00 | 832,936.05 |
| 09/23/13 | 20.66781546 | 45,024.00 | 930,547.72 |
| 09/20/13 | 20.4866832 | 98,059.00 | 2,008,903.67 |
| 09/19/13 | 20.5803723 | 12,118.00 | 249,392.95 |
| 09/18/13 | 20.7677505 | 35,091.00 | 728,761.13 |
| 09/17/13 | 20.4242238 | 27,820.00 | 568,201.91 |
| 09/16/13 | 20.1743862 | 25,143.00 | 507,244.59 |
| 09/13/13 | 20.1431565 | 84,977.00 | 1,711,705.01 |
| 09/12/13 | 20.14940244 | 2,753.00 | 55,471.30 |
| 09/11/13 | 20.16814026 | 390,580.00 | 7,877,272.22 |
| 09/10/13 | 20.2680753 | 33,090.00 | 670,670.61 |
| 09/09/13 | 20.0806971 | 435,404.00 | 8,743,215.84 |
| 09/06/13 | 19.78713792 | 59,326.00 | 1,173,891.74 |

| Date | Last Price | Volume | Mkt Value[1] |
|------|-----------|--------|--------------|
| 09/05/13 | 19.72467852 | 41,038.00 | 809,461.36 |
| 09/04/13 | 19.4873328 | 25,513.00 | 497,180.32 |
| 09/03/13 | 18.6753606 | 233,254.00 | 4,356,102.56 |
| 09/02/13 | | | - |
| 08/30/13 | 18.8002794 | 42,907.00 | 806,663.59 |
| 08/29/13 | 18.9251982 | 32,972.00 | 624,001.64 |
| 08/28/13 | 18.7690497 | 27,949.00 | 524,576.17 |
| 08/27/13 | 18.84400098 | 28,411.00 | 535,376.91 |
| 08/26/13 | 19.2999546 | 30,710.00 | 592,701.61 |
| 08/23/13 | 19.19377362 | 237,786.00 | 4,564,010.65 |
| 08/22/13 | 19.53730032 | 144,728.00 | 2,827,594.40 |
| 08/21/13 | 19.46234904 | 5,189.00 | 100,990.13 |
| 08/20/13 | 19.7371704 | 257,408.00 | 5,080,505.56 |
| 08/19/13 | 19.71218664 | 27,013.00 | 532,485.30 |
| 08/16/13 | 19.674711 | 18,338.00 | 360,794.85 |
| 08/15/13 | 19.6122516 | 10,658.00 | 209,027.38 |
| 08/14/13 | 20.06195928 | 3,921.00 | 78,662.94 |
| 08/13/13 | 20.1119268 | 18,100.00 | 364,025.88 |
| 08/12/13 | 20.1743862 | 282,936.00 | 5,708,060.13 |
| 08/09/13 | 20.18687808 | 368,708.00 | 7,443,063.44 |
| 08/08/13 | 20.21186184 | 73,819.00 | 1,492,019.43 |
| 08/07/13 | 20.2056159 | 40,609.00 | 820,529.86 |
| 08/06/13 | 20.2368456 | 10,807.00 | 218,699.59 |
| 08/05/13 | 20.611602 | 9,951.00 | 205,106.05 |
| 08/02/13 | 20.65532358 | 25,148.00 | 519,440.08 |
| 08/01/13 | 20.4866832 | 35,672.00 | 730,800.96 |
| 07/31/13 | 20.3929941 | 18,322.00 | 373,640.44 |
| 07/30/13 | 20.43671568 | 14,373.00 | 293,736.91 |
| 07/29/13 | 20.34302658 | 94,369.00 | 1,919,751.08 |
| 07/26/13 | 20.5491426 | 35,044.00 | 720,124.15 |
| 07/25/13 | 20.85519366 | 61,373.00 | 1,279,945.80 |
| 07/24/13 | 20.81147208 | 33,474.00 | 696,643.22 |
| 07/23/13 | 20.5803723 | 20,919.00 | 430,520.81 |
| 07/22/13 | 20.55538854 | 6,976.00 | 143,394.39 |
| 07/19/13 | 20.3617644 | 8,814.00 | 179,468.59 |
| 07/18/13 | 20.59286418 | 266,095.00 | 5,479,658.19 |
| 07/17/13 | 20.5491426 | 70,657.00 | 1,451,940.77 |
| 07/16/13 | 20.38674816 | 7,805.00 | 159,118.57 |
| 07/15/13 | 20.7365208 | 5,188.00 | 107,581.07 |
| 07/12/13 | 20.7365208 | 16,066.00 | 333,152.94 |
| 07/11/13 | 20.49917508 | 52,907.00 | 1,084,549.86 |
| 07/10/13 | 20.03697552 | 45,486.00 | 911,401.87 |

| Date | Last Price | Volume | Mkt Value[1] |
|------|-----------|--------|--------------|
| 07/09/13 | 19.987008 | 10,826.00 | 216,379.35 |
| 07/08/13 | 19.7684001 | 136,464.00 | 2,697,674.95 |
| 07/05/13 | 19.7371704 | 8,477.00 | 167,311.99 |
| 07/04/13 | | | - |
| 07/03/13 | 19.48108686 | 29,296.00 | 570,717.92 |
| 07/02/13 | 19.62474348 | 13,233.00 | 259,694.23 |
| 07/01/13 | 19.362414 | 89,627.00 | 1,735,395.08 |
| 06/28/13 | 19.1750358 | 43,112.00 | 826,674.14 |
| 06/27/13 | 19.0188873 | 12,463.00 | 237,032.39 |
| 06/26/13 | 18.8002794 | 54,354.00 | 1,021,870.39 |
| 06/25/13 | 18.61914714 | 17,652.00 | 328,665.19 |
| 06/24/13 | 18.6753606 | 175,593.00 | 3,279,262.59 |
| 06/21/13 | 18.87523068 | 151,487.00 | 2,859,352.07 |
| 06/20/13 | 19.0188873 | 8,175.00 | 155,479.40 |
| 06/19/13 | 19.4561031 | 12,101.00 | 235,438.30 |
| 06/18/13 | 19.5185625 | 107,706.00 | 2,102,266.29 |
| 06/17/13 | 19.362414 | 63,949.00 | 1,238,207.01 |
| 06/14/13 | 19.1438061 | 87,854.00 | 1,681,859.94 |
| 06/13/13 | 19.50607062 | 154,105.00 | 3,005,983.01 |
| 06/12/13 | 19.4248734 | 177,565.00 | 3,449,177.65 |
| 06/11/13 | 19.69344882 | 113,679.00 | 2,238,731.57 |
| 06/10/13 | 19.9557783 | 56,645.00 | 1,130,395.06 |
| 06/07/13 | 20.0494674 | 110,707.00 | 2,219,616.39 |
| 06/06/13 | 19.78713792 | 96,727.00 | 1,913,950.49 |
| 06/05/13 | 19.5810219 | 88,348.00 | 1,729,944.12 |
| 06/04/13 | 19.77464604 | 179,207.00 | 3,543,754.99 |
| 06/03/13 | 19.7371704 | 23,016.00 | 454,270.71 |
| 05/31/13 | 19.674711 | 44,400.00 | 873,557.17 |
| 05/30/13 | 19.84335138 | 143,140.00 | 2,840,377.32 |
| 05/29/13 | 19.362414 | 90,588.00 | 1,754,002.36 |
| 05/28/13 | 19.7684001 | 171,941.00 | 3,398,998.48 |
| 05/27/13 | | | - |
| 05/24/13 | 19.4873328 | 17,339.00 | 337,890.86 |
| 05/23/13 | 19.050117 | 17,471.00 | 332,824.59 |
| 05/22/13 | 19.362414 | 183,536.00 | 3,553,700.02 |
| 05/21/13 | 19.44361122 | 360,238.00 | 7,004,327.62 |
| 05/20/13 | 19.61849754 | 16,048.00 | 314,837.65 |
| 05/17/13 | 19.674711 | 253,087.00 | 4,979,413.58 |
| 05/16/13 | 19.4248734 | 96,420.00 | 1,872,946.29 |
| 05/15/13 | 19.362414 | 78,274.00 | 1,515,573.59 |
| 05/14/13 | 19.1438061 | 379,194.00 | 7,259,216.41 |
| 05/13/13 | 18.80652534 | 18,503.00 | 347,977.14 |

| Date | Last Price | Volume | Mkt Value[1] |
|---|---|---|---|
| 05/10/13 | 18.9876576 | 237,661.00 | 4,512,625.69 |
| 05/09/13 | 19.24998708 | 80,085.00 | 1,541,635.22 |
| 05/08/13 | 19.61849754 | 10,642.00 | 208,780.05 |
| 05/07/13 | 19.33743024 | 402,611.00 | 7,785,462.13 |
| 05/06/13 | 19.4873328 | 34,124.00 | 664,985.74 |
| 05/03/13 | 19.5810219 | 325,786.00 | 6,379,222.80 |
| 05/02/13 | 19.05636294 | 97,577.00 | 1,859,462.73 |
| 05/01/13 | 18.73782 | 16,867.00 | 316,050.81 |
| 04/30/13 | 19.0813467 | 37,712.00 | 719,595.75 |
| 04/29/13 | 18.9251982 | 10,017.00 | 189,573.71 |
| 04/26/13 | 18.73782 | 12,925.00 | 242,186.32 |
| 04/25/13 | 18.73782 | 17,900.00 | 335,406.98 |
| 04/24/13 | 18.4879824 | 34,181.00 | 631,937.73 |
| 04/23/13 | 18.0819963 | 33,522.00 | 606,144.68 |
| 04/22/13 | 17.8633884 | 9,919.00 | 177,186.95 |
| 04/19/13 | 17.8633884 | 5,574.00 | 99,570.53 |
| 04/18/13 | 17.7384696 | 7,059.00 | 125,215.86 |
| 04/17/13 | 17.8633884 | 221,289.00 | 3,952,971.36 |
| 04/16/13 | 17.86963434 | 255,601.00 | 4,567,496.41 |
| 04/15/13 | 17.6447805 | 978,103.00 | 17,258,412.74 |
| 04/12/13 | 18.113226 | 268,571.00 | 4,864,687.22 |
| 04/11/13 | 18.113226 | 48,498.00 | 878,455.23 |
| 04/10/13 | 17.4574023 | 99,896.00 | 1,743,924.66 |
| 04/09/13 | 16.93274334 | 32,343.00 | 547,655.72 |
| 04/08/13 | 16.864038 | 3,759.00 | 63,391.92 |
| 04/05/13 | 16.8328083 | 26,398.00 | 444,352.47 |
| 04/04/13 | 16.8952677 | 9,850.00 | 166,418.39 |
| 04/03/13 | 16.864038 | 19,684.00 | 331,951.72 |
| 04/02/13 | 17.1138756 | 13,348.00 | 228,436.01 |
| 04/01/13 | 16.7391192 | 4,343.00 | 72,697.99 |
| 03/29/13 | | | - |
| 03/28/13 | 16.864038 | 10,210.00 | 172,181.83 |
| 03/27/13 | 16.8952677 | 44,835.00 | 757,499.33 |
| 03/26/13 | 16.864038 | 5,801.00 | 97,828.28 |
| 03/25/13 | 16.864038 | 14,710.00 | 248,070.00 |
| 03/22/13 | 16.551741 | 17,570.00 | 290,814.09 |
| 03/21/13 | 17.0514162 | 63,088.00 | 1,075,739.75 |
| 03/20/13 | 17.3324835 | 32,028.00 | 555,124.78 |
| 03/19/13 | 16.6766598 | 5,227.00 | 87,168.90 |
| 03/18/13 | 16.71413544 | 133,976.00 | 2,239,293.01 |
| 03/15/13 | 16.864038 | 763,332.00 | 12,872,859.85 |
| 03/14/13 | 16.9264974 | 179,468.00 | 3,037,764.64 |

| Date | Last Price | Volume | Mkt Value[1] |
|------|-----------|--------|--------------|
| 03/13/13 | 16.6454301 | 293,558.00 | 4,886,399.17 |
| 03/12/13 | 16.8015786 | 556,453.00 | 9,349,288.82 |
| 03/11/13 | 16.9577271 | 456,502.00 | 7,741,236.34 |
| 03/08/13 | 16.9264974 | 201,985.00 | 3,418,898.58 |
| 03/07/13 | 16.3955925 | 37,403.00 | 613,244.35 |
| 03/06/13 | 16.25193588 | 300,202.00 | 4,878,863.66 |
| 03/05/13 | 16.24568994 | 369,448.00 | 6,001,937.66 |
| 03/04/13 | 15.927147 | 1,576,825.00 | 25,114,323.57 |
| 03/01/13 | 14.82161562 | 64,637.00 | 958,024.77 |
| 02/28/13 | 14.4281214 | 15,967.00 | 230,373.81 |
| 02/27/13 | 14.5842699 | 49,009.00 | 714,760.48 |
| 02/26/13 | 14.23449726 | 94,756.00 | 1,348,804.02 |
| 02/25/13 | 14.3032026 | 106,501.00 | 1,523,305.38 |
| 02/22/13 | 14.365662 | 66,500.00 | 955,316.52 |
| 02/21/13 | 14.10957846 | 134,830.00 | 1,902,394.46 |
| 02/20/13 | 14.5530402 | 17,270.00 | 251,331.00 |
| 02/19/13 | 14.5530402 | 19,065.00 | 277,453.71 |
| 02/18/13 | | | - |
| 02/15/13 | 14.7404184 | 93,630.00 | 1,380,145.37 |
| 02/14/13 | 15.1151748 | 89,558.00 | 1,353,684.82 |
| 02/13/13 | 15.2400936 | 107,872.00 | 1,643,979.38 |
| 02/12/13 | 14.990256 | 76,934.00 | 1,153,260.36 |
| 02/11/13 | 14.8028778 | 35,511.00 | 525,664.99 |
| 02/08/13 | 14.8028778 | 13,422.00 | 198,684.23 |
| 02/07/13 | 14.65922118 | 3,766.00 | 55,206.63 |
| 02/06/13 | 14.73417246 | 24,263.00 | 357,495.23 |
| 02/05/13 | 14.64048336 | 60,366.00 | 883,787.42 |
| 02/04/13 | 14.39064576 | 31,004.00 | 446,167.58 |
| 02/01/13 | 14.5842699 | 14,529.00 | 211,894.86 |
| 01/31/13 | 14.5842699 | 253,937.00 | 3,703,485.75 |
| 01/30/13 | 14.5842699 | 15,908.00 | 232,006.57 |
| 01/29/13 | 14.64048336 | 83,029.00 | 1,215,584.69 |
| 01/28/13 | 14.5530402 | 7,591.00 | 110,472.13 |
| 01/25/13 | 14.5530402 | 225,964.00 | 3,288,463.18 |
| 01/24/13 | 14.31569448 | 47,350.00 | 677,848.13 |
| 01/23/13 | 14.25948102 | 277,422.00 | 3,955,893.74 |
| 01/22/13 | 14.1470541 | 26,706.00 | 377,811.23 |
| 01/21/13 | | | - |
| 01/18/13 | 14.365662 | 6,488.00 | 93,204.42 |
| 01/17/13 | 14.4281214 | 26,231.00 | 378,464.05 |
| 01/16/13 | 14.365662 | 160,050.00 | 2,299,224.20 |
| 01/15/13 | 14.82161562 | 45,939.00 | 680,890.20 |

| Date | Last Price | Volume | Mkt Value[1] |
|---|---|---|---|
| 01/14/13 | 14.5842699 | 49,955.00 | 728,557.20 |
| 01/11/13 | 14.5530402 | 17,604.00 | 256,191.72 |
| 01/10/13 | 14.5218105 | 63,677.00 | 924,705.33 |
| 01/09/13 | 14.2407432 | 56,574.00 | 805,655.81 |
| 01/08/13 | 14.053365 | 34,426.00 | 483,801.14 |
| 01/07/13 | 13.9284462 | 16,817.00 | 234,234.68 |
| 01/04/13 | 13.9909056 | 17,594.00 | 246,155.99 |
| 01/03/13 | 13.8347571 | 133,507.00 | 1,847,036.92 |
| 01/02/13 | 13.4600007 | 272,625.00 | 3,669,532.69 |
| 01/01/13 | | | - |
| 12/31/12 | 13.2413928 | 32,306.00 | 427,776.44 |
| 12/28/12 | 13.0227849 | 27,291.00 | 355,404.82 |
| 12/27/12 | 13.20391716 | 200,901.00 | 2,652,680.16 |
| 12/26/12 | 13.0227849 | 7,171.00 | 93,386.39 |
| 12/25/12 | | | - |
| 12/24/12 | 13.116474 | 4,545.00 | 59,614.37 |
| 12/21/12 | 13.11022806 | 15,997.00 | 209,724.32 |
| 12/20/12 | 13.25388468 | 25,438.00 | 337,152.32 |
| 12/19/12 | 13.428771 | 470,031.00 | 6,311,938.66 |
| 12/18/12 | 12.1171236 | 139,109.00 | 1,685,600.95 |
| 12/17/12 | 11.8985157 | 7,577.00 | 90,155.05 |
| 12/14/12 | 12.07340202 | 12,902.00 | 155,771.03 |
| 12/13/12 | 12.2420424 | 173,652.00 | 2,125,855.15 |
| 12/12/12 | 12.3045018 | 27,129.00 | 333,808.83 |
| 12/11/12 | 12.179583 | 45,773.00 | 557,496.05 |
| 12/10/12 | 12.0546642 | 145,238.00 | 1,750,795.32 |
| 12/07/12 | 11.9297454 | 34,813.00 | 415,310.23 |
| 12/06/12 | 11.867286 | 6,891.00 | 81,777.47 |
| 12/05/12 | 11.90476164 | 167,170.00 | 1,990,119.00 |
| 12/04/12 | 11.98283589 | 62,512.00 | 749,071.04 |
| 12/03/12 | 12.06091014 | 89,642.00 | 1,081,164.11 |
| 11/30/12 | 12.179583 | 8,934.00 | 108,812.39 |
| 11/29/12 | 12.26078022 | 190,373.00 | 2,334,121.51 |
| 11/28/12 | 12.0234345 | 180,905.00 | 2,175,099.42 |
| 11/27/12 | 11.94223728 | 220,729.00 | 2,635,998.09 |
| 11/26/12 | 11.9609751 | 132,677.00 | 1,586,946.29 |
| 11/23/12 | 11.8985157 | 27,829.00 | 331,123.79 |
| 11/22/12 | | | - |
| 11/21/12 | 11.98595886 | 37,362.00 | 447,819.39 |
| 11/20/12 | 12.02968044 | 227,421.00 | 2,735,801.96 |
| 11/19/12 | 12.0858939 | 114,225.00 | 1,380,511.23 |
| 11/16/12 | 11.867286 | 58,598.00 | 695,399.23 |

| Date | Last Price | Volume | Mkt Value[1] |
|------|-----------|--------|--------------|
| 11/15/12 | 12.03592638 | 184,191.00 | 2,216,909.32 |
| 11/14/12 | 12.04217232 | 63,314.00 | 762,438.10 |
| 11/13/12 | 12.0858939 | 19,847.00 | 239,868.74 |
| 11/12/12 | 12.0234345 | 5,860.00 | 70,457.33 |
| 11/09/12 | 12.179583 | 55,902.00 | 680,863.05 |
| 11/08/12 | 12.2732721 | 20,972.00 | 257,395.06 |
| 11/07/12 | 12.3357315 | 40,966.00 | 505,345.58 |
| 11/06/12 | 12.5543394 | 325,424.00 | 4,085,483.34 |
| 11/05/12 | 12.31699368 | 187,477.00 | 2,309,153.02 |
| 11/02/12 | 12.34197744 | 47,869.00 | 590,798.12 |
| 11/01/12 | 12.5231097 | 390,791.00 | 4,893,918.56 |
| 10/31/12 | 12.4606503 | 193,717.00 | 2,413,839.79 |
| 10/30/12 | | | - |
| 10/29/12 | | | - |
| 10/26/12 | 11.72362938 | 258,435.00 | 3,029,796.16 |
| 10/25/12 | 11.70489156 | 17,036.00 | 199,404.53 |
| 10/24/12 | 11.66741592 | 104,668.00 | 1,221,205.09 |
| 10/23/12 | 11.5862187 | 42,292.00 | 490,004.36 |
| 10/22/12 | 11.87353194 | 15,616.00 | 185,417.07 |
| 10/19/12 | 11.9609751 | 7,909.00 | 94,599.35 |
| 10/18/12 | 12.1171236 | 252,748.00 | 3,062,578.76 |
| 10/17/12 | 12.0234345 | 108,111.00 | 1,299,865.53 |
| 10/16/12 | 11.99845074 | 81,103.00 | 973,110.35 |
| 10/15/12 | 11.87977788 | 111,684.00 | 1,326,781.11 |
| 10/12/12 | 11.7735969 | 69,101.00 | 813,567.32 |
| 10/11/12 | 11.7111375 | 371,231.00 | 4,347,537.29 |
| 10/10/12 | 11.554989 | 102,144.00 | 1,180,272.80 |
| 10/09/12 | 11.53625118 | 301,848.00 | 3,482,194.35 |
| 10/08/12 | 11.44256208 | 24,397.00 | 279,164.19 |
| 10/05/12 | 11.6799078 | 48,355.00 | 564,781.94 |
| 10/04/12 | 11.28016764 | 38,077.00 | 429,514.94 |
| 10/03/12 | 11.32388922 | 55,148.00 | 624,489.84 |
| 10/02/12 | 11.0553138 | 409,648.00 | 4,528,787.19 |
| 10/01/12 | 10.6493277 | 242,842.00 | 2,586,104.04 |
| 09/28/12 | 10.4931792 | 166,884.00 | 1,751,143.72 |
| 09/27/12 | 10.2745713 | 45,152.00 | 463,917.44 |
| 09/26/12 | 10.25583348 | 21,305.00 | 218,500.53 |
| 09/25/12 | 10.3682604 | 156,915.00 | 1,626,935.58 |
| 09/24/12 | 10.5244089 | 65,162.00 | 685,791.53 |
| 09/21/12 | 10.44321168 | 179,761.00 | 1,877,282.17 |
| 09/20/12 | 10.28081724 | 56,448.00 | 580,331.57 |
| 09/19/12 | 10.305801 | 295,673.00 | 3,047,147.10 |

| Date | Last Price | Volume | Mkt Value[1] |
|---|---|---|---|
| 09/18/12 | 10.13091468 | 133,344.00 | 1,350,896.69 |
| 09/17/12 | 10.01848776 | 71,018.00 | 711,492.96 |
| 09/14/12 | 9.993504 | 36,554.00 | 365,302.55 |
| 09/13/12 | 9.9310446 | 124,147.00 | 1,232,909.39 |
| 09/12/12 | 9.8061258 | 29,693.00 | 291,173.29 |
| 09/11/12 | 9.84360144 | 132,745.00 | 1,306,688.87 |
| 09/10/12 | 9.6187476 | 51,416.00 | 494,557.53 |
| 09/07/12 | 9.6187476 | 138,980.00 | 1,336,813.54 |
| 09/06/12 | 9.36266406 | 806,904.00 | 7,554,771.08 |
| 09/05/12 | 9.11282646 | 134,493.00 | 1,225,611.37 |
| 09/04/12 | 9.06285894 | 46,677.00 | 423,027.07 |
| 09/03/12 | | | - |
| 08/31/12 | 8.94418608 | 6,577.00 | 58,825.91 |
| 08/30/12 | 8.9629239 | 15,897.00 | 142,483.60 |
| 08/29/12 | 8.90671044 | 169,297.00 | 1,507,879.36 |
| 08/28/12 | 8.9004645 | 51,816.00 | 461,186.47 |
| 08/27/12 | 8.82551322 | 171,866.00 | 1,516,805.66 |
| 08/24/12 | 8.8380051 | 101,377.00 | 895,970.44 |
| 08/23/12 | 9.0878427 | 41,523.00 | 377,354.49 |
| 08/22/12 | 9.3064506 | 22,325.00 | 207,766.51 |
| 08/21/12 | 9.36891 | 40,733.00 | 381,623.81 |
| 08/20/12 | 9.4001397 | 106,813.00 | 1,004,057.12 |
| 08/17/12 | 9.8061258 | 202,760.00 | 1,988,290.07 |
| 08/16/12 | 9.36266406 | 73,140.00 | 684,785.25 |
| 08/15/12 | 8.9004645 | 91,026.00 | 810,173.68 |
| 08/14/12 | 8.9316942 | 8,671.00 | 77,446.72 |
| 08/13/12 | 8.86298886 | 28,010.00 | 248,252.32 |
| 08/10/12 | 8.9316942 | 119,522.00 | 1,067,533.95 |
| 08/09/12 | 8.94418608 | 257,179.00 | 2,300,256.83 |
| 08/08/12 | 8.8380051 | 217,473.00 | 1,922,027.48 |
| 08/07/12 | 8.70684036 | 226,367.00 | 1,970,941.33 |
| 08/06/12 | 8.66311878 | 328,648.00 | 2,847,116.66 |
| 08/03/12 | 8.9004645 | 64,142.00 | 570,893.59 |
| 08/02/12 | 8.4944784 | 102,459.00 | 870,335.76 |
| 08/01/12 | 8.6818566 | 186,654.00 | 1,620,503.26 |
| 07/31/12 | 8.83175916 | 578,403.00 | 5,108,315.99 |
| 07/30/12 | 8.8692348 | 118,291.00 | 1,049,150.65 |
| 07/27/12 | 8.50072434 | 282,630.00 | 2,402,559.72 |
| 07/26/12 | 8.53195404 | 79,694.00 | 679,945.55 |
| 07/25/12 | 8.3695596 | 261,998.00 | 2,192,807.88 |
| 07/24/12 | 7.8386547 | 129,813.00 | 1,017,559.28 |
| 07/23/12 | 7.91360598 | 347,363.00 | 2,748,893.91 |

| Date | Last Price | Volume | Mkt Value[1] |
|------|-----------|--------|-------------|
| 07/20/12 | 7.80117906 | 116,866.00 | 911,692.59 |
| 07/19/12 | 7.81367094 | 213,889.00 | 1,671,258.26 |
| 07/18/12 | 7.8386547 | 515,218.00 | 4,038,616.00 |
| 07/17/12 | 7.75121154 | 72,449.00 | 561,567.52 |
| 07/16/12 | 7.7137359 | 132,933.00 | 1,025,410.05 |
| 07/13/12 | 7.6512765 | 78,845.00 | 603,264.90 |
| 07/12/12 | 7.60130898 | 298,563.00 | 2,269,469.61 |
| 07/11/12 | 7.58257116 | 42,480.00 | 322,107.62 |
| 07/10/12 | 7.65752244 | 42,645.00 | 326,555.04 |
| 07/09/12 | 7.6512765 | 32,173.00 | 246,164.52 |
| 07/06/12 | 7.5888171 | 60,637.00 | 460,163.10 |
| 07/05/12 | 7.67001432 | 199,444.00 | 1,529,738.34 |
| 07/04/12 | | | - |
| 07/03/12 | 7.7761953 | 136,254.00 | 1,059,537.71 |
| 07/02/12 | 7.7449656 | 96,620.00 | 748,318.58 |
| 06/29/12 | 7.6512765 | 141,984.00 | 1,086,358.84 |
| 06/28/12 | 7.64503056 | 185,345.00 | 1,416,968.19 |
| 06/27/12 | 7.6512765 | 254,688.00 | 1,948,688.31 |
| 06/26/12 | 7.53260364 | 182,413.00 | 1,374,044.83 |
| 06/25/12 | 7.6200468 | 426,035.00 | 3,246,406.64 |
| 06/22/12 | 7.73871966 | 164,342.00 | 1,271,796.67 |
| 06/21/12 | 7.8386547 | 2,138,184.00 | 16,760,486.06 |
| 06/20/12 | 7.6825062 | 2,217,616.00 | 17,036,848.67 |
| 06/19/12 | 7.6825062 | 1,650,640.00 | 12,681,052.03 |
| 06/18/12 | 6.7143855 | 1,255,946.00 | 8,432,905.61 |
| 06/15/12 | 6.558237 | 298,605.00 | 1,958,322.36 |
| 06/14/12 | 7.8698844 | 159,513.00 | 1,255,348.87 |

Source:  Bloomberg Finance L.P.
[1] Based on closing prices of GUC Trust Units on relevant day.