KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,            :    Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., *et al.*      :
                                                 :
                           Debtors.              :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *November 5, 2014*, I caused to be served true and correct copies of the *Notice of Filing of Eleventh Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (with Exhibits)* and *Notice of Filing of Eleventh Supplement to Schedule "2" to the Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: November 6, 2014
      New York, New York

                        KING & SPALDING LLP

                        By: /s/   Scott I. Davidson
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

## Service list For November 5, 2014:

**Documents served *via* Email:**

1 – A Notice of Filing of Eleventh Supplement to Schedule 1 to New GM's Motion to Enforce, the Eleventh Supplement to Schedule 1; and

2 – A Notice of Filing of Eleventh Supplement to Schedule 2 to New GM's Motion to Enforce and the Eleventh Supplement to Schedule 2.

*Note: As the Exhibits to the Eleventh Supplement to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.*

rudyg@hmglawfirm.com;
catherine@hmglawfirm.com;
marion@hmglawfirm.com;
cpinedo@hmglawfirm.com;
john@hmglawfirm.com;
kimberly@hmglawfirm.com;
neely@hmglawfirm.com;
todd@hmglawfirm.com;
tjh@thomasjhenrylaw.com;
gteeter@thomasjhenrylaw.com;
tvenable@thomasjhenrylaw.com;
dcg@girardgibbs.com;
ehg@girardgibbs.com;
ds@girardgibbs.com;
sjordan@jhwclaw.com;
courtecl@edcombs.com;
info@atlawgroup.com;
elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
michellak@hbsslaw.com;
epm@millerlawpc.com;
mln@millerlawpc.com;
caf@millerlawpc.com;
jmeltzer@ktmc.com;
eciolko@ktmc.com;
pmuhic@ktmc.com;
mgyandoh@ktmc.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
alevitt@gelaw.com;
jtangren@gelaw.com;
rtellis@baronbudd.com;
mpifko@baronbudd.com;
imiller@baronbudd.com;
lance@thecooperfirm.com;
scott@cooper-firm.com;
cale@conleygriggs.com;
ranse@conleygriggs.com;
dre@conleygriggs.com;
jb@bflawfirm.com;
crobertson@bflawfirm.com;
madicello@dicellolaw.com;
rfdicello@dicellolaw.com;
jsiprut@siprut.com;
npaul@spilmanlaw.com;
spotter@spilmanlaw.com;
natkinson@spilmanlaw.com;
Gbucci@BBJLC.com;
Timbailey@BBJLC.com;
Ljavins@BBJLC.com;
mrobinson@rcrsd.com;
swilson@rcrsd.com;
kcalcagnie@rcrsd.com;
info@PLBSM.com;
JonC@cuneolaw.com;
JGS@chimicles.com;
MDS@chimicles.com;
BFJ@chimicles.com;

JBK@chimicles.com;
jselbin@lchb.com;
dsrinivasan@lchb.com;
ecabraser@lchb.com;
twalburg@lchb.com;
bbailey@baileyglasser.com;
esnyder@baileyglasser.com;
dbarrett@barrettlawgroup.com;
dee.miles@beasleyallen.com;
rlm@lhlaw.net;
wml@lanierlawfirm.com;
ere@lanierlawfirm.com;
rgreenwald@weitzlux.com;
jbilsborrow@weitzlux.com;
gregorek@whafh.com;
manifold@whafh.com;
rickert@whafh.com;
livesay@whafh.com;
nespole@whafh.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
Michael@wageandhourlaw.com;
aarin@wageandhourlaw.com;
ric@ricjoneslegal.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
dlichter@hlglawyers.com;
mhiger@hlglawyers.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
BGonzales@ColoradoWageLaw.com;
gwiggins@wcqp.com;
rchilds@wcqp.com;
rcalamusa@wcqp.com;
kjent@wcqp.com;
Charles.Zimmerman@zimmreed.com;
Hart.Robinovitch@zimmreed.com;
Brad.Buhrow@zimmreed.com;

llevy@wolfpopper.com;
mraphael@wolfpopper.com;
rplosky@wolfpopper.com;
patc@rgrdlaw.com;
jreise@rgrdlaw.com;
sdavidson@rgrdlaw.com;
cobrien@rgrdlaw.com;
mdearman@rgrdlaw.com;
jjohnson@rgrdlaw.com;
matt@williamsdirks.com;
dirks@williamsdirks.com;
dnast@nastlaw.com;
dgallucci@nastlaw.com;
jmatusko@nastlaw.com;
jcotchett@cpmlegal.com;
fpitre@cpmlegal.com;
pgregory@cpmlegal.com;
ahamilton@cpmlegal.com;
fdamrell@cpmlegal.com;
hartley@stuevesiegel.com;
lindner@stuevesiegel.com;
stueve@stuevesiegel.com;
hilton@stuevesiegel.com;
wilders@stuevesiegel.com;
ddowning@grgpc.com;
lking@kaplanfox.com;
lfong@kaplanfox.com;
jfarar@kaplanfox.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
JPrice@dlplaw.com;
SMcDonough@dlplaw.com;
Ptoven@dlplaw.com;
sparis@smbb.com;
phoward@smbb.com;
ckocher@smbb.com;
mdonovan@donovanaxler.com;
yateslaw3@gmail.com;
yateslaw@aol.com,
dean@paynemitchell.com;
max@paynemitchell.com;
jsx@searcylaw.com;
mep@searcylaw.com;

ssavett@bm.net;
scarson@bm.net;
mfantini@bm.net;
elechtzin@bm.net;
jbroaddus@weitzlux.com;
rkshelquist@locklaw.com;
stewart@erlegal.com;
alex2@erlegal.com;
francisflynn@gmail.com;
tyiatras@careydanis.com;
mram@rocklawcal.com;
bterrell@tmdwlaw.com;
rahdoot@ahdootwolfson.com;
twolfson@ahdootwolfson.com;
tmaya@ahdootwolfson.com;
bking@ahdootwolfson.com;
dbecnel@becnellaw.com;
mmoreland@becnellaw.com;
schristina@becnellaw.com;
todd@gorijulianlaw.com;
randy@gorijulianlaw.com;
jmaguire@gorijulianlaw.com;
jward@wardwilsonlaw.com;
ilevin@cohenandmalad.com;
rshevitz@cohenandmalad.com;
vmiller@cohenandmalad.com;
ltoops@cohenandmalad.com;
jconroy@hanlyconroy.com;
jflowers@motleyrice.com;
mkoberna@sonkinkoberna.com;
barrios@bkc-law.com;
bkingsdorf@bkc-law.com;
zwool@bkc-law.com;
morrisbart@morrisbart.com;
malvarez@morrisbart.com;
gtravalio@isaacwiles.com;
mtroutman@isaacwiles.com;
jshub@seegerweiss.com;
andres@awllaw.com;
ed@edwhitelaw.com;
jack@lgmlegal.com;
drew@lgmlegal.com;
stephen.karotkin@weil.com;
harvey.miller@weil.com;

Joseph.Smolinsky@weil.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
tjl@kttlaw.com;
rn@kttlaw.com;
mdobrinsky@fdlaw.net;
apodhurst@podhurst.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
malexander@maryalexanderlaw.com;
jfiore@maryalexanderlaw.com;
mac@caddellchapman.com;
csf@caddellchapman.com;
rac@cliffordlaw.com;
smm@cliffordlaw.com;
ksr@cliffordlaw.com;
gpatrick@murphymurphyllc.com;
trisha@murphymurphyllc.com;
eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
plockwood@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
jasper@jonesward.com;
tgreene@greenellp.com;
matabb@greenellp.com;
mlk@kirtlandpackard.com;
bvp@kirtlandpackard.com;
hmb@kirtlandpackard.com;
michelle@toledolaw.com;
jmarkey@cohenmilstein.com;
gazorsky@cohenmilstein.com;
afriedman@cohenmilstein.com;
kpierson@cohenmilstein.com;

tleopold@cohenmilstein.com;
dmartin@cohenmilstein.com;
mike@colson.com;
Curt@colson.com;
gblankinship@fbfglaw.com;
tgarber@fbfglaw.com;
Jeff@blockesq.com;
Jason@blockesq.com;
Joel@blockesq.com;
mgreaves@tcllaw.com;
bcebulash@tcllaw.com;
klandau@tcllaw.com;
dgustafson@gustafsongluek.com;
jkilene@gustafsongluek.com;
spayne@gustafsongluek.com;
Esserman@sbep-law.com;
EWeisfelner@brownrudnick.com;
jflaxer@golenbock.com;
plockwood@capdale.com;
AOffenhartz@gibsondunn.com;
AWu@gibsondunn.com;
LRubin@gibsondunn.com;
einselbuch@capdale.com;
DMolton@brownrudnick.com;
jliesemer@capdale.com;
parsons@sbep-law.com;
HSteel@brownrudnick.com;
KMartorana@gibsondunn.com;
MJWilliams@gibsondunn.com;
dgolden@AkinGump.com;
nmoss@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com
dbu@grossmanroth.com;
sem@grossmanroth.com;
bvb@grossmanroth.com;
notifications@oliverlg.com;
aashish@desai-law.com;
adrianne@desai-law.com;
matoups@wgttlaw.com;
greg@gevanslaw.com;
jdugan@dugan-lawfirm.com;
jwhatley@whatleykallas.com;
mrott@hrollp.com;

eoverholt@hrollp.com;
ezebersky@zpllp.com;
dslade@cbplaw.com;
rpulliam@cbplaw.com;
acarney@cbplaw.com;
hbates@cbplaw.com;
MGray@grayandwhitelaw.com;
MWhite@grayandwhitelaw.com;
arivero@riveromestre.com;
jmestre@riveromestre.com;
ajoseph@fuerstlaw.com;
alamb@archielamb.com;
jrclim@climacolaw.com;
sdsimp@climacolaw.com;
sonia@desai-law.com;
jfiore@maryalexanderlaw.com;
cjimenez@maryalexanderlaw.com;
jwilliams@maryalexanderlaw.com;
mmiller@maryalexanderlaw.com
beachlawyer51@hotmail.com;
dfolia@rcrlaw.net;
peller@law.georgetown.edu;
Daniel@taloslaw.com;
david@loevy.com;
brent.hazzard@hazzardlaw.net
dboies@bsfllp.com
wisaacson@bsfllp.com
szack@bsfllp.com
jthompson@sommerspc.com
lyoung@sommerspc.com
dgoogasian@googasian.com
jrr@rhinelawfirm.com
jsm@rhinelawfirm.com
rquinn@flgllp.com
g.blanchfield@rwblawfirm.com
drosenthal@simmonsfirm.com
jconroy@simmonsfirm.com
phanly@simmonsfirm.com
abierstein@simmonsfirm.com
mbreit@simmonsfirm.com
jrice@motleyrice.com
jflowers@motleyrice.com
dMigliori@motleyrice.com
astraus@motleyrice.com

pmougey@levinlaw.com
pamelag@cuneolaw.com
jonc@cuneolaw.com
rshahian@slpattorney.com;
jvalero@slpattorney.com;
jthompson@sommerspc.com;
lyoung@sommerspc.com;
jrk@classactionlaw.com;
mlk@classactionlaw.com;
trk@classactionlaw.com;
susan@aikenandscoptur.com;
vince@aikenandscoptur.com;
Joe.D'Agostino@da.ocgov.com;
adam@alexanderfirm.com;

alalersjr@att.net;
jselbin@lchb.com;
dsrinivasan@lchb.com;
mac@caddellchapman.com;
csf@caddellchapman.com;
cbc@caddellchapman.com;
peller@law.georgetown.edu;
bobh@hmglawfirm.com;
ecabraser@lchb.com;
steve@hbsslaw.com

## Service list For November 5, 2014:

**Documents served *via* Email ("Bouncebacks"):**

1 – A Notice of Filing of Eleventh Supplement to Schedule 1 to New GM's Motion to Enforce, the Eleventh Supplement to Schedule 1; and

2 – A Notice of Filing of Eleventh Supplement to Schedule 2 to New GM's Motion to Enforce and the Eleventh Supplement to Schedule 2.

*Note: As the Exhibits to the Eleventh Supplement to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.*

mike@colson.com
Curt@colson.com

## Service list For November 5, 2014:

**Documents served *via* Overnight Delivery:**

1 - A Notice of Filing of Eleventh Supplement to Schedule 1 to New GM's Motion to Enforce, the Eleventh Supplement to Schedule 1, and

2 – A Notice of Filing of Eleventh Supplement to Schedule 2 to New GM's Motion to Enforce and the Eleventh Supplement to Schedule 2.

*Note: As the Exhibits to the Eleventh Supplement to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.*

| | |
|---|---|
| Paul O. Paradis<br>PARADIS LAW GROUP, PLLC<br>570 Seventh Avenue, 20th Floor<br>New York, New York 10018 | Kassem M. Dakhlallah<br>AT LAW GROUP PLLC<br>1 Parklane Blvd, Ste 100<br>Dearborn, Michigan 48126 |
| Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>120 S. LaSalle Street, Suite 1800<br>Chicago, Illinois 60603 | Major A. Langer<br>PERONA, LANGER, BECK, SERBIN & MENDOZA<br>300 E. San Antonio Drive<br>Long Beach, California 90807-0948 |
| James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 | Robert A. Buccola, Esq.<br>Steven M. Campora, Esq.<br>Jason J. Sigel, Esq.<br>DREYER BABICH BUCCOLA WOOD CAMPORA, LLP<br>20 Bicentennial Circle<br>Sacramento, California 95826 |
| Lance A. Harke<br>Howard Bushman<br>HARKE CLASBY & BUSHMAN LLP<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138 | David J. Gorberg<br>DAVID J. GORBERG & ASSOCIATES, P.C.<br>32 Parking Plaza, Suite 700<br>Ardmore, PA 19003 |
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |

**Service list For November 5, 2014:**

**Documents served *via* U.S. Mail:**

1 - A Notice of Filing of Eleventh Supplement to Schedule 1 to New GM's Motion to Enforce, the Eleventh Supplement to Schedule 1, and

2 – A Notice of Filing of Eleventh Supplement to Schedule 2 to New GM's Motion to Enforce and the Eleventh Supplement to Schedule 2.

*Note: As the Exhibits to the Eleventh Supplement to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.*

| | |
|---|---|
| Lacy Wright Jr.<br>Attorney At Law<br>Po Box 800<br>Welch, West Virginia 24801-0800 | |

## Service list For November 5, 2014:

**Documents served *via* Overnight Delivery:**

1 – The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (the "New GM's Motion to Enforce"); **(ECF 12620)**

2 – Schedule 1 to New GM's Motion to Enforce; **(ECF 12620)**

3 – Schedule 2 to New GM's Motion to Enforce; **(ECF 12620)**

4 – A CD of the Compendium of Exhibits to New GM's Motion to Enforce; **(ECF 12620)**

5 – Scheduling Order entered by the Honorable Robert E. Gerber on April 22, 2014, scheduling a conference for May 2, 2014 at 9:45 a.m. (the "Conference") in connection with New GM's Motion to Enforce; **(ECF 12627)**

6 – A Supplement to Schedule 1 to New GM's Motion to Enforce; **(ECF 12672)**

7 – A Supplement to Schedule 2 to New GM's Motion to Enforce; **(ECF 12672)**

8 – A Letter to the Honorable Robert E. Gerber, dated April 30, 2014, from Arthur J. Steinberg regarding the Conference; **(ECF 12673)**

9 – An Amended Notice concerning the filing of New GM's Motion to Enforce, and the scheduling of the Conference; **(ECF 12675)**

10 – A Scheduling Order entered by the Honorable Robert E. Gerber on May 16, 2014, regarding New GM's Motion to Enforce; **(ECF 12697)**

11 – A Notice of Filing of Second Supplement to Schedule 1 to New GM's Motion to Enforce and the Second Supplement to Schedule 1; **(ECF 12698)**

12 – A Notice of Filing of Second Supplement to Schedule 2 to New GM's Motion to Enforce and the Second Supplement to Schedule 2; **(ECF 12699)**

13 – A Corrected Notice of Filing of Third Supplement to Schedule 1 to New GM's Motion to Enforce and the Third Supplement to Schedule 1; **(ECF 12719)**

14 – A Corrected Notice of Filing of Third Supplement to Schedule 2 to New GM's Motion to Enforce and the Second Supplement to Schedule 2; **(ECF 12720)**

15 – A Notice of Filing of the Fourth Supplement to Schedule 1 to New GM's Motion to Enforce and the Fourth Supplement to Schedule 1; **(ECF 12722)**

16 – A Notice of Filing of the Fourth Supplement to Schedule 2 to New GM's Motion to Enforce and the Fourth Supplement to Schedule 2; **(ECF 12723)**

17 – Notice of Motion of New GM to Establish Stay Procedures for Newly-Filed Ignition Switch Actions ("Stay Procedures Motion"), and the Stay Procedures Motion (with Exhibits); **(ECF 12725)**

18 – Order Granting the Stay Procedures Motion; **(ECF 12764)**

19 – Supplemental Scheduling Order, entered July 11, 2014; **(ECF 12770)**

20 – A Notice of Filing of the Fifth Supplement to Schedule 1 to New GM's Motion to Enforce and the Fifth Supplement to Schedule 1; **(ECF 12780)**

21 – A Notice of Filing of the Fifth Supplement to Schedule 2 to New GM's Motion to Enforce and the Fifth Supplement to Schedule 2; **(ECF 12781)**

22 – A Letter to the Honorable Robert E. Gerber, dated August 1, 2014, from Arthur J. Steinberg regarding the Supplemental Scheduling Order and the length of briefs (the "Page Limitations Letter"); **(ECF 12809)**

23 – Endorsed Order, entered August 4, 2014, Regarding the Page Limitations Letter; **(ECF 12810)**

24 – A Notice of Filing of the Sixth Supplement to Schedule 1 to New GM's Motion to Enforce, the Sixth Supplement to Schedule 1, and the Exhibits thereto; **(ECF 12818)**

25 – A Notice of Filing of the Sixth Supplement to Schedule 2 to New GM's Motion to Enforce and the Sixth Supplement to Schedule 2; **(ECF 12819)**

26 – A Notice of Filing of the Seventh Supplement to Schedule 1 to New GM's Motion to Enforce, the Seventh Supplement to Schedule 1, and the Exhibits thereto; **(ECF 12843)**

27 – A Notice of Filing of the Seventh Supplement to Schedule 2 to New GM's Motion to Enforce and the Seventh Supplement to Schedule 2; **(ECF 12844)**

28 - Endorsed Order, entered August 22, 2014, Regarding the Briefing Schedule for the Four Threshold Issues Letter; **(ECF 12869)**

29 – A Notice of Filing of Eighth Supplement to Schedule 1 to New GM's Motion to Enforce, the Eighth Supplement to Schedule 1, and the Exhibits thereto; **(ECF 12906)**

30 – A Notice of Filing of Eighth Supplement to Schedule 2 to New GM's Motion to Enforce

and the Eighth Supplement to Schedule 2; **(ECF 12907)**

31 – A Notice of Filing of Ninth Supplement to Schedule 1 to New GM's Motion to Enforce, the Ninth Supplement to Schedule 1; **(ECF 12938)**

32 – A Notice of Filing of Ninth Supplement to Schedule 2 to New GM's Motion to Enforce and the Ninth Supplement to Schedule 2; **(ECF 12939)**

31 – A Notice of Filing of Tenth Supplement to Schedule 1 to New GM's Motion to Enforce, the Ninth Supplement to Schedule 1, and the Exhibits thereto; **(ECF 12950)**

32 – A Notice of Filing of Tenth Supplement to Schedule 2 to New GM's Motion to Enforce and the Ninth Supplement to Schedule 2; **(ECF 12951)**

31 – A Notice of Filing of Eleventh Supplement to Schedule 1 to New GM's Motion to Enforce, the Eleventh Supplement to Schedule 1; **(ECF 12938)** and

32 – A Notice of Filing of Eleventh Supplement to Schedule 2 to New GM's Motion to Enforce and the Eleventh Supplement to Schedule 2 **(ECF 12939)**.

*Note: As the Exhibits to the various Supplements to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.*

| | |
|---|---|
| Robert Hilliard<br>Hilliard Munoz Gonzales LLP<br>719 S Shoreline Blvd.<br>Ste 500<br>Corpus Christi, TX 78401 | Elizabeth J. Cabraser<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111 |
| Elizabeth J. Cabraser<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>250 Hudson Street<br>8th Floor<br>New York, NY 10013-1413 | Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP (Seattle)<br>1918 8th, Avenue<br>Suite 3300<br>Seattle, WA 98101 |
| Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>555 Fifth Avenue<br>Suite 1700<br>New York, NY 10017 | |

**Service list For November 6, 2014:**

**Documents served *via* Overnight Delivery:**

The following documents were served *via* overnight delivery on November 6, 2014 in order to serve the recipients from whom a "bounceback" notification was received.

1 - A Notice of Filing of Eleventh Supplement to Schedule 1 to New GM's Motion to Enforce, the Eleventh Supplement to Schedule 1, and

2 – A Notice of Filing of Eleventh Supplement to Schedule 2 to New GM's Motion to Enforce and the Eleventh Supplement to Schedule 2.

*Note: As the Exhibits to the Eleventh Supplement to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.*

| | |
|---|---|
| Mike Eidson, Esq.<br>Curtis B. Miner, Esq.<br>Colson Hicks Eidson, P.A.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134 | |