KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *November 5, 2014*, I caused to be served true and correct copies of the *Notice of Filing of Third Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with Exhibits)* and *Notice of Filing of Third Supplement to Schedule "2" to the Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and*

*Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* mail at the last known addresses as indicated on the annexed service list.

Dated: November 6, 2014
          New York, New York

                                KING & SPALDING LLP

                                By: /s/   Scott I. Davidson
                                Arthur J. Steinberg
                                Scott Davidson
                                King & Spalding LLP
                                1185 Avenue of the Americas
                                New York, NY 10036
                                Telephone: (212) 556-2100
                                Facsimile: (212) 556-2222

                                *Attorneys for General Motors LLC*

## Service list For November 5, 2014:

### Documents served *via* Email:

1 – A Notice of Filing of Third Supplement to Schedule 1 to Monetary Relief Motion to Enforce and the Third Supplement to Schedule 1; and

2 – A Notice of Filing of Third Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Third Supplement to Schedule 2.

***Note: As the Exhibits to the Third Supplement to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.***

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
rachelf@hbsslaw.com;
mrobinson@rcrsd.com;
kcalcagnie@rcrsd.com;
swilson@rcrsd.com;
rjaxelrod@axelroddean.com;
jddean@axelroddean.com;
stuart@paynterlawfirm.com;
afriedman@bffb.com;
psyverson@bffb.com;
khanger@bffb.com;

jon@bhfloridalaw.com;
charlesl@cuneolaw.com;
wanderson@cuneolaw.com
rdalton746@aol.com
peller@law.georgetown.edu
bobh@hmglawfirm.com
ecabraser@lchb.com
steve@hbsslaw.com

## Service list For November 5, 2014:

### Documents served *via* Overnight Delivery:

1 – A Notice of Filing of Third Supplement to Schedule 1 to Monetary Relief Motion to Enforce and the Third Supplement to Schedule 1; and

2 – A Notice of Filing of Third Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Third Supplement to Schedule 2.

***Note: As the Exhibits to the Third Supplement to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.***

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |

### Documents served *via* U.S. Mail:

1 – A Notice of Filing of Third Supplement to Schedule 1 to Monetary Relief Motion to Enforce and the Third Supplement to Schedule 1; and

2 – A Notice of Filing of Third Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Third Supplement to Schedule 2.

***Note: As the Exhibits to the Third Supplement to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.***

| | |
|---|---|
| Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>475 Washington Blvd.<br>Venice Beach, California 90292 | Stephen Yagman<br>475 Washington Blvd.<br>Venice Beach, California 90292 |
| Lacy Wright Jr.<br>Attorney at Law<br>PO Box 800<br>Welch, West Virginia 24801-0800 | |

## Service list For November 5, 2014:

**Documents served *via* Overnight Delivery:**

1 - The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (the "Monetary Relief Motion to Enforce") (with schedules and exhibits) (**ECF 12808**);

2 - Scheduling Order (**ECF 12898**);

3 - A Notice of Filing of the Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1 (**ECF 12908**);

4 - A Notice of Filing of the Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 and the Exhibits thereto (**ECF 12909**);

5 - A Notice of Filing of the Second Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1, and the Exhibits thereto (**ECF 12940**);

6 - A Notice of Filing of the Second Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 (**ECF 12941**);

7 - A Notice of Filing of the Third Supplement to Schedule 1 to the Monetary Relief Motion and the Third Supplement to Schedule 1 (**ECF 12979**); and

8 - A Notice of Filing of the Third Supplement to Schedule 2 to the Monetary Relief Motion and the Third Supplement to Schedule 2 (**ECF 12980**).

***Note: As the Exhibits to the various Supplements to Schedule 1 are voluminous, they are available on the Court docket or can be provided upon written request.***

| | |
|---|---|
| Robert Hilliard<br>Hilliard Munoz Gonzales LLP<br>719 S Shoreline Blvd.<br>Ste 500<br>Corpus Christi, TX 78401 | Elizabeth J. Cabraser<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111 |
| Elizabeth J. Cabraser<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>250 Hudson Street<br>8th Floor<br>New York, NY 10013-1413 | Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP (Seattle)<br>1918 8th, Avenue<br>Suite 3300<br>Seattle, WA 98101 |

| Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>555 Fifth Avenue<br>Suite 1700<br>New York, NY 10017 | |