UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                   :    Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,                   :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*            :
                                                        :
                 Debtors.                        :    (Jointly Administered)
-------------------------------------------------------------x

**ORDER DENYING THE RELIEF REQUESTED IN PLAINTIFFS'
AMENDED NO STAY PLEADING, MOTION FOR ORDER OF
DISMISSAL FOR LACK OF SUBJECT MATTER AND PERSONAL
JURISDICTION, OBJECTIONS TO GM'S MOTION TO ENFORCE,
OBJECTIONS TO THE COURT'S ORDERS, AND FOR RELATED RELIEF**

Upon the *Plaintiffs' Amended No Stay Pleading, Motion For Order Of Dismissal For Lack Of Subject Matter And Personal Jurisdiction, Objections To GM's Motion To Enforce, Objections To The Court's Orders, And For Related Relief* ("**Sesay Pleading**"), filed by Ishmail Sesay and Joanne Yearwood ("**Sesay Plaintiffs**") [Dkt. No. 12883]; and upon the *Response by General Motors LLC To Plaintiffs' Amended No Stay Pleading, Motion For Order Of Dismissal For Lack Of Subject Matter And Personal Jurisdiction, Objections To GM's Motion To Enforce, Objections To The Court's Orders, And For Related Relief*, filed by General Motors LLC [Dkt. No. 12921], and upon the other documents filed with the Court related to this matter; and upon the Court issuing its *Decision With Respect To No Stay Pleading, And Related Motion For Abstention (Sesay Plaintiffs)* on November 10, 2014 [Dkt. No. 12989] ("**Decision**"); and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the relief requested in the Sesay Pleading is denied in its entirety for the reasons set forth in the Decision; and it is further

**ORDERED** that the Sesay Plaintiffs' claims will be treated the same as those in the other Ignition Switch Actions.[1] The stay already imposed by the injunctive provisions of Paragraphs 8 and 47 of the Sale Order and Injunction (and that the Court may also impose by preliminary injunction) will remain in place insofar as it affects the Sesay Plaintiffs' amended complaint, subject to further order of the Court; and it is further

**ORDERED** that the Bankruptcy Court shall retain jurisdiction to interpret and enforce this Order.

Dated: New York, New York
       November 12, 2014

                                         *s/ Robert E. Gerber*
                                         UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction*, dated April 21, 2014 [Dkt. No. 12620].