UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :        Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.,*               :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et. al.*   :
                                                    :        (Jointly Administered)
        Debtors.                :
                                                    :
------------------------------------------------------------ x

## DECLARATION OF MELINDA EK

I, Melinda Ek, hereby declare:

      1.      I am a paralegal at the law offices of Loevy & Loevy, which represent Roger Dean Gillispie in *Gillispie v. Miami Township, et al.*, 13cv416 (S.D. Ohio, pending), and this matter, *In re Motors Liquidation Co., et al.*, Case No.: 09-50026.

      2.      I, with attorney David B. Owens, spoke with Roger Dean Gillispie's father, Roger Allen Gillispie (d/o/b 8/3/1944), who informed me that he worked at General Motors from April 4, 1977 to July 30, 2006, and that he has consistently lived at 1512 Glendale Drive, in Fairborn Ohio since roughly 1978.

      3.      I also spoke with Roger Dean Gillispie who informed me that he believes his employment with General Motors ended no later than spring of 1990. After his conviction on February 12, 1991, Mr. Gillispie did not live at 1512 Glendale Drive, Fairborn, Ohio, and was instead within the custody of either the Montgomery County jail or at various locations in the Ohio Department of Rehabilitation and Corrections. Mr. Gillispie informed me that he did not return to the 1512 Glendale Drive address until December 22, 2011 when he was released, on bond.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 12, 2014

_____
Melinda Ek