UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### (RENEWED) NOTICE OF APPEAL

LAWRENCE ELLIOTT, CELESTINE ELLIOTT, and BERENICE SUMMERVILLE, Plaintiffs in their action pending before the United States District Court for the Southern District of New York, 1:14-cv-08382 (JMF), appeal under 28 U.S.C. §158(a) from the Order and Decree entered into on the 12th day of August, 2018, (ECF Doc. No. 12834), the rulings rendered during the Bankruptcy Court's hearing on the matter, and the related rulings leading up to the disposition of the matter, (ECF Doc. Nos. 12740, 12763, 12771, 12792, 12815, 12993).

The names of all parties to the Order and Decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

PARTIES:

Lawrence Elliott
Celestine Elliott
Berenice Summerville
General Motors LLC

ATTORNEYS:

 KING & SPALDING LLP
*Attorneys for General Motors LLC*
1185 Avenue of the Americas
New York, New York 10036
By: Arthur J. Steinberg, Esq.
Scott I. Davidson, Esq.
(212) 556-2100

KIRKLAND & ELLIS LLP
*Attorneys for General Motors LLC*
300 North LaSalle
Chicago, Illinois 60654
By: Richard C. Godfrey, Esq.
Andrew B. Bloomer, Esq.
(312) 862-2000

GARY PELLER
*Attorney for Lawrence and Celestine Elliott*
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 662-9122


Dated: November 21, 2014

Respectfully submitted,


/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Plaintiffs