KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

**NOTICE OF FILING OF TWELFTH SUPPLEMENT TO
SCHEDULE "1" TO THE MOTION OF GENERAL MOTORS LLC
PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE
<u>COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION</u>**

**PLEASE TAKE NOTICE** that on December 1, 2014, General Motors LLC filed the attached *Twelfth Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* with the United States Bankruptcy Court for the Southern District of New York.

24452585v2

Dated: New York, New York
December 1, 2014

            Respectfully submitted,

            /s/ Scott I. Davidson
            Arthur Steinberg
            Scott Davidson
            KING & SPALDING LLP
            1185 Avenue of the Americas
            New York, New York  10036
            Telephone:  (212) 556-2100
            Facsimile:  (212) 556-2222

            Richard C. Godfrey, P.C. (admitted *pro hac vice*)
            Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
            KIRKLAND & ELLIS LLP
            300 North LaSalle
            Chicago, IL 60654
            Telephone: (312) 862-2000
            Facsimile: (312) 862-2200

            *Attorneys for General Motors LLC*

# TWELFTH SUPPLEMENT[1] TO SCHEDULE "1"

# CHART OF ADDITIONAL IGNITION SWITCH ACTIONS COMMENCED AGAINST NEW GM NOT LISTED IN THE PREVIOUS SUPPLEMENTS TO SCHEDULE "1" TO MOTION TO ENFORCE

|   | **Name** | **Class Models** | **Plaintiffs' Model** | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | State of Arizona[2] | N/A | N/A | Superior Court of the State of Arizona (County of Maricopa) CV2014-014090 | 11/19/14 |

---

[1] This schedule supplements the previous supplements and the original Schedule "1" previously filed with the Court in connection with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction*.

[2] A copy of the complaint filed in the State of Arizona Action is attached hereto as Exhibit "A."