KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., *et al.*          :
                                                     :
                          Debtors.                   : (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *December 1, 2014*, I caused to be served true and correct copies of the *Notice of Filing of Fourth Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with Exhibit)* and *Notice of Filing of Fourth Supplement to Schedule "2" to the Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and*

*Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* mail at the last known addresses as indicated on the annexed service list.

Dated: December 2, 2014
      New York, New York

                        KING & SPALDING LLP

                        By: /s/   Scott I. Davidson
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

## Service list For December 1, 2014:

**Documents served *via* Email:**

1 – A Notice of Filing of Fourth Supplement to Schedule 1 to Monetary Relief Motion to Enforce and the Fourth Supplement to Schedule 1 (with Exhibit); and

2 – A Notice of Filing of Fourth Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Fourth Supplement to Schedule 2.

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
rachelf@hbsslaw.com;
mrobinson@rcrsd.com;
kcalcagnie@rcrsd.com;
swilson@rcrsd.com;
rjaxelrod@axelroddean.com;
jddean@axelroddean.com;
stuart@paynterlawfirm.com;
afriedman@bffb.com;
psyverson@bffb.com;
khanger@bffb.com;
jon@bhfloridalaw.com;
charlesl@cuneolaw.com;
wanderson@cuneolaw.com

rdalton746@aol.com
peller@law.georgetown.edu
bobh@hmglawfirm.com
ecabraser@lchb.com
steve@hbsslaw.com
brad.keogh@azag.gov
dana.vogel@azag.gov
leonard@hbsslaw.com
rachelf@hbsslaw.com
sean@hbsslaw.com

## Service list For December 1, 2014:

**Documents served *via* Overnight Delivery:**

1 – A Notice of Filing of Fourth Supplement to Schedule 1 to Monetary Relief Motion to Enforce and the Fourth Supplement to Schedule 1 (with Exhibit); and

2 – A Notice of Filing of Fourth Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Fourth Supplement to Schedule 2.

| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |

**Documents served *via* U.S. Mail:**

1 – A Notice of Filing of Fourth Supplement to Schedule 1 to Monetary Relief Motion to Enforce and the Fourth Supplement to Schedule 1 (with Exhibit); and

2 – A Notice of Filing of Fourth Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Fourth Supplement to Schedule 2.

| Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>475 Washington Blvd.<br>Venice Beach, California 90292 | Stephen Yagman<br>475 Washington Blvd.<br>Venice Beach, California 90292 |
|---|---|
| Lacy Wright Jr.<br>Attorney at Law<br>PO Box 800<br>Welch, West Virginia 24801-0800 | |

**Service list For December 1, 2014:**

**Documents served *via* Email:**

1. The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (the "Monetary Relief Motion to Enforce") (Schedules below) (with Exhibits) **(ECF 12808)**;

2. Scheduling Order **(ECF 12898)**;

3. Schedule 1 to the Monetary Relief Motion to Enforce **(ECF 12808)**;

4. Schedule 2 to the Monetary Relief Motion to Enforce **(ECF 12808)**;

5. A Notice of Filing of the Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1 **(ECF 12908)**;

6. A Notice of Filing of the Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 and the Exhibits thereto **(ECF 12909)**;

7. A Notice of Filing of the Second Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1, and the Exhibits thereto **(ECF 12940)**;

8. A Notice of Filing of the Second Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 **(ECF 12941)**;

9. A Notice of Filing of the Third Supplement to Schedule 1 to the Monetary Relief Motion and the Third Supplement to Schedule 1 **(ECF 12979)**;

10. A Notice of Filing of the Third Supplement to Schedule 2 to the Monetary Relief Motion and the Third Supplement to Schedule 2 **(ECF 12980)**;

11. A Notice of Filing of the Fourth Supplement to Schedule 1 to the Monetary Relief Motion and the Fourth Supplement to Schedule 1 (with exhibit) **(ECF 13011)**; and

12. A Notice of Filing of the Fourth Supplement to Schedule 2 to the Monetary Relief Motion and the Fourth Supplement to Schedule 2 **(ECF 13012)**.

rob@hbsslaw.com;  
leonard@hbsslaw.com;  
rachelf@hbsslaw.com;  
steve@hbsslaw.com;  
sean@hbsslaw.com;  
andrew@hbsslaw.com;  
brad.keogh@azag.gov;  
dana.vogel@azag.gov

**Service list For December 1, 2014:**

**Documents served *via* Overnight Delivery:**

1. The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (the "Monetary Relief Motion to Enforce") (Schedules below) (with Exhibits on CD) **(ECF 12808)**;

2. Scheduling Order **(ECF 12898)**;

3. Schedule 1 to the Monetary Relief Motion to Enforce **(ECF 12808)**;

4. Schedule 2 to the Monetary Relief Motion to Enforce **(ECF 12808)**;

5. A Notice of Filing of the Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1 **(ECF 12908)**;

6. A Notice of Filing of the Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 and the Exhibits thereto **(ECF 12909)**;

7. A Notice of Filing of the Second Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1, and the Exhibits thereto **(ECF 12940)**;

8. A Notice of Filing of the Second Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 **(ECF 12941)**;

9. A Notice of Filing of the Third Supplement to Schedule 1 to the Monetary Relief Motion and the Third Supplement to Schedule 1 **(ECF 12979)**;

10. A Notice of Filing of the Third Supplement to Schedule 2 to the Monetary Relief Motion and the Third Supplement to Schedule 2 **(ECF 12980)**;

11. A Notice of Filing of the Fourth Supplement to Schedule 1 to the Monetary Relief Motion and the Fourth Supplement to Schedule 1 (with Exhibit) **(ECF 13011)**; and

12. A Notice of Filing of the Fourth Supplement to Schedule 2 to the Monetary Relief Motion and the Fourth Supplement to Schedule 2 **(ECF 13012)**.

| | |
|---|---|
| Robert B. Carey<br>Leonard Aragon<br>Rachel E. Freeeman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Ste. 1000<br>Phoenix, AZ 85003<br>Telephone: (602) 840-5900 | Thomas C. Horne<br>Brad K. Keogh<br>Dana R. Vogel<br>Office of Attorney General<br>1275 West Washington Street<br>Phoenix, Arizona 85007<br>Telephone: (602) 542-3702 |
| Steve W. Berman<br>Sean R. Matt<br>Andrew M. Volk<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: 206) 623-7292 | |