09-50026-mg    Doc 13016    Filed 12/08/14    Entered 12/08/14 15:58:34    Main Document
    Pg 1 of 3

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :     Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :     Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*                   :
                                                               :
                                     Debtors.                  :     (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF FILING OF THIRTEENTH SUPPLEMENT TO
SCHEDULE "1" TO THE MOTION OF GENERAL MOTORS LLC
PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE
<u>COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION</u>**

**PLEASE TAKE NOTICE** that on December 8, 2014, General Motors LLC filed the attached *Thirteenth Supplement to Schedule "1" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* with the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
December 8, 2014

Respectfully submitted,

/s/ Scott I. Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

2

# THIRTEENTH SUPPLEMENT[1] TO SCHEDULE "1"

# CHART OF ADDITIONAL IGNITION SWITCH ACTIONS COMMENCED AGAINST NEW GM NOT LISTED IN THE PREVIOUS SUPPLEMENTS TO SCHEDULE "1" TO MOTION TO ENFORCE

|   | **Name** | **Class Models** | **Plaintiffs' Model** | **Court** | **Filing Date** |
|---|---|---|---|---|---|
| 1 | Brochey[2] | N/A | 2009 Chevy Impala[3] | Court of Common Pleas of Erie County Pennsylvania 13108-2014[4] | 11/7/14 |

---

[1] This schedule supplements the previous supplements and the original Schedule "1" previously filed with the Court in connection with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* ("**Motion to Enforce**").

[2] A copy of the complaint filed in the Brochey Action is attached hereto as Exhibit "A."

[3] While the Brochey Action also concerns a 2011 Chevy Camaro, the claims regarding that vehicle do not implicate the Motion to Enforce.

[4] The Brochey Action was removed by New GM to the United States District Court for the Western District of Pennsylvania (No.: 1:14-cv-00304-JFM) on December 3, 2014.

3