| | |
|---|---|
| Edward S. Weisfelner | Sander L. Esserman |
| David J. Molton | STUTZMAN, BROMBERG, ESSERMAN & |
| May Orenstein | PLIFKA, A PROFESSIONAL |
| Howard S. Steel | CORPORATION |
| Rebecca L. Fordon (*pro hac pending*) | 2323 Bryan Street, Suite 2200 |
| BROWN RUDNICK LLP | Dallas, Texas 75201 |
| Seven Times Square | Telephone: 214-969-4900 |
| New York, New York 10036 | Email: esserman@sbep-law.com |
| Telephone: 212-209-4800 | |
| Email: eweisfelner@brownrudnick.com | |
| Email: dmolton@brownrudnick.com | |
| Email: morenstein@brownrudnick.com | |
| Email: hsteel@brownrudnick.com | |
| Email: rfordon@brownrudnick.com | |

*Designated Counsel for Certain Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                       :
In re:                                          :     Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,     :     Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., et al.,           :
                                          :
                               Debtors.      :     (Jointly Administered)
------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

       I, Rebecca L. Fordon, a member in good standing of the bar in the State of California, request admission ***pro hac vice*** before the Honorable Robert E. Gerber, to represent Certain Plaintiffs,[1] in the above-referenced case. My office and email address and my telephone and fax numbers are:

Rebecca L. Fordon, Esq.
Brown Rudnick LLP
2211 Michelson Drive,
7th Floor
Irvine, California 92612
(949) 4403-0228 Telephone
(949) 623-1514 Facsimile
rfordon@brownrudnick.com

---

[1] Both Brown Rudnick LLP and Stutzman, Bromberg, Esserman & Plifka, P.C. have been retained by Lead Counsel appointed in the General Motors LLC Ignition Switch Litigation Multidistrict Litigation in the United States District Court for the Southern District of New York, Judge Furman presiding, Case No. 14-MD-2543 (JMF) (the "**MDL Proceeding**").

I agree to pay the fee of $200 upon entry of an order admitting me to practice ***pro hac vice***.

Dated:  December 10, 2014
       Irvine, California

                                                                  */s/ Rebecca L. Fordon*
                                                                  Rebecca L. Fordon

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                            :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., et al.,                    :
                                                               :
                        Debtors.                               :    (Jointly Administered)
---------------------------------------------------------------X
```

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* <u>OF REBECCA L. FORDON</u>

Upon the motion of Rebecca L. Fordon dated December xx, 2014, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED,** That Rebecca L. Fordon, Esq., is admitted to practice *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____
       New York, New York

                                    _____
                                    ROBERT E. GERBER
                                    UNITED STATES BANKRUPTCY JUDGE