# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

December 11, 2014

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    Re: **In re Motors Liquidation Company, et al.**
       **Case No. 09-50026 (REG)**

       **Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

   King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. We write to update the Court regarding developments in proceedings relating to New GM's Motions to Enforce. Specifically, an issue was raised by Lead Counsel in MDL 2543 with respect to whether motions to dismiss with regard to the Post-Sale Consolidated Complaint should go forward in MDL 2543 before this Court rules on the Old GM Claim Threshold Issue (as defined in this Court's Scheduling Order dated July 11, 2014).[1] In connection with this issue, attached hereto are the following briefs which have been filed in MDL 2543:

   First, attached hereto as Exhibit "1" is *General Motors LLC's Motion And Memorandum In Support To Defer All Briefing On Plaintiffs' Post-Sale Consolidated Complaint Until After The Bankruptcy Court Decides The Pending Motions To Enforce*, dated November 25, 2014 (without Exhibits) [MDL Dkt. No. 439].

---

[1] Designated Counsel's brief on the Old GM Claim Threshold Issue is due to be filed on December 16, 2014, the day after the next status conference in MDL 2543 (*i.e.*, December 15, 2014 at 9:30 a.m.).

24547222v1

Honorable Robert E. Gerber
December 11, 2014
Page 2

Second, attached hereto as Exhibit "2" is *Plaintiffs' Brief Re: General Motors LLC's Obligation To Answer Or Otherwise Respond To Plaintiffs' Post-Sale Consolidated Complaint*, dated November 25, 2014 (without Exhibits) [MDL Dkt. No. 440].

Third, attached hereto as Exhibit "3" is *General Motors LLC's Response In Support Of Deferring All Briefing On Plaintiffs' Post-Sale Consolidated Complaint Until After The Bankruptcy Court Decides The Pending Motions To Enforce*, dated December 10, 2014 (without Exhibits) [MDL Dkt. No. 468].

Fourth, attached hereto as Exhibit "4" is *Plaintiffs' Response Brief Re: General Motors LLC's Obligation To Answer Or Otherwise Respond To Plaintiffs' Post-Sale Consolidated Complaint*, dated December 10, 2014 [MDL Dkt. No. 467].

                          Respectfully submitted,

                          */s/ Arthur Steinberg*

                          Arthur Steinberg

AJS/sd
Encl.

cc:     Honorable Jesse M. Furman
        Edward S. Weisfelner
        Howard Steel
        Elihu Inselbuch
        Peter Van N. Lockwood
        Sander L. Esserman
        Jonathan L. Flaxer
        S. Preston Ricardo
        Matthew J. Williams
        Lisa H. Rubin
        Keith Martorana
        Daniel Golden
        Deborah J. Newman
        Jamison Diehl
        William Weintraub
        Eamonn O'Hagan
        Steve W. Berman
        Elizabeth J. Cabraser
        Robert C. Hilliard