# <u>Exhibit B</u>



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST


WILMINGTON TRUST



Home

News

Key Information

Documents

**Claims**

Contact Us

Login

**Hotline**
(800) 414-9607

## CLAIMS ROOM

## Creditor Summary

Claims Room -> Creditor Summary

### Match Code: unmatched-71107-01

| Filed Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 1 | $30,031.68 | $0.00 | $969,968.32 | $0.00 | $1,000,000.00 |
| Current Status | 1 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |

| Scheduled Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 0 | $0.00 | | $0.00 | $0.00 | $0.00 |
| Current Status | 0 | $0.00 | | $0.00 | $0.00 | $0.00 |

**Filed Claims**

| Claim # | Creditor | Date | Total | Status | C/U/U/D | Debtor | Transferred |
|---|---|---|---|---|---|---|---|
| MLC-00711( | JERMEY DELAROSA | 04/14/2011 | $10,000.00 | Letter Campaign | ▢▢▢▢ | Motors Liquidation Company | ▢ |
| Records per page: 25 ⌄ | | | | | | Records: 1 - 1 of 1 - Pages: ⊮ ⊰ 1 ⊱ ⊯ | |

**Scheduled Liabilities**

| Schedule # | Creditor | Total | Status | C/U/U/D | Debtor | Transferred |
|---|---|---|---|---|---|---|
| | | There are no records available. | | | | |
| Records per page: 25 ⌄ | | | | | Records: 0 - 0 of 0 - Pages: ⊮ ⊰ 1 ⊱ ⊯ | |

**Disclaimer:** The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home    Login

Privacy Notice    Terms Of Use

December 15, 2014 @ 09:36:55 AM

Copyright ©2011 AlixPartners, LLP  | (101)  **AlixPartners**



 MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST

 WILMINGTON TRUST

**CLAIMS ROOM**

## View Claim Details

Claims Room -> View Claim

| | | | | | |
|---|---|---|---|---|---|
| **Creditor:** JERMEY DELAROSA | | | | **Claim Number:** | MLC-0071107 |
| **Debtor:** Motors Liquidation Company | | | | **Date Filed:** | Apr 14, 2011 |
| **Current Claim Status:** Letter Campaign | | | | **View Claim Image:** | **Download** |

| **Original Filed Amount** | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $30,031.68 | $0.00 | $969,968.32 | $0.00 | $1,000,000.00 |
| **Current Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |

**Home**
**News**
**Key Information**
**Documents**
**Claims**
**Contact Us**
**Login**

**Hotline**
(800) 414-9607

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home    Login                    Privacy Notice    Terms Of Use    December 15, 2014 @ 11:58:18 AM    Copyright ©2011 AlixPartners, LLP  | (121) **AlixPartners**

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor (Check Only One) | Case No |
|---|---|

☑ Motors Liquidation Company (f/k/a General Motors Corporation)  — 09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC)  — 09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)  — 09-50028 (REG)
☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc )  — 13558 (REG)

**Your Claim is Scheduled As Follows.**

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

Name of Creditor (the person or other entity to whom the debtor owes money or property) **JERMEY DELAROSA**

Name and address where notices should be sent.
**C/o SYLVIA QUINN
1002 - 18th St NW
APt G-25
Childress TX 79201**

Telephone number **940-475-1445**
Email Address

☑ Check this box to indicate that this claim amends a previously filed claim

**Court Claim Number: 650662**
(if known)

Filed on _____

THE GARDEN CITY GROUP, INC.
APR 1 4 2011

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

| Name and address where payment should be sent (if different from above) | |
|---|---|

**FILED - 71107
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)**

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☑ Check this box if you are the debtor or trustee in this case

**1** Amount of Claim as of Date Case Filed, June 1, 2009:  $ **1,000,000.00**

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

**2** Basis for Claim: **Personal injury\wrongful death**
(See instruction #2 on reverse side )

**3** Last four digits of any number by which creditor identifies debtor: _____

**3a.** Debtor may have scheduled account as **650662**
(See instruction #3a on reverse side )

**4** Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff:  ☐ Real Estate  ☑ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:

Value of Property $ **30,031.68**  Annual Interest Rate **10.82** %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____

Basis for perfection: _____

Amount of Secured Claim: $ **30,031 68**  Amount Unsecured: $ _____

**6** Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7** Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

**5.** Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).
If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)

☑ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

Amount entitled to priority.

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| Date: | Signature: The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any   *Sylvia Quinn*  *Sylvia Quinn*  *Personal Representative*  *of Estate of Jermey*  *DelaRosa* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571
**Modified B10 (GCG) (12/08)**



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST


WILMINGTON TRUST

| Home |
| --- |
| News |
| Key Information |
| Documents |
| Claims |
| Contact Us |
| Login |

**Hotline**
**(800) 414-9607**

## CLAIMS ROOM

## Creditor Summary

Claims Room -> Creditor Summary

### Match Code: unmatched-71177-01

| Filed Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
| --- | --- | --- | --- | --- | --- | --- |
| As Filed | 1 | $0.00 | $0.00 | $0.00 | $21,750.00 | $21,750.00 |
| Current Status | 1 | $0.00 | $0.00 | $0.00 | $21,750.00 | $21,750.00 |

| Scheduled Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
| --- | --- | --- | --- | --- | --- | --- |
| As Filed | 0 | $0.00 | | $0.00 | $0.00 | $0.00 |
| Current Status | 0 | $0.00 | | $0.00 | $0.00 | $0.00 |

### Filed Claims

| Claim # | Creditor | Date | Total | Status | C/U/U/D | Debtor | Transferred |
| --- | --- | --- | --- | --- | --- | --- | --- |
| MLC-00711: | DONALD WARNER C/O JOSEPH H HOWITT ESQ | 05/27/2011 | $21,750.00 | Claim Allowed | ☐ ☐ ☐ ☐ | Motors Liquidation Company | ☐ |

Records per page: 25 ⌄      Records: 1 - 1 of 1 - Pages: ◄◄ ◄◄ 1 ►► ►►|

### Scheduled Liabilities

| Schedule # | Creditor | Total | Status | C/U/U/D | Debtor | Transferred |
| --- | --- | --- | --- | --- | --- | --- |
| | | There are no records available. | | | | |

Records per page: 25 ⌄      Records: 0 - 0 of 0 - Pages: ◄◄ ◄◄ 1 ►► ►►|

**Disclaimer:** The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home   Login       Privacy Notice   Terms Of Use    December 15, 2014 @ 09:38:55 AM    Copyright ©2011 AlixPartners, LLP | (101) **AlixPartners**

Convert Select

Favorites Web Slice Gallery Suggested Sites

MLC General Unsecured Creditors Trust

Page Safety Tools



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST


WILMINGTON TRUST



Home

News

Key Information

Documents

Claims

Contact Us

Login

## CLAIMS ROOM

## View Claim Details

Claims Room -> View Claim

| | | | | |
|---|---|---|---|---|
| **Creditor:** DONALD WARNER C/O JOSEPH H HOWITT ESQ | | | **Claim Number:** | MLC-0071177 |
| **Debtor:** Motors Liquidation Company | | | **Date Filed:** | May 27, 2011 |
| **Current Claim Status:** Claim Allowed | | | **View Claim Image:** | **Download** |

| Original Filed Amount | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $21,750.00 | $21,750.00 |
| **Current Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $21,750.00 | $21,750.00 |

**Hotline**
(800) 414-9607

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home Login                                   Privacy Notice   Terms Of Use   December 15, 2014 @ 12:28:06 PM   Copyright ©2011 AlixPartners, LLP  | (101)  AlixPartners

B-10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Motors Liquidation Company, et al , f/k/a General Motors Corp , et al | Case Number<br>09-50026 |
|---|---|

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503*

| Name of Creditor (the person or other entity to whom the debtor owes money or property)<br>Donald Warner c/o Joseph H Howitt, Esq | ☐ Check this box to indicate that this claim amends a previously filed claim |
|---|---|
| Name and address where notices should be sent<br>Joseph H Howitt, Esq<br>18831 W  12 Mile Rd<br>Lathrup Village, MI  48076<br><br>Telephone number<br>(248) 350-3700 | **FILED - 71177**<br>**MOTORS LIQUIDATION COMPANY**<br>**F/K/A GENERAL MOTORS CORP**<br>**SDNY # 09-50026 (REG)** | **Court Claim Number** _____<br>*(If known)*<br><br>Filed on _____ |

| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case |
|---|---|

| | 5  Amount of Claim Entitled to Priority under 11 U S C §507(a)  If any  portion of your claim falls in one of the following categories, check the box  and state the amount |
|---|---|
| 1  **Amount of Claim as of Date Case Filed:**        $                      21,750 00<br><br>If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4<br><br>If all or part of your claim is entitled to priority, complete item 5<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges | Specify the priority of the claim<br><br>☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B) |
| 2  **Basis for Claim**    claim for MI no-fault benefits<br>(See instruction #2 on reverse side )<br>3  Last four digits of any number by which creditor identifies debtor: _____<br>    3a. Debtor may have scheduled account as: _____<br>    (See instruction #3a on reverse side )<br>4  **Secured Claim** (See instruction #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe<br><br>Value of Property $_____  Annual Interest Rate_____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any  $_____        Basis for perfection. _____<br><br>Amount of Secured Claim: $_____     Amount Unsecured. $_____ | ☐ Wages, salaries or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C §507(a)(4)<br><br>☐ Contributions to an employee benefit plan – 11 U S C §507 (a)(5)<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal  family, or household use – 11 U S C §507 (a)(7)<br><br>☐ Taxes or penalties owed to governmental units – 11 U S C §507 (a)(8) |
| 6  **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim<br><br>7. **Documents**  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  *(See instruction 7 and definition of 'redacted' on reverse side )*<br><br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br><br>If the documents are not available, please explain | ☐ Other – Specify applicable paragraph of 11 U S C §507 (a)(__)<br><br>**Amount entitled to priority**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |

| Date<br>5-26-11 | Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br><br>*Joseph H. Howitt* | FOR COURT USE ONLY<br>RECEIVED<br>MAY 27 2011<br>GARDEN CITY GROUP, SDNY |
|---|---|---|

*Penalty for presenting fraudulent claim*  Fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§152 and 3571

THE GARDEN CITY GROUP, INC
JUN 2 2011

# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST



Home

News

Key Information

Documents

**Claims**

Contact Us

Login

**Hotline**
(800) 414-9607

## CLAIMS ROOM

## Creditor Summary

Claims Room -> Creditor Summary

### Match Code: 71185-01

| Filed Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 6 | $0.00 | $0.00 | $0.00 | $2,800,000.00 | $2,800,000.00 |
| Current Status | 6 | $0.00 | $0.00 | $0.00 | $650,000.00 | $650,000.00 |

| Scheduled Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 0 | $0.00 | | $0.00 | $0.00 | $0.00 |
| Current Status | 0 | $0.00 | | $0.00 | $0.00 | $0.00 |

### Filed Claims

| Claim # | Creditor | Date | Total | Status | C/U/U/D | Debtor | Transferred |
|---|---|---|---|---|---|---|---|
| MLC-00711 | ARANZUZA MEJIA | 06/17/2011 | $520,000.00 | Stipulation | ▢▢▢▢ | Motors Liquidation Company | ▢ |
| MLC-00711 | JUAN CARLOS MEJIA | 06/17/2011 | $26,000.00 | Stipulation | ▢▢▢▢ | Motors Liquidation Company | ▢ |
| MLC-00711 | MARIA ALEJANDRA MEJIA | 06/17/2011 | $26,000.00 | Stipulation | ▢▢▢▢ | Motors Liquidation Company | ▢ |
| MLC-00711 | ARANZUZA MEJIA AS GUARDIAN OF LUCAS MEJIA | 06/17/2011 | $26,000.00 | Stipulation | ▢▢▢▢ | Motors Liquidation Company | ▢ |
| MLC-00711 | ARANZUZA MEJIA AS GUARDIAN OF SANTIAGO MEJIA | 06/17/2011 | $26,000.00 | Stipulation | ▢▢▢▢ | Motors Liquidation Company | ▢ |
| MLC-00711 | ARANZUZA MEJIA AS GUARDIAN OF NICOLAS MEJIA | 06/17/2011 | $26,000.00 | Stipulation | ▢▢▢▢ | Motors Liquidation Company | ▢ |

Records per page: 25    Records: 1 - 6 of 6 - Pages: ⊮ ⊲ 1 ⊳ ⊯

### Scheduled Liabilities

| Schedule # | Creditor | Total | Status | C/U/U/D | Debtor | Transferred |
|---|---|---|---|---|---|---|
| | | There are no records available. | | | | |

Records per page: 25    Records: 0 - 0 of 0 - Pages: ⊮ ⊲ 1 ⊳ ⊯

**Disclaimer:** The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST


WILMINGTON TRUST



Home

News

Key Information

Documents

**Claims**

Contact Us

Login

## CLAIMS ROOM

## View Claim Details

Claims Room -> View Claim

| | | | | |
|---|---|---|---|---|
| **Creditor:** ARANZUZA MEJIA | | | **Claim Number:** | MLC-0071185 |
| **Debtor:** Motors Liquidation Company | | | **Date Filed:** | Jun 17, 2011 |
| **Current Claim Status:** Stipulation | | | **View Claim Image:** | Download |

| Original Filed Amount | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $1,200,000.00 | $1,200,000.00 |
| **Current Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $520,000.00 | $520,000.00 |

**Hotline**
(800) 414-9607

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home    Login                    Privacy Notice    Terms Of Use    December 15, 2014 @ 12:30:34 PM    Copyright ©2011 AlixPartners, LLP  | (101)  AlixPartners

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT   Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor   GENERAL MOTORS CORPORATION | Case Number   09-50026 (REG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property)   ARANZUZA MEJIA | ☐ Check this box to indicate that this claim amends a previously filed claim |
|---|---|

Name and address where notices should be sent

Edoardo Rigo Salvatore, Esq
SALVATORE & NOKES, LLP
410 Broadway, Suite 100
Laguna Beach, CA 92651

THE GARDEN CITY GROUP, INC.
JUN 17 2011

Telephone number
(949) 494-0909

Court Claim Number _____
*(If known)*

Filed on _____

Name and address where payment should be sent (if different from above)

Same as above

FILED - 71185
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

| 1. Amount of Claim as of Date Case Filed     $ 2,000,000.00 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

| 2. Basis for Claim    Personal injury/Wrongful death on June 20, 2009  See attached |
|---|
| (See instruction #2 on reverse side.) |

3. Last four digits of any number by which creditor identifies debtor _____

   3a. Debtor may have scheduled account as _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property $_____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any $_____   Basis for perfection _____

   Amount of Secured Claim $_____   Amount Unsecured $_____

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority

$_____

6. Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of redacted on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FOR COURT USE ONLY

| Date   06/16/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    *Edoardo Rigo Salvatore* |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

https://www.mlcguctrust.com/ClaimRoom-ViewClaim.aspx?ClaimNumber=MLC-0071186    Bing

Convert ▼  Select

Favorites  Web Slice Gallery ▼  Suggested Sites ▼

MLC General Unsecured Creditors Trust

🏠 ▼ 🔝 ▼ ▢ 🖶 ▼ Page ▼ Safety ▼ Tools ▼ ❔ ▼



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST


WILMINGTON TRUST

| Home |
| News |
| Key Information |
| Documents |
| **Claims** |
| Contact Us |
| Login |

## CLAIMS ROOM

## View Claim Details

Claims Room -> View Claim

| | |
|---|---|
| **Creditor:** JUAN CARLOS MEJIA | **Claim Number:** MLC-0071186 |
| **Debtor:** Motors Liquidation Company | **Date Filed:** Jun 17, 2011 |
| **Current Claim Status:** Stipulation | **View Claim Image:** Download |

| Original Filed Amount | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $600,000.00 | $600,000.00 |
| **Current Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $26,000.00 | $26,000.00 |

**Hotline**
(800) 414-9607

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance.   Please consult an attorney for advice specifically relating to your legal matter.   Do not send confidential information without express consent of one of our case professionals.   The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor GENERAL MOTORS CORPORATION | Case Number 09-50026 (REG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property) JUAN CARLOS MEJIA | ☐ Check this box to indicate that this claim amends a previously filed claim |
|---|---|
| Name and address where notices should be sent<br><br>Edoardo Rigo Salvatore, Esq<br>SALVATORE & NOKES, LLP<br>410 Broadway, Suite 100<br>Laguna Beach, CA 92651<br><br>Telephone number<br>(949) 494-0909 | **THE GARDEN CITY GROUP INC** **JUN 17 2011**<br><br>Court Claim Number _____<br>*(If known)*<br><br>Filed on _____ |
| Name and address where payment should be sent (if different from above)<br>Same as above<br><br>FILED - 71186<br>MOTORS LIQUIDATION COMPANY<br>F/K/A GENERAL MOTORS CORP<br>SDNY # 09-50026 (REG)<br><br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case |

| 1. Amount of Claim as of Date Case Filed    $    2,000,000.00 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

**2. Basis for Claim**    Personal injury/Wrongful death on June 20, 2009. See attached
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor** _____

3a. Debtor may have scheduled account as _____
(See instruction #3a on reverse side.)

☐ Wages, salaries, or commissions (up to $11 725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property $_____    Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any  $_____    Basis for perfection _____

Amount of Secured Claim  $_____    Amount Unsecured  $_____

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2 600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

**6. Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

. Amount entitled to priority

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date 06/16/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Edoardo Rigo Salvatore* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500 000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST





Home

News

Key Information

Documents

**Claims**

Contact Us

Login

## CLAIMS ROOM

## View Claim Details

Claims Room -> View Claim

| | | | | | |
|---|---|---|---|---|---|
| **Creditor:** MARIA ALEJANDRA MEJIA | | | | **Claim Number:** | MLC-0071187 |
| **Debtor:** Motors Liquidation Company | | | | **Date Filed:** | Jun 17, 2011 |
| **Current Claim Status:** Stipulation | | | | **View Claim Image:** | **Download** |

| Original Filed Amount | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 |
| **Current Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $26,000.00 | $26,000.00 |

**Hotline**
(800) 414-9607

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance.   Please consult an attorney for advice specifically relating to your legal matter.   Do not send confidential information without express consent of one of our case professionals.   The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home    Login                    Privacy Notice    Terms Of Use    December 15, 2014 @ 12:35:26 PM   Copyright ©2011 AlixPartners, LLP  | (101)   **AlixPartners**

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT   Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor   GENERAL MOTORS CORPORATION | Case Number   09-50026 (REG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property)
MARIA ALEJANDRA MEJIA | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent
Edoardo Rigo Salvatore, Esq
SALVATORE & NOKES, LLP
410 Broadway, Suite 100
Laguna Beach, CA 92651
Telephone number:
(949) 494-0909 | Court Claim Number _____
*(If known)*
Filed on _____ |
| Name and address where payment should be sent (if different from above)
Same as above
FILED - 71187
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)
Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case. |

*(stamp)* THE GARDEN CITY GROUP INC   JUN 17 2011

| 1. Amount of Claim as of Date Case Filed   $   2,000,000.00 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

| 2. Basis for Claim   Personal injury on June 20, 2009  See attached
(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
|---|---|
| 3. Last four digits of any number by which creditor identifies debtor: _____
  3a. Debtor may have scheduled account as _____
  (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property $_____   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any $_____   Basis for perfection _____

Amount of Secured Claim $_____   Amount Unsecured $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date
06/16/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Edoardo Rigo Salvatore* | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.





## MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST



### CLAIMS ROOM

## View Claim Details

Claims Room -> View Claim

| | | | | |
|---|---|---|---|---|
| **Creditor:** ARANZUZA MEJIA AS GUARDIAN OF LUCAS MEJIA | | | **Claim Number:** | MLC-0071188 |
| **Debtor:** Motors Liquidation Company | | | **Date Filed:** | Jun 17, 2011 |
| **Current Claim Status:** Stipulation | | | **View Claim Image:** | **Download** |

| | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| **Original Filed Amount** | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 |
| **Current Amount** | $0.00 | $0.00 | $0.00 | $26,000.00 | $26,000.00 |

**Hotline**
(800) 414-9607

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance.  Please consult an attorney for advice specifically relating to your legal matter.   Do not send confidential information without express consent of one of our case professionals.   The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home   Login                    Privacy Notice    Terms Of Use    December 15, 2014 @ 12:36:06 PM    Copyright ©2011 AlixPartners, LLP   | (101)   **AlixPartners**

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>GENERAL MOTORS CORPORATION | Case Number<br>09-50026 (REG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503*

| Name of Creditor (the person or other entity to whom the debtor owes money or property)<br>ARANZUZA MEJIA as guardian of LUCAS MEJIA | ☐ Check this box to indicate that this claim amends a previously filed claim |
|---|---|
| Name and address where notices should be sent<br><br>Edoardo Rigo Salvatore, Esq<br>SALVATORE & NOKES, LLP<br>410 Broadway, Suite 100<br>Laguna Beach, CA 92651<br><br>Telephone number<br>(949) 494-0909 | Court Claim Number _____<br>*(If known)*<br><br>Filed on _____ |

| Name and address where payment should be sent (if different from above)<br>Same as above      **FILED - 71188**<br>**MOTORS LIQUIDATION COMPANY**<br>**F/K/A GENERAL MOTORS CORP**<br>**SDNY # 09-50026 (REG)**<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case |
|---|---|

| 1 Amount of Claim as of Date Case Filed      $        2,000,000 00<br><br>If all or part of your claim is secured, complete item 4 below, however  if all of your claim is unsecured  do not complete item 4<br><br>If all or part of your claim is entitled to priority  complete item 5<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges | 5 Amount of Claim Entitled to Priority under 11 U S C §507(a)  If any  portion of your claim falls in one of the following categories, check the box  and state the amount<br><br>Specify the priority of the claim<br><br>☐ Domestic support obligations under 11 U S C  §507(a)(1)(A) or (a)(1)(B)<br><br>☐ Wages  salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business, whichever is earlier – 11 U S C §507 (a)(4)<br><br>☐ Contributions to an employee benefit plan – 11 U S C §507 (a)(5)<br><br>☐ Up to $2 600* of deposits toward purchase  lease  or rental of property or services for personal, family, or household use – 11 U S C §507 (a)(7)<br><br>☐ Taxes or penalties owed to governmental units – 11 U S C §507 (a)(8)<br><br>☐ Other – Specify applicable paragraph of 11 U S C §507 (a)(__)<br><br>Amount entitled to priority<br><br>$_____<br><br>**Amounts are subject to adjustment on 7/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |
|---|---|
| 2 Basis for Claim    Personal injury on June 20  2009  See attached<br>(See instruction #2 on reverse side )<br>3 Last four digits of any number by which creditor identifies debtor _____<br><br>3a Debtor may have scheduled account as _____<br>(See instruction #3a on reverse side )<br>4 Secured Claim (See instruction #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe<br><br>Value of Property $_____  Annual Interest Rate_____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any  $_____   Basis for perfection<br><br>Amount of Secured Claim  $_____   Amount Unsecured  $_____ | |

| 6 Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim<br><br>7 Documents  Attach redacted copies of any documents that support the claim  such as promissory notes, purchase orders  invoices  itemized statements of running accounts  contracts  judgments, mortgages and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  *(See instruction 7 and definition of  redacted  on reverse side )*<br><br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br><br>If the documents are not available, please explain | |
|---|---|

| Date<br>06/16/2011 | Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney  if any<br><br>*Edoardo Rigo Salvatore* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 and 3571*

*(stamp: THE GARDEN CITY GROUP, INC  JUN 17 2011)*

× ☜ Convert ▾ ☜ Select

⭐ Favorites | 👍 ☜ Web Slice Gallery ▾ ☜ Suggested Sites ▾

MLC General Unsecured Creditors Trust

🏠 ▾ 🔊 ▾ 🖃 🖶 ▾ Page ▾ Safety ▾ Tools ▾ 🕜 ▾



MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST



WILMINGTON TRUST



## CLAIMS ROOM

### View Claim Details

Claims Room -> View Claim

| | | | | |
|---|---|---|---|---|
| **Creditor:** ARANZUZA MEJIA AS GUARDIAN OF SANTIAGO MEJIA | | | **Claim Number:** | MLC-0071189 |
| **Debtor:** Motors Liquidation Company | | | **Date Filed:** | Jun 17, 2011 |
| **Current Claim Status:** Stipulation | | | **View Claim Image:** | Download |

| Original Filed Amount | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 |
| **Current Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $26,000.00 | $26,000.00 |

**Hotline**
(800) 414-9607

**Disclaimer:** The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance.   Please consult an attorney for advice specifically relating to your legal matter.   Do not send confidential information without express consent of one of our case professionals.   The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home    Login                    Privacy Notice    Terms Of Use    December 15, 2014 @ 12:36:46 PM    Copyright ©2011 AlixPartners, LLP  | (101) **AlixPartners**

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor    GENERAL MOTORS CORPORATION | Case Number    09-50026 (REG) |
|---|---|

NOTE  *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503*

Name of Creditor (the person or other entity to whom the debtor owes money or property)
ARANZUZA MEJIA as guardian of SANTIAGO MEJIA

☐ Check this box to indicate that this claim amends a previously filed claim

Name and address where notices should be sent

Edoardo Rigo Salvatore, Esq
SALVATORE & NOKES, LLP
410 Broadway, Suite 100
Laguna Beach, CA 92651

Telephone number
(949) 494-0909

Court Claim Number _____
(If known)

Filed on _____

[stamp: THE GARDEN CITY GROUP, INC. JUN 17 2011]

Name and address where payment should be sent (if different from above)
Same as above

FILED - 71189
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

1  Amount of Claim as of Date Case Filed    $    2,000,000 00

If all or part of your claim is secured  complete item 4 below, however  if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges

2  Basis for Claim    Personal injury on June 20, 2009  See attached
(See instruction #2 on reverse side )

3  Last four digits of any number by which creditor identifies debtor _____

3a  Debtor may have scheduled account as _____
(See instruction #3a on reverse side )

4  Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe

Value of Property  $_____    Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any  $_____    Basis for perfection _____

Amount of Secured Claim  $_____    Amount Unsecured  $_____

5  Amount of Claim Entitled to Priority under 11 U S C §507(a)  If any  portion of your claim falls in one of the following categories, check the box  and state the amount

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries  or commissions (up to $11,725*) earned within 180 days before  filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U S C §507 (a)(5)

☐ Up to $2 600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U S C §507 (a)(__)

Amount entitled to priority

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6  Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7  Documents  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders  invoices, itemized statements of running accounts, contracts  judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction 7 and definition of  redacted  on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available  please explain

| Date    06/16/2011 | Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any | FOR COURT USE ONLY |
|---|---|---|

*Signature:* Edoardo Rigo Salvatore

Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 and 3571

https://www.mlcguctrust.com/ClaimRoom-ViewClaim.aspx?ClaimNumber=MLC-0071190

Bing

Convert ▼    Select

Favorites    Web Slice Gallery ▼    Suggested Sites ▼

MLC General Unsecured Creditors Trust

Page ▼    Safety ▼    Tools ▼



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST


WILMINGTON TRUST



Home

News

Key Information

Documents

**Claims**

Contact Us

Login

## CLAIMS ROOM

### View Claim Details

Claims Room -> View Claim

| | | | |
|---|---|---|---|
| **Creditor:** ARANZUZA MEJIA AS GUARDIAN OF NICOLAS MEJIA | | **Claim Number:** | MLC-0071190 |
| **Debtor:** Motors Liquidation Company | | **Date Filed:** | Jun 17, 2011 |
| **Current Claim Status:** Stipulation | | **View Claim Image:** | Download |

| Original Filed Amount | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 |
| **Current Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $26,000.00 | $26,000.00 |

**Hotline**
(800) 414-9607

**Disclaimer:** The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance.   Please consult an attorney for advice specifically relating to your legal matter.   Do not send confidential information without express consent of one of our case professionals.   The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home    Login                              Privacy Notice    Terms Of Use    December 15, 2014 @ 12:37:20 PM    Copyright ©2011 AlixPartners, LLP  | (101)    AlixPartners

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor    GENERAL MOTORS CORPORATION | Case Number    09-50026 (REG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property)
ARANZUZA MEJIA as guardian of NICOLAS MEJIA

☐ Check this box to indicate that this claim amends a previously filed claim

Name and address where notices should be sent:

Edoardo Rigo Salvatore, Esq
SALVATORE & NOKES, LLP
410 Broadway, Suite 100
Laguna Beach, CA 92651

Court Claim Number _____
(If known)

Telephone number
(949) 494-0909

Filed on _____

Name and address where payment should be sent (if different from above)
Same as above

**FILED - 71190**

**MOTORS LIQUIDATION COMPANY**
**F/K/A GENERAL MOTORS CORP**
**SDNY # 09-50026 (REG)**

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed    $    2,000,000.00

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim    Personal injury on June 20, 2009  See attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor _____

3a. Debtor may have scheduled account as _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property $_____   Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any $_____   Basis for perfection _____

Amount of Secured Claim $_____   Amount Unsecured $_____

THE GARDEN CITY GROUP
JUN 17 2011

Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__)

Amount entitled to priority

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date    06/16/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    *Edoardo Rigo Salvatore* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST

 WILMINGTON TRUST



Home

News

Key Information

Documents

Claims

Contact Us

Login

**Hotline**
(800) 414-9607

## CLAIMS ROOM

## Creditor Summary

Claims Room -> Creditor Summary

| Match Code: unmatched-71280-01 | | | | | | |
|---|---|---|---|---|---|---|
| **Filed Claims Tally** | **Count** | **Secured** | **Administrative** | **Priority** | **Unsecured** | **Total** |
| As Filed | 1 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 |
| Current Status | 1 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 |
| **Scheduled Claims Tally** | **Count** | **Secured** | **Administrative** | **Priority** | **Unsecured** | **Total** |
| As Filed | 0 | $0.00 | | | $0.00 | $0.00 |
| Current Status | 0 | $0.00 | | | $0.00 | $0.00 |

### Filed Claims

| Claim # | Creditor | Date | Total | Status | C/U/U/D | Debtor | Transferred |
|---|---|---|---|---|---|---|---|
| MLC-00712! | MICHAEL D STRANEY | 04/02/2013 | $25,000.00 | Stipulation | ▢▢▢▢ | Motors Liquidation Company | ▢ |
| Records per page: 25 ⌄ | | | | | | Records: 1 - 1 of 1 - Pages: ⏮ ⏴ 1 ⏵ ⏭ |

### Scheduled Liabilities

| Schedule # | Creditor | Total | Status | C/U/U/D | Debtor | Transferred |
|---|---|---|---|---|---|---|
| | | There are no records available. | | | | |
| Records per page: 25 ⌄ | | | | | Records: 0 - 0 of 0 - Pages: ⏮ ⏴ 1 ⏵ ⏭ |

**Disclaimer:** The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home   Login

Privacy Notice   Terms Of Use

December 15, 2014 @ 09:43:14 AM

Copyright ©2011 AlixPartners, LLP  | (101) **AlixPartners**





# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST



WILMINGTON TRUST

**CLAIMS ROOM**

## View Claim Details

Claims Room -> View Claim

| | | |
|---|---|---|
| Creditor: MICHAEL D STRANEY | | Claim Number: **MLC-0071280** |
| Debtor: Motors Liquidation Company | | Date Filed: **Apr 02, 2013** |
| Current Claim Status: **Stipulation** | | View Claim Image: **Download** |

| | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| **Original Filed Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 |
| **Current Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 |

Home
News
Key Information
Documents
Claims
Contact Us
Login

**Hotline**
(800) 414-9607

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home   Login

Privacy Notice   Terms Of Use   December 15, 2014 @ 12:39:41 PM   Copyright ©2011 AlixPartners, LLP | (101) **AlixPartners**

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** | **PROOF OF CLAIM**

Name of Debtor (Check Only One):
- ☐ Motors Liquidation Company (f/k/a General Motors Corporation) — 09-50026 (REG)
- ☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
- ☐ MLC of Harlem, Inc. (f/k/a Chevrolet Saturn of Harlem, Inc.) — 09-13558 (REG)

Case No.

Your Claim is Scheduled As Follows:

THE GARDEN CITY GROUP, INC.   APR - 2 2013

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Michael D Straney**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Stephen Wasinger
32121 Woodward Avenue, Suite 300
Royal Oak, MI 48073

Court Claim Number: ____
(If known)

Telephone number: (248) 544-7097
Email Address: sfw@sfwlaw.com

Filed on: ____

Name and address where payment should be sent (if different from above):

FILED - 71280
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. Amount of Claim as of Date Case Filed, June 1, 2009: $ 25,000
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Straney v General Motors, No. 08-1227 (6th Cir)**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ____
3a. Debtor may have scheduled account as: ____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☐ Other
Describe:
Value of Property: $____ Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $____
Basis for perfection:
Amount of Secured Claim: $____ Amount Unsecured: $____

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).
If any portion of your claim falls in one of the following categories, check the box and state the amount.
Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
Amount entitled to priority:
$____
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 4/1/13
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Stephen Wasinger as attorney in fact for Michael D Straney

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST


WILMINGTON TRUST



Home

News

Key Information

Documents

**Claims**

Contact Us

Login

**Hotline**
(800) 414-9607

## CLAIMS ROOM

## Creditor Summary

Claims Room -> Creditor Summary

### Match Code: unmatched-71296-01

| Filed Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 1 | $0.00 | $0.00 | $0.00 | $2,500,000.00 | $2,500,000.00 |
| Current Status | 1 | $0.00 | $0.00 | $0.00 | $2,500,000.00 | $2,500,000.00 |

| Scheduled Claims Tally | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 0 | $0.00 | | | $0.00 | $0.00 |
| Current Status | 0 | $0.00 | | | $0.00 | $0.00 |

### Filed Claims

| Claim # | Creditor | Date | Total | Status | C/U/U/D | Debtor | Transferred |
|---|---|---|---|---|---|---|---|
| MLC-007129 | HELMER MARTINS RICE & POPHAM CO LPA | 12/19/2013 | $2,500,000.00 | Stipulation | ☐ ☐ ☐ ☐ | Motors Liquidation Company | ☐ |

Records per page: 25 ⌄    Records: 1 - 1 of 1 - Pages: ⦀ ⊲ 1 ⊳ ⦀

### Scheduled Liabilities

| Schedule # | Creditor | Total | Status | C/U/U/D | Debtor | Transferred |
|---|---|---|---|---|---|---|
| | | There are no records available. | | | | |

Records per page: 25 ⌄    Records: 0 - 0 of 0 - Pages: ⦀ ⊲ 1 ⊳ ⦀

**Disclaimer:** The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home   Login          Privacy Notice   Terms Of Use   December 15, 2014 @ 09:43:58 AM   Copyright ©2011 AlixPartners, LLP  | (101) **AlixPartners**



# MOTORS LIQUIDATION COMPANY
# GENERAL UNSECURED CREDITORS TRUST


WILMINGTON TRUST

## CLAIMS ROOM

### View Claim Details

Claims Room -> View Claim



Home

News

Key Information

Documents

Claims

Contact Us

Login

| Creditor: HELMER MARTINS RICE & POPHAM CO LPA | | | | Claim Number: | MLC-0071296 |
| Debtor: Motors Liquidation Company | | | | Date Filed: | Dec 19, 2013 |
| Current Claim Status: Stipulation | | | | View Claim Image: | Download |

| Original Filed Amount | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $2,500,000.00 | $2,500,000.00 |
| **Current Amount** | | | | | |
| | $0.00 | $0.00 | $0.00 | $2,500,000.00 | $2,500,000.00 |

**Hotline**
(800) 414-9607

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance.    Please consult an attorney for advice specifically relating to your legal matter.    Do not send confidential information without express consent of one of our case professionals.    The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home    Login                    Privacy Notice    Terms Of Use    December 15, 2014 @ 12:40:47 PM    Copyright ©2011 AlixPartners, LLP  | (101) AlixPartners

*P-APS$F-POC*

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

Name of Debtor (Check Only One):
- ● Motors Liquidation Company (f/k/a General Motors Corporation) — Case No. 09-50026 (REG)
- ○ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
- ○ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
- ○ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) — 09-13558 (REG)

Your Claim is Scheduled As Follows:

THE GARDEN CITY GROUP INC.
DEC 19 2013

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Helmer, Martins, Rice & Popham Co., L.P.A.**

Name and address where notices should be sent:

James B. Helmer, Jr.
600 Vine Street
Suite 2704
Cincinnati, OH 45202

Telephone number: 513.421.2400
Email Address: jhelmer@fcalawfirm.com

○ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

FILED - 71296
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Name and address where payment should be sent (if different from above):

○ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

○ Check this box if you are the debtor or trustee in this case.

Telephone number: _____

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ [2,500,000]

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

○ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See addendum annexed hereto ____
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ○ Real Estate  ● Motor Vehicle  ○ Equipment  ○ Other
**Describe:**

**Value of Property:** $ _____  **Annual Interest Rate** ____%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $ _____

**Basis for perfection:** _____

**Amount of Secured Claim:** $ _____  **Amount Unsecured:** $ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

○ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

○ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

○ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

○ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

○ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

○ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).

○ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Date:** 12-19-13

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

James B. Helmer, Jr.
President, Helmer, Martins
Rice & Popham Co. L.P.A.

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

CSL