# **EXHIBIT 1**

# TECHNICAL ASSISTANCE CENTER

## **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 06589282 | *VIN:* | Privacy |
| *Date Opened:* | 20030701 | *Model Year:* | 2003 |
| *Date Closed:* | 05/12/2014 | *Model Series:* | AZ |
| *Dealer Code:* | ?152008 | *Mileage:* | 003205 |
| *Dealer Name:* | Kelly Saturn, Inc.  Easton | *Dealer State:* | PA |
| *Dealer Phone:* | 6107461800 | *Division:* | Saturn - GM |

SYMPTOM ABSTRACT---- STALL ENGINE   INT STALL P1599

RESOLUTION ABSTRACT-

UCC CODE 1----------

UCC-1 DESCRIPTION--- Engine

UCC CODE 2----------

UCC-2 DESCRIPTION---

UCC CODE 3----------

UCC-3 DESCRIPTION---

07/01/2003 14:05:00 SBD Template - KICKIRILLO

tech unable to duplicate.  cust able to restart immediately.  occurs at
highway speed 2X.

advise tech to check P1599 failure record - note this is a manual trans.

advised tech to check connections at ecm and ei module.  check ign
switch.  try to duplicate and check fuel pressure.

07/01/2003 14:05:00 History      - KICKIRILLO

08/20/2003 15:03:44 REYNOLDS          - closing

tech could not duplicate..

closing.