# **<u>EXHIBIT 2</u>**

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 06790339 | *VIN:* | Privacy |
| *Date Opened:* | 20030918 | *Model Year:* | 2003 |
| *Date Closed:* | 05/12/2014 | *Model Series:* | AJ |
| *Dealer Code:* | S121918 | *Mileage:* | 009190 |
| *Dealer Name:* | W. Gordon Walker    South Holland | *Dealer State:* | IL |
| *Dealer Phone:* | 7083316400 | *Division:* | Saturn |

SYMPTOM ABSTRACT---- STALL ENGINE   ENGINE STALL INTERMITTENT
RESOLUTION ABSTRACT-
UCC CODE 1----------
UCC-1 DESCRIPTION--- Engine
UCC CODE 2----------
UCC-2 DESCRIPTION---
UCC CODE 3----------
UCC-3 DESCRIPTION---


09/18/2003 15:21:35 SBD Template - VOELLINGER
tech stated ENGINE STALL INTERMITTENT.
tech cannot duplicate.
no codes.
owner stated happened 6x.  1x on the highway and 5x at 20-25 mph while
cruising.
owner stated the car restarts fine.

rec:
- uhjb 3 silver bolts.
- battery bolts
- battery state of charge.
- EI module connector for tt.
-  check G301 and G101.


09/18/2003 15:21:35 History     - VOELLINGER
09/19/2003 11:17:44 VOELLINGER          - update-
tech checked the following and all ok:
- uhjb 3 silver bolts.

GMNHTSA630005854
GM-MDL2543-000006936

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 06790339 | *VIN:* | Privacy |
| *Date Opened:* | 20030918 | *Model Year:* | 2003 |
| *Date Closed:* | 05/12/2014 | *Model Series:* | AJ |
| *Dealer Code:* | S121918 | *Mileage:* | 009190 |
| *Dealer Name:* | W. Gordon Walker    South Holland | *Dealer State:* | IL |
| *Dealer Phone:* | 7083316400 | *Division:* | Saturn |

- battery bolts
- battery state of charge.
- EI module connector for tt.
- check G301 and G101.

tech drove the car 52 miles and no duplication.

rec:
check the tt at the ignition switch.
find out if the owner has several keys on the chain.
if ok, release the car as unable to duplicate.