# **EXHIBIT 3**

```
Request number: 1-9072716
Safety related: null
Owner:     [ Privacy ]
Address:         [ Privacy ]

Owner phone [ Privacy ]
Vin: [ Privacy ]
Make: Saturn - GM
Model: ION 3
Year :2003
Mod_time :2003-12-29 08:47:19.0
Open date : 2003-10-23
Odometer : 5900
Closed date : 2003-12-29
Complaint number :1
Complaint code 0 N03
Complaint text 0 Ignition System
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 55
1-802O-68183|EVENT|null|null|2003-10-23|00:00:00|I STATED: * I HAVE THE OWNER ON THE OTHER
LINE. * SHE IS REQUESTING US PUT HER IN A RENTAL BECAUSE SHE FEELS UNSAFE. * IS THERE ANY
WAY YOU CAN GET HER IN ANY SOONER?[Privacy]STATED: * THE TECHNICIAN THAT CAN WORK ON IT IS IN
SCHOOL. * HE IS NOT AVAIALABLE UNTIL MONDAY. * HE DOES NOT HAVE ANY OTHER TECHNICIAN THAT
CAN WORK ON THAT TYPE OF CONCERN. I STATED: * THANK YOU.|2003-10-23
1-802O-68184|EVENT|null|null|2003-11-06|00:00:00||2003-11-06
1-802O-68187|EVENT|null|null|2003-10-23|00:00:00||2003-10-23
1-802O-68188|EVENT|null|null|2003-11-06|00:00:00||2003-11-06
1-802O-68190|EVENT|null|null|2003-12-26|00:00:00||2003-12-26
1-802O-68191|EVENT|null|null|2003-10-23|00:00:00||2003-10-23
1-802O-68192|EVENT|null|null|2003-10-30|00:00:00||2003-10-30
1-802O-68193|EVENT|null|null|2003-11-06|00:00:00|  [ Privacy ]  I STATED: * I UNDERSTAND [Privacy]
[Privacy], SERVICE MANAGER, LOOKED AT YOUR VEHICLE YESTERDAY AFTERNOON. * I UNDERSTAND THEY
DID NOT FIND ANY CONCERN WITH THE IGNITION, BUT THAT THE KEY WAS BENT. OWNER STATED: * THAT
IS RIGHT. * BUT DID THEY TELL YOU IT WAS STILL STALLING? I STATED: * YES, I AM AWARE OF
THAT. * THEY ALSO ADVISED ME THERE WERE QUIT A FEW KEYS ON THE KEY CHAIN. * THIS CAN CAUSE
THE VEHICLE TO STALL. OWNER STATED: * SHE DOESN'T THINK SO, IT IS SOMETHING DIFFERENT. I
STATED: * ACTUALLY, IT CAN. * THE IGNITION IS AN ELECTRICAL COMPONENT. * WHEN YOU PUT A
LARGE AMOUNT OF KEYS IN THE IGNITION, IT WEIGHS IT DOWN. * THIS CAN INTERUPT THE ELECTRONIC
SIGNAL, WHICH IN RETURN CAN MAKE THE CAR STALL. * WHAT WE WOULD LIKE FOR YOU TO DO IS TRY
DRIVING THE VEHICLE WITHOUT ALL THE KEYS. * IN ADDITION, TO SHOW YOU WE DO STAND BEHIND OUR
PRODUCT, WE WOULD OFFER IS AN 4/50/0 EXTENDED WARRANTY. * THIS WOULD ALSO COVER RENTAL
SHOULD YOU NEED IT IN THE FUTURE. * S/ENFIELD IS VERY WILLING TO HELP FIX YOUR VEHICLE. *
IF THE STALLING CONTINUES TO HAPPEN (AFTER TAKING OFF THE EXCESSIVE KEYS) WE CAN RE-REVIEW
THE SITUATION TO SEE WHAT CAN BE DONE. * HOWEVER, THE FACILITY IS VERY WILLING TO WORK WITH
YOU AND ME TO GET IT FIXED. OWNER STATED: * SHE KNOWS THAT AND S/ENFIELD HAVE BEEN GREAT. *
DOES SHE NEED TO SIGN ANYTHING FOR THE WARRANTY? I STATED: * YES. * I WILL SEND THOSE FORMS
TO YOU IN THE MAIL. OWNER STATED: * OKAY. * THANK YOU.|2003-11-06
1-802O-68195|EVENT|null|null|2003-10-30|00:00:00| [ Privacy ] [ Privacy ] STATED: * IN ORDER TO
START THE VEHICLE YOU HAVE TO PLAY WITH THE KEY. * THE KEY WILL NOT COME OUT OF THE
IGNITION. * SHE DOES NOT LIKE THE WAY THEY WERE TREATED BY S/SPRINGFIELD. * SHE DOES NOT
```

```
 KNOW IF THEY FIXED IT RIGHT. I STATED: * I AM SORRY. * IS THERE ANOTHER FACILITY YOU COULD
 TAKE IT TO? [Privacy] STATED: * SHE KNOWS [Privacy] AT S/ENFIELD. * HE IS A FRIEND OF HERS.
 * HE ORIGINALLY WORKED AT S/SPRINGFIELD. * SHE WOULD LIKE TO TAKE IT TO HIM. I STATED; * IF
 YOU CAN HOLD, I CAN CONFERENCE S/ENFIELD ON THE PHONE. OWNER STATED: * YES.|2003-10-30
1-802O-68197|EVENT|null|null|2003-10-28|00:00:00||2003-10-28
1-802O-68199|EVENT|null|null|2003-12-26|00:00:00|[Privacy]|2003-12-26
1-802O-68200|EVENT|null|null|2003-10-30|00:00:00||2003-10-30
1-802O-68202|EVENT|null|null|2003-11-18|00:00:00|[Privacy][Privacy] STATED: * THE VEHICLE
 IS HAVING THE SAME CONCERNS. * THE KEY GETS STUCK AND SHE HAS TO JIGGLE IT TO GET IT OUT. *
 SHE DOES NOT FEEL SAFE IN THIS VEHICLE. * IT DIED ON HER TWICE WHILE SHE WAS DRIVING IT
 LAST NIGHT. * SHE WANTS OUT OF THE VEHICLE. I STATED; * YOU WILL NEED TO TAKE THE VEHICLE
 BACK IN. * I WILL SUBMIT THE INFORMATION FOR POSSIBLE REPURCHASE/REPLACEMENT, BUT I CANNOT
 GUARANTEE THAT WILL BE AN OPTION. * CAN I CONFERENCE YOU FOR AN APPOINTMENT. OWNER STATED:
 * YES. I ADVISED [Privacy] I WOULD CONTACT HER WHEN I HAD MORE INFORMATION.|2003-11-18
1-802O-68203|EVENT|null|null|2003-11-05|00:00:00|I ADVISED [Privacy] * THE CONCERN WILL NEED TO
 BE VERIFIED. * I AM REFERRING HER BACK. * AT THAT POINT, WE CAN REVIEW IF REPURCHASE OR
 REPLACEMENT IS AN OFFER.|2003-11-05
1-802O-68206|EVENT|null|null|2003-12-04|00:00:00|[Privacy] STATED: * SHE MADE AN APPOINTMENT
 WITH S/HARTFORD ON MONDAY AT 3:00 P.M. * CAN SHE GET A PRINTOUT OF ALL HER SERVICES DONE? I
 STATED: * A SATURN FACILITY WILL BE ABLE TO PRINT THOSE OUT FOR YOU. * I WILL FOLLOW UP
 WITH YOU MONDAY.|2003-12-04
1-802O-68207|EVENT|null|null|2003-11-06|00:00:00|11/26/03STATUS OF SSP ACCEPTANCE
 FORMS.|2003-11-06
1-802O-68208|EVENT|null|null|2003-10-28|00:00:00||2003-10-28
1-802O-68209|EVENT|null|null|2003-10-23|00:00:00|I STATED: * THE OWNER IS CLAIMING SHE DOES
 NOT FEEL SAFE IN THE VEHICLE. * SHE WANTS US TO PUT HER IN A RENTAL. * SHE HAD A CONCERN
 WHERE THE VEHICLE WOULD DIE AND THEY REPLACED THE IGNITION SWITCH. * SHE IS NOW HAVING
 ANOTHER IGNITION CONCERN AND SHE IS RELATING THE TWO. * THE TECHNICIAN THAT CAN WORK ON THE
 PROBLEM IS NOT AVAILABLE UNTIL MONDAY BECAUSE HE IS IN TRAINING. * SHE WILL NOT GO TO
 ANOTHER FACILITY. * SHOULD WE PUT HER IN A RENTAL. [Privacy] STATED; * YES, GO AHEAD AND
 AUTHORIZE A RENTAL.|2003-10-23
1-802O-68211|EVENT|null|null|2003-12-04|00:00:00||2003-12-04
1-802O-68212|EVENT|null|null|2003-10-23|00:00:00|[Privacy] OR [Privacy] [Privacy] STATED:
 * THEY CANNOT GET IN UNTIL MONDAY. * THE ONLY CURRENT CONCERN IS THE IGNITION (WHERE THE
 KEY CAN BE TAKEN OUT WHILE IT IS STILL RUNNING) * IT STALLING OUT IN THIRD GEAR. * SHE IS
 RELATING THIS IGNITION CONCERN TO THE VEHICLE STALLING BECAUSE THEY REPLACED PART OF THE
 IGNITION THEN. I STATED: * I APOLOGIZE FOR YOUR FRUSTRATION. OWNER STATED: * OH, THIS IS
 MORE THAN FRUSTRATION AT THIS POINT. * SHE DOES NOT FEEL SAFE. * SHE WANTS ANOTHER VEHICLE.
 I STATED: * WE CAN REVIEW YOUR OPTIONS ONCE THE VEHICLE HAS BEEN DIAGNOSED. * HOWEVER,
 SINCE YOUR APPOINTMENT IS NOT UNTIL MONDAY, WE WILL HAVE TO WAIT. OWNER STATED: * CAN YOU
 PUT ME IN A RENTAL? I STATED: * PLEASE HOLD AND I CAN FIND OUT. I ADVISED THE OWNER: * WE
 CAN PUT YOU IN A RENTAL. OWNER STATED: * SHE WILL DROP IT OFF BY NOON TOMORROW. I STATED: *
 I WILL CALL [Privacy] SERVICE MANAGER, AND LET HIM KNOW WE ARE AUTHORZING THE RENTAL. *
 IF YOU HAVE ANY QUESTIONS, PLEASE GIVE ME A CALL BACK. * OTHERWISE, I WILL FOLLOW UP WITH
 YOU AFTER THE VEHICLE HAS BEEN DIAGNOSED.|2003-10-23
1-802O-68215|EVENT|null|null|2003-12-12|00:00:00|[Privacy] I STATED; * I CONTACTED
 S/HARTFORD AND THEY ADVISED ME YOU WERE NOT ABLE TO TAKE THE VEHICLE IN. [Privacy] STATED: *
 SHE TOOK IT TO S/ENFIELD (SINCE THEY COULD GET HER IN SOONER) AND THEY TOLD HER SHE HAS A
 TEMPORMENTAL IGNITION. * SOMETHING NEEDS TO BE DONE AND SHE IS TIRED OF TAKING IT TO
 SATURN. I STATED: * WE DO HAVE TO TRUST THE DIAGNOSIS OF A SATURN FACILITY. * I WOULD TRY
 TO TAKE IT TO S/HARTFORD. * I HAVE GONE AHEAD AND SUBMITTED FOR THE SERVICE PLAN TO BE PUT
 ON YOUR VEHICLE. * IF YOU DECIDE TO TAKE IT TO S/HARTFORD, PLEASE LET ME KNOW. OWNER
 STATED: * SHE WOULD. * THANK YOU.|2003-12-12
1-802O-68216|EVENT|null|null|2003-11-05|00:00:00|[Privacy] ADVISED ME TO HAVE THE OWNER
```

```
TAKE THE VEHICLE BACK IN TO HAVE THE CONCERN VERIFIED. IF IT IS DOING THE SAME THING,
SUBMIT THE INFORMATION.|2003-11-05
1-802O-68218|EVENT|null|null|2003-10-23|00:00:00|I ADVISED [Privacy] * WE ARE GOING TO AUTHORIZE
A RENTAL. * SHE SAID SHE WOULD DROP IT OFF BY NOON TOMORROW. * IS THAT OKAY. [Privacy] STATED: *
YES.|2003-10-23
1-802O-68219|EVENT|null|null|2003-11-20|00:00:00|[Privacy] STATED: * THEY CALLED [Privacy] AND THEY
RECOMMENDED TAKING THE EXTRA KEYS OFF. * HE CALLED [Privacy] AND THEY TOLD HER THEY COULD NOT
DUPLICATE ANYTHING. * SHE DOES NOT WANT THE VEHICLE BACK. I STATED: * IF YOU ALL CANNOT
DUPLICATE ANYTHING, THEN SHE NEEDS TO TAKE THE VEHICLE BACK. * I WILL CALL AND REITERATE
THE INFORMATION TO HER.|2003-11-20
1-802O-68220|EVENT|null|null|2003-10-27|00:00:00|I STATED: * I AM CALLING TO GET AN UPDATE
ON THE OWNER'S VEHICLE. [Privacy] STATED: * THE HVAC SYSTEM NEEDS A SWITCH. * HE HAS NOT
FIGURERED OUT THE IGNTION CONCERN YET. I STATED: * I WILL FOLLOW UP TOMORROW.|2003-10-27
1-802O-68221|EVENT|null|null|2003-12-04|00:00:00|[Privacy] OWNER STATED: * IF SHE TOUCHES
HER KEYS IT TURNS OFF. * IT IS HAVING THE SAME CONCERN. I STATED: * YOU WILL NEED TO TAKE
IT BACK IN AND HAVE THEM DUPLICATE THE CONDITION. OWNER STATED: * SHE WOULD BE ABLE
TO|2003-12-04
1-802O-68222|EVENT|null|null|2003-11-20|00:00:00|[Privacy] I STATED: * I HAVE BEEN IN
CONTACT WITH SATURN OF ENFIELD. * [Privacy] ADVISED ME THEY WERE NOT ABLE TO FIND ANYTHING
WRONG. * AT THIS POINT, YOU WILL NEED TO TAKE THE RENTAL BACK AND PICK UP YOUR VEHICLE.
OWNER STATED: * BUT SOMETHING IS WRONG WITH THE VEHICLE AND SATURN SHOULD DO SOMETHING
ABOUT IT. I STATED: * AT THIS POINT, WE HAVE OFFERED AN EXTENDED WARRANTY. * WITHOUT THE
FACILITY BEING ABLE TO DUPLICATE THE CONDITION, WE WILL NOT BE ABLE TO REVIEW THE SITUATION
FURTHER. * THE FACILITY IS NOT GOING TO JUST REPLACE PARTS. OWNER STATED: * BUT
S/SPRINGFIELD DUPLICATED THE CONDITION. * WHAT THEY DID DIDN'T WORK. I STATED: * I
UNDERSTAND THAT. * BUT IT WOULD STILL HAVE TO BE DUPLICATED AGAIN. * THERE COULD BE OTHER
THINGS CAUSING THE VEHICLE TO SHUT OFF. OWNER STATED: * SHE WILL CALL HER ATTORNEY AGAIN. *
THIS IS NOT RIGHT. I STATED: * I UNDERSTAND YOUR POSITION, IF YOU FEEL YOU NEED TO PURSUE
OTHER AVENUES, THAT IS YOUR RIGHT AS A CONSUMER. OWNER STATED: * WHAT'S GOING TO HAPPEN IF
IT DOES IT AGAIN? I STATED: * YOU WILL NEED TO TAKE IT TO EITHER SPRINGFIELD OR ENFIELD,
AND YOU CAN CONTACT ME. * UNTIL THE CONDITION IS DUPLICATED, WE WILL NOT BE ABLE TO DO
ANYTHING. OWNER STATED: * OKAY.|2003-11-20
1-802O-68223|EVENT|null|null|2003-11-18|00:00:00|[Privacy] COMMENTS: [Privacy] /16/2003 09:59:12
SBD TEMPLATE - [Privacy]          TECH STATES THE CONCERN IS INTERMITENTLY SHIFTS INTO 3RD GEAR
ENGINE STALLS AND ALL ELECTRICAL CUTS OUT. OWNER COASTS TO THE SIDE OF THE ROAD AND
RESTARTS CAR AND DRIVES FINE. ADVISED TECH TO CHECK FOR CODES AND LOOK AT THE WIRING
HARNESS RUNNING NEAR THE SHIFTER. TECH WILL CALL BACK WITH UPDATE. **** 05/19/2003 10:16:35
[Privacy]         - UPDATE- [Privacy] TECH, IS WORKING ON THE CAR. NEVER ABLE TO DUPLICATE.
TECH II WILL NOT COMM WITH TECH II. TECH USED CANDI MODULE AND THE BLACK CONNECTOR. REC:
CHECK THE VERSION 23.001 IN THE TECH II. CHECK OPERATION ON A KNOWN GOOD ION. BORROW A TECH
II AND A CANDI MODULE FROM ANOTHER STORE. 1. CHECK BATTERY BOLTS AND BATTERY STATE OF
CHARGE. 2. CHECK UHJB 3 SILVER BOLTS ON THE UHJB. 3. CHECK ALL HEAVY CONNECTIONS UNDER THE
HOOD. CHECK ENGINE **** 05/20/2003 10:33:23 GRIPP         - UPDATE- TECH STATES THAT THIS
VEH STALLED ONCE AND WHEN STARTING LOST POWER TO EVERYTHING AND WHEN CYCLED KEY AGAIN
VEHICLE STARTED. REC:ADVISED TECH TO LOOK AT IGNITION SWITCH CONN AND WIRES ALONG STEERING,
IF OKAY REPLACE IGNITION SWITCH **** END|2003-11-18
1-802O-68589|EVENT|null|null|2003-10-23|00:00:00|* FIRST OWNER. * NO SSP. * ONE SATURN
OWNED.|2003-10-23
1-802O-68590|EVENT|null|null|2003-12-04|00:00:00||2003-12-04
1-802O-68592|EVENT|null|null|2003-12-04|00:00:00|12/8/03SERVICE APPOINTMENT|2003-12-04
1-802O-68593|EVENT|null|null|2003-12-29|00:00:00|I STATED: * I HAD CALLED REGARDING THE
LETTER YOU WROTE. * I UNDERSTAND YOU ARE SEEKING SATURN TO REPURCHASE THE VEHICLE. * AS I
STATED BEFORE, YOU WOULD NEED TO HAVE THE CONCERN DUPLICATED. OWNER STATED: * S/SPRINGFIELD
DUPLICATED THE CONCERN AND THEY COULD NOT FIX IT. I STATED: * YOUR VEHICLE HAS NOT BEEN TO
```

```
S/SPRINGFIELD RECENTLY. * YOU WENT TO S/ENFIELD WHO STATED THERE IS NOTHING WRONG WITH
VEHICLE. * I HAD RECOMMENDED A SECOND OPINION AT S/HARTFORD, BUT YOU TOOK IT TO S/ENFIELD.
* IN ADDITION, YOUR LETTER STATED I ADVISED YOU WE WOULD REPURCHASE YOUR VEHICLE AND SEND
YOU THE PAPERWORK. * THAT IS NOT TRUE. * I OFFERED YOU AN EXTENDED WARRANTY AND SENT YOU
THE ACCEPTANCE FORMS FOR THE WARRANTY. * I HAD ADVISED YOU IF THE CONCERN CAN BE DUPLICATED
WE WOULD REVIEW IF REPURCHASE OR REPLACEMENT IS AN OPTION.  OWNER STATED: * SHE DOESN'T
UNDERSTAND THIS. * HER CAR IS UNSAFE AND THE CONCERN HAS BEEN DUPLICATED. * UNDER HER STATE
LAWS, SHE IS ENTITLED TO A NEW VEHICLE OR A REIMBURSEMENT. I STATED: * I UNDERSTAND THAT,
BUT NOT IF YOUR VEHICLE IS FIXED AND S/ENFIELD STATES THERE IS NOTHING WRONG WITH IT. * AT
THIS POINT I WOULD RECOMMEND THAT SECOND OPINION. * I HAVE PUT THE EXTENDED WARRANTY ON
YOUR VEHICLE SO RENTAL SHOULD BE COVERED. OWNER STATED; * SHE WILL JUST CONTACT HER
ATTORNEY. I STATED: * THAT IS FINE. * IF YOU OBTAIN AN ATTORNEY, ALL FUTURE COMMUNICATION
WILL NEED TO BE THROUGH HIM OR HER. * I WILL BE GLAD TO DISCUSS THE INFORMATION WITH THEM.
OWNER STATED; * OKAY. *|2003-12-29
1-802O-68594|EVENT|null|null|2003-11-05|00:00:00||2003-11-05
1-802O-68595|EVENT|null|null|2003-11-05|00:00:00|[Privacy] I STATED: *|2003-11-05
1-802O-68597|EVENT|null|null|2003-11-04|00:00:00|[Privacy] I STATED: * I AM FOLLOWING UP
   REGARDING THE VEHICLE. [Privacy] STATED: * THE KEY IS STUCK IN THE IGNITION. * IT GOT STUCK
   LAST NIGHT AND SHE WAS ABLE TO GET IT OUT. * IN ADDITION IT STALLED ON HER. * SHE WENT TO
   USE THE VEHICLE AGAIN, AND THE KEY GOT STUCK. * SHE HAS NOT CALLED THE FACILITY YET. I
   STATED: * LET ME GIVE THE STORE A CALL. * I KNOW THE FSE WAS INVOLVED. * THEY MIGHT WANT TO
   HAVE HIM LOOK AT IT AT THIS POINT.|2003-11-04
1-802O-68598|EVENT|null|null|2003-11-18|00:00:00||2003-11-18
1-802O-68599|EVENT|null|null|2003-11-05|00:00:00||2003-11-05
1-8035-113708|EVENT|null|null|2003-10-30|00:00:00|PLEASE CALL TODAY, ALSO STATED SHE IS
   GOING TO CALL THE ATTORNEY GENERAL.|2003-10-30
1-8035-114018|EVENT|null|null|2003-11-06|00:00:00|[Privacy]|2003-11-06
1-8035-174556|EVENT|null|null|2003-10-28|00:00:00|PLEASE CALL|2003-10-28
1-8035-83697|EVENT|null|null|2003-10-23|00:00:00|RESEACH OWNER STATED: -WHEN SHE STARTS HER
   VEHICLE SHE CAN PULL THE KEY OUT OF THE IGNITION WHILE ITS RUNNING. -THE RELEASE OF THE
   CLUTCH IS TO HIGH. -THE GEARS ON HER VEHICLE STICK. -HER ELECTRICAL SYSTEM IS NOT WORKING
   PROPERLY. -WHEN SHE TURNS ON HER A/C IT KILLS THE OTHER INTERIOR LIGHTS. -SHE FEELS HER
   VEHICLE IS A LEMON. OWNER IS SEEKING TO BE TAKEN OUT OF THIS VEHICLE AND IN A DIFFERENT
   SATURN.|2003-10-23
1-803O-158517|EVENT|null|null|2003-11-06|00:00:00|APPROVAL FOR 4/50/0 EVC. $350
   UX-X3062|2003-11-06
1-804C-168250|EVENT|null|null|2003-12-04|00:00:00||2003-12-04
1-804D-121255|EVENT|null|null|2003-10-28|00:00:00|[Privacy] WORK UNTIL 4:30PM EST
   [Privacy]|2003-10-28
1-804E-41689|EVENT|null|null|2003-10-30|00:00:00|[Privacy] WOULD LIKE TO RECEIVE A CALL
   BACK. IF [Privacy] IS NOT THERE ASK FOR [Privacy]|2003-10-30
1-804E-41971|EVENT|null|null|2003-11-06|00:00:00||2003-11-06
1-804F-147764|EVENT|null|null|2003-11-04|00:00:00||2003-11-04
1-804F-147810|EVENT|null|null|2003-12-04|00:00:00|[Privacy] THE OWNER WANTS [Privacy] TO CALL
   HER BACK.|2003-12-04
1-804G-162146|EVENT|null|null|2003-11-18|00:00:00||2003-11-18
1-804I-35967|EVENT|null|null|2003-11-06|00:00:00|FULFILLED:GW EXTENDED VEHICLE COVERAGE
   COVER LETTER WITH ACCEPTANCE FORM. SR#1-5EGJW|2003-11-06
1-804J-110001|EVENT|null|null|2003-12-29|00:00:00||2003-12-29
1-804O-172643|EVENT|null|null|2003-11-05|00:00:00|OWNER STATED IT IS VERY IMPOTANT FOR [Privacy]
   [Privacy] TO CONTACT HER, BECUASE IF THERE IS NOTHING RESOLVED SHE IS CONTACTING HER ATTORNEY
   GENERAL.|2003-11-05
1-804O-173078|EVENT|null|null|2003-12-22|00:00:00||2003-12-22
1-804O-173506|EVENT|null|null|2003-11-20|00:00:00||2003-11-20
```

```
1-804O-179002|EVENT|null|null|2003-10-28|00:00:00 Privacy STATED: * THE OWNER IS THERE NOW. *
ALL THEY NEEDED TO DO WAS CUT A NEW KEY FOR THE IGNITION. I STATED: * OKAY. * THE OWNER IS
EXPECTING A CALL FROM ME. * IF SHE IS THERE NOW, I DON'T THINK I WILL BE ABLE TO REACH HER
BY FIVE. Privacy STATED: * HE WILL TELL Privacy TO TELL HER YOU WILL CALL HER IN THE MORNING. I
STATED: * THANK YOU.|2003-10-28

Dealer name : SATURN OF ENFIELD
Dealer address :
Repurch buy_back_mile: 0
Repurch nada: 0
```

GMHEC630119340
GM-MDL2543-000349318