# **<u>EXHIBIT 4</u>**

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 06943553 | *VIN:* | Privacy |
| *Date Opened:* | 20031119 | *Model Year:* | 2003 |
| *Date Closed:* | 12/01/2003 | *Model Series:* | AJ |
| *Dealer Code:* | S121793 | *Mileage:* | 003246 |
| *Dealer Name:* | Saturn Of Trevose, ITrevose | *Dealer State:* | PA |
| *Dealer Phone:* | 2153643980 | *Division:* | Saturn |

SYMPTOM ABSTRACT---- STALL    INT STALL AT STOP SIGNS AND WHILE DRIVING
RESOLUTION ABSTRACT- IGNITION AND START SWITCH REPLACEMENT
UCC CODE 1----------
UCC-1 DESCRIPTION--- Engine
UCC CODE 2----------
UCC-2 DESCRIPTION---
UCC CODE 3----------
UCC-3 DESCRIPTION---


11/19/2003 14:23:38 SBD Template - RILEY          Int stall at stop
signs and while driving, tech can't duplicate the concern.


rec:  Advise tech that we have seen several cases, with no codes suspect
a ign switch connector that is loose or too many keys are on the key
chain.


11/19/2003 14:23:38 History     - RILEY
12/01/2003 10:57:46 FRICKER           - closing -


heavy keys causing concern