# **EXHIBIT 5**

# TECHNICAL ASSISTANCE CENCER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 06944131 | *VIN:* | Privacy |
| *Date Opened:* | 20031119 | *Model Year:* | 2003 |
| *Date Closed:* | 11/19/2003 | *Model Series:* | AF |
| *Dealer Code:* | ?121731 | *Mileage:* | 027275 |
| *Dealer Name:* | Saturn Of Toledo, InToledo | *Dealer State:* | OH |
| *Dealer Phone:* | 4198419070 | *Division:* | Saturn - GM |

SYMPTOM ABSTRACT---- NO STALL VEHICLE  VEHICLE STALL  NO CODES
RESOLUTION ABSTRACT- CUSTOMER CONCERN NOT DUPLICATED - EMISSIONS
UCC CODE 1----------
UCC-1 DESCRIPTION--- Engine
UCC CODE 2----------
UCC-2 DESCRIPTION---
UCC CODE 3----------
UCC-3 DESCRIPTION---


11/19/2003 15:57:17 SBD Template - SALISBURY


Tech states vehicle came in with an intermittent stall no codes.
Tech states he cannot duplicate condition.
Tech state if he turns the ignition key backwards slightly the vehicle
dies.
Tech looking for knowns.


Advised tech to inspect ignition switch connector and terminal tightness
for any issues.
Asked tech to call back with update.


11/19/2003 15:57:17 History     - SALISBURY
11/19/2003 16:22:06 XANDERS         - Closing -
Tech checked ign switch connector - good.  Tech can duplicate and can
see the key rotating to off position.


Advised tech engineering is working on issue - no current fixes
available.