# **EXHIBIT 6**

# TECHNICAL ASSISTANCE CENTER

#### \*\*\*\* GM RESTRICTED \*\*\*\*

| | | | |
|---|---|---|---|
| Case No: | 06957025 | VIN: | Privacy |
| Date Opened: | 20031125 | Model Year: | 2003 |
| Date Closed: | 05/12/2014 | Model Series: | AJ |
| Dealer Code: | S165676 | Mileage: | 005672 |
| Dealer Name: | Saturn of San Juan CSan Juan Capistrano | Dealer State: | CA |
| Dealer Phone: | 9492485411 | Division: | Saturn |

SYMPTOM ABSTRACT---- STALL ENGINE   ENGINE STALL WHILE DRIVING INTERMITTE
RESOLUTION ABSTRACT-
UCC CODE 1----------
UCC-1 DESCRIPTION--- Engine
UCC CODE 2----------
UCC-2 DESCRIPTION---
UCC CODE 3----------
UCC-3 DESCRIPTION---


11/25/2003 13:19:47 SBD Template - VOELLINGER
tech stated ENGINE STALL WHILE DRIVING INTERMITTENT.
no codes.
tech cannot duplicate.
tech stated the owner comments they will pull over, and restart the car
just fine.

DIAGNOSTICS:
tech checked battery cables.
load tested the battery.
no codes.

rec:
check G101 behind left headlight,
G103 engine compartment left side lower frame rail,
too heavy of a key chane causing ignition voltage loss,
loose connector or wires at ignition switch, etc.


11/25/2003 13:19:47 History    - VOELLINGER

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 06957025 | *VIN:* | Privacy |
| *Date Opened:* | 20031125 | *Model Year:* | 2003 |
| *Date Closed:* | 05/12/2014 | *Model Series:* | AJ |
| *Dealer Code:* | S165676 | *Mileage:* | 005672 |
| *Dealer Name:* | Saturn of San Juan CSan Juan Capistrano | *Dealer State:* | CA |
| *Dealer Phone:* | 9492485411 | *Division:* | Saturn |

*12/30/2003 11:26:45 KUBICHAR         - Closing*

*Tech states he was unable to duplicate concern. Returned vehicle to customer. Closing.*