# **EXHIBIT 7**

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 06976834 | *VIN:* | Privacy |
| *Date Opened:* | 20031204 | *Model Year:* | 2003 |
| *Date Closed:* | 02/03/2004 | *Model Series:* | AN |
| *Dealer Code:* | S121820 | *Mileage:* | 010210 |
| *Dealer Name:* | Saturn Of Newburgh, West Nyack | *Dealer State:* | NY |
| *Dealer Phone:* | 8453531919 | *Division:* | Saturn |

SYMPTOM ABSTRACT---- STALL   INT STALL NO COM ECM TCM
RESOLUTION ABSTRACT- CUSTOMER CONCERN NOT DUPLICATED - EMISSIONS
UCC CODE 1----------
UCC-1 DESCRIPTION--- Engine
UCC CODE 2----------
UCC-2 DESCRIPTION---
UCC CODE 3----------
UCC-3 DESCRIPTION---


12/04/2003 11:38:26 SBD Template - KICKIRILLO


vehicle came in for int stall coming to stop.  tech can not com with ecm or tcm.  Is using the candi module.  advised tech to try tech2 and candi on another ion.  if candi ok then try disconnecting tcm and see if he can com with ecm.
advised tech of current issues surrounding ign switch and heavy key chains.


12/04/2003 11:38:26 History     - KICKIRILLO
02/03/2004 09:13:51 FRICKER          - closing -

tech using red connector

GMNHTSA630005827
GM-MDL2543-000006909