Pg 1 of 3

# **EXHIBIT 8**

# TECHNICAL ASSISTANCE CENTER

**** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 06987423 | *VIN:* | Privacy |
| *Date Opened:* | 20031209 | *Model Year:* | 2003 |
| *Date Closed:* | 01/06/2004 | *Model Series:* | AG |
| *Dealer Code:* | S121913 | *Mileage:* | 008819 |
| *Dealer Name:* | Lpt Vehicles, Inc.  Alhambra | *Dealer State:* | CA |
| *Dealer Phone:* | 6262849291 | *Division:* | Saturn |

SYMPTOM ABSTRACT---- STALL   STALL WHILE DRIVING AND HOT CRANK NO START

RESOLUTION ABSTRACT- CUSTOMER CONCERN NOT DUPLICATED - EMISSIONS

UCC CODE 1----------

UCC-1 DESCRIPTION--- Engine

UCC CODE 2----------

UCC-2 DESCRIPTION---

UCC CODE 3----------

UCC-3 DESCRIPTION---


12/09/2003 12:35:30 SBD Template - VOELLINGER

tech stated STALL WHILE DRIVING AND HOT CRANK NO START INTERMITTENT.

tech cannot duplicate.

owner reports failure 3x.

no aftermarket parts.


rec:

check tt at the ign switch.

check battery state of charge.

check all battery and starter connections.

check 3 uhjb bolts.

check G101 behind left headlight.

check G103 engine compartment left side lower frame rail.

check for heavy keys.


12/09/2003 12:35:30 History     - VOELLINGER

01/06/2004 11:33:02 KUBICHAR          - Closing


Checked all grounds, connectors and connections, all OK.  Advised

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 06987423 | *VIN:* | Privacy |
| *Date Opened:* | 20031209 | *Model Year:* | 2003 |
| *Date Closed:* | 01/06/2004 | *Model Series:* | AG |
| *Dealer Code:* | S121913 | *Mileage:* | 008819 |
| *Dealer Name:* | Lpt Vehicles, Inc. Alhambra | *Dealer State:* | CA |
| *Dealer Phone:* | 6262849291 | *Division:* | Saturn |

*customer of heavy keys. Customer works in Security and does have heavy keys. Customer not happy with this issue. Customer took car and has not returned with vehicle complaint. Closing.*