# **EXHIBIT 9**

```
Request number: 1-9682061
Safety related: null
Owner:      [Privacy]
Address:         [Privacy]

Owner phone: null
Vin:      [Privacy]
Make: Saturn - GM
Model: ION 3
Year :2003
Mod_time :2004-01-08 12:29:04.0
Open date : 2003-12-12
Odometer : 3200
Closed date : 2004-01-08
Complaint number :1
Complaint code 0 Z23
Complaint text 0 Saturn Engine Stalling
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 27
1-803O-134798|EVENT|null|null|2003-12-26|00:00:00|FULFILLED:UNABLE TO CONTACT - GENERAL.
  SR#1-5RIQ5|2003-12-26
1-803O-165697|EVENT|null|null|2003-12-15|00:00:00||2003-12-15
1-803X-101429|EVENT|null|null|2003-12-22|00:00:00|*****SUPERVISOR RESQUESTED***** THE OWNER
  STATED SHE STILL HAS THE RENTAL CAR. THE OWNER STATED SHE DOES NOT FEEL SAFE IN THE
  VEHICLE. I ADVISED HER OF THE 24 HOUR CALL BACK. THE OWNER STATED PLEASE CALL HER BACK AT
  HOME [Privacy] OR ON HER CELL [Privacy].|2003-12-22
1-803X-162331|EVENT|null|null|2004-01-08|00:00:00|NEED TO REVIEW CLOSED, DISSATISFIED
  SERVICE REQUEST|2004-01-08
1-804C-23626|EVENT|null|null|2003-12-12|00:00:00|*****RESEARCH*****PLEASE CALL THE OWNER ON
  HER CELL [Privacy]. THE OWNER STATED: -HER NEW CAR STALLS WHEN SHE IS DRIVING THE CAR.
  -THIS HAS HAPPENED TWICE SINCE SHE HAS HAD THE CAR. -SHE IS SCARED TO DRIVE THE CAR. -[Privacy]
  [Privacy], SERVICE ADVISOR AT SATURN OF THOUSAND OAKS, HAS ADVISED THE OWNER HE KNOWS HOW TO
  REPAIR THE CAR, BUT IF THEY CANNOT DUPLICATE THE CONCERN THEN TECHNICAL SUPPORT WILL NOT
  REIMBURSE THE REPAIR. -SHE IS TOO SCARED TO DRIVE THE CAR UNTIL THE REPAIR IS DONE. THE
  OWNER IS SEEKING THE REPAIR TO BE COVERED UNDER WARRANTY. I ADVISED THE OWNER AN AREA
  MANAGER WOULD REVIEW THE CASE AND CALL HER BACK ON MONDAY. SHE THANKED ME FOR MY TIME AND
  INFORMATION. I SPOKE WITH MIKE GARRET AND HE ADVISED ME TO CAM THE CASE.|2003-12-12
1-804E-140611|EVENT|null|null|2004-01-02|00:00:00|CALLBACK NUMBER: [Privacy] W)
  OWNER STATED SHE WOULD LIKE TO SPEAK WITH CAM CHANDRA PERALTA AND SHE WOULD ANTICIPATE A
  CALL BACK MONDAY.|2004-01-02
1-804F-62133|EVENT|null|null|2003-12-26|00:00:00|NEED TO REVIEW CLOSED, DISSATISFIED SERVICE
  REQUEST|2003-12-26
1-804G-137484|EVENT|null|null|2003-12-19|00:00:00||2003-12-19
1-804G-169700|EVENT|null|null|2003-12-22|00:00:00|OWNER WANTED TO KNOW IF SATURN WOULD PAY
  FOR HER RENTAL CAR NOW, BECAUSE S/THOUSAND OAKS LEFT HER A MESSAGE THAT THEY WILL NO LONGER
  PAY FOR HER RENTAL. SHE DOES NOT FEEL SAFE PICKING UP THE VEHICLE. I ADVISED HER I COULD
  NOT SAY IF SATURN WOULD PAY FOR HER RENTAL CAR. I ADVISED HER I DO SHOW A REQUEST FOR A
  SUPERVISOR TO CALL HER AND SHE SHOULD DISCUSS IT WITH THE SUPERVISOR.|2003-12-22
1-804H-121592|EVENT|null|null|2004-01-08|00:00:00||2004-01-08
1-804I-165825|EVENT|null|null|2004-01-07|00:00:00|NEED TO REVIEW CLOSED, DISSATISFIED
```

```
SERVICE REQUEST|2004-01-07
1-804K-191650|EVENT|null|null|2003-12-22|00:00:00||2003-12-22
1-804R-72790|EVENT|null|null|2003-12-12|00:00:00||2003-12-12
1-804R-72791|EVENT|null|null|2003-12-23|00:00:00||2003-12-23
1-804R-72792|EVENT|null|null|2003-12-15|00:00:00|OWNER STATED: *THE FACILITY STILL HAD THE
VEHICLE. *THE VEHICLE HAD STALLED TWICE ON THE FREEWAY, PUTTING HER IN DANGEROUS
SITUATIONS. *S/THOUSAND OAKS ASKED IF SHE HAD A LOT OF KEYS ON THE KEY RING. *SHE STATED
SHE DOES NOT. *[Privacy], A SERVICE CONSULTANT AT S/THOUSAND OAKS, STATED, BECAUSE THEY
COULD NOT DUPLICATE THE CONCERN, THEY COULD NOT REPLACE THE IGNITION CYLINDER, WHICH HE
FELT WAS AT THE CORE OF THE ISSUE. *SHE DID NOT FEEL SAFE PICKING UP THE VEHICLE IF THEY
HAD NOT RESOLVED THE CONCERN. I STATED: *I WOULD CONTACT [Privacy], THE SERVICE MANAGER AT
THE FACILITY. *AS SOON AS I HAD SPOKEN WITH HIM, I WOULD CONTACT HER.|2003-12-15
1-804R-72796|EVENT|null|null|2003-12-23|00:00:00|[Privacy] I LEFT A MESSAGE FOR THE OWNER
TO CALL ME.|2003-12-23
1-804R-72797|EVENT|null|null|2003-12-12|00:00:00|I ADVISED MIKE OF THE OWNER'S AND THE
SERVICE CONSULTANT'S CONCERNS AND HE ADVISED ME TO CAM THE CASE.|2003-12-12
1-804R-72798|EVENT|null|null|2003-12-23|00:00:00||2003-12-23
1-804R-72800|EVENT|null|null|2004-01-07|00:00:00|[Privacy]W) I LEFT A MESSAGE FOR
THE OWNER TO CALL ME. THIS CASE WILL BE CLOSED PENDING FURTHER CONTACT FROM THE
OWNER.|2004-01-07
1-804R-72801|EVENT|null|null|2004-01-05|00:00:00|[Privacy](W) I LEFT A MESSAGE FOR
THE OWNER TO CALL ME.|2004-01-05
1-804R-72804|EVENT|null|null|2004-01-05|00:00:00||2004-01-05
1-804R-72806|EVENT|null|null|2003-12-22|00:00:00|I STATED: *THE FACILITY HAD NOT BEEN ABLE
TO DUPLICATE THE CONCERN. *THEY HAD TAKEN ALL THE RECOMMENDATIONS OF THEIR TECHNICAL
ASSISTANCE PERSONNEL. *I HAD BEEN INVOLVED IN ASKING THEM TO CHECK CERTAIN CONNECTIONS TO
BE SURE EVERYTHING THAT WAS SUPPOSED TO BE SNUG AND TIGHT WAS SNUG AND TIGHT. *THE FACILITY
WAS NOW ASKING HER TO PICK UP HER VEHICLE. OWNER STATED: *SHE DID NOT FEEL SAFE. *SHE WAS
NOT GOING TO GET BACK INTO THE VEHICLE. *SHE WAS GOING TO USE SALES MANAGER [Privacy] FOR
HER LIAISON, SO WOULD NO LONGER NEED SCAC ASSISTANCE. *SHE WAS APPRECIATIVE OF MY EFFORTS
ON HER BEHALF, BUT WANTED OUT OF THE VEHICLE. *SHE THOUGHT [Privacy] COULD DO THIS FOR HER. *SHE
WOULD HAVE [Privacy] CALL ME IF HE NEEDED MY ASSISTANCE. I STATED: *WITHOUT DUPLICATION, THE
FACILITY WAS UNABLE TO MAKE A REPAIR. *THE FACILITY WAS GOING TO WANT HER TO RETURN THE
RENTAL. OWNER STATED: *SHE WOULD NOT PUT HER FAMILY IN THE VEHICLE. *SHE WOULD GET AN
ATTORNEY IF SHE HAD TO. *SHE WOULD PUT HER TRUST IN [Privacy] TO GET HER OUT OF THE
VEHICLE. I STATED: *I WOULD BE HAPPY TO TALK TO [Privacy]. *REGARDLESS, THE FACILITY NEEDED HER TO
PICK UP THE VEHICLE. OWNER STATED: *SHE WAS DONE SPEAKING TO ME ABOUT THIS. *SHE WOULD
SPEAK TO [Privacy].|2003-12-22
1-804R-72811|EVENT|null|null|2003-12-17|00:00:00|[Privacy] I LEFT A VOICE MAIL MESSAGE
STATING I WAS STILL RESEARCHING THE SITUATION.|2003-12-17
1-804R-72814|EVENT|null|null|2004-01-08|00:00:00|I STATED: *THANK YOU FOR GETTING BACK WITH
ME. *I AM SORRY WE HAVE MISSED EACH OTHER. *I UNDERSTAND YOU REQUESTED TO SPEAK WITH CAM
DAN BROWN'S SUPERVISOR. OWNER STATED: *YES I DID. *I HAVE BEEN SICK AND THAT IS WHY I
HAVEN'T CALLED. *I AM JUST WORRIED ABOUT THIS STALLING CONCERN. *THE FACILITY HAS BEEN
UNABLE TO DUPLICATE THE CONCERN. *IT HAS HAPPENED ABOUT 3 TIMES SINCE I BOUGHT THE CAR. *IT
HAS LEFT ME IN SOME UNSAFE SITUATIONS. *S/THOUSAND OAKS HAS BEEN VERY HELPFUL. *DAN
SUGGESTED THAT IF THE VEHICLE STALLS AGAIN, I SHOULD NOT START IT AND HAVE IT TOWED
DIRECTLY TO SATURN. *THIS HAS JUST BEEN SO FRUSTRATING. *I WILL BE TAKING THE VEHICLE IN
THIS SATURDAY FOR THE CURRENT RECALLS. *DO YOU THINK THAT HAS ANY EFFECT ON THE STALLING? I
STATED: *I UNDERSTAND THIS IS FRUSTRATING. *IT'S ALSO FRUSTRATING FOR THE FACILITY. *THEY
REALIZE YOU HAVE A VALID CONCERN BUT CANNOT MAKE A REPAIR UNTIL THEY KNOW WHAT HAS FAILED.
*DAN'S SUGGESTION IS A GOOD ONE. *THIS GIVES THE FACILITY MORE OF A CHANCE OF PULLING THE
CORRECT FAILURE CODES. OWNER STATED: *I JUST WANT TO MAKE SURE THIS IS ALL DOCUMENTED. *IF
THIS HAPPENS AGAIN I DO NOT WANT TO HAVE TO START ALL OVER AGAIN. I STATED: *EVERYTHING IS
```

```
 ON RECORD. *PLEASE CONTACT ME IF I CAN BE OF FURTHER ASSISTANCE. OWNER AGREED.|2004-01-08
1-804R-72818|EVENT|null|null|2003-12-15|00:00:00|[ Privacy ] I LEFT A VOICE MAIL MESSAGE
 FOR THE OWNER TO CALL.|2003-12-15
1-804R-72819|EVENT|null|null|2003-12-15|00:00:00|09/23/03 ONE DAY RENTAL FOR STALLING
 DIAGNOSIS (LINE #1) AND CD RESET (LINE #2) ABOVE.          THE FACILITY HAS NOT BEEN ABLE
 TO DUPLICATE THE STALLING CONCERN. SHOULD THEY DUPLICATE IT, IT WILL BE COVERED UNDER
 MANUFACTURER'S WARRANTY.|2003-12-15
1-804R-72820|EVENT|null|null|2003-12-26|00:00:00|[ Privacy ] I ATTEMPTED TO CONTACT THE
 OWNER, HOWEVER THERE WAS NO ANSWER AND NO MACHINE.|2003-12-26

 Dealer name : SATURN OF THOUSAND OAKS
 Dealer address :
 Repurch buy_back_mile: 0
 Repurch nada: 0
```

GMHEC630136506
GM-MDL2543-000366484