# **EXHIBIT 10**

```
Request number: 1-9868263
Safety related: null
Owner :  [Privacy]
Address: [Privacy]

Owner phone: [Privacy]
Vin: [Privacy]
Make: Saturn - GM
Model: ION 3
Year :2003
Mod_time :2004-03-25 09:26:36.0
Open date : 2003-12-29
Odometer : 4777
Closed date : 2004-03-25
Complaint number :1
Complaint code 0 Z23
Complaint text 0 Saturn Engine Stalling
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 17
1-802Z-180262|EVENT|null|null|2004-02-27|00:00:00|OWNER, [Privacy]    STATED: * THE VEHICLE
IS A NIGHTMARE. * HE FELT THE STALL WAS A SAFETY ISSUE. * HE NO LONGER WANTS THE VEHICLE. *
THE VEHICLE HAD BEEN REPAIRED OVER 4 TIMES FOR THE STALL CONCERN. * HIS SON DROVE THE
VEHICLE AND HAS HAD SEVERAL NEAR MISSES IN TRAFFIC, BY THE VEHICLE'S STALLING SITUATION. *
HE WAS WITH HIS SON WHEN THIS STALL HAPPENED. * THE VEHICLE ACTS AS IF IT HAD FUEL
STARVATION. * WHEN THE VEHICLE RESTARTED, IT "CHUGGED" A FEW TIMES BEFORE IT TOOK OFF
AGAIN. I STATED: * WE WOULD LOOK INTO THE SITUATION AND REVIEW THE SERVICE HISTORY. * WE
WOULD LOOK INTO OPTIONS TO REPAIR THE VEHICLE. OWNER STATED: * HE WAS SEEKING REPURCHASE OF
THE VEHICLE ONLY, BECAUSE OF THE NUMBER OF REPAIRS. I STATED: * I WOULD FORWARD BBB
PAPERWORK TO HIM.|2004-02-27
1-802Z-180263|EVENT|null|null|2004-03-01|00:00:00|I APPROVED 5 DAYS CAR RENTAL FOR CUSTOMER
ENTHUSIASM.|2004-03-01
1-802Z-180265|EVENT|null|null|2004-03-25|00:00:00|JUDY SMITH, TEAM LEADER, STATED STACY GARY
HAS ADVISED THIS CASE IS IN PRE-LITIGATION. STACY IS IN CONTACT WITH FC [Privacy] MAM
[Privacy]    OWNER OF S/SAN JUAN CAPISTRANO.|2004-03-25
1-802Z-180266|EVENT|null|null|2004-01-12|00:00:00|JUDY SMITH, TEAM LEADER, STATED: * SHE HAD
SPOKEN WITH [Privacy] FSE, ABOUT THE VEHICLE. * THE DRIVER, A YOUNG PERSON, RUNS THE
VEHICLE LOW ON FUEL, UNDER 1/8 TANK. * [Privacy] DROVE THE VEHICLE 142-147 MILES AND DIDN'T
HAVE A CONCERN, AFTER HE FUELED THE VEHICLE PROPERLY. * [Privacy]    FSE, HAD SPOKEN WITH
THE OWNER'S MOTHER AND LEARNED THE OWNER HAD A CHEVRON CREDIT CARD AND DID NOT HAVE A
REASON TO RUN THE VEHICLE THAT LOW ON FUEL. [Privacy]    FSE, @ S/SAN JUAN CAPISTRANO,
STATED THERE WAS NOTHING DUPLICATABLE WITH THE VEHICLE, AT THIS TIME.|2004-01-12
1-802Z-180267|EVENT|null|null|2004-01-05|00:00:00|I STATED: * I KNOW YOUR SCHEDULE IS PRETTY
BUSY, BUT S/ SAN JUAN WILL BE CALLING YOU TO DRIVE THE VEHICLE. *[Privacy]    IN
SERVICE, @ S/ SAN JUAN CAPISTRANO, WILL DRIVE THE VEHICLE HOME UNTIL YOU GET THERE TO TAKE
IT, THEREBY ATTEMPTING TO DUPLICATE THE CONCERN. * I HAVE ALLOTTED 5 DAYS SO YOU CAN HAVE
TIME TO DRIVE IT. [Privacy]    FSE, STATED: * HE WOULD PROBABLY GO TO S/SAN JUAN ON
1/7/03. I STATED: * I COULD NOT REQUEST A VISIT FROM [Privacy] AND THAT THE REQUEST SHOULD
COME FROM THE FACILITY. [Privacy], FSE, STATED: * HE WAS GLAD FOR THE ADVANCE
INFORMATION BECAUSE HE COULD BETTER SCHEDULE HIS TIME IF HE KNEW OF THIS SITUATION WHILE HE
WAS STILL IN THAT PART OF THE STATE, AND ON HIS ROUNDS. * HE THANKED ME FOR GIVING HIM
```

```
ADVANCE NOTICE. * HE WOULD CALL S/SAN JUAN CAPISTRANO AND MAKE ARRANGEMENTS. I STATED: *
[Privacy]     WAS WORKING WITH THE VEHICLE.|2004-01-05
1-802Z-180268|EVENT|null|null|2004-02-26|00:00:00|JUDY SMITH, TEAM LEADER, STATED: * WOULD I
PLEASE CALL [Privacy], FSE, ABOUT THIS VEHICLE, DUE TO EXCESSIVE RENTAL AT 3,286 MILES.
* WOULD [Privacy] OR SOMEONE, TAKE OWNERSHIP OF THE CASE AND MAKE SURE THE VEHICLE WAS
REPAIRED, IF NEEDED, OR CUT IT LOOSE, IF NO REPAIRS WERE NEEDED. I STATED: * I WOULD CALL
[Privacy]     FSE, ABOUT THE VEHICLE IMMEDIATELY.|2004-02-26
1-802Z-180270|EVENT|null|null|2004-03-24|00:00:00|-----ORIGINAL MESSAGE----- FROM: [Privacy]
[Privacy][MAILTO:[Privacy]@SATURNSANJUAN.COM] SENT: TUESDAY, MARCH 23, 2004 8:22 AM TO:
[Privacy]     SUBJECT: [Privacy]   203 ION OWNER [Privacy] - I HAVE RECEIVED A CERTIFIED
LETTER FROM THE LAW FIRM OF BARNES & FARRELL RE A 2003 SATURN I.E. [Privacy]
PURCHASED FROM OUR DEALERSHIP AUGUST 17, 2003 BY [Privacy]     A REVIEW OF HIS SERVICE
HISTORY TELLS THE STORY.[Privacy] HAS DRIVEN THE VEHICLE AND IT HAS BEEN IN OUR SHOP NUMEROUS
TIMES. ([Privacy] EVEN RAN THE TOLL ROAD WITH THIS VEHICLE AND THE CUSTOMER GOT THE TICKET).
[Privacy] HAS ALSO BEEN IN THE LOOP ON THIS.  YESTERDAY WE HAD TO PICK THE VEHICLE UP RUNNING
AS IT COULD NOT BE SHUT OFF BY TURNING OFF THE IGNITION KEY. [Privacy] TOLD ME THIS VEHICLE
HAS STALLED AT 50 MILES PER HOUR WITH PASSENGERS IN THE CAR ON MORE THAN ONE OCCASION.  HE
WAS ACTUALLY VERY NICE WHEN I SPOKE WITH HIM AS I HAD NO IDEA THE PROBLEMS WITH THE VEHICLE
HAD ESCALATED TO THIS LEVEL AND ACCORDING TO HIM IT HAD NOT UNTIL HE CALLED SATURN CUSTOMER
SERVICE AND WAS MAILED THE ARBITRATION INFORMATION IN RESPONSE TO HIS WANTING TO KNOW WHAT
TO DO, WHICH HE FELT LACKED AN EFFORT ON SATURN'S PART TO RESOLVE THIS IN ANY OTHER WAY
EXCEPT A LEGAL ONE SO HE WENT TO AN ATTORNEY. SINCE THIS IS MY FIRST TIME WITH THIS TYPE OF
A PROBLEM WITH A SATURN I REALLY DO NOT KNOW IF SATURN JUST WANTS THIS TYPE OF SITUATION TO
GO DIRECTLY TO ARBITRATION OR IS THERE AN EFFORT MADE TO TAKE THE CAR BACK BY SATURN
WITHOUT A LEGAL INVOLVEMENT WHICH|2004-03-24
1-802Z-180271|EVENT|null|null|2004-02-26|00:00:00|TAC COMMENTS: 70871137087113 01/22/2004
14:03:52 SBD TEMPLATE - KICKIRILLO     INT STALL COMING TO A STOP. ISSUE STILL IN
DISCOVERY. CHECK TO SEE IF P1599 SET. IF P1599 SET, CAN ASSUME THAT IGNTION VOLTAGE
REMAINED DURING EVENT AND CAN RULE OUT IGNITION SWITCH AND IGNITION VOLTAGE DROP OUT. WOULD
THEN LOOK TO CHECK IAC BY SNAPPING THROTTLE TO SEE IF CAR STALLS AND IF SO REPLACE, CHECK
G101 BEHIND LEFT HEADLIGHT, G103 ENGINE COMPARTMENT LEFT SIDE LOWER FRAME RAIL, CKP SIGNAL
DROPOUT. IF NO P1599, COULD BE PROBLEM WITH IGNITION PORTION OF CIRCUIT WHICH MAY INCLUDE
TOO HEAVY OF A KEY CHANE CAUSING IGNITION VOLTAGE LOSS, LOOSE CONNECTOR OR WIRES AT
IGNITION SWITCH, ETC. IF UNABLE TO DUPGET INFO INTO TAC CASE SUCH AS DOES IT STALL DURING
HIGHWAY DRIVING, COMING TO A STOP, LOSS OF RADIO PRESETS OR OTHER FUNCTIONALITY, AFTER
SHORT TRIP, ANY HIGH IDLE COMPLAINTS, ETC.IF THERE ARE ANY CODES, COLLECT FAILURE RECORD
AND PUT IN CASE.|2004-02-26
1-802Z-180272|EVENT|null|null|2004-02-26|00:00:00|I STATED: * JUDY SMITH, TEAM LEADER, ASKED
ME TO CALL HIM ABOUT THIS VEHICLE. * THE VEHICLE IS AT S/SAN JUAN, AGAIN, WITH A STALLING
CONCERN. * S/SAN JUAN WAS ASKED TO CALL THE FC, FSE, AND TAC. [Privacy]     FSE, STATED: *
S/SAN JAUN DID CALL [Privacy]     FC, BECAUSE SHE CALLED HIM ABOUT THE VEHICLE. I STATED: *
THIS WAS THE PERSON WHO DROVE THE VEHICLE VERY LOW ON FUEL, EVEN THOUGH HE HAD A CREDIT
CARD. [Privacy]     FSE, STATED: * HE REMEMBERED THE VEHICLE AND THE DRIVER. * HE WOULD
CALL [Privacy] AND DISCUSS THE RENTAL SITUATION. * WE SHOULD ALWAYS ASK, "WHAT DID YOU DO
WITH THE CAR TODAY", EACH TIME WE GAVE EVEN ONE DAY OF RENTAL. * THE FACILITY HASN'T
HISTORICALLY DIAGNOSED ANY OF THE CONCERNS. * [Privacy] HIMSELF DROVE THE VEHICLE 142-147
MILES, WITHOUT A CONCERN. I STATED: * DID SATURN OF SAN JUAN CAPISTRANO KNOW ABOUT THE
BULLETIN FOR THE IAC REPLACEMENT? * JUDY WANTED ME TO ASK IF THE VEHICLE WAS LOW ON GAS
WHEN IT WAS BROUGHT IN. * JUDY WANTS SOMEONE TO TAKE OWNERSHIP OF THE CASE AND REPAIR THE
VEHICLE OR CUT IT LOOSE. * WITH 13 DAYS OUT OF SERVICE, WE WERE GETTING INTO DANGEROUS
WATERS WITH A CAR SO YOUNG, AT 3,286 MILES. [Privacy]     FSE, STATED: * HE WOULD CONTACT
[Privacy]     FC, TODAY, AND HE WOULD KEEP US INVOLVED.|2004-02-26
1-8035-71465|EVENT|null|null|2004-02-27|00:00:00||2004-02-27
1-803X-19200|EVENT|null|null|2004-03-01|00:00:00||2004-03-01
```

```
1-804C-122727|EVENT|null|null|2004-03-25|00:00:00|NEED TO REVIEW CLOSED, DISSATISFIED
 SERVICE REQUEST|2004-03-25
1-804G-180138|EVENT|null|null|2003-12-29|00:00:00|. I APPROVED 3 DAYS RENTAL FOR CUSTOMER
 ENTHUSIASM.|2003-12-29
1-804H-37522|EVENT|null|null|2004-01-02|00:00:00|I APPROVED 4 DAYS RENTAL FOR CUSTOMER
 ENTHUSIASM.|2004-01-02
1-804K-105646|EVENT|null|null|2004-03-01|00:00:00|FULFILLED:BBB REFERRAL (CA).
 SR#1-5VIEF|2004-03-01
1-804L-135790|EVENT|null|null|2004-01-05|00:00:00|I APPROVED 5 DAYS ADDITIONAL RENTAL SO
 [Privacy] FSE, COULD DRIVE THE VEHICLE STARTING 1/7/04.|2004-01-05
1-804L-139874|EVENT|null|null|2004-02-27|00:00:00|CREATED:BBB REFERRAL (CA). SR#1-5VIEFWE
 SENT THE BBB PAPERWORK TO THE OWENR.|2004-02-27

Dealer name : SATURN OF SAN JUAN CAPISTRANO
Dealer address :
Repurch buy_back_mile: 0
Repurch nada: 0
```

GMHEC630134421
GM-MDL2543-000364399