# **EXHIBIT 11**

# TECHNICAL ASSISTANCE CENTER

**** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 07284299 | *VIN:* | Privacy |
| *Date Opened:* | 20040413 | *Model Year:* | 2003 |
| *Date Closed:* | 04/13/2004 | *Model Series:* | AN |
| *Dealer Code:* | S121715 | *Mileage:* | 008262 |
| *Dealer Name:* | Saturn of AlbuquerquAlbuquerque | *Dealer State:* | NM |
| *Dealer Phone:* | 5057651301 | *Division:* | Saturn |

SYMPTOM ABSTRACT---- INTERMITTENT STALL   INTERMITTENT STALL WHEN STOPPIN
RESOLUTION ABSTRACT- IDLE AIR CONTROL VALVE REPLACEMENT
UCC CODE 1----------
UCC-1 DESCRIPTION--- Engine
UCC CODE 2----------
UCC-2 DESCRIPTION---
UCC CODE 3----------
UCC-3 DESCRIPTION---


04/13/2004 15:55:56 SBD Template - REHBINE


Tech stated the customer complaint was the engine intermittently stalls when coming to stops.  The tech stated he duplicated the concern on a test drive.  He said the car restarted right after it stalled.  The tech stated there was no DTC's set when the vehicle stalled.

Advised the tech to attach Tech 2 and monitor 1)IAC counts at idle with a/c off 2)IAC position w/ A/C on and 3) IAC position without A/C. If any of these values are outside range of 25-85, replace IAC and retest.  If after IAC replacement, counts are still outside range, replace ECM. Also advised tech to check for loose Ignition Switch connector, check grounds at left headlamp and on left frame rail.  Wiggle UHJB connectors/harnesses to see if engine stalls.  If stalls check UHJB terminal tightness to connector and tightness of UHJB bolts.

04/13/2004 15:55:56 History     - REHBINE

GMNHTSA630004242
GM-MDL2543-000005324