# **EXHIBIT 12**

```
Request number: 1-13842556
Safety related: null
Owner:       [Privacy]
Address:            [Privacy]

Owner phone: [Privacy]
Vin:         [Privacy]
Make: Saturn - GM
Model: ION 2
Year :2004
Mod_time :2008-11-27 11:16:49.657971
Open date : 2004-10-15
Odometer : 1500
Closed date : 2004-10-15
Complaint number :1
Complaint code 0 Z23
Complaint text 0 Saturn Engine Stalling
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 1
1-804G-38144|EVENT|null|null|2004-10-15|00:00:00|THE OWNER STATED SHE TURN ONTO A BUSY
HIGHWAY WITH CHILDREN IN HER VEHICLE AND HER ENGINE JUST STOPPED AND SHE LOST CONTROL OF
ALL THE POWER ACCESSORIES. SHE AVOIDED A COLLISON BUT STATED THIS WAS VERY DANGEROUS. HE
VEHICLE WAS TOWED TO S/ROBINSON TOWNSHIP. ROADSIDE WAS VERY NICE AND CONSIDERATE, THEY KEPT
THE VEHICLE IN THERE LOT UNTIL THE NEXT MORNING DUE TO THE KEY WAS STUCK IN THE IGNITION.
ROADSIDE TOWED THE VEHICLE TO SATURN THE NEXT MORNING. THE FACILITY NEVER CALLED TO CONFIRM
DELIVERY OF THE VEHICLE, NEVER CALLED TO STATED WHAT THE PROBLEM WAS OR WHAT THEY REPAIRED
OR REPLACED. THEY JUST TOLD HER THE VEHICLE WAS FINE. I APOLOGIZED FOR THE INCONSIDERATE
ATTITUDE. SHE WANTED TO SPEAK WITH A MANAGER TO LET THEM KNOW THAT SITUATION CAN NOT HAPPEN
AGAIN. SHE FEELS UNSAFE WITH THE VEHICLE. I ADVISED HER I HAD DOCUMENTED THE COMPLAINT AND
ADVISED HER OF THE SR#. SHE STATED THAT WAS FINE.|2004-10-15

Dealer name : Cochran Saturn, Inc.
Dealer address : 5190 Campbells Run Road,Pittsburgh,PA,152059719,USA
Repurch buy_back_mile: 0
Repurch nada: 0
```

GMHEC630136497
GM-MDL2543-000366475