# **EXHIBIT 13**

```
Request number: 1-14301320
Safety related: null
Owner: [Privacy]
Address: [Privacy]

Owner phone: [Privacy]
Vin: [Privacy]
Make: Saturn - GM
Model: ION 3
Year :2003
Mod_time :2008-10-19 05:25:02.962466
Open date : 2004-11-29
Odometer : 18455
Closed date : 2004-12-10
Complaint number :1
Complaint code 0 N03
Complaint text 0 Ignition System
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 20
1-802Z-11053|EVENT|null|null|2004-11-30|00:00:00|[Privacy]|2004-11-30
1-802Z-11056|EVENT|null|null|2004-12-01|00:00:00|[Privacy]|2004-12-01
1-802Z-11057|EVENT|null|null|2004-12-03|00:00:00|[Privacy]|2004-12-03
1-802Z-11058|EVENT|null|null|2004-12-10|00:00:00|OWNER STATED: *SHE IS FRUSTRATED BECAUSE
   THIS IS THE SAME CONCERN AS IN THE PAST. *THE VEHICLE WILL START, THEN NOT START. *THEY
   COULD NOT DUPLICATE THE CONCERN, BUT, THEY MADE REPAIRS. *SHE DOES NOT WANT THIS VEHICLE AT
   ALL. I STATED: *I APOLOGIZE FOR THE CONCERNS. *I UNDERSTAND YOUR FRUSTRATIONS. *THIS
   VEHICLE IS CURRENTLY REPAIRED. *I HAVE CONFIDENCE THE FACILITY DID THE APPROPRIATE REPAIR.
   *YOU AS A CONSUMER HAS CONSUMER RIGHTS THAT YOU CAN INVESTIGATE. *I WOULD LIKE TO UPGRADE
   YOUR CURRENT SSP TO A 4/50/$0 EVC OR I CAN GW A 12/15 BASIC CARE. OWNER STATED: *SHE WILL
   TAKE THE 12/15 BASIC CARE. *IF THIS HAPPENS AGAIN SHE WILL WANT SATURN TO TAKE HER OUT OF
   THIS VEHICLE.|2004-12-10
1-802Z-11060|EVENT|null|null|2004-11-30|00:00:00||2004-11-30
1-802Z-11062|EVENT|null|null|2004-11-30|00:00:00|[Privacy]|2004-11-30
1-802Z-11064|EVENT|null|null|2004-11-30|00:00:00||2004-11-30
1-802Z-11068|EVENT|null|null|2004-12-01|00:00:00||2004-12-01
1-802Z-11071|EVENT|null|null|2004-11-29|00:00:00||2004-11-29
1-802Z-11073|EVENT|null|null|2004-11-30|00:00:00|IN SERV DATE: 07-16-2003 IN SERV MILES:
   5951 PLAN S 3/50/$0 EVC CASE AMOUNT   2998.43 - $1500 INCENTIVES = 1498.43 MILEAGE NOT
   ACCURATE BUSINESS CASE SUPPORTS ASSISTANCE. GW SHOULD BE CONSIDERED SINCE VEHICLE HAS BEEN
   REPAIRED. NEED TO KNOW IF VEHICLE IS  18455 01 VW 11 18 04 C/S VEHICLE HAD CRANK NO START
   PROBLEM TECH    TEST AND REPLACED THE IGNITION SWITCH AND RELEARN  PASS LOCK AND CLEARED
   THE CODES. REPLACE THE ECM  AND PREFORMED CRANK LEARN            ~ECM CAUSED NO PROBLEM
   FOR IGN. SWITCH       18455 03 PW 11 18 04 CUSTOMER STATES VEHICLE HAS EXTENDED CRANK NO
   STAR  T IN THE AM OR AFTER VEHICLE SITS FOR EXTENDED AMO  UNT OF TIME. TECH INSPECTED AND
   FOUND CODE SET FOR   B2960 AND B3303. FOUND IGNITION SWITCH SHORTED. R  EFER TO SO 1201952,
   1-26-04, 11879       NEC TO PARTS WARRANTY           ~OK TO PARTS WARRANTY PER
   CHAD          ~ORIGINAL #12450250 TO 103787752        18445 01 VW 11 15 04 CUSTOMER
   STATES VEHICLE HAS EXTENDED CRANK IN THE  MORNING TECH LET CAR SIT OUTSIDE ALL NIGHT. STATE
   D CAR IN THE MORNING NO PROBLEM. CHECKED FOR CODES BUT NONE HAVE SET IN ANY MODULE CHECK
   FOR BULLETIN S, NONE FOUND. ADVISE CUSTOMER NEED FURTHER IDAG A ND TO HAVE VEHICLE IN WHEN
```

```
  PROBLEM IS HAPPENING   ~EXCESSIVE DIAG TIME                 18445 02 VW 11 15 04 CUSTOMER
  STATES DRIVERS SIDE REAR REVERSE LIGHT IS INOP. TECH INSPECTED AND VERIFIED CONCERN,
  NECESSARY TO REPLACE RIGHT TAIL LAMP HARNESS      11976 02 VW 02 02 04 CUSTOMER STATES THAT
  WHILE DRIVING THE CA|2004-11-30
  1-8035-151697|EVENT|null|null|2004-12-13|00:00:00|FULFILLED:GW BASIC CARE LETTER.
    SR#1-8IIYW|2004-12-13
  1-803T-149044|EVENT|null|null|2004-11-30|00:00:00|OWNER STATED IF YOU COULD CALL AFTER 5:00
    PM AT [Privacy]|2004-11-30
  1-803X-9580|EVENT|null|null|2004-11-29|00:00:00|****RESEARCH**** THE OWNER'S FATHER, [Privacy]
  [Privacy] STATED: *THIS IS HIS DAUGHTER'S VEHICLE AND SHE'S HAVING CONCERNS WITH THE
  VEHICLE GOING DEAD. *THIS CONCERN CAUSED AN ACCIDENT AND THEY HAD A PREVIOUS 1241 AT SR#
  1-10414216. *THE OWNER HAS LOST CONFIDENCE IN THE VEHICLE. *THE VEHICLE HAS HAD 3 IGNITION
  SWITCHES, 1 FUEL PUMP AND A NEW OIL SENSOR. *HE FEELS THE VEHICLE IN UNSAFE. *THIS CONCERN
  STARTED AROUND 11,800. *THE VEHICLE HAD 5,000 MILES ON IT AT PURCHASE. *HE FEELS S/TROY
  ISN'T CONCERNED FOR HIS DAUGHTER'S SAFETY. *SHE TOOK THE VEHICLE IN BECAUSE IT HAD GONE
  DEAD AGAIN. *THEY KEPT THE VEHICLE FOR 2 DAYS AND DIDN'T REPAIR ANYTHING. *THEY RETURNED
  THE VEHICLE TO HER AND ADVISED HER THEY COULDN'T FIND ANYTHING WRONG. *THE NEXT MORNING THE
  VEHICLE WENT DEAD AGAIN. *SHE HAD THE VEHICLE TOWED IN AND THEY REPLACED THE IGNITION WITH
  THE 3RD IGNITION. *THEY ADVISED HER THIS IS AN UPDATED IGNITION SWITCH. *WHEN THE VEHICLE
  GOES DEAD ALL THE ELECTRICAL GOES OUT AND THE STEERING WHEEL LOCKS UP. *HE FEELS SATURN
  SHOULD BEND OVER BACKWARDS FOR HER SINCE THEY COULD BE HELD LIABLE FOR SOME OF THE THINGS
  THAT HAVE HAPPENED *HE'S A LOYAL GM OWNER. *THE OWNER'S FATHER WANTS TO BE KEPT POSTED ON
  WHAT'S GOING ON WITH THIS. *HIS PHONE # IS [Privacy] SEEKING: THE OWNER IS SEEKING TO
  HAVE THE VEHICLE REPLACED WITH ANOTHER SATURN.|2004-11-29
  1-804D-36794|EVENT|null|null|2004-11-30|00:00:00 [Privacy] STATED HE RECEIVED MY MESSAGE. THE
  VEHICLE WAS IN FOR AN EXTENDED CRANK. WE DID THE REPAIR UNDER PARTS WARRANTY. THE ENGINEERS
  HAVE AN IMPROVED IGINITION SWITCH SINCE WE DID THE LAST REPAIR IN JANUARY.|2004-11-30
  1-804F-1580|EVENT|null|null|2004-12-10|00:00:00||2004-12-10
  1-804G-170021|EVENT|null|null|2004-12-09|00:00:00|FULFILLED:UNABLE TO CONTACT - GENERAL.
    SR#1-8IIYW|2004-12-09
  1-804G-76671|EVENT|null|null|2004-12-10|00:00:00||2004-12-10
  1-804I-134013|EVENT|null|null|2004-12-10|00:00:00|CREATED:GW BASIC CARE LETTER.
    SR#1-8IIYW|2004-12-10
  1-804J-25879|EVENT|null|null|2004-12-06|00:00:00|CREATED:UNABLE TO CONTACT - GENERAL.
    SR#1-8IIYW|2004-12-06
  1-804K-131104|EVENT|null|null|2004-12-06|00:00:00|OWNER STATED SHE CALLED AND SHE WILL TRY
    TO CALL YOU WEDNESDAY.|2004-12-06

  Dealer name : Saturn Of Troy, Inc.
  Dealer address : 1790 Maplelawn,Troy,MI,480844611,USA
  Repurch buy_back_mile: 0
  Repurch nada: 0
```