# **EXHIBIT 14**

```
Request number: 1-15457615
Safety related: null
Owner:        [Privacy]
Address:             [Privacy]

Owner phone: [Privacy]
Vin: [Privacy]
Make: Saturn - GM
Model: ION 3
Year :2005
Mod_time :2008-11-27 22:01:04.407939
Open date : 2005-03-09
Odometer : 2000
Closed date : 2005-04-11
Complaint number :1
Complaint code 0 Z23
Complaint text 0 Saturn Engine Stalling
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 24
1-802X-59363|EVENT|null|null|2005-03-14|00:00:00|SALES CONSULTANT [Privacy](LAST NAME UNKNOWN)
-THE TIRES HAD FLAT POTS -THEY REPLACED ALL 4 TIRES. -THE RADIO QUIT ON HER. -THE VEHICLE
DIES OUT. -THEY CHECKED THE IGNITION. I INQUIRED IF THEY HAD MADE ANY TYPE OF ARRANGEMENTS
AS TO RENTALS. HE SAID NO. I INQUIRED IF THEY WOULD CONSIDER EXTENDING VEP. HE TRANSFERRED
ME TO SALES MANAGER [Privacy] WHO STATES: -THEY WOULD NOT CONSIDER VEP. -THEY HAVE
BENT OVER BACKWARDS FOR THIS OWNER. -AT THIS POINT IT IS UP TO THE SERVICE DEPARTMENT TO
REPAIR THE VEHICLE. -SHE HAS RETURNED THE RENTALS WITHOUT GAS. I ADVISED HIM: -THE OWNER
STATES SHE WAS ADVISED BY [Privacy] YOU GUYS WOULD TAKE CARE OF THE RENTAL CHARGES ON THE FIRST
VISIT. -SHE ASSUMED YOU WOULD DO THE SAME ON THE SECOND. [Privacy] STATES: -[Privacy] DOES NOT HAVE
AUTHORITY TO MAKE THAT OFFER. -HE WILL HAVE A TALK WITH [Privacy]  -THEY ALSO DO NOT HAVE ANY
MORE 2004 VEHICLES. -HE HAD NOT HEARD THE OWNER WAS INTERESTED IN ORDERING A VEHICLE AND
DOES NOT BELEIVE SHE WOULD HAVE BEEN ADVISED IT WOULD TAKE 8 MONTHS TO GET. I THANKED HIM
FOR HIS FEEDBACK.|2005-03-14
1-802X-59366|EVENT|null|null|2005-03-21|00:00:00|THE OWNER STATES: -THEY DIDN'T DO ANYTHING
LAST TIME SHE WAS THERE. -SHE CALLED SERVICE MANAGER [Privacy] TO ADVISE HIM SHE STILL FELT
THE WOBBLE IN THE FRONT. -THEY MADE ARRANGEMENTS SO SHE COULD COME BACK AND DRIVE WITH HIM
TO SHOW HIM WHAT SHE IS REFERRING TO. -SHE IS DUE TO COME BACK IN TOMORROW. -SHE HAS GOTTEN
A BAD NAME WITH ENTERPRISE ON ACCOUNT OF THE SALES PERSON. -SHE GAVE THEM A CREDIT CARD
NUMBER AS A DEPOSIT FOR THE FUEL. -SHE WAS ADVISED THEY WOULD NOT CHARGE ANYTHING TO IT
UNLESS IT CAME BACK WITH OUT FUEL. I ADVISED HER: -I WILL FOLLOW UP WITH [Privacy]TOMORROW TO
FIND OUT WHAT HIS FINDINGS ARE. -I AM SORRY ABOUT THE ENTERPRISE SITUATION. -I WOULD LIKE
TO SEND YOU A $50 WALMART GIFT CERTIFICATE TO MAKE UP FOR THAT INCONVENIENCE. -WILL YOU LET
ME KNOW WHEN YOU BRING YOUR VEHICLE IN TOMORROW? SHE WILL CALL ME TOMORROW.|2005-03-21
1-802X-59376|EVENT|null|null|2005-04-01|00:00:00|[Privacy] I LEFT A MESSAGE ON VOICE
MAIL TO ADVISE THE OWNER I AM AWARE YOU HAVE RESCHEDULED FOR MONDAY. I WILL FOLLOW UP WITH
YOU ON TUESDAY.|2005-04-01
1-802X-59384|EVENT|null|null|2005-04-05|00:00:00|[Privacy] I LEFT A MESSAGE TO ADVISE
HER I WILL CALL HER WHEN I HAVE MORE INFORMATION ON THE REPAIRS.|2005-04-05
1-802X-59391|EVENT|null|null|2005-04-11|00:00:00|I ADVISED THE OWNER: -I AM FOLLOWING UP TO
SEE HOW THE VEHICLE IS PERFORMING. THE OWNER STATES: -IT IS BETTER -NOW WHEN SHE TURNS TO
THE RIGHT IT MAKES A NOISE -SHE HAD TOLD SERVICE MANAGER [Privacy] ABOUT IT BEFORE. -IT
```

SEEMS TO BE GETTING MORE NOTICEABLE. -[Privacy] TOLD HER THEY WERE GOING TO DO A RECALL ON THESE VEHICLES. -SHE IS GOING TO DRIVE IT THE REST OF THE WEEK AND CHART WHEN SHE FEELS IT. -IF IT IS A TIRE ISSUE WE NEED TO PUT BETTER TYPE OF TIRES. -SHE WILL CALL [Privacy] AT THE END OF THE WEEK OR NEXT MONDAY. I ADVISED HER: -I KNOW YOU HAVE BEEN INCONVENIENCED ALOT NOW. -IT IS UP TO YOU IF YOU WANT TO BRING IT BACK IN OR WAIT TO SEE IF THEY DO ISSUE A RECALL ON THE VEHICLE. -[Privacy] DID LOOK OVER YOUR VEHICLE AND ADVSIED ME THERE IS NOTHING MECHANICALLY WRONG WITH YOUR VEHICLE. -IF THERE IS ANYTHING ELSE I CAN ASSIST YOU WITH DO NOT HESITATE TO CALL ME. THE OWNER THANKED ME FOR MY ASSISTANCE. SHE STATES SHE DID RECEIVE THE GIFT CERTIFICATE.|2005-04-11
1-802X-59397|EVENT|null|null|2005-04-08|00:00:00|WORK=[Privacy] I ADIVSED THE OWNER: -I JUST GOT OFF THE PHONE WITH SERVICE MANGE [Privacy]. -HE ADVISED ME THEY FOUND A BAD TIRE. -THEY DIDN'T FIND ANYTHING MECHANICALLY WRONG WITH YOUR VEHICLE. -HE IS GOING TO BE WAITING FOR YOU TONIGHT SO YOU CAN PICK UP YOUR VEHICLE. -I WOULD LIKE TO FOLLOW UP WITH YOU ON MONDAY AFTER YOU HAD A CHANCE TO DRIVE THE VEHICLE OVER THE WEEKEND. SHE STATED THAT WOULD BE FINE. I ASKED HER IF SHE HAS RECEIVED THE GIFT CERTIFICATE. SHE STATES SHE HAS NOT BUT HAS NOT CHECKED HER MAIL. I ADVISED HER I WILL FOLLOW UP WITH HER ON THAT ON MONDAY AS WELL. I VERIFIED THE ADDRESS AND IT IS CORRECT.|2005-04-08
1-802X-59404|EVENT|null|null|2005-04-07|00:00:00|[Privacy] I LEFT A MESSAGE ON VOICE MAIL. THE FACILITY IS STILL WORKING ON THE VEHICLE. I WILL KEEP YOU POSTED ON THE PROGRESS.|2005-04-07
1-802X-59405|EVENT|null|null|2005-03-28|00:00:00|[Privacy] I LEFT A MESSAGE FOR THE OWNER TO CALL ME BACK.|2005-03-28
1-802X-59601|EVENT|null|null|2005-03-15|00:00:00|SERVICE MANAGER [Privacy] STATES: -HE CHECKED THE CONNECTORS, THEY LOOK FINE. -HE WAS HOPING THE STALLING AND THE FUEL GUAGE WAS RELATED -WITH REGARDS TO THE WOBBLE IN THE FRONT END, HE DROVE IT ONCE AND WOULD LIKE TO DRIVE IT AGAIN -HE DOES FEEL A BIT OF WOBBLE HE PUT SOME SWAY BAR AND BUSHINGS. -THE STALLING, THE CHECK ENGINE AND THE VEHICLE QUITING HE CAN NOT GET TO DUPLICATE. -HE HAS CONTACTED TAC BEFORE AND DID WHAT THEY RECOMMENDED. -HE WOULD LIKE TO DRIVE THE VEHICLE HOME, HE WOULD BE ABLE TO SPEND MORE TIME IN THE VEHICLE. -THE KEYS AND THE REMOTES ARE VERY CLOSE AND THE IGNITION SWITCHES ARE VERY SENSITIVE. I AUTHORIZED 2 DAYS RENTAL. I WILL FOLLOW UP WITH HIM TOMORROW.|2005-03-15
1-802X-59611|EVENT|null|null|2005-03-29|00:00:00|I ADVISED THE OWNER: -I SPOKE WITH SERVICE MANAGER [Privacy]. -HE ADVISED ME YOU WERE GOING TO MAKE ARRANGEMENTS TO BRING THE VEHICLE BACK IN. -HAVE YOU MADE ARRANGEMENTS? THE OWNER STATES: -SHE IS BRINGING THE VEHICLE BACK IN AFTER WORK ON THURSDAY. -THE GAS GUAGE WENT OUT AGAIN. -SHE HAD A FULL TANK OF GAS AND WHILE SHE WAS DRIVING IT WENT DOWN TO EMPTY AND THE LIGHT CAME ON. -SHE PULLED OVER AND TURNED OFF HER VEHICLE THEN TURNED IT BACK ON AND IT WAS FINE. -SHE ADVISED [Privacy] OF THIS. -ALSO THE LEFT REAR QUARTER PANEL IS LOOSE. -WHEN THEY REPAIRED THE LOCK ON THE TRUNK THEY SCRATCHED HER VEHICLE AND PAINTED IT SILVER AND DIDN'T EVEN BOTHER TO TELL HER ABOUT IT. -[Privacy] SAID HE WOULD TAKE A LOOK AT THESE CONCERNS. I ADIVSED HER: -I WILL FOLLOW UP WITH [Privacy] ON FRIDAY AND BRING UP THESE CONCERNS. -I WILL CALL YOU ON FRIDAY AFTER SPEAKING WITH HIM. THE OWNER THANKED ME.|2005-03-29
1-802X-59755|EVENT|null|null|2005-04-06|00:00:00|[Privacy] I LEFT A MESSAGE FOR THE OWNER TO ADVISE HER THE FACILITY IS STILL WORKING ON HER VEHICLE. I WILL KEEP HER INFORMED OF THE PROGRESS.|2005-04-06
1-802X-59760|EVENT|null|null|2005-03-14|00:00:00|THE OWNER STATES: -THEY HAVE NOT FIGURED OUT THE REASON WHY THE VEHICLE SHUTTS OFF. -THE FRONT END STILL HAS A WOBBLE. -THEY TOLD HER IT WAS THE TIRES. -THEY PUSHED THIS VEHICLE ON HER, SHE ACTUALLY WANTED TO ORDER ONE BUT THEY TOLD HER IT WOULD TAKE 8 MONTHS. -SHE HAS SCHEDULE TIME TO MEET THE SALES & SERVICE AND THEY DO NOT SHOW UP. -SHE FEELS A NEW VEHICLE SHOULD BE RUNNING PROPERLY. -THE SES LIGHT IS ON -THEY HAVE HAD TO RESET THE OIL LIFE LIGHT. -THE GAS GUAGE QUIT WORKING. -SHE HAS HAD ONE PROBLEM AFTER ANOTHER. -IT IS A HASSLE GETTING IN. -SHE WORKS 3 JOBS AND DOES NOT HAVE TIME TO BE BRINGING THE VEHICLE IN. -SALES CONSULTANT WAS [Privacy] AND HE PUT HER OFF ABOUT 2 WEEKS. -SERVICE MANAGER [Privacy] HAS BEEN VERY HELPFUL. -THE FIRST TIME

THEY GAVE HER A RENTAL AND Privacy TOLD HER HE WOULD TAKE CARE OF ALL THE CHARGES. -SHE ASSUMED HE WOULD DO THE SAME THE 2ND TIME AND DID NOT PUT GAS IN IT. -SHE SHOULD NOT HAVE A RENTAL. -SHE SHOULD NOT HAVE OUT OF POCKET EXPENSES. -WHEN DRIVING THE VEHICLE SHUTTS OFF -IT IS NOT THE KEY BECAUSE SHE DOES NOT USE THE KEYS SHE LEFT WITH THE SERVICE DEPARTMENT, THOSE WERE HER SPARE KEYS. I ADVISED HER: -I KNOW YOU HAVE BEEN INCONVENIENCED. -WE HAVE NO CONTROL OVER ENTERPRISE POLICIES. -THEY DO EXPECT TO RECEIVE THE VEHICLE BACK WITH THE SAME AMOUNT OF GAS AS WHEN THEY GAVE IT TO YOU. -JUST AS YOU WOULD PUT GAS IN YOUR OWN VEHICLE. -I WILL LOOK AT SOME WAY TO MAKE UP FOR THE INCONVENIENCES YOU HAVE HAD BY MEANS OF GOOD WILL GESTURE FOR YOU. -I|2005-03-14
1-802X-59766|EVENT|null|null|2005-03-14|00:00:00|OWNER SEQ NO: 01    MBG INDCTR: **BUSINESS CASE SUPPORTS ASSITANCE** EFFECTIVE DT: 01-22-2005 IN SERV DATE: 01-22-2005 DOCUMENT LOC:         IN SERV MILES:      5 NO SSP 0044707  2078 02 CP 03 07 05 03 10 05 $ 0.00 E9995 =WHEELS AND TIRE, STEERING, FRONT AND REAR SUSP  0044707 01 VW 03 07 2005 03 10 2005 $  28.14 =N6478 - WIRING AND/OR CONNECTOR - REPAIR SPLICE PACKS/ COMP P18 - STALL CAUSE E03 - CONNECTION/PARTIAL CONN  TECHNICIAN COMMENTS: CUST STATES VEHICLE WILL SHUT OFF WHILE DRIVING, INTERMITTENTLY. CONTACTED BRIAN AT TAC LINE. CASE #8028698. WAS TOLD TO CHECK GROUNDS BEHIND LEFT HEADLAMP AND RT SHOCK TOWER. TECH SECURED BOTH GROUNDS. TESTED VEHICLE FOR STALL. VEHICLE NEVER STALLED AFTER 3 DAYS OF TESTING         0044707 03 GW 03 07 2005 03 10 2005 $  90.00 = N6478 - WIRING AND/OR CONNECTOR - REPAIR SPLICE PACKS/ CUST REQ COURTESY RENTAL FOR STALLING CONDITION. DIANE AT CUST ASSISTANCE OK'D 3 DAYS RENTAL FOR REPAIR AND TESTING. CASE #1-15457615           0044491  1055 01 CP 02 22 05 02 23 05 $     0.00 E0437 = TIRE-REPLACEFIRESTONE 0044491  1055 02 VW 02 22 05 02 23 05 $  71.69 N2320 =ON N2320 - SWITCH - REPLACEIGNITION 10392423 - SWITCH ASM-IGN & START  COMP P18 - STALL           CAUSE C29 - INOPERATIVE PART TECHNICIAN COMMENTS: CUST STATES VEHICLE STALLS OUT WHILE DRIVING. TECH FOUND IGNITION SWITCH CUTTING OFF POWER. REPLACED IGNITION SWITCH                    0044491  1055 03 VW 02 22 05 02 23 05 $ 393.73 R0760 =R0760 - RA|2005-03-14
1-802X-59771|EVENT|null|null|2005-03-15|00:00:00|I ADVISED THE OWNER: -I HAVE SPOKEN WITH SERVICE MANAGER Privacy  -HE HAS ADVISED ME HE HAS NOT BEEN ABLE TO DUPLICATE THE CONCERN. -HE IS GOING TO KEEP YOUR VEHICLE OVERNIGHT AND SPEND MORE TIME DRIVING IT TO GET IT TO DUPLICATE. -I WILL FOLLOW UP WITH HIM TOMORROW AND GET BACK TO YOU ONCE I HAVE MORE INFORMATION. THE OWNER STATES: -SHE WAS CHARGED $50 FROM ENTERPRISE. -SHE WAS ADVISED THIS WAS STANDARD POLICY. -SHE QUESTIONED WHY SHE WAS NOT CHARGED THIS BEFORE. -THE GIRL RESPONDED THAT THEY ALWAYS DO THAT. I ADVISED HER: -I'M SORRY YOU HAD THAT EXPERIENCE. -I HAVE NO AUTHORITY OVER ENTERPRISE POLICY. -I WILL LOOK AT SOME WAY TO MAKE IT UP TO HER ONCE THIS CONCERN GETS RESOLVED. -I HAVE SPOKEN TO THE SALES MANAGER WHO WILL SPEAK TO THE SALES CONSULTANT WHO MAY HAVE SET EXPECTATIONS FOR YOU THAT WERE NOT WITHIN HIS LEVEL OF AUTHORITY. -IF IT IS ALRIGHT I WILL CALL YOU AGAIN TOMORROW. SHE SAID THAT WOULD BE FINE.|2005-03-15
1-802X-59790|EVENT|null|null|2005-03-16|00:00:00| Privacy  I LEFT A MESSAGE FOR THE OWNER TO CALL ME BACK.|2005-03-16
1-802X-59792|EVENT|null|null|2005-03-14|00:00:00||2005-03-14
1-803T-53393|EVENT|null|null|2005-03-10|00:00:00||2005-03-10
1-803X-125313|EVENT|null|null|2005-03-14|00:00:00|**RESEARCH** CELL: Privacy  THE OWNER STATED: -HER VEHICLE HAS BEEN IN AND OUT OF THE SERVICE DEPARTMENT SINCE SHE PURCHASED. -SHE HAS TO TAKE THE VEHICLE BACK TO S/NAPLES BECAUSE OF FRONT END "WOBBLING". -THE VEHICLE HAS BEEN IN FOR THIS CONCERN 3 TIMES. -THE VEHICLE HAS BEEN IN FOR THE ENGINE SHUTTING OF 2 TIMES. -THE VEHICLE HAS BEEN IN FOR THE OIL LIGHT COMING ON. -SHE HAS HAD TO REPLACE THE RADIO. -THE IGNITION SWITCH HAS BEEN REPLACED. -SHE HAS FOUND OUT SHE NOW HAS TO SIGN A CONTRACT WITH ENTERPRISE RENTALS BECAUSE SHE DID NOT FILL THE RENTAL VEHICLE BACK UP WITH GAS. -SHE WAS NOT ADVISED SHE HAD TO DO SO. -Privacy THE SERVICE MANAGER, TOLD HER TO CALL US. -SHE IS SEEKING TO HAVE THE VEHICLE REPAIRED OR TO GET THE SAME VEHICLE. -SHE HAS SAFETY ISSUES WITH THIS CAR. I PROVIDED THE SR# AND ADVISED OF CALLBACK EXPECTATIONS. MILEAGE APPROXIMATE|2005-03-14

```
1-804F-118692|EVENT|null|null|2005-03-29|00:00:00||2005-03-29
1-804F-118699|EVENT|null|null|2005-03-21|00:00:00||2005-03-21
1-804F-178625|EVENT|null|null|2005-04-08|00:00:00||2005-04-08
1-804I-127426|EVENT|null|null|2005-04-04|00:00:00||2005-04-04
1-804O-127240|EVENT|null|null|2005-03-09|00:00:00||2005-03-09
1-804O-127242|EVENT|null|null|2005-03-10|00:00:00||2005-03-10

Dealer name : Southwest Saturn, Inc.
Dealer address : 425 N. Airport Pulling Rd,Naples,FL,34104,USA
Repurch buy_back_mile: 0
Repurch nada: 0
```

GMHEC630136530
GM-MDL2543-000366508