# **EXHIBIT 15**

```
Request number: 1-15517637
Safety related: null
Owner:         [Privacy]
Address:              [Privacy]

Owner phone:   [Privacy]
Vin:           [Privacy]
Make: Saturn - GM
Model: ION 3
Year :2004
Mod_time :2008-12-19 06:13:28.775194
Open date : 2005-03-14
Odometer : 23811
Closed date : 2005-03-18
Attachments:
M#EBNBW2QZ37U8JZ
 Complaint number :1
 Complaint code 0 Z23
 Complaint text 0 Saturn Engine Stalling
 Component code 0
 Agent notes : 0 No Symptom Indicated
 Repair attempts 0 0

Description:
 Work history number: 20
1-8035-22542|EVENT|null|null|2005-03-17|00:00:00||2005-03-17
1-803T-80460|EVENT|null|null|2005-03-14|00:00:00|RESEARCH THE OWNER'S MOTHER ADVISED: * THE
  VEHICLE WAS PURCHASED NEW FROM S/HEMPSTEAD. * ABOUT A MONTH AFTER PURCHASE THE VEHICLE LOST
  ALL POWER WHILE HER SON WAS DRIVING DOWN THE HIGHWAY. * S/HEMPSTEAD COULD NOT DUPLICATE THE
  CONCERN. * S/HEMPSTEAD REPLACED THE IGNITION SWITCH AND ADVISED EVERYTHING SHOULD BE FINE
  NOW. * ABOUT A MONTH AGO THE VEHICLE LOST POWER AGAIN. * THE VEHICLE WAS BROUGHT BACK TO
  S/HEMPSTEAD. * S/HEMPSTEAD REPLACED THE POWER SENSOR AND CASING. * THIS PAST FRIDAY THE
  VEHICLE LOST POWER AGAIN. * THE VEHICLE WAS TAKEN TO S/HEMPSTEAD ONCE AGAIN. * S/HEMPSTEAD
  ADVISED SATURN ENGIONEERS RECOMMEND REPLACING THE IGNITION SWITCH WITH A NEW AND IMPROVED
  ONE. * THE IGNITION SWITCH WAS REPLACED. * THE VEHICLE IS STILL AT S/HEMPSTEAD. * SHE FEELS
  THE VEHICLE IS UNSAFE AND IT WILL CONTINUE TO LOOSE POWER. * SHE DOES NOT BELIEVE THE
  VEHICLE IS FINALLY FIXED. * HER SON DRIVES THE VEHICLE AND HE NO LONGER WANTS IT. * THE
  SERVICE MANAGER AT S/HEMPSTEAD ADVISED HER TO CALL SCAC. THE OWNER IS SEEKING TO GET OUT OF
  THE VEHICLE. I ADVISED THE OWNER'S MOTHER: * I WOULD FORWARD THE CASE TO AN AREA MANAGER. *
  OF THE SR #. * OF CALL BACK EXPECTATIONS.|2005-03-14
1-804H-145180|EVENT|null|null|2005-03-18|00:00:00||2005-03-18
1-804H-21278|EVENT|null|null|2005-03-15|00:00:00|[Privacy] RETURNED YOUR CALL AND SHE WILL
  CALL YOU BACK WHEN SHE GETS A BREAK.|2005-03-15
1-804I-157102|EVENT|null|null|2005-03-15|00:00:00||2005-03-15
1-804P-24040|EVENT|null|null|2005-03-15|00:00:00||2005-03-15
1-804S-129274|EVENT|null|null|2005-03-18|00:00:00|I ADVISED THE OWNER'S MOTHER, [Privacy], I
  WAS ADVISED THE VEHICLE HAS BEEN REPAIRED. I STATED: -I SPOKE WITH [Privacy], SERVICE
  MANAGER, AND HE ADVSIED HE TEST DROVE THE VEHICLE 172 MILES AT HIGHWAY SPEEDS AND IN THE
  CITY. -A TECHNICIAN DROVE IT HOME AND THERE WAS NO DUPLICATION OF THE CONCERN. [Privacy] ALONG
  WITH TAC, BELIEVE THE CONCERN HAS BEEN RESOLVED. SHE STATED: -SHE SPOKE TO [Privacy] THIS
  MORNING ALSO. -HE ADVISED HER OF THE SAME THING, HOWEVER THIS IS HER SON'S LIFE. [Privacy]
  ADVISED HER THE CONCERN HAS NEVER BEEN DUPLICATED. -IT IS AN INTERMITTENT CONCERN. -SHE
  WILL HAVE TO FILE FOR LEMON LAW UNLESS SATURN OFFERS TO REPLACE THE VEHICLE. I ADVISED I
  COULD NOT OFFER THIS AS AN OPTION AND THE RENTAL VEHICLE WOULD NEED TO BE RETURNED TODAY
```

```
AND ANY RENTAL DAYS AFTER TODAY WOULD BE HER RESPONSIBILITY. SHE STATED THEN SHE WILL FILE
FOR LEMON LAW. I THANKED HER FOR CALLING.|2005-03-18
1-804S-129275|EVENT|null|null|2005-04-08|00:00:00|CONCERNS WITH VEHICLE ADDRESSED PER
CAM|2005-04-08
1-804S-129276|EVENT|null|null|2005-03-15|00:00:00|OWNER STATED THIS IS THE SECOND TIME SHE
HAS TRIED TO REACH [Privacy]. OWNER ADVISED TO JUST CALL BACK AND LEAVE A MESSAGE AND WHEN
SHE GOES ON BREAK SHE WILL CALL AGAIN.|2005-03-15
1-804S-129277|EVENT|null|null|2005-03-15|00:00:00|FOLLOW UP WITH REPAIR|2005-03-15
1-804S-129280|EVENT|null|null|2005-03-15|00:00:00|[Privacy]|2005-03-15
1-804S-129281|EVENT|null|null|2005-03-15|00:00:00|THE OWNER WAS DISCONNECTED BEFORE
TRANSFERRING.|2005-03-15
1-804S-129283|EVENT|null|null|2005-03-18|00:00:00|[Privacy]|2005-03-18
1-804S-129286|EVENT|null|null|2005-03-18|00:00:00|[Privacy] 2005-03-18
1-804S-129291|EVENT|null|null|2005-03-14|00:00:00||2005-03-14
1-804S-129292|EVENT|null|null|2005-03-15|00:00:00||2005-03-15
1-804S-129293|EVENT|null|null|2005-03-15|00:00:00||2005-03-15
1-804S-129294|EVENT|null|null|2005-03-14|00:00:00|BUSINESS CASE: -1ST OWNER. -IN SERVICE
DATE 1/12/04 -NO SSP. -4/15/04 LOSS OF POWER CONCERN IGNITION SWITCH - 5,809 MILES. -3/2/05
TRANSMISSION SLIPPING - LOSS OF POWER - TRANSMISSION CASE ASSEMBLY REPLACED. -AT PRESENT -
VEHICLE BROUGHT IN WITH LOSS OF POWER, NO DUPLICATION - IGNITION SWITCH REPLACED. BUSINESS
CASE SUPPORTS ASSISTANCE. -|2005-03-14
1-804S-129295|EVENT|null|null|2005-03-15|00:00:00|I ADVISED THE OWNER'S MOTHER, [Privacy], I
WAS THE AREA MANAGER REVIEWING HER CONCERNS. I STATED: -I HAVE REVIEWED THE CONCERNS WITH
THE VEHICLE LOSING POWER. -I SPOKE WITH THE SERVICE MANAGER, [Privacy] AND HE ADVISED
THE IGNITION SWITCH WAS REPLACED. -THERE WAS NO DUPLICATION OF THE CONCERN, HOWEVER TAC
ADVISED TO REPLACE THE SWITCH. -HE DID AND CALLED YOUR SON TO PICK UP THE VEHICLE. -YOUR
SON PICKED UP THE VEHICLE HOWEVER, I BELEIVE THE VEHICLE SHOULD BE TEST DRIVEN FOR A LONGER
PERIOD OF TIME. SHE STATED; -WHY WOULDN'T SATURN JUST EXCHANGE THE VEHICLE. I ADVISED I
CANNOT OFFER THIS OPTION. I AM DEDICATED TO REPAIR THE VEHICLE. THIS IS WHY I WOULD LIKE
FOR THE VEHICLE TO BE BROUGHT BACK FOR A TEST DRIVE,. THIS TEST DRIVE WILL CONSIST OF
HIGHWAY DRIVING AND A TECHNICIAN WILL DRIVE IT HOME. SHE AGREED AND STATED SHE WOULD
CONTACT HER SON. I ADVISED I WILL FOLLOW UP AFTER THE TEST DRIVE.|2005-03-15
1-804S-129296|EVENT|null|null|2005-03-15|00:00:00|[Privacy]|2005-03-15

Dealer name : Garden Saturn, Inc.
Dealer address : 265 N. Franklin Street,Hempstead,NY,11550,USA
Repurch buy_back_mile: 0
Repurch nada: 0
```


SATURN

# Service Satisfaction Survey

** Dissatisfied Customer **

Privacy

Please make any corrections to your name, address, or telephone number here:

_____

_____

_____

Home telephone: Privacy
Change to: (    ) _____

**Please provide us with your _preferred_ email address:**

_____

Dear Privacy

Our records indicate that you had your **2004 Ion serviced at Saturn of Hempstead on February 21, 2005**. Our goal is for you to be completely satisfied. Please take a few minutes to complete both sides of this questionnaire about our retailer's personnel and services. Your timely response is very important to us and will be used to direct our continued efforts toward meeting the highest expectations of our customers. For information on GM's privacy policy, please visit our website at www.gm.com/privacy or call 1-866MYPRIVACY (1-866-697-7482).

Thank you for having your vehicle serviced at Saturn of Hempstead.

Sincerely,

Jill Lajdziak
General Manager

## Instructions

Please use a dark pen or pencil (preferably black) when filling out this survey.

☐ Please check this box if you no longer own/lease this 2004 Ion, and return the questionnaire.

**PLEASE HAVE THE PERSON WHO TOOK THIS VEHICLE IN FOR SERVICE ON FEBRUARY 21, 2005, COMPLETE THIS SURVEY.**

### About Your Saturn Retailer's Service Department

| | Completely Satisfied | Very Satisfied | Satisfied | Somewhat Satisfied | Not At All Satisfied |
|---|---|---|---|---|---|
| 1. How satisfied were you with the convenience of the Service Department's hours? | ☐ | ☐ | ☐ | ☐ | ☒ |

| | Yes | No | Does Not Apply/Not Required | Don't Know | |
|---|---|---|---|---|---|
| 2. Were services available to you on both an appointment and non-appointment basis? | ☐ | ☐ | ☐ | ☒ | |
| 3. When arriving for service, were you greeted promptly? | ☒ | ☐ | ☐ | | |

| | Completely Satisfied | Very Satisfied | Satisfied | Somewhat Satisfied | Not At All Satisfied |
|---|---|---|---|---|---|
| 4. How satisfied were you that all retail facility personnel treated you in a courteous, fair, and professional manner? | ☐ | ☐ | ☐ | ☐ | ☒ |

### About Your Service Consultant/Advisor

| | Completely Satisfied | Very Satisfied | Satisfied | Somewhat Satisfied | Not At All Satisfied |
|---|---|---|---|---|---|
| 5. How satisfied were you that your Service Consultant took enough time to thoroughly understand your service request? | ☐ | ☐ | ☐ | ☐ | ☒ |

| | Yes | No | Does Not Apply/Not Required | Don't Know | |
|---|---|---|---|---|---|
| 6. Were you _offered_ transportation options? | ☐ | ☐ | ☐ | ☐ | |

| | Completely Satisfied | Very Satisfied | Satisfied | Somewhat Satisfied | Not At All Satisfied | Does Not Apply/Not Required |
|---|---|---|---|---|---|---|
| 7. How satisfied were you that you were kept informed about the status of your service request? | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| | Yes | No | No Time Promised | | | |
|---|---|---|---|---|---|---|
| 8. Was your vehicle ready by the original time promised? | ☐ | ☐ | ☒ | | | |

Privacy  10688

029508162996   00000121857   180396                    0581

**Please complete other side** ➤

CSI   101861

GMHEC630136431
GM-MDL2543-000366409

## About Your Service Consultant/Advisor - continued

| | Completely Satisfied | Very Satisfied | Satisfied | Somewhat Satisfied | Not At All Satisfied |
|---|---|---|---|---|---|
| 9. How satisfied were you with the explanation you were given of all services performed? | ☐ | ☐ | ☐ | ☐ | ■ |
| 10. Overall, how satisfied were you with your Service Consultant? | ☐ | ☐ | ☐ | ☐ | ■ |

## About Service Delivery

| | Completely Satisfied | Very Satisfied | Satisfied | Somewhat Satisfied | Not At All Satisfied |
|---|---|---|---|---|---|
| 11. When you picked your vehicle up, how satisfied were you with: | | | | | |
| − The time it took to complete the transaction? | ☐ | ☐ | ■ | ☐ | ☐ |
| − The ease of getting your vehicle? | ☐ | ☐ | ☐ | ☐ | ■ |
| − The condition in which it was returned? | ☐ | ☐ | ☐ | ☐ | ■ |

| | Yes | No |
|---|---|---|
| 12. Were ALL of your service concerns corrected on this service visit? | ☐ | ☐ |

IF NO, why not? (check all that apply)

- ☐ Condition explained - repair not necessary
- ■ Work performed did not correct the problem
- ■ Service Department could not duplicate problem
- ☐ Service Department was too busy
- ☐ Parts not available
- ☐ I declined repair
- ☐ Other (please specify) _____
- ☐ Don't know

| | Completely Satisfied | Very Satisfied | Satisfied | Somewhat Satisfied | Not At All Satisfied |
|---|---|---|---|---|---|
| 13. How satisfied are you that your vehicle was fixed right on this service visit? | ☐ | ☐ | ☐ | ☐ | ■ |

| | Yes | No | |
|---|---|---|---|
| 14. Were you given a copy of the completed repair order/invoice? | ■ | ☐ | |

| | Yes | No | Don't Know/ Not Sure |
|---|---|---|---|
| 15. Were you contacted shortly after this service visit to determine your satisfaction with the retail facility's service? | ☐ | ■ | ☐ |

## Summing Up Your Experience

| | Completely Satisfied | Very Satisfied | Satisfied | Somewhat Satisfied | Not At All Satisfied |
|---|---|---|---|---|---|
| 16. Based on this service visit, overall, how satisfied are you with Saturn of Hempstead? | ☐ | ☐ | ☐ | ☐ | ■ |

| | Definitely Would | Probably Would | Might/ Might Not | Probably Not | Definitely Not |
|---|---|---|---|---|---|
| 17. Would you recommend this retail facility for service? | ☐ | ☐ | ☐ | ☐ | ■ |

| | Completely Satisfied | Very Satisfied | Satisfied | Somewhat Satisfied | Not At All Satisfied |
|---|---|---|---|---|---|
| 18. Overall, how satisfied are you with your 2004 Ion? | ☐ | ☐ | ☐ | ☐ | ■ |

19. Are you ...   **Privacy**

20. Your age ...

| | Yes | No |
|---|---|---|
| 21. May we include your name when providing this survey information to your retail facility? | ■ | ☐ |

22. Do you have any other comments/recommendations about Saturn of Hempstead?

MC *Problem was never duplicated - Car stops dead randomly on highway - Saturn does not care - Car is unsafe to drive. Saturn refuses to assume responsibility for the lemon they sold*

*Recommendation - Buy back car so I can buy a safe vehicle.* /0199

If you have an issue with your vehicle or a concern requiring immediate attention, we encourage you to first contact your retailer. If further assistance is required, please call the Saturn Customer Assistance Center: 1-800-553-6000

**Thank You!!**

Your opinions will help us serve you better.
Please return this questionnaire in the self-addressed, postage-paid envelope to:
SATURN, P.O. BOX 10054, TOLEDO, OH 43699-0054

**Privacy**

Privacy   10688
029508162996   5165652413   180396         0582

GMHEC630136432
GM-MDL2543-000366410