# **EXHIBIT 16**

```
Request number: 1-16335908
Safety related: null
Owner:        [ Privacy ]
Address:              [       Privacy       ]

Owner phone: [ Privacy ]
Vin: [   Privacy   ]
Make: Saturn - GM
Model: ION 1
Year :2005
Mod_time :2008-11-23 22:50:28.338385
Open date : 2005-05-24
Odometer : 3000
Closed date : 2005-06-21
Complaint number :1
Complaint code 0 Z23
Complaint text 0 Saturn Engine Stalling
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 23
1-8005-1829|EVENT|null|null|2006-09-04|09:41:21|[ Privacy ] I ADVISED THE OWNER I WOULD
 CONTACT HER TOMORROW AS I WAS NOT ABLE TO REACH THE SERVICE MANAGER. OWNER STAETD THIS WAS
 FINE.|2006-09-04
1-8005-2516|EVENT|null|null|2006-09-04|09:41:21|CALL OWNER.|2006-09-04
1-800O-6423|EVENT|null|null|2006-09-04|13:32:59|QUALITY REVIEW|2006-09-04
1-8013-13943|EVENT|null|null|2006-09-04|21:37:05|OWNER STATED FOR HER TROUBLES SHE WOULD
 LIKE A CD PLAYER INSTALLED IN THE VEHICLE FREE OF CHARGE. I ADVISED THE OWNER AFTER WE HAD
 DIAGNOSED THE VEHICLE AND REPAIRED IT WE WOULD LOOK INTO SEEING IF THIS WAS A POSSIBILITY.
 OWNER STATED THIS WAS FINE.|2006-09-04
1-8013-41133|EVENT|null|null|2006-09-04|21:37:05|[ Privacy ]|2006-09-04
1-8013-41137|EVENT|null|null|2006-09-04|21:37:05|[ Privacy ] I ASKED THE OWNER IF HELDER
 HAD CONTACTED HER ABOUT THE CD PLAYER AND HOW THE VEHICLE WAS DOING. OWNER STATED THE
 VEHICLE WAS RUNNING OK. OWNER STATED SHE HAD AGREED TO THE 100.00 DOLLARS BUT SHE PREFERRED
 NOT PAYING FOR THIS AND IF SATURN WAS GOING TO CHARGE SHE WOULD HAVE A CD PLAYER INSTALLED
 SOMEWHERE ELSE. I ADVISED THE OWNER: I WOULD NOT RECOMMEND THIS AS AFTERMARKET PRODUCTS ARE
 NOT COVERED UNDER WARRANTY AND IF DAMAGE IS INCURRED BECAUSE OF THE CD PLAYER THEN THIS
 WILL NOT BE COVERED. A RETAILER SATURN INSTALLED ACCESSORY WOULD BE COVERED UNDER HER 3/36.
 OWNER STATED: WELL I KNOW BUT I DON'T WANT TO PAY. I ASKED THE OWNER IF SATURN TAKING CARE
 OF THE CD PLAYER FOR HER WOULD MAKE HER COMPLETELY SATISFIED AND SHE STATED YES IT WOULD. I
 ADVISED THE OWNER I WOULD TAKE CARE OF THIS FOR HER AND WOULD CALL HER IN 2 WEEKS WHEN THE
 PART CAME IN. OWNER THANKED ME FOR ALL THE HELP.|2006-09-04
1-8018-108957|EVENT|null|null|2006-09-04|22:25:27|OWNER STATED NOW THE DRIVER SIDE HEADLAMP
 HAS WATER IN IT AND IT IS LEAKING OUT. THE VEHICLE IS GOING IN TODAY FOR THE 4TH
 TIME.|2006-09-04
1-8018-112648|EVENT|null|null|2006-09-04|22:25:27|CALL STORE TO SEE IF PART HAS BEEN
 RECIEVED. CALL OWNER.|2006-09-04
1-8018-129666|EVENT|null|null|2006-09-04|22:25:27||2006-09-04
1-8018-156650|EVENT|null|null|2006-09-04|22:25:27||2006-09-04
1-8018-16195|EVENT|null|null|2005-05-26|00:00:00|I ADVISED THE OWNER SHE WOULD NEED TO BRING
 THE VEHICLE BACK TO THE RETAILER SO WE COULD TRY TO DUPLICATE THE CONCERNS A BIT MORE. SHE
 WOULD HAVE TO SCHEDULE AN APPOINTMENT FOR TUESDAY OF NEXT WEEK. OWNER STATED SHE WOULD DO
```

```
THIS.|2005-05-26
1-8018-194782|EVENT|null|null|2006-09-04|22:25:27| Privacy |I LEFT A MESSAGE ADVISING THE
OWNER HER CD PLAYER HAD ARRIVED AND SHE WOULD NEED TO CONTACT THE RETAILER TO HAVE THIS
INSTALLED.|2006-09-04
1-8018-54083|EVENT|null|null|2006-09-04|22:25:27||2006-09-04
1-8018-67652|EVENT|null|null|2006-09-04|22:25:27|BUSINESS CASE: 3,000 MILES. 2/10/2005 ISD.
ORIGINAL OWNER. NO SSP. ION SEDAN 1 AUTO EXTENSION OF VEP COULD BE MADE.  THIS CASE
SUPPORTS ASSISTANCE. 03 14 05 1216 MI C/S AT TIMES VEHICLE HAS NO POWER ACCELERATING   TECH
TEST DROVE COUDN'T DUPLICATED CONCERN.TECH CH ECKED ECM FOUND NO CALIBRATION-RECALIBRATED
ECM|2006-09-04
1-802T-53244|EVENT|null|null|2005-05-26|00:00:00| Privacy |2005-05-26
1-802T-56661|EVENT|null|null|2005-05-24|00:00:00|OWNER STATED: THE VEHICLE SHUTS OFF ON ME.
IT WILL CHIME ABOUT 5 SECONDS AND THEN IT WILL SHUT OFF. THIS IS VERY DANGEROUS TO ME. I
STATED: I WILL CALL AND SPEAK TO Privacy  SERVICE MANAGER AT S/DARTMOUTH AND CONTACT
YOU BY TOMORROW. OWNER STATED THIS WAS FINE.|2005-05-24
1-8033-93258|EVENT|null|null|2005-05-26|00:00:00||2005-05-26
1-803T-134262|EVENT|null|null|2005-06-07|00:00:00|OWNER ASKED FOR YOU TO RETURN HER
CALL.|2005-06-07
1-803T-42512|EVENT|null|null|2005-06-03|00:00:00||2005-06-03
1-804E-4011|EVENT|null|null|2005-06-21|00:00:00||2005-06-21
1-804F-46554|EVENT|null|null|2005-05-24|00:00:00|*** RESEARCH********* CELLULAR #
 Privacy  OWNER STATED: _ HER VEHICLE HAS A NASTY HABIT OF TURNING OFF WHEN SHE IS GOING
70 MPH. -THE VEHICLE HAS DONE DIED ON HER 5 TIMES. - VEHICLE MAKES A DINGLE NOISE -THE
VEHICLE DIES WHERE SHE DOES NOT HAVE POWER STEERING, BRAKES. -18/20 MILE PER HWY AND 10/12
IN THE CITY. -SHE IS CONSTANTLY BUTTING GAS IN THE VEHICLE. -THE VEHICLE HAS BEEN
RECALIBRATED -SERVICE MAN STATE THE VEHICLE HAS A PROBLEM WITH THE AIR FLOW. -SHE FEELS
THIS VEHICLE IS NOT SAFETY AND THAT SHE WANTS A NEW VEHICLE WITH A CD PLAYER IN IT BECAUSE
OF ALL THE TROUBLE SHE HAS WENT THOUGHT. - SATURN OF DARTMOUTH IS THE FACILITY THAT SHE HAS
BEEN WORKING WITH AND THAT SERVICE MANGER THERE. -THE CONCERNS STARTED ABOUT A WEEK AFTER
SHE RECEIVED THE VEHICLE.  OWNER IS SEEKING TO GET A NEW VEHICLE SHE FEELS THAT SHE SHOULD
ALSO RECEIVED A CD PLAYER IN THE NEW VEHICLE DUE TO ALL THE TROUBLE SHE HAS HAD WITH THE
VEHICLE.|2005-05-24
1-804J-103295|EVENT|null|null|2005-05-26|00:00:00||2005-05-26
1-804Q-53817|EVENT|null|null|2005-05-24|00:00:00||2005-05-24

Dealer name : Saturn Of Hyannis, Inc.
Dealer address : 143 Faunce Corner Mall Rd.,North Dartmouth,MA,02747,USA
Repurch buy_back_mile: 0
Repurch nada: 0
```