# **EXHIBIT 17**

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 08224557 | *VIN:* | Privacy |
| *Date Opened:* | 20050602 | *Model Year:* | 2005 |
| *Date Closed:* | 12/31/2010 | *Model Series:* | AG |
| *Dealer Code:* | ?121937 | *Mileage:* | 008827 |
| *Dealer Name:* | Saturn Of Puyallup, Puyallup | *Dealer State:* | WA |
| *Dealer Phone:* | 2538406300 | *Division:* | Saturn - GM |

SYMPTOM ABSTRACT---- INTERMITTENT STALL
RESOLUTION ABSTRACT-
UCC CODE 1----------
UCC-1 DESCRIPTION--- Engine
UCC CODE 2----------
UCC-2 DESCRIPTION---
UCC CODE 3----------
UCC-3 DESCRIPTION---


06/02/2005 12:54:11 SBD Template - WENDELL
STRATEGY BASED DIAGNOSTICS


_1_ Number of times in for the same condition
_1_ Number of days vehicle in dealership for same condition
_n_ Y / N Is the vehicle modified/non-production accessories (List below)
_n_ SI Document ID Number supplied by Dealer _____



Caller's name (First, Last, and Position)
Privacy Tech
Customer concern -
Stall
Dealer comments/diagnosis -(DTC'S, Parts, Repairs, Duplicated, SI Search, Compare to like Vehicle?)
Tech ahs duplicated stall and it is intermittent.
Tech alleges there are not DTC
Tech is looking for possibilities at this point.

GMNHTSA630002845
GM-MDL2543-000003927

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 08224557 | *VIN:* | **Privacy** |
| *Date Opened:* | 20050602 | *Model Year:* | 2005 |
| *Date Closed:* | 12/31/2010 | *Model Series:* | AG |
| *Dealer Code:* | ?121937 | *Mileage:* | 008827 |
| *Dealer Name:* | Saturn Of Puyallup, Puyallup | *Dealer State:* | WA |
| *Dealer Phone:* | 2538406300 | *Division:* | Saturn - GM |

*TAC recommendation -*

Advised tech to evaluate the ignition switch , wiring and grounds for possible concerns as per like cases.

No other recommendations given tech is to report back if further assistance is needed.

06/02/2005 12:54:11 History    - WENDELL

GMNHTSA630002846
GM-MDL2543-000003928