# **EXHIBIT 18**

```
Request number: 1-16504301
Safety related: null
Owner:         [Privacy]
Address:               [Privacy]

Owner phone: [Privacy]
Vin: [Privacy]
Make: Saturn - GM
Model: ION 2
Year :2005
Mod_time :2008-10-19 23:41:30.934967
Open date : 2005-06-07
Odometer : 248
Closed date : 2005-06-28
Complaint number :1
Complaint code 0 Z23
Complaint text 0 Saturn Engine Stalling
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 42
1-802V-45218|EVENT|null|null|2005-06-10|00:00:00||2005-06-10
1-802V-45219|EVENT|null|null|2005-06-10|00:00:00|OWNER STATED: -[Privacy] AT THE RETAILER CALLED
 AND STATED THE VEHICLE IS READY TO PICK UP -SHE WILL RETURN THE RENTAL -[Privacy] SAW THE
 VEHICLE STALL ON WEDNESDAY WHEN SHE WAS THERE -SHE DOES NOT FEEL SAFE IN THE VEHICLE -SHE
 HAS NOT SEEN A INVOICE WITH THE REPAIRS ON THE VEHICLE -THE VEHICLE HA|2005-06-10
1-802V-45220|EVENT|null|null|2005-06-20|00:00:00||2005-06-20
1-802V-45326|EVENT|null|null|2005-06-10|00:00:00|FAXED THE MUF TO THE BBB.|2005-06-10
1-802V-45327|EVENT|null|null|2005-06-10|00:00:00|OWNER STATED: -SHE HAD JUST GOT OFF THE
 PHONE WITH [Privacy] -SHE IS TO STAY IN THE RENTAL -THE RETAILER IS TRYING TO GET A HOLD
 OF ME -THE RETAILER IS GOING TO DO MORE TESTING ON THE VEHICLE I STATED: -WILL CALL HER ON
 MONDAY|2005-06-10
1-802V-45329|EVENT|null|null|2005-06-10|00:00:00|CANNOT WAIT UNTIL NOON.|2005-06-10
1-802V-45330|EVENT|null|null|2005-06-10|00:00:00||2005-06-10
1-802V-45331|EVENT|null|null|2005-06-17|00:00:00||2005-06-17
1-802V-45333|EVENT|null|null|2005-06-10|00:00:00||2005-06-10
1-802V-45334|EVENT|null|null|2005-06-10|00:00:00||2005-06-10
1-802V-45335|EVENT|null|null|2005-06-13|00:00:00|[Privacy] I STATED: -THAT S/THE VALLEY
 HAD WENT TO BAT FOR HER AND THAT THE VEHICLE IS GOING TO BE VEP -THAT THIS IS VERY RARE
 THAT SATURN NEVER DOES THIS ON A VEHICLE. -THAT [Privacy] WOULD BE GETTING IN TOUCH
 WITH HER ABOUT THE VEP -IF SHE HAS ANY CONCERNS TO GIVE US A CALL [Privacy] STATED: -THANK YOU
 VERY MUCH -SHE WOULD CALL [Privacy] |2005-06-13
1-802V-45336|EVENT|null|null|2005-06-10|00:00:00||2005-06-10
1-802V-45337|EVENT|null|null|2005-06-10|00:00:00|THE OWNER WILL TRY CALLING BACK.|2005-06-10
1-802V-45339|EVENT|null|null|2005-06-10|00:00:00|[Privacy] |2005-06-10
1-802V-45341|EVENT|null|null|2005-06-17|00:00:00|SALES ASSISTANT [Privacy] REQUESTED A VEP
 STATING THE VEHICLE HAD DRIVEABILITY ISSUES AND THIS WAS APPROVED BY SCAC MANAGER [Privacy]
 [Privacy] |2005-06-17
1-8033-141643|EVENT|null|null|2005-06-07|00:00:00|OWNER RETURNING CALL, BACK AT THE
 OFFICE|2005-06-07
1-8033-80605|EVENT|null|null|2005-06-08|00:00:00|[Privacy] STATED: -HE VEP THE FIRST VEHICLE AND
 THAT WAS HER RIGHT -ON SUNDAY SHE HAD STATED TO HIM THAT SHE WANTED A NON SATURN VEHICLE
```

```
-HE DID NOT FEEL THAT THERE WAS ANY WAY HE WOULD BE ABLE TO HELP HER -HE HAD TRIED TO HELP
HER ALL THAT HE COULD -SHE CAN PICK UP THE VEHICLE AND TAKE IT TO ANOTHER DEALER FOR A
DIFFERENT VEHCILE -I DON'T MEAN TO SOUND MEAN BUT THERE WAS NOTHING MORE HE COULD DO FOR
HER I STATED: -THAT WAS FINE -WOULD SEE WHAT I COULD DO FOR HER -THANKED HIM FOR HIS
TIME|2005-06-08
1-8035-184648|EVENT|null|null|2005-06-10|00:00:00|PLEASE CALL BACK.|2005-06-10
1-803O-15845|EVENT|null|null|2005-06-08|00:00:00|LEFT A MESSAGE FOR [Privacy]|2005-06-08
1-803O-76188|EVENT|null|null|2005-06-09|00:00:00|BUSY|2005-06-09
1-803X-43578|EVENT|null|null|2005-06-07|00:00:00|I STATED: -THAT I HAD RESEARCHED HER CASE
 -THE VEHICLE WAS READY TO BE PICKED UP -THAT THE PCM HAD BEEN REPLACED IN THE VEHICLE OWNER
 STATED: -WHO DID YOU SPEAK TO AT THE RETAILER? I STATED: -SPOKE TO [Privacy] THE SERVICE
 MANAGER OWNER STATED: -SHE IS GOING TO PICK UP THE VEHICLE I STATED: -WOULD LIKE TO OFFER
 HER 4/50/0 EVC -SHE WOULD HAVE 30 DAYS ON THE OFFER -APOLOGIZED FOR OWNER STATED: -SHE WILL
 BE PICKING UP THE VEHICLE AND DRIVING TO TOYOTA TO TRADE IT IN|2005-06-07
1-804C-86706|EVENT|null|null|2005-06-07|00:00:00|I WARM TRANSFERRED THE OWNER TO
 [Privacy]|2005-06-07
1-804C-86707|EVENT|null|null|2005-06-10|00:00:00||2005-06-10
1-804D-130187|EVENT|null|null|2005-06-08|00:00:00|OWNER STATED: -PICKED UP THE VEHICLE
 -DRIVE THE VEHICLE AROUND THE LOT AT THE RETAILER AND THE VEHCILE STALED -SHE IS ONLY 4'11
 -WHEN SHE PULLED THE SEAT UP HER KNEES HIT THE DASH AND THE VEHCILE STALED -SHE COASTED
 INTO THE LOT -AT THE RETAILER RIGHT NOW -RETAILER TOLD HER SHE HAD TO MANY KEYS ON THE KEY
 RING -WHAT IS GOING TO HAPPEN IF SHE HITS A BUMP AND THE VEHICLE STALES -DOES NOT WANT THIS
 VEHICLE -WANTS A NON SATURN VEHICLE  I STATED: - THAT I WOULD NEED TO FIND OUT WHAT IS
 WRONG WITH THE VEHICLE -APOLOGIZED FOR THE INCONVENIENCE THAT SHE IS HAVING WITH THE
 VEHICLE -WOULD CALL HER BACK BY THE END OF BUSINESS TODAY SHE PUT [Privacy] ON THE LINE: I
 STATED: -CAN SHE STAY IN HER RENTAL TILL WE CAN FIND OUT WHAT IS WRONG WITH THE VEHICLE
 [Privacy] STATED: -IF I WAS WILLING TO HELP WITH THE RENTAL I STATED: -WOULD BE WILLING TO HELP
 WITH THE RENTAL -WOULD HE CALL ME WITH THE DIAGNOIS ON THE VEHICLE [Privacy] STATED: -THAT HE
 WOULD CALL AFTER HE LOOKED AT THE VEHICLE.|2005-06-08
1-804D-160542|EVENT|null|null|2005-06-09|00:00:00|[Privacy] BUSY|2005-06-09
1-804D-69595|EVENT|null|null|2005-06-06|00:00:00|VIN# [Privacy] THE NEW VEHICLE THE OWNER
 PICKED UP ON FRIDAY, JUNE 3, 2005 APPROXIMATELY 6:15 PM PST. THIS INFORMATION IS NOT IN THE
 SYSTEM YET. OWNER STATED: - SHE IS VERY CONCERNED ABOUT SAFETY AND THE SALESPERSON KNEW
 THIS, BECAUSE SHE RECENTLY HAD BEEN IN A VERY BAD ACCIDENT. - SHE PURCHASED AN ION2 ON MAY
 27, 2005 AND AS SHE WAS LEAVING THE RETAILER SHE ASKED IF THE VEHICLE HAD ABS BRAKES AND
 SHE WAS TOLD THIS VEHICLE DID NOT HAVE ABS BRAKES. - SHE DECIDED THAT WAS OK. - SHE GOT TO
 THINKING ABOUT THIS AND CALLED THE RETAILER AND STATED SHE WANTED ANOTHER ION2 WITH THE ABS
 BRAKES. - THE RETAILER LOCATED THE VEHICLE SHE WANTED AT A SISTER RETAILER S/SANTA CLARITA,
 SHE CAN'T BELIEVE THE PERSON THAT DROVE THE VEHICLE BACK, THAT THE VEHICLE DID NOT STOP ON
 HIM. - THEY GOT ALL THE PAPERWORK TAKEN CARE OF WITHIN AN HOUR AND SHE WAS ON HER WAY. -
 SHE LEFT THE RETAILER LOT AT 6:15 PM ON FRIDAY, JUNE 3, 2005 AND ON SATURDAY, JUNE 4, 2005
 AT 5:00 PM PST SHE WAS CALLING THE RETAILER. - THE VEHICLE LOST POWER AND SHUT DOWN, THIS
 WAS THE FOURTH TIME THAT DAY THIS HAPPENED. - WHEN THE VEHICLE IS IN MOTION, IT LOOSES
 POWER AND THEN SHUTS DOWN. - THE VEHICLE HAD ABOUT 37 MILES ON IT WHEN SHE PURCHASED IT AND
 SHE ONLY PUT ABOUT 40 OR SO MILES ON IT. - THE RETAILER STATED THEY WOULD COME AND GET HER,
 WHICH THEY DID. - SHE WENT INTO THE FACILITY ON SUNDAY AND SPOKE WITH THE GM ABOUT THE
 CONFIDENCE SHE HAS LOST IN SATURN. - THE GM TOLD HER THEY WOULD HAVE TO LOOK INTO THE
 MATTER FOR HER. - SH|2005-06-06
1-804D-9234|EVENT|null|null|2005-06-07|00:00:00|OWNER STATED: -SHE HAD PURCHASED ONE VEHICLE
 ON MAY 28 -RETURNED THIS VEHICLE BECAUSE SHE WANTED A VEHICLE WITH ABS BRAKES -SHE LEFT THE
 RETAILER WITH A NEW VEHICLE -SHE DROVE THE VEHICLE 30 MILES AND THE VEHICLE STOPPED FOUR
 TIMES -SHE WAS DRIVING 70 MPH AND THE VEHICLE WAS SLOWED DOWN -WHEN THE RETAILER ARRIVED TO
 PICK HER UP HE STATED HE KNOW WHAT IS WRONG WITH THE VEHICLE -WAS IN A ACCIDENT ON THE 4TH
 OF APRIL -HIT IN THE REAR END -PUT $8000 DOLLARS DOWN ON THE VEHICLE -FINANCED ABOUT $9000
```

```
-THE RETAILER PUT HER LOANER -THE FIRST VEHICLE SHE HAD FOR ONE WEEK -THE SECOND VEHICLE
SHE HAS HAD ONLY 24 HOUR -KNOWS HOW THE LEMON LAW WORKS -WORKS FOR AN ATTORNEY -KNOWS THE
VEHICLE CAN BE RETURNED IF IT IS A SAFETY ISSUE AFTER 2 TIMES -DOES NOT WANT TO GIVE THE
VEHICLE A SECOND TIME TO KILL HER -THE SALES PERSON STATED THAT THIS IS SATURN PROBLEM LIKE
HE DID NOT WANT TO TAKE AN OF THE RESPONSIBILITY -SAFETY IS A PREMIUM FOR HER -LOVED THE
VEHICLE -CAN NOT DRIVE IN THIS VEHICLE OR ANY SATURN -THE RETAILER REPLACED THE COMPUTER
SYSTEM IN THE VEHICLE -WILL NOT PICK THE VEHICLE UP FROM THE RETAILER -IF SHE HAS TO SHE
WILL PAY FOR THE RENTAL THAT SHE IS CURRENTLY IN I STATED: -WOULD LOOK INTO HER CASE AND
RETURN HER CALL BY THE END OF BUSINESS TOMORROW -WOULD FIND OUT ABOUT THE RENTAL IF SHE
WOULD LIKE OWNER STATED: -SHE IS NOT WORRIED ABOUT THE RENTAL -JUST WANT THIS PROBLEM
RESOLVED -HOME [Privacy]|2005-06-07
1-804E-112565|EVENT|null|null|2005-09-12|00:00:00|FULFILLED:VEP DISCLOSURE FOLLOW-UP LETTER.
SR#1-9TQST|2011-02-01
1-804E-112566|EVENT|null|null|2005-09-12|00:00:00||2011-02-01
1-804E-81522|EVENT|null|null|2005-06-10|00:00:00|RE: I AM A CURRENT OWNERDEAR [Privacy]
THANK YOU FOR WRITING TO SATURN. I AM SORRY TO HEAR ABOUT THE CONCERNS YOU ARE HAVING WITH
YOUR SATURN ION. I CAN CERTAINLY UNDERSTAND HOW UPSETTING THIS SITUATION IS FOR YOU. WHILE
RESEARCHING YOUR E-MAIL I NOTED YOU ARE CURRENTLY WORKING WITH ONE OF OUR CUSTOMER AREA
MANAGERS. THE AREA MANAGER IS THE APPROPRIATE INDIVIDUAL TO ASSIST YOU WITH THIS MATTER. I
WILL BE SURE TO ADD THIS E-MAIL TO THE AREA MANAGERS FILE. THANK YOU AGAIN FOR WRITING.
PLEASE FEEL FREE TO E-MAIL US AGAIN OR CALL US AT 1-800-553-6000, PROMPT 3. SINCERELY,
[Privacy] SATURN CUSTOMER ASSISTANCE CENTER  SR: 1-16504301 [Privacy]|2011-02-01
1-804F-157416|EVENT|null|null|2005-06-09|00:00:00|[Privacy]2005-06-09
1-804G-172444|EVENT|null|null|2005-06-09|00:00:00|BUSY|2005-06-09
1-804H-94133|EVENT|null|null|2005-06-07|00:00:00|BUSINESS CASE HAS A VEP CASE ON THE FIRST
VEHICLE ISD 6-03-05 NO SSP OR AFTERMARKET BUSINESS CASE DOES SUPPORT ASSISTANCE|2005-06-07
1-804H-94134|EVENT|null|null|2005-06-09|00:00:00|I AM A CURRENT OWNER---------------------
-------------------------------------- NAME         : [Privacy] ADDRESS          : [Privacy]
[Privacy]                               : [Privacy]          DAYTIME PHONE NUMBER : [Privacy]
[Privacy]           EX. EVENING PHONE NUMBER : [Privacy]               EX.   MODEL
: AWD4> YEAR         : 2003 COMMENTS    : I JUST PURCHASED A 2005 SATURN ION 2 FROM GALPIN
SATURN IN NORTH HILLS, CA. I FEEL IT NECESSARY TO ALERT GM AS THE PARENT CORPORATION OF
SATURN. I HAVE ONLY HAD THE CAR FOR LESS THAN 24 HOURS AND IT STALLED 4 TIMES (LOSES POWER
AND SHUTS OFF). ONE OF THOSE TIMES WAS AT 70 MPH ON A VERY BUSY LA FREEWAY, I WAS ALMOST
REAR ENDED. THE CAR HAS NOW BEEN IN THE SERVICE CENTER AT SATURN FOR 6 DAYS AND NO
RESOLUTION. THEY CLAIMED TO HAVE FIXED IT AND WHEN I TEST DROVE IT, IT STALLED IN THE
SATURN PARKING LOT (SINCE I AM TERRIFIED TO TAKE THIS TIME BOMB OUT ON THE ROAD). AS YOU
CAN UNDERSTAND, THIS IS A TREMENDOUS SAFETY ISSUE, A CAR THAT STALLS IN MOTION FOR NO
APPARENT REASON AND I HAVE REPEATEDLY ASKED THEM TO REFUND MY $8000 DOWN PAYMENT AND THEY
HAVE REFUSED. AS I AM SURE YOU ARE ALSO AWARE THAT UNDER THE LEMON LAWS OF CALIFORNIA, A
DEFECT OF THIS NATURE IS CLEARLY CONSIDERED TO BE A "THREAT OF SERIOUS INJURY OR DEATH" AND
THE RETAILER IS ONLY GIVEN 2 ATTEMPTS TO REPAIR THE CAR. THEY HAVE ALREADY HAD ONE AND
FAILED.  GIVING THEM ONE MORE STATUTORY ATTEMPT TO REPAIR THE CAR IS LIKE GIVING THEM ONE
MORE ATTEMPT AT TAKING MY LIFE. I AM NOT WILLING|2005-06-09
1-804I-199235|EVENT|null|null|2005-06-09|00:00:00||2005-06-09
1-804I-76142|EVENT|null|null|2005-06-28|00:00:00||2011-02-01
1-804J-28320|EVENT|null|null|2005-09-26|00:00:00||2011-02-01
1-804K-194066|EVENT|null|null|2005-06-07|00:00:00|[Privacy]2005-06-07
1-804K-194067|EVENT|null|null|2005-06-07|00:00:00|[Privacy]2005-06-07
1-804N-30105|EVENT|null|null|2005-06-08|00:00:00||2005-06-08
1-804N-30107|EVENT|null|null|2005-06-10|00:00:00||2011-02-01
1-804R-37197|EVENT|null|null|2005-06-06|00:00:00||2005-06-06

Dealer name : Saturn Of The Valley, Inc.
```

```
Dealer address : 15421 Roscoe Blvd,North Hills,CA,913436528,USA
Repurch buy_back_mile: 0
Repurch nada: 0
```

GMHEC630136973
GM-MDL2543-000366951