# EXHIBIT 19

09-50026-mg    Doc 13027-19    Filed 12/16/14    Entered 12/16/14 17:20:07    Exhibit 19    Pg 1 of 4

Privacy


CHEVROLET.

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO 5000    TOLEDO OH

POSTAGE WILL BE PAID BY ADDRESSEE

**CHEVROLET MOTOR DIVISION**
PO BOX 10054
TOLEDO OH  43682-4074




NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES


JUL 15 2005

GMHEC630140648
GM-MDL2543-000370626

**Privacy**

June 29, 2005

**Chevrolet**- General Motors Corp.
PO Box 33170
Detroit, MI 48232-5170

RE: **2005 CHEVY COBALT** VIN# **Privacy**

Dear Customer Service:

As my previous correspondence explained, a safety situation had occurred (three times) with my new 2005 Cobalt- turning off while driving. The third time was very close to an accident on a main road.

As your records will show, I had returned the car to service at Freehold, Chevrolet- twice. The first time their report was the car was mechanically ok and they were unable to recreate the situation. The second time, I was faxed a GM Bulletin- Document #1616590 for my review. As I mentioned in previous correspondence, on the surface, this bulletin looks as if the problem is as listed. Upon closer reading, the criteria of this problem documented does not match up to my situation as listed below:

1. Total loss of electrical system does NOT occur.
2. Driver- daughter (5'-8") TALL not SHORT.
3. Current key ring only has ignition key and single HOUSE key.
4. Key ring is NOT heavy.
5. Driver's knee does NOT hit the key chain.
6. The three times the car died/stopped/stalled- it was NEVER in a turning position.
7. Steering wheel is in a full UPRIGHT position.
8. Seat is NOT positioned close to steering wheel.

What the service manager did finally find (after 10 days of testing my car- and luckily my determination of letting everyone at Chevy know, I was not picking up this car until someone found the problem. I would prefer to not have an accident or death in my family due to a problem with a new car). To his amazement, the key ring had a *slightly larger* link from key to opener gadget. His knee hitting the bottom of the opener gadget caused the ignition turnswitch to shut off. Also below the ignition turnswitch is a piece of rubber mounted to the column. Why?? This piece causes the key ring to become unmovable and the ignition turnswitch is instantly turned off. The service manager gathered a few service techs to view this horrible situation for future reference.

June 29, 2005
Cobalt 2005
Page 2 of 2

This is a safety/recall issue if ever there was one. Forget the bulletin. I have found the cause of the problem. Not suggested causes as listed in bulletin. The problem is the ignition turn switch is poorly installed. Even with the slightest touch, the car will shut off while in motion. I don't have to list to you the safety problems that may happen, besides an accident or death, a car turning off while doing a high speed must cause engine and other problems in the long haul.

I am forwarding this letter to the National Highway Traffic Safety Administration as I firmly believe that this ignition start switch needs to be recalled, re-examined, revised and corrected.

I can be reached at my office at **Privacy** or email to **Privacy** Thank you.

**Privacy**

C:   NHTSA- Washington, DC
     GMAC- Acct# 020-9076-15058
     NBC, ABC- Consumer Complaint Dept.