# <u>EXHIBIT 20</u>

Request number: 1–18294685
Safety related: null
Owner:
Address [Privacy]

Owner phone: [Privacy]
Vin: [Privacy]
Make: Saturn – GM
Model: ION 2
Year :2005
Mod_time :2008-12-24 07:09:09.292859
Open date : 2005-11-01
Odometer : 6500
Closed date : 2006-01-17
Attachments:
CLC92YU3DMEI$ECY.V3R54LQYHIOSIPMY
Complaint number :1
Complaint code 0 J01
Complaint text 0 General
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0


Description:
Work history number: 43
1–8005–5114|EVENT|null|null|2006-09-04|09:41:21|STALLING|2006-09-04
1–800O–2605|EVENT|null|null|2006-09-04|13:32:59|I CALLED THE OWNER BACK. I STATED: –I HAVE
BECAME AWARE THAT SHE WAS PREVIOUSLY WORKING WITH DIANE IN REGARDS TO HER CONCERNS. –I
APOLOGIZE, BECAUSE I WAS UNAWARE OF THIS INFORMATION. –I WOULD LIKE TO GIVE YOU THE STATUS
OF THE CASE AT THIS POINT FROM MY RESEARCH. OWNER STATED: –THAT WOULD BE FINE. I STATED:
–THE FACILITY HAS CONTACTED OUR TECHNICAL ASSISTANCE TEAM IN REGARDS TO YOU CONCERNS. –THEY
ARE PRESENTLY WORKING TO MAKE SURE ALL RESOURCES ARE BEING USED TO DIAGNOSE YOU CONCERNS.
–DIANE WILL RETURN ON MONDAY AND FOLLOW UP WITH YOU AT THAT TIME. OWNER STATED: –THAT IS
FINE. –THANK YOU. I STATED: –YOU ARE WELCOME|2006-09-04
1–8013–30694|EVENT|null|null|2006-09-04|21:37:05||2006-09-04
1–8013–37407|EVENT|null|null|2006-09-04|21:37:05|BUSINESS CASE *ISD 6/24/05 *NO SSP *1ST
OWNER *$149.86 IN WARRANTY DOLLARS SPENT. *10,795 MILES *HAS NOT HAD SATURN RECOMMENDED
MAINTENANCE. THIS CASE SUPPORTS ASSISTANCE.  FACILITY 11024 CSO # 0082944 CASE # 01 CSO
DATE 11 23 05 CLAIM MEMO 20051128      CSO STATUS CODE    RPR DATE 11 25 05
NAME SATURN OF PEMBROKE PINES    VIN [Privacy]    ODOMETER   9353 MI MEMO REASN
IN–SERV DATE 06 24 05 AUTH CODES      AUTH SOURCE      CASE TYP VW FAILED LABOR OPERATION
N2320 – SWITCH – REPLACEIGNITION        FAILED PART NUMBER 10392423 – SWITCH ASM–IGN &
START          TECHNICIAN COMMENTS + PERFORMED DIAGNOSTIC SYSTEM CHECK. NO CODES IN HIS
OWNER NUMBER 01    TORY. UNABLE TO DUPLICATE CONCERN. REPLACED IGNITI    COVERAGE CODE AA
ON SWITCH TO ENSURE CUSTOMER SATISFACTION. ROAD TE TECHNICIAN COMMENTS
PERFORMED DIAGNOSTIC SYSTEM CHECK. NO CODES IN HIS TORY. UNABLE TO DUPLICATE CONCERN.
REPLACED IGNITI ON SWITCH TO ENSURE CUSTOMER SATISFACTION. ROAD TE STED 10 MILES. OK AT
THIS TIME.        *************************************************************
******************************************************        FACILITY 11024 CSO
# 0082517 CASE # 01 CSO DATE 11 05 05 CLAIM MEMO 20051107        CSO STATUS CODE      RPR
DATE 11 05 05        NAME SATURN OF PEMBROKE PINES   VIN [Privacy]    ODOMETER
7450 MI MEMO REASN                    I|2006-09-04
1–8013–40880|EVENT|null|null|2006-09-04|21:37:05|I ASKED DIANE GROKE, CAM IF I COULD GO
AHEAD AND APPROVE A RENTAL ON THIS CASE FOR THE FACILITY.  SHE SAID: * YOU CAN APPROVE THE

RENTAL FOR HIM.|2006-09-04
1-8018-115515|EVENT|null|null|2006-09-04|22:25:27| **Privacy** |2006-09-04
1-8018-132704|EVENT|null|null|2006-09-04|22:25:27|**BUSINESS CASE SUPPORTS REPAIRING THE
VEHICLE.*** OWNER SEQ NO: 01      MBG INDCTR:        EFFECTIVE DT: 06-24-2005 IN SERV DATE:
06-24-2005 DOCUMENT LOC:       IN SERV MILES:      3 NO SSP CASE AMOUNT   1375.00    CASES   2
VISITS   2 =$1375 INCENTIVES NO RELATED COCERNS. THIS IS ALL THE SERVICE HISTORY: FACILITY
11024 CSO # 0082517 CASE # 01 CSO DATE 11 05 05 RPR DATE 11 05 05        NAME SATURN OF
PEMBROKE PINES  VIN [ **Privacy** ] ODOMETER   7450 MI 1) IN-SERV DATE 06 24 05 AUTH
CODES      AUTH SOURCE       CASE TYP VW FAILED LABOR OPERATION J6354 - MODULE, POWERTRAIN
CONTROL - ENGINE REPROGRAMM  TECHNICIAN COMMENTS   PERFORMED DIAGNOSTIC SYSTEM CHECK. NO
CODES IN HISTORY. INSTALLED UPDATED PCM CALIBRATION. UNABLE TO DUPLICATE CONCERN AT THIS
TIME.       FACILITY 11024 CSO # 0082192 CASE # 01 CSO DATE 10 15 05 RPR DATE 10 15 05
NAME SATURN OF PEMBROKE PINES   VIN [ **Privacy** ] ODOMETER   6126 MI 1) IN-SERV DATE
AUTH CODES     AUTH SOURCE      CASE TYP CP FAILED LABOR OPERATION M5300 - INFORMATION
LINE            FACILITY 11024 CSO # 0081314 CASE # 01 CSO DATE 09 03 05 RPR DATE 09
03 05        NAME SATURN OF PEMBROKE PINES   VIN [ **Privacy** ] ODOMETER   4285 MI
1) IN-SERV DATE     AUTH CODES     AUTH SOURCE      CASE TYP CP FAILED LABOR OPERATION
M0001 - MAINT PLAN A - PACKAGE|2006-09-04
1-8018-142651|EVENT|null|null|2006-09-04|22:25:27| **Privacy** |I STATED: *THE VEHICLE HAD
NOT BEEN DIAGNOSED YET. *I WOULD CALL HER COB WEDNESDAY AFTER THE DIANGOSIS. OWNER
AGREED.|2006-09-04
1-8018-15812|EVENT|null|null|2006-01-02|00:00:00| **Privacy** |OWNER STATED: *THE CAR STOPPED
AGAIN. *SHE CALLED [ **Privacy** ]AT THE FACILITY AND TOLD HIM TO COME AND GET IT. *HE SAID HE
COULDN'T. *SHE CALLED HER HUSBAND AND HE WILL JUST TAKE IT HOME. I STATED: *IF SHE DIDN'T
FEEL SAFE SHE COULD HAVE IT TOWED IN. *AGAIN, WE CAN'T MAKE REPAIRS UNLESS THE CONCERN
COULD BE DUPLICATED. *SHE COULD TRY ANOTHER SATURN FACILITY OR GO BACK TO S/PEMBROKE PINES.
OWNER STATED: *SHE FELT CAUGHT IN THE MIDDLE. I STATED: *I UNDERSTOOD HER FRUSTRATION. *IF
SHE DECIDED TO TAKE IT BACK, PLEASE CALL. OWNER AGREED.|2006-01-02
1-8018-173719|EVENT|null|null|2006-09-04|22:25:27||2014-05-15
1-8018-2006|EVENT|null|null|2005-12-22|00:00:00|OWNER STATED: *HER VEHICLE STALLED OUT ON
95. *SHE DROVE IT TO S/PEMBROKE PINES AND LEFT IT THERE. *SHE DOES NOT WANT IT BACK, SHE
WAS AFRAID TO DRIVE IT. I STATED: *I WOULD GIVE THE FACILITY A CHANCE TO LOOK AT HER
VEHICLE AND I WOULD CALL HER BACK BY COB TOMORROW. OWNER AGREED.|2005-12-22
1-8018-22766|EVENT|null|null|2005-11-02|00:00:00|I ADVISED THE OWNER: -I HAVE SPOKEN WITH
THE SERVICE MANAGER. -HE ADVISED ME THAT ON 10/15 THEY SECURUED A LOOSE CONNECTION. -HAS
THE CONCERN REACCURED SINCE THEN. THE OWNER STATES: -IT HAS. -IT SEEMS TO BE INTERMITTEN.
-SINCE THE 15 IT HAPPENED LAST NIGHT AND 2 SATURDAYS AGO. I ADVISED HER: -WE WOULD NEED TO
MAKE ARRANGEMENTS TO BRING THE VEHICLE BACK IN. -HOWEVER, I WANT YOU TO KNOW THAT IF THE
FACILITY CAN NOT DUPLICATE THE CONCERN THEY WILL NOT BE ABLE TO MAKE ANY REPAIRS. -THEY
WOULD NOT HAVE ANY GUIDENCE AS TO WHAT NEEDS TO BE REPAIRED. -IF YOU HAVE ANY INFORMATION
THAT CAN HELP THEM TO REPLICATE THE CONDITION IT WOULD BE HELPFUL. I OFFERED TO CONFRENCE
HER WITH THE FACILITY FOR AN APPOINTMENT. SHE ACCEPTED.|2005-11-02
1-8018-22787|EVENT|null|null|2005-12-22|00:00:00||2005-12-22
1-8018-29662|EVENT|null|null|2006-01-02|00:00:00|OWNER STATED: *THE FACILITY CALLED HER TO
PICK THE VEHICLE UP. *NO REPAIRS HAD BEEN MADE. *SHE WAS AFRAID OF THE VEHICLE. *SHE DOES
NOT WANT TO PICK IT UP. I STATED: *THE FACILITY HAD NOT BEEN ABLE TO DUPLICATE ANY CONCERNS
WITH THE VEHICLE, THEREFORE, NO REPAIRS HAD BEEN MADE. *I WOULD DOCUMENT HER CONCERNS. *SHE
COULD GET A SECOND OPINION AT ANOTHER SATURN FACILITY. OWNER STATED: *LET PEMBROKE PINES
TAKE IT TO ANOTHER FACILITY. I STATED: *THAT WAS NOT THEIR RESPONSIBILITY. OWNER STATED:
*SHE WOULD NOT LET ANY FAMILY MEMBER DRIVE THE VEHICLE. *WHO WOULD EXPLAIN TO HER FAMILY IF
SHE GOT KILLED IN IT. *SHE WOULD CONTACT AN ATTORNEY. I STATED: *I WAS SORRY SHE FELT THAT
WAY. *SHE COULD PERSUE OTHER OPTIONS. *WE HAD RECEIVED THE BBB PAPERWORK AND WOULD WORK
WITH THEM. OWNER STATED: *SHE WOULD CONTACT AN ATTORNEY.|2006-01-02
1-8018-29718|EVENT|null|null|2005-11-02|00:00:00| **Privacy** |I LEFT A MESSAGE FOR THE

GMHEC630134168
GM-MDL2543-000364146

OWNER TO CALL ME BACK.|2005-11-02
1-8018-43434|EVENT|null|null|2006-09-04|22:25:27|[Privacy]I LEFT A MESSAGE FOR THE
OWNER TO CALL ME BACK.|2006-09-04
1-8018-5405|EVENT|null|null|2006-01-02|00:00:00|OWNER STATED: *SHE SPOKE TO HER ATTORNEY.
*HE TOLD HER TO CALL AND SEE IF SATURN WOULD REPLACE THE VEHICLE, OTHERWISE SHE WOULD HAVE
TO FILE A LAWSUIT. I STATED: *WE WOULD NOT BE REPLACING THE VEHICLE. OWNER STATED: *OKAY,
SHE WILL FILE A LAWSUIT.|2006-01-02
1-8018-77804|EVENT|null|null|2006-09-04|22:25:27|I STATED: *CAM NORMA WAS NO LONGER WITH
SATURN. *I WOULD BE TAKING OVER HER CASE. OWNER STATED: *THE CAR DIES WHILE DRIVING. *ITS A
SAFETY HAZARD. I STATED: *HAD SHE CALLED THE FACILITY. OWNER STATED: *SHE TRIED TO CALL HER
SALESPERSON BUT HE WAS NOT THERE. I STATED: *WE NEED TO CONTACT SERVICE. *COULD I PUT HER
ON HOLD? OWNER AGREED.|2006-09-04
1-8018-88156|EVENT|null|null|2006-09-04|22:25:27|OWNER STATED: *HER CALL DROPPED. I STATED:
*I WOULD GET SERVICE ON THE LINE. OWNER WILL DROP VEHICLE OFF TODAY AND GET A RENTAL
BECAUSE THE FACILITY CANNOT LOOK AT THE VEHICLE UNTIL FRIDAY DUE TO THE THANKSGIVING
HOLIDAY. I ADVISED THE OWNER I WOULD FOLLOW UP ON MONDAY.|2006-09-04
1-8018-91587|EVENT|null|null|2006-09-04|22:25:27|I ADVISED THE OWNER I AM FOLLOWING UP ON
YOUR SERVICE VISIT ON SATURDAY. THE OWNER STATES: -SHE HAD TO WAIT AN HOUR. -THEY SAID THEY
DID NOT KNOW WHAT IT WAS. -THEY REPROGRAMMED THE COMPUTER. I ASKED HOW THE VEHICLE HAS BEEN
PERFORMING. THE OWNER STATES: -SO FAR HER HUSBAND HAS BEEN DRIVING IT BECAUSE HE IS AFRAID
OF LETTING HER DRIVE IT. -SO FAR IS HAS BEEN WORKING FINE. I ADVISED HER: -I HAVE
DOCUMENTED YOUR CONCERN. -IF YOU HAVE OTHER CONCERNS PLEASE FEEL FREE TO GIVE US A CALL
BACK.|2006-09-04
1-8018-91589|EVENT|null|null|2006-09-04|22:25:27|OWNER STATED: *SHE GOT HER VEHICLE BACK.
*THAT WAS THE THIRD TIME SHE TOOK IT IN AND THE FOURTH TIME IT QUIT. *SHE WAS AFRAID TO
DRIVE IT. I STATED: *HAD SHE DRIVEN IT SINCE SHE GOT IT BACK? OWNER STATED: *SHE DROVE IT
SUNDAY AND THEN HER HUSBAND HAD DRIVEN IT. I STATED: *DID THE VEHICLE QUIT? OWNER STATED:
*NO, BUT SHES AFRAID IT WILL. *SOMEONE TOLD HER SHE SHOULDN'T HAVE TAKEN IT BACK BUT FILED
LEMON LAW. *COULD I TELL HER ABOUT LEMON LAW. I STATED: *I AM NOT A EXPERT ON THE LEMON LAW
AS THEY VARY FROM STATE TO STATE. *SHE COULD CONTACT THE DMV, LOOK IN HER OWNERS MANUAL AND
I WILL SEND HER A BOOKLET. OWNER AGREED.|2006-09-04
1-8018-95119|EVENT|null|null|2006-09-04|22:25:27|I CONSULTED WITH[Privacy]AND SHE ADVISED THAT
THE PERSON'S NAME SHE NEEDS TO SPEAK TOO IS [Privacy], NOT BRAD.|2006-09-04
1-8018-98320|EVENT|null|null|2006-09-04|22:25:27|FOLLOW UP ON THE REPAIRS.|2006-09-04
1-8018-98502|EVENT|null|null|2006-09-04|22:25:27|[Privacy]I INTRODUCED MYSELF TO THE
OWNER AND ADVISED THAT WE HAVE RECEIVED THE MRF. OWNER STATED: -THE VEHICLE IS LOSING
POWER. -THE LAST TIME SHE WAS ALMOST KILLED. -I AM SCARED TO DRIVE THE VEHILCE. -I AM
SCARED FOR MY FAMILY TO BE IN THE VEHILCE. -MY HUSBAND DRIVES THE VEHILCE SOMETIMES,
HOWEVER NOT ENOUGH. -I DON'T WANT TO BE MEAN, HOWEVER I AM JUST FRUSTRATED. -I DON'T WANT
THIS VEHILCE, I LIKE SATURN, BUT NOT THIS ONE. -I HAVE HAD ALL I CAN TAKE WITH THIS
VEHILCE. -NO ONE FROM SATURN WOULD PUT THEIR FAMILY IN THIS DANGER. I STATED: -I APOLOGIZE
FOR THE EXPERIENCE WITH THE SATURN. -I UNDERSTAND THAT THIS IS FRUSTRATING FOR YOU. -IT IS
SATURN'S RESPONSIBILITY TO REPAIR THE VEHILCLE UNDER WARRANTY; WHICH WE WANT TO DO. -WE
WANT TO MAKE SURE THAT ALL OUR RESOURCES ARE BEING USED IN DIAGNOSING THE VEHILCE. -WHERE
IS THE VEHILCE NOW? -WHEN DID THE CONCERN LAST OCCUR. OWNER STATED: -THE VEHILCE IS AT
SATURN NOW. -THE LAST TIME WAS IN AUGUST OR JUNE BEFORE NOW. -I SPOKE TO SOMEONE AT THE
MANUFACTURER WHOM STATED THAT SATURN WAS WORKING ON A FIX FOR THIS. -IF I DIE, CAN SOMEONE
TELL MY FAMILY A FIX IS IN THE WORKS! I STATED: -BY ALL MEANS WE WISH NO HARM OF THIS
MATTER. -WE NEED TO FOCUS ON REPAIRING HTE VEHICLE. -IT SEEMS THE CONCERN IS INTERMITTEN.
-IF YOU WILL ALLOW ME, I WOULD LIKE TO CONTACT THE FACILITY AND FURHTER RESEARCH THE CASE.
-I WILL CALL YOU COB TOMMOROW. OWNER STATED: -THATS FINE.|2006-09-04
1-802T-28836|EVENT|null|null|2005-12-28|00:00:00|I STATED: *SO FAR THE FACILITY HAD NOT
DUPLICATED HER CONCERN. *THEY WILL CONTACT TAC FOR ANY SUGGESTIONS. *THEY CAN'T MAKE
REPAIRS UNLESS THE CONCERN COULD BE DUPLICATED. *I WOULD BE OUT OF THE OFFICE UNTIL MONDAY.

GMHEC630134169
GM-MDL2543-000364147

*I WOULD CALL HER BY COB MONDAY WITH ANY NEWS. OWNER UNDERSTOOD.|2005-12-28

1-8033-65151|EVENT|null|null|2005-11-21|00:00:00|OWNER STATED: - THE C[Privacy]D UP STOPPING AGAIN YESTERDAY - THIS HAPPENED WHILE THE CAR WAS RUNNING|2005-11-21

1-8033-95485|EVENT|null|null|2005-11-02|00:00:00||2005-11-02

1-8035-77383|EVENT|null|null|2005-12-22|00:00:00|RETURN CALL ***IF SHE DOES NOT HEAR BACK FROM YOU BY 3:00 SHE'S GONNA GET ATTORNEY INVOLVED ***|2005-12-22

1-803T-14489|EVENT|null|null|2006-01-02|00:00:00|THE VEHICLE IS STALLED ON THE HIGHWAY. SHE JUST LEFT THE FACILITY. WOULD LIKE A CALL BACK|2006-01-02

1-803X-26534|EVENT|null|null|2005-11-23|00:00:00|ONWER STATED SHE SPOKE TO REPRESENATIVE HERE EARLIER AND WAS TOLD TO SPEAK WITH [Privacy] AT THE FACILITY. SHE WENT TO FACILITY AND WAS TOLD THEIR WAS NO [Privacy] I ADVISED OWNER SHE WAS TO SPEAK WITH [Privacy] AND APOLOGIZED FOR THE MISUNDERSTANDING. I STAYED ON LINE WITH HER UNTIL SHE CONTACTED THE RIGHT PERSON.|2005-11-23

1-803X-26923|EVENT|null|null|2006-01-02|00:00:00||2006-01-02

1-803X-27611|EVENT|null|null|2005-12-22|00:00:00||2005-12-22

1-804C-41032|EVENT|null|null|2005-11-29|00:00:00||2014-05-15

1-804C-9521|EVENT|null|null|2005-11-29|00:00:00|CREATED:BBB BROCHURE. SR#1-AW49P|2014-05-15

1-804D-54821|EVENT|null|null|2005-11-01|00:00:00|***RESEARCH**** OWNER STATED: *MY CAR TURNS OFF ON IT'S OWN WHILE DRIVING WITHOUT ANY WARNING. *IT STARTS RIGHT BACK UP. *I FEEL THIS IS A SAFETY ISSUE. *IT WAS TAKEN TO SATURN OF PEMBROKE PINES 2 WEEKS AGO. THIS WAS THE THIRD TIME IT WAS TAKEN IN FOR THIS CONCERN. *SATURN OF PEMBROKE PINES LOOKED AT THE CAR AND STATED IF IT HAPPENS AGAIN I SHOULD CALL THE MANUFACTURER. *WHEN WE TOOK IT TO THE RETAILER THEY SAID MAYBE IT'S MY KNEES TOUCHING THE KEYS BUT I AM SHORT, IT DOES NOT TOUCH. *WE HAVE THE CAR CURRENTLY, MY HUSBAND WON'T LET ME DRIVE IT HE IS AFRAID I WILL GET HURT. SEEKING: I WANT IT FIXED. I SET THE CALLBACK EXPECTATIONS AND GAVE HER THE SR#.|2014-05-15

1-804D-83757|EVENT|null|null|2006-01-10|00:00:00|TE FOUND VEHICLE OPERATING AS DESIGNED.|2013-05-11

1-804H-15962|EVENT|null|null|2005-12-08|00:00:00|FULFILLED:BBB BROCHURE. SR#1-AW49P|2014-05-15

1-804J-105897|EVENT|null|null|2006-01-02|00:00:00||2006-01-02

1-804J-12820|EVENT|null|null|2005-11-23|00:00:00|OWNER STATED SHE WAS EXPECTING A CALL BY NOON YESTERDAY FROM NORMA. SHE DID NOT GET THIS CALL. SHE CALLED BACK AFTER 3:00 YESTERDAY AND NO ONE CALLED HER BACK AGAIN. SHE WANTS A CALL BY THE END OF THE DAY. I ADVISED THE OWNER I WOULD LET SOMEONE KNOW AND SHE COULD EXPECT A CALL BACK BY EOB TODAY.|2014-05-15

1-804J-135396|EVENT|null|null|2005-12-30|00:00:00|OWNER WOULD LIKE A CALL BACK IN REFERENCE TO HER CAR.|2005-12-30

1-804K-25909|EVENT|null|null|2005-12-22|00:00:00||2005-12-22

1-804K-56013|EVENT|null|null|2005-11-22|00:00:00|OWNER RETURNING PHONE CALL TO NORMA. I ADVISED SHE WAS UNAVAILABLE.|2014-05-15

1-804P-183837|EVENT|null|null|2005-12-22|00:00:00|THE OWNER STATED: -THE VEHICLE JUST STOPPED IN THE MIDDLE OF THE VEHICLE, AND SHE WAS ALMOST HIT. -IT HAS HAPPENED 4 TIMES -SHE WAS CRYING, AS SHE IS VERY UPSET -SHE WAS TOLD BY THE FACILITY THEY WOULD NOT BE ABLE TO ASSIST HER, AS THEY NOT ABLE TO DUPLICATE THE CONCERN. -SHE STATED THERE ARE NO WARNING LIGHTS, BUT SHE NOTICED A CAR WITH A LOCK ON IT BEFORE IT DIED. -SHE NOTICED IT HAD DIED, AND HAD TO PUT IT IN PARK ON I-95, THEN STARTED. I ADVISED I WOULD STAY ON THE LINE UNTIL SHE ARRIVED AT S/PEMBROKE PINES.|2005-12-22


Dealer name : Williamson Saturn Of Miami Lakes, Inc.
Dealer address : 6200 N.W. 167th Street,Miami Lakes,FL,33014,USA
Repurch buy_back_mile: 0
Repurch nada: 0

GMHEC630134170
GM-MDL2543-000364148

Page 1 of 1

## FACSIMILE TRANSMISSION



BBB AUTO LINE
Council of Better Business Bureaus
4200 Wilson Blvd. Suite 800
Arlington, Va.22203

| | | |
|---|---|---|
| **FROM:** | Name: | **Privacy** |
| | Fax Number: | (703) 247-9700 |
| **TO:** | Name: | AUTOLINE NEW CASE |
| | Fax Number: | 19314892926 |

MESSAGES:

Date and time of transmission: Thursday, December 22, 2005 2:55:06 PM
Number of pages including this cover sheet: 05

file://C:\WINNT\Temp\~RH733D.tmp                                    12/22/2005

GMHEC630134171
GM-MDL2543-000364149



**BBB AUTO LINE**
4200 Wilson Boulevard, Suite 800
Arlington, VA 22203-1838
Phone 800.955.5100   Fax: 703.247.9700

**Council of Better Business Bureaus, Inc.**

December 22, 2005

Re:m09 SAT0532631 Privacy vs Saturn Corporation **Privacy**

AUTOLINE NEW CASE
SATURN CORPORATION
100 SATURN PARKWAY
SPRING HILL  TN 37174

Dear Madam/Sir:

The customer listed above has completed the *Customer Claim Form (CCF)*, and the case is officially open in the BBB AUTO LINE program. Enclosed you will find an updated *CCF* and any support documentation provided by the customer. Please note that for Florida and California cases and cases opened via mail, support documentation may not have been supplied by the customer. When received, this information will be forwarded to you under separate cover.

Please review the customer's claim and submit any documentation you may have pertaining to this claim as soon as possible. We will contact you within the next couple of days to discuss the claim, explain our telephone settlement efforts, which we may utilize prior to arbitration and offer our assistance in the settlement process. If you resolve the dispute, or if you believe that any portion of claim is not eligible for arbitration, please contact me at 800.334.2406.

Thank you for your active participation in the BBB AUTO LINE program.

Sincerely,

**Privacy**



**BBB AUTO LINE**
4200 Wilson Boulevard, Suite 800
Arlington, VA 22203-1838
Phone 800.955.5100   Fax: 703.247.9700

Council of Better Business Bureaus, Inc.

## MANUFACTURER RESPONSE FORM

Case Number: SAT0532631                          Start Date:   12/22/05
Customer Name: **Privacy**                       State:   FL
VIN: **Privacy**                Probable Hearing Location:  Pembroke Pines
This claim is ☐ IN Warranty   ☐ OUT of Warranty
Has the customer contacted you regarding the claim?      ☒ YES  ☐ NO
Is the VIN listed above correct?            ☐ YES  ☐ NO
If you checked NO, please indicate the correct VIN: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Customer Contact Info:

## SETTLEMENT INFORMATION
What, if anything, are you willing to offer the customer to settle this dispute?  Please include as much detail as possible (e.g., dealership name for repairs, specific dollar figures, etc.).


Has this offer been communicated to the customer?        ☐ YES   ☐ NO
If you checked YES, please indicate the customer's response below:
☐ The customer accepted the offer on ____/____/____
☐ The customer rejected the offer on ____/____/____
☐ The customer has not indicated a response to the offer.

If the customer accepts this offer, **when will the settlement be performed?**  Please indicate a specific performance date or time frame: _____

## ARBITRATION INFORMATION

Please list customer requests that you feel are ineligible for arbitration and explain why.



Please write your position as to the cause of each problem listed on the *Customer Claim Form*.



Please indicate the decision you request the arbitrator to render:



**List the amount of any over allowance/negative equity:** $_____
I will participate ☐ By phone    ☐ In person    ☐ In writing
Return this form as soon as possible
To:                        Completed by: _____ Date: ___/___/___
BBB AUTO LINE              Future contact: _____
Fax:  703.247.9700      Phone: _____ Fax: _____

GMHEC630134173
GM-MDL2543-000364151

# Customer Claim Form

Contact Date: 12/22/05          Start Date:  12/22/05          Case Number : SAT0532631

Have you contacted the mfr regarding your claim? ☒ YES ☐ NO
Have you previously filed a claim on this vehicle with the BBB or another dispute resolution provider? ☐ YES ☒ NO
If yes, name of provider: _____ Date:_____ Case Number: _____

## Titled Owner(s) Name&Address

**Privacy**

Evening Phone:                    Cell Phone:
Fax Number:                       E-mail Address:
Customer Contact Info:

## Vehicle Information
Name(s) of individual(s) or business that appear on vehicle title:   **Privacy**
Vehicle Use:☒Personal ☐Business☐Both      Percentage of time vehicle used for business purposes:
Transmission Type:   Automatic        Number of vehicles owned or leased by the business:  0
Make: Saturn        Model: Ion2        Model Year: 2005     Current Mileage: 10795
Vehicle Identification Number:   **Privacy**
*Servicing* Dealer/City/State   :   VERA CAD, HUMMER OF PEMBROOKE,
*Selling* Dealer/City/State    :   VERA CAD, HUMMER OF PEMBROOKE,  PEMBROOKE PINES, FL
Insurance Carrier        :  _____      Policy Number:   _____
Has vehicle been in an accident/had body damage?  Yes ___ No X   Date of accident:
Description of Damage    :

## Purchase/Lease Information  *(Complete left side if vehicle was purchased or right side if vehicle was leased)*
Purchase Date:08/15/05 Mileage at purchase:      Lease Date:        Mileage at lease:
Purchased As :  ☒ New ☐ Used ☐ Demo       Leased As : ☐ New ☐ Used ☐ Demo
Is the vehicle in your possession?   yes       Is the vehicle in your possession?
Lienholder's Name: NONE              Leasing Company's Name:
    Address: _____       Address:
    City/St/Zip: _____       City/St/Zip:
    Phone: (   )  -                Phone:
Lienholder Acct # : _____     Leasing Company's Acct #:

## Customer's Desired Outcome *(Describe what you want done to resolve your concern)*
Customer does not want to drive this vehicle & does not feel safe it & wants the manufacturer to take it back & replace it with another car.

Signature of Titled Owner(s): _____ Date_____
I am submitting this dispute for resolution in the BBB AUTO LINE program, and I agree to arbitrate the dispute under BBB AUTO LINE Arbitration Rules.

Return the Form to:  BBB AUTO LINE, 4200 Wilson Blvd., Suite 800, Arlington Va, 22203-1838

## Customer Claim Form

Customer Name:   [ **Privacy** ]                    Case Number:  SAT0532631

### Vehicle Concerns

First Repair Attempt        Date: _08/30/05_        Mileage: _0_____
Last Repair Attempt        Date:_____Mileage:_____
Total Days out of Service: _____

| Problems –**Please list your _primary_ concern first** | Servicing Dealer(s) | Current? Yes or No | # of Repair Attempts | Repair Date(s) | Mileage on Date(s) | Days Out of Service |
|---|---|---|---|---|---|---|
| vehicle dies while in motion | | yes | 4 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

GMHEC630134175
GM-MDL2543-000364153

Page 1 of 1

FACSIMILE TRANSMISSION



BBB AUTO LINE
Council of Better Business Bureaus
4200 Wilson Blvd. Suite 800
Arlington, Va.22203

---

| **FROM:** | Name: | **Privacy** |
| | Fax Number: | (703) 247-9700 |
| **TO:** | Name: | AUTOLINE NEW CASE |
| | Fax Number: | 19314892926 |

---

MESSAGES:




Date and time of transmission: Tuesday, January 10, 2006 1:45:04 PM
Number of pages including this cover sheet: 04

GMHEC630134176
GM-MDL2543-000364154



**BBB AUTO LINE**
4200 Wilson Boulevard, Suite 800
Arlington, VA 22203-1838
Phone 800.955.5100  Fax: 703.247.9700

**Council of Better Business Bureaus, Inc.**

January 10, 2006

Re: m12 SAT0532631 [Privacy] vs Saturn Corporation [ **Privacy** ]

AUTOLINE NEW CASE
SATURN CORPORATION
100 SATURN PARKWAY
SPRING HILL  TN 37174

Dear Madam/Sir:


Enclosed is the technical expert's report. The enclosed report is provided to you and the other party as additional
information for your consideration.


Should the case not be resolved by a voluntary settlement, the technical expert's findings will be provided to the
arbitrator as part of the case file. You should be prepared to comment on the expert's findings and credentials at the
arbitration hearing if one is held in your case. Please call the BBB at 800.334.2406 if you have any questions.


Sincerely,


**Privacy**

GMHEC630134177
GM-MDL2543-000364155

TO:AUTOLINE NEW CASE    COMPANY:
CBBB 09-50026-mg    Doc 13017-20  Filed 12/16/14  Entered 12/16/14 17:20:07   Exhibit 20
Pg 13 of 14

Inspection Report

Page 1 of 2

## BBB Auto Line

### Technical Expert's Report

| | | Start Date: 12/22/05 | | Arb. Date: | |
|---|---|---|---|---|---|
| Bureau: | CBBB | Case Number: | | SAT0532631 | |
| Staff Contact & Extension #: | | **Privacy** | | Fax: | 954-539-3225 |
| Customer: | | **Privacy** | | | |
| Address: | | | | | |
| Telephone: | | | | Evening: | |
| Alternate Phone - Contact Information: | | Same | | | |
| Vehicle Location: | | | | | |

### Vehicle Information

| Make: | Saturn | Model: | Ion 2 | Year: | 2005 |
|---|---|---|---|---|---|
| Mileage: | 10,795 | V.I.N.: | Privacy | | |
| Request Date: | 2006-01-03 16:44:54 | Complete By: | ASAP | | |
| Any Special Instructions: | | | | | |
| Completion Date/Time: | 1/10/06 9:25 AM | Inspector: | Privacy | | |

Odometer at Start: 11,080    After Road Test: 11,090
Miles Driven: 10    Date/Time Inspected: 01/07/06 2:50 PM

### Technical Inspection Request

| Problem: | Vehicle dies while in motion - intermittent. |
|---|---|
| Does Problem Exist: | No |
| Probable Cause(s): | N/A |
| Test, Evaluation and Basis for Conclusion(s): | The inspector test drove the subject vehicle 10 miles, both cold and after reaching operating temperatures, under light, medium and heavy throttle applications. on the highway and in stop and go traffic and verified that the engine performance was good with no jumping, jerking, hesitating, missing, lagging, lurching, lunging, bucking, bouncing, shaking, sputtering, skipping, stalling, vibrating, running rough, knocking or bogging down at any time throughout the road test or inspection, regardless of the speed being traveled or the amount of accessories engaged. The check engine light illuminated during the initial self-test as designed and did not re-illuminate at any time during the |

Inspection Report                                                                 Page 2 of 2

inspection. There were no unusual noises emanating from the engine. The engine idle and performance was normal while accelerating, decelerating and coasting.

### Technical Expert's Biography

| Technical Expert: | **Privacy** |
|---|---|
| Years of Experience: | 30+ |
| Certified By: | ASE |
| ASE Identification #: | **Privacy** |

### Areas of Certification

| Engine Repair: | 06/10 | Suspension & Steering: | 06/10 |
|---|---|---|---|
| Heating & Air Conditioning: | 06/10 | Electrical / Electronic Systems: | 06/10 |
| Auto Trans / Transaxle: | 06/10 | Engine Performance: | 06/10 |
| Manual Drive Train & Axles: | 06/10 | Brakes: | 06/10 |
| ASE Master Technician: | 06/10 | | |

Privacy has over 30 years experience in the automotive repair industry. He previously worked in an auto repair shop and was in charge of the paint and refinishing work for the shop. Privacy has also been a Paint Inspector for Nissan Motor Corp. for the past 4 years, and has taken Nissan Paint courses. Nissan Motor Corp. requests Privacy to inspect paint related complaints, they offer training in different areas including paint, refinishing, and rust.

**See Images:**
SAT0532631_1206_0743.JPG |

Nationwide Inspections, Inc., reserves the right to review any additional information, evidence, etc. as it becomes available and to amend this report and its findings further, should it become necessary.

GMHEC630134179
GM-MDL2543-000364157