# **EXHIBIT 21**

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 08578253 | *VIN:* | Privacy |
| *Date Opened:* | 20051110 | *Model Year:* | 2004 |
| *Date Closed:* | 12/31/2010 | *Model Series:* | AG |
| *Dealer Code:* | S121708 | *Mileage:* | 032494 |
| *Dealer Name:* | McLean Automotive, lEl Cajon | *Dealer State:* | CA |
| *Dealer Phone:* | 6194447200 | *Division:* | Saturn |

SYMPTOM ABSTRACT---- NOCRANK NOSTART STALL INTERMITTENT NO CODES FOUND
RESOLUTION ABSTRACT-
UCC CODE 1----------
UCC-1 DESCRIPTION--- Engine
UCC CODE 2----------
UCC-2 DESCRIPTION---
UCC CODE 3----------
UCC-3 DESCRIPTION---


11/10/2005 11:47:19 SBD Template - KILGER
STRATEGY BASED DIAGNOSTICS


_3_ Number of times in for the same condition
_3_ Number of days vehicle in dealership for same condition
_n_ Y / N Is the vehicle modified/non-production accessories (List below)
_n_ SI Document ID Number supplied by Dealer _____



Caller's name (First, Last, and Position)
Privacy Tech


Customer concern -
No crank No start and vehicle stalls intermittently.


Dealer comments/diagnosis -(DTC'S, Parts, Repairs, Duplicated, SI Search, Compare to like Vehicle?)
Tech cannot duplicate the concerns and found no codes in system.

GMNHTSA630005737
GM-MDL2543-000006819

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 08578253 | *VIN:* | Privacy |
| *Date Opened:* | 20051110 | *Model Year:* | 2004 |
| *Date Closed:* | 12/31/2010 | *Model Series:* | AG |
| *Dealer Code:* | S121708 | *Mileage:* | 032494 |
| *Dealer Name:* | McLean Automotive, lEl Cajon | *Dealer State:* | CA |
| *Dealer Phone:* | 6194447200 | *Division:* | Saturn |

*TAC recommendation -*

*Advised tech to perform bulletin 03-06-03-006A for this concern.*

*Advised tech on cases in the database where the ignition switch was replaced for this concern.*

*11/10/2005 11:47:19 History    - KILGER*

GMNHTSA630005738
GM-MDL2543-000006820