# **EXHIBIT 22**

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| Case No: | 08662323 | VIN: | Privacy |
| Date Opened: | 20051226 | Model Year: | 2005 |
| Date Closed: | 12/31/2010 | Model Series: | AZ |
| Dealer Code: | ?187604 | Mileage: | 007082 |
| Dealer Name: | Saturn of Lacrosse  Onalaska | Dealer State: | WI |
| Dealer Phone: | 6083921600 | Division: | Saturn - GM |

SYMPTOM ABSTRACT---- STALL INTERMITTENT

RESOLUTION ABSTRACT-

UCC CODE 1----------

UCC-1 DESCRIPTION--- Engine

UCC CODE 2----------

UCC-2 DESCRIPTION---

UCC CODE 3----------

UCC-3 DESCRIPTION---


12/26/2005 10:09:07 SBD Template - MOSKWA

STRATEGY BASED DIAGNOSTICS


_1_ Number of times in for the same condition

_1_ Number of days vehicle in dealership for same condition

_N_ Y / N Is the vehicle modified/non-production accessories (List below)

_Y_ SI Document ID Number supplied by Dealer _143341_____



Caller's name (First, Last, and Position)

Privacy technician

Customer concern -

Vehicle stalls while driving, engine easily restarts.


Dealer comments/diagnosis - (DTC'S, Parts, Repairs, Duplicated, SI Search, Compare to like Vehicle?)

Another dealer replaced the MAF sensor and reprogrammed the ECM for a

# TECHNICAL ASSISTANCE CENTER

#### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| *Case No:* | 08662323 | *VIN:* | Privacy |
| *Date Opened:* | 20051226 | *Model Year:* | 2005 |
| *Date Closed:* | 12/31/2010 | *Model Series:* | AZ |
| *Dealer Code:* | ?187604 | *Mileage:* | 007082 |
| *Dealer Name:* | Saturn of Lacrosse  Onalaska | *Dealer State:* | WI |
| *Dealer Phone:* | 6083921600 | *Division:* | Saturn - GM |

*DTC that was set.*
No DTC's set on this visit.  Dealer wiggled connections at BC and ECM. The grounds are clean and tight.  Dealer has checked the connections at the UBEC.

*TAC recommendation -*
Advised dealer of PIC3421C - customer inadvertent shutting the vehicle off due to a heavy key chain contacting the driver's knee, and PIC3591A - check for wire chaffing at the UHJB.

*12/26/2005 10:09:07 History     - MOSKWA*

GMNHTSA630002923
GM-MDL2543-000004005