# EXHIBIT 23

# TECHNICAL ASSISTANCE CENTER

## **** *GM RESTRICTED* ****

| | | | |
|---|---|---|---|
| *Case No:* | **08812091** | *VIN:* | Privacy |
| *Date Opened:* | **20060309** | *Model Year:* | **2006** |
| *Date Closed:* | **12/31/2010** | *Model Series:* | **AJ** |
| *Dealer Code:* | **?121793** | *Mileage:* | **000648** |
| *Dealer Name:* | **Saturn Of Trevose, ITrevose** | *Dealer State:* | **PA** |
| *Dealer Phone:* | **2153643980** | *Division:* | **Saturn - GM** |

*SYMPTOM ABSTRACT—– INTERMITTENT STALL ROUGH RUN*

*RESOLUTION ABSTRACT-*

*UCC CODE 1————–*

*UCC-1 DESCRIPTION—– Engine*

*UCC CODE 2————–*

*UCC-2 DESCRIPTION—–*

*UCC CODE 3————–*

*UCC-3 DESCRIPTION—–*

*03/09/2006 09:47:55 SEPPER          - Advised to follow TSB*

*01-00-89-011B*

*03/09/2006 09:47:27 SBD Template - SEPPER*

*STRATEGY BASED DIAGNOSTICS*

*_1_ Number of times in for the same condition*

*_1_ Number of days vehicle in dealership for same condition*

*_n_ Y / N Is the vehicle modified/non-production accessories (List below)*

*_n_ SI Document ID Number supplied by Dealer _____*

*Caller's name (First, Last, and Position)*

Privacy *Tech*

*Customer concern -*

*Customer complains vehicle intermittently stalls and runs rough at stops.*

GMNHTSA630002643
GM-MDL2543-000003725

# TECHNICAL ASSISTANCE CENTER

### **** GM RESTRICTED ****

| | | | |
|---|---|---|---|
| **Case No:** | 08812091 | **VIN:** | Privacy |
| **Date Opened:** | 20060309 | **Model Year:** | 2006 |
| **Date Closed:** | 12/31/2010 | **Model Series:** | AJ |
| **Dealer Code:** | ?121793 | **Mileage:** | 000648 |
| **Dealer Name:** | Saturn Of Trevose, ITrevose | **Dealer State:** | PA |
| **Dealer Phone:** | 2153643980 | **Division:** | Saturn - GM |

*Dealer comments/diagnosis -(DTC'S, Parts, Repairs, Duplicated, SI Search, Compare to like Vehicle?)*
*Dealer has not verified any concerns with the vehicle and has not found any codes. Tech has not replaced any parts and is calling in for like cases.*

*TAC recommendation -*
*Advised tech on cases of the ignition switch being replaced and or a possible IAC valve concern. Advised tech to try to verify the concern and monitor fuel pressure and ignition voltage concerns. Advised tech to call back if further assistance is needed.*

*03/09/2006 09:47:27 History     - SEPPER*