# **EXHIBIT 24**

```
Request number: ST-1-21983723
Safety related: null
Owner:         Privacy
Address:              Privacy

Owner phone:   Privacy
Vin:      Privacy
Make: Saturn
Model: ION 2
Year :2005
Mod_time :2006-11-01 16:20:45.0
Open date : 2006-10-24
Odometer : 14650
Closed date : 2006-11-01
Source : Phone
BRC type  : N/AYes
Complaint number :1
Complaint code 0 T01
Complaint text 0 Product Allegation GM 1241
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 14
1-90MJ-18601|EVENT|null|null|2006-10-27|10:50:36|Owner stated: -she was in an accident
 10-26-06 at 11:00, -she was riving her vehicle and it started shaking and stalling, -the
 vehicle hit a light pole and her air bag deployed, -she has been in the hospital since last
 night, -she was alone in the car, -American Legion Highway is were the accident occurred,
 -she has no police report number and she has no idea of the vehicle location, -the whole
 front end is damaged. I advised the owner: - SR #, -I retsated CBE.|2008-08-27
1-90MJ-18618|EVENT|null|null|2006-10-27|11:22:07|I reiterated CBE.|2008-08-27
1-90MJ-18653|EVENT|null|null|2006-10-27|16:35:36|Owner called back to find out where her
 vehicle is. She states Roadside took it somewhere, maybe S/Medford. I contacted  Privacy
 to inquire if I call S/Medford, or what. he advised me to reiterate the CBE 7-10 business
 days and that we don't know where the vehicle is. I went back to the owner and she said
 Roadside took it. I asked  Privacy   if okay to transfer to Roadside assistance, they
 said I could. when I got back to my desk she had hung-up.|2008-08-27
1-90MJ-19233|EVENT|null|null|2006-10-27|17:52:15|Owner called in stating she is not going to
 pay her monthly payment of $109.37 beginning November 1. She also states she wants to be
 reimbursed for a $140 tow fee she incurred today.  I reiterated CBE for 7 - 10 business
 days from day of initial claim.|2008-08-27
1-90MO-2304|EVENT|null|null|2006-11-01|09:15:41|I gave owner Privacy direct line and advised
 her she needed to use that number from now on as told to me by Privacy |2008-08-27
1-90MS-1936|EVENT|null|null|2006-10-25|15:36:13||2008-08-27
1-90MW-6143|EVENT|null|null|2006-10-24|15:56:30|The owner stated: -That her vehicle stalled
 and it caused her to have an accident. -She was the only person injured in the accident.
 -She injured her back from her neck down to her waist and was waiting to go the hospital.
 **The owner placed me on hold and the call was disconnected.**|2008-08-27
1-90MW-6150|EVENT|null|null|2006-10-24|16:34:11|Owner alleges the vehicle is a lemon and it
 started shaking and stalled causing her to hit another vehicle from behind.  Owner states:
 -Accident occured on Tuesday, October 24, 2005 at approximately 4:15. -she was driving on
 Route 16, in Medford, Mass. -the vehicle started shaking and then stalled causing her to
 hit the vehicle in front of her. -the front bumper of the vehicle was damaged. -no property
```

damage was done. -the vehicle in front of her also rear ended the vehicle in front of them. -damage done to the other vehicle was back bumper, and front bumper. -no one in that vehicle was injured. -she was injuried and is now driving herself to the hospital. -that her back from the neck to her waist hurts. -the airbags did not deploy. -she was wearing her seatbelt. -she is currently driving the vehicle to the hospital. -the weather was sunny. -road conditions were dry and the roads were paved. -a police report was filed through Mass. State Police, 617-625-1212. -she does not have a report number. -Insurance company is [Privacy] she does not know the agents name, number is [Privacy] -she has contacted a lawyer seeking the lemon law. -only name given was [Privacy] no number was provided.  I advised the owner that I would turn this over to the product support team for investigation and she can expect a call in 7-10 business days. I provided the SR number.|2008-08-27
1-90MW-6238|EVENT|null|null|2006-10-25|11:11:26|Owner stated she will be suing us and used vulgar language. She advised the number for the State Police is 617-625-1212...I advised of CBE of 7-10 business days...|2008-08-27
1-90MW-6565|EVENT|null|null|2006-10-25|14:32:03|Customer alleged: -She was in another accident (possible) -Her car stalled, started shaking like before, and sideswiped a probation officer's car. -There were three people as witnesses in the car when it stalled. -She has had to visit her psychiatrist because of the emotional strain this car has put on her. -Her kids are afraid to get in the car. -She is filing a law suit against Saturn corporation and S/Medford. -The car has been looked at in the facility 25 times. -They originally turned her down for the VEP program when she started noticing the problems. I stated: -Previous CBE -I will document your comments. -Forward back to product support.|2008-08-27
1-90MW-6578|EVENT|null|null|2006-10-25|08:28:39|Please make the following changes: **SR type Product Complaint. **UCC code engine and airbags. **put the phone# of the police dept. on the 1241 screen.|2008-08-27
1-90NZ-5564|EVENT|null|null|2006-10-27|16:36:01|I contacted [Privacy] to inquire if I call S/Medford, or what. he advised me to reiterate the CBE 7-10 business days and that we don't know where the vehicle is. went back to the owner and she said Roadside took it. I asked [Privacy] if okay to transfer to Roadside assistance.|2008-08-27
1-90NZ-5565|EVENT|null|null|2006-11-01|16:20:11|I discussed the incident with the owner claimant. The case is now closed.  DMC|2008-08-27
1-90NZ-5569|EVENT|null|null|2006-10-24|16:59:33|I left a message with the Service Manager [Privacy] stating that we have done a 1241 Product Alligation on this vehicle. I advised him to give us a callback with any questions. I provided the SR number.|2008-08-27

Dealer address :
Incident date : 2006-10-24
Incident time : 16:15:00.0
Incident loc : Route 16, in Medford, MA
Owner description : Driver states she injured her back.
Number people : 1
Body injury : Y
Police report: Y
Road condition: Sunny
Vehicle location: Owner is driving the vehicle to the hospital.
Property incdnt rpt: Driver states she injured her back.
Repurch buy_back_mile: 0
Repurch nada: 0
Inj_number 1
Injury records   Injury name:
Injury type:
Injury address:

```
Injury address:
Injury city:
Injury state:
Injury zip:
Injury phone:
Injury rest type:
Injury seat pos:
Injury loc code:
Injury driver:
Injury treat loc :
Injury treated :
```

GMHEC630119372
GM-MDL2543-000349350