# **EXHIBIT 25**

Bulletin No. : AIC3280

Date : 2006-11-10

## PRELIMINARY INFORMATION

General Information-General Information (03 - Stall, 44 - Intermittent)

Subject: Vehicle Stalls or Dies With no Codes Set - keywords

Models:
2005-2007 Chevrolet Cobalt
2006-2007 Chevrolet HHR
2005-2006 Pontiac Pursuit (Canada Only)
2007 Pontiac G5
2006-2007 Pontiac Solstice
2003-2007 Saturn ION
2007 Saturn Sky

The following diagnosis might be helpful if the vehicle exhibits the symptom(s) described in this PI.

CONDITION/CONCERN:

There is potential for the driver to inadvertently turn off the ignition due to low ignition key cylinder torque/effort.
This may be described as a stall condition and may occur while driving. A Customer may have stated the car will turn off, stall or die for no reason.

RECOMMENDATION/INSTRUCTIONS:

The concern is more likely to occur if the driver is short and has a large and/or heavy key chain. In these cases, this condition was documented and the driver's knee would contact the key chain while the vehicle was turning and the steering column was adjusted all the way down. This is more likely to happen to a person who is short, as they will have the seat positioned closer to the steering column.

In cases that fit this profile, question the customer thoroughly to determine if this may be the cause. The customer should be advised of this potential and should take steps to prevent it - such as removing unessential items from their key chain.

Engineering has come up with an insert for the key ring so that it goes from a "slot" design to a hole design. As a result, the key ring cannot move up and down in the slot any longer - it can only rotate on the hole. In addition, the previous key ring has been replaced with a smaller, 13?mm (0.5?in) design. This will result in the keys not hanging as low as in the past.

Parts Information
Part NumberDescription
15842334Cover, Dr Lk & Ign Lk Key

GMNHTSA000002371
GM-MDL2543-000000383

Please follow this diagnostic or repair process thoroughly and complete each step. If the condition exhibited is resolved without completing every step, the remaining steps do not need to be performed.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Below the line - Internal only - Do not fax or email
PI SUPERSEDES PI

Administrative Details:
Internal only. This document cannot be faxed or emailed. For a faxable/email version see Bulletin 05-02-35-007A or
Document ID# 1869035


PI SOURCE/Requestor - NAME/PHONE:
DAN FERNANDEZ BQM 586-947-3622
GM LIAISON/AUTHOR - NAME/PHONE:
Jeff B Gorenflo

GM CONFIDENTIAL -- NOT TO BE REPRODUCED FOR DISTRIBUTION OUTSIDE OF GENERAL MOTORS CORPORATION

EOM

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GMNHTSA000002372
GM-MDL2543-000000384