# **EXHIBIT 26**

```
Request number: ST-1-25394727
Safety related: null
Owner:          [Privacy]
Address:                    [Privacy]

Owner phone:   [Privacy]
Vin:           [Privacy]
Make: Saturn
Model: ION 2
Year : 2004
Mod_time :2007-11-23 11:33:16.0
Open date : 2007-11-06
Odometer : 33000
Closed date : 2007-11-23
Source : Phone
BRC type   : N/AYes
Complaint number :1
Complaint code 0 T28
Complaint text 0 Possible Lemon Law
Component code 0
Agent notes : 0 No Symptom Indicated
Repair attempts 0 0

Description:
Work history number: 21
1-90R9-11747|EVENT|null|null|2007-11-06|08:22:27|Owner stated: *Her vehicle shut down for no
reason. *She was in the middle of the road and was narrowly avoided by a tractor trailer.
*This is the 4th time this stoppage issue has occured. *She is taking her vehilce to Saturn
of White Plains this morning. *She is scared of this vehcile now and wants it repaired
properly. I advised: *I would forward to a CAM, set CBE and provided SR#.|2007-11-06
1-90RF-1120|EVENT|null|null|2007-11-23|08:59:57|[Privacy] says thanks a million and the work
was done and she is sorry she did not get back to you sooner. Leave message on the house
phone.|2007-11-23
1-90RH-6950|EVENT|null|null|2007-11-08|17:19:53|Please call back. Vehicle shut down again
tonight 11/8/2007 but it started again. She stated that the facility doesn't know what is
going on.|2007-11-08
1-90RT-13489|EVENT|null|null|2007-11-14|14:54:42|[Privacy]|2007-11-14
1-90RT-13490|EVENT|null|null|2007-11-08|11:06:16|[Privacy]-|2007-11-08
1-90RT-13491|EVENT|null|null|2007-11-15|15:37:57|[Privacy]|2007-11-15
1-90RT-13492|EVENT|null|null|2007-11-06|14:23:07|177 – service manager I stated: `[Privacy]
[Privacy] called us ` about the vehicle just shutting down ` and it's happened 4 times now `
what's going on [Privacy] stated: ` we updated PCM ` we cleaned throttle body ` she is picking
it up later today I stated: ` have you guys been able to duplicate the concern [Privacy] stated:
` no duplication on this  I thanked him for the information|2007-11-06
1-90RT-13493|EVENT|null|null|2007-11-16|08:50:07|Unable to contact card|2007-11-16
1-90RT-13494|EVENT|null|null|2007-11-12|16:53:59|[Privacy]|2007-11-12
1-90RT-13495|EVENT|null|null|2007-11-06|08:24:03||2007-11-06
1-90RT-13496|EVENT|null|null|2007-11-06|14:21:18|** Business Case **   *** My thoughts:
Supports assistance with repairs to vehicle Customer expectation: To have this repaired
once and for all Estimated cost of repair: 0.00 Retailer offer: To repair the vehicle
Loyalty:   ~ 2001 SL1 - [Privacy] ~ 2004 ION2 Sedan - [Privacy] Prior sr's:  ~ 04/11/2001
[Privacy] - converted [Privacy]  Goodwill: ~ 04/11/2001 Converted Goodwill $0.00 Campaigns:
~ Days out of Service: Owner VIN Inquiry: Owner Seq No: 01 In Serv Date: 04-23-2004 In Serv
Miles:    36 Resp Fclty:     11975 Miles to Fclty:    7 Saturn Service Plan:  ~ 5/60/$0 EVC
```

```
Aftermarket warranty:  ~ No Vehicle Totals $: LR $: 1875.00 Warranty $: 449.44 Cases: 10
Visits: 9 Maintenance:  ~ Good TAC involvement: ~ None per EDSNET notes Bulletin: ~ *******
Vehicle History ******** ~ No COMMENTS ON VEHICLE SHUTTING DOWN *****************************
****************************************************** Case # 03 Rpr Date 02 08 07
Name SATURN OF WHITE PLAINS  Odometer  27204 MI Case Typ VW Failed Labor Operation N2320 -
SWITCH - REPLACEIGNITION            Failed Part Number 10392423 - SWITCH ASM-IGN & START
Technician Comments  CUSTOMER STATES CHECK FOR CAR WOULD NOT START      CHECKED AND FOUND
B2960 OPEN IN IGNITION SWITCH       REPLACED IGNITION SWITCH AND RELEARNES
*********************************************************************************** Case
# 01  Rpr Date 02 08 07          Name GM ROADSIDE ASSISTANCE Odometer  26000 MI Failed
Labor Operation Z|2007-11-06
1-90RT-13497|EVENT|null|null|2007-11-13|14:48:34|177 - service consultant [Privacy]
[Privacy] I stated I need to know if [Privacy] has dropped off her vehicle yet. [Privacy]
stated: ` yes, yesterday ` we ordered a throttle body so far ` and are still looking it
over I stated thank you for the information and I will touch base with the owner.|2007-11-13
1-90RT-13498|EVENT|null|null|2007-11-13|14:55:29|[Privacy] - I stated; this is [Privacy]
area manager with SCAC. I stated i was just following up with you [Privacy] stated thank you
so much for calling me I stated I just called S/White Plains and they told me they ordered
the throttle body for your vehicle [Privacy] stated: ` yes they called me already today ` I
was going to call them back ` and just follow up with them of were they stand I stated: ` I
will call the facility tomorrow ` and give you a call back no later then COB tomorrow
[Privacy] thanked me again and we ended the call|2007-11-13
1-90RT-13499|EVENT|null|null|2007-11-14|14:53:30|I stated I am following up with [Privacy]
vehicle [Privacy] stated: new throttle body on service manager taking home tonight  I thanked
him for the information|2007-11-14
1-90RT-13500|EVENT|null|null|2007-11-23|09:37:23|177 - SERVICE MANAGER I stated [Privacy]
[Privacy] called this morning, everything ok with her vehicle. [Privacy] stated: * New throttle body
was put in. * We have not heard from her. * we put about 112 miles on it.|2007-11-23
1-90RT-13501|EVENT|null|null|2007-11-23|11:31:43|[Privacy] - Left message stating I
received your message this morning, and called [Privacy] at S/White Plains to make sure
everything is ok. If you have any further questions or concerns please give us a call
back.|2007-11-23
1-90RT-13502|EVENT|null|null|2007-11-06|16:15:47|[Privacy] approved a 2/30/$0 Basic
Care|2007-11-06
1-90RT-13503|EVENT|null|null|2007-11-06|16:39:22|[Privacy] -|2007-11-06
1-90RT-13504|EVENT|null|null|2007-11-08|15:51:40|Unable to contact|2007-11-08
1-90RT-13505|EVENT|null|null|2007-11-09|09:00:43|[Privacy]  -- I stated that I received
you call, and we will need to get the vehicle back into the facility. I called [Privacy] at
Saturn of White Plains and informed him of what was going on also.|2007-11-09
1-90RT-13506|EVENT|null|null|2007-11-09|16:25:59|Called [Privacy] and stated [Privacy] called back
in and the vehicle shut down again after she picked it up this is now the 5th time it's
happened. [Privacy] stated - have her bring it back in|2007-11-09

Dealer address :
Repurch buy_back_mile: 0
Repurch nada: 0
```