# **EXHIBIT 27**

| | |
|---|---|
| **Message** | |
| From: | Svoboda, Thomas E [/O=DELPHI PACKARD ELECTRIC SYSTEMS/OU=DPES_NA/CN=DELPHIEXCHANGE/CN=USILDRG/CN=THOMAS.E.SVOBODA] |
| Sent: | 6/14/2005 7:30:02 PM |
| To: | Coniff, John B [john.b.coniff@delphi.com]; Lin, George J [george.j.lin@delphi.com] |
| CC: | Qureshi, Dirasath A [dirasath.a.qureshi@delphi.com] |
| Subject: | RE: Force displacement curves |

I believe we have the equipment.
Dirasath, this would be something that John Bian can do.

---

**From:** Coniff, John B
**Sent:** Tuesday, June 14, 2005 2:28 PM
**To:** Svoboda, Thomas E; Lin, George J
**Subject:** Force displacement curves

Tom, who has the capability to run force displacement, curves on all the Ignition switches (mainly the Delta) is it Condura or D.G.? Ray is requesting this information. Cobalt is blowing up in their face in regards to turning the car off with the driver's knee. Please le t me know.

Thanks

*Jack*

John B. (Jack) Coniff
Sr. Project Engineer
DELPHI Body, Security & Mechatronics
3110 Woodcreek Dr.
Downers Grove, IL, 60515
e-mail: john.b.coniff@delphi.com
phone: 1.630.795.4785
fax: 1.630.795.4858

CONFIDENTIAL

DLPH_MDL_0001867