# **<u>EXHIBIT 2</u>**

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 09-50026

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:


GENERAL MOTORS CORPORATION, et al.,


      Debtors.


- - - - - - - - - - - - - - - - - - - -x


        United States Bankruptcy Court

        One Bowling Green

        New York, New York


        July 1, 2009

        7:59 AM


B E F O R E:

HON. ROBERT E. GERBER

U.S. BANKRUPTCY JUDGE

2

1

2   HEARING re Debtors Motion Pursuant to 11 U.S.C. §§ 105, 363(b),

3   (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004,

4   and 6006, to (i)Approve (a)the Sale Pursuant to the Master Sale

5   and Purchase Agreement with Vehicle Acquisition Holdings LLC, a

6   U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens,

7   Claims, Encumbrances, and Other Interests; (b)the Assumption

8   and Assignment of Certain Executory Contracts and Unexpired

9   Leases; and (c)Other Relief; and (ii)Schedule Sale Approval

10  Hearing

11

12  HEARING re Notice of Settlement of an Order Denying Motion of

13  the Unofficial Committee of Family & Dissident GM Bondholders

14  for an Order Directing the United States Trustee to Appoint an

15  Official Committee of Family & Dissident Bondholders

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Lisa Bar-Leib

VERITEXT REPORTING COMPANY

212-267-6868                                   516-608-2400

3

1

2    A P P E A R A N C E S :

3    WEIL, GOTSHAL & MANGES LLP

4         Attorneys for Debtor General Motors Corporation

5         767 Fifth Avenue

6         New York, NY 10153

7

8    BY:  HARVEY R. MILLER, ESQ.

9         STEPHEN KAROTKIN, ESQ.

10        JOSEPH H. SMOLINSKY, ESQ.

11        JOHN A. NEUWIRTH, ESQ.

12

13   JENNER & BLOCK LLP

14        Special Counsel for Debtors and Debtors-in-Possession

15        919 Third Avenue

16        37th Floor

17        New York, NY 10022

18

19   BY:  PATRICK J. TROSTLE, ESQ.

20

21

22

23

24

25

4

1

2   JENNER & BLOCK LLP

3        Special Counsel for Debtors and Debtors-in-Possession

4        330 North Wabash Avenue

5        Chicago, IL 60611

6

7   BY:  DANIEL R. MURRAY, ESQ.

8

9   KRAMER LEVIN NAFTALIS & FRANKEL LLP

10       Attorneys for Official Committee of Unsecured Creditors

11       1177 Avenue of the Americas

12       New York, NY 10036

13

14  BY:  KENNETH ECKSTEIN, ESQ.

15       ADAM ROSOFF, ESQ.

16       THOMAS MOERS MAYER, ESQ.

17       ROBERT T. SCHMIDT, ESQ.

18

19

20

21

22

23

24

25

5

1

2     UNITED STATES DEPARTMENT OF JUSTICE

3          Office of the United States Trustee

4          33 Whitehall Street

5          21st Floor

6          New York, NY 10004

7

8     BY:  TRACY HOPE DAVIS, ESQ.

9          BRIAN MASUMOTO, ESQ.

10

11    U.S. DEPARTMENT OF JUSTICE

12         United States Attorney's Office

13         Southern District of New York

14         86 Chambers Street

15         New York, NY 10007

16

17    BY:  MATTHEW L. SCHWARTZ, AUSA

18         DAVID S. JONES, AUSA

19

20

21

22

23

24

25

6

1

2     ARENT FOX LLP

3          Attorneys for The Timken Company, Superior Industries

4           International, Inc., Discovery Communications, LLC,

5           Harman Becker Automotive Systems and its affiliated

6           companies, Toyota Boshoku America, Inc., and JJF

7           Management Services, Inc.

8          1675 Broadway

9          New York, NY 10019

10

11    BY:  JAMES M. SULLIVAN, ESQ.

12

13    ATTORNEY GENERAL OF TEXAS

14          Counsel to State of Texas On Behalf of Texas Department of

15           Transportation

16          P.O. Box 12548

17          Austin, TX 78711

18

19    BY:  J. CASEY ROY, ASSISTANT ATTORNEY GENERAL

20

21

22

23

24

25

7

1

2     CADWALADER, WICKERSHAM & TAFT LLP

3          Attorneys for U.S. Treasury Auto Task Force

4          One World Financial Center

5          New York, NY 10281

6

7     BY:  JOHN RAPISARDI, ESQ.

8

9     CADWALADER, WICKERSHAM & TAFT LLP

10         Attorneys for U.S. Treasury Auto Task Force

11         1201 F Street, N.W.

12         Washington, DC 20004

13

14    BY:  PETER M. FRIEDMAN, ESQ.

15

16    CAPLIN & DRYSDALE, CHARTERED

17         Attorneys for Mark Buttita

18         375 Park Avenue

19         35th Floor

20         New York, NY 10152

21

22    BY:  RITA C. TOBIN, ESQ.

23

24

25

8

1

2    CAPLIN & DRYSDALE, CHARTERED

3         Attorneys for Mark Buttita

4         One Thomas Circle N.W.

5         Suite 1100

6         Washington, DC 20005

7

8    BY:  RONALD E. REINSEL, ESQ.

9

10   CLEARY GOTTLIEB STEEN & HAMILTON LLP

11        Attorneys for The International Union, United Automobile

12         Aerospace and Agricultural Implement Workers of America,

13         AFL-CIO

14        One Liberty Plaza

15        New York, NY 10006

16

17   BY:  AVRAM E. LUFT, ESQ.

18        JAMES BROMLEY, ESQ.

19

20

21

22

23

24

25

9

1

2    CLIFFORD CHANCE US LLP

3         Attorneys for ABN AMRO BANK N.V., RBS Citizens N.A., Royal

4          Bank of Scotland plc

5         31 West 52nd Street

6         New York, NY 10019

7

8    BY:  ANDREW BROZMAN, ESQ.

9

10    COHEN, WEISS AND SIMON LLP

11         Attorneys for United Auto Workers

12         330 West 42nd Street

13         New York, NY 10036

14

15    BY:  BABETTE CECCOTTI, ESQ.

16

17    THE COLEMAN LAW FIRM

18         Attorneys for Product Liability Claimants:  Callan

19          Campbell, Kevin Junso, et al.; Edwin Agosto, Kevin

20          Chadwick, et al., and Joseph Berlingieri

21         77 West Wacker Drive

22         Suite 4800

23         Chicago, IL 60601

24

25    BY:  STEVE JAKUBOWSKI, ESQ.

10

1

2    DLA PIPER US LLP

3        Attorneys for Hewlett-Packard Company and all of its

4         Affiliates, Domestic and International, Including but not

5         Limited to Electronic Data Systems Corporation, and HP

6         Company and Hewlett-Packard Financial Services Company

7        550 South Hope Street

8        Suite 2300

9        Los Angeles, CA 90071

10

11   BY:  KAROL K. DENNISTON, ESQ.

12

13   FORMAN HOLT ELIADES & RAVIN LLC

14       Attorneys for Rose Cole, Guardian of Timothy L. Montis, a

15        Disabled Adult

16       80 Route 4 East

17       Paramus, NJ 07652

18

19   BY:  KIMBERLY J. SALOMON, ESQ.

20

21

22

23

24

25

```
                                                              11
 1

 2    GIBSON, DUNN & CRUTCHER LLP

 3         Attorneys for Wilmington Trust Co., as Indenture Trustee

 4         200 Park Avenue

 5         New York, NY 10166

 6

 7    BY:  MATTHEW J. WILLIAMS, ESQ.

 8         DAVID M. FELDMAN, ESQ.

 9

10    GORLICK, KRAVITZ & LISTHAUS, P.C.

11         Attorneys for International Union of Operating Engineers

12          Local 18S, 101S and 832S, United Steelworkers, IUE- CWA

13         17 State Street

14         4th Floor

15         New York, NY 10004

16

17    BY:  BARBARA S. MEHLSACK, ESQ.

18

19    HISCOCK & BARCLAYS

20         Attorneys for The Schaeffer Group

21         One Park Place

22         300 South State Street

23         Syracuse, NY 13202

24

25    BY:  SUSAN R. KATZOFF, ESQ.
```

12

1

2    KELLEY DRYE & WARREN LLP

3         Attorneys for Law Debenture Trust Company of New York, as

4          Successor Indenture Trustee

5         101 Park Avenue

6         New York, NY 10178

7

8    BY:  JENNIFER A. CHRISTIAN, ESQ.

9

10   KENNEDY JENNIK AND MURRAY, PC

11        Attorneys for IUE-CWA

12        113 University Place

13        Floor 7

14        New York, NY 10003

15

16   BY:  THOMAS M. KENNEDY, ESQ.

17        JOHN HOFFMAN, ESQ.

18

19   KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

20        Attorneys for Manufactures Traders & Trust

21        260 South Broad Street

22        Philadelphia, PA 19102

23

24   BY:  BRIAN CROWLEY, ESQ.

25

13

1

2    LAW OFFICES OF OLIVER ADDISON PARKER

3         Attorney Pro Se

4         4900 North Ocean Blvd.

5         Suite 421

6         Lauderdale By the Sea, FL 33308

7

8    BY:  OLIVER A. PARKER, ESQ.

9

10   MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

11        Attorneys for Henry Case Class Plaintiffs

12        1350 Broadway

13        Suite 501

14        New York, NY 10018

15

16   BY:  EDWARD J. LOBELLO, ESQ.

17        HANAN KOLKO, ESQ.

18

19

20

21

22

23

24

25

14

1

2    N.W. BERNSTEIN & ASSOCIATES, LLC

3         Attorneys for Environmental Conservation and Chemical

4         Corporation Site Trust Fund

5         800 Westchester Avenue

6         Suite N319

7         Rye Brook, NY 10573

8

9    BY:  NORMAN W. BERNSTEIN, ESQ.

10

11   NATIONAL ASSOCIATION OF ATTORNEYS GENERAL

12        2030 M Street, NW

13        8th Floor

14        Washington, DC 20036

15

16   BY:  KAREN CORDRY, ESQ.

17

18

19

20

21

22

23

24

25

15

1

2    PUBLIC CITIZEN LITIGATION GROUP

3         Attorneys for Product Liability Claimants:  Center for

4          Auto Safety, Consumer Action, Consumers for Auto

5          Reliability and Safety, National Association of Consumer

6          Advocates, and Public Citizen

7         1600 20th Street NW

8         Washington, DC 20009

9

10   BY:  ADINA H. ROSENBAUM, ESQ.

11        ALLISON M. ZIEVE, ESQ.

12

13   ORRICK, HERRINGTON & SUTCLIFFE LLP

14        Attorneys for GM Unofficial Dealer Committee

15        Columbia Center

16        1152 15th Street, NW

17        Washington, DC 20005

18

19   BY:  RICHARD H. WYRON, ESQ.

20        ROGER FRANKEL, ESQ.

21

22

23

24

25

16

1

2    ORRICK, HERRINGTON & SUTCLIFFE LLP

3         Attorneys for Finmeccenica S.p.A. and Ansaldo Ricercke

4          S.p.A.; Ad Hoc Dealer Committee

5         666 Fifth Avenue

6         New York, NY 10103

7

8    BY:  ROBERT M. ISACKSON, ESQ.

9         ALYSSA D. ENGLUND, ESQ.

10

11   PATTON BOGGS LLP

12        Attorneys for Unofficial Committee of Family Bondholders

13        1185 Avenue of the Americas

14        30th Floor

15        New York, NY 10036

16

17   BY:  MICHAEL P. RICHMAN, ESQ.

18

19   PATTON BOGGS LLP

20        Attorneys for Unofficial Committee of Family Bondholders

21        2550 M Street, NW

22        Washington, DC 20037

23

24   BY:  MARK A. SALZBERG, ESQ.

25

17

1

2      PATTON BOGGS LLP

3          Attorneys for Unofficial Committee of Family Bondholders

4          2001 Ross Avenue

5          Suite 3000

6          Dallas, TX 75201

7

8      BY:  JAMES CHADWICK, ESQ.

9          (TELEPHONICALLY)

10

11     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

12         Attorneys for Ad Hoc Bondholders Group

13         1285 Avenue of the Americas

14         New York, NY 10019

15

16     BY:  ANDREW N. ROSENBERG, ESQ.

17         JONATHAN KOEVARY, ESQ. (TELEPHONICALLY)

18

19     PENSION BENEFIT GUARANTY CORPORATION

20         United States Government Agency

21         1200 K Street NW

22         Washington, DC 20005

23

24     BY:  MICHAEL A. MARICCO, ESQ.

25         ANDREA WONG, Assistant Chief Counsel

18

1

2    ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

3         Attorneys for Greater New York Automobile Dealers

4          Association

5         1345 Avenue of the Americas

6         New York, NY 10105

7

8    BY:  RUSSELL P. MCRORY, ESQ.

9

10   ROBINSON WATERS & O'DORISIO, PC

11        Attorneys for Environmental Testing Corporation

12        1099 18th Street

13        Suite 2600

14        Denver, CO 80202

15

16   BY:  ANTHONY L. LEFFERT, ESQ.

17

18   SCHNADER HARRISON SEGAL & LEWIS LLP

19        Attorneys for Ad Hoc Committee Consumer Victims

20        1600 Market Street

21        Suite 3600

22        Philadelphia, PA 19103

23

24   BY:  BARRY E. BRESSLER, ESQ.

25

19

1

2    SCHNADER HARRISON SEGAL & LEWIS LLP

3         Attorneys for Ad Hoc Committee Consumer Victims

4         824 North Market Street

5         Suite 1001

6         Wilmington, DE 19801

7

8    BY:  RICHARD A. BARKASY, ESQ.

9

10   STATE OF MICHIGAN

11        Office of the State Attorney General

12        G. Mennen Williams Building

13        525 West Ottawa Street

14        6th Floor

15        Lansing, MI 48909

16

17   BY:  CELESTE R. GILL, Assistant Attorney General

18

19   STATE OF NEW YORK

20        Office of the Attorney General

21        The Capitol

22        Albany, NY 12224

23

24   BY:  MAUREEN F. LEARY, Assistant Attorney General

25

20

1

2    STATE OF NEW YORK

3         Office of the Attorney General

4         120 Broadway

5         New York, NY 10271

6

7    BY:  KATHERINE KENNEDY, Special Deputy Attorney General

8

9    STEMBERG FEINSTEIN DOYLE & PAYNE, LLC

10        Attorneys for Class Representatives in Henry Case

11        1007 Mt. Royal Blvd.

12        Pittsburgh, PA 15223

13

14   BY:  WILLIAM T. PAYNE, ESQ.

15

16   STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.

17        Attorneys for Ad Hoc Committee of Unsecured Creditors

18        2323 Bryan Street

19        Suite 2200

20        Dallas, TX 75201

21

22   BY:  SANDER L. ESSERMAN, ESQ.)

23

24

25

21

1

2    VEDDER PRICE P.C.

3         Attorneys for Export Development Canada

4         1633 Broadway

5         47th Floor

6         New York, NY 10019

7

8    BY:  MICHAEL L. SCHEIN, ESQ.

9

10   WILMER CURLER PICKERING HALE AND DORR LLP

11        Attorneys for Pension Benefit Guaranty Corporation

12        399 Park Avenue

13        New York, NY 10022

14

15   BY:  PHILIP D. ANKER, ESQ.

16

17   WINDELS MARK LANE & MITTENDORF, LLP

18        Attorneys for Lloyd Good; Plastic Omanna et al.;

19         Progressive Stamping Company; Morgan Adhesives Co. d/b/a

20         MACTAC; Western Flyer Express

21        156 West 56th Street

22        New York, NY 10019

23

24   BY:  LESLIE S. BARR, ESQ.

25

22

1

2    TELEPHONIC APPEARANCES:

3    ALLARD & FISH, P.C.

4         Attorneys for Creditor Severstal North America, Inc.

5         535 Griswold

6         Suite 2600

7         Detroit, MI 48226

8

9    BY:   DEBORAH L. FISH, ESQ.

10        (TELEPHONICALLY)

11

12   ARNALL GOLDEN & GREGORY LLP

13        Attorneys for Verizon Communications

14        171 17TH Street NW

15        Suite 1200

16        Atlanta, GA 30363

17

18   BY:   DARRYL S. LADDIN, ESQ.

19        FRANK N. WHITE, ESQ.

20        (TELEPHONICALLY)

21

22

23

24

25

23

1

2    ATTORNEY GENERAL'S OFFICE, STATE OF CALIFORNIA

3         Attorneys for State of California

4         California Dept. of Justice

5         P.O. Box 744255

6         Sacramento, CA 94244

7

8    BY:  MARGARITA PACFILLA, ESQ.

9         (TELEPHONICALLY)

10

11   ATTORNEY GENERAL'S OFFICE, STATE OF ILLINOIS

12        Attorneys for State of Illinois

13        100 West Randolph Street

14        Chicago, IL 60601

15

16   BY:  JAMES NEWBOLD, ESQ.

17        (TELEPHONICALLY)

18

19

20

21

22

23

24

25

24

```
 1
 2    ATTORNEY GENERAL'S OFFICE, STATE OF MICHIGAN
 3         State of Michigan Department of Treasury
 4         G. Mennen Williams Building
 5         7th Floor
 6         525 West Ottawa Street
 7         Lansing, MI 48909
 8
 9    BY:  JULIUS O. CURTING, ESQ.
10         (TELEPHONICALLY)
11
12    ATTORNEY GENERAL'S OFFICE, STATE OF NEW JERSEY
13         Attorneys for State of New Jersey Department of
14          Environmental Protection Agency
15         Richard J. Hughes Justice Complex
16         8th Floor, West Wing
17         25 Market Street
18         Trenton, NJ 08625
19
20    BY:  RACHEL LEHR, ESQ.
21         (TELEPHONICALLY)
22
23
24
25
```

25

1

2    ATTORNEY GENERAL'S OFFICE, STATE OF TENNESSEE

3          Attorneys for Tennessee Department of Revenue

4          Office of the Attorney General

5          P.O. Box 20207

6          Nashville, TN 37202

7

8    BY:   MARVIN CLEMENTS, ESQ.

9          (TELEPHONICALLY)

10

11   ATTORNEY GENERAL'S OFFICE, STATE OF TEXAS

12         Attorneys for Texas Department of Transportation Motor

13          Vehicle Division

14         300 West 15th Street

15         Austin, TX 78701

16

17   BY:   HAL F. MORRIS, ESQ.

18         RON DEL VENTO, ESQ.

19         (TELEPHONICALLY)

20

21

22

23

24

25

26

```
1
2     DAVIS POLK & WARDWELL
3          Attorneys for Interested Party Ford Motor Company
4          450 Lexington Avenue
5          New York, NY 10017
6
7     BY:  BRIAN M. RESNICK, ESQ.
8          (TELEPHONICALLY)
9
10    DLA PIPER LLP U.S.
11         Attorneys for Creditor Hewlett Packard
12         550 South Hope Street
13         Suite 2300
14         Los Angeles, CA 90071
15
16    BY:  KAROL K. DENNISTON, ESQ.
17         (TELEPHONICALLY)
18
19
20
21
22
23
24
25
```

27

1

2    DRINKER BIDDLE & REATH LLP

3        Attorneys for Cross-Complainant/Defendant, Manufacturers

4         and Trust Company and Wells Fargo Bank Northwest

5        1500 K Street, N.W.

6        Washington, DC 20005

7

8    BY:   KRISTIN K. GOING, ESQ.

9        STEPHANIE WICKOUSKI, ESQ.

10        (TELEPHONICALLY)

11

12   FOLEY & LARDNER LLP

13        Attorneys for Toyota Motor Corp.

14        One Detroit Center

15        500 Woodward Avenue

16        Suite 2700

17        Detroit, MI 48226

18

19   BY:   KATHERINE R. CALANESE, ESQ.

20        JOHN A. SIMON, ESQ.

21

22

23

24

25

28

1

2    FOLEY & LARDNER LLP

3         Attorneys for Toyota Motor Corp.

4         407 West Broadway

5         Suite 2100

6         San Diego, CA 92101

7

8    BY:   MATTHEW J. RIOPELLE, ESQ.

9         (TELEPHONICALLY)

10

11   FREEBORN & PETERS LLP

12        Attorneys for Trico Products & PGW LLC

13        311 South Wacker Drive

14        Suite 3000

15        Chicago, IL 620606

16

17   BY:   THOMAS R. FAWKES, ESQ.

18        (TELEPHONICALLY)

19

20

21

22

23

24

25

29

1

2     FROST BROWN TODD LLC

3          Lexington Financial Center

4          250 West Main

5          Suite 2800

6          Lexington, KY 40507

7

8     BY:   ROBERT V. SARTIN, ESQ.

9          (TELEPHONICALLY)

10

11    FULBRIGHT & JAWORSKI L.L.P

12         Attorneys for Bell Atlantic

13         2200 Ross Avenue

14         Suite 2800

15         Dallas, TX 75201

16

17    BY:   ELIZABETH N. BOYDSTON, ESQ.

18         (TELEPHONICALLY)

19

20

21

22

23

24

25

30

1

2     GOULSTON & STORRS P.C.

3          Attorneys for Creditor 767 Fifth Partners, LLC

4          400 Atlantic Avenue

5          Boston, MA 02110

6

7     BY:   DOUGLAS B. ROSNER, ESQ.

8          (TELEPHONICALLY)

9

10    HANGLEY ARONCHICK SEGAL & PUDLIN

11         Attorneys for NCR Corporation

12         One Logan Square

13         18th & Cherry Streets

14         27th Floor

15         Philadelphia, PA 19103

16

17    BY:   MATTHEW A. HAMERMESH, ESQ.

18         (TELEPHONICALLY)

19

20

21

22

23

24

25

31

1

2    HONIGMAN MILLER SCHWARTZ & COHN

3         2290 First National Building

4         660 Woodward Avenue

5         Detroit, MI 48226

6

7    BY:   SETH A. DRUCKER, ESQ.

8          JOSEPH R. SGROI, ESQ.

9          (TELEPHONICALLY)

10

11   KEMP KLEIN LAW FIRM

12        Attorneys for Custom Automotive Services, Inc.

13        201 West Big Beaver Road

14        Suite 600

15        Troy, MI 48084

16

17   BY:   GLORIA M. CHON, ESQ.

18         (TELEPHONICALLY)

19

20

21

22

23

24

25

32

1

2   MASTROMARCO FIRM

3        Attorneys for Gerald Haynor, Interested Party

4        1024 North Michigan Avenue

5        Saginaw, MI 48602

6

7   BY:  VICTOR MASTROMARCO, ESQ.

8        (TELEPHONICALLY)

9

10  MCDONALD HOPKINS CO., LPA

11       Attorneys for Swegalok Company

12       39533 Woodward Avenue

13       Bloomfield Hills, MI 48304

14

15  BY:  JAYSON B. RUFF, ESQ.

16       (TELEPHONICALLY)

17

18  MCNAMEE, LOCHNER, TITUS & WILLIAMS, PC

19       Attorneys for The Saint Regis Mohawk Tribe

20       677 Broadway

21       Albany, NY 12201

22

23  BY:  JACOB F. LAMME, ESQ.

24       (TELEPHONICALLY)

25

33

1

2      MILLER, CANFIELD, PADOCK AND STONE, P.L.C.

3           Attorneys for Creditor Ford Motor Company

4           150 West Jefferson

5           Suite 2500

6           Detroit, MI 48226

7

8      BY:  MARC N. SWANSON, ESQ.

9           (TELEPHONICALLY)

10

11     MORRIS JAMES LLP

12          Attorneys for Monster Worldwide

13          500 Delaware Avenue

14          Suite 1500

15          Wilmington, DE 19801

16

17     BY:  CARL N. KUNZ, III, ESQ.

18          (TELEPHONICALLY)

19

20

21

22

23

24

25

34

1

2    OFFICE OF SANTA CLARA COUNTY COUNSEL

3        Attorneys for County of Santa Clara Tax Collector

4        70 West Hedding Street

5        9th Floor, East Wing

6        San Jose, CA 95110

7

8    BY:  NEYSA A. FIGOR, ESQ.

9        (TELEPHONICALLY)

10

11   OHIO ATTORNEY GENERAL'S OFFICE

12       Attorneys for State of Ohio

13       State Office Tower

14       30 East Broad Street

15       17th Floor

16       Columbus, OH 43215

17

18   BY:  LUCAS C. WARD, ESQ.

19       (TELEPHONICALLY)

20

21

22

23

24

25

35

1

2    PEPPER HAMILTON LLP

3         Attorneys for Creditor SKF USA Inc.

4         400 Berwyn Park

5         899 Cassatt Road

6         Berwyn, PA 19312

7

8    BY:  HENRY J. JAFFE, ESQ.

9         (TELEPHONICALLY)

10

11   PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP

12        Attorneys for Arlington ISD et al.

13        4025 South Woodland Park Boulevard

14        Suite 300

15        Arlington, TX 76013

16

17   BY:  ELIZABETH BANDA, ESQ.

18        (TELEPHONICALLY)

19

20

21

22

23

24

25

36

1

2     ROTH & DEMPSEY P.C.

3          Attorneys for Burton Taft

4          436 Jefferson Avenue

5          Scranton, PA 18510

6

7     BY:  MICHAEL G. GALLACHER, ESQ.

8          (TELEPHONICALLY)

9

10    SCHIFF HARDIN LLP

11         Attorneys for Columbia Gas of Ohio; Columbia Gas of

12         Virginia

13         233 South Wacker Drive

14         Suite 6600

15         Chicago, IL 60606

16

17    BY:  JASON TORF, ESQ.

18         (TELEPHONICALLY)

19

20

21

22

23

24

25

37

1

2    SINGER & LEVICK, P.C.

3         Attorneys for ACS Affiliated Computers Services, Inc.

4         16200 Addison Road

5         Suite 140

6         Addison, TX 75001

7

8    BY:  LARRY A. LEVICK, ESQ.

9         (TELEPHONICALLY)

10

11   WOLFSON BOLTON PLLC

12        Attorneys for Guardian Industries

13        3150 Livernois

14        Suite 275

15        Troy, MI 48084

16

17   BY:  SCOTT A. WOLFSON, ESQ.

18        (TELEPHONICALLY)

19

20

21

22

23

24

25

325

1    on the tort side.  But, obviously -- I think we've pretty much

2    covered things.  Mr. Esserman, I'll hear from you next.  Mr.

3    Esserman, I think at this point I'd prefer if you limit

4    yourself to things that relate to asbestos.

5              MR. ESSERMAN:  That's what -- I'm sorry.

6              THE COURT:  Okay, go ahead.

7              MR. ESSERMAN:  Sandy Esserman for the ad hoc

8    committee.  That's what I was intending to do, Your Honor, I

9    was not going to cover any other of the topics that were either

10   covered by other parties or covered in my brief.  And to a

11   certain extent Mr. Jakubowski covered certain things that I was

12   going to cover.  In fact, his presentation sounded like the

13   presentation of "This is My Life", he cited so many cases that

14   I either argued and won or lost or have been in.

15             But anyway I want to focus strictly on the future

16   clients' issues which I think is to me one of the more

17   troubling aspects of this -- of this sale.  And a week or so

18   ago I asked that there be a future clients tort czar appointed

19   in this case.  Well, why did I ask that?  Because what I felt

20   GM was doing, in fact they are doing, is trying to bind the

21   futures in some way without having the futures present or

22   having the futures represented.  And the way I left the hearing

23   was, it's -- it was and is the choice of GM on that issue.

24             There was a way to do this; they chose not to.  With

25   asbestos claims in particular it's very specific about how you

326

1    bind future claims and that's through a Manville type 524(g)

2    type solution.  We think that's clear from the statute and why

3    is it clear from the statute?  It's a matter of -- it's not

4    just the statute is a matter of constitutional due process.

5    The futures are here, I don't represent the futures, I don't --

6    I may have a future claim, I don't know it.  I sure hope not.

7            But we're -- we're talking about a claimant that is

8    going to develop a disease two, three, four, five, six, seven

9    years down the road.  We have testimony that there's an

10   estimate of ten-year present value that there's going to be

11   asbestos claims.  Ten years.  Up to at least ten years from

12   now, probably more.  There's a long incubation period.  This is

13   very well known and those people are not present.  They cannot

14   speak and it's hard to see under the constitutional due process

15   binding them in any way.

16           There's no notice that can be given or should be

17   given.  And I think we need to look not just to the statue of

18   524(g) but also the practical implications of the whole thing.

19   Let me just give You Honor an example.  This is how the case

20   could well come down.  Your Honor could approve the sale.  This

21   could be a wrap-up in say two years, perhaps, maybe less.

22   Maybe within a year Your Honor's going to institute a bar date,

23   there's going to be a claims bar date.  Probably a year or two

24   or so there's going to be distributions, year three or day two

25   plus one someone is going to get sick of cancer and die.

327

1    Someone who was a mechanic that been working on a GM -- on GM

2    cars.  It has a twenty, thirty, forty, ten-year -- who knows

3    how long incubation period.

4         Where is that person going to go?  Well, you heard

5    some testimony, they can't, according to the -- the purchaser,

6    the purchaser says no, not me, I'm not taking any of that

7    liability.  So if -- if Your Honor would uphold that, that

8    claimant has -- cannot go to New GM, notwithstanding the

9    successor claims issues that have been discussed so far, and he

10   can't go to OldCo, because there's been a distribution made and

11   a bar date has been instituted.

12        And that's the problem and that's why 524(g) has been

13   instituted.  In addition we've had a decision that came down

14   that won in the Second Circuit and lost in the Supreme Court

15   but I don't think it's really a loss, and that's the Manville

16   case, also known as Travelers v. Bailey, which came down and I

17   think this Court is going to need to reconcile anything that it

18   does in this decision with regard to future tort claims --

19   future asbestos claims with the June 18th, 2009 decision of the

20   Supreme Court.

21        These -- I think that court very clearly held that --

22   and it was an unusual decision, Second Circuit decision had a

23   lot to it also that wasn't necessarily reversed.  But in

24   essence it held that when you're before the court, for

25   instance, my tort committee, they're all current claimants,

328

1      they're before -- they're before your Court.  They're going to

2      be bound whatever you do and say, whether it's extra-

3      jurisdictional or not.

4              But what the Supreme Court said a couple weeks ago

5      were those people that were not there cannot be bound by

6      anything that happens in the bankruptcy court.  And in that

7      decision, the slip opinion at page 17, they specifically cite

8      how they could be bound and what kind of channeling injunction

9      has to -- can be issued specifically citing 524(g).  And they

10     say on direct review today "A channeling injunction of the cert

11     issued by the bankruptcy court in 1986 would have to be

12     measured against the requirements of Section 524(g) (to begin

13     with at least)" and that's a direct quote.

14             And in that decision of a couple weeks ago we're

15     going back to the Second Circuit, unfortunately Judge

16     Sotomayor, who was on my panel is -- will no longer be there

17     probably, but the other judges will be.  And we're going to

18     have to determine whether my clients in that case in fact were

19     bound by the 1986 decision, because the Supreme Court left open

20     the issue and said we are not necessarily bound by the 1986

21     decision or injunction, channeling injunction of the court, if

22     they somehow were not present or represented or did not exist

23     or whatever and they said the same thing for the Chubb

24     Insurance Company.

25             So I think to a certain extent the issues that Your

329

1    Honor has to wrestle with are constitutional and jurisdictional

2    as well -- as well as sale.  And in my view, dollar-wise I

3    don't want to say it's a pimple on the elephant but this is not

4    an asbestos driven case; we know that.  But these are

5    constitutional and due process issues that we consider to be

6    very, very important and have to be dealt with, with

7    appropriate consideration.

8         So I would urge Your Honor to reconcile whatever he

9    does with that opinion of the Supreme Court.  In addition, Mr.

10   Bressler referred to some colloquy of the Second Circuit in the

11   Chrysler decision, and there's been some discussion of that.

12   I'm sure I'm misremembering this and the record will reflect

13   what actually happened but I actually think that was colloquy

14   that I had with Judge Sack and Judge Sack was saying to me

15   during that oral argument, because I was involved in that one

16   too, while future claims clearly, you know, they may not be --

17   well, you just go ahead -- you just go ahead and institute

18   suit.  And my response to that was that's sending the wrong

19   message to ignore a court order or to try and get around a

20   court order or hope a state court will ignore a successful

21   liability or the court that says you cannot do something.

22        THE COURT:  One of the problems I have, Mr. Esserman,

23   is how I should work with things the judge is saying as a part

24   of the back and forth with counsel in oral argument  I remember

25   an instance in Adelphia where somebody cited me a transcript

330

1    from a certain district judge and I couldn't believe some of

2    the things she said, but then I realized that judges say all

3    sorts of things in oral argument, at least sometimes they do

4    want to be devils' advocates; sometimes they mean them and

5    sometimes they're just probing and other times they haven't

6    thought about it as much they would after the argument was over

7    and they sit down and they read the cases.  And how do I slice

8    and dice comments in oral argument to know which of those

9    multiple categories something can be in?

10            MR. ESSERMAN:  I agree with Your Honor, I just wanted

11   to comment on it, you've got to wait for the opinion or at

12   least look at the opinion when it comes down -- when and if it

13   comes down before you can really do anything because as Your

14   Honor knows, Your Honor may ask the question that indicates one

15   thing and completely rule the opposite.  And I understand that.

16   It was just a very telling comment to me by Judge Sack and it

17   would have been consistent with everything he's ever written

18   that I've ever read that he would hold that future claimants

19   would not be bound.  But that assumes that he's going to be

20   consistent with his other opinions, which I think you have to

21   look at.

22            THE COURT:  Then there is room for me to try to make

23   a judgment as to whether the appellate judge is really

24   telegraphing the way he's thinking as compared to being the

25   devil's advocate?

331

1          MR. ESSERMAN:  Your Honor, I would not urge that on

2    this Court, I think that that's a -- that would be -- I think

3    it is -- it should be of interest perhaps to the Court but I

4    don't Your Honor ought to base any ruling on that.  I think

5    Your Honor has to base his ruling on current decisions and as

6    Mr. Jakubowski quoted, and as I'm quoting to you Supreme Court

7    decisions, I think that those and -- and due process decisions,

8    I think that that's the safer -- that's the safer play.

9          Of course we don't have an opinion from the Second

10   Circuit.  We don't what they're doing, we don't know what their

11   hold -- what they're really going to hold, we don't know

12   whether they're going to make some broad policy arrangement or

13   decision because Chrysler was in fact a shut down company in

14   which nobody was working, everyone had been thrown out of work,

15   the plants had been shuttered, every one of them.  They stopped

16   production; it wasn't like a GM which is an operating business.

17   Chrysler was not an operating business; Chrysler was shut down

18   and if Fiat didn't come to the rescue, it was going to stay

19   shut down.

20         So we don't know exactly what is going through the

21   Court's mind there other than saving 30, 40,000 jobs it may

22   have been more for the Chrysler Company, which is frankly -- I

23   would say GM has some similarities there because there's a

24   reason the Treasury is here.  It's not just because they are a

25   commercial lender; this is highly unusual.  We all recognize

332

1    that, we all know that the stakes are just not a loan to a

2    corporation that this is -- this had been one of the more

3    important companies in American history and to the American

4    economy and that cannot be ignored.  The Treasury wouldn't be

5    doing what they are doing.  Reminded of a phrase made by a guy

6    named Charlie Wilson, who a few people off to my right I'm sure

7    know but probably nobody else, and this isn't the Charlie

8    Wilson of Charlie Wilson's war, he's a former --

9            THE COURT:  I saw the movie if that's the one.

10           MR. ESSERMAN:  I did too; different Charlie Wilson.

11           UNKNOWN SPEAKER: He was secretary of defense, Your

12   Honor.

13           MR. ESSERMAN:  He was secretary of defense --

14           THE COURT:  Probably a different war too.

15           MR. ESSERMAN:  Yes, Secretary of Defense under

16   Eisenhower and he says "For years I thought what was good for

17   our country was good for General Motors and vice versa".  And

18   of course President Obama said the same, paraphrased it, he

19   actually thought he was quoting it but I actually quoted it.

20           THE COURT:  Not without knowing the name of the guy

21   who saw that I'm old enough to remember that.

22           MR. ESSERMAN:  Well, unfortunately -- I am, too,

23   although I look much younger.  Strike that from the record,

24   please.

25           Anyway, Your Honor, this has been a long two days;

333

1    it's been a hot two days too.  We recognize the issues and

2    truly the weighty issues that Your Honor has to wrestle with.

3    Nobody would like to be in your seat right now.  I understand

4    the pressures, both political, national/international to

5    approve this -- approve this sale.

6         I'm officially telling you that I'm resting on my

7    papers, but I certainly can understand a decision whereby you

8    try and reconcile some of these issues and approve a sale.  But

9    carve out certain things:  carve out the issues of future

10   claims in which we have testimony that that's not material to

11   the company and that the company couldn't handle these claims

12   without a problem -- without a problem financially.  We had

13   testimony from the CEO of GM on that.  Thank you very much.

14        THE COURT:  Thank You.  Ms. Cordry, I think you're up

15   on deck but I think some of the things you were going to say

16   we're pretty ably handled by the two guys there.

17        MS. CORDRY:  All right.

18        THE COURT:  Come to a mic if you would, please.

19     (Pause)

20        MS. CORDRY:  As I suggested earlier today that we are

21   still trying to talk to Treasury and the debtors to resolve

22   these issues and we've had some more discussions -- true,

23   everyone's been popping in and out of the door every few

24   minutes.

25        THE COURT:  But the truth that has preoccupied us.