# **EXHIBIT 6**

# GM 2014 YEAR-TO-DATE NORTH AMERICAN RECALLS INCLUDING EXPORTS

| # | DATE | MY/MODELS | SUBJECT | U.S. POPULATION | GMNA & EXPORTS |
|---|---|---|---|---|---|
| 1 | 1/13 | 2014 Chevrolet Silverado and GMC Sierra full-size pickups | Overheated Exhaust Components | 324,970 | 377,888 |
| 2 | 1/23 | 2014 Chevrolet Trax/Tracker (Mexico and export only) | Fuel Line Quick Connector | 0 | 2,069 |
| 3 | 2/20 | 2014 Buick Enclave, LaCrosse, Regal, and Verano; 2014 Chevrolet Cruze, Impala, Malibu and Traverse, GMC Acadia | Transmission Shift Cable Adjuster Body Fractures (NC) | 355 | 388 |
| 4 | 2/25 | 2005-07 Chevrolet Cobalt; 2006-2007 Pontiac Pursuit; 2003-07 Saturn ION; 2006-07 Chevrolet HHR and Pontiac Solstice; 2007 Saturn Sky, Opel/Vauxhall GT, Daewoo G2X and Pontiac G5 | Ignition Switch Torque Performance | 1,367,146 | 1,620,665 |
| 5 | 3/17 | 2013-14 Cadillac XTS | Brake Vacuum Booster Pump Vent and Connector | 63,903 | 66,218 |
| 6 | 3/17 | 2009-14 Chevrolet Express and GMC Savana | Front Passenger Airbag Performance (NC) | 303,013 | 354,553 |
| 7 | 3/17 | 2008-13 Buick Enclave, Chevrolet Traverse, GMC Acadia, Saturn Outlook | Side Impact Airbag Connector | 1,176,407 | 1,334,986 |
| 8 | 3/28 | 2014 Cadillac ELR | Electronic Brake Control Module Calibration | 656 | 662 |
| 9 | 3/28 | 2008-11 Chevrolet HHR; 2008-10 Chevrolet Cobalt; 2008-10 Pontiac G5; 2008-10 Pontiac Solstice; 2008-10 Saturn Sky; 2008-10 Opel GT; 2008-09 Daewoo G2X | Ignition Switch Torque Performance | 823,788 | 970,741 |
| 10 | 3/28 | 2013 and 2014 MY Chevrolet Cruze models equipped with 1.4L turbocharged engine (RPO LUV) | Half Shaft Fracture | 174,046 | 197,327 |
| 11 | 3/28 | 2014-15 full-size trucks and full-size utilities with MYC transmission | Oil Cooler Fitting | 489,936 | 559,249 |
| 12 | 3/31 | 2004-06 Chevrolet Malibu/Malibu Maxx, Pontiac G6; 2004-07 Saturn ION; 2008-09 Chevrolet Malibu, Pontiac G6, Saturn Aura; 2010 Cobalt; 2009-10 Chevrolet HHR; Previous EPS Recall Service Parts | Electronic Power Steering | 1,340,447 | 1,508,445 |
| 13 | 4/9 | 2005-2010 Chevrolet Cobalt; 2006-2011 Chevrolet HHR; 2006-2010 Pontiac Solstice; 2003-2007 Saturn ION; 2007-2010 Saturn Sky and Pontiac G5 | Ignition Cylinder | 2,191,014 | 2,591,406 |
| 14 | 4/19 | 2009-2010 Pontiac Vibe | Air Bags (Toyota) | 23,249 | 40,514 |
| 15 | 4/24 | 2013 Cadillac SRX | Hesitation | 50,571 | 56,367 |
| 16 | 4/24 | 2015 Chevrolet Silverado HD and GMC Sierra HD | Diesel Transfer Pump | 51 | 59 |
| 17 | 4/29 | 2014 Chevrolet Traverse, GMC Acadia and Buick Enclave | Inaccurate Fuel Gauge | 51,640 | 57,131 |
| 18* | 4/29 | 2007-2008 Saturn Aura | Shift Cable | 56,214 | 59,627 |
|  | 5/19 | 2004-2008 Chevrolet Malibu; 2005-2008 Pontiac G6 | Shift Cable | 1,074,932 | 1,215,791 |
| 19 | 5/7 | 2014 Chevrolet Malibu and Buick LaCrosse | Brake Rotors | 8,208 | 8,590 |
| 20 | 5/13 | 2014 Chevrolet Malibu and Buick LaCrosse | Brake Boost (NC) | 140,067 | 144,780 |
| 21 | 5/13 | 2014 Chevrolet Silverado and GMC Sierra Light Duty; 2015 Chevrolet Tahoe | Tie-rods | 477 | 523 |
| 22 | 5/14 | 2005-2007 Chevrolet Corvette | Low Beams | 103,158 | 111,889 |
| 23 | 5/14 | 2014 Cadillac CTS | Wipers | 19,225 | 21,563 |
| 24 | 5/14 | 2004-2012 Chevrolet Malibu; 2004-2007 Malibu Maxx; 2005-2010 Pontiac G6; 2007-2010 Saturn Aura | Brake Lamps | 2,440,524 | 2,703,657 |
| 25 | 5/16 | 2015 Cadillac Escalade | Passenger Air Bag (NC) | 1,402 | 1,533 |
| 26 | 5/19 | 2009-2010 Saturn Outlook; 2009-2014 Chevrolet Traverse, GMC Acadia and Buick Enclave | Front Seat Belts | 1,339,355 | 1,509,523 |
| 27 | 5/19 | 2015 Chevrolet Silverado HD and GMC Sierra HD | Loose Fuse Block | 58 | 58 |
| 28 | 5/21 | 2004-2008 Chevrolet Aveo; 2005-2008 Pontiac Wave, G3 | Daytime Running Lamps | 217,454 | 284,699 |
| 29 | 5/21 | 2004-2008 Chevrolet Optra (Imported from GM Korea; sold in U.S. Territories) | Daytime Running Lamps | 214 | 214 |
| 30 | 5/30 | Certain 2014 Chevrolet Silverado and GMC Sierra; 2015 Chevrolet Tahoe and Suburban, GMC Yukon and Yukon XL and Cadillac Escalade and Escalade ESV | Sensing and Diagnostic Module | 334 | 344 |
| 31 | 5/30 | Certain 2014 Chevrolet Silverado LD; 2014 GMC Sierra LD; 2015 Chevrolet Silverado HD, Tahoe and Suburban and GMC Sierra HD, Yukon and Yukon XL | Base Radio Chime (NC) | 57,512 | 69,552 |
| 32 | 5/30 | Certain 2013 and 2014 Chevrolet Spark and 2013 Buick Encore | Passenger Air Bag | 61 | 87 |
| 33 | 5/30 | Certain 2012 Chevrolet Cruze, Camaro, Sonic and Buick Verano | Driver's Air Bag Shorting Bar | 31,520 | 36,012 |
| 34 | 5/30 | 2014 Chevrolet Corvette | Sensing and Diagnostic Module | 33 | 37 |
| 35 | 6/11 | 2004-2011 Saab 9-3 Convertible | Seat Belt Retractor | 28,789 | 29,750 |
| 36 | 6/11 | 2012 Chevrolet Sonic | Transmission Turbine Shaft Fracture | 21,567 | 24,904 |
| 37 | 6/11 | 2014 Buick LaCrosse | Driver's Door Wiring Splice (NC) | 14,765 | 15,185 |
| 38 | 6/13 | 2010-2014 Chevrolet Camaro | Key FOB Can Bump Ignition | 464,712 | 511,528 |
| 39 | 6/16 | 2005-2009 Buick Allure and LaCrosse; 2006-2014 Chevrolet Impala; 2000-2005 Cadillac Deville; | Key Replacement from Slot to Hole | 3,140,725 | 3,340,555 |

| # | Date | Vehicles | Issue | U.S. | GMNA |
|---|------|----------|-------|------|------|
| | | 2004-2011 Cadillac DTS; 2006-2011 Buick Lucerne; 2006-2007 Chevrolet Monte Carlo | | | |
| 40 | 6/16 | 2013-2014 Cadillac ATS and 2014 Cadillac CTS | Shift Cable | 90,750 | 109,031 |
| 41 | 6/16 | 2015 Chevrolet Silverado 2500/3500 HD and GMC Sierra 2500/3500 HD | Steering Pump Clamp Inspection | 124,527 | 141,260 |
| 42 | 6/16 | 2011 Cadillac AWD CTS | Gasket Leak | 16,932 | 18,279 |
| 43 | 6/16 | 2014 Chevrolet Corvette with Competition Sport Seats | Air Bags | 712 | 961 |
| 44 | 6/16 | 2014-2015 Chevrolet Silverado and GMC Sierra | Unsecured Floor Mats | 184 | 184 |
| 45 | 6/27 | 2014-15 Chevrolet Silverado and GMC Sierra; 2015 Chevrolet Suburban and Tahoe, GMC Yukon and Yukon XL with 4WD | 4WD Transfer Case | 392,459 | 466,940 |
| 46 | 6/27 | 2013-14 Chevrolet Cruze | Driver Air Bag | 29,019 | 33,085 |
| 47 | 6/27 | 2013-14 Chevrolet Caprice Police; 2014 Chevrolet SS | Windshield Wiper Module | 4,794 | 4,794 |
| 48 | 6/27 | 2014 Chevrolet Corvettes with the FE1 or FE3 suspension | Rear Shock Weld | 1,939 | 2,054 |
| 49 | 6/30 | 1997-2005 Chevrolet Malibu; 1998-2002 Oldsmobile Intrigue; 1999-2004 Oldsmobile Alero; 1999-2005 Pontiac Grand Am; 2000-2005 Chevrolet Impala and Monte Carlo; 2004-2008 Pontiac Grand Prix | Unintended Ignition Key Rotation | 5,877,818 | 6,584,859 |
| 50 | 6/30 | 2003-2014 Cadillac CTS, 2004-2006 Cadillac SRX (2014 models are derivative models in previous generation body style; 2014 CTS sedan not involved) | Unintended Ignition Key Rotation | 554,328 | 616,179 |
| 51 | 6/30 | 2011-2014 Chevrolet Cruze; 2012-2014 Chevrolet Sonic; 2013-2014 Chevrolet Trax, Buick Encore and Verano | Engine Block Heater Power Cord | 2,990 | 20,134 |
| 52 | 6/30 | 2014 Chevrolet Camaro and Impala, Buick Regal, Cadillac XTS | "Superhold" Joint Fastener Torque | 106 | 117 |
| 53 | 6/30 | 2007-11 Chevrolet Silverado HD, GMC Sierra HD equipped with an auxiliary battery | Auxiliary Battery Underhood Fusible Link | 9,371 | 12,008 |
| 54 | 6/30 | 2005-2007 Buick Rainier, Chevrolet TrailBlazer, GMC Envoy, Isuzu Ascender, Saab 9-7x; 2006 Chevrolet TrailBlazer EXT, GMC Envoy XL | Driver's Door Module for Power Locks and Window Switches | 181,984 | 188,705 |
| 55 | 7/18 | 2014-2015 Chevrolet Spark | Lower Control Arm Ball Joint | 1,919 | 3,065 |
| 56 | 7/21 | 2013 Chevrolet Malibu; 2011-2013 Buick Regal | Front Turn Signal Bulbs | 120,426 | 127,235 |
| 57 | 7/22 | 2015 Chevrolet Tahoe and Suburban, GMC Yukon and Yukon XL | Roof Rail Air Bag | 22 | 25 |
| 58 | 7/22 | 2014 Chevrolet Impala | Electronic Power Steering | 57,242 | 65,276 |
| 59 | 7/22 | 2010-2012 Chevrolet Equinox, GMC Terrain and Cadillac SRX 2011-2012 Chevrolet Camaro, Buick Regal and LaCrosse | Power Height Adjustable Seats | 414,333 | 475,161 |
| 60 | 7/22 | 2013-2014 Buick Encore and Cadillac ATS; 2014 Cadillac CTS and ELR, Chevrolet SS, Caprice, Caprice PPV and Silverado 1500 and GMC Sierra 1500; 2015 Chevrolet Silverado 2500/3500 HD and GMC Sierra 2500/3500 HD | Seat Hook Weld Incomplete | 124,007 | 151,923 |
| 61 | 7/28 | 2007 Chevrolet Optra (Canada); 2009-2010 Chevrolet Aveo; 2009 Pontiac G3/Wave | Reduced Brake Performance | 1,968 | 2,091 |
| 62 | 8/7 | 2013 Cadillac ATS, Chevrolet Trax (Canada) and Buick Encore (Imported) | Frontal Lapbelt Pretensioners | 48,059 | 72,826 |
| 63 | 8/7 | 2002-2004 Saturn Vue | Ignition Key Pullout in Run Position | 202,155 | 215,243 |
| 64 | 8/7 | 2013-2014 Cadillac ATS (Export Only) | Front Exterior Lighting (NC) | 0 | 3,624 |
| 65 | 8/7 | 2014-2015 Chevrolet Impala | Console Bin Door Latch (NC) | 14,940 | 15,386 |
| 66 | 8/13 | 2011-2014 Chevrolet Express and GMC Savana | CNG High Pressure Regulator Leak | 3,196 | 3,209 |
| 67 | 8/20 | 2013-2014 Cadillac SRX; 2014 Chevrolet Impala | Sensing and Diagnostic Module | 5 | 5 |
| 68 | 8/29 | 2011-2013 Chevrolet Caprice Police Patrol Vehicles | Transmission Selector Roll and Selector Pin Displacement (NC) | 7,598 | 7,601 |
| 69 | 9/4 | 2004-2007 Cadillac CTS-V; 2006-2007 Cadillac STS-V | Overheating Fuel Pump Module | 10,005 | 10,498 |
| 70 | 9/4 | 2008-2009 Pontiac G8; 2011-2013 Chevrolet Caprice | Unintended Ignition Key Rotation | 47,225 | 50,094 |
| 71 | 9/4 | 2014 Chevrolet Sonic | Steering Column Electrical Connection | 304 | 335 |
| 72 | 9/4 | 2013-2015 Cadillac XTS; 2014-2015 Chevrolet Impala | Emergency Brake Drag (NC) | 205,309 | 221,558 |
| 73 | 9/17 | 2010-2015 Cadillac SRX; 2011-2012 Saab 9-4X | Rear Suspension Nut Torqueing | 290,107 | 430,550 |
| 74 | 9/17 | 2014 Chevrolet Corvette | Driver's Air Bag Center Plate Fracture | 89 | 94 |
| 75 | 9/17 | 2015 Chevrolet Corvette | Parking Brake Cable (NC) | 783 | 809 |
| 76 | 9/23 | 2013-2015 Chevrolet Spark and Spark EV | Hood Latch Corrosion (NC) | 89,294 | 93,834 |
| 77 | 10/1 | 2013-2014 Chevrolet Tahoe and Suburban, Cadillac CTS, Escalade and Escalade ESV, GMC Yukon and Yukon XL; 2014 Chevrolet Traverse, Express and Silverado HD, GMC Acadia, Savana and Sierra HD, and Buick Enclave | Chassis Control Module Contamination | 106,307 | 126,418 |
| 78 | 10/7 | 2015 Cadillac Escalade | Passenger Air Bag Cover | 1,039 | 1,147 |
| 79 | 10/9 | 2015 Chevrolet Colorado and GMC Canyon | Air Bag Wiring | 2,283 | 2,432 |
| 80 | 11/25 | 2006-2009 Buick LaCrosse; 2006-2007 Chevrolet TrailBlazer, GMC Envoy and Buick Rainier; 2006 Chevrolet TrailBlazer EXT and GMC Envoy XL; 2006-2008 Saab 9-7X and Isuzu Ascender | Headlamp Driving Module Failure | 273,182 | 316,357 |
| | | | | **U.S. TOTAL** | **GMNA TOTAL** |
| | | | | **26,852,215** | **30,415,462** |

*Shift Cable is a single recall initiated 4/29 and expanded 5/19
**Totals on No. 49 adjusted downward on 7/23 due to double counting of some models
(NC) = Noncompliance Recall