**EXHIBIT 13**

09-50026-mg    Doc 13031-13    Filed 12/17/14    Entered 12/17/14 00:00:19    Exhibit 13    Pg 1 of 3

GM News United States

# GM Announces Recalls

*2014-08-08*

**DETROIT –** General Motors announced the following recalls today:

**202,115** model year 2002-2004 Saturn VUEs because the ignition key can possibly be removed when the vehicle is not in the off position. GM is aware of two crashes and one injury potentially related to the issue.

Dealers will inspect for key pullout or key binding, and, if necessary, replace the ignition cylinder and key set at no charge to customers.

Until recall repairs have been performed, it is very important before exiting the vehicle for customers to make sure the vehicle is in "Park" or in the case of a manual transmission to put the transmission into reverse gear and set the parking brake.

**48,059** model year 2013 Cadillac ATS four-door sedans and 2013 Buick Encore vehicles in the U.S. In some of these vehicles, the front outboard lapbelt pretensioner cables will retract upon deployment to pull in seat belt webbing, but may not lock, allowing the cable and the retracted webbing to return to their original length under occupant loading. As a result, there may be a potential of increased occupant movement in certain accidents. Dealers will replace both front outboard lap belt pretensioners. GM is not aware of any crashes or injuries as a result of this issue, which was discovered during frontal crash testing. A stop sale is in effect for unsold models at dealerships until repairs have been made,

**14,940** model year 2014-2015 Chevrolet Impala sedans in the U.S. On some LT and LTZ models equipped with a front console storage compartment, the inertia latch on the compartment door may not engage in the event of a rear collision and the front console compartment door may open. Dealers will replace the console door storage compartment door inertia latch. Because this is a non-compliance with a federal motor vehicle safety standard, GM has ordered dealers to hold unsold models of these vehicles until the repair can be made. GM knows of no crashes or injuries related to this condition.

**1,968** model year 2009-2010 Chevrolet Aveo and 2009 model year Pontiac G3 vehicles for a brake fluid issue that could lead to longer brake pedal travel and/or reduced braking performance. This was originally a Customer Satisfaction Program issued in 2012 and has been reclassified as a safety recall. GM knows of no crashes or injuries associated with the condition.

**1,919** model year 2014 Chevrolet Spark models for left and right lower control arm attaching bolts that may not be tightened to specification. GM has informed owners to have their vehicles transported to Chevrolet dealerships, where they will be inspect the attaching bolts to be sure they are tightened to specification. GM knows of no crashes or injuries related to this issue.

**General Motors Co.** (NYSE:GM, TSX: GMM) and its partners produce vehicles in 30 countries, and the company has leadership positions in the world's largest and fastest-growing automotive markets. GM, its subsidiaries and joint venture entities sell vehicles under the Chevrolet, Cadillac, Baojun, Buick, GMC, Holden, Jiefang, Opel, Vauxhall and Wuling brands. More information on the company and its subsidiaries, including OnStar, a global leader in vehicle safety, security and information services, can be found at http://www.gm.com



You must be logged in to view Media Contacts

**Login**  |  **Consumer Contacts**

GENERAL MOTORS

© Copyright General Motors    Privacy Policy