# **<u>Exhibit A</u>**

```
                                                                    1
       E8BJGMC                 Conference
 1     UNITED STATES DISTRICT COURT
 1     SOUTHERN DISTRICT OF NEW YORK
 2     ------------------------------x
 2
 3
 4     IN RE:  GM IGNITION SWITCH LITIGATON    14 MD 2543
 4
 5
 6     ------------------------------x
 6
 7
 8
 9                                         August 11, 2014
 9                                         11:10 a.m.
10
11
12
13
14     Before:
14
15                     HON. JESSE M. FURMAN,
15
16                                         District Judge
16
17
18
18
19
19
20
21
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

```
                                                                    5
        E8BJGMC                    Conference
 1   time for lunch, at which point we will break and then when we
 2   come back, I will hear from anyone who wishes to be heard with
 3   respect to an application for one of those positions.
 4            Needless to say, there is a lot to cover, so I intend
 5   to keep things moving.  I would ask you to all be mindful of
 6   the fact that we have a lot to cover as well, so be economical
 7   in your own remarks.  And again just a reminder, please
 8   identify yourselves and spell your names so that the Court
 9   Reporter can make an accurate record.
10            Let me also just note that throughout the
11   litigation -- and today is no exception -- I am likely to ask
12   lead counsel and defense counsel to submit proposed orders
13   after any conferences that we hold just to ensure that we make
14   an accurate record and everyone is on the same page.  Again
15   today is no exception, so I would just ask you all to pay
16   attention and make good notes on what we're doing so that you
17   can submit an accurate proposed order.
18            With that let me turn to the sort of general
19   principles and housekeeping items that I mentioned as first on
20   the agenda.
21            Number one, let me say my intention is to do
22   everything in my power to ensure and comply with Rule No. 1 of
23   the Federal Rules of Civil Procedure; namely, to ensure that
24   this is a just, speedy and inexpensive determination of the
25   disputes here.  That is obviously a massive challenge in this
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

```
                                                                      6
       E8BJGMC                   Conference
 1     particular circumstance because at present I think by my count,
 2     there are 109 cases, they're pretty substantial cases and this
 3     is a pretty complex litigation.  That is certainly my task, my
 4     challenge, and my mission, and I will do everything in my power
 5     to ensure that it is done.
 6             By "just," that means justice for both sides to ensure
 7     that the resolution, whenever it happens, is fair to both
 8     sides, the process is fair to both sides, and within the
 9     plaintiffs' side, that is fair to all plaintiffs, in my
10     judgment.  As you know, the structure that I have adopted for
11     counsel is appropriate given my present understanding of the
12     case and the present composition of the multidistrict
13     litigation.
14             I intend to monitor both of those, that is my
15     understanding of the litigation and the issues in the
16     litigation as well as the conduct of any counsel that I appoint
17     to leadership positions and I am not adverse to modifying the
18     structure or even specific appointments if the circumstances
19     warrant it.
20             I am also going to be sensitive about stepping on the
21     toes of Judge Gerber and the bankruptcy proceeding and ensuring
22     an orderly process of the litigation of any issues before the
23     bankruptcy court, mindful of the bankruptcy court's exclusive
24     jurisdiction.  I will do what I can for that matter to
25     facilitate that litigation in his jurisdiction, but at the same
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                    7
        E8BJGMC                    Conference
 1   time I want to ensure that to the extent that there is
 2   litigation going on before me, that will ultimately go on
 3   before me, that we do what we can do to make sure that we are
 4   proceeding as efficiently and speedily as we can.
 5            In that regard, my intention, as I think I made clear
 6   in the order last week, is to advance the litigation as much as
 7   possible, both to push forward cases that will not ultimately
 8   or plausibly be subject to any ruling or order by the
 9   bankruptcy court, and to ensure once there is a ruling from the
10   bankruptcy court, and any appeals from whatever that ruling is,
11   whatever claims are left can proceed expeditiously and are in a
12   position to do so.
13            I also intend throughout the litigation to encourage
14   settlement as much as possible.  Ultimately the best outcome
15   for everybody is one that is negotiated by the parties
16   involved.  You are the ones with both the technical expertise
17   and the better understanding and knowledge about the issues in
18   the litigation.  I think it is obviously pretty early to do
19   that at this point, and my sense from having read the letters
20   that you submitted -- which I should note were extremely
21   helpful to me -- is it is premature to really get into that.
22            I do want to set up a structure sooner rather than
23   later to facilitate meaningful settlement discussions, and one
24   of the things I do want to focus on if not today, then soon is
25   what discovery would be helpful or necessary in order to
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                21
         E8BJGMC                    Conference
 1       as we're looking at what the appropriate time is to move.
 2                THE COURT:  Let me turn to temporary lead counsel and
 3       just get your thoughts on this, mindful of the concern that I
 4       articulated.
 5                MR. BERMAN:  Steve Berman.
 6                You asked in Question 2 what were the nature of the
 7       claims against Delphi, and Delphi built the ignition switch per
 8       GM's spec, but the company knew that the switches as built did
 9       not meet that spec, so they have been sued because of that.
10                The other defendant, Continental Automotive, built the
11       airbags, but they built them according to GM specification, as
12       we now understand the facts.  The claims against Delphi and
13       Continental are for conspiracy, fraudulent concealment and
14       RICO.
15                What we think makes the most sense here, and we
16       suggest to the court is the role of those defendants will be on
17       our minds when we're preparing the consolidated complaint.  In
18       the Toyota case, by way of example, you had hundreds of claims
19       that were brought before the consolidated complaint.  All kinds
20       of defendants were named.  At the end of the day, after
21       consulting with the executive committee and many claimants out
22       there, there were no other defendants other than Toyota, and
23       that may be the case here.  I don't know it is the case because
24       lead counsel, whoever they are, will have to consult with the
25       plaintiffs' group out there.  It could be one of the reasons I
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                    22
        E8BJGMC                    Conference
 1    think you want the consolidated complaint to go forward is to
 2    eliminate, if that is going to be the case, defendants who
 3    probably want to know whether they're going to be in or out of
 4    this litigation.
 5              THE COURT:  What I hear you saying is that there are
 6    concerns here, but we ought to just defer them until later and
 7    when you have a better sense of the claims you're pressing and
 8    so forth.  Is that correct?
 9              MR. BERMAN:  That's correct.  We have already agreed
10    to meet with counsel for Delphi and get further clarification
11    on their role and consider that as well.
12              THE COURT:  All right.  Very good.
13              MR. SCHOON:  Thank your Honor.
14              THE COURT:  Turning to No. 3, the question of whether
15    I should withdraw the reference with respect to any claims or
16    proceedings that are currently pending before the bankruptcy
17    court.  This is an issue on which I did share my preliminary
18    views; namely, I am disinclined to go that route because of the
19    interrelated nature of the claims in this case, on the theory
20    Judge Gerber is in a better position to interpret his prior
21    orders and figure out what is and isn't subject to those orders
22    and that it will just cause undue complications to withdraw the
23    reference as to some subset of claims or proceedings.
24              This is definitely an area where I might benefit from
25    some education and argument from counsel.  It may be something
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                  23
         E8BJGMC                      Conference
 1   that warrants some sort of motion practice or briefing, which
 2   is to say, that maybe this is something that I hear from you
 3   but we decide should be briefed.  Let me turn to temporary lead
 4   counsel and ask you to address this.
 5             MS. CABRASER:  Good morning, your Honor.  Elizabeth
 6   Cabraser, temporary lead counsel.
 7             We think the court's insight that the consolidated
 8   complaint should be filed sooner rather than later provides the
 9   key to this issue.  You heard from GM's counsel on how they
10   categorize the claims.  We categorize them somewhat differently
11   based on our review of the complaints thus far.
12             We see many claims arising from post-bankruptcy
13   purchases of post-bankruptcy vehicles.  We see many
14   post-bankruptcy crashes.  We see many complaints, at least 36,
15   that allege conduct on the part of new GM that began after the
16   sale.
17             The complaints, because they were filed at different
18   times by different counsel with different perspectives
19   representing clients with different circumstances, don't
20   provide a key or categorization of those claims.  We think the
21   role of the consolidated complaint is to set forth in separate
22   counts and separate sections an organization of claims so that
23   we have a basis for discussion and briefing after the
24   consolidated complaint is on file as to whether and to what
25   extent a withdrawal of the reference is necessary or
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```