KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *December 17, 2014,* I caused to be served true and correct copies of the *Consolidated Objection By General Motors LLC To The Sesay Plaintiffs' And Elliot Plaintiffs' Motions For Leave To Appeal Preliminary Stay Orders Of The Bankruptcy Court* (With Exhibits) by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/ or *via* overnight mail.

Dated: December 17, 2014
       New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

**Service list For December 17, 2014:**

**Documents served *via* Email:**

1 - Consolidated Objection By General Motors LLC To The Sesay Plaintiffs' And Elliot Plaintiffs' Motions For Leave To Appeal Preliminary Stay Orders Of The Bankruptcy Court (With Exhibits).

eweisfelner@brownrudnick.com;;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
WWeintraub@goodwinprocter.com;
EOHagan@goodwinprocter.com;
peller@law.georgetown.edu;

**Documents served *via* Overnight Mail:**

1 - Consolidated Objection By General Motors LLC To The Sesay Plaintiffs' And Elliot Plaintiffs' Motions For Leave To Appeal Preliminary Stay Orders Of The Bankruptcy Court (With Exhibits).

| | |
|---|---|
| Gary Peller, Esq.<br>Professor of Law<br>Georgetown University Law Center<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014 |