| | |
|---|---|
| Edward S. Weisfelner | Sander L. Esserman |
| David J. Molton | STUTZMAN, BROMBERG, ESSERMAN & |
| May Orenstein | PLIFKA, A PROFESSIONAL |
| Howard S. Steel | CORPORATION |
| Rebecca L. Fordon (*pro hac vice* pending) | 2323 Bryan Street, Suite 2200 |
| BROWN RUDNICK LLP | Dallas, Texas 75201 |
| Seven Times Square | Telephone: 214-969-4900 |
| New York, New York 10036 | Email: esserman@sbep-law.com |
| Telephone: 212-209-4800 | |
| Email: eweisfelner@brownrudnick.com | |
| Email: dmolton@brownrudnick.com | |
| Email: morenstein@brownrudnick.com | |
| Email: hsteel@brownrudnick.com | |
| Email: rfordon@brownrudnick.com | |

*Designated Counsel for Certain Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                          :
In re:                                                                 :        Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,      :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., et al.,                  :
                                                                          :
                              Debtors.    :        (Jointly Administered)
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
|  | ) ss.: |
| COUNTY OF NEW YORK | ) |

      Michael A. Jackson being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Kew Gardens, New York.

      On the 16th day of December, 2014, I caused to be served a true copy of the:

      *Designated Counsel's Opposition to New GM's Motions for Enforcement of Sale Order and Injunction* (with Exhibits) **[Dkt. No. 13025]**

      *Declaration of Edward S. Weisfelner in Support of Designated Counsel's Opposition to New GM's Motions for Enforcement of Sale Order and Injunction* (with Exhibits) **[Dkt. No. 13026]**

*Declaration of Steve W. Berman in Support of Designated Counsel's Opposition to New GM's Motions for Enforcement of Sale Order and Injunction* (with Exhibits) **[Dkt. No. 13027]**

*Designated Counsel's Response to the Participating Unitholders' and GUC Trust Administrator's Opening Memorandum of Law Respecting the Equitable Mootness Threshold Issue* (with Exhibits) **[Dkt. No. 13029]**

by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the aforementioned documents were served upon each of the persons and entities listed on the annexed service list by various delivery methods (E-mail, overnight mail, by hand and/or U.S. mail) at the last known address.

/s/ Michael Jackson
Michael A. Jackson

Sworn to before me this
19th day of December, 2014

/s/Evelyn Gonzalez
Notary Public
State of New York
No. 01GO5045489
Qualified in Queens County
Commission expires 6/19/2015

# EXHIBIT A

# SERVICE LIST

**Documents Served *via* Email:**

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
esserman@sbep-law.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
LRubin@gibsondunn.com;
kmartorana@gibsondunn.com;
dgolden@AkinGump.com;
dnewman@akingump.com;
jdiehl@AkinGump.com;
rdalton746@aol.com;
WWeintraub@goodwinprocter.com;
EOHagan@goodwinprocter.com;
ECABRASER@lchb.com;
Steve@hbsslaw.com;
bobh@hmglawfirm.com;
tjh@thomasjhenrylaw.com;
gteeter@thomasjhenrylaw.com;
tvenable@thomasjhenrylaw.com;
dcg@girardgibbs.com;
ehg@girardgibbs.com;
ds@girardgibbs.com;
sjordan@jhwclaw.com;
courtecl@edcombs.com;
info@atlawgroup.com;
epm@millerlawpc.com;
mln@millerlawpc.com;
caf@millerlawpc.com;
jmeltzer@ktmc.com;
eciolko@ktmc.com;
pmuhic@ktmc.com;
mgyandoh@ktmc.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;

alevitt@gelaw.com;
jtangren@gelaw.com;
rtellis@baronbudd.com;
mpifko@baronbudd.com;
imiller@baronbudd.com;
lance@thecooperfirm.com;
scott@cooper-firm.com;
cale@conleygriggs.com;
ranse@conleygriggs.com;
dre@conleygriggs.com;
jb@bflawfirm.com;
crobertson@bflawfirm.com;
madicello@dicellolaw.com;
rfdicello@dicellolaw.com;
jsiprut@siprut.com;
npaul@spilmanlaw.com;
spotter@spilmanlaw.com;
natkinson@spilmanlaw.com;
Gbucci@BBJLC.com;
Timbailey@BBJLC.com;
Ljavins@BBJLC.com;
mrobinson@rcrsd.com;
swilson@rcrsd.com;
kcalcagnie@rcrsd.com;
info@PLBSM.com;
JonC@cuneolaw.com;
JGS@chimicles.com;
MDS@chimicles.com;
BFJ@chimicles.com;
JBK@chimicles.com;
bbailey@baileyglasser.com;
esnyder@baileyglasser.com;
dbarrett@barrettlawgroup.com;
dee.miles@beasleyallen.com;
rlm@lhlaw.net;
wml@lanierlawfirm.com;
ere@lanierlawfirm.com;

4

rgreenwald@weitzlux.com;
jbilsborrow@weitzlux.com;
gregorek@whafh.com;
manifold@whafh.com;
rickert@whafh.com;
livesay@whafh.com;
nespole@whafh.com;
schmidt@whafh.com;
brown@whafh.com;
Michael@wageandhourlaw.com;
aarin@wageandhourlaw.com;
ric@ricjoneslegal.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
dlichter@hlglawyers.com;
mhiger@hlglawyers.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
BGonzales@ColoradoWageLaw.com;
gwiggins@wcqp.com;
rchilds@wcqp.com;
rcalamusa@wcqp.com;
kjent@wcqp.com;
Charles.Zimmerman@zimmreed.com;
Hart.Robinovitch@zimmreed.com;
Brad.Buhrow@zimmreed.com;
llevy@wolfpopper.com;
mraphael@wolfpopper.com;
rplosky@wolfpopper.com;
patc@rgrdlaw.com;
jreise@rgrdlaw.com;
sdavidson@rgrdlaw.com;
cobrien@rgrdlaw.com;
mdearman@rgrdlaw.com;
jjohnson@rgrdlaw.com;
matt@williamsdirks.com;
dirks@williamsdirks.com;
dnast@nastlaw.com;
dgallucci@nastlaw.com;

jmatusko@nastlaw.com;
jcotchett@cpmlegal.com;
fpitre@cpmlegal.com;
pgregory@cpmlegal.com;
ahamilton@cpmlegal.com;
fdamrell@cpmlegal.com;
hartley@stuevesiegel.com;
lindner@stuevesiegel.com;
stueve@stuevesiegel.com;
hilton@stuevesiegel.com;
wilders@stuevesiegel.com;
ddowning@grgpc.com;
lking@kaplanfox.com;
lfong@kaplanfox.com;
jfarar@kaplanfox.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
JPrice@dlplaw.com;
Ptoven@dlplaw.com;
sparis@smbb.com;
phoward@smbb.com;
ckocher@smbb.com;
mdonovan@donovanaxler.com;
yateslaw3@gmail.com;
yateslaw@aol.com;
dean@paynemitchell.com;
max@paynemitchell.com;
jsx@searcylaw.com;
mep@searcylaw.com;
ssavett@bm.net;
scarson@bm.net;
mfantini@bm.net;
elechtzin@bm.net;
jbroaddus@weitzlux.com;
rkshelquist@locklaw.com;
stewart@erlegal.com;
alex2@erlegal.com;
francisflynn@gmail.com;
tyiatras@careydanis.com;
bterrell@tmdwlaw.com;
rahdoot@ahdootwolfson.com;
twolfson@ahdootwolfson.com;
tmaya@ahdootwolfson.com;

bking@ahdootwolfson.com;
dbecnel@becnellaw.com;
mmoreland@becnellaw.com;
schristina@becnellaw.com;
todd@gorijulianlaw.com;
randy@gorijulianlaw.com;
jmaguire@gorijulianlaw.com;
jward@wardwilsonlaw.com;
ilevin@cohenandmalad.com;
rshevitz@cohenandmalad.com;
vmiller@cohenandmalad.com;
ltoops@cohenandmalad.com;
jconroy@hanlyconroy.com;
jflowers@motleyrice.com;
mkoberna@sonkinkoberna.com;
barrios@bkc-law.com;
bkingsdorf@bkc-law.com;
zwool@bkc-law.com;
morrisbart@morrisbart.com;
malvarez@morrisbart.com;
gtravalio@isaacwiles.com;
mtroutman@isaacwiles.com;
jshub@seegerweiss.com;
andres@awllaw.com;
ed@edwhitelaw.com;
jack@lgmlegal.com;
drew@lgmlegal.com;
stephen.karotkin@weil.com;
harvey.miller@weil.com;
Joseph.Smolinsky@weil.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
tjl@kttlaw.com;
rn@kttlaw.com;
mdobrinsky@fdlaw.net;
apodhurst@podhurst.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
malexander@maryalexanderlaw.com;
jfiore@maryalexanderlaw.com;
mac@caddellchapman.com;
csf@caddellchapman.com;

rac@cliffordlaw.com;
smm@cliffordlaw.com;
ksr@cliffordlaw.com;
gpatrick@murphymurphyllc.com;
trisha@murphymurphyllc.com;
schmidt@whafh.com;
brown@whafh.com;
jasper@jonesward.com;
tgreene@greenellp.com;
matabb@greenellp.com;
mlk@kirtlandpackard.com;
bvp@kirtlandpackard.com;
hmb@kirtlandpackard.com;
michelle@toledolaw.com;
jmarkey@cohenmilstein.com;
gazorsky@cohenmilstein.com;
afriedman@cohenmilstein.com;
kpierson@cohenmilstein.com;
tleopold@cohenmilstein.com;
dmartin@cohenmilstein.com;
mike@colson.com;
Curt@colson.com;
gblankinship@fbfglaw.com;
tgarber@fbfglaw.com;
Jeff@blockesq.com;
Jason@blockesq.com;
Joel@blockesq.com;
mgreaves@tcllaw.com;
bcebulash@tcllaw.com;
klandau@tcllaw.com;
dgustafson@gustafsongluek.com;
jkilene@gustafsongluek.com;
spayne@gustafsongluek.com;
dbu@grossmanroth.com;
sem@grossmanroth.com;
bvb@grossmanroth.com;
notifications@oliverlg.com;
aashish@desai-law.com;
adrianne@desai-law.com;
matoups@wgttlaw.com;
greg@gevanslaw.com;
jdugan@dugan-lawfirm.com;
jwhatley@whatleykallas.com;
mrott@hrollp.com;

eoverholt@hrollp.com;
ezebersky@zpllp.com;
dslade@cbplaw.com;
rpulliam@cbplaw.com;
acarney@cbplaw.com;
hbates@cbplaw.com;
MGray@grayandwhitelaw.com;
MWhite@grayandwhitelaw.com;
arivero@riveromestre.com;
jmestre@riveromestre.com;
ajoseph@fuerstlaw.com;
alamb@archielamb.com;
jrclim@climacolaw.com;
sdsimp@climacolaw.com;
sonia@desai-law.com;
jfiore@maryalexanderlaw.com;
cjimenez@maryalexanderlaw.com;
jwilliams@maryalexanderlaw.com;
mmiller@maryalexanderlaw.com
beachlawyer51@hotmail.com;
dfolia@rcrlaw.net;
peller@law.georgetown.edu;
Daniel@taloslaw.com;
david@loevy.com;
brent.hazzard@hazzardlaw.net
dboies@bsfllp.com
wisaacson@bsfllp.com
szack@bsfllp.com
jthompson@sommerspc.com
lyoung@sommerspc.com
dgoogasian@googasian.com
jrr@rhinelawfirm.com
jsm@rhinelawfirm.com
rquinn@flgllp.com
g.blanchfield@rwblawfirm.com
drosenthal@simmonsfirm.com
jconroy@simmonsfirm.com
phanly@simmonsfirm.com
abierstein@simmonsfirm.com
mbreit@simmonsfirm.com
jrice@motleyrice.com
jflowers@motleyrice.com
dMigliori@motleyrice.com
astraus@motleyrice.com

pmougey@levinlaw.com
pamelag@cuneolaw.com
jonc@cuneolaw.com
rshahian@slpattorney.com;
jvalero@slpattorney.com;
jthompson@sommerspc.com;
lyoung@sommerspc.com;
jrk@classactionlaw.com;
mlk@classactionlaw.com;
trk@classactionlaw.com;
susan@aikenandscoptur.com;
vince@aikenandscoptur.com;
Joe.D'Agostino@da.ocgov.com;
adam@alexanderfirm.com;
alalersjr@att.net;
mac@caddellchapman.com;
csf@caddellchapman.com;
cbc@caddellchapman.com;
peller@law.georgetown.edu;
brad.keogh@azag.gov;
dana.vogel@azag.gov;
leonard@hbsslaw.com;
rachelf@hbsslaw.com;
sean@hbsslaw.com;
mike@colson.com;
curt@colson.com;
rob@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
kmitchell@hoglaw.com;
mrobinson@rcrsd.com;
kcalcagnie@rcrsd.com;
swilson@rcrsd.com;
rjaxelrod@axelroddean.com;
jddean@axelroddean.com;
stuart@paynterlawfirm.com;
afriedman@bffb.com;
psyverson@bffb.com;
khanger@bffb.com;
jon@bhfloridalaw.com;
charlesl@cuneolaw.com;
wanderson@cuneolaw.com;
peller@law.georgetown.edu;
josh@thejdfirm.com;

bwyly@wylycooklaw.com;
kcook@wylycooklaw.com;
rgaltney@galtney.com;
ddefeo@defeolaw.com;
stevenstolze@yahoo.com;
rgp@rgplaw.com;

rtknykendall@yahoo.com;
Craig@hibornlaw.com;
rob.bastress@dbdlawfirm.com;
tjh@tjhlaw.com;
cfitzgerald@tjhlaw.com

8

# Documents served via Overnight Delivery:

**Brian Shoichi Masumoto**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


**Andrea B. Schwartz**
Dept. of Justice - Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004