# Exhibit A



# Notice of Service of Process

null / ALL
**Transmittal Number:** 13247786
**Date Processed:** 12/09/2014

| | |
|---|---|
| **Primary Contact:** | Rosemarie Williams<br>General Motors LLC<br>Mail Code 48482-038-210<br>400 Renaissance Center<br>Detroit, MI 48265 |
| **Entity:** | General Motors LLC<br>Entity ID Number  3113523 |
| **Entity Served:** | General Motors L.L.C. |
| **Title of Action:** | Powell, Gerald vs. General Motors LLC |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Shreveport City Court, Louisiana |
| **Case/Reference No:** | 2014R08350 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 12/09/2014 |
| **Answer or Appearance Due:** | 10 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Mary T. Amari (Shreveport, LA)<br>318-424-0200 |
| **Client Requested Information:** | Year: 2006<br>Make: Chevrolet<br>Model: Cobalt<br>VIN: |
| **Notes:** | Mary T. Amari 628 Stoner Avenue Shreveport, Louisiana 71101<br>CSC Location document was served: Corporation Service Company 320 Somerulos Street Baton Rouge, LA 70802-6129 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

| | |
|---|---|
| Plaintiff: GERALD POWELL, D/B/A BEE SAFE DRIVING SCHOOL INC.<br>vs<br>Defendant: GENERAL MOTORS L.L.C. | Case Number: **2014R08350**<br>City Court<br>Fourth Ward, Shreveport,<br>Caddo Parish, Louisiana<br>Civil Clerks Office<br>1244 Texas Avenue |

# CITATION

TO: GENERAL MOTORS L.L.C.
Through Agent of Record
CORPORATION SERVICES COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802

You are hereby notified that **YOU HAVE BEEN SUED** in this Court by the above named plaintiff(s), per the attached copy of the petition which has been filed.

You are hereby cited either to comply with the demand contained in the petition, a certified copy of which is annexed hereto, or make an appearance either by filing an answer or other pleading in the office of the Clerk of Court of Shreveport in the City Court Building at 1244 Texas Ave. in the City of Shreveport, Caddo Parish, within **TEN (10)** calendar days.

**Do not fail to respond, under penalty of default.**

Witness the Honorable Sheva M. Sims, Judge of the City Court of Shreveport, Louisiana, on this 12th day of November, 2014.

_____
Robert Shemwell
Clerk of Court

Requested By: Plaintiff

### SERVICE INFORMATION

Received the within _____ on the date of _____ and on the date of _____, at _____, I served the same on the within named _____ at his/her residence in jurisdiction of my office, by handing a certified copy hereof together with a certified copy of the above described pleading to _____, who upon inquiry learned _____ name to be _____ a person of suitable age and discretion, residing at the dwelling house or usual place of abode of the said _____, as a member of his domiciliary establishment.

_____
Deputy City Marshal
Fourth Ward, Caddo Parish, Louisiana

Received the within Citation on the date _____ and on the date _____, at _____, served same by handing a true copy to _____ the Defendant in person_____.

☐ Unable to Serve    ☐ Jurisdiction Transfer

_____
Deputy City Marshal
Fourth Ward, Caddo Parish, Louisiana

FILED
11-10-14
S/ AW
DEPUTY CLERK

A TRUE COPY: ATTEST

BY: Carmen Brown
DEPUTY CLERK CITY COURT

| | |
|---|---|
| GERALD POWELL D/B/A<br>BEE SAFE DRIVING SCHOOL INC. | DOCKET NO:__ SECTION:__<br>2014R08350 |
| VERSUS | SHREVEPORT CITY COURT |
| GENERAL MOTORS L.L.C. | CADDO PARISH, LOUISIANA |

### PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel comes plaintiff, **GERALD POWELL (hereafter referred to as "POWELL")** a person of full age of majority, domiciled in Parish of Caddo, State of Louisiana, who respectively represents the following Petition for Damages to wit:

1.

Made defendant herein is:

**GENERAL MOTORS L.L.C. (hereafter referred to as "GM")**, who can be served as set forth herein:

2.

The above named defendant is indebted to plaintiff, in solido, for the following non-exclusive, cause of the damages sustained by plaintiffs:

3.

GM is a foreign limited liability company, with its registered office located in Delaware, its primary place of business located in Michigan, and that is authorized to do and is doing business in Louisiana.

4.

POWELL is owner and operator of Bee Safe Driving School.

5.

POWELL purchased two vehicles for Bee Safe Driving School. A 2006 Chevrolet Cobalt and a 2008 Chevrolet Cobalt.

6.

Both vehicles were equipped with dual-side brakes (brake pedal on both driver and passenger side) so that the instructor can assist the student driver as they learn to drive.

7.

As owner/operator of Bee Safe Driving School, **POWELL** is responsible for the safety of the students that drive the vehicles.

8.

On or about February 2014, **GM** began implementing Recall No. 14V-047.

9.

The recall is to replace the ignition switch in certain model and model year vehicles.

10.

This recall included both the 2006 and 2008 Chevrolet Cobalt's owned by **POWELL.**

11.

The recall notice states "there is a risk, under certain conditions that your ignition switch may move out of the "run" position, resulting in a partial loss of electrical power and turning off the engine."

12.

Because the replacement parts would not arrive for 6 weeks. **POWELL** parked both of the vehicles due to their unsafe driving condition.

13.

GM offered **POWELL** a rental car to use in during this time but the rental was not sufficient due to the lack of the dual side braking system, which is necessary for **POWELL'S** use of the vehicle.

14.

The resulting parking of the properly equipped vehicles resulted in a loss of more than $21,000 to **POWELL** because of his inability to use the vehicles in a safe manner.

15.

As a result of the aforementioned acts **POWELL** has suffered damage to his business operations, emotional distress, legal fees and costs resulting from the recall, which GM issued and directly affected **POWELL** and his business.

16.

Petitioner shows that the amount in controversy is under $35,000.

17.

**WHEREFORE PLAINTIFF PRAYS** that the defendant be served with a copy of this petition, and after all legal delays and due proceedings had, there be judgment in favor of the plaintiff, **GERALD POWELL**, and against the defendants, **GENERAL MOTORS** for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from the date of judicial demand, until paid, and for all cost of these proceedings. Further wherefore **PLAINTIFF** prays for all general and equitable relief to which he may be entitled.

Respectfully Submitted:

By: _____
Ronald J. Miciotto
La Bar Roll No. 07540
Mary T. Amari
La. Bar Roll No. 34419
628 Stoner Avenue
Shreveport, Louisiana 71101
318-424-0200 Telephone
318-424-3730 Facsimile
**Attorney for Gerald Powell**

**SERVICE ON NEXT PAGE**

**Please Serve:**

General Motors LLC
Through its agent for service of process:
Corporation Services Company
320 Somerulos St.
Baton Rouge, La. 70802

| | |
|---|---|
| GERALD POWELL D/B/A<br>BEE SAFE DRIVING SCHOOL INC. | DOCKET NO:__ SECTION:__<br>2014R08350 |
| VERSUS | SHREVEPORT CITY COURT |
| GENERAL MOTORS L.L.C. | CADDO PARISH, LOUISIANA |

## AFFIDAVIT OF VERIFICATION

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned Notary Public, personally came and appeared, **GERALD POWELL**, who after being duly sworn did depose and state:

That he is the petitioner in the foregoing petition for Damages; that he has read all of the allegations contained therein and that said allegations are true and correct to the best of his knowledge, information and belief.

_____
GERALD POWELL

SWORN AND SUBSCRIBED before me, Notary, on this, the 4th day of November 2014.

_____
NOTARY PUBLIC

Elisabeth J. Caldwell
My Commission Is For Life
#60488