KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|         f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                         Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

# NOTICE OF FILING OF FOURTEENTH SUPPLEMENT TO SCHEDULE "2" TO THE MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION

**PLEASE TAKE NOTICE** that on December 24, 2014, General Motors LLC filed the attached *Fourteenth Supplement to Schedule "2" to the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* with the United States Bankruptcy Court for the Southern District of New York.

21600\24561443.v1

Dated: New York, New York
　　　　December 24, 2014

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Scott I. Davidson
　　　　　　　　　　　　　　　　Arthur Steinberg
　　　　　　　　　　　　　　　　Scott Davidson
　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　1185 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York  10036
　　　　　　　　　　　　　　　　Telephone:  (212) 556-2100
　　　　　　　　　　　　　　　　Facsimile:  (212) 556-2222

　　　　　　　　　　　　　　　　Richard C. Godfrey, P.C. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　Telephone: (312) 862-2000
　　　　　　　　　　　　　　　　Facsimile: (312) 862-2200

　　　　　　　　　　　　　　　　*Attorneys for General Motors LLC*

21600\24561443.v1

# FOURTEENTH SUPPLEMENT[1] TO SCHEDULE "2"

## SAMPLE ALLEGATIONS/CAUSES OF ACTION IN IGNITION SWITCH COMPLAINTS FILED AGAINST NEW GM NOT CONTAINED IN THE PREVIOUS SUPPLEMENTS TO SCHEDULE "2" TO MOTION TO ENFORCE[2]

| **Action** | **Allegations** |
|---|---|
| Powell | "Powell purchased two vehicles for Bee Safe Driving School. A 2006 Chevrolet Cobalt and a 2008 Chevrolet Cobalt." Compl., ¶ 5.<br><br>"The recall notice states 'there is a risk, under certain conditions that your ignition switch may move out of the 'run' position, resulting in a partial loss of electrical power and turning off the engine.'" Compl., ¶ 11.<br><br>"The recall is to replace the ignition switch in certain model and model year vehicles." Compl., ¶ 9.<br><br>"This recall included both the 2006 and 2008 Chevrolet Cobalt's owned by Powell." Compl., ¶ 10. |

---

[1] This schedule supplements the previous supplements and the original Schedule "2" previously filed with the Court in connection with the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction* ("**Motion to Enforce**").

[2] Due to space limitations, this chart contains only a ***sample*** of statements, allegations and/or causes of action contained in the complaint referenced herein. This chart does ***not*** contain ***all*** statements and/or allegations that New GM believes violates the provisions of the Court's Sale Order and Injunction and the MSPA.

21600\24561443.v1