# Exhibit 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                             :        Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*          :
                                                  :
                Debtors.                          :        (Jointly Administered)
-------------------------------------------------------------x

### ORDER GRANTING APPLICATION BY GENERAL MOTORS LLC TO ENFORCE THE COURT'S JULY 8, 2014 ORDER ESTABLISHING STAY PROCEDURES FOR NEWLY-FILED IGNITION SWITCH ACTIONS AS IT APPLIES TO ERIN E. KANDZIORA

Upon the Application, dated September 12, 2014 ("**Application**"), of General Motors LLC ("**New GM**"),[1] to enforce the Court's July 8, 2014 Stay Procedures Order against Erin E. Kandziora ("**Kandziora**") by confirming that she is preliminarily enjoined from further prosecuting the Kandziora Ignition Switch Action until further Order of this Court; and notice of the Application having been given as set forth in the Application, and it appearing that no other or further notice need be given; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is GRANTED as set forth herein; and it is further

ORDERED that the terms of the Stay Stipulation previously provided to Kandziora are hereby fully binding on Kandziora as if she executed same; and it is further

ORDERED that Kandziora is hereby preliminary enjoined from further prosecuting the Kandziora Ignition Switch Action until further Order of this Court; and it is further

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

ORDERED that the Bankruptcy Court shall retain jurisdiction to interpret and enforce this Order.

Dated: New York, New York
       September 19, 2014

                                               *s/ Robert E. Gerber*
                                        UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*          :
                                                     :
                Debtors.        : (Jointly Administered)
---------------------------------------------------------------x

**ORDER GRANTING APPLICATION BY GENERAL MOTORS LLC
TO ENFORCE THE COURT'S SEPTEMBER 15, 2014 SCHEDULING ORDER
REGARDING MOTION OF GENERAL MOTORS LLC PURSUANT TO §§ 105 AND
363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION
(MONETARY RELIEF ACTIONS, OTHER THAN IGNITION SWITCH ACTIONS)
AS IT APPLIES TO RANDY WATSON AND LINDA WATSON**

      Upon the Application, dated November 4, 2014 ("**Application**"), of General Motors LLC ("**New GM**"),[1] to enforce the Court's September 15, 2014 Order against Randy Watson and Linda Watson (the "**Watson Plaintiffs**") by confirming that they are preliminarily enjoined from further prosecuting the Watson Monetary Relief Action until further Order of this Court; and notice of the Application having been given as set forth in the Application, and it appearing that no other or further notice need be given; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

      ORDERED that the Application is GRANTED as set forth herein; and it is further

      ORDERED that the terms of the Stay Stipulation previously provided to the Watson Plaintiffs are hereby fully binding on the Watson Plaintiffs as if they executed same; and it is further

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

ORDERED that the Watson Plaintiffs are hereby preliminary enjoined from further prosecuting the Watson Monetary Relief Action until further Order of this Court; and it is further

ORDERED that the Bankruptcy Court shall retain jurisdiction to interpret and enforce this Order.

Dated: New York, New York
       November 13, 2014

                                              *s/ Robert E. Gerber*
                                          UNITED STATES BANKRUPTCY JUDGE