KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*        :
                                                   :
                           Debtors.   :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       This is to certify that on *January 5, 2015*, I caused to be served a true and correct copy of the *Notice of Presentment Of Order Granting Application By General Motors LLC To Enforce The Court's July 8, 2014 Order Establishing Stay Procedures For Newly-Filed Ignition Switch Actions As It Applies To Danny E. Brochey, Cheryl A. Brochey, Daniel J. Matteo, And Starleen E. Matteo* (With Exhibits) by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: January 5, 2015
New York, New York

          KING & SPALDING LLP

          By: /s/   Scott I. Davidson
          Arthur J. Steinberg
          Scott Davidson
          King & Spalding LLP
          1185 Avenue of the Americas
          New York, NY 10036
          Telephone: (212) 556-2100
          Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

## Service List For January 5, 2015:

**Documents Served *via* Email:**

1 – The Notice of Presentment Of Order Granting Application By General Motors LLC To Enforce The Court's July 8, 2014 Order Establishing Stay Procedures For Newly-Filed Ignition Switch Actions As It Applies To Danny E. Brochey, Cheryl A. Brochey, Daniel J. Matteo, And Starleen E. Matteo (With Exhibits).

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
kmitchell@hoglaw.com

## Service List For January 5, 2015:

**Documents Served *via* Overnight Delivery:**

1 – The Notice of Presentment Of Order Granting Application By General Motors LLC To Enforce The Court's July 8, 2014 Order Establishing Stay Procedures For Newly-Filed Ignition Switch Actions As It Applies To Danny E. Brochey, Cheryl A. Brochey, Daniel J. Matteo, And Starleen E. Matteo (With Exhibits).

| | |
|---|---|
| Kurt D. Mitchell<br>KDM Law Firm, PLLC<br>106 S. Armenia Ave<br>Tampa, Florida 33609 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |