UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*. : 
: 
                      Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss
COUNTY OF NASSAU   )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Senior Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On January 9, 2015, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Michael Kelly, 30092 Magnolia Dr., New Hudson, MI 48165-9203 (an Affected Party):

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 12th day of
January, 2015

/s/Kevin M. Doyle
Kevin M. Doyle
Notary Public, State of New York
No. 02DO6173767
Qualified in Suffolk County
Commission Expires September 4, 2015