```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
MOTORS LIQUIDATION COMPANY, et al.,              :    Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., et al.        :
                                                 :    (Jointly Administered)
                              Debtors.           :
------------------------------------------------------------x
```

# ADMINISTRATIVE ORDER RE ORAL ARGUMENT AND RELATED MATTERS

The Court being of the mind that it should take measures appropriate to ensure an orderly and efficient oral argument on the Motion to Enforce, it is ORDERED:

1. Oral argument on the Motion to Enforce will be held on Wednesday, February 4 and, to the extent necessary, Thursday February 5, starting on each day at 9:45 a.m., EST, in the Court's usual courtroom, Room #523, on the Fifth Floor of the Courthouse at 1 Bowling Green. Overflow capacity, linked by closed circuit TV to that courtroom, will be arranged. Upon making appropriate arrangements with CourtCall, anyone so desiring may listen telephonically, but telephonic participation is to be limited to listening in, and to avoid disruption in the courtroom, CourtCall will be instructed to mute all listeners' lines. The Court's usual practice permitting counsel to argue telephonically in non-evidentiary hearings must be, and is, modified by reason of the logistic difficulties associated with this matter; anyone wishing to argue must be physically present in the Courtroom.

2. All parties with an interest in this matter are to review the briefs that are due on January 16 (and, if they have not already done so, all earlier briefs) promptly. New GM, Designated Counsel and GUC Trust Counsel are then to confer and submit a joint

recommendation to the Court on a sequence for oral argument and time allocations for each. The joint recommendation is to be submitted by letter, emailed (to [gerber.chambers@nysb.uscourts.gov](mailto:gerber.chambers@nysb.uscourts.gov)) or delivered by hand and also filed on ECF, so as to be received by the Court's Chambers no later than noon on Tuesday, January 27. The Court will advise all parties as soon as practicable thereafter as to its acceptance of the joint recommendation or any desired modifications.

       3. Counsel other than New GM counsel, Designated Counsel and GUC Trust Counsel are to consult with counsel for the entity most aligned with their interests to ascertain whether their oral argument needs can be satisfied by counsel for the most closely aligned entity. If, after such consultation, any other party wishes oral argument, that party will be heard orally only if (a) that party has filed a brief (other than an unqualified joinder) and (b) writes the Court, no later than noon on Tuesday, January 27, (i) requesting time for oral argument; (ii) stating the amount of time requested; and, most importantly, (iii) stating the reasons why argument by one of the most closely aligned counsel would be insufficient—it being remembered that the Court will have read all briefs. The Court will then advise any such requesting counsel, and the remaining parties, as to the extent to which any additional oral argument requests have been granted.

       4. Any party that has submitted, or will submit, a brief, affidavit or declaration is to cause it to be delivered to the Court, by CD, flash drive, or attachment to an email, in a commonly used word processing format—*i.e.*, Microsoft Word or Corel WordPerfect. Similarly, any party placing material reliance on the language of any document (*e.g.,* the Sale Agreement or the Sale Order) is likewise to submit that document to Chambers in word processing format.

      5. The Court will not entertain *ex parte* communications (or, for that matter, in the absence of further order of the Court, joint telephone calls) with respect to questions on procedure. The Court is open to answering any otherwise appropriate questions as to procedure, but only if any such questions are raised by letter and filed on ECF.

      5. The procedures set forth in this order may be modified, but only for good cause shown.

Dated: New York, New York            *s/Robert E. Gerber*
       January 13, 2015                United States Bankruptcy Judge