Hearing Date and Time:  February 4, 2015 at 9:45 a.m. (Eastern Time)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.:  09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

**APPENDIX OF EXHIBITS TO REPLY BRIEF BY GENERAL MOTORS LLC**
**ON THRESHOLD ISSUES CONCERNING ITS MOTIONS TO ENFORCE**
**THE SALE ORDER AND INJUNCTION**

**Table of Contents**

| Exhibit | Title |
|---|---|
| Exhibit A | Schedule 4.18 of the Amended and Restated Master Sale and Purchase Agreement Disclosure Schedules, dated June 27, 2009 [Dkt. No. 2949-1] |
| Exhibit B | *In re Chrysler LLC*: Order, Pursuant To Sections 105, 363 And 365 Of The Bankruptcy Code And Bankruptcy Rules 2002, 6004 And 6006, (A) Approving Bidding Procedures For The Sale Of Substantially All Of The Debtors' Assets, (B) Authorizing The Debtors To Provide Certain Bid Protections, (C) Scheduling A Final Hearing Approving The Sale Of Substantially All Of The Debtors' Assets And (D) Approving The Form And Manner Of Notice Thereof (Case No. 09-50002) [Dkt. No. 492] |
| Exhibit C | *Wolff v. Chrysler Group LLC*: Opinion Granting Defendant's Motion To Dismiss (Adv. Proc. No. 10-05007) [Dkt. No. 43] |
| Exhibit D | Notice of Hearing on Debtors' Objection To Proofs of Claim Nos. 16440 And 16441 Filed By Michael A. Schwartz [Dkt. No. 8179] |
| Exhibit E | Debtors' Reply In Support of Objection To Proofs of Claim Nos. 16440 and 16441 Filed By Michael A. Schwartz [Dkt. No. 8973] |
| Exhibit F | Excerpt of Transcript of February 10, 2011 Hearing, *In re General Motors Corp., et al.* [Dkt. No. 9764] |
| Exhibit G | *Chemtura Corp. v. Smith*: Memorandum Of Law In Support Of Chemtura Corporation's Motion For A Temporary Restraining Order And Preliminary Injunction Staying The Diacetyl Litigation And Future Diacetyl Actions Against Chemtura Canada Corporation And Citrus & Allied Essences, Ltd. And In Opposition To Motions For Relief From The Stay (Case No. 09-11233) [Dkt. No. 3] |
| Exhibit H | MDL Order Regarding the Effect of the Consolidated Complaints (Order No. 29) [Dkt. No. 477] |
| Exhibit I | *In re Chrysler LLC*: Excerpt of Order (I) Authorizing The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances, (II) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection Therewith And Related Procedures And (III) Granting Related Relief (Case No. 09-50002) [Dkt. No. 3232] |
| Exhibit J | MDL Order Regarding Whether To Defer Briefing On Plaintiffs' Post-Sale Consolidated Complaint Until After The Bankruptcy Court Decides The Pending Motions To Enforce (Order No. 28) [Dkt. No. 477] |