# Exhibit A

# Amended and Restated Master Sale & Purchase Agreement

# Disclosure Schedule

**Execution Version**

# First Update to Sellers' Disclosure Schedule

Pursuant to Section 6.5, Section 6.6 and Section 6.26 of that certain Amended and Restated Master Sale and Purchase Agreement, dated as of June 26, 2009 (the "Agreement"), made by and among General Motors Corporation, a Delaware corporation ("Parent"), Saturn LLC, a Delaware limited liability company ("S LLC"), Saturn Distribution Corporation, a Delaware corporation ("S Distribution"), Chevrolet-Saturn of Harlem, Inc., a Delaware corporation ("Harlem," and collectively with Parent, S LLC and S Distribution, "Sellers," and each a "Seller"), and NGMCO, Inc., a Delaware corporation and successor-in-interest to Vehicle Acquisition Holdings LLC, a Delaware limited liability company ("Purchaser"), the Sellers' Disclosure Schedule delivered on June 1, 2009, as amended, is hereby being updated as set forth herein (as amended and updated, this "Sellers' Disclosure Schedule"). Unless otherwise defined herein, all capitalized terms used in this Sellers' Disclosure Schedule have the respective meanings assigned to them in the Agreement.

The representations and warranties of Sellers set forth in the Agreement are made and given subject to the disclosures contained in this Sellers' Disclosure Schedule. Inclusion of information in this Sellers' Disclosure Schedule shall not be construed as an admission that such information is material to the business, operations or condition of the business of Sellers, the Purchased Assets or the Assumed Liabilities, taken in part or as a whole, or as an admission of Liability of any Seller to any third party. The specific disclosures set forth in this Sellers' Disclosure Schedule have been organized to correspond to Section references in the Agreement to which the disclosure may be most likely to relate; provided, however, that any disclosure in this Sellers' Disclosure Schedule shall apply to, and shall be deemed to be disclosed for, any other Section of the Agreement to the extent the relevance of such disclosure to such other Section is reasonably apparent on its face.

09-50026-mg    Doc 13049-1    Filed 01/16/15    Entered 01/16/15 16:50:03    Exhibit A
Pg 4 of 5

09-50026-reg    Doc 2649-1    Filed 06/27/09    Entered 06/27/09 01:24:04    Certain
Exhibits and Sections of Disclosure Schedule    Pg 1044 of 1058

## Section 4.18

### Sellers' Products

(a) Recalls and Field Actions

| Field Action Document Number | Field Action Classification | Field Action Description | Vehicle Model Years | Vehicle Make | Vehicle Model |
|---|---|---|---|---|---|
| A - 070047 | Product Safety Recall | Throttle | 2004 - 2005 | Chevrolet/Pontiac/ Suzuki | Aveo/Wave/Swift+ |
| N - 060074 | Product Safety Recall | Timing Chain | 2001 | Saturn | L Series |
|  | Product Emissions Defect Reports and Product Emissions Recall - GMNA |  |  |  |  |
| N - 070027 | Use Only | Catalytic Converter | 2004 | Cadillac | SRX |
| N - 070035 | Product Safety Recall | Engine valve cover / spark plug retainer | 1997 - 2003 | Buick/Pontiac | Regal GS/Gr Prix |
| N - 070123 | Special Coverage Non-Compliance | Intake Valve Seat | 2004 - 2005 | Chevrolet/GMC | Colorado/Canyon |
| N - 070154 | Recall | Windshield Position | 2007 | Chevrolet/Pontiac | Equinox/Torrent |
| N - 070187 | Special Coverage | Instrument Panel Gauges | 2003 - 2004 | Cadillac/Chevrolet/GM C | Escalade/Avalanche/Silverado/ Suburban/Tahoe/Trailblazer/ Denali/Envoy/Sierra |
| N - 070204 | Product Safety Recall | Rear Differential | 2005 - 2007 | Cadillac/Pontiac/Saturn /Opel/Daewoo | CTS/CTS-V/SRX/STS/STS-V/ Solstice/Sky/GT/G2X |
| N - 070252 | Special Coverage | Fuel Injector | 2004 | Chevrolet/GMC | Silverado/Kodiak/Sierra/Topkick |

09-50026-mg    Doc 13049-1    Filed 01/16/15    Entered 01/16/15 16:50:03    Exhibit A
Pg 5 of 5

09-50026-reg    Doc 2649-1    Filed 06/27/09    Entered 06/27/09 01:24:04    Certain
Exhibits and Sections of Disclosure Schedule    Pg 1045 of 1058

| Field Action Document Number | Field Action Classification | Field Action Description | Vehicle Model Years | Vehicle Make | Vehicle Model |
|---|---|---|---|---|---|
| N - 070318 | Product Emission Recall | Battery | 2007 | Saturn | VUE/Aura |
| N - 080048 | Product Safety Recall | Heated Washer Module | 2006, 2007 - 2008 | Cadillac/Chevrolet/GMC /Buick/Saturn/Hummer | Escalade/Escalade EXT/ Escalade ESV/Avalanche/Silverado/ Suburban/Tahoe/ Sierra Yukon/ Yukon XL/Acadia/Outlook/ Lucerne/ DTS/H2/ Enclave |
| N - 080207 | Customer Satisfaction Program Special | Sunroof | 2007 - 2008 | GMC/Saturn/Buick | Acadia/Outlook/Enclave |
| N - 080272 | Coverage | Engine Valve Seat Valve Cover / | 2006 | Chevrolet/GMC/Isuzu Pontiac/Buick/ | Colorado/Canyon |
| N - 090047 | Product Safety Recall | Spark plug retainer | 1997 - 2003 | Chevrolet/Oldsmobile | Gr Prix/Regal/Lumina/ Monte Carlo/Impala/Intrigue |

(b) None.

83