UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :     Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*        :
                                                   :
                  Debtors.        :     (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING APPLICATION BY GENERAL MOTORS LLC TO ENFORCE THE COURT'S JULY 8, 2014 ORDER ESTABLISHING STAY PROCEDURES FOR NEWLY-FILED IGNITION SWITCH ACTIONS AS IT APPLIES TO DANNY E. BROCHEY, CHERYL A. BROCHEY, DANIEL J. MATTEO, AND STARLEEN E. MATTEO**

Upon the Application, dated January 5, 2015 ("**Application**"), of General Motors LLC ("**New GM**"),[1] to enforce the Court's July 8, 2014 Order against Danny E. Brochey, Cheryl A. Brochey, Daniel J. Matteo, and Starleen E. Matteo (the "**Brochey Plaintiffs**") by confirming that they are preliminarily enjoined from further prosecuting the Brochey Ignition Switch Action until further Order of this Court; and notice of the Application having been given as set forth in the Application, and it appearing that no other or further notice need be given; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is GRANTED as set forth herein; and it is further

ORDERED that the terms of the Stay Stipulation previously provided to the Brochey Plaintiffs are hereby fully binding on the Brochey Plaintiffs as if they executed same; and it is further

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2

ORDERED that the Brochey Plaintiffs are hereby preliminary enjoined from further prosecuting the Brochey Ignition Switch Action until further Order of this Court; and it is further

ORDERED that the Bankruptcy Court shall retain jurisdiction to interpret and enforce this Order.

Dated: New York, New York
January 22, 2015

                                       *s/ Robert E. Gerber*
                                       UNITED STATES BANKRUPTCY JUDGE