KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                                     :    Chapter 11
                                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,      :    Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., *et al.*          :
                                                                                :
                  Debtors.           :    (Jointly Administered)
---------------------------------------------------------------x

# NOTICE OF FILING OF SECOND SUPPLEMENT TO THE CHART OF PRE-CLOSING ACCIDENT LAWSUITS SET FORTH IN THE MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION <u>AGAINST PLAINTIFFS IN PRE-CLOSING ACCIDENT LAWSUITS</u>

**PLEASE TAKE NOTICE** that on January 28, 2015, General Motors LLC filed the attached *Second Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs in Pre-Closing Accident Lawsuits* with the United States Bankruptcy Court for the Southern District of New York.

24873809.2

Dated: New York, New York
January 28, 2015

Respectfully submitted,

/s/ Scott I. Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

# SECOND SUPPLEMENT[1] TO CHART OF PRE-CLOSING ACCIDENT LAWSUITS COMMENCED AGAINST NEW GM NOT LISTED IN MOTION TO ENFORCE

|   | **Lead Plaintiff Name** | **Date of Accident (Plaintiff)** | **Vehicle Year and Model** |
|---|---|---|---|
| 1 | Meyers[2] | May 9, 2004 | 2003 Saturn Ion |

---

[1] Pursuant to the *Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs in Pre-Closing Accident Lawsuits* (the "**Motion to Enforce**") [Dkt. No. 12808-1], New GM reserved the right to supplement the list of Pre-Closing Accident Lawsuits set forth in the Motion to Enforce in the event additional cases were brought against New GM that implicate similar provisions of the Sale Order and Injunction. *See* Motion to Enforce, p. 7 n.6.

[2] The Action identified in the chart above is captioned *Meyers v. General Motors LLC* pending in the United States District Court for the Middle District of Pennsylvania (the "Meyers Action"). A copy of the writ of summons and related documents filed in the Meyers Action is attached hereto as Exhibit "A."