# Exhibit A



# Notice of Service of Process

null / ALL
**Transmittal Number:** 13307068
**Date Processed:** 12/26/2014

| | |
|---|---|
| **Primary Contact:** | Rosemarie Williams<br>General Motors LLC<br>Mail Code 48482-038-210<br>400 Renaissance Center<br>Detroit, MI 48265 |
| **Entity:** | General Motors LLC<br>Entity ID Number  3113523 |
| **Entity Served:** | General Motors, LLC |
| **Title of Action:** | Meyers, Vickey, L. vs. General Motors LLC |
| **Document(s) Type:** | Notice |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | York County Court of Common Pleas, Pennsylvania |
| **Case/Reference No:** | 2014-SU-004002-72 |
| **Jurisdiction Served:** | Pennsylvania |
| **Date Served on CSC:** | 12/26/2014 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Anapol Schwartz (Philadelphia, PA)<br>215-735-1130 |
| **Client Requested Information:** | Year:<br>Make:<br>Model:<br>VIN: |

**Notes:** Anapol Schwartz 1710 Spruce Street, Philadelphia, PA 19103
CSC Location document was served: Corporation Service Company 2595 Interstate Drive Suite 103 Harrisburg, PA 17110

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

# Anapol Schwartz

**PERSONAL INJURY LAWYERS**

Larry E. Coben*
8700 E. Vista Bonita Drive, Suite 268
Scottsdale, Arizona 85255
lcoben@anapolschwartz.com
*Managing Partner

Jo Ann Niemi
jniemi@anapolschwartz.com

Paralegal
Ted Pepin
tpepin@anapolschwartz.com

480-515-4745    PHONE
480-515-4744    FAX

1710 Spruce Street
Philadelphia, PA 19103

1040 Kings Highway North
Suite 304
Cherry Hill, NJ 08034

Olde Liberty Square
4807 Jonestown Road
Suite 148
Harrisburg, PA 17109

8700 East Vista Bonita Drive
Suite 268
Scottsdale, AZ 85255

866-735-2792 Toll Free

www.AnapolSchwartz.com

December 22, 2014

General Motors, LLC
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, Pennsylvania 17110

    RE:    Vickey L. Meyers vs. General Motors, LLC

Dear Sir/Madam:

This office represents Vickey L. Meyers, the personal representative of the Estate of Karen B. King, deceased. Enclosed please find the following:

1. Writ of Summons;

2. Notice of Intent and Subpoena for Records Custodian, York Area Regional Police Department; and

3. Waiver of 20-Day Notice.

If you do not object to service of the subpoena before twenty (20) days, kindly execute and return the enclosed waiver. Thank you.

Sincerely,

*Rose Riley*

Rose Riley

Enclosures

Anapol Schwartz

IN THE COURT OF COMMON PLEAS
YORK COUNTY, PENNSYLVANIA

| | |
|---|---|
| **VICKEY L. MEYERS, Individually and as Administratrix of the ESTATE OF KAREN B. KING, Deceased**<br>12671 Collinsville Road<br>Brogue, PA 17309<br><br>           **Plaintiff**<br><br>    v.<br><br>**GENERAL MOTORS, LLC, a foreign corporation**<br>c/o CT Corporation<br>16 Pine Street, #320<br>Harrisburg, PA 17101<br><br>           **Defendant.** | Monday, November 17, 2014 2:11 PM<br><br>NO.   2014-SU-004002-72<br><br>CIVIL ACTION - LAW |

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY:

Please issue writ of summons in the above-captioned action. Writ of summons will be issued and forwarded to __X__ Attorney _____ Sheriff.

Date: November 17, 2014

ANAPOL SCHWARTZ

By: _____
Larry E. Coben, Esquire
Supreme Court ID No. 17532
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130
lcoben@anapolschwartz.com

## WRIT OF SUMMONS

TO:    GENERAL MOTORS, LLC

You are hereby notified that Vickey L. Meyers has commenced an action in law against you.

Dated: 11/17/14

Deputy: _____

, PROTHONOTARY

_____

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

_____ County

**For Prothonotary Use Only:**

Docket: Monday, November 17, 2014 2:11 PM

2014-SU-004002-72

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

| Lead Plaintiff's Name: Vickey L. Meyers | Lead Defendant's Name: General Motors, LLC |
|---|---|

**Are money damages requested?** ☒ Yes ☐ No

**Dollar Amount Requested:** (check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: Larry E. Coben, Esquire

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☒ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

OFFICE OF PROTHONOTARY
2014 NOV 17 PM 2:09
JUDICIAL CENTER YORK, PA

*Updated 1/1/2011*

IN THE COURT OF COMMON PLEAS
YORK COUNTY, PENNSYLVANIA

| | |
|---|---|
| VICKEY L. MEYERS, Individually and as Administratrix of the ESTATE OF KAREN B. KING, Deceased,<br>Plaintiff | NO. 2014-SU-004002-72 |
| v. | Civil Action-Law |
| GENERAL MOTORS, LLC, a foreign corporation,<br>Defendant | |

### NOTICE OF INTENT TO SERVE A SUBPOENA TO PRODUCE DOCUMENTS AND THINGS FOR DISCOVERY PURSUANT TO RULE 4009.21

Plaintiff Vickey L. Meyers intends to serve a subpoena identical to the one that is attached to this Notice. You have twenty (20) days from the date listed below in which to file of record and serve upon the undersigned an objection to the subpoena. If no objection is made, the subpoena may be served.

Respectfully submitted,

**ANAPOL SCHWARTZ**

Date: December 22, 2014

By: _____
Larry E. Coben, Esquire
Supreme Court ID No. 17532
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130
lcoben@anapolschwartz.com

## CERTIFICATE OF SERVICE

AND NOW, this 22nd day of December, 2014, I, Rose Riley, hereby certify that I have served a true and correct copy of the foregoing document by United States Mail, postage prepaid, addressed as follows:

General Motors, LLC
c/o Corporation Service Company
2595 Interstate Drive
Harrisburg, Pennsylvania 17110

**ANAPOL SCHWARTZ**

By: _____
Rose Riley, Paralegal
8700 East Vista Bonita Drive
Suite 268
Scottsdale, AZ 85255
(480) 515-4745
fax (480) 515-4744
rriley@anapolschwartz.com

## COMMONWEALTH OF PENNSYLVANIA
## COUNTY OF YORK

| | |
|---|---|
| VICKEY L. MEYERS, Individually and as Administratrix of the ESTATE OF KAREN B. KING, Deceased,<br><br>            Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a foreign Corporation,<br><br>            Defendant. | File No. 2014-SU-004002-72 |

### SUBPOENA TO PRODUCE DOCUMENTS OR THINGS
### FOR DISCOVERY PURSUANT TO RULE 4009.22

TO:   __York Area Regional Police Department, Custodian of Records__
(Name of Person or Entity)

Within twenty (20) days after service of this subpoena, you are ordered by the court to produce the following documents or things:

_See attached Exhibit A_

at   __Anapol Schwartz, 8700 E. Vista Bonita Drive, Suite 268, Scottsdale, AZ 85255__
(Address)

You may deliver or mail legible copies of the documents or produce things requested by this subpoena, together with the certificate of compliance, to the party making this request at the address listed above. You have the right to seek, in advance, the reasonable cost of preparing the copies or producing the things sought.

If you fail to produce the documents or things required by this subpoena, within twenty (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.

THIS SUBPOENA WAS ISSUED AT THE REQUEST OF THE FOLLOWING PERSON:

NAME:   __Larry E. Coben__

ADDRESS:  __8700 E. Vista Bonita Drive, Suite 268__

              __Scottsdale, AZ 85255__

TELEPHONE:  __480-515-4745__

SUPREME COURT ID #:  __17523__

ATTORNEY FOR:  __Plaintiff__

BY THE COURT:

DATE: _____          _____
         Seat of the Court                                             Prothonotary/Clerk, Civil Division

## SCHEDULE "A"

To:   Records Custodian
      York Area Regional Police Department
      33 Oak Street
      York, PA 17402

YOU ARE REQUESTED to bring with you any and all records pertaining to an accident that occurred on or about May 9, 2004 at 10:20 p.m., near the bridge on Red Lion Avenue in Felton, Pennsylvania, including but not limited to any and all investigative reports, supplements, statements of witnesses, accident scene diagrams, memoranda, dispatch sheets, call reports, bills, notes or records, sketches, diagrams, contact sheets, videotapes, photographs and gallery sheets/negative proofs of the scene of the accident and/or the machinery and/or equipment involved in the accident, press releases, and any and all other records or correspondence pertaining to Karen B. King and Hannah King, deceased.

### NOTE – THIS IS A COMPREHENSIVE AND ALL INCLUSIVE REQUEST

You are to produce any and all information and data in your possession, custody and/or control. Accordingly, not producing any materials responsive to this Request because they are voluminous, in storage or in archive is improper. It is also improper for you to decide that any such materials are unimportant, outdated and/or are for any other reason not producible.

IN THE COURT OF COMMON PLEAS
YORK COUNTY, PENNSYLVANIA

| | |
|---|---|
| VICKEY L. MEYERS, Individually and as Administratrix of the ESTATE OF KAREN B. KING, Deceased,<br>　　　　Plaintiff | NO. 2014-SU-004002-72 |
| v. | Civil Action-Law |
| GENERAL MOTORS, LLC, a foreign corporation,<br>　　　　Defendant | |

## WAIVER OF 20-DAY NOTICE

I do not object to Plaintiff obtaining records from the Records Custodian of York Area Regional Police Department and hereby waive the twenty (20) day Notice of Intent period for a subpoena to produce those items.

BY: _____
　　　Sign

_____
Name (Please Print)

Dated:_____

Anapol Schwartz
8700 E. Vista Bonita Dr., #268
Scottsdale, AZ 85255

$ 000.48⁰
02 1P
0001712858
MAILED FROM ZIP CODE 85255

**Anapol Schwartz**
**8700 E. Vista Bonita Dr.**
**Suite 268**
**Scottsdale, AZ 85255**

**CERTIFIED MAIL**

Anapol Schwartz
8700 E. Vista Bonita Dr., #268
Scottsdale, AZ 85255

7014 0510 0000 6607 2779

General Motors, LLC
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, Pennsylvania 17110