GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Matthew J. Williams
Keith Martorana

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
**In re**                                                       :        **Chapter 11 Case No.**
                                                                :
                                                                :        **09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY, *et al.*,**                       :
**f/k/a General Motors Corp., *et al.***                        :        **(Jointly Administered)**
                                                                :
            **Debtors.**                                        :
----------------------------------------------------------------x

<u>**CERTIFICATE OF NO OBJECTION**</u>

   Pursuant to 28 U.S.C. § 1746 and the Sixth Amended Order Pursuant to 11

U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case

Management Procedures dated May 5, 2011 [Doc. No. 10183] (the "**Sixth Amended Case**

**Management Order**"), the undersigned hereby certifies as follows:

   1.  On January 14, 2015, Wilmington Trust Company, in its capacity as trust

administrator and trustee of the Motors Liquidation Company GUC Trust (in such capacity,

the "**GUC Trust Administrator**"), filed a Motion of Wilmington Trust Company, as GUC

Trust Administrator, for an Order (A) Granting Authority to Liquidate New GM Securities

and Use Dividend Cash for the Purposes of Funding Administrative and Reporting Fees,

Costs and Expenses of the GUC Trust and (B) Extending the Duration of the GUC Trust

[Doc. No. 13045] (the "**Motion**").

2.       The deadline for submitting objections to the Motion was January 28, 2015 at 4:00 p.m. (Eastern Time).

3.       No objections have been filed and served with respect to the Motion.

4.       An electronic copy of the proposed order that was annexed to the Motion will be re-submitted to the Court, along with this Certificate of No Objection pursuant to the Sixth Amended Case Management Order.

Based on the foregoing, the GUC Trust Administrator respectfully requests that the proposed order be entered.

Dated:  New York, New York
        January 29, 2015

GIBSON, DUNN & CRUTCHER LLP

By:     /s/ Matthew J. Williams

Matthew J. Williams
Keith Martorana
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

2