**Hearing Date and Time: February 04, 2015 at 9.45 a.m. (Eastern Time)**
**Objection Deadline: January 28, 2015 at 4.00 p.m. (Eastern Time)**

Atul C. Shah, MD
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul C. Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                      l
                                      l
In re                                 l
                                      l
Motors Liquidation Company, et al.,   l     Chapter 11 Case No
f/k/a General Motors Corp., et al.    l     09-50026 (REG)
                                      l     (Jointly Administered)
                                      l
            Debtors.                  l
                                      l
-------------------------------------------------------------x
```

**RESPONSE WITH OBJECTION BY ATUL C. SHAH TO THE NOTICE
OF HEARING ON MOTION OF WILMINGTON TRUST COMPANY, AS
GUC TRUST ADMINISTRATOR, FOR AN ORDER
(A) GRANTING AUTHORITY TO LIQUIDATE NEW GM SECURITIES
AND USE DIVIDEND CASH FOR THE PURPOSES OF FUNDING
ADMINISTRATIVE AND REPORTING FEES, COSTS AND
EXPENSES OF THE GUC TRUST AND
(B) EXTENDING THE DURATION OF THE GUC TRUST
(C) SHARING OF THE MONETARY WEALTH BETWEEN
INTELLECTUAL, ADMINISTRATIVE, ENTREPERUNEUR AND
GENERAL LABOR CLASSES**

## Introduction

**This is a Response with Objection to the Notice of the Hearing on Motion of Wilmington Trust Company as GUC Trust Administrator by the Plaintiff and Pro Se Litigant Atul C. Shah, MD.**

As an introduction and here comes, Atul C. Shah, MD a Plaintiff and Pro Se Litigant against the Motor Liquidation Company et al., f/ka/a General Motors Corp., et al since December 2008.

Atul C. Shah, Petitioner v. Motor Liquidation Company GUC Trust Civil Case Number 14-830 has been docketed with the Supreme Court of the United States on January 14, 2015 (Exhibit A).

Atul C. Shah, MD has been listed as the Creditor with the Consolidated List of Creditors at the United States Bankruptcy Court since 2010 (Exhibit B).

Atul C. Shah, MD have had filed a "RESPONSE TO DEBTORS' NOTICE OF OBJECTION TO PROOF OF CLAIM NUMBER 28820" on May 4, 2012 to the Honorable Judge Robert E. Gerber at the United States Bankruptcy Court (Exhibit C).

I sincerely thank to the Garden City Groups, Inc for forwarding me (Atul C. Shah, MD) the hard copy and email notification of this NOTICE OF HEARING ON MOTION OF WILMINGTON TRUST COMPANY dated January 14, 2015 (Exhibit D).

Also, I have had a nice telephone and email discussion with the defendant attorney Stefanie B. Greer and Wilmington Trust Administrator Mr. David Vanaskey on April 2, 2012 for my Civil Case MLC-0028820 (Exhibit E).

Please take a sincere note of the above-mentioned Exhibits that my civil case against Motor Liquidation Company, et al., f/k/a/ General Motors Corp., et al is **ALIVE** and WELL despite the **unfair treatment** by the lower federal courts, defendant attorneys and GUC Trust Administrators.

## Fair or Unfair Monetary Distribution of the Monetary Wealth by Wilmington Trust Company as GUC Trust Administrator

I humbly and sincerely believe that the **Monetary Wealth Distribution** for the 4460 Consolidated List of Creditors; Administrative and Reporting Cost and Fees; Recall Expenses for the Defective GM Cars and the Rewards for the Law Suits filed by the Government Agencies are extremely defective, full of Partiality and unfair in nature.

Wilmington Trust Company as the GUC Trust administrator is distributing the close to the Ten Billion Dollars Monetary Wealth from the Motor Liquidation Company or General Motors Corporation **UNFAIRLY AND WHIMSICALLY** with the subtle help and directions from the

Honorable Judge Robert E. Gerber United States Bankruptcy Court in New York since 2010 and beyond.

The reasons for THE UNFAIR DISTRIBUTION OF THE MONETARY WEALTH by the Wilmington Trust Company as the GUC Administrator is very simple and straight forward: <u>Wilmington Trust Company does not know or unaware of how to distribute the Monetary Wealth within the Human Society Scientifically and Naturally per the Vedic Wisdom</u>!

This is the primary reason and action resulting into the Whimsical and haphazard distribution of the CLOSE TO TEN BILLIONS DOLLARS MONETARY WEALTH OF LARGEST AUTOMOBILE COMPANY with name as MOTORS LIQUIDATION COMPANY OR GENERAL MOTORS CORP in the history of the American Judiciary System.

The above-mentioned scenario has been nicely describe by this humble self Dr. Atul C. Shah, MD as the **<u>GM Bail Out Debacle</u>** in my Legal Brief and Appendix presented to the Honorable Judge J. Paul Oetken at the United States District Court in New York during trial in 2013.

Also, another superb reason for Modern Law System and Wilmington Trust Company and other Administrative Organizations in United States, India and other countries is Defective Understanding of the **<u>EXCHANGE OF SIX OPULENCE</u>** (Wealth, Fame, Beauty, Strength, Knowledge and Renunciation) and **<u>Science of Twelve Rasa or Science of Relationships</u>**

within the Human Society as described in my **Petition for a Writ of
Certiorari** to the US Supreme Court of dated October 2, 2014 (Exhibit F).

**Exchange of Six Opulence** and **Description of Science of Twelve
Rasa** within the within the Human Society is a wonderful and super-
scientific subject matter poorly understood by the American Judiciary System
and Modern Law System past few centuries. This is a reality and solid reason
for the **Unfair and Whimsical Distribution** of God-gifted Monetary
Wealth and other Opulence just described. This is the blissful Vedic Wisdom
of India.

## Pertinent Examples of Unfair and Whimsical Monetary Distribution
## Of the GM Bail-out Debacle by the Wilmington Trust Company

Obama Administration sanctioned and helped General Motors
Corporation with **Fifty Billion** (50 Billions Dollars) Government Loan to
**Stay Alive** and weather the Economic Storms during the turbulent time
after filing for the **Chapter 11 Bankruptcy Case** on June 1, 2009. This fact
is well known to everyone.

Honorable Judge Robert E. Gerber is presiding at the Unites States
Bankruptcy Court and rendering the unfair judgments for the Unfair and
Whimsical Monetary Distribution of close to **Ten Billion GM Dollars**
donated by the Obama Administration. This large money is unfairly

distributed by the Wilmington Trust Company as GUC Trust Administrator past few years.

Following is the pertinent example of the **unwise and irregular** Momentary Distribution of **$8.153 Billions Dollars** by Wilmington Trust Company as GUC Trust Administrator as described in "**Notice of Hearing**" dated January 14, 2015.

The section - **II Claim Resolution and Distribution** Page 10 says as follow:

25. Claims resolution is nearly complete. The GUC Trust was tasked with resolving 4,460 disputed general unsecured claims, amounting to $8.153 billion in the aggregate, exclusive of potential Term Loan Avoidance Action Claims. See Motors Liquidation Company GUC Trust Quarterly Section 6.2(c) Report and Budget Variance Report as of September 30, 2014, filed October 24, 2014 [Docket No. 12963] (the "September 2014 Status Report") at 4, 15. As of September 30, 2014, the GUC Trust had successfully resolved claims representing approximately $8.124 billion in disputed general unsecured claims, or 99.63% of the dollar amount of initial disputed general unsecured claims. Id. at 4. Of the approximately $8.124 billion in disputed general unsecured claims that were resolved, approximately $6.04

billion were disallowed or expunged, while only approximately $2.08 billion were allowed. Id.

The above-mentioned statement by the Wilmington Trust Company is the best example of the <u>Unwise and Irregular Distribution</u> of the **<u>$8.153 Billions</u>** Dollars of the Public Wealth that has been ordered by the unfair Verdict and Judgment by the Bankruptcy Judge Robert E. Gerber.

<u>1.</u>  **$8.153 Billions** dollars allotted for 4,460 Disputed General Unsecured Claims.

<u>2.</u>  **$6.04 Billion** were disallowed with unfair and unjust judgment by the bankruptcy court. In other word, 75% GUC claims were **<u>LOSERS</u>** per the order of Hon Judge Robert E. Gerber.

<u>3.</u>  **$ 2.08** Billion Dollar is allowed or awarded to 24.1% of GUC **<u>WINNERS</u>** as selected by the Hon Judge Robert E. Gerber.

<u>4.</u>  Only **<u>2 Claims</u>** in SAP Category are still pending for the settlement with the bankruptcy court presided by Hon Judge Gerber as mentioned in the Foot-note 8 with this "Notice of Hearing" by the Wilmington Trust Company.

<u>5.</u>  My Claim MLC GUC Number 28820 is still pending with the United States Bankruptcy Court per my simple understanding.

The above-mentioned scenario is the accurate description of the **Whimsical and Unfair Distribution of the Monetary Wealth** by the Wilmington Trust Company as ordered by Honorable bankruptcy Judge Robert E. Gerber. The GM Bailout Fiasco is the Best Example of **Selected Winners and Selected Losers** by the Court in the history of the Modern Law System without any doubt and hesitation.

### Glimpse and Description of the Super-scientific and Fair Distribution of Wealth, Fame, Beauty, Strength, Knowledge and Renunciation (Six Opulence) Per the Vedic Wisdom

In this section, I am summarizing the Fair and Super-scientific Distribution of Monetary Wealth and other Opulence within the **Ideal Human Society** per the Vedic Wisdom.

**A.** Four Occupational and Spiritual Divisions of the Human Society:

- **Intellectual Class** is consisting of **10%** of the of Human Society
- **Administrative Class** is consisting of **20%** of the of Human Society
- **Entrepreneur Class** is consisting of **30%** of the Human Society
- **General Labor Class** is consisting of **40%** of the Human Society
- Total **100%** ( 10% + 20% + 30% + 40%) of the Natural and scientific Divisions of the Mankind in this small planet since the time immemorial

**B.** This is the Accurate and Super-scientific Distribution of Monetary Wealth and other Opulence per the Vedic Wisdom. I strongly and sincerely believe that Wilmington Trust Company should have distributed **$8.153** Billion dollars according to the <u>Vedic Wisdom</u> rather per the unfair and unjust judgment rendered by the Hon Judge Gerber that includes Funding for Administrative and Reporting FEES, COSTS AND EXPENSES OF THE GUC TRUST.

**C.** Wilmington Trust Company should have distributed $8.153 billion dollars according to the above-mentioned Vedic Wisdom.

**D.** Wilmington Trust Company as GUC Trust Administrator should have distributed GM Chapter 11 Bankruptcy $8.153 billion of dollars per the Vedic Wisdom in the fair and superb way as follow.

- <u>Intellectual Class</u> such as Researchers, Physicians and Scientists should have been awarded **10%** of the GM Securities and Shares for the creation of Concept Cars and Research projects

- <u>Administrative Class</u> should have been awarded **20%** of the GM Securities and Shares that includes Administrative and Representative Fees, Costs and Expenses

- <u>Entrepreneur Class</u> such as Car Dealers should have bee awarded **30%** of the GM Securities and Shares for Car sale and manufacturing activities

- <u>General Labor Class</u> such as Assembly line workers and Recalls Repairs workers should have been awarded 40% of the GM Securities and Shares

- The above-mentioned Classification and Divisions of the Human Society is the Natural and Super-scientific for the harmonious and peaceful co-existence with FAIR AND SCIENTIFIC DISTRIBUTION OF MONETARY WEALTH AND OTHER OPULENCE in our small planet

- The above-mentioned formula for the Monetary Distribution per the Vedic Wisdom would have eliminated the Unfair and Unjust Distribution of $8.153 billion dollars of Motors liquidation Company as ordered by Honorable Bankruptcy Judge Robert E. Gerber without any doubt and hesitation

- This is a simple, humble and scientific explanation and opinion of Dr. Atul C. Shah, MD per the <u>Vedic Wisdom</u> as repetitively mentioned in my Legal briefs to three Federal courts and the US Supreme Court.

## Description of Exchange of Six Opulence Wealth, Fame, Beauty, Strength, Knowledge and Renunciation within the Human Society per the Vedic Wisdom

In this Section, I am describing the Superb Classification for the Exchange of Six Opulence within the Ideal Human Society for the Harmonious and Peaceful Co-existence for the Global Prosperity, Global Peace and Global Enlightenments of the Modern mankind.

The Gross National Product or GNP of every nation should be distributed within the Human Society per the Vedic Wisdom as described in this section and earlier in this Response with Objection letter to the United States Bankruptcy Court.

1. Intellectual Class of Human Society: Researchers, Scientists, Teachers, Priests or Pastors or Imams; Nobel Prize winners Physicians, Modern Innovators and Clergymen are the nice examples of the **Intellectual Class of Mankind** per the Vedic Wisdom. The percentage of this class is 10% percent. So, the 10% of Monetary Wealth of the Gross National Production or GNP should be distributed for the welfare of this Intellectual Class by the Ideal Governments.

2. Administrative Class of Human Society: Law Practitioners, Federal and Supreme Court Judges, CEOS of the wealthy Internet Companies, Politicians and Executive Heads as well as the Military men of Navy, Air force and Army are the pertinent examples of the **Administrative**

**Class of the Mankind** per the Vedic Wisdom. The percent of this class is 20%. So, the 20% of the Gross National Product Monetary Wealth should be utilized for Ideal Administration within the Human Society and Sub-human Species.

3. <u>Entrepreneur Class of the Human Society</u>: Business men, Financial Advisors, Giant Internet and Computer Stores; Grocery and Mercantile Stores and every kind of the Business or Salesmen are the nice examples of the Human Society. The percent of this Business Class is 30%. So, the 30% of the Gross National Product or GNP should be distributed for the Ideal Functioning of the Human Society. Currently, **2 to 5 %** of the modern Businessmen are controlling **90 to 95%** of the Monetary Wealth in USA, Europe, Middle-eastern and Oriental countries. This is the Best Example of the Unfair and Uneven Monetary Distribution of the God Gifted Opulence per the Vedic Wisdom.

4. <u>General Labor Class of Human Society</u>: The examples of this class of Human society are Assembly Workers with giant Automobile and Weapon Industries; Internet and Computer Factories; Janitors and Sanitary Inspectors with Garbage Companies; Environmental Inspectors and all kind of General Labors within hundreds of Unions and Organizations. UAW or United Auto Workers is the best example for this kind of General Labor Class within the Human society. The

percentage of this is **40% and largest class** of the Human Society. So,

the largest 40% of the Wealth of the Gross National Product or GNP

should be utilized for the welfare and harmonious functioning of the

Modern or Ancient Mankind in our small planet. This is the blissful

Vedic Wisdom.

5.  The primary purposes for the revelation this sublime fact and finding

    is the **Global Prosperity, Global Peace and Global**

    **Enlightenments** of the Seven Billion of the Modern Mankind and

    nothing else.

Wilmington Trust Company as the GUC Trust Administrator should have

distributed the **$8.153 billion dollars** of GM Securities and GM Share

FAIRLY and SCIENTIFICALLY rather than whimsically per the unfair

verdict of the United States Bankruptcy Court.

This is my Response with Objection by this humble self Dr. Atul C. Shah,

MD. Please read this legal brief with open mind and big heart for the fair and

equal judgment in the democratic spirit.


### One Dollar Reward or Ten Million Plus Dollar Reward

This Ten Million plus dollar historical and unprecedented Civil Case is

primary intended for the Global Prosperity, Global Peace and Global

Enlightenments of the Modern Mankind as repetitively described in my Legal

Briefs and article Higher Dimensions submitted to the Honorable Courts and the Honorable Judges since 2008.

I humbly requested Honorable Judge Oetken that I will be happy to accept <u>ONLY ONE DOLLAR REWARD</u> as the Monetary Gain is not the Primary Intention of this historical and unprecedented Civil Case as described in my Legal Brief dated February 2013. Also, I explicitly mentioned my articles that this small or large reward will be used for the purpose of the <u>Unity in Diversity and Global Prosperity, Global Peace & Global Enlightenments</u> of the modern mankind in USA, India and other locations.

### Remand to Alternative Dispute Resolution for this case

I may humbly request for the resolution of my case sending back to ADR Process or any Process by Wilmington Trust Company as GUC Trust Administrator for settlement with other creditors for the fair and equal justice. I have mentioned several times to the Federal Courts that the fair and equal justice is more important than the monetary gain. However, money or dollar has value. I have had and I am spending countless hours for pursuing this case since 2008 until now despite my full time practice as physician. I will be happy to be again in the process for the fair settlement.

**This is a simple and humble Response with Objection to the Notice of the Hearing on Motion of Wilmington Trust Company as GUC Trust Administrator by the Plaintiff and Pro Se Litigant Atul C. Shah, MD.**

## <u>Conclusion</u>

I, Atul C. Shah, respectfully request the honorable court to enter my case as a Creditor with MLC GUC Trust again for the fair and equal justice with this historical and unprecedented civil case.

Respectfully submitted,

Atul C. Shah

Pro Se Litigant

2884 Manorwood Drive

Troy, Michigan

January 26, 20015

**Copy with CD-ROM in text-searchable PDF with Hard Copy to
following recipients:**

**1.** Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation
Company GUC Trust,

767 Fifth Avenue, New York, New York 10153

(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H.
Smolinsky, Esq.);

**2.** The Debtors, c/o Motors Liquidation Company,

401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009
(Attn: Thomas Morrow);

**3.** General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265

(Attn: Lawrence S. Buonomo, Esq.);

**4.** Cadwalader, Wickersham & Taft LLP, attorneys for the United

States Department of the Treasury,

One World Financial Center, New York, New York 10281

(Attn: John J. Rapisardi, Esq.);

**5.** The United States Department of the Treasury, 1500 09-50026-reg Doc
13045 Filed 01/14/15 Entered 01/14/15 16:26:57 Main Document

Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn:
Joseph Samarias, Esq.);

**6.** Vedder Price, P.C., attorneys for Export Development Canada,

1633 Broadway, 47th Floor, New York, New York 10019

(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);

**7.** Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New York,
New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.,
Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

**8.** The Office of the United States Trustee for the Southern District of New
York,

33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy
Hope Davis, Esq.);

**9.** The U.S. Attorney's Office, S.D.N.Y.,

86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);

**10.** Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims,

375 Park Avenue, 35th Floor, New York, New York 10152-3500

(Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W.

Suite 1100, Washington, DC 20005

(Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.);

**11.** Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys

for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.);

**12.** Gibson, Dunn & Crutcher LLP, attorneys for Wilmington Trust Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith Martorana, Esq.);

**13.** FTI Consulting, as the GUC Trust Monitor and as the Avoidance Action Trust Monitor, 3 Times Square, 11th Floor New York, NY 10036 (Attn: Conor Tully);

**14.** Crowell & Moring LLP, attorneys for the Revitalizing Auto Communities Environmental Response Trust,

590 Madison Avenue, 19th Floor, New York, New York 10022-2524

(Attn: Michael V. Blumenthal, Esq.);

**15.** Kirk 09-50026-reg Doc 13045 Filed 01/14/15 Entered 01/14/15 16:26:57 Main Document

P. Watson, Esq., as the Asbestos Trust Administrator,

2301 Woodlawn Boulevard, Austin, Texas 78703 and

**16.** Jeffrey Rhodes Esq., Dickstein Shapiro, LLP, attorneys for the GUC Trust,
1825 Eye Street, NW Washington, DC 20006

# **Appendix A**

# SUPREME COURT
## OF THE UNITED STATES

**Visiting the Court | Touring the Building | Exhibitions**

Search:  ●All Documents ○Docket

Enter Search Text: [              ]    Search      Help

**Home | Search Results**

No. 14-830

Title:                Atul C. Shah, Petitioner

                            v.

                     Motors Liquidation Company GUC Trust

Docketed:        January 14, 2015

Lower Ct:        United States Court of Appeals for the Second Circuit

  Case Nos.:      (13-2647-bk)

  Decision Date:  May 19, 2014

  Rehearing
Denied:            July 11, 2014

~~~Date~~~      ~~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~~

Oct 7 2014        Petition for a writ of certiorari filed. (Response due February 13, 2015)

~~Name~~~~~~~~~~~~~~~~~~~~~        ~~~~~~~~Address~~~~~~~~~~~~~~~~~        ~~Phone~~~

**Attorneys for Petitioner:**

Atul C. Shah                                 2884 Manorwood Drive                     (248) 879-0795

                                                  Troy, MI  48085-1145

                                                  atul99krishna@yahoo.com

Party name: Atul C. Shah

January 25, 2015 | Version 2014.1

**Supreme Court of the United States**

## **Appendix B**

**HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
                                                         :
**In re**                                                :          **Chapter 11 Case No.**
                                                         :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                :          **09-50026 (REG)**
        **f/k/a General Motors Corp.**, *et al.*         :
                                                         :
                      Debtors.                           :          **(Jointly Administered)**
                                                         :
----------------------------------------------------------x

## NOTICE OF HEARING ON MOTION OF DEBTORS FOR ENTRY OF AN ORDER ESTIMATING MAXIMUM AMOUNT OF CERTAIN CLAIMS FOR PURPOSES OF ESTABLISHING CLAIMS RESERVES UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

PLEASE TAKE NOTICE that upon the annexed Motion, dated February 11,

2011 (the "**Motion**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), for an order,

pursuant to sections 105(a), 502(c), and 1142(b) of title 11, United States Code (the

"**Bankruptcy Code**"), estimating the maximum amount of certain claims for purposes of

establishing claims reserves under the Debtors' Amended Joint Chapter 11 Plan, all as more fully

set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber, United

States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern

District of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at**

Partially Unliquidated Claims Estimation Motion

**Exhibit C - Litigation Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| PROGRESSIVE MAX INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65953 | Motors Liquidation Company | $19,817.47 | Partially Unliquidated claims | *Remaining Claim* |
| ROBERT PIZANO<br>C/O ARTURO ACOSTA<br>DOVALINA & EURESTE LLP<br>122 TUAM ST STE 100<br>HOUSTON, TX 77006 | 58955 | Motors Liquidation Company | $25,610.00 | Partially Unliquidated claims | *Remaining Claim* |
| *ROGER L THACKER ROGER L SANDERS THOMAS J HANSON*<br>HELMER MARTINS RICE & POPHAM CO, LPA<br>600 VINE ST SUITE 2704<br>CINCINNATI, OH 45202 | *27105* | *Motors Liquidation Company* | $50,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SANFORD TENEBAUM<br>1955 YOSEMITE BLVD.<br>APT. 30<br>*BIRMINGHAM, MI 48009*<br>UNITED STATES OF AMERICA | 22286 | Motors Liquidation Company | $4,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SHAH ATUL C MD<br>2884 MANORWOOD DR<br>TROY, MI 48085 | 28820 | Motors Liquidation Company | $10,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SIMON PROPERTY GROUP<br>C/O GEORGE DUNCAN<br>DUNCAN & ADAIR, P.C.<br>7000 CENTRAL PARKWAY<br>SUITE 220<br>ATLANTA, GA 30328 | 17566 | Motors Liquidation Company | $100,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SMITH, JASON J<br>GREENE & REID<br>173 INTREPID LN<br>SYRACUSE, NY 13205 | 58983 | Motors Liquidation Company | $10,485.48 | Partially Unliquidated claims | *Under Objection* |
| STATE FARM MUTUAL ATUOMOBILE INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65951 | Motors Liquidation Company | $30,707.75 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Appendix C

**(EXHIBIT – C)**

HEARING DATE AND TIME: May 15, 2012 at 9.45 a.m. (Eastern Time)
Response Deadline: May 8, 2012 at 4.00 p.m. (Eastern Time)

Atul C. Shah, MD
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah

UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPNAY, et al., F/k/a General Motors Corp., et al. | 09-50026 (REG) |
| Debtor | (Jointly Administered) |

## ATUL SHAH RESPONSE TO DEBTORS' "NOTICE OF OBJECTION TO PROOF OF CLAIM NUMBER 28820 FILED BY ATUL SHAH"

**PLEASE TAKE NOTICE** that this is a brief and response to objection filed by the defendant

Attorneys Barry N. Seidel (BS-1945) and Stefanie Birbrower Greer from Dickson Shapiro LLP

representing Motor Liquidation Company (the GUC Trust) formed by the above-captioned

debtors (Collectively, the Debtors) in connection with the Debtor's Second Amended joint

Chapter 11 Plan, dated March 18, 2011 for a hearing to be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on May

15, 2012, at 9.45 a.m. (Eastern Time), or as soon thereafter as counsel may be heard.

1

# **Appendix D**

| | |
|---|---|
| **Subject:** | In re Motors Liquidation Company, et al. (09-50026 REG) – Dkt 13045 – Motion Re Authority to Liquidate New GM Securities |
| **From:** | MotorsLiquidation (MotorsLiquidation@gardencitygroup.com) |
| **To:** | |
| **Date:** | Wednesday, January 14, 2015 5:54 PM |

GCG, Inc. is the claims and noticing agent in the Motors Liquidation Company reorganization proceeding. In that capacity, we have been asked to provide you with a copy of the attached document(s).

**Notice of and Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order (A) Granting Authority to Liquidate New GM Securities and Use Dividend Cash for the Purposes of Funding Administrative and Reporting Fees, Costs and Expenses of the GUC Trust and (B) Extending the Duration of the GUC Trust [Docket No. 13045]**

Additional information on these chapter 11 cases is available at motorsliquidationdocket.com. Should you have any questions, please contact us by email at

# **Appendix E**

Forwarded Message -----
**From:** "Greer, Stefanie" <GreerS@dicksteinshapiro.com>
**To:** "'Atul C. Shah, MD'" <atul99krishna@yahoo.com>
**Cc:** "O'Neil, Alden" <ONeilA@dicksteinshapiro.com>; "Carmel, Anamay"
<CarmelA@dicksteinshapiro.com>
**Sent:** Monday, April 2, 2012 3:04 PM
**Subject:** RE: MLC GUC Case Number MLC-0028820
Dr. Shah,

Just to clarify, as I stated, we represent the GUC Trust, which acts through its trustee.  David
Vanasky is trustee of the GUC Trust.  You should direct all correspondence regarding this
matter to me, as a representative of the GUC Trust.

The GUC Trust reserves all rights with respect to your statements below and does not
consent thereto.

Thank you,

Stefanie

**Stefanie Birbrower Greer**
Dickstein Shapiro LLP
1633 Broadway | New York , NY 10019
Tel (212) 277-6743 | Fax (917) 677-8208
greers@dicksteinshapiro.com

**Confidentiality Statement**
This e-mail message and any attached files are confidential and are intended solely for the use of the
addressee(s) named above. This communication may contain material protected by attorney-client, work
product, or other privileges. If you are not the intended recipient or person responsible for delivering this
confidential communication to the intended recipient, you have received this communication in error, and any
review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any
attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is
created, received, or sent on its network. If you have received this confidential communication in error, please
notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
www.dicksteinshapiro.com

**From:** Atul C. Shah, MD [mailto:atul99krishna@yahoo.com]
**Sent:** Monday, April 02, 2012 7:08 AM
**To:** Greer, Stefanie
**Cc:** Atul Shah MD
**Subject:** MLC GUC Case Number MLC-0028820

**Atul C. Shah, MD**
**2884 Manorwood Drive**
**Troy, Michigan 48085**

April 2, 2012

Stefanie Greer
Attorney
Dickstein Shapiro LLP
1633 Broadway
New York, New York
10019-6708

    Ref: MLC GUC Case Number MLC-0028820.

Dear Ms Stefanie Greer:

It was nice to discuss with you personally on telephone 212-277-6743 at your office
on Monday Morning at 11.00 am March 19, 2012. We talked about fifteen minutes
regarding above-mentioned case.

I greatly appreciate your time and information during this conversation. I may
summarize the important points of our conversation in this email. I received your
first message on my cell phone on March 15, 2012.
**1.** I am pursuing my case MLC-0028820 against Motor Liquidation Company
(General Motors Corporation) since this case filed on Nov 17, 2009. This was the
first question you ask me and this is the answer for your pertinent question.
**2.** I am representing this case myself since I filed this case on November 12, 2009. I
do have Lawyer friend helping me on voluntary base.
**3.** The United States Bankruptcy Court for the Southern District of New York
selected Wilmington Trust Company as the Trust Administrator and Trustee for the
Motors Liquidation Company GUC Trust.
**4.** I have had a nice talk with Mr. David Vanaskey by telephone 302-636-6019 on
February 24, 2012 at 4.30 pm. He mentioned that he is a Wilmington Company
Trust Administrator for MLC GUC Claims. He mentioned that a Specific Person
handing my case will contact me soon.
**5.** During our conversation, you mentioned that your self from Dickstein Shapiro
will be handling my case from now and I do not have to contact Mr. David
Vanaskey or other persons at Wilmington Company. You did not mention the
reason for no need to contact Wilmington Trust by me in future.

**6.** During our conversation you mentioned that there is NO MERITS in my case and you offered me $ 25,000 (Twenty Five Thousand Dollars) for settlement of this case.

**7.** I mentioned to you that let the Supreme Court Judge decide about the <u>MERITS or NO MERITS</u> for this case and I may pursue this case all the way up to the US Supreme Court if necessary.

**8.** My first question to you was the reason for contacting me and your relationship with Wilmington Company. You mentioned that Dickstein Shapiro is Independent Company and it does not represent Wilmington Company directly.

**9.** Our telephone ended with your comment that I will receive further information in two or three weeks from her or other sources. No information was provided for <u>other sources</u> during our conversation.

**10.** This email letter is just for a record of our telephone conversation on March 19, 2012 Monday Morning at 11.00 AM. I am providing this information per my memory as we discussed.

I greatly appreciate your time for initial contact with me for this case. I am practicing Family Practice Medicine and Psychiatric Medicine past twenty five years. I consider myself as an expert in understanding and revealing "**Expressed Intentions and Concealed Intensions**" of people. I believe that Attorneys have similar capability for understanding and revealing our Human Emotions and Intentions.

Hope to hearing from you soon. My cell phone number is 248-835-5025.

Thank you very much.

Sincerely,


Atul C. Shah, MD
Troy, Michigan

**<u>Appendix F</u>**

No_____

IN THE

## SUPREME COURT OF THE UNITED STATES

---

### ATUL C. SHAH

Petitioner,

-v-

### MOTORS LIQUIDATION COMPANY GUC TRUST

Respondent.

---

**On Petition for Writ of Certiorari to the
United States Court of Appeals for the Second
Circuit**

---

## PETITION FOR A WRIT OF CERTIORARI

Atul C. Shah
2884 Manorwood Drive
Troy, Michigan, 48085-1145
Home Tel: (248) 879-0795
atul99krishna@yahoo.com

## G. Lack of Interest and Interactions by Presidents of AMA & APA and CEOs of Modern Internet Companies:

Examples of Passive or Lack of Inactions and Interest manifesting as the Covert or Concealed Discrimination:

I am describing the prima facie examples of the "Passive Inaction or Lack of Interactions manifesting as the Covert and Concealed Discrimination" in this section.

1. I submitted my super-scientific articles and concepts of the Vedic Literature from India to four Presidents of American Medical Association (AMA), three Presidents of American Psychiatric Association and Director of Disability Determination Services as well as to the Five Honorable Judges (Robert E. Gerber, J. Paul Oetken, John M. Walker, Jr; Rosemary S. Pooler and Richard C. Wesley) and the defendant attorneys as well as to Dr. Miller at GM and other scholars and friends in USA and India during and prior to 2012 until present for the

51

purpose of Higher Dimensions with the Modern Science,
the Modern Law System and the Internet Technology.

**2.** I forwarded my super-scientific articles to the wealthy
and influential Chairmen and Chief Executive Officers of
Microsoft Mr. Bill Gates & Satya Nadella and other giant
Internet and Computer Companies in USA and India for
the need of the "<u>Higher Dimensions with Internet and
Computer Science Technology per Vedic Wisdom</u>" past six
to eight years. All emails including my email articles were
scrutinized, relayed and stored with the giant email
Internet companies such as Microsoft, Yahoo and AOL
etc. The chairmen and research directors of giant Internet
companies have easy access and able to use their "Spy
Spectrum" for retrieving and reading the all content of the
emails from the originators including myself.

**3.** Presidents of AMA and APA, Chairmen and CEOS of
Microsoft and Intel, the Honorable Judges of the
influential organizations are simply and intentionally
ignoring and ridiculing the super-scientific concepts of the

52

Vedic Literature from India that is providing the "Higher Dimensions" with Modern Science, Modern Law System and the Internet and Computer Science Innovations as explicitly described in my more than thirty five articles past one decade.

**4.** Per my humble observation, the above-mentioned executive heads are incapable of providing the Higher Dimensions with the Modern Science including Bio-medical Science, Psychiatry and Psychology; unable to provide Higher Dimensions by the Modern Constitutional Laws and Applicable Laws and finally, with the Internet and Computer Science Technology with their conventional knowledge and conventional approaches.

**5.** Also, the above-mentioned influential and wealthy Executive Heads of different organizations are extremely reluctant and hesitant to apply and implement the Super-scientific and blissful knowledge and concepts of the Vedic Literature from India for the Higher Dimensions as

53

beautifully describe in my articles and by other Vedic
Scholars in USA and in India.

**6.** The above-mentioned observations are the few but
pertinent examples of the "<u>Passive Inactions manifesting
as the Covert and Concealed Discrimination</u>" based upon
my Religion, Nationality and Color for this case. This is
the best example of "<u>DO NOTHING AND SAY NOTHING
POLICY IMPLEMENTED BY PRESIDENTS AND
CHAIRMEN OF DIFFERENT ORGANIZATIONS</u>" as
<u>described in my Legal Briefs</u>.

**7.** This is my genuine perception and opinion. Hope that
Your Honors will be happy to agree with this humble
perception and opinion.

**H. Vedic Wisdom is the Real Solution for the Modern
Maze**:

The authoritative and blissful Vedic Wisdom of Vedic
Literature: the Supreme Science of Sanatana Dharma from
India is the <u>Real and Final Solution for the Modern Maze</u>
created by the modern mankind with the lack of the Vedic

54

Wisdom right now as beautifully described in my article "Higher Dimensions" and the Legal Briefs presented to the Honorable Judges and the Honorable Courts.

Modern Scientists, Physicists, Physicians and Psychiatrists as well Psychologists and Sociologists are unable to describe the fundamental principles of the Perception, Lack of Perceptions and Misperception; Science of Rasa or Science of Relationships and Exchange of the Six Opulence and other superb topics of the Vedic Wisdom.

The Modern Law Practitioners have very hard time to differentiate the subtle definition and demarcation between the CIVIL INFARCTIONS AND CRIMINAL INFARCTIONS with the help of the Modern man-made Constitutional Laws and the Applicable Laws.

The modern Internet and Computer Science Technology Innovator are unable to describe the **Fundamental Principles** of the marvelous Internet and Computer Science Mystery scientifically and accurately right now. Mr. Bill Gates & Satya Nadella and Presidents

55

of AMA, APA remains totally silent and prefers not to comment at all about this issue is the pertinent example of the **Modern Maze** created right now with our modern society and culture.

The Vedic Wisdom is the Real Solution for this Modern Maze. This is the great point and remedy I am presenting with this Brief and other legal briefs submitted earlier with this historical and unprecedented Civil Case.

This historical and unprecedented Civil Case has the **National and International Significance** for the Betterment of the Modern Mankind.

I am completing this petition for the historical and unprecedented Civil Case on October 2, 2014 – the **145**th birthday of **Mahatma Gandhi**: the Apostle of Ahimsa or Non-violence that has been declared by the General Assembly of the United Nations as the **Day of Ahimsa or Non-violence**. Let all of us pray and follow in the foot-steps of Mahatma Gandhi for ever.

56

## CONCLUSION

I therefore respectfully request the Supreme Court of the
United States to reverse the judgment of the three Lower
Federal Courts that affirmed the dismissal of my claim and
granting the Petition for a Writ of Certiorari.


Respectfully submitted,




Atul C. Shah, MD

2884 Manorwood Drive

Troy, Michigan


Pro Se Petitioner

October 2, 2014



57