# TEXAS PEACE OFFICER'S ACCIDENT REPORT

Page 1 of 3

MAIL TO: ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0001

**PLACE WHERE ACCIDENT OCCURRED**

- COUNTY: Galveston
- CITY OR TOWN: Texas City
- LOC. NO.: 05-10172

**ROAD ON WHICH ACCIDENT OCCURRED:** 4600 IH45 North — SPEED LIMIT 65

NOT AT INTERSECTION: 3/4 mi. S of Holland Road

**DATE OF ACCIDENT:** October 18, 2005  
**DAY OF WEEK:** Tuesday  
**HOUR:** 8:52 A.M.

## UNIT NO. 1 – MOTOR VEHICLE

- VEH IDENT NO: 1G1ND52F34M596780
- YEAR MODEL: 2004
- COLOR & MAKE: Silver Chevrolet
- MODEL NAME: Malibu Classic
- BODY STYLE: 4 Door
- LICENSE PLATE: 05 TX Z59WMP
- DRIVER'S NAME: Powledge, Adam Wayne
- ADDRESS: 2027 Fairfield Ct. South, League City, Tx 77573
- PHONE: 281-667-0559
- DRIVER'S LICENSE: TX 19502851 C
- DOB: 10 / 04 / 1966
- RACE: W  SEX: M
- SPECIMEN TAKEN: 4 (None)
- OWNER: Same As Driver
- LIABILITY INSURANCE: No
- VEHICLE DAMAGE RATING: FD-7

## UNIT NO. 2

(blank / crossed out)

**DAMAGE TO PROPERTY OTHER THAN VEHICLES:** Traffic sign support beam – Texas Dept. Of Transportation – 13 – $ Unknown

- LIGHT CONDITION: 1 (Daylight)
- WEATHER: 1 (Clear/Cloudy)
- SURFACE CONDITION: 1 (Dry)
- TYPE ROAD SURFACE: 6 (Other – Grass)

**DESCRIBE ROAD CONDITIONS (INVESTIGATOR'S OPINION):** Unit #1 left the main cement road and drove in the grass median

IN YOUR OPINION, DID THIS ACCIDENT RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☒ YES ☐ NO

**CHARGES FILED:** None / None

**TIME NOTIFIED OF ACCIDENT:** 10-18-05 8:52am – HOW: Radio Dispatched
**TIME ARRIVED AT SCENE OF ACCIDENT:** 10-18-05 8:57am

TYPED OR PRINTED NAME OF INVESTIGATOR: Corporal C. Rich  
SIGNATURE OF INVESTIGATOR: C. Rich  
DATE REPORT MADE: 10-18-05  
ID NO: 018  
DEPARTMENT: Texas City PD  
IS REPORT COMPLETE: ☒ YES ☐ NO  
DIST./AREA: 5

**Witness #1:** Linda Paige Gilman — 830 - 29th Street, San Diego, Ca 92102 — 619-230-8507 or 619-807-2241
**Witness #2:** Rick Acosta — Same as witness #1 — Same as above

| | SOLICITATION | EJECTED | CODE FOR TYPE RESTRAINT USED | AIR BAG CODE | HELMET CODE | CODE FOR INJURY SEVERITY | ALCOHOL/DRUG ANALYSIS |

UNIT NO. 1
DAMAGE RATING: FD-7
TOWED DUE TO DAMAGE: ☒ YES ☐ NO
VEHICLE REMOVED TO: Best Wrecker - Texas City, Tx
BY: Their wrecker

| Item No. | OCCUPANTS POSITION | NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DRIVER | SEE FRONT | | | | | | | | | |
| 2 | FR | Melton, Jacob | Same As Driver | N | Y | ? | U | 4 | 38 | M | K |
| 3 | BR | Powledge, Christian | Same As Driver | N | N | ? | U | 4 | 12 | M | K |
| 4 | BM | Powledge, Rachel | Same As Driver | N | N | ? | N | 4 | 10 | M | K |
| 5 | BL | Powledge, Isaac | Same As Driver | N | N | ? | N | 4 | 7 | F | K |
| | | | | N | N | ? | N | 4 | 6 | M | K |

UNIT NO. 2
DAMAGE RATING:
TOWED DUE TO DAMAGE: ☐ YES ☐ NO
VEHICLE REMOVED TO:
BY:

| Item No. | OCCUPANTS POSITION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DRIVER | SEE FRONT | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE

| PEDESTRIAN, PEDACYCLIST ETC. | CASUALTY NAME (LAST NAME FIRST) | CASUALTY ADDRESS (STREET, CITY STATE, ZIP) | SOL | TYPE SPECIMEN TAKEN | RESULT | HELMET | AGE | SEX | INJURY CODE |

DISPOSITION OF KILLED AND INJURED

| ITEM NUMBERS | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | NO. ATTENDANTS INC. DRIVER |
|---|---|---|---|---|---|
| 1-5 | Galveston County Medical Examiner | Transport Service | | | |

COMPLETE THIS SECTION IF PERSON KILLED

| ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|
| 1-5 | 10-16-06 | 6:52am | | | | | | |

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH SHEETS IF NECESSARY)

Unit #1 had struck another unit while southbound damaging the other units passenger side rearview mirror while on the freeway. TCPD case #06-10166. Unit #1 then drove onto the grass median between the main lanes of the freeway and the two lane feeder road. Unit #1 drove 1,419 feet in the grass median from the time it left the main lanes of the freeway until it struck a steel support beam for a traffic direction sign owned by the Texas Department Of Transportation.
The vehicle split in half and caught fire killing all of the occupants.
It's unknown why the driver drove in the median for such a long time.

Diagram: ☒ One Way ☐ Two Way ☐ Divided

See Attached Diagram

FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION

| FACTORS/CONDITIONS CONTRIBUTING | | | | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | | | | TRAFFIC CONTROL | | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIT 1 | 22 | 23 | | UNIT 1 | | | | | | |
| UNIT 2 | | | | UNIT 2 | | | | | | |

Witness #2: Randy Kibert
Witness #: 

1911 Canyon Creek Ct., League City, Tx 71591
409-209-4717 or 409-744-1769

TEXAS PEACE OFFICER'S ACCIDENT REPORT

| | |
|---|---|
| PLACE WHERE ACCIDENT OCCURRED | |
| COUNTY: Galveston | CITY OR TOWN: Texas City |
| ROAD ON WHICH ACCIDENT OCCURRED: 5100 IH 45 | SPEED LIMIT: 65 |
| NOT AT INTERSECTION: 3/4 MI. of Holland Road | |
| DATE OF ACCIDENT: 10-18-2005 | DAY OF WEEK: Tuesday  HOUR: 8:52 A.M. |
| LOG NO: 05-10112 | |

Diagram annotations:
- NOT DRAWN TO SCALE
- Guard Rail
- Steel Support Beam
- 585 FT.
- Traffic Reflector
- Electrical Box
- Traffic Information Sign
- Guard Rail
- 1,419 FT.
- 13', 13', 12', 11', 10', 12', 11'
- Cement Wall
- Shoulder
- Grass Median
- Feeder
- 24'

| | |
|---|---|
| TIME NOTIFIED OF ACCIDENT: 10-18-05  8:53 AM | TIME ARRIVED AT SCENE OF ACCIDENT: 10-18-05  8:57 AM |
| TYPED OR PRINTED NAME OF INVESTIGATOR: C. Rich | DATE REPORT MADE: 10-18-05 |
| SIGNATURE OF INVESTIGATOR: C. Rich | ID NO: 018  DEPARTMENT: Texas City Police |

# TEXAS PEACE OFFICER'S ACCIDENT REPORT    ST-3

Page 1 of 3

MAIL TO: ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, P.O. BOX 4087, AUSTIN TX 78773-0001

**PLACE WHERE ACCIDENT OCCURRED:**
- COUNTY: Galveston
- CITY OR TOWN: Texas City
- LOC. NO.: 05-10165

**ROAD ON WHICH ACCIDENT OCCURRED:** 5900 IH 45 North — CONST. ZONE: NO — SPEED LIMIT: 65

**NOT AT INTERSECTION:** 1/4 M. of Holland Road

**DATE OF ACCIDENT:** October 18, 2005 — **DAY OF WEEK:** Tuesday — **HOUR:** 8:50 A.M.

## UNIT NO. 1 — MOTOR VEHICLE
- VEH IDENT NO: 1G1ND52F54M506780
- YEAR MODEL: 2004
- COLOR & MAKE: Silver Chevrolet
- MODEL NAME: Malibu Classic
- BODY STYLE: 4 Door
- LICENSE PLATE: 06 TX Z59WMP
- DRIVER'S NAME: Powledge, Adam Wayne
- ADDRESS: 2027 Fairfield St. South, League City, TX 77573
- PHONE: 281-557-0559
- DRIVER'S LICENSE: TX 19502651 C
- DOB: 10-04-1986
- RACE: M    SEX: M
- OWNER: Same As Driver
- LIABILITY INSURANCE: NO
- VEHICLE DAMAGE RATING: LD-1

## UNIT NO. 2 — MOTOR VEHICLE
- VEH IDENT NO: 1G1ZT528555F272264
- YEAR MODEL: 2005
- COLOR & MAKE: Green Chevrolet
- MODEL NAME: Malibu
- BODY STYLE: 4 Door
- LICENSE PLATE: 06 TX 788CYK
- DRIVER'S NAME: Gilman, Linda Paige
- ADDRESS: 820 - 26th Street, San Diego, CA 92102
- PHONE: 619-807-2241
- DRIVER'S LICENSE: CA N2390494C C
- DOB: 08-15-1948
- RACE: W    SEX: F    OCCUPATION: Retired
- ALCOHOL/DRUG ANALYSIS RESULT: N/A
- OWNER: Rosedale Dodge Hyundai, 500 Ford Road, Minneapolis, MN 55426
- LIABILITY INSURANCE: YES — Wawanesa Ins. # FA9216096
- VEHICLE DAMAGE RATING: RD-1

**DAMAGE TO PROPERTY OTHER THAN VEHICLES:** None

| | | |
|---|---|---|
| LIGHT CONDITION: 1 | WEATHER: 1 | SURFACE CONDITION: 1 |
| TYPE ROAD SURFACE: 2 | ROAD CONDITIONS: Normal | |

IN YOUR OPINION, DID THIS ACCIDENT RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? NO

**CHARGES FILED:** None / None

**TIME NOTIFIED OF ACCIDENT:** 10-18-05 8:52am — HOW: Radio Dispatched
**TIME ARRIVED AT SCENE OF ACCIDENT:** 10-18-05 8:55am

**INVESTIGATOR:** Corporal C. Rich — ID NO. 018 — DEPARTMENT: Texas City PD — DIST./AREA: 5
**DATE REPORT MADE:** 10-18-05 — IS REPORT COMPLETE: YES

**Witness #1:** Randy Kilbert, 1811 Canyon Creek Ct., Pearland, Texas 77581 — 409-939-6717 or 409-744-1759

| | SOLICITATION | EJECTED | CODE FOR TYPE RESTRAINT USED | AIR BAG CODE | HELMET CODE | CODE FOR INJURY SEVERITY | ALCOHOL/DRUG ANALYSIS |
|---|---|---|---|---|---|---|---|

**UNIT NO. 1**  DAMAGE RATING: LD-1  TOWED DUE TO DAMAGE: ☒ YES ☐ NO  VEHICLE REMOVED TO: Best Wrecker - Texas City, Tx  BY: Their Wrecker

| Item No. | Occupants Position | Name (Last Name First) | Address | Sol. | Ejected | Type Restraint Used | Airbag | Helmet | Age | Sex | Injury Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DRIVER | SEE FRONT | | N | N | ? | N | 4 | 38 | M | N |
| 2 | FR | Melton, Jacob | Same As Driver | N | N | ? | N | 4 | 12 | M | N |
| 3 | BR | Powledge, Christian | Same As Driver | N | N | ? | N | 4 | 10 | M | N |
| 4 | BM | Powledge, Rachel | Same As Driver | N | N | ? | N | 4 | 7 | F | N |
| 5 | BL | Powledge, Isaac | Same As Driver | N | N | ? | N | 4 | 8 | M | N |

**UNIT NO. 2**  DAMAGE RATING: LD-1  TOWED DUE TO DAMAGE: ☐ YES ☒ NO  VEHICLE REMOVED TO: Driveable  BY:

| Item No. | Occupants Position | Name (Last Name First) | Address | Sol. | Ejected | Type Restraint Used | Airbag | Helmet | Age | Sex | Injury Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DRIVER | SEE FRONT | | N | N | A | N | 4 | 57 | F | N |
| 7 | FR | Acoures, Rick | Same As Driver | N | N | A | N | 4 | 59 | M | N |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

**COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE**

| Pedestrian/Pedacyclist etc. | Casualty Name (Last Name First) | Casualty Address | Sol. | Type Specimen Taken | Result | Helmet | Age | Sex | Injury Code |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |
| N/A | | | | | | | | | |

**DISPOSITION OF KILLED AND INJURED**

| Item Numbers | Taken To | By | Time Notified | Time Arrived At Scene | No. Attendants Inc. Driver |
|---|---|---|---|---|---|
| N/A | | | | | |
| N/A | | | | | |

**COMPLETE DISPOSITION OF PERSONS KILLED**

| Item Number | Date of Death | Time of Death | Item Number | Date of Death | Time of Death | Item Number | Date of Death | Time of Death |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | |

**INVESTIGATOR'S NARRATIVE (OPINION OF WHAT HAPPENED) (ATTACH SHEETS IF NECESSARY)**

Unit #1 and #2 were South bound on IH45. Unit #2 was in the outside lane. At this time no witness's can confirm where unit #1 had come from before impact with unit #2.

It's possible that unit #1 was on the on ramp to enter the freeway from the feeder road and struck unit #2 or unit #1 was traveling on the emergency shoulder and struck unit #2.

After impact, unit #1 traveled down the grass median for approx. 1/4 mile and struck a steel support beam used to hold up a traffic sign. Unit #1 then caught fire and killed 5 occupants.

Diagram: ☒ One Way ☐ Two Way ☐ Divided

See Attached Diagram

**FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION**

| Factors/Conditions Contributing | | | | Other Factors/Conditions May Or May Not Have Contributed | | |
|---|---|---|---|---|---|---|
| UNIT 1 | 4 | 22 | | UNIT 1 | | |
| UNIT 2 | | | | UNIT 2 | | |

Traffic Control: 9

# TEXAS PEACE OFFICER'S ACCIDENT REPORT

**PLACE WHERE ACCIDENT OCCURRED**
- COUNTY: Galveston
- CITY OR TOWN: Texas City
- ROAD ON WHICH ACCIDENT OCCURRED: IH 45
- SPEED LIMIT: 65
- NOT AT INTERSECTION: 1/4 — Holland Road
- DATE OF ACCIDENT: 10-18-2005
- DAY OF WEEK: Tuesday
- HOUR: 5:52 P.M.

**Diagram notes:**
- NOT DRAWN TO SCALE
- CEMENT WALL
- SHOULDER
- GRASS MEDIAN
- FEEDER

- TIME NOTIFIED OF ACCIDENT: 10-18-05  5:52 pm
- HOW: Radio Dispatched
- TIME ARRIVED AT SCENE: 10-18-05  5:57 pm
- INVESTIGATOR: Corporal Rich / C. Rich
- ID NO: 018
- DATE REPORT MADE: 10-18-05
- DEPARTMENT: Texas City Police
- DIST/AREA: 5

05-10172





Date: October 18, 2005
Fatality Accident   05-10165
Drawn By Ofc. Chris L. Marshall for
Accident Investigator Chet Rich
Scale 1 in= 26.00ft

IH-45 South Bound Main Slab

IH-45 South Bound Feeder

Grassy Median

Gaurdrail Barrier

Overhead Traffic Advisory

60' 8"
64' 10"

195' 7"

**Farthest Debris**




Date: October 18, 2005
Fatality Accident  05-10165
Drawn By Ofc. Chris L. Marshall for Accident Investigator Chet Rich

