**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
Telephone: (713) 337-4100
Facsimile: (713) 337-4101
Joshua P. Davis
*Attorneys for Doris Phillips*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re                                                    :    **Chapter 11**
                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*             :
                                                         :    (Jointly Administered)
                              Debtors.                   :
                                                         :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2015 I caused *Plaintiffs' Rule 60(b)(6) Motion for Relief from August 9, 2010 Stipulation and Settlement Resolving Claim No. [44614], or Alternatively, Rule 60(d) Motion to Set Aside,* Doc. No. 13071, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: February 4, 2015.

Respectfully submitted,

**JOSH DAVIS LAW FIRM**

By:    /s/ Joshua P. Davis
       Joshua P. Davis
       State Bar No. 24055379
       Federal Bar No. 1109971
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100/Phone
(713) 337-4101/Fax
josh@thejdfirm.com
*Attorney-in-Charge for Plaintiffs*