**RESCHEDULED HEARING DATE AND TIME:**
February 17, 2015, beginning at 9:00 a.m. and ending no later than 3:15 p.m.
And Continuing on February 18, 2015 at 9:00 a.m. (to the extent necessary)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | **Case No.:  09-50026 (REG)** |
|      f/k/a **General Motors Corp.,** *et al.* : | |
| : | |
|           Debtors. : | **(Jointly Administered)** |

---------------------------------------------------------------x

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the oral argument on the Motions to Enforce the Sale Order and Injunction filed by General Motors LLC and the Four Threshold Issues (as defined in the Court's July 11, 2014 Supplemental Scheduling Order), previously adjourned to February 17, 2015 at 9:45 a.m., has been rescheduled such that the oral argument will **(i) begin February 17, 2015 at 9:00 a.m.** and run to **no later than 3:15 p.m.**, and (ii) to the extent necessary, the oral argument will recommence on **February 18, 2015 at 9:00 a.m.**

25039254v1

PLEASE TAKE FURTHER NOTICE that all parties are to endeavor to complete the oral argument on the Four Threshold Issues by 3:15 p.m. on February 17, 2015, but if that proves to not be feasible, the oral argument will recommence on February 18, 2015 at 9:00 a.m.

PLEASE TAKE FURTHER NOTICE that the Courthouse will open no earlier than 8:00 a.m. on February 17, 2015 and February 18, 2015.

Dated: New York, New York
February 6, 2015

Respectfully submitted,

/s/ Scott Davidson
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Richard C. Godfrey, P.C. (admitted pro hac vice)
Andrew B. Bloomer, P.C. (admitted pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*