CAUSE NO. 07cv1040

| | | |
|---|---|---|
| DORIS POWLEDGE, INDIVIDUALLY | § | IN THE DISTRICT COURT |
| AND AS THE REPRESENTATIVE | § | |
| OF THE ESTATE OF ADAM POWLEDGE | § | |
| DECEASED, THE ESTATE OF RACHEL | § | |
| POWLEDGE, DECEASED, THE ESTATE | § | |
| OF ISAAC POWLEDGE, DECEASED, | § | |
| THE ESTATE OF CHRISTIAN | § | |
| POWLEDGE, DECEASED, AND THE | § | |
| ESTATE OF JACOB POWLEDGE, | § | |
| DECEASED, AND AS NEXT FRIEND | § | |
| TO AUSTIN POWLEDGE, A MINOR; | § | |
| AND AMBER POWLEDGE, | § | |
| INDIVIDUALLY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | 10TH JUDICIAL DISTRICT |
| Vs. | § | |
| | § | |
| RONALD ALTON POWLEDGE, | § | |
| | § | |
| Intervenor, | § | |
| | § | |
| Vs. | § | |
| | § | |
| GENERAL MOTORS CORPORATION, | § | |
| | § | |
| Defendant. | § | GALVESTON COUNTY, TEXAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF
STEPHEN RICHARD SYSON
March 27th, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

©COPY

Doris Powledge, et al. v. Ronald Alton Powledge, et al.  07cv1040
Stephen Richard Syson  3/27/2009

2 (Pages 2 to 5)

Page 2

1   ORAL DEPOSITION of STEPHEN RICHARD SYSON,
2   produced as a witness at the instance of the Defendant,
3   and duly sworn, was taken in the above-styled and
4   numbered cause on the 27th of March, 2009, from 9:59
5   a.m. to 2:29 p.m., before Daniel J. Skur, CSR, in and
6   for the State of Texas, reported by machine shorthand,
7   at the offices of The Tracy Law Firm, 5473 Blair Road,
8   Suite 200, Dallas, Texas, pursuant to the Texas Rules of
9   Civil Procedure and the provisions stated on the record
10  or attached hereto.
11
12            APPEARANCES
13
14  FOR THE PLAINTIFFS:
       Mr. E. Todd Tracy
15     The Tracy Law Firm
       5473 Blair Road
16     Suite 200
       Dallas, Texas 75231
17     P (214) 324-9000 | F (972) 387-2205
18
19  FOR THE DEFENDANT GENERAL MOTORS CORPORATION:
       Mr. Kent B. Hanson
20     Hanson, Marek, Bolcom, & Greene, LTD
       527 Marquette Avenue
21     Suite 2300
       Minneapolis, Minnesota 55402
22     P (612) 342-2880 | F (612) 342-2899
       khanson@hmbglaw.com
23
24
25

Page 3

1            PROCEEDINGS
2        STEPHEN RICHARD SYSON,
3   having been duly sworn, testified as follows:
4           (9:59 a.m.)
5            EXAMINATION
6   BY MR. HANSON:
7      Q.  Morning.
8      A.  Good morning.
9      Q.  State your name and address, please, for the
10  record.
11     A.  Stephen Richard Syson, 7394 Calle Real,
12  that's spelled capital C-a-l-l-e, capital R-e-a-l, Suite
13  F, Goleta, G-o-l-e-t-a, California. 93117.
14     Q.  I know you've given deposition testimony many
15  times, so I'm not going to waste time on procedural
16  things other than just to remind you that if you need to
17  take a break at some time, just tell me that and we'll
18  do it. Okay?
19     A.  Okay.
20     Q.  Remember to use words rather than nods or
21  gestures.
22     A.  I'll try and do that, too, yes, sir.
23     Q.  Please make an effort to let me completely
24  finish a question before you start to answer so the
25  court reporter doesn't have to deal with both of us

Page 4

1   talking at once.
2      A.  I'll try and do that, too.
3      Q.  And if I should ask you anything that is at
4   all vague or unclear to you, please say so so it can be
5   rephrased. All right?
6      A.  Okay.
7      Q.  I understand that you've got some time
8   constraints, want to catch a plane today, so do I, so
9   let's kind of get right to the heart of it, if we can.
10     A.  Okay.
11     Q.  Has your CV changed since what was provided
12  with your report?
13     A.  I don't think so. I think it's current as of
14  2007. I don't think I've written anything new since
15  2007.
16     Q.  All right. What, if anything, have you done
17  within the last ten years or so with respect to
18  electronic cruise control systems to understand how they
19  work; testing, analysis, anything of that nature?
20     A.  Other than having had a few cases involving
21  stepper motor cruise controls and so therefore I've been
22  provided with the depositions of various GM employees on
23  the previous generation stepper motor cruise. I've also
24  spent some time reviewing the shop manual for the
25  subject vehicle, reviewing the subject vehicle and

Page 5

1   exemplars of the subject vehicle. I've reviewed the
2   materials that were provided by General Motors in this
3   matter with regard to the cruise and also reviewed
4   materials that relate to the chip that's used in this
5   particular cruise control, so I understand, at least to
6   some extent, what the chip is and what its limitations
7   are.
8      Q.  What specific material are you talking about
9   with respect to the chip used in the cruise control?
10     A.  Well, the Philips brochure with regard to the
11  chip and then also I obtained some of the pages of a
12  book on the application of this chip and what its
13  internal workings are with regard to how it's programmed
14  and what some of the things that General Motors experts
15  are talking about, about how those things function.
16     Q.  I have a lot of material that was provided
17  around the time of your report. Okay? It's an
18  extensive amount of stuff. We're going to spend all day
19  just identifying it if we choose to go at it that way,
20  so I would rather not go at it that way. I do need to
21  be sure that I understand what specifically you're
22  talking about with respect to this material from Philips
23  and these pages from a book.
24     A.  Let me see if I can pull those out for you.
25        MR. HANSON: Off the record for a

Doris Powledge, et al. v. Ronald Alton Powledge, et al.  07cv1040
Stephen Richard Syson  3/27/2009

28 (Pages 106 to 109)

### Page 106

1 throttle, so I would have to agree with you. It's not
2 going to go on by itself.
3   Q.   So we're going to get to talking about this
4 RFI, EMI possibility, but I hear you agreeing with me,
5 that RFI or any kind of radio frequency or electric
6 magnetic interference isn't going to turn the cruise
7 control on in the first place.
8   A.   Right. Nothing, heat -- none of those things
9 are going to. The only possibility would be an
10 electrical short somewhere that would be, you know, due
11 to some other problem with the wiring, and, again, we
12 would have no way of knowing whether that occurred or
13 not.
14   Q.   Frank is calling you there again.
15        (Phone interruption.)
16   Q.   (BY MR. HANSON) So now that we got the Frank
17 Sinatra cell phone ring off, let's come back to the
18 subject matter we were on, and that is that I think you
19 added to an answer a moment or two ago that heat or
20 moisture is not going to turn the cruise control on
21 either. Did I hear you correctly?
22   A.   Again, you know, it would have to be, if
23 anything, a short-circuit of some type. It would not be
24 heat or moisture or anything like that. It has to be on
25 in order for heat or moisture to affect it.

### Page 107

1   Q.   You are aware, are you not, sir, that with
2 computer controlled systems in general, that typically,
3 they have programmed into them sets of conditions that
4 have to exist before their functions can work, before
5 that system's function will work, correct?
6   A.   Yes. I know, based on my review of the
7 cruise control book and obviously the report, Mr. --
8   Q.   Stopchinski?
9   A.   No.
10   Q.   McKendry? Well, it doesn't matter.
11   A.   Yeah, Mr. McKendry, I believe, he goes
12 through a list of the various conditions that are
13 required for the cruise control to activate.
14   Q.   Right.
15   A.   And so that at least appears to be consistent
16 with what I read when I was reading the stepper motor
17 cruise control book.
18   Q.   What I'm getting at is even if you want to
19 theorize that some weird short happens that lets power
20 get to the system, you still need other conditions also
21 to happen before the thing can actually operate, don't
22 you?
23   A.   Well, you got to be doing over 25, yeah,
24 there's got -- a lot of things need to happen before you
25 can get the cruise control. You have to push a set

### Page 108

1 switch. So there are a lot of things that would have to
2 occur before the cruise control would have any influence
3 on the vehicle's speed even if there was a short that
4 turned it on.
5   Q.   Sure, so a number of different conditions
6 have to be satisfied before the cruise control is even a
7 possibility to explain this event; isn't that right?
8   A.   Indeed. Yes. I mean, it's got to be on.
9 Somebody has to have either set it or there has to be
10 something that influenced it to set it in order for it
11 to open the throttle or for it to maintain the speed
12 that the vehicle is at.
13   Q.   Now, you touched upon this earlier. You do
14 know that there is at least one and apparently two
15 separate switches that will shut the cruise control off
16 if the brake pedal is applied, correct?
17   A.   Correct.
18   Q.   And that's not about whether the -- and
19 that's not dependent upon whether the brakes are
20 effective. That's just if the brake is applied; isn't
21 that right?
22   A.   Yes. I mean, with sufficient force to
23 activate the switch, but as -- even with the vacuum
24 boost completed, that's still not a high force.
25   Q.   Certainly well within the capability of a

### Page 109

1 man, you would think at least, of Mr. Powledge's age and
2 described physical condition, true?
3   A.   True.
4   Q.   And especially if we want to theorize that
5 he's pushing on the brake really hard, that would
6 certainly be enough to activate these cruise control
7 cutoff switches, wouldn't it?
8   A.   The two switches on the brake, yes.
9   Q.   So if we're going to theorize that the cruise
10 control accounted for this event and that Mr. Powledge
11 was -- was applying the brake, then we have to theorize
12 that both of those cutoff switches malfunctioned, don't
13 we?
14   A.   Or we have to theorize that the -- there was
15 sufficient EMI or RFI to freeze the system, one or the
16 other.
17   Q.   Well, by "freeze the system," you mean keep
18 the cruise control operating and disable two brake
19 switches?
20   A.   Yes, and this -- this computer appears to be
21 susceptible to that based on the information on how to
22 program it.
23   Q.   What information are you talking about?
24   A.   The material that I provided to you from the
25 book.

Doris Powledge, et al. v. Ronald Alton Powledge, et al.  
Stephen Richard Syson  
07cv1040  
3/27/2009

29 (Pages 110 to 113)

### Page 110

1  Q.  That we've already marked as an exhibit?
2  A.  Yes, sir.
3  Q.  What is it -- susceptible to what?
4  A.  Well, the book indicates that if you don't
5  reset it within 50 milliseconds or so of there being a
6  RFI burst that freezes it, it will stay frozen, and so
7  it's susceptible to remaining in a condition, whatever
8  condition it's set at the time, if there is RFI, at
9  least based on the book on how to program it.
10  Q.  So you interpret -- let's make sure we're
11  clear.  Let's get the right exhibit so we can refer to
12  it by the correct number.  Dig it out of this pile here.
13  Okay.  Which one have you got in your hands now?
14  A.  I've got 4.
15  Q.  And then 3 is right here.  Which one are you
16  talking about?  Which document were you referring to
17  when you gave the answer you just did?
18  A.  It says on first page of Exhibit 4, which is
19  page 149 of --
20  Q.  Okay.
21  A.  -- the book.
22  Q.  Okay.
23  A.  Says: Using the Watchdog would be good
24  industrial practice.  Local electromagnetic
25  interference, EMI, could freeze the circuit operation

### Page 111

1  and a Watchdog induced reset would automatically restart
2  the circuit.  The Watchdog time delay, T sub D, as given
3  by -- there's an equation.
4      So the typical example of that results
5  in about a 51 millisecond time period within which you
6  have to reset it, otherwise it could be frozen by EMI.
7  Q.  Well, how does that say that if you get
8  electromagnetic or radio frequency interference and you
9  don't reset it within whatever time you just said, that
10  the consequence is that the thing keeps operating and
11  won't shut off, where are you getting the latter part
12  from?
13  A.  Well, that would be my interpretation of the
14  word "freeze," freeze means it stays in the condition
15  it's at.  And so if that condition is to keep the
16  vehicle traveling at a certain set speed, then it would
17  stay in that condition unless you were to reset the
18  system within about 50 milliseconds, based on a
19  Deposition Exhibit 4.
20  Q.  So you interpret that word "freeze" to mean
21  that the cruise control will keep powering the vehicle
22  and that the brake cutoff switches won't work; is that
23  right?
24  A.  Well, at least one of the brake cutoff
25  switches should work, because one of them, I believe,

### Page 112

1  activates the clutch, and so inherently one of those two
2  switches should open the cruise control clutch if
3  everything else is working properly.  It should -- it
4  should cause the clutch to disengage, and that should
5  allow the throttle return springs to bring the throttle
6  back to a normal position.
7  Q.  So even this theoretical freeze should not
8  cause the cruise control to keep propelling the vehicle
9  if the brake is applied; isn't that right?
10  A.  If the brake is applied and the clutch
11  operates properly, then that should, at least
12  theoretically, disconnect the tape from the -- or allow
13  the tape to be disconnected from the drive, and that
14  should allow, then, the throttle return springs to
15  return the throttle to whatever position the gas pedal
16  is in.
17  Q.  Speaking of throttle return springs, you
18  suggested that the design that uses a dual wound
19  throttle return spring is a violation of FMVSS 124,
20  correct?
21  A.  I did, yes, sir.
22  Q.  Do you know whether the NHTSA agrees with
23  you?
24  A.  Well, according to GM, they do not.  But
25  the -- at least the rule is pretty clear that any system

### Page 113

1  that is susceptible to being defeated by a single
2  failure, which this system is, is not permitted, and so
3  I don't know why NHTSA would interpret something in a
4  way that's contrary to the rule, but that's the claim
5  of, I believe, again Mr. McKendry.  I believe he claims
6  that NHTSA approves the dual counter wound springs.
7  Q.  Have you ever bothered to look whether, I
8  don't care what kind of car you're talking about, pretty
9  much anything you can find on the road, uses that kind
10  of dual coil spring arrangement to comply with 124?
11  A.  I don't know that, you know, just having two
12  coils is inherently a problem.  I don't have a problem
13  with that.  I have the problem that they're both
14  attached to something that can break, and if that
15  breaks, then neither coil is operational.
16  Q.  Well, so you're assuming now not that the one
17  of the springs breaks, but that the thing that you
18  attach the spring to breaks off for some unexplained
19  reason?
20  A.  Correct.  Because that causes both springs to
21  fail so you don't have a dual spring situation, and
22  according to FMVSS 124, if a single failure can cause
23  the throttle return system to fail, then that's not
24  appropriate, and in this case, you know, the damage to
25  the vehicle certainly caused that failure.

Doris Powledge, et al. v. Ronald Alton Powledge, et al.  07cv1040
Stephen Richard Syson  3/27/2009

30 (Pages 114 to 117)

### Page 114

1  Q. Well --
2  A. Whether it had failed prior to the impact
3  with the pole or not is something I guess we'll never
4  know.
5  Q. So you got off into something a little bit
6  different there. I want to follow that up before I
7  return to where I was wanting to talk with you.
8      We do know by looking at the throttle
9  body of this car that after this crash it is held in an
10 open position, correct?
11 A. Correct.
12 Q. So now, as is now, it won't close.
13 A. I don't know. You might be able to close it
14 if you forced it, but it doesn't want to close. It
15 wants to stay open.
16 Q. It won't close itself.
17 A. Correct.
18 Q. It's bent now, isn't it?
19 A. The throttle shaft is bent.
20 Q. That throttle shaft bent is why it won't
21 close; don't you agree?
22 A. Well, that and the springs are no longer
23 operational.
24 Q. Well, the springs are not able to overcome
25 the resistance caused by a throttle blade mounted on a

### Page 115

1  bent shaft; isn't that right?
2  A. Well, they're definitely not able to overcome
3  that, that's true.
4  Q. So you would -- you would agree, would you
5  not, that the condition in which we now find the
6  throttle body could be as a result of the crash? That
7  might fully account for why it doesn't close now.
8  A. Correct.
9  Q. Now, coming back to my question about the
10 configurations of throttle return springs that do and do
11 not comply with federal motor vehicle safety standard
12 124. Do you know, as you sit here today, sir, whether
13 the type of system that GM used on this car, namely a
14 dual wound spring, where both of the -- of the dual
15 springs are physically attached to -- to the same other
16 parts of the vehicle, do you know, sir, whether that
17 kind of configuration is not used in virtually every
18 vehicle on the roads in the U.S.?
19 A. I don't know whether it's used on virtually
20 every vehicle, but I have seen it on other vehicles.
21 Q. Have you looked at your own vehicles to see
22 what they have?
23 A. Not recently. I haven't looked underneath
24 the covers on either of my vehicles to see how BMW
25 engines are hooked up.

### Page 116

1  Q. So what vehicles do you own --
2  A. I have --
3  Q. -- currently?
4  A. -- a couple of Range Rovers, both of which
5  have the BMW 4.4 liter engine, I believe.
6  Q. Okay. Now, with respect to the throttle body
7  of the type that's used in the Malibu that was involved
8  in this crash, the throttle return springs that you're
9  talking about are springs that are external to the
10 throttle blade itself, correct?
11 A. Correct.
12 Q. Did you bother to look to see whether there's
13 also a spring on the throttle blade pivot shaft?
14 A. Inside the -- I guess I'd have to see a
15 picture to see where you're talking about other than --
16 because the dual concentric springs are on the shaft.
17 Q. Well, let me put it to you this way. Do you
18 know what would happen if we took an exemplar throttle
19 body and simply removed the throttle return springs and
20 then open the throttle and let it go, do you know
21 whether it would still close?
22 A. I don't think I tried that on -- I don't
23 think I tried removing the springs on the exemplar
24 throttle body. I don't know the answer to that without
25 testing it.

### Page 117

1  Q. But in any event, you agree that the reason
2  that we find this one open on the Powledge car could
3  simply be because of damage that happened from crashing
4  into the pole?
5      MR. TRACY: Objection, form.
6  A. Well, part of that I agree with, and that is
7  that it's held in place now because of the impact with
8  the pole. I don't necessarily agree that an impact with
9  the pole would open it.
10 Q. I didn't mean to ask that, but my --
11 A. You know, your question was ambiguous with
12 regard to that issue. If you leave the -- if you're
13 saying hypothetically is it jammed in place because of
14 the throttle body hit the pole, I would say yes.
15 Q. What you're not prepared to agree is that it
16 could have been put into that open position as a result
17 of the crash; is that right?
18 A. Correct.
19 Q. You're also not able to rule out that
20 possibility, are you, sir?
21 A. Well, given that the vehicle was traveling at
22 a high rate of speed when it hit the pole, I am.
23 Q. Which direction does the throttle cable apply
24 force -- let me put it this way. The way that you open
25 the throttle blade is by a cable pulling on something to