THE HONOR ABLE ROBERT E. GERBER
The United States Bankruptcy

One Bowling Green
New York, NY 10004-1408
Chambers: (212) 668-5660
Courtroom: 523

I refer to my claim MCL - 0070280, where upon I agreed compensation with Alix Partners via Wilmingthon Trust Company. The compensation meant that I had to create one share account, but this is impossible for me to undertake. I've tried to create an account when I was in US - summer 2013, and I have also tried to create an account via the Internet with 10 banks in US and several banks in Norway. Noone cares or will help me.
I ask them Dear Honorable Robert E. Gerber : Please let someone send me my values in cash. The Agreement I signed must in my opinion be unacceptable. I have been given the runaround for many years

Rg
Terje Sørhaug
Torvvegen 11
N 4250 Kopervik
Norway
E-mail adress: anne-aa2@online.no

21 januar 2015

Terje Sørhaug



RECEIVED
FEB -5 2015
BANKRUPTCY COURT, SDNY
REG

| 02/22/2011 | 9369 | Response to Debtors' Motion Re: Claim 70280 filed by Terje Sorhaug. (Ho, Amanda) (Entered: 02/22/2011) |

21/januar 2015

*Terje Sorhaug* (signature)

*COPY*

Honorable Robert E. Gerber,
United States Bankruptcy Judge
Courtroom 621, One Bowling Green
New York, NY 10004-1408.

I refer to appendix A brand, that I sent by Email, for my warranty case against GM. I think the new GM should pay me, an ordinary warranty fully 100 %. Motorsliquidation, and others who have been involved in my case should, in my opinion forwarded my warranty to the new GM.

If my warranty case will be paid from Motors Liquidation Company General Unsecured Creditors Trust, then I hope, to god, that this will be paid in cash 100%

Claim details in 92. 779,47 US $ is not placed correctly. Total Warranty / Claim / Cost of repair was Norwegian Kroner - NOK 65.550.- ( I loss altso NOK 45.000.- because the car after the reparation was sold cheaper - without no warranty, ref to priclist for dealer in Norway )

If my warranty case will be paid 100% in cash, I will give an expression of gratitude to you Mr. Gerber

Regards Terje Sørhaug
Torvvegen 11
N - 4250 Kopervik
Norway



_Terje Sørhaug_
28 FEBRUAR 2012

21. januar 2015
_Terje Sørhaug_

*From the internett*
*Old GM Warranty*
If you purchased a GM car or truck before or during the bankruptcy reorganization process, the new GM will honor those warranty commitments. In March 2009, the government's Warranty Commitment Plan was announced to restore confidence to GM owners and buyers. In a June 5, 2009, issue of USA Today, Steve Harris, General Motors' vice president of global communications, reassured consumers that their existing GM vehicle warranty will continue to have the company's full backing and reaffirmed the support of the federal government.

Link
http://www.ehow.com/about_5317966_gm-warranty-information.html

My case was an warranty injector replacement, according to Document ID# 1866141

*From the internett*
*Special Policy Adjustment - Document ID# 1866141* THIS BULLETIN IS BEING REVISED TO ADD 2003 MODEL YEAER TRUCKS. PLEASE DISCARD SPECIAL POLICY BULLETIN NUMBER 04039, DATED MAY, 2004.

*Condition*
Some customers of 2001-03 model year Chevrolet Silverado; GMC Sierra; 2003 Chevrolet Kodiak and GMC TopKick vehicles, equipped with a 6.6L Duramax Diesel (RPO LB7 - VIN Code 1) engine, may experience vehicle service engine soon (SES) light illumination, low engine power, hard start, and/or fuel in crankcase, requiring injector replacement, as a result of high fuel return rates due to fuel injector body cracks, ball seat erosion, or high pressure seal extrusion (refer to Corporate Bulletin Number 04-06-04-007 and SI).

*Special Policy Adjustment*
This special policy covers the condition described above for a period of 7 years or 200,000 miles (320,000 km), whichever occurs first, from the date the vehicle was originally placed in service, regardless of ownership. The repairs will be made at no charge to the customer.

Link

http://www.gm-trucks.com/forums/index.php?showtopic=57838

General Motors and others has been giving me the run around for my warranty on the engine problems caused by duramax injectors, since 2008. I found a lot of information like these on the internett, and i think that this is another case of GM and other in the "cost saving department"

MLC General Unsecured Creditors Trust                                                                       Side 1

## MOTORS LIQUIDATION COMPANY
## GENERAL UNSECURED CREDITORS TRUST      WILMINGTON TRUST

CLAIMS ROOM

**View Claim Details**                                      Claims Room -> View Claim



Claims

**Creditor:** TERJE SORHAUG                      **Claim Number:** MLC-0070752
**Debtor:** Motors Liquidation Company           **Date Filed:** Feb 01, 2011
**Current Claim Status:** To Be Resolved         **View Claim Image:** Download

| | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| **Original Filed Amount** | $0.00 | $92,779.47 | $0.00 | $0.00 | $92,779.47 |
| **Current Amount** | $0.00 | $92,779.47 | $0.00 | $0.00 | $92,779.47 |

**Hotline**
(800) 414-9607

**Disclaimer:** The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance.   Please consult an attorney for advice specifically relating to your legal matter.   Do not send confidential information without express consent of one of our case professionals.   The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home  Login     Privacy Notice    Terms Of Use    February 28, 2012 @ 04:00:54 PM    Copyright ©2011 AlixPartners, LLP | (61)    AlixPartners

**Appendix A brand**

**Att : Weil, Gotshal & Manages LLP**

Send by Email 27 februar 2012
Email from Terje Sørhaug.

Email copy to : Dickstein Shapiro LLP :
BergerS@dicksteinshapiro.com
KilfoyleC@dicksteinshapiro.com

Email copy to : Motorsliquidation :
info@motorsliquidation.com

Copy send by mail to Honorable Robert E. Gerber, United States Bankruptcy Judge,. Courtroom 621, One Bowling Green, New York, NY 10004-1408.

I am sending Email for my claim 70280 ( ECF number 9369 ) because i found information on the internet that I think my claim should be an, ORDINARY FULLY PAID WARRANTY by New General Motors. Please note my new address, and I prefer Email corresponden.

*From the Internet*
*This language makes clear that New GM stands behind the warranties of all GM vehicles, whether manufactured by Old or New GM, and will also honor state lemon law claims. While it is unclear whether New GM has explicitly agreed to honor recall notices related to Old GM vehicles, they would be foolish not to honor safety recalls.*

*Link*

http://www.nclc.org/autobankruptcies/

---

My warranty against GM was not a recall. I sendt by email information to Berger Shaya at Dickstein Shapiro LLP date : 26 Oktober 2011

Dear Mr Berger
By E-mail

Sending copy of letter ( send by mail ) to GM dated 8 Februar 2008. I know that GM has received my sending because I got a message from the Norwegian post company ( Tracking package ) I send at that time copy by E-mail to GM. In my case I has never recived any letter, by mail, from GM, just only some runaround E-mail

Total Cost of repair NOK 65.550.- and loss NOK 45.000.- because the car after the reparation was sold cheaper - without warranty, ref to priclist for dealer.

*From Internett*
*Extended Warranty*
**Diesel Page reported in November 2007 that GM is offering a no cost extended fuel injector repair warranty for owners of 2001 to 2003 heavy duty pick-up truck owners with the 6.6 liter Duramax engine. This coverage is available for seven years from the service date and 200,000 miles. Reimbursement for a prior injector replacement is limited to the cost equal to that when performed by an authorized GM service center. The servicing dealer can provide help with claim forms and assistance in determining coverage.**

---

Dickstein Shapiro LLP would like to offer me a settlement for my two proofs of claim, numbered 70280 and 70752. Crumbs are what they offer me. I will not accept, the offer from Dickstein Shapiro LLP, an allowed unsecured claim of $ 5,000 (U.S.) in stocks and warranty to the General Motors Chapter 11 reorganization plan. Because I sold the car cheaper, after the repair, without warranty, that gave me a loss off NOK 45.000.-, ref to priclist for dealer. My warranty claim is for the cost of repair NOK 65.500.-

Pleace send my Email to Honorable Robert E. Gerber, United States Bankruptcy Judge,. Courtroom 621, One Bowling Green, New York, NY 10004-1408. Send also all information from me, and also my letter dated 12 Februar 2011, to Honorable Robert E. Gerber. I hope I can get a fair solution, and I hope Mr. Robert E. Gerber can get me an ordinary fully paid warranty from New General Motors.

Thank you for taking this time to listen to my request.

Here is a link to my letter dated 12 February 2011

http://docs.motorsliquidationdocket.com/pdflib/9369_50026.pdf


Regards
Terje Sørhaug

Torvvegen 11
N - 4250 Kopervik
Norway
E mail : anne-aa2@online.no

Date: 27. Februar 2012    Sign: *[signature]*

United States Bankruptcy Court S.D.N.Y
One Bovling Green
Room 534
New York
New York 10004



Norway – Haugesund. 12 februar 2011

In re Motors Liquidation Company
Case No. 09-50026  Court Docket Number 8847
( General order M-399 )

Information concerning my claim nr 70280 against Motors Liquidation Company f/k/a General Motors Corparation

My claim was late because the people in General Motors Company did not tell me that the bankruptcy court set a deadline to file a Proofs of Claim before November 30- 2009

GM did not tell me to fill a proof of Claim at all, but I found the information, on the Internett in May 2010 - information for claim aigainst GM

Then after emailing MLC and by phone call, they told me to file the proff of claim, and thereafter my claim got number 70280.

I send by mail copys of email that my case startet in May 2008 but the GM company gave me misleding information, and GM send me misleding email messages, because that way, GM hopes not to pay me for my warranty

I want my warranty-money, and i think GM in my case................. gave me the runaround

Rg
Terje Sørhaug
Haakonsvegen 24B
N - 5519 Haugesund
Norway

Copy To :

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York 10153

Copy To :

The Garden City Group Inc
Attn: Motors Liquidation Company Caims Prossesing
P.O Boks 9386
Dublin, Ohio 43017 - 4286

Copy is sendt by email

This is a copy off 3 mail with Vince Styrna

To: Terje

I did a little searching and found out the organization that is processing your claim. They have informed me that they have the paper work and it all looks valid but, because the vehicle is now registered in Norway that, the GM Europe Warranty center will have to process your claim.
They are forwarding all of your information to them and once they receive it someone from their processing center will contact you.
It maybe moving slow but it is moving along.
Have a Good day.

Vince Styrna
GM Fleet & Commercial
An employee of Unistaff, Inc.
Providing Specialized Services for GM Fleet Operations
31 E Judson
Pontiac, MI 48342
800-353-3867
Fax: 248-874-0943
Hours of Operation
Monday – Friday
8:00am – 6:00pm Eastern

From: terje-anne
To: vince.styrna@gm.com
Sent: Wednesday, May 28, 2008 8:44 PM
Subject: Re: The latest Status of your claim

Dear Vince Styrna

My claim was intended to take 60 days, and I am pushing because it now has gone nearly 90 days
What is status............. ?

----- Original Message -----
From: sherri_maurer@gmexpert.com
To: anne-aa2@online.no
Sent: Saturday, September 20, 2008 5:44 PM
Subject: Re: Norway – SC 04039 – VIN: 1GCHK23101F205653

Hello Terje SÄ,rhaug,

Thank you for responding back to me. As I stated in my previous email, your vehicle is not eligible for this coverage unless it is done in the US, by a US General Motors dealer. We were trying to look into assisting you as a one time goodwill gesture, but unfortunately we are not able to do this. We can not process a claim with an address outside of the US and the GM Europe Warranty Center is refusing your claim because it is not valid in Europe.

I appologize that we were not able to assist you with this matter.

Sincerely,

Sherri Maurer
Team Leader – Special Teams

**Anne-Terje**

Fra: "Anne-Terje" <anne-aa2@online.no>
Til: <sherri_maurer@gmexpert.com>
Sendt: 15. februar 2009 15:57
Emne: Norway - SC 04039 - VIN: 1GCHK23101F205853

General Motors Corperation
P.O. Boks 33170
Detroit. MI 48 232-5170

Haugesund 8. Ferbruar 2009.

I send a reimbursement / claim -- for fuel injector to yours company for one years ago, and yours Vince Styma and Sherri Maurer has answer me with some mail. Vince and Sherri are trying hard not to accommodate me with my demands. General Motor is not intrest only to give me back my payment for the reparation for the damages. Sheril is writing that the claim is not for cars in Norway. That is not true.
The company Bergheim Auto.in city Drammen-Norway has reparation a lot of cars from Chevrolet with just the same problem, and the owner of the car has not paid for the reparation. I did send one mail to the dealer James Wood, and James Wood in a mail to me, said that thy did not has had my car as a dealer. That is not true.

General Motor is only making problem for me and I will take this case to court if General Motors don't answer on this letter very soon.

I give you and update for my new address

Claiment name: Terje Sørhaug
Street address: Haakonsvegen 24 B
City : Haugesund
Zip code. 5519
Area. Norway
Mailadress: anne-aa2@online.no

Terje Sørhaug