**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
Telephone: (713) 337-4100
Facsimile: (713) 337-4101
Joshua P. Davis
*Attorneys for Doris Phillips*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re                                             :        Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.,*  :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*   :
                                                  :        (Jointly Administered)
                        Debtors.                  :
                                                  :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on February 9, 2015 I caused *Exhibit 6* [Doc. 13079] to *Plaintiffs' Rule 60(b)(6) Motion for Relief from August 9, 2010 Stipulation and Settlement Resolving Claim No. [44614], or Alternatively, Rule 60(d) Motion to Set Aside,* [Doc. No. 13071], to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: February 9, 2015.

                                                Respectfully submitted,

                                                **JOSH DAVIS LAW FIRM**

                                                By:     /s/ Joshua P. Davis
                                                      Joshua P. Davis
                                                      State Bar No. 24055379
                                                      Federal Bar No. 1109971
                                               1010 Lamar, Suite 200
                                               Houston, Texas 77002
                                               (713) 337-4100/Phone
                                               (713) 337-4101/Fax
                                               josh@thejdfirm.com
                                               *Attorney-in-Charge for Plaintiffs*