Endorsed Order:

For the avoidance of doubt, the Court clarifies that its reference to the late filing in its Endorsed Order of 1/30/2015 was to explain why the order on the GUC Trust's Motion to Authorize was entered without making reference to Dr. Shah's objection.  But the remainder of the 1/30/2015 Endorsed Order was on the merits.  The Court stated then, and reiterates now, that nothing in Dr. Shah's objection caused this Court to alter or retract its earlier order on the Motion to Authorize.  The Order stands.  Dr. Shah's remedies, if any, must now be obtained solely by way of appeal.


Dated: New York, New York                    _**s/Robert E. Gerber**_____
          February **13,** 2015                    United States Bankruptcy Judge

Hearing Date and Time: February 04, 2015 at 9.45 a.m. (Eastern Time)
Objection Deadline: January 28, 2015 at 4.00 p.m. (Eastern Time)

Atul C. Shah, MD
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul C. Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                            I
                                            l
In re                                       l
                                            l
Motors Liquidation Company, et al.,         l     Chapter 11 Case No
f/k/a General Motors Corp., et al.          l     09-50026 (REG)
                                            l     (Jointly Administered)
                                            l
              Debtors.                      l
                                            l
------------------------------------------------------------x
```

## RESPONSE BY ATUL C. SHAH TO THE RECENT ORDER OF
## HONORABLE JUDGE ROBERT E. GERBER AT THE
## UNITED STATES BANKRUPTCY COURT DATED
## JANUARY 30, 2015 DOCKET NUMBER 13070



RECEIVED
FEB 11 2015
U.S. BANKRUPTCY COURT, SDNY
REG

- Boston Mayor Martin Walsh said there was no doubt the city would be slammed, so a major effort now is making sure people are safe. That includes checking on elderly residents and working to get homeless people off the streets and into shelters, he said.

- "You can't fight Mother Nature, and whatever happens throughout the course of the storm, we just have to do our best to be prepared going into it, which I think we are," Walsh said.

- "I want everyone to understand that we are facing -- most likely -- one of the largest snowstorms in the history of this city," de Blasio said.

**Proofs of Delivery and Reason for the Delay to Receive the**

**Response Letter by the Bankruptcy Court and Law Firms**

The primary reason for the <u>Delay</u> was secondary to the <u>Super-Storm Juno</u> that caused the DELAY or LATE SUBMISSION of my Response Letter to **10** Law Firms located in New York City.

I am enclosing the copies of the <u>Proof of Delivery</u> for Response Letter forwarded to **16 Law Firms** via Unites Parcel Service **(UPS)** 2nd **Day Air A.M. ®** on January 26, 2015 (Exhibit C).

**A.** Following Ten **Law Firms** in New York City received the Response Letter on 1/30/2015 late secondary due to the **Super-storm Juno**.

    1.    Weil, Gotshal & Manges LLP, attorneys

4

Motors Liquidation Company GUC Trust,

767 Fifth Avenue, New York, New York 10153

2.    Gibson, Dunn & Crutcher LLP, attorneys

Wilmington Trust Company as GUC Trust Administrator

200 Park Avenue, 47th Floor,

New York, New York 10166 (Attn: Keith Martorana, Esq.)

3.    FTI Consulting, as the GUC Trust Monitor

3 Times Square, 11th Floor  New York, NY 10036 (Attn:

Conor Tully)

4.    Crowell & Moring LLP, attorneys

590 Madison Avenue, 19th Floor

New York, New York 10022-2524

(Attn: Michael V. Blumenthal, Esq.)

5.    Cadwalader, Wickersham & Taft LLP, attorneys
United States Department of the Treasury
One World Financial Center,
New York, New York 10281  (Attn: John J. Rapisardi, Esq.)

6    Vedder Price, P.C., attorneys for Export Development
Canada
1633 Broadway, 47th Floor,
New York, New York 10019  (Attn: Michael J. Edelman,
Esq. and Michael L. Schein, Esq.)

7.    Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors,

1177 Avenue of the Americas,

New York, New York 10036

(Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.,

Lauren Macksoud, Esq., and Jennifer Sharret, Esq.)

8.   The Office of the United States Trustee for the
Southern District of New York,

33 Whitehall Street, 21st Floor,

New York, New York 10004

(Attn: Tracy Hope Davis, Esq.)

9.   The U.S. Attorney's Office, S.D.N.Y.,

86 Chambers Street, Third Floor,

New York, New York 10007

(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.)

10.   Caplin & Drysdale, Chartered, attorneys
375 Park Avenue, 35th Floor,

New York, New York 10152-3500

(Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.)

**B.** Following **One Law Firm** in Detroit & Birmingham in Michigan;

received the Response Letter on 1/27/2015 in **ONE DAY** prior to

Deadline of January 28, 2015 delivered by UPS. There were no

Blizzard and Super-storms in Detroit City.

1.   General Motors LLC,

400 Renaissance Centers,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo,
Esq.)

C. Following **One Law Firm** in Birmingham in Michigan will returning the Response Letter back to me delivered by UPS. There were no Blizzard and Super-storms in Detroit City. Please note that this company is Motor Liquidation Company just few miles away from my home address in Michigan.

    1.    The Debtors, c/o Motors Liquidation Company,
            401 South Old Woodward Avenue, Suite 370,
            Birmingham, Michigan 48009
            (Attn: Thomas Morrow)

D. Following **Two Law Firms** in Dallas and Austin in Texas received the Response Letter on 1/28/2015 in **TIME** delivered by UPS. There were no Blizzard and Super-storms in Texas.

    1.    Stutzman, Bromberg, Esserman & Plifka, attorneys
            2323 Bryan Street, Suite 2200,
            Dallas, Texas 75201
            (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.)

    2.    Kirk 09-50026-reg Doc 13045
            P. Watson, Esq.
            2301 Woodlawn Boulevard,
            Austin, Texas 78703

E. Following **Two Law Firms** in Washington DC received the Response Letter on 1/28/2015 in **TIME** delivered by UPS. There were no effect of Blizzard and Super-storms in Washington DC.

    1.    The United States Department of the Treasury

Pennsylvania Avenue NW, Room 2312,

Washington, D.C. 20220

(Attn: Joseph Samarias, Esq.)

2.    Jeffrey Rhodes Esq.,

Dickstein Shapiro, LLP,

Attorneys for the GUC Trust,

1825 Eye Street, NW

Washington, DC 20006

### **Nutshell summary:**

- **Ten Law Firms** located in New York City received my Response Letter two days late on January 30, 2015 secondary to Severe Weather Condition from the **Blizzard of Century: the Super-storm Juno** in New York City and North-east region of the United States of America.

- Remaining **Five Law Firms** were able to receive my Response Letter in TIME PRIOR TO DEADLINE OF JANUARY 28, 2015.

- One Law Firm located in Detroit Downtown received ONE DAY EARLIER on January 27, 2015 prior to deadline of January 28, 2015.

- One Law Firm located in Birmingham in Michigan is simply retuning my Response Letter for the unknown reason.

- Also, the closure report mentions that the United States Bankruptcy Court was CLOSED on January 27, 2015 and adjourned on Jan 27 and Jan 28 due to the SEVERE WEATHER CONDITION (Exhibit D).

- I may humbly request Honorable Bankruptcy Judge Robert E. Gerber and Wilmington Trust Company NOT TO START distributing the MONETARY WEALTH as my case is still pending with the Supreme Court of the United States.

- <u>Sharing is caring</u>. Let all of us share the God-gifted SIX OPULENCE including Monetary Wealth scientifically and appropriately as described in my Response Letter dated January 26, 2015 (<u>January 26, 20015 is incorrect date and typographical error</u>) that was filed on January 30, 2015 with docket number 13070 with the court.

### Conclusion

I, therefore, humbly request to the Honorable Judge Robert E. Gerber at the United States Bankruptcy Court to consider the Delay in receiving my Response Letter dated January 26, 2015 was due to the severe and historic Blizzard: the Super-storm Juno and nothing else.


Respectfully submitted,


Atul C. Shah, MD

2884 Manorwood Drive
Troy, Michigan
Plaintiff and Pro Se Litigant

February 8, 2015

**<u>Copy forwarded to the following recipients:</u>**

**<u>1.</u> Honorable Judge Robert E. Gerber**

United States Bankruptcy Court

Southern District of New York, Pro Se Clerk Office

One Bowling Green

New York, NY 10004-1408

**<u>2.</u>** Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust,

767 Fifth Avenue, New York, New York 10153

(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);

**<u>3.</u>** Gibson, Dunn & Crutcher LLP, attorneys for Wilmington Trust Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith Martorana, Esq.);

**<u>4.</u>** The Debtors, c/o Motors Liquidation Company,

401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);

**<u>5.</u>** General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265

(Attn: Lawrence S. Buonomo, Esq.);

**<u>6.</u>** Cadwalader, Wickersham & Taft LLP, attorneys for the United

States Department of the Treasury,

One World Financial Center, New York, New York 10281

(Attn: John J. Rapisardi, Esq.);

**<u>7.</u>** The United States Department of the Treasury, 1500 09-50026-reg Doc 13045 Filed 01/14/15 Entered 01/14/15 16:26:57 Main Document

Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.);

**<u>8.</u>** Vedder Price, P.C., attorneys for Export Development Canada,

1633 Broadway, 47th Floor, New York, New York 10019

(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);

**9.** Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

**10.** The Office of the United States Trustee for the Southern District of New York,

33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);

**11.** The U.S. Attorney's Office, S.D.N.Y.,

86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);

**12.** Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims,

375 Park Avenue, 35th Floor, New York, New York 10152-3500

(Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and

One Thomas Circle, N.W. Suite 1100, Washington, DC 20005

(Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.);

**13.** Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.);

**14.** FTI Consulting, as the GUC Trust Monitor and as the Avoidance Action Trust Monitor, 3 Times Square, 11th Floor New York, NY 10036 (Attn: Conor Tully);

**15.** Crowell & Moring LLP, attorneys for the Revitalizing Auto Communities Environmental Response Trust,

590 Madison Avenue, 19th Floor, New York, New York 10022-2524

(Attn: Michael V. Blumenthal, Esq.);

**16.** Kirk 09-50026-reg Doc 13045 Filed 01/14/15 Entered 01/14/15 16:26:57 Main Document

P. Watson, Esq., as the Asbestos Trust Administrator,

2301 Woodlawn Boulevard, Austin, Texas 78703 and

**17.** Jeffrey Rhodes Esq., Dickstein Shapiro, LLP, attorneys for the GUC
Trust,
1825 Eye Street, NW Washington, DC 20006

**18.** Bill de Blasio, Mayor of New York City
     253 Broadway, New York New York 10007

# **Exhibit - A**

**Endorsed Order:**

The Court received the attached objection to the Motion to Authorize filed by the GUC Trust (ECF No. 13045) after the deadline for filing objections and after entering an order granting the motion (ECF No. 13063). Nothing in the objection causes the Court to alter or retract its order. Deeming the objection to be a motion for reargument, pursuant to Local Rule 9023-1, reargument is denied.

Dated: New York, New York
      January 30, 2015

                              _s/Robert E. Gerber_
                              United States Bankruptcy Judge

Exhibit - A

**Hearing Date and Time: February 04, 2015 at 9.45 a.m. (Eastern Time)**
**Objection Deadline: January 28, 2015 at 4.00 p.m. (Eastern Time)**

Atul C. Shah, MD
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul C. Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------x
                                                 I
                                                 l
In re                                            l
                                                 l
Motors Liquidation Company, et al.,              l      Chapter 11 Case No
f/k/a General Motors Corp., et al.               l      09-50026 (REG)
                                                 l      (Jointly Administered)
                                                 l
         Debtors.                                l
                                                 l
-------------------------------------------------x
```

**RESPONSE WITH OBJECTION BY ATUL C. SHAH TO THE NOTICE**
**OF HEARING ON MOTION OF WILMINGTON TRUST COMPANY, AS**
**GUC TRUST ADMINISTRATOR, FOR AN ORDER**
**(A) GRANTING AUTHORITY TO LIQUIDATE NEW GM SECURITIES**
**AND USE DIVIDEND CASH FOR THE PURPOSES OF FUNDING**
**ADMINISTRATIVE AND REPORTING FEES, COSTS AND**
**EXPENSES OF THE GUC TRUST AND**
**(B) EXTENDING THE DURATION OF THE GUC TRUST**
**(C) SHARING OF THE MONETARY WEALTH BETWEEN**
**INTELLECTUAL, ADMINISTRATIVE, ENTREPERUNEUR AND**
**GENERAL LABOR CLASSES**

Exhibit - A

# **Exhibit - B**


Security starting at
**$39⁹⁹** a mo.

AT&T
Digital Life®

Learn More

2-yr agmt req'd. Early termination (up to $720), other fees & service restr apply. Pricing subject to change. Limited avail. in select markets. See prici

# 'Historic' storm set to slam Northeast; airlines cancel flights

By Michael Pearson and Catherine E. Shoichet, CNN
Updated 10:38 PM ET, Mon January 26, 2015



Exhibit - B

# **Exhibit - C**

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:        1Z4500450744316309
Service:                UPS 2nd Day Air A.M.®
Weight:                 .70 lb
Shipped/Billed On:      01/26/2015
Delivered On:           01/30/2015 10:13 A.M.
Delivered To:           NEW YORK, NY, US
Signed By:              FRANCOIS
Left At:                Mail Room

*Gibson Dunn & Cruth*

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   02/04/2015 3:58 P.M.  ET

Print This Page                        Close Window

**Gibson, Dunn & Crutcher LLP, attorneys
Wilmington Trust Company as GUC Trust Administrator
200 Park Avenue, 47th Floor,
New York, New York 10166 (Attn: Keith Martorana, Esq.)**

Exhibit - C



UPS: Tracking Infor...

www.apps.ups.com Wr...tracking/detail

Apps ▦ Google ▦ Carlson Gartn... ⊕ Uniflex Quickbo... ▯ Rundowns ▦ Havener Tech P... ⓑ Right On Target... ☞ ADP eZLabotM... ▦ USPS.com® - E... ⓡ Rubber Stamp ~... Leadership/Ow...

**Signed By:**
FRANCOIS

Proof of Delivery ▽

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages

Learn about UPS My Choice® Member

**Continue**

UPS 2nd Day Air
A.M.®

Sign up for UPS My Choice®
Know when
your package
is on the way

## Shipment Progress

| Location | Date | Local Time | Activity |
|---|---|---|---|
| New York, NY, United States | 01/30/2015 | 10:13 A.M. | Delivered |
|  | 01/30/2015 | 2:03 A.M. | Out For Delivery |
| Parsippany, NJ United States | 01/29/2015 | 3:42 P.M. | We've incorrectly sorted the package at our facility. This may cause at least one business day delay. |
|  | 01/29/2015 | 9:56 A.M. | Arrival Scan |
|  | 01/29/2015 | 10:00 P.M. | Recent weather has caused delivery delays. Recovery efforts are under way to deliver your package as soon as possible. / We're working to deliver your package as soon as possible. |
| Livonia, MI, United States | 01/27/2015 | 4:36 A.M. | Departure Scan |
|  | 01/27/2015 | 4:00 A.M. | Severe weather conditions have delayed delivery / We're working to deliver your package as soon as possible |
| Livonia, MI, United States | 01/27/2015 | 12:21 A.M. | Arrival Scan |
| Madison Heights, MI, United States | 01/26/2015 | 11:44 P.M. | Departure Scan |
|  | 01/26/2015 | 9:01 P.M. | Origin Scan |
| United States | 01/25/2015 | 12:12 P.M. | Order Processed: Ready for UPS |

## Additional Information

| | |
|---|---|
| Shipped/Billed On: | 01/26/2015 |
| Type: | Package |
| Weight: | 0.70 lb |

Subscribe to UPS E-mails    Enter email address    Sign Up ▸    View Examples ▷

Contact UPS
About Us More Support

Support
Get Started
Register

Solutions for
Healthcare
Small Business

Other UPS Sites
Select a website

[+] Site Feedback ▷

Exhibit - C

2/4/2015    UPS Tracking Information

 **Proof of Delivery**                        Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4500450745410213 |
| Service: | UPS 2nd Day Air A.M.® |
| Weight: | .50 lb |
| Shipped/Billed On: | 01/26/2015 |
| Delivered On: | 01/30/2015 10:16 A.M. |
| Delivered To: | NEW YORK, NY, US |
| Signed By: | DIXON |
| Left At: | Mail Room |

*Weil, Gotshal & Manges*

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   02/04/2015 4:45 P.M.   ET

Print This Page                        Close Window

Weil, Gotshal & Manges LLP, attorneys
Motors Liquidation Company GUC Trust,
767 Fifth Avenue,
New York, New York 10153

Exhibit - C



Exhibit - C

**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4500450744034971 |
| Service: | UPS 2nd Day Air A.M.® |
| Weight: | .60 lb |
| Shipped/Billed On: | 01/26/2015 |
| Delivered On: | 01/27/2015 10:26 A.M. |
| Delivered To: | DETROIT, MI, US |
| Signed By: | WADE |
| Left At: | Inside Delivery |

*Lawrence S Buonomo*

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 02/04/2015 4:14 P.M. ET

Print This Page          Close Window

General Motors LLC,
400 Renaissance Center,
Detroit, Michigan 48265
(Attn: Lawrence S. Buonomo, Esq.)

Exhibit - C

## **Exhibit - D**

TWEETS
169

FOLLOWING
6

FOLLOWERS
398

+ Follow

**USBC SDNY**
@usbcsdny

U.S. Bankruptcy Court, Southern District
of New York

⚲ New York, NY
⚯ nysb.uscourts.gov
⏲ Joined September 2009

Tweets    Tweets & replies

**USBC SDNY** @usbcsdny · Feb 6
NYSB CM/ECF and PACER unavailable 5:30PM-11:30PM TODAY

↰   ⇄   ★   •••

**USBC SDNY** @usbcsdny · Feb 4
New opinions on website (NYSB) tinyurl.com/jwn9j6a

↰   ⇄   ★   •••

**USBC SDNY** @usbcsdny · Jan 30
New opinions on website (NYSB) tinyurl.com/m9mm2er

↰   ⇄   ★   •••

**USBC SDNY** @usbcsdny · Jan 26
Due to storm, NYSB court will be closed on
Tues, Jan 27, 2015. Matters scheduled for
Tues (Jan 27) AND Wed (Jan 28) have been
adjourned.

↰   ⇄ 3   ★   •••

Exhibit - D

https://twitter.com/usbcsdny                                    2/8/2015