KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :     Case No.: 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*          :
                                                   :
                              Debtors.             :     (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on February 13, 2015, I caused to be served true and correct copies of the:

Notice of Agenda - *Notice Of Matters Scheduled For Hearing On February 17, 2015 At 9:00 A.M. (Eastern Time)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered by e-mail or U.S. mail at the last known addresses as indicated on the annexed service list.

Dated: February 16, 2015
      New York, New York

                                   KING & SPALDING LLP

                                   By: /s/   Scott I. Davidson
                                   Arthur J. Steinberg
                                   Scott Davidson
                                   King & Spalding LLP
                                   1185 Avenue of the Americas
                                   New York, NY 10036
                                   Telephone: (212) 556-2100
                                   Facsimile: (212) 556-2222

                                   *Attorneys for General Motors LLC*

## Service List for February 13, 2015:

**Documents served *via* Email:**

1 - Notice of Agenda - Notice Of Matters Scheduled For Hearing On February 17, 2015 At 9:00 A.M. (Eastern Time).

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
esserman@sbep-law.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
LRubin@gibsondunn.com;
kmartorana@gibsondunn.com;
dgolden@AkinGump.com;
dnewman@akingump.com;
jdiehl@AkinGump.com;
rdalton746@aol.com;
WWeintraub@goodwinprocter.com;
EOHagan@goodwinprocter.com;
ECABRASER@lchb.com;
Steve@hbsslaw.com;
bobh@hmglawfirm.com
tjh@thomasjhenrylaw.com;
gteeter@thomasjhenrylaw.com;
tvenable@thomasjhenrylaw.com;
dcg@girardgibbs.com;
ehg@girardgibbs.com;
ds@girardgibbs.com;
sjordan@jhwclaw.com;
courtecl@edcombs.com;
info@atlawgroup.com;
epm@millerlawpc.com;
mln@millerlawpc.com;
caf@millerlawpc.com;
jmeltzer@ktmc.com;
eciolko@ktmc.com;
pmuhic@ktmc.com;
mgyandoh@ktmc.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;

alevitt@gelaw.com;
jtangren@gelaw.com;
rtellis@baronbudd.com;
mpifko@baronbudd.com;
imiller@baronbudd.com;
lance@thecooperfirm.com;
scott@cooper-firm.com;
cale@conleygriggs.com;
ranse@conleygriggs.com;
dre@conleygriggs.com;
jb@bflawfirm.com;
crobertson@bflawfirm.com;
madicello@dicellolaw.com;
rfdicello@dicellolaw.com;
jsiprut@siprut.com;
npaul@spilmanlaw.com;
spotter@spilmanlaw.com;
natkinson@spilmanlaw.com;
Gbucci@BBJLC.com;
Timbailey@BBJLC.com;
Ljavins@BBJLC.com;
mrobinson@rcrsd.com;
swilson@rcrsd.com;
kcalcagnie@rcrsd.com;
info@PLBSM.com;
JonC@cuneolaw.com;
JGS@chimicles.com;
MDS@chimicles.com;
BFJ@chimicles.com;
JBK@chimicles.com;
bbailey@baileyglasser.com;
esnyder@baileyglasser.com;
dbarrett@barrettlawgroup.com;
dee.miles@beasleyallen.com;
rlm@lhlaw.net;
wml@lanierlawfirm.com;
ere@lanierlawfirm.com;

rgreenwald@weitzlux.com;
jbilsborrow@weitzlux.com;
gregorek@whafh.com;
manifold@whafh.com;
rickert@whafh.com;
livesay@whafh.com;
nespole@whafh.com;
schmidt@whafh.com;
brown@whafh.com;
Michael@wageandhourlaw.com;
aarin@wageandhourlaw.com;
ric@ricjoneslegal.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
dlichter@hlglawyers.com;
mhiger@hlglawyers.com;
mseltzer@susmangodfrey.com;
ssklaver@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
BGonzales@ColoradoWageLaw.com;
gwiggins@wcqp.com;
rchilds@wcqp.com;
rcalamusa@wcqp.com;
kjent@wcqp.com;
Charles.Zimmerman@zimmreed.com;
Hart.Robinovitch@zimmreed.com;
Brad.Buhrow@zimmreed.com;
llevy@wolfpopper.com;
mraphael@wolfpopper.com;
rplosky@wolfpopper.com;
patc@rgrdlaw.com;
jreise@rgrdlaw.com;
sdavidson@rgrdlaw.com;
cobrien@rgrdlaw.com;
mdearman@rgrdlaw.com;
jjohnson@rgrdlaw.com;
matt@williamsdirks.com;
dirks@williamsdirks.com;
dnast@nastlaw.com;
dgallucci@nastlaw.com;

jmatusko@nastlaw.com;
jcotchett@cpmlegal.com;
fpitre@cpmlegal.com;
pgregory@cpmlegal.com;
ahamilton@cpmlegal.com;
fdamrell@cpmlegal.com;
hartley@stuevesiegel.com;
lindner@stuevesiegel.com;
stueve@stuevesiegel.com;
hilton@stuevesiegel.com;
wilders@stuevesiegel.com;
ddowning@grgpc.com;
lking@kaplanfox.com;
lfong@kaplanfox.com;
jfarar@kaplanfox.com;
jmichaels@michaelslawgroup.com;
kharvey@michaelslawgroup.com;
kparviz@michaelslawgroup.com;
JPrice@dlplaw.com;
Ptoven@dlplaw.com;
sparis@smbb.com;
phoward@smbb.com;
ckocher@smbb.com;
mdonovan@donovanaxler.com;
yateslaw3@gmail.com;
yateslaw@aol.com;
dean@paynemitchell.com;
max@paynemitchell.com;
jsx@searcylaw.com;
mep@searcylaw.com;
ssavett@bm.net;
scarson@bm.net;
mfantini@bm.net;
elechtzin@bm.net;
jbroaddus@weitzlux.com;
rkshelquist@locklaw.com;
stewart@erlegal.com;
alex2@erlegal.com;
francisflynn@gmail.com;
tyiatras@careydanis.com;
bterrell@tmdwlaw.com;
rahdoot@ahdootwolfson.com;
twolfson@ahdootwolfson.com;
tmaya@ahdootwolfson.com;

bking@ahdootwolfson.com;
dbecnel@becnellaw.com;
mmoreland@becnellaw.com;
schristina@becnellaw.com;
todd@gorijulianlaw.com;
randy@gorijulianlaw.com;
jmaguire@gorijulianlaw.com;
jward@wardwilsonlaw.com;
ilevin@cohenandmalad.com;
rshevitz@cohenandmalad.com;
vmiller@cohenandmalad.com;
ltoops@cohenandmalad.com;
jconroy@hanlyconroy.com;
jflowers@motleyrice.com;
mkoberna@sonkinkoberna.com;
barrios@bkc-law.com;
bkingsdorf@bkc-law.com;
zwool@bkc-law.com;
morrisbart@morrisbart.com;
malvarez@morrisbart.com;
gtravalio@isaacwiles.com;
mtroutman@isaacwiles.com;
jshub@seegerweiss.com;
andres@awllaw.com;
ed@edwhitelaw.com;
jack@lgmlegal.com;
drew@lgmlegal.com;
stephen.karotkin@weil.com;
harvey.miller@weil.com;
Joseph.Smolinsky@weil.com;
hst@kttlaw.com;
amm@kttlaw.com;
tr@kttlaw.com;
tjl@kttlaw.com;
rn@kttlaw.com;
mdobrinsky@fdlaw.net;
apodhurst@podhurst.com;
pprieto@podhurst.com;
jgravante@podhurst.com;
mweinshall@podhurst.com;
malexander@maryalexanderlaw.com;
jfiore@maryalexanderlaw.com;
mac@caddellchapman.com;
csf@caddellchapman.com;
rac@cliffordlaw.com;
smm@cliffordlaw.com;
ksr@cliffordlaw.com;
gpatrick@murphymurphyllc.com;
trisha@murphymurphyllc.com;
schmidt@whafh.com;
brown@whafh.com;
jasper@jonesward.com;
tgreene@greenellp.com;
matabb@greenellp.com;
mlk@kirtlandpackard.com;
bvp@kirtlandpackard.com;
hmb@kirtlandpackard.com;
michelle@toledolaw.com;
jmarkey@cohenmilstein.com;
gazorsky@cohenmilstein.com;
afriedman@cohenmilstein.com;
kpierson@cohenmilstein.com;
tleopold@cohenmilstein.com;
dmartin@cohenmilstein.com;
mike@colson.com;
Curt@colson.com;
kmitchell@hoglaw.com;
gblankinship@fbfglaw.com;
tgarber@fbfglaw.com;
Jeff@blockesq.com;
Jason@blockesq.com;
Joel@blockesq.com;
mgreaves@tcllaw.com;
bcebulash@tcllaw.com;
klandau@tcllaw.com;
dgustafson@gustafsongluek.com;
jkilene@gustafsongluek.com;
spayne@gustafsongluek.com;
dbu@grossmanroth.com;
sem@grossmanroth.com;
bvb@grossmanroth.com;
notifications@oliverlg.com;
aashish@desai-law.com;
adrianne@desai-law.com;
matoups@wgttlaw.com;
greg@gevanslaw.com;
jdugan@dugan-lawfirm.com;
jwhatley@whatleykallas.com;

mrott@hrollp.com;
eoverholt@hrollp.com;
ezebersky@zpllp.com;
dslade@cbplaw.com;
rpulliam@cbplaw.com;
acarney@cbplaw.com;
hbates@cbplaw.com;
MGray@grayandwhitelaw.com;
MWhite@grayandwhitelaw.com;
arivero@riveromestre.com;
jmestre@riveromestre.com;
ajoseph@fuerstlaw.com;
alamb@archielamb.com;
jrclim@climacolaw.com;
sdsimp@climacolaw.com;
sonia@desai-law.com;
jfiore@maryalexanderlaw.com;
cjimenez@maryalexanderlaw.com;
jwilliams@maryalexanderlaw.com;
mmiller@maryalexanderlaw.com;
beachlawyer51@hotmail.com;
dfolia@rcrlaw.net;
peller@law.georgetown.edu;
Daniel@taloslaw.com;
david@loevy.com;
brent.hazzard@hazzardlaw.net
dboies@bsfllp.com;
wisaacson@bsfllp.com;
szack@bsfllp.com;
jthompson@sommerspc.com;
lyoung@sommerspc.com;
dgoogasian@googasian.com;
jrr@rhinelawfirm.com;
jsm@rhinelawfirm.com;
rquinn@flgllp.com;
g.blanchfield@rwblawfirm.com;
drosenthal@simmonsfirm.com;
jconroy@simmonsfirm.com;
phanly@simmonsfirm.com;
abierstein@simmonsfirm.com;
mbreit@simmonsfirm.com;
jrice@motleyrice.com;
jflowers@motleyrice.com;
dMigliori@motleyrice.com;

astraus@motleyrice.com;
pmougey@levinlaw.com;
pamelag@cuneolaw.com;
jonc@cuneolaw.com;
rshahian@slpattorney.com;
jvalero@slpattorney.com;
jthompson@sommerspc.com;
lyoung@sommerspc.com;
jrk@classactionlaw.com;
mlk@classactionlaw.com;
trk@classactionlaw.com;
susan@aikenandscoptur.com;
vince@aikenandscoptur.com;
Joe.D'Agostino@da.ocgov.com;
adam@alexanderfirm.com;
alalersjr@att.net;
mac@caddellchapman.com;
csf@caddellchapman.com;
cbc@caddellchapman.com;
peller@law.georgetown.edu;
brad.keogh@azag.gov;
dana.vogel@azag.gov;
leonard@hbsslaw.com;
rachelf@hbsslaw.com;
sean@hbsslaw.com;
mike@colson.com;
curt@colson.com;
rob@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
kmitchell@hoglaw.com;
mrobinson@rcrsd.com;
kcalcagnie@rcrsd.com;
swilson@rcrsd.com;
rjaxelrod@axelroddean.com;
jddean@axelroddean.com;
stuart@paynterlawfirm.com;
afriedman@bffb.com;
psyverson@bffb.com;
khanger@bffb.com;
jon@bhfloridalaw.com;
charlesl@cuneolaw.com;
wanderson@cuneolaw.com;
peller@law.georgetown.edu;

josh@thejdfirm.com;
bwyly@wylycooklaw.com;
kcook@wylycooklaw.com;
rgaltney@galtney.com;
ddefeo@defeolaw.com;
stevenstolze@yahoo.com;
rgp@rgplaw.com;
rtknykendall@yahoo.com;
Craig@hibornlaw.com;
rob.bastress@dbdlawfirm.com;
tjh@tjhlaw.com;
cfitzgerald@tjhlaw.com;
rudyg@hmglawfirm.com;
catherine@hmglawfirm.com;
marion@hmglawfirm.com;

peller@law.georgetown.edu;
lcoben@anapolschwartz.com;
rriley@anapolschwartz.com;
KJMeservice@dwklaw.com
Kmckenna@dwklaw.com;
jdugan@dugan-lawfirm.com;
matoups@wgttlaw.com;
Greg@gevanslaw.com;
akmartin@lchb.com;
ecabraser@lchb.com;
twalburg@lchb.com;
pgnguyen@lchb.com;
kbudner@lchb.com;

## Service List for February 13, 2015:

**Documents served *via* U.S. Mail:**

1 - Notice of Agenda - Notice Of Matters Scheduled For Hearing On February 17, 2015 At 9:00 A.M. (Eastern Time).

| | |
|---|---|
| Paul O. Paradis<br>PARADIS LAW GROUP, PLLC<br>570 Seventh Avenue, 20th Floor<br>New York, New York 10018 | Kassem M. Dakhlallah<br>AT LAW GROUP PLLC<br>1 Parklane Blvd, Ste 100<br>Dearborn, Michigan 48126 |
| Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>120 S. LaSalle Street, Suite 1800<br>Chicago, Illinois 60603 | Major A. Langer<br>PERONA, LANGER, BECK, SERBIN & MENDOZA<br>300 E. San Antonio Drive<br>Long Beach, California 90807-0948 |
| James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 | Robert A. Buccola, Esq.<br>Steven M. Campora, Esq.<br>Jason J. Sigel, Esq.<br>DREYER BABICH BUCCOLA WOOD CAMPORA, LLP<br>20 Bicentennial Circle<br>Sacramento, California 95826 |
| Lance A. Harke<br>Howard Bushman<br>HARKE CLASBY & BUSHMAN LLP<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138 | David J. Gorberg<br>DAVID J. GORBERG & ASSOCIATES, P.C.<br>32 Parking Plaza, Suite 700<br>Ardmore, PA 19003 |
| Lacy Wright Jr.<br>Attorney At Law<br>Po Box 800<br>Welch, West Virginia 24801-0800 | Ronald J. Miciotto<br>Mary T. Amari<br>628 Stoner Avenue<br>Shreveport, Louisiana 71101 |
| Steven Stolze<br>HOLLAND GROVES SCHNELLER AND STOLZE<br>300 North Tucker, Suite 801<br>St. Louis, Missouri 63101 | Frederick Knykendall, III<br>23937 US Highway 98, Suite 3<br>Fairhope, Alabama 36532 |

| | |
|---|---|
| Craig Hiborn<br>999 Haynes St, Suite 205<br>Birmingham, MI 48009 | Rudolph E. DiTrapano<br>Robert M. Bastress III<br>DiTRAPANO, BARRETT, DiPIERO,<br>McGINLEY & SIMMONS, PLLC<br>604 Virginia Street, East<br>Charleston, West Virginia 25301 |
| Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>475 Washington Blvd.<br>Venice Beach, California 90292 | Stephen Yagman<br>475 Washington Blvd.<br>Venice Beach, California 90292 |
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014 | |