# TEXAS PEACE OFFICER'S ACCIDENT REPORT ST-3 (Eff. 09/01/2001)

MAIL TO: ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0350

**PLACE WHERE ACCIDENT OCCURRED**
- COUNTY: Galveston
- CITY OR TOWN: Texas City
- LOC. NO.: 05-10172

**ROAD ON WHICH ACCIDENT OCCURRED**: 4600 IH45 North — CONST. ZONE: NO — SPEED LIMIT: 65

**NOT AT INTERSECTION**: 3/4 MI. W of Holland Road

**DATE OF ACCIDENT**: October 18, 2005 — **DAY OF WEEK**: Tuesday — **HOUR**: 8:52 A.M.

## UNIT NO. 1 - MOTOR VEHICLE
- VEH IDENT NO: 1G1ND52F34M598780
- YEAR MODEL: 2004
- COLOR & MAKE: Silver Chevrolet
- MODEL NAME: Malibu Classic
- BODY STYLE: 4 Door
- LICENSE PLATE: 06 TX Z59WMP
- DRIVER'S NAME: Powledge, Adam Wayne
- ADDRESS: 2027 Fairfield Ct. South, League City, Tx 77573
- PHONE: 281-557-0559
- DRIVER'S LICENSE: TX 19502651 C
- DOB: 10/04/1966
- RACE: W  SEX: M
- SPECIMEN TAKEN: 4 (None)
- PEACE OFFICER, EMS DRIVER, FIRE FIGHTER ON EMERGENCY?: NO
- OWNER: Same As Driver
- LIABILITY INSURANCE: NO
- VEHICLE DAMAGE RATING: FD-7

## UNIT NO. 2
(Blank - crossed out)

**DAMAGE TO PROPERTY OTHER THAN VEHICLES**:
- OBJECT: Traffic sign support beam
- OWNER: Texas Dept. Of Transportaion
- FEET FROM CURB: 13
- DAMAGE ESTIMATE: Unknown

| Condition | Code | Options |
|---|---|---|
| LIGHT CONDITION | 1 | 1-DAYLIGHT, 2-DAWN, 3-DARK-NOT LIGHTED, 4-DARK-LIGHTED, 5-DUSK |
| WEATHER | 1 | 1-CLEAR/CLOUDY, 2-RAINING, 3-SNOWING, 4-FOG, 5-BLOWING DUST, 6-SMOKE, 7-SLEETING, 8-HIGH WINDS, 9-OTHER |
| SURFACE CONDITION | 1 | 1-DRY, 2-WET, 3-MUDDY, 4-SNOWY/ICY, 5-OTHER |
| TYPE ROAD SURFACE | 6 Grass | 1-BLACKTOP, 2-CONCRETE, 3-GRAVEL, 4-SHELL, 5-DIRT, 6-OTHER |

**DESCRIBE ROAD CONDITIONS (INVESTIGATOR'S OPINION)**: Unit #1 left the main cement road and drove in the grass median

**IN YOUR OPINION, DID THIS ACCIDENT RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY?** YES

**CHARGES FILED**:
- NAME: None  CHARGE:
- NAME: None  CHARGE:

**TIME NOTIFIED OF ACCIDENT**: 10-18-05 8:52am — HOW: Radio Dispatched
**TIME ARRIVED AT SCENE OF ACCIDENT**: 10-18-05 8:57am
**INVESTIGATOR**: Corporal C. Rich
**DATE REPORT MADE**: 10-18-05
**IS REPORT COMPLETE**: YES
**SIGNATURE**: C. Rich
**ID NO.**: 018
**DEPARTMENT**: Texas City PD
**DIST./AREA**: 5

**Witness #1**: Linda Paige Gilman — 820 - 26th Street, San Diego, Ca 92102 — 619-235-8937 or 619-807-2241
**Witness #2**: Rick Accuso — Same as witness #1 — Same as above

| SOLICITATION (SOL) | EJECTED | CODE FOR TYPE RESTRAINT USED | AIR BAG CODE | HELMET CODE | CODE FOR INJURY SEVERITY | ALCOHOL/DRUG ANALYSIS (COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE) |
|---|---|---|---|---|---|---|
| INDICATES PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSON'S SEEKING PROFESSIONAL EMPLOYMENT AS/FOR AN ATTORNEY, CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY. Y-O.K. TO SOLICIT   N-NO SOLICITATION | A - NOT APPLICABLE Y - YES N - NO P - PARTIALLY U - UNKNOWN | A - SEATBELT & SHOULDER STRAP B - SEATBELT & NO SHOULDER STRAP C - CHILD RESTRAINT E - SHOULDER STRAP ONLY N - NONE | Y - DEPLOYED N - NO DEPLOYMENT U - UNKNOWN IF DEPLOYED | 1 - WORN-DAMAGED 2 - WORN-NOT DAMAGED 3 - WORN-UNK IF DAMAGED 4 - NOT WORN 9 - UNK IF WORN | K - KILLED A - INCAPACITATING INJURY B - NON INCAPACITATING C - POSSIBLE INJURY N - NOT INJURED | 1 - BREATH 2 - BLOOD 3 - OTHER 4 - NONE 5 - REFUSED |

UNIT NO. 1   DAMAGE RATING: FD-7   TOWED DUE TO DAMAGE: ☒ YES ☐ NO   VEHICLE REMOVED TO: Best Wrecker - Texas City, Tx   BY: Their wrecker

| Item No. | OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DRIVER | SEE FRONT |  | N | Y | ? | U | 4 | 38 | M | K |
| 2 | FR | Melton, Jacob | Same As Driver | N | N | ? | U | 4 | 12 | M | K |
| 3 | BR | Powledge, Christian | Same As Driver | N | N | ? | N | 4 | 10 | M | K |
| 4 | BM | Powledge, Rachel | Same As Driver | N | N | ? | N | 4 | 7 | F | K |
| 5 | BL | Powledge, Isaac | Same As Driver | N | N | ? | N | 4 | 6 | M | K |

UNIT NO. 2 (COMPLETE ONLY IF UNIT NO. 2 WAS A MOTOR VEHICLE)   DAMAGE RATING: ___   TOWED DUE TO DAMAGE: ☐ YES ☐ NO   VEHICLE REMOVED TO: ___   BY: ___

| Item No. | OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DRIVER | SEE FRONT |  |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |  |  |

COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE

| PEDESTRIAN, PEDACYCLIST ETC. | CASUALTY NAME (LAST NAME FIRST) | CASUALTY ADDRESS (STREET, CITY STATE, ZIP) | SOL | TYPE SPECIMEN TAKEN | RESULT | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

DISPOSITION OF KILLED AND INJURED

| ITEM NUMBERS | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | NO. ATTENDANTS INC. DRIVER |
|---|---|---|---|---|---|
| 1-5 | Galveston County Medial Examiner | Transport Service |  |  |  |

COMPLETE THIS SECTION IF PERSON KILLED

| ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|
| 1-5 | 10-18-05 | 8:52am |  |  |  |  |  |  |

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH SHEETS IF NECESSARY)

Unit #1 had struck another unit while soutbound damaging the other units passanger side rearview mirror while on the freeway. TCPD case #05-10165. Unit #1 then drove onto the grass median between the main lanes of the freeway and the two lane feeder road. Unit #1 drove 1,419 feet in the grass median from the time it left the main lanes of the freeway until it struck a steel support beam for a traffic direction sign owned by the Texas Department Of Transportation.
The vehicle split in half and caught fire killing all of the occupants.
It's unknown why the driver drove in the median for such a long time.

Diagram: ☒ One Way   ☐ Two Way   ☐ Divided

See Attached Diagram

FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION

| FACTORS/CONDITIONS CONTRIBUTING | | | | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | | | TRAFFIC CONTROL | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 |  | 1 | 2 | 0-NO CONTROL OR INOPERATIVE  5-TURN MARKS  10-NO PASSING ZONE | | 9 |
| UNIT 1 | 22 | 23 |  | UNIT 1 |  |  | 1-OFFICER OR FLAGMAN  6-WARNING SIGN  11-OTHER CONTROL | | |
|  | 1 | 2 | 3 |  | 1 | 2 | 2-STOP AND GO SIGNAL  7-RR GATES OR SIGNALS | | |
| UNIT 2 |  |  |  | UNIT 2 |  |  | 3-STOP SIGN  8-YIELD SIGN  4-FLASHING RED LIGHT  9-CENTER STRIPE OR DIVIDER | | |

1. ANIMAL ON ROAD – DOMESTIC
2. ANIMAL ON ROAD – WILD
3. BACKED WITHOUT SAFETY
4. CHANGED LANE WHEN UNSAFE
5. DEFECTIVE OR NO HEADLAMPS
6. DEFECTIVE OR NO STOP LAMPS
7. DEFECTIVE OR NO TAIL LAMPS
8. DEFECTIVE OR NO TURN SIGNAL LAMPS
9. DEFECTIVE OR NO TRAILER BRAKES
10. DEFECTIVE OR NO VEHICLE BRAKES
11. DEFECTIVE STEERING MECHANISM
12. DEFECTIVE OR SLICK TIRES
13. DEFECTIVE TRAILER HITCH
14. DISABLED IN TRAFFIC LANE
15. DISREGARD STOP AND GO SIGNAL
16. DISREGARD STOP SIGN OR LIGHT
17. DISREGARD TURN MARKS AT INTERSECTION
18. DISREGARD WARNING SIGN AT CONSTRUCTION
19. DISTRACTION IN VEHICLE
20. DRIVER INATTENTION
21. DROVE WITHOUT HEADLIGHTS
22. FAILED TO CONTROL SPEED
23. FAILED TO DRIVE IN SINGLE LANE
24. FAILED TO GIVE HALF OF ROADWAY
25. FAILED TO HEED WARNING SIGN
26. FAILED TO PASS TO LEFT SAFELY
27. FAILED TO PASS TO RIGHT SAFELY
28. FAILED TO SIGNAL OR GAVE WRONG SIGNAL
29. FAILED TO STOP AT PROPER PLACE
30. FAILED TO STOP FOR SCHOOL BUS
31. FAILED TO STOP FOR TRAIN
32. FAILED TO YIELD ROW – EMERGENCY VEHICLE
33. FAILED TO YIELD ROW – OPEN INTERSECTION
34. FAILED TO YIELD ROW – PRIVATE DRIVE
35. FAILED TO YIELD ROW – STOP SIGN
36. FAILED TO YIELD ROW – TO PEDESTRIAN
37. FAILED TO YIELD ROW – TURNING LEFT
38. FAILED TO YIELD ROW – TURN ON RED
39. FAILED TO YIELD ROW – YIELD SIGN
40. FATIGUED OR ASLEEP
41. FAULTY EVASIVE ACTION
42. FIRE IN VEHICLE
43. FLEEING OR EVADING POLICE
44. FOLLOWED TOO CLOSELY
45. HAD BEEN DRINKING
46. HANDICAPPED DRIVER (EXPLAIN IN NARRATIVE)
47. ILL (EXPLAIN IN NARRATIVE)
48. IMPAIRED VISIBILITY (EXPLAIN IN NARRATIVE)
49. IMPROPER START FROM PARKED POSITION
50. LOAD NOT SECURED
51. OPENED DOOR INTO TRAFFIC LANE
52. OVERSIZE VEHICLE OR LOAD
53. OVERTAKE AND PASS INSUFFICIENT CLEARANCE
54. PARKED AND FAILED TO SET BRAKES
55. PARKED IN TRAFFIC LANE
56. PARKED WITHOUT LIGHTS
57. PASSED IN NO PASSING LANE
58. PASSED ON RIGHT SHOULDER
59. PEDESTRIAN FAILED TO YIELD ROW TO VEHICLE
60. SPEEDING – UNSAFE (UNDER LIMIT)
61. SPEEDING – OVER LIMIT
62. TAKING MEDICATION (EXPLAIN IN NARRATIVE)
63. TURNED IMPROPERLY – CUT CORNER ON LEFT
64. TURNED IMPROPERLY – WIDE RIGHT
65. TURNED IMPROPERLY – WRONG LANE
66. TURNED WHEN UNSAFE
67. UNDER INFLUENCE – ALCOHOL
68. UNDER INFLUENCE – DRUG
69. WRONG SIDE – APPROACH OR IN INTERSECTION
70. WRONG SIDE – NOT PASSING
71. WRONG WAY – ONE WAY ROAD
72. DRIVER INATTENTION – (CELL / MOBILE PHONE USE)
73. ROAD RAGE
74. OTHER FACTOR (WRITE ON LINE BELOW)

Witness # 3   NAME: Randy Klibert   ADDRESS: 1911 canyon creek Ct., League City, Tx 77581   PHONE / OTHER: 409-939-4717 or 409-744-1769
Witness #

# TEXAS PEACE OFFICER'S ACCIDENT REPORT    ST-3  (Eff. 1/1/96)

MAIL TO: ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0001

**PLACE WHERE ACCIDENT OCCURED**

- COUNTY: Galveston
- CITY OR TOWN: Texas City
- IF ACCIDENT WAS OUTSIDE CITY LIMITS, INDICATE DISTANCE FROM NEAREST TOWN: ___ MILES  NORTH S E W OF ___
- LOC. NO: 05-10172

- ROAD ON WHICH ACCIDENT OCCURRED: 5600 BLOCK — IH 45
  - CONSTR. ZONE: NO
  - SPEED LIMIT: 65
- INTERSECTING OR RR XING NUMBER: ___
  - CONSTR. ZONE: NO
  - SPEED LIMIT: ___
- NOT AT INTERSECTION: 3/4 MI. N S E W OF HOLLAND ROAD

- DATE OF ACCIDENT: 10-18-2005
- DAY OF WEEK: TUESDAY
- HOUR: 8:52 A.M.

**Diagram (NOT DRAWN TO SCALE):**
- Labels: Guard Rail, Steel Support Beam, 585 FT., Traffic Reflector, Electrical Box, Traffic Information Sign, Guardrail, 1,419 FT., Cement Wall, Shoulder, 13', 13', 12', 11', 10', Grass Median, 39', 12', 11', Feeder

- TIME NOTIFIED OF ACCIDENT: 10-18-05  8:53 AM
- HOW: Radio Dispatched
- TIME ARRIVED AT SCENE OF ACCIDENT: 10-18-05  8:57 AM
- TYPED OR PRINTED NAME OF INVESTIGATOR: C. Rich
- SIGNATURE OF INVESTIGATOR: C. Rich
- DATE REPORT MADE: 10-18-05
- ID NO: 018
- DEPARTMENT: Texas City Police
- IS REPORT COMPLETE: NO

# TEXAS PEACE OFFICER'S ACCIDENT REPORT ST-3 (Eff. 09/01/2001)

MAIL TO: ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0350

**PLACE WHERE ACCIDENT OCCURRED**
- COUNTY: Galveston
- CITY OR TOWN: Texas City
- LOC. NO.: 05-10165

**ROAD ON WHICH ACCIDENT OCCURRED:** 5600 BLOCK, IH 45 North
- CONST. ZONE: NO
- SPEED LIMIT: 65

**NOT AT INTERSECTION:** 1/4 MI. W of Holland Road

**DATE OF ACCIDENT:** October 18, 2005
**DAY OF WEEK:** Tuesday
**HOUR:** 8:52 A.M.

## UNIT NO. 1 - MOTOR VEHICLE
- VEH IDENT NO: 1G1ND52F34M598780
- YEAR MODEL: 2004
- COLOR & MAKE: Silver Chevrolet
- MODEL NAME: Malibu Classic
- BODY STYLE: 4 Door
- LICENSE PLATE: 06 Tx Z59WMP
- DRIVER'S NAME: Powledge, Adam Wayne
- ADDRESS: 2027 Fairfield St. South, League City, Tx 77573
- PHONE: 281-557-0559
- DRIVER'S LICENSE: Tx 19502651 C
- DOB: 10/04/1966
- RACE: M
- SPECIMEN TAKEN: (blank)
- PEACE OFFICER/EMS/EMERGENCY: NO
- OWNER: Same As Driver
- LIABILITY INSURANCE: NO
- VEHICLE DAMAGE RATING: LD-1

## UNIT NO. 2 - MOTOR VEHICLE
- VEH IDENT NO: 1G1ZT52855F272264
- YEAR MODEL: 2005
- COLOR & MAKE: Green Chevrolet
- MODEL NAME: Malibu
- BODY STYLE: 4 Door
- LICENSE PLATE: 06 Tx 788CYK
- DRIVER'S NAME: Gilman, Linda Paige
- ADDRESS: 820 - 26th Street, San Deigo, Ca. 92102
- PHONE: 619-807-2241
- DRIVER'S LICENSE: Ca N2390464C C
- DOB: 08/15/1948
- RACE: W
- SEX: F
- OCCUPATION: Retired
- SPECIMEN TAKEN: 4 (None)
- ALCOHOL/DRUG ANALYSIS RESULT: N/A
- PEACE OFFICER/EMS/EMERGENCY: NO
- OWNER: Rosedale Dodge Hyundai, 500 Ford Road, Minneapolis, Mn. 55426
- LIABILITY INSURANCE: YES — Wawaensa Ins. # FA9256066
- VEHICLE DAMAGE RATING: RD-1

**DAMAGE TO PROPERTY OTHER THAN VEHICLES:** None

| Condition | Value | | |
|---|---|---|---|
| LIGHT CONDITION | 1 (Daylight) | | |
| WEATHER | 1 (Clear/Cloudy) | | |
| SURFACE CONDITION | 1 (Dry) | | |
| TYPE ROAD SURFACE | 2 (Concrete) | | |

**DESCRIBE ROAD CONDITIONS (INVESTIGATOR'S OPINION):** Normal

**IN YOUR OPINION, DID THIS ACCIDENT RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY?** NO

**CHARGES FILED:**
- NAME: None — CHARGE: (none)
- NAME: None — CHARGE: (none)

**TIME NOTIFIED OF ACCIDENT:** 10-18-05 8:52am
**HOW:** Radio Dispatched
**TIME ARRIVED AT SCENE:** 10-18-05 8:56am
**INVESTIGATOR:** Corporal C. Rich
**DATE REPORT MADE:** 10-18-05
**IS REPORT COMPLETE:** YES
**SIGNATURE:** C. Rich
**ID NO.:** 018
**DEPARTMENT:** Texas City PD
**DIST./AREA:** 5

**Witness # 1:** Randy Klibert, 1911 Canyon Creek Ct., Pearland, Texas 77581
**PHONE:** 409-939-4717 or 409-744-1769

| SOLICITATION (SOL) | EJECTED | CODE FOR TYPE RESTRAINT USED | AIR BAG CODE | HELMET CODE | CODE FOR INJURY SEVERITY | ALCOHOL/DRUG ANALYSIS (COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE) |
|---|---|---|---|---|---|---|
| INDICATES PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSON'S SEEKING PROFESSIONAL EMPLOYMENT AS/FOR AN ATTORNEY, CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY. Y-O.K. TO SOLICIT   N-NO SOLICITATION | A - NOT APPLICABLE<br>Y - YES<br>N - NO<br>P - PARTIALLY<br>U - UNKNOWN | A - SEATBELT & SHOULDER STRAP<br>B - SEATBELT & NO SHOULDER STRAP<br>C - CHILD RESTRAINT<br>E - SHOULDER STRAP ONLY<br>N - NONE | Y - DEPLOYED<br>N - NO DEPLOYMENT<br>U - UNKNOWN IF DEPLOYED | 1 - WORN-DAMAGED<br>2 - WORN-NOT DAMAGED<br>3 - WORN-UNK IF DAMAGED<br>4 - NOT WORN<br>9 - UNK IF WORN | K - KILLED<br>A - INCAPACITATING INJURY<br>B - NON INCAPACITATING<br>C - POSSIBLE INJURY<br>N - NOT INJURED | 1 - BREATH<br>2 - BLOOD<br>3 - OTHER<br>4 - NONE<br>5 - REFUSED |

UNIT NO. 1  DAMAGE RATING: LD-1   TOWED DUE TO DAMAGE: ☒ YES ☐ NO   VEHICLE REMOVED TO: Best Wrecker - Texas City, Tx   BY: Their Wrecker

| Item No. | OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DRIVER | SEE FRONT | | N | N | ? | N | 4 | 38 | M | N |
| 2 | FR | Melton, Jacob | Same As Driver | N | N | ? | N | 4 | 12 | M | N |
| 3 | BR | Powledge, Christian | Same As Driver | N | N | ? | N | 4 | 10 | M | N |
| 4 | BM | Powledge, Rachel | Same As Driver | N | N | ? | N | 4 | 7 | F | N |
| 5 | BL | Powledge, Isaac | Same As Driver | N | N | ? | N | 4 | 6 | M | N |

UNIT NO. 2 (COMPLETE ONLY IF UNIT NO. 2 WAS A MOTOR VEHICLE)  DAMAGE RATING: LD-1   TOWED DUE TO DAMAGE: ☐ YES ☒ NO   VEHICLE REMOVED TO: Driveable   BY:

| Item No. | OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DRIVER | SEE FRONT | | N | N | A | N | 4 | 57 | F | N |
| 7 | FR | Accurso, Rick | Same As Driver | N | N | A | N | 4 | 59 | M | N |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE

| PEDESTRIAN, PEDACYCLIST ETC. | CASUALTY NAME (LAST NAME FIRST) | CASUALTY ADDRESS (STREET, CITY STATE, ZIP) | SOL | TYPE SPECIMEN TAKEN | RESULT | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |
| N/A | | | | | | | | | |

DISPOSITION OF KILLED AND INJURED

| ITEM NUMBERS | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | NO. ATTENDANTS INC. DRIVER |
|---|---|---|---|---|---|
| N/A | | | | | |
| N/A | | | | | |

COMPLETE THIS SECTION IF PERSON KILLED

| ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | |

**INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH SHEETS IF NECESSARY)**

Unit #1 and #2 were South bound on IH45. Unit #2 was in the outside lane. At this time no witness's can confirm where unit #1 had come from before impact with unit #2.

It's possible that unit #1 was on the on ramp to enter the freeway from the feeder road and struck unit #2 or unit #1 was traveling on the emergency shoulder and struck unit #2.

After impact, unit #1 traveled down the grass median for approx. 1/4 mile and struck a steel support beam used to hold up a traffic sign. Unit #1 then caught fire and killed 5 occupants.

Diagram: ☒ One Way  ☐ Two Way  ☐ Divided

See Attached Diagram

**FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION**

FACTORS/CONDITIONS CONTRIBUTING

| | 1 | 2 | 3 |
|---|---|---|---|
| UNIT 1 | 4 | 22 | |
| UNIT 2 | | | |

OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED

| | 1 | 2 | 3 |
|---|---|---|---|
| UNIT 1 | | | |
| UNIT 2 | | | |

TRAFFIC CONTROL
0-NO CONTROL OR INOPERATIVE    5-TURN MARKS    10-NO PASSING ZONE
1-OFFICER OR FLAGMAN    6-WARNING SIGN    11-OTHER CONTROL
2-STOP AND GO SIGNAL    7-RR GATES OR SIGNALS
3-STOP SIGN    8-YIELD SIGN
4-FLASHING RED LIGHT    9-CENTER STRIPE OR DIVIDER

**9**

1. ANIMAL ON ROAD – DOMESTIC
2. ANIMAL ON ROAD – WILD
3. BACKED WITHOUT SAFETY
4. CHANGED LANE WHEN UNSAFE
5. DEFECTIVE OR NO HEADLAMPS
6. DEFECTIVE OR NO STOP LAMPS
7. DEFECTIVE OR NO TAIL LAMPS
8. DEFECTIVE OR NO TURN SIGNAL LAMPS
9. DEFECTIVE OR NO TRAILER BRAKES
10. DEFECTIVE OR NO VEHICLE BRAKES
11. DEFECTIVE STEERING MECHANISM
12. DEFECTIVE OR SLICK TIRES
13. DEFECTIVE TRAILER HITCH
14. DISABLED IN TRAFFIC LANE
15. DISREGARD STOP AND GO SIGNAL
16. DISREGARD STOP SIGN OR LIGHT
17. DISREGARD TURN MARKS AT INTERSECTION
18. DISREGARD WARNING SIGN AT CONSTRUCTION
19. DISTRACTION IN VEHICLE
20. DRIVER INATTENTION
21. DROVE WITHOUT HEADLIGHTS
22. FAILED TO CONTROL SPEED
23. FAILED TO DRIVE IN SINGLE LANE
24. FAILED TO GIVE HALF OF ROADWAY
25. FAILED TO HEED WARNING SIGN
26. FAILED TO PASS TO LEFT SAFELY
27. FAILED TO PASS TO RIGHT SAFELY
28. FAILED TO SIGNAL OR GAVE WRONG SIGNAL
29. FAILED TO STOP AT PROPER PLACE
30. FAILED TO STOP FOR SCHOOL BUS
31. FAILED TO STOP FOR TRAIN
32. FAILED TO YIELD ROW – EMERGENCY VEHICLE
33. FAILED TO YIELD ROW – OPEN INTERSECTION
34. FAILED TO YIELD ROW – PRIVATE DRIVE
35. FAILED TO YIELD ROW – STOP SIGN
36. FAILED TO YIELD ROW – TO PEDESTRIAN
37. FAILED TO YIELD ROW – TURNING LEFT
38. FAILED TO YIELD ROW – TURN ON RED
39. FAILED TO YIELD ROW – YIELD SIGN
40. FATIGUED OR ASLEEP
41. FAULTY EVASIVE ACTION
42. FIRE IN VEHICLE
43. FLEEING OR EVADING POLICE
44. FOLLOWED TOO CLOSELY
45. HAD BEEN DRINKING
46. HANDICAPPED DRIVER (EXPLAIN IN NARRATIVE)
47. ILL (EXPLAIN IN NARRATIVE)
48. IMPAIRED VISIBILITY (EXPLAIN IN NARRATIVE)
49. IMPROPER START FROM PARKED POSITION
50. LOAD NOT SECURED
51. OPENED DOOR INTO TRAFFIC LANE
52. OVERSIZE VEHICLE OR LOAD
53. OVERTAKE AND PASS INSUFFICIENT CLEARANCE
54. PARKED AND FAILED TO SET BRAKES
55. PARKED IN TRAFFIC LANE
56. PARKED WITHOUT LIGHTS
57. PASSED IN NO PASSING LANE
58. PASSED ON RIGHT SHOULDER
59. PEDESTRIAN FAILED TO YIELD ROW TO VEHICLE
60. SPEEDING – UNSAFE (UNDER LIMIT)
61. SPEEDING – OVER LIMIT
62. TAKING MEDICATION (EXPLAIN IN NARRATIVE)
63. TURNED IMPROPERLY – CUT CORNER ON LEFT
64. TURNED IMPROPERLY – WIDE RIGHT
65. TURNED IMPROPERLY – WRONG LANE
66. TURNED WHEN UNSAFE
67. UNDER INFLUENCE – ALCOHOL
68. UNDER INFLUENCE – DRUG
69. WRONG SIDE – APPROACH OR IN INTERSECTION
70. WRONG SIDE – NOT PASSING
71. WRONG WAY – ONE WAY ROAD
72. DRIVER INATTENTION – (CELL / MOBILE PHONE USE)
73. ROAD RAGE
74. OTHER FACTOR (WRITE ON LINE BELOW)

Witness #    NAME    ADDRESS    PHONE / OTHER
Witness #

TEXAS PEACE OFFICER'S ACCIDENT REPORT    ST-3  (Eff. 1/1/98)    MAIL TO:  ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0001

PLACE WHERE ACCIDENT OCCURED
COUNTY: Galveston
CITY OR TOWN: Texas City
IF ACCIDENT WAS OUTSIDE CITY LIMITS, INDICATE DISTANCE FROM NEAREST TOWN ___ MILES  NORTH S E W OF ___ CITY OR TOWN

ROAD ON WHICH ACCIDENT OCCURRED: IH 45    CONSTR. ZONE: NO    SPEED LIMIT: 65

INTERSECTING OR RR XING NUMBER: 

NOT AT INTERSECTION: 1/4 MI. N S E W OF Holland Road

DATE OF ACCIDENT: 10-18 2005    DAY OF WEEK: TUESDAY    HOUR: 852 A.M.

LOC. NO.
DO NOT WRITE IN THIS SPACE
LOC. ___  CODE ___  SEVERITY ___  FAT. REC. ___  DR. REC. ___

NOT DRAWN TO SCALE

CEMENT WALL
SHOULDER
GRASS MEDIAN
FEEDER

[Diagram: Accident scene sketch showing IH 45 with vehicles #1 and #2, cement wall/shoulder on left, grass median in center with N (north arrow), and feeder road on right. Arrows indicate direction of travel.]

TIME NOTIFIED OF ACCIDENT: 10-18-05  852am    HOW: Radio Dispatched
TIME ARRIVED AT SCENE OF ACCIDENT: 10-18-05  852am
TYPED OR PRINTED NAME OF INVESTIGATOR: Corporal Rich    DATE REPORT MADE: 10-18-05    IS REPORT COMPLETE: YES
SIGNATURE OF INVESTIGATOR: C. Rich    ID NO: 018    DEPARTMENT: Texas City Police    DIST./AREA: 5

05-10172

05-10172

05-10172





Date: October 18, 2005
Fatality Accident    05-10165
Drawn By Ofc. Chris L. Marshall for Accident Investigator Chet Rich
Scale 1 in= 26.00ft

# IH-45 South Bound Feeder

## Grassy Median

Gaurdrail Barrier

# IH-45 South Bound Main Slab

1 in = 30.00 ft

Overhead Traffic Advisory

60' 8"
44' 10"

195' 7"

**Farthest Debris**

1in = 30.00ft




**Date: October 18, 2005**
**Fatality Accident   05-10165**
**Drawn By Ofc. Chris L. Marshall for**
**Accident Investigator Chet Rich**

1 in = 65.00 ft

