HEARING DATE: May 7, 2015 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: April 16, 2015
REPLY DEADLINE: April 23, 2015

**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
Telephone: (713) 337-4100
Facsimile: (713) 337-4101
Joshua P. Davis

*Attorneys for Doris Phillips*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re                                              :    Chapter 11
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.,*          :    Case No.: 09-50026 (REG)
　　**f/k/a General Motors Corp.,** *et al.*       :
                                                   :    (Jointly Administered)
　　　　　　　　　　　　　　　　　Debtors.         :
                                                   :
------------------------------------------------------------x


**PLAINTIFFS' NOTICE OF HEARING**


**PLEASE TAKE NOTICE** that the hearing to consider Plaintiffs' First Amended Rule 60(b)(6) Motion for Relief from August 9, 2010 Stipulation and Settlement Resolving Claim No. [44614], or Alternatively, Rule 60(d) Motion to Set Aside [Docket No. 13090] and any responses or objections thereto, has been scheduled for **Thursday, May 7, 2015 at 9:45 a.m. (Eastern Time)**.

1

Dated: Houston, Texas
February 26, 2015

                              Respectfully submitted,

                              **JOSH DAVIS LAW FIRM**

                              By: /s/ Joshua P. Davis
                                    Joshua P. Davis
                                    SDNY Bar No. JD6110
                            1010 Lamar, Suite 200
                            Houston, Texas 77002
                            (713) 337-4100/Phone
                            (713) 337-4101/Fax
                            josh@thejdfirm.com
                            *Attorney-in-Charge for Plaintiffs*