KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on March 23, 2015, I caused to be served true and correct copies of the *Notice of Filing of Fourth Supplement To The Chart Of Pre-Closing Accident Lawsuits Set Forth In The Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits* (With Exhibit) by electronic mail on all parties receiving notice *via* the Court's ECF System.

24599047.v1

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail at the last known addresses as indicated on the annexed service list.

Dated: March 23, 2015
       New York, New York

                                    KING & SPALDING LLP

                                    By: /s/   Scott I. Davidson
                                    Arthur J. Steinberg
                                    Scott Davidson
                                    King & Spalding LLP
                                    1185 Avenue of the Americas
                                    New York, NY 10036
                                    Telephone: (212) 556-2100
                                    Facsimile: (212) 556-2222

                                    *Attorneys for General Motors LLC*

## Service list For March 23, 2015:

**Documents served *via* Email:**

1 - The Notice of Filing of Fourth Supplement To The Chart Of Pre-Closing Accident Lawsuits Set Forth In The Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits (With Exhibit).

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
josh@thejdfirm.com;
bwyly@wylycooklaw.com;
kcook@wylycooklaw.com;
rgaltney@galtney.com;
ddefeo@defeolaw.com;
stevenstolze@yahoo.com;
rgp@rgplaw.com;

rtknykendall@yahoo.com;
Craig@hibornlaw.com
rob.bastress@dbdlawfinn.com;
bobh@hmglawfirm.com;
rudyg@hmglawfirm.com;
catherine@hmglawfirm.com;
marion@hmglawfirm.com;
tjh@tjhlaw.com;
cfitzgerald@tjhlaw.com;
peller@law.georgetown.edu;
lcoben@anapolschwartz.com;
rriley@anapolschwartz.com
KJMeservice@dwklaw.com
Kmckenna@dwklaw.com;
jdugan@dugan-lawfirm.com;
matoups@wgttlaw.com;
Greg@gevanslaw.com;
akmartin@lchb.com;
ecabraser@lchb.com;
twalburg@lchb.com;
pgnguyen@lchb.com;
kbudner@lchb.com;

24599047.v1

**Service list For March 23, 2015:**

**Documents served *via* Overnight Delivery:**

1 - The Notice of Filing of Fourth Supplement To The Chart Of Pre-Closing Accident Lawsuits Set Forth In The Motion of General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction Against Plaintiffs In Pre-Closing Accident Lawsuits (With Exhibit).

| | |
|---|---|
| Steven Stolze<br>HOLLAND GROVES SCHNELLER AND STOLZE<br>300 North Tucker, Suite 801<br>St. Louis, Missouri 63101 | Frederick Knykendall, III<br>23937 US Highway 98, Suite 3<br>Fairhope, Alabama 36532 |
| Craig Hiborn<br>999 Haynes St, Suite 20<br>Birmingham, MI 48009 | Rudolph E. DiTrapano<br>Robert M. Bastress III<br>DiTRAPANO, BARRETT, DiPIERO, McGINLEY & SIMMONS, PLLC<br>604 Virginia Street, East<br>Charleston, West Virginia 25301 |
| James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |

24599047.v1

**Service list For March 23, 2015:**

**Documents served *via* Email:**

1 – Scheduling Order Regarding Motion to Enforce Scheduling Order Regarding (I) Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, and (III) Adversary Proceeding No. 14-01929 (the "Ignition Switch Motion to Enforce Scheduling Order") **(ECF 12697)**;

2 - The Supplemental Ignition Switch Motion to Enforce Scheduling Order **(ECF 12770)**;

3 - The Pre-Closing Accidents Motion (with exhibits) **(ECF 12807)**;

4 - Endorsed Order signed on 8/22/2014 by Judge Robert E. Gerber **(ECF 12869)**;

5 - Scheduling Order regarding Pre-Closing Accident **(ECF 12897)**;

6 - Notice of Filing of Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion, the Chart Supplement **(ECF 12942)**;

7 - Notice of Filing of Second Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion, the Second Chart Supplement, and the Exhibit thereto **(ECF 13060)**;

8 - Notice of Filing of Third Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion, the Third Chart Supplement **(ECF 13083)**; and

9 - Notice of Filing of Fourth Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion, the Fourth Chart Supplement, and the Exhibit thereto **(ECF 13097)**.

jizquierdo@izquierdosanmiguel.com

**Service list For March 23, 2015:**

**Documents served *via* Overnight Delivery:**

1 – Scheduling Order Regarding Motion to Enforce Scheduling Order Regarding (I) Motion Of General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Court's July 5, 2009 Sale Order And Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, and (III) Adversary Proceeding No. 14-01929  (the "Ignition Switch Motion to Enforce Scheduling Order") **(ECF 12697)**;

2 - The Supplemental Ignition Switch Motion to Enforce Scheduling Order **(ECF 12770)**;

3 - The Pre-Closing Accidents Motion (with exhibits) **(ECF 12807)**;

4 - Endorsed Order signed on 8/22/2014 by Judge Robert E. Gerber **(ECF 12869)**;

5 - Scheduling Order regarding Pre-Closing Accident **(ECF 12897)**;

6 - Notice of Filing of Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion, the Chart Supplement  **(ECF 12942)**;

7 - Notice of Filing of Second Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion, the Second Chart Supplement, and the Exhibit thereto **(ECF 13060)**;

8 - Notice of Filing of Third Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion, the Third Chart Supplement **(ECF 13083)**; and

9 - Notice of Filing of Fourth Supplement to the Chart of Pre-Closing Accident Lawsuits Set Forth in the Pre-Closing Accidents Motion, the Fourth Chart Supplement, and the Exhibit thereto **(ECF 13097)**.

| | |
|---|---|
| Jorge M. Izquierdo San Miguel<br>IZQUIERDO-SAN MIGUEL LAW OFFICE, P.S.C.<br>Capital Center South Tower<br>Arterial Hostos Avenue 239<br>Floor 10, Suite 1005<br>San Juan, PR 00918-0918 | |