Endorsed Order:

The Court has seen far too many repetitive and abusive filings by Sherif Kodsy. Having considered Mr. Kodsy's latest filing, the Court sees no legally cognizable reason why his claim should not be expunged. Nothing that Mr. Kodsy would say in an oral argument would change the Court's conclusion.

The proposed order submitted by the Motors Liquidation Company GUC Trust will be entered without oral argument.

Dated: New York, New York                *s/ Robert E. Gerber*
       March 24, 2015                    United States Bankruptcy Judge



**Motors Liquidation Company GUC Trust - Correspondence From Claimant Related to ECF. 13092**

Griffiths, David    to: gerber.chambers@nysb.uscourts.gov    03/23/2015 08:44 PM

From: "Griffiths, David" <David.Griffiths@weil.com>
To: "gerber.chambers@nysb.uscourts.gov" <gerber.chambers@nysb.uscourts.gov>

Good evening:

On March 4, 2015, this firm filed a Notice of Presentment and Application for Order Expunging Claim filed by Sherif Rafiq Kodsy (Claim Number 69683) on behalf of Motors Liquidation Company GUC Trust, with presentment to be held on 3/20/2015 at 04:00 PM (ECF No. 13092). The order in question has not yet been filed on the docket.

We received the following correspondence from the Mr. Kodsy today, March 23. It is unclear whether Mr. Kodsy has provided the correspondence below to the Court for its consideration, but in the abundance of caution we are forwarding the correspondence for the Court's consideration. In addition, Mr. Kodsy notes that he may be in touch with Chambers during the course of tomorrow.

Please do not hesitate to contact us if you have any questions or concerns. Many thanks.

Respectfully submitted,



David N. Griffiths
Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.griffiths@weil.com
+1 212 310 8729 Direct
+1 718 715 5035 Mobile

From: Smolinsky, Joseph
Sent: Monday, March 23, 2015 5:40 PM
To: Griffiths, David
Subject: FW: RESPONSE TO YOUR MOTION

From: mildewproofing@aol.com [mailto:mildewproofing@aol.com]
Sent: Monday, March 23, 2015 5:36 PM
To: Smolinsky, Joseph
Subject: RESPONSE TO YOUR MOTION

MR. SMOLISKY PLEASE SEE ATTACHED AND PRESENT TO JUDGE GERBER, TOMORROW I WILL BE CALLING CHAMBERS IN THE MORNING

MAY GOD BLESS

SHERIF KODSY
5612943046

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.


RESPONSE TO BANKRUPTCY COURT TO EXPUNGE.docx

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**In re;**

**MOTORS LIQUIDATION COMPAY, et, al.**      **Chapter 11 case No.**

**SHERIF RAFIQ KODSY, CLAIMANT, VS'**      **09-50026 {reg}**

**GENERAL MOTORS CORP., et, al.**

------------------------------------------------/

## RESPONSE TO THE DEBTORS' APPLICATION FOR ORDER EXPUNGING CLAIM FILED BY SHERIF RAFIQ KODSY CLAIM NUMBER (69863)

COMES NOW, Plaintiff/Creditor, SHERIF R. KODSY, PRO'SE, objects and responds to the defendants' representatives, herein named as Debtors.

1- This court should not allow the debtors, push their influence around with the federal court system.

2- The reason the debtors are in this federal bankruptcy court was to eliminate debt and avoiding payment to its creditors.

3- It is true and a plain fact that the Debtors defrauded among Sherif R. Kodsy, many others that could not timely place a claim with this court where permanent injuries and death had occurred..

4- SHERIF R. KODSY, did receive permanent injuries from the 2008 HUMMER H2, purchased from the defendants'/ debtors, herein in September

Page 1 of 5

of 2008, which it was sold under false pretenses to avoid a liability for its defects, hence it was sold as used and it received several irregular and fraudulent attempted repairs by the defendants' agents from CORAL CADILLAC, INC.. , for an irregular elevated vibrations, felt in the seat and the steering wheel, as well as in its chassis.

5- Plaintiff is not an attorney and should not be discriminated upon by the defendants' agents or by this Federal court, simply because plaintiff is Pro'se.

6- The FLORIDA SUPREME COURT , had no jurisdiction, hence that order submitted by the defendants', is obviously malicious and should not be entertained by this court.

7- The Florida Supreme Court did not hear arguments or facts about the case, only that plaintiff was pro'se and that plaintiff was or was not falsely labeled as a vexatious litigant, because he was pro'se.

8- Plaintiff will file an appeal with the united states supreme court, because they are more likely to have jurisdiction over this pro'se issue so loosely denied by the circuit courts of Florida.

9- Sherif R. Kodsy, does currently have an appeal pending with the District court from the last order this court filed against plaintiff to show cause, which is currently pending in the appeals court.

10-    Plaintiff, further objects to the defendants' continued malice to expunge plaintiff's claims, where plaintiff already prevailed in the Circuit Court of Florida into convincing the jury that a defect existed, where there

**was a bankruptcy stay preventing the introduction of fraud and malpractice of the defendants agents, where the alleged repairs did not fix the abnormality of elevated vibration, because the 6.2 engine horsepower was too strong which was unavoidably felt in the cabin causing injuries from prolonged exposures of continued unwarned whole body vibrations use.**

**11-    Plaintiff had moved and did not receive the debtors motion, before today 03/20/2015, or I would have responded sooner, the debtors knew this from their associates in Florida and was maliciously intending to rush this matter before this honorable court, where Kodsy herein, CLAIMANT, requests that this court acknowledge the hardships and representations of a pro'se plaintiff that receive the mail late, my new address is on the certificate of service attached, thank you.**

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS E-MAILED AND MAILED BY U.S. MAIL TO THE APPELLEE'S COUNSEL OF RECORD, ON MARCH 23rd, 2015

-----------------------------------------

SHERIF R. KODSY

APPELLANT/ PRO'SE

**2801 NE 49 STREET, SUITE 204**

FORT LAUDERDALE , FLORIDA, 33308

561-294-3046

mildewproofing@aol.com

cc

JOSEPH H. SMOLINSKY, WEIL, GOTSHAL AND MANGES LLP., 767 FIFTH AVENUE,

NEWYORK, N.Y. 10153



**RE: Motors Liquidation Company GUC Trust - Correspondence From Claimant Related to ECF. 13092**

Griffiths, David    to: gerber.chambers@nysb.uscourts.gov    03/24/2015 11:04 AM

From: "Griffiths, David" <David.Griffiths@weil.com>
To: "gerber.chambers@nysb.uscourts.gov" <gerber.chambers@nysb.uscourts.gov>

Good morning:

Please find attached further correspondence received by email this morning from Mr. Kodsy in connection with the Notice of Presentment and Application for Order Expunging Claim filed by Sherif Rafiq Kodsy (Claim Number 69683)(ECF No. 13092). We are forwarding this to Chambers out of an abundance of caution, it is not clear if this claimant is sending documentation separately to Chambers or filing it on ECF.

Respectfully submitted,



David N. Griffiths
Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.griffiths@weil.com
+1 212 310 8729 Direct
+1 718 715 5035 Mobile

From: Griffiths, David
Sent: Monday, March 23, 2015 8:45 PM
To: 'gerber.chambers@nysb.uscourts.gov'
Subject: Motors Liquidation Company GUC Trust - Correspondence From Claimant Related to ECF. 13092

Good evening:

On March 4, 2015, this firm filed a Notice of Presentment and Application for Order Expunging Claim filed by Sherif Rafiq Kodsy (Claim Number 69683) on behalf of Motors Liquidation Company GUC Trust, with presentment to be held on 3/20/2015 at 04:00 PM (ECF No. 13092). The order in question has not yet been filed on the docket.

We received the following correspondence from the Mr. Kodsy today, March 23. It is unclear whether Mr. Kodsy has provided the correspondence below to the Court for its consideration, but in the abundance of caution we are forwarding the correspondence for the Court's consideration. In addition, Mr. Kodsy notes that he may be in touch with Chambers during the course of tomorrow.

Please do not hesitate to contact us if you have any questions or concerns. Many thanks.

Respectfully submitted,



David N. Griffiths
Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.griffiths@weil.com
+1 212 310 8729 Direct
+1 718 715 5035 Mobile

From: Smolinsky, Joseph
Sent: Monday, March 23, 2015 5:40 PM
To: Griffiths, David
Subject: FW: RESPONSE TO YOUR MOTION

From: mildewproofing@aol.com [mailto:mildewproofing@aol.com]
Sent: Monday, March 23, 2015 5:36 PM
To: Smolinsky, Joseph
Subject: RESPONSE TO YOUR MOTION

MR. SMOLISKY PLEASE SEE ATTACHED AND PRESENT TO JUDGE GERBER, TOMORROW I WILL BE CALLING CHAMBERS IN THE MORNING

MAY GOD BLESS

SHERIF KODSY
5612943046

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

RESPONSE TO BANKRUPTCY COURT TO EXPUNGE.DOCX

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

**In re;**

| | |
|---|---|
| **MOTORS LIQUIDATION COMPAY, et, al.** | Chapter 11 case No. |
| **SHERIF RAFIQ KODSY, CLAIMANT, VS'** | 09-50026 {reg} |
| **GENERAL MOTORS CORP., et, al.** | |

------------------------------------------------/

<u>**RESPONSE TO THE DEBTORS' APPLICATION FOR ORDER**</u>

<u>**EXPUNGING CLAIM FILED BY SHERIF RAFIQ KODSY**</u>

<u>**CLAIM NUMBER (69863)**</u>

COMES NOW, Plaintiff/Creditor, SHERIF R. KODSY, PRO'SE, objects and responds to the defendants' representatives, herein named as Debtors.

1- This court should not allow the debtors, push their influence around with the federal court system.

2- The reason the debtors are in this federal bankruptcy court was to eliminate debt and avoiding payment to its creditors.

3- It is true and a plain fact that the Debtors defrauded among Sherif R. Kodsy, many others that could not timely place a claim with this court where permanent injuries and death had occurred..

4- SHERIF R. KODSY, did receive permanent injuries from the 2008 HUMMER H2, purchased from the defendants'/ debtors, herein in September

Page 1 of 4

of 2008, which it was sold under false pretenses to avoid a liability for its defects, hence it was sold as used and it received several irregular and fraudulent attempted repairs by the defendants' agents from CORAL CADILLAC, INC.. , for an irregular elevated vibrations, felt in the seat and the steering wheel, as well as in its chassis.

5- Plaintiff is not an attorney and should not be discriminated upon by the defendants' agents or by this Federal court, simply because plaintiff is Pro'se.

6- The FLORIDA SUPREME COURT , had no jurisdiction, hence that order submitted by the defendants', is obviously malicious and should not be entertained by this court.

7- The Florida Supreme Court did not hear arguments or facts about the case, only that plaintiff was pro'se and that plaintiff was or was not falsely labeled as a vexatious litigant, because he was pro'se.

8- Plaintiff will file an appeal with the united states supreme court, because they are more likely to have jurisdiction over this pro'se issue so loosely denied by the circuit courts of Florida.

9- Sherif R. Kodsy, does currently have an appeal pending with the District court from the last order this court filed against plaintiff to show cause, which is currently pending in the appeals court.

10-    Plaintiff, further objects to the defendants' continued malice to expunge plaintiff's claims, where plaintiff already prevailed in the Circuit Court of Florida into convincing the jury that a defect existed, where there

was a bankruptcy stay preventing the introduction of fraud and malpractice of the defendants agents, where the alleged repairs did not fix the abnormality of elevated vibration, because the 6.2 engine horsepower was too strong which was unavoidably felt in the cabin causing injuries from prolonged exposures of continued unwarned whole body vibrations use.

11-      Plaintiff had moved and did not receive the debtors motion, before today 03/20/2015, or I would have responded sooner, the debtors knew this from their associates in Florida and was maliciously intending to rush this matter before this honorable court, where Kodsy herein, CLAIMANT, requests that this court acknowledge the hardships and representations of a pro'se plaintiff that received the mail late, my new address is on the certificate of service attached, thank you.

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS E-MAILED AND MAILED BY U.S. MAIL TO THE DEBTOR'S COUNSEL OF RECORD, ON MARCH 23rd, 2015

-----------------------------------------

SHERIF R. KODSY

CLAIMANT/ PRO'SE

**2801 NE 49 STREET, SUITE 204**

FORT LAUDERDALE , FLORIDA, 33308

561-294-3046

mildewproofing@aol.com

cc

JOSEPH H. SMOLINSKY, WEIL, GOTSHAL AND MANGES LLP., 767 FIFTH AVENUE, NEWYORK, N.Y. 10153