UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | Case No.: 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on March 24, 2015, I caused to be served a true and correct copy of the *Endorsed Order Signed on 3/24/2015 Regarding Filings Received from Sherif Kodsy* by electronic mail on Mr. Sherif Kodsy at mildewproofing@aol.com.

In addition, a true and correct copy of the document was served upon Mr. Sherif Kodsy via mail at the following address:

Mr. Sherif R. Kodsy
2801 NE 49 Street, Suite 204
Fort Lauderdale, Florida 33308

Dated: New York, New York
       March 24, 2015

*s/ Lynda M. Calderon*
Lynda M. Calderon
Courtroom Deputy