

**Fw: 09-50026 Motors Liquidation Company**
**Lynda Calderon**   to: mildewproofing                                    03/24/2015 02:30 PM
Cc:   david.griffiths

Good Afternoon Mr. Kodsy,

In reference to your earlier telephone call and subsequent voicemail, please see my previous email sent to you today at 12:24 p.m.

The Court will not be holding a hearing on this matter.

Thank You!



**Lynda Calderon**
**Courtroom Deputy to the Honorable Robert E. Gerber**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
(212) 284-4055

----- Forwarded by Lynda Calderon/NYSB/02/USCOURTS on 03/24/2015 02:29 PM -----

From:       Lynda Calderon/NYSB/02/USCOURTS
To:         mildewproofing@aol.com
Date:       03/24/2015 12:24 PM
Subject:    09-50026 Motors Liquidation Company

Good Afternoon Mr. Kodsy,

Attached is an endorsed order that Judge Gerber issued today.

Thank You!


order.pdf



**Lynda Calderon**
**Courtroom Deputy to the Honorable Robert E. Gerber**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
(212) 284-4055