

Re: 09-50026 Motors Liquidation Company
mildewproofing@aol.com
to:
Lynda_Calderon
03/24/2015 08:18 PM
Hide Details
From: "mildewproofing@aol.com" <mildewproofing@aol.com>

To: Lynda_Calderon@nysb.uscourts.gov

History: This message has been forwarded.

1 Attachment



RESPONSE TO BANKRUPTCY COURT TO EXPUNGE.docx

THANK YOU, MRS. CALDERON,

Could you please tell me what this judge is talking about repetitive and abusive

I simply stated facts, not hearsay, attached is my objection, mailed by priority mail today, the debtors were emailed yesterday and it was sent by the mail today

it is quite obvious he has a problem with pro'se individuals making a statement

best regards

Sherif Kodsy
561-2943046

-----Original Message-----
From: Lynda_Calderon <Lynda_Calderon@nysb.uscourts.gov>
To: mildewproofing <mildewproofing@aol.com>
Cc: david.griffiths <david.griffiths@weil.com>
Sent: Tue, Mar 24, 2015 2:30 pm

Subject: Fw: 09-50026 Motors Liquidation Company


Good Afternoon Mr. Kodsy,

In reference to your earlier telephone call and
subsequent voicemail,
please see my previous email sent to you today at 12:24
p.m.

The Court will not be holding a hearing on this matter.

Thank You!


    (Embedded image   Lynda Calderon

moved to file:    Courtroom Deputy to the Honorable Robert E. Gerber

pic16152.gif)    United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004

(212) 284-4055




----- Forwarded by Lynda Calderon/NYSB/02/USCOURTS on 03/24/2015 02:29
PM
-----

From:    Lynda
Calderon/NYSB/02/USCOURTS
To:      mildewproofing@aol.com
Date:    03/24/2015 12:24
PM
Subject: 09-50026 Motors Liquidation Company


Good Afternoon Mr.
Kodsy,

Attached is an endorsed order that Judge Gerber issued today.

Thank
You!


(See attached file: order.pdf)


    (Embedded image   Lynda Calderon

moved to file:    Courtroom Deputy to the Honorable Robert E. Gerber

pic11292.gif)    United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004

(212) 284-4055