UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                  :        Chapter 11 Case No.
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :        09-50026 (REG)
    f/k/a General Motors Corp., *et al.*               :
                                                       :
                 Debtors.                        :        (Jointly Administered)
-----------------------------------------------------------------x

### ORDER EXPUNGING CLAIM FILED BY
### SHERIF RAFIQ KODSY (CLAIM NUMBER 69683)

Upon the notice of presentment and application for an order (the "**Proposed Order**") expunging the claim filed Sherif Rafiq Kodsy (Claim Number 69683), dated March 4, 2015, of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011; and due and proper notice of the application and the Proposed Order having been provided, and it appearing that no other or further notice need be provided; and the Court having ~~found and determined that the relief sought is in the best interests of the Debtors, their estates, creditors and all parties in interest and after due deliberation and sufficient cause appearing therefor, it is:~~ considered Mr. Kodsy's objection, docketed March 24, 2015, and having concluded that the objection is not persuasive and that the GUC Trust is nevertheless entitled to the relief it seeks, it is,

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim Number 69683 is hereby expunged, and the Garden City Group, LLC, the claims and noticing agent for the Debtors, is authorized to update the claims register accordingly; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York                          *s/ Robert E. Gerber*
        March 25, 2015                                 United States Bankruptcy Judge