UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re : Chapter 11
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al*. : 
: 
Debtors. : (Jointly Administered)
: 
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 25, 2015, at the direction of Weil, Gotshal & Manges LLP, Attorneys for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by e-mail on Sherif Rafik Kodsy, 605 North Riverside Drive, Pompano Beach, FL 33062; mildewproofing@aol.com, and by first class mail on the parties identified on Exhibit A annexed hereto (affected claimants):

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- **Order Expunging Claim Filed by Sherif Rafiq Kodsy (Claim Number 69683)** [Docket No. 13104].

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this 26th day of March, 2015

/s/ Kevin M. Doyle
Kevin M. Doyle
Notary Public, State of New York
No. 02DO6173767
Qualified in Suffolk County
Commission Expires September 4, 2015

# EXHIBIT A

SHERIF RAFIK KODSY
15968 LAUREL OAK CIRCLE
DELRAY BEACH, FL 33484

SHERIF RAFIK KODSY
2231 HAYES ST
HOLLYWOOD, FL 33020

SHERIF RAFIK KODSY
2801 NE 49TH ST
STE 204
FORT LAUDERDALE, FL 33308

SHERIF RAFIK KODSY
605 NORTH RIVERSIDE DRIVE
POMPANO BEACH, FL 33062

SHERIF RAFIK KODSY
9407 SOUTHAMPTON PLACE
BOCA RATON, FL 33434