UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re;

MOTORS LIQUIDATION COMPAY, et, al.    Chapter 11 case No.

SHERIF RAFIQ KODSY, CLAIMANT, VS'    09-50026 {reg}

GENERAL MOTORS CORP., et, al.

--------------------------------------------------------------/

## RESPONSE TO THE DEBTORS' APPLICATION FOR ORDER EXPUNGING CLAIM FILED BY SHERIF RAFIQ KODSY CLAIM NUMBER (69863)

COMES NOW, Plaintiff/Creditor, SHERIF R. KODSY, PRO'SE, objects and responds to the defendants' representatives, herein named as Debtors.

1- This court should not allow the debtors, push their influence around with the federal court system.

2- The reason the debtors are in this federal bankruptcy court was to eliminate debt and avoiding payment to its creditors.

3- It is true and a plain fact that the Debtors defrauded among Sherif R. Kodsy, many others that could not timely place a claim with this court where permanent injuries and death had occurred..

4- SHERIF R. KODSY, did receive permanent injuries from the 2008 HUMMER H2, purchased from the defendents'/ debtors, herein in September

Page **1** of 4

of 2008, which it was sold under false pretenses to avoid a liability for its defects, hence it was sold as used and it received several irregular and fraudulent attempted repairs by the defendants' agents from CORAL CADILLAC, INC.., for an irregular elevated vibrations, felt in the seat and the steering wheel, as well as in its chassis.

5- Plaintiff is not an attorney and should not be discriminated upon by the defendants' agents or by this Federal court, simply because plaintiff is Pro'se.

6- The FLORIDA SUPREME COURT, had no jurisdiction, hence that order submitted by the defendants', is obviously malicious and should not be entertained by this court.

7- The Florida Supreme Court did not hear arguments or facts about the case, only that plaintiff was pro'se and that plaintiff was or was not falsely labeled as a vexatious litigant, because he was pro'se.

8- Plaintiff will file an appeal with the united states supreme court, because they are more likely to have jurisdiction over this pro'se issue so loosely denied by the circuit courts of Florida.

9- Sherif R. Kodsy, does currently have an appeal pending with the District court from the last order this court filed against plaintiff to show cause, which is currently pending in the appeals court.

10-    Plaintiff, further objects to the defendants' continued malice to expunge plaintiff's claims, where plaintiff already prevailed in the Circuit Court of Florida into convincing the jury that a defect existed, where there

was a bankruptcy stay preventing the introduction of fraud and malpractice of the defendants agents, where the alleged repairs did not fix the abnormality of elevated vibration, because the 6.2 engine horsepower was too strong which was unavoidably felt in the cabin causing injuries from prolonged exposures of continued unwarned whole body vibrations use.

11-    Plaintiff had moved and did not receive the debtors motion, before today 03/20/2015, or I would have responded sooner, the debtors knew this from their associates in Florida and was maliciously intending to rush this matter before this honorable court, where Kodsy herein, CLAIMANT, requests that this court acknowledge the hardships and representations of a pro'se plaintiff that received the mail late, my new address is on the certificate of service attached, thank you.

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS E-MAILED AND MAILED BY U.S. MAIL TO THE DEBTOR'S COUNSEL OF RECORD, ON MARCH 23rd, 2015

*[signature]*

SHERIF R. KODSY

CLAIMANT/ PRO'SE

**2801 NE 49 STREET, SUITE 204**

FORT LAUDERDALE, FLORIDA, 33308

561-294-3046

cc

JOSEPH H. SMOLINSKY, WEIL, GOTSHAL AND MANGES LLP., 767 FIFTH AVENUE, NEWYORK, N.Y. 10153