

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re;

MOTORS LIQUIDATION COMPAY, et, al.        Chapter 11 case No.

SHERIF RAFIK KODSY, CLAIMANT, VS'         09-50026 {reg}

GENERAL MOTORS CORP., et, al.

-------------------------------------------------/

## NOTICE OF APPEAL FROM THE ORDER EXPUNGING CLAIM
## FILED BY SHERIF RAFIK KODSY, CLAIM NUMBER (69863)

COMES NOW, Plaintiff/Creditor, SHERIF R. KODSY, PRO'SE, files this notice of appeal, from the order entered on MARCH 24, 2015.

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS E-MAILED AND MAILED BY U.S. MAIL TO THE DEBTOR'S COUNSEL OF RECORD, ON APRIL 13TH, 2015.

*[signature]*

SHERIF R. KODSY

CLAIMANT/ PRO'SE

**2801 NE 49 STREET, SUITE 204**

FORT LAUDERDALE, FLORIDA, 33308

561-294-3046

cc

JOSEPH H. SMOLINSKY, WEIL, GOTSHAL AND MANGES LLP., 767 FIFTH AVENUE, NEWYORK, N.Y. 10153