# Exhibit A

# Recalls Results Look-up by VIN

Print

**VIN:** 1G1ND52F34M598780
**Year:** 2004   **Make:** Chevrolet   **Model:** Malibu Classic
**Number of Open Recalls:** 1

| | |
|---|---|
| **NHTSA Recall Number:** 14V400 | **Recall Date:** August 12, 2014 |
| **Manufacturer Recall Number:** N140350 | |

**SUMMARY:**
General Motors has decided that a defect which relates to motor vehicle safety exists in 2000-2005 MY Chevrolet Impala and Monte Carlo, 1997-2003 MY Chevrolet Malibu, 2004-2005 MY Chevrolet Malibu Classic, 1999-2004 MY Oldsmobile Alero, 1998-2002 MY Oldsmobile Intrigue, 1999-2005 MY Pontiac Grand Am, and 2004-2008 MY Pontiac Grand Prix vehicles. If the key ring is carrying added weight and the vehicle goes off road or experiences some other jarring event, it may unintentionally move the key away from the "run" position. If this occurs, engine power, power steering and power braking may be affected, increasing the risk of a crash.

**SAFETY RISK:**
The timing of the key movement out of the run position, relative to the activation of the sensing algorithm of the crash event, may result in the airbags not deploying, increasing the potential for occupant injury in certain kinds of crashes. Until the recall has been performed, it is very important that customers remove all items from their key ring, leaving only the vehicle key. The key fob (if applicable), should also be removed from the key ring.

**REMEDY:**
Dealers are to install two key rings and an insert in the key slot or a cover over the key head on all ignition keys, free of charge.

**RECALL STATUS:** **Recall INCOMPLETE**

**MANUFACTURER NOTES:**
Visit manufacturer website at https://my.gm.com/recalls for more information.

***THIS RECALL DATA LAST REFRESHED:*** Apr 15, 2015

## Additional Safety Information

Besides the VIN search tool you just used, NHTSA offers additional safety information based on a vehicle's make, model, and model year and not tied to any particular VIN. A search by vehicle make, model, and model year gives you access to information about technical service bulletins, NHTSA investigations, and owner complaints, as well as safety recalls on aftermarket equipment that is often not linked to a particular VIN or even to your vehicle's manufacturer.

To search NHTSA's safety information based on your vehicle's make, model, and model year, please go to the Safety Issues section and follow the instructions there.

Recall information for this manufacturer is only available going back to August 20, 1999. If your vehicle was manufactured before this date, please contact the manufacturer for possible additional recall information.

Enter another VIN here: 1G1ND52F34M598780



Type the text

Privacy & Terms

**Submit**