# Exhibit E

Cause No. _____

*Doris Powledge, Indiv, etc, et al*                    IN THE DISTRICT COURT


VS                                          GALVESTON COUNTY, TEXAS


*General Motors Corp.*                        10TH JUDICIAL DISTRICT


ORDER

On the ___7th___ day of ___August___, 20/2, the above style and numbered

case, having been placed on the Dismissal Docket for the 10th Judicial District Court,

Galveston County, Texas, and no party appearing to contest Dismissal of this cause, the

Court hereby orders this case DISMISSED for Want of Prosecution.

Court costs are hereby assessed against each party incurring the same.

Signed this the ___7th___ day of ___August___, 20/2.

David E. Garner, Judge
10th Judicial District Court

07-CV-1040
DCORDWOP
Order Dismissal for Want of Prosecution DWOP
467450