4/14/2015 GM Recall Information | GM Recall Center | Chevrolet, Buick, GMC, Cadillac, Pontiac, Oldsmobile, Saturn, HUMMER, and Saab Recalls

09-50026-mg    Doc 13114-4    Filed 04/20/15    Entered 04/20/15 19:35:09    Exhibit 4
Pg 1 of 4

# GM RECALL CENTER

If a recall has been issued for your GM vehicle, including Chevrolet, Buick, GMC, Cadillac, Pontiac, Oldsmobile, Saturn, HUMMER, or Saab, find it here.

## The following recalls have been found for your 2004 Chevrolet Malibu Classic

VIN: 1G1ND52F34M598780

Results last updated: Apr 14, 2015

Recalls and/or programs for your vehicle in which repairs have not been completed are listed below.

## Safety & Non-Compliance Recalls
What's this? ()

| GM Recall #: | NHTSA Recall #: | Date Issued: |
|---|---|---|
| N140350 | 14V400 | Aug 12, 2014 |

**Recall Title:**

UNINTENDED IGNITION KEY ROTATION

**Recall Description:**

General Motors has decided that a defect which relates to motor vehicle safety exists in 2000-2005 MY Chevrolet Impala and Monte Carlo, 1997-2003 MY Chevrolet Malibu, 2004-2005 MY Chevrolet Malibu Classic, 1999-2004 MY Oldsmobile Alero, 1998-2002 MY Oldsmobile Intrigue, 1999-2005 MY Pontiac Grand Am, and 2004-2008 MY Pontiac Grand Prix vehicles. If the key ring is carrying added weight and the vehicle goes off road or experiences some other jarring event, it may unintentionally move the key away from the "run" position. If this occurs, engine power, power steering and power braking may be affected, increasing the risk of a crash.

**Safety Risk Description:**

The timing of the key movement out of the run position, relative to the activation of the sensing algorithm of the crash event, may result in the airbags not deploying, increasing the potential for occupant injury in certain kinds of crashes. Until the recall has been performed, it is very important that customers remove all items from their key ring, leaving only the vehicle key. The key fob (if applicable), should also be removed from the key ring.

**Repair Description:**

4/14/2015 GM Recall Information | GM Recall Center | Chevrolet, Buick, GMC, Cadillac, Pontiac, Oldsmobile, Saturn, HUMMER and Saab Recalls

09-50026-mg    Doc 13114-4    Filed 04/20/15    Entered 04/20/15 19:35:09    Exhibit 4
Pg 2 of 4

Dealers are to install two key rings and an insert in the key slot or a cover over the key head on all ignition keys, free of charge.

**Recall Status:** INCOMPLETE

# FAQs

1. **My vehicle has a recall, and the status reads: "INCOMPLETE." What do I do next?**

   If the status field states "INCOMPLETE," and your vehicle is a Chevrolet, Buick, GMC, Cadillac, Pontiac, Oldsmobile, HUMMER or Saturn please contact a **Certified Service Dealer (http://www.mycertifiedservice.com/tools/dealer-locator.html)** to schedule a service appointment or order parts. If your vehicle is a Saab, please contact an **authorized Saab service center (http://www.saabparts.com/en-us/usa/the-company/service-centers/find-service-centers)**.

2. **My vehicle has a recall, and the status reads: "INCOMPLETE. REMEDY NOT YET AVAILABLE." What do I do next?**

   GM is working quickly to finalize the necessary repair procedures and/or obtain parts. You will be notified via written communication when the repair procedure or parts are available. You can also check back at this website or with your preferred Certified Service Dealer.

3. **I have not received a recall letter in the mail. Can I still have my vehicle repaired?**

   Yes, you can still have your vehicle repaired if the status field states "INCOMPLETE." If your vehicle is a Chevrolet, Buick, GMC, Cadillac, Pontiac, Oldsmobile, HUMMER or Saturn you should contact a **Certified Service Dealer (http://www.mycertifiedservice.com/tools/dealer-locator.html)** to schedule a service appointment or order parts. If your vehicle is a Saab, please contact an **authorized Saab service center (http://www.saabparts.com/en-us/usa/the-company/service-centers/find-service-centers)**.

   If the status field states, "INCOMPLETE. REMEDY NOT YET AVAILABLE," GM will send you written communication once the remedy is available to properly repair your vehicle, or you can check back at this website or with your preferred Certified Service Dealer.

4. **I have had my vehicle repaired by a Certified Service Dealer or authorized Saab service center, but the recall is still listed here. Why?**

   It can take up to 30 days for GM to receive repair information from your Certified Service Dealer or authorized Saab service center. If your vehicle was repaired more than 30 days ago, please contact the GM Owner Center at **1-866-694-6546 (tel:+1-866-694-6546)**.

5. **Where can I find more information about GM recalls?**

   To view the latest GM Recall news, **click here (http://media.gm.com/media/us/en/gm/news.filter.html/GM/EN/News/Recalls.html)**.

# What now?

4/14/2015 GM Recall Information | GM Recall Center | Chevrolet, Buick, GMC, Cadillac, Pontiac, Oldsmobile, Saturn, HUMMER and Saab Recalls

09-50026-mg    Doc 13114-4    Filed 04/20/15    Entered 04/20/15 19:35:09    Exhibit 4

Pg 3 of 4

It is recommended that you contact your preferred Certified Service Dealer or authorized Saab service center and discuss your concerns with a member of the management team; as they will ultimately be responsible for completing the recall repairs for your vehicle.

If after contacting your preferred Certified Service Dealer or authorized Saab service center, your concerns are still unresolved, please refer to the list of contact centers below. Monday through Saturday from 8 a.m. - 9 p.m. EST.

**Buick:**

1-800-521-7300 (tel:+1-800-521-7300)

**Cadillac:**

1-800-458-8006 (tel:+1-800-458-8006)

**Chevrolet:**

1-800-222-1020 (tel:+1-800-222-1020)

**GMC:**

1-800-462-8782 (tel:+1-800-462-8782)

**Hummer:**

1-866-486-6376 (tel:+1-866-486-6376)

**Oldsmobile:**

1-800-442-6537 (tel:+1-800-442-6537)

**Pontiac:**

1-800-762-2737 (tel:+1-800-762-2737)

**Saturn:**

1-800-553-6000 (tel:+1-800-553-6000)

**Saab:**

1-800-955-9007 (tel:+1-800-553-6000) (Monday – Friday 8 a.m. – 5 p.m. EST)

## Search for GM Recalls

Search for recalls on another VIN.

### Enter your VIN
**Where's my VIN? ()**

| | Search |
|---|---|

4/14/2015 GM Recall Information | GM Recall Center | Chevrolet, Buick, GMC, Cadillac, Pontiac, Oldsmobile, Saturn, HUMMER and Saab Recalls

09-50026-mg    Doc 13114-4    Filed 04/20/15    Entered 04/20/15 19:35:09    Exhibit 4
Pg 4 of 4

GM works diligently to communicate recall and program information to affected customers. The GM Owner Center will provide this information as soon as it is available. To view the latest GM recall news, **click here (http://media.gm.com/media/us/en/gm/news.filter.html/GM/EN/News/Recalls.html)**.

## Schedule Service

The Certified Service experts at your local Chevrolet, Buick, GMC or Cadillac Dealer are equipped to handle your recall repair, including Pontiac, Oldsmobile, Saturn and HUMMER vehicles. If your vehicle is a Saab, you can get your repair work done at an **authorized Saab service center (http://www.saabparts.com/en-us/usa/the-company/service-centers/find-service-centers)**.

**Locate a Dealer (http://www.mycertifiedservice.com/tools/dealer-locator.html)**

**User Guidelines (http://www.gm.com/toolbar/user_guidelines.html)**

**GM Privacy Policy (http://www.gm.com/privacy/)**

**Copyright & Trademark (http://www.gm.com/copyright-trademark)**