

**U.S. Department of Transportation**
**National Highway Traffic Safety Administration**

**1200 New Jersey Avenue SE**
**Washington, DC 20590**

July 7, 2014

Mr. Brian Latouf
Director, Field Product Investigations and Evaluations
General Motors LLC
30001 Van Dyke - Mail Code 480-210-2V
Warren, MI 48090-9055

NVS-215KS
14V-400

**Subject:** Ignition Switch may Turn Off

Dear Mr. Latouf:

This letter serves to acknowledge General Motors LLC's notification to the National Highway Traffic Safety Administration (NHTSA) of a safety recall which will be conducted pursuant to Federal law for the product(s) listed below. Please review the following information to ensure that it conforms to your records as this information is being made available to the public. If the information does not agree with your records, please contact us immediately to discuss your concerns.

**Makes/Models/Model Years:**
CHEVROLET/IMPALA/2000-2005
CHEVROLET/MALIBU CLASSIC/1997-2005
CHEVROLET/MONTE CARLO/2000-2005
OLDSMOBILE/ALERO/1999-2004
OLDSMOBILE/INTRIGUE/1998-2002
PONTIAC/GRAND AM/2000-2005
PONTIAC/GRAND PRIX/2004-2008

**Mfr's Report Date:**   July 3, 2014

**NHTSA Campaign Number:**   14V-400

**Components:**
ELECTRICAL SYSTEM:IGNITION

**Potential Number of Units Affected:**   6,729,742

**Problem Description:**
This defect can affect the safe operation of the airbag system.  Until this recall is performed, customers should remove all items from their key rings, leaving only the ignition key.  The key fob (if applicable), should also be removed from the key ring.

General Motors LLC (GM) notified the agency on July 3, 2014, that they are recalling 6,729,742 model year 2000-2005 Chevrolet Impala and Monte Carlo, 1997-2005 Chevrolet Malibu, 1999-2004 Oldsmobile Alero, 1998-2002 Oldsmobile Intrigue, 1999-2005 Pontiac Grand Am and 2004-2008 Pontiac Grand Prix vehicles.  In these models, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine.

**Consequence:**
If the key is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury.



**Remedy:**
GM will notify owners, and dealers will provide two replacement key rings and key cover on all ignition keys, free of charge.  The manufacturer has not yet provided a notification schedule.  GM's number for this recall is 14350.

**Notes:**
Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

Please be reminded of the following requirements:

You are required to submit a draft owner notification letter to this office no less than five days prior to mailing it to the customers.  Also, copies of all notices, bulletins, dealer notifications, and other communications that relate to this recall, including a copy of the final owner notification letter and any subsequent owner follow-up notification letter(s), are required to be submitted to this office no later than 5 days after they are originally sent (if they are sent to more than one manufacturer, distributor, dealer, or purchaser/owner).

As stated in Part 573.7, submission of the first of six consecutive quarterly status reports is required within one month after the close of the calendar quarter in which notification to purchasers occurs.  Therefore, the first quarterly report will be due on, or before, 30 days after the close of the calendar quarter.

Your contact for this recall will be Kelly Schuler who may be reached by phone at (202) 366-5227, or by email at kelly.schuler@dot.gov or through the office email at rmd.odi@dot.gov. We look forward to working with you.

Sincerely,

Jennifer Timian
Chief, Recall Management Division
Office of Defects Investigations
Enforcement

