IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DORIS PHILLIPS, f/k/a DORIS POWLEDGE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ADAM POWLEDGE, DECEASED, THE ESTATE OF RACHEL POWLEDGE, DECEASED, THE ESTATE OF ISAAC POWLEDGE, DECEASED, THE ESTATE OF CHRISTIAN POWLEDGE, DECEASED, AND THE ESTATE OF JACOB POWLEDGE, DECEASED, *Plaintiff*, <br><br> v.. <br><br> GENERAL MOTORS CORPORATION AND GENERAL MOTORS LLC, *Defendants*. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:14-cv-00192 |

## AGREED STIPULATION REGARDING SERVICE AND ANSWER DEADLINE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by and through their respective attorneys, that:

1. Undersigned counsel Dickstein Shapiro LLP agrees to accept service of the complaint in this action on behalf of The Motors Liquidation Company GUC Trust (the "MLC GUC Trust"), formed by Motors Liquidation Company f/k/a General Motors Corp.

2. The time for the MLC GUC Trust to file and serve an answer, motion or other response to the complaint in this action is July 31, 2014.

3. Nothing herein shall constitute a waiver of any rights, objections or defenses that the MLC GUC Trust may have to this action, including without limitation to those defenses provided under Rule 12 of the Federal Rules of Civil Procedure or any objections to the jurisdiction of this Court or to venue.

Dated: July __, 2014

| JOSH DAVIS LAW FIRM | DICKSTEIN SHAPIRO LLP |
|---|---|
| By: _____<br>Joshua P. Davis<br>State Bar No. 24055379<br>Federal Bar No. 1109971<br>1010 Lamar, Suite 200<br>Houston, Texas 77002<br>Telephone: (717) 337-4100<br>Facsimile: (717) 337-4101<br>Email: josh@jdfirm.com<br><br>*Attorneys for Plaintiff* | By: _____<br>Eric B. Fisher<br>Shaya M. Berger<br><br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 277-6500<br>Facsimile: (917) 677-8188<br>Email: fishere@dicksteinshapiro.com<br>        bergers@dicksteinshapiro.com<br><br>*Attorneys for Motors Liquidation Company GUC Trust* |

2