# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549-1004

---

# FORM 8-K

---

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported)  March 31, 2014

---

# GENERAL MOTORS COMPANY
(Exact Name of Registrant as Specified in its Charter)

---

| **DELAWARE** | **001-34960** | **27-0756180** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **300 Renaissance Center, Detroit, Michigan** | **48265-3000** |
|:---:|:---:|
| (Address of Principal Executive Offices) | (Zip Code) |

(**313**) **556-5000**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17-CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**ITEM 7.01 REGULATION FD DISCLOSURE**

On March 31, 2014 General Motors Company (GM) issued a press release regarding a safety recall of certain models for the correction of electric power steering assist conditions affecting approximately 1.3 million vehicles. GM expects to record a charge of up to approximately $750 million in the three months ending March 31, 2014 for primarily the cost of this and other safety recalls announced in the three months ending March 31, 2014, including $300 million previously disclosed in connection with the three safety actions announced on March 17, 2014 and the ignition switch recall announced February 25, 2014. The GM press release is attached as Exhibit 99.1.

**ITEM 9.01 FINANCIAL STATEMENTS AND EXHIBITS**

**EXHIBITS**

| Exhibit | Description | Method of Filing |
|---|---|---|
| Exhibit 99.1 | Press Release | Attached as Exhibit |

**SIGNATURE**

    Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

|  |  |  |
|---|---|---|
|  |  | <u>GENERAL MOTORS COMPANY</u> |
|  |  | (Registrant) |
|  |  |  |
|  |  | <u>/s/ THOMAS S. TIMKO</u> |
| Date: April 1, 2014 | By: | Thomas S. Timko |
|  |  | Vice President, Controller and Chief Accounting Officer |

**Exhibit 99.1**



For Release: Monday, March 31, 2014

**DETROIT -** General Motors informed the National Highway Traffic Safety Administration today that it would recall more than 1.3 million vehicles in the U.S. that may experience a sudden loss of electric power steering assist.

If power steering assist is lost, a message displays on the Driver Information Center and a chime sounds to inform the driver. Steering control can be maintained because the vehicle will revert to manual steering, but greater driver effort would be required at low vehicle speeds, which could increase the risk of a crash.

Models subject to safety recall are the:
- **Chevrolet Malibu: All model year 2004 and 2005, and some model year 2006 and model year 2008 and 2009 vehicles**
- **Chevrolet Malibu Maxx: All model year 2004 and 2005, and some 2006 model year**
- **Chevrolet HHR (Non-Turbo): Some model year 2009 and 2010 vehicles**
- **Chevrolet Cobalt: Some model year 2010 vehicles**
- **Saturn Aura: Some model year 2008 and 2009 vehicles**
- **Saturn ION: All model year 2004 to 2007 vehicles**
- **Pontiac G6: All model year 2005, and some model year 2006 and model year 2008 and 2009 vehicles**
- **Service parts installed into certain vehicles before May 31, 2010 under a previous safety recall**

Depending on the vehicle, GM will replace free of charge either the power steering motor, the steering column, the power steering motor control unit or a combination of the steering column and the power steering motor control unit. Customers who previously paid for repairs of these parts would be eligible for reimbursement.

In addition, 309,160 non-turbocharged Chevrolet HHRs from the 2006-2008 model years (and several hundred 2009 models) and 96,324 Saturn IONs from the 2003 model year that are not subject to these recalls will be given lifetime warranties for replacement of the electronic power steering motor.

"With these safety recalls and lifetime warranties, we are going after every car that might have this problem, and we are going to make it right," said Jeff Boyer, vice president, GM Global Vehicle Safety. "We have recalled some of these vehicles before for the same issue and offered extended warranties on others, but we did not do enough."

The 2004-2007 Saturn ION, the 2009-2010 Chevrolet HHR and the 2010 Chevrolet Cobalt are included in previously announced recalls for ignition switches that may not meet GM specification for torque performance. Repairs for the ignition switch and power steering assist may require separate dealership visits depending on parts availability.

GM expects to take a charge of up to approximately $750 million in the first quarter, primarily for the cost of recall-related repairs announced in the quarter. This amount includes a previously disclosed $300

million charge for three safety actions announced on March 17 and the ignition switch recall announced Feb. 25.

**General Motors Co.** (NYSE:GM, TSX: GMM) and its partners produce vehicles in 30 countries, and the company has leadership positions in the world's largest and fastest-growing automotive markets. GM, its subsidiaries and joint venture entities sell vehicles under the Chevrolet, Cadillac, Baojun, Buick, GMC, Holden, Jiefang, Opel, Vauxhall and Wuling brands. More information on the company and its subsidiaries, including OnStar, a global leader in vehicle safety, security and information services, can be found at http://www.gm.com

###

**CONTACT:**
Alan Adler
GM Communications.
313-319-8486
alan.adler@gm.com