

**GENERAL MOTORS LLC**
Vehicle Safety and Crashworthiness

RECEIVED
By Recall Management Division at 3:32 pm, Mar 31, 2014

March 31, 2014

Ms. Nancy Lewis
Associate Administrator for Enforcement
National Highway Traffic Safety Administration
Recall Management Division (NVS-215)
1200 New Jersey Avenue, SE – Room W45-306
Washington, DC  20590

Dear Ms. Lewis:

The following information is submitted pursuant to the requirements of 49 CFR 573.6 as it applies to a determination by General Motors of a safety defect involving the following vehicles if equipped with Electric Power Steering (EPS):

> Chevrolet Malibu: All model year (MY) 2004 - 2005, and some MY 2006 and MY 2008 - 2009 vehicles
> Chevrolet Malibu Maxx: All model year (MY) 2004 - 2005, and some MY 2006
> Chevrolet HHR (Non-Turbo): Some MY 2009 - 2010 vehicles
> Chevrolet Cobalt: Some MY 2010 vehicles
> Saturn Aura: Some MY 2008 - 2009 vehicles
> Saturn ION: All MY 2004 - 2007 vehicles
> Pontiac G6: All MY 2005, and some MY 2006 and MY 2008 - 2009 vehicles
> Service parts installed into vehicles under Safety Recall 10023 (10V-073) prior to May 31, 2010

Vehicles that were included in Safety Recall 10023 (10V-073), are not included unless they were repaired prior to May 31, 2010.  Vehicles that were repaired under special coverage bulletin numbers 10183 and 10187 are not included.  Vehicles that were repaired with parts without defective components are not included in this recall.

573.6(c)(1): General Motors Company; Chevrolet, Pontiac and Saturn Brands.

573.6(c)(2)(3)(4): This information is shown on the attached sheet.

573.6(c)(5): General Motors has decided that a defect, which relates to motor vehicle safety, exists in the vehicles identified above.  The subject vehicles equipped with electric power steering (EPS) may experience a sudden loss of power steering assist that could occur at any time while driving.  If the power steering assist is lost, a message is displayed on the Driver Information Center and a chime sounds to inform the driver.  Steering control can be maintained, as the vehicle will revert to a manual steering mode, but would require greater driver effort at low vehicle speeds, which could result in an increased risk of a crash.


Mail Code: 480-210-2V
30001 Van Dyke Road • Warren, MI  48090-9020
N140115 573 Letter.docx



573.6(c)(6): The issue was presented to the Field Performance Evaluation Review Committee and on March 27, 2014, the Executive Field Action Decision Committee decided to conduct a safety recall. General Motors will be submitting a supplemental chronology within two weeks.

573.6(c)(8): GM will be releasing four bulletins due to different dealer repairs.

Bulletin number 14115:

Model and Model Years:   2004-2007 Saturn ION vehicles
2009-2010 HHR (non-turbo)
2010 Chevrolet Cobalt
Service Parts

Dealers are to replace the power steering motor.

Bulletin number 14116:

Model and Model Years:   2004-2006 Chevrolet Malibu/Malibu Maxx
2005-2006 Pontiac G6
2008-2009 Chevrolet Malibu, Pontiac G6 and Saturn Aura built from 3-1-08 thru 6-27-08

Dealers are to replace the torque sensor assembly.

Bulletin number 14117:

Model and Model Years:   2008 Chevrolet Malibu, Pontiac G6 and Saturn Aura built from 2-1-08 thru 2-28-08

Dealers are to replace the torque sensor assembly and power steering motor controller unit.

Bulletin number 14118:

Model and Model Years:   2008 Chevrolet Malibu, Pontiac G6 and Saturn Aura built from 10-1-07 thru 1-31-08

Dealers are to replace power steering motor controller unit.

GM plans to issue preliminary notification about the recall to dealers the week of March 31, 2014, and a first owner letter the week of April 28, 2014. A second owner letter will be mailed and the formal dealer bulletin and special coverage bulletin will be provided when parts are available.

Pursuant to 577.11, GM will provide reimbursement to owners for repairs completed on or before ten days after the owner mailing is completed, according to the plan submitted on May 23, 2013.

573.6(c)(10): GM will provide copies of the dealer and customer communications, including the owner letter, under separate cover.

09-50026-mg    Doc 13114-19    Filed 04/20/15    Entered 04/20/15 19:35:09    Exhibit 19
                                   Pg 3 of 5

Letter to Ms. Nancy Lewis
N140115 573 Letter
March 31, 2014
Page 3

573.6(c)(11): GM's assigned recall number is N140115. Assigned bulletin numbers are 14115, 14116, 14117 and 14118.

A special coverage (GM bulletin number 14119) will be implemented for MY 2006-2008 and early production of 2009 Chevrolet HHR (non-turbo) and MY 2003 Saturn ION to provide EPS Motor replacement for the life of the vehicle.

Sincerely,

M. Carmen Benavides, Director
Product Investigations and Safety Regulations

N140115
Attachment

573.6(c)(2),(3),(4)

## VEHICLES POTENTIALLY AFFECTED BY MAKE, MODEL, AND MODEL YEAR
## PLUS INCLUSIVE DATES OF MANUFACTURE

| MAKE | MODEL SERIES | MODEL YEAR | NUMBER INVOLVED | INCLUSIVE MANUFACTURING DATES (FROM) | (TO) | DESCRIPTIVE INFO. TO PROPERLY IDENT. VEH. | EST. NO. W/CONDITION |
|---|---|---|---|---|---|---|---|
| Chevrolet | Z-Car | 2004 | 96,607 | 05/16/2003 | 06/11/2004 | Malibu | * |
| Chevrolet | Z-Car | 2005 | 150,514 | 03/30/2004 | 07/29/2005 | Malibu | " |
| Chevrolet | Z-Car | 2006 | 93,690 | 05/26/2005 | 03/31/2006 | Malibu | " |
| Chevrolet | Z-Car | 2004 | 35,761 | 06/25/2003 | 06/11/2004 | Malibu Maxx | " |
| Chevrolet | Z-Car | 2005 | 43,317 | 03/31/2004 | 07/29/2005 | Malibu Maxx | " |
| Chevrolet | Z-Car | 2006 | 21,001 | 05/24/2005 | 03/31/2006 | Malibu Maxx | " |
| Chevrolet | Z-Car | 2008 | 90,481 | 10/01/2007 | 06/27/2008 | Malibu | " |
| Chevrolet | Z-Car | 2009 | 3,258 | 04/22/2008 | 06/27/2008 | Malibu | " |
| Chevrolet | A-Car | 2010 | 43,194 | 02/26/2010 | 06/23/2010 | Cobalt | " |
| Chevrolet | A | 2009 | 77,397 | 07/03/2008 | 06/18/2009 | HHR (non-turbo) | " |
| Chevrolet | A | 2010 | 49,641 | 04/20/2009 | 03/31/2010 | HHR (non-turbo) | " |
| Pontiac | Z-Car | 2005 | 54,552 | 05/26/2004 | 04/01/2005 | G6 | " |
| Pontiac | Z-Car | 2006 | 116,761 | 01/11/2005 | 03/31/2006 | G6 | " |
| Pontiac | Z-Car | 2008 | 49,740 | 10/01/2007 | 06/13/2008 | G6 | " |
| Pontiac | Z-Car | 2009 | 1,221 | 04/16/2008 | 06/27/2008 | G6 | " |
| Saturn | Z-Car | 2008 | 17,511 | 10/02/2007 | 06/27/2008 | Aura | " |
| Saturn | Z-Car | 2009 | 72 | 04/22/2008 | 06/28/2008 | Aura | " |
| Saturn | A-Car | 2004 | 113,390 | 04/29/2003 | 08/07/2004 | ION | " |
| Saturn | A-Car | 2005 | 63,992 | 04/27/2004 | 06/06/2005 | ION | " |
| Saturn | A-Car | 2006 | 81,153 | 04/13/2005 | 05/05/2006 | ION | " |
| Saturn | A-Car | 2007 | 76,193 | 04/05/2006 | 03/28/2007 | ION | " |

```
          **Service Parts:      61,001
          GM Vehicle Total:  1,279,446
          GM Grand Total:    1,340,447
```

\* All involved vehicles will be corrected as necessary.

\*\* Service parts include parts that were installed in MY 2005-2010 Chevrolet Cobalt and MY 2007-2009 Pontiac G5 vehicles repaired under recall 10023 (10V-073) with a repair date prior to May 31, 2010

573.6(c)(2)(iv):

Cobalt, ION and HHR - column and motor:
JTEKT North America Inc.,
47771 Halyard Drive
Plymouth, MI. 48170
(734) 454-4423
Manufactured in the US.

Column electric power steering assembly:
Nexteer (formerly Delphi Saginaw Steering)
3900 E. Holland Rd.
Saginaw, MI 48601-9494
(989) 757-5000
Manufactured in the US.

The components listed below were used in the Nexteer column assembly.

2004 Malibu/Malibu Maxx - torque sensor:
American Furukawa, Inc. (AFI)
47677 Galleon Drive, Plymouth, MI 48170 U.S.A.
(734) 446-2200
Manufactured in Japan.

2004-2006 Malibu/Malibu Maxx, 2005-2006 G6, 2008-2009 Malibu, G6, Aura - torque sensor:
BI Technologies Corporation
4200 Bonita Place
Fullerton, CA 92835-1053
Phone: General Inquiry - (714) 447-2300
Customer Service - (714) 447-2345
Fax - (714) 447-2400
Manufactured in Mexico.

2008 Malibu, G6, Aura - resistor:
Yageo America
2665 North First Street, Suite 212
San Jose, CA 95134 USA
Phone: (408) 240 6200
Fax: (408) 240 6201
Manufactured in Taiwan.