**GM** GENERAL MOTORS LLC
Global Vehicle Safety

14V-400
(5 pages) Amended

RECEIVED
By Recall Management Division at 3:44 pm, Jul 16, 2014

July 16, 2014

Ms. Nancy Lewis
Associate Administrator for Enforcement
National Highway Traffic Safety Administration
Recall Management Division (NVS-215)
1200 New Jersey Avenue, SE – Room W45-306
Washington, DC  20590

Re:    NHTSA Notification Campaign No. 14V-400

Dear Ms. Lewis:

This letter supersedes General Motors' letter of July 3, 2014, and is submitted pursuant to the requirements of 49 CFR 573.6 as it applies to a determination by General Motors to conduct a safety related recall involving 2000-2005 model year (MY) Chevrolet Impala and Monte Carlo, 1997-2005 MY Chevrolet Malibu, 1999-2004 MY Oldsmobile Alero, 1998-2002 MY Oldsmobile Intrigue, 1999-2005 MY Pontiac Grand Am and 2004-2008 MY Pontiac Grand Prix vehicles.  Specifically, the information submitted pursuant to 49 CFR 573.6(c)(6) below supersedes information included in General Motors' letter of July 3, 2014.

<u>573.6(c)(1)</u>: Chevrolet, Oldsmobile and Pontiac Brands of General Motors Company.

<u>573.6(c)(2)(3)(4)</u>: This information is shown on the attached sheet.

<u>573.6(c)(5):</u>  General Motors has decided that a defect which relates to motor vehicle safety exists in 2000-2005 MY Chevrolet Impala and Monte Carlo, 1997-2005 MY Chevrolet Malibu, 1999-2004 MY Oldsmobile Alero, 1998-2002 MY Oldsmobile Intrigue, 1999-2005 MY Pontiac Grand Am, and 2004-2008 MY Pontiac Grand Prix vehicles.  If the key ring is carrying added weight and the vehicle goes off road or experiences some other jarring event, it may unintentionally move the key away from the "run" position.  If this occurs, engine power, power steering and power braking may be affected, increasing the risk of a crash.  The timing of the key movement out of the "run" position, relative to the activation of the sensing algorithm of the crash event, may result in the airbags not deploying, increasing the potential for occupant injury in certain kinds of crashes.

Until the recall has been performed, it is <u>very</u> important that customers remove all items from their key ring, leaving only the vehicle key.  The key fob (if applicable), should also be removed from the key ring.

<u>573.6(c)(6)</u>: As permitted by the provisions of 49 C.F.R. 573.6(b), and pursuant to the requirements of 49 C.F.R. 573.6(c)(6), General Motors now submits the chronology of



09-50026-mg    Doc 13114-20    Filed 04/20/15    Entered 04/20/15 19:35:09    Exhibit 20
Pg 2 of 5

Letter to Ms. Nancy Lewis
N140350 573 Letter Revised
July 16, 2014
Page 2

principal events that were the basis for the determination that the defect related to motor vehicle safety.

**2003**

In 2003, GM learned of a customer complaint of intermittent vehicle shut offs in a MY 2003 Grand Am from a Michigan dealership. Despite multiple attempts, the dealership could not duplicate the condition. GM's Brand Quality Manager for the Grand Am personally visited the dealership and requested that the customer demonstrate the problem. The customer had an excess key ring and mass (containing approximately 50 keys and a set of brass knuckles), and was able to recreate the shut off upon driving over a speed bump at approximately 30-35 mph. On January 7, 2003, GM opened PRTS 0084/2003. On May 22, 2003, GM issued a voicemail to dealerships describing the condition and identifying the relevant population of vehicles as 1999 through 2003 MY Chevrolet Malibu, Oldsmobile Alero, and Pontiac Grand Am. The notice directed dealers to pay attention to the key size and mass of the customer's key ring in order to better diagnose the customer's complaint. On July 24, 2003, Engineering Work Order (EWO) 211722 was initiated to increase the detent plunger force on the ignition switch replacing P/N 22688239 with P/N 22737173. This was a running change made in 2004 to the Malibu, Grand Am and the Alero. The production and service stock disposition for P/N 22688239 was designated "use", so it is possible that P/N 22688239 was used to service vehicles.

**2004**

On March 17, 2004, EWO 317693 was initiated to increase the detent plunger force on the ignition switch on the Grand Prix in order to maintain commonality between the Grand Prix and the Malibu, Grand Am and the Alero. The old Grand Prix part number, P/N10310896, was not changed to a new part number when the detent plunger force was changed, rather P/N 10310896 remained the part number for the new ignition switch. The service stock disposition was designated "use", so it is possible that the old switch was used to service vehicles.

**2014**

On May 22, 2014, NHTSA forwarded to GM Director of Global Policy and GM Director of Field Product Investigations and Evaluations a link to Service Bulletin No. 052203, issued in 2003, for the 1999-2003 MY Malibu, Alero and Grand Am. On June 4, 2014, a Product Investigations Engineer was assigned to investigate ignition switches used on the 1999-2003 MY Malibu, Grand Am and Alero; the investigation expanded to include a number of additional model vehicles. Between June 6, 2014 and June 24, 2014, the investigator worked with GM subject matter experts to gather and analyze data relating to the ignition switches used on the Malibu, Grand Am and Alero vehicles, as well as to identify other vehicles in which the relevant ignition switches were used. GM also collected and reviewed information from GM's databases, including its TREAD, warranty, customer satisfaction, and Engineering Analysis databases, and NHTSA's Vehicle Owners' Questionnaire (VOQ) database relating to vehicles using the ignition switch parts under review. From approximately June 13 through June 24, 2014, cars identified in the investigation were evaluated at the Milford Proving Ground. The road testing on the recall population indicated

09-50026-mg    Doc 13114-20    Filed 04/20/15    Entered 04/20/15 19:35:09    Exhibit 20
Pg 3 of 5

Letter to Ms. Nancy Lewis
N140350 573 Letter Revised
July 16, 2014
Page 3

that, when the slotted key with a ring is carrying added weight, the torque performance of the ignition system may be insufficient to resist energy generated when a vehicle goes off road or experiences some other jarring event, potentially resulting in the unintentional movement of the key away from the "run" position.

On June 26, 2014, the investigator made a presentation to the Safety and Field Action Decision Authority (SFADA), which decided to conduct a Safety Recall of 2000-2005 MY Chevrolet Impala and Monte Carlo, 1997-2005 MY Chevrolet Malibu, 1999-2004 MY Oldsmobile Alero, 1998-2002 MY Oldsmobile Intrigue, 1999-2005 MY Pontiac Grand Am and 2004-2008 MY Pontiac Grand Prix vehicles.

573.6(c)(8): Dealers are to install two key rings and key cover on all ignition keys.

General Motors will provide the dealer bulletin and owner letter mail dates when available.

Pursuant to 577.11, General Motors does not plan to provide notice about reimbursement to owners because the provided repair has not previously been available.

573.6(c)(10): General Motors will provide the dealer bulletin and owner letter under separate cover.

573.6(c)(11): General Motors' assigned recall number is 14350.

Sincerely,

Brian Latouf, Director
Field Product Investigations & Evaluations


Attachment

573.6(c)(2)(3)(4)

### VEHICLES POTENTIALLY AFFECTED BY MAKE, MODEL, AND MODEL YEAR
### PLUS INCLUSIVE DATES OF MANUFACTURE

| MAKE | MODEL SERIES | MODEL YEAR | NUMBER INVOLVED | INCLUSIVE MANUFACTURING DATES (FROM) | (TO) | DESCRIPTIVE INFO. TO PROPERLY IDENT. VEH. | EST. NO. W/CONDITION |
|---|---|---|---|---|---|---|---|
| Chevrolet | W | 2000 | 199,328 | 11/20/1998 | 06/13/2000 | Impala | * |
| Chevrolet | W | 2001 | 188,251 | 05/04/2000 | 06/25/2001 | Impala | ” |
| Chevrolet | W | 2002 | 201,467 | 03/22/2001 | 06/19/2002 | Impala | ” |
| Chevrolet | W | 2003 | 512,664 | 03/21/2002 | 06/18/2003 | Impala | ” |
| Chevrolet | W | 2004 | 559,600 | 04/08/2003 | 06/24/2004 | Impala | ” |
| Chevrolet | W | 2005 | 486,224 | 03/31/2004 | 06/15/2005 | Impala | ” |
| Chevrolet | N | 1997 | 100,450 | 10/04/1996 | 07/30/1997 | Malibu Classic | ” |
| Chevrolet | N | 1998 | 231,086 | 06/06/1997 | 08/20/1998 | Malibu Classic | ” |
| Chevrolet | N | 1999 | 213,870 | 03/30/1998 | 07/26/1999 | Malibu Classic | ” |
| Chevrolet | N | 2000 | 215,601 | 04/22/1999 | 06/23/2000 | Malibu Classic | ” |
| Chevrolet | N | 2001 | 186,794 | 03/23/2000 | 06/27/2001 | Malibu Classic | ” |
| Chevrolet | N | 2002 | 144,950 | 03/26/2001 | 05/31/2002 | Malibu Classic | ” |
| Chevrolet | N | 2003 | 177,260 | 03/01/2002 | 05/30/2003 | Malibu Classic | ” |
| Chevrolet | N | 2004 | 98,025 | 03/13/2003 | 06/02/2004 | Malibu Classic | ” |
| Chevrolet | N | 2005 | 83,060 | 03/31/2004 | 05/06/2005 | Malibu Classic | ” |
| Chevrolet | W | 2000 | 61,063 | 03/24/1999 | 06/13/2000 | Monte Carlo | ” |
| Chevrolet | W | 2001 | 68,518 | 05/05/2000 | 06/25/2001 | Monte Carlo | ” |
| Chevrolet | W | 2002 | 137,140 | 03/22/2001 | 06/19/2002 | Monte Carlo | ” |
| Chevrolet | W | 2003 | 67,785 | 03/26/2002 | 06/18/2003 | Monte Carlo | ” |
| Chevrolet | W | 2004 | 62,396 | 04/07/2003 | 06/23/2004 | Monte Carlo | ” |
| Chevrolet | W | 2005 | 35,876 | 04/06/2004 | 06/08/2005 | Monte Carlo | ” |
| Oldsmobile | N | 1999 | 121,339 | 04/08/1998 | 07/28/1999 | Alero | ” |
| Oldsmobile | N | 2000 | 118,392 | 04/14/1999 | 07/17/2000 | Alero | ” |
| Oldsmobile | N | 2001 | 112,413 | 04/04/2000 | 06/27/2001 | Alero | ” |
| Oldsmobile | N | 2002 | 79,372 | 03/27/2001 | 05/31/2002 | Alero | ” |
| Oldsmobile | N | 2003 | 92,874 | 02/25/2002 | 05/30/2003 | Alero | ” |
| Oldsmobile | N | 2004 | 69,524 | 03/07/2003 | 04/30/2004 | Alero | ” |

14350

573.6(c)(2)(3)(4) (Continued)

| MAKE | MODEL SERIES | MODEL YEAR | NUMBER INVOLVED | INCLUSIVE MANUFACTURING DATES (FROM) | (TO) | DESCRIPTIVE INFO. TO PROPERLY IDENT. VEH. | EST. NO. W/CONDITION |
|---|---|---|---|---|---|---|---|
| Oldsmobile | W | 1998 | 99,037 | 11/11/1996 | 08/19/1998 | Intrigue | " |
| Oldsmobile | W | 1999 | 86,482 | 03/31/1998 | 07/02/1999 | Intrigue | " |
| Oldsmobile | W | 2000 | 73,382 | 04/07/1999 | 06/30/2000 | Intrigue | " |
| Oldsmobile | W | 2001 | 39,455 | 03/28/2000 | 06/15/2001 | Intrigue | " |
| Oldsmobile | W | 2002 | 25,010 | 03/19/2001 | 06/13/2002 | Intrigue | " |
| Pontiac | N | 2000 | 225,333 | 03/31/1999 | 07/18/2000 | Grand Am | " |
| Pontiac | N | 2001 | 182,220 | 03/30/2000 | 06/27/2001 | Grand Am | " |
| Pontiac | N | 2002 | 154,308 | 03/26/2001 | 05/31/2002 | Grand Am | " |
| Pontiac | N | 2003 | 299,796 | 10/15/1997 | 07/29/1999 | Grand Am | " |
| Pontiac | N | 2003 | 139,818 | 02/25/2002 | 05/30/2003 | Grand Am | " |
| Pontiac | N | 2004 | 171,929 | 03/07/2003 | 06/04/2004 | Grand Am | " |
| Pontiac | N | 2005 | 61,526 | 03/31/2004 | 05/06/2005 | Grand Am | " |
| Pontiac | W | 2004 | 179,560 | 10/24/2002 | 06/25/2004 | Grand Prix | " |
| Pontiac | W | 2005 | 107,997 | 04/01/2004 | 06/24/2005 | Grand Prix | " |
| Pontiac | W | 2006 | 116,472 | 04/27/2005 | 06/19/2006 | Grand Prix | " |
| Pontiac | W | 2007 | 77,690 | 04/12/2006 | 04/25/2007 | Grand Prix | " |
| Pontiac | W | 2008 | 64,405 | 03/14/2007 | 11/30/2007 | Grand Prix | " |

GM Total: 6,729,742

\* All involved vehicles will be corrected as necessary.

573.6(c)(2)(iv):  Stoneridge INC
Pollak Engineered Products
300 Dan Rd
Canton, MA  02021
Phone:  (248) 489-9300

The ignition switch is manufactured in the US and China.

14350