KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *April 20, 2015*, I caused to be served a true and correct copy of the *Objection By General Motors LLC To Plaintiffs' First Amended Rule 60(b)(6) Motion For Relief From August 9, 2010 Stipulation And Settlement Resolving Claim No. [44614], Or Alternatively, Rule 60(d) Motion To Set Aside* (With Exhibits) by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: April 21, 2015
       New York, New York

                        KING & SPALDING LLP

                        By: /s/ Scott I. Davidson
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

**Service List For April 20, 2015:**

**Documents Served *via* Email:**

1 – *Objection By General Motors LLC To Plaintiffs' First Amended Rule 60(B)(6) Motion For Relief From August 9, 2010 Stipulation And Settlement Resolving Claim No. [44614], Or Alternatively, Rule 60(D) Motion To Set Aside* (With Exhibits).

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
WWeintraub@goodwinprocter.com;
EOHagan@goodwinprocter.com;
fishere@dicksteinshapiro.com;
Josh@thejdfirm.com;

## Service List For April 20, 2015:

**Documents Served *via* Overnight Delivery:**

1 – *Objection By General Motors LLC To Plaintiffs' First Amended Rule 60(B)(6) Motion For Relief From August 9, 2010 Stipulation And Settlement Resolving Claim No. [44614], Or Alternatively, Rule 60(D) Motion To Set Aside* (With Exhibits).

| | |
|---|---|
| Matthew J. Williams - <br> Keith R. Martorana - <br> Lisa Rubin <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 | Daniel H. Golden <br> Deborah Newman - <br> Jamison Diehl <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> One Bryant Park <br> New York, New York 10036-6745 |
| Joshua P. Davis <br> JOSH DAVIS LAW FIRM <br> 1010 Lamar, Suite 200 <br> Houston, Texas 77002 <br> Telephone: (713) 337-4100 | Brian S. Masumoto <br> Office of The United States Trustee <br> U.S. Federal Office Building <br> 201 Varick Street, Suite 1006 <br> New York, NY 10014 |