**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
Telephone: (713) 337-4100
Facsimile: (713) 337-4101
Joshua P. Davis
*Attorneys for Doris Phillips*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
In re                                                    :        Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*              :
                                                         :        (Jointly Administered)
                             Debtors.            :
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on April 27, 2015 I caused *Plaintiffs' Reply to Motors Liquidation GUC Trust and General Motors, LLC's Response to Plaintiffs' First Amended Rule 60(b)(6) Motion for Relief from August 9, 2010 Stipulation and Settlement Resolving Claim No. [44614], or Alternatively, Rule 60(d) Motion to Set Aside* [Doc. 13121] to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated:  April 28, 2015.

                                        Respectfully submitted,

                                        **JOSH DAVIS LAW FIRM**

                                        By:  /s/ Joshua P. Davis
                                             Joshua P. Davis
                                             State Bar No. 24055379
                                             Federal Bar No. 1109971
                                       1010 Lamar, Suite 200
                                       Houston, Texas 77002
                                       (713) 337-4100/Phone
                                       (713) 337-4101/Fax
                                       josh@thejdfirm.com
                                       *Attorney-in-Charge for Plaintiffs*