KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                              :          Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :          Case No.: 09-50026 (REG)
          f/k/a General Motors Corp., *et al.*     :
                                                   :
                              Debtors.             :          (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     This is to certify that on *April 28, 2015*, I caused to be served true and correct copies of

the *Notice of Filing of Fifth Supplement to Schedule "1" to the Motion of General Motors LLC*

*Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and*

*Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (with Exhibit)* and

*Notice of Filing of Fifth Supplement to Schedule "2" to the Motion of General Motors LLC*

*Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and*

*Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions)* by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* mail at the last known addresses as indicated on the annexed service list.

Dated: April 29, 2015
     New York, New York

                    KING & SPALDING LLP

                    By: /s/   Scott I. Davidson
                    Arthur J. Steinberg
                    Scott Davidson
                    King & Spalding LLP
                    1185 Avenue of the Americas
                    New York, NY 10036
                    Telephone: (212) 556-2100
                    Facsimile: (212) 556-2222

                    *Attorneys for General Motors LLC*

### Service list For April 28, 2015:

#### Documents served *via* Email:

1 – A Notice of Filing of Fifth Supplement to Schedule 1 to Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 1 W(With Exhibit); and

2 – A Notice of Filing of Fifth Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 2.

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
einselbuch@capdale.com;
plockwood@capdale.com;
jliesemer@capdale.com;
asackett@capdale.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com;
jflaxer@golenbock.com;
PRicardo@golenbock.com;
MJWilliams@gibsondunn.com;
KMartorana@gibsondunn.com;
LRubin@gibsondunn.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
elaine@hbsslaw.com;
steve@hbsslaw.com;
andrew@hbsslaw.com;
rob@hbsslaw.com;
rachelf@hbsslaw.com;
mrobinson@rcrsd.com;
kcalcagnie@rcrsd.com;
swilson@rcrsd.com;
rjaxelrod@axelroddean.com;
jddean@axelroddean.com;
stuart@paynterlawfirm.com;
afriedman@bffb.com;
psyverson@bffb.com;
khanger@bffb.com;
jon@bhfloridalaw.com;
charlesl@cuneolaw.com;

wanderson@cuneolaw.com
rdalton746@aol.com
peller@law.georgetown.edu
bobh@hmglawfirm.com
ecabraser@lchb.com
steve@hbsslaw.com;
brad.keogh@azag.gov;
dana.vogel@azag.gov;
leonard@hbsslaw.com;
rachelf@hbsslaw.com;
sean@hbsslaw.com

**Service list For April 28, 2015:**

**Documents served *via* Overnight Delivery:**

1 – A Notice of Filing of Fifth Supplement to Schedule 1 to Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 1; and

2 – A Notice of Filing of Fifth Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 2.

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |

**Documents served *via* U.S. Mail:**

1 – A Notice of Filing of Fifth Supplement to Schedule 1 to Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 1; and

2 – A Notice of Filing of Fifth Supplement to Schedule 2 to Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 2.

| | |
|---|---|
| Marion R. Yagman<br>Joseph Reichmann<br>YAGMAN & REICHMANN<br>475 Washington Blvd.<br>Venice Beach, California 90292 | Stephen Yagman<br>475 Washington Blvd.<br>Venice Beach, California 90292 |
| Lacy Wright Jr.<br>Attorney at Law<br>PO Box 800<br>Welch, West Virginia 24801-0800 | |

## Service list For April 28, 2015:

### Documents served *via* Email:

1 - The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (the "Monetary Relief Motion to Enforce") (with schedules and exhibits) (**ECF 12808**);

2 - Scheduling Order regarding Monetary Relief Motion to Enforce (**ECF 12898**);

3 - A Notice of Filing of the Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1 (**ECF 12908**);

4 - A Notice of Filing of the Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 and the Exhibits thereto (**ECF 12909**);

5 - A Notice of Filing of the Second Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1, and the Exhibits thereto (**ECF 12940**);

6 - A Notice of Filing of the Second Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 (**ECF 12941**);

7 - A Notice of Filing of the Third Supplement to Schedule 1 to the Monetary Relief Motion to Enforce and the Third Supplement to Schedule 1 (**ECF 12979**);

8 - A Notice of Filing of the Third Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Third Supplement to Schedule 2 (**ECF 12980**).

9 - A Notice of Filing of the Fourth Supplement to Schedule 1 to the Monetary Relief Motion to Enforce and the Third Supplement to Schedule 1 (**ECF 13011**);

10 - A Notice of Filing of the Fourth Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Third Supplement to Schedule 2 (**ECF 13012**);

11 - Decision on Motion to Enforce Sale Order, entered by the Honorable Judge Robert E. Gerber on April 15, 2015 (**ECF 13109**);

12 - A Notice of Filing of the Fifth Supplement to Schedule 1 to the Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 1 (**ECF 13123** ); and

13 - A Notice of Filing of the Fifth Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 2 (**ECF 13124**).

cbonner799@aol.com;
cabral@bonnerlaw.com

## Service list For April 28, 2015:

### Documents served *via* Overnight Delivery:

1 - The Motion of New GM Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other Than Ignition Switch Actions) (the "Monetary Relief Motion to Enforce") (with schedules and exhibits) (**ECF 12808**);

2 - Scheduling Order regarding Monetary Relief Motion to Enforce (**ECF 12898**);

3 - A Notice of Filing of the Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1 (**ECF 12908**);

4 - A Notice of Filing of the Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 and the Exhibits thereto (**ECF 12909**);

5 - A Notice of Filing of the Second Supplement to Schedule 1 to the Monetary Relief Motion to Enforce, the Supplement to Schedule 1, and the Exhibits thereto (**ECF 12940**);

6 - A Notice of Filing of the Second Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Supplement to Schedule 2 (**ECF 12941**);

7 - A Notice of Filing of the Third Supplement to Schedule 1 to the Monetary Relief Motion to Enforce and the Third Supplement to Schedule 1 (**ECF 12979**);

8 - A Notice of Filing of the Third Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Third Supplement to Schedule 2 (**ECF 12980**).

9 - A Notice of Filing of the Fourth Supplement to Schedule 1 to the Monetary Relief Motion to Enforce and the Third Supplement to Schedule 1 (**ECF 13011**);

10 - A Notice of Filing of the Fourth Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Third Supplement to Schedule 2 (**ECF 13012**);

11 - Decision on Motion to Enforce Sale Order, entered by the Honorable Judge Robert E. Gerber on April 15, 2015 (**ECF 13109**);

12 - A Notice of Filing of the Fifth Supplement to Schedule 1 to the Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 1 (**ECF 13123** ); and

13 - A Notice of Filing of the Fifth Supplement to Schedule 2 to the Monetary Relief Motion to Enforce and the Fifth Supplement to Schedule 2 (**ECF 13124**).

| Charles A. Bonner | |
| A. Cabral Bonner | |
| LAW OFFICES OF BONNER & BONNER | |
| 475 Gate Five Road Suite 212 | |
| Sausalito, CA 94965 | |