**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------- :
                                                                                 :
In re:                                                                           :    Chapter 11
                                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,                                            :    Case No. 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*                                     :
                                                                                 :    (Jointly Administered)
                                Debtors.                                         :
                                                                                 :
-------------------------------------------------------------------------------- :

### NOTICE OF FILING OF ANNUAL REPORT AND ACCOUNT OF THE
### MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2014

The MLC Asbestos PI Trust (the "Trust") hereby files its Annual Report, Financial

Statements, and Claims Summary for the fiscal year ending December 31, 2014.  The Annual

Report and Financial Statements are attached hereto as Exhibit 1.

Pursuant to the provisions of the MLC Asbestos PI Trust Agreement (the "Trust

Agreement"), the Trust is providing copies of the Annual Report and the Financial Statements to

the Trust Advisory Committee, the Future Claims Representative, and the Office of the United

States Trustee.

Dated:  New York, New York
        April 30, 2014

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Counsel to the MLC Asbestos PI Trust

By: /s/ Brendan M. Scott
        Brendan M. Scott
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel:  (212) 972-3000
Fax: (212) 972-2245

CAMPBELL & LEVINE, LLC
Counsel to the MLC Asbestos PI Trust
Kathleen Campbell Davis
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Tel: (302) 426-1900
Fax (302) 426-9947

Douglas A. Campbell
Stanley E. Levine
1700 Grant Building
Pittsburgh, PA 15219
Tel. 412.261.0310
Fax 412.261.5066