**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK  )

Kristen Garofalo, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 30th day of April, 2015, I served copies of:

- Notice of Filing of Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2014; and

- Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2014, together with exhibit referenced therein;

by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon the attached service list.

*/s/Kristen Garofalo*
Kristen Garofalo

Sworn to and subscribed before me this
30th day of April, 2015

*/s/Brendan M. Scott*
Notary Public

**Service List**

John D. Cooney, Esq.
Cooney and Conway
120 N. LaSalle Street, 30th Fl.
Chicago, IL 60602-6412

Perry Weitz, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Hon. Dean M. Trafelet (Ret.)
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202

Andrew Kress
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Kazan, McClain, Lyons, Greenwood & Harley, PLC
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Attn: Steven Kazan, Esq.

Hon. Dean M. Trafelet (Ret.)
50 West Schiller
Chicago, IL 60610

Andrew D. Velez-Rivera
Office of the U.S. Trustee
201 Varick Street
Suite 1006
New York, NY 10014

Andrew Kress
Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019-9710