**Amended and Restated Exhibits 2 and 3
to the Letter Regarding Proposed Judgment In
Connection To Decision On Motion To Enforce Sale
Order (related document(s) 13136)**