

| 713.337.4100 | 1010 LAMAR, SUITE 200 | 713.337.4101 |
| TELEPHONE | HOUSTON, TEXAS 77002 | FACSIMILE |

JOSH DAVIS
josh@thejdfirm.com
*Board Certified in Personal Injury Trial Law*
*By the Texas Board of Legal Specialization*

May 12, 2015

The Honorable Robert E. Gerber          <u>*Via Email and ECF Filing*</u>
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

RE:   In re: Motors Liquidation Company, et al; Case No. 09-50026 (REG); Chapter 11

   Plaintiffs' First Amended Rule 60(b)(6) Motion for Relief From August 9, 2010 Stipulation and Settlement Resolving Claim No. [44614], or Alternatively, Rule 60(d) Motion to Set Aside [Doc. No. 13090]

   Civil Action No. 3:14-cv-00192; *Doris Powledge, et al. vs. General Motors Corp. et al.;* In the United States District Court for the Southern District of Texas, Galveston Division

Dear Honorable Judge Gerber:

   Please find attached a redacted copy of the <u>Assignment</u> that was referenced during our Thursday, May 7, hearing concerning *Plaintiffs' First Amended Rule 60(b)(6) Motion for Relief From August 9, 2010 Stipulation and Settlement Resolving Claim No. [44614], or Alternatively, Rule 60(d) Motion to Set Aside*.

   After consultation with counsel for New GM and GUC Trust, the parties have consented and agreed to submit this Assignment but have reserved the right to comment. With the concurrence of the other parties, the Assignment has been redacted to remove the pricing information and certain account information. On that basis, the Assignment is hereby submitted to be part of the record of the May 7 hearing.

JOSH DAVIS LAW FIRM

Honorable Robert E. Gerber
May 12, 2015
Page -2-

      New GM and GUC Trust will send a short letter to the Court regarding the Assignment by close of business tomorrow.

      Thank you.

                               Sincerely,

                               /s/ *Joshua P. Davis*

                               Joshua P. Davis

JPD/kam
Enclosure

cc:    Robert C. Hilliard
       Scott Davidson
       Arthur Steinberg
       Richard C. Godfrey
       Andrew B. Bloomer
       Leonid Feller
       Matt Williams
       Lisa H. Rubin
       Arthur Steinberg
       William Weintraub
       Daniel Golden
       Deborah J. Newman
       Alex Schmidt
       Jonathan L. Flaxe
       Garry Peller