UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re                                                          :        Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                   :
                                                               :
                     Debtors.                            :        (Jointly Administered)
----------------------------------------------------------------x


**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2015, I caused the Letter from Gary Peller to Judge Gerber to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: May 13, 2015

                                          /s/ Gary Peller
                                          Gary Peller
                                          600 New Jersey Avenue, NW
                                          Washington, DC, 20001
                                          (202) 662 9122
                                          peller@law.georgetown.edu
                                          Attorney for Plaintiffs