UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                    Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,            Case No. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION)              (Jointly Administered)

                              Debtor.
---------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEFFREY RHODES

UPON the motion of Jeffrey Rhodes dated May 11, 2015, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeffrey Rhodes is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       May 15, 2015

                                             s/ *Robert E. Gerber*
                                             UNITED STATES BANKRUPTCY JUDGE