UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ------------------------------------------------------------X |  |  |
| In re | : | Chapter 11 |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------------x |  |  |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I caused the Letter from Gary Peller to Judge Gerber, Doc. No. 13154, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: May 21, 2015

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Plaintiffs