KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on *May 21, 2015*, I caused to be served a true and correct copy of a *Letter from Arthur Steinberg to Judge Gerber Dated May 21, 2015 Responding to Letter Filed by Gary Peller, dated May 13, 2015 [Dkt. No. 13143]* [ECF No. 13153], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: May 21, 2015
      New York, New York

                         KING & SPALDING LLP

                        By: /s/   Scott I. Davidson___
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

**Service List For May 21, 2015:**

**Documents Served *via* Email:**

1) *Letter from Arthur Steinberg to Judge Gerber Dated May 21, 2015 Responding to Letter Filed by Gary Peller, dated May 13, 2015 [Dkt. No. 13143]*

hsteel@brownrudnick.com;
wweintraub@goodwinprocter.com;
schmidt@whafh.com;
cioni@sbep-law.com;
eweisfelner@brownrudnick.com;
jflaxer@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
abloomer@kirkland.com;
leonid.feller@kirkland.com;
rcheck@kirkland.com;
rgodfrey@kirkland.com;
esserman@sbep-law.com;
nmoss@akingump.com;
dmolton@brownrudnick.com;
lrubin@gibsondunn.com;
ecabraser@lchb.com;
steve@hbsslaw.com;
bobh@hmglawfirm.com;
peller@law.georgetown.edu

**Service List For May 21, 2015:**

**Documents Served *via* Overnight Delivery:**

1) *Letter from Arthur Steinberg to Judge Gerber Dated May 21, 2015 Responding to Letter Filed by Gary Peller, dated May 13, 2015 [Dkt. No. 13143]*

| Gary Peller, Esq.<br>Professor of Law<br>Georgetown University Law Center<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |