# EXHIBIT A

**EXHIBIT A**



Corporate Finance

May 26, 2015

Wilmington Trust Company in its capacity as
Trust Administrator of the Motors Liquidation
Company Avoidance Action Trust
1100 North Market Street
Wilmington, DE 19890

Attn:  David A. Vanaskey Jr.

Dear David,

As you are aware, FTI Consulting, Inc. ("FTI") has decided to resign from our role as the Motors
Liquidation Company Avoidance Action Trust Monitor, consistent with Section 11.2 of the Trust
Agreement.  We understand that you are in the process of seeking a replacement Trust Monitor and
will seek Bankruptcy Court approval of our replacement.  As such, the resignation of FTI will be
effective upon Court approval and appointment of the replacement Trust Monitor.

We are available and willing to assist in a transition of our responsibilities to the replacement Trust
Monitor once appointed.  Should you have any questions, please feel free to give me a call.

Sincerely,

Conor P. Tully
Senior Managing Director
FTI Consulting, Inc.

cc:  Eric B. Fisher - Dickstein Shapiro LLP

3 Times Square, 9th Floor  |  New York, NY 10036
212-247-1010 telephone  |  212-499-3636 fax  |  fticonsulting.com