# EXHIBIT B

**ARTHUR J. GONZALEZ**
NEW YORK UNIVERSITY SCHOOL OF LAW
40 WASHINGTON SQUARE SOUTH, ROOM 314A
NEW YORK, NEW YORK 10012
Telephone: (212) 998-6231
E-mail: arthur.gonzalez@nyu.edu

**LEGAL EXPERIENCE**

**Senior Fellow**
*New York University School of Law*
(2012 to present)
Teaching courses in Bankruptcy Law

**Adjunct Professor**
(2008-2012)
Teaching courses in Bankruptcy Law

**Appointments**
Court Approved Examiner in Residential Capital, LLC, et. al, Case Number 12-12020(MG), appointed by United States Trustee for the Southern District of New York.
(2012-2013)
Member of Committee on Character & Fitness for Supreme Court of the State of New York, Appellate Division, First Department
2012 to Present
Served as Mediator, Arbitrator and Consultant in various cases
(2012 to Present)

**United States Bankruptcy Judge (Chief Judge 2010-2012)**
*Southern District of New York*
(1995-2012)
Presided over numerous individual and corporate bankruptcy cases.
Significant corporate cases:
- Sunbeam
- Enron
- WorldCom
- Chrysler

**Appointments:**
Appointed to Committee on Financial Disclosure of the Judicial Conference of the United States (2010-2012).

**United States Trustee**
*Region 2 (Second Circuit)*
*United States Trustee Program - Department of Justice*
(1993-1995) Supervised seven field offices; served as member of Advisory Committee of United States Trustees; chaired Chapter 11 Committee of United States Trustees; chaired Sub-Committee (1994-1995) that drafted United States Trustee Guidelines for the Compensation of Professionals in bankruptcy cases; received Certificate of Exemplary Service.

**Assistant United States Trustee**
*Southern District of New York United States Trustee Program - Department of Justice*
(1991-1993)

Supervised the administration of bankruptcy cases; maintained and selected members of the panel of chapter 7 trustees; appointed Chapter 11 trustees, examiners, and members of creditors' committees; supervised attorneys, other professional and support staff; assigned cases to staff attorneys; reviewed all substantial pleadings; maintained caseload of high profile Chapter 11 cases; appeared in court on regular basis on motions, hearings, and other proceedings regarding the administration of bankruptcy cases; investigated and referred bankruptcy fraud cases; made presentations at bar association meetings.

**Associate**
*Pollner, Mezan, Stolzberg & Berger, P.C.*
*Gaston & Snow*
(1988-1991)
Specialized in: (1) controversies involving Federal, State, and City tax laws, including "white collar" criminal matters; and (2) bankruptcy issues, including representing a chapter 11 trustee in the operation and reorganization of debtors. (Upon the dissolution of Pollner, Mezan, Stolzberg & Berger, P.C. in June, 1990, I accompanied one of its founding partners, to Gaston & Snow.).

**Staff Attorney**
*Manhattan District Counsel*
*Office of Chief Counsel*
*Internal Revenue Service*
(1983-1988)
Represented IRS in Tax Court proceedings and in bankruptcy matters; prepared position papers for Department of Justice in tax matters in District Court, Court of Claims and Bankruptcy Court; received Chief Counsel's Special Achievement Award: 1984-1985, 1985-1986, 1986-1987.

**Adjunct Professor**
*Iona College, New Rochelle, New York*
(1987-1988)
Taught course in federal income taxation.

**Bar Admissions:** New York State and United States District Courts SDNY and EDNY, United States Tax Court, United States Supreme Court, Supreme Court of the United States of America

**Professional Associations:** New York State Bar Association; American Bar Association; Association of Judges of Hispanic Heritage; National Conference of Bankruptcy Judges; Puerto Rican Bar Association

**Fellowships:** Fellow, American College of Bankruptcy

## OTHER EXPERIENCE

**Teacher**
*New York City Schools*
(1969-1982)

## EDUCATION

LL.M., Taxation, New York University Law School-1990 J.D., Fordham University Law School-1982 M.S., Education, Brooklyn College-1974 B.S., Accounting, Fordham University-1969