

### Dictionary

## occurrence
*noun* oc·cur·rence \ə-ˈkər-ən(t)s, -ˈkə-rən(t)s\

Occurrence is currently in the top 20% of lookups on Merriam-Webster.com.
See a list of the most popular words.

: something that happens

: the fact of happening or occurring

How "Spam" became something on your phone and not on your plate. »



### Full Definition of OCCURRENCE

1 : something that occurs <a startling *occurrence*>

2 : the action or instance of occurring <the repeated *occurrence* of petty theft in the locker room>

See occurrence defined for English-language learners »
See occurrence defined for kids »

### Examples of OCCURRENCE

Getting headaches has become a common *occurrence* for her.

the recent *occurrences* of the disease

Lightning is a natural *occurrence*.

### First Known Use of OCCURRENCE

1539

### Related to OCCURRENCE

Synonyms
    affair, circumstance, episode, hap, happening, incident, occasion,

### Word of the Day
MAY 06, 2015

## dauntless

fearless or very brave

### Word Games

Name That Thing 

True or False?

Spell It




PLAINTIFF'S EXHIBIT