# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) |
| Debtors. | |

## Order

Upon consideration of the Pillars Plaintiff's No Stay Pleading, it is hereby ORDERED that the Pillars Plaintiff's claims are not stayed.

So Ordered.

_____
Judge

THE MASTROMARCO FIRM, 1024 N. Michigan Ave., Saginaw, MI 48602 (989) 752-1414