## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---

Chapter 11

In re

MOTORS LIQUIDATION COMPANY, et al.,  Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.

Debtors.

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I caused Benjamin Pillars' No Stay Pleading, Doc. No. 13166, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: May 28, 2015

By: */s/ Victor J. Mastromarco, Jr.*
Victor J. Mastromarco, Jr. (P34564)
Attorney for Plaintiff Benjamin Pillars
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromar@aol.com