UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                          :        Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                 :
                                                               :
                  Debtors.                     :        (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, I caused the Letter from Gary Peller to Judge Gerber, Doc. No. 13169, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: May 29, 2015

                                                    /s/ Gary Peller
                                                    Gary Peller
                                                    600 New Jersey Avenue, NW
                                                    Washington, DC, 20001
                                                    (202) 662 9122
                                                    peller@law.georgetown.edu
                                                    Attorney for Plaintiffs