KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                          :          Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :          Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*           :
                                                               :
                        Debtors.                         :          (Jointly Administered)
------------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on *May 29, 2015*, I caused to be served a true and correct copies of

the (i) *Letter to The Honorable Judge Robert E. Gerber Regarding Technical Matters*

*Concerning Proposed Judgment* (With Exhibit) [ECF No. 13171], and (ii) *Letter to The*

*Honorable Judge Robert E. Gerber Regarding Certification of Direct Appeal/Request for*

*Procedural Stay* [ECF No. 13174] by electronic mail on all parties receiving notice *via* the

Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon

each of the persons and entities listed therein by causing copies of same to be delivered *via* email

and/or *via* overnight mail.


Dated: May 29, 2015
      New York, New York

                        KING & SPALDING LLP

                        By: /s/   Scott I. Davidson___
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*

**<u>Service List For May 29, 2015:</u>**

**<u>Documents Served <em>via</em> Email:</u>**

1) Letter to The Honorable Judge Robert E. Gerber Regarding Technical Matters Concerning Proposed Judgment (With Exhibit) [ECF No. 13171], and

2) Letter to The Honorable Judge Robert E. Gerber Regarding Certification of Direct Appeal/Request for Procedural Stay [ECF No. 13174].

hsteel@brownrudnick.com;
wweintraub@goodwinprocter.com;
schmidt@whafh.com;
cioni@sbep-law.com;
eweisfelner@brownrudnick.com;
jflaxer@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
abloomer@kirkland.com;
leonid.feller@kirkland.com;
rcheck@kirkland.com;
rgodfrey@kirkland.com;
esserman@sbep-law.com;
nmoss@akingump.com;
dmolton@brownrudnick.com;
lrubin@gibsondunn.com;
ecabraser@lchb.com;
steve@hbsslaw.com;
bobh@hmglawfirm.com;

## Service List For May 29, 2015:

**Documents Served *via* Overnight Delivery:**

1) Letter to The Honorable Judge Robert E. Gerber Regarding Technical Matters Concerning Proposed Judgment (With Exhibit) [ECF No. 13171], and

2) Letter to The Honorable Judge Robert E. Gerber Regarding Certification of Direct Appeal/Request for Procedural Stay [ECF No. 13174].

Brian S. Masumoto
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014