UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re                                              :        Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :        Case No.: 09-50026 (REG)
          f/k/a General Motors Corp., *et al.*     :
                                                   :
                        Debtors.                   :        (Jointly Administered)
-------------------------------------------------------------x


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
CELESTINE ELLIOTT, *et al.*                                 14-cv-8382 (JMF)
               Plaintiffs,
       v.
GENERAL MOTORS LLC, *et al.*
               Defendants.
--------------------------------------------------------------X
--------------------------------------------------------------X
In re:
GENERAL MOTORS LLC IGNITION                                 14-md-2543 (JMF)
SWITCH LITIGATION
--------------------------------------------------------------X


## [AMENDED] NOTICE OF APPEAL

CELESTINE ELLIOTT, LAWRENCE ELLIOTT and BERENICE SUMMERVILLE,
Plaintiffs in their action pending before the United States District Court for the Southern
District of New York, appeal under 28 U.S.C. §158(a)(1) from the Judgment entered into
on the 1st day of June, 2015, (ECF Doc. No. 13177), the rulings rendered during the
Bankruptcy Court's hearing on the matter, and the related rulings leading up to the
disposition of the matter, (ECF Doc. Nos. 12740, 12763, 12771, 12792, 12815).

       The names of all parties to the Order and Decree appealed from and the names,
addresses, and telephone numbers of their respective attorneys are as follows:

PARTIES:

Lawrence Elliott
Celestine Elliott
Berenice Summerville
General Motors LLC

ATTORNEYS:

KING & SPALDING LLP
*Attorneys for General Motors LLC*
1185 Avenue of the Americas
New York, New York 10036
By: Arthur J. Steinberg, Esq.
Scott I. Davidson, Esq.
(212) 556-2100

KIRKLAND & ELLIS LLP
*Attorneys for General Motors LLC*
300 North LaSalle
Chicago, Illinois 60654
By: Richard C. Godfrey, Esq.
Andrew B. Bloomer, Esq.
(312) 862-2000


GARY PELLER
*Attorney for Lawrence and Celestine Elliott*
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 662-9122



Dated: June 1, 2015, 2014

Respectfully submitted,


/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu