UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                 Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| ISHMAIL SESAY et al. | : | Case No. 1:14-cv-0618 (JMF) |
| | : | |
|    v. | : | |
| | : | |
| GENERAL MOTORS LLC et al. | : | |

------------------------------------------------------------------x

------------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-md-2543 (JMF) |
| GENERAL MOTORS LLC IGNITION | : | |
| SWITCH LITIGATION | : | |

------------------------------------------------------------------x

**NOTICE OF APPEAL**

ISHMAEL SESAY AND JOANNE YEARWOOD, Plaintiffs in their action pending before the United States District Court for the Southern District of New York, appeal under 28 U.S.C. §158(a) (1) from the Judgment entered on June 1, 2015, Doc. No. 13177, and the related rulings leading up to the disposition of the matter, (ECF Doc. No. 13161, 12995, 12989).

      The names of all parties to from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

PARTIES:

Ishmael Sesay
Joanne Yearwood
General Motors LLC

ATTORNEYS:

KING & SPALDING LLP
*Attorneys for General Motors LLC*
1185 Avenue of the Americas
New York, New York 10036
By: Arthur J. Steinberg, Esq.
Scott I. Davidson, Esq.
(212) 556-2100

KIRKLAND & ELLIS LLP
*Attorneys for General Motors LLC*
300 North LaSalle
Chicago, Illinois 60654
By: Richard C. Godfrey, Esq.
Andrew B. Bloomer, Esq.
(312) 862-2000

GARY PELLER
*Attorney for Ishmael Sesay and Joanne Yearwood*
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 662-9122

Dated: June 1, 2015

Respectfully submitted,

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Plaintiffs