KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *June 1, 2015*, I caused to be served a true and correct copy of the *Letter Responding to Letter Filed by Gary Peller, dated May 29, 2015 [Dkt. No. 13169]*, by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists was served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: June 1, 2015
      New York, New York

                                   KING & SPALDING LLP

                                   By: /s/   Scott I. Davidson___
                                   Arthur J. Steinberg
                                   Scott Davidson
                                   King & Spalding LLP
                                   1185 Avenue of the Americas
                                   New York, NY 10036
                                   Telephone: (212) 556-2100
                                   Facsimile: (212) 556-2222

                                   *Attorneys for General Motors LLC*

**Service List For June 1, 2015:**

**Documents Served *via* Email:**

1) *Letter Responding to Letter Filed by Gary Peller, dated May 29, 2015 [Dkt. No. 13169].*

hsteel@brownrudnick.com;
wweintraub@goodwinprocter.com;
schmidt@whafh.com;
cioni@sbep-law.com;
eweisfelner@brownrudnick.com;
jflaxer@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
abloomer@kirkland.com;
leonid.feller@kirkland.com;
rcheck@kirkland.com;
rgodfrey@kirkland.com;
esserman@sbep-law.com;
nmoss@akingump.com;
dmolton@brownrudnick.com;
lrubin@gibsondunn.com;
ecabraser@lchb.com;
steve@hbsslaw.com;
bobh@hmglawfirm.com;
peller@law.georgetown.edu

## Service List For June 1, 2015:

**Documents Served *via* Overnight Delivery:**

1) *Letter Responding to Letter Filed by Gary Peller, dated May 29, 2015 [Dkt. No. 13169].*

| Gary Peller, Esq.<br>Professor of Law<br>Georgetown University Law Center<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |