```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                             :        Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, et al.,               :        Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., et al.          :
                                                  :
                  Debtors.                        :        (Jointly Administered)
---------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, I caused the Notice of Appeal filed by the Plaintiffs in *Sesay et al. v. General Mottors LLC, et al.*, Doc. No. 13179, the Notice of Appeal filed by the Plaintiffs in *Elliott et al. v. General Motors LLC et al,* Doc. No. 13180, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: June 1, 2015

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Plaintiffs