William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax:  212.355.3333

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*<br>　　f/k/a General Motors Corp., *et al.*<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **May 29, 2015**, a true and correct copy of the *Letter Regarding Proposed Judgment for April 15, 2015 Decision* ("Letter"), filed through the CM/ECF system [Docket No. 13172], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

In addition, a copy of the Letter was served upon the following persons via electronic mail/e-mail:

| | | |
|---|---|---|
| Edward S. Weisfelner<br>*eweisfelner@brownrudnick.com* | Howard S. Steel<br>*hsteel@brownrudnick.com* | Sander L. Esserman<br>*esserman@sbep-law.com* |
| Jonathan L. Flaxer<br>*jflaxer@golenbock.com* | Arthur J. Steinberg<br>*asteinberg@kslaw.com* | Scott Davidson<br>*sdavidson@kslaw.com* |
| Richard C. Godfrey<br>*rgodfrey@kirkland.com* | Andrew B. Bloomer<br>*abloomer@kirkland.com* | Matthew J. Williams<br>*mjwilliams@gibsondunn.com* |
| Lisa H. Rubin<br>*lrubin@gibsondunn.com* | Daniel H. Golden<br>*dgolden@akingump.com* | Deborah J. Newman<br>*dnewman@akingump.com* |
| Elizabeth J. Cabraser<br>*ecabraser@lchb.com* | Steve W. Berman<br>*steve@hbsslaw.com* | Alexander H. Schmidt<br>*schmidt@whafh.com* |
| Robert C. Hilliard<br>*bobh@hmglawfirm.com* | | |

ACTIVE/82580105.1

Dated: June 2, 2015

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

*Designated Counsel for Ignition Switch Plaintiffs in Pre-Closing Accident Lawsuits*