| | |
|---|---|
| Edward S. Weisfelner | Sander L. Esserman |
| David J. Molton | STUTZMAN, BROMBERG, ESSERMAN & |
| May Orenstein | PLIFKA, A PROFESSIONAL |
| Howard S. Steel | CORPORATION |
| BROWN RUDNICK LLP | 2323 Bryan Street, |
| Seven Times Square | Suite 2200 |
| New York, New York 10036 | Dallas, Texas 75201 |
| T: 212-209-4800 | T: 214-969-4900 |
| E: eweisfelner@brownrudnick.com | E: esserman@sbep-law.com |
| E: dmolton@brownrudnick.com | |
| E: morenstein@brownrudnick.com | |
| E: hsteel@brownrudnick.com | |

*Designated Counsel for Ignition Switch Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                           :    Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., et al.,                  :
                                                              :
                                        Debtors.              :    (Jointly Administered)
-------------------------------------------------------------X

## NOTICE OF APPEAL

The Ignition Switch Plaintiffs,[1] by and through their undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Judgment*, dated June 1, 2015 (ECF No. 13177) (the "**Judgment**") and *Decision on Motion to Enforce Sale Order*, dated April 15, 2015 (ECF No. 13109) (the "**Decision**").

A copy of the Judgment is annexed hereto as **Exhibit A** and a copy of the Decision is annexed hereto as **Exhibit B**.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Judgment. As defined in the Judgment, "**Ignition Switch Plaintiffs**" shall mean plaintiffs that have commenced a lawsuit against New GM asserting economic losses based on or arising from the Ignition Switch in the Subject Vehicles (each term as defined in the *Agreed and Disputed Stipulations of Fact Pursuant to the Court's Supplemental Scheduling Order, Dated July 11, 2014*, filed Aug. 8, 2014 [ECF No. 12826], at 3).

The parties to the Judgment and the Decision appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| Ignition Switch Plaintiffs | **BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br>David J. Molton<br>May Orenstein<br>Howard S. Steel<br>Seven Times Square<br>New York, New York 10036<br>T: 212-209-4800<br>E: eweisfelner@brownrudnick.com<br>E: dmolton@brownrudnick.com<br>E: morenstein@brownrudnick.com<br>E: hsteel@brownrudnick.com<br><br>**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>T: 214-969-4900<br>E: esserman@sbep-law.com |
| Ignition Switch Pre-Closing Accident Plaintiffs | **GOODWIN PROCTOR LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br>E: wweintraub@goodwinprocter.com<br>E: gfox@goodwinprocter.com |
| Groman Plaintiffs | **GOLDENBOCK, EISEMAN, ASSOR, BELL & PESKOE, LLP**<br>Jonathan L. Flaxer<br>S. Preston Ricardo<br>437 Madison Avenue<br>New York, New York 10022<br>T: 212-907-7300<br>E: jflaxer@golenbock.com<br>E: pricardo@golenbock.com |

| | |
|---|---|
| General Motors LLC (New GM) | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, New York 10036<br>T: 212-556-2100<br>E: asteinberg@kslaw.com<br>E: sdavidson@kslaw.com<br><br>**KIRKLAND & ELLIS LLP**<br>Richard C. Godfrey<br>Andrew B. Bloomer<br>300 North LaSalle<br>Chicago, Illinois 60654<br>T: 312-862-2000<br>E: rgodfrey@kirkland.com<br>E: abloomer@kirkland.com |
| Wilmington Trust Company, as GUC Trust Administrator | **GIBSON, DUNN & CRUTCHER, LLP**<br>Lisa H. Rubin<br>Matthew Williams<br>Adam H. Offenhartz<br>Aric H. Wu<br>Keith R. Martorana<br>200 Park Avenue<br>New York, New York 10166<br>T: 212-351-3845<br>E: lrubin@gibsondunn.com<br>E: mjwilliams@gibsondunn.com<br>E: aoffenhartz@gibsondunn.com<br>E: awu@gibsondunn.com<br>E: kmartorana@gibsondunn.com |
| Participating GUC Trust Unit Trust Holders | **AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**<br>Daniel Golden<br>Deborah J. Newman<br>Jamison A. Diehl<br>Naomi Moss<br>One Bryant Park<br>New York, New York, 10036<br>T: 212-872-1000<br>E: dgolden@akingump.com<br>E: djnewman@akingump.com<br>E: jdiehl@akingump.com<br>E: nmoss@akingump.com |

Dated: June 2, 2015
     New York, New York

Respectfully submitted,

**BROWN RUDNICK LLP**

By: *Edward S. Weisfelner*
Edward S. Weisfelner
David J. Molton
May Orenstein
Howard S. Steel
Seven Times Square
New York, New York 10036
T: 212-209-4800
E: eweisfelner@brownrudnick.com
E: dmolton@brownrudnick.com
E: morenstein@brownrudnick.com
E: hsteel@brownrudnick.com

-and-

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**
Sander L. Esserman
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
T: 214-969-4900
E: esserman@sbep-law.com

*Designated Counsel to Ignition Switch Plaintiffs*