KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on June 2, 2015 and June 3, 2015, pursuant to the *Judgment Regarding the April 15 Decision* [ECF 13177] ("Judgment"), I caused to be served a true and correct copy of the Judgment on counsel to the plaintiffs in the lawsuits listed in: (i) Paragraph 12 of the Judgment, and (ii) Exhibits A-D to the Judgment, by electronic mail and/or *via* overnight mail and/or first class mail. The annexed service lists details the date and method of service utilized for each recipient.

1

Dated: June 3, 2015
New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson___
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        *Attorneys for General Motors LLC*

## Service List For June 2, 2015:

**Served *via* Email On:**

**(1) Counsel for Plaintiffs in the Lawsuits Listed in Paragraph 12 of the Judgment**

| Lawsuit | Email Address |
| --- | --- |
| *State of Arizona v. General Motors LLC*, No. CV2014-014090 (Maricopa County, Ariz.) | rob@hbsslaw.com<br>leonard@hbsslaw.com<br>rachelf@hbsslaw.com<br>steve@hbsslaw.com<br>sean@hbsslaw.com<br>andrew@hbsslaw.com<br>brad.keogh@azag.gov<br>dana.vogel@azag.gov |
| *People of The State of California v. General Motors LLC, et al.*, No. 30-2014-00731038-CU-BT-CXC (Orange County, Cal.) | joe.d'agostino@da.ocgov.com<br>pmougey@levinlaw.com |

**(2) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "A" to the Judgment**

| Lawsuit | Email Address |
| --- | --- |
| *Bachelder, et al. v. General Motors LLC*, MDL No. 1:15-cv-00155-JMF (S.D.N.Y.) | matoups@wgttlaw.com<br>greg@gevanslaw.com |
| *Betancourt Vega v. General Motors LLC*, et al., No. 3:15-cv-01245-DRD (D.P.R.)(MDL No. 1:15-cv-02638) | jizquierdo@izquierdosanmiguel.com |
| *Bledsoe, et al. v. General Motors LLC*, MDL No. 1:14-cv-07631-JMF (S.D.N.Y.) | peller@law.georgetown.edu |
| *Boyd, et al. v. General Motors LLC*, No. 4:14-cv-01205-HEA (E.D. Mo.) (MDL No. 1:14-cv-08385) | ddefeo@defeolaw.com<br>stevenstolze@yahoo.com<br>rgp@rgplaw.com<br>rtkuykendall@yahoo.com<br>craig@hilbornlaw.com |

| | |
|---|---|
| *Edwards, et al. v. General Motors LLC*, MDL No. 1:14-cv-06924-JMF (S.D.N.Y.) | bobh@hmglawfirm.com<br>rudyg@hmglawfirm.com<br>catherine@hmglawfirm.com<br>marion@hmglawfirm.com<br>tjhenry@thomasjhenrylaw.com<br>cfitzgerald@thomasjhenrylaw.com |
| *Johnston-Twining v. General Motors LLC*, *et al.*, No. 3956 (Philadelphia County, Pa.) | bchacker@gaychackermittin.net |
| *Meyers v. General Motors LLC*, No. 1:15-cv-00177-CCC (M.D. Pa.) | lcoben@anapolschwartz.com |
| *Scott v. General Motors Company, et al.*, No. 8:15-cv-00307-JDW-AEP (M.D. Fla.) (MDL No. 1:15-cv-01790) | kjmeservice@dwklaw.com<br>kmckenna@dwklaw.com |
| *Vest v. General Motors LLC, et al.*, No. 1:14-cv-24995-DAF (S.D. W.Va.)(MDL No. 1:14-cv-07475) | rob.bastress@dbdlawfirm.com |

**(3) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "B" to the Judgment**

| Lawsuit | Email Address |
|---|---|
| *Hailes, et al. v. General Motors LLC, et al.*, No. 15PU-CV00412 (Pulaski County, Mo.) | ddowning@grgpc.com<br>jsapp@grgpc.com |
| In re General Motors LLC Ignition Switch Litigation, 14-MD-2543, *Consolidated Class Action Complaint Against New GM For Recalled Vehicles Manufactured By Old GM and Purchased Before July 11, 2009* | steve@hbsslaw.com<br>ecabraser@lchb.com<br>bobh@hmglawfirm.com |

**(4) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "C" to the Judgment**

| Lawsuit | Email Address |
|---|---|
| *Casey, et al. v. General Motors LLC, et al.*, No. 2014-54547 (Texas MDL) | mlapidus@lk-lawfirm.com |
| *Colarossi v. General Motors, et al*., No. 14-22445 (Suffolk County, N.Y.) | oconnell@mcgiffhalverson.com<br>mcgiff@mcgiffhalverson.com |

4

| | |
|---|---|
| *Felix, et al. v. General Motors LLC*, No. 1422-CC09472 (City of St. Louis, Mo.) | bob@lelaw.com<br>adam@lelaw.com<br>onder@onderlaw.com<br>oleary@onderlaw.com |
| *Gable, et al. v. Walton, et al.*, No. 6737 (Lauderdale County, Tenn.) | dmclaughlin@forthepeople.com |
| *Goins v. General Motors LLC, et al.*, No. 2014-CI40 (Yazoo County, Miss.) | jdavidson@dbslawfirm.net<br>onelson@forthepeople.com |
| *Grant v. General Motors LLC, et al.*, No. 2014CV02570MG (Clayton County, Ga.) | dpsmithlaw50@yahoo.com |
| *Hellems v. General Motors LLC*, No. 15-459-NP (Eaton County, Mich.) | craig@hilbornlaw.com |
| *Hinrichs v. General Motors LLC*, et al., No. 15-DCV-221509 (Texas MDL) | rmithoff@mithofflaw.com<br>jjordan@mithofflaw.com<br>whocker@mithofflaw.com |
| *Jackson v. General Motors LLC, et al.*, No. 2014-69442 (Texas MDL) | jwigington@wigrum.com<br>attorneyjhayden@gmail.com<br>javier@gutierrezlawfirm.com |
| *Largent v. General Motors LLC, et al.*, No. 14-006509-NP (Wayne County, Mich.) | notifications@oliverlg.com<br>dgustafson@gustafsongluek.com<br>ikilene@gustafosngluek.com<br>spayne@gustafosngluek.com |
| *Nelson v. General Motors LLC, et al.*, No. D140141 (Texas MDL) | julieconn@windstream.net |
| *Petrocelli v. General Motors LLC, et al.*, No. 14-17405 (Suffolk County, N.Y.) | oconnell@mcgiffhalverson.com |
| *Shell, et al. v. General Motors LLC*, No. 1522-CC00346 (City of St. Louis, Mo.) | ejensen@potts-law.com<br>kevin@zevandavidson.com |

| | |
|---|---|
| *Spencer v. General Motors LLC, et al.*, No. D-1-GN-14-001337 (Texas MDL) | rmithoff@mithofflaw.com<br>jjordan@mithofflaw.com<br>dnewton@newton-lawyers.com |
| *Tyre v. General Motors LLC, et al.*, No. GD-14-010489 (Allegheny County, Pa.) | pfriday@fridaylaw.com |
| *Wilson v. General Motors LLC, et al.*, No. 2014-29914 (Texas MDL) | mark.lanier@lanierlawfirm.com<br>gene.egdorf@lanierlawfirm.com |
| *Bledsoe, et al. v. General Motors LLC*, MDL No. 1:14-cv-07631-JMF (S.D.N.Y.) | peller@law.georgetown.edu |
| *Elliott, et al. v. General Motors LLC*, No. 1:14-cv-00691-KBJ (D.D.C.)(MDL No. 1:14-cv-08382) | peller@law.georgetown.edu<br>daniel@taloslaw.com |
| *Sesay, et al. v. General Motors LLC, et al.*, MDL No.1:14-cv-06018-JMF (S.D.N.Y.) | peller@law.georgetown.edu |
| In re General Motors LLC Ignition Switch Litigation, 14-MD-2543, *Consolidated Complaint Concerning All GM-Branded Vehicles That Were Acquired July 11, 2009 or Later* | steve@hbsslaw.com<br>ecabraser@lchb.com<br>bobh@hmglawfirm.com |

**(5) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "D" to the Judgment**

| Lawsuit | Email Address |
|---|---|
| *Abney, et al. v. General Motors LLC*, MDL No. 1:14-cv-05810-JMF (S.D.N.Y.) | bobh@hmglawfirm.com<br>rudyg@hmglawfirm.com<br>catherine@hmglawfirm.com<br>marion@hmglawfirm.com |
| *Bachelder, et al. v. General Motors LLC*, MDL No. 1:15-cv-00155-JMF (S.D.N.Y.) | matoups@wgttlaw.com<br>greg@gevanslaw.com |

| | |
|---|---|
| *Bacon v. General Motors LLC*, MDL No. 1:15-cv-00918-JMF (S.D.N.Y.) | akmartin@lchb.com<br>ecabraser@lchb.com<br>twalburg@lchb.com<br>pgnguyen@lchbn.com<br>kbudner@lchb.com |
| *Edwards, et al. v. General Motors LLC*, MDL No. 1:14-cv-06924-JMF (S.D.N.Y.) | bobh@hmglawfirm.com<br>rudyg@hmglawfirm.com<br>catherine@hmglawfirm.com<br>marion@hmglawfirm.com |
| *Phillips-Powledge v. General Motors LLC*, No. 3:14-cv-00192 (S.D. Tex.) (MDL No. 1:14-cv-08540) | josh@thejdfirm.com<br>bwyly@wylycooklaw.com<br>kcook@wylycooklaw.com<br>rgaltney@galtney.com |
| *Williams, et al. v. General Motors LLC*, No. 5:15-cv-01070-EEF-MLH (W.D. La.) (MDL No. 1:15-cv-03272) | wjsingleton@singletonlaw.com<br>csices@singletonlaw.com |
| *Bledsoe, et al. v. General Motors LLC*, MDL No. 1:14-cv-07631-JMF (S.D.N.Y.) | peller@law.georgetown.edu |
| *Elliott, et al. v. General Motors LLC*, No. 1:14-cv-00691-KBJ (D.D.C.) (MDL No. 1:14-cv-08382) | peller@law.georgetown.edu<br>daniel@taloslaw.com |
| *Sesay, et al. v. General Motors LLC, et al.*, MDL No.1:14-cv-06018-JMF (S.D.N.Y.) | peller@law.georgetown.edu; |
| *Watson, et al. v. General Motors LLC, et al.*, No. 6:14-cv-02832 (W.D. La.) | rdalton746@aol.com |

**Service List For June 2, 2015:**

**Served *via* Overnight Delivery On:**

**(1) Counsel for Plaintiffs in the Lawsuits Listed in Paragraph 12 of the Judgment**

| Lawsuit | Address |
| --- | --- |
| *State of Arizona v. General Motors LLC*, No. CV2014-014090 (Maricopa County, Ariz.) | Thomas C. Horne<br>Brad K. Keogh<br>Dana R. Vogel<br>Office of Attorney General<br>1275 West Washington Street<br>Phoenix, Arizona 85007 |
| *People of The State of California v. General Motors LLC, et al.*, No. 30-2014-00731038-CU-BT-CXC (Orange County, Cal.) | Joseph D'Agostino<br>Senior Assistant District Attorney<br>ORANGE COUNTY DISTRICT ATTORNEY<br>401 Civil Center Drive<br>Santa Ana, CA 92701-4575 |

**(2) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "A" to the Judgment**

| Lawsuit | Address |
| --- | --- |
| *Bachelder, et al. v. General Motors LLC*, MDL No. 1:15-cv-00155-JMF (S.D.N.Y.) | James R. Dugan, II<br>David B. Franco<br>Chad J. Primeaux<br>THE DUGAN LAW FIRM, APLC<br>365 Canal Street, Suite 1000<br>New Orleans, LA 70130 |
| *Bachelder, et al. v. General Motors LLC*, MDL No. 1:15-cv-00155-JMF (S.D.N.Y.) | James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 |
| *Doerfler-Bashucky v. General Motors LLC, et al.*, No. 5:15-cv-00511-GTS-DEP (N.D.N.Y.) | Jennifer Caggiano<br>SIDNEY P. COMINSKY, LLC<br>1500 State Tower Building<br>Syracuse, New York 13202 |

| | |
|---|---|
| *Occulto v. General Motors Co., et al.*, No. 15-cv-1545 (Lackawanna County, Pa.) | Michael J. Pisanchyn<br>Douglas Yazinski<br>PISANCHYN LAW FIRM<br>524 Spruce Street<br>Scranton, PA 18503 |

**(3) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "C" to the Judgment**

| Lawsuit | Address |
|---|---|
| *Ackerman v. General Motors Corp., et al.*, No. MRS-L-2898-14 (Morris County, N.J.) | Craig M. Rothenberg<br>ROTHENBERG, RUBENSTEIN, BERLINER & SHINROD, LLC<br>14 East Main Street<br>Clinton, NJ 08809 |
| *Austin, et al. v. General Motors LLC*, No. 2015-L- 000026 (St. Clair County, Ill.) | John J. Driscoll<br>Christopher J. Quinn<br>THE DRISCOLL FIRM, P.C.<br>211 North Broadway, Suite 4050<br>St. Louis, Missouri 63012 |
| *Berger, et al. v. General Motors LLC*, No. 9241/2014 (Kings County, N.Y.) | Harry L. Kline, Esq.<br>26 Court Street<br>Suite 1507<br>Brooklyn, NY 11242 |
| *Dobbs v. General Motors LLC, et al.*, No. 49D051504PL010527 (Marion County, Ind.) | Davina L. Curry<br>THE CURRY LAW FIRM, LLC<br>205 S MADISON AVE<br>Greenwood, IN 46142 |
| *Felix, et al. v. General Motors LLC*, No. 1422-CC09472 (City of St. Louis, Mo.) | Robert Langdon<br>LANGDON & EMISON<br>911 Main Street, P.O. Box 220<br>Lexington, Missouri 64067 |
| *Green v. General Motors LLC, et al.*, No. 15-144964-NF (Oakland County, Mich.) | Marc J. Shefman<br>17000 W. Ten Mile Rd., Ste. 150<br>Southfield, MI 48075 |

| | |
|---|---|
| *Green v. General Motors LLC, et al.*, No. 15-144964-NF (Oakland County, Mich.) | Derek S. Merman<br>HEARD ROBINS CLOUD LLP<br>2000 West Loop South, 22nd Floor<br>Houston, Texas 77027 |
| *Largent v. General Motors LLC, et al.*, No. 14-006509-NP (Wayne County, Mich.) | Alyson Oliver<br>Lisa Gray<br>Reed Eriksson<br>OLIVER LAW GROUP<br>950 W. University Drive, Ste. 200<br>Rochester, MI 48307 |
| *Licardo v. General Motors LLC*, No. 03236 (Fulton County, N.Y.) | Robert Abdella<br>ABDELLA LAW OFFICES<br>8 West Fulton Street, P.O. Box 673<br>Gloversville, New York 12078 |
| *Lincoln, et al. v. General Motors LLC*, No. 2015-0449-CV (Steuben County, N.Y.) | K. John Wright, Esq.<br>CELLINO & BARNES, P.C.<br>16 W. Main Street, 6th Floor<br>Rochester, NY 14614-1605 |
| *Miller v. General Motors LLC, et al.*, No. CACE-15-002297 (Broward County, Fla.) | Marcus J. Susen<br>Justin R. Parafinczuk<br>KOCH PARAFINCZUK AND WOLF, P.A.<br>110 E. Broward Boulevard, Suite 1630<br>Fort Lauderdale, FL 33301 |
| *Mullin, et al. v. General Motors LLC, et al.*, No. BC568381 (Los Angeles County, Cal.) | Saima Khan<br>THE POTTS LAW FIRM LLP<br>100 Waugh Drive Suite 350<br>Houston, TX 77007 |
| *Mullin, et al. v. General Motors LLC, et al.*, No. BC568381 (Los Angeles County, Cal.) | Steven R. Friedman<br>Michael E. Friedman<br>LAW OFFICE OF STEVEN R. FRIEDMAN<br>1880 Century Park East, Suite 1411<br>Los Angeles, CA 90067 |

| | |
|---|---|
| *Polanco, et al. v. General Motors LLC, et al.*, No. CIVRS1200622 (San Bernardino County, Cal.) | Rob A. Rodriguez<br>Stephen A. King<br>Richard A. Apodaca<br>RODRIGUEZ & KING, ATTORNEYS AT LAW<br>Empire Towers I<br>3633 Inland Empire Blvd., Suite 575<br>Ontario, CA 91764 |
| *Quiles v. Catsoulis, et al.*, No. 702871/14 (Queens County, N.Y.) | Marc S. Albert<br>LAW OFFICE OF MARC S. ALBERT<br>32-72 Steinway Street<br>Astoria, New York 11103 |
| *Solomon v. General Motors LLC*, No. 15A794-1 (Cobb County, Ga.) | Ben B. Mills<br>LAW OFFICE OF BEN B. MILLS, Jr.<br>315 South Main Street<br>P.O. Box 408<br>Fitzgerald, GA 31750 |
| *Szatkowski, et al. v. General Motors LLC, et al.*, No. 2014-08274-0 (Luzerne County, Pa.) | Matthew A. Casey<br>Roberta A. Golden<br>Brian J. McCormick, Jr.<br>Iddo Harel<br>ROSS FELLER CASEY, LLP<br>One Liberty Place<br>1650 Market Street, Suite 3450<br>Philadelphia, PA 19103 |

**(4) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "D" to the Judgment**

| Lawsuit | Address |
|---|---|
| *Abney, et al. v. General Motors LLC*, MDL No. 1:14-cv-05810-JMF (S.D.N.Y.) | Thomas J. Henry<br>Curtis W. Fitzgerald, II<br>THOMAS J. HENRY INJURY ATTORNEYS<br>521 Starr Street<br>Corpus Christi, TX 78401 |

| | |
|---|---|
| *Bachelder, et al. v. General Motors LLC*, MDL No. 1:15-cv-00155-JMF (S.D.N.Y.) | James R. Dugan, II<br>David B. Franco<br>Chad J. Primeaux<br>THE DUGAN LAW FIRM, APLC<br>365 Canal Street, Suite 1000<br>New Orleans, LA 70130 |
| *Bachelder, et al. v. General Motors LLC*, MDL No. 1:15-cv-00155-JMF (S.D.N.Y.) | James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004 |
| *Edwards, et al. v. General Motors LLC*, MDL No. 1:14-cv-06924-JMF (S.D.N.Y.) | Thomas J. Henry<br>Curtis W. Fitzgerald, II<br>THOMAS J. HENRY INJURY ATTORNEYS<br>521 Starr Street<br>Corpus Christi, TX 78401 |
| *Pillars v. General Motors LLC*, No. 1:15-cv-11360-TLL-PTM (E.D. Mich.) | Victor J. Mastromarco, Jr.<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602 |

## Service List For June 2, 2015:

**Served *via* U.S. Mail On:**

**(1) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "C" to the Judgment**

| Lawsuit | Address |
|---|---|
| *Dobbs v. General Motors LLC, et al.*, No. 49D051504PL010527 (Marion County, Ind.) | Davina L. Curry<br>THE CURRY LAW FIRM, LLC<br>P.O. Box 8135<br>Greenwood, IN 46142 |
| *Lucas v. General Motors LLC, et al.*, No. 15-CI-00033 (Perry County, Ky.) | Teddy Flynt<br>FLYNT LAW OFFICE<br>P.O. Box 760<br>Salyersville, KY 41465 |

## Service List For June 3, 2015:

**Served *via* Email On:**

**(1) Counsel for Plaintiffs in the Lawsuits Listed in Paragraph 12 of the Judgment**

| Lawsuit | Email Address |
| --- | --- |
| *People of The State of California v. General Motors LLC, et al.*, No. 30-2014-00731038-CU-BT-CXC (Orange County, Cal.) | mrobinson@rcrsd.com<br>kcalcagnie@rcrsd.com<br>swilson@rcrsd.com<br>steve@hbsslaw.com<br>andrew@hbsslaw.com |

**Served *via* Overnight Delivery On:**

**(1) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "C" to the Judgment**

| Lawsuit | Address |
| --- | --- |
| *Largent v. General Motors LLC, et al.*, No. 14-006509-NP (Wayne County, Mich.) | Alyson Oliver<br>Lisa Gray<br>Reed Eriksson<br>The Oliver Law Group<br>363 West Big Beaver Rd.<br>Suite 200<br>Troy, MI 48084 |
| *Quintero v. General Motors LLC, et al.*, No. 15-995 (Orleans Parish, La.) | Cherrie Quintero<br>7722 W. Laverne Street<br>New Orleans, LA 70126 |

**Served *via* U.S. Mail On:**

**(1) Counsel for Plaintiffs in the Lawsuits Listed in Exhibit "C" to the Judgment**

| Lawsuit | Address |
| --- | --- |
| *Largent v. General Motors LLC, et al.*, No. 14-006509-NP (Wayne County, Mich.) | Alyson Oliver<br>Lisa Gray<br>Reed Eriksson<br>The Oliver Law Group<br>363 West Big Beaver Rd.<br>Suite 200<br>Troy, MI 48084 |
| *Quintero v. General Motors LLC, et al.*, No. 15-995 (Orleans Parish, La.) | Cherrie Quintero<br>7722 W. Laverne Street<br>New Orleans, LA 70126 |