# **Exhibit 1**

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Dyer, Deputy
6/1/2015 11:45:00 AM
Filing ID 6635999

| | |
|---|---|
| 1 | Mark Brnovich |
| | Attorney General |
| 2 | Firm State Bar No. 14000 |
| | Matthew du Mee (SBA #028468) |
| 3 | Dana R. Vogel (SBA #030748) |
| | Assistant Attorneys General |
| 4 | Office of the Attorney General |
| | 1275 West Washington Street |
| 5 | Phoenix, Arizona 85007 |
| | Telephone: (602) 542-3702 |
| 6 | Facsimile: (602) 542-4377 |
| 7 | Robert B. Carey |
| | Leonard Aragon |
| 8 | Rachel E. Freeman |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 9 | 11 West Jefferson Street, Ste. 1000 |
| | Phoenix, AZ 85003 |
| 10 | Telephone: (602) 840-5900 |
| | Facsimile: (602) 840-3012 |
| 11 | rob@hbsslaw.com |
| | leonard@hbsslaw.com |
| 12 | rachelf@hbsslaw.com |
| 13 | [Additional Counsel on Signature Page] |
| 14 | *Attorneys for Plaintiff* |
| 15 | *State of Arizona* |

THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| STATE OF ARIZONA, *ex rel.* MARK BRNOVICH, Attorney General, | ) | No. CV2014-014090 |
| Plaintiff, | ) | **JOINT CASE STATUS REPORT** |
| vs. | ) | |
| GENERAL MOTORS LLC, | ) | (Assigned to Hon. Randall Warner) |
| Defendant. | ) | |

**WHEREAS** this case is currently stayed, under this Court's February 25, 2015 order, pending a final order of the Bankruptcy Court in the Southern District of New

010440-13 742278 V1

York resolving New GM's pending Motion to Enforce the Bankruptcy Court's 2009 Sale Order and Injunction;

**WHEREAS** on April 15, 2015, the Bankruptcy Court in the Southern District of New York issued a "Decision on Motion to Enforce the Sale Order" (attached hereto as Exhibit A), but has not yet entered a Judgment;

**WHEREAS** on May 27, 2015, the Bankruptcy Court issued a "Decision re Form of Judgment" (attached hereto as Exhibit B**),** which addressed various disputes between the parties regarding matters to be included in the Judgment, including with regard to the stay of this action, and an Order re Technical Matters Concerning Judgment (attached hereto as Exhibit C);

**WHEREAS**, under this Court's February 25, 2015 order, Plaintiff and New GM (collectively, the "Parties") were directed to submit a status report by June 1, 2015, if the Bankruptcy Court in the Southern District of New York had not yet entered a final order;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, as follows:

1.   The case remains stayed pursuant to this Court's February 25, 2015 order.

2.   The Parties will provide the Court with a copy of the Bankruptcy Court's Judgment within 7 days after it is entered.

3.   The Parties propose to file another joint update with this Court on or before July 1, 2015.

| | | |
|---|---|---|
| 1 | DATED: June 1, 2015 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | By: /s/ Robert B. Carey |
| 3 | | Robert B. Carey |

Robert B. Carey
Leonard Aragon
Rachel E. Freeman
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Ste. 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com
rachelf@hbsslaw.com

Mark Brnovich
Attorney General
Firm State Bar No. 14000
Matthew du Mee (SBA #028468)
Dana R. Vogel (SBA #030748)
Assistant Attorneys General
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007
Telephone:  (602) 542-3702
Facsimile:  (602) 542-4377

Steve W. Berman (pro hac vice)
Sean R. Matt (pro hac vice)
Andrew M. Volk (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
andrew@hbsslaw.com

*Attorneys for Plaintiff*
*State of Arizona*

| | | |
|---|---|---|
| 1 | DATED: June 1, 2015 | BOWMAN AND BROOKE LLP |
| 2 | | By: /s/ Thomas M. Klein |
| | | Thomas M. Klein |
| 3 | | |
| 4 | | Thomas M. Klein (SBN 010954) |
| | | BOWMAN AND BROOKE LLP |
| 5 | | 2901 N. Central Avenue, Suite 1600 |
| | | Phoenix, Arizona 85012 |
| 6 | | Telephone: (602) 643-2300 |
| 7 | | *Attorneys for Defendant* |
| | | *General Motors LLC* |

4

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon all parties in this cause by electronic filing in the Arizona E-filing Online system and/or by placing a copy of the same, properly addressed and postage paid, in the United States Mail on this 1st day of June, 2015.

By: /s/ Robert B. Carey
Robert B. Carey