# **Exhibit 2**

| | |
|---|---|
| 1 | Mark Brnovich |
| | Attorney General |
| 2 | Firm State Bar No. 14000 |
| 3 | Matthew du Mee (SBA #028468) |
| | Dana R. Vogel (SBA #030748) |
| 4 | Assistant Attorneys General |
| | Office of the Attorney General |
| 5 | 1275 West Washington Street |
| 6 | Phoenix, Arizona 85007 |
| | Telephone: (602) 542-3702 |
| 7 | Facsimile: (602) 542-4377 |
| 8 | |
| | Robert B. Carey (SBA #011186) |
| 9 | Leonard Aragon (SBA #020977) |
| | Rachel E. Freeman (SBA #029125) |
| 10 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 11 | 11 West Jefferson Street, Ste. 1000 |
| | Phoenix, AZ 85003 |
| 12 | Telephone: (602) 840-5900 |
| 13 | Facsimile: (602) 840-3012 |
| | rob@hbsslaw.com |
| 14 | leonard@hbsslaw.com |
| 15 | rachelf@hbsslaw.com |
| 16 | [Additional Counsel on Signature Page] |
| 17 | *Attorneys for Plaintiff* |
| 18 | *State of Arizona* |

THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, *ex rel.* MARK BRNOVICH, Attorney General, | No. CV2014-014090 |
| Plaintiff, | **JOINT CASE STATUS REPORT** |
| vs. | |
| GENERAL MOTORS LLC, | |
| Defendant. | (Assigned to Hon. Randall Warner) |

Pursuant to the Parties' Joint Case Status Report dated June 1, 2015, attached is a copy of (1) the Judgment on the *Decision on Motion to Enforce Sale Order* (Exhibit A), and (2) the Order, Pursuant to 28 U.S.C. § 158(d), and Fed.R.Bankr.P. 8006(e), Certifying Judgment for Direct Appeal to Second Circuit (Exhibit B), entered by the United States Bankruptcy Court for the Southern District of New York on June 1, 2015.

DATED: June 2, 2015    HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Robert B. Carey
     Robert B. Carey

Robert B. Carey (SBA #011186)
Leonard Aragon (SBA #020977)
Rachel E. Freeman (SBA #029125)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Ste. 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com
rachelf@hbsslaw.com

Mark Brnovich
Attorney General
Firm State Bar No. 14000
Matthew du Mee (SBA #028468)
Dana R. Vogel (SBA #030748)
Assistant Attorneys General
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007
Telephone:  (602) 542-3702
Facsimile:  (602) 542-4377

Steve W. Berman (pro hac vice)
Sean R. Matt (pro hac vice)

| | | |
|---|---|---|
| 1 | | Andrew M. Volk (pro hac vice) |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | 1918 Eighth Avenue, Suite 3300 |
| 3 | | Seattle, WA 98101 |
| 4 | | Telephone: (206) 623-7292 |
| | | Facsimile: (206) 623-0594 |
| 5 | | steve@hbsslaw.com |
| | | sean@hbsslaw.com |
| 6 | | andrew@hbsslaw.com |

*Attorneys for Plaintiff*
*State of Arizona*

DATED: June 2, 2015        BOWMAN AND BROOKE LLP

By: /s/ Thomas M. Klein
       Thomas M. Klein

Thomas M. Klein (SBN 010954)
BOWMAN AND BROOKE LLP
2901 N. Central Avenue, Suite 1600
Phoenix, Arizona 85012
Telephone: (602) 643-2300

*Attorneys for Defendant*
*General Motors LLC*

010440-13 785108 V1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that the foregoing has been served upon all parties in this cause by |
| 3 | electronic filing in the Arizona E-filing Online system and/or by placing a copy of the |
| 4 | same, properly addressed and postage paid, in the United States Mail on this 2nd day of |
| 5 | June, 2015. |
| 6 | |
| 7 | By: /s/ Robert B. Carey |
| 8 | Robert B. Carey |

(Line numbers 9–28 blank)

010440-13 785108 V1