# Exhibit 3

Michael K. Jeanes, Clerk of Court
\*\*\* Electronically Filed \*\*\*
06/04/2015 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2014-014090                                              06/02/2015

                                                   CLERK OF THE COURT
HON. RANDALL H. WARNER                                  K. Ballard
                                                          Deputy

STATE OF ARIZONA, et al.              MATTHEW B DU MEE

v.

GENERAL MOTORS L L C                  THOMAS M KLEIN


                                      ROBERT B CAREY


ORDER ENTERED BY COURT

Before the court is the parties' June 1, 2015 Joint Case Status Report. Based thereon,

**IT IS ORDERED** continuing the stay in this matter.

**IT IS FURTHER ORDERED** that the parties shall file another status report regarding the bankruptcy proceedings on or before **August 1, 2015**.