**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                            :

In re                         :    **Chapter 11**
                            :

**MOTORS LIQUIDATION COMPANY, *et al.*,**   :    **Case No. 09-50026 (REG)**
    **f/k/a General Motors Corp., *et al.***  :
                            :

             **Debtors.**       :    **(Jointly Administered)**
                            :

-------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                      ) ss
COUNTY OF NASSAU    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On June 3, 2015, at the direction of Gibson Dunn & Crutcher LLP, attorneys for the Motors Liquidation Company GUC Trust Administrator ("Gibson Dunn"), I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (master service list and notice of appearance parties), by first class mail on the parties identified on Exhibit B annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc., 20 largest creditors of Environmental Corporate Remediation Company, Inc., and master service list and notice of appearance parties whose e-mail addresses failed), and by overnight delivery on the Office of the United States Trustee,

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

Tracy Hope Davis, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY

10014:

- **Notice of and Motion of Wilmington Trust Company, as GUC Trust Administrator and Trustee, for an Order Granting Authority (A) to Exercise New GM Warrants and Liquidate New GM Common Stock and (B) to Make Corresponding Amendments to the GUC Trust Agreement ("Notice of and Motion to Exercise Warrants, Liquidate Stock and Make Amendments")** [Docket No. 13186].

3.      On June 3, 2015, also at the direction of Gibson Dunn, I caused a true and correct copy of

the following document, annexed hereto as Exhibit C to be served by e-mail on DTC,

lensnotices@dtcc.com; kmartorana@gibsondunn.com:

- **Notice to Holders of Motors Liquidation Company GUC Trust Units (CUSIP No. 62010U101).**

4.      On June 4, 2015, also at the direction of Gibson Dunn, I caused a true and correct copy of

the **Notice of and Motion to Exercise Warrants, Liquidate Stock and Make Amendments** to

be served by first class mail on the parties identified on Exhibit D annexed hereto (Affected

Parties).

5.      On June 4, 2015, also at the direction of Gibson Dunn, I caused a true and correct copy of

the **Notice of and Motion to Exercise Warrants, Liquidate Stock and Make Amendments** to

be served by overnight delivery on the Honorable Robert E. Gerber, United States Bankruptcy

Court, Southern District of New York, One Bowling Green, New York, NY 10004.

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 8th day of
June, 2015

/s/Kevin M. Doyle
Kevin M. Doyle
Notary Public, State of New York
No. 02DO6173767
Qualified in Suffolk County
Commission Expires September 4, 2015

# EXHIBIT A

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
email: david.boyle@airgas.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: PHILIP C. DUBLIN
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: pdublin@akingump.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
email: dfish@allardfishpc.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129
email: Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: dowd.mary@arentfox.com

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363-1031
email: darryl.laddin@agg.com; frank.white@agg.com

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202
email: victoria.garry@ohioattorneygeneral.gov

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: dgolden@akingump.com

ALIX PARTNERS LLP
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL 60654
email: cbasler@alixpartners.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501-1162
email: cwoodruff-neer@alpine-usa.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: JEFFREY ROTHLEDER, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: rothleder.jeffrey@arentfox.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: DAVID L. GOING, ESQ.
7700 FORSYTH BLVD STE 1800
ST. LOUIS, MO 63105-1847
email: dgoing@armstrongteasdale.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
email: jg5786@att.com

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
email: raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI 48909
email: przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSITSTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
email: neal.mann@oag.state.ny.us

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114
email: jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114-3485
email: wgibson@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN CHRISTOPHER J. GIAIMO
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: cgiaimo@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN DONALD A. WORKMAN
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: dworkman@bakerlaw.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
ATTY FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202
email: summersm@ballardspahr.com

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
email: mark.owens@btlaw.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
email: ffm@bostonbusinesslaw.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
email: CSALOMON@BECKERGLYNN.COM

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
email: tgaa@bbslaw.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689
email: robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
email: Kelbon@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226-2998
email: JRumley@bcbsm.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
email: mbakst@bodmanllp.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
email: renee.dailey@bgllp.com

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
SUITE 500
MADISON, WI 53703
email: bwilliam@gklaw.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA 94945
email: bankruptcy.asbpo.asbdom@braytonlaw.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
email: JMcDonald@Briggs.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
ATTY FOR: HENZE STAMPING CO. & HENZ MACHINE CO.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: wilkins@bwst-law.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: hall@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
email: rbrown@brownwhalen.com

BROWN RUDNICK LLP
ATTN DAVID J MOLTON, ESQ.
7 TIMES SQUARE, 47TH FL
NEW YORK, NY 10036
email: dmolton@brownrudnick.com

BROWN RUDNICK LLP
ATTN EDWARD S WEISFELNER, ESQ.
7 TIMES SQUARE, 47TH FL
NEW YORK, NY 10036
email: eweisfelner@brownrudnick.com

BROWN RUDNICK LLP
ATTN HOWARD S. STEEL, ESQ.
7 TIMES SQUARE, 47TH FL
NEW YORK, NY 10036
email: hsteel@brownrudnick.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
55 SECOND ST, 17TH FL
SAN FRANCISCO, CA 94105-3493
email: schristianson@buchalter.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATT: G. RING
ATTY FOR ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL 60611
email: Gring@Burkelaw.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D.CHRISTOPHER CARSON
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
email: ccarson@burr.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com;

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com;

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
email: radom@butzel.com; newman@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000
email: cbblac@acxiom.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: john.rapisardi@cwt.com

CAMPBELL & LEVINE, LLC
ATTN KATHLEEN CAMPBELL DAVIS, ESQ.
ATTY FOR MLC ASBESTOS PI TRUST
800 N. KING ST, STE 300
WILMINGTON, DE 19801
email: kdavis@camlev.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY 11042
email: rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATTN ANDREW J. SACKETT, ESQ.
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON, DC 20005
email: asackett@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTN ELIHU INSELBUCH, ESQ.
600 LEXINGTON AVE, FL 21
NEW YORK, NY 10022
email: einselbuch@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTN JEFFREY A. LIESEMER, ESQ.
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON, DC 20005
email: jliesemer@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTN PETER VAN N. LOCKWOOD, ESQ.
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON, DC 20005
email: plockwood@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC 20005
email: pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152-3500
email: ei@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005
email: kcm@capdale.com; tws@capdale.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com; brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com

CASSELS BROCK
ATT: B. LEONARD; M. MERCIER
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
email: mmercier@casselsbrock.com

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN CAROL A. GLICK, ESQ.
ATTY FOR USAA
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
email: cglick@certilmanbalin.com

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN RICHARD J. MCCORD, ESQ.
ATTY FOR USAA
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
email: rmccord@certilmanbalin.com

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY 11222
email: alan@chapellassociates.com

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
email: rgordon@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: DGOTTLIEB@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: RLINCER@CGSH.COM

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY 10036
email: bceccotti@cwsny.com

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY 10106
email: sfalanga@connellfoley.com; chemrick@connellfoley.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
email: friesinger@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175-3102
email: belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
email: mbaxter@cov.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901
email: jcarberry@cl-law.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN STEVEN J. REISMAN, ESQ.
101 PARK AVE
NEW YORK, NY 10178-0061
email: sreisman@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN THERESA A. FOUDY, ESQ.
101 PARK AVE
NEW YORK, NY 10178-0061
email: tfoudy@curtis.com

DABNEY, PLLC
ATTN H. SLAYTON DABNEY, JR., ESQ.
303 GRANDE COURT
RICHMOND, VA 23229
email: sdabney@dabneypllc.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH 43537-7000
email: lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY 10017
email: donald.bernstein@dpw.com,

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
email: gm@dmms.com

DAY PITNEY LLP
ATT: HERBERT K. RYDER
ATTY FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN, NJ 07962
email: hryder@daypitney.com

DAY PITNEY LLP
ATT: HERBERT RYDER, ESQ.
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036
email: hryder@daypitney.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114
email: info@dealertire.com

DEAN M. TRAFELET
LEGAL REPRESENTATIVE ASBESTOS PERSONAL INJURY CLAIMANTS
50 WEST SCHILLER
CHICAGO, IL 60610
email: dtrafelet@sbcglobal.net

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC
919 THIRD AVENUE
NEW YORK, NY 10022
email: jpowers@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022
email: rfhahn@debevoise.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: james.moore@dechert.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104
email: juliet.sarkessian@dechert.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: shmuel.vasser@dechert.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
email: CONTACT-OCFO@DOL.GOV

DEPARTMENT OF LABOR & INDUSTRY
ATTN: J. KOTS
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602-1184
email: jkots@pa.gov

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
email: jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: kewald@dickinsonwright.com

DICKSTEIN SHAPIRO LLP
ATTN BARRY N. SEIDEL, ESQ.
ATTY FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019
email: seidelb@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
ATTN ERIC B. FISHER, ESQ.
ATTY FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019
email: fishere@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
ATTN KATIE L. WEINSTEIN, ESQ.
ATTY FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019
email: weinsteink@dicksteinshapiro.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
email: gdiconza@dlawpc.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KIRSTIN K. GOING
1177 AVENUE OF THE AMERICAS
FL 41
NEW YORK, NY 10036-2714
email: Kristin.Going@dbr.com,

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC 20005
email: kristin.going@dbr.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
email: ayala.hassell@hp.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR US BANK NAT'L ASSOC & US BANK TRUST NAT'L ASSOC
ATTN J WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7613
email: jwhitlock@eapdlaw.com

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA
FOR 3 M PURIFICATION INC
1105 NORTH MARKET STE 1700
WILMINGTON, DE 19801
email: rxza@elliottgreenleaf.com

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27636
email: george.sanderson@elliswinters.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
email: akatz@entergy.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
ATTY FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: deisenberg@ermanteicher.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
ATTY FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: druhlandt@ermanteicher.com ; eerman@ermanteicher.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: CARLOS SALAZAR
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
email: csalazar@ecjlaw.com

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
email: ngoteiner@fbm.com

FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP
ATTN D. GREG BLANKINSHIP, ESQ.
1311 MAMARONECK AVE
WHITE PLAINS, NY 10605
email: gblankinship@fbfglaw.com

FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP
ATTN TODD GARBER, ESQ.
ATTY FOR LISA PHANUEF, ADAM SMITH, ET AL.
1311 MAMARONECK AVE
WHITE PLAINS, NY 10605
email: tgarber@fbfglaw.com

FOLEY & LARDNER LLP
ATTN JEFFREY A. SOBLE, ESQ.
ATTY FOR TOYOTA MOTOR CORPORATION
NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
email: jsoble@foley.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE
ELECTR
ATTN: FRANK W. DICASTRI, JOHN A. SIMON, D. DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; ddoogal@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: DALJIT DOOGAL
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: ddoogal@foley.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
email: sseabolt@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007-5109
email: rhuey@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
3579 VALLEY CENTRE DR STE 300
SAN DIEGO, CA 92130-3316
email: vavilaplana@foley.com

FOREMAN LAW PLLC
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN MICHAEL E. FOREMAN, ESQ.
1745 BROADWAY, 17TH FL
NEW YORK, NY 10019
email: michael@foremanlawpllc.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
email: klynch@formanlaw.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: YANN GERON, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
email: ygeron@foxrothschild.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036-4704
email: rgreenberg@dclawfirm.com

FROST BROWN TODD
ATT: ROBERT A. GUY JR.
ATTY FOR CLARCOR, INC.
150 3RD AVE S STE 1900
NASHVILLE, TN 37201-2043
email: bguy@fbtlaw.com

FTI CONSULTING
ATTN MICHAEL CORDASCO
3 TIMES SQUARE
NEW YORK, NY 10036
email: Michael.Cordasco@fticonsulting.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY 10103
email: drosenzweig@fulbright.com;

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY 10103-3198
email: drosenzweig@fulbright.com; mhaut@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT ST
STE 2100
SAN ANTONIO, TX 78205-3720
email: mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lstrubeck@fulbright.com, lboydston@fulbright.com

GALESE & INGRAM, P.C.
ATTN JEFFREY L. INGRAM
ATTY FOR SERRA CHEVROLET, INC. & KEYSTON AUTOMOTIVE, INC.
800 SHADES CREEK PKWY, SUITE 300
BIRMINGHAM, AL 35209
email: jeff@galese-ingram.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
email: dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTN ADAM H. OFFENHARTZ, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVE
NEW YORK, NY 10166-0193
email: aoffenhartz@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTN ARIC WU, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVE
NEW YORK, NY 10166-0193
email: awu@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTORNEYS FOR WILMINGTON TRUST COMPANY
AS GUC TRUST ADMINISTRATOR
ATTN: MATTHEW WILLIAMS AND KEITH MARTORANA
200 PARK AVENUE 47TH FL.
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com; kmartorana@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATTN KEITH MARTORANA, ESQ.
200 PARK AVE
NEW YORK, NY 10166-0193
email: kmartorana@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATTN LISA H. RUBIN, ESQ.
200 PARK AVE
NEW YORK, NY 10166-0193
email: lrubin@gibsondunn.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
email: dcg@girardgibbs.com ; ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
email: Glenn.Reisman@ge.com

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
ATTY FOR THE FEE EXAMINER
780 NORTH WATER STREET
MILWAUKEE, WI 53202
email: tnixon@gklaw.com, candres@gklaw.com, kstadler@gklaw.com

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
email: JBerlage@ghsllp.com

GOLDBERG SEGALLA LLP
ATT: B. HOOVER & C. BELTER, ESQ.
ATTY FOR THE QUAKER OATS COMPANY
665 MAIN STREET, SUITE 400
BUFFALO, NY 14203
email: bhoover@goldbergsegalla.com ; cbelter@goldbergsegalla.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN JONATHAN L. FLAXER, ESQ.
437 MADISON AVE
NEW YORK, NY 10022
email: jflaxer@golenbock.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN S. PRESTON RICARDO, ESQ.
437 MADISON AVE
NEW YORK, NY 10022
email: pricardo@golenbock.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022-7302
email: jflaxer@golenbock.com;

GOODWIN PROCTER LLP
ATTN WILLIAM P. WEINTRAUB, ESQ.
THE NEW YORK TIMES BLDG
620 EIGHTH AVE
NEW YORK, NY 10018
email: wweintraub@goodwinprocter.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
email: bmehlsack@gkllaw.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: gkaden@goulstonstorrs.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: drosner@goulstonstorrs.com

GRANT & EISENHOFER P.A.
ATTN JUSTIN BROOKS, ESQ.
123 JUSTISON ST
WILMINGTON, DE 19801
email: jbrooks@gelaw.com; alevitt@gelaw.com; jtangren@gelaw.com; caldinger@gelaw.com;
tbibby@gelaw.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166
email: Zirinskyb@gtlaw.com; MitchelIn@gtlaw.com

HAHN & HESSEN LLP
ATT: J. DIVACK ESQ.
ATTY FOR B.REYNOLDS & G REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
email: jdivack@hahnhessen.com;

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
email: ldpowar@hahnlaw.com, dademarco@hahnlaw.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
email: cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
email: info@harmanbecker.de

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020-1007
email: jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: charles.beckham@haynesboone.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020-1007
email: judith.elkin@haynesboone.com

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY 10016
email: sselbst@herrick.com;

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095
email: ecurrenti@hess.com

HISCOCK & BARCLAY LLP
ATTY FOR THE SCHAEFER GROUP INC
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
ATTY FOR NEWS AMERICA INCORPORATED
875 THIRD AVENUE
NEW YORK, NY 10022
email: sagolden@hhlaw.com ; bjgrieco@hhlaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN JOSEPH R SGROI ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: jsgroi@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN TRICIA SHERICK
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

ICE MILLER LLP
ATTN HENRY E. EFROYMSON
ATTY FOR HOUGHTON INTERNATIONAL, INC., OWENS-ILLINOIS, INC.
AND HONEYWELL INTERNATIONAL, INC.
ONE AMERICAN SQUARE, SUITE 2900
INDIANAPOLIS, IN 46282
email: Henry.efroymson@icemiller.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
email: anne.boudreau@ic.gc.ca

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
email: rgriffin@iuoe.org

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
email: memberservices@iuawfcu.com, nganatra@uaw.net

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT 06830
email: mneier@ibolaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
450 FASHION AVE
STE 1400
NEW YORK, NY 10123-1400
email: jlsaffer@jlsaffer.com

JACKSON WALKER L.L.P.
ATTN HEATHER M. FORREST, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
email: hforrest@jw.com

JACKSON WALKER L.L.P.
ATTN JEFFREY G. HAMILTON, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
email: jhamilton@jw.com

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
ATTY FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034
email: rkruger@jaffelaw.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
353 N. CLARK ST.
CHICAGO, IL 60654-3456
email: dmurray@jenner.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
email: ptrostle@jenner.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC 27602
email: jboyles@jhvgglaw.com

KAPLAN FOX & KILSHEIMER LLP
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN GEORGE HRITZ, ESQ.
850 THIRD AVE, 14TH FL
NEW YORK, NY 10022
email: ghritz@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN GREGORY K. ARENSON, ESQ.
850 THIRD AVE, 14TH FL
NEW YORK, NY 10022
email: garenson@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN LAURENCE D. KING, ESQ.
350 SANSOME ST, STE 400
SAN FRANCISCO, CA 94104
email: lking@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN ROBERT N. KAPLAN, ESQ.
850 THIRD AVE, 14TH FL
NEW YORK, NY 10022
email: rkaplan@kaplanfox.com

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202
email: jstitt@kmklaw.com

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
email: twilson@kelley-ferraro.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: sjennik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: tmurray@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: jed@krwlaw.com

KESSLER TOPAZ MELTZER & CHECK, LLP
ATTN EDWARD W. CIOLKO, ESQ.
280 KING OF PRUSSIA RD
RADNOR, PA 19087
email: eciolko@ktmc.com

KESSLER TOPAZ MELTZER & CHECK, LLP
ATTN JOSEPH H. MELTZER, ESQ.
280 KING OF PRUSSIA RD
RADNOR, PA 19087
email: jmeltzer@ktmc.com

KESSLER TOPAZ MELTZER & CHECK, LLP
ATTN PETER MUHIC, ESQ.
280 KING OF PRUSSIA RD
RADNOR, PA 19087
email: pmuhic@ktmc.com

KIRK P. WATSON, ESQ
ASBESTOS TRUST ADMINISTRATOR
2301 WOODLAWN BOULEVARD
AUSTIN, TX 78703
email: kirkpwatson@gmail.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114-1793
email: jwe@kjk.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, R SCHMIDT, JEN SHARRET,
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com,
jsharret@kramerlevin.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN A. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: scook@lambertleser.com

LAW OFFICE OF ETHAN GANC
ATTN ETHAN D. GANC, ESQ.
ATTY FOR WILLIAM BRADFORD JONES
109 W. 26TH STREET, SUITE 4A
NEW YORK, NY 10001
email: ethan@ethanganclegal.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET, SUITE 4
SHERMAN OAKS, CA 91423-5846
email: larrykraines@gmail.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
email: ecf@kaalaw.com

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS & TRADERS TRUST COMPANY
ATTN MORTON R BRANZBURG
260 S BROAD STREET
PHILADELPHIA, PA 19102
email: MBranzburg@klehr.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG , ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
email: fberg@kotzsangster.com;

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI , ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: abruski@lambertleser.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022-4068
email: Adam.Goldberg@lw.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
email: gabriel.delvirginia@verizon.net

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
email: michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
email: shepner@levyratner.com; rbarbur@levyratner.com; rstroup@levyratner.com

LEWIS LAW PLLC
ATT: KENNETH M. LEWIS
ATTY FOR JOHANN HAY GMBH & CO. KG
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
email: dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
email: austin.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX 77253
email: houston_bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY 10281-2199
email: kwalsh@lockelord.com

LOWENSTEIN SANDLER LL
ATTN JOHN SHERWOOD, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: jsherwood@lowenstein.com

LOWENSTEIN SANDLER LLP
ATTN CASSANDRA PORTER, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: cporter@lowenstein.com

LOWENSTEIN SANDLER LLP
ATTN MICHAEL S. ETKIN, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: metkin@lowenstein.com

LOWENSTEIN SANDLER LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN CASSANDRA PORTER, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: cporter@lowenstein.com

LOWENSTEIN SANDLER LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN JOHN SHERWOOD, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: jsherwood@lowenstein.com

LOWENSTEIN SANDLER LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN MICHAEL S. ETKIN, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: msl@maddinhauser.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
email: smatta@mattablair.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: cstanziale@mccarter.com

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: jtesta@mccarter.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: rrk@mccarthylebit.com

MCCREARY VESELKA BRAGG & ALLEN PC
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATTN LEE GORDON ESQ
PO BOX 1269
ROUND ROCK, TX 78680
email: othercourts@mvbalaw.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: cdorkey@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE STE 1700
NEW YORK, NY 10169
email: cgraham@mckennalong.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: privitera@mltw.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
email: elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
email: hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018-0822
email: elobello@msek.com

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
9708 HILLCROFT ST
HOUSTON, TX 77096-3808
email: mshpclaw@gmail.com

MICHAELS LAW GROUP
ATTY FOR MARTIN PONCE & KIM L. HURST
ATTN JONATHAN A. MICHAELS, ESQ.
2801 W COAST HIGHWAY, STE 370
NEWPORT BEACH, CA 92663
email: jmichaels@michaelslawgroup.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI 48909
email: wilcoxk3@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
email: funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909
email: wcainfo@michigan.gov

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
email: tlomazow@milbank.com ; skhalil@milbank.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501-0306
email: ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501-0306
email: ecfwolfordr@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: fusco@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG
HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: swansonm@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475
email: sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
email: nramsey@mmwr.com; joneil@mmwr.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN: ANDREW GOTTFRIED
101 PARK AVENUE
NEW YORK, NY 10178
email: agottfried@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921
email: rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: eliu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTYS FOR JPMORGAN CHASE BANK
ATTN:  ANDREW D. GOTTFRIED & ANNIE C. WELLS
101 PARK AVENUE
NEW YORK, NY 10178
email: AGOTTFRIED@MORGANLEWIS.COM

MOSES & SINGER LLP
ATTN JAMES M. SULLIVAN, ESQ.
ATTY FOR THE TIMKEN COMPANY & THE TIMKEN CORPORATION
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: jsullivan@mosessinger.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
email: jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE, STE 370
BIRMINGHAM, MI 48265
email: tmorrow@alixpartners.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE
SUITE 370
BIRMINGHAM, MI 48009
email: tmorrow@alixpartners.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
email: mkoks@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
email: rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUN
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
email: nwbernstein@nwbllc.com

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
ATTY FOR NTSEBEZA
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
email: dsammons@nagelrice.com; jrice@nagelrice.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY 10013
email: dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
email: Gkelly@narmco.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
email: george.cauthen@nelsonmullins.com;

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON, MA 02116-5040
email: peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Susan.Taylor@oag.state.ny.us

NEW YORK STATE, DEPT. OF LABOR
C/O ANDREW CUOMO, ATTY GENERAL OF THE STATE OF NY
ATTN: STEVEN KOTON, ASSISTANT ATTY GENERAL
120 BROADWAY, 26TH FLOOR
NEW YORK, NY 10271
email: steven.koton@ag.ny.gov

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
email: cmomjian@attorneygeneral.gov

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
email: lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
email: MJR1@westchestergov.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO
666 FIFTH AVENUE
NEW YORK, NY 10103
email: jansbro@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
email: markdroth@gmail.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169-0075
email: JHELFAT@OSHR.COM, SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
email: OSHR-GM-bk@oshr.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN DEAN A. ZIEHL, ESQ.
780 THIRD AVE, FL 36
NEW YORK, NY 10017-2024
email: dziehl@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN DEBRA I. GRASSGREEN, ESQ.
780 THIRD AVE, FL 36
NEW YORK, NY 10017-2024
email: dgrassgreen@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN HARRY H. HOCHMAN, ESQ.
780 THIRD AVE, FL 36
NEW YORK, NY 10017-2024
email: hhochman@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN MARIA A. BOVE, ESQ.
780 THIRD AVE, FL 36
NEW YORK, NY 10017-2024
email: mbove@pszjlaw.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
email: harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: sshimshak@paulweiss.com;

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MARC PFEUFFER , ESQS.
1200 K STREET NW
WASHINGTON, DC 20005-4026
email: Pfeuffer.marc@pbgc.gov

PEPPER HAMILTON LLP
ATTN KAY STANDRIDGE KRESS, ESQ.
ATTY FOR SATTERLEE, ROSE AND SPRINGFIELD TOWNSHIP GROUPS
100 RENAISSANCE CENTER, STE. 3600
DETROIT, MI 48243
email: kressk@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
email: jaffeh@pepperlaw.com

PETER M. HOBAICA LLC
ATTN PETER M. HOBAICA
ATTY FOR ROBERT N. CURRI
2045 GENESEE STREET
UTICA, NY 13501
email: pmhllc@hobaicalaw.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dbernstein@plunkettcooney.com, mfleming@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
email: jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: sjg@previant.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY
11 TIMES SQ
NEW YORK, NY 10036-6581
email: srutsky@proskauer.com

PRYOR CASHMAN LLP
ATTN PATRICK SIBLEY
ATTY FOR SPCP GROUP, L.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036-6569
email: psibley@pryorcashman.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA CALVO
P.O. BOX 13430
ARLINGTON, TX 76094-0430
email: ebcalvo@pbfcm.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
475 PARK AVE S FL 18
NEW YORK, NY 10016-6901
email: tsadutto@platzerlaw.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dlerner@plunkettcooney.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801
email: dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com; rmcneill@potteranderson.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: fp@previant.com

PRYOR CASHMAN LLP
ATTN CONRAD K. CHIU, ESQ.
ATTY FOR BANK OF VALLETTA PLC
7 TIMES SQUARE
NEW YORK, NY 10036
email: cchiu@pryorcashman.com

PRYOR CASHMAN LLP
ATTN RONALD S. BEACHER
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036-6569
email: rbeacher@pryorcashman.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
email: Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
email: jrabinowitz@rltlawfirm.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513
email: rrm_narumanchi@hotmail.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145
email: stingey@rqn.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
225 5TH AVE STE 1200
PITTSBURGH, PA 15222-2716
email: eschaffer@reedsmith.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: kgwynne@reedsmith.com

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
email: tlzabel@rhoadesmckee.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
email: jshickich@riddellwilliams.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
ATTY FOR NIJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110
email: akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
ATTY FOR NIJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981
email: akress@riker.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN BRIAN O'MARA, ESQ.
655 WEST BROADWAY, STE 1900
SAN DIEGO, CA 92101
email: bomara@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN DAVID W. MITCHELL, ESQ.
655 WEST BROADWAY, STE 1900
SAN DIEGO, CA 92101
email: davidm@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN JACK REISE, ESQ.
120 EAST PALMETTO PARK RD, STE 500
BOCA RATON, FL 33432
email: jreise@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN MARK DEARMAN, ESQ.
120 EAST PALMETTO PARK RD, STE 500
BOCA RATON, FL 33432
email: mdearman@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN PATRICK J. COUGHLIN, ESQ.
655 WEST BROADWAY, STE 1900
SAN DIEGO, CA 92101
email: patc@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN STUART A. DAVIDSON, ESQ.
120 EAST PALMETTO PARK RD, STE 500
BOCA RATON, FL 33432
email: sdavidson@rgrdlaw.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
email: rsmith@cniinc.cc

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
email: aleffert@rwolaw.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY 10169
email: cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: jhampton@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING & DEV; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
email: tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
email: rheilman@schaferandweiner.com; glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATTN BARRY E BRESSLER ESQ
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103-7286
email: bbressler@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY 10022
email: david.karp@srz.com, adam.harris@srz.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
email: mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID LIN
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SFS LAW GROUP
ATTN DENNIS O'DEA
ATTY FOR DWAYNE MAYTON
9930 MONROE ROAD, SUITE 103
MATTHEWS, NC 28105
email: dennis.odea@sfslawgroup.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
email: bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: fsosnick@shearman.com; jfrizzley@shearman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
email: etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com

SIDLEY AUSTIN
ATTN STEVEN M BIERMAN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: sbierman@sidley.com

SIDLEY AUSTIN LLP
ATTN COURTNEY A. ROSEN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: crosen@sidley.com

SIDLEY AUSTIN LLP
ATTN KENNETH P. KANSA
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SIDLEY AUSTIN LLP
ATTN NICHOLAS K. LAGEMANN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: nlagemann@sidley.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC., DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
email: ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: PPANTALEO@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
email: levick@singerlevick.com, mshriro@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720
email: jack.butler@skadden.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
email: nboehler@cbmlaw.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
BOEBLINGEN, 71032
email: nboehler@cbmlaw.com

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
email: tcornell@stahlcowen.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
email: wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
email: EFEINSTEIN@STEMBERFEINSTEIN.COM

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: cbullock@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH JR & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
email: nashvillebankruptcyfilings@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166
email: streusand@streusandlandon.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1304
email: cmeyer@ssd.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
email: ccaldwell@starkreagan.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
email: EDOYLE@STEMBERFEINSTEIN.COM

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612
email: shgross5@yahoo.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: sgoll@sbplclaw.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
email: bmeldrum@stites.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN SANDER ESSERMAN PETER D'APICE JO HARTWICK
2323 BRYAN STREET SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER D'APICE, JO HARTWICK
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com, hartwick@sbep-law.com,
d'apice@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN DAVID J. PARSONS, ESQ.
2323 BRYAN ST, STE 2200
DALLAS, TX 75201
email: parsons@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN SANDER L. ESSERMAN, ESQ.
2323 BRYAN ST, STE 2200
DALLAS, TX 75201
email: esserman@sbep-law.com

SUSMAN GODFREY LLP
ATTN KALPANA SRINIVASAN, ESQ.
1901 AVENUE OF THE STARS, STE 950
LOS ANGELES, CA 90067-6029
email: ksrinivasan@susmangodfrey.com

SUSMAN GODFREY LLP
ATTN STEVEN G. SKLAVER, ESQ.
1901 AVENUE OF THE STARS, STE 950
LOS ANGELES, CA 90067-6029
email: ssklaver@susmangodfrey.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207
email: marvin.clements@ag.tn.gov

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711-2548
email: casey.roy@oag.state.tx.us

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN BRIANA L. CIONI, ESQ.
2323 BRYAN ST, STE 2200
DALLAS, TX 75201
email: cioni@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN PETER C. D'APICE, ESQ.
2323 BRYAN ST, STE 2200
DALLAS, TX 75201
email: d'apice@sbep-law.com

SULLIVAN & WORCESTER LLP
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES & BODELL
ATTY FOR US BANK NATIONAL ASSOCIATION
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: rhiersteiner@sandw.com; jdarcey@sandw.com ; azuccarello@sandw.com;

SUSMAN GODFREY LLP
ATTN MARC M. SELTZER, ESQ.
1901 AVENUE OF THE STARS, STE 950
LOS ANGELES, CA 90067-6029
email: mseltzer@susmangodfrey.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
email: jteitelbaum@tblawllp.com

THE GARDEN CITY GROUP INC
ATTN: KIMBERLY GARGAN
1985 MARCUS AVENUE
LAKE SUCCESS, NY 11042-1013
email: kimberly.gargan@gardencitygroup.com

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109-1340
email: dkowich@umich.edu

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
email: jesse@tipotexchevrolet.com

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER ESQ
1114 AVENUE OF THE AMERICAS  FL 23
NEW YORK, NY 10036-7703
email: abauer@torys.com;

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: BRETT.GOODMAN@TROUTMANSANDERS.COM

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
email: mkilgore@up.com

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
ATTN: CHIEF COUNSEL, OFFICE OF FINANCIAL STABILITY
WASHINGTON, DC 20220
email: OFSChiefCounselNotices@do.treas.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: askDOJ@usdoj.gov

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
email: MJEDELMAN@VEDDERPRICE.COM

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATT: MARK S. GAMELL, ESQ.
ATTY FOR SAFECO INSURANCE COMPANY OF AMERICA & LIBERTY MUTUAL COMPAN
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY 11753
email: mgamell@tlggr.com;

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
email: sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
email: jeffrey.kelley@troutmansanders.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
email: david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: antitrust.atr@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
email: djury@usw.org

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
email: MJEdelman@vedderprice.com; MSchein@vedderprice.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215
email: tscobb@vorys.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: sgrow@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX 78215
email: rbarrows@wdblaw.com; rbarrows800@gmail.com

WEBSTER SZYANYI LLP
ATTN KEVIN T. O'BRIEND
ATTY FOR MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP
1400 LIBERTY BUILDING
BUFFALO, NY 14202
email: ko'brien@websterszanyi.com

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: STEPHEN.KAROTKIN@WEIL.COM

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
ATTY FOR: BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: dpacheco@wilentz.com

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
email: uncbill@msn.com

WARNER NORCROSS & JUDD LLP
ATTN KURT M. BRAUER, ESQ.
ATTY FOR THE CITY OF BAY CITY
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075-1318
email: kbrauer@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: gtoering@wnj.com

WEBSTER SZANYI LLP
ATTN NELSON PEREL
ATTY FOR HEALTHNOW NEW YORK INC.
1400 LIBERTY BUILDING
BUFFALO, NY 14202
email: nperel@websterszanyi.com

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: JOSEPH.SMOLINSKY@WEIL.COM

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-1229
email: young@wildman.com

WILLIAM SCHUETTE, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
3030 WEST GRAND BLVD.
DETROIT, MI 48202
email: miag@michigan.gov

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA 02109
email: dennis.jenkins@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER ESQS
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com;

WINDELS, MARX, LANE & MITTENDORF, LLP
ATTN STEFANO V. CALOGERO, ESQ.
ATTY FOR ALLSTATE INSURANCE COMPANY
ONE GIRALDA FARMS - SUITE 380
MADISON, NJ 07940
email: scalogero@windelsmarx.com

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-4193
email: cschreiber@winston.com

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
ATTN ALEXANDER H. SCHMIDT, ESQ.
270 MADISON AVE
NEW YORK, NY 10016
email: schmidt@whafh.com

WOLF POPPER LLP
ATTN LESTER L. LEVY, ESQ.
845 THIRD AVE
NEW YORK, NY 10022
email: llevy@wolfpopper.com

WOLF POPPER LLP
ATTN ROBERT S. PLOSKY, ESQ.
845 THIRD AVENUE
NEW YORK, NY 10022
email: rplosky@wolfpopper.com

WYLY-ROMMEL, PLLC
ATT: JAMES WYLY & SEAN ROMMEL
ATTY FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA, TX 75503
email: jwyly@wylyrommel.com

WILMINGTON TRUST COMPANY
GUC TRUST ADMINISTRATOR
ATTN: CORPORATE TRUST ACTION
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON, DE 19890-1615
email: guctrustadministrator@wilmingtontrust.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & CAREY D. SCHREIBER
35 WEST WACKER DRIVE
CHICAGO, IL 60601
email: mbotica@winston.com;

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
ATTY FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN, TX 78737
email: wdcoffeylaw@yahoo.com

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
ATTN MALCOLM T. BROWN, ESQ.
270 MADISON AVE
NEW YORK, NY 10016
email: brown@whafh.com

WOLF POPPER LLP
ATTN MICHELE F. RAPHAEL, ESQ.
845 THIRD AVE
NEW YORK, NY 10022
email: mraphael@wolfpopper.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3150 LIVERNOIS RD., SUITE 275
TROY, MI 48083
email: swolfson@wolfsonbolton.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY 10022
email: skrause@zeklaw.com; bleinbach@zeklaw.com

# EXHIBIT B

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/STEPHENS & STEPHENS
2495 MAIN ST STE 442
BUFFALO, NY 14214

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
2055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
2055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1416 S PARK AVE
SPRINGFIELD, IL 62704-3464

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

GENERAL OIL COMPANY, INC.
663 LYCASTE ST
DETROIT, MI 48214-3474

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON, PA 19341-2577

HALEY & ALDRICH DESIGN AND CONTRUCTION
465 MEDFORD ST
STE 2200
CHARLESTOWN, MA 02129-1454

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

KLESTADT & WINTERS, LLP
ATTN PATRICK J. ORR, ESQ.
ATTY FOR MLC ASBESTOS PI TRUST
570 SEVENTH AVE, 17TH FL
NEW YORK, NY 10018

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
875 3RD AVE FL 9
NEW YORK, NY 10022-0123

ROYAL ENVIRONMENTAL, INC.
P.O. BOX 11565
SYRACUSE, NY 13218-1565

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

THE BARTECH GROUP
27777 FRANKLIN RD STE 600
SOUTHFIELD, MI 48034-8282

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM, MA 01702

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR, MI 48107-8645

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WDC EXPLORATION & WELLS
7650 S MCCLINTOCK DR STE 103
TEMPE, AZ 85284-1673

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505

# EXHIBIT C

**ALL DEPOSITORIES, NOMINEES, BROKERS AND OTHERS:
PLEASE FACILITATE THE TRANSMISSION OF THIS NOTICE
TO ALL BENEFICIAL OWNERS.**

**NOTICE
TO HOLDERS OF**

**MOTORS LIQUIDATION COMPANY
GUC TRUST UNITS (CUSIP NO. 62010U101)[1]**

**June 3, 2015**

Reference is made to (i) the Second Amended Joint Chapter 11 Plan dated as of March 18, 2011 of Motors Liquidation Company and certain of its affiliates, which was confirmed by an order of the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered on March 29, 2011 (as so confirmed, the "Plan") and which became effective on March 31, 2011, and (ii) the Amended and Restated Motors Liquidation Company GUC Trust Agreement dated as of June 11, 2012 (as subsequently amended, the "GUC Trust Agreement").[2] The above-described units representing contingent beneficial interests in the GUC Trust (the "Trust Units") were issued pursuant to the terms of the Plan and the GUC Trust Agreement. Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

The Plan provides for the establishment of the Motors Liquidation Company GUC Trust (the "GUC Trust") to implement the Plan, including by distributing New GM Securities and resolving outstanding Disputed General Unsecured Claims.

Wilmington Trust Company, as trust administrator and trustee of the GUC Trust (in such capacity, the "GUC Trust Administrator"), hereby informs you that, on June 3, 2015, the GUC Trust Administrator filed a motion (the "Motion") with the Bankruptcy Court seeking authority to, among other things, exercise the GUC Trust's holdings of New GM Warrants and liquidate the GUC Trust's holdings of New GM Common Stock (including the New GM Common Stock received from the exercise of the New GM Warrants) into cash. A copy of the Motion is available on the website maintained by the GUC Trust: www.mlcguctrust.com.

If the relief requested in the Motion is granted by the Bankruptcy Court in the form currently proposed, the GUC Trust would, as soon as practicable thereafter, exercise the New GM Warrants, converting such New GM Warrants into shares of New GM Common Stock, and then liquidate its entire holdings of New GM Common Stock in one or more open market transactions, block trades or other sales, in such numbers and at such time or times, as it shall

---

[1] The CUSIP number appearing herein has been included solely for the convenience of the holders of the Trust Units. Wilmington Trust Company assumes no responsibility for the selection or use of such number and makes no representations as to the correctness of the CUSIP number appearing herein.

[2] Information on the bankruptcy proceedings, including a copy of the Plan, can be found at: http://www.motorsliquidationdocket.com/. Information can also be found on the website maintained by the trust administrator and trustee of the Motors Liquidation Company GUC Trust at https://www.mlcguctrust.com/.

determine, and potentially with the assistance and advice of one or more investment banking companies or other broker-dealers.

The Motion is currently scheduled to be heard by the Bankruptcy Court on **July 1, 2015 at 9:45 a.m. (Eastern)**, with an objection deadline of **June 24, 2015 at 4:00 p.m. (Eastern)**.[3]

Wilmington Trust Company has prepared this communication in its capacity as GUC Trust Administrator, based upon information supplied to it without independent investigation. You should not rely on Wilmington Trust Company as your sole source of information. Wilmington Trust Company makes no recommendations and gives no investment or legal advice herein, and holders of Trust Units are urged to consult with their own advisors concerning the Trust Units, the Plan and the Motion.

Should any holder of Trust Units have any questions regarding this notice, please contact Wilmington Trust Company as follows:

> Wilmington Trust Company
> Rodney Square North
> 1110 North Market Street
> Wilmington, Delaware, 19890-1615
> Phone No.: (866) 521-0079
> Fax No.: (302) 636-4140

Wilmington Trust Company may conclude that a specific response to particular inquiries from individual holders of Trust Units is not consistent with its duties to provide equal and full dissemination to all holders of Trust Units.

> Very Truly Yours,
>
> Wilmington Trust Company,
> solely in its capacity as GUC Trust Administrator

---

[3] Please note the times and dates set forth herein are subject to change without further notice.

# EXHIBIT D

21ST CENTURY INSURANCE
PO BOX 268994
OKLAHOMA CITY, OK 73126-8994

54-B DISTRICT COURT
PARKING DIVISION
101 LINDEN ST
EAST LANSING, MI 48823-4311

851 DUPORTAIL LP
955 CHESTERBROOK BLVD STE 120
CHESTERBROOK, PA 19087-5615

ABURABIE, SALEH
2611 ALA WAI BLVD APT 2208
HONOLULU, HI 96815-3909

ACK CONTROLS INC
MAKI ZAFFUTO
2600 HAPPY VALLEY RD
GLASGOW, KY 42141-9063

ADKINS, CLINTON
1241 4 MILE CRK
BRANCHLAND, WV 25506-9634

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

ADVENT GLOBAL OPPORTUNITY MASTER FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
87 MARY ST
GEORGE TOWN, CAYMAN ISLANDS

AEGON/TRANSAMERICA SERIES TRUST MFS HIGHYIELD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
23RD FLOOR
BOSTON, MA 02116

AEGON/TRANSAMERICA SERIES TRUST MFS HIGHYIELD
ATTN THOMAS ANTHONY SWANK
CHIEF EXECUTIVE OFFICER
TRANSAMERICA SERIES TRUST
570 CARILLON PARKWAY
ST. PETERSBURG, FL 33716

AEGON/TRANSAMERICA SERIES TRUST MFS HIGHYIELD
C/O TRANSAMERICA SERIES TRUST
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
WILMINGTON, DE 19801

AIMS/LATHROP & GAGE LC
2345 GRAND BLVD.
KANSAS CITY, MO 64108

AIMS/SULLIVAN & WORCESTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

AIRTECH CONTROLS CO
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 930345
WIXOM, MI 48393-0345

AK SNOW & ICE CONTROL INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 15
LOMBARD, IL 60148-0015

ALEJANDRO, JUAN
PO BOX 89
COMERIO, PR 00782-0089

ALEXANDER TAP & BACKFLOW INC
2824 ASTERIA POINTE
DULUTH, GA 30097-5222

ALEXANDER, TIMOTHY
AMERICAN FAMILY INSURANCE
900 SW FIFTH AVE, STE 1800
PORTLAND, OR 97204

ALEXANDER, TIMOTHY
AMERICAN FAMILY INSURANCE
C/O MACMILLAN, SCHOLZ & MARKS, P.C.
101 SW MAIN ST STE 1000
PORTLAND, OR 97204-3221

ALI, SALEH
7035 N 98TH ST APT 1B
CHICAGO RIDGE, IL 60415-1299

ALLEN, ALETIA
17714 RED OAK DR., # 196A
HOUSTON, TX 77090

ALLIED GENERAL SERVICES INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
7600 IOWA ST
DETROIT, MI 48212-1430

ALLIED PLASTICS INC
150 HOLY HILL ROAD
TWIN LAKES, WI 53181

ALLISON MECHANICAL INC
1968 ESSEX CT
REDLANDS, CA 92373-8008

ALTA LIFT TRUCK SERVICES INC
28990 S WIXOM RD
WIXOM, MI 48393-3416

ALTICOR INC.
ATTN DOUG L. DEVOS,
CHIEF EXECUTIVE OFFICER, PRESIDENT AND DIRECTOR
7575 FULTON STREET EAST MAP
ADA, MI 49355-0001

ALTICOR INC.
THE CORPORATION COMPANY
30600 TELGRAPH ROAD, STE 2345
BIINGHAM FARMS, MI 48025-5720

ALUMASC PRECISION COMPONENTS
BURTON LATIMER KETTERING
NORTHAMPTONSHIRE NN15 5JP
UNITED KINGDOM GREAT BRITAIN

AM GENERAL LLLC
ATTN: GENERAL COUNSEL
105 N NILES AVE
SOUTH BEND, IN 46617-2705

AMBROZY, AILEEN
864 KENNEDY BLVD APT 18
BAYONNE, NJ 07002-2889

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

AMERICAN INTRNTL GROUP, INC.
ATTN MICHAEL W LEAHY
80 PINE ST
13TH FL
NEW YORK, NY 10005

AMERICAN INTRNTL GROUP, INC.
ATTN PETER D. HANCOCK
CHIEF EXECUTIVE OFFICER
70 PINE ST
NEW YORK, NY 10270-0001

AMERICAN INTRNTL GROUP, INC.
UNITED STATES CORPORATION COMPANY
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON, DE 19808

AMERICO CORPORATION
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
25120 TROWBRIDGE ST
DEARBORN, MI 48124-2438

AMICA MUTUAL INSURANCE COMPANY A/S/O SEYMOUR KRAUT
C/O SHAIR & FISHBON
P.O. BOX 320015
WEST ROXBURY, MA 02132-0001

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, IN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBUS, OH 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COLUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVENUE
COUMBIA, TN 38401

ANDREA BRAY
MAURY REGIONAL HOSPITAL
3224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDRES AVELINO AZAGUIRE
C/O MICHAEL ROOFIAN AND ASSOC.
11766 WILSHIRE BLVD, 6TH FLOOR
LOS ANGELES, CA 90025

ANDREWS KURTH LLP
1717 MAIN ST STE 3700
DALLAS, TX 75201

ANGELS BASEBALL LP
2000 E GENE AUTRY WAY
ANAHEIM, CA 92806-6143

ANTONIO BURGOS
C/O ANTONIO M BURGOS
2111 HOLLY HALL ST
APT 1814
HOUSTON, TX 77054-3954

APEX CAPITAL CORPORATION/RNS TRANSPORT LLC
PO BOX 961029
FORT WORTH, TX 76161-0029

APG FIXED INCOME CREDITS POOL
ATTN PAUL SPIJKERS, CHIEF EXECUTIVE OFFICER
APG ASSET MANAGEMENT US INC.
666 THIRD AVE
2ND FLR
NEW YORK, NY 10017

APG FIXED INCOME CREDITS POOL
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
OUDE LINDESTRAAT 70
6411 EJ HEERLEN, NETHERLANDS

APG INVESTMENTS US INC.
A/C STICHTING PENSIONFONDS ABP
ATTN PAUL SPIJKERS, CHIEF EXECUTIVE OFFICER
APG ASSET MANAGEMENT US INC.
666 THIRD AVE 2ND FLR
NEW YORK, NY 10017

APG INVESTMENTS US INC.
A/C STICHTING PENSIONFONDS ABP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
OUDE LINDESTRAAT 70
6411 EJ HEERLEN, NETHERLANDS

AQUAPERFECT INC
4812 PETER PL
CINCINNATI, OH 45246-1037

AR MOUNTAIN RANGE LLC
DELAWARE CORPORATE SERVICES INC.
901 N MARKET ST STE 705
WILMINGTON, DE 19801

ARCH REINSURANCE LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ARCH REINSURANCE LTD. & ARCH CAPITAL GROUP LTD
WATERLOO HOUSE, 1ST FL 100 PITTS BAY RD
PEMBROKE HM 08, BERMUDA

ARCH REINSURANCE LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WESSEX HOUSE, 3RD FLOOR
45 REID STREET
HM 12 HAMILTON HM 12 BERMUDA

ARCH REINSURANCE LTD.
C/O ARCH INSURANCE GROUP INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ONE LIBERTY PLAZA, 53RD FLOOR
NEW YORK, NY 10006

ARES ENHANCED CR OPP FD LTD.
ATTN ANTONY P.RESSLER, CHIEF EXECUTIVE OFFICER
2000 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES, CA 90067

ARES ENHANCED CR OPP FD LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ARES CAPITAL CORP
245 PARK AVE
44TH FLOOR
NEW YORK, NY 10167

ARES ENHANCED LN INV III LTD.
ATTN ANTONY P.RESSLER, CHIEF EXECUTIVE OFFICER
2000 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES, CA 90067

ARES ENHANCED LN INV III LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1999 AVENUE OF THE STARS #1900
LOS ANGELES, CA 90067

ARES ENHANCED LN INV IR
ATTN ANTONY P.RESSLER, CHIEF EXECUTIVE OFFICER
2000 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES, CA 90067

ARES ENHANCED LN INV IR
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ARES CAPITAL CORP
245 PARK AVE
44TH FLOOR
NEW YORK, NY 10167

ARES IIIR IVR CLO LTD.
ATTN ANTONY P.RESSLER, CHIEF EXECUTIVE OFFICER
2000 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES, CA 90067

ARES IIIR IVR CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1999 AVENUE OF THE STARS #1900
LOS ANGELES, CA 90067

ARES IX CLO LTD.
ATTN ANTONY P.RESSLER, CHIEF EXECUTIVE OFFICER
2000 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES, CA 90067

ARES IX CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1999 AVENUE OF THE STARS #1900
LOS ANGELES, CA 90067

ARES VIII CLO LTD.
ATTN ANTONY P.RESSLER, CHIEF EXECUTIVE OFFICER
2000 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES, CA 90067

ARES VIII CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1999 AVENUE OF THE STARS #1900
LOS ANGELES, CA 90067

ARES VIR CLO LTD.
ATTN ANTONY P.RESSLER, CHIEF EXECUTIVE OFFICER
2000 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES, CA 90067

ARES VIR CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1999 AVENUE OF THE STARS #1900
LOS ANGELES, CA 90067

ARES VR CLO LTD.
ATTN ANTONY P.RESSLER, CHIEF EXECUTIVE OFFICER
2000 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES, CA 90067

ARES VR CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1999 AVENUE OF THE STARS #1900
LOS ANGELES, CA 90067

ARES XI CLO LTD.
ATTN ANTONY P.RESSLER, CHIEF EXECUTIVE OFFICER
2000 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES, CA 90067

ARES XI CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1999 AVENUE OF THE STARS #1900
LOS ANGELES, CA 90067

ARLINGTON COUNTY TREASURER
2100 CLARENDON BLVD #217
ARLINGTON, VA 22201

ARNET PAUL GALBREATH AND JESSIE STARR
C/O GREGORY P CAFOUROS LLP
111 MONUMENT CIRCE STE 900
INDIANAPOLIS, IN 46204-5125

ARNHOLD-HOUSTON POLICE OFFICERS' PENSION SYSTEM
ATTN JOHN E. LAWSON
EXECUTIVE DIRECTOR
HOUSTON POLICE OFFICERS' PENSION SYSTEM
602 SAWYER, STE 300
HOUSTON, TX 77007

ARNHOLD-HOUSTON POLICE OFFICERS' PENSION SYSTEM
C/O SECRETARY OF STATE
P.O. BOX 12079
AUSTIN, TX 78711-2079

ARROW UNIFORM
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

ARROWGRASS MASTER FUND LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ARROWGRASS CAPITAL PARTNERS (US) LP
1330 AVENUE OF THE AMERICAS, 32ND FLOOR
NEW YORK, NY 10019

ARROWGRASS MASTER FUND LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ARROWGRASS MASTER FUND LTD.
PO BOX 242, GARDENIA CT 45 MARKET STREET,
CAMANA BAY KY1-1104, CAYMAN ISLANDS

ARROWGRASS MASTER FUND LTD.
C/O ARROWGRASS CAPITAL PARTNERS LLP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
LEVEL 34, TOWER 42, 25 OLD BROAD STREET
LONDON EAST SUSSEX EC2N1HQ, UNITED KINGDOM

ARTHUR GRIGORYAN
23277 VENTURA BLVD
WOODLAND HILLS, CA 91364

ASHRAF ELGOHARY
C/O KIMMEL & SILVERMAN PC
30 E BUTLER AVE
AMBLER, PA 19002

ATKINS, SHARDE
16121 STOCKBRIDGE AVE
CLEVELAND, OH 44128-2013

ATLAS COPCO COMPRESSORS LLC
75 REMITTANCE DRIVE SUITE 3009
CHICAGO, IL 60675-3009

ATLAS COPCO COMPRESSORS LLC
75 REMITTANCE DRIVE SUITE 3009
CHICAGO, IL 60675-3009

ATRIUM IV
ATTN DONALD J. PUGLISI
PUGLISI & ASSOCIATES
850 LIBRARY AVE, SUITE 204
NEWARK, DE 19711

ATRIUM IV
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
13455 NOEL ROAD
SUITE 1150
DALLAS, TX 75240

ATRIUM IV
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1234
QUEENSGATE HOUSE, SOUTH CHRUCH STREET
GEORGE TOWN, KY1-1108, CAYMAN ISLANDS

ATRIUM IV
C/O CREDIT SUISSE (ASSET MANAGEMENT) LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
11 MADISON AVENUE
NEW YORK, NY 10010

ATRIUM V
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
13455 NOEL ROAD
SUITE 1150
DALLAS, TX 75240

ATRIUM V
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1234GT
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN GRAND CAYMAN, BRITISH WEST INDIES

ATRIUM V
C/O CREDIT SUISSE (ASSET MANAGEMENT) LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
11 MADISON AVENUE
NEW YORK, NY 10010

AUSTIN UTILITIES (CITY OF)
PO BOX 2267
AUSTIN, TX 78783-0001

AUTO CLUB INSURANCE ASSOCIATION
TRANS PAC SOLUTIONS
C/O GARDNER ALLEN
PO BOX 36220
LOUISVILLE, KY 40233-6220

AUTO CLUB INSURANCE ASSOCIATION
TRANS PAC SOLUTIONS
C/O KELLY SCHROADER
PO BOX 36220
LOUISVILLE, KY 40233

AUTO CLUB INSURANCE ASSOCIATION
TRANSPAC SOLUTIONS
C/O KELLY SCHROEDER
PO BOX 36220
LOUISVILLE, KY 40233

AUTO CLUB INSURANCE ASSOCIATION A/S/P JESSIE MCGHEE
TRANSPAC SOLUTIONS
C/O KELLY MCCULLAR
9390 BUNSEN PARKWAY
LOUISVILLE, KY 40220

AUTOMOTIVE RESEARCH CORP
3301 LONGMIRE DR
COLLEGE STATION, TX 77845-5811

AVENUE CLO V, LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
535 MADISON AVE.
15TH FLOOR
NEW YORK, NY 10022

AVENUE CLO V, LTD.
C/O ING ALTERNATIVE ASSET MANAGEMENT LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
230 PARK AVENUE
13TH FLOOR
NEW YORK, NY 10169-0005

AVERY POINT CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
AVERY POINT CLO, LIMITED
PO BOX 1093 GT QUEENSGATE HOUSE S CHURCH ST
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

AVERY POINT CLO LTD.
AVERY POINT CLO, CORP.
850 LIBRARY AVENUE
SUITE 204
NEWARK, DE 19711

AVERY POINT CLO LTD.
C/O SANKATY ADVISORS LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 CLARENDON STREET
BOSTON, MA 02116-5021

AVERY POINT CLO LTD.
C/O SANKATY ADVISORS, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7615

B & R MOBILE HOMES INC
B & R SALES & LEASING
8510 ALGOMA AVE NE
ROCKFORD, MI 49341-9102

BALLYROCK CLO 2006-1 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093 GT
QUEENSGATE HOUSE S CHURCH ST
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

BALLYROCK CLO 2006-1 LTD.
ATTN THOMAS C. HENSE
DIRECTOR AND PRESIDENT
C/O BALLYROCK INVESTMENT ADVISORS LLC
82 DEVONSHIRE STREET - E31C
BOSTON, MA 02109

BALLYROCK CLO 2006-2 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093 GT
QUEENSGATE HOUSE S CHURCH ST
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

BALLYROCK CLO 2006-2 LTD.
ATTN THOMAS C. HENSE
DIRECTOR AND PRESIDENT
C/O BALLYROCK INVESTMENT ADVISORS LLC
82 DEVONSHIRE STREET - E31C
BOSTON, MA 02109

BALLYROCK CLO II LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093 GT
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

BALLYROCK CLO II LTD.
C/O BALLYROCK INVESTMENT ADVISORS LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET - E31C
BOSTON, MA 02109

BALLYROCK CLO III LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093 GT
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

BALLYROCK CLO III LTD.
C/O BALLYROCK INVESTMENT ADVISORS LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET - E31C
BOSTON, MA 02109

BALTIC FUNDING LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
214 NORTH TRYON STREET
CHARLOTTE, NC 28255

BALTIC FUNDING LLC
THE CORPORATION TRUST COMPANY
THE CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BANK OF AMERICA, N.A.
ATTN BRIAN MOYNIHAN
CHIEF EXECUTIVE OFFICER
100 NORTH TRYON STREET SUITE 170
CHARLOTTE, NC 28255

BANK OF AMERICA, N.A.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
401 NORTH TRYON STREET
CHARLOTTE, NC 28255

BANK OF NEW YORK, THE
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

BARCLAYS BANK PLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1 CHURCHILL PLACE
LONDON, E14 5HP UNITED KINGDOM

BARCLAYS BANK PLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

BARCO
DIV OF MARISON INDUSTRIES
1100 ALEXANDER CT
CARY, IL 60013-1892

BARDWELL, THOMAS
3540 N HURDS CORNER RD STE 1
CARO, MI 48723-9335

BARNES & THORNBURG LLP
C/O WENDY D BREWER ESQ
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204

BARRERA, DAVID
244 EMERALD LN
BROWNSVILLE, TX 78520-7706

BARRY SALES ENGINEERING INC
C/O BLUE HERON SPECIAL SITUATIONS FUND 1
C/O BLUE HERON MICRO OPPORTUNITIES FUND
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

BASTIAN MATERIAL HANDLING CORP
9820 ASSOCIATION CT
INDIANAPOLIS, IN 46280-1962

BBS KRAFTFAHRZEUGTECHNIK AG
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
5320 BBS WAY
BRASELTON, GA 30517-1706

BBT FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
201 MAIN ST., SUITE 2700
FORT WORTH, TX 76102

BBT FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
89 NEXUS WAY, CAMANA BAY
PO BOX 31106
GRAND CAYMAN, E9 KY1-1205 CAYMAN ISLANDS

BBT FUND LP
ATTN WILLIAM O. REIMANN
VICE PRESIDENT
C/O CHRISTINE MCKIBBIN
201 MAIN ST., SUITE 3300
FORT WORTH, TX 76102

BECHTEL TR & THRIFT PLAN BECON TR & THRIFT PLAN
ATTN WILLIAM DUDLEY, PRESIDENT
50 BEALE STREET
SAN FRANCISCO, CA 94105

BECHTEL TR & THRIFT PLAN BECON TR & THRIFT PLAN
C T CORPORATION SYSTEM
818 W 7TH ST FL 2ND
LOS ANGELES, CA 90017-3407

BEHCO INC EFT DIV OF H & P
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
21251 RYAN RD
WARREN, MI 48091-4666

BEI ASSOCIATES INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
601 W FORT ST
DETROIT, MI 48226-3152

BELL ANTHONY
BELL, ANTHONY
PO BOX 111
EASTON, TX 75641-0111

BENNETT CHRIS
KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY
321 EAST MAIN STREET
CAMPBELLSVILLE, KY 42718

BENNETT CHRIS
KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY
P.O BOX 1155
CAMPBELLSVILLE, KY 42719

BERKLEY IND
ROB PYYKKONEN X1
PO BOX 210725
AUBURN HILLS, MI 48321

BERKLEY IND
ROB PYYKKONENX1
9938 PIGEON RD
BAY PORT, MI 48720-9702

BEV-AL COMMUNICATIONS, INC.
500 S PALM CANYON DR STE 218
PALM SPRINGS, CA 92264-7454

BIG SKY III SENIOR LOAN TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
EATON VANCE MANAGEMENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

BIG SKY III SENIOR LOAN TRUST
ATTN THOMAS E. FAUST, JR
CHIEF EXECUTIVE OFFICER
EATON VANCE MANAGEMENT
TWO INTRNTL PLACE MAP
BOSTON, MA 02110

BILLY ENGLAND HUSBAND AND SURVIVING SPOUSE
C/O DAVE SCOTT
4965 US HWY 42
SUITE 1000
LOUISVILLE, KY 40222

BILLY ENGLAND HUSBAND AND SURVIVING SPOUSE
OF FANNIE L ENGLAND
C/O DAVE SCOTT
PO BOX 99
NEW ALBANY, IN 47151-0099

BIO-SERV CORPORATION
DBA ROSE PEST SOLUTIONS
PO BOX 309
TROY, MI 48099-0309

BISMARCK CBNA LOAN FUNDING LLC
ATTN TERRY CONNER-GRAHAM
181 WEST MADISON ST, SUITE 3200
CHICAGO, IL 60602

BISMARCK CBNA LOAN FUNDING LLC
C/O CITIBANK, NATIONAL ASSOCIATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
701 E 60TH ST N
SIOUX FALLS, SD 57104-0493

BISMARCK CBNA LOAN FUNDING LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD SUITE 400
WILMINGTON, DE 19808

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVENUE, SUITE 4400
LOS ANGELES, CA 90071

BLACK DIAMOND CLO 2005-1 LTD.
ATTN DONALD J. PUGLISI
PUGLISI & ASSOCIATES
850 LIBRARY AVE STE 204
NEWARK, DE 19711

BLACK DIAMOND CLO 2005-1 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093GT, QUEENSGATE HOUSE
SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN 1093GT, CAYMAN ISLAND

BLACK DIAMOND CLO 2005-1 LTD.
ATTN STEPHEN H. DECKOFF
CO-FOUNDER AND MANAGING PRINCIPAL
BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C
ONE SOUND SHORE DRIVE SUITE 200
GREENWICH, CT 06830

BLACK DIAMOND CLO 2005-2 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093GT, QUEENSGATE HOUSE
SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN 1093GT, CAYMAN ISLAND

BLACK DIAMOND CLO 2005-2 LTD.
ATTN STEPHEN H. DECKOFF
CO-FOUNDER AND MANAGING PRINCIPAL
BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C
ONE SOUND SHORE DRIVE SUITE 200
GREENWICH, CT 06830

BLACK DIAMOND CLO 2006-1 CAYMAN LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093GT, QUEENSGATE HOUSE
SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN 1093GT, CAYMAN ISLAND

BLACK DIAMOND CLO 2006-1 CAYMAN LTD.
ATTN STEPHEN H. DECKOFF
CO-FOUNDER AND MANAGING PRINCIPAL
BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C
ONE SOUND SHORE DRIVE SUITE 200
GREENWICH, CT 06830

BLACK DIAMOND CLO 2006-1 CAYMAN LTD.
CT CORPORATION SYSTEM
REGISTERED AGENT
111 8TH AVE
NEW YORK, NY 10011-5201

BLACK DIAMOND INTRNTL FUNDING LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093GT, QUEENSGATE HOUSE
SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN 1093GT, CAYMAN ISLAND

BLACK DIAMOND INTRNTL FUNDING LTD.
ATTN STEPHEN H. DECKOFF
CO-FOUNDER AND MANAGING PRINCIPAL
BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C
ONE SOUND SHORE DRIVE SUITE 200
GREENWICH, CT 06830

BLACK DIAMOND OFFSHORE LTD.
ATTN STEPHEN H. DECKOFF
CO-FOUNDER AND MANAGING PRINCIPAL
BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C
ONE SOUND SHORE DRIVE SUITE 200
GREENWICH, CT 06830

BLACK DIAMOND OFFSHORE LTD.
C/O CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 31106, 89 NEXUS WAY
CAMANA BAY, KY1-1205, CAYMAN ISLANDS

BLACK DIAMOND SERVICES
1301-6 EAST ATLANTIC BLVD
POMPANO BEACH, FL 33060

BLACKROCK CA STATE TEACHERS RETIREMENT SYSTEM
ATTN BRIAN BARTOW
GENERAL COUNSEL
100 WATERFRONT PLACE
WEST SACRAMENTO, CA 95605

BLACKROCK CA STATE TEACHERS RETIREMENT SYSTEM
ATTN JACK EHNES
CHIEF EXECUTIVE OFFICER
100 WATERFRONT PLACE
WEST SACRAMENTO, CA 95605

BLACKROCK CA STATE TEACHERS RETIREMENT SYSTEM
ATTN JACK EHNES
CHIEF EXECUTIVE OFFICER
CALSTRS
P.O. BOX 15275
SACRAMENTO, CA 95851-0275

BLACKROCK CA STATE TEACHERS RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
7667 FOLSOM BLVD
SACRAMENTO, CA 95826

BLACKROCK CA STATE TEACHERS RETIREMENT SYSTEM
C/O BLACKROCK
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK CORPORATE HIGH YIELD FUND III INC.
ATTN JOHN M. PERLOWSKI
PRESIDENT & CHIEF EXECUTIVE OFFICER
C/O BLACKROCK HIGH YIELD FUND
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK CORPORATE HIGH YIELD FUND V, INC.
ATTN JOHN M. PERLOWSKI
PRESIDENT & CHIEF EXECUTIVE OFFICER
C/O BLACKROCK HIGH YIELD FUND
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK CORPORATE HIGH YIELD FUND VI, INC.
ATTN JOHN M. PERLOWSKI
PRESIDENT & CHIEF EXECUTIVE OFFICER
C/O BLACKROCK HIGH YIELD FUND
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK CORPORATE HIGH YIELD FUND, INC.
ATTN JOHN M. PERLOWSKI
PRESIDENT & CHIEF EXECUTIVE OFFICER
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK CORPORATE HIGH YIELD FUND, INC.
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

BLACKROCK DEBT STRATEGIES FUND, INC.
ATTN JOHN M. PERLOWSKI
CEO AND PRESIDENT
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK DEBT STRATEGIES FUND, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
300 E LOMBARD ST
BALTIMORE, MD 21202-3219

BLACKROCK DEBT STRATEGIES FUND, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK DEBT STRATEGIES FUND, INC.
THE CORPORATION TRUST INCORPORATED
300 E LOMBARD ST
BALTIMORE, MD 21202-3219

BLACKROCK DIVERSIFIED INCOME STRATEGIES FUND, INC.
ATTN JOHN M. PERLOWSKI
CEO AND PRESIDENT
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK DIVERSIFIED INCOME STRATEGIES FUND, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
300 E LOMBARD ST
BALTIMORE, MD 21202-3219

BLACKROCK DIVERSIFIED INCOME STRATEGIES FUND, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK DIVERSIFIED INCOME STRATEGIES FUND, INC.
THE CORPORATION TRUST INCORPORATED
300 E LOMBARD ST
BALTIMORE, MD 21202-3219

BLACKROCK EMPLOYEES' RETIREMENT FUND
OF THE CITY OF DALLAS
ATTN CHERYL ALSTON, EXECUTIVE DIRECTOR
EMPLOYEES' RETIREMENT FUND OF DALLAS
600 N. PEARL ST., SUITE 2450
DALLAS, TX 75201

BLACKROCK EMPLOYEES' RETIREMENT FUND
OF THE CITY OF DALLAS
ATTN MIKE RAWLINGS, MAYOR
CITY OF DALLAS
1500 MARILLA STREET
DALLAS, TX 75201-6390

BLACKROCK EMPLOYEES' RETIREMENT FUND
OF THE CITY OF DALLAS
C/O BLACKROCK
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK EMPLOYEES' RETIREMENT FUND
OF THE CITY OF DALLAS
CARLA D. BREWER, CHAIRMAN OF BOARD OF TRUSTEES
EMPLOYEES' RETIREMENT FUND OF DALLAS
600 NORTH PEARL STREET, SUITE 2450, SOUTH TOWER
DALLAS, TX 75201-7415

BLACKROCK FLOATING RATE INCOME STRATEGIES FUND INC
ATTN JOHN M. PERLOWSKI
CHIEF EXECUTIVE OFFICER
BLACKROCK FLOATING RATE INCM STRATEGIES FND, INC.
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK FLOATING RATE INCOME STRATEGIES FUND INC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
100 VELLEVUE PARKWAY
WILMINGTON, DE 19809

BLACKROCK FLOATING RATE INCOME STRATEGIES FUND INC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK FLOATING RATE INCOME STRATEGIES FUND INC
CT CORPORATION SYSTEM
111 EIGHTH AVE
NEW YORK, NY 10011

BLACKROCK FLOATING RATE INCOME STRATEGIES FUND INC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

BLACKROCK FUNDS HIGH YIELD BOND PORTFOLIO
ATTN JOHN M. PERLOWSKI
CEO AND PRESIDENT
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK FUNDS HIGH YIELD BOND PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK FUNDS HIGH YIELD BOND PORTFOLIO
C/O BLACKROCK FUNDS II
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BLACKROCK FUNDS HIGH YIELD BOND PORTFOLIO
C/O BLACKROCK FUNDS II
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
WILMINGTON, DE 19801

BLACKROCK FUNDS II - HIGH YIELD BOND PORTFOLIO
ATTN JOHN M. PERLOWSKI
CEO AND PRESIDENT
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK FUNDS II - HIGH YIELD BOND PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK FUNDS II - HIGH YIELD BOND PORTFOLIO
C/O BLACKROCK FUNDS II
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BLACKROCK FUNDS II - HIGH YIELD BOND PORTFOLIO
C/O BLACKROCK FUNDS II
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
WILMINGTON, DE 19801

BLACKROCK GLOBAL INVESTMENT SERIES:
INCOME STRATEGIES PORTFOLIO
C/O BLACKROCK FINANCIAL MANAGEMENT, INC.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
55 EAST 52ND ST
NEW YORK, NY 10022

BLACKROCK GLOBAL INVESTMENT SERIES:
INCOME STRATEGIES PORTFOLIO
LAURENCE FINK, CHIEF EXECUTIVE OFFICER
BLACKROCK FINANCIAL MANAGEMENT, INC.
455 EAST 52ND ST
NEW YORK, NY 10022

BLACKROCK GSAM GOLDMAN CORE PLUS FIXED INCOME FUND
C/O GOLDMAN SACHS FUNDS MANAGEMENT, L.P
ATT: GEN. COUNSEL
85 BROAD ST
NEW YORK, NY 10004-2434

BLACKROCK HIGH INCM FUND OF BLACKROCKBOND FUND INC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK HIGH INCM FUND OF BLACKROCKBOND FUND INC
C/O BLACKROCK FUNDS II
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
WILMINGTON, DE 19801

BLACKROCK HIGH INCOME SHARES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
111 8TH AVE.
NEW YORK, NY 10011

BLACKROCK HIGH YIELD TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
345 PARK AVENUE
NEW YORK, NY 10154

BLACKROCK HIGH YIELD TRUST
C/O BLACKROCK CORPORATE HIGH YIELD FUND, INC.
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

BLACKROCK MANAGED ACC SERIES HIGH INCOME PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK MANAGED ACC SERIES HIGH INCOME PORTFOLIO
C/O BLACKROCK FUNDS II
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BLACKROCK GLOBAL INVESTMENT SERIES:
INCOME STRATEGIES PORTFOLIO
C/O ML INVESTMENT MANAGERS
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD ARE
PLAINSBORO, NJ 08536-1606

BLACKROCK GSAM GOLDMAN CORE PLUS FIXED INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
227 WASHINGTON STREET
COLUMBUS, IN 47202

BLACKROCK HIGH INCM FUND OF BLACKROCKBOND FUND INC
ATTN JOHN M. PERLOWSKI
CEO AND PRESIDENT
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK HIGH INCM FUND OF BLACKROCKBOND FUND INC
C/O BLACKROCK FUNDS II
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BLACKROCK HIGH INCOME SHARES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BLACKROCK HIGH INCOME SHARES
CT CORPORATION SYSTEM
111 8TH AVE
NEW YORK, NY 10011-5201

BLACKROCK HIGH YIELD TRUST
C/O BLACKROCK CORPORATE HIGH YIELD FUND, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL RD
PLAINSBORO, NJ 08536

BLACKROCK MANAGED ACC SERIES HIGH INCOME PORTFOLIO
ATTN JOHN M. PERLOWSKI
CEO AND PRESIDENT
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK MANAGED ACC SERIES HIGH INCOME PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 9011
PRINCETON, NJ 08543

BLACKROCK MANAGED ACC SERIES HIGH INCOME PORTFOLIO
C/O BLACKROCK FUNDS II
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
WILMINGTON, DE 19801

BLACKROCK MET INV SERIES TR HIGH YIELD PORTFOLIO
ATTN MS. ELIZABETH MARY FORGET
CHIEF EXECUTIVE OFFICER
40 EAST 52ND STREET
NEW YORK, NY 10022-5911

BLACKROCK MET INV SERIES TR HIGH YIELD PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
5 PARK PLAZA
SUITE 1900
IRVINE, CA 92614

BLACKROCK MULTI STRATEGY SUB-TRUST C
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
40 EAST 52ND STREET
NEW YORK, NY 10022

BLACKROCK SENIOR HIGH INCOME FUND INC.
ATTN JOHN M. PERLOWSKI
CEO AND PRESIDENT
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK SENIOR HIGH INCOME FUND INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK SENIOR HIGH INCOME FUND INC.
C/O BLACKROCK DEBT STRATEGIES FUND, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
300 E LOMBARD ST
BALTIMORE, MD 21202-3219

BLACKROCK SENIOR HIGH INCOME FUND INC.
C/O BLACKROCK DEBT STRATEGIES FUND, INC.
THE CORPORATION TRUST INCORPORATED
300 E LOMBARD ST
BALTIMORE, MD 21202-3219

BLACKROCK SENIOR INCOME SERIES II
ATTN JOHN M. PERLOWSKI
CEO AND PRESIDENT
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK SENIOR INCOME SERIES II
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK SENIOR INCOME SERIES II
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
BLACKROCK SENIOR INCM SERIES II C/O MAPLES FIN LTD
PO BOX 1093 GT QUEENSGATE HOUSE S CHURCH ST
GRAND CAYMAN, CAYMAN ISLANDS

BLACKROCK SENIOR INCOME SERIES IV
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
BLACKROCK FINANCIAL MANAGEMENT, INC.
55 EAST 52ND ST
NEW YORK, NY 10022

BLACKROCK SENIOR INCOME SERIES IV
C/O MAPLES FINANCE LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1093 GT QUEENSGATE HOUSE S CHURCH ST
GRAND CAYMAN, CAYMAN ISLANDS

BLACKROCK SENIOR INCOME SERIES IV
LAURENCE FINK, CEO
BLACKROCK FINANCIAL MANAGEMENT, INC.
455 EAST 52ND ST
NEW YORK, NY 10022

BLACKROCK STRATEGIC BOND TRUST
ATTN JOHN M. PERLOWSKI
CEO AND PRESIDENT
55 EAST 52ND STREET
NEW YORK, NY 10055

BLACKROCK STRATEGIC BOND TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
100 BELLEVUE PKWY
WILMINGTON, DE 19809-3700

BLACKROCK STRATEGIC BOND TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BLACKROCK STRATEGIC BOND TRUST
C/O BLACKROCK DEBT STRATEGIES FUND, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
300 E LOMBARD ST
BALTIMORE, MD 21202-3219

BLACKROCK STRATEGIC BOND TRUST
C/O BLACKROCK DEBT STRATEGIES FUND, INC.
THE CORPORATION TRUST INCORPORATED
300 E LOMBARD ST
BALTIMORE, MD 21202-3219

BLACKROCK-LOCKHEED MARTIN CORP MASTER RETRMNT TR
ATTN MARILYN A. HEWSON
CHAIRMAN, PRESIDENT & CEO
LOCKHEED MARTIN CORPORATION MASTER RETIREMENT TR
6801 ROCKLEDGE DRIVE
BETHESDA, MD 20817

BLACKROCK-LOCKHEED MARTIN CORP MASTER RETRMNT TR
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
32 OLD SLIP
24TH FLOOR
NEW YORK, NY 10005

BLACKROCK-LOCKHEED MARTIN CORP MASTER RETRMNT TR
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
BLACKROCK
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

BOARD OF COUNTY COMMISSIONERS LUCAS CO OH
ONE GOVERNMENT CENTER
SUITE 800
TOLEDO, OH 43604

BOBBIE M REYNOLDS
1425 PONTIAC
DENVER, CO 80220

BOMAR PNEUMATICS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
5785 W 74TH ST
INDIANAPOLIS, IN 46278-1755

BOWER, JOHN
12 ROCKWOOD DR
ROCKAWAY, NJ 07866-4116

BREEZE INDUSTRIAL PRODUCTS CORPORATION
3582 TUNNELTON RD
SALTSBURG, PA 15681-3305

BTG PACTUAL CHILE S.A. ADMINISTRADORA GENERAL DE FONDOS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
BTG PACTUAL GLOBAL ASSET MANAGEMENT LTD
PRAIA DE BOTAFOGO, 501 6° FLOOR
RIO DE JANEIRO, RJ 22250-040 BRAZIL

BUCKELS, LAWRENCE
KAHN, DEES, DONOVAN & KAHN
PO BOX 3646
EVANSVILLE, IN 47735-3646

BUONO, AILENE
2165 BROOKSIDE AVE
YORKTOWN HTS, NY 10598-4124

BURRTEC WASTE INDUSTRIES
9820 CHERRY AVE
FONTANA, CA 92335-5202

BOARD OF COUNTY COMMISSIONERS LUCAS CO OH
C/O LANCE KEIFFER
711 ADAMS ST 2ND FL
TOLEDO, OH 43604

BOBBIE M REYNOLDS
14008 E ARIZONA AVE
AURORA, CO  8001

BOHLER-UDDEHOLM
2595 MEADOWVALE BLVD
MISSISSAUGA ON L5N 7Y3 CANADA

BORNHORST SHAYNA
OAKS BRAEMAR APARTMENTS
7150 CAHILL RD APT 315
EDINA, MN 55439-2045

BRECHBUHLER SCALES INC
1424 SCALE ST SW
CANTON, OH 44706

BRENDA MEEHAN
2722 ESTHNER
WICHITA, KS 67213

BUCHANAN PAUL
8499 CHESTERFIELD DR
SWARTZ CREEK, MI 48473-1234

BUMPASS, CHRESSONDA
511B KINGSBURY ST
OXFORD, NC 27565-3424

BURKE, MARTIN
3640 SE FLAVEL ST
PORTLAND, OR 97202-8340

C&E SALES INC
677 CONGRESS PARK DR
PO BOX 750128
DAYTON, OH 45475-0128

CAI DISTRESSED DEBT OPPORTUNITY MASTER FUND, LTD.
ATTN DUPLESSIE JAMES J.
EXECUTIVE OFFICER & MANAGING DIRECTOR
399 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10022

CAI DISTRESSED DEBT OPPORTUNITY MASTER FUND, LTD.
ATTN JESS SHAKESPEARE
DIRECTOR
P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE
GRAND CAYMAN E9 KY1-1102, CAYMAN ISLANDS

CALIFORNIA AMERICAN WATER COMP
PO BOX 578
ALTON, IL 62002

CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM
ATTN BRIAN BARTOW
GENERAL COUNSEL
100 WATERFRONT PLACE
WEST SACRAMENTO, CA 95605

CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM
ATTN JACK EHNES
CEO
CALSTRS
P.O. BOX 15275
SACRAMENTO, CA 95851-0275

CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM
ATTN JACK EHNES
CHIEF EXECUTIVE OFFICER
100 WATERFRONT PLACE
WEST SACRAMENTO, CA 95605

CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
7667 FOLSOM BLVD
SACRAMENTO, CA 95826

CALIFORNIA-AMERICAN WATER COMP USA
PO BOX 578
ALTON, IL 62002

CAMARA NATOSHA
CAMARA, NATOSHA
4007 CARPENTER ROAD
YPSILANTI, MI 48197-9644

CAMPBELL CAMPBELL EDWARDS & CONROY PC
1 CONSTITUTION PLAZA
BOSTON, MA 02129-2025

CAMPBELL, LARRY
6224 W CLARENDON AVE
PHOENIX, AZ 85033-4123

CAMPBELL, RONNEICE
3100 W POLK ST
CHICAGO, IL 60612-3909

CAMPBELL, SOPHIA
902 SYCAMORE DR
GULFPORT, MS 39503-5855

CANADIAN GENERAL-TOWER LIMITED
52 MIDDLETON STREET
CAMBRIDGE CANADA ON N1R 5T6 CANADA

CANADIAN IMPERIAL BANK OF COMMERCE
ATTN ACHILLES M PERRY ESQ, VP AND GENERAL COUNSEL
425 LEXINGTON AVENUE
NEW YORK, NY 10017

CANADIAN IMPERIAL BANK OF COMMERCE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
COMMERCE COURT
TORONTO, ONTARIO M5L 1A2, CANADA

CANYON CAPITAL CDO 2002-1 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
CANYON CAPITAL ADVISORS LLC.
2000 AVENUE OF THE STARS 11TH FLOOR
LOS ANGELES, CA 90067

CANYON CAPITAL CDO 2002-1 LTD.
C/O MAPLE FINANCE LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093GT, CHURCH ST
GEORGE TOWN, GRAND CAYMAN, KY

CAP FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
COPORATE CENTRE
WEST BAY ROAD
GRAND CAYMAN, KY 31106 SMB, CAYMAN ISLANDS

CAP FUND LP
C/O MAPLES AND CALDER
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN

CAPITAL RESEARCH-AMERICAN HIGH INCOME TRUST
ATTN DAVID C. BARCLAY
PRINCIPAL EXECUTIVE OFFICER
C/O AMERICAN HIGH INCOME TRUST
333 SOUTH HOPE STREET
LOS ANGELES, CA 90071-1406

CAPITAL RESEARCH-AMERICAN HIGH INCOME TRUST
C/O AMERICAN HIGH INCOME TRUST
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
WILMINGTON, DE 19801

CAPITAL RESEARCH-AMERICAN HIGH INCOME TRUST
C/O CAPITAL RESEARCH AND MANAGEMENT CO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH HOPE STREET
LOS ANGELES, CA 90071-1406

CARBONADO LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON, DE 19808

CARLYLE HIGH YIELD PAR IX LTD.
ATTN WILLIAM E. CONWAY & DAVID MARK RUBENSTEIN
CO-CHIEF EXECUTIVE OFFICERS
THE CARLYLE GROUP
1001 PENNSYLVANIA AVENUE, NW MAP
WASHINGTON, DC 20004

CARLYLE HIGH YIELD PARTNERS 2008-1, LTD.
ATTN WILLIAM E. CONWAY & DAVID MARK RUBENSTEIN
CO-CHIEF EXECUTIVE OFFICERS
THE CARLYLE GROUP
1001 PENNSYLVANIA AVENUE, NW MAP
WASHINGTON, DC 20004

CARTER, CIERRA
4600 TIPSY CIR APT 4203
LOUISVILLE, KY 40216-3587

CARTER, ERICA
10721 S KING DR
CHICAGO, IL 60628-3739

CARTER, TERRY
804 FOREST ST
LISBON, ND 58054-4237

CARUCCI, LEONARD
400 PACIFIC HEIGHTS DR
SANTA ROSA, CA 95403-7514

CASTLE GARDEN FUNDING
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
CSFB ALTERNATIVE CAPITAL, INC
11 MADISON AVENUE
NEW YORK, NY 10010

CASTLE GARDEN FUNDING
C/O OGIER FIDUCIARY SERVICES (CAYMAN) LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1234, QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN KY1-1108, CAYMAN ISLANDS

CATERPILLAR INC. MASTER PENSION TRUST
ATTN JAMES W. OWENS
CHIEF EXECUTIVE OFFICER
C/O CATERPILLAR INC.
100 NE ADAMS ST
PEORIA, IL 61629-0001

CATERPILLAR INC. MASTER PENSION TRUST
C/O CATERPILLAR INC.
CT CORPORATION SYSTEM
111 8TH AVE
NEW YORK, NY 10011-5201

CATERPILLAR INC. MASTER PENSION TRUST
C/O DOJ CAPITAL MANAGEMENT LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
BLDG 3 STE 600
WALTHAM, MA 02453-6901

CAVANAGH LAW FIRM
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1850 N CENTRAL AVE STE 2400
PHOENIX, AZ 85004-4579

CAVANAUGH JOANNE
CAVANAUGH, STEVE
THE MAHOTRA LAW FIRM
319 N GRANT STREET
ODESSA, TX 79761

CCP CREDIT ACQUISITION HOLDING
C/O CENTERBRIDGE CREDIT PARTNERS
GENERAL PARTNER, L.L.C.
ATTN: SUSANNE CLARK, GENERAL COUNSEL
375 PARK AVE, 12TH FL
NEW YORK, NY 10152

CCP CREDIT ACQUISITION HOLDING
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

CELFIN CAPITAL S.A. ADM. GENERAL DE FONDOS
ULTRA FONDO DE INVERSION
C/O BTG PACTUAL CHILE S.A. ADMINISTRADORA GENERAL DE
FONDOS
ATTN PRESIDENT, LEGAL OR GENERAL MANAGER
AV APOGUINDO 3721, PISO 19 LAS CONDES, SANTIAGO, CL

CHARLES FREESE
2330 LEXINGTON AVE S
APT 212
MENDOTA HTS, MN 55120

CHARLES L DAVIDSON
PO BOX 2291
HAZARD, KY 41702

CHATHAM LIGHT II CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
111 HUNTINGTON AVENUE
BOSTON, MA 02199

CHATHAM LIGHT II CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 908GT
WALKER HOUSE, MARY STREET
GEORGE TOWN, KY 0000, CAYMAN ISLANDS

CHATHAM LIGHT II CLO LTD.
C/O SANKATY ADVISORS LLC
ATTN JEFFREY ROBINSON, EXEC VP
200 CLARENDON STREET
BOSTON, MA 02116-5021

CHATHAM LIGHT II CLO LTD.
C/O SANKATY ADVISORS LLC
ATTN KIMBERLY HARRIS, EXEC VP
200 CLARENDON STREET
BOSTON, MA 02116-5021

CHATHAM LIGHT II CLO LTD.
C/O SANKATY ADVISORS LLC
ATTN SUSAN LYNCH, EXEC VP
200 CLARENDON STREET
BOSTON, MA 02116-5021

CHECKON, MICHAEL
5 GEORGE STREET
PUTNAM, CT 06260-2105

CHRISTINE PENNINGTON
120 LINDA DR
ROSEVILLE, CA 95678-2517

CHRYSLER LLC MASTER RETIREMENT TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

CHUO SPRING CO LTD
MAKI ZAFFUTO
2600 HAPPY VALLEY RD
GLASGOW, KY 42141-9063

CITIBANK, N.A.
ATTN BARBARA J. DESOER
CHIEF EXECUTIVE OFFICER
399 PARK AVENUE FRONT 1
NEW YORK, NY 10043

CITIBANK, N.A.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
388 GREENWICH STREET
FLOOR 22
NEW YORK, NY 10013

CITIBANK, N.A.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
701 EAST 60TH STREET NORTH
MINNEHAHA COUNTY
SIOUX FALLS, SD 57104

CITIGROUP FINANCIAL PRODUCTS INC.
ATTN JAMES A FORESE
CHIEF EXECUTIVE OFFICER
388 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP FINANCIAL PRODUCTS INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ONE NEW YORK PLAZA
NEW YORK, NY 10004

CITIGROUP FINANCIAL PRODUCTS INC.
CORPORATION SERVICE CO
80 STATE STREET
ALBANY, NY 12207

CITIZENS ENERGY GROUP
2020 N MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITIZENS ENERGY GROUP
2020 N MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITIZENS ENERGY GROUP
2020 N. MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITIZENS ENERGY GROUP
2020 N. MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITY ATTORNEYS OFFICE
100 N FIFTH AVE
ANN ARBOR, MI 48104

CITY OF ANN ARBOR
CITY ATTORNEY'S OFFICE
100 N FIFTH AVE
ANN ARBOR, MI 48104

CITY OF DAYTON
ALLEN A KACENJAR ESQ  SQUIRE SANDERS & DEMPSEY
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114

CITY OF DAYTON
ELLIOT M SMITH, ESQ
SQUIRE, SANDERS & DEMPSEY
221 E 4TH ST
SUITE 2900
CINCINNATI, OH 45202

CITY OF DETROIT BUILDING SAFETY, ENGINEERING
C/O CITY OF DETROIT LAW DEPARTMENT
660 WOODWARD AVE, STE 1650
DETROIT, MI 48226

CITY OF LOS ANGELES LOS ANGELES WORLD AIRPORTS
ATTENTION  MICHAEL TY ESQ
1 WORLD WAY
LOS ANGELES, CA 90045

CITY OF MILWAUKEE EMPLOYEES RETIREMENT SYSTEM
ATTN BERNARD J. ALLEN
EXECUTIVE DIRECTOR
CITY OF MILWAUKEE EMPLOYES' RETIREMENT SYSTEM
789 NORTH WATER STREET SUITE 300
MILWAUKEE, WI 53202

CITY OF MILWAUKEE EMPLOYEES RETIREMENT SYSTEM
ATTN MAYOR TOM BARRETT
CITY HALL
200 E. WELLS STREET
ROOM 201
MILWAUKEE, WI 53202

CITY OF MILWAUKEE EMPLOYEES RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
40 BROAD ST.
8TH FLOOR
NEW YORK, NY 10004

CITY OF MILWAUKEE RETIREMENT SYSTEM
ATTN MAYOR TOM BARRETT
CITY HALL
200 E. WELLS STREET
ROOM 201
MILWAUKEE, WI 53202

CITY OF MILWAUKEE RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 EAST WELLS STREET
ROOM 603
MILWAUKEE, WI 53202

CITY OF NEWPORT BEACH
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
3300 NEWPORT BLVD
PO BOX 1768
NEWPORT BEACH, CA 92658-8915

CITY OF NEWPORT BEACH
ATTN: LEGAL OFFICER/BANKRUPTCY DEPT
3300 NEWPORT BLVD, PO BOX 1768
NEWPORT BEACH, CA 92658-8915

CITY OF OAKLAND POLICE & FIRE RETIREMENT SYSTEM
ATTN KATANO KASAINE, MANAGER, RETIREMENT SYSTEMS
RETIREMENT SYSTEMS
LIONEL WILSON BUILDING
150 FRANK H. OGAWA PLAZA, 3RD FLOOR
OAKLAND, CA 94612-2021

CITY OF OAKLAND POLICE & FIRE RETIREMENT SYSTEM
ATTN MAYOR LIBBY SCHAAF
1 FRANK H. OGAWA PLAZA, 3RD FLOOR
OAKLAND, CA 94612

CITY OF OAKLAND POLICE & FIRE RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1 WALL STREET
3RD FLOOR, WINDOW A
NEW YORK, NY 10015

CITY OF RALEIGH NORTH CAROLINA
C/O THOMAS A MCCORMICK RALEIGH CITY ATTORNEY
PO BOX 590
RALEIGH, NC 27602

CITY OF SIOUX CITY
405 6TH STREET, STE 511
PO BOX 447
SIOUX CITY, IA 51102

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CITY OF TUCSON
C/O C HAY-MIE CHO, ASSISTANT CITY ATTORNEY
PO BOX 27210
TUCSON, AZ 85726-7210

CLARESSA WALLEN
2524 W MEMORIAL DR
MUNCIE, IN 47302

CLARK MADIE
CLARK, MADIE
503 W 22ND AVE., APT A
CORDELE, GA 31015-6929

CLARK, IAN
13516 54TH DR NE
MARYSVILLE, WA 98271

CLARK, IAN
1906 COLBY AVE APT 7
EVERETT, WA 98201-2298

CLASSIC CAYMAN B D LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
13455 NOEL ROAD
SUITE 1150
DALLAS, TX 75240

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC
MEMBER CAM-OR SITE EXTENDED GROUP
C/O DENNIS REIS, BRIGGS AND MORGAN
80 S EIGHTH ST, STE 2200
MINNEAPOLIS, MN 55402

CLOUGH HARBOUR & ASSOCIATES, LLP
C/O LEMERY GREISLER LLC
ATTN: DANIEL J. TYSON, ESQ.
50 BEAVER STREET
ALBANY, NY 12207

CMFG LIFE INSURANCE COMPANY
ATTN ROBERT N. TRUNZO
PRESIDENT & CHIEF EXEUTIVE OFFICER
5910 MINERAL POINT RD
MADISON, WI 53705

CMFG LIFE INSURANCE COMPANY
CT CORPORATION
400 E COURT AVE
DES MOINES, IA 50309

CMWLTH OF PA DEPT OF ENVIRONMENTAL PROTECTION
MICHAEL T. FERRENCE, ASST COUNSEL
OFFICE OF CHIEF COUNSEL
2 PUBLIC SQUARE
WILKES BARRE, PA 18701

CNA HOLDINGS LLC F/K/A CNA HOLDINGS INC
(SUCCESSOR TO HOECHST CELANESE COPORATION)
PEPPER HAMILTON LLP C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

CNA HOLDINGS LLC FKA CNA HOLDINGS INC (SUCC TO HOECHST CEL
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
400 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI 48075-1505

COASTAL COMMUNICATION INC D/B/A CENTURY TEL
DENTURYTEL C/O REX D RAINACH, APLC
3622 GOVERNMENT STREET
BATON ROUGE, LA 70806-5720

COCA COLA CO RET & MSTR TR
ATTN BERNHARD COEPELT
SENIOR VP GENERAL COUNSEL & CHIEF LEGAL COUNSEL
THE COCA-COLA COMPANY
ONE COCA-COLA PLAZA
ATLANTA, GA 30313

COHN JASON
425 CENTER ST
PITTSBURGH, PA 15221-3503

COLD HEADING CO, THE
21777 HOOVER RD
WARREN, MI 48089-2544

COLINS, JD
8730 SE 15TH ST
MIDWEST CITY, OK 73110-7941

COMMONWEALTH REPORTING CO INC
700 LISBURN RD
CAMP HILL, PA 17011-7104

COMMONWEALTH REPORTING CO INC
700 LISBURN ROAD
CAMP HILL, PA 17011-7104

COMMONWEALTH REPORTING CO, INC
700 LISBURN ROAD
CAMP HILL, PA 17011-7104

CONERSTONE RESEARCH
MARCELLA RAMSEY COLLECTIONS MANAGER
353 SACRAMENTO ST 23RD FL
SAN FRANCISCO, CA 94111

CONNECTICUT AUTOMOTIVE RETAILERS ASSOCIATIOIN
36 TRUMBULL ST
HARTFORD, CT 06103-2404

CONSTRUCTION USERS ROUNDTABLE
4100 EXECUTIVE PARK DR STE 210
CINCINNATI, OH 45241-4023

CONTINENTAL CASUALTY COMPANY
ATTN MR. PETER E. JOKIEL
PRESIDENT
333 SOUTH WABASH AVENUE
CHICAGO, IL 60604

CONTROL-AIR INC
926 PAVILLION DR
SAINT LOUIS, MO 63141-6033

CONTROL-AIR INC
PO BOX 4136
BALLWIN, MO 63022

CON-WAY FREIGHT INC
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

CORKER, WILLIAM
704 S SKAGIT ST
BURLINGTON, WA 98233-2419

CORNERSTONE CONTROLS INC
8525 NORTHWEST BLVD
INDIANAPOLIS, IN 46278-1384

CRAWFORD, RICHARD
ARMOUR LAW FIRM
PO BOX 710
ALEXANDRIA, LA 71309-0710

CREDIT SUISSE LOAN FUNDING LLC
ATTN MR. TIMOTHY P. O'HARA
CHIEF EXECUTIVE OFFICER AND PRESIDENT
CREDIT SUISSE, USA
ELEVEN MADISON AVENUE 23RD FLOOR
NEW YORK, NY 10010

CREDIT SUISSE LOAN FUNDING LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ELEVEN MADISON AVENUE 23RD FLOOR
NEW YORK, NY 10010

CREDIT SUISSE LOAN FUNDING LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ONE MADISON AVENUE
2ND FLOOR
NEW YORK, NY 10010

CREDIT SUISSE LOAN FUNDING LLC
CORPORATION SERVICE CO
80 STATE ST
ALBANY, NY 12207-2543

CREDIT SUISSE SYNDICATED LOAN FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
LEVEL 6
201 KENT STREET
SYDNEY, 2000 AUSTRALIA

CREDIT SUISSE SYNDICATED LOAN FUND
C/O CREDIT SUISSE (USA), INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
11 MADISON AVE
NEW YORK, NY 10010

CRESCENT SR SECURED FLOATING RATE LOAN FUND, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
11100 SANTA MONICA BOULEVARD
SUITE 2000
LOS ANGELES, CA 90025

CRESCENT SR SECURED FLOATING RATE LOAN FUND, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 PARK AVENUE
SUITE 2200
NEW YORK, NY 10166-0228

CRESCENT SR SECURED FLOATING RATE LOAN FUND, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
865 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

CRESCENT SR SECURED FLOATING RATE LOAN FUND, LLC
NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DR STE 101
KENT, DE 19904

CROSSROADS BANK F/K/A FIRST FEDERAL SAVINGS BANK OF WABAS
CROSSROADS BANK C/O TIEDE METZ & DOWNS PC
99 WEST CANAL ST
WABASH, IN 46992

CSX TRANSPORTATION
C/O PROPERTY SERVICES
500 WATER STREET J-180
JACKSONVILLE, FL 32202-4423

CUMMINS CROSSPOINT LLC
3621 W MORRIS ST
PO BOX 42917
INDIANAPOLIS, IN 46242-0917

CUNA MUTUAL INSURANCE SOCIETY
CT CORPORATION
400 E COURT AVE
DES MOINES, IA 50309

CURTIS PARRISH
6994 BROADWAY
1-A
MERRILLVILLE, IN 46410

DACY DENKINS
ATTN: E TODD TRACY
THE TRACY FIRM
5473 BLAIR RD, SUITE 200
DALLAS, TX 75231

DANVELDHUIZEN TASHA
2211 310TH ST
ROCK VALLEY, IA 51247-7528

DARYL TAYLOR
4217 CUSTER AVE
FLINT, MI 48430

DAVE SHOSTACK
4 SUTTONWOOD DR
COMMACK, NY 11725

CROCKER, DORIS
PO BOX 302
KOOSKIA, ID 83539-0302

CRYSTAL BANKS
LAMAR B BROWN
ROBINSON CALCAGNIE & ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660

CUMMINS CROSSPOINT LLC
2601 FORTUNE CIRCLE EAST
SUITE 300
INDIANAPOLIS, IN 46241

CUNA MUTUAL INSURANCE SOCIETY
ATTN ROBERT N. TRUNZO
PRESIDENT & CHIEF EXEUITIVE OFFICER
5910 MINERAL POINT RD
MADISON, WI 53705

CURRY, MICHAEL
C/O DEBRA CURRY
994 HARTFORD AVE
AKRON, OH 44320-2740

CYPRESS TREE INTRNTL LOAN HOLDING COMPANY
C/O COMMERCIAL INDUSTRIAL FINANCE CORP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
250 PARK AVE, 5TH FL
NEW YORK, NY 10177

DAITCH ELAINE
DAITCH, ELAINE
9910 SAHARA DRIVE
OKLAHOMA CITY, OK 73162

DARYL TAYLOR
258 E. RUSSELL AVE
FLINT, MI 48505

DASILVA, MICHAEL
STATE FARM INS
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240-2172

DAVID A RAMOS
270 RUSSO DR
CANFIELD, OH 44406-9679

DAVIS TONI HOLLOWAY
DAVIS, TONI HOLLOWAY
PO BOX 667
CLAXTON, GA 30417-0667

DDJ - JC PENNY PENSION PLAN TRUST
C/O DDJ CAPITAL MANAGEMENT, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STONY BROOK OFFICE PARK
130 TURNER STREET, BUILDING 3, SUITE 600
WALTHAM, MA 02453

DDJ - STICHTING PENSIOENFONDS HOOGOVENS
C/O DDJ CAPITAL MANAGEMENT, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STONY BROOK OFFICE PARK
130 TURNER STREET, BUILDING 3, SUITE 600
WALTHAM, MA 02453

DDJ CAP - CATERPILLAR MASTER RETIREMENT TRUST
C/O DDJ CAPITAL MANAGEMENT, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STONY BROOK OFFICE PARK
130 TURNER STREET, BUILDING 3, SUITE 600
WALTHAM, MA 02453

DDJ CAP MGMT - STICHTING BEWAARDER INTERPOLIS PNSN
C/O DDJ CAPITAL MANAGEMENT, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STONY BROOK OFFICE PARK
130 TURNER STREET, BUILDING 3, SUITE 600
WALTHAM, MA 02453

DDJ CAPITAL MGT GROUP TR
ATTN WENDY SCHNIPPER CLAYTON
GENERAL COUNSEL
STONY BROOK OFFICE PARK
130 TURNER STREET, BUILDING 3, SUITE 600
WALTHAM, MA 02453

DDJ HIGH YIELD FUND
C/O DDJ CAPITAL MANAGEMENT, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STONY BROOK OFFICE PARK
130 TURNER STREET, BUILDING 3, SUITE 600
WALTHAM, MA 02453

DDJ-MULT-STYL MULT-MGR FNDS PLC-GLBL STRTG YLD FND
C/O RUSSELL INVESTMENTS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1301 SECOND AVENUE, 18TH FLOOR
SEATTLE, WA 98101

DE GRP INCOME FUNDS - DE HIGH YIELD OPP FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103

DE GRP INCOME FUNDS - DE HIGH YIELD OPP FUND
DELAWARE GROUP INCOME FUNDS
CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD
WILMINGTON, DE 19808

DDJ - JC PENNY PENSION PLAN TRUST
ATTN MYRON ULLMAN
CHIEF EXECUTIVE OFFICER
J.C. PENNY
6501 LEGACY DRIVE
PLANO, TX 75024-3698

DDJ - STICHTING PENSIOENFONDS HOOGOVENS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STICHTING PENSIOENFONDS HOOGOVENS
WIJKERMOLEN 202POSTBUS 10000
TBD, NOORD-HOLLAND, 1970 CA, NETHERLANDS

DDJ CAP - CATERPILLAR MASTER RETIREMENT TRUST
ATTN DOUGLAS OBERHELMAN
CHIEF EXECUTIVE OFFICER
100 NE ADAMS STREET
PEORIA, IL 61629

DDJ CAP - CATERPILLAR MASTER RETIREMENT TRUST
CATERPILLAR MASTER RETIREMENT TRUST
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

DDJ CAPITAL MGT GROUP TR
ATTN BREAZZANO, PRESIDENT
DDJ CAPITAL MANAGEMENT, LLC
STONY BROOK OFFICE PARK
130 TURNER STREET, BUILDING 3, SUITE 600
WALTHAM, MA 02453

DDJ HIGH YIELD FUND
C/O CI INVESTMENTS INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2 QUEEN STREET EAST - 20TH FL
TORONTO M5C 3G7, CANADA

DDJ-MULT-STYL MULT-MGR FNDS PLC-GLBL STRTG YLD FND
C/O DDJ CAPITAL MANAGEMENT, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STONY BROOK OFFICE PARK
130 TURNER STREET, BUILDING 3, SUITE 600
WALTHAM, MA 02453

DDJ-MULT-STYL MULT-MGR FNDS PLC-GLBL STRTG YLD FND
C/O RUSSELL INVESTMENTS IRELAND LIMITED
ATTN PHILIP HOFFMAN, PORTFOLIO MANAGER
78 SIR JOHN ROGERSON'S QUAY
DUBLIN, CO. DUBLIN 2, IRELAND

DE GRP INCOME FUNDS - DE HIGH YIELD OPP FUND
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DE POOLED TR - CORE PLUS FIXED INCOME PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103

DE POOLED TR - CORE PLUS FIXED INCOME PORTFOLIO
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DE PSEG NUCLEAR LLC MASTER DECOMMISSIONING TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1 MELLON CTR
PITTSBURGH, PA 15258

DE PSEG NUCLEAR LLC MASTER DECOMMISSIONING TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
80 PARK PLAZA
NEWARK, NJ 07102

DEARDURFF, JEFF
6876 ROAD 163 W
LIBERTY, OH 43357

DEBELLO INVESTORS LLC
ATTN ANITA POST
411 WEST PUTNAM AVENUE
GREENWICH, CT 06830

DEBELLO INVESTORS LLC
ATTN MR. CHARLES EUGENE DAVIDSON
CHAIRMAN AND CHIEF INVESTMENT OFFICER
WEXFORD CAPITAL LLC
411 WEST PUTNAM AVENUE
GREENWICH, CT 06830

DEBELLO INVESTORS LLC
CORPORATION SERVICE CO
2711 CENTERVILLE RD
WILMINGTON, DE 19808

DEBOLT, MAXINE
HC60 BOX 307
NEW MARTINSVILLE, WV 26155

DEBRA STOFFER
1710 STRONG AVENUE
ELKHART, IN 46514

DEKKO TECHNOLOGIES INC
2505 DEKKO DR
GARRETT, IN 46738-1886

DELAWARE - LVIP DELAWARE BOND FUND
ATTN DANIEL ROSS HAYES
PRESIDENT, CHAIRMAN & DIRECTOR
LINCOLN INVESTMENT ADVISORS CORPORATION
1 GRANITE PLACE
CONCORD, NH 03301-3258

DELAWARE - LVIP DELAWARE BOND FUND
ATTN JOHN ARTHUR WESTON
LINCOLN INVESTMENT ADVISORS CORPORATION
1 GRANITE PLACE
CONCORD, NH 03301-3258

DELAWARE - LVIP DELAWARE BOND FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1300 SOUTH CLINTON STREET
FORT WAYNE, IN 46804

DELAWARE DELCHESTER FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103-3638

DELAWARE DELCHESTER FUND
C/O DE INVS/DELAWARE MANAGEMENT BUSINESS TRUST
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE DIVERSIFIED INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103-3638

DELAWARE DIVERSIFIED INCOME FUND
C/O DE INVS/DELAWARE MANAGEMENT BUSINESS TRUST
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE DIVERSIFIED INCOME TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2800 NORTH CENTRAL AVE.
SUITE 900
PHOENIX, AZ 85004

DELAWARE DIVERSIFIED INCOME TRUST
C/O DELAWARE INVESTMENTS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND
DELAWARE ENHANCED GLOBAL DIVIDEND AND INCOME FUND
CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD
WILMINGTON, DE 19808

DELAWARE EXTENDED DURATION BOND FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103

DELAWARE EXTENDED DURATION BOND FUND
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE GROUP EQUITY V INC. DIVIDEND INCOME FUND
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE GROUP EQUITY V INC. DIVIDEND INCOME FUND
CORPORATION SERVICE CO
2711 CENTERVILLE RD
WILMINGTON, DE 19808

DELAWARE GROUP GOVERNMENT FUND CORE PLUS FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103-3638

DELAWARE GROUP GOVERNMENT FUND CORE PLUS FUND
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE GROUP GOVERNMENT FUND CORE PLUS FUND
DELAWARE GROUP GOVERNMENT FUND
CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD
WILMINGTON, DE 19808

DELAWARE GROUP INC FUND INC. CORPORATE BOND FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103

DELAWARE GROUP INC FUND INC. CORPORATE BOND FUND
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE INVESTMENTS DIVIDEND & INCOME FUND INC.
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE INVESTMENTS DIVIDEND & INCOME FUND INC.
CSC-LAWYERS INCORPORATING SERVICE CO
11 E CHASE ST
BALTIMORE, MD 21202-2516

DELAWARE INVESTMENTS GLOBAL DIVIDEND & INCOME FUND
C/O DE INVS GLOBAL DIVIDENT & INCOME FUND INC.
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
DELAWARE INVESTMENTS
2005 MARKET STREET, ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE OPTIMUM FIXED INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT.
1818 MARKET STREET
PHILADELPHIA, PA 19103

DELAWARE OPTIMUM FIXED INCOME FUND
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE POOLED TRUST - HIGH YIELD BOND PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103

DELAWARE POOLED TRUST - HIGH YIELD BOND PORTFOLIO
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE VIP TRUST DIVERSIFIED INCOME SERIES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103

DELAWARE VIP TRUST DIVERSIFIED INCOME SERIES
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELAWARE VIP TRUST HIGH YIELD SERIES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1818 MARKET STREET
PHILADELPHIA, PA 19103

DELAWARE VIP TRUST HIGH YIELD SERIES
C/O DELAWARE INVESTMENTS
ATTN MR. PATRICK PAUL COYNE, CHAIR, CEO AND PRES
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7094

DELTA TECH INC
1655 CENTURY CORNERS PKWY
EUCLID, OH 44132-3321

DENVER FIRE DEPARTMENT
C/O MACHOL & JOHANNES LLC
DOMINION PLAZA SUITE 800 NORTH
600 SEVENTEENTH STREET
DENVER, CO 80202-5442

DE-SEI INSTITUTIONAL INV TR - HIGH YIELD BOND FUND
ATTN DAVID ANILOFF
PORTFOLIO MANAGER
SEI INVESTMENTS MANAGEMENT CORPORATION
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

DE-SEI INSTITUTIONAL INV TR - HIGH YIELD BOND FUND
SEI INVESTMENTS MANAGEMENT CORPORATION
ATTN LEGAL DEPARTMENT
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

DE-SEI INSTITUTIONAL INV TR-HIGH YIELD BOND FUND
ATTN KEVIN PATRICK BARR
EXECUTIVE VP OF INVESTMENT MANAGEMENT UNIT
SEI INVESTMENTS CO.
ONE FREEDOM VALLEY DRIVE
OAKS, PA 19456-1100

DE-SEI INSTITUTIONAL INV TR-HIGH YIELD BOND FUND
CORPORATION SERVICE CO
80 STATE ST
ALBANY, NY 12207-2543

DE-SEI INSTITUTIONAL MGD TR - HIGH YIELD BOND FUND
DONALD MORGAN, MANAGING PARTNER, SR MANAGING DIR
CO HEAD OF FIXED INCM-HIGH YIELD DIV & PORTFOLIO MGR
SEI INVESTMENTS MANAGEMENT CORPORATION
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

DE-SEI INSTITUTIONAL MGD TR - HIGH YIELD BOND FUND
SEI INVESTMENTS MANAGEMENT CORPORATION
ATTN LEGAL DEPARTMENT
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

DE-SEI INSTITUTIONAL MGD TR-HIGH YIELD BOND FUND
ATTN KEVIN PATRICK BARR
EXECUTIVE VP OF INVESTMENT MANAGEMENT UNIT
SEI INVESTMENTS CO.
ONE FREEDOM VALLEY DRIVE
OAKS, PA 19456-1100

DE-SEI INSTITUTIONAL MGD TR-HIGH YIELD BOND FUND
CORPORATION SERVICE CO
80 STATE ST
ALBANY, NY 12207-2543

DESTINY MUJICA A/N/F OF JACE AND JADEN MUJICA
MONICA C VAUGHAN
HOUSSIERE DURANT HOUSSIERE LLP
1990 POST OAK BOULEVARD SUITE 800
HOUSTON, TX 77056

DESTINY MUJICA, WRONGFUL DEATH BENEFICIARY OF JESUS MUJICA
MONICA C VAUGHAN
HOUSSIERE DURANT HOUSSIERE LLP
1990 POST OAK BOULEVARD SUITE 800
HOUSTON, TX 77056

DEUTSCHE BANK AG
ATTN JACQUES BRAND
CEO OF NORTH AMERICA, DEUTSCHE BANK AG
60 WALL STREET
NEW YORK, NY 10005

DEUTSCHE BANK AG
ATTN MR. SALVATORE P. PALAZZOLO, ESQ.,
MANAGING DIRECTOR AND ASSISTANT GEN CNSL
DEUTSCHE BANK AG, NEW YORK
60 WALL STREET
NEW YORK, NY 10005

DEUTSCHE BANK AG
ATTN THOMAS J. RYAN
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DEUTSCHE BANK AG CAYMAN ISLAND BRANCH
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
DEUTSCHE BANK (CAYMAN) LIMITED
BOUNDARY HALL, CRICKET SQUARE, 171 ELGIN AVENUE, PO BOX
1984
GRAND CAYMAN KY1-1104, CAYMAN ISLANDS

DEUTSCHE BANK AG CAYMAN ISLAND BRANCH
C/O DEUTSCHE BANK AG
ATTN JACQUES BRAND, CHIEF EXECUTIVE OFFICER
60 WALL STREET
NEW YORK, NY 10005

DIAMOND SPRINGS TRADING LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
100 NORTH TRYON STREET
CHARLOTTE, NC 28255

DIAMOND SPRINGS TRADING LLC
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

DIANE VAN WINKLE
C/O MAGUIRE LAW FIRM
607 BRIARWOOD DRIVE, SUITE 1
MYRTLE BEACH, SC 29572

DILKS, DEBORAH
5327 HERMAN RD
CLAREMONT, NC 28610-9444

DIRECT A/S/O DAISY LIZARDI
C/O RK WHITE
750 OLD HICKERY BLVD 2-230
BRENTWOOD, TN 37027

DIRECT GENERAL INS A/S/O WILLIAM KANE
PRAXIS CONSULTING, INC
A/S/O DIRECT GENERAL, 1181183
PO BOX 5
MUNCIE, IN 47308

DONAHUE LAW GROUP, P S C
410 SOUTH MAIN STREET
SOMERSET, KY 42501

DONNA M NEWLIN
3193 VINTON CIRCLE
KOKOMO, IN 46902-3658

DONNA SANTI
1459 CUMBERLAND CT
FORT MYERS, FL 33919-2007

DORI DWIGHT
9277 FLOYD PIKE
DUGSPUR, VA 24325

DOUBLE BLACK DIAMOND OFFSHORE LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2100 MCKINNEY AVENUE
SUITE 1800
DALLAS, TX 75201

DOUBLE BLACK DIAMOND OFFSHORE LTD.
C/O CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED
PO BOX 31106
89 NEXUS WAY
CAMANA BAY KY1-1205, CAYMAN ISLANDS

DPL ENERGY RESOURCES OH
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1065 WOODMAN DR
DAYTON, OH 45432-1423

DRAGSTRA, LORIE
193 130TH AVE
EDGERTON, MN 56128-3613

DREW ECKL & FARNHAM LLP
TPINYAN,/DREW ECKL & FARNHAM, LLP
880 W PEACHTREE STREET NW
ATLANTA, GA 30309

DUNCAN SUPPLY CO INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 441280
INDIANAPOLIS, IN 46244-1280

DUNCAN, TERESA / MOUNTAIN LAUREL ASSURANCE
ATTN THOMAS M MCELROY PA
PO BOX 1450
TUPELO, MS 38802-1450

DUQUESNE LIGHT COMPANY
C/O BERNSTEIN LAW FIRM
ATTN PETER J ASHCROFT
SUITE 2200, GULF TOWER
PITTSBURGH, PA 15219

DUSTIN GARRETT
29 LATHAM RD
NOTTINGHAM, PA 19362-9503

DWYER INSTRUMENTS INC
PO BOX 373
102 HWY 212
MICHIGAN CITY, IN 46360-1956

DXP ENTERPRISES INC
7272 PINEMONT
HOUSTON, TX 77040

DYNAMITE LANDSCAPING CO
PO BOX 608
SUTTONS BAY, MI 49682-0608

EALY, FRANCIS
DOWDY & COCKERHAM
PO BOX 30
MAGNOLIA, MS 39652-0030

EATON VANCE CDO IX LTD.
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE CDO VIII LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE CDO VIII LTD
PO BOX 1093
QUEENSGATE HOUSE
SOUTH CHURCH STREET
GEORGE TOWN KY1-1102 CAYMAN ISLANDS

EATON VANCE CDO X PLC
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE FLOATING RATE INCOME TRUST
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE GRAYSON & CO.
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE INSTITUTIONAL SENIOR LOAN FUND
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE INTRNTL (CAYMAN ISLANDS) FUNDS LTD.
FLOATING-RATE INCOME FUND
C/O INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED
190 ELGIN AVENUE
GEORGE TOWN KY1-9005, CAYMAN ISLANDS

EATON VANCE INTRNTL (KY) FND LTD--FLT-RATE INCM FND
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE CDO IX LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE CDO IX LTD.
PO BOX 1093
QUEENSGATE HOUSE
SOUTH CHURCH STREET
GEORGE TOWN KY1-1102 CAYMAN ISLANDS

EATON VANCE CDO VIII LTD
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE CDO X PLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
85 MERRION SQUARE
DUBLIN, CO DUBLIN 2, IRELAND

EATON VANCE CDO X PLC
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE FLOATING RATE INCOME TRUST
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE GRAYSON & CO.
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE INSTITUTIONAL SENIOR LOAN FUND
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE INTRNTL (CAYMAN ISLANDS) FUNDS LTD.
FLOATING-RATE INCOME FUND
C/O STATE STREET CAYMAN TRUST COMPANY, LTD.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
GARDENIA CT, 45 MARKET ST, #3307, CAMANA BAY KY1-1205 CAYMAN
ISLANDS

EATON VANCE INTRNTL (KY) FND LTD--FLT-RATE INCM FND
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE LIMITED DURATION INCM FUND
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE LIMITED DURATION INCOME FUND
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE LOAN OPPORTUNITIES FUND, LTD.
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE LOAN OPPORTUNITIES FUND, LTD.
C/O INVESTORS BANK & TRUST CO.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 CLARENDON STREET
5TH FLOOR
BOSTON, MA 02116

EATON VANCE LOAN OPPORTUNITIES FUND, LTD.
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE MEDALLION FLOATING RATE INCM PORTFOLIO
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE MEDALLION FLOATING RATE INCM PORTFOLIO
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE MEDALLION FLOATING RATE INCM PORTFOLIO
C/O INTERTRUST CORPORATE SERVICES (CAYMAN) LTD,
190 ELGIN AVENUE
GEORGE TOWN KY1-9005, CAYMAN ISLANDS

EATON VANCE SENIOR DEBT PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
BOSTON MGMT & RESEARCH
24 FEDERAL STREET
6TH FLOOR
BOSTON, MA 02110

EATON VANCE SENIOR DEBT PORTFOLIO
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE SENIOR DEBT PORTFOLIO
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE SENIOR FLOATING RATE TRUST
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE SENIOR FLOATING RATE TRUST
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE SENIOR INCOME TRUST
ATTN MAUREEN GEMMA
CHIEF LEGAL OFFICER, VP AND SECRETARY
EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE SENIOR INCOME TRUST
ATTN SCOTT PAGE
PRESIDENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EATON VANCE VARIABLE TR FLOATING RATE INCOME FUND
C/O EATON VANCE MANAGEMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

EATON VANCE VARIABLE TR FLOATING RATE INCOME FUND
FAUST, THOMAS E., CEO AND PRESIDENT
EATON VANCE MANAGEMENT
C/O EATON VANCE MANAGEMENT/EATON VANCE CORP.
TWO INTRNTL PLACE
BOSTON, MA 02110

EDBLER, DENISE
2032 DELAWARE RD
WAUKEGAN, IL 60087-4616

EDCOR DATA SERVICES CORP
3310 W BIG BEAVER
SUITE 305
TROY, MI 48084

EDCOR DATA SERVICES CORP
ATTN ROBERT ROCHESTER
888 ENTERPRISE DR
PONTIAC, MI 48341-3167

EISENHAUER, MICHELE
SNYDER & DORER LAW OFFICE OF
214 SENATE AVE STE 600
CAMP HILL, PA 17011-2382

ELJER MANUFACTURING C/O REXNORD INDUSTRIES, LLC
4701 W. GREENFIELD AVENUE
MILWAUKEE, WI 53214

EMPLOYEES RETIREMENT FUND OF THE CITY OF DALLAS
ATTN CARLA D. BREWER
CHAIRMAN OF BOARD OF TRUSTEES
600 NORTH PEARL STREET, SUITE 2450
SOUTH TOWER
DALLAS, TX 75201-7415

EMPLOYEES RETIREMENT FUND OF THE CITY OF DALLAS
ATTN CHERYL ALSTON
EXECUTIVE DIRECTOR
EMPLOYEES' RETIREMENT FUND OF DALLAS
600 N. PEARL ST., SUITE 2450
DALLAS, TX 75201

EMPLOYEES RETIREMENT FUND OF THE CITY OF DALLAS
ATTN MIKE RAWLINGS
MAYOR
CITY OF DALLAS
1500 MARILLA STREET
DALLAS, TX 75201-6390

EMPLOYERS INSURANCE COMPANY OF WAUSAU
ATTN DOYLE, SUSAN M. CEO AND PRESIDENT
2000 WESTWOOD DRIVE
WAUSAU, WI 54401

EMPLOYERS INSURANCE COMPANY OF WAUSAU
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
175 BERKELEY STREET
BOSTON, MA 02116-5066

ENERGETICS INDUSTRIAL DISTRIBU
2229 BELOIT AVE
JANESVILLE, WI 53546-3022

ENGINE CONTROL & MONITORING
C/O BLUE HERON SPECIAL SITUATIONS FUND 1
C/O BLUE HERON MICRO OPPORTUNITIES FUND
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

ENGINEERING TECHNOLOGY ASSOC INC
1133 E MAPLE RD STE 200
TROY, MI 48083-2853

ENRIQUEZ, RICARDO
BRENDA WENCES
6102 COLLINS COURT
GRANDBURY, TX 76048

ENSR CORPORATION
PO BOX 31863
LTR 6-14-01 JA
HARTFORD, CT 06150-1863

EPHRAIM DEARY
318 CABARET CT SW
MARIETTA, GA 30064

EPHRAIM DEARY
875 FRANKILIN ROAD
APT 416
MARIETTA, GA 30067

EQUITABLE GAS COMP PA
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 371820
PITTSBURGH, PA 15250-7820

ERIC A KHARIBIAN
12907 ANDREW DR
HIGHLAND, IL 62249-2820

ESPINOZA, ENRIQUE
1060 MADISON CHASE APT 5
WEST PALM BEACH, FL 33411-3284

ESSLER ELTON
C/O LAW OFFICES OF BYRNES CRAIG T
1500 ROSECRANS AVE STE 500
MANHATTAN BEACH, CA 90266-3771

EUTECTIC CORP
N94W14355 GARWIN MACE DR
MENOMONEE FALLS, WI 53051-1628

EVELYN A ARVIN
1021 N KORBY ST
KOKOMO, IN 46901-1929

EVERGREEN CORE PLUS BOND FUND
ATTN WILLIAM DOUGLAS MUNN
EXECUTIVE MANAGING DIRECTOR, COO, AND DIRECTOR
EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC
200 BERKELY STREET
BOSTON, MA 02116

EVERGREEN CORE PLUS BOND FUND
C/O WELLS FARGO FUNDS MANAGEMENT, LLC
ATTN KARLA MARIE RABUSCH, PRES, CEO, AND DIRECTOR
525 MARKET STREET 12TH FLOOR
SAN FRANCISCO, CA 94105-2720

EVERGREEN HIGH INCOME FUND
ATTN WILLIAM DOUGLAS MUNN
EXECUTIVE MANAGING DIRECTOR, COO, AND DIRECTOR
EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC
200 BERKELY STREET
BOSTON, MA 02116

EVERGREEN HIGH INCOME FUND
C/O EVERGREEN INVESTMENT MANAGEMENT CO, LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD
WILMINGTON, DE 19808

EVERGREEN HIGH YIELD BOND TRUST
ATTN KARLA MARIE RABUSCH, PRES, CEO, AND DIRECTOR
WELLS FARGO FUNDS MANAGEMENT, LLC
C/O WELLS FARGO FUNDS MANAGEMENT, LLC
525 MARKET STREET 12TH FLOOR
SAN FRANCISCO, CA 94105-2720

EVERGREEN HIGH YIELD BOND TRUST
ATTN WILLIAM DOUGLAS MUNN
EXECUTIVE MANAGING DIRECTOR, COO, AND DIRECTOR
EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC
200 BERKELY STREET
BOSTON, MA 02116

EVERGREEN INCOME ADVANTAGE FUND
ATTN KARLA MARIE RABUSCH, PRES, CEO, AND DIRECTOR
WELLS FARGO FUNDS MANAGEMENT, LLC
C/O WELLS FARGO FUNDS MANAGEMENT, LLC
525 MARKET STREET 12TH FLOOR
SAN FRANCISCO, CA 94105-2720

EVERGREEN INCOME ADVANTAGE FUND
ATTN WILLIAM DOUGLAS MUNN
EXECUTIVE MANAGING DIRECTOR, COO, AND DIRECTOR
EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC
200 BERKELY STREET
BOSTON, MA 02116

EVERGREEN UTILITIES & HIGH INCOME FUND
ATTN KARLA MARIE RABUSCH, PRES, CEO, AND DIRECTOR
WELLS FARGO FUNDS MANAGEMENT, LLC
C/O WELLS FARGO FUNDS MANAGEMENT, LLC
525 MARKET STREET 12TH FLOOR
SAN FRANCISCO, CA 94105-2720

EVERGREEN UTILITIES & HIGH INCOME FUND
ATTN WILLIAM DOUGLAS MUNN
EXECUTIVE MANAGING DIRECTOR, COO, AND DIRECTOR
EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC
200 BERKELY STREET
BOSTON, MA 02116

EVERGREEN VA HIGH INCOME FUND
ATTN WILLIAM DOUGLAS MUNN
EXECUTIVE MANAGING DIRECTOR, COO, AND DIRECTOR
EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC
200 BERKELY STREET
BOSTON, MA 02116

EVRGRN MULT SECT INCM FND FKA EVRGRN MGD INCM FND
ATTN KARLA MARIE RABUSCH, PRES, CEO, AND DIRECTOR
WELLS FARGO FUNDS MANAGEMENT, LLC
C/O WELLS FARGO FUNDS MANAGEMENT, LLC
525 MARKET STREET 12TH FLOOR
SAN FRANCISCO, CA 94105-2720

EVRGRN MULT SECT INCM FND FKA EVRGRN MGD INCM FND
ATTN WILLIAM DOUGLAS MUNN
EXECUTIVE MANAGING DIRECTOR, COO, AND DIRECTOR
EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC
200 BERKELY STREET
BOSTON, MA 02116

FAIRWAY FUNDING LLC
ATTN VINCENT GALANO
REGISTERED AGENT
565 STATE ROUTE 35 STE 10
RED BANK, NJ 07701-5047

FAIRVIEW FUNDING LLC
NATIONAL CORPORATE RESEARCH, LTD
615 S. DUPONT HWY
DOVER, DE 19901

FAIRWAY LOAN FUNDING COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FAIRWAY LOAN FUNDING COMPANY
C/O MAPLESFS LIMITED, P.O. BOX 1093, BOUNDARY HALL, CRICKET SQUARE
GRAND CAYMAN, KY1-1102, CAYMAN ISLANDS

FAIRWAY LOAN FUNDING COMPANY
C/O FAIRWAY LOAN FUNDING (DELAWARE) CORP.
(FILE NUMBER 9109927)
DONALD J. PUGLISI, PUGLISI & ASSOCIATES
850 LIBRARY AVE, SUITE 204
NEWARK, DE 19711

FAIRWAY LOAN FUNDING COMPANY
C/O PACIFIC INVESTMENT MANAGEMENT CO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

FALLSTICK, DONNA
841 CLIFF RD
BENSALEM, PA 19020-4049

FANNIN, CARLA
4648 N FM 2038
BRYAN, TX 77808-6148

FANNIN, CARLA
6306 LONE STAR RD
MPRTH ZULCH, TX 77872

FARMERS INSURANCE EXCHANGE AS SUBROGEE OF
ALL COUNTY ROOTER
NANCY BOURGOIS
600 STEWART ST, SUITE 1510
SEATTLE, WA 98101

FARREL, THOMAS
1100 ZEBULON LN
SALISBURY, NC 28146-4529

FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229

FAVERO GEOSCIENCES
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

FD JOHNSON CO
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
31200 SOLON RD STE 18
SOLON, OH 44139-3561

FELIPE ESQUIBEL
8500 TURNPIKE DR
WESTMINSTER, CO 80031

FERRELLGAS
ONE LIBERTY PLAZA
LIBERTY, MO 64068

FIDELITY - ARIZONA STATE RETIREMENT SYSTEM
ATTN PAUL MATSON
DIRECTOR
ARIZONA STATE RETIREMENT SYSTEM
3300 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-0250

FIDELITY - ARIZONA STATE RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIDELITY
245 SUMMER STREET
BOSTON, MA 02210

FIDELITY - ARIZONA STATE RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIDELITY
82 DEVONSHIRE STREET
BOSTON, MA 02109-3605

FIDELITY ADVR SERIES I-FIDELITY ADVR HIGH INCM FND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET
BOSTON, MA 02109-3605

FIDELITY ADVR SERIES I-FIDELITY ADVR HIGH INCM FND
ATTN SCOTT GOEBEL
SECRETARY
245 SUMMER STREET
BOSTON, MA 02210

FIDELITY ADVR SRS I-ADVR FLTNG RATE HIGH INCM FND
C/O FMR LLC, D/B/A FIDELITY INVESTMENTS
ATTN ABIGAIL PIERREPONT JOHNSON, CEO
FIDELITY INVESTMENTS
82 DEVONSHIRE STREET
BOSTON, MA 02109-3605

FIDELITY ADVR SRS I-ADVR HIGH INCM ADVANTAGE FND
ATTN EDWARD C. JOHNSON III, TRUSTEE
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY ADVR SRS II - ADVR STRATEGIC INCOME FUND
ATTN EDWARD C. JOHNSON III, TRUSTEE
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY AMERICAN HIGH YIELD FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY AMERICAN HIGH YIELD FUND
C/O FIDELITY INVESTMENTS CANADA ULC
ATTN ROBERT STRICKLAND, PRES OF FIDLTY INV CA LTD
483 BAY STREET, SUITE 300
TORONTO, ON M5G 2N7, CANADA

FIDELITY BALLYROCK CLO II
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093 GT
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

FIDELITY BALLYROCK CLO II
C/O FIDELITY INVESTMENTS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET - E31C
BOSTON, MA 02109

FIDELITY BALLYROCK CLO III
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093 GT
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

FIDELITY BALLYROCK CLO III
C/O FIDELITY INVESTMENTS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET - E31C
BOSTON, MA 02109

FIDELITY CANADIAN ASSETT ALL
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIDELITY INVESTMENTS
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY CANADIAN ASSETT ALL
C/O FIDELITY INVESTMENTS CANADA ULC
ATTN ROBERT STRICKLAND, PRES OF FIDLTY INV CA LTD
483 BAY STREET, SUITE 300
TORONTO, ON M5G 2N7, CANADA

FIDELITY CEN INV-HI INC PF I
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET
BOSTON, MA 02109-3605

FIDELITY CEN INV-HI INC PF I
ATTN SCOTT GOEBEL
SECRETARY
245 SUMMER STREET
BOSTON, MA 02210

FIDELITY CENTRAL INVESTMENT PORTFOLIOS LLC
FIDELITY FLOATING RATE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
245 SUMMER ST.
BOSTON, MA 02210-1133

FIDELITY CENTRAL INVESTMENT PORTFOLIOS LLC
FIDELITY FLOATING RATE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET
BOSTON, MA 02109-3605

FIDELITY CENTRAL INVESTMENT PORTFOLIOS LLC
FIDELITY FLOATING RATE
CT CORPORATION SYSTEM
155 FEDERAL STREET, SUITE 700
BOSTON, MA 02110-1727

FIDELITY CENTRAL INVESTMENT PORTFOLIOS LLC
FIDELITY HIGH INCOME CENTRAL FUND 2
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
245 SUMMER ST.
BOSTON, MA 02210-1133

FIDELITY CENTRAL INVESTMENT PORTFOLIOS LLC
FIDELITY HIGH INCOME CENTRAL FUND 2
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET
BOSTON, MA 02109-3605

FIDELITY CENTRAL INVESTMENT PORTFOLIOS LLC
FIDELITY HIGH INCOME CENTRAL FUND 2
CT CORPORATION SYSTEM
155 FEDERAL STREET, SUITE 700
BOSTON, MA 02110-1727

FIDELITY ILLINOIS MUNI RET FD
ATTN LISA MADIGAN
ATTORNEY GENERAL
500 SOUTH SECOND STREET
SPRINGFIELD, IL 62706

FIDELITY ILLINOIS MUNI RET FD
ATTN LOUIS W. KOSIBA
EXECUTIVE DIRECTOR
2211 YORK ROAD, SUITE 400
OAK BROOK, IL 60523-2337

FIDELITY ILLINOIS MUNI RET FD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIDELITY
245 SUMMER STREET
BOSTON, MA 02210

FIDELITY ILLINOIS MUNI RET FD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIDELITY
82 DEVONSHIRE STREET
BOSTON, MA 02109-3605

FIDELITY INCOME FUND - FIDELITY TOTAL BOND FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY INCOME FUND - FIDELITY TOTAL BOND FUND
ATTN SCOTT C GOEBEL
SECRETARY
245 SUMMER STREET TRUST
BOSTON, MA 02210

FIDELITY PURITAN TRUST - PURITAN FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY PURITAN TRUST - PURITAN FUND
ATTN SCOTT C GOEBEL
SECRETARY
245 SUMMER STREET TRUST
BOSTON, MA 02210

FIDELITY SCHOOL STREET TRUST-STRATEGIC INCOME FUND
ATTN EDWARD C. JOHNSON III
TRUSTEE
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY SCHOOL STREET TRUST-STRATEGIC INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1 CHARLES RIVER SQ
BOSTON, MA 02114-3202

FIDELITY SCHOOL STREET TRUST-STRATEGIC INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
245 SUMMER ST.
BOSTON, MA 02210-1133

FIDELITY SUMMER STREET TRUST-CAPITAL & INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY SUMMER STREET TRUST-CAPITAL & INCOME FUND
ATTN SCOTT C GOEBEL
SECRETARY
245 SUMMER STREET TRUST
BOSTON, MA 02210

FIDELITY SUMMER STREET TRUST-HIGH INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY SUMMER STREET TRUST-HIGH INCOME FUND
ATTN SCOTT C GOEBEL
SECRETARY
245 SUMMER STREET TRUST
BOSTON, MA 02210

FIDELITY TR-IG INVST MGMT LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIDELITY
245 SUMMER STREET
BOSTON, MA 02210

FIDELITY TR-IG INVST MGMT LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIDELITY
82 DEVONSHIRE STREET
BOSTON, MA 02109-3605

FIDELITY VARIABLE INSURANCE PRODUCTS
V STRATEGIC INCOME PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3605

FIDELITY VARIABLE INSURANCE PRODUCTS
V STRATEGIC INCOME PORTFOLIO
SCOTT C GOEBEL, SECRETARY
245 SUMMER STREET TRUST
BOSTON, MA 02210

FIDELITY VIP FD HI INC PF
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIDELITY
245 SUMMER STREET
BOSTON, MA 02210

FIDELITY VIP FD HI INC PF
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIDELITY
82 DEVONSHIRE STREET
BOSTON, MA 02109-3605

FIDUK'S INDUSTRIAL SERVICES
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
7 MECO CIR
WILMINGTON, DE 19804-1108

FINDLEY, DONNELL
19322 S GRANDEE AVE
CARSON, CA 90746-2808

FIRST TRUST FOUR CORNERS SENIOR
FLOATING RATE INCOME FUND II
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
120 EAST LIBERTY DR.
WHEATON, IL 60187

FIRST TRUST FOUR CORNERS SENIOR
FLOATING RATE INCOME FUND II
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
5151 S. FLOWER STREET
SUITE 4310
LOS ANGELES, CA 90071

FIRST TRUST FOUR CORNERS SENIOR
FLOATING RATE INCOME FUND II
C T CORPORATION SYSTEM
155 FEDERAL ST., SUITE 700
BOSTON, MA 02110

FIRST TRUST FOUR CORNERS SENIOR
FLOATING RATE INCOME FUND II
JAMES BROWN, RICHARD ERICKSON, THOMAS KADLEC
TRUSTEES
1001 WARRENVILLE ROAD SUITE 300
LISLE, IL 60532

FIRST TRUST/FOUR CORNERS SENIOR
FLOATING RATE INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
120 EAST LIBERTY DR.
WHEATON, IL 60187

FIRST TRUST/FOUR CORNERS SENIOR
FLOATING RATE INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
5151 S. FLOWER STREET
SUITE 4310
LOS ANGELES, CA 90071

FIRST TRUST/FOUR CORNERS SENIOR
FLOATING RATE INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FOUR CORNERS CAPITAL MGMT
LIBERTY TOWER
LOS ANGELES, CA 90071

FIRST TRUST/FOUR CORNERS SENIOR
FLOATING RATE INCOME FUND
C T CORPORATION SYSTEM
155 FEDERAL ST., SUITE 700
BOSTON, MA 02110

FIRST TRUST/FOUR CORNERS SENIOR
FLOATING RATE INCOME FUND
JAMES BROWN, RICHARD ERICKSON, THOMAS KADLEC
TRUSTEES
1001 WARRENVILLE ROAD SUITE 300
LISLE, IL 60532

FIRSTENERGY CORP
ILLUMINATING COMPANY - CEI
BANKRUPTCY DEPT
6896 MILLER RD RM 204
BRECKSVILLE, OH 44141

FIRSTENERGY CORP
PENN POWER
6896 MILLER RD
SUITE 204
BRECKSVILLE, OH 44141

FISHER SCIENTIFIC CO LLC
ATTN GARY BARNES
REGIONAL CREDIT MANAGER
2000 PARK LANE
PITTSBURGH, PA 15275

FLACK, BRITTANY
C/O SMITH & ALSPAUGH PC
1100 FINANCIAL CTR
505 20TH ST N
BIRMINGHAM, AL 35203

FLOSI, JOE
14302 IL ROUTE 176
WOODSTOCK, IL 60098-7556

FLOWERS, CLARE
C/O ROBERT E LANGWAY JR ESQ
ONE BEACON INSURANCE COMPANY
130 LIBERTY ST, STE 1A
BROCKTON, MA 02301

FLOWSERVE CORPORATION F/K/A THE DUNRON COMPANY
JEFFREY G HAMILTON JACKSON WALKER LLP
901 MAIN STREET STE 6000
DALLAS, TX 75202

FLUID SYSTEMS & COMPONENTS
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
4210 E 142ND ST
GRANDVIEW, MO 64030-3068

FOLGER LEVIN & KAHN LLP
ATTN THOMAS F KOEGEL
275 BATTERY ST 23RD FL
SAN FRANCISCO, CA 94111-3305

FOOTHILL CLO I, LTD.
C/O CARLYLE INVESTMENT MANAGEMENT, L.L.C
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
THE CARLYLE GROUP L.P.
1001 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2505

FOOTHILL CLO I, LTD.
C/O WALKER HOUSE
ATTN MARY STREET
P.O. BOX 908GT
GRAND CAYMAN, GEORGETOWN, CAYMAN ISLANDS

FOOTHILL CLO I, LTD.
C/O WALKERS SPV LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE, 87 MARY STREET
GEORGE TOWN, GR CAYMAN, CAYMAN ISLANDS

FOOTHILL GROUP INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
11111 SANTA MONICA BLVD, SUITE 1500
LOS ANGELES, CA 90025-3333

FOOTHILL GROUP INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067

FORTRESS CREDIT INVESTMENTS I LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 309GT
UGLAND HOUSE, SOUTH C
GEORGE TOWN, GRAND CAYMAN 00000, CAMAN ISLANDS

FORTRESS CREDIT INVESTMENTS II LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 309GT
UGLAND HOUSE, SOUTH C
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

FOUR CORNERS CLO II LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
515 S. FLOWER STREET
SUITE 4310
LOS ANGELES, CA 90071

FOUR CORNERS CLO III LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FOUR CORNERS CAPITAL MANAGEMENT, LLC
515 SOUTH FLOWER STREET (SUITE 1600)
LOS ANGELES, CA 90071

FOUR CORNERS CLO III LTD.
C/O DEUTSCHE BANK NATIONAL TRUST CO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1761 EAST SAINT ANDREW PLACE
SANTA ANA, CA 92705

FOUR CORNERS CLO III LTD.
C/O WALKERS SPV LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE, 87 MARY STREET
GEORGE TOWN, GRAND CAYMAN KY1-9002, CAYMAN ISLANDS

FREBCO INC
3350 KETTERING BLVD
MORAINE, OH 45439

FREBCO INC
PO BOX 55
DAYTON, OH 45401-0055

FRENCH, ALAN
375 FOREST FILL DR
SYRACUSE, NY 13206-3310

GARCIA LANA
PO BOX 5456
WHITTIER, CA 90607-5456

GARCIA MIGUEL
C/O LAW OFFICES OF BYRNES CRAIG T
1500 ROSECRANS AVE STE 500
MANHATTAN BEACH, CA 90266-3771

GARZA, RODOLFO
L MARK MCMILLON
2701 DALLAS PKWY STE 570
PLANO, TX 75093-8790

GAS SOUTH
ATTN  JIM GANTI
PO BOX 369
MANETTA, GA 30061

GE CONSUMER & INDUSTRIAL F/K/A GE SECURITY
ATTN MICHAEL B BACH ESQ
25 WHINTEY DR SUITE 106
MILFORD, OH 45150-9400

GE CONSUMER & INDUSTRIAL F/K/A GE SECURITY
ATTN MICHAEL B BACH ESQ
25 WHITNEY DR STE 106
MILFORD, OH 45150-8400

GE INTERNATIONAL INC (GE ENERGY SERVICES)
GLENN M REISMAN, ESQ
2 CORPORATE DR, STE 234
SHELTON, CT 06484

GENERAL ELECTRIC CAPITAL CORPORATION
ATTN KEITH SHERIN
CHIEF EXECUTIVE OFFICER
901 MAIN AVE.
NORWALK, CT 06851-1168

GENERAL ELECTRIC CAPITAL CORPORATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
44 OLD RIDGEBURY RD.
DANBURY, CT 06810

GENERAL ELECTRIC CAPITAL CORPORATION
CT CORPORATION SYSTEM
111 8TH AVE.
NEW YORK, NY 10011-5201

GENERAL ELECTRIC PENSION TRUST
ATTN PHILIP RIORDAN
PRESIDENT
C/O GE ASSET MANAGEMENT INC.
1600 SUMMER STREET
STAMFORD, CT 06905

GENERAL ELECTRIC PENSION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
3003 SUMMER STREET
STAMFORD, CT 06905

GENERAL OIL COMPANY, INC.
5218 RELIABLE PARKWAY
CHICAGO, IL 60686-0052

GENESIS CLO 2007-1 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
GENESIS CLO 2007-1 LTD.
C/O ORE HILL PARTNERS LLC
650 5TH AVE, 36TH FLOOR
NEW YORK, NY 10019-6108

GENESIS CLO 2007-1 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE
87 MARY STREET
GEORGE TOWN, KY1-9002 CAYMAN ISLANDS

GENESIS CLO 2007-1 LTD.
C/O ORE HILL PARTNERS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
452 FIFTH AVENUE, 25TH FLOOR
NEW YORK, NY 10018

GENESIS CLO 2007-1 LTD.
GENESIS CLO 2007-1 CORP.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

GENESIS CLO 2007-2 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
LLCP ADVISORS LLC, AS COLLATERAL MANAGER
ATTENTION: STEVE HARTMAN
335 NORTH MAPLE DRIVE, SUITE 130
BEVERLY HILLS, CA 90210

GENESIS CLO 2007-2 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE
87 MARY STREET
GEORGE TOWN, KY1-9002 CAYMAN ISLANDS

GENESIS CLO 2007-2 LTD.
C/O GENESIS CLO 2007-2 CORP.
PUGLISI & ASSOCIATES
850 LIBRARY AVE STE 204
NEWARK, DE 19711

GENOA ENVIRONMENTAL, INC.
DOUG WAGNER
3902 HULL ROAD
HURON, OH 44839

GEORGIA DEPARTMENT OF NATURAL RESOURCES
C/O W WRIGHT BANKS JR
GA DEPT OF LAW
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

GEORGIA INSTITUTE OF TECHNOLGY
BURSARS PFFOCE LYMAN HALL
225 NORTH AVE
ADDR 2\99
ATLANTA, GA 30332-0255

GILL-SIMPSON INC
11620 RED RUN BLVD
REISTERSTOWN, MD 21136-6232

GILL-SIMPSON INC
2834 LOCH RAVEN RD
BALTIMORE, MD 21218

GLASSEROW MANAGEMENT ADVISORY GROUP INC
1011 US HWY STE 2
PHILLIPSBURG, NJ 08865

GLEASON SALES (AMERICAS) CORPORATION
GLEASON SALES (AMERICAS) CORPORATION
ATTENTION: EDWARD J. PELTA, ESQ
1000 UNIVERSITY AVENUE
ROCHESTER, NY 14607

GLOBAL INVESTMENT GRADE CREDIT FUND
ATTN DAVID C. FLATTUM
MANAGING DIRECTOR & GENERAL COUNSEL
C/O PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
650 NEWPORT CENTER DRIVE
NEWPORT BEAH, CA 92660

GLOBALSTAR USA
PO BOX 30519
LOS ANGELES, CA 90030-0519

GMAC INSURANCE CO ONLINE A/S/O JERRY P JAMES
PO BOX 1429
ATTN: CLAIM # 8631368
WINSTON SALEM, NC 27102

GMAM INVESTMENT FUNDS TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
GMAM INVESTMENT FUNDS
767 5TH AVENUE
NEW YORK, NY 10153

GMAM INVESTMENT FUNDS TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ONE LINCOLN STREET
1ST FLOOR
BOSTON, MA 02111

GOLDEN KNIGHT II CLO, LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
90 HUDSON STREET
JERSEY CITY, NJ 07302

GOLDENRAIN GROUP LTD, THE
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1153 ROUTE 3 NORTH STE 82
GAMBRILLS, MD 21054

GOLDENTREE LOAN OPPORTUNITIES III, LTD.
ATTN ROBERT MATZA, PRESIDENT & PARTNER
ATTN STEVEN A. TANANBAUM, MANAGING PTNR & CIO EXEC
C/O GOLDENTREE ASSET MANAGEMENT LP
300 PARK AVE
NY, NY 10022-7402

GOLDENTREE LOAN OPPORTUNITIES III, LTD.
C/O MAPLESFS LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1093, QUEENSGATE HOUSE
GEORGE TOWN KY1-1102, CAYMAN ISLANDS

GOLDENTREE LOAN OPPORTUNITIES IV, LTD.
C/O GOLDENTREE ASSET MANAGEMENT LP
ATTN ROBERT MATZA, PRESIDENT & PARTNER
300 PARK AVE
NY, NY 10022-7402

GOLDENTREE LOAN OPPORTUNITIES IV, LTD.
C/O GOLDENTREE ASSET MANAGEMENT LP
ATTN STEVEN A. TANANBAUM, MANAGING PTNR & CIO EXEC
300 PARK AVE
NY, NY 10022-7402

GOLDMAN SACHS - ABS LOANS 2007 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
70 SIR JOHN ROGERSON'S QUAY
DUBLIN 2
DUBLIN, IRELAND

GOLDMAN SACHS - ABS LOANS 2007 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
BLOCK D IVEAGH COURT, HARCOURT
DUBLIN 2, 0000, IRELAND

GOLDMAN SACHS LENDING PARTNERS LLC
ATTN GEORGE LEE, EXECUTIVE
C/O THE GOLDMAN SACHS GROUP, INC.,
200 WEST STREET
NEW YORK, NY 10282

GOLDMAN SACHS LENDING PARTNERS LLC
ATTN MASANORI MOCHIDA, MANAGING DIRECTOR;
C/O THE GOLDMAN SACHS GROUP, INC.,
200 WEST STREET
NEW YORK, NY 10282

GOLDMAN SACHS LENDING PARTNERS LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
85 BROAD STREET
NEW YORK, NY 10004-2434

GOLDMAN SACHS LENDING PARTNERS LLC
CT CORPORATION SYSTEM
111 8TH AVE
NEW YORK, NY 10011-5201

GOLDSMITH, DWAYNE
6934 ATHA DR
DALLAS, TX 75217-5800

GOLDSMITH, DWAYNE
7211 S LOOP 12
APT # 2021
DALLAS, TX 75217

GPC 69 LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
WILMINGTON, DE 19801

GRACIE CREDIT OPPORTUNITIES MASTER FUND LP
C/O JOHN O'NEILL
590 MADISON AVENUE
28TH FLOOR
NEW YORK, NY 10022

GRACIE CREDIT OPPORTUNITIES MASTER FUND LP
C/O P&S CREDIT PARTNERS, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
950 THIRD AVENUE
29TH FLOOR
NEW YORK, NY 10022

GRACIE CREDIT OPPORTUNITIES MASTER FUND LP
GRACIE CREDIT OPPORTUNITIES FUND, L.P.
ATTN GREG PEARSON
590 MADISON AVENUE 28TH FLOOR
NEW YORK, NY 10022

GRAND CENTRAL ASSET TR SIL
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
660 STEAMBOAT RD
GREENWICH, CT 06830-0000

GRAND CENTRAL ASSET TRUST WAM SERIES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
850 LIBRARY AVE.
STE. 204
NEWARK, DE 19711-7170

GRAND CENTRAL ASSET TRUST WAM SERIES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WAMCO
385 E COLORADO BLVD
PASADENA, CA 91101-0000

GRAND RAPIDS SCALE CO
4215 STAFFORD AVE SW
GRAND RAPIDS, MI 49548-3055

GRAYSON & CO.
ATTN MICHAEL B. BOTTHOF
VICE PRESIDENT
255 STATE STREET 6TH FLOOR
BOSTON, MA 02109-2617

GREAT LAKES CASTER & INDSTRL EQUIP
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
231308 MOMENTUM PL
CHICAGO, IL 60689-5311

GREATER PLATTSBURGH INTERFAITH HOSPITALITY NETWORK
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 2873
PLATTSBURGH, NY 12901-0259

GREEN, HOLLY
1031 8TH AVE
HELENA, MT 59601-4414

GREEN, HOLLY
1031 8TH AVE
HELENA, MT 59601

GREGG, TRINA
STATE FARM
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240-2172

GREGORY, BARBARA
614 BERRY AVE
BELLEVUE, KY 41073-1610

GRIMSBY CUSTOM TOOLING LTD
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
65 BARNES RD
CAMBRIDGE ON N3H 4R7 CANADA

GROSE, LABRINA
16633 ZEHNER RD
ATHENS, AL 35611-8368

GUGGENHEIM PORTFOLIO CO X LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
110 EAST 59TH STREET
30TH FLOOR
NEW YORK, NY 10022

GUGGENHEIM PORTFOLIO CO X LLC
LEXISNEXIS DOCUMENT SOLUTIONS INC.
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

GULF STREAM - COMPASS CLO 2007 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P O BOX 1093GT
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, KY 0000, CAYMAN ISLANDS

GULF STREAM - SEXTANT CLO 2007-1 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P O BOX 1093GT
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, KY 0000, CAYMAN ISLANDS

GULF STREAM COMPASS CLO 2003-1 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
4201 CONGRESS STREET
SUITE 475
CHARLOTTE, NC 28209

GULF STREAM COMPASS CLO 2003-1 LTD.
C/O APOLLO GLOBAL MANAGEMENT L.L.C.
ATTN LEON BLACK, CEO
9 W 57TH STREET, 43RD FLOOR
NEW YORK, NY 10019-2700

HARCH CLO II LTD.
ATTN JOSEPH W. HARCH
CHAIRMAN AND MANAGING MEMBER
C/O HARCH CAPITAL MANAGEMENT LLC
751 PARK OF COMMERCE DRIVE, SUITE 118
BOCA RATON, FL 33487

HARCH CLO III LTD
ATTN JOSEPH W. HARCH
CHAIRMAN AND MANAGING MEMBER
C/O HARCH CAPITAL MANAGEMENT LLC
751 PARK OF COMMERCE DRIVE, SUITE 118
BOCA RATON, FL 33487

HARTFORD INSURANCE
ATTN: KEVIN GOMES
ACCT: SBB088639
PO BOX 958457
LAKE MARY, FL 32795

HAYNES ENGINEERING & MFG INC
9244 VIRGINIA ST
LIVONIA, MI 48150-3731

HEALEY SEAN
781 TOWNSEND RD
GROTON, MA 01450-1144

HEALTH CARE FOUNDATION OF GREATER KANSAS CITY
ATTN DR. BRIDGET MCCANDLESS, CEO
2700 E. 18TH STREET, SUITE 220
KANSAS CITY, MO 64127

HEALTH CARE FOUNDATION OF GREATER KANSAS CITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
55 WATER STREET
1ST FLOOR
NEW YORK, NY 10041

HEALTH CARE FOUNDATION OF GREATER KANSAS CITY
CT CORPORATION, PRINCIPAL OFFICE
2700 E 18TH STREET, SUITE 220
KANSAS CITY, MO 64127-2653

HECK, LINDA
BAUER ERNEST J JR
1966 N HIGHWAY 190 STE A
COVINGTON, LA 70433-5158

HEFNER, JOSEPH
PO BOX 185
SPRINGFIELD, MO 65801-0185

HELLER MACHINE TOOLS LP
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 67000
DETROIT, MI 48267-2925

HEMINGWAY, BRITTANY
276 APRIL LANE
LONGS, SC 29568

HEMINGWAY, BRITTANY
PO BOX 203
LONGS, SC 29568-7026

HEMMIE, STEPHEN
BUCKLEY W ADAM
100 COURT AVE STE 405
DES MOINES, IA 50309-2257

HERTZ CORPORATION
ATT  CARL SANSALONE
900 DORAMUS AVE
PORT NEWARK, NJ 07114

HEWETT'S ISLAND CLO IV
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 908GT, WALKER HOUSE
MARY STREET, GEORGE TOWN
GRAND CAYMAN, BRITISH WEST INDIES, CAYMAN ISLANDS

HEWETT'S ISLAND CLO IV
ATTN STEPHEN VACCARO
CO-PRESIDENT
CIFC CORP.
250 PARK AVENUE, 4TH FLOOR
NEW YORK, NY 10177

HEWETT'S ISLAND CLO V LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
HEWETT'S ISLAND CLO V, LTD.
C/O INTERTRUST SPV (CAYMAN) LIMITED
190 ELGIN AVENUE, GEORGE TOWN, GRAND CAYMAN KY1-9005,
CAYMAN ISLANDS

HEWETT'S ISLAND CLO V LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 908GT, WALKER HOUSE
MARY STREET, GEORGE TOWN
GRAND CAYMAN, BRITISH WEST INDIES, CAYMAN ISLANDS

HEWETT'S ISLAND CLO V LTD.
ATTN STEPHEN VACCARO
CO-PRESIDENT
CIFC CORP.
250 PARK AVENUE, 4TH FLOOR
NEW YORK, NY 10177

HEWETT'S ISLAND CLO VI LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 908GT, WALKER HOUSE
MARY STREET, GEORGE TOWN
GRAND CAYMAN, BRITISH WEST INDIES, CAYMAN ISLANDS

HEWETT'S ISLAND CLO VI LTD.
ATTN STEPHEN VACCARO
CO-PRESIDENT
CIFC CORP.
250 PARK AVENUE, 4TH FLOOR
NEW YORK, NY 10177

HEWLETT-PACKARD COMPANY
ATTN MARGARET C. WHITMAN
CHIEF EXECUTIVE OFFICER
3000 HANOVER STREET
PALO ALTO, CA 94304

HEWLETT-PACKARD COMPANY
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

HFR RVA OPAL MASTER TRUST
C/O LAWRENCE M. GOLDMAN
POST ADVISORY GROUP
11755 WILSHIRE BLVD. SUITE 1400
LOS ANGELES, CA 90025

HIGH POINT INS CO
C/O ANDREA HEMSCHOOT ESQ
LAW OFFICE OF DEBRA HART
303 FELLOWSHIP RD STE 300
MT LAUREL, NJ 08054

HIGH YIELD VARIABLE ACCOUNT
ATTN MARIA FRANCES DIORIODWYER
PRINCIPAL EXECUTIVE OFFICER
C/O MFS INVESTMENT MANAGEMENT
500 BOYLSTON STREET
BOSTON, MA 02116-3741

HIGHLAND - PAC SEL FD FLTG RT LN
ATTN JAMES DONDERO
PRESIDENT
C/O HIGHLAND CAPITAL MANAGEMENT, L.P.
13455 NOEL ROAD, SUITE 800
DALLAS, TX 75240-1535

HIGHLAND CREDIT OPPORTUNITIES CDO, LTD.
C/O WALKERS SPV LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE, 87 MARY STREET
GEORGE TOWN, GRAND CAYMAN KY1-9002, CAYMAN ISLANDS

HIGHLAND FLOATING RATE FUND
ATTN JAMES DONDERO
PRESIDENT
C/O HIGHLAND CAPITAL MANAGEMENT, L.P.
13455 NOEL ROAD, SUITE 800
DALLAS, TX 75240-1535

HIGHLAND FLOATING RATE FUND
C/O HIGHLAND CAPITAL MANAGEMENT LP
CT CORPORATION
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3136

HIMCO FLTG RT FD
C/O HARTFORD INVESTMENT MANAGEMENT COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ONE HARTFORD PLAZA MAP
HARTFORD, CT 06155

HINSDALE (VILLAGE OF) IL
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
19 E CHICAGO AVE
HINSDALE, IL 60521-3489

HINZE, KAREN
6517 SALIZAR ST
SAN DIEGO, CA 92111-3241

HK SYSTEMS INC
ATTN: LEGAL DEPARTMENT
2855 S JAMES DR
NEW BERLIN, WI 53151-3662

HK SYSTEMS INC
DEMATIC CORP
ATTN: DAN KAYNOR
507 PLYMOUTH AVE. NE
GRAND RAPIDS, MI 49505

HONEYWELL INTERNATIONAL INC.
ATTN: THOMAS BYRNE, CHIEF ENVIRONMENTAL COUNSEL
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

HORNER, JOHN
1101 WILLIAMSON AVE
STAUNTON, IL 62088-2729

HSU, LAWRENCE
GROSS KENNETH I LAW OFFICES OF
849 S BROADWAY APT 504
LOS ANGELES, CA 90014-3232

HYDRA-FLEX INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
32975 INDUSTRIAL RD
LIVONIA, MI 48150-1617

HYUNDAI HEAVY INDUSTRIES CO LTD
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 714600
COLUMBUS, OH 43271-4600

IALEGGIO, CAROL
13 MADOC TRL
OAK RIDGE, NJ 07438-9313

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN BANKRUPTCY TEAM
3920 ARKWRIGHT RD STE 400
MACON, GA 31210

ILLINIOS FARMERS INS CO A/S/O ANTHONY CICHY 09 FA 7947
ATTN: JOYCE GOLDSTEIN
17 BATTERY PLACE SUITE 711
NEW YORK, NY 10004

ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
JAMES L MORGAN, ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL BUREAU
500 SOUTH SECOND STREET
SPRINGFIELD, IL 62706

ILLINOIS MUNICIPAL RETIREMENT FUND
ATTN LOUIS W. KOSIBA
EXECUTIVE DIRECTOR
2211 YORK ROAD, SUITE 400
OAK BROOK, IL 60523-2337

ILLINOIS TOOL WORKS
3600 W LAKE AVE
GLENVIEW, IL 60026-1215

ILLINOIS-AMERICAN WATER COMP
PO BOX 578
ALTON, IL 62002

INDIANA UNIVERSITY
ATTN GREG ZOELLER
ATTORNEY GENERAL FOR INDIANA
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN 46204

INDIANA UNIVERSITY
ATTN RANDALL TOBIAS
CHAIR OF THE BOARD, BOARD OF TR OF IN UNIVERSITY
IU BLOOMINGTON, FRANKLIN HALL 200
601 E. KIRKWOOD AVE.
BLOOMINGTON, IN 47405

INDIANAPOLIS WATER COMPANY
GENERAL MOTORS CORPORATION
1220 WATERWAY BLVD
INDIANAPOLIS, IN 46202-2178

INSULATION & ENVIRONMENTAL SERVICES INC
3156 3 MILE RD NW
GRAND RAPIDS, MI 49534-1326

ILLINOIS FARMERS INS CO A/S/O ANTHONY CICHY 09 FA 7947
ALTSHUL GOLDSTEIN & GELLER LLP
ATTN JOYCE M GOLDSTEIN
277 RUGBY RD
BROOKLYN, NY 11226

ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
CHEMETCO SITE
JAMES L MORGAN, ASSIST. ATTORNEY GENERAL
500 SOUTH SECOND ST.
SPRINGFIELD, IL 62706

ILLINOIS MUNICIPAL RETIREMENT FUND
ATTN LISA MADIGAN
ATTORNEY GENERAL
500 SOUTH SECOND STREET
SPRINGFIELD, IL 62706

ILLINOIS TOOL WORKS
3600 W LAKE AVE
GLENVIEW, IL 60026-1215

ILLINOIS-AMERICAN WATER COMP
PO BOX 578
ALTON, IL 62002

IMPERIAL SAFETY PRODUCTS
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1410 SUNBURST DR
O FALLON, MO 63366-3490

INDIANA UNIVERSITY
ATTN MICHAEL MCROBBIE
PRESIDENT
400 E 7TH STREET POPLARS, ROOM 501
BLOOMINGTON, IN 47405-3001

INDIANA UNIVERSITY
ATTN TOM GANNON
OFFICE OF GENERAL COUNSEL
BRYAN HALL 211
107 S. INDIANA AVENUE
BLOOMINGTON, IN 47405

INDUSTRIAL POWER SALES
2998 DUTTON ROAD
AUBURN HILLS, MI 48236-1864

INTEGON NATIONAL INSURANCE A/S/O TERRY GREENE
ATTN: CLAIM # 8733775
PO BOX 1429
WINSTON-SALEM, NC 27102

INTEGRITY MATERIAL HANDLING
4145 PRAIRIE AVE
BERKLEY, MI 48072

INTEGRITY MATERIAL HANDLING
A TRUPAR LLC COMPANY
PO BOX 725377
BERKLEY, MI 48072-5377

INTERNATIONAL ANTI-COUNTERFEITING COALITION
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1730 M ST NW STE 1020
WASHINGTON, DC 20036-4533

INTERNATIONAL BROTHERHOOD OF BOILERMAKERS
753 STATE AVE. SUITE 570
KANSAS CITY, KS 66101

INTERTEK ETL ENTELA
INTERTEK
4700 BROADMOOR AVE SE
STE 200
GRAND RAPIDS, MI 49512-5384

INT'L BROTHERHOOD OF PAINTERS & ALLIED TRADES
OF THE U.S. AND CANADA, SIGN & DISPLAY UNION LOCAL 59
ERIK K. DECKER, BUSINESS REPRESENTATIVE
14587 BARBER AVE.
WARREN, MI 48088

INVERSIONES ORIOLES SA
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX
MILWAUKEE, WI 53288-0893

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

IOWA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN DONNA M. MUELLER
CEO
IPERS
P.O. BOX 9117
DES MOINES, IA 50306-9117

IOWA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN DONNA M. MUELLER
CHIEF EXECUTIVE OFFICER
7401 REGISTER DRIVE
DES MOINES, IA 50321

ISOFAB INSULATION INC
1000 MARTIN GROVE RD
TORONTO ON M9W 4V8 CANADA

ITT FLOJET/JABSCO
666 E DYER RD
SANTA ANA, CA 92705

IVY FUND INC.-HIGH INCOME FUND
C/O IVY INVESTMENT MANAGEMENT COMPANY
ATTN HENRY JOHN HERRMANN, CEO
6300 LAMAR AVENUE
OVERLAND PARK, KS 66202

IVY FUND INC.-HIGH INCOME FUND
C/O IVY INVESTMENT MANAGEMENT COMPANY
THE CORPORATION COMPANY, INC.
112 SW 7TH STREET, SUITE 3C
TOPEKA, KS 66603-3858

IVY FUNDS-IVY HIGH INCOME FUND
C/O IVY INVESTMENT MANAGEMENT COMPANY
ATTN HENRY JOHN HERRMANN, CEO
6300 LAMAR AVENUE
OVERLAND PARK, KS 66202

IVY FUNDS-IVY HIGH INCOME FUND
C/O IVY INVESTMENT MANAGEMENT COMPANY
THE CORPORATION COMPANY, INC.
112 SW 7TH STREET, SUITE 3C
TOPEKA, KS 66603-3858

J & M INSTRUMENT SERVICE INC
227 THORN AVE STE A
ORCHARD PARK, NY 14127-2600

J BOX INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1620 S INDIANA AVE
AUBURN, IN 46706-3412

JABORI WILLIAMS
23676 HEMLOCK AVE APT 55
MORENO VALLEY, CA 92557-7124

JACKSON, KIM
5416 ADAMS AVE
BATON ROUGE, LA 70806-1055

JAHN MARGARETT
JAHN, MARGARETT
9710 SILVER TERRACE DR
ROSHARON, TX 77583-3277

JAHN, MARGARET
C/O THOMAS GEORGE ASSOCIATES LTD
ATTN: DEWITT DAVIS
PO BOX 30
EAST NORTHPORT, NY 11731-0030

JAHN, MARGARETT
9710 SILVER TERRACE DR
ROSHARON, TX 77583-3277

JAIDA SUSAN MARIE GANTT A MINOR BY MAYA GANTT HER AD LITEM
C/O MARTIN E. JACOBS, INC.
3415 SO. SEPULVEDA BOULEVARD
SUITE 320
LOS ANGELES, CA 90034

JAMES, DOROTHY
1805 OLIVER JACKSON RD
STARKVILLE, MS 39759-9634

JANUS ADVISER FLOATING RATE HI
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
JANUS ADVISORS
151 DETROIT STREET
DENVER, CO 80206-4921

JARED PARKER IRVING
5080 20 AVE NE SUITE 15
SALMON ARM, BC V1E 1C4, CANADA

JARRETT ENGINEERING CO INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1011 N PENNSYLVANIA ST
INDIANAPOLIS, IN 46204-1022

JASON COPELAND, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST T
ESTATE OF HOLLY COPELAND
LAMAR B BROWN
ROBINSON, CALCAGNIE & ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660

JASPER FUNDING
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
JASPER FUNDING, IFSC HOUSE
CUSTOM HOUSE QUAY
DUBLIN, CO DUBLIN 1, IRELAND

JASPER FUNDING
USA CORPORATE SERVICES INC.
46 STATE STREET 3RD FLOOR
ALBANY, NY 12207

JENNIFER DENNY
1855 LONG HOLLOW RD
LAFOLLETTE, TN 37766

JERGENS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 931344
CLEVELAND, OH 44193-0004

JERRY NEWSOME
LEON R RUSSELL
3102 OAK LAWN AVE SUITE 600
DALLAS, TX 75219

JERSEY STREET CLO, LTD.
C/O MAPLES FINANCE LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093GT, QUEENSGATE HOUSE S CHURCH ST
GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS

JOHN  KORT
1276 MCNUTT SCHOOL RD
FESTUS, MO 63028-2500

JOHNSON, GLORIA
200 S LINDEN AVE APT 6A
RIALTO, CA 92376-6211

JOHNSON, WHITNEY
9703 WILDERNESS RD
LITTLE ROCK, AR 72209-7139

JONES, ELOISE
PITTMAN GERMANY ROBERTS & WELSH
PO BOX 22985
JACKSON, MS 39225-2985

JP MORGAN SECURITIES LIMITED
MCDERMOTT WILL & EMERY LLP
ATTN: GEOFFREY T. RAICHT
340 MADISON AVENUE
NEW YORK, NY 10173

JP MORGAN WHITEFRIARS INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
125 LONDON WALL
LONDON, EC2Y 5AJ UNITED KINGDOM

JP MORGAN WHITEFRIARS INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 STANTON CHRISTIANA ROAD
NEWARK, DE 19713

JP MORGAN WHITEFRIARS INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
WILMINGTON, DE 19801

JPMCB - SECONDARY LOAN & DISTRESSED CREDIT TRADING
ATTN HAROLD S. NOVIKOFF
WACHTELL, LIPTON, ROSEN & KATZ
51 WEST 52ND STREET
NEW YORK, NY 10019

JPMCB - SECONDARY LOAN & DISTRESSED CREDIT TRADING
ATTN JOHN M. CALLAGY
KELLEY DRYE & WARREN, LLP
101 PARK AVENUE
NEW YORK, NY 10178

JPMCB - SECONDARY LOAN & DISTRESSED CREDIT TRADING
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
JPMORGAN CHASE BANK
270 PARK AVE.
NEW YORK, NY 10017-2014

JPMORGAN CHASE BANK NA
ATTN: ANN C KURINSKAS, MANAGING DIRECTOR
383 MADISON AVENUE
NEW YORK, NY 10179

JPMORGAN CHASE BANK NA
ATTN: ANN C KURINSKAS, MANAGING DIRECTOR
383 MADISON AVENUE
NEW YORK, NY 10179

JPMORGAN CHASE BANK NA
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN: RICHARD S TODER, COUNSEL
101 PARK AVENUE
NEW YORK, NY 10178

JPMORGAN CHASE BANK NA
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN: RICHARD S TODER, COUNSEL
101 PARK AVENUE
NEW YORK, NY 10178

JPMORGAN CHASE BANK, N.A.
ATTN HAROLD S. NOVIKOFF
WACHTELL, LIPTON, ROSEN & KATZ
51 WEST 52ND STREET
NEW YORK, NY 10019

JPMORGAN CHASE BANK, N.A.
ATTN JOHN M. CALLAGY
KELLEY DRYE & WARREN, LLP
101 PARK AVENUE
NEW YORK, NY 10178

JPMORGAN CHASE BANK, N.A.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
JPMORGAN CHASE BANK
270 PARK AVE.
NEW YORK, NY 10017-2014

JULIAN KEBSCHULL AND ANGELA GIRARD
C/O LAW OFFICES OF DAVID J LANG
16655 W BLUEMOUND RD STE 190
BROOKFIELD, WI 53005-5937

JULIAN KEBSCHULL AND ANGELA GIRARD
C/O LAW OFFICES OF DAVID J. LANG
8112 W. BLUEMOUND ROAD
STE 71
MILWAUKEE, WI 52313-3356

K & S VENTURES INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
2767 GRANT RD
ROCHESTER HILLS, MI 48309-3656

KANSAS CITY POWER & LIGHT COMPANY
8325 N PLATTE PURCHASE DR
KANSAS CITY, MO 64118-1058

KANSAS CITY POWER & LIGHT COMPANY
PO BOX 219330
KANSAS CITY, MO 64121-9330

KATE M RETTERATH
1138 SOUTHPORT LOOP
BISMARCK, ND 58504-7055

KATONAH 2007-1 CLO LTD.
ATTN CHRISTOPHER LACOVARA
CHAIRMAN
KATONAH DEBT ADVISORS, L.L.C.
295 MADISON AVENUE, 6TH FLOOR
NEW YORK, NY 10017

KATONAH III, LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
111 HUNTINGTON AVENUE
BOSTON, MA 02199

KATONAH III, LTD.
C/O SANKATY ADVISORS LLC
ATTN JEFFREY ROBINSON, EXEC VP
200 CLARENDON STREET
BOSTON, MA 02116-5021

KATONAH III, LTD.
C/O SANKATY ADVISORS LLC
ATTN KIMBERLY HARRIS, EXEC VP
200 CLARENDON STREET
BOSTON, MA 02116-5021

KATONAH III, LTD.
C/O SANKATY ADVISORS LLC
ATTN SUSAN LYNCH, EXEC VP
200 CLARENDON STREET
BOSTON, MA 02116-5021

KATONAH IV LTD.
ATTN JOYCE DELUCCA
PRESIDENT
C/O KATONAH CAPITAL L.L.C.
295 MADISON AVE
N.Y., NY 10017-6304

KATONAH IV LTD.
C/O CREDIT SUISSE FIRST BOSTON
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
11 MADISON AVE.
5TH FLOOR
NEW YORK, NY 10010

KATONAH IV LTD.
C/O KATONAH CAPITAL, L.L.C.
111 RADIO CIRCLE
MT KISCO, NY 10549

KELLY CASTILLO
18660 TURTLE LANE
MEADOW VISTA, CA 95722-9572

KELSEY-HAYES COMPANY AS SUCCESSOR TO DAYTON WALTHER COI
C/O SCOTT D BLACKHURST
KELSEY-HAYES COMPANY
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

KEMIRA WATER SOLUTIONS
1950 VAUGHN ROAD
KENNESAW, CA 30144

KENNETH OR DARLA RANSOM
12060 CARTER RD
ALBIION, PA 16401

KIELY, DANIEL
103 THOMA AVE
MAYWOOD, NJ 07607-1136

KIM & CHANG
HUNGKUK LIFE INSURANCE BLDG 9F226 SINMUNNO 1-GA JONGNO-GU
SEOUL 110-786 KOREA

KIM STOKES AS PR OF THE ESTATE OF DAVID STOKES, DECEASED
5195 ARTHUR ROAD
SUMTER, SC 29150

KIM STOKES AS PR OF THE ESTATE OF DAVID STOKES, DECEASED
RONNIE L CROSBY ESQUIRE
PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK
PO BOX 457
HAMPTON, SC 29924

KIMMEL & SILVERMAN PC
30 E BUTLER AVE
AMBLER, PA 19002

KING & SPALDING LLP
ATTYS FOR GENERAL MOTORS LLC
ATTN: ARTHUR STEINBERG & SCOTT DAVIDSON
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KING RON FOR DIRECT INS.
KING, RON
R.K. WHITE
750 OLD HICKORY BLVD. BLDG 2-8H 230
BRENTWOOD, TN 37027

KIRKLAND & ELLIS LLP
ATTN ANDREW B. BLOOMER, ESQ.
300 N LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN RICHARD C. GODFREY, ESQ.
300 N LASALLE
CHICAGO, IL 60654

KNIGHT, AMANDA
818 COUNTY ROAD 218
CISCO, TX 76437-7021

KOWALIK MICHAEL
KOWALIK, MICHAEL
3134 PRIMROSE ST
ELGIN, IL 60124-3800

KRAFT FOODS GLOBAL INC.
KRAFT FOODS GROUP, INC.
CT CORPORATION SYSTEM
111 8TH AVENUE
N.Y., NY 10011-5201

KYNIKOS OPPORTUNITY FUND II LP
CT CORPORATION SYSTEM
111 8TH AVENUE
N.Y., NY 10011-5201

KYNIKOS OPPORTUNITY FUND LP
ATTN JAMES STEVEN CHANOS
FOUNDER, PRESIDENT AND MANAGING PARTNER
C/O KYNIKOS ASSOCIATES LP.
20 WEST 55TH STREET, 8TH FLOOR
NEW YORK, NY 10019

L3-LINCOLN VARIABLE INSURANCE PRODUCTS TRUST
MANAGED FUND
ATTN DANIEL ROSS HAYES, PRESIDENT, CHAIRMAN & DIR
LINCOLN INVESTMENT ADVISORS CORPORATION
1 GRANITE PLACE
CONCORD, NH 03301-3258

L3-LINCOLN VARIABLE INSURANCE PRODUCTS TRUST
MANAGED FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1300 SOUTH CLINTON STREET
FORT WAYNE, IN 46804

LABONTE, WINIFRED
655 WHIPPLE RD
TEWKSBURY, MA 01876-2659

LAW, DEBORAH
829 ARCHIE DR
MEMPHIS, TN 38127-2720

LEE, NANCY
8127 VERGIE HARRIS RD
BAXTER, TN 38544-4339

KORNSTEIN VEISZ WEXLER &
POLLARD LLP
ATTN WILLIAM POLLARD
757 3RD AVE FL 18
NEW YORK, NY 10017-2052

KRAFT FOODS GLOBAL INC.
ATTN JOHN TOBIN CAHILL
CHAIRMAN & CEO
KRAFT FOODS GROUP, INC.,
THREE LAKES DRIVE
NORTHFIELD, IL 60093

KYNIKOS OPPORTUNITY FUND II LP
ATTN JAMES STEVEN CHANOS
FOUNDER, PRESIDENT AND MANAGING PARTNER
C/O KYNIKOS ASSOCIATES LP.
20 WEST 55TH STREET, 8TH FLOOR
NEW YORK, NY 10019

KYNIKOS OPPORTUNITY FUND INTRNTL LTD.
ATTN JAMES STEVEN CHANOS
FOUNDER, PRESIDENT AND MANAGING PARTNER
C/O KYNIKOS ASSOCIATES LP.
20 WEST 55TH STREET, 8TH FLOOR
NEW YORK, NY 10019

KYNIKOS OPPORTUNITY FUND LP
CT CORPORATION SYSTEM
111 8TH AVENUE
N.Y., NY 10011-5201

L3-LINCOLN VARIABLE INSURANCE PRODUCTS TRUST
MANAGED FUND
ATTN JOHN ARTHUR WESTON
LINCOLN INVESTMENT ADVISORS CORPORATION
1 GRANITE PLACE
CONCORD, NH 03301-3258

LAB SAFETY SUPPLY INC
PO BOX 1368
JANESVILLE, WI 53547-1368

LANSING BOARD OF WATER & LIGHT
ATTN: REBEKAH BIDELMAN
1232 HACO DR
LANSING, MI 48912-1672

LAWANDA ASBELL AND JAMES HAMMOND
C/O GREGORY P CAFOUROS
KROGER GARDIS & REGAS LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN 46204-5125

LEGACY III SR CROW CANYON, LLC, A DELAWARE LIMITED LIABILITY C(
ATTN PROPERTY MANAGER
4000 EAST 3RD AVE, STE 600
FOSTER CITY, CA 94404-4805

LEGG MASON CLEARBRIDGE CAPITAL & INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
LEGG MASON CLEARBRIDGE CAPITAL AND INCOME FUND
C/O CLEARBRIDGE INVESTMENTS, LLC
620 EIGHTH AVE., 48TH FLOOR
NEW YORK, NY 10018

LEHIGH SAFETY SHOES DBA LEHIGH OUTFITTERS
39 E CANAL ST
NELSONVILLE, OH 45764

LEHMAN BROTHERS FIRST TRUST
INCOME OPPORTUNITY FUND
ATTN ROBERT JOHN CONTI, CEO & PRESIDENT
NEUBERGER BERMAN MANAGEMENT LLC
605 THIRD AVENUE, 2ND FLOOR
NY, NY 10158-0180

LEHMAN BROTHERS FIRST TRUST
INCOME OPPORTUNITY FUND
NEUBERGER BERMAN MANAGEMENT LLC
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

LEHMAN GMAM INVESTMENT FUNDS TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
GMAM INVESTMENT FUNDS
767 5TH AVENUE
NEW YORK, NY 10153

LEHMAN GMAM INVESTMENT FUNDS TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ONE LINCOLN STREET
1ST FLOOR
BOSTON, MA 02111

LEHMAN PRINCIPAL INVESTORS FUND, INC.
HIGH YIELD FUND
ATTN RANDY L. WELCH, PRESIDENT & CHAIRMAN
PRINCIPAL FINANCIAL ADVISORS
711 HIGH STREET
DES MOINES, IA 50392

LEHMAN-NEUBERGER BERMAN-HIGH INCOME BOND FUND
ATTN JOSEPH V. AMATO
CHIEF INVESTMENT OFFICER, SENIOR MANAGEMENT
C/O NEUBERGER BERMAN INC.
605 THIRD AVENUE, 41ST FLOOR
NY, NY 10158-3698

LIBERTY MUTUAL
5050 W. TILGHMAN ST. SUITE 200
ALLENTOWN, PA 18104

LIBERTY MUTUAL
ATTN: CINDY BARNES WC-868-565038
PO BOX 8017
WAUSAU, WI 54402

LIBERTY NORTHWEST INSURANCE
PO BOX 515099
LOS ANGELES, CA 90051

LIBERTY NORTHWEST INSURANCE
PO BOX 6057
INDIANAPOLIS, IN 46206

LINCOLN NATIONAL LIFE INSURANCE COMPANY
SEPARATE ACCOUNT 12
ATTN DENNIS R. GLASS, CEO, PRESIDENT & DIRECTOR
C/O LINCOLN NATIONAL CORPORATION
150 NORTH RADNOR CHESTER ROAD, SUITE A305
RADNOR, PA 19807

LINCOLN NATIONAL LIFE INSURANCE COMPANY
SEPARATE ACCOUNT 12
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LINCOLN NATIONAL LIFE INSURANCE COMPANY
SEPARATE ACCOUNT 12
C/O LINCOLN NATIONAL CORPORATION
CORPORATION SERVICE COMPANY
2595 INTERSTATE DRIVE, SUITE 103
HARRISBURG, PA 17110

LINCOLN NATIONAL LIFE WSA20
ATTN DENNIS R. GLASS
CEO, PRESIDENT & DIRECTOR
C/O LINCOLN NATIONAL CORPORATION
150 NORTH RADNOR CHESTER ROAD, SUITE A305
RADNOR, PA 19807

LINCOLN NATIONAL LIFE WSA20
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LINDSAY KENNEY LLP
ATN:DUNCAN MAGNUS FOR RESPONDENT PRESTON CHEVROLET
CADILLAC (2006) LTD
401 W GEORGIA ST STE 1800
VANCOUVER BRITISH COLUMBIA V6B 5A1

LLOYD, ROBERT S
GARNER STEPHEN E PC
766O WOODWAY DRIVE, SUITE 465
HOUSTON, TX 77063

LOAN FUNDING XI LLC
C/O CITIBANK, NATIONAL ASSOCIATION
ATTN BARBARA J. DESOER, CEO
399 PARK AVENUE, FRONT 1
NY, NY 10043

LOGAN - RAYTHEON MPT - FLOATING RATE
ATTN DR. THOMAS A. KENNEDY
CHAIRMAN & CEO
RAYTHEON CO,
870 WINTER STREET
WALTHAM, MA 02451

LOGAN - RAYTHEON MPT - FLOATING RATE
RAYTHEON CO.
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

LOGAN - RAYTHEON MPT - MID GRADE PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
135 SANTILLI HIGHWAY
EVERETT, MA 02149

LOGAN CIRCLE - ALAMEDA CONTRA COSTA
TRANSIT RETIREMENT SYSTEM
ATTN JUDE T. DRISCOLL, CEO & CIO
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - ALAMEDA CONTRA COSTA
TRANSIT RETIREMENT SYSTEM
C/O DAVID N. BROOKS, ESQ., VP, GEN CNSL & SECY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE - ALLINA HEALTH SYS
DEFINED BNFT MASTER TR
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - ALLINA HEALTH SYSTEM TRUST
ATTN JUDE T. DRISCOLL
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - ALLINA HEALTH SYSTEM TRUST
C/O DAVID N. BROOKS, ESQ.,
VP, GENERAL COUNSEL & SECRETARY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE - BECHTEL CORPORATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - LIBERTY MUTUAL EMPLOYEE
THRIFT INCENTIVE PLAN
ATTN JUDE T. DRISCOLL, CEO & CIO
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN - RAYTHEON MPT - FLOATING RATE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
135 SANTILLI HIGHWAY
EVERETT, MA 02149

LOGAN - RAYTHEON MPT - MID GRADE PORTFOLIO
ATTN DR. THOMAS A. KENNEDY
CHAIRMAN & CEO
RAYTHEON CO,
870 WINTER STREET
WALTHAM, MA 02451

LOGAN - RAYTHEON MPT - MID GRADE PORTFOLIO
RAYTHEON CO.
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

LOGAN CIRCLE - ALAMEDA CONTRA COSTA
TRANSIT RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - ALLINA HEALTH SYS
DEFINED BNFT MASTER TR
ATTN JUDE T. DRISCOLL, CEO & CIO
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - ALLINA HEALTH SYS
DEFINED BNFT MASTER TR
C/O DAVID N. BROOKS, ESQ., VP, GEN CNSL & SECY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE - ALLINA HEALTH SYSTEM TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - BECHTEL CORPORATION
ATTN JUDE T. DRISCOLL
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - BECHTEL CORPORATION
C/O DAVID N. BROOKS, ESQ.,
VP, GENERAL COUNSEL & SECRETARY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE - LIBERTY MUTUAL EMPLOYEE
THRIFT INCENTIVE PLAN
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - LIBERTY MUTUAL EMPLOYEE
THRIFT INCENTIVE PLAN
C/O DAVID N. BROOKS, ESQ., VP, GEN CNSL & SECY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE - PUBLIC SERVICE E
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - RUSSELL INST FUNDS LLC
RUSSELL CORE BOND FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - RUSSELL INVESTMENT COMPANY PLC
ATTN JUDE T. DRISCOLL
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - RUSSELL INVESTMENT COMPANY PLC
C/O DAVID N. BROOKS, ESQ.,
VP, GENERAL COUNSEL & SECRETARY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE - RUSSELL MULTI-MANAGED BOND FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - RUSSELL STRATEGIC BOND FUND
ATTN JUDE T. DRISCOLL
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - RUSSELL STRATEGIC BOND FUND
C/O DAVID N. BROOKS, ESQ.,
VP, GENERAL COUNSEL & SECRETARY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE - SUNOCO INC. MASTER RETIREMENT TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE FREDDIE MAC FOUNDATION INC.
ATTN JUDE T. DRISCOLL
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - PUBLIC SERVICE E
ATTN JUDE T. DRISCOLL
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - RUSSELL INST FUNDS LLC
RUSSELL CORE BOND FUND
ATTN JUDE T. DRISCOLL, CEO & CIO
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - RUSSELL INST FUNDS LLC
RUSSELL CORE BOND FUND
C/O DAVID N. BROOKS, ESQ., VP, GEN CNSL & SECY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE - RUSSELL INVESTMENT COMPANY PLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - RUSSELL MULTI-MANAGED BOND FUND
ATTN JUDE T. DRISCOLL
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - RUSSELL MULTI-MANAGED BOND FUND
C/O DAVID N. BROOKS, ESQ.,
VP, GENERAL COUNSEL & SECRETARY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE - RUSSELL STRATEGIC BOND FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE - SUNOCO INC. MASTER RETIREMENT TRUST
ATTN JUDE T. DRISCOLL
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE - SUNOCO INC. MASTER RETIREMENT TRUST
C/O DAVID N. BROOKS, ESQ.,
VP, GENERAL COUNSEL & SECRETARY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE FREDDIE MAC FOUNDATION INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE FREDDIE MAC FOUNDATION INC.
C/O DAVID N. BROOKS, ESQ.,
VP, GENERAL COUNSEL & SECRETARY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE PEOPLES ENERGY CORPORATION
PENSION TRUST
ATTN JUDE T. DRISCOLL, CEO & CIO
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE PEOPLES ENERGY CORPORATION
PENSION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE PEOPLES ENERGY CORPORATION
PENSION TRUST
C/O DAVID N. BROOKS, ESQ., VP, GEN CNSL & SECY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOGAN CIRCLE WISCONSIN
PUBLIC SERVICE CORPORATION PENSION TRUST
ATTN JUDE T. DRISCOLL, CEO & CIO
1717 ARCH STREET, STE 1500
PHILADELPHIA, PA 19103

LOGAN CIRCLE WISCONSIN
PUBLIC SERVICE CORPORATION PENSION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2005 MARKET STREET
PHILADELPHIA, PA 19103

LOGAN CIRCLE WISCONSIN
PUBLIC SERVICE CORPORATION PENSION TRUST
C/O DAVID N. BROOKS, ESQ., VP, GEN CNSL & SECY
FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS
NY, NY 10105

LOHNER, ANN M
3661 TIMBERLANE DR
EASTON, PA 18045-5746

LONGLANE MASTER TR IV
C/O U.S. BANK TRUST NATIONAL ASSOCIATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
300 DELAWARE AVENUE 9TH FLOOR
WILMINGTON, DE 19801

LORAMENDI S COOP
ALIBARRA 26
VITORIA SPAIN 01010

LORD ABBET & CO-TEACHERS RE
ATTN BROOKE A. FAPOHUNDA, ESQ.
VICE PRESIDENT & ASSISTANT SECRETARY
C/O LORD ABBETT INVESTMENT TRUST
90 HUDSON STREET
JERSEY CITY, NJ 07302

LORD ABBETT INV TR - LORD ABBETT FLOATING RATE FND
ATTN BROOKE A. FAPOHUNDA, ESQ.
VICE PRESIDENT & ASSISTANT SECRETARY
C/O LORD ABBETT INVESTMENT TRUST
90 HUDSON STREET
JERSEY CITY, NJ 07302

LORD ABBETT INV TRST-LA HI YLD
ATTN BROOKE A. FAPOHUNDA, ESQ.
VICE PRESIDENT & ASSISTANT SECRETARY
C/O LORD ABBETT INVESTMENT TRUST
90 HUDSON STREET
JERSEY CITY, NJ 07302

LOUISIANA CARPENTERS REGIONAL COUNCIL
PENSION TRUST FUND
ATTN OPERATIONS / TRADE SETTLEMENT
P.O. BOX 727
COLUMBUS, IN 47202-0727

LOUISIANA CARPENTERS REGIONAL COUNCIL
PENSION TRUST FUND
C/O CENTRAL SOUTH CARPENTERS REGIONAL COUNCIL
ATTN JOHN W. EDWARDS, PRESIDENT
4580 BLUEBONNET BLVD. STE. A
BATON ROUGE, LA 70809

LOUISIANA CARPENTERS REGIONAL COUNCIL
PENSION TRUST FUND
LA CARPENTERS REGIONAL COUNCIL PENSION TRUST
C/O ZENITH ADMINISTRATORS, INC., ATTN: LEZLEE WALL
2450 SEVERN AVENUE, SUITE 305
METAIRIE, LA 70001-1926

LUCINDA WESSEL
C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP
111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, IN 46204-5125

LUMPKIN, MICHAEL R
FICKLEY R BRUCE LAW OFFICES OF
PO BOX 4005
ROANOKE, VA 24015-0005

LUNDGREN, TRACEY
5139 S NASHVILLE AVE
CHICAGO, IL 60638-1213

LXE INC
125 TECHNOLOGY PKWY
NORCROSS, GA 30092-2913

LYNDIA BREWER ON BEHALF OF
THE ESTATE OF MARCUS WIRT
C/O SANDERS LAW FIRM
ATTN ARCHIE SANDERS
119 SOUTH MAIN ST
MEMPHIS, TN 38103

LYONS, DEJUANA
11 BRUSHWOOD CV
JACKSON, TN 38305-8762

MACKAY 1028-ARKANSAS
PUBLIC EMPLOYEE RETIREMENT SYSTEM
ATTN MR. JEFFREY S. PHLEGAR, CEO AND CHAIRMAN
C/O MACKAY SHEILDS LLC
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

MACKAY 1028-ARKANSAS
PUBLIC EMPLOYEE RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ARKANSAS PUBLIC EMPLOYEE RETIREMENT SYSTEM
124 W. CAPITAL AVE, SUITE 400
LITTLE ROCK, AR 72201

MACKAY 8067 - FIRE & POLICE EMPLOYEE
RETIREMENT SYSTEM OF THE CITY OF BALTIMORE
ATTN MR. JEFFREY S. PHLEGAR, CEO AND CHAIRMAN
C/O MACKAY SHEILDS LLC
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

MACKAY 8067 - FIRE & POLICE EMPLOYEE
RETIREMENT SYSTEM OF THE CITY OF BALTIMORE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
9 W. 57TH STREET
NEW YORK, NY 10019-2701

MACKAY 8067 - FIRE & POLICE EMPLOYEE
RETIREMENT SYSTEM OF THE CITY OF BALTIMORE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FIRE & POLICE EMPLOYEE RETIREMENT SYSTEM
7 EAST REDWOOD STREET, 18TH FLOOR
BALTIMORE, MD 21202

MACKAY NEW YORK LIFE INSURANCE COMPANY
(GUARANTEED PRODUCTS)
ATTN DREW LAWTON
CEO OF NEW YORK LIFE INVESTMENT MANAGEMENT LLC
51 MADISON AVENUE
NEW YORK, NY 10010

MACKAY NEW YORK LIFE INSURANCE COMPANY
(GUARANTEED PRODUCTS)
ATTN MR. JEFFREY S. PHLEGAR, CEO AND CHAIRMAN
C/O MACKAY SHEILDS LLC
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

MACKAY NEW YORK LIFE INSURANCE COMPANY
(GUARANTEED PRODUCTS)
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
9 W. 57TH STREET
NEW YORK, NY 10019-2701

MACKAY SHIELDS CORE PLUS ALPHA FUND LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
HOILETT, ABALI, WALKERS FUND SERVICES LIMITED
WALKER HOUSE, 87 MARY ST.
GEORGE TOWN, GRAND CAYMAN, KY1-9001 CAYMAN ISLANDS

MACKAY SHIELDS CORE PLUS ALPHA FUND LTD.
ATTN ROBERTS, DAN C.
MACKAY SHIELDS LLC
9 WEST 57TH STREET
NEW YORK, NY 10019

MACKAY SHIELDS SHORT DURATION ALPHA FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
GLOBAL FUNDS TRUST COMPANY
UGLAND HOUSE, SOUTH CHURCH STREET, PO BOX 30
GRAND CAYMAN, CAYMAN ISLANDS

MACKAY SHIELDS SHORT DURATION ALPHA FUND
ATTN ROBERTS, DAN C.
MACKAY SHIELDS LLC.
9 W. 57TH STREET
NEW YORK, NY 10019

MACKAY-HOUSTON POLICE OFFICERS PENSION SYSTEM
ATTN MR. JEFFREY S. PHLEGAR
CEO AND CHAIRMAN
C/O MACKAY SHEILDS LLC
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

MACKAY-HOUSTON POLICE OFFICERS PENSION SYSTEM
ATTN ROBERTS, DAN C.
MACKAY SHIELDS LLC.
9 W. 57TH STREET
NEW YORK, NY 10019

MADISON PARK FUNDING I LTD.
ATTN MR. ROBERT JAIN
CHIEF EXECUTIVE OFFICER
C/O CREDIT SUISSE ASSET MANAGEMENT LLC
ONE MADISON AVENUE
NEW YORK, NY 10010-3629

MADISON PARK FUNDING II LTD.
ATTN MR. ROBERT JAIN
CHIEF EXECUTIVE OFFICER
C/O CREDIT SUISSE ASSET MANAGEMENT LLC
ONE MADISON AVENUE
NEW YORK, NY 10010-3629

MADISON PARK FUNDING II LTD.
C/O OGIER FIDUCIARY SERVICES (CAYMAN) LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN KY1-1104, CAYMAN ISLANDS

MADISON PARK FUNDING III LTD.
ATTN MR. ROBERT JAIN
CHIEF EXECUTIVE OFFICER
C/O CREDIT SUISSE ASSET MANAGEMENT LLC
ONE MADISON AVENUE
NEW YORK, NY 10010-3629

MADISON PARK FUNDING III LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
214 NORTH TRYON STREET
CHARLOTTE, NC 28255

MADISON PARK FUNDING IV LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1234
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN KY1-1108, CAYMAN ISLANDS

MADISON PARK FUNDING V LTD.
C/O OGIER FIDUCIARY SERVICES (CAYMAN) LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
89 NEXUS WAY CAMANA BAY
GRAND CAYMAN KY 1-9007, CAYMAN ISLANDS

MADISON PARK FUNDING VI LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
OGIER FIDUCIARY SERVICES (CAYMAN) LIMITED
P.O. BOX 1234 QUEENSGATE HOUSE SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN KY1-1108, BRITISH WI, CAYMAN
ISLANDS

MARATHON CLO I LTD.
ATTN BRUCE RICHARDS
CEO & CO-MANAGING PARTNER
C/O MARATHON ASSET MANAGEMENT, L.P.
ONE BRYANT PARK
NEW YORK, NY 10036

MARATHON CLO II LTD.
ATTN BRUCE RICHARDS
CEO & CO-MANAGING PARTNER
C/O MARATHON ASSET MANAGEMENT, L.P.
ONE BRYANT PARK
NEW YORK, NY 10036

MARATHON FINANCING I B V
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
LUNA ARENA
HERIKERBERGWEG 238, AMSTERDAM ZUIDOOST
AMSTERDAM NOORD HOLLAND NL 1101 CM NETHERLANDS

MARCIA VIDA
4206 WILMINGTON ROAD
S EUCLID, OH 44122

MARINER LDC
ATTN BRACEBRIDGE H. YOUNG, JR.
PARTNER AND CHIEF EXECUTIVE OFFICER
MARINER INVESTMENT GROUP LLC
500 MAMARONECK AVE
HARRISON, NY 10528

MARISON INDUSTRIES INC
DEPT 77 3085
CHICAGO, IL 60678-3085

MADISON PARK FUNDING IV LTD.
ATTN MR. ROBERT JAIN
CHIEF EXECUTIVE OFFICER
C/O CREDIT SUISSE ASSET MANAGEMENT LLC
ONE MADISON AVENUE
NEW YORK, NY 10010-3629

MADISON PARK FUNDING V LTD.
ATTN MR. ROBERT JAIN
CHIEF EXECUTIVE OFFICER
C/O CREDIT SUISSE ASSET MANAGEMENT LLC
ONE MADISON AVENUE
NEW YORK, NY 10010-3629

MADISON PARK FUNDING VI LTD.
ATTN MR. ROBERT JAIN
CHIEF EXECUTIVE OFFICER
C/O CREDIT SUISSE ASSET MANAGEMENT LLC
ONE MADISON AVENUE
NEW YORK, NY 10010-3629

MARASCO, JOSEPH
329 PERSHING DR
FARRELL, PA 16121-1520

MARATHON CLO I LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
461 FIFTH AVENUE
NEW YORK, NY 10017

MARATHON CLO II LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
461 FIFTH AVENUE
10TH FLOOR
NEW YORK, NY 10017

MARATHON FINANCING I B V
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
TMF STRUCTURED FINANCE SERVICES
PARNASSUSTOREN AZ AMSTERDAM
LOCATEILLIKADE 1 1076 AZ, AMSTERDAM, NETHERLANDS

MARIA LAURA FABIOLA SANTOS FONSECA AS PERSONAL REPRESENT
ESTATE OF DANIEL ORTIZ
ATTN: KILA B. BALDWIN
1525 LOCUST STREET, 19TH FLOOR
PHILADELPHIA, PA 19102

MARION BRAGG GROUP
C/O JOHN HANSON
BEVERIDGE & DIAMOND PC
1350 I STREET NW SUITE 700
WASHINGTON, DC 20005-3311

MARJORIE L MARTIN
C/O GREGORY P CAFOUROS
KROGER GARDIS & REGAS LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN 46204-5125

MARK FRANCIS
141 WEST 10TH STREET
NEW YORK, NY 10014

MARKEY'S VIDEO IMAGES LLC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
6951 CORPORATE CIR
INDIANAPOLIS, IN 46278-1957

MARLBOROUGH STREET CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1093
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN KY1-1102 CAYMAN ISLANDS

MARSHALL, DENNEHEY, WARNER, COLEMAN &
GOGGIN
PO BOX 8888
WILMINGTON, DE 19899-8888

MARSHALL, SONJA
238 UPSHAW ST SW
ATLANTA, GA 30315-3733

MARTHA J MATLOCK
219 E WALNUT STREET
GREENTOWN, IN 46936

MARTIN, JUDY
27 BOBCAT LN
DAHLONEGA, GA 30533-4719

MARTIN, SYBLE
PO BOX 396
BOX 396
HONEA PATH, SC 29654-0396

MARTINEZ, BRICIO
325 MAGNOLIA DR. LOT 3
MAYLENE, AL 35114-6008

MARTINSON, KATHERINE
33 VILLAGE PKWY UNIT 238
CIRCLE PINES, MN 55014

MARTINSON, KATHERINE
3421 KENT ST APT 513
SAINT PAUL, MN 55126-4033

MARVIN ECHOLS
PO BOX 2211
BAY CITY, MI 48707

MARY E RODRIGUEZ
54 E ROBINSON
FRESNO, CA 93704

MASON CAPITAL LP
ATTN MR. KENNETH MARIO GARSCHINA
PRINCIPAL, CO-FOUNDER, AND MANAGING MEMBER
C/O MASON CAPITAL MANAGEMENT LLC
110 E. 59TH STREET, 30TH FL
NEW YORK, NY 10022

MASON CAPITAL LP
CORPORATION SERVICE CO
2711 CENTERVILLE RD SUITE 400
WILMINGTON, DE 19808

MASON CAPITAL LTD.
ATTN MR. KENNETH MARIO GARSCHINA
PRINCIPAL, CO-FOUNDER, AND MANAGING MEMBER
C/O MASON CAPITAL MANAGEMENT LLC
110 E. 59TH STREET, 30TH FL
NEW YORK, NY 10022

MAYPORT CLO LTD.
ATTN DAVID C. FLATTUM
GENERAL COUNSEL
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

MAYPORT CLO LTD.
ATTN DOUGLAS M. HODGE, CEO
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

MAZAK CORP
8025 PRODUCTION DR
FLORENCE, KY 41042-3027

MCDONNELL ILLINOIS STATE BOARD OF INVESTMENT
ATTN EDWARD A. TREICHEL
PRESIDENT AND CEO
MCDONNELL INVESTMENT MANAGEMENT, LLC
18W140 BUTTERFIELD ROAD #1200
OAKBROOK TERRACE, IL 60523

MCDONNELL ILLINOIS STATE BOARD OF INVESTMENT
ATTN EMILY REED
GENERAL COUNSEL & CHIEF COMPLIANCE OFFICER
ILLINOIS STATE BOARD OF INVESTMENT
180 NORTH LASALLE STREET, ROOM 2015
CHICAGO, IL 60601

MCMASTER-CARR SUPPLY CO
PO BOX 4355
CHICAGO, IL 60680

MCQUAY AIR CONDITIONING FACTORY SERVICE
13600 INDUSTRIAL PARK BLVD
MINNEAPOLIS, MN 55441-3743

MECTRON ENGINEERING CO INC
400 S INDUSTRIAL DR
SALINE, MI 48176-9497

MEOLDY A MCGINNESS
RONALD MCGINNESS JR
114 BROOKS AVE
BAYVILLE, NJ 08721

MERIDIAN AUTOMOTIVE SYSTEMS
MUZQUIZ
PO BOX 633581
CINCINNATI, OH 45263-3581

MERITAGE FUND LTD.
C/O RENAISSANCE TECHNOLOGIES CORP.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
800 THIRD AVENUE
33RD FLOOR
NEW YORK, NY 10022

MERRILL LYNCH CAPITAL SERVICES, INC.
ATTN LAWRENCE FORTE
CHIEF EXECUTIVE OFFICER
150 N COLLEGE ST
NC1-028-17-06
CHARLOTTE, NC 28255

MERRILL LYNCH CAPITAL SERVICES, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
165 BROADWAY
NEW YORK, NY 10006-1404

MERRILL LYNCH CAPITAL SERVICES, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ONE BRYANT PARK
NEW YORK, NY 10036

MERRILL LYNCH CAPITAL SERVICES, INC.
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

METRON PRECISION INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
29671 W SIX MILE RD
LIVONIA, MI 48152

METROPOLITAN TRANSPORTATION AUTHORITY
LESTER G FREUNDLICH, ESQ SENIOR ASSOCIATE COUNSEL
METROPOLITAN TRANSPORTATION AUTHORITY
347 MADISON AVE
NEW YORK, NY 10017

METROPOLITAN WEST HIGH YIELD BOND FUND
ATTN DAVID LIPPMAN
PRESIDENT & PRINCIPAL EXECUTIVE OFFICER
METROPOLITAN WEST FUNDS
865 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

METROPOLITAN WEST HIGH YIELD BOND FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
11766 WILSHIRE BOULEVARD
SUITE 158
LOS ANGELES, CA 90025

MFS - DIF - DIVERSIFIED INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS - DIF - DIVERSIFIED INCOME FUND
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS - DIF - DIVERSIFIED INCOME FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS - HIGH YIELD VARIABLE ACCOUNT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS - HIGH YIELD VARIABLE ACCOUNT
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS - HIGH YIELD VARIABLE ACCOUNT
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS CHARTER INCOME TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS CHARTER INCOME TRUST
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS CHARTER INCOME TRUST
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS DIVERSIFIED INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS DIVERSIFIED INCOME FUND
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS DIVERSIFIED INCOME FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS DIVIERSIFIED INCOME FUND-SERIES TRUST XIII
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS DIVIERSIFIED INCOME FUND-SERIES TRUST XIII
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS DIVIERSIFIED INCOME FUND-SERIES TRUST XIII
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS FLOATING RATE HIGH INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS FLOATING RATE HIGH INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 309
GRAND CAYMAN, BRITISH WEST INDIES, CAYMAN ISLANDS

MFS FLOATING RATE HIGH INCOME FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS FLOATING RATE INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS FLOATING RATE INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 309
GRAND CAYMAN, BRITISH WEST INDIES, CAYMAN ISLANDS

MFS FLOATING RATE INCOME FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS GLOBAL HIGH YIELD FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS GLOBAL HIGH YIELD FUND
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS GLOBAL HIGH YIELD FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS HIGH YIELD PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS HIGH YIELD PORTFOLIO
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS HIGH YIELD PORTFOLIO
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS INTERMARKET INCOME TRUST I
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS INTERMARKET INCOME TRUST I
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
CHASE
ONE FINANCIAL PLACE
BOSTON, MA 02111

MFS INTERMARKET INCOME TRUST I
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS INTERMARKET INCOME TRUST I
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS INTERMEDIATE HIGH INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS INTERMEDIATE HIGH INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
CHASE
ONE FINANCIAL PLACE
BOSTON, MA 02111

MFS INTERMEDIATE HIGH INCOME FUND
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS INTERMEDIATE HIGH INCOME FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS MULTIMARKET INCOME TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
3 CMC
6TH FLOOR
BROOKLYN, NY 11245

MFS MULTIMARKET INCOME TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS MULTIMARKET INCOME TRUST
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS MULTIMARKET INCOME TRUST
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SERIES TRUST III HIGH INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS SERIES TRUST III HIGH INCOME FUND
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SERIES TRUST III HIGH INCOME FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SERIES TRUST III HIGH YIELD OPPORTUNITIES FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS SERIES TRUST III HIGH YIELD OPPORTUNITIES FUND
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SERIES TRUST III HIGH YIELD OPPORTUNITIES FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SERIES TRUST VIII STRATEGIC INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS SERIES TRUST VIII STRATEGIC INCOME FUND
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SERIES TRUST VIII STRATEGIC INCOME FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SERIES TRUST X FLOATING RATE HIGH INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS SERIES TRUST X FLOATING RATE HIGH INCOME FUND
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SERIES TRUST X FLOATING RATE HIGH INCOME FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SPECIAL VALUE TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS SPECIAL VALUE TRUST
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS SPECIAL VALUE TRUST
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS STRATEGIC INCOME PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS STRATEGIC INCOME PORTFOLIO
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS STRATEGIC INCOME PORTFOLIO
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS VARIABLE INSURANCE TRUST
MFS HIGH INCOME SERIES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS VARIABLE INSURANCE TRUST
MFS HIGH INCOME SERIES
ATTN ROBERT MANNING, CEO
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS VARIABLE INSURANCE TRUST
MFS HIGH INCOME SERIES
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS VARIABLE INSURANCE TRUST
MFS STRATEGIC INCOME SERIES VWG
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS VARIABLE INSURANCE TRUST
MFS STRATEGIC INCOME SERIES VWG
ATTN ROBERT MANNING, CEO
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS VARIABLE INSURANCE TRUST
MFS STRATEGIC INCOME SERIES VWG
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS VARIABLE INSURANCE TRUST II
HIGH YIELD PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS VARIABLE INSURANCE TRUST II
HIGH YIELD PORTFOLIO
ATTN ROBERT MANNING, CEO
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS VARIABLE INSURANCE TRUST II
HIGH YIELD PORTFOLIO
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS VARIABLE INSURANCE TRUST II
STRATEGIC INCOME PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS VARIABLE INSURANCE TRUST II
STRATEGIC INCOME PORTFOLIO
ATTN ROBERT MANNING, CEO
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS VARIABLE INSURANCE TRUST II
STRATEGIC INCOME PORTFOLIO
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS-DIF-DIVERSIFIED INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
BOSTON, MA 02116

MFS-DIF-DIVERSIFIED INCOME FUND
ATTN ROBERT MANNING
CHIEF EXECUTIVE OFFICER
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MFS-DIF-DIVERSIFIED INCOME FUND
ATTN SUSAN S. NEWTON
MASSACHUSETTS FINANCIAL SERVICES COMPANY
111 HUNTINGTON AVE
BOSTON, MA 02199

MICHAEL J KRAUS
BELAIR & EVANS LLP
61 BROADWAY
NEW YORK, NY 10006

MICHAELS, JAMES
331 DALE COUNTY 1
DALEVILLE, AL 36322

MICHIGAN TRACTOR & MACHINERY C
24800 NOVI RD
NOVI, MI 48375-1624

MICROSOFT GLOBAL FINANCE LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
30 HERBERT STREET
DUBLIN 2, IRELAND

MICROSOFT GLOBAL FINANCE LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
70 SIR JOHN ROGERSON'S QUAY
DUBLIN 2
DUBLIN, CO DUBLIN

MILAN METAL SYSTEMS LLC
555 PLATT RD
MILAN, MI 48160

MILES PRESS INC, THE
ATTN CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 6069
DEPT 98
INDIANAPOLIS, IN 46206-6069

MILES PRESS INC, THE
C/O TRC OPTIMUM FUND LLC
ATTN TERREL ROSS
336 ATLANTIC AVENUE, SUITE 302
EAST ROCKAWAY, NY 11518

MINGS, DERRICK
520 CAMBERTREE WAY
NEWPORT NEWS, VA 23608-1626

MISSOURI HEAT TREAT INC
55 MAY RD
PO BOX 362
WENTZVILLE, MO 63385-3312

MISSOURI STATE EMPLOYEES RETIREMENT SYSTEM
ATTN GARY FINDLAY
EXECUTIVE DIRECTOR
907 WILDWOOD DRIVE
JEFFERSON CITY, MO 65109

MISSOURI STATE EMPLOYEES RETIREMENT SYSTEM
ATTN GARY FINDLAY
EXECUTIVE DIRECTOR
MOSERS
PO BOX 209
JEFFERSON CITY, MO 65102

MOMENTUM CAPITAL FUND LTD.
C/O WALKERS SPV LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE, 87 MARY STREET
GEORGE TOWN, GRAND CAYMAN KY1-9002, CAYMAN ISLANDS

MONTANA BOARD OF INVESTMENTS
ATTN DAVID EWER, EXECUTIVE DIRECTOR
MONTANA BOARD OF INVESTMENTS
MONTANA DEPARTMENT OF COMMERCE
2401 COLONIA DR. 3RD FLOOR, P.O. BOX 200126
HELENA, MT 59620-0126

MONTANA BOARD OF INVESTMENTS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
555 FULLER
HELENA, MO 59620

MONTANA BOARD OF INVESTMENTS
ATTN TIM FOX
215 N SANDERS, THIRD FLOOR
HELENA, MT 59620

MONTANA BOARD OF INVESTMENTS
ATTN TIM FOX
ATTORNEY GENERAL
PO BOX 201401
HELENA, MT 59620-1401

MONTGOMERY CTY, OHIO & THE MONTGOMERY CTY
SOLID WASTE DIST.    DOUGLAS TROUT, ESQUIRE
DAYTON-MONTGOMERY COUNTY COURTS BLDG
301 W THIRD STREET
DAYTON, OH 45402

MONTGOMERY, THERESA
5417 ASH AVE
RAYTOWN, MO 64133-2813

MOORE, ASHLEY
1211 W SPENCER AVE
MARION, IN 46952-3416

MORAN, DENA
812 RHOADS DR
SPRINGFIELD, PA 19064-1612

MORAN, VERA WILLIAMS
2695 MACKEYVILLE ROAD
HAMBLETON, WV 26269-9338

MORGAN STANLEY SENIOR FUNDING INC.
ATTN ADAM H. SAVARESE, CEO
MORGAN STANLEY SENIOR FUNDING, INC.
1585 BROADWAY
NEW YORK, NY 10036

MORGAN STANLEY SENIOR FUNDING INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1 PIERREPONT PLAZA
7TH FLOOR
BROOKLYN, NY 11201

MORGAN STANLEY SENIOR FUNDING INC.
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

MORRISVILLE BOROUGH POLICE DEPARTMENT
SHAW, TOM
961 POTTSTOWN PIKE
CHESTER SPRINGS, PA 19425-3510

MOSBEY, JUDY
C/O BRIAN SONDES
212 VETERANS BLVD
METAIRIE, LA 70005

MOTOROLA COMMUNICATIONS ENTERPRISE
ATTN TERESA TRAGER
1301 E ALGONQUIN RD STE A2
SCHAUMBERG, IL 60196

MRM INC
PO BOX 354
NOVI, MI 48375

MT. WILSON CLO II LTD.
C/O MAPLES FINANCE LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093 GT, BOUNDARY HALL, CRICKET SQUARE
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

MT. WILSON CLO II LTD.
C/O WESTERN ASSET MANAGEMENT CO.
ATTN JAMES W. HIRSCHMANN, II
CHIEF EXECUTIVE OFFICER
385 EAST COLORADO BOULEVARD
PASADENA, CA 91101

MT. WILSON CLO LTD.
ATTN JAMES W. HIRSCHMANN, II
CHIEF EXECUTIVE OFFICER
C/O WESTERN ASSET MANAGEMENT CO.
385 EAST COLORADO BOULEVARD
PASADENA, CA 91101

MT. WILSON CLO LTD.
C/O WESTERN ASSET MANAGEMENT CO
ATT: CORPORATE LEGAL- KIM HILL
100 INTRNTL DRIVE
BALTIMORE, MD 21202

MULDOON, BRENDA
C/O BRENDA MILLER
52 LIBERTY STREET
SWANTON, VT 05488-1645

MUSHANEY, LEATRICE
5267 W HIGHWAY 88
ODEN, AR 71961-8225

MUZINICH & CO IE LTD F/T ACC OF EXT YLD S LOAN FND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
33 SIR JOHN ROGERSONS QUAY
LOUGHBOY RING RD.
DUBLIN 2 IRELAND

MUZINICH & CO IE LTD F/T ACC OF EXT YLD S LOAN FND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
MUZINICH & CO. (IRELAND) LIMITED
BEAUX LANE HOUSE, MERCER STREET
DUBLIN 2 IRELAND

MUZINICH & CO IE LTD F/T ACC OF EXT YLD S LOAN FND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
MUZINICH & CO. (IRELAND) LIMITED
MUZINICH & CO., INC.
450 PARK AVENUE
NEW YORK, NY 10022

MXENERGY
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 659583
SAN ANTONIO, TX 78265-9583

MYERS, DOROTHY
850 JOHNSON AVE
MIAMISBURG, OH 45342-3021

NANCY FREELS
708 GLENDALE ST
BENTON, IL 62812

NANG FRANKLIN
PO BOX 92
UBON FA 41000 THAILAND

NASH POINT CLO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
85 MERRION SQUARE
DUBLIN 2 IRELAND

NATIONAL CITY BANK
ATTN DEMCHAK WILLIAM, CEO
PNC NATIONAL BANK
ONE PNC PLAZA
249 FIFTH AVENUE
PITTSBURGH, PA 15222-2707

NATIONAL GRID
PO BOX 960
NORTHBOROUGH, MA 01532

NATIONAL GRID USA, NIAGARA MOHAWK POWER CORPORATION
PO BOX 549285
WALTHAM, MA 02454-9285

NEAL, DANIEL
EVANS & DIXON LLC
1717 E REPUBLIC RD APT C
SPRINGFIELD, MO 65804-6588

NELSON GLEN
NELSON, GLEN
2074 STAFFORD RD
OTTAWA, KS 66067-8308

NEUBERGER BERMAN HIGH YIELD STRATEGIES FUND
ATTN ROBERT JOHN CONTI
CEO & PRESIDENT
NEUBERGER BERMAN MANAGEMENT LLC
605 THIRD AVENUE, 2ND FLOOR
NY, NY 10158-0180

NEUBERGER BERMAN HIGH YIELD STRATEGIES FUND
NEUBERGER BERMAN MANAGEMENT LLC
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

NEUBERGER BERMAN INCOME FUNDS
NEUBERGER BERMAN HIGH INCOME BOND FUND
ATTN JOSEPH V. AMATO, CIO, SENIOR MANAGEMENT
NEUBERGER BERMAN INC.
605 THIRD AVENUE, 41ST FLOOR
NY, NY 10158-3698

NEUBERGER BERMAN INCOME OPPORTUNITY FUND, INC.
ATTN ROBERT CONTI
CHIEF EXECUTIVE OFFICER
NEUBERGER BERMAN HIGH YIELD STRATEGIES FUND INC.
605 THIRD AVENUE
NEW YORK, NY 10158

NEUBERGER BERMAN INCOME OPPORTUNITY FUND, INC.
C/O NEUBERGER BERMAN HIGH YIELD
STRATEGIES FUND INC.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

NEVILLE & ADA PIKE
C/O BENSON MYLES
ATTN: DAVID BAIRD, Q.C.
P.O. BOX 1538
ST, JOHN'S, NL  A1C 5N8 CANADA

NEVILLE & ADA PIKE
P.O. BOX 459
HARBOUR GRACE  NL  A0A 2M0

NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION
C/O ATTORNEY GENERAL OF NEW JERSEY
ATTN RACHEL JEANNE LEHR
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET STREET PO BOX 093
TRENTON, NJ 08625-0093

NEW YORK LIFE INSURANCE COMPANY
(GUARANTEED PRODUCTS)
ATTN DREW EDWARD LAWTON, CEO
51 MADISON AVENUE
NEW YORK, NY 10010

NEW YORK LIFE INSURANCE COMPANY
(GUARANTEED PRODUCTS)
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
9 WEST 57TH STREET
33 FLOOR
NEW YORK, NY 10019

NEW YORK LIFE INSURANCE COMPANY
(GUARANTEED PRODUCTS)
C/O NEW YORK LIFE INVESTMENT MANAGEMENT LLC
CT CORPORATION SYSTEM
11 EIGHTH AVENUE
NEW YORK, NY 10011

NEW YORK LIFE INSURANCE COMPANY
GUARANTEED PRODUCTS
ATTN DREW EDWARD LAWTON, CEO
51 MADISON AVENUE
NEW YORK, NY 10010

NEW YORK LIFE INSURANCE COMPANY
GUARANTEED PRODUCTS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
9 WEST 57TH STREET
33 FLOOR
NEW YORK, NY 10019

NEW YORK LIFE INSURANCE COMPANY
GUARANTEED PRODUCTS
C/O NEW YORK LIFE INVESTMENT MANAGEMENT LLC
CT CORPORATION SYSTEM
11 EIGHTH AVENUE
NEW YORK, NY 10011

NEW YORK LIFE INSURANCE COMPANY GP
PORTABLE ALPHA
ATTN DREW EDWARD LAWTON, CEO
51 MADISON AVENUE
NEW YORK, NY 10010

NEW YORK LIFE INSURANCE COMPANY GP
PORTABLE ALPHA
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
4 NEW YORK PLAZA
NEW YORK, NY 10004

NEW YORK LIFE INSURANCE COMPANY GP
PORTABLE ALPHA
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
9 WEST 57TH STREET
33 FLOOR
NEW YORK, NY 10019

NEW YORK LIFE INSURANCE COMPANY GP
PORTABLE ALPHA
C/O NEW YORK LIFE INVESTMENT MANAGEMENT LLC
CT CORPORATION SYSTEM
11 EIGHTH AVENUE
NEW YORK, NY 10011

NIAGARA MOHAWK POWER CORPORATION
D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY, LLP
ATTN: SUSAN R KATZOFF, ESQ
ONE PARK PLACE, 300 SOUTH STATE STREET
SYRACUSE, NY 13202

NICHOLAS BECKER
220 S ALDER CREEK DR
ROMEOVILLE, IL 60446

NICHOLE BROWN
3425 FRONTIER ST
CHEYENNE, WY 82001-5934

NICOLE GARMISE
ATTN EDWARD A GENZ ESQ
C/O MONTENEGRO THOMPSON MONTENEGRO & GENZ PC
531 BURNT TAVERN RD
BRICK, NJ 08724

NIELSEN ONLINE
ATTN: CATHI LENIHAN
85 BROAD ST
NEW YORK, NY 10004

NIELSEN ONLINE
ATTN: RYAN RAMDASS
770 BROADWAY
8TH FLOOR
NEW YORK, NY 10003

NISCAYAH, INC
2400 COMMERCE AVE
BLDG 1100 STE # 500
DULUTH, GA 30096

NISCAYAH, INC
PO BOX 905539
CHARLOTTE, NC 28290-5539

NISM 2008 NO PHYSICAL FILES ARE CREATED
WEBB, BILLY
12026 CHRISTOPHERS WALK CT
HOUSTON, TX 77089-2151

NIVER, THEODORE J
2096 TIMBER TRL
NATIONAL CITY, MI 48748-9513

NJM INSURANCE CO
NJM
301 SULLIVAN WAY
WEST TRENTON, NJ 08628

NORBAC III INTERNATIONAL CO
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
4175 FREIDRICH LN STE 100
AUSTIN, TX 78744-1013

NORMA DANIELSON
4775 VILLAGE DR APT 228
GRAND LEDGE, MI 48837-8111

NORMA DANIELSON
5441 DUNE DRIFT DR
WEST OLIVE, MI 49460

NORTH AMERICAN PRODUCTS CORP
LOCK BOX # 1396
1396 PAYSPHERE CIR
CHICAGO, IL 60674-0013

NORTHWEST NATURAL GAS OR
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 6017
PORTLAND, OR 97228-6017

NYC DEPT OF FINANCE PARKING VIOLATIONS
CITY OF NEW YORK, DEPT OF FINANCE
59 MAIDEN LANE, 28TH FL
NEW YORK, NY 10038

OAK HILL CR OPP FIN LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OAK HILL CREDIT OPPORTUNITIES MASTER FUND, LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OAK HILL CREDIT OPPORTUNITIES MASTER FUND, LTD.
C/O INTERTRUST SPV (CAYMAN) LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
2190 ELGIN AVENUE
GEORGE TOWN, KY1-9005, CAYMAN ISLANDS

OAK HILL CREDIT PARTNERS II LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OAK HILL CREDIT PARTNERS III LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OAK HILL CREDIT PARTNERS IV LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OAK HILL CREDIT PARTNERS V LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OAK HILL CREDIT PARTNERS V LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
OAK HILL CREDIT PTNRS V, LTD C/O MAPLES FIN LTD
PO BOX 1093GT BOUNDARY HALL, CRICKET SQ
GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS

OAKTREE - BILL & MELINDA GATES FOUNDATION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
117 EAST COLORADO BLVD.
KIRKLAND, WA 91105

OAKTREE - BILL & MELINDA GATES FOUNDATION TRUST
ATTN SUE DESMOND-HELLMANN
CHIEF EXEUCTIVE OFFICER
500 FIFTH AVENUE NORTH
SEATTLE, WA 98109

OAKTREE - BILL & MELINDA GATES FOUNDATION TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE - BILL & MELINDA GATES FOUNDATION TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE - EMPLOYEES RETIREMENT FUND
OF THE CITY OF DALLAS
ATTN CHERYL ALSTON, EXECUTIVE DIRECTOR
EMPLOYEES' RETIREMENT FUND OF DALLAS
600 N. PEARL ST., SUITE 2450
DALLAS, TX 75201

OAKTREE - EMPLOYEES RETIREMENT FUND
OF THE CITY OF DALLAS
ATTN MIKE RAWLINGS, MAYOR
CITY OF DALLAS
1500 MARILLA STREET
DALLAS, TX 75201-0639

OAKTREE - EMPLOYEES RETIREMENT FUND
OF THE CITY OF DALLAS
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE - EMPLOYEES RETIREMENT FUND
OF THE CITY OF DALLAS
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE - EMPLOYEES RETIREMENT FUND
OF THE CITY OF DALLAS
CARLA D. BREWER, CHAIRMAN OF BOARD OF TRUSTEES
EMPLOYEES' RETIREMENT FUND OF DALLAS
600 NORTH PEARL STREET, SUITE 2450, SOUTH TOWER
DALLAS, TX 75201-7415

OAKTREE - HIGH YIELD FUND II, LP
ATTN JAY WINTROB
CHIEF EXECUTIVE OFFICER
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE - HIGH YIELD FUND II, LP
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE - HIGH YIELD LP
ATTN JAY WINTROB
CHIEF EXECUTIVE OFFICER
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE - HIGH YIELD LP
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE - HIGH YIELD PLUS FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE - HIGH YIELD PLUS FUND LP
CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD SUITE 400
WILMINGTON, DE 19808

OAKTREE - INTRNTL PAPER CO.
COMMINGLED INVESTMENT GROUP TRUST
ATTN JOHN V. FARACI, CHIEF EXECUTIVE OFFICER
INTRNTL PAPER COMPANY
6400 POPLAR AVENUE
MEMPHIS, TN 38197

OAKTREE - INTRNTL PAPER CO.
COMMINGLED INVESTMENT GROUP TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE - INTRNTL PAPER CO.
COMMINGLED INVESTMENT GROUP TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE - PACIFIC GAS & ELECTRIC POST RET MED
TRUST FOR NON-MGT EMP & RETIREES
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE - PACIFIC GAS & ELECTRIC POST RET MED
TRUST FOR NON-MGT EMP & RETIREES
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE - PACIFIC GAS & ELECTRIC POST RET MED
TRUST FOR NON-MGT EMP & RETIREES
LINDA Y. H. CHENG, VP, CORP GOV., CORP SECY
PG&E CORPORATION
77 BEALE ST 32ND FL
SAN FRANCISCO, CA 94105

OAKTREE - SAN DIEGO COUNTY
EMPLOYEES RETIREMENT ASSOCIATION
ATTN DAVID WESCOE, INTERIM CHIEF EXECUTIVE OFFICER
2275 RIO BONITO WAY, SUITE 200
SAN DIEGO, CA 92108-1685

OAKTREE - SAN DIEGO COUNTY
EMPLOYEES RETIREMENT ASSOCIATION
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE - TMCT LCC
ATTN WARREN B WILLIAMSON
AGENT FOR SERVICE OF PROCESS
350 W COLORADO BLVD STE 230
PASADENA, CA 91105

OAKTREE - TMCT LCC
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE CAPITAL MANAGEMENT
CENTRAL STATES SE AND SW AREA PENS PLAN
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE CAPITAL MANAGEMENT HIGH YIELD TRUST
ATTN JAY WINTROB
CHIEF EXECUTIVE OFFICER
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE GENERAL BOARD OF PENSION & HEALTH BENEFITS
OF THE UN METHODIST CHURCH INC.
ATTN BARBARA BOIGEGRAIN, GEN SECY & CEO
GEN BOARD OF PNSN & HEALTH BENEFITS OF THE
UN METHODIST CHURCH, 1901 CHESTNUT AVENUE
GLENVIEW, IL 60025-1604

OAKTREE GENERAL BOARD OF PENSION & HEALTH BENEFITS
OF THE UN METHODIST CHURCH INC.
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE LOAN FUND 2X (CAYMAN), LP
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE LOAN FUND, LP
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE SENIOR LOAN FUND, LP
CORPORATION SERVICE CO
2711 CENTERVILLE RD SUITE 400
WILMINGTON, DE 19808

OAKTREE - SAN DIEGO COUNTY
EMPLOYEES RETIREMENT ASSOCIATION
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE - TMCT LCC
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE CAPITAL MANAGEMENT
CENTRAL STATES SE AND SW AREA PENS PLAN
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE CAPITAL MANAGEMENT
CENTRAL STATES SE AND SW AREA PENS PLAN
THOMAS C. NYHAN, EXECUTIVE DIRECTOR
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018-4938

OAKTREE CAPITAL MANAGEMENT HIGH YIELD TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OAKTREE GENERAL BOARD OF PENSION & HEALTH BENEFITS
OF THE UN METHODIST CHURCH INC.
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE LOAN FUND 2X (CAYMAN), LP
ATTN JAY WINTROB
CHIEF EXECUTIVE OFFICER
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE LOAN FUND, LP
ATTN JAY WINTROB
CHIEF EXECUTIVE OFFICER
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE SENIOR LOAN FUND, LP
ATTN JAY WINTROB
CHIEF EXECUTIVE OFFICER
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE-DAIMLERCHRYSLER CORPORATION
MASTER RETIREMENT TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

OAKTREE-DAIMLERCHRYSLER CORPORATION
MASTER RETIREMENT TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OAKTREE-DAIMLERCHRYSLER CORPORATION
MASTER RETIREMENT TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OBRIEN, JENNIFER
111 LINDEN STREET
ROCKVILLE CENTRE, NY 11570

OBRIEN, JENNIFER
C/O EDELMAN KRASIN & JAYE PLLC
1 OLD COUNTRY RD STE 210
CARLE PLACE, NY 11514-1845

OCE FINANCIAL SERVICES INC
ATTN LEGAL DEPT
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

OCE FINANCIAL SERVICES INC
ATTN: LEGAL DEPT
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

OCE NORTH AMERICA INC
ATTN  LEE ANN PETERICK
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

OCM - IBM PERSONAL PENSION PLAN
ATTN VIRGINIA M. ROMETTY
CHIEF EXECUTIVE OFFICER
IBM CORPORATION
1 NEW ORCHARD ROAD
ARMONK, NY 10504-1722

OCM - IBM PERSONAL PENSION PLAN
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OCM - IBM PERSONAL PENSION PLAN
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OCM-PACIFIC GAS & ELECTRIC COMPANY
RETIREMENT PLAN MASTER TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OCM-PACIFIC GAS & ELECTRIC COMPANY
RETIREMENT PLAN MASTER TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OCM-PACIFIC GAS & ELECTRIC COMPANY
RETIREMENT PLAN MASTER TRUST
LINDA Y. H. CHENG, VP, CORP GOV., CORP SECY
PG&E CORPORATION
77 BEALE ST 32ND FL
SAN FRANCISCO, CA 94105

OCM-THE STATE TEACHERS RETIREMENT SYSTEM OF OHIO
ATTN DAMON F. ASBURY
EXECUTIVE DIRECTOR
275 EAST BROAD STREET
COLUMBUS, OH 43215-3771

OCM-THE STATE TEACHERS RETIREMENT SYSTEM OF OHIO
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OCM-THE STATE TEACHERS RETIREMENT SYSTEM OF OHIO
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

OCM-WM POOL HIGH YIELD FIXED INTEREST TRUST
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

OCTAGON INVESTMENT PARTNERS XI LTD.
C/O MAPLES FINANCE SERVICES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1093 QUEENSGATE HOUSE S CHURCH ST
GEORGE TOWN KY1-1102, CAYMAN ISLANDS

OESTERREICHISCHE VOLKSBANKEN AG
ATTN: STEPHAN KOREN
CHIEF EXECUTIVE OFFICER
KOLINGASSE 14-16
VIENNA, VIENNA 1090 AUSTRIA

OGILVY RENAULT LLP
200 BAY ST STE 3800
SOUTH TOWER
TORONTO CANADA ON M5J 2Z4 CANADA

OGLETREE DEAKINS NASH SMOAK & STEWART P C
ATTN: MARSHA PHILLIPS
918 S PLEASANTBURG DR
PO BOX 167
GREENVILLE, SC 29602

OHA CAP SOL FIN ONSHORE LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OHIO POLICE & FIRE PENSION FUND
ATTN JOHN J GALLAGHER
EXECUTIVE DIRECTOR
140 EAST TOWN STREET
COLUMBUS, OH 43215

OHIO POLICE & FIRE PENSION FUND
ATTN MIKE DEWINE
OHIO ATTORNEY GENERAL
30 E. BROAD ST., 14TH FLOOR
COLUMBUS, OH 43215

OHSF FINANCING LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OLIVIA PALMER
348 HIGHLAND RD
PITTSBURGH, PA 15235

ONEX DEBT OPPORTUNITY FD LTD.
ATTN STEVEN GUTMAN
GENERAL COUNSEL & CHIEF COMPLIANCE OFFICER
ONEX CREDIT PARTNERS LLC
910 SYLVAN AVE, STE 100
ENGLEWOOD CLIFFS, NJ 07632

ONONDAGA COUNTY NEW YORK
KEVIN C MURPHY ESQ
THE WLADIS LAW FIRM PC
5795 WIDEWATERS PKWY, PO BOX 245
SYRACUSE, NY 13214

OPTIONS PRICE REPORTING AUTHORITY
ATTN: JULIE MENTON
400 S LA SALLE
CHICAGO, IL 60605

OTERO, ROBERT
2216 RIO PINAR LAKES BLVD
ORLANDO, FL 32822

OHA CAP SOL FIN OFSHORE LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OHA PARK AVENUE CLO I LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OHIO POLICE & FIRE PENSION FUND
ATTN MARY BETH FOLEY
GENERAL COUNSEL
140 EAST TOWN STREET
COLUMBUS, OH 43215

OHIO POLICE & FIRE PENSION FUND
ATTN SCOTT HUFF
CHAIR BOARD OF TRUSTEES
140 EAST TOWN STREET
COLUMBUS, OH 43215

OHSF II FINANCING LTD.
ATTN GLENN R. AUGUST
CHIEF EXECUTIVE OFFICER
OAK HILL ADVISORS, L.P.
1114 AVENUE OF THE AMERICAS, 27TH FL
NEW YORK, NY 10036

OMNI CONTROLS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
23192 COMMERCE DR
FARMINGTON HILLS, MI 48335-2722

ONIEL, PATTY
ONIEL, PATTY (PATTI)
839 PINEWOOD CIR
PRICE, UT 84501-2016

ONONDAGA COUNTY NEW YORK
LUIS MENDEZ SR DEPUTY COUNTY ATTORNEY
JOHN H MULROY CIVIC CENTER 10TH FLOOR
421 MONTGOMERY STREET
SYRACUSE, NY 13202

OSCAR W LARSON CO
10100 DIXIE HIGHWAY
CLARKSTON, MI 48348

OVERSTREET CATHY SUE
OVERSTREET, CATHY SUE
PO BOX 603
NATCHITOCHES, LA 71458-0603

OW FUNDING LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE
87 MARY STREET
GRAND CAYMAN KY1-9002, GEORGE TOWN, CAYMAN ISLANDS

OW FUNDING LTD.
VOLUNTARY LIQUIDATOR
190 ELGIN AVENUE, GEORGE TOWN
GRAND CAYMAN KY1-9005, CAYMAN ISLANDS

OWENS-ILLINIOS INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
400 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI 48075-1505

PACIFIC GAS & ELECTRIC COMP CA
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 997300
SACRAMENTO, CA 95899-7300

PALMERI, LOUIS
105 W 6TH ST
BAY MINETTE, AL 36507-4446

PARNASS, LUIS
1272 BONSAI CIR
CORONA, CA 92882-8346

PARNASS, LUIS
5691 E HOMECOMING CIR #A
EASTVALE, CA 91752

PATRICIA BUSHEY
816 TURTLE CREEK DR
ROGERS, AR 72756-2016

PATTEN ADRIEN
PATTEN, ADRIEN
STATE FARM
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240-2172

PENN POWER A FIRST ENERGY COM
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 3687
AKRON, OH 44309-3687

PENNINGTON ROBERT
PENNINGTON, ROBERT
STATE FARM INSURANCE
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240-2172

PENNSYLVANIA-AMERICAN WTR COMP
PO BOX 578
ALTON, IL 62002

PENSION INV COMMITTEE OF GM FOR GM
EMPLOYEES DOMESTIC GROUP PENSION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET
BOSTON, MA 02109

PENSION INV COMMITTEE OF GM FOR GM
EMPLOYEES DOMESTIC GROUP PENSION TRUST
SCOTT COUTO
FIDELITY INV INST SVCS COMPANY, INC.
245 SUMMER ST
BOSTON, MA 02210

PEREGRINA, BRIANA
1168 BIRKS LN
VIRGINIA BEACH, VA 23464-5830

PERFECT PREFORMANCE PRODUCTS INC
2501 LUDELLE ST
FORT WORTH, TX 76105-1036

PETROCCI, DANE
ALI PAPPAS & COX P.C.
614 JAMES ST STE 100
SYRACUSE, NY 13203-2683

PHENOMENEX INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
411 MADRID AVE
TORRANCE, CA 90501-1430

PHILADELPHIA PARKING AUTHORITY
ATTN: NORMA FOGEL
3101 MARKET STREET
PHILADELPHIA, PA 19104

PHILLIPS DAVIS, CONNIE
COSKY FRANCIS A
1714 BANNARD ST STE 1
CINNAMINSON, NJ 08077-1842

PHILLIPS, JAMES
PO BOX 1451
INDIANOLA, MS 38751

PHOENIX EDGE SERIES FUND PHOENIX
MULTI SECTOR SHORT TERM BOND SERIES
ATTN JAMES D. WEHR, PRESIDENT & CEO
ONE AMERICAN ROW
HARTFORD, CT 06115

PHOENIX EDGE SERIES FUND PHOENIX
MULTI SECTOR SHORT TERM BOND SERIES
THE PHOENIX COMPANIES, INC.
C/O THE CORPORATION TRUST COMPANY
1209 N. ORANGE STREET
WILMINGTON, DE 19801

PHOENIX EDGE SRS-MULTI-SECTOR FIXED INCOME SERIES
ATTN JAMES D. WEHR, PRESIDENT & CEO
ONE AMERICAN ROW
HARTFORD, CT 06115

PHOENIX EDGE SRS-MULTI-SECTOR FIXED INCOME SERIES
THE PHOENIX COMPANIES, INC.
C/O THE CORPORATION TRUST COMPANY
1209 N. ORANGE STREET
WILMINGTON, DE 19801

PIEDMONT NATURAL GAS COMPANY
ATTN:   CBO/BANKRUPTCY
4339 S TRYON STREET
CHARLOTTE, NC 28217-1733

PIMCO - ST LUKE EPISCOPAL HEALTH SYSTEM FOUNDATION
ATTN DOUGLAS MICHAEL HODGE, CEO
PIMCO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO - ST LUKE EPISCOPAL HEALTH SYSTEM FOUNDATION
ATTN ELENA M. MARKS
PRESIDENT AND CHIEF EXECUTIVE OFFICER
EPISCOPAL HEALTH FOUNDATION
500 FANNIN ST. SUITE 300
HOUSTON, TX 77002

PIMCO 1464-FREESCALE SEMICONDUCTOR INC.
RETIREMENT SAVINGS
ATTN DOUGLAS MICHAEL HODGE
CHIEF EXECUTIVE OFFICER
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO 1464-FREESCALE SEMICONDUCTOR INC.
RETIREMENT SAVINGS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FREESCALE SEMICONDUCTOR INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

PIMCO 1464-FREESCALE SEMICONDUCTOR INC.
RETIREMENT SAVINGS
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO 1641-SIERRA PACIFIC RESOURCES
DEFINED BEN MSTR TR
ATTN DOUGLAS MICHAEL HODGE
CHIEF EXECUTIVE OFFICER
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO 1641-SIERRA PACIFIC RESOURCES
DEFINED BEN MSTR TR
C/O NV ENERGY, INC.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
6226 WEST SAHARA AVENUE
LAS VEGAS, NV 89146

PIMCO 1641-SIERRA PACIFIC RESOURCES
DEFINED BEN MSTR TR
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO FAIRWAY LOAN FUNDING COMPANY
ATTN DOUGLAS MICHAEL HODGE
CEO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO FAIRWAY LOAN FUNDING COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FAIRWAY LOAN FUNDING COMPANY
C/O MAPLESFS LIMITED, P.O. BOX 1093, BOUNDARY HALL, CRICKET SQUARE
GRAND CAYMAN, KY1-1102, CAYMAN ISLANDS

PIMCO FAIRWAY LOAN FUNDING COMPANY
C/O FAIRWAY LOAN FUNDING (DELAWARE) CORP.
(FILE NUMBER 9109927)
DONALD J. PUGLISI, PUGLISI & ASSOCIATES
850 LIBRARY AVE, SUITE 204
NEWARK, DE 19711

PIMCO FAIRWAY LOAN FUNDING COMPANY
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO2244 - VIRGINIA RETIREMENT SYSTEM
ATTN DOUGLAS MICHAEL HODGE
CEO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO2244 - VIRGINIA RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1111 E. MAIN STREET
RICHMOND, VA 23219-3531

PIMCO2244 - VIRGINIA RETIREMENT SYSTEM
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO2496-FLTG RT INC FD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PIMCO INCOME STRATEGY FUND II
1633 BROADWAY
NEW YORK, NY 10019

PIMCO2497-FLTG RT STRT FD
ATTN DOUGLAS MICHAEL HODGE
CEO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO2497-FLTG RT STRT FD
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO2603 - RED RIVER HYPI LP
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO3813 - PIMCO CAYMAN BANK LOAN FUND
C/O BROWN BROTHERS HARRIMAN TRUST CO (CAYMAN) LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 2330, BUTTERFIELD HOUSE FORT STREET
GEORGE TOWN KY1-1106 CAYMAN ISLANDS

PIMCO400-STOCKS PLUS SUB FUND B LLC
ATTN DOUGLAS MICHAEL HODGE
CEO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO6819 PORTOLA CLO LTD.
ATTN DOUGLAS MICHAEL HODGE
CEO
PIMCO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO6819 PORTOLA CLO LTD.
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO700-FD TOT RTN FD
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO2496-FLTG RT INC FD
ATTN DOUGLAS MICHAEL HODGE
CEO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO2496-FLTG RT INC FD
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO2497-FLTG RT STRT FD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PIMCO INCOME STRATEGY FUND II
1633 BROADWAY
NEW YORK, NY 10019

PIMCO2603 - RED RIVER HYPI LP
ATTN DOUGLAS MICHAEL HODGE
CEO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO3813 - PIMCO CAYMAN BANK LOAN FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO3813 - PIMCO CAYMAN BANK LOAN FUND
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO400-STOCKS PLUS SUB FUND B LLC
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PIMCO6819 PORTOLA CLO LTD.
C/O WALKERS SPV LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE, 87 MARY STREET
GEORGE TOWN, GRAND CAYMAN KY1-9002, CAYMAN ISLANDS

PIMCO700-FD TOT RTN FD
ATTN DOUGLAS MICHAEL HODGE
CEO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO706-PRIVATE HIGH YIELD PORTFOLIO
ATTN DOUGLAS MICHAEL HODGE
CEO
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIMCO706-PRIVATE HIGH YIELD PORTFOLIO
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

PINE JEFFREY
PINE, JEFFREY
699 SILVER SANDS RD
EAST HAVEN, CT 06512-4635

PIONEER METAL FINISHING CORP
PO BOX 28440
GREEN BAY, WI 54324-0440

PITTMAN, ELOUISE
4934 WEST STREET
APT 1
FOREST PARK, GA 30297

PITTMAN, ELOUISE
PITTMAN, ELOUISE
404 GLEN IRIS DR NE
ATLANTA, GA 30308-2919

PLI LLC
1509 RAPIDS DRIVE
RACINE, WI 53404-2383

PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND
ATTN WILLIAM T SWEENEY, JR.
ADMINISTRATOR FOR THE TRUSTEES
103 ORONOCO STREET
ALEXANDRIA, VA 22314

PNC EQUIPMENT FINANCE, LLC
LISA M MOORE, VP
995 DALTON AVE
CINCINNATI, OH 45203

PNC FINANCIAL SERVICES GROUP, INC.
ATTN DEMCHAK WILLIAM, CEO
PNC NATIONAL BANK
ONE PNC PLAZA
249 FIFTH AVENUE
PITTSBURGH, PA 15222-2707

PORTOLA CLO LTD.
C/O WALKERS SPV LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE, 87 MARY STREET
GEORGE TOWN, GRAND CAYMAN KY1-9002, CAYMAN ISLANDS

POWER LUBE INJECTION INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 4051
RACINE, WI 53404

POWER-MOTION SALES INC
C/O BLUE HERON MICRO OPPORTUNITIES FUND,
CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH,, SC 29587

POWERS, SCOTT
6612 183RD ST
CHIPPEWA FALLS, WI 54729-6435

PRECISION LABEL SPECIALIST INC
4887 HIGHLAND RD
WATERFORD, MI 48328-1141

PRIDEMORE, ALEXY
PRIDEMORE, ALEXY
11966 OLD MILL RD
ENGLEWOOD, OH 45322-9723

PRIMUS CLO I LTD.
C/O WALKERS SPV LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE, 87 MARY STREET
GEORGE TOWN, GRAND CAYMAN KY1-9002, CAYMAN ISLANDS

PRIMUS CLO II LTD.
C/O WALKERS SPV LIMITED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE, 87 MARY STREET
GEORGE TOWN, GRAND CAYMAN KY1-9002, CAYMAN ISLANDS

PRINCETON ROSEDALE CLO II LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PRINCETON ADVISORY GROUP
4428 ROUTE 27 BUILDING C, UNIT 1
BOX 89
KINGSTON, NJ 08528-0089

PRINCETON ROSEDALE CLO II LTD.
C/O JPM CREDIT ADVISORS LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
3440 PRESTON RIDGE ROAD
SUITE 350
ALPHARETTA, GA 30005

PRINCETON ROSEDALE CLO II LTD.
ROSEDALE CLO II LLC
ATTN DONALD J. PUGLISI
PUGLISI & ASSOCIATES
850 LIBRARY AVE, STE 204
NEWARK, DE 19711

PROTECTION ONE
C/O CREDITORS BANKRUPTCY SERVICE
P O BOX 740933
DALLAS, TX 75374

PURE HEALTH SOL / DOLPHIN CAPITAL
PO BOX 644006
CINCINNATI, OH 64406

PURE HEALTH SOL / DOLPHIN CAPTIAL
PO BOX 644006
CINCINNATI, OH 64406

PUREWATER DYNAMICS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
30 KALAMATH ST
DENVER, CO 80223-1550

PUTNAM 29X-FUNDS TRUST FLOATING RATE INCOME FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PUTNAM INVESTMENTS, INVESTORS WAY
1 INVESTORS WAY
NORWOOD, MA 02062

PUTNAM 29X-FUNDS TRUST FLOATING RATE INCOME FUND
ATTN ROBERT REYNOLDS
PRESIDENT GREAT WEST LIFECO US HOLDINGS
& CEO OF PUTNAM INVESTMENTS LLC
ONE POST OFFICE SQUARE
BOSTON, MA 02109

PUTNAM 29X-FUNDS TRUST FLOATING RATE INCOME FUND
PUTNAM INVESTMENTS LLC
C/O CT CORPORATION SYSTEM
155 FEDERAL ST., STE 700
BOSTON, MA 02110

PYRAMIS FLOATING RATE HIGH INCOME COMMINGLED POOL
ATTN JEFFREY LAGARCE
PRESIDENT OF PRYAMIS GLOBAL ADVISORS
PYRAMIS GLOBAL ADVISORS TRUST CO.
53 STATE STREET
BOSTON, MA 02109

PYRAMIS FLOATING RATE HIGH INCOME COMMINGLED POOL
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FMR LLC
82 DEVONSHIRE STREET - V13H
BOSTON, MA 02109

PYRAMIS FLOATING RATE HIGH INCOME COMMINGLED POOL
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PYRAMIS GLOBAL ADVISORS U.S.
900 SALEM STREET
SMITHFIELD, RI 02917

PYRAMIS HI YLD BD COMNGL POOL
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PYRAMIS GLOBAL ADVISORS TRUST CO.
53 STATE STREET
BOSTON, MA 02109

PYRAMIS HI YLD BD COMNGL POOL
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PYRAMIS GLOBAL ADVISORS U.S.
900 SALEM STREET
SMITHFIELD, RI 02917

PYRAMIS HI YLD BD COMNGL POOL
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PYRAMIS HIGH YIELD FUND, LLC
245 SUMMER STREET
BOSTON, MA 02210-1133

PYRAMIS HIGH YIELD FUND LLC
ATTN JEFFREY LAGARCE
PRESIDENT OF PRYAMIS GLOBAL ADVISORS
PYRAMIS GLOBAL ADVISORS TRUST CO.
53 STATE STREET
BOSTON, MA 02109

PYRAMIS HIGH YIELD FUND LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FMR LLC
82 DEVONSHIRE STREET - V13H
BOSTON, MA 02109

PYRAMIS HIGH YIELD FUND LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PYRAMIS GLOBAL ADVISORS U.S.
900 SALEM STREET
SMITHFIELD, RI 02917

QUARLES & BRADY LLP
411 E WISCONSIN AVE
MILWAUKEE, WI 53202-4461

QUASAR INDUSTRIES INC
1911 NORTHFIELD DR
ROCHESTER HILLS, MI 48309-3824

R & J TRUCKING CO INC
8063 SOUTHERN BLVD
BOARDMAN, OH 44512-6306

R G SMITH CO INC
1249 DUEBER AVE SW
CANTON, OH 44706-1635

R L POLK & CO
26533 EVERGREEN RD
STE 900
SOUTHFIELD, MI 48076-4249

R L POLK & CO
26955 NORTHWESTERN HWY
SOUTHFIELD, MI 48034

R M WRIGHT COMPANY
23910 FREEWAY PARK DR
MOVED PER LTR 04/10/03
FARMINGTON HILLS, MI 48335-2816

R3 CAPITAL PARTNERS MASTER LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

R3 CAPITAL PARTNERS MASTER LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKER HOUSE
87 MARY STREET
GEORGE TOWN, KY1-9002 CAYMAN ISLANDS

RABURN, BARBARA
2434 18TH AVE N
ST PETERSBURG, FL 33713-4906

RABY, MAGGIE
5655 OLD PARIS MURRAY RD
PARIS, TN 38242-7258

RACE POINT II CLO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
JPMORGAN CHASE BANK, AS TRUSTEE
600 TRAVIS STREET
50TH FLOOR
HOUSTON, TX 77002

RACE POINT III CLO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
7 EXCHANGE PLACE
IFSC 1ST FLOOR
DUBLIN, IE 1 IRELAND

RACE POINT IV CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
591 BROADWAY
6TH FLOOR
NEW YORK, NY 10012

RACE POINT IV CLO LTD.
C/O SANKATY ADVISORS LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 CLARENDON STREET
BOSTON, MA 02116-5021

RACHEL L BOODRAM
7500 ROSWELL ROAD
UNIT 67
SANDY SPRINGS, GA 30350

RAMIREZ JEANETTE
RAMIREZ, JEANETTE
15594 MALLORY CT.
MOORPARK, CA 93021-3250

RASMUSSEN SITE REMEDIATION GROUP
ATTN: BASF CORPORATION
100 CAMPUS DRIVE, F-410
FLORHAM PARK, NJ 07932

RASMUSSEN SITE REMEDIATION GROUP
ATTN: CNA HOLDINGS, LLC
1601 W. LBJ FREEWAY
DALLAS, TX 75234

RASMUSSEN SITE REMEDIATION GROUP
ATTN: DETREX CORPORATION
24901 NORTHWESTERN HWY, SUITE 410
SOUTHFIELD, MI 48075

RASMUSSEN SITE REMEDIATION GROUP
ATTN: FORD MOTOR COMPANY
1 AMERICAN ROAD
DEARBORN, MI  4812

RASMUSSEN SITE REMEDIATION GROUP
ATTN: JOHNSON CONTROLS, INC.
5757 N. GREEN BAY AVENUE
MILWAUKEE, WI 53209

RASMUSSEN SITE REMEDIATION GROUP
ATTN: KELSEY-HAYES COMPANY
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

RASMUSSEN SITE REMEDIATION GROUP
ATTN: TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

RASMUSSEN SITE REMEDIATION GROUP
GONZALEZ SAGGIO & HARLAN, LLP C/O NED WITTE
225 EAST MICHIGAN STREET
FOURTH FLOOR
MILWAUKEE, WI 53202

RAYTHEON MPT-LOGAN FLOATING RATE PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
135 SANTILLI HIGHWAY
EVERETT, MA 02149

RAYTHEON MPT-LOGAN MID GRADE PORTFOLIO
ATTN DR. THOMAS A. KENNEDY
CHAIRMAN & CEO
RAYTHEON CO,
870 WINTER STREET
WALTHAM, MA 02451

RAYTHEON MPT-LOGAN MID GRADE PORTFOLIO
RAYTHEON CO.
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

RBC DEXIA INVESTOR SERVICES TRUST
AS TRUSTEE FOR GM CANADA FOREIGN TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
RBC DEXIA INVESTOR SERVICES TRUST
200 BAY STREET, 21ST FLOOR, TORONTO, M5J2J5 CANADA

REAMS - AGILITY GLOBAL FIXED INCOME MASTER FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
767 FIFTH AVENUE
4TH FLOOR
NEW YORK, NY 10153

REAMS - AGILITY GLOBAL FIXED INCOME MASTER FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - AMERICAN PRESIDENT LINES LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
AMERICAN PRESIDENT LINES LTD.
1111 BROADWAY
OAKLAND, CA 94607

REAMS - BALTIMORE COUNTY RETIREMENT
ATTN JOSEPH H. ZERHUSEN, CHAIR
BALTIMORE COUNTY RETIREMENT SYSTEM
400 WASHINGTON AVENUE
ROOM 169
TOWSON, MD 21204

REAMS - BILL & MELINDA GATES FOUNDATION
ATTN CONNIE COLLINGSWORTH
GENERAL COUNSEL
BILL AND MELINDA GATES FOUNDATION
500 FIFTH AVENUE NORTH
SEATTLE, WA 98109

RAYTHEON MPT-LOGAN FLOATING RATE PORTFOLIO
ATTN DR. THOMAS A. KENNEDY
CHAIRMAN & CEO
RAYTHEON CO,
870 WINTER STREET
WALTHAM, MA 02451

RAYTHEON MPT-LOGAN FLOATING RATE PORTFOLIO
RAYTHEON CO.
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

RAYTHEON MPT-LOGAN MID GRADE PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
135 SANTILLI HIGHWAY
EVERETT, MA 02149

RBC DEXIA INV SVCS TR AS TR FOR GM CA FOREIGN TR
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
RBC DEXIA INVESTOR SERVICES TRUST
201 BAY STREET, SOUTH TOWER SL LEVEL
TORONTO, M5J2J5, CANADA

REALTY ASSOCIATES IOWA CORPORATION
ATTN ROBERT E GREENBERG ESQ
FRIEDLANDER MISLER PLLC
1101 17TH STREET NW SUITE 700
WASHINGTON, DC 20036

REAMS - AGILITY GLOBAL FIXED INCOME MASTER FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - AMERICAN PRESIDENT LINES LTD.
ATTN KENNETH GLENN, PRESIDENT
AMERICAN PRESIDENT LINES LTD.
16220 NORTH SCOTTSDALE ROAD
SUITE 300
SCOTTSDALE, AZ 85254

REAMS - AMERICAN PRESIDENT LINES LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - BALTIMORE COUNTY RETIREMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202-0727

REAMS - BILL & MELINDA GATES FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - BILL & MELINDA GATES FOUNDATION
ATTN SUE DESMOND-HELLMAN
CHIEF EXECUTIVE OFFICER
BILL AND MELINDA GATES FOUNDATION
500 FIFTH AVENUE NORTH
SEATTLE, WA 98109

REAMS - BILL & MELINDA GATES FOUNDATION TRUST
ATTN CONNIE COLLINGSWORTH
GENERAL COUNSEL
BILL AND MELINDA GATES FOUNDATION
500 FIFTH AVENUE NORTH
SEATTLE, WA 98109

REAMS - BILL & MELINDA GATES FOUNDATION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - BILL & MELINDA GATES FOUNDATION TRUST
ATTN SUE DESMOND-HELLMAN
CHIEF EXECUTIVE OFFICER
BILL AND MELINDA GATES FOUNDATION
500 FIFTH AVENUE NORTH
SEATTLE, WA 98109

REAMS - BOARD OF PEN PRESBYTERIAN CHURCH
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - BOARD OF PEN PRESBYTERIAN CHURCH
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - BOARD OF PEN PRESBYTERIAN CHURCH
ATTN REV. FRANK CLARK SPENCER
PRESIDENT
2000 MARKET STREET
PHILADELPHIA, PA 19103-3298

REAMS - BUILDING TRADES UNITED PENSION TRUST
ATTN DOUGLAS CARLSON
CHAIRMAN
500 ELM GROVE ROAD
P.O. BOX 530
ELM GROVE, WI 53122-0530

REAMS - BUILDING TRADES UNITED PENSION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 666
COLUMBUS, IN 47202

REAMS - BUILDING TRADES UNITED PENSION TRUST
C/O PREVIANT LAW FIRM
1555 N RIVER CENTER DR.
SUITE 202
MILWAUKEE, WI 53212

REAMS - BUILDING TRADES UNITED PENSION TRUST
C/O QUARLES & BRADY LLP
411 EAST WISCONSIN AVE
MILWAUKEE, WI 53202-4497

REAMS - BUILDING TRADES UNITED PENSION TRUST
C/O SCOTT ENGROFF LLC
250 WEST COVENTRY COURT
SUITE 111
MILWAUKEE, WI 53217

REAMS - CARPENTERS PENSION FUND
OF ILLINOIS PENSION PLAN
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - CARPENTERS PENSION FUND
OF ILLINOIS PENSION PLAN
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - CARPENTERS PENSION FUND
OF ILLINOIS PENSION PLAN
C/O INDEPENDENT EMPLOYEE BENEFIT CORP
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
28 N. FIRST STREET, SUITE 201
GENEVA, IL 60134-2285

REAMS - CARPENTERS PENSION FUND OF ILLINOIS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - CARPENTERS PENSION FUND OF ILLINOIS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - CARPENTERS PENSION FUND OF ILLINOIS
C/O INDEPENDENT EMPLOYEE BENEFIT CORP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
28 N. FIRST STREET, SUITE 201
GENEVA, IL 60134-2285

REAMS - CHILDREN'S HOSPITAL PHILADELPHIA
ATTN JEFFREY D. KAHN, EXEC VP AND GENERAL COUNSEL
CHILDREN'S HOSPITAL OF PHILADELPHIA
34TH STREET & CIVIC CENTER BLVD.
PHILADELPHIA, PA 19104-4399

REAMS - CHILDREN'S HOSPITAL PHILADELPHIA
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - CHILDREN'S HOSPITAL PHILADELPHIA
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - CHILDREN'S HOSPITAL PHILADELPHIA
ATTN STEVEN M. ALTSCHULER MD, CEO
CHILDREN'S HOSPITAL OF PHILADELPHIA
34TH STREET & CIVIC CENTER BLVD.
PHILADELPHIA, PA 19104-4399

REAMS - COLUMBUS EXTENDED MARKET FUND LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - COLUMBUS EXTENDED MARKET FUND LLC
C/O REAMS UNCONSTRAINED BOND FUND, LLC
ATTN DAVID B. MCKINNEY, PRESIDENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - CONNECTICUT GENERAL LIFE INSURANCE COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
CONNETICUT GEN LIFE INSURANCE COMPANY INC.
900 COTTAGE GROVE ROAD
BLOOMFIELD, CT 06002-2920

REAMS - CONNECTICUT GENERAL LIFE INSURANCE COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - CONNECTICUT GENERAL LIFE INSURANCE COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - CUMMINS INC. &
AFFILIATES COLLECTIVE INVESTMENT TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - CUMMINS INC. &
AFFILIATES COLLECTIVE INVESTMENT TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - CUMMINS INC. &
AFFILIATES COLLECTIVE INVESTMENT TRUST
N. THOMAS LINEBARGER CEO
CUMMINS INC.
500 JACKSON STREET
COLUMBUS, IN 47201

REAMS - DUCHOSSOIS IND INC.
ATTN CRAIG J. DUCHOSSOIS
CHIEF EXECUTIVE OFFICER
845 LARCH AVENUE
ELMHURST, IL 60125-0000

REAMS - DUCHOSSOIS IND INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - DUCHOSSOIS IND INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - EIGHT DISTRICT ELECTRICAL PENSION FUND
ATTN MR. RODNEY JAMES, CHAIRMAN
EIGHTH DISTRICT ELECTRICAL PENSION FUND
2821 SOUTH PARKER ROAD
SUITE 1005
AURORA, CO 80014-2714

REAMS - EIGHT DISTRICT ELECTRICAL PENSION FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - EIGHT DISTRICT ELECTRICAL PENSION FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - EMERSON ELECTRIC
ATTN DAVID N. FARR
CHIEF EXECUTIVE OFFICER
EMERSON ELECTRIC
8000 WEST FLORISSANT AVENUE
ST., LOUIS, MO 63136

REAMS - EMERSON ELECTRIC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - EMERSON ELECTRIC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - EMERSON ELECTRIC
C/O EMERSON ELECTRIC
CT CORPORATION
111 EIGHTH AVENUE
NEW YORK, NY 10011

REAMS - EMERSON ELECTRIC COMPANY
RETIREMENT MASTER TRUST
ATTN DAVID N. FARR, CHIEF EXECUTIVE OFFICER
EMERSON ELECTRIC
8000 WEST FLORISSANT AVENUE
ST., LOUIS, MO 63136

REAMS - EMERSON ELECTRIC COMPANY
RETIREMENT MASTER TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - EMPLOYEES' RETIREMENT SYSTEM
OF BALTIMORE COUNTY
ATTN JOSEPH H. ZERHUSEN, CHAIRMAN
BALTIMORE COUNTY RETIREMENT SYSTEM
400 WASHINGTON AVENUE, ROOM 169
TOWSON, MD 21204

REAMS - EMPLOYEES' RETIREMENT SYSTEM
OF BALTIMORE COUNTY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - EMPLOYEES' RETIREMENT SYSTEM
OF THE CITY OF MILWAUKEE
ATTN MAYOR TOM BARRETT
CITY HALL
200 E. WELLS STREET, ROOM 201
MILWAUKEE, WI 53202

REAMS - EMPLOYEES' RETIREMENT SYSTEM
OF THE CITY OF MILWAUKEE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - FRONTEGRA COLUMBUS CORE PLUS FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - FRONTEGRA COLUMBUS CORE PLUS FUND
C/O SCOUT INVESTMENTS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
928 GRAND BOULEVARD
KANSAS CITY, MO 64106

REAMS - GOLDMAN CORE PLUS FIXED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - HALLIBURTON COMPANY
ATTN DAVID J. LESAR
CHAIRMAN OF THE BOARD & CEO
HALLIBURTON
3000 N. SAM HOUSTON PKWY E.
HOUSTON, TX 77032

REAMS - EMERSON ELECTRIC COMPANY
RETIREMENT MASTER TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - EMERSON ELECTRIC COMPANY
RETIREMENT MASTER TRUST
C/O EMERSON ELECTRIC
CT CORPORATION
111 EIGHTH AVENUE
NEW YORK, NY 10011

REAMS - EMPLOYEES' RETIREMENT SYSTEM
OF BALTIMORE COUNTY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - EMPLOYEES' RETIREMENT SYSTEM
OF THE CITY OF MILWAUKEE
ATTN BERNARD J. ALLEN, EXECUTIVE DIRECTOR
CITY OF MILWAUKEE EMPLOYES' RETIREMENT SYSTEM
789 NORTH WATER STREET SUITE 300
MILWAUKEE, WI 53202

REAMS - EMPLOYEES' RETIREMENT SYSTEM
OF THE CITY OF MILWAUKEE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - FRONTEGRA COLUMBUS CORE PLUS FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - FRONTEGRA COLUMBUS CORE PLUS FUND
C/O FRONTEGRA FUNDS/ FRONTIER FUNDS
ATTN WILLIAM D. FORSYTH III, PRESIDENT
400 SKOKIE BLVD.
SUITE 500
NORTHBROOK, IL 60062

REAMS - GOLDMAN CORE PLUS FIXED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
GOLDMAN SACHS GROUP
200 WEST STREET
NEW YORK, NY 10282

REAMS - GOLDMAN CORE PLUS FIXED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - HALLIBURTON COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - HALLIBURTON COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - HALLIBURTON COMPANY
EMPLOYEE BENEFIT MASTER TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
10200 BELLAIRE BOULEVARD
2NW16A
HOUSTON, TX 77777

REAMS - HALLIBURTON COMPANY
EMPLOYEE BENEFIT MASTER TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - HEALTH CARE FOUNDATION
OF GREATER KANSAS CITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - ILWU/PMA
ATTN MARIO PEREZ, ADMINISTRATOR OF THE PLAN
ILWU PMA PENSION PLAN
1188 FRANKLIN STREET
SUITE 101
SAN FRANCISCO, CA 94109

REAMS - ILWU/PMA
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - ILWU/PMA PENSION PLAN
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - INDIANA UNIVERSITY
ATTN MICHAEL MCROBBIE
PRESIDENT
400 E 7TH STREET POPLARS, ROOM 501
BLOOMINGTON, IN 47405-3001

REAMS - INDIANA UNIVERSITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - KRAFT FOODS MASTER RETIREMENT TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - HALLIBURTON COMPANY
EMPLOYEE BENEFIT MASTER TRUST
ATTN DAVID J. LESAR, CHAIRMAN OF THE BOARD & CEO
HALLIBURTON
3000 N. SAM HOUSTON PKWY E.
HOUSTON, TX 77032

REAMS - HALLIBURTON COMPANY
EMPLOYEE BENEFIT MASTER TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - HEALTH CARE FOUNDATION
OF GREATER KANSAS CITY
ATTN DR. BRIDGET MCCANDLESS, CEO
2700 E. 18TH STREET, SUITE 220
KANSAS CITY, MO 64127

REAMS - HEALTH CARE FOUNDATION
OF GREATER KANSAS CITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - ILWU/PMA
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - ILWU/PMA PENSION PLAN
ATTN MARIO PEREZ, ADMINISTRATOR OF THE PLAN
ILWU PMA PENSION PLAN
1188 FRANKLIN STREET
SUITE 101
SAN FRANCISCO, CA 94109

REAMS - ILWU/PMA PENSION PLAN
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - INDIANA UNIVERSITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - KRAFT FOODS MASTER RETIREMENT TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
KRAFT FOOD GROUPS, INC.
THREE LAKES DRIVE
NORTHFIELD, IL 60093

REAMS - KRAFT FOODS MASTER RETIREMENT TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - LA FIRE & POLICE
ATTN BELINDA M. VEGA, PRESIDENT
DEPARTMENT OF FIRE AND POLICE PENSIONS
360 EAST SECOND STREET,
SUITE 400
LOS ANGELES, CA 90012

REAMS - LA FIRE & POLICE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - LA FIRE & POLICE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - LABCORP CASH BALANCE RETIREMENT FUND
ATTN DAVID P. KING
CHIEF EXECUTIVE OFFICER
LABORATORY CORPORATION OF AMERICA HOLDINGS
358 SOUTH MAIN STREET
BURLINGTON, NC 27215

REAMS - LABCORP CASH BALANCE RETIREMENT FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - LABCORP CASH BALANCE RETIREMENT FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - LABORATORY CORP. OF AMERICA HOLDINGS
ATTN DAVID P. KING
CHIEF EXECUTIVE OFFICER
LABORATORY CORPORATION OF AMERICA HOLDINGS
358 SOUTH MAIN STREET
BURLINGTON, NC 27215

REAMS - LABORATORY CORP. OF AMERICA HOLDINGS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
231 MAPLE AVENUE
BURLINGTON, NC 27215

REAMS - LABORATORY CORP. OF AMERICA HOLDINGS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - LABORATORY CORP. OF AMERICA HOLDINGS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - MASTER TRUST PURSUANT TO THE
RETIREMENT PLANS OF APL LTD. & SUBSIDIARIES
ATTN KENNETH GLENN, PRESIDENT
AMERICAN PRESIDENT LINES LTD.
16220 NORTH SCOTTSDALE ROAD SUITE 300
SCOTTSDALE, AZ 85254

REAMS - MASTER TRUST PURSUANT TO THE
RETIREMENT PLANS OF APL LTD. & SUBSIDIARIES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
350 CALIFORNIA STREET
NO. 350
SAN FRANCISCO, CA 94104

REAMS - MASTER TRUST PURSUANT TO THE
RETIREMENT PLANS OF APL LTD. & SUBSIDIARIES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
AMERICAN PRESIDENT LINES LTD.
1111 BROADWAY
OAKLAND, CA 94607

REAMS - MASTER TRUST PURSUANT TO THE
RETIREMENT PLANS OF APL LTD. & SUBSIDIARIES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - MASTER TRUST PURSUANT TO THE
RETIREMENT PLANS OF APL LTD. & SUBSIDIARIES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - MONTANA BOARD OF INVESTMENTS
ATTN DAVID EWER, EXECUTIVE DIRECTOR
MONTANA BOARD OF INVESTMENTS
MONTANA DEPARTMENT OF COMMERCE
2401 COLONIA DR. 3RD FLOOR, P.O. BOX 200126
HELENA, MT 59620-0126

REAMS - MONTANA BOARD OF INVESTMENTS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - MONTANA BOARD OF INVESTMENTS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - MONTANA BOARD OF INVESTMENTS
ATTN TIM FOX
215 N SANDERS, THIRD FLOOR
HELENA, MT 59620

REAMS - MONTANA BOARD OF INVESTMENTS
ATTN TIM FOX
ATTORNEY GENERAL
PO BOX 201401
HELENA, MT 59620-1401

REAMS - PARKVIEW MEMORIAL HEALTH
ATTN MIKE PACKNETT
PRESIDENT & CEO
PARKVIEW HEALTH
10501 CORPORATE DRIVE
FORT WAYNE, IN 46845

REAMS - PARKVIEW MEMORIAL HEALTH
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - PARKVIEW MEMORIAL HEALTH
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - PRUDENTIAL RETIREMENT INSURANCE &
ANNUITY COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PRUDENTIAL RETIREMENT INSURANCE & ANNUITY COMPANY
280 TRUMBULL STREET
HARTFORD, CT 06103

REAMS - PRUDENTIAL RETIREMENT INSURANCE &
ANNUITY COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - PRUDENTIAL RETIREMENT INSURANCE &
ANNUITY COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - REICHHOLD, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
55 WATER STREET
PLAZA LEVEL - 3RD FLOOR
NEW YORK, NY 10041

REAMS - REICHHOLD, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PENSION BENEFIT GUARANTY CORP.
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

REAMS - REICHHOLD, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - REICHHOLD, INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - RETIREMENT BOARD OF THE PARK EMPLOYEES
ANNUITY & BENEFIT FUND
ATTN DAVID B. MCKINNEY, PRESIDENT
REAMS ASSET MANAGEMENT
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - RETIREMENT BOARD OF THE PARK EMPLOYEES
ANNUITY & BENEFIT FUND
ATTN PAMELA A. MUNIZZI, PRESIDENT
PARK EMPLOYEES' ANNUITY AND BENEFIT FUND
55 EAST MONROE STREET, SUITE 2720
CHICAGO, IL 60603

REAMS - RETIREMENT BOARD OF THE PARK EMPLOYEES
ANNUITY & BENEFIT FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - RETIREMENT BOARD OF THE PARK EMPLOYEES
ANNUITY & BENEFIT FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - ROTARY INTRNTL FOUNDATION
ATTN JOHN HEWKO, GENERAL SECRETARY
ROTARY INTRNTL
ONE ROTARY CENTER
1560 SHERMAN AVENUE
EVANSTON, IL 60201

REAMS - ROTARY INTRNTL FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - ROTARY INTRNTL FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - SAN DIEGO FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - SAN DIEGO FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - SAN DIEGO FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
THE SAN DIEGO FOUNDATION
2508 HISTORIC DECATUR RD., SUITE 200
SAN DIEGO, CA 92106

REAMS - SANTA BARBARA COUNTY
ATTN HELENE SCHNEIDER
MAYOR
CITY HALL
P.O. BOX 1990
SANTA BARBARA, CA 93102-1990

REAMS - SANTA BARBARA COUNTY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - SANTA BARBARA COUNTY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - SANTA BARBARA COUNTY
EMPLOYEES' RETIREMENT SYSTEM
ATTN JENNIFER CHRISTENSEN, CHAIR
SANTA BARBARA COUNTY EMPLOYEES' RETIREMENT SYSTEM
3916 STATE STREET, SUITE 100
SANTA BARBARA, CA 93105

REAMS - SANTA BARBARA COUNTY
EMPLOYEES' RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - SANTA BARBARA COUNTY
EMPLOYEES' RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - SEATTLE CITY EMPLOYEE'S RETIREMENT SYSTEM
ATTN EDWARD MURRAY
MAYOR
CITY OF SEATTLE
PO BOX 94749
SEATTLE, WA 98124-4749

REAMS - SEATTLE CITY EMPLOYEE'S RETIREMENT SYSTEM
ATTN KENNETH J. NAKATSU
INTERIM EXECUTIVE DIRECTOR, SCERS
PACIFIC BUILDING
720 3RD AVE, 9TH FLOOR
SEATTLE, WA 98104

REAMS - SEATTLE CITY EMPLOYEE'S RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - SEATTLE CITY EMPLOYEE'S RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - SEATTLE CITY EMPLOYEE'S RETIREMENT SYSTEM
CITY OF SEATTLE
OFFICE OF THE CITY CLERK
PO BOX 94728
SEATTLE, WA 98124-4728

REAMS - SONOMA COUNTY
EMPLOYEES RETIREMENT ASSOCIATION
ATTN CHRISTEL QUERIJERO
SONOMA COUNTY EMPLOYEES RETIREMENT ASSOCIATION
433 AVIATION BLVD, SUITE 100
SANTA ROSA, CA 95403

REAMS - SONOMA COUNTY
EMPLOYEES RETIREMENT ASSOCIATION
ATTN GREG JAHN
SONOMA COUNTY EMPLOYEES RETIREMENT ASSOCIATION
433 AVIATION BLVD, SUITE 100
SANTA ROSA, CA 95403

REAMS - SONOMA COUNTY
EMPLOYEES RETIREMENT ASSOCIATION
ATTN MICHAEL GROSSMAN
SONOMA COUNTY EMPLOYEES RETIREMENT ASSOCIATION
433 AVIATION BLVD, SUITE 100
SANTA ROSA, CA 95403

REAMS - SONOMA COUNTY
EMPLOYEES RETIREMENT ASSOCIATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - SONOMA COUNTY
EMPLOYEES RETIREMENT ASSOCIATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - ST INDIANA MAJOR MOVES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
242 STATE HOUSE
INDIANAPOLIS, IN 46204

REAMS - ST INDIANA MAJOR MOVES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
INDIANA DEPARTMENT OF TRANSPORTATION
100 N. SENATE AVE., IGCN 730
INDIANAPOLIS, IN 46204

REAMS - ST INDIANA MAJOR MOVES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - ST INDIANA MAJOR MOVES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - ST INDIANA MAJOR MOVES
INDIANA ATTORNEY GENERAL'S OFFICE
ATTN ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN 46204

REAMS - ST LUKE EPISCOPAL HEALTH SYSTEM FOUNDATION
ATTN MICHAEL H. COVERT, PRESIDENT & CEO
ST. LUKE'S HEALTH
6624 FANNIN, SUITE 1100
HOUSTON, TX 77030

REAMS - ST LUKE EPISCOPAL HEALTH SYSTEM FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
3100 MAIN STREET
HOUSTON, TX 77002

REAMS - ST LUKE EPISCOPAL HEALTH SYSTEM FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - ST LUKE EPISCOPAL HEALTH SYSTEM FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - STATE OF INDIANA
MAJOR MOVES CONSTRUCTION FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
242 STATE HOUSE
INDIANAPOLIS, IN 46204

REAMS - STATE OF INDIANA
MAJOR MOVES CONSTRUCTION FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
INDIANA DEPARTMENT OF TRANSPORTATION
100 N. SENATE AVE., IGCN 730
INDIANAPOLIS, IN 46204

REAMS - STATE OF INDIANA
MAJOR MOVES CONSTRUCTION FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - STATE OF INDIANA
MAJOR MOVES CONSTRUCTION FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - STATE OF INDIANA
MAJOR MOVES CONSTRUCTION FUND
INDIANA ATTORNEY GEN'S OFFICE, ATTN ATTORNEY GEN
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN 46204

REAMS - THE MATHER FOUNDATION CORE PLUS
ATTN MARY LEARY
PRESIDENT & CEO
MATHERLIFEWAYS
1603 ORRINGTON AVENUE, SUITE 1800
EVANSTON, IL 60201

REAMS - THE MATHER FOUNDATION CORE PLUS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - THE MATHER FOUNDATION CORE PLUS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - THE ROTARY FOUNDATION
ATTN JOHN HEWKO, GENERAL SECRETARY
ROTARY INTRNTL
ONE ROTARY CENTER
1560 SHERMAN AVENUE
EVANSTON, IL 60201

REAMS - THE ROTARY FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - THE ROTARY FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - TRUSTEES OF PURDUE UNIVERSITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - TRUSTEES OF PURDUE UNIVERSITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - TRUSTEES OF PURDUE UNIVERSITY
ATTN THOMAS SPURGEON, CHAIRMAN
PURDUE UNIVERSITY BOARD OF TRUSTEES
HOVDE HALL, ROOM 247
610 PURDUE MALL
WEST LAFAYETTE, IN 47907

REAMS - UNIVERSITY OF KENTUCKY
ATTN BILL THRO, GENERAL COUNSEL
301J MAIN BUILDING 0032
LEXINGTON, KY 40506

REAMS - UNIVERSITY OF KENTUCKY
ATTN DR. ELI CAPILOUTO
PRESIDENT
101 MAIN BUILDING 0032
LEXINGTON, KY 40506

REAMS - UNIVERSITY OF KENTUCKY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - UNIVERSITY OF KENTUCKY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - VENTURA COUNTY
EMPLOYEES' RETIREMENT ASSOCIATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS - VENTURA COUNTY
EMPLOYEES' RETIREMENT ASSOCIATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS - VENTURA COUNTY
EMPLOYEES' RETIREMENT ASSOCIATION
TRACY TOWNER, CHAIRMAN
VENTURA COUNTY EMPLOYEES RETIREMENT ASSOCIATION
1190 S. VICTORIA AVENUE, SUITE 200
VENTURA, CA 93003

REAMS BOARD OF FIRE & POLICE PENSION
COMMISSIONERS OF THE CITY OF LOS ANGELES
ATTN BELINDA M. VEGA, PRESIDENT
DEPARTMENT OF FIRE AND POLICE PENSIONS
360 EAST SECOND STREET, SUITE 400
LOS ANGELES, CA 90012

REAMS BOARD OF FIRE & POLICE PENSION
COMMISSIONERS OF THE CITY OF LOS ANGELES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS BOARD OF FIRE & POLICE PENSION
COMMISSIONERS OF THE CITY OF LOS ANGELES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS CHICAGO PARK DISTRICT
ATTN PAMELA A. MUNIZZI, PRESIDENT
PARK EMPLOYEES' ANNUITY AND BENEFIT FUND
55 EAST MONROE STREET
SUITE 2720
CHICAGO, IL 60603

REAMS CHICAGO PARK DISTRICT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS CHICAGO PARK DISTRICT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS CHILDREN'S HOSPITAL FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS CHILDREN'S HOSPITAL FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS CITY OF MILWAUKEE RETIREMENT SYSTEM
ATTN BERNARD J. ALLEN
EXECUTIVE DIRECTOR
CITY OF MILWAUKEE EMPLOYES' RETIREMENT SYSTEM
789 NORTH WATER STREET SUITE 300
MILWAUKEE, WI 53202

REAMS CITY OF MILWAUKEE RETIREMENT SYSTEM
ATTN MAYOR TOM BARRETT
CITY HALL
200 E. WELLS STREET
ROOM 201
MILWAUKEE, WI 53202

REAMS CITY OF MILWAUKEE RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS CITY OF MILWAUKEE RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS CITY OF MONTGOMERY ALABAMA
EMPLOYEE'S RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1 WALL STREET
3RD FLOOR, WINDOW A
NEW YORK, NY 10286

REAMS CITY OF MONTGOMERY ALABAMA
EMPLOYEE'S RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS CITY OF MONTGOMERY ALABAMA
EMPLOYEE'S RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS CITY OF MONTGOMERY ALABAMA
EMPLOYEE'S RETIREMENT SYSTEM
ATTN TYSON HOWARD, BOARD CHAIRMAN
CITY OF MONTGOMERY RETIREMENT SYSTEMS
103 NORTH PERRY STREET, ROOM 125
MONTGOMERY, AL 36104

REAMS CITY OF MONTGOMERY RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS CITY OF MONTGOMERY RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS CITY OF MONTGOMERY RETIREMENT SYSTEM
ATTN TYSON HOWARD, BOARD CHAIRMAN
CITY OF MONTGOMERY RETIREMENT SYSTEMS
103 NORTH PERRY STREET
ROOM 125
MONTGOMERY, AL 36104

REAMS CITY OF OAKLAND POLICE
ATTN KATANO KASAINE, MANAGER, RETIREMENT SYSTEMS
RETIREMENT SYSTEMS
LIONEL WILSON BUILDING
150 FRANK H. OGAWA PLAZA, 3RD FLOOR
OAKLAND, CA 94612-2021

REAMS CITY OF OAKLAND POLICE
ATTN MAYOR LIBBY SCHAAF
1 FRANK H. OGAWA PLAZA, 3RD FLOOR
OAKLAND, CA 94612

REAMS CITY OF OAKLAND POLICE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS CITY OF OAKLAND POLICE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS INDIANA STATE POLICE
ATTN FLOYD TEAMER, DIRECTOR
POLICE AND FIRE FUNDS
143 WEST MARKET STREET
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE POLICE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS INDIANA STATE POLICE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS INDIANA STATE POLICE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STATE POLICE FUNDS, INDIANA STATE POLICE
INDIANA GOVERNMENT CENTER NORTH
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE POLICE
INDIANA PUBLIC RETIREMENT SYSTEM (INPRS)
ATTN MR. STEVE RUSSO, DIRECTOR
ONE NORTH CAPITOL, SUITE 001
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE POLICE PENSION FUND
ATTN FLOYD TEAMER, DIRECTOR
POLICE AND FIRE FUNDS
143 WEST MARKET STREET
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE POLICE PENSION FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS INDIANA STATE POLICE PENSION FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS INDIANA STATE POLICE PENSION FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STATE POLICE FUNDS, INDIANA STATE POLICE
INDIANA GOVERNMENT CENTER NORTH
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE POLICE PENSION FUND
INDIANA PUBLIC RETIREMENT SYSTEM (INPRS)
ATTN MR. STEVE RUSSO, DIRECTOR
ONE NORTH CAPITOL, SUITE 001
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE POLICE PENSION TRUST
ATTN FLOYD TEAMER, DIRECTOR
POLICE AND FIRE FUNDS
143 WEST MARKET STREET
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE POLICE PENSION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS INDIANA STATE POLICE PENSION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS INDIANA STATE POLICE PENSION TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
STATE POLICE FUNDS, INDIANA STATE POLICE
INDIANA GOVERNMENT CENTER NORTH
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE POLICE PENSION TRUST
INDIANA PUBLIC RETIREMENT SYSTEM (INPRS)
ATTN MR. STEVE RUSSO, DIRECTOR
ONE NORTH CAPITOL, SUITE 001
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE TEACHERS RETIREMENT FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS INDIANA STATE TEACHERS RETIREMENT FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS INDIANA STATE TEACHERS RETIREMENT FUND
ATTN STEVE RUSSO
DIRECTOR
INDIANA PUBLIC RETIREMENT SYSTEM
ONE NORTH CAPITOL, SUITE 001
INDIANAPOLIS, IN 46204

REAMS INDIANA STATE TEACHERS RETIREMENT FUND
INDIANA ATTORNEY GENERAL'S OFFICE
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN 46204

REAMS INTER LOCAL PENSION FUND OF THE GRAPHIC COMM
INTRNTL BROTHERHOOD OF TEAMSTERS
ATTN LAWRENCE MITCHELL, EXECUTIVE DIRECTOR
INT LCL PNSN FND O/T GRPHC COM INTL BRTHD O TMSTRS
455 KEHOE BLVD, SUITE 100
CAROL STREAM, IL 60188

REAMS INTER LOCAL PENSION FUND OF THE GRAPHIC COMM
INTRNTL BROTHERHOOD OF TEAMSTERS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS INTER LOCAL PENSION FUND OF THE GRAPHIC COMM
INTRNTL BROTHERHOOD OF TEAMSTERS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS KRAFT FOODS GLOBAL INC.
ATTN JOHN TOBIN CAHILL
CHAIRMAN & CEO
KRAFT FOODS GROUP, INC.,
THREE LAKES DRIVE
NORTHFIELD, IL 60093

REAMS KRAFT FOODS GLOBAL INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS KRAFT FOODS GLOBAL INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS KRAFT FOODS GLOBAL INC.
KRAFT FOODS GROUP, INC.
C/O CT CORPORATION SYSTEM
111 8TH AVENUE
N.Y., NY 10011-5201

REAMS LOUISIANA CARPENTERS REGIONAL
COUNCIL PENSION TRUST FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS LOUISIANA CARPENTERS REGIONAL
COUNCIL PENSION TRUST FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS LOUISIANA CARPENTERS REGIONAL
COUNCIL PENSION TRUST FUND
C/O CENTRAL SOUTH CARPENTERS REGIONAL COUNCIL
ATTN JOHN W. EDWARDS, PRESIDENT
4580 BLUEBONNET BLVD. STE. A
BATON ROUGE, LA 70809

REAMS LOUISIANA CARPENTERS REGIONAL
COUNCIL PENSION TRUST FUND
LA CARPENTERS REGIONAL COUNCIL PENSION TRUST
C/O ZENITH ADMINISTRATORS, INC., ATTN: LEZLEE WALL
2450 SEVERN AVENUE, SUITE 305
METAIRIE, LA 70001-1926

REAMS MUNICIPAL EMPLOYEE
RETIREMENT SYSTEM OF MICHIGAN
ATTN KAREN S. WILCOX
PO BOX 666
COLUMBUS, IN 47202-0666

REAMS MUNICIPAL EMPLOYEE
RETIREMENT SYSTEM OF MICHIGAN
ATTN MR. MICHAEL BROWN, CHAIRPERSON OF THE BOARD
MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM
1134 MUNICIPAL WAY
LANSING, MI 48917

REAMS MUNICIPAL EMPLOYEE
RETIREMENT SYSTEM OF MICHIGAN
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS TRUSTEES OF INDIANA UNIVERSITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

REAMS UNCONSTRAINED BOND FUND, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

RECO LLC
RECO
1008 SEABROOK WAY
CINCINNATI, OH 45245

REED SMITH LLP
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 7777-W4055
PHILADELPHIA, PA 19175-4055

REICHHOLD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PENSION BENEFIT GUARANTY CORP.
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

REICHHOLD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
PO BOX 727
COLUMBUS, IN 47202

RGA REINSURANCE COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 PARK AVENUE
SUITE 2200
NEW YORK, NY 10166

RICHARD HEJMANOWSKI
139 WOODSEDGE CIRCLE
HEALTH, OH 43056

REAMS MUNICIPAL EMPLOYEE
RETIREMENT SYSTEM OF MICHIGAN
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS TRUSTEES OF INDIANA UNIVERSITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REAMS TRUSTEES OF INDIANA UNIVERSITY
ATTN RANDALL TOBIAS
CHAIR OF THE BOARD, THE TRUSTEES OF IN UNIVERSITY
IU BLOOMINGTON, FRANKLIN HALL 200
601 E. KIRKWOOD AVENUE
BLOOMINGTON, IN 47405

REAMS UNCONSTRAINED BOND FUND, LLC
C/O REAMS UNCONSTRAINED BOND FUND, LLC
ATTN DAVID B. MCKINNEY, PRESIDENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

REDEL, JOSHUA
C/O BRISTOL WEST INSURANCE GROUP
ATTN: SANORA LYNCH
9505 DELEGATES ROW
INDIANAPOLIS, IN 46240-3807

REICHHOLD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
55 WATER STREET
PLAZA LEVEL - 3RD FLOOR
NEW YORK, NY 10041

REICHHOLD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
REAMS ASSET MANAGEMENT COMPANY
227 WASHINGTON STREET
COLUMBUS, IN 47201

RGA REINSURANCE COMPANY
ATTN PAUL A. SCHUSTER
CHIEF EXECUTIVE OFFICER AND PRESIDENT
1370 TIMBERLAKE MANOR PARKWAY
CHESTERFIELD, MO 63017-6039

RGA REINSURANCE COMPANY
C/O CT CORPORATION SYSTEM
1370 TIMBERLAKE MANOR PKWY
CHESTERFIELD, MO 63017-6039

RICHARD HEJMANOWSKI
C/O PAUL WILLIAM BELTZ, PC
36 CHURCH ST
BUFFALO, NY 14202

RICHEY, JERRY
HARRIS LAW FIRM
1920 MAIN ST STE 214
NORTH LITTLE ROCK, AR 72114-2875

RMT INC
744 HEARTLAND TRL
PO BOX 8923
MADISON, WI 53708-8923

ROBINSON JULIE
6536 S OAK HILL CIR
AURORA, CO 80016-2494

ROBLES, DANIEL
6777 E 11TH ST
TULSA, OK 74112-4619

ROGERS, STACEY
3614 RAMILL RD
MEMPHIS, TN 38128-3322

ROPP, JOHN
35 RAILROAD AVE
SAND COULEE, MT 59472-9739

ROQUE, MICHAEL
2203 E SYCAMORE AVE
ORANGE, CA 92867-7832

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER, NY 14615

RUBBERLINE PRODUCTS LTD
343 SOVEREIGN RD
LONDON, ON N6M 1A6  CANADA

RUSSELL INVESTMENT COMPANY PLC
THE GLOBAL STRATEGIC YIELD FUND
ATTN GREGORY J. STARK, CEO AND PRESIDENT
RUSSELL INVESTMENT COMPANY
1301 SECOND AVENUE 18TH FLOOR
SEATTLE, WA 98101

RUSSELL STRATEGIC BOND FUND
ATTN GREGORY J. STARK
CEO AND PRESIDENT
RUSSELL INVESTMENT COMPANY
1301 SECOND AVENUE 18TH FLOOR
SEATTLE, WA 98101

RUSSELL STRATEGIC BOND FUND
RUSSELL INVESTMENT COMPANY
C/O CT CORPORATION SYSTEM
111 8TH AVE
NEW YORK, NY 10011-5201

S A A YORKA S A
POLIGONO INDUSTRIAL G-2
COLLSABADELL RONDA DE
COLLSABADELL 1-3
08450 LLINARS DEL VALLES, SPAIN

SAFETY SOLUTIONS INC
6161 SHAMROCK CT
PO BOX 8100
DUBLIN, OH 43016-2100

SAINT LAWRENCE SEAWAY MANAGEMENT CORPORATION
FMLY ST LAWRENCE SEAWAY AUTHOR
202 PITT ST
CORNWALL ON K6J 3P7 CANADA

SAMANTHA DEVOE
122 JOHN GLENN DR
RINCON, GA 31326

SANCHEZ FLORENCE
570 CALLE CATANIA VILLA CAPRI
SAN JUAN, PR 00924-4048

SANDUSKY ELECTRIC INC
1513 SYCAMORE LINE
P O BOX 2353
SANDUSKY, OH 44870-2353

SANFORD BERNSTEIN II INTERM DU
ATTN ROBERT KEITH, CEO AND PRESIDENT
SANFORD C BERNSTEIN FND II INC-INTER DUR INST PORT
C/O ALLIANCEBERNSTEIN L.P.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

SANFORD BERNSTEIN II INTERM DU
C/O THE PRENTICE-HALL CORPORATION SYSTEM
SANFORD C BERNSTEIN FUND II INC INTERMEDIATE DURATION
INSTNL PORTFOLIO
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
7 ST. PAUL STREET, SUITE 820
BALTIMORE, MD 21202

SANFORD C. BERNSTEIN FUND, INC.
INTERMEDIATE DURATION PORTFOLIO
C/O ALLIANCEBERNSTEIN L.P.
ATTN: MARILYN FEDAK, PRESIDENT
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

SANFORD C. BERNSTEIN FUND, INC.
INTERMEDIATE DURATION PORTFOLIO
C/O THE PRENTICE-HALL CORPORATION SYSTEM
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
7 ST. PAUL STREET, SUITE 820
BALTIMORE, MD 21202

SANG CHUL LEE & DUKSON LEE
ATTN MICHAEL S KIMM
C/O KIMM LAW FIRM
41W BANCKER STREET
ENGLEWOOD, NJ 07631

SANKATY HIGH YIELD PARTNERS III LP
ATTN MS. DIANE J. EXTER
SENIOR DIRECTOR
JOHN HANCOCK TOWER
200 CLARENDON STREET
BOSTON, MA 02116

SANKATY HIGH YIELD PARTNERS III LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
111 HUNTINGTON AVENUE
BOSTON, MA 02199

SANKATY HIGH YIELD PARTNERS III LP
C/O THE CORPORATION TRUST CO
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

SANTA BARBARA COUNTY
ATTN HELENE SCHNEIDER
MAYOR
CITY HALL
P.O. BOX 1990
SANTA BARBARA, CA 93102-1990

SANTAMARINA Y STETA
CAMPOS ELISEOS NO 345
COL CHAPULTEPEC POLANCO
11560 MEXICO DF MEXICO

SARAH LINVELL, ROXANNE OSWALT, WALTER OSWALT, TYLER SARQ,
C/O LAMARCA & LANDRY P C
1820 NW 118TH ST SUITE 200
DES MOINES, IA 50325

SATURN VTI CLASSACTION CLASS MEMBER
DARILYN ZIEGLER
9615 GREEN SPRUCE DR
LAKELAND, TN 38002

SAWNEY, VANESSA
312 W OAK ST
STILWELL, OK 74960-3132

SC AUTONOVA SA
SC AUTONOVA SA
STR FAGULUI 35
440186 SATU MARE ROMANIA

SCHEIDT, MARK
STATE FARM
147 WASHINGTON POINTE DR
INDIANAPOLIS, IN 46229-2636

SCHINDLER ELEVATOR CORPORATION
1530 TIMBERWOLF DRIVE
HOLLAND, OH 43528

SEALED AIR CORP
100 ROGERS BRIDGE RD
3106A
DUNCAN, SC 29334

SEAN K EMERSON
3817 NE 41ST ST
VANCOUVER, WA 98661

SEARCY DENNEY, AS ATTORNEY FOR STEVETTE DUKES
SEARCY DENNEY LAW FIRM
2139 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409

SEARS ROEBUCK & CO
C/O GEORGE F SANDERSON III
ELLIS & WINTERS LLP
PO BOX 33550
RALEIGH, NC 27636

SEATTLE CITY EMPLOYEES' RETIREMENT SYSTEM
ATTN CECELIA CARTER
EXECUTIVE OFFICER, SCERS
PACIFIC BUILDING
720 3RD AVE, 9TH FLOOR
SEATTLE, WA 98104

SEATTLE CITY EMPLOYEES' RETIREMENT SYSTEM
ATTN EDWARD MURRAY
MAYOR
CITY OF SEATTLE
PO BOX 94749
SEATTLE, WA 98124-4749

SEATTLE CITY EMPLOYEES' RETIREMENT SYSTEM
ATTN KENNETH J. NAKATSU
INTERIM EXECUTIVE DIRECTOR, SCERS
PACIFIC BUILDING
720 3RD AVE, 9TH FLOOR
SEATTLE, WA 98104

SEATTLE CITY EMPLOYEES' RETIREMENT SYSTEM
CITY OF SEATTLE
OFFICE OF THE CITY CLERK
PO BOX 94728
SEATTLE, WA 98124-4728

SECONDARY LOAN & DISTRESSED
ATTN JOHN M. CALLAGY
KELLEY DRYE & WARREN, LLP
101 PARK AVENUE
NEW YORK, NY 10178

SECURITY INVESTORS-SEC INCM FUND-HIGH YIELD SRS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ONE SECURITY BENEFIT PLACE
TOPEKA, KS 66636-0001

SEI INSTITUTIONAL MANAGED TRUST'S
CORE FIXED INCOME
ATTN KEVIN PATRICK BARR, PRESIDENT AND DIRECTOR
ONE FREEDOM VALLEY DRIVE
OAKS, PA 19456-1100

SEI INSTITUTIONAL MANAGED TRUST'S
CORE FIXED INCOME
C/O CORPORATION SERVICE COMPANY
80 STATE ST
ALBANY, NY 12207-2543

SEMINOLE ENERGY SERVICES
1323 E 71ST ST STE 300
TULSA, OK 74136-5068

SENIOR INCOME TRUST
ATTN THOMAS E. FAUST, JR
CHIEF EXECUTIVE OFFICER
EATON VANCE MANAGEMENT
TWO INTRNTL PLACE MAP
BOSTON, MA 02110

SF-3 SEGREGATED PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FOUR CORNERS CAPITAL MGMT
PHILADELPHIA, PA 19103-7098

SFR LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKERS SPV LIMITED
WALKER HOUSE, 87 MARY STREET
GEORGE TOWN, GRAND CAYMAN KY 1-9005 CAYMAN ISLANDS

SEATTLE CITY EMPLOYEES' RETIREMENT SYSTEM
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1 WALL STREET
3RD FLOOR, WINDOW A
NEW YORK, NY 10041

SECONDARY LOAN & DISTRESSED
ATTN HAROLD S. NOVIKOFF
WACHTELL, LIPTON, ROSEN & KATZ
51 WEST 52ND STREET
NEW YORK, NY 10019

SECONDARY LOAN & DISTRESSED
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
JPMORGAN CHASE BANK
270 PARK AVE.
NEW YORK, NY 10017-2014

SECURITY INVESTORS-SEC INCM FUND-HIGH YIELD SRS
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
SECURITY INVESTORS, LLC
C/O GUGGENHEIM PARTNERS LLC
330 MADISON AVENUE
NEW YORK, NY 10017

SEI INSTITUTIONAL MANAGED TRUST'S
CORE FIXED INCOME
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
385 EAST COLORADO BOULEVARD
3RD FLOOR
PASADENA, CA 91101

SEIBER, DORA
801 MANGUM ST
CENTREVILLE, MS 39631

SENIOR INCOME TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
EATON VANCE MANAGEMENT
255 STATE STREET
6TH FLOOR
BOSTON, MA 02109

SENIOR INCOME TRUST
C/O EATON VANCE
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
24 FEDERAL STREET
6TH FLOOR
BOSTON, MA 02110

SF-3 SEGREGATED PORTFOLIO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FOUR CORNERS CAPITAL MGMT
LIBERTY TOWER
LOS ANGELES, CA 90071

SHAH ATUL C MD
2884 MANORWOOD DR
TROY, MI 48085-1145

SHINNECOCK CLO II LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
9 WEST 57TH STREET
26TH FLOOR
NEW YORK, NY 10019

SHORT FREIGHT LINES INC
459 S RIVER RD
BAY CITY, MI 48708-9601

SIEMENS WATER TECHNOLOGIES CORP
10 TECHNOLOGY DRIVE
LOWELL, MA 01851

SIKORA GMBH
HERBERT-BAYER-STR. 5
BERLIN GERMANY D-13086

SIKORA GMBH
RUHLSDORFER STRASSE 95, HAUS 81
D-14532 STAHNSDORF  GERMANY

SILVENT NORTH AMERICA LLC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
6625 DANIEL BURNHAM DR
PORTAGE, IN 46368

SILVERADO CLO 2006-1 LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WALKERS SPV LIMITED
WALKER HOUSE, MARY STREET, PO BOX 908GT
GEORGE TOWN, KY 0000 CAYMAN ISLANDS

SILVERADO CLO 2006-1 LTD.
C/O WELLS FARGO & COMPANY
ATTN JOHN STUMPF
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

SKYWAY LUMBER COMPANY LTD
464 GLENDALE AVE
ST CATHARINES ON L2T 1K0 CANADA

SMILEY COLLEEN
SMILEY, GRANDCHILD - ARIZYAH
ELCO ADMINISTRATIVE SERVICES COMPANY
BOX 4800
WAYNE, NJ 07474-4800

SMILEY, YOLANDA
73190 STANDIFER GAP RD APT. 621
CHATTANOOGA, TN 37421

SMITH, NICOLE
8730 GLENLOCH ST
PHILADELPHIA, PA 19136-2115

SNIDER CHRISTOPHER
SNIDER, CHRISTOPER
1920 NORTH MAIN SUITE 214
NORTH LITTLE ROCK, AR 72114-2875

SODEXHO MANAGEMENT INC
SODEXO, INC.
C/O ADRIENNE VADELL STURGES
6081 HAMILTON BLVD
ALLENTOWN, PA 18106

SOLDANELS TED
SOLDANELS, TED
DOUG JOHNSON STATE FARM INS. CO.
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240

SOLUS CORE OPPORTUNITIES MASTER FUND LTD.
ATTN CHRISTOPHER ANTHONY PUCILLO
FOUNDER, PRESIDENT, CEO & CHIEF INVESTMENT OFFICER
SOLUS ALTERNATIVE ASSET MANAGEMENT LP
430 PARK AVENUE, 11TH FLOOR
NY, NY 10022

SOLUS CORE OPPORTUNITIES MASTER FUND LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
CAYMAN CORPORATE CENTRE
27 HOSPITAL ROAD, 5TH FL
5TH FLOOR, HAMILTON HM 11, CAYMAN ISLANDS

SOMMERS MOBILE LEASING INC
1800 LORAIN BLVD
ELYRIA, OH 44035-2407

SOUTHERN CALIFORNIA GAS COMPANY
MASS MARKETS CREDIT & COLLECTIONS
THE GAS COMPANY
P O BOX 30337
LOS ANGELES, CA 90030-0337

SOUTHERN HARWARE & SUPPLY CO LTD
PO BOX 1792
MONROE, LA 71210-1792

SOUTHTOWN DOOR CO INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
400 VULCAN STREET
BUFFALO, NY 14207-1300

SOUTHWEST GAS CORPORATION
PO BOX 1498 / BANKRUPTCY DESK
VICTORVILLE, CA 92393-1498

SPECIALTY MINERALS INC
ATTN: MIKE HAMME
1 HIGHLAND AVE
BETHLEHEM, PA 18017-9482

SPECIALTY MINERALS INC
C/O DIANE MATALAS SR CREDIT ANALYST SMI
622 3RD AVE FL 38
NEW YORK, NY 10017

SPIRET IV LOAN TRUST 2003 B
C/O WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH
1100 N. MARKET STREET
WILMINGTON, DE 19890

SRI FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
201 MAIN STREET
SUITE 2500
FORT WORTH, TX 76102

SRI FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
89 NEXUS WAY
CAMANA ROAD, P.O. BOX 31106
GRAND CAYMAN, KY-1205, CAYMAN ISLANDS

SRP - SALT RIVER PROJECT AZ
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 2950
PHOENIX, AZ 85062-2950

SSS FUNDING II, LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
111 HUNTINGTON AVENUE
35TH FLOOR
BOSTON, MA 02199

SSS FUNDING II, LLC
C/O SANKATY ADVISORS LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 CLARENDON STREET
BOSTON, MA 02116-5021

STADTFELD, HEATHER
11760 W WISE RD
GREENVILLE, MI 48838-8174

STATE OF CONNECTICUT
ATTN GEORGE JEPSEN
ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET
HARTFORD, CT 06106

STATE OF INDIANA MAJOR MOVES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
242 STATE HOUSE
INDIANAPOLIS, IN 46204

STATE OF INDIANA MAJOR MOVES
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
INDIANA DEPARTMENT OF TRANSPORTATION
100 N. SENATE AVE., IGCN 730
INDIANAPOLIS, IN 46204

STATE OF INDIANA MAJOR MOVES
INDIANA ATTORNEY GENERAL'S OFFICE
ATTN ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN 46204

STEVEN SKALSKY JR
1061 COOPERS RUN
AMHERST, OH 44001

STEWART, GARY
PORTNOY & QUINN
401 LIBERTY AVE STE 2325
PITTSBURGH, PA 15222-1035

STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEKTRO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FOLKSTONEWEG 38, 1118 LM LUCHTHAVEN SCHIPHOL
MN SERVICES VERMOGENSBEHEER BV BURGERNEESTER
ELSENNIAAN 329 2282 MZ RIJSWIJK 2H NETHERLANDS

STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEKTRO
ATTN ROBERT VAN SCHAIK, HEAD OF PVT EQ & INFRAS
MN SERVICES NV PRINSES BEATRIXLAAN 15
THE HAGUE, ZUID-HOLLAND, 2595 AK, NETHERLANDS

STICHTING DEPOSITARY APG FIXED INCOME CREDITS POOL
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
OUDE LINDESTRAAT 70
HEERLEN, LIMBURG, NL, 6411 EJ, NETHERLANDS

STICHTING PENSIOENFONDS ABP
ATTN PAUL SPIJKERS, HEAD OF LEGAL AFFAIRS
HEAD OF BONDS, AND DIRECTOR OF FIXED INCOME
OUDE LINDESTRAAT 70
HEERLEN, LIMBURG 6411 EJ, NETHERLANDS

STICHTING PENSIOENFONDS ABP
CORIOVALLUMSTRAAT 46
HEERLEN, LIMBURG
6411 CD
NETHERLANDS

STICHTING PENSIOENFONDS VAN DE METALEKTRO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FOLKSTONEWEG 38
TBD, NOORD-HOLLAND
1118 LM, NETHERLANDS

STICHTING PENSIONFONDS ME
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
FOLKSTONEWEG 38, 1118 LM LUCHTHAVEN SCHIPHOL
MN SERVICES VERMOGENSBEHEER BV BURGERNEESTER
ELSENNIAAN 329, 2282 MZ RIJSWIJK 2H, NETHERLANDS

STICHTING PENSIONFONDS ME
ATTN ROBERT VAN SCHAIK
HEAD OF PRIVATE EQUITY AND INFRASTRUCTURE
MN SERVICES NV PRINSES BEATRIXLAAN 15
THE HAGUE, ZUID-HOLLAND, 2595 AK, NETHERLANDS

STONEY LANE FUNDING I LTD.
ATTN MARK GOLD
CO-FOUNDER & MANAGING PARTNER
C/O HILLMARK CAPITAL MANAGEMENT, L.P.
600 MADISON AVENUE, 16TH FLOOR
NY, NY 10022

STONEY LANE FUNDING I LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
QUEENSGATE HOUSE
PO BOX 1093GT
GEORGE TOWN, CI 1093, CAYMAN ISLANDS

STOWELL, DAVID
PO BOX 1292
LELAND, NC 28451-1292

SUNRISE LANDFILL SITE PRP GROUP
MICHEL O'NEAL
WARNER NORCROSS & JUDD LLP
900 FIFTH THIRD CENTER, 111 LYON ST NW
GRAND RAPIDS, MI 49503-2487

SUTHERLAND ASBILL & BRENNAN LLP
WENDY B SPIRO PARALEGAL
SUTHERLAND ASBILL & BRENNAN LLP
999 PEACHTREE ST NE
ATLANTA, GA 30309-3996

SUTHERLAND LEATHER AND FELT CO
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
749 E MANDOLINE AVE
MADISON HEIGHTS, MI 48071-1437

SWARTZ CREEK (CITY OF)
8083 CIVIC DR
SWARTZ CREEK, MI 48473-1377

TACONIC CAPITAL PARTNERS 1 5 LP
ATTN ALYSSA GREIF YAVNER, PRINCIPAL AND CFO
TACONIC CAPITAL ADVISORS
450 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

TACONIC CAPITAL PARTNERS 1 5 LP
TACONIC CAPITAL ADVISORS
C/O CORPORATION SERVICE COMPANY
80 STATE ST
ALBANY, NY 12207-2543

TACONIC MARKET DISLOCATION FUND II LP
ATTN ALYSSA GREIF YAVNER, PRINCIPAL AND CFO
450 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

TACONIC MARKET DISLOCATION FUND II LP
C/O CORPORATION SERVICE COMPANY
80 STATE ST
ALBANY, NY 12207-2543

TACONIC MARKET DISLOCATION MASTER FUND II LP
ATTN ALYSSA GREIF YAVNER, PRINCIPAL AND CFO
TACONIC CAPITAL ADVISORS
450 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

TACONIC MARKET DISLOCATION MASTER FUND II LP
TACONIC CAPITAL ADVISORS
C/O CORPORATION SERVICE COMPANY
80 STATE ST
ALBANY, NY 12207-2543

TACONIC OPPORTUNITY FUND LP
ATTN ALYSSA GREIF YAVNER, PRINCIPAL AND CFO
450 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

TACONIC OPPORTUNITY FUND LP
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD SUITE 400
WILMINGTON, DE 19808

TALON TOTAL RETURN PARTNERS LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
TWIN LAKE TOTAL RETURN PARTNERS L.P.
C/O SOUTH LASALLE MANAGERS, LLC
115 SOUTH LASALLE STREET, 34TH FLOOR
CHICAGO, IL 60603

TAMMY K KINGDOLLAR
12646 WEST LEE RD
ALBION, NY 14411

TAMMY PROKOPIS - ERIE INSURANCE
C/O ERIE INSURANCE GROUP
PO BOX 28120
RICHMOND, VA 23228

TAYLOR, HERB
574 MOSS LANDING DR
ANTIOCH, TN 37013-5212

TB CONSULTANTS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1001 3RD AVE W STE 600
BRADENTON, FL 34205-7861

TCW HIGH INCM PARTNERS LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ELIZABETHIAN SQUARE, 2ND FLOOR
PO BOX 1984GT
GEORGE TOWN, KY 0000, CAYMAN ISLANDS

TCW IL STATE BOARD OF INVESTMENT
ATTN DAVID LIPPMAN
CHIEF EXECUTIVE OFFIER
THE TCW GROUP, INC.
865 SOUTH FIGUEROA, SUITE 1800
LOS ANGELES, CA 90017

TCW IL STATE BOARD OF INVESTMENT
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 PARK AVENUE
SUITE 2200
NEW YORK, NY 10166-0228

TCW SENIOR SECURED FLOATING RATE LOAN FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 PARK AVENUE
SUITE 2200
NEW YORK, NY 10166-0228

TCW SENIOR SECURED FLOATING RATE LOAN FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
CRESCENT SR SECURED FLOATING RATE LOAN FUND, LLC
865 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

TALON TOTAL RETURN QP PARTNERS LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
TWIN LAKE TOTAL RETURN PARTNERS QP L.P.
C/O SOUTH LASALLE MANAGERS, LLC
115 SOUTH LASALLE STREET, 34TH FLOOR
CHICAGO, IL 60603

TAMMY PROKOPIS - ERIE INSURANCE
6802 PARAGON PL # 600
RICHMOND, VA 23230

TAYLOR, CEDRIC
143 POPLAR ST
COLUMBUS, MS 39702-5372

TAYLOR, STEVEN R
1516 REED RD
FORT WAYNE, IN 46815-7303

TC AMERICAN MONORAIL INC
NW 8718
PO BOX 1450
MINNEAPOLIS, MN 55485-8718

TCW HIGH INCOME PARTNERS LTD.
ATTN DAVID B. LIPPMAN
CEO, PRESIDENT & DIRECTOR
THE TCW GROUP, INC.
865 SOUTH FIGUEROA STREET, SUITE 1800
LOS ANGELES, CA 90017

TCW IL STATE BOARD OF INVESTMENT
ATTN LISA MADIGAN
ATTORNEY GENERAL
500 SOUTH SECOND STREET
SPRINGFIELD, IL 62706

TCW ILLINOIS STATE BOARD OF INVESTMENT
ATTN EMILY REED
GENERAL COUNSEL & CHIEF COMPLIANCE OFFICER
180 NORTH LASALLE STREET, ROOM 2015
CHICAGO, IL 60601

TCW SENIOR SECURED FLOATING RATE LOAN FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
CRESCENT SR SECURED FLOATING RATE LOAN FUND, LLC
11100 SANTA MONICA BOULEVARD
SUITE 2000
LOS ANGELES, CA 90025

TCW SENIOR SECURED FLOATING RATE LOAN FUND LP
CRESCENT SENIOR SECURED
FLOATING RATE LOAN FUND, LLC
NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DR STE 101
KENT, DE 19904

TCW SENIOR SECURED LOAN FUND LP
ATTN DAVID LIPPMAN
EXECUTIVE OFFICER
865 S FIGUEROA ST STE 1800
LOS ANGELES, CA 10166

TCW SENIOR SECURED LOAN FUND LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
UGLAND HOUSE
SOUTH CHURCH STREET
GRAND CAYMAN, KY 00000, CAYMAN ISLANDS

TCW VELOCITY CLO
ATTN DAVID B. LIPPMAN
CEO, PRESIDENT & DIRECTOR
THE TCW GROUP, INC.
865 SOUTH FIGUEROA STREET, SUITE 1800
LOS ANGELES, CA 90017

TCW VELOCITY CLO
C/O MAPLES FINANCE LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093 GT, QUEENSGATE HOUSE
SOUTH CHURCH STREET, GRAND CAYMAN, CAYMAN ISLANDS

TCW-PARK AVENUE LOAN TRUST
ATTN DAVID B. LIPPMAN
CEO, PRESIDENT & DIRECTOR
THE TCW GROUP, INC.
865 SOUTH FIGUEROA STREET, SUITE 1800
LOS ANGELES, CA 90017

TEACHERS' RETIREMENT SYSTEM
OF THE STATE OF ILLINOIS
ATTN LISA MADIGAN, ATTORNEY GENERAL
500 SOUTH SECOND STREET
SPRINGFIELD, IL 62706

TEACHERS' RETIREMENT SYSTEM OF THE STATE OF IL
ATTN CHRISTOPHER KOCH
PRESIDENT
2815 WEST WASHINGTON
SPRINGFIELD, IL 62702

TELESIS TECHNOLOGIES INC
28181 RIVER DR
PO BOX 1000
CIRCLEVILLE, OH 43113-7000

TEXAS COUNTY & DISTRICT RET SYSTEM
ATTN AMY BISHOP, DIRECTOR
901 SOUTH MOPAC
BARTON OAKS PLAZA IV, SUITE 500
AUSTIN, TX 78746

TEXAS COUNTY & DISTRICT RET SYSTEM
ATTN KEN PAXTON
ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

TEXAS DEPARTMENT OF INSURANCE/DIV. OF WORKERS' COMP.
7551 METRO CENTER DR STE 100, MS 4D
AUSTIN, TX 78744-1645

THE ASSETS MANAGEMENT COMMITTEE OF THE
COCA-COLA CO MASTER RETIREMENT TRUST
ATTN BERNHARD COEPELT,SR VP GEN & CHIEF LGL CNSL
THE COCA-COLA COMPANY
ONE COCA-COLA PLAZA
ATLANTA, GA 30313

THE ASSETS MANAGEMENT COMMITTEE OF THE
COCA-COLA CO MASTER RETIREMENT TRUST
C/O FIDELITY INVESTMENTS
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
82 DEVONSHIRE STREET - E31C
BOSTON, MA 02109

THE ASSETS MANAGEMENT COMMITTEE OF THE
COCA-COLA COMPANY MASTER RETIREMENT TRUST
THE COCA-COLA CO MASTER RTRMNT TR FND, LP
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

THE BARTECH GROUP
6408 RELIABLE PARKWAY
CHICAGO, IL 60686

THE CARCANNON CORPORATION
TWO WISCONSIN CIRCLE SUITE 700
CHEVY CHASE, MD 20815

THE CHILDREN'S HOSPITAL FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
34TH STREET AND CIVIC CENTER BLVD.
PHILADELPHIA, PA 19104

THE CITY OF WARREN, OH
C/O GREGORY V HICKS LAW DIRECTOR
391 MAHONING AV NW
WARREN, OH 44483

THE DUCHOSSOIS GROUP INC.
ATTN CRAIG J. DUCHOSSOIS
CHIEF EXECUTIVE OFFICER
845 LARCH AVENUE
ELMHURST, IL 60125-0000

THE DUCHOSSOIS GROUP INC.
C/O CT CORPORATION SYSTEM
208 S LA SALLE ST, STE 814
CHICAGO, IL 60604-1101

THE GALAXITE MASTER UNIT TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
CLOSE TRUSTEES (CAYMAN) LIMITED
HARBOUR PLACE 4TH FLOOR, 103 SOUTH CHURCH STREET
GRAND CAYMAN, KY 00000 CAYMAN ISLANDS

THE GALAXITE MASTER UNIT TRUST
C/O CLOSE BROTHERS (CAYMAN) LIMITED
HARBOUR PLACE
103 SOUTH CHURCH STREET
GEORGE TOWN, CAYMAN ISLANDS

THE HARTFORD MUTUAL FUNDS, INC.
THE HARTFORD FLOATING RATE FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
15 RADNOR CORPORATE CENTER
2100 MATSONFORD ROAD, SUITE 300
RADNOR TOWNSHIP, PA 19087

THE HARTFORD MUTUAL FUNDS, INC.
THE HARTFORD FLOATING RATE FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 HOPMEADOW STREET
SIMSBURY, CT 06089

THE HARTFORD MUTUAL FUNDS, INC.
THE HARTFORD FLOATING RATE FUND
C/O THE CORPORATION TRUST INCORPORATED
351 WEST CAMDEN STREET
BALTIMORE, MD 21201

THE HERTZ CORPORATION
225 BRAE BOULEVARD
PARK RIDGE, NJ 07656

THE MATHER FOUNDATION
ATTN MARY LEARY
PRESIDENT & CEO
MATHERLIFEWAYS
1603 ORRINGTON AVENUE, SUITE 1800
EVANSTON, IL

THE MATHER FOUNDATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
40 BROAD STREET
8TH FLOOR
NEW YORK, NY 10004

THE ROYAL BANK OF SCOTLAND PLC NEW YORK BRANCH
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD
WILMINGTON, DE 19808

THE ROYAL BANK OF SCOTLAND PLC NY BRANCH
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
101 PARK AVENUE
NEW YORK, NY 10178-0002

THOMAS, AGNES
12127 AINSWORTH ST
LOS ANGELES, CA 90044-3914

THOMAS, TEYAKA
1201 DRIPPING SPRINGS RD APT O
CULLMAN, AL 35055

THORNTON, DAVID
9910 W LANDMARK ST
BOISE, ID 83704-6511

THRIVENT FINANCIAL FOR LUTHERANS
ATTN BRADFORD LEIGH HEWITT
CEO, PRESIDENT AND DIRECTOR
625 FOURTH AVE. S.
MINNEAPOLIS, MN 55415-1624

THRIVENT FINANCIAL FOR LUTHERANS
C/O CT CORPORATION SYSTEM INC
37 SUNNY SIDE LN
SAINT PAUL, MN 55118-4723

THRIVENT HIGH YIELD FUND
ATTN DAVID SCOTT ROYAL
CHIEF LEGAL OFFICER AND SECRETARY
C/O THRIVENT ASSET MANAGEMENT LLC
625 FOURTH AVE. S.
MINNEAPOLIS, MN 55415-1624

THRIVENT HIGH YIELD PORTFOLIO
ATTN KAREN LASON
CHIEF EXECUTIVE OFFICER
C/O THRIVENT ASSET MANAGEMENT LLC
625 FOURTH AVE. S.
MINNEAPOLIS, MN 55415-1624

THRIVENT INCOME FUND
ATTN KAREN LASON
CHIEF EXECUTIVE OFFICER
C/O THRIVENT ASSET MANAGEMENT LLC
625 FOURTH AVE. S.
MINNEAPOLIS, MN 55415-1624

THRIVENT SERIES FUND, INC. - INCOME PORTFOLIO
ATTN DAVID SCOTT ROYAL
CHIEF LEGAL OFFICER AND SECRETARY
625 FOURTH AVE. S.
MINNEAPOLIS, MN 55415-1624

TIMOTHY ROY JONES
P.O.BOX 613
CEDAR HILL, TX 75106

TINNERMAN PALNUT ENGINEERED PRODUCT
1060 W 130TH ST
BRUNSWICK, OH 44212-2316

TMCT II LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
3455 PEACHTREE RD., NE
SUITE 1200
ATLANTA, GA 30326

TMCT II LLC
ATTN WARREN B. WILLIAMSON
REGISTERED AGENT
350 W. COLORADO BLVD
STE 230
PASADENA, CA 91105-1855

TORRANCE (CITY OF)
PO BOX 9005
SAN DIMAS, CA 91773-9005

TORRES, CECILIA
C/O STATE-WIDE INSURANCE COMPANY
20 MAIN ST
PO BOX 9001
HEMPSTEAD, NY 11551-9001

TOWER GROUP COMPANIES
C/O TRANSPAC SOLUTIONS
ATTN SHARI BALDWIN
PO BOX 36220
LOUISVILLE, KY 40233

TOWN OF SALINA
ATTN BENJAMIN CONLON
OFFICE OF GENERAL COUNSEL
NYS DEPT OF ENVIRONMENTAL CONSERVATION
625 BROADWAY
ALBANY, NY 12232

TOWN OF SALINA
ATTN GARY HARPER, STATE OF NY
OFFICE OF THE NYS COMPTROLLER
STATE STREET
ALBANY, NY 12207

TOWN OF SALINA
ATTN MAUREEN F. LEARY
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE NYS ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION BUREAU
ALBANY, NY 12224-0341

TOWN OF SALINA
ATTN WENDY KINSELLA
HARRIS BEACH, PLLC
333 WEST WASHINGTON STREET
ALBANY, NY 13202

TOWN OF SALINA
ATTN: FRANK C PAVIA
HARRIS BEACH PLLC
99 GARNSEY RD
PITTSFORD, NY 14534-4565

TRANE US, INC
3600 PAMMEL CREEK RD #17-1
LA CROSSE, WI 54601-7511

TRANSAMERICA SERIES TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 BOYLSTON STREET
23RD FLOOR
BOSTON, MA 02116

TRANSAMERICA SERIES TRUST
ATTN THOMAS ANTHONY SWANK
CHIEF EXECUTIVE OFFICER
TRANSAMERICA SERIES TRUST
570 CARILLON PARKWAY
ST. PETERSBURG, FL 33716

TRANSAMERICA SERIES TRUST
C/O THE CORPORATION TRUST CO
CORPORATION TRUST CENTER
WILMINGTON, DE 19801

TRANSCAT
COMMERCIAL COLLECTION CORP
PO BOX 288
TONAWANDA, NY 14150

TRANSPAC SOLUTIONS
PO BOX 26220
LOUISVILLE, KY 40233

TRANSPAC SOLUTIONS
PO BOX 36220
LOUISVILLE, KY 40233

TRANSPAC SOLUTIONS AS AGENT OF INSUREMAX INS CO
C/O TRANSPAC SOLUTIONS
PO BOX 36220
874384-1317213
LOUISVILLE, KY 40233

TRAVELERS CHAMPIONSHIP
ATTN CORPORATE OFFICER/AUTHORIZED AGENT
90 STATE HOUSE SQ
HARTFORD, CT 06103-3708

TREADWAY, TINA
23103 AL HIGHWAY 24
TRINITY, AL 35673-4348

TREVINO, ROGELIO
3211 HOMBLY RD
HOUSTON, TX 77066-4914

TRILOGY PORTFOLIO COMPANY LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
500 MAMRONECK AVENUE
HARRISON, NY 10528

TRILOGY PORTFOLIO COMPANY LLC
C/O DELAWARE CORPORATION ORGANIZERS, INC.
1201 NORTH MARKET ST FL 18
P.O. BOX 1347
WILMINGTON, DE 19801

TRILOGY PORTFOLIO COMPANY LLC
C/O TRILOGY CAPITAL MANAGEMENT, LLC,
ATTN JONATHAN D. ROSENSTEIN
33 BENEDICT PLACE
GREENWICH, CT 06830

TROTTER, CHRISTINE
117 SAWYER LOOP
WINONA, MS 38967-9768

TROUT, SUSAN
1602 GILMER AVE NW
ROANOKE, VA 24017-5536

TROY (CITY OF ) MI
DRAWER #0103
PO BOX 33321
DETROIT, MI 48232-5321

TRS SVCO LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
90 HUDSON STREET
JERSEY CITY, NJ 07302

TRS SVCO LLC
C/O DEUTSCHE BANK
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
60 WALL STREET
NEW YORK, NY 10005

TRS SVCO LLC
C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

TST EXPEDITED SERVICES
PO BOX 7217
710 SPRUCEWOOD
WINDSOR CANADA ON N9C 3Z1 CANADA

TUCKER, VICKI
530 W CARSON DR
MUSTANG, OK 73064-3547

TWIN LAKE TOTAL RETURN PARTNERS LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
TWIN LAKE TOTAL RETURN PARTNERS L.P.
C/O SOUTH LASALLE MANAGERS, LLC
115 SOUTH LASALLE STREET, 34TH FLOOR
CHICAGO, IL 60603

TWIN LAKE TOTAL RETURN PARTNERS LP
C/O NATIONAL CORPORATE RESEARCH, LTD.
615 S. DUPONT HWY
DOVER, DE 19901

TWIN LAKE TOTAL RETURN PARTNERS QP LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
TWIN LAKE TOTAL RETURN PARTNERS QP L.P.
C/O SOUTH LASALLE MANAGERS, LLC
115 SOUTH LASALLE STREET, 34TH FLOOR
CHICAGO, IL 60603

TWIN LAKE TOTAL RETURN PARTNERS QP LP
C/O NATIONAL CORPORATE RESEARCH, LTD.
615 S. DUPONT HWY
DOVER, DE 19901

TYDEN GROUP INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 79001
DETROIT, MI 48279-1112

UMC BENEFIT BOARD, INC.
ATTN BARBARA BOIGEGRAIN
GENERAL SECRETARY AND CEO
1901 CHESTNUT AVENUE
GLENVIEW, IL 60025-1604

UMC BENEFIT BOARD, INC.
C/O CT CORPORATION
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604

UNIFIED INDUSTRIES INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
772084 SOLUTIONS CTR
CHICAGO, IL 60677-2084

UNITED TELEPHONE COMPANY OF OHIO
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

UNITIL NORTHERN UTILITIES
ATTN: BANKRUPTCY DEPT
PO BOX 2025
SPRINGFIELD, MA 01102-2025

UP SYSTEMS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1583 PAYSPHERE CIR
CHICAGO, IL 60674-0015

US POSTMASTER POSTMASTER DETROIT MI
C/O BUSINESS MAIL ENTRY
1401 W FORT ST
ROOM 712
DETROIT, MI 48233-1001

USAA INSURANCE
A/S/O CARL WHALEY
ATTN CYNTHIA SIMPSON
PO BOX 659476
SAN ANTONIO, TX 78265

UTILITY SUPPLY OF AMERICA INC
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT
PO BOX 9004
GURNEE, IL 60031-9004

VELMA WARD
1358 SHARON RD
MANSFIELD, OH 44907-2741

VELOCITY CLO LTD.
C/O MAPLES FINANCE LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
P.O. BOX 1093 GT, QUEENSGATE HOUSE
SOUTH CHURCH STREET, GRAND CAYMAN, CAYMAN ISLANDS

VERA HAFFEY
1217 MT HWY 1 W
ANACONDA, MT 59711

UNIFIRST CORP
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 7580
HALTOM CITY, TX 76111-0580

UNITIL NORTHERN UTILITIES
5 MCGUIRE ST
CONCORD, NH 03301

UP SYSTEMS INC
1450 S LAKESIDE DR
WAUKEGAN, IL 60085-8301

UP SYSTEMS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
27944 N BRADLEY RD
LIBERTYVILLE, IL 60048

US POSTMASTER POSTMASTER DETROIT MI
US POSTAL SERVICE LAW DEPT.
ATTN: ROSA JONES
433 W. HARRISON STREET -7TH FL
CHICAGO, IL 60699-7000

UTILITY SERVICES CO INC
ATTN CFO
PO BOX 1350
PERRY, GA 31069

VELICITA HILLSMAN
325 SELLERS DR
DYERSBURG, TN 38024

VELOCITY CLO LTD.
C/O CRESCENT CAPITAL GROUP LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
11100 SANTA MONICA BOULEVARD SUITE 2000
LOS ANGELES, CA 90025

VELOCITY CLO LTD.
C/O TCW ASSET MANAGEMENT COMPANY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
865 S FIGUEROA ST
STE 1800
LOS ANGELES, CA 90017

VICKERY, ROBIN
LAW OFFICES OF MARK G MCMAHON
7912 BONHOMME AVE STE 101
SAINT LOUIS, MO 63105-3512

VIDEOTEC CORPORATION
VIDEOTEC CORPORATION,
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240

VIOLETT, ALYSSA
3400 NW 85TH TER
KANSAS CITY, MO 64154-1160

VIRGIL TUCKER
1428  N LOCKE ST
KOKOMO, IN 46901-2463

VIRGINIA SAENZ AS NEXT FRIEND OF MANUEL SAENZ
C/O VILLEGAS LAW FIRM
1324 EAST SEVENTH ST
BROWNSVILLE, TX 78520

VIRTUS MULTI SECTOR FIXED INCM FUND
ATTN GEORGE R. AYLWARD
PRESIDENT, CEO, AND DIRECTOR
VIRTUS INVESTMENT PARTNERS, INC
100 PEARL STREET 9TH FLOOR
HARTFORD, CT 06103

VIRTUS MULTI SECTOR FIXED INCM FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
ICM GROUP
1 CMP
18TH FLOOR
HARTFORD, CT 10081

VIRTUS MULTI SECTOR FIXED INCOME FUND
ATTN KEVIN JOHN CARR
CHIEF LEGAL OFFICER AND VICE PRESIDENT
VIRTUS INVESTMENT PARTNERS, INC
100 PEARL STREET 9TH FLOOR
HARTFORD, CT 06103

VIRTUS MULTISECTOR SHORT TERM BOND FUND
ATTN GEORGE R. AYLWARD
PRESIDENT, CEO, AND DIRECTOR
VIRTUS INVESTMENT PARTNERS, INC
100 PEARL STREET 9TH FLOOR
HARTFORD, CT 06103

VIRTUS MULTISECTOR SHORT TERM BOND FUND
ATTN KEVIN JOHN CARR
CHIEF LEGAL OFFICER AND VICE PRESIDENT
VIRTUS INVESTMENT PARTNERS, INC
100 PEARL STREET 9TH FLOOR
HARTFORD, CT 06103

VIRTUS MULTISECTOR SHORT TERM BOND FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
56 PROSPECT STREET
HARTFORD, CT 06115

VIRTUS SENIOR FLOATING RATE FUND
ATTN GEORGE R. AYLWARD
PRESIDENT, CHIEF EXECUTIVE OFFICER, AND DIRECTOR
VIRTUS INVESTMENT PARTNERS, INC
100 PEARL STREET 9TH FLOOR
HARTFORD, CT 06103

VIRTUS SENIOR FLOATING RATE FUND
ATTN KEVIN JOHN CARR
CHIEF LEGAL OFFICER AND VP
VIRTUS INVESTMENT PARTNERS, INC
100 PEARL STREET 9TH FLOOR
HARTFORD, CT 06103

VIRTUS SENIOR FLOATING RATE FUND
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
1 NY PLAZA
NEW YORK, NY 10004

VITESSE CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
200 PARK AVENUE
SUITE 2200
NEW YORK, NY 10166

VITESSE CLO LTD.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1093
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN KY1-1102, CAYMAN ISLANDS

VITESSE CLO LTD.
C/O CRESCENT CAPITAL GROUP LP
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
11100 SANTA MONICA BOULEVARD SUITE 2000
LOS ANGELES, CA 90025

VITESSE CLO LTD.
C/O TCW ASSET MANAGEMENT CO
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
865 S FIGUEROA ST
STE 1800
LOS ANGELES, CA 90017

VULCAN ELECTRIC COMPANY
28 END FIELD ST
PORTER, ME 04064

VULCAN VENTURES INC.
ATTN DUANE BECKETT
CHIEF EXECUTIVE OFFICER
45 STATE ST
BROCKPORT, NY 14420

VULCAN VENTURES INC.
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
505 5TH AVENUE S.
SEATTLE, WA 98104-3591

WADE, DONALD
PO BOX 113
NEWTON, WI 53063-0113

WALDA DALE V DBA LOCKWORKS SUPPLY
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1522 WEST US 36
PENDLETON, IN 46064

WALKER, MONIQUE
8931 HAAS AVE
LOS ANGELES, CA 90047-3509

WALTER WILSON
C/O WALTER W WILSON
5510 MOUNT WASHINGTON ROAD
LOUISVILLE, KY 40229

WAMCO - 3131
RAYTHEON MASTER PENSION MASTER TRUST
ATTN DR. THOMAS A. KENNEDY, CHAIRMAN & CEO
RAYTHEON CO,
870 WINTER STREET
WALTHAM, MA 02451

WAMCO - 3131 - RAYTHEON MASTER PENSION
MASTER TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
135 SANTILLI HIGHWAY
EVERETT, MA 02149

WAMCO - 3131 - RAYTHEON MASTER PENSION
MASTER TRUST
C/O WESTERN ASSET MANAGEMENT CO.
ATTN JAMES W. HIRSCHMANN, II
385 EAST COLORADO BOULEVARD
PASADEMA., CA 91101

WAMCO 176
VIRGINIA SUPPLEMENTAL RETIREMENT SYSTEM
ATTN PATROCOA S. BISHOP, ACTING DIRECTOR
VIRGINIA RETIREMENT SYSTEM
1200 EAST MAIN STREET
RICHMOND, VA 23218-2500

WAMCO 176 - VIRGINIA SUPPLEMENTAL
RETIREMENT SYSTEM
C/O WESTERN ASSET MANAGEMENT CO.
ATTN JAMES W. HIRSCHMANN, II
385 EAST COLORADO BOULEVARD
PASADEMA., CA 91101

WAMCO 2357 - LEGG MASON PARTNERS CAPITAL
& INCOME FUND
C/O WESTERN ASSET MANAGEMENT CO.
ATTN JAMES W. HIRSCHMANN, II
385 EAST COLORADO BOULEVARD
PASADEMA., CA 91101

WAMCO 2357 - LEGG MASON PARTNERS CPTAL & INCM FUND
LEGG MASON CLEARBRIDGE CAPITAL AND INCOME FUND
C/O CLEARBRIDGE INVESTMENTS, LLC
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
620 EIGHTH AVE., 48TH FLOOR
NEW YORK, NY 10018

WAMCO 3023
VIRGINIA RETIREMENT SYSTEMS BANK LOAN PORTFOLIO
C/O WESTERN ASSET MANAGEMENT CO.
ATTN JAMES W. HIRSCHMANN, II
385 EAST COLORADO BOULEVARD
PASADEMA., CA 91101

WAMCO 3023 - VIRGINIA RETIREMENT
SYSTEMS BANK LOAN PORTFOLIO
ATTN PATROCOA S. BISHOP, ACTING DIRECTOR
VIRGINIA RETIREMENT SYSTEM
1200 EAST MAIN STREET
RICHMOND, VA 23218-2500

WAMCO 3073 - JOHN HANCOCK TRUST
FLOATING RATE INCOME TRUST
C/O WESTERN ASSET MANAGEMENT CO.
ATTN JAMES W. HIRSCHMANN, II
385 EAST COLORADO BOULEVARD
PASADEMA., CA 91101

WAMCO 3073 - JOHN HANCOCK TRUST FLOATING RATE
INCM TRUST
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
601 CONGRESS STREET
BOSTON, MA 02110

WAMCO 3074 - JOHN HANCOCK FUND II
FLOATING RATE INCM FUND
C/O JOHN HANCOCK ADVISERS, LLC
ATTN: ANDREW GRANT ARNOTT CHIEF EXECUTIVE OFFICER
601 CONGRESS STREET
BOSTON, MA 02210-2805

WAMCO 3074 - JOHN HANCOCK FUND II
FLOATING RATE INCOME FUND
C/O WESTERN ASSET MANAGEMENT CO.
ATTN JAMES W. HIRSCHMANN, II
385 EAST COLORADO BOULEVARD
PASADEMA., CA 91101

WAMCO MT WILSON CLO LTD.
C/O MAPLES LIQUIDATION SERVICES (CAYMAN)LTD
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1093, BOUNDARY HALL
GRAND CAYMAN KY1-1102, CAYMAN ISLANDS

WAMCO MT WILSON CLO LTD.
C/O WESTERN ASSET MANAGEMENT CO.
ATTN JAMES W. HIRSCHMANN, II
385 EAST COLORADO BOULEVARD
PASADEMA., CA 91101

WAMCO WESTERN ASSET
FLOATING RATE HIGH INCOME FUND LLC
ATTN JAMES W. HIRSCHMANN, II CEO
C/O WESTERN ASSET MANAGEMENT CO.
385 EAST COLORADO BOULEVARD
PASADEMA., CA 91101

WAMCO WESTERN ASSET FLOATING RATE HIGH
INCM FUND LLC
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
117 EAST COLORADO BLVD.
PASADENA, CA 91105

WANDA NOVAK
392 W BOYLSTROM ST
WORCESTER, MA 01606-3223

WARD, VELMA M
1358 SHARON RD
MANSFIELD, OH 44907-2741

WASHINGTON, CATHY
2159 CRESCENT AVE
SAINT LOUIS, MO 63121-5603

WASHINGTON, CATHY
580 VILLIAGE SQUARE
HAZELWOOD, MO 63042

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WASTE MANAGEMENT, INC.
P.O. BOX 930580
ATLANTA, GA 31193

WATER SERVICES DEPT OF MONTGOMERY COUNTY OHIO
DOUGLAS TROUT ESQUIRE
DAYTON-MONTGOMERY COUNTY COURTS BLDG
301 W THIRD STREET
DAYTON, OH 45402

WATKINS, BRITNEY
1436 N MARKET ST
SAINT LOUIS, MO 63106-4146

WATKINS, BRITNEY
704 DICKSON
APT D
SAINT LOUIS, MO  6310

WDC EXPLORATION & WELLS
500 MAIN ST
WOODLAND, CA 95695

WDC EXPLORATION & WELLS
7650 S MCCLINTOCK DR STE 103
TEMPE, AZ 85284

WELLS - 13702900
ATTN ROBERT W BISSELL
CHIEF EXECUTIVE OFFICER
WELLS CAPITAL MANAGEMENT INCORPORATED
525 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94105

WELLS - 14945000
ATTN ROBERT W BISSELL
CHIEF EXECUTIVE OFFICER
WELLS CAPITAL MANAGEMENT INCORPORATED
525 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94105

WELLS - LOS ANGELES DEPT. OF WATER &
POWER EMPLOYEES RETIRE DISABILITY
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
417 MONTGOMERY STREET
5TH FLOOR
SAN FRANCISCO, CA 94104

WELLS - LOS ANGELES DEPT. OF WATER &
POWER EMPLOYEES RETIRE DISABILITY
ATTN ROBERT W BISSELL, CEO
WELLS CAPITAL MANAGEMENT INCORPORATED
525 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94105

WELLS - LOS ANGELES DEPT. OF WATER &
POWER EMPLOYEES RETIRE DISABILITY
EXECUTIVE DIRECTOR, FREDERICK PICKEL
LA DWPERP
111 NORTH HOPE STREET, ROOM 357
LOS ANGELES, CA 90012

WELLS & COMPANY MASTER PENSION TRUST:
DBA WELLS CAPITAL MANAGEMENT - 12222133
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
WELLS FARGO & COMPANY MASTER PENSION TRUST
608 SECOND AVENUE SOUTH NORSTAR EAST BUILDING 9TH FLOOR
MINNEAPOLIS, MN 55402

WELLS & COMPANY MASTER PENSION TRUST:
DBA WELLS CAPITAL MANAGEMENT - 12222133
ATTN ROBERT W BISSELL, CEO
WELLS CAPITAL MANAGEMENT INCORPORATED
525 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94105

WELLS CAP MGMT - 13923601
ATTN ROBERT W BISSELL
CHIEF EXECUTIVE OFFICER
WELLS CAPITAL MANAGEMENT INCORPORATED
525 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94105

WELLS CAPITAL MANAGEMENT 16017000
ATTN ROBERT W BISSELL
CHIEF EXECUTIVE OFFICER
WELLS CAPITAL MANAGEMENT INCORPORATED
525 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94105

WELLS CAPITAL MANAGEMENT 16959700
ATTN ROBERT W BISSELL
CHIEF EXECUTIVE OFFICER
WELLS CAPITAL MANAGEMENT INCORPORATED
525 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94105

WELLS CAPITAL MANAGEMENT 16959701
ATTN ROBERT W BISSELL
CHIEF EXECUTIVE OFFICER
WELLS CAPITAL MANAGEMENT INCORPORATED
525 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94105

WELLS CAPITAL MANAGEMENT 18866500
ATTN ROBERT W BISSELL
CHIEF EXECUTIVE OFFICER
WELLS CAPITAL MANAGEMENT INCORPORATED
525 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94105

WELLS FARGO ADVANTAGE INCOME FUNDS:
INCOME PLUS FUND
ATTN KARLA MARIE RABUSCH, PRESIDENT, CEO, AND DIR
C/O WELLS FARGO FUNDS MANAGEMENT, LLC
525 MARKET STREET 12TH FLOOR
SAN FRANCISCO, CA 94105-2720

WELLS FARGO ADVANTAGE INCOME OPPORTUNITIES FUND
ATTN KARLA MARIE RABUSCH
PRESIDENT, CHIEF EXECUTIVE OFFICER, AND DIRECTOR
C/O WELLS FARGO FUNDS MANAGEMENT, LLC
525 MARKET STREET 12TH FLOOR
SAN FRANCISCO, CA 94105-2720

WELLS FARGO ADVANTAGE MULTI-SECTOR INCOME FUND
ATTN KARLA MARIE RABUSCH
PRESIDENT, CHIEF EXECUTIVE OFFICER, AND DIRECTOR
C/O WELLS FARGO FUNDS MANAGEMENT, LLC
525 MARKET STREET 12TH FLOOR
SAN FRANCISCO, CA 94105-2720

WELLS FARGO ADVANTAGE UTILITIES & HIGH INCOME FUND
ATTN KARLA MARIE RABUSCH
PRESIDENT, CHIEF EXECUTIVE OFFICER, AND DIRECTOR
C/O WELLS FARGO FUNDS MANAGEMENT, LLC
525 MARKET STREET 12TH FLOOR
SAN FRANCISCO, CA 94105-2720

WEST BEND MUTUAL INSURANCE COMPANY
ATTN JAMES J PAULY
1900 S 18TH AVE
WEST BEND, WI 53095

WEST BEND MUTUAL INSURANCE COMPANY
ATTN JIM PAULY
GENERAL COUNSEL & SECRETARY
1900 SOUTH 18TH AVENUE
WEST BEND, WI 53095

WEST BEND MUTUAL INSURANCE COMPANY
ATTN KEVIN STEINER
CHIEF EXECUTIVE OFFICER
1900 SOUTH 18TH AVENUE
WEST BEND, WI 53095

WEST MIFFLIN SSA PA
LEGAL TAX SERVICE INC
PO BOX 10020
PITTSBURGH, PA 15236-6020

WEST WORLD MEDIA / CINEMA SOURCE
BRETT WEST, CEO
63 COPPS HILL RD
RIDGEFIELD, CT 06877

WEXFORD CATALYST INVESTORS
ATTN CHARLES EUGENE DAVIDSON
CHAIRMAN & CHIEF INVESTMENT OFFICER
C/O WEXFORD CAPITAL LP
411 WEST PUTNAM AVENUE
GREENWICH, CT 06830

WEXFORD SPECTRUM INVESTORS LLC
ATTN CHARLES EUGENE DAVIDSON
CHAIRMAN & CHIEF INVESTMENT OFFICER
C/O WEXFORD CAPITAL LP
411 WEST PUTNAM AVENUE
GREENWICH, CT 06830

WHITMILL, ERNESTINE
3312 SOUTH STERLING AVE. #15
INDEPENDENCE, MO  6405

WHITMILL, ERNESTINE
3612 E 29TH ST
KANSAS CITY, MO 64128-1229

WILLIAMS SCOTSMAN, INC
8211 TOWN CENTER DR
BALTIMORE, MD 21236

WILLIAMS SCOTSMAN, INC
901 S BOND ST FL 6
BALTIMORE, MD 21231-3357

WILLIAMS, NATHANIEL
5403 VOLUNTEER DRIVE
COLUMBIA, MO 65201-2836

WILSON RANDALL & LINDA
1155 N DUCK CREEK RD
NORTH JACKSON, OH 44451-9690

WINKELS, MEL
1402 SHERWOOD STREET
APT. 9
MISSOULA, MT 59802

WOODBURY CADILLAC LLC
C/O JASPAN SCHLESINGER LLP
ATTN: STEVEN R SCHLESINGER, ESQ
300 GARDEN CITY PLAZA, 5TH FLOOR
GARDEN CITY, NY 11530

WPGX-TV
PO BOX 1848
COLUMBUS, GA 31902

WREN, JAMILLA
4239 AUTUMN SKY DR
SACRAMENTO, CA 95823-6746

WRIGHT ADRIAN
11510 GIBBENS RD
BATON ROUGE, LA 70807-2256

WRIGHT ADRIAN
1642 DEBRA DRIVE
BAKER, LA 70714

WYMAN, KIMBERLY
548 STONY CREEK RD
HADLEY, NY 12835-2008

X RITE INC
4300 44TH ST SE
GRAND RAPIDS, MI 49512-4009

YARLING & ROBINSON
151 NORTH DELAWARE STREET SUITE 1535
POST OFFICE BOX 44128
INDIANAPOLIS, IN 46204-0128

YOUNG SUPPLY CO
52000 SIERRA DR
CHESTERFIELD, MI 48047-1307

YUASA AND HARA EFT
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
CPO BOX 714
GINZA  JP POST
TOKYO 1008692 JAPAN

ZOMAX INC
C/O KOHNER MANN & KAILIS SC
WASHINGTON BUILDING, BARNABAS BUSINESS CENTER
4650 N PORT WASHINGTON ROAD
MILWAUKEE, WI 53212-1059