# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

June 11, 2015

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    Re: In re Motors Liquidation Company, *et al.*
      Case No. 09-50026 (REG)

**Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

  King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM's Motions to Enforce. Specifically,

1. On May 26, 2015, New GM filed a motion to stay ("**Stay Motion**") in *Pillars v. General Motors LLC*, Case No. 1:15-cv-11360-TLL-PTM (E.D. Mi.) ("**Pillars Lawsuit**"), which is pending in the United States District Court for the Eastern District of Michigan ("**Michigan District Court**"). On June 9, 2015, the plaintiff in the Pillars Lawsuit filed a response ("**Response**") to the Stay Motion. New GM's reply to the Response is due June 19, 2015. On June 10, 2015, New GM filed *Defendant General Motors LLC's Notice Of Supplemental Authority* with the Michigan District Court. Copies of these pleadings are annexed hereto as Exhibits "1" through "3" respectively.

2. Today, June 11, 2015, counsel to New GM and Lead and Liaison Counsel filed a joint letter ("**Joint Agenda Letter**") addressed to Judge Furman setting forth the parties'

25794612v1

Honorable Robert E. Gerber
June 11, 2015
Page 2

       tentative agenda for the June 16, 2015 status conference before Judge Furman.  A copy of the Joint Agenda Letter is attached hereto as Exhibit "4."

                      Respectfully submitted,

                      */s/ Arthur Steinberg*

                      Arthur Steinberg

AJS/sd
Encl.

cc:    Edward S. Weisfelner
       Howard Steel
       Sander L. Esserman
       Jonathan L. Flaxer
       S. Preston Ricardo
       Matthew J. Williams
       Lisa H. Rubin
       Keith Martorana
       Daniel Golden
       Deborah J. Newman
       Jamison Diehl
       William Weintraub
       Steve W. Berman
       Elizabeth J. Cabraser
       Robert C. Hilliard