# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BENJAMIN W. PILLARS, as
Personal Representative for the
Estate of KATHLEEN ANN PILLARS,
Deceased,

          Plaintiff,

v.

GENERAL MOTORS LLC,

          Defendant.

Honorable Thomas J. Ludington
Case: 1:15-cv-11360-TLL-PTM

| | |
|---|---|
| Victor J. Mastromarco, Jr. (P35464)<br>Russell C. Babcock (P57662)<br>The Mastromarco Firm<br>Attorneys for Plaintiff<br>1024 N. Michigan Avenue<br>Saginaw, MI 48602<br>989.752.1414 / 989.752.6202 fx<br>Vmastromar@aol.com<br>russellbabcock@aol.com | Thomas P. Branigan (P41774)<br>Elizabeth A. Favaro (P69610)<br>Bowman and Brooke LLP<br>Attorneys for Defendant<br>41000 Woodward Avenue, Suite 200 East<br>Bloomfield Hills, MI 48304<br>248.205.3300 ph / 248.205.3399 fx<br>tom.branigan@bowmanandbrooke.com<br>elizabeth.favaro@bowmanandbrooke.com |

## DEFENDANT GENERAL MOTORS LLC'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

General Motors LLC brings to the attention of the Court a supplemental authority bearing on the issues raised in Plaintiff's Motion to Remand; namely the Judgment entered by Judge Gerber of the United States Bankruptcy Court for the Southern District of New York on June 1, 2015, attached hereto as Exhibit A.

12242174v1

In the Judgment, the Bankruptcy Court holds that its decision to proscribe certain claims and cause of action against New GM applies to the lawsuits listed *inter alia* in Exhibit D to the Judgment. Exhibit D to the Judgment specifically lists and includes the above-captioned action. This Judgment demonstrates, as New GM argued in its Notice of Removal (ECF No. 1, ¶¶ 8-15) and in its Response to Plaintiff's Motion to Remand (ECF No. 10, 13-17), that the Bankruptcy Court not only has jurisdiction over this case, but is affirmatively exercising that jurisdiction, and that this case was properly removed.

        Respectfully submitted,

        Bowman and Brooke LLP

By:   /s/Thomas P. Branigan
      Thomas P. Branigan (P41774)
      Elizabeth A. Favaro (P69610)
      Attorneys for Defendant
      41000 Woodward Avenue
      Suite 200 East
      Bloomfield Hills, MI 48304
      248.205.3300 ph / 248.205.3399 fx
      tom.branigan@bowmanandbrooke.com
      elizabeth.favaro@bowmanandbrooke.com

12242174v1

## CERTIFICATE OF SERVICE

I certify that on June 10, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>Victor J. Mastromarco, Jr. (P35464)
>Russell C. Babcock (P57662)
>The Mastromarco Firm
>Attorneys for Plaintiff
>1024 N. Michigan Avenue
>Saginaw, MI  48602
>989.752.1414 / 989.752.6202 fx
>Vmastromar@aol.com
>russellbabcock@aol.com

>By:   /s/Thomas P. Branigan
>Thomas P. Branigan (P41774)
>Elizabeth A. Favaro (P69610)
>Attorneys for Defendant
>41000 Woodward Avenue
>Suite 200 East
>Bloomfield Hills, MI  48304
>248.205.3300 ph / 248.205.3399 fx
>tom.branigan@bowmanandbrooke.com
>elizabeth.favaro@bowmanandbrooke.com

12242174v1