UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re                                                            :     Chapter 11
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,     :     Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*              :
                                                                 :
                      Debtors.          :     (Jointly Administered)
-----------------------------------------------------------------x


**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2015, I caused the *Bledsoe* Plaintiffs' Motion for relief relate to the Judgment, No. 13196, and accompanying Brief in support and containing their No Stay/No Strike and Objections, No. 13197, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: June 11, 2015

                                                    /s/ Gary Peller
                                                    Gary Peller
                                                    600 New Jersey Avenue, NW
                                                    Washington, DC, 20001
                                                    (202) 662 9122
                                                    peller@law.georgetown.edu
                                                    Attorney for Plaintiffs