# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

June 12, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    **Re:** **In re Motors Liquidation Company,** *et al.*
       **Case No. 09-50026 (REG)**

      **Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

   King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM's Motions to Enforce. Specifically, today, June 12, 2015, in *Pillars v. General Motors LLC*, Case No. 1:15-cv-11360-TLL-PTM (E.D. Mi.), the United States District Court for the Eastern District of Michigan entered the *Order Granting Motion To Stay, Staying Case, And Cancelling Hearing* ("**Order**"). A copy of the Order is attached hereto as Exhibit "1".

               Respectfully submitted,

               */s/ Arthur Steinberg*

               Arthur Steinberg

AJS/sd
Encl.

25794612v1

Honorable Robert E. Gerber
June 12, 2015
Page 2


cc:    Edward S. Weisfelner
       Howard Steel
       Sander L. Esserman
       Jonathan L. Flaxer
       S. Preston Ricardo
       Matthew J. Williams
       Lisa H. Rubin
       Keith Martorana
       Daniel Golden
       Deborah J. Newman
       Jamison Diehl
       William Weintraub
       Steve W. Berman
       Elizabeth J. Cabraser
       Robert C. Hilliard