RIKER DANZIG SCHERER HYLAND PERRETTI LLP
J. Alex Kress (NJ Fed. Bar ID JK-7189)
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
      - and -
500 Fifth Avenue, 49th Floor
New York, NY 10110
(212) 302-6574
Attorneys for KONE, Inc., KONE Elevators and Niject Services Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, et al. f/k/a General Motors Corp., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST

      PLEASE TAKE NOTICE that J. Alex Kress of Riker Danzig Scherer Hyland Perretti LLP hereby withdraws his appearance in this case on behalf of KONE, Inc. and KONE Elevators and Niject Services Company. The matters for which the appearance was made have been resolved.

      PLEASE TAKE FURTHER NOTICE that request is hereby made that J. Alex Kress (akress@riker.com) be removed from the Court's electronic notification service list (CM/ECF) and all other service lists in the above-captioned matter.

                                  RIKER DANZIG SCHERER HYLAND PERRETTI LLP
                                  Attorneys for KONE, Inc., KONE Elevators and Niject Services Company

Dated: June 12, 2015              By:   /s/    J. Alex Kress
                                               J. Alex Kress
                                    One Speedwell Avenue
                                    P. O. Box 1981
                                    Morristown, New Jersey 07962-1981
                                    Phone: (973) 538-0800
                                    Fax: (973) 538-1984
                                        - and -
                                    500 Fifth Avenue, 49th Floor
                                    New York, NY 10110
                                    (212) 302-6574
                                    E-mail: akress@riker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Notice of Request for Removal from Service List was served electronically upon the parties receiving notice through the Court's CM/ECF system this 12th day of June 2015.

                                        /s/    J. Alex Kress
                                            J. Alex Kress

4618455v1