```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                              :         Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :         Case Nos.: 09-50026 (REG)
    f/k/a General Motors Corp., et al.              :
                                                    :         (Jointly Administered)
                        Debtors.                    :
-------------------------------------------------------------X
```

**STIPULATION AND ORDER REGARDING RESPONSE DATE FOR
PLEADINGS FILED BY THE BLEDSOE PLAINTIFFS ON JUNE 11, 2015**

General Motors LLC ("**New GM**") and Sharon Bledsoe, *et al.* ("**Bledsoe Plaintiffs**"), by and through their undersigned counsel, enter into this Stipulation and Agreed Order and state:

WHEREAS, on June 11, 2015, the Bledsoe Plaintiffs filed with the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**") the *Bledsoe Plaintiffs' Motion To Amend Findings Pursuant To FRBP 7052, For Reargument Pursuant To Local Bankruptcy Rule 9023.1, To Alter Or Amend The Judgment Pursuant To FRBP 9023, And For Relief From The Judgment Pursuant To FRBP 9024* ("**Motion to Amend**") [Dkt. No. 13196] and the accompanying *Bledsoe Plaintiffs' Brief in Support of Their Motion for Relief Related to the Court's Judgment of June 1, 2015, and No Stay/No Strike/Objection Pleading Pursuant to the Judgment* ("**Brief in Support**," and with the Motion to Amend, the "**Bledsoe Pleadings**");

WHEREAS, the Bledsoe Pleadings set forth a return date thereon of June 29, 2015 ("**Return Date**");

WHEREAS, on June 1, 2015, the Bankruptcy Court entered a Judgment ("**Judgment**") [Dkt. No. 13177] in connection with the Bankruptcy Court's *Decision on Motion to Enforce Sale Order*, dated April 15, 2015 [Dkt. No. 13109];

WHEREAS, pursuant to provisions contained in the Judgment, New GM has 17 business days to respond to any No Stay Pleading, No Strike Pleading and/or Objection Pleading (each term as defined in the Judgment); and

WHEREAS, the Parties have agreed to a date by which New GM will respond to the Bledsoe Pleadings.

NOW, THEREFORE, it is stipulated and agreed, by and among the Parties, subject to approval of the Bankruptcy Court, that:

1.  The deadline for New GM to respond to the Bledsoe Pleadings is July 6, 2015.

2.  The Return Date shall be deemed stricken from the Bledsoe Pleadings, and the Bankruptcy Court shall schedule a hearing date on the Bledsoe Pleadings and any responses thereto after same are filed if it believes one is necessary.

3.  This Stipulation and Order may be executed in one or more counterparts, each of which is deemed an original, together constituting one and the same document. Facsimile signatures or signatures received via e-mail transmission are treated as a binding and original document, and the facsimile signature or e-mail signature of any party is considered an original signature.

Dated: New York, New York
       June 12, 2014

| ___/s/ Scott Davidson_____ | ____/s/ Gary Peller_____ |
|---|---|
| Arthur Steinberg | Gary Peller |
| Scott Davidson | 600 New Jersey Avenue, N.W. |
| KING & SPALDING LLP | Washington, D.C. 20001 |
| 1185 Avenue of the Americas | (202) 662-9122 |
| New York, NY 10036 | |
| (212) 556-2100 | *Counsel to the Bledsoe Plaintiffs* |
| | |
| -and- | |

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>200 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2000<br>Richard C. Godfrey, P.C.<br>Andrew B. Bloomer, P.C.<br><br>*Counsel to General Motors LLC* | |

**SO-ORDERED:**

Dated: New York, New York
      June 15, 2015                      *s/ Robert E. Gerber*
                                       HONORABLE ROBERT E. GERBER
                                       UNITED STATES BANKRUPTCY JUDGE