GIBSON, DUNN & CRUTCHER LLP
Adam H. Offenhartz
Matthew J. Williams
Aric H. Wu
Lisa H. Rubin
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000

*Attorneys for Wilmington Trust Company,
as Trustee for and Administrator of the
Motors Liquidation Company GUC Trust*

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
Deborah J. Newman
Naomi Moss
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000

*Attorneys for the Participating Unitholders*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Wilmington Trust Company, as trustee for and trust administrator of the Motors Liquidation Company GUC Trust (the "GUC Trust"), and certain participating GUC Trust unitholders (the "Unitholders") hereby cross-appeal under 28 U.S.C. § 158(d)(2) and Rules 8002(a)(3) and 8006(e) of the Federal Rules of Bankruptcy Procedure to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on June 1, 2015 (ECF No. 13177) (the "Judgment") and the Decision on Motion to Enforce Sale Order entered in this action on April 15, 2015 (ECF No. 13109) (the "Decision") pursuant to the Order, Pursuant to 28 U.S.C. § 158(d), and Fed. R. Bankr. P. 8006(e), Certifying Judgment for Direct Appeal to the Second Circuit entered in this action on June 1, 2015 (ECF No. 13178) (the "Certification"). Alternatively, to the extent that the United States Court of Appeals for the

Second Circuit does not authorize this cross-appeal, the GUC Trust and the Unitholders hereby cross-appeal the Judgment and the Decision to the United States District Court for the Southern District of New York.

A copy of the Judgment is annexed hereto as Exhibit 1, a copy of the Decision is annexed hereto as Exhibit 2, and a copy of the Certification is annexed hereto as Exhibit 3.

The parties to the Judgment and the Decision, and the names, addresses, and telephone numbers of their respective attorneys are:

| Party | Attorneys |
|---|---|
| The GUC Trust | **GIBSON, DUNN & CRUTCHER LLP**<br>Adam H. Offenhartz<br>Matthew J. Williams<br>Aric H. Wu<br>Lisa H. Rubin<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212-351-4000<br>Email: aoffenhartz@gibsondunn.com<br>Email: mjwilliams@gibsondunn.com<br>Email: awu@gibsondunn.com<br>Email: lrubin@gibsondunn.com |
| The Unitholders | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Daniel H. Golden<br>Deborah J. Newman<br>Naomi Moss<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Email: dgolden@akingump.com<br>Email: dnewman@akingump.com<br>Email: nmoss@akingump.com |
| General Motors LLC | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-556-2100<br>Email: asteinberg@kslaw.com<br>Email: sdavidson@kslaw.com |

| Party | Attorneys |
|---|---|
|  | **KIRKLAND & ELLIS LLP**<br>Richard C. Godfrey<br>Andrew B. Bloomer<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: 312-862-2000<br>Email: rgodfrey@kirkland.com<br>Email: abloomer@kirkland.com |
| *Groman* Plaintiffs | **GOLDENBOCK, EISEMAN, ASSOR, BELL & PESKOE, LLP**<br>Jonathan L. Flaxer<br>S. Preston Ricardo<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-907-7300<br>Email: jflaxer@golenbock.com<br>Email: pricardo@golenbock.com |
| *Elliott* and *Sesay* Plaintiffs | Gary Peller<br>600 New Jersey Avenue, NW<br>Washington, D.C. 20001<br>Telephone: 202-662-9122<br>Email: peller@law.georgetown.edu |
| Ignition Switch Pre-Closing Accident Plaintiffs | **GOODWIN PROCTER LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: 212-813-8800<br>Email: wweintraub@goodwinprocter.com<br>Email: gfox@goodwinprocter.com |
| Ignition Switch Plaintiffs | **BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br>David J. Molton<br>May Orenstein<br>Howard S. Steel<br>Seven Times Square<br>New York, NY 10036<br>Telephone: 212-209-4800<br>Email: eweisfelner@brownrudnick.com<br>Email: dmolton@brownrudnick.com<br>Email: morenstein@brownrudnick.com<br>Email: hsteel@brownrudnick.com |

| Party | Attorneys |
|---|---|
| | **STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>Telephone: 214-969-4900<br>Email: esserman@sbep-law.com |

Dated: New York, New York
       June 15, 2015

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Aric H. Wu_____
    Adam H. Offenhartz
    Matthew J. Williams
    Aric H. Wu
    Lisa H. Rubin

200 Park Avenue
New York, New York 10166
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

*Attorneys for Wilmington Trust Company, as Trustee for and Administrator of the Motors Liquidation Company General Unsecured Creditors Trust*

AKIN GUMP STRAUSS HAUER & FELD LLP

By:    /s/ Daniel H. Golden_____
    Daniel H. Golden
    Deborah J. Newman
    Naomi Moss

One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Attorneys for Participating Unitholders*