Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
*Counsel for Celestine Elliot, Lawrence Elliot,
    and Berenice Summerville,* Appellants

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
In re                                                   :           Chapter 11
                                                        :
**MOTORS LIQUIDATION COMPANY,** *et*                    :           Case No.: 09-50026 (REG)
*al.*,                                                  :
    f/k/a General Motors Corp., *et al.*                :
                                                        :           (Jointly Administered)
                        Debtors.                        X
-------------------------------------------------------- X
-------------------------------------------------------- :
**CELESTINE ELLIOT,** *et al.*,                         :
                                                        :           Case No.: 1:14-cv-08382
                        Plaintiffs,                     :           (S.D.N.Y.) (JMF)
                                                        :
    v.                                                  :
                                                        :
**GENERAL MOTORS LLC,** *et al.*,                       :
                                                        :
                        Defendants.                     X

**_ELLIOTT_ PLAINTIFFS/APPELLANTS' STATEMENT OF THE ISSUES AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Lawrence Elliot, Celestine Elliot, and Berenice Summerville, Plaintiffs in their action pending before the United States District Court for the Southern District of New York, 1:14-cv-08382 (JMF), and appellants here ("the *Elliott* appellants"), respectfully submit this statement of issues to be presented on appeal and designation of items to be included in the record. The *Elliot* Appellants appeal from the Judgment [Docket No. 13177] entered by the United States Bankruptcy Court for the Southern District of New York *in re*

*Motors Liquidation Company et al,* 09-50026 (GER), on June 1, 2015, authorizing General Motors LLC's ("**New GM**") Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction, of General Motors Corporation's assets ("**Old GM**"); Decision with Respect to Elliott Plaintiff's No Stay Pleading and Related Motion to Dismiss for Lack of Subject Matter Jurisdiction [Docket No. 12815]; Endorsed Order Denying Plaintiffs' Motion to Alter or Amend and Denying Plaintiffs' Motion for Abstention [Docket No. 12993]; Decision on the Motion to Enforce 2009 Sale Order and Injunction [Docket No. 13109]; and related rulings [Docket Nos. 12740, 12763, 12771, 12792].

## STATEMENT OF ISSUES PRESENTED ON APPEAL

1) Did the Bankruptcy Court err in concluding that it had subject matter jurisdiction to enjoin the prosecution of the *Elliott* appellants' lawsuit against non-debtor New GM, when appellants assert direct, non-successor liability claims for injuries caused by breaches of independent, non-derivative duties New GM owed appellants, claims having no conceivable impact on the *res* of debtor Old GM?

2) Did the Bankruptcy Court err in enforcing the 2009 Sale Order and Injunction to bar the *Elliott* appellants from pursuing claims involving non-ignition switch hazards, even though they did not have the notice and opportunity to be heard required by the Due Process Clause before they may be precluded from asserting wholly *in personam* and non-successor liability claims against New GM based on its alleged breaches of independent, non-derivative duties?

3) Did the Bankruptcy Court err in requiring that the *Elliott* appellants demonstrate prejudice, in addition to a denial of Constitutionally required notice and opportunity to be heard, in order to be free from preclusion by the 2009 Sale Order and

Injunction barring them from pursuing independent, non-derivative claims about which they had no notice or opportunity to be heard prior to the entry of the Order?

4) Did the Bankruptcy Court err in applying its Judgment to the *Elliott* appellants in violation of their Due Process rights, by not according them an opportunity to be heard in the proceedings regarding the issues resolved by the Judgment?

5) Did the Bankruptcy court err by treating counsel representing other parties as representatives of the *Elliott* appellants, and thereby denying appellants their right to be heard under the Due Process Clause?

6) Did the Bankruptcy Court err in construing the 2009 Sale Order and Injunction to encompass the *Elliott* appellants' independent, non-derivative claims against New GM for its own wrongdoing in light of textual and contextual interpretative evidence dictating a contrary reading?

7) Was the Bankruptcy Court's construction of the 2009 Sale Order and Injunction to encompass independent, non-derivative claims against New GM for its own wrongdoing so unexpected, that even those who received notice of the proceedings would not have had reasonable notice that such claims were to be barred?

8) Did the Bankruptcy Court err in issuing a successive injunction in a contested matter to enforce its earlier injunction?

9) Was New GM's exclusive remedy for enforcing its earlier injunction to seek contempt proceedings against the *Elliott* appellants?

10) Did the Bankruptcy Court overstep its jurisdiction by ordering the *Elliott* appellants to take prejudicial action in their lawsuit pending before a judge appointed pursuant to and exercising authority granted under Article III of the Constitution?

11) Did the Bankruptcy Court overstep its jurisdiction by ordering the *Elliott* appellants to alter their pleadings asserting state law claims pending before a judge appointed pursuant to and exercising authority granted under Article III of the Constitution?

12) Did the Bankruptcy Court err by applying its 2009 Sale Order and Injunction barring Ms. Summerville's claims based on New GM's unsupported assertion that her 2010 model car may contain parts made by Old GM?

## **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

Appellant hereby designates the following items to be included in the record on appeal. Documents under 09-bk-50026 (REG) have been filed with the Bankruptcy Court under the corresponding Bankruptcy Court Docket numbers.

| Item # | Date | Bankruptcy Court Docket # | Name |
|---|---|---|---|
| 1 | 06/01/2009 | 1 | Voluntary Petition for Relief Under Chapter 11 of Title 11 of the United States Code |
| 2 | 06/01/2009 | 92 | Motion to Approve Procedures for Sale of Property |
| 3 | 06/01/2009 | 158 | Order Granting Debtor's Motion for (I) Waiving Requirement to File List of Creditors and (II) Approving Form and Manner of Notifying Creditors of Commencement |
| 4 | 06/02/2009 | 274 | Order Granting Motion to Approve Procedures for Sale of Property |
| 5 | 07/05/2009 | 2968 | Order Authorizing Sale of Property and Granting Related Relief |
| 6 | 07/01/2010 | 6237 | Order Granting Defendant General Motors LLC's Motion Enforcing 363 Sale Order |
| 7 | 04/21/2014 | 12619 | Groman Plaintiff's Adversary Complaint Against Defendant General Motors LLC |
| 8 | 04/21/2014 | 12620 | Defendant General Motors LLC's Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction |
| 9 | 04/21/2014 | 12621 | Cover Page and Exhibits to Defendant General Motors LLC's Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction |
| 10 | 04/22/2014 | 12627 | Endorsed Order Granting Defendant General Motors LLC's Request for a Conference for Determining Procedures |
| 11 | 04/22/2014 | 12629 | Objection to Motion of General Motors LLC To Enforce the Courts July 5, 2009 Sale Order and Injunction Filed on Behalf of |

|    |            |       |                                                                                                                                                                                                                                                      |
|----|------------|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |            |       | Plaintiffs Benton, Ratzlaff, Barker, Heuler, McConnell, Onofre, and Satele                                                                                                                                                                           |
| 12 | 05/16/2014 | 12697 | Scheduling Order Regarding (I) Defendant General Motors LLC's Motion to Enforce the 2009 Sale Order and Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, and (III) Adversary Proceeding No. 14-01929.                     |
| 13 | 06/24/2014 | 12735 | Supplemental Response by Defendant General Motors LLC in Connection with Stay Procedures Set Forth in the Court's May 16, 2014 Scheduling Order                                                                                                     |
| 14 | 06/30/2014 | 12740 | Letter from Daniel Hornal, Counsel for Elliott Plaintiffs, Regarding the July 2 Hearing and Endorsed Order                                                                                                                                          |
| 15 | 07/01/2014 | 12748 | Defendant General Motors LLC's Response to Hornal Letter Regarding the July 2 Hearing and Endorsed Order                                                                                                                                            |
| 16 | 07/03/2014 | 12761 | Letter from Daniel Hornal, Counsel for Elliott Plaintiffs, Requesting Additional Opportunity to Be Heard                                                                                                                                            |
| 17 | 07/08/2014 | 12763 | Order Staying and Restraining Lawrence and Celestine Elliott and Counsel from Further Proceeding with their Ignition Switch Action                                                                                                                  |
| 18 | 07/08/2014 | 12764 | Order Granting Defendant General Motors LLC's Motion to Establish Stay Procedures for Newly-Filed Ignition Switch Actions                                                                                                                           |
| 19 | 07/10/2014 | 12766 | Letter from Gary Peller, Counsel for Elliott Plaintiffs, Requesting Expedited Consideration of Request Herein that the Court Vacate or Suspend Paragraphs 2-4 of its 2014 Order Staying and Restraining Plaintiffs from Further Proceeding with their Ignition Switch Action |
| 20 | 07/11/2014 | 12768 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LLC, Responding to Gary Peller's Letter                                                                                                                                          |
| 21 | 07/11/2014 | 12769 | Letter from David Hornal, Counsel for Elliott Plaintiffs, to Correct and Clarify Statements Made by Arthur Steinberg in Letter Responding to Gary Peller                                                                                            |
| 22 | 07/11/2014 | 12770 | Supplemental Scheduling Order Regarding (I) Defendant General Motors LLC's Motion to Enforce the 2009 Sale Order and Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, and (III) Adversary Proceeding No. 14-01929.        |
| 23 | 07/11/2014 | 12771 | Endorsed Order Denying Elliott Plaintiffs' Request that the Court Vacate or Suspend Paragraphs 2-4 of its 2014 Order staying and Restraining Plaintiffs from Further Action Proceeding with their Ignition Switch Action                            |
| 24 | 07/11/2014 | 12772 | Elliott Plaintiffs' No Stay Pleading and Motion for Order of Dismissal for Lack of Subject Matter Jurisdiction and for Related Relief                                                                                                               |
| 25 | 07/14/2014 | 12775 | Elliott Plaintiffs' Notice of Appeal from June 30, July 8 and July 11 Orders                                                                                                                                                                        |
| 26 | 07/18/2014 | 12777 | Letter of Notice filed by David Hornal on Behalf of Elliott Plaintiffs                                                                                                                                                                              |
| 27 | 07/18/2014 | 12778 | Elliott Plaintiffs' Notice of Withdrawal of Appeal                                                                                                                                                                                                  |
| 28 | 07/21/2014 | 12782 | Defendant General Motors LLC's Response to Elliott Plaintiffs' No Stay Pleading                                                                                                                                                                     |

| | | | |
|---|---|---|---|
| 29 | 07/23/2014 | 12783 | Letter from Gary Peller, Counsel for Elliott Plaintiffs, to J. Gerber regarding Elliotts' Jurisdictional Claims |
| 30 | 07/24/2014 | 12785 | Letter from Arthur Steinberg, Counsel for Defendants General Motors LLC, Regarding Elliotts' Jurisdictional Claims |
| 31 | 07/28/2014 | 12788 | Letter from Gary Peller, Counsel for Elliott Plaintiffs, in Response to Steinberg Letter Regarding Elliotts' Jurisdictional Claims |
| 32 | 07/28/2014 | 12789 | Defendant General Motors LLC's Response to the Peller Letter Regarding Elliott Plaintiffs' Jurisdictional Claims |
| 33 | 07/30/2014 | 12792 | Endorsed Order Denying Elliott Plaintiffs' Request to take No Stay Pleading off Calendar |
| 34 | 08/01/2014 | 12807 | Defendant General Motors LLC's Motion to Enforce July 5, 2009 Sale Order and Injunction Against Plaintiffs in Pre-Closing Accident Lawsuits |
| 35 | 08/01/2014 | 12808 | Defendant General Motors LLC's Motion to Enforce July 5, 2009 Sale Order and Injunction Against Monetary Relief Actions, Other than Ignition Switch Actions |
| 36 | 08/06/2014 | 12815 | Decision Denying Elliott Plaintiffs' No Stay Pleading and Motion to Dismiss |
| 37 | 08/07/2014 | 12820 | Defendant General Motors LLC's Proposed Order Denying the Relief Requested in the Elliott Plaintiffs' No Stay Pleading and Motion for Order of Dismissal for Lack of Subject Matter Jurisdiction |
| 38 | 08/08/2014 | 12822 | Elliott Plaintiffs' Notice of Objection to Proposed Order and Proposed Counter-Order |
| 39 | 08/08/2014 | 12826 | Identified Parties' Agreed Upon and Disputed Stipulations of Fact |
| 40 | 08/08/2014 | 12827 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LCC, Regarding Agreed Upon and Disputed Stipulations of Fact |
| 41 | 08/12/2014 | 12828 | Elliott Plaintiffs' Supplemental Notice of Objections to Proposed Order and Proposed Counter-Order |
| 42 | 08/13/2014 | 12834 | Order Denying Relief in Elliott Plaintiffs' No Stay Pleading and Motion for Order of Dismissal and Related Relief |
| 43 | 08/12/2014 | 12836 | Endorsed Order finding Elliott Plaintiffs' Supplemental "Notice of Objections" procedurally inappropriate |
| 44 | 08/13/2014 | 12839 | Elliott Plaintiffs' Notice of Appeal from Order Denying Relief in No Stay Pleading and Motion for Order of Dismissal |
| 45 | 08/25/2014 | 12871 | Elliott Plaintiffs' Motion to Alter or Amend the Order Denying Relief in No Stay Pleading and Motion for Order of Dismissal and Related Relief |
| 46 | 08/25/2014 | 12872 | Elliott Plaintiffs' Motion for an Order of Abstention for Claims Against Non-Debtor General Motors LLC, for Lack of Jurisdiction |
| 47 | 09/05/2014 | 12882 | Endorsed Order Placing Elliott Plaintiffs' Motion for an Order of Abstention for Claims Against Non-Debtor General Motors LLC, for Lack of Jurisdiction on Hold |
| 48 | 09/19/2014 | 12920 | Defendant General Motors LLC's Omnibus Response to I. Plaintiffs' Motion for an Order of Abstention and II. Plaintiffs' |

| | | | Motion to Alter or Amend |
|---|---|---|---|
| 49 | 11/05/2014 | 12981 | Defendant General Motor LLC's Opening Brief on Threshold Issues Concerning its Motions to Enforce Sale Order and Injunction |
| 50 | 11/10/2014 | 12993 | Endorsed Order Denying Plaintiffs' Motion to Alter or Amend and Denying Plaintiffs' Motion for Abstention |
| 51 | 11/11/2014 | 13001 | Transcript Regarding Hearing Held on July 2, 2014, Regarding No Stay Pleadings |
| 52 | 11/21/2014 | 13002 | Elliott Plaintiffs' Amended Notice of Appeal |
| 53 | 11/21/2014 | 13003 | Transcript Regarding Hearing Held August 5, 2014, Regarding Elliott Plaintiffs' No Stay Pleading Pursuant to the Courts Scheduling Orders and Motion for Order of Dismissal for lack of Subject Matter Jurisdiction |
| 54 | 11/24/2014 | 13005 | Elliott Plaintiffs' Motion for Leave to Appeal Injunctive Order |
| 55 | 12/02/2014 | 13015 | Stipulation Order Extending Answer Deadline for Motions for Leave to Appeal Injunctive Orders |
| 56 | 12/16/2014 | 13021 | Designated Counsel for Certain Pre-Closing Accident Plaintiffs' Responsive Brief on Threshold Issues Concerning Motions to Enforce the Sale Order and Injunction |
| 57 | 12/16/2014 | 13025 | Designated Counsel for Certain Plaintiffs' Opposition Brief on Threshold Issues Concerning Motions to Enforce the Sale Order and Injunction |
| 58 | 12/16/2014 | 13028 | Groman Plaintiffs' Opposition Brief Regarding New GM's Opening Brief's "Fraud on the Court Legal Standard" |
| 59 | 12/17/2014 | 13034 | Defendant General Motor LLC's Consolidated Objections to the Elliot's Plaintiffs' Motion for Leave to Appeal Preliminary Stay Orders |
| 60 | 01/13/2015 | 13044 | Administrative Order Regarding Oral Argument and Related Matters |
| 61 | 01/16/2015 | 13048 | Defendant General Motors LLC's Reply Brief on Threshold Issues Concerning Motions to Enforce |
| 62 | 01/28/2015 | 13059 | Endorsed Order Granting Defendant General Motor LLC's Proposed Oral Argument Sequence |
| 63 | 01/30/2015 | 13066 | Endorsed Order Regarding Defendant General Motors LLC's Letter Requesting Approval of Argument Sequence and Time Allocation |
| 64 | 02/13/2015 | 13086 | Defendant General Motors LLC's Notice of Matters Scheduled for Hearing on February 17, 2015 |
| 65 | 04/15/2015 | 13111 | Decision on the Motion to Enforce Sale Order |
| 66 | 05/12/2015 | 13136 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LLC, Regarding Proposed Judgment in Connection to Decision on Motion to Enforce Sale Order |
| 67 | 05/12/2015 | 13137 | Letter from Edward S. Weisfelner, Counsel for Certain Plaintiffs, Enclosing Proposed Judgment of Co-Designated Counsel and Counsel for Economic Loss Plaintiffs and Designated Counsel and Counsel for Ignition Switch Pre-Closing Accident Plaintiffs |
| 68 | 05/13/2015 | 13143 | Letter from Gary Peller, Counsel for Elliott Plaintiffs, Requesting |

| | | | Scheduling for Submission of Non-Threshold Issue Objections |
|---|---|---|---|
| 69 | 05/15/2015 | 13147 | Endorsed Order Regarding Letter from Gary Peller, Counsel for Elliott Plaintiffs, Instructing Defendant General Motors LLC to Respond |
| 70 | 05/21/2015 | 13153 | Letter from Arthur Stenberg, Counsel for Defendant General Motors LLC, Responding to Letter from file by Gary Peller |
| 71 | 05/21/2015 | 13154 | Letter from Gary Peller, Counsel for Elliott Plaintiffs, Requesting Leave to Respond to Mr. Steinberg's Letter Regarding Non-Threshold Issue Considerations |
| 72 | 05/27/2015 | 13161 | Endorsed Order Denying Elliott Plaintiffs' Request to Respond to Defendant General Motor's Letter Regarding Additional Objections |
| 73 | 05/27/2015 | 13162 | Decision Regarding Form of Judgment |
| 74 | 05/27/2015 | 13163 | Order Regarding Technical Matters Concerning Judgment |
| 75 | 05/29/2015 | 13169 | Letter from Gary Peller, Counsel for Elliott Plaintiffs, Regarding Court's Order Regarding Technical Matters Concerning Judgment |
| 76 | 05/29/2015 | 13171 | Letter from Arthur Steinberg, Counsel for Defendant, Regarding Court's Order Regarding Technical Matters Concerning Judgment |
| 77 | 05/29/2015 | 13172 | Letter from William P. Weintraub, Counsel for Groman Plaintiffs, Regarding Court's Order Regarding Technical Matters Concerning Judgment |
| 78 | 05/29/2015 | 13174 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LLC, Requesting Provision Staying Certain Appellate Procedures Until Second Circuit Certification |
| 79 | 06/01/2015 | 13176 | Letter from Arthur Steinberg, Counsel for Defendant General Motor LLC, Responding to Letter filed by Gary Peller Regarding Technical Matters of Judgment |
| 80 | 06/01/2015 | 13177 | Judgment |
| 81 | 06/01/2015 | 13178 | Order Certifying Judgment for Direct Appeal to Second Circuit |
| 82 | 06/01/2015 | 13179 | Elliott Plaintiffs' Amended Notice of Appeal |

Dated: June 15, 2015                                  Respectfully submitted,

*/s/ Gary Peller*

Gary Peller
Counsel for Celestine Elliot,
Lawrence Elliot, and Berenice
Summerville. Appellants
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu