Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
*Counsel for Ishmail Sesay*
and *Joanne Yearwood,* Appellants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------ X | | |
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/ a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | X | |
| ------------------------------------------------------ X | | |
| ------------------------------------------------------ | : | |
| **ISHMAIL SESAY,** *et al.*, | : | |
| | : | Case No.: 1:14-cv-06018 |
| Plaintiffs, | : | (S.D.N.Y.) (JMF) |
| | : | |
| v. | : | |
| | : | |
| **GENERAL MOTORS LLC,** *et al.*, | : | |
| | : | |
| Defendants. | X | |

**SESAY PLAINTIFFS'/APPELLANTS' STATEMENT OF THE ISSUES AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Ishmail

Sesay and Joanne Yearwood, Plaintiffs in their action pending before the United States

District Court for the Southern District of New York, 1:14-cv-0618 (JMF), and appellants

here ("the *Sesay* appellants"), respectfully submit this statement of issues to be presented

on appeal and designation of items to be included in the record. The *Sesay* appellants

appeal from the Judgment [Docket No. 13177] entered by the United States Bankruptcy

Court for the Southern District of New York *in re Motors Liquidation Company et al,* 09-

50026 (GER), on June 1, 2015, authorizing General Motors LLC's ("**New GM**") Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction, of General Motors Corporation's assets ("**Old GM**"); Decision With Respect to *Sesay* Plaintiffs' No Stay Pleading, Denying Relief and Staying *Sesay* Plaintiffs' Actions [Docket No. 12989]; Order Denying *Sesay* Plaintiffs' Relief Requested in Amended No Stay Pleading [Docket No. 12995]; Decision on the Motion to Enforce 2009 Sale Order and Injunction [Docket No. 13109]; and Endorsed Order Denying *Bledsoe, Sesay* and *Elliott* Plaintiffs' Request to Respond to Defendant General Motor's Letter Regarding Additional Objections [Docket No. 13161].

## STATEMENT OF ISSUES PRESENTED ON APPEAL

1) Did the Bankruptcy Court err in concluding that it had subject matter jurisdiction to enjoin the prosecution of the *Sesay* appellants' lawsuit against non-debtor New GM, when appellants asserted only direct, non-successor liability claims for injuries caused by breaches of independent, non-derivative duties New GM owed appellants, claims having no conceivable impact on the *res* of debtor Old GM?

2) Did the Bankruptcy Court err in enforcing the 2009 Sale Order and Injunction to bar the *Sesay* appellants from pursuing claims involving non-ignition switch hazards, even though they did not have the notice and opportunity to be heard required by the Due Process Clause before they may be precluded from asserting wholly *in personam* and non-successor liability claims against New GM based on its alleged breaches of independent, non-derivative duties?

3) Did the Bankruptcy Court err in requiring that the *Sesay* appellants demonstrate prejudice, in addition to a denial of Constitutionally required notice and

opportunity to be heard, in order to be free from preclusion by the 2009 Sale Order and Injunction barring them from pursuing independent, non-derivative claims about which they had no notice or opportunity to be heard prior to the entry of the Order?

4) Did the Bankruptcy Court err in applying its Judgment to the *Sesay* appellants in violation of their Due Process rights, by not according them an opportunity to be heard in the proceedings regarding the issues resolved by the Judgment?

5) Did the Bankruptcy court err by treating counsel representing other parties as representatives of the *Sesay* appellants, and thereby denying appellants their right to be heard under the Due Process Clause?

6) Did the Bankruptcy Court err in construing the 2009 Sale Order and Injunction to encompass the *Sesay* appellants' independent, non-derivative claims against New GM for its own wrongdoing in light of textual and contextual interpretative evidence pointing toward a contrary reading?

7) Was the Bankruptcy Court's construction of the 2009 Sale Order and Injunction to encompass independent, non-derivative claims against New GM for its own wrongdoing unexpected so that even those who received notice of the proceedings would not have had reasonable notice that such claims would to be barred?

8) Did the Bankruptcy Court err in exercising personal jurisdiction over the *Sesay* appellants when New GM did not follow the service requirements of the FRBP for initiating an adversary proceeding or a contested matter, and New GM never served its Motion to Enforce on appellants?

9) Did the Bankruptcy Court err in issuing a successive injunction in a contested matter to enforce its earlier injunction?

10) Was New GM's exclusive remedy for enforcing its earlier injunction to seek contempt proceedings against the *Sesay* appellants?

11) Did the Bankruptcy Court overstep its jurisdiction by ordering the *Sesay* appellants to take prejudicial action in their lawsuit pending an Article III Court?

12) Did the Bankruptcy Court overstep its jurisdiction by ordering the *Sesay* appellants to alter their pleadings asserting state law claims pending before an Article III Court?

13) Did the Bankruptcy Court err by applying its 2009 Sale Order and Injunction to bar Ms. Yearwood's claims based on New GM's unsupported assertion that her 2010 model car may contain parts made by Old GM?

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Appellant hereby designates the following items to be included in the record on appeal. Documents under 09-bk-50026 (REG) have been filed with the Bankruptcy Court under the corresponding Bankruptcy Court Docket numbers.

| Item # | Date | Bankruptcy Court Docket # | Name |
|---|---|---|---|
| 1 | 06/01/2009 | 1 | Voluntary Petition for Relief Under Chapter 11 of Title 11 of the United States Code |
| 2 | 06/01/2009 | 92 | Motion to Approve Procedures for Sale of Property |
| 3 | 06/01/2009 | 158 | Order Granting Debtors Motion for (I) Waiving Requirement to File List of Creditors and (II) Approving Form and Manner of Notifying Creditors of Commencement |
| 4 | 06/02/2009 | 274 | Order Granting Motion to Approve Procedures for Sale of Property |
| 5 | 07/052009 | 2967 | Decision on Debtor's Motion for Approval of Sale of Assets |
| 6 | 07/05/2009 | 2968 | Order Authorizing Sale of Property and Granting Related Relief |
| 7 | 04/21/2014 | 12619 | Groman Plaintiff's Adversary Complaint Against Defendant General Motors LLC |
| 8 | 04/21/2014 | 12620 | Defendant General Motors LLC's Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction |

| | | | |
|---|---|---|---|
| 9 | 04/21/2014 | 12621 | Cover Page and Exhibits to Defendant General Motors LLC's Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction |
| 10 | 04/22/2014 | 12627 | Endorsed Order Granting Defendant General Motors LLC's Request for a Conference for Determining Procedures |
| 11 | 04/22/2014 | 12629 | Objection to Motion of General Motors LLC To Enforce the Courts July 5, 2009 Sale Order and Injunction Filed on Behalf of Plaintiffs Benton, Ratzlaff, Barker, Heuler, McConnell, Onofre, and Satele |
| 12 | 05/16/2014 | 12697 | Scheduling Order Regarding (I) Defendant General Motors LLC's Motion to Enforce the 2009 Sale Order and Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, and (III) Adversary Proceeding No. 14-01929. |
| 13 | 07/08/2014 | 12764 | Order Granting Defendant General Motors LLC's Motion to Establish Stay Procedures for Newly-Filed Ignition Switch Actions |
| 14 | 07/11/2014 | 12770 | Supplemental Scheduling Order Regarding (I) Defendant General Motors LLC's Motion to Enforce the 2009 Sale Order and Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, and (III) Adversary Proceeding No. 14-01929. |
| 15 | 08/01/2014 | 12807 | Defendant General Motors LLC's Motion to Enforce July 5, 2009 Sale Order and Injunction Against Plaintiffs in Pre-Closing Accident Lawsuits |
| 16 | 08/01/2014 | 12808 | Defendant General Motors LLC's Motion to Enforce July 5, 2009 Sale Order and Injunction Against Monetary Relief Actions, Other than Ignition Switch Actions |
| 17 | 08/07/2014 | 12818 | Notice of Filing of Sixth Supplement to Schedule 1 to Defendant General Motors LLC's Motion to Enforce Sale Order and Injunction |
| 18 | 08/07/2014 | 12819 | Notice of Filing of Sixth Supplement to Schedule 2 to Defendant General Motors LLC's Motion to Enforce Sale Order and Injunction |
| 19 | 08/08/2014 | 12822 | Elliott Plaintiffs' Notice of Objection to Proposed Order and Proposed Counter-Order |
| 20 | 08/08/2014 | 12826 | Identified Parties' Agreed Upon and Disputed Stipulations of Fact |
| 21 | 08/22/2014 | 12870 | Sesay Plaintiffs' No Stay Pleading and Motion for Order of Dismissal for Lack of Subject Matter Jurisdiction and Personal Jurisdiction |
| 22 | 09/02/2014 | 12877 | Endorsed Order Denying Leave to File Sesay Plaintiffs' Combined Pleading |
| 23 | 09/05/2014 | 12883 | Sesay Plaintiffs' Amended No Stay Pleading and Motion for Order of Dismissal for Lack of Subject Matter Jurisdiction and Personal Jurisdiction |
| 24 | 09/19/2014 | 12921 | Defendant General Motors LLC's Response to Sesay Plaintiffs' Amended No Stay Pleading |
| 25 | 10/01/2014 | 12932 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LLC, Requesting the Court Cancel Hearing with Respect to Amended Sesay Pleading |

| | | | |
|---|---|---|---|
| 26 | 10/02/2014 | 12933 | Endorsed Order Granting Defendant General Motors LLC's Request Cancelling Hearing on Sesay Plaintiffs' No Stay Pleading |
| 27 | 11/05/2014 | 12981 | Defendant General Motor LLC's Opening Brief on Threshold Issues Concerning its Motions to Enforce the Sale Order and Injunction |
| 28 | 11/10/2014 | 12989 | Decision With Respect to Sesay Plaintiffs' No Stay Pleading, Denying Relief and Staying Sesay Plaintiffs' Actions |
| 29 | 11/12/2014 | 12995 | Order Denying Sesay Plaintiffs' relief Requested in Amended No Stay Pleading |
| 30 | 11/11/2014 | 13001 | Transcript Regarding Hearing Held on July 2, 2014, Regarding No Stay Pleadings |
| 31 | 11/21/2014 | 13003 | Transcript Regarding Hearing Held August 5, 2014, Regarding Elliot Plaintiffs' No Stay Pleading Pursuant to the Courts Scheduling Orders and Motion for Order of Dismissal for lack of Subject Matter Jurisdiction |
| 32 | 11/24/2014 | 13004 | Sesay Plaintiffs' Notice of Appeal |
| 33 | 11/24/2014 | 13007 | Sesay Plaintiffs' Motion to Allow Leave to Appeal |
| 34 | 12/02/2014 | 13015 | Stipulation Order Extending Answer Deadline for Motions for Leave to Appeal Injunctive Orders |
| 35 | 12/16/2014 | 13021 | Designated Counsel for Certain Pre-Closing Accident Plaintiffs' Responsive Brief on Threshold Issues Concerning Motions to Enforce the Sale Order and Injunction |
| 36 | 12/16/2014 | 13025 | Designated Counsel for Certain Plaintiffs' Opposition Brief on Threshold Issues Concerning Motions to Enforce the Sale Order and Injunction |
| 37 | 12/17/2014 | 13034 | Defendant General Motors LLC's Consolidated Objections to the Sesay Plaintiffs' and Elliott Plaintiffs' Motions for Leave to Appeal Preliminary Stay Orders |
| 38 | 01/13/2015 | 13044 | Administrative Order Regarding Oral Argument and Related Matters |
| 39 | 01/16/2015 | 13048 | Defendant General Motors LLC's Reply Brief on Threshold Issues Concerning Motions to Enforce |
| 40 | 01/28/2015 | 13059 | Endorsed Order Granting Defendant General Motor LLC's Proposed Oral Argument Sequence |
| 41 | 01/30/2015 | 13066 | Endorsed Order Regarding Defendant General Motors LLC's Letter Requesting Approval of Argument Sequence and Time Allocation |
| 42 | 02/13/2015 | 13086 | Defendant General Motors LLC's Notice of Matters Scheduled for Hearing on February 17, 2015 |
| 43 | 04/15/2015 | 13111 | Decision on the Motion to Enforce Sale Order |
| 44 | 05/12/2015 | 13136 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LLC, Regarding Proposed Judgment in Connection to Decision on Motion to Enforce Sale Order |
| 45 | 05/12/2015 | 13137 | Letter from Edward S. Weisfelner, Counsel for Certain Plaintiffs, Enclosing Proposed Judgment of Co-Designated Counsel and Counsel for Economic Loss Plaintiffs and Designated Counsel and Counsel for Ignition Switch Pre-Closing Accident Plaintiffs |

| | | | |
|---|---|---|---|
| 46 | 05/13/2015 | 13143 | Letter from Gary Peller, Counsel for *Bledsoe, Sesay* and *Elliott* Plaintiffs, Requesting Scheduling for Submission of Non-Threshold Issue Objections |
| 47 | 05/15/2015 | 13147 | Endorsed Order Regarding Letter from Gary Peller, Counsel for *Bledsoe, Sesay* and *Elliott* Plaintiffs, Instructing Defendant General Motors LLC to Respond |
| 48 | 05/21/2015 | 13153 | Letter from Arthur Stenberg, Counsel for Defendant General Motors LLC, Responding to Letter from file by Gary Peller |
| 49 | 05/21/2015 | 13154 | Letter from Gary Peller, Counsel for *Bledsoe, Sesay* and *Elliott* Plaintiffs, Requesting Leave to Respond to Mr. Steinberg's Letter Regarding Non-Threshold Issue Considerations |
| 50 | 05/27/2015 | 13161 | Endorsed Order Denying *Bledsoe, Sesay* and *Elliott* Plaintiffs' Request to Respond to Defendant General Motor's Letter Regarding Additional Objections |
| 51 | 05/27/2015 | 13162 | Decision Regarding Form of Judgment |
| 52 | 05/27/2015 | 13163 | Order Regarding Technical Matters Concerning Judgment |
| 53 | 05/29/2015 | 13169 | Letter from Gary Peller, Counsel for *Bledsoe, Sesay* and *Elliott* Plaintiffs, Regarding Court's Order Regarding Technical Matters Concerning Judgment |
| 54 | 05/29/2015 | 13171 | Letter from Arthur Steinberg, Counsel for Defendant, Regarding Court's Order Regarding Technical Matters Concerning Judgment |
| 55 | 05/29/2015 | 13174 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LLC, Requesting Provision Staying Certain Appellate Procedures Until Second Circuit Certification |
| 56 | 06/01/2015 | 13176 | Letter from Arthur Steinberg, Counsel for Defendant General Motor LLC, Responding to Letter filed by Gary Peller Regarding Technical Matters of Judgment |
| 57 | 06/01/2015 | 13177 | Judgment |
| 58 | 06/01/2015 | 13178 | Order Certifying Judgment for Direct Appeal to Second Circuit |
| 59 | 06/01/2015 | 13180 | *Sesay* Plaintiffs' Amended Notice of Appeal |

Dated: June 15, 2015

Respectfully submitted,

*/s/ Gary Peller*

Gary Peller
Counsel for Ishmail Sesay and
Joanne Yearwood, Appellants.
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu