| | |
|---|---|
| Jonathan L. Flaxer | Alexander H. Schmidt |
| S. Preston Ricardo | Malcolm T. Brown |
| GOLENBOCK EISEMAN ASSOR | WOLF HALDENSTEIN ADLER FREEMAN |
| BELL & PESKOE LLP | & HERZ LLP |
| 437 Madison Avenue | 270 Madison Avenue |
| New York, New York 10022 | New York, NY 10016 |
| T: 212-907-7300 | T: 212-545-4600 |
| E: jflaxer@golenbock.com | E: schmidt@whafh.com |
| E: pricardo@golenbock.com | E: brown@whafh.com |

*Counsel for the Groman Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re:                                                           :   Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                              :   Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., et al.,                     :   Adv. Proc. No. 14-01929 (REG)
                                                                 :
                                       Debtors.                  :   (Jointly Administered)
-----------------------------------------------------------------X

## NOTICE OF APPEAL

Plaintiffs Dr. Steven Groman, Robin DeLuco, Elizabeth Y. Grumet, ABC Flooring, Inc., Marcus Sullivan, Katelyn Saxson, Amy C. Clinton, and Allison C. Clinton, individually and on behalf of all similarly situated persons (collectively, the "**Groman Plaintiffs**"),[1] by and through their undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C.§ 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Judgment*, dated June 1, 2015 (ECF No. 13177) (the "**Judgment**") and *Decision on Motion to Enforce Sale Order*, dated April 15, 2015 (ECF No. 13109) (the "**Decision**").

A copy of the Judgment is annexed hereto as **Exhibit A** and a copy of the Decision is annexed hereto as **Exhibit B**.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Judgment.

1

The parties to the Judgment and the Decision appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| Ignition Switch Plaintiffs | **BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br>David J. Molton<br>May Orenstein<br>Howard S. Steel<br>Seven Times Square<br>New York, New York 10036<br>T: 212-209-4800<br>E: eweisfelner@brownrudnick.com<br>E: dmolton@brownrudnick.com<br>E: morenstein@brownrudnick.com<br>E: hsteel@brownrudnick.com<br><br>**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>T: 214-969-4900<br>E: esserman@sbep-law.com |
| Ignition Switch Pre-Closing Accident Plaintiffs | **GOODWIN PROCTOR LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br>E: wweintraub@goodwinprocter.com<br>E: gfox@goodwinprocter.com |
| Groman Plaintiffs | **GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**<br>Jonathan L. Flaxer<br>S. Preston Ricardo<br>437 Madison Avenue<br>New York, New York 10022<br>T: 212-907-7300<br>E: jflaxer@golenbock.com<br>E: pricardo@golenbock.com |

2

| | |
|---|---|
| General Motors LLC (New GM) | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, New York 10036<br>T: 212-556-2100<br>E: asteinberg@kslaw.com<br>E: sdavidson@kslaw.com<br><br>**KIRKLAND & ELLIS LLP**<br>Richard C. Godfrey<br>Andrew B. Bloomer<br>300 North LaSalle<br>Chicago, Illinois 60654<br>T: 312-862-2000<br>E: rgodfrey@kirkland.com<br>E: abloomer@kirkland.com |
| Wilmington Trust Company, as GUC Trust Administrator | **GIBSON, DUNN & CRUTCHER, LLP**<br>Lisa H. Rubin<br>Matthew Williams<br>Adam H. Offenhartz<br>Aric H. Wu<br>Keith R. Martorana<br>200 Park Avenue<br>New York, New York 10166<br>T: 212-351-3845<br>E: lrubin@gibsondunn.com<br>E: mjwilliams@gibsondunn.com<br>E: aoffenhartz@gibsondunn.com<br>E: awu@gibsondunn.com<br>E: kmartorana@gibsondunn.com |
| Participating GUC Trust Unit Trust Holders | **AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**<br>Daniel Golden<br>Deborah J. Newman<br>Jamison A. Diehl<br>Naomi Moss<br>One Bryant Park<br>New York, New York, 10036<br>T: 212-872-1000<br>E: dgolden@akingump.com<br>E: djnewman@akingump.com<br>E: jdiehl@akingump.com<br>E: nmoss@akingump.com |

Dated: June 15, 2015
New York, New York

Respectfully submitted,

| **GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP** | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
|---|---|
| By: *Jonathan L. Flaxer* | By: *Alexander H. Schmidt* |
| Jonathan L. Flaxer<br>S. Preston Ricardo<br>437 Madison Avenue<br>New York, New York 10022<br>T: 212-907-7300<br>E: jflaxer@golenbock.com<br>E: pricardo@golenboack.com | Alexander H. Schmidt<br>Malcolm T. Brown<br>270 Madison Avenue<br>New York, NY 10016<br>T: 212-545-4600<br>E: schmidt@whafh.com<br>E: brown@whafh.com |

*Counsel to the Groman Plaintiffs*