Jonathan L. Flaxer
S. Preston Ricardo
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022  T: 212-907-7300
E: jflaxer@golenbock.com
E: pricardo@golenbock.com

Alexander H. Schmidt
Malcolm T. Brown
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
T: 212-545-4600
E: schmidt@whafh.com
E: brown@whafh.com

*Counsel for the Groman Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :   Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :   Case No.: 09-50026
(REG)                                                       :
         f/k/a General Motors Corp., et al.,                :   Adv. Proc. No. 14-01929
(REG)                                                       :
                                                            :
                       Debtors.                             :   (Jointly Administered)
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that on June 16, 2015, I caused to be served a true and correct copy of the ***Notice of Appeal*** (with Exhibits) [ECF No. 13209] by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of that Notice of Appeal and this ***Certificate of Service*** were served upon each of the counsel of record and others persons listed below by causing copies of same to be delivered via email.

1

asteinberg@kslaw.com
sdavidson@kslaw.com
jasher@kslaw.com
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com
dmolton@brownrudnck.com
rfordon@brownrudnick.com
esserman@sbep-law.com
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com
lrubin@gibsondunn.com
aoffenhartz@gibsondunn.com
awu@gibsondunn.com
dgolden@akingump.com
djnewman@akingump.com
jdiehl@akingump.com
nmoss@akingump.com
wweintraub@goodwinprocter.com
eohagan@goodwinprocter.com
peller@law.georgetown.edu
gfox@goodwinprocter.com
jflaxer@golenbock.com
pricardo@golenbock.com

Dated: June 16, 2015
       New York, New York

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: *Alexander H. Schmidt*
Alexander H. Schmidt
Malcolm T. Brown
270 Madison Avenue
New York, NY 10016
T: 212-545-4600
E: schmidt@whafh.com
E: brown@whafh.com

*Counsel to the Groman Plaintiffs*

2