Jason A. Zweig (JZ-8107)
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
Email: jasonz@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: 206-623-7292
Email: steve@hbsslaw.com

*Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas and the State of Arizona*

Mark P. Robinson, Jr. (*pro hac vice*)
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: 949-720-1288
Email: mrobinson@rcrlaw.net

*Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
|                                                         |   :   |                                    |
|---------------------------------------------------------|-------|------------------------------------|
| In re:                                                  |   :   | CHAPTER 11                         |
|                                                         |   :   | Case No.: 09-50026 (REG)           |
| MOTORS LIQUIDATION COMPANY, *et al.*,                   |   :   |                                    |
| f/k/a/ General Motors Corp., *et al.*,                  |   :   |                                    |
|                                                         |   :   | (Jointly Administered)             |
|                                        Debtors.         |   :   |                                    |
|                                                         |   :   |                                    |

----------------------------------------------------------------x

# MOTION TO WITHDRAW THE REFERENCE WITH REGARD TO NO STRIKE PLEADINGS

010440-13 788018 V1

The State of Arizona *ex rel.* Mark Brnovich, the Attorney General, and the People of the State of California, by and through Orange County District Attorney Tony Rackauckas, respectfully move before the United States District Court for the Southern District of New York for entry of an order withdrawing the reference to the Bankruptcy Court with regard to their No Strike Pleadings pursuant to 28 U.S.C. § 157(d), Bankruptcy Rule 5001 and Local Bankruptcy Rule 5011-1, for the reasons set forth in the accompanying Memorandum of Law.

As described in greater detail in the Memorandum of Law, withdrawal of the reference is appropriate because "cause" for withdrawal exists under 28 U.S.C. § 157(d). Resolution of the No Strike Pleadings (as defined in the Memorandum of Law) is a non-core matter that can only be finally adjudicated by the District Court. Moreover, judicial economy is better served by withdrawal.

**WHEREFORE**, the States respectfully request that the Court enter an order substantially in the form attached hereto withdrawing the reference of the *State of Arizona's "No-Strike" Pleading* and *State of California's "No-Strike" Pleading*, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York, June 16, 2015.

                                 HAGENS BERMAN SOBOL SHAPIRO LLP

                                 By: /s/ Jason A. Zweig
                                      Jason A. Zweig (JZ-8107)
                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                555 Fifth Avenue, Suite 1700
                                New York, NY 10017
                                Telephone: (212) 752-5455
                                Facsimile: (917) 210-3980
                                Email: jasonz@hbsslaw.com

010440-13 788018 V1

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone:  206-623-7292
Email:  steve@hbsslaw.com

*Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas and the State of Arizona*

Mark P. Robinson, Jr. (*pro hac vice*)
ROBINSON CALCAGNIE ROBINSON
SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: 949-720-1288
Email: mrobinson@rcrlaw.net

*Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas*

-2-

010440-13 788018 V1