Jason A. Zweig (JZ-8107)
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
Email: jasonz@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: 206-623-7292
Email: steve@hbsslaw.com

*Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas and the State of Arizona*

Mark P. Robinson, Jr. (*pro hac vice*)
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: 949-720-1288
Email: mrobinson@rcrlaw.net

*Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :    CHAPTER 11
                                                            :    Case No.: 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al*.,                       :
f/k/a/ General Motors Corp., *et al*.,                      :
                                                            :    (Jointly Administered)
                                     Debtors.               :
                                                            :
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2015, I caused the *Motion to Withdraw the Reference With Regard to No Strike Pleadings* and accompanying *Memorandum of Law* in support to be filed and served upon all parties receiving notice via the Court's ECF system.

-1-

010440-13 788091 V1

Dated: New York, New York, June 16, 2015.

              HAGENS BERMAN SOBOL SHAPIRO LLP

              By: /s/ Jason A. Zweig
                  Jason A. Zweig (JZ-8107)
              HAGENS BERMAN SOBOL SHAPIRO LLP
              555 Fifth Avenue, Suite 1700
              New York, NY 10017
              Telephone: (212) 752-5455
              Facsimile: (917) 210-3980
              Email: jasonz@hbsslaw.com

              Steve W. Berman (*pro hac vice*)
              HAGENS BERMAN SOBOL SHAPIRO LLP
              1918 Eighth Avenue, Suite 3300
              Seattle, Washington 98101
              Telephone: 206-623-7292
              Email: steve@hbsslaw.com

              *Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas and the State of Arizona*

              Mark P. Robinson, Jr. (*pro hac vice*)
              ROBINSON CALCAGNIE ROBINSON
              SHAPIRO DAVIS, INC.
              19 Corporate Plaza Drive
              Newport Beach, California 92660
              Telephone: 949-720-1288
              Email: mrobinson@rcrlaw.net

              *Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas*

010440-13  788091 V1