```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, et al.,                :    Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., et al.        :
                                                   :
                        Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, I caused the *Elliott* Plaintiffs'/Appellants' Statement of the Issues and Designation of Items to be Included in the Record on Appeal, No. 13207, and *Sesay* Plaintiffs'/Appellants' Statement of the Issues and Designation of Items to be Included in the Record on Appeal, No. 13208, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: June 16, 2015

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Plaintiffs