Jason A. Zweig (JZ-8107)
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
Email: jasonz@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: 206-623-7292
Email: steve@hbsslaw.com

*Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas and the State of Arizona*

Mark P. Robinson, Jr. (*pro hac vice*)
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: 949-720-1288
Email: mrobinson@rcrlaw.net

*Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                            :    CHAPTER 11
                                                  :    Case No.: 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.*,             :
f/k/a General Motors Corp., *et al.*,             :
                                                  :    (Jointly Administered)
                                   Debtors.       :
                                                  :
---------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
THE REFERENCE WITH REGARD TO NO STRIKE PLEADINGS**

Upon consideration of the *Motion to Withdraw the Reference* pursuant to 28 U.S.C. § 157(d), Bankruptcy Rule 5001 and Local Bankruptcy Rule 5011-1 (the "Motion") filed by the State of Arizona *ex rel.* Mark Brnovich, the Attorney General, and the People of the State of California, by and through Orange County District Attorney Tony Rackauckas, parties in the above-captioned case, and all responses and objections, if any,

IT IS HEREBY ORDERED THAT

-1-

010440-13 788021 V1

1. The Motion is GRANTED as set forth in this Order.

2. The reference of *State of Arizona's "No Strike" Pleading* and *State of California's "No Strike" Pleading*, dated June 16, 2015, ECF Nos. 13210 and 13211, is hereby WITHDRAWN.

SO ORDERED.

Dated: _____, 2015

_____
United States District Court Judge