# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) |
| Debtors. | |

## NOTICE OF HEARING

*PLEASE TAKE NOTICE* that the Oral Argument on The Estate of Kathleen Pillars, Deceased No Stay Pleading, will be brought on to be heard before the Honorable Robert E. Gerber, Judge United States Bankruptcy Court for Southern District of New York on *Thursday, July 16, 2015 @ 9:45 a.m.* in this matter, or as soon thereafter as counsel may be heard.

                                                Respectfully submitted,
                                                THE MASTROMARCO FIRM

Dated: June 16, 2015                    By: */s/ Victor J. Mastromarco, Jr.*
                                                  Victor J. Mastromarco, Jr. (P34564)
                                                  Attorney for Plaintiff Benjamin Pillars
                                                  1024 N. Michigan Avenue
                                                  Saginaw, Michigan 48602
                                                  (989) 752-1414
                                                  vmastromar@aol.com