# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., et al. | |
| Debtors. | |

---

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2015, I caused Benjamin Pillars' Notice of Oral Argument, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: June 17, 2015         By: */s/ Victor J. Mastromarco, Jr.*
                              Victor J. Mastromarco, Jr. (P34564)
                              Attorney for Plaintiff Benjamin Pillars
                              1024 N. Michigan Avenue
                              Saginaw, Michigan 48602
                              (989) 752-1414
                              vmastromar@aol.com