SETTLEMENT DATE AND TIME:  June 22, 2015 at 12:00 noon (Eastern time)
OBJECTION DATE AND TIME: June 22, 2015 at 11:30 a.m. (Eastern time)

**GIBSON DUNN & CRUTCHER LLP**
Adam H. Offenhartz
Matthew J. Williams
Aric H. Wu
Lisa H. Rubin
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000

*Attorneys for Wilmington Trust Company,*
*as Trustee for and Administrator of the*
*Motors Liquidation Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF SETTLEMENT OF**
**ORDER ON MOTION FOR 60(B) RELIEF (DORIS PHILLIPS)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9074-1 of the Local Rules of

Bankruptcy Procedure for the Southern District of New York and this Court's June 8, 2015

*Decision on Motion for 60(B) Relief (Doris Phillips)* (ECF No. 13190), the proposed Order of

Motion for 60(B) Relief (Doris Phillips) will be presented for signature and entry to the

Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 523 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004 on **June 22, 2015 at 12 noon (Eastern Time).**

   **PLEASE TAKE FURTHER NOTICE** that objections or proposed counter-orders must be made in writing and shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036 (Attn: Arthur Steinberg, Esq.); (ii) Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0193 (Attn: Lisa H. Rubin, Esq.); (iii) Goodwin Proctor LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018 (Attn: William P. Weintraub); and (iv) Josh Davis Law Firm, 1010 Lamar, Suite 200, Houston, Texas 77002 (Attn: Joshua P. Davis), so as to be received no later than **June 22, 2015, at 11:30 a.m. (Eastern Time).**

Dated: New York, New York
   June 17, 2015

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Aric H. Wu
  Adam H. Offenhartz
  Matthew J. Williams
  Aric H. Wu
  Lisa H. Rubin

200 Park Avenue
New York, New York 10166

    Telephone: (212) 351-4000
    Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company,*
*as Trustee for and Administrator of the*
*Motors Liquidation Company General*
*Unsecured Creditors Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

### [PROPOSED] ORDER ON MOTION FOR 60(B) RELIEF (DORIS PHILLIPS)

For the reasons stated in this Court's June 8, 2015 *Decision on Motion for 60(B) Relief (Doris Phillips)* (ECF No. 13190) (the "**Decision**"), it is hereby:

**ORDERED** that *Phillips's First Amended Rule 60(b)(6) Motion for Relief from August 9, 2010 Stipulation and Settlement Resolving Claim No. 44614, or Alternatively, Rule 60(d) Motion to Set Aside* (ECF No. 13090) is denied; and it is further

**ORDERED** that the Court shall retain exclusive jurisdiction to interpret and enforce this Order and the Decision.

Dated: New York, New York
      June __, 2015

                                                   The Honorable Robert E. Gerber
                                                   United States Bankruptcy Judge