UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: MOTOR LIQUIDATION COMPANY,
et al. f/k/a General Motors Corp., et al.

                              Debtor

-----------------------------------------------------------------x

                             Plaintiff

                               v.

                             Defendant

-----------------------------------------------------------------x

Case No.: 09-50026
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Matthew E. Wright, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Dolly Walton, a Plaintiff in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Tennessee and, if applicable, the bar of the U.S. District Court for the Western District of Tennessee.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 06/18/2015
_____, New York

s/Matthew E. Wright
*Mailing Address:*
213 E. Lafayette St.
Jackson, TN 38301

*E-mail address:* mwright@hmdlaw1.com
*Telephone number:* (731) 424-2151