UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026 (REG) |
| (f/k/a GENERAL MOTORS CORPORATION) | (Jointly Administered) |
| | |
| Debtor. | |

---------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MATTHEW E. WRIGHT

UPON the motion of Matthew E. Wright dated June 18, 2015, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Matthew E. Wright is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       June 19, 2015

                                            *s/ Robert E. Gerber*
                                            UNITED STATES BANKRUPTCY JUDGE