William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333

*Designated Counsel for Ignition Switch
Pre-Closing Accident Plaintiffs*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> MOTORS LIQUIDATION COMPANY, *et al.* f/k/a General Motors Corp., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **June 22, 2015**, a true and correct copy of the *IGNITION SWITCH PRE-CLOSING ACCIDENT PLAINTIFFS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL* (the "Statement"), filed through the CM/ECF system ECF No. 13236, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

In addition, a copy of the Statement was served upon the following persons via electronic mail/e-mail:

| | | |
|---|---|---|
| Edward S. Weisfelner <br> *eweisfelner@brownrudnick.com* | Howard S. Steel <br> *hsteel@brownrudnick.com* | Sander L. Esserman <br> *esserman@sbep-law.com* |
| Jonathan L. Flaxer <br> *jflaxer@golenbock.com* | Arthur J. Steinberg <br> *asteinberg@kslaw.com* | Scott Davidson <br> *sdavidson@kslaw.com* |

ACTIVE/82778815.1

| | | |
|---|---|---|
| Richard C. Godfrey<br>*rgodfrey@kirkland.com* | Andrew B. Bloomer<br>*abloomer@kirkland.com* | Matthew J. Williams<br>*mjwilliams@gibsondunn.com* |
| Lisa H. Rubin<br>*lrubin@gibsondunn.com* | Daniel H. Golden<br>*dgolden@akingump.com* | Deborah J. Newman<br>*djnewman@akingump.com* |
| Elizabeth J. Cabraser<br>*ecabraser@lchb.com* | Steve W. Berman<br>*steve@hbsslaw.com* | Alexander H. Schmidt<br>*schmidt@whafh.com* |
| Robert C. Hilliard<br>*bobh@hmglawfirm.com* | David J. Molton<br>*dmolton@brownrudnick.com* | May Orenstein<br>*morenstein@brownrudnick.com* |
| S. Preston Ricardo<br>*pricardo@golenbock.com* | Adam H. Offenhartz<br>*aoffenhartz@gibsondunn.com* | Aric H. Wu<br>*awu@gibsondunn.com* |
| Keith R. Martorana<br>*kmartorana@gibsondunn.com* | Jamison A. Diehl<br>*jdiehl@akingump.com* | Naomi Moss<br>*nmoss@akingump.com* |

Dated: June 22, 2015

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax:  212.355.3333
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

*Designated Counsel for Ignition Switch*
*Pre-Closing Accident Plaintiffs*

2

ACTIVE/82778815.1