



## HOW TO USE THE DICTIONARY

Learn what the dictionary tells you about words.

Get Started Now!

Some compound words (like *bus rapid transit*, *dog whistle*, or *identity theft*) don't appear on the drop-down list when you enter them into the search window. If a compound term doesn't appear in the drop-down list, try entering the term into the search window and then hit the search button (instead of the "enter" key).



## THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. The Panelists are surveyed annually to gauge the acceptability of particular usages and grammatical constructions.

The Panelists



## NEED HELP SOLVING A CROSSWORD PUZZLE?

Go to our Crossword Puzzle Solver and type in the letters that you know, and the Solver will produce a list of possible solutions.



## PURCHASE THE DICTIONARY

The online searchable American Heritage Dictionary includes definitions, pronunciations, etymologies, and feature notes. You can purchase the dictionary as an iOS or an Android app—or buy the deluxe printed edition.



## INDO-EUROPEAN & SEMITIC ROOTS APPENDICES

Thousands of entries in the dictionary include etymologies that trace their roots back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

Additional information is available in an expanded form in our Dictionary of Indo-European Roots.



## OPEN DICTIONARY PROJECT

Share your ideas for new words and new meanings of old words!

Start Sharing Now!

### THE 100 WORDS'

See word lists from the best-selling 100 Words Series!

Find out more!

oc·cur·rence (ə-kûr′əns)

*n.*
1. The action, fact, or instance of occurring: *The occurrence of snow is rare in these parts.*
2. Something that takes place; an event or incident: *worrisome occurrences.*

oc·cur·rent *adj.*

Synonyms: occurrence, happening, event, incident, episode
These nouns refer to something that takes place or comes to pass. *Occurrence* and *happening* are the most general: *an everyday occurrence; a happening of no great importance. Event* usually signifies a notable occurrence: *world events reported on the evening news. "Great events make me quiet and calm; it is only trifles that irritate my nerves"* (Victoria).

