# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---

In re

MOTORS LIQUIDATION COMPANY, et al.,    Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.

Chapter 11

Debtors.

---

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, I caused Benjamin Pillars' Objection Pleading, Doc. No. 13238, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: June 23, 2015                    By: */s/ Victor J. Mastromarco, Jr.*
                                         Victor J. Mastromarco, Jr. (P34564)
                                         Attorney for Plaintiff Benjamin Pillars
                                         1024 N. Michigan Avenue
                                         Saginaw, Michigan 48602
                                         (989) 752-1414
                                         vmastromar@aol.com