# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.,   Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.

Chapter 11

Debtors.

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, I caused Benjamin Pillars' No Dismissal Pleading, Doc. No. 13239, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: June 23, 2015                By: */s/ Victor J. Mastromarco, Jr.*
                                    Victor J. Mastromarco, Jr. (P34564)
                                    Attorney for Plaintiff Benjamin Pillars
                                    1024 N. Michigan Avenue
                                    Saginaw, Michigan 48602
                                    (989) 752-1414
                                    vmastromar@aol.com