**Hearing Date and Time: July 01, 2015 at 9.45 a.m. (Eastern Time)**
**Objection Deadline: June 24, 2015 at 4.00 p.m. (Eastern Time)**

Atul C. Shah, MD
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul C. Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
                                                       I
                                                       l
In re                                                  l
                                                       l
Motors Liquidation Company, et al.,                    l     Chapter 11 Case No
f/k/a General Motors Corp., et al.                     l     09-50026 (REG)
                                                       l     (Jointly Administered)
                                                       l
            Debtors.                                   l
                                                       l
-------------------------------------------------------x
```

**RESPONSE WITH OBJECTION BY ATUL C. SHAH TO THE NOTICE OF MOTION OF WILMINGTON TRUST COMPANY, AS GUC TRUST ADMINISTRATOR AND TRUSTEE, FOR AN ORDER GRANTING AUTHORITY (A) TO EXERCISE NEW GM WARRANTS AND LIQUIDATE NEW GM COMMON STOCK, AND (B) TO MAKE CORRESPONDENCING AMENDMENTS TO THE GUC TRUST AGREEMENT <u>(C) SHARING OF THE MONETARY WEALTH WITH CREDITOR ATUL C. SHAH (D) SHARING OF THE KNOWLEDGE BY ATUL C. SHAH, MD WITH THE DISTINGUSHED ENTITIES</u>**

1

## Introduction

**This is a Response with Objection to the Notice of Motion of Wilmington Trust Company as GUC Trust Administrator dated June 3, 2015 by the Plaintiff and Pro Se Litigant Atul C. Shah, MD.**

As an introduction and here comes, Atul C. Shah, MD a Plaintiff and Pro Se Litigant against the Motor Liquidation Company et al., f/ka/a General Motors Corp., et al since December 2008.

Atul C. Shah, Petitioner v. Motor Liquidation Company GUC Trust Civil Case Number 14-830 has been docketed with the Supreme Court of the United States on January 14, 2015 (Exhibit A).

Atul C. Shah, Petitioner have filed an Intention for the Petition for an Extraordinary Writ for Case Number 14-830 to the Supreme Court of the United States on April 23, 2015 (Exhibit B)

Atul C. Shah, MD has been listed as the Creditor with the Consolidated List of Creditors at the United States Bankruptcy Court since 2010 (Exhibit C).

Atul C. Shah, MD have had filed a RESPONSE TO DEBTORS' NOTICE OF OBJECTION TO PROOF OF CLAIM NUMBER 28820 dated May 4, 2012 to the Honorable Judge Robert E. Gerber at the United States Bankruptcy Court (Exhibit D).

I sincerely thank to the Garden City Groups, Inc for forwarding me (Atul C. Shah, MD) the hard copy of this NOTICE OF MOTION OF WILMINGTON TRUST COMPANY dated June 3, 2015 (Exhibit E).

Also, I am enclosing a nice telephone and email discussion dated April 2, 2012 with the defendant attorney Stefanie B. Greer from Dickstein Shapiro, LLC and Wilmington Trust Administrator Mr. David Vanaskey on for my Civil Case MLC-0028820 (Exhibit F).

I may humbly request to take a sincere note of the above-mentioned <u>Exhibits</u> that my civil case against Motor Liquidation Company, et al., f/k/a/ General Motors Corp., et al is **ALIVE** and WELL as documented in this Legal Brief and earlier Legal Briefs to the United States Bankruptcy Court in New York.


## I. Humble Request for the Fair Distribution of Monetary Wealth by Wilmington Trust Company as GUC Trust Administrator

I humbly and sincerely request for the fair **Monetary Distribution** to Consolidated List of Creditors including Atul C. Shah, MD; Administrative and Reporting Cost and Fees; Recall Expenses for the Defective GM Cars and the Rewards for the several Law Suits filed by the Government Agencies.

This humble self Atul C. Shah, MD is one of the Creditors with the Consolidated List of Creditors since 2009 against the Motors Liquidation Company or General Motors Corporation.

3

Again, I may humbly request to the Honorable Judge Robert E. Gerber at the United States Bankruptcy Court to Share the Monetary with this humble self Dr. Atul C. Shah, MD along with the Creditors and 15 or more Law Firms associated with this historic and unprecedented civil case.

Wilmington Trust Company as the GUC Trust administrator should distribute the Monetary Wealth from the Motor Liquidation Company or General Motors Corporation **FAIRLY** with the order and directions from the Honorable Judge Robert E. Gerber United States Bankruptcy Court in New York.

Also, the Modern Law System, Wilmington Trust Company and other Administrative Organizations in United States, India and other countries will certainly benefit in topics of the <u>EXCHANGE OF SIX OPULENCE</u> (Wealth, Fame, Beauty, Strength, Knowledge and Renunciation) and <u>Science of Twelve Rasa or Science of Relationships</u> within the Human Society as described in my **Petition for a Writ of Certiorari** to the US Supreme Court of dated October 2, 2014 (Exhibit G).

<u>Exchange of Six Opulence</u> and <u>Description of Science of Twelve Rasa</u> within the Human Society is a wonderful and super-scientific subject matter. I humbly believe that the American Judiciary System and Modern Law System will certainly benefit from the Vedic Wisdom about this topic and other topics as described in my Legal Briefs and superb articles with this historic and unprecedented Civil Case.

4

## II. Pertinent Example with Description of the Super-scientific Distribution of Wealth, Fame, Beauty, Strength, Knowledge and Renunciation (Six Opulence) Per the Vedic Wisdom

In this section, I am summarizing again the Fair and Super-scientific Distribution of Monetary Wealth as well other Five Opulence within the Ideal Human Society per the Vedic Wisdom.

**A.** Four Occupational and Spiritual Divisions of the Human Society:

- Intellectual Class is consisting of **10%** of Human Society

- Administrative Class is consisting of **20%** of Human Society.

- Entrepreneur Class is consisting of **30%** of the Human Society

- General Labor Class is consisting of **40%** of the Human Society.

- Total **100%** (10% + 20% + 30% + 40%) of the Natural and scientific Divisions of the Mankind in this small planet since the time immemorial.

**B.** This is the Accurate and Super-scientific Distribution of Monetary Wealth and other Opulence per the Vedic Wisdom. I strongly and sincerely believe that Wilmington Trust Company should have distributed **$8.153** Billion dollars according to the Vedic Wisdom with kind approval by the Hon Judge Gerber that includes Funding for Administrative and Reporting FEES, COSTS AND EXPENSES OF THE GUC TRUST.

**C.** Wilmington Trust Company should have distributed $8.153 billion dollars according to the above-mentioned Vedic Wisdom.

**D.** Wilmington Trust Company as GUC Trust Administrator should have distributed GM Chapter 11 Bankruptcy $8.153 billion of dollars per the Vedic Wisdom in the fair and superb way as follow.

- Intellectual Class such as Researchers, Physicians and Scientists should have been awarded **10%** of the GM Securities and Shares for the creation of Concept Cars and Research projects.

- Administrative Class should have been awarded **20%** of the GM Securities and Shares that includes Administrative and Representative Fees, Costs and Expenses.

- Entrepreneur Class such as Car Dealers should have bee awarded **30%** of the GM Securities and Shares for Car sale and manufacturing activities.

- General Labor Class such as Assembly line workers and Recalls Repairs workers should have been awarded 40% of the GM Securities and Shares.

- The above-mentioned Classification and Divisions of the Human Society is the Natural and Super-scientific for the harmonious and peaceful co-existence with FAIR AND SCIENTIFIC

DISTRIBUTION OF MONETARY WEALTH AND OTHER

OPULENCE in our small planet.

- The above-mentioned formula for the Monetary Distribution per the Vedic Wisdom would have eliminated the irregular Distribution of $8.153 billion dollars of Motors liquidation Company as ordered by Honorable Bankruptcy Judge Robert E. Gerber without any doubt and hesitation.

- This is a simple, humble and scientific explanation and opinion of Dr. Atul C. Shah, MD per the <u>Vedic Wisdom</u> as repetitively mentioned in my Legal briefs to three Federal courts and the US Supreme Court.

## III. Description of Exchange of Six Opulence Wealth, Fame, Beauty, Strength, Knowledge and Renunciation within the Human Society per the Vedic Wisdom

In this Section, I am describing again the Superb Classification for the Exchange of Six Opulence within the Ideal Human Society for the Harmonious and Peaceful Co-existence for the <u>Global Prosperity, Global Peace and Global Enlightenments</u> of the Modern mankind.

The Gross National Product or GNP of every nation should be distributed within the Human Society per the Vedic Wisdom as described in this section

and earlier in this Response with Objection letter to the United States

Bankruptcy Court dated January 26, 2015.

1. <u>Intellectual Class of Human Society</u>: Researchers, Scientists, Teachers, Priests or Pastors or Imams; Nobel Prize winners Physicians, Modern Innovators and Clergymen are the nice examples of the **Intellectual Class of Mankind** per the Vedic Wisdom. The percentage of this class is 10% percent. So, the 10% of Monetary Wealth of the Gross National Production or GNP should be distributed for the welfare of this Intellectual Class by the Ideal Governments.

2. <u>Administrative Class of Human Society</u>: Law Practitioners, Federal and Supreme Court Judges, CEOS of the wealthy Internet Companies, Politicians and Executive Heads as well as the Military men of Navy, Air force and Army are the pertinent examples of the **Administrative Class of the Mankind** per the Vedic Wisdom. The percent of this class is 20%. So, the 20% of the Gross National Product Monetary Wealth should be utilized for Ideal Administration within the Human Society and Sub-human Species.

3. <u>Entrepreneur Class of the Human Society</u>: Business men, Financial Advisors, Giant Internet and Computer Stores; Grocery and Mercantile Stores and every kind of the Business or Salesmen are the nice examples of the Human Society. The percent of this Business Class is 30%. So, the 30% of the Gross National Product or GNP should be

distributed for the Ideal Functioning of the Human Society. Currently, **2 to 5 %** of the modern Businessmen are controlling **90 to 95%** of the Monetary Wealth in USA, Europe, Middle-eastern and Oriental countries. This is the Best Example of the Unfair and Uneven Monetary Distribution of the God Gifted Opulence per the Vedic Wisdom.

**4.** <u>General Labor Class of Human Society</u>: The examples of this class of Human society are Assembly Workers with giant Automobile and Weapon Industries; Internet and Computer Factories; Janitors and Sanitary Inspectors with Garbage Companies; Environmental Inspectors and all kind of General Labors within hundreds of Unions and Organizations. UAW or United Auto Workers is the best example for this kind of General Labor Class within the Human society. The percentage of this is **40% and largest class** of the Human Society. So, the largest <u>40% of the Wealth of the Gross National Product or GNP</u> should be utilized for the welfare and harmonious functioning of the Modern or Ancient Mankind in our small planet. This is the blissful Vedic Wisdom.

**5.** The primary purposes for the revelation this sublime fact and finding is the **Global Prosperity, Global Peace and Global Enlightenments** of the Seven Billion of the Modern Mankind and nothing else.

Wilmington Trust Company as the GUC Trust Administrator should have distributed the **$8.153 billion dollars** of GM Securities and GM Share FAIRLY and SCIENTIFICALLY rather than irregularly per the verdict of the United States Bankruptcy Court.

This is just the glimpse of Exchange of Six Opulence topics by this humble self Dr. Atul C. Shah, MD for the purpose of Sharing of the Knowledge from the blissful Vedic Wisdom.


## IV. Sharing of Knowledge by Dr. Atul C. Shah, MD with the Distinguished Entities with help of this Historic Civil Case

I am humbly and sincerely trying my best to share the knowledge or Vedic Wisdom with many distinguished entities since last three decades in USA, India and other countries per my humble capacity.

I am trying to share the Vedic Wisdom with American Medical Association & American Psychiatric Association; Modern Law System at three Federal Courts & the Supreme Court of the United States as well as the giant and wealthy Internet Companies Microsoft, Yahoo, Google etc past one decade.

I have forwarded the List of Superb Articles written by this humble self and Pro Se Litigant Dr. Atul C. Shah, MD and forwarded to Chief Justice Robert A. Katzmann at the United States Court of Appeals for the Second Circuit Court in New York dated January 17, 2014 (Exhibit H).

Also, I have humbly and sincerely requested Chief Justice of the
United States John G. Roberts, Jr and Nine Associate Justices in my
"Petition for a Request for Rehearing in Good Faith" dated March 10, 2015
for several topics per the Vedic Wisdom that certainly help for the betterment
of Modern Mankind right now.

1. Description of the Fundamental Principles of Internet and
   Computer Science.

2. Subtle differentiation between Criminal and Civil
   Infarctions.

3. Classification, Causes and Prevention of Terrorism within
   Modern Mankind.

4. Science of Rasa or Science of Relationships

5. Exchange of Six Opulence

6. **Morality and Immorality**: Oral Sex, Anal Sex and Illicit
   are the most immoral activities per the Scriptural Laws and
   Natural Laws within Modern or Ancient Civilization and
   other superb topics per the Vedic Wisdom.


I am sincerely and humbly trying my best to share the blissful and
eternal Vedic Wisdom with my Medical colleagues at American Medical
Association, American Psychiatric Association, General Motors Company and
Medical Conference; Modern Law System at three Federal Court and the

Supreme Court of the United States as well with the giant and wealthy Internet companies past three decades as documented in my Legal Briefs and superb articles.

This <u>Ten Million plus dollar</u> historical and unprecedented Civil Case is primary intended for the <u>Global Prosperity, Global Peace and Global Enlightenments</u> of the Modern Mankind as <u>repetitively</u> described in my Legal Briefs and article Higher Dimensions submitted to the Honorable Courts and the Honorable Judges since 2008.

Again, I am humbly requesting to the Honorable Supreme Court Judges that I will be happy to accept any small or large reward that will be used for the purpose of the <u>Unity in Diversity and Global Prosperity, Global Peace & Global Enlightenments</u> of the modern mankind in USA, India and other locations.

## V. Sharing of Knowledge per the Vedic Wisdom with "Lukewarm Response" from the Distinguished Entities in the United States of America

I am trying my best to share the Vedic Wisdom or knowledge per my humble capacity as practicing Physician and Vedic Scholar past three decade with LUKEWARM RESPONSE unfortunately. Many of my medical colleagues were and are sympathetic and happy to learn the Super-scientific Vedic Wisdom. However, Modern Law System that includes Federal Court

Judges and Supreme Court Judges appear to be unsympathetic and uninteresting for the propagation and assimilation of the blissful Vedic wisdom. This conclusion is my personal opinion and observation.

I forwarded a scientific article tilted as "<u>Together we are Stronger: the Integration of Modern Science and Spiritual Science</u>" to AMA President late Ronald M. Davis, MD during January 2008. Also, I forwarded this scientific article to my medical colleagues at General Motors Corporation and other organizations to share the knowledge for the Higher Dimensions with Bio-medical Science (Exhibit I).  Please review this article again for the clarity.

GM Senior Medical Director Stanley Miller read this superb article but did not like or absorbed the Superiority of the Vedic Wisdom over the Conventional Bio-medical Science. Dr. Stanley Miller just terminated my employment with General Motors Corporation on June 11, 2008 unfairly and in undemocratic manner. This incidence was the beginning of this historic and unprecedented civil case during 2008 and beyond.

Honorable Judge Robert E. Gerber did not thoroughly investigated to find out the <u>Superiority of the blissful Vedic Wisdom</u> during trial of 2012 at the United States Bankruptcy Court as documented in my several Legal Briefs to Federal and US Supreme Court.

Honorable Judge J. Paul Oetken at the United States District Court praise my article <u>Higher Dimensions and other Legal Briefs</u> but just sided and affirmed the conclusion of the Hon Judge Robert E. Gerber in 2013.

13

Also, the Honorable Judges John M. Walker, Jr; Rosemary S. Pooler and Richard C. Wesley as well as Chief Justice Robert A. Katzmann at the United States Court of Appeals for Second Circuit just affirmed the conclusion of the lower courts without any investigation of the Superiority of the Vedic Wisdom or Vedic Literature over the Modern Educational System.

I would like to humbly mention that Chief Justice of the United States John G. Roberts, Jr and Nine Associate Justices of the US Supreme Court denied my Petition for Writ of Certiorari and Supplemental brief and Petition for Request of Rehearing in Good Faith twice in conferences of February 2015 and March 2015 without any investigation of this great topic.

So, the American Judiciary System appears to be undemocratically and unbelievably having no sympathy or desire to investigate the <u>superiority of the eternal and blissful Vedic Wisdom from India over the Modern Literature that includes Modern Science and Modern Law System</u> as repetitively mentioned in my Legal Briefs and Superb articles forwarded to three Federal Courts and US Supreme Court. This is just mind-boggling scenario with the Modern Law System in the United States of America and this modern world.

Please read and review only one page my personal letter and personal story to President Barack Obama dated March 30, 2015 along with this Legal Brief (Exhibit J).

## VI. My Personal Attempts to settle this historic and unprecedented Civil Case out of Court during May of 2015

Finally, I tried my best to settle this historic and unprecedented Civil Case out of Court with the defendant attorneys, Wilmington Trust Company as the GUC Trust Administrators and Weil, Gotshal and Mendes LLC during the May of 2015. The response was futile and unfriendly in nature as expected by this humble self Dr. Atul C. Shah, MD as the Pro Se Litigant.

I have had a nice talk with Joseph H. Smolinsky, Esq. at Weil, Gotshal & Mendes LLC on May 6, 2015. Also, I discussed with Keith Martorana, Esq. of Wilmington Trust Company as GUC Trust Administrator on May 6, 2015 asking for a Right Person for the out of Court Settlement. Keith Martorana, Esq. gave name of Right Person for Settlement as the defendant attorney Colleen Kilfoyle of Dickstein Shapiro, LLC in New York.

I had a nice discussion with Defendant Attorney Colleen Kilfoyle twice in middle of May 2015 for the OUT OF COURT STTLEMENT of my civil case. She mentioned that my Civil Case has ZERO VALUE and General Motors Corporation does not exist now. This is not true as Motors Liquidation Company f/k/a General Motors Corporation does exist and this historic Civil Case has up to TEN MILLION DOLLARS PLUS VALUE despite the innumerable hurdles and difficulties since 2008 and beyond.

## VII. My simple and humble Questions to the erudite Law Practitioners of American Judiciary System

I have a simple and humble few questions to the erudite and well experienced Law Practitioners of the great and democratic American Judiciary System as follow.

**1.** Please tell me what the reasons are for <u>Rejections and Non-acceptance</u> of the superb and super-scientific Concepts and Theories from the eternal and blissful Vedic Wisdom of India.

**2.** Please tell me the reasons for expunging; disallowing and affirming my case by the Honorable Federal Court Judges Robert E. Gerber, J. Paul Oetken, Judges John M. Walker, Jr; Rosemary S. Pooler and Richard C. Wesley as well as Chief Justice Robert A. Katzmann with help of the American Judiciary System during 2012 to 2014.

**3.** Please tell me reasons why the Honorable Chief Justice of the United States John G. Roberts, Jr and Nine Associates Justices denied this historic and unprecedented Civil Case twice in February and March Conferences without thorough investigation regarding the <u>Superiority of the Vedic Wisdom of India over the Modern Literature that includes the Fundamental Principles of Modern Science, Modern Law System and Internet & Computer System</u>.

**4.** Please explain and let me know why the Modern Law Practitioners of the American Judiciary System prefer not to <u>Rejuvenate the Stagnant Concepts and Theories of the Modern Educational System</u> for the betterment

16

of the Modern Mankind in the United States of America, India and all over this small globe for <u>Global Prosperity, Global Peace and Global Enlightenments</u> per the Vedic Wisdom of India.

**5.** These are the <u>simple and humble questions</u> to the erudite and well experienced Modern Law Practitioners at the Federal Courts and US Supreme Court by a simple and humble person with name as Dr. Atul C. Shah, MD for the betterment of Modern Mankind and nothing else.

**6.** Please take a simple note that Atul C. Shah; Atul C. Shah, MD; Dr. Atul C. Shah, MD and Dr. Shah are the same person with this historical and unprecedented Civil Case.

**7.** Please forgive me for any inadvertent mistakes due to unfamiliarity with the etiquettes of the Federal Courts and the US Supreme Court.


## VIII. Remand to Alternative Dispute Resolution for this case

I may humbly request for the resolution of my case sending back to ADR Process or any Process by Wilmington Trust Company as GUC Trust Administrator for settlement with other creditors for the fair and equal justice**.** I have mentioned several times to the Federal Courts that the fair and equal justice is more important than the monetary gain. However, money or dollar has value. I have had and I am spending money and countless hours for pursuing this case since 2008 until now despite my full time practice as physician. I will be happy to be again in the process for the fair settlement.

This is a simple and humble **Response with Objection** to the Notice of

Motion of Wilmington Trust Company as GUC Trust Administrator dated

June 3, 2015 by the Plaintiff Atul C. Shah, MD.

## Conclusion

I, Atul C. Shah, respectfully request the honorable court to enter my case as a

Creditor with MLC GUC Trust again for the fair and equal justice with

rightful distribution of Monetary Wealth for this historical and

unprecedented civil case.


Respectfully submitted,


Atul C. Shah

Pro Se Litigant

2884 Manorwood Drive

Troy, Michigan


June 18, 2015

**List of Exhibits:**

**1.** Civil Case Number 14-830 docketed with the Supreme Court of the United States Proceeding and Orders (Exhibit **A**).

**2.** Petition for an Extraordinary Writ for Case Number 14-830 to the Supreme Court of the United States on April 23, 2015 (Exhibit **B**)

**3.** Creditor with the Consolidated List of Creditors at the United States Bankruptcy Court since 2010 (Exhibit **C**).

**4.** RESPONSE TO DEBTORS NOTICE OF OBJECTION TO PROOF OF CLAIM NUMBER 28820" on May 4, 2012 to the Honorable Judge Robert E. Gerber at the United States Bankruptcy Court (Exhibit **D**).

**5.** Garden City Groups, Inc for forwarding me (Atul C. Shah, MD) the hard copy of this NOTICE OF MOTION OF WILMINGTON TRUST COMPANY dated June 3, 2015 (Exhibit **E**).

**6.** Copy of telephone and email discussion dated April 2, 2012 with the defendant attorney Stefanie B. Greer from Dickstein Shapiro, LLC and Wilmington Trust Administrator Mr. David Vanaskey on for my Civil Case MLC-0028820 (Exhibit **F**).

**7.** Copy with Description of Exchange of Six Opulence and Twelve Rasa in the **Petition for a Writ of Certiorari** to the US Supreme Court of dated October 2, 2014 (Exhibit **G**).

**8.** List of Superb Articles written by this humble self and Pro Se Litigant Dr. Atul C. Shah, MD and forwarded to Chief Justice Robert A.

Katzmann at the United States Court of Appeals for the Second Circuit

Court in New York dated January 17, 2014 (Exhibit **H**).

**9.**   "Together we are Stronger: the Integration of Modern Science and

Spiritual Science" to AMA President late Ronald M. Davis, MD during

January 2008 (Exhibit **I**)

**10.** My personal letter and my personal story to President Barack Obama

dated March 30, 2015 (Exhibit **J**).

**Copy with CD-ROM in text-searchable PDF with Hard Copy to following recipients:**

**1.** Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust,

767 Fifth Avenue, New York, New York 10153

(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);

**2.** The Debtors, c/o Motors Liquidation Company,

401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);

**3.** General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265

(Attn: Lawrence S. Buonomo, Esq.);

**4.** Cadwalader, Wickersham & Taft LLP, attorneys for the United

States Department of the Treasury,

One World Financial Center, New York, New York 10281

(Attn: John J. Rapisardi, Esq.);

**5.** The United States Department of the Treasury, 1500 09-50026-reg Doc 13045 Filed 01/14/15 Entered 01/14/15 16:26:57 Main Document

Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.);

**6.** Vedder Price, P.C., attorneys for Export Development Canada,

1633 Broadway, 47th Floor, New York, New York 10019

(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);

**7.** Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

**8.** The Office of the United States Trustee for the Southern District of New York,

33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);

**9.** The U.S. Attorney's Office, S.D.N.Y.,

86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);

**10.** Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims,

375 Park Avenue, 35th Floor, New York, New York 10152-3500

(Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and

One Thomas Circle, N.W. Suite 1100, Washington, DC 20005

(Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.);

**11.** Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.);

**12.** Gibson, Dunn & Crutcher LLP, attorneys for Wilmington Trust Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith Martorana, Esq.);

**13.** FTI Consulting, as the GUC Trust Monitor and as the Avoidance Action Trust Monitor, 3 Times Square, 11th Floor New York, NY 10036 (Attn: Conor Tully);

**14.** Crowell & Moring LLP, attorneys for the Revitalizing Auto Communities Environmental Response Trust,

590 Madison Avenue, 19th Floor, New York, New York 10022-2524

(Attn: Michael V. Blumenthal, Esq.);

**15.** Kirk 09-50026-reg Doc 13045 Filed 01/14/15 Entered 01/14/15 16:26:57 Main Document

P. Watson, Esq., as the Asbestos Trust Administrator,

2301 Woodlawn Boulevard, Austin, Texas 78703

**16.** Jeffrey Rhodes Esq., Dickstein Shapiro, LLP, Defendant Attorneys for Motor Liquidation Company,
1825 Eye Street, NW Washington, DC 20006 and

**17.** Colleen Kilfoyle Esq., Associate Attorney, Dickstein Shapiro, LLP, Defendant Attorneys for Motor Liquidation Company,
1825 Eye Street, NW Washington, DC 20006

**Exhibit A**

Search - Supreme Court of the United States    http://www.supremecourt.gov/search.aspx?filename=/docketfiles/14...

# SUPREME COURT
## OF THE UNITED STATES

Visiting the Court | Touring the Building | Exhibitions

Search: ● All Documents ○ Docket        **Advanced Search**

Enter Search Text: [                    ]        [ Search ]  [ Help ]

## Home I Search Results

No. 14-830

| | |
|---|---|
| Title: | Atul C. Shah, Petitioner |
| | v. |
| | Motors Liquidation Company GUC Trust |
| Docketed: | January 14, 2015 |
| Lower Ct: | United States Court of Appeals for the Second Circuit |
| Case Nos.: | (13-2647-bk) |
| Decision Date: | May 19, 2014 |
| Rehearing Denied: | July 11, 2014 |

~~~Date~~~  ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Oct 7 2014 | Petition for a writ of certiorari filed. (Response due February 13, 2015) |
| Jan 22 2015 | Waiver of right of respondent Motors Liquidation Company GUC Trust to respond filed. |
| Feb 4 2015 | DISTRIBUTED for Conference of February 20, 2015. |
| Feb 16 2015 | Supplemental brief of petitioner Atul C. Shah filed. (Distributed) |
| Feb 23 2015 | Petition DENIED. |
| Mar 5 2015 | Petition for Rehearing filed. |
| Mar 18 2015 | DISTRIBUTED for Conference of April 3, 2015. |
| Apr 6 2015 | Rehearing DENIED. |

~~Name~~~~~~~~~~~~~~~~~~        ~~~~~~~Address~~~~~~~~~~~~~~~~~        ~~Phone~~~

**Attorneys for Petitioner:**

Atul C. Shah

2884 Manorwood Drive
Troy, MI  48085-1145
atul99krishna@yahoo.com

(248) 879-0795

Party name: Atul C. Shah

**Attorneys for Respondent:**

Jeffrey Rhodes
   Counsel of Record

Dickstein Shapiro, LLP
1825 Eye Street, N.W.
Washington, DC  20006-5403

(202) 420-3150

Party name: Motors Liquidation Company GUC Trust

June 17, 2015 | Version 2014.1

**Home | Help | Site Map | Contact Us | About Us | FAQ | Jobs | Links | Building Regulations
Website Policies and Notices | Privacy Policy | USA.GOV**

## Supreme Court of the United States

6/17/15, 9:00 AM

# Exhibit B

# Supreme Court of the United States

Office of Clerk
1 First Street, NE
Washington, DC 20543

April 23, 2015

Scott S. Harris
Clerk of Court
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Ref: Petition for an Extraordinary Writ for Case Number 14-830.

Dear Mr. Harris:

Herewith, I am forwarding my humble intention of filing a Petition for an Extraordinary Writ per the Supreme Court Rule 20.1 in the Supreme Court of the United States. I am forwarding this letter via certified mail.

I sincerely thank Case Analyst Michael Duggan for the Technical Guidance for filing the Petition for an Extraordinary Writ by telephone discussion on April 7, 2015.

As per discussion with Case Analyst Michael Duggan following information were obtain for compliance with the Supreme Court Rules for filing the Petition for an Extraordinary Writ.

1. There is No Deadline for filing the Petition for an Extraordinary Writ
2. Petition should be in Booklet Format in Size of 6-1/8" to 9-1/4"
3. 40 copies need to be submitted to the Court
4. 9000 word count allowed for the petition with White color cover page
5. $ 300.00 is the court fee for this service

I am trying my best to follow the Rules 20.2, 33 & 34 of the Supreme Court diligently per my humble capacity for this petition.

Please let me know any further technical requirements for completion of the Petition for an Extraordinary Writ as the Pro Se Petitioner.

I will be happy to mail **40 Hard Copies** to the Honorable Supreme Court pretty soon with No Deadline for the submission to the Supreme Court.

I am anticipating forwarding completed and signed Petition for an Extraordinary Writ to the Supreme Court prior to Christmas of 2015.

I humbly believe that this Civil Case has National and International Significance with the Extra-ordinary Implementation for the betterment of the Modern Mankind.

I have a great faith and a sincere prayer for the fair and equal justice by the Supreme Court of the United States.

Hope to hearing from you and Case Analysts soon. Please contact me anytime at my cell phone 248-835-5025.

Thank you very much.


Sincerely,




Atul C. Shah, MD
Pro Se Petitioner
2884 Manorwood Drive
Troy, MI 48085


Copy to:
Jeffrey Rhodes, Esq.,
Defendant Attorney
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006

# Exhibit C

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :     Chapter 11 Case No.
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                   :     09-50026 (REG)
      **f/k/a General Motors Corp.,** *et al.*              :
                                                            :
                              **Debtors.**                  :     (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF HEARING ON MOTION OF DEBTORS FOR ENTRY OF AN ORDER ESTIMATING MAXIMUM AMOUNT OF CERTAIN CLAIMS FOR PURPOSES OF ESTABLISHING CLAIMS RESERVES UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

PLEASE TAKE NOTICE that upon the annexed Motion, dated February 11,

2011 (the "**Motion**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), for an order,

pursuant to sections 105(a), 502(c), and 1142(b) of title 11, United States Code (the

"**Bankruptcy Code**"), estimating the maximum amount of certain claims for purposes of

establishing claims reserves under the Debtors' Amended Joint Chapter 11 Plan, all as more fully

set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber, United

States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern

District of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at**

Partially Unliquidated Claims Estimation Motion

**Exhibit C - Litigation Claims**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| PROGRESSIVE MAX INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65953 | Motors Liquidation Company | $19,817.47 | Partially Unliquidated claims | *Remaining Claim* |
| ROBERT PIZANO<br>C/O ARTURO ACOSTA<br>DOVALINA & EURESTE LLP<br>122 TUAM ST STE 100<br>HOUSTON, TX 77006 | 58955 | Motors Liquidation Company | $25,610.00 | Partially Unliquidated claims | *Remaining Claim* |
| ROGER L THACKER ROGER L SANDERS THOMAS J HANSON<br>HELMER MARTINS RICE & POPHAM CO, LPA<br>600 VINE ST SUITE 2704<br>CINCINNATI, OH 45202 | 27105 | Motors Liquidation Company | $50,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SANFORD TENEBAUM<br>1955 YOSEMITE BLVD.<br>APT. 30<br>BIRMINGHAM, MI 48009<br>UNITED STATES OF AMERICA | 22286 | Motors Liquidation Company | $4,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SHAH ATUL C MD<br>2884 MANORWOOD DR<br>TROY, MI 48085 | 28820 | Motors Liquidation Company | $10,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SIMON PROPERTY GROUP<br>C/O GEORGE DUNCAN<br>DUNCAN & ADAIR, P.C.<br>7000 CENTRAL PARKWAY<br>SUITE 220<br>ATLANTA, GA 30328 | 17566 | Motors Liquidation Company | $100,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SMITH, JASON J<br>GREENE & REID<br>173 INTREPID LN<br>SYRACUSE, NY 13205 | 58983 | Motors Liquidation Company | $10,485.48 | Partially Unliquidated claims | *Under Objection* |
| STATE FARM MUTUAL ATUOMOBILE INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65951 | Motors Liquidation Company | $30,707.75 | Partially Unliquidated claims | *Remaining Claim* |

(1) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit D**

Atul C. Shah, MD
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah

UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPNAY, et al., F/k/a General Motors Corp., et al. | 09-50026 (REG) |
| Debtor | (Jointly Administered) |

## ATUL SHAH RESPONSE TO DEBTORS' "NOTICE OF OBJECTION TO PROOF OF CLAIM NUMBER 28820 FILED BY ATUL SHAH"

**PLEASE TAKE NOTICE** that this is a brief and response to objection filed by the defendant

Attorneys Barry N. Seidel (BS-1945) and Stefanie Birbrower Greer from Dickson Shapiro LLP

representing Motor Liquidation Company (the GUC Trust) formed by the above-captioned

debtors (Collectively, the Debtors) in connection with the Debtor's Second Amended joint

Chapter 11 Plan, dated March 18, 2011 for a hearing to be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on May

15, 2012, at 9.45 a.m. (Eastern Time), or as soon thereafter as counsel may be heard.

1

**Exhibit E**

HEARING DATE AND TIME: July 1, 2015 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: June 24, 2015 at 4:00 p.m. (Eastern Time)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Matthew J. Williams
Keith Martorana

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
**In re**                                                   :        **Chapter 11 Case No.**
                                                            :
                                                            :        **09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY,** *et al.,*                   :
**f/k/a General Motors Corp.,** *et al.*                    :        **(Jointly Administered)**
                                                            :
                                        **Debtors.**        :
------------------------------------------------------------x

**NOTICE OF MOTION OF WILMINGTON TRUST COMPANY, AS GUC TRUST
ADMINISTRATOR AND TRUSTEE, FOR AN ORDER GRANTING
AUTHORITY (A) TO EXERCISE NEW GM WARRANTS AND
LIQUIDATE NEW GM COMMON STOCK, AND (B) TO MAKE
CORRESPONDING AMENDMENTS TO THE GUCT TRUST AGREEMENT**

**PLEASE TAKE NOTICE** that on   June   3,   2015,   Wilmington   Trust

Company, solely in its capacity as trust administrator and trustee (in such capacity, the "**GUC**

**Trust Administrator**"), of the Motors Liquidation Company GUC Trust (the "**GUC**

**Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection

with the Debtors' Second Amended Joint Chapter 11 Plan dated March 18, 2011, filed a

motion (the "**Motion**") for an order, pursuant to sections 105(a) and 1142(b) of title 11 of the

United States Code and section 13.13 of the Amended and Restated Motors Liquidation

Company GUC Trust Agreement dated June 11, 2012 (as amended, the "**GUC Trust**

**Agreement**"), authorizing the GUC Trust Administrator to (A) (i) exercise the GUC Trust's

holdings of (1) warrants to purchase shares of common stock, par value $0.01 per share, of

Table of Contents

**GENERAL MOTORS COMPANY AND SUBSIDIARIES**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS —— (Continued)

and salary stock awards and 400,000 shares for exercised warrants. Refer to Note 23 for additional information on our stock incentive plans.

*Warrants*

In July 2009 we issued two tranches of warrants, each to acquire 136 million shares of common stock, to Motors Liquidation Company (MLC) which have all been distributed to creditors of General Motors Corporation and to the Motors Liquidation Company GUC Trust by MLC and one tranche of warrants to acquire 46 million shares of common stock to the New VEBA. The first tranche of MLC warrants is exercisable at any time prior to July 10, 2016 at an exercise price of $10.00 per share and the second tranche of MLC warrants is exercisable at any time prior to July 10, 2019 at an exercise price of $18.33 per share. The New VEBA warrants, which were subsequently sold by the New VEBA, are exercisable at any time prior to December 31, 2015 at an exercise price of $42.31 per share. Upon exercise of the warrants, the shares issued will be included in the number of basic shares outstanding used in the computation of earnings per share. The number of shares of common stock underlying each of the warrants and the per share exercise price are subject to adjustment as a result of certain events, including stock splits, reverse stock splits and stock dividends. The outstanding balance of warrants was 165 million and 293 million at December 31, 2014 and 2013.

**Accumulated Other Comprehensive Loss**

The following table summarizes the components of Accumulated other comprehensive loss (dollars in millions):

107

# Exhibit F

Forwarded Message -----
**From:** "Greer, Stefanie" <GreerS@dicksteinshapiro.com>
**To:** "'Atul C. Shah, MD'" <atul99krishna@yahoo.com>
**Cc:** "O'Neil, Alden" <ONeilA@dicksteinshapiro.com>; "Carmel, Anamay"
<CarmelA@dicksteinshapiro.com>
**Sent:** Monday, April 2, 2012 3:04 PM
**Subject:** RE: MLC GUC Case Number MLC-0028820
Dr. Shah,

Just to clarify, as I stated, we represent the GUC Trust, which acts through its trustee.  David
Vanasky is trustee of the GUC Trust.  You should direct all correspondence regarding this
matter to me, as a representative of the GUC Trust.

The GUC Trust reserves all rights with respect to your statements below and does not
consent thereto.

Thank you,

Stefanie

**Stefanie Birbrower Greer**
Dickstein Shapiro LLP
1633 Broadway | New York , NY 10019
Tel (212) 277-6743 | Fax (917) 677-8208
greers@dicksteinshapiro.com


**Confidentiality Statement**
This e-mail message and any attached files are confidential and are intended solely for the use of the
addressee(s) named above. This communication may contain material protected by attorney-client, work
product, or other privileges. If you are not the intended recipient or person responsible for delivering this
confidential communication to the intended recipient, you have received this communication in error, and any
review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any
attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is
created, received, or sent on its network. If you have received this confidential communication in error, please
notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
www.dicksteinshapiro.com

**From:** Atul C. Shah, MD [mailto:atul99krishna@yahoo.com]
**Sent:** Monday, April 02, 2012 7:08 AM
**To:** Greer, Stefanie
**Cc:** Atul Shah MD
**Subject:** MLC GUC Case Number MLC-0028820

**Atul C. Shah, MD**
**2884 Manorwood Drive**
**Troy, Michigan 48085**

April 2, 2012

Stefanie Greer
Attorney
Dickstein Shapiro LLP
1633 Broadway
New York, New York
10019-6708

    Ref: MLC GUC Case Number MLC-0028820.

Dear Ms Stefanie Greer:

*It was nice to discuss with you personally on telephone 212-277-6743 at your office*
*on Monday Morning at 11.00 am March 19, 2012. We talked about fifteen minutes*
*regarding above-mentioned case.*

I greatly appreciate your time and information during this conversation. I may
summarize the important points of our conversation in this email. I received your
first message on my cell phone on March 15, 2012.
**1.** I am pursuing my case MLC-0028820 against Motor Liquidation Company
(General Motors Corporation) since this case filed on Nov 17, 2009. This was the
first question you ask me and this is the answer for your pertinent question.
**2.** I am representing this case myself since I filed this case on November 12, 2009. I
do have Lawyer friend helping me on voluntary base.
**3.** The United States Bankruptcy Court for the Southern District of New York
selected Wilmington Trust Company as the Trust Administrator and Trustee for the
Motors Liquidation Company GUC Trust.
**4.** I have had a nice talk with Mr. David Vanaskey by telephone 302-636-6019 on
February 24, 2012 at 4.30 pm. He mentioned that he is a *Wilmington Company*
*Trust Administrator for MLC GUC Claims.* He mentioned that a Specific Person
handing my case will contact me soon.
**5.** During our conversation, you mentioned that your self from Dickstein Shapiro
will be handling my case from now and I do not have to contact Mr. David
Vanaskey or other persons at Wilmington Company. You did not mention the
reason for no need to contact Wilmington Trust by me in future.

**6.** During our conversation you mentioned that there is NO MERITS in my case and you offered me $ 25,000 (Twenty Five Thousand Dollars) for settlement of this case.

**7.** I mentioned to you that let the Supreme Court Judge decide about the <u>MERITS or NO MERITS</u> for this case and I may pursue this case all the way up to the US Supreme Court if necessary.

**8.** My first question to you was the reason for contacting me and your relationship with Wilmington Company. You mentioned that Dickstein Shapiro is Independent Company and it does not represent Wilmington Company directly.

**9.** Our telephone ended with your comment that I will receive further information in two or three weeks from her or other sources. No information was provided for <u>other sources</u> during our conversation.

**10.** This email letter is just for a record of our telephone conversation on March 19, 2012 Monday Morning at 11.00 AM. I am providing this information per my memory as we discussed.

I greatly appreciate your time for initial contact with me for this case. I am practicing Family Practice Medicine and Psychiatric Medicine past twenty five years. I consider myself as an expert in understanding and revealing "**Expressed Intentions and Concealed Intensions**" of people. I believe that Attorneys have similar capability for understanding and revealing our Human Emotions and Intentions.

Hope to hearing from you soon. My cell phone number is 248-835-5025.

Thank you very much.

Sincerely,


Atul C. Shah, MD
Troy, Michigan

# Exhibit G

No_____

IN THE

## SUPREME COURT OF THE UNITED STATES

_____

ATUL C. SHAH

Petitioner,

-v-

MOTORS LIQUIDATION COMPANY GUC TRUST

Respondent.

_____

**On Petition for Writ of Certiorari to the
United States Court of Appeals for the Second
Circuit**

_____

**PETITION FOR A WRIT OF CERTIORARI**

Atul C. Shah
2884 Manorwood Drive
Troy, Michigan, 48085-1145
Home Tel: (248) 879-0795
atul99krishna@yahoo.com

### G. Lack of Interest and Interactions by Presidents of AMA & APA and CEOs of Modern Internet Companies:

<u>Examples of Passive or Lack of Inactions and Interest manifesting as the Covert or Concealed Discrimination:</u>

I am describing the prima facie examples of the "<u>Passive Inaction or Lack of Interactions manifesting as the Covert and Concealed Discrimination</u>" in this section.

<u>1.</u> I submitted my super-scientific articles and concepts of the Vedic Literature from India to four Presidents of American Medical Association (AMA), three Presidents of American Psychiatric Association and Director of Disability Determination Services as well as to the Five Honorable Judges (Robert E. Gerber, J. Paul Oetken, John M. Walker, Jr; Rosemary S. Pooler and Richard C. Wesley) and the defendant attorneys as well as to Dr. Miller at GM and other scholars and friends in USA and India during and prior to 2012 until present for the

51

purpose of Higher Dimensions with the Modern Science,
the Modern Law System and the Internet Technology.

**2.** I forwarded my super-scientific articles to the wealthy
and influential Chairmen and Chief Executive Officers of
Microsoft Mr. Bill Gates & Satya Nadella and other giant
Internet and Computer Companies in USA and India for
the need of the "Higher Dimensions with Internet and
Computer Science Technology per Vedic Wisdom" past six
to eight years. All emails including my email articles were
scrutinized, relayed and stored with the giant email
Internet companies such as Microsoft, Yahoo and AOL
etc. The chairmen and research directors of giant Internet
companies have easy access and able to use their "Spy
Spectrum" for retrieving and reading the all content of the
emails from the originators including myself.

**3.** Presidents of AMA and APA, Chairmen and CEOS of
Microsoft and Intel, the Honorable Judges of the
influential organizations are simply and intentionally
ignoring and ridiculing the super-scientific concepts of the

52

Vedic Literature from India that is providing the "Higher

Dimensions" with Modern Science, Modern Law System

and the Internet and Computer Science Innovations as

explicitly described in my more than thirty five articles

past one decade.

**4.** Per my humble observation, the above-mentioned

executive heads are incapable of providing the Higher

Dimensions with the Modern Science including Bio-

medical Science, Psychiatry and Psychology; unable to

provide Higher Dimensions by the Modern Constitutional

Laws and Applicable Laws and finally, with the Internet

and Computer Science Technology with their conventional

knowledge and conventional approaches.

**5.** Also, the above-mentioned influential and wealthy

Executive Heads of different organizations are extremely

reluctant and hesitant to apply and implement the Super-

scientific and blissful knowledge and concepts of the Vedic

Literature from India for the Higher Dimensions as

53

beautifully describe in my articles and by other Vedic Scholars in USA and in India.

**6.** The above-mentioned observations are the few but pertinent examples of the "<u>Passive Inactions manifesting as the Covert and Concealed Discrimination</u>" based upon my Religion, Nationality and Color for this case. This is the best example of "<u>DO NOTHING AND SAY NOTHING POLICY IMPLEMENTED BY PRESIDENTS AND CHAIRMEN OF DIFFERENT ORGANIZATIONS</u>" as <u>described in my Legal Briefs</u>.

**7.** This is my genuine perception and opinion. Hope that Your Honors will be happy to agree with this humble perception and opinion.

**H. Vedic Wisdom is the Real Solution for the Modern Maze**:

The authoritative and blissful Vedic Wisdom of Vedic Literature: the Supreme Science of Sanatana Dharma from India is the <u>Real and Final Solution for the Modern Maze</u> created by the modern mankind with the lack of the Vedic

54

Wisdom right now as beautifully described in my article "Higher Dimensions" and the Legal Briefs presented to the Honorable Judges and the Honorable Courts.

Modern Scientists, Physicists, Physicians and Psychiatrists as well Psychologists and Sociologists are unable to describe the fundamental principles of the Perception, Lack of Perceptions and Misperception; Science of Rasa or Science of Relationships and Exchange of the Six Opulence and other superb topics of the Vedic Wisdom.

The Modern Law Practitioners have very hard time to differentiate the subtle definition and demarcation between the CIVIL INFARCTIONS AND CRIMINAL INFARCTIONS with the help of the Modern man-made Constitutional Laws and the Applicable Laws.

The modern Internet and Computer Science Technology Innovator are unable to describe the **Fundamental Principles** of the marvelous Internet and Computer Science Mystery scientifically and accurately right now. Mr. Bill Gates & Satya Nadella and Presidents

55

of AMA, APA remains totally silent and prefers not to comment at all about this issue is the pertinent example of the **Modern Maze** created right now with our modern society and culture.

The Vedic Wisdom is the Real Solution for this Modern Maze. This is the great point and remedy I am presenting with this Brief and other legal briefs submitted earlier with this historical and unprecedented Civil Case.

This historical and unprecedented Civil Case has the **National and International Significance** for the Betterment of the Modern Mankind.

I am completing this petition for the historical and unprecedented Civil Case on October 2, 2014 – the **145**th birthday of **Mahatma Gandhi**: the Apostle of Ahimsa or Non-violence that has been declared by the General Assembly of the United Nations as the **Day of Ahimsa or Non-violence**. Let all of us pray and follow in the foot-steps of Mahatma Gandhi for ever.

## CONCLUSION

I therefore respectfully request the Supreme Court of the

United States to reverse the judgment of the three Lower

Federal Courts that affirmed the dismissal of my claim and

granting the Petition for a Writ of Certiorari.


Respectfully submitted,




Atul C. Shah, MD

2884 Manorwood Drive

Troy, Michigan


Pro Se Petitioner

October 2, 2014

# Exhibit H

# 13-2647

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

---

### ATUL C. SHAH

### APPELLANT

### IN RE: MOTORS LIQUIDATION COMPANY GUC TRUST

### APPELLEE

---

On Appeal from the United States District Court
For the Southern District of New York

---

Reply Brief of Appellant Atul C. Shah

Atul C. Shah, Pro Se
2884 Manorwood Drive
Troy, MI 48085
Home Phone: 248-879-0795
Cell Phone: 248-835-5025

## List of the Scientific, Judiciary and Superb Legal Briefs and Articles written by Dr. Atul C. Shah with this Historical Civil Case:

I am presenting the List of the Scientific, Judiciary and Superb Articles and Legal Briefs written by this humble self Dr. Atul C. Shah, MD that were presented to the Honorable Courts and Honorable Judges with this historical Civil Case since 2008 and earlier. The primary and real purpose submitting the list of twenty six plus articles is simple and straight forward: the Unity in Diversity and Global Prosperity, Global Peace and Global Enlightenments of Modern Mankind of this small planet. Following are the List of the Legal Briefs and Articles.

**1.** Unity in Diversity

**2.** Law of Karma

**3.** Vedic Literature: The Supreme Science Part I - The Sanatana Dharma

**4.** Vedic Literature: The Supreme Science Part II - In Defense of the Sanatana Dharma

**5.** Preface for Vedic Literature: the Supreme Science Part III – The Atheist Buster

**6.** Vedic Literature: the Supreme Science Part III – the Atheist Buster

**7** Glimpses of Science of Rasa, Personalism and Impersonalism

**8.** Malignant Effects of Psychiatry and Psychology on Mankind

**9.** Together we are Stronger: the Integration of Spiritual Science and Modern Science

**10.** Soul is Original Pace-maker and S.A. Node is Secondary Pace-maker in Heart

**11.** Save Rama Setu: an Appeal to President and Prime Minister of India

**12.** Universal Health Form - Easy Guide for Health Professionals and Workers

**13.** Preface and Article - "Global Pollution: Classification, Causes and Remedy"

**14.** Himalaya Mountain: the Symbol of unflinching Faith, Love and Devotion for All Attractive Supreme Personality of Godhead Sri Krishna

**15.** A Powerful Rebuttal to United States Commission for International Religious Freedom or USCIRF at Washington D.C. in USA

**16.** The Understanding of the Supreme Court Judge about Symptomatology at Molecular level

**17.** Criminal Speech versus Civil Speech: Transcendental and Eternal UN Resolution for Modern Mankind

**18.** Preface - Mock Demonstration and Thesis of Fundamental Principles of Science

**19.** Mock and Humorous Demonstration with help of Twelve Modes of Communication tilted as "Destruction of our Planet Earth: One Time or Thousand Times"

**20.** Pawns of Chess

**21.** Houses of Worship are Blissful Spiritual Oasis for Mankind

**22.** Modern Genetic Science: XX America + YY America = Mass Extinction of Modern Mankind

**23. Final Judgment**: the Historical and unprecedented Civil Case against General Motors by Atul C. Shah, MD

**24.** Concealed and Sophisticated Administrative **Terrorism**

**24. Transcendental Debate**: Between President Obama and Chief Minister Narendra Modi

**25.** Classification, Causes and Prevention of **Terrorism** within the Modern Mankind per the Vedic Wisdom

**26. Higher Dimensions Article**

Again, Your Honors: I may humbly request to consider all my <u>Legal Correspondences</u>

<u>and all my Articles</u> as the integral part of Court System for the great cause.

## <u>Conclusion</u>

I therefore respectfully request this Honorable Court to affirm the reversal of the

judgment rendered by the United States District Court.


Respectfully Submitted,


Atul C. Shah, MD
Pro Se Appellant
2884 Manorwood Drive
Troy, Michigan

Date: January 17, 2014

# Exhibit I

<u>Together We are Stronger: the Integration of Spiritual Science and Modern Science</u>

Ronald M. Davis, MD
President
American Medical Association
515 N. State Street
Chicago, IL 60610

Dear Dr. Davis:

As an introduction, my name is Atul C. Shah, MD. I am General Practitioner and Psychiatrist practicing at Metro Detroit area in Michigan past twenty years. Originally, I am from India and I practiced as General Practitioner in India for eight years after my medical graduation in 1974. I have evaluated 12,000 (Twelve thousand) psychiatric patients and 112,500 medical patients during my thirty years of career as physician and psychiatrist in both countries. I have a great privilege to be the citizen of the two greatest democratic countries of this small globe - India and U.S.A. Presently, I am working with General Motors Corporation as Contract physician past eleven years and solo practitioner at Metro Detroit in Michigan.

The inaugural speech by you as the President of AMA on June 26, 2007 was simply wonderful. As the Spiritualist and Psychiatrist, I am glad to mention that you certainly believe in Re-incarnation as you connect your self with the founder of AMA and 16Th President Dr. Nathan Davis one and half century ago. However, I have to mention that you were reluctant to use word "Re-incarnation" in your speech primarily due to political, cultural and religious reasons.

Another reason for not mentioning "Re-incarnation" in your inaugural speech was the lack of knowledge and poor understanding of Re-incarnation concept within our Modern Bio-medical Science. However, I greatly appreciate your boldness to acknowledge this wonderful topic with our medical specialties as President of AMA. I will be very happy to support this revelation and let me be the first person to recognize that Dr. Ronald M. Davis and founder of AMA Dr. Nathan Davis are the same person or Soul transmigrating into two different bodies. This phenomenon will be a great stimulant to understand and propagate the "*Spiritual Science*" at present moment and in the future in U.S.A. and all over the world.

The primary purpose to write this letter to you is to support the wonderful Motto of American Medical Association "**Together we are stronger**" and to help the Mission of AMA "**To promote the art and science of medicine and the betterment of public health**". These are the wonderful Motto and Mission of the AMA past one and half centuries for the American public and the people all over the world.

I am a proud member of AMA past seventeen years from Michigan. I actively participated with AMA activities during my Psychiatric Residency Training at Wayne State University, Detroit, Michigan in early 1990'. Also, I am a member with Michigan State Medical Society, Wayne County Medical Society past seventeen

1

years as well with American Psychiatric Association and Michigan Psychiatric Society for ten years in Michigan. This information is just for a short introduction.

Also, another interesting purpose to write this letter to you is the great need of integration of Spiritual Science and Modern Science at present moment. The motto of AMA - "Together we are Stronger" - is precisely pointing that our human body is a sophisticated machine made up of the three natural divisions as follow:
1. Gross Anatomical Body,
2. Subtle or Astral Body and
3. Spiritual Body or Spirit Soul

The integration and accurate understanding of above-mentioned three aspect of our human existence is very essential. In other words, artificial separation of these three aspects of Living Entity will be detrimental and this vital information must be re-introduced to the educational system from Elementary school to University level. The artificial separation of Gross Anatomical Body, Subtle or Astral Body and Spiritual Body of the living entity have created great chaos in mind of the modern mankind resulting into disorganized and poor quality of knowledge in Modern Science including the Bio-medical Science.

The summary description of the Living Entity such as Human being can be categorized in three levels:
1. Description of the Gross Anatomical Body
2. Description of the Subtle or Astral Body
3. Description of the Spiritual Body

I am happy to mention that the blissful and eternal Vedic Literature of India super-scientifically describe the fundamental principles of the above-mentioned three divisions of the human and sub-human body. The accurate understanding of three aspects or divisions of the human body is extremely essential for revealing the purpose of the human existence and human nature. The super-scientific concepts of the blissful Vedic Literature certainly will help Modern Science including Bio-medical Science to achieve the higher dimensions with our conventional knowledge at the present moment and in the future.

Furthermore, we have to take a serious note that the fundamental principles of the Basic Sciences such as Physics, Chemistry, Biology and Social Science are less accurate, disorganized and semi-scientific in nature. For an example - The Periodic Chart with description of 106 or 108 Atoms is not able to describe how the atoms were formed and where the atoms were originated. Physicists are not able to reveal whether the atoms were created in chronological sequence or in non-chronological order as described in the periodic chart. Physicists are unable to answer scientifically about these relevant inquiries.

Also, Biological Science fails miserably in description of the chronological evolution of the various species such as sub-human to human species. Social Science fails to describe the natural "Occupational and Social Divisions" of the human beings. Psychologists and Psychiatrists have been undoubtedly and miserably failed

in the description of the Mental Apparatus, the Mental Activities and the classification of the natural emotions and relationships of the human beings.

The missing links and deficient nature of our Modern Science becomes apparent when we scientifically analyze the fundamental principles and concepts of the Basic Sciences at Atomic, Molecular, Cellular and Organ levels. In Medicine we have fifty plus specialties based upon the structural information at Atomic, Molecular, Cellular and Organ levels. The atoms, molecules, cells and organs with their distinct structures are described in the basic sciences of the Modern Science are less accurate and defective in nature.

The reason for defective nature of modern science can be summarized as follow.

The structural classification or Anatomical Classification is based upon the structural information obtained by the natural senses and extended senses or modern instruments or innovations. Unfortunately, our Natural Senses and Extended Senses or Modern Instruments are defective and they are misguiding all of us about the ultimate purpose of the human body & senses, subtle body or mental apparatus and mental activities. In other words, our Natural Senses and Extended Senses or Modern Instruments have limited capability and they themselves are defective in nature. The modern instruments are not able to reveal the truths about human body, mind and spirit soul.

The primary purpose to mention the above-mentioned deficiencies of the Modern Science including Bio-medical Science is to elaborate that our fundamental principles and concepts of Basic Science are disorganized, semi-scientific and deficient in nature at present moment. In this scenario, it will be very difficult to make any progress to understand the ultimate **structural and functional classification** of the human body, human mind and spiritual nature.

We are very fortunate that the blissful and eternal Vedic Literature in Sanskrit language of India with authoritative English transliteration is available. The Vedic Literature will certainly help to rectify these cardinal deficiencies of the modern science right now. **Together we are stronger, healthy and happy as well peaceful and prosperous.**

The Spiritual Science and Material Science or Modern Science are *complimentary to each other and the integration of Spiritual and Material sciences* is the greatest need at present moment in our educational system in U.S.A, India and all other countries of this small globe.

I am trying my best to share this great body of knowledge with colleagues past twenty five years in U.S.A. and in India as physician, colleague and inquisitive human being in very humble way. I am an ardent reader of the eternal and blissful Vedic Literature in Sanskrit language with authoritative English translation by Vedic Scholars from the Eastern and Western hemispheres past twenty five years. I humbly believe that the blissful and eternal Vedic Literature can and will solve the

3

deficient and disorganized nature of Modern Science including Bio-medical Science right now.

I have experienced many bitter and sweet experiences in trying to share the super-scientific and impeccable concepts of the blissful and eternal Vedic Literature in U.S.A. and in India. I have experienced personal ridicules, apathy and lack of interest by Supervisors, Program Directors and Chairman as Resident Physician in my residency training program, as Physician working with several companies and at CME conferences with colleagues and co-workers in work places. However, most of the colleagues and co-workers are sympathetic and inquisitive to the questions of Spiritual Science. The Spiritual Science definitely able to resolve the queries such as Soul as the original pace maker in heart and body; S.A. Node is the secondary pace maker in heart; transmigration of Soul; description and classification of emotions; description of mental apparatus & mental activities and fundamental principles of cellular metabolism and other interesting but poorly understood topics within the modern science.

I may humbly request to you and our colleagues at AMA to discuss above-mentioned authoritative and super-scientific topics of the Spiritual Science freely in democratic spirit for the improvement of modern science and betterment of the mankind of this small globe.

Dear Dr Davis, I have a spectacular proposal for you, for Dr. Plested William G. III, MD, Immediate Past President and Dr. Nancy Nielsen H., MD President-Elect of AMA and our colleagues as follow:

**1.** Recognition of Spiritual Science as Specialty just like Psychiatry and Psychology specialty including Spiritual Science Residency Training Program.
**2.** Integration of Spiritual Science and Modern Science/Material Science at graduate, post -graduate and PhD levels with educational system.
**3.** Acceptance of defective nature of Modern Science including psychiatry and psychology. Spiritual Science can provide higher dimensions in the Modern Science including psychiatry, psychology, social science and other basic sciences.
**4.** Encouragement and active participation of physicians, scientists and physicists for the understanding of the Spiritual Science at undergraduate, graduate and post-graduate levels in Schools, Universities, Clinics and Hospitals.
**5.** Encouragement to discuss the Spiritual Science with dignity, love and respect by Physicians, Co-religionists and Scientists of the various disciplines and faiths in U.S.A., India and all over the world.
**6.** Formation of the "Spiritual Science Committee" at AMA, National and International levels to implement the integration of Spiritual Science and Modern Science or Material Science. I will be happy to be member with this committee.
**7.** Removal of the artificial separation of the Science and Religion without any political, religious and financial consideration and manipulation. Politicians, Co-religionists and Financial institutes should support "The Synthesis of Science and Religion" honestly and whole-hearted without any reservation and obligation.
**8.** The blissful and eternal Vedic Literature in Sanskrit language is just like an endless and unfathomable ocean. The eternal Vedic Literature is the original

source and the fountain-head of the Spiritual Science and Material Science including Modern Science since the beginning of this planet Earth and Universe.

9. Acknowledgment of the Vedic Literature: the Supreme Science in Sanskrit language with authoritative English transliteration as the World Heritage of the mankind.

10. The eternal and blissful Vedic Literature in Sanskrit language with authoritative English transliteration by the Vedic Scholars from Eastern and Western hemispheres will help to understand the Spiritual Science and Material Science or Modern Science accurately and super-scientifically for the betterment of the mankind at present and in the future.

11. Establishment, endorsement and grant support of the Spiritual Research Institutes to promote, preserve and propagate the spiritual Science and Spiritual topics all over the world.

12. The eternal and blissful Vedic Literature and Modern Science are created by the Almighty One for the entire mankind irrespective of his or her religious, national, cultural, linguistic, racial, caste or creed affiliation in this small globe.

The eternal and blissful Vedic Literature will provide higher dimensions with the Modern Science in the following essential fundamental understandings and topics. These topics are just the glimpses of the impeccable concepts and wisdom of the Vedic Literature in Sanskrit language - the ultimate body of knowledge for the entire mankind.

A. Universal Health Form: Easy Guide for Health Professionals and Workers. We are looking for the 'Universal Health Form' which can be use by Physicians, Nurse Practitioners, Insurance Carriers for easy to understand and easy to communicate the patient information at Clinics, Hospitals and offices.

B. Fundamental Principles of the Spiritual Science and Material Science.

C. Fundamental Principles of Transmigration of Soul or Re-incarnation Concept.

D. Fundamental Principles and Realistic Concept of Mind and Mental Activities.

E. Classification of Emotions, Inter-personal Relationships and Science of Rasa.

F. Super-scientific Description of the Structural and Functional Classification of Human Body and Human Senses.

G. Occupational and Spiritual Division and Classification of the Human Society based upon the Characteristic and Actions of the Individual Person.

H. Super-scientific Definition of Time and Actions of Time Factor.

I. Super-scientific explanation of Creation of the Universe and Universal Management.

Dear Dr. Davis and fellow colleagues at AMA this is very simple and humble proposal for the betterment of the mankind from a simple, ordinary and humble person like me. The ordinary persons performing the extra-ordinary actions are very common in America and in this world. This wonderful phenomenon - "Ordinary persons performing extra-ordinary action" - is well known to the people of America past five centuries.

I greatly admire the American Spirit - the relentless pursuit to realize the truth: the Absolute Truth. I believe that this is the real secret of success for America past five centuries. Let us continue to re-vitalize this Great Spirit for the betterment of the entire mankind now and forever with unity in diversity, with love and respect for every spirit soul. However, the Absolute Truth is not American, Indian, African, Chinese or Japanese.

Birth, Death, Old age and Disease are the four formidable and inevitable events for every Living Entity - Human, Sub-human or Super-human beings in this mortal world. We all at AMA can perform better job by transforming these four formidable and inevitable events of Birth, Death, Old age and Disease processes into pleasurable events in service of the Almighty Creator rather than the source of miseries and sufferings. I am sure we all can do better job together with unity in diversity.

We greatly appreciate your able leadership as President of AMA and Preventive Medicine Specialist helping and taking care of many needy persons in U.S.A. Your genuine relationship with late Dr. Nathan Davis and your fascination with Davis lineage and terminology bring all of us into the amazing arena of Re-incarnation Concept. The eternal and blissful Vedic Literature has complete and super-scientific explanation to unravel this frontier of the Spiritual Science for every one of this small planet. Let us pray that we all take advantage of this foremost and ultimate body of knowledge without any reservation and with open mind and heart.

I hope to hearing from you soon. I may humbly request you to forward this letter to all Board of Trustees at AMA and other research organizations per your discretion. Dr. Joel Bender, PhD, MD, the Corporate Medical Director and my colleagues at General Motors Corporation are very supportive of the Spiritual Science. I am happy to let you know that we are discussing some of the above-mentioned Spiritual topics past few years at personal level at General Motors conferences.

The purpose of this correspondence is very simple: Together we are Stronger.

Sincerely and fraternally yours,


Atul C. Shah, MD
Troy, Michigan, U.S.A.

January 30, 2008

Home Telephone: 248-879-0795
Cell Phone: 248-835-5025

Note: This copy was forwarded to my colleagues at General Motors Incorporation, Metro-Detroit, Michigan for their information. Thanks a lot.   Atul C. Shah, MD

6

# Exhibit J

Dear President Obama and Family:

Namaste

Namaste is a Greeting with folded Hands to the Soul and Super Soul of a person. This is an age-old tradition of India.

Thank you very much for giving me an opportunity to tell my simple story to President of America. I thank the Organizing for Action for this opportunity.

It was a touching story of your wonderful self as <u>Community Organizer</u> during your early years in Chicago. I was residing in Metro-Chicago during 1982 to 1988.

My story is simple and humble. I was born in Gujarat State in India just near the birth-place of Mahatma Gandhi. I was greatly influenced by Mahatma Gandhi since my childhood. Dr. Martin Luther King and President Nelson Mandela were the great followers of Mahatma Gandhi from America, Africa and many from other countries.

I came to USA in 1982 with my wife Yogina and I am practicing Family Practice and Psychiatric Medicine in Metro-Detroit area past <u>25</u> years. I have a married son Rick and a daughter Amy.

Most important story to tell you and other erudite people of this small globe is that I am really interested for the <u>Higher Dimensions with our Modern Educational System per the Vedic Wisdom</u> of India.

I am pursuing a historic and unprecedented Civil Case with the State, Federal and at the Supreme Court of the United States since December 2008 to present as Plaintiff and Pro Se Litigant.

Your wonderful self is Law Practitioner well verse in the Modern Law System past many decades. I am trying my best to present the Vedic Wisdom of India for the betterment of Modern Educational System with help of my historic and unprecedented civil case as Pro Se Litigant.

**<u>This is a simple and honest story about me that I want to share with you.</u>**

I will be happy to see you personally in Whitehouse in Washington DC next month or anytime if I will be invited on my merit rather than through the Lottery System as suggested by OFA.

Again, thank you very much for your invitation. It was my pleasure to vote **<u>twice</u>** for you as the Presidential Candidate. Also, I am happily supporting your constructive agenda for the benefits of the American citizens including my family.

Sincerely,


Atul C. Shah, MD & Family
Troy, Michigan
Cell Phone: 248-835-5025

March 30, 2015