HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: 206-623-7292

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
In re                                                         :    **Chapter 11**
                                                              :
**MOTORS LIQUIDATION COMPANY, et al.,**                       :    **Case No. 09-50026 (REG)**
f/k/a General Motors Corp., et al.                            :
                                                              :
                         Debtors                              :    **(Jointly Administered)**
                                                              :
-------------------------------------------------------------x

## NO STAY PLEADING

On June 1, 2015, this Court issued its Judgment related to the Court's Decision on Motion to Enforce Sale Order entered on April 15, 2015 (the "Judgment"). Doc. # 13177. Paragraph 10(a) of the Judgment states that certain cases listed on Exhibit B of the Judgment are stayed. *Id.* at 4. Included on the list of impacted cases on Exhibit B of the Judgement is the case of *Hailes, et al. v. General Motors LLC, et al.*, No. 15PU-CV00412 filed in Pulaski County, Missouri. Counsel who represented the plaintiffs in *Hailes* have notified Co-Lead Counsel in the MDL that the action was voluntarily dismissed on May 19, 2015, prior to entry of the Judgment. A file stamped copy of the dismissal is attached as Exhibit A. Counsel who filed the *Hailes* matter have contacted counsel for General Motors, who acknowledge the dismissal was filed prior to the Judgment. To avoid confusion, counsel who previously represented the plaintiffs in *Hailes* request that the Judgment be amended to remove reference to the previously dismissed *Hailes* case or that a no stay order be issued regarding the dismissed *Hailes* action.

-1-

Dated: June 24, 2015

Respectfully submitted,

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel.: 206-623-7292
steve@hbsslaw.com

On behalf of:

Don M. Downing, MO Bar #30405
Jason D. Sapp, MO Bar #58511
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
Telephone: (314) 241-5620
Facsimile: (314) 241-4140
ddowning@grgpc.com

*Filing Counsel in Hailes et al. v. General Motors LLC, et al.*, No. 15PU-CV00412 (Pulaksi County, MO)

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 24, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties of record.

Dated: June 24, 2015

> */s/ Steve W. Berman*
> Steve W. Berman (*pro hac vice*)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 1918 Eighth Avenue, Suite 3300
> Seattle, Washington  98101
> Tel.:  206-623-7292
> steve@hbsslaw.com