# Exhibit A

IN THE CIRCUIT COURT OF PULASKI COUNTY
**TWENTY-FIFTH JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

JOHNETTE HAILES and
AILEEN HARRIS

      Plaintiffs,

v.

GENERAL MOTORS LLC and
GENERAL MOTORS COMPANY,

      Defendants.

Civil Case No. 15PU-CV-00412

**FILED**

**MAY 1 9 2015**

RACHELLE BEASLEY
CIRCUIT CLERK & EX. OFFICIO
RECORDER OF DEEDS
PULASKI COUNTY, MO

## DISMISSAL WITHOUT PREJUDICE

      COME NOW Plaintiffs, by and through their undersigned attorneys, and pursuant to Rule 67.02(a) of the Missouri Rules of Civil Procedure, hereby dismiss this action without prejudice.

      Respectfully submitted,

      GRAY, RITTER & GRAHAM, P.C.

By: _____

      Don M. Downing #30405
      Jason D. Sapp #58511
      Attorneys for Plaintiffs
      701 Market Street, Suite 800
      St. Louis, MO 63101
      Phone: (314) 241-5620
      Fax: (314) 241-4140
      ddowning@grgpc.com
      jsapp@grgpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the parties by U.S. mail, first-class, postage prepaid, on this 12th day of May, 2015.

CSC of St. Louis County, Inc.
130 South Bemiston Avenue, Suite 700
Clayton, MO 63105

Don M. Downing