William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Designated Counsel for Ignition Switch*
*Pre-Closing Accident Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., et al.,                  :
                                                             :
                                     Debtors.          :    (Jointly Administered)
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, William P. Weintraub, hereby certify that on **June 24, 2015**, a true and correct copy of the *Joinder of Ignition Switch Pre-Closing Accident Plaintiffs to the Ignition Switch Plaintiffs' and Certain Non-Ignition Switch Plaintiffs' Request for a Stay of Distributions of GUC Trust Assets and Response to Motion of Wilmington Trust Company, as GUC Trust Administrator and Trustee, for an Order Granting Authority (A) to Exercise New GM Warrants and Liquidate New GM Common Stock and (B) to Make Corresponding Amendments to the GUC Trust Agreement and Request for Stay of Distributions of GUC Trust Assets*, filed through the CM/ECF system [Docket No. 13248], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

ACTIVE/82836529.1

Dated: June 24, 2015

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax:  212.355.3333
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

*Designated Counsel for Ignition Switch*
*Pre-Closing Accident Plaintiffs*

2

ACTIVE/82836529.1