William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP,
Thomas J. Henry Injury Attorneys, Girard
Gibbs LLP, and Jordan Hyden, Womble and
Culbreth P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                          :
In re:                                                    :          Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,      :          Case No.: 09-50026 (REG)
            f/k/a General Motors Corp., et al.,    :
                                                          :
                                    Debtors.      :          (Jointly Administered)
------------------------------------------------------------X

**RESERVATION OF RIGHTS OF
CERTAIN NON-ISD PRE-CLOSING ACCIDENT PLAINTIFFS**

 Goodwin Procter, LLP, as counsel to Hilliard Muñoz Gonzales LLP, Thomas J. Henry

Injury Attorneys, Girard Gibbs LLP, and Jordan Hyden, Womble and Culbreth P.C., which firms

in turn represent the Non-Ignition Switch Pre-Closing Accident Plaintiffs[1] identified on Exhibit

A hereto (the "Non-ISD Pre-Closing Accident Plaintiffs"), files this reservation of rights with

respect to the Non-ISD Pre-Closing Accident Plaintiffs' ability to seek to file late proofs of claim

at a future date and seek recovery on such claims from the assets of the GUC Trust.  In its

Decision on Motion to Enforce Sale Order the Court explained that it has deferred consideration

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Judgment entered
in the above-captioned chapter 11 case on June 1, 2015 [ECF No. 13177] (the "Judgment").

of issues relating to Non-Ignition Switch Plaintiffs.  *In re Motors Liquidation Co.*, 529 B.R. 510;

522 (Bankr. S.D.N.Y. 2015).  Accordingly, the Non-ISD Pre-Closing Accident Plaintiffs hereby

reserve the right to, at a future date, file and seek allowance of late claims, seek a recovery on

such claims from the assets of the GUC Trust, and litigate issues (i) through (iii) identified in

paragraph 13(a) of the Judgment.

 Dated: June 24, 2015                              Respectfully submitted,

                                                   /s/ *William P. Weintraub*
                                                   William P. Weintraub
                                                   Gregory W. Fox
                                                   GOODWIN PROCTER LLP
                                                   The New York Times Building
                                                   620 Eighth Avenue
                                                   New York, NY 10018
                                                   Tel.: 212.813.8800
                                                   Fax:  212.355.3333
                                                   wweintraub@goodwinprocter.com
                                                   gfox@goodwinprocter.com

                                                   *Counsel for Hilliard Muñoz Gonzales LLP,*
                                                   *Thomas J. Henry Injury Attorneys,*
                                                   *Girard Gibbs LLP, and Jordan Hyden,*
                                                   *Womble and Culbreth P.C.*