## **EXHIBIT A**

Non-ISD Pre-Closing Accident Plaintiffs

| | |
|---|---|
| 1. | Adams, Ernest IARE Elizabeth Williams |
| 2. | Akin, Allen |
| 3. | Amsdill, Scott |
| 4. | Ankerich, Niki |
| 5. | Ashford, Gracie |
| 6. | Ayers, Derick IARE Reid Ayers |
| 7. | Bageon, Sheila |
| 8. | Baker, Walter |
| 9. | Bannarn, Dennis |
| 10. | Barkwell, Linda IARE Randall Forrester |
| 11. | Barner, Jasmine |
| 12. | Barrett, Lowary |
| 13. | Beachler, Ryan J. |
| 14. | Beaulieu, Keri |
| 15. | Becker, Patricia |
| 16. | Bendermon, Athena |
| 17. | Bendermon, Athena IARE Tony Bendermon |
| 18. | Bennett, Virginia |
| 19. | Blanchard, Geneva IARE James McAlister |
| 20. | Blanton, Melinda |
| 21. | Bonney, Mary |
| 22. | Borer, Gerald R. |
| 23. | Bowers, Johnnie |
| 24. | Boyd, David |
| 25. | Breuer, Patricia |
| 26. | Brisky, Clinton |
| 27. | Brooks, Michael |
| 28. | Broom, Carrenyta |
| 29. | Brown, Barbara |
| 30. | Brown, Melinda iare Brenda Inman |
| 31. | Brown, Woodrow |
| 32. | Buhl, Kimberly |
| 33. | Buie, Darell |
| 34. | Burton, Shari |
| 35. | Butler, Jeffrey |
| 36. | Callahan, Gerald |
| 37. | Callahan, Herbert |
| 38. | Carney, Maurice |
| 39. | Carolyn Polk IARE Polk, Terrance |
| 40. | Carpenter, Charles iare Brenda Inman |
| 41. | Casey, Isaac |
| 42. | Cason, Kiara |
| 43. | Cason, Lavecia |
| 44. | Cavins, Jane |
| 45. | Cazes, Keagan |
| 46. | Cazes, Kristi |
| 47. | Chapman, Edgar |
| 48. | Charlot, Alison iare Alonzo Charlot |
| 49. | Chevalier, Justin |

| | |
|---|---|
| 50. | Clanton, Joseph |
| 51. | Clark, Leo |
| 52. | Coleman, Rhonda S. IARE Jeffrey Coleman |
| 53. | Connelly, Thomas |
| 54. | Contreras, Darius |
| 55. | Contreras, Gabriel |
| 56. | Contreras, Melissa |
| 57. | Craft, Billie |
| 58. | Craft, Gary |
| 59. | Creech, Kerry |
| 60. | Crew, Richard |
| 61. | Cunningham, Eric |
| 62. | Curry, Annie |
| 63. | Curry, Jacqueline |
| 64. | Damouth, Robin |
| 65. | Davis, Donna iare Kendra Davis |
| 66. | Davis, Saint |
| 67. | Delk, Brittany |
| 68. | Delk, Sherille IANF Timothy Delk |
| 69. | Delk, Valeria |
| 70. | Demps, Jr., Willie Gene |
| 71. | Demps, Virginia |
| 72. | Dockett, Curlee |
| 73. | Donnell, Ieisha |
| 74. | Donnell, Lisa |
| 75. | Donnell, Michelle R. |
| 76. | Douglas, Thomas |
| 77. | Drake, Stephen |
| 78. | Dunbar, Alternetta |
| 79. | Duncan, Lynda |
| 80. | Dunson, Jamie |
| 81. | Edwards, Cedric |
| 82. | Edwards, Kahlil |
| 83. | Edwards, Shan |
| 84. | Everwein, Stacie |
| 85. | Faulk, Sarah |
| 86. | Faulkner, Bennie POA Elsia Faulkner |
| 87. | Floyd, Delores |
| 88. | Fowler, Joseph |
| 89. | Freeman, Gertrude |
| 90. | Fugate, Wanda |
| 91. | Fusilier, Raymond |
| 92. | Gaston Jr, Darryl R |
| 93. | Gautreau, Keith |
| 94. | Ghesquiere, Dan |
| 95. | Goad, Lisa iare Justin Wayne Goad |
| 96. | Gonser, LuAnn |
| 97. | Gonzales, Simon |
| 98. | Gonzalez, Deborah iare Roberto D. Gonzalez |
| 99. | Gracia, Christopher |
| 100. | Green, Dorothy |
| 101. | Gregory, Brenda |
| 102. | Grigorenko, Stephanie IARE Stephen Grigorenko |

| | | |
|---|---|---|
| 103. | Grooms, Terry G. | |
| 104. | Harmenyer, Linda | |
| 105. | Harmeyer, Linda | |
| 106. | Hastings, Lucretia | |
| 107. | Hawkins, Carolyn iare Tamia Williams | |
| 108. | Haynes, Hazel IARE Jennifer Whitehorn | |
| 109. | Henley, Robert | |
| 110. | Hernandez, Jennifer | |
| 111. | Hernandez, Salvador IARE Amber Hernandez | |
| 112. | Hicks, Jennie iare Alphonso Hicks | |
| 113. | Higginbotham, Connie | |
| 114. | Higginbotham, David | |
| 115. | Hill, Raymond | |
| 116. | Hillman, Diana | |
| 117. | Howard, Tanya | |
| 118. | Howard, Tom | |
| 119. | Hudson Fugate, Nancy | |
| 120. | Hugs, Sherri | |
| 121. | Ivy, Melton | |
| 122. | Jackson, Mary | |
| 123. | Jaure, Nicole | |
| 124. | Johannessen, Roy | |
| 125. | Johnson, Margaret IANF Bryan Johnson IARE Robert Brian Johnson | |
| 126. | Johnson-Brooks, Alberta | |
| 127. | Kavanaugh, Michael IARE Norman Kavanaugh | |
| 128. | Kennedy, Naomi | |
| 129. | Kersey, Patricia IARE Carl Beale | |
| 130. | Korona, Richard | |
| 131. | Kunc, Linda | |
| 132. | Lamoreaux, Leonard | |
| 133. | Lapio, Ralph | |
| 134. | Laskey, Greg | |
| 135. | Leatherwood, Brenda | |
| 136. | Lee, Wanda | |
| 137. | Lesesne, Cheryl | |
| 138. | Lett, Tony Sr. IARE Tony Lett, Jr. | |
| 139. | Lynn, Kenneth A. | |
| 140. | Machado, Austin IARE Marie Machado | |
| 141. | Machado, Charlotte IARE Marie Machado | |
| 142. | Machado, Socrates IARE Marie Machado | |
| 143. | Maloney, Margaret | |
| 144. | Mann, Shanna | |
| 145. | Mansouri, Rchid IARE Juanita Mansouri | |
| 146. | Manuel, Timothy IARE Jessie Washington | |
| 147. | Marshall, Tammie | |
| 148. | May, Allen | |
| 149. | McCarroll, Robert | |
| 150. | McClain, Mitchell | |
| 151. | McDole, Willie | |
| 152. | McDonnell, Ron IARE Phyllis McDonnell | |
| 153. | Mecum, Jr., Franklin | |
| 154. | Meyers, Gail | |
| 155. | Montgomery, Julie | |

| 156. | Montz, Jessica |
|---|---|
| 157. | Montz, Joseph |
| 158. | Moore, Kortney |
| 159. | Morris, Clarence |
| 160. | Myles, Yvette |
| 161. | Nelson, Shemeka |
| 162. | Nichols, Christeen |
| 163. | Nichols, Richard |
| 164. | Norton, Sonja |
| 165. | O'Hare, John |
| 166. | Ortega, Santana |
| 167. | O'Shields, Mary iare Brenda Inman |
| 168. | Outland, Christy |
| 169. | Owens, Janice |
| 170. | Paine, Joshua |
| 171. | Pantiledes, Steven |
| 172. | Parker, Ryan |
| 173. | Parker, Sonja |
| 174. | Pearson, Denise IARE John Pearson |
| 175. | Peete, Getta |
| 176. | Pennell, Janet |
| 177. | Peoples, Lisa IANF Outland, Wesleigh |
| 178. | Perrin, Dennis |
| 179. | Perry, Cordelia |
| 180. | Peters, Joe |
| 181. | Pisano, Rose |
| 182. | Plante, Travis |
| 183. | Postley, Kyomi |
| 184. | Postley, Kyomi Ianf Tiffany Postley |
| 185. | Powell, Martinique |
| 186. | Powell, Ryan |
| 187. | Prewet, Pamela |
| 188. | Prewitt, Vernice |
| 189. | Purdy, Anna |
| 190. | Quinn, Ben |
| 191. | Ragsdale, Vonda iare Dorothy Davis |
| 192. | Ramadi, Muntaha |
| 193. | Ramsey, Joyce |
| 194. | Ringer, Michelle IANF Esperanza Reyna iare Mariano Reyna |
| 195. | Ringer, Michelle IANF Mariano Reyna, Jr. iare Mariano Reyna |
| 196. | Ringer, Michelle iare Mariano Reyna |
| 197. | Robin, Amanda |
| 198. | Robinette, Larry |
| 199. | Robinson, Mario |
| 200. | Robinson, Monica ianf Ty' Shunn Robinson |
| 201. | Robinson, Shamoya |
| 202. | Rodemann, Crystal |
| 203. | Rodemann, Gilbert |
| 204. | Rodemann, Jason |
| 205. | Rodemann, Rose |
| 206. | Rodgers, Dennis IARE Sarah Rogers |
| 207. | Rogers, Timothy |

| 208. | Ronald Thomas |
| --- | --- |
| 209. | ROYALSTON, CHELSEA T. IARE Royalston, Damonti |
| 210. | Ruiz, Rachel |
| 211. | Russell, Chikoa |
| 212. | Sandel, Kelly |
| 213. | Schwamberger, Linda |
| 214. | Scott, Randy |
| 215. | Scott-Sherman, Raychell |
| 216. | Scrutchens, Garrett |
| 217. | Secord, Marilyn |
| 218. | Sesson, Latasha |
| 219. | Shipman, Sheila |
| 220. | Short-Coleman, Yolanda |
| 221. | Simmons, Tina IARE Kardarius Collins |
| 222. | Sims, Derrius |
| 223. | Sink, Holly |
| 224. | Slucher, Larry |
| 225. | Slucher, Larry IARE Angela Slucher |
| 226. | Small, Kenneth |
| 227. | Solomon, Jerald |
| 228. | Sosa, Mike |
| 229. | Sowers, Adam |
| 230. | Suarez, Raymond |
| 231. | Taylor, Virginia A. |
| 232. | Thomas, Frank |
| 233. | Thomas, Milton |
| 234. | Townsend, Jennifer |
| 235. | Tracy, Teresa |
| 236. | Tracy, Teresa IARE Zachary Tracy |
| 237. | Tyler, Jacqueline iare Altonio Tyler |
| 238. | Upton, Debria IARE Timothy Upton |
| 239. | Vail, Rodney |
| 240. | Vaught, John |
| 241. | Vogt, Valerie iare William Vogt |
| 242. | Ward, Kenneth IARE Marie Machado |
| 243. | Washington, Ricky |
| 244. | Weatherford, Jody |
| 245. | Wellington, James |
| 246. | Westbrook, Sallie iare Samuel Westbrook |
| 247. | Wilkinson, Jimmy |
| 248. | Williams, Claudia |
| 249. | Williams, Nylondra |
| 250. | Williams, Nywondra IANF Myles, Lamarquis |
| 251. | Wilson, Alexis |
| 252. | Wilson, Fred iare Diane Grace Wilson |
| 253. | Woods, Yvonne |
| 254. | Wright, John and Octavia IARE Undrail Wright |
| 255. | Young, Sylvia |
| 256. | Zachow, Dustin |
| 257. | Zander, Rebecca |