William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP,*
*Thomas J. Henry Injury Attorneys, Girard Gibbs LLP,*
*and Jordan Hyden, Womble and Culbreth P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
In re:                                                       :      Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :      Case No.: 09-50026 (REG)
     f/k/a General Motors Corp., et al.,                     :
                                                             :
                                        Debtors.             :      (Jointly Administered)
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **June 24, 2015**, a true and correct copy of the *Reservation of Rights of Certain Non-ISD Pre-Closing Accident Plaintiffs*, filed through the CM/ECF system [Docket No. 13252], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 24, 2015                          Respectfully submitted,

                                              /s/ *William P. Weintraub*
                                              William P. Weintraub
                                              Gregory W. Fox
                                              GOODWIN PROCTER LLP
                                              The New York Times Building
                                              620 Eighth Avenue
                                              New York, NY 10018
                                              Tel.: 212.813.8800
                                              Fax:  212.355.3333
                                              wweintraub@goodwinprocter.com
                                              gfox@goodwinprocter.com

                                              *Counsel for Hilliard Muñoz Gonzales LLP, Thomas*
                                              *J. Henry Injury Attorneys, Girard Gibbs LLP, and*
                                              *Jordan Hyden, Womble and Culbreth P.C.*

ACTIVE/82836727.1