William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP,
Thomas J. Henry Injury Attorneys, Girard
Gibbs LLP, and Jordan Hyden, Womble and
Culbreth P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
In re:                                                       :      Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :      Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., et al.,                   :
                                                             :
                                           Debtors.          :      (Jointly Administered)
-------------------------------------------------------------X

## AMENDED RESERVATION OF RIGHTS OF
## CERTAIN NON-ISD PRE-CLOSING ACCIDENT PLAINTIFFS

Goodwin Procter, LLP, as counsel to Hilliard Muñoz Gonzales LLP, Thomas J. Henry

Injury Attorneys, Girard Gibbs LLP, and Jordan Hyden, Womble and Culbreth P.C., which firms

in turn represent the Non-Ignition Switch Pre-Closing Accident Plaintiffs[1] identified on Exhibit

A hereto (the "Non-ISD Pre-Closing Accident Plaintiffs"), files this amended reservation of

rights with respect to the Non-ISD Pre-Closing Accident Plaintiffs' ability to seek to file late

proofs of claim at a future date and seek recovery on such claims from the assets of the GUC

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Judgment entered
in the above-captioned chapter 11 case on June 1, 2015 [ECF No. 13177] (the "Judgment").

Trust.[2]  In its Decision on Motion to Enforce Sale Order the Court explained that it has deferred consideration of issues relating to Non-Ignition Switch Plaintiffs.  *In re Motors Liquidation Co.*, 529 B.R. 510; 522 (Bankr. S.D.N.Y. 2015).  Accordingly, the Non-ISD Pre-Closing Accident Plaintiffs hereby reserve the right to, at a future date, file and seek allowance of late claims, seek a recovery on such claims from the assets of the GUC Trust, and litigate issues (i) through (iii) identified in paragraph 13(a) of the Judgment.

 Dated: June 24, 2015

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax:  212.355.3333
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP, Thomas J. Henry Injury Attorneys, Girard Gibbs LLP, and Jordan Hyden, Womble and Culbreth P.C.*

---

[2] Designated Counsel files this Amended Reservation of Rights to add five Non-ISD Pre-Closing Accident Plaintiffs who were inadvertently omitted from the initial filing [ECF No. 13252], which plaintiffs are separately listed on Exhibit A hereto.