William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP,*
*Thomas J. Henry Injury Attorneys, Girard Gibbs LLP,*
*and Jordan Hyden, Womble and Culbreth P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                            :
In re:                                      :           Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,         :           Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., et al.,  :
                                            :
                             Debtors.       :           (Jointly Administered)
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Gregory W. Fox, hereby certify that on **June 24, 2015**, a true and correct copy of the *AMENDED Reservation of Rights of Certain Non-ISD Pre-Closing Accident Plaintiffs*, filed through the CM/ECF system [Docket No. 13254], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 24, 2015                                Respectfully submitted,

                                                    /s/ *Gregory W. Fox*
                                                    William P. Weintraub
                                                    Gregory W. Fox
                                                    GOODWIN PROCTER LLP
                                                    The New York Times Building
                                                    620 Eighth Avenue
                                                    New York, NY 10018
                                                    Tel.: 212.813.8800
                                                    Fax:  212.355.3333
                                                    wweintraub@goodwinprocter.com
                                                    gfox@goodwinprocter.com

                                                    *Counsel for Hilliard Muñoz Gonzales LLP, Thomas*
                                                    *J. Henry Injury Attorneys, Girard Gibbs LLP, and*
                                                    *Jordan Hyden, Womble and Culbreth P.C.*

ACTIVE/82841173.1