**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| **Debtors.** | (Jointly Administered) |

## ORDER ON MOTION FOR 60(B) RELIEF (DORIS PHILLIPS)

For the reasons stated in this Court's June 8, 2015 *Decision on Motion for 60(B) Relief (Doris Phillips)* (ECF No. 13190) (the "**Decision**"), it is hereby:

**ORDERED** that *Phillips's First Amended Rule 60(b)(6) Motion for Relief from August 9, 2010 Stipulation and Settlement Resolving Claim No. 44614, or Alternatively, Rule 60(d) Motion to Set Aside* (ECF No. 13090) is denied; and it is further

**ORDERED** that the Court shall retain exclusive jurisdiction to interpret and enforce this Order and the Decision.

Dated: New York, New York
       June 29, 2015

                                                  *s/ Robert E. Gerber*
                                                  Honorable Robert E. Gerber
                                                  United States Bankruptcy Judge