# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                                                    :    Chapter 11
                                                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.***,**    :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*               :
                                                                              :
                            **Debtors.**    :    (Jointly Administered)
-----------------------------------------------------------------x

**ORDER GRANTING MOTION BY GENERAL MOTORS LLC,
PURSUANT TO RULE 8009(e)(1) OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE, TO STRIKE CERTAIN
DOCUMENTS CONTAINED IN APPELLANTS' DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

      Upon the Motion, dated June 29, 2015 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] pursuant to Rule 8009(e)(1) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), to strike certain documents contained in the *Appellants' Statement Of Issues On Appeal And Designation Of Items To Be Included In The Record On Appeal*, filed by Designated Counsel for Ignition Switch Plaintiffs ("**Designated Counsel**") on June 16, 2015 [Dkt. No. 13219] ("**Statement**"); and due and proper notice of the Motion having been provided to Designated Counsel and the other parties involved in the appeal of the Court's Judgment, dated June 1, 2015, and it appearing that no other or further notice need be given; and a hearing ("**Hearing**") having been held with respect to the Motion on July 16, 2015; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

      ORDERED that the Motion is GRANTED as set forth herein; and it is further

---

[1]  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that Documents 201 through 204, 206 through 210, 212 through 219, 221 through 223, and 225 (collectively, the "**Additional Documents**") set forth in the *Appellants' Statement Of Issues On Appeal And Designation Of Items To Be Included In The Record On Appeal*, filed by Designated Counsel for Ignition Switch Plaintiffs on June 16, 2015 [Dkt. No. 13219] ("**Statement**") are to be stricken from the Statement; and it is further

ORDERED that Designated Counsel shall file, within three (3) business days of the entry of this Order an amended Statement that does not contain a reference to the Additional Documents; and it is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce this Order.

Dated: July__, 2015
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE