KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *June 29, 2015*, I caused to be served a true and correct copy of the (i) *General Motors LLC's Statement of Issues To Be Presented on Appeal and Designation of Additional Items To Be Included in the Record on Appeal* [ECF No. 13261] and (ii) *Notice of Motion by General Motors LLC, Pursuant to Rule 8009(e)(1) of the Federal Rules of Bankruptcy Procedure, To Strike Certain Documents Contained in Appellants' Designation of Items To Be*

*Included in the Record on Appeal* (With Exhibits) [ECF No. 13263] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: July 1, 2015
      New York, New York

                                   KING & SPALDING LLP

                                   By: /s/   Scott I. Davidson___
                                   Arthur J. Steinberg
                                   Scott Davidson
                                   King & Spalding LLP
                                   1185 Avenue of the Americas
                                   New York, NY 10036
                                   Telephone: (212) 556-2100
                                   Facsimile: (212) 556-2222

                                   *Attorneys for General Motors LLC*

**Service List For June 29, 2015:**

**Documents Served *via* Email:**

1 - General Motors LLC's Statement Of Issues To Be Presented On Appeal And Designation Of Additional Items To Be Included In The Record On Appeal [ECF No. 13261], and

2 - Notice Of Motion By General Motors LLC, Pursuant To Rule 8009(E)(1) Of The Federal Rules Of Bankruptcy Procedure, To Strike Certain Documents Contained In Appellants' Designation Of Items To Be Included In The Record On Appeal (With Exhibits) [ECF No. 13263].

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
peller@law.georgetown.edu

## Service List For June 29, 2015:

**Documents Served *via* Overnight Mail:**

1 - General Motors LLC's Statement Of Issues To Be Presented On Appeal And Designation Of Additional Items To Be Included In The Record On Appeal [ECF No. 13261], and

2 - Notice Of Motion By General Motors LLC, Pursuant To Rule 8009(E)(1) Of The Federal Rules Of Bankruptcy Procedure, To Strike Certain Documents Contained In Appellants' Designation Of Items To Be Included In The Record On Appeal (With Exhibits) [ECF No. 13263].

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |