Dear Judge Gerber

My name is Wesley Hubbard and I am a casualty of the General Motors Ignition switch debockle. My accident happened in Nov 17, 2004 in a SATURN ION that I purchased new from the saturn dealership. attachments Is a police report showing my car involved in a accident with another car and Continued out of control striking a street sign resting on a curb. I was Rejected by MR Feinberg group stating that there was not enough information? Contrary to the statements he made the internet (still on the internet) "it's been ten years and if someone doesn't have photo's or a data recorder that is okay, your still going to get compensated "

   Sir even if I don't qualify there is no over sight, to check up on the Fairness.

IF YOU HAVE 107 DEATH HOW MANY PEOPLE GOT INJURIED THAT WERE COMPENSATED, A LOW ESTIMATED NUMBER 3 TO 5 INJURIES PER DEATH! SIR I AM PLEADING FOR SOMEONE TO LOOK OUT FOR THE LITTLE PEOPLE.

THANK YOU SIR FOR ANY CONCIDERATION IN THIS MATTER

WESLEY HUBBARD JUNE 10 2015

Endorsed Order:
Denied without prejudice. Mr. Hubbard must file a motion, stating what he wants and the basis for any such relief.

/s/ Robert E. Gerber



USBJ
7/6/2015

# Wesley Hubbard

[Street Address]• [City], [State] [Postal Code]• Phone: [Your Phone] • Fax: [Your Fax]
E-Mail: [Your E-Mail] Web: [Web Address]

Date: mar 3 , 2015

Mary Barra
C E O   (general motors )

Dear ;Mrs , Mary Barra

  My name is Wesley Hubbard I was one of the unlucky people involved in a accident with a General Motors car , all though my accident weren't as great as some that have died or disfigured ! I was hurt greater than some but not the worse . I was driving my car south on Cleveland Ave. when my car was struck in the front fender on the drivers side by a van crossing on E. Lake view St. / that caused my car to loose all mechanically control and my car continued motion carried it thru Lake view Ave beyond my ability to stop it until it rested on a three inch thick metal street sign pole . As you are aware of ; these cars have a long history of problems admitted by General Motors top management and exposed by our law makers on CONGRESS in our Government . Some might argue that my injuries aren't as bad as someone that died , but I argue that I'm one of the lucky ones that survived !!! and General Motors should be just as liable as if I was one of The people that wasn't fortunate . The car was suppose to operate as guaranteed as a new automobile is Promised .

Sincerely,


[WESLEY HUBBARD]
[unlucky consumer]

To Mr. Kenneth Feinberg

    My name is Wesley Hubbard Sr., I was involved in a car accident on November 17th 2004 ( 2003 Saturn Ion ). I am married, a father of one child. My wife & I own a small home in Columbus Ohio that we are very proud of. Like most hard working people, we put a lot hard work Into our home; repairs // I replaced the shingles on my entire roof; updates; kitchen, bathroom and added a full bathroom in my basement ! To make our home nice for my family and myself and now I am unable to do these things around the house. Including working as a State of Ohio Corrections Officer,

And now I have been seeing a pain management doctor since late 2005. Sir before GENERAL MOTORS put out a recall on my saturn ion I was seeing the pain management doctor a full nine years before and I will continue seeing the pain management doctor for the rest of my life. I was classified by your office as a category 2 and not a category 1 and I personally find that to be dehumanizing as a person. None of you can understand how my life has changed on a daily basis. Everyday is a struggle and having to see a doctor monthly and every three to four months hoping the insurance company approves me for pain relieving shots!

  Sir, I do believe that I am a exception to your model.

                                                          Thank you for reading my letter
                                                                        Wesley Hubbard Sr
                                                                        Oct 30th 2014

# Wesley Hubbard

[Street Address]● [City], [State] [Postal Code]● Phone: [Your Phone] ● Fax: [Your Fax]
E-Mail: [Your E-Mail] Web: [Web Address]

[Date: feb 17,,2015

Mr Fred Upton
congressman
[Company]
[Address 1]
[Address 2]
[Address 3]

Dear sir:

On Nov 17 2004 I was involved in a car accident that ended my career as a State of Ohio corrections officier , To be brief my new Saturn ion was struck on the front driver side quarter panel and lost all power to stop or Guide my car safely . I am mailing you a copy of my police report so hopefully you can make general motors Answer for the promises they made to the public , my accident happened so long ago that all I have is a police Report a statement from my insurance company on my coverage's . I was struck in the side and it jarred my ignition Switch and lost ALL mechanical control of my car and continued travelling and crashed into a street sign Mounted on iron pole . I WENT THRU GM's ( MR FEINBERG ) AND I WAS DECLINED .

Attachment ,

There saying " Failure to show that the Ignition Switch defect was the Proximate cause of death or injury ."
Prof is in the Police Report as I stated ,, the police report is a LEGAL DOCUMENT ..
Also Mr Feinburg stated that some cases were years ago and if the air bag didn't deploy that was a indication Of defect ! again in the police report .. for the past seven years I have been seeing a pain specialist ..
Sincerely,

[WESLEY HUBBARD]

Mr Bharara

Dear Sir ; My name is Wesley Hubbard and I have written several politicians, including the head of general motors : concerning my accident in a brand new Saturn Ion . My car was struck on the drivers side front wheel well , by another vehicle and continued rolling into a street sign ! LOSS ALL POWER & CONTROLL As seen in police report . I took general motors on there word and believed that They would honor the word by there C E O MARY BARRA " we would do what's right ! Sir at this point , all they have shown is slight of hand (trickery). 1 kennith feignberg , works for them and doesn't have to show how many people were injured / basically no over sight . just his word . 2 They tricked all of us ! when they filled for bankruptcy the china branch was excluded and after was refolded back with the company . FRAUD deception 3 OLD GM is currently selling of assets and profits should be frozen .

Sir at this point GM is only looking at the high profile cases .

Sincerely yours WESLEY HUBBARD
JUNE 9,2015

# OPERS    Ohio Public Employees Retirement System

277 East Town Street   Columbus, Ohio 43215-4642   1-800-222-PERS (7377)   www.opers.org

November 21, 2005

BD 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

WESLEY LAMONT HUBBARD
1791 FERRIS RD
COLUMBUS OH 43224

Dear Mr. Hubbard:

If the OPERS Retirement Board approves your disability retirement, you will be entitled to health care coverage through OPERS. Coverage will be effective the month following the Board's approval of your disability retirement, or your benefit effective date, whichever is later. Maintain your present health care coverage until you are notified of the Board's action.

We realize that you may have completed the health care section on the disability application (DR-1). However, we are requesting that you complete the new Health Care Coverage Application (HC-1), which will enable you to apply for the optional vision and dental plan. Please be sure to carefully review the enclosed Health Care Coverage Booklet before you complete this form. **Also, be sure to provide copies of birth certificates for each eligible dependent that you will be enrolling as well as a copy of your marriage certificate if you are enrolling your spouse.**

Please complete and return the Health Care Coverage Application immediately and if you have any questions, please contact our Customer Service Department at 1-800-222-7377.

Ohio Public Employees Retirement System

19/hb

Dear SIR

This is my police report attached, it shows my car after being struck by car 2 In the report continued out of control and struck a street sign. All that I am Asking is for someone to look at the report with a fair view point.

MR FEIGNBERG STATED THAT IF A PERSON DID NOT HAVE ANY PHOTO'S OR DATA RECORDER THAT YOU WOULD STILL BE QUALIFIED ! obviously not so.

SINCE THE DAY OF THE ACCIDENT I HAVE NOT BEEN BACK TO WORK AS A STATE OF OHIO PRISION GUARD NOVEMBER 17, 2004 TO FEB 2014 THE ANOUNCEMENT FROM GENERAL MOTORS INCULDING THE PRESENT.

This was the second brand new car purchased from this company at that time and Currently I've purchased a third.

I SEE A PAIN MANAGEMENT DOCTOR MONTHLY TO HELP WITH MY PAIN BEFORE THE ACCIDENT I HAD AMASSED 250 PLUS OF SICK, PERSONAL AND VACATION TIME.


THANK YOU FOR LISTENING
WESLEY HUBBARD JUNE 10, 2015

# TRAFFIC CRASH REPORT

OH-1 (Rev. 10/99)

**OHIO PUBLIC SAFETY** — EDUCATION · SERVICE · PROTECTION

31356

| | | |
|---|---|---|
| CRASH SEVERITY: 3 (1 Fatal, 2 Injury, 3 PDO, 4 Unknown) | PRIVATE PROPERTY | HIT/SKIP: 1 (1 Not Hit/Skip, 2 Solved, 3 Unsolved) |

PHOTOS TAKEN: OH-2 / OH-3 / OH-1P / OTHER

SA — C.O.P.O.O — REPORTING AGENCY *: COLUMBUS P.D. — 02 02 — 11/17/2004

98 = Animal / 99 = Unknown

1722    DAY OF WEEK: WED  X   NAME (OF CITY, VILLAGE OR TOWNSHIP) *: COLUMBUS    25

LATITUDE / LONGITUDE

LOCAL INFORMATION: 24

**CRASH OCCURRED ON**
PREFIX | CRASH LOCATION: CLEVELAND AVE.
TYPE LOC: 1
TYPE LOCATION POINT USED: 1 Named Street, 2 Numbered Street, 3 Numbered Route

**AT / REFERENCE**
DIST REFERENCE | DR | PREFIX | REFERENCE: E LAKEVIEW AVE.
REF POINT: 02
REFERENCE POINT USED: 01 State Line, 02 Intersection 2 Streets, 03 County Line, 04 House Number, 05 Township Boundary, 06 Mile Post, 07 Corporation Limit, 08 Place Name W/O Reference, 09 Driveway, 10 Street Or Route W/O Reference

## Motorist / Non-Motorist

**01 01** NAME (LAST, FIRST, MIDDLE): HUBBARD, WESLEY, L.
ADDRESS: 1791 FERRIS RD. COLS., OH 43229
DOB: 03 03 1964    AGE: 40    SEX: M
INJURED: 1 (1 None, 2 EMS, 3 Police, 4 Other, 5 Unknown)
TAKEN BY / TRANSPORTED BY / INJURED TAKEN TO
HOME PHONE #: (614) 268-6544    WORK PHONE #: (740) 852-2454
DL STATE: OH    DL#: RN427866
LP STATE: OH    LP#: AZM1747
OWNER NAME: SAME
YEAR: 2003    MAKE: SATURN    MODEL: ION    COLOR: SILVER    INSURANCE COMPANY: PROGRESSIVE    TOWING SERVICE: EASTLAND    OWNER PHONE #:
OFFENSE CHARGED:         OFFENSE DESCRIPTION:

**02 01** NAME (LAST, FIRST, MIDDLE): DECENZO, SUSANNE, Y.
ADDRESS: 3079 OAKLAWN ST COLS., OH 43224
DOB: 05 30 1950    AGE: 54    SEX: F
INJURED: 1
HOME PHONE #: (614) 267-8066    WORK PHONE #:
DL STATE: OH    DL#: RK109802
LP STATE: OH    LP#: DEE4546
OWNER NAME: DECENZO, CHRISTOPHER, A    ADDRESS: SAME
YEAR: 1989    MAKE: FORD    MODEL: ECONOLINE    COLOR: WHITE    INSURANCE COMPANY: SAFECO    TOWING SERVICE: AAA
OFFENSE CHARGED: 2131.18(A) C.C.C.    OFFENSE DESCRIPTION: FTY FROM STOP SIGN    738 066    X

## Occupant

NAME (LAST, FIRST, MIDDLE):
ADDRESS:
HOME PHONE #:
INJURED TAKEN BY (1 None, 2 EMS, 3 Police, 4 Other, 5 Unknown) / TRANSPORTED BY / INJURED TAKEN TO

NAME (LAST, FIRST, MIDDLE):
ADDRESS:
HOME PHONE #:
INJURED TAKEN BY / TRANSPORTED BY / INJURED TAKEN TO

---

| SEATING POSITION | SAFETY EQUIPMENT MOTORIST | AIR BAG | AIR BAG SWITCH | EJECTION | TRAPPED | INJURIES |
|---|---|---|---|---|---|---|
| 01 Front – Left (MC Driver) | 01 None Used | 1 Not-Deployed | 1 Not Present | 1 Not Ejected | 1 Not Trapped | 1 No Injury |
| 02 Front – Middle | 02 Shoulder Belt Only | 2 Deployed-Front | 2 In On Position | 2 Totally Ejected | 2 Extricated By Mechanical Means | 2 Possible |
| 03 Front – Right | 03 Lap Belt Only | 3 Deployed-Side | 3 In Off Position | 3 Partially Ejected | 3 Freed By Non-Mechanical Means | 3 Non-Incapacitating |
| 04 Second – Left (MC Pass) | 04 Shoulder/Lap Belt | 4 Deployed Both Front/Side | 4 Unknown | 4 Not Applicable | 4 Unknown | 4 Incapacitating |
| 05 Second – Middle | 05 Child Safety Seat | 5 Not Applicable | | 5 Unknown | | 5 Fatal Injury |
| 06 Second – Right | 06 MC Helmet Used | 6 Unknown | | | | 6 Unknown |
| 07 Third – Left (MC Passenger/Side Car) | 07 Use Unknown | | | | | |
| 08 Third – Middle | NON-MOTORIST | | | | | |
| 09 Third – Right | 08 None Used | | | | | |
| 10 Sleeper Section Of Cab | 09 Helmet Used | | | | | |
| 11 Enclosed Cargo Area | 10 Protective Pads | | | | | |
| 12 Unenclosed Cargo Area | 11 Reflective Clothing | | | | | |
| 13 Trailing Unit | 12 Lighting | | | | | |
| 14 Exterior | 13 Other | | | | | |
| 15 Other | 14 Unknown | | | | | |
| 16 Non-Motorist | | | | | | |

BLANK FOR WITNESS

Entries:
01 / 04 / 1 / 1 / 1 / 1 / 1
01 / 04 / 5 / 1 / 1 / 1 / 1

# Crash Report Form

| Field | Unit 1 | Unit 2 |
|---|---|---|
| Unit Numbers | 01 | 02 |
| Pre-Crash Actions | 01 | 01 |
| Sequence of Events | 20, 39, 08, 37 | 20 |
| Posted Speed | 35 | 25 |
| Drug Test Status | 1 | 1 |
| Traffic Control | 12 | 02 |
| Drug Test Type | 1 | 1 |
| Direction | 1, 3 | 2, 4 |
| Type of Unit | 02 | 08 |
| Most Damaged Area | 09 | 03 |
| Contributing Circumstances | 01 | 02 |
| Type of Intersection | 02 | |
| Condition | 1 | 1 |
| Point of Impact | 09 | 03 |
| Occurrence | 1 | |
| Action | 4 | 3 |
| Alcohol/Drug Suspected | 1 | 1 |
| Road Contour | 1 | |
| First Harmful Event | 1 | 1 |
| Alcohol Test Status | 1 | 1 |
| Most Harmful Event | 1 | 1 |
| Alcohol Test Type | 1 | 1 |
| Speed Detected | 1 | 1 |
| Road Conditions | 02 | |
| Speed | 30 | 10 |
| Damage Scale | 5 | 4 |

31356



**Narrative:** ACCIDENT OCCURRED ON CLEVELAND AVE. AT E. LAKEVIEW AVE. DRIVER #1 STATED HE WAS TRAVELING S/B ON CLEVELAND AVE. WHEN UNIT #2 PROCEEDED W/B FROM THE STOP SIGN AT E. LAKEVIEW AVE. INTO HIS LANE OF TRAVEL STRIKING THE LEFT FRONT OF HIS VEHICLE. UNIT #1 THEN STRUCK THE STREET SIGN POLE ON THE S/E CORNER.
DRIVER #2 STATED SHE STOPPED AT THE STOP SIGN AND DID NOT SEE UNIT #1 COMING WHEN SHE PROCEEDED W/B THROUGH THE INTERSECTION.
DRIVER #2 WAS ISSUED A CITATION FOR FTY FROM STOP SIGN (2131.18(A) C.C.C.).
NO INJURIES WERE REPORTED AT THE SCENE.