Hearing Date and Time:
To be Determined by Court if Necessary

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

> Endorsed Order:
>
> Paragraph 2 So Ordered.
> If the Hailes plaintiffs wish a more formal order, they should draft up a stipulated form of order with agreement by New GM.
>
> /s/ Robert E. Gerber
> _____
> USBJ
> 7/7/2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                          :   Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :   Case No.: 09-50026 (REG)
            f/k/a General Motors Corp., *et al.* :
                                               :
                        Debtors.               :   (Jointly Administered)
                                               :
------------------------------------------------------------X

### RESPONSE BY GENERAL MOTORS LLC TO NO STAY PLEADING FILED BY THE HAILES PLAINTIFFS

1.    General Motors LLC ("<u>New GM</u>") is in receipt of the *No Stay Pleading* filed by the plaintiffs in the lawsuit captioned *Hailes, et al. v. General Motors LLC, et al.*, No 15PU-CV-00412, filed in Pulaski County, Missouri ("<u>Hailes Lawsuit</u>"). Prior to the filing of the No Stay Pleading, counsel in the Hailes Lawsuit contacted counsel for New GM to state that the Hailes Lawsuit was previously dismissed without prejudice, and therefore should not have been included in Exhibit "B" to the Judgment of this Court, dated June 1, 2015 [Dkt. No. 13177]

1

("**Judgment**"). New GM confirmed that was the case, and counsel for Hailes then stated he would advise New GM if further action was required. Thereafter, counsel for Hailes filed the No Stay Pleading, indicating that the Hailes Lawsuit had been previously dismissed without prejudice.

2.   In view of the foregoing, New GM has no objection to the Court entering an order finding that the Hailes Lawsuit was dismissed without prejudice by the Hailes Plaintiffs on May 19, 2015, and that it be stricken from Exhibit "B" to the Judgment.

Dated: New York, New York
       July 6, 2015                              Respectfully submitted,


                                                 /s/ Arthur Steinberg
                                                 Arthur Steinberg
                                                 Scott Davidson
                                                 KING & SPALDING LLP
                                                 1185 Avenue of the Americas
                                                 New York, New York  10036
                                                 Telephone:   (212) 556-2100
                                                 Facsimile:   (212) 556-2222

                                                 Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                                                 Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                                                 KIRKLAND & ELLIS LLP
                                                 300 North LaSalle
                                                 Chicago, IL 60654
                                                 Telephone: (312) 862-2000
                                                 Facsimile: (312) 862-2200

                                                 *Attorneys for General Motors LLC*