# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

July 9, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      Re:    **In re Motors Liquidation Company,** *et al.*
                **Case No. 09-50026 (REG)**
                **Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM's Motions to Enforce. Specifically, today, July 9, 2015, New GM was served with the following documents, each of which was filed with the Second Circuit Court of Appeals: (i) *Elliott Petitioners' Reply to Wilmington Trust Company's Response to Their Petition for Permission to Appeal*, (ii) *Elliott Petitioners' Response and Reply to Certain Plaintiffs' Motion for Leave to Intervene and to Respond to the Petition*, (iii) *Elliott Petitioners' Reply to General Motors LLC's Response to Their Petition for Permission to Appeal*; and (iv) *Motion For Leave To Intervene In Appeal And To Respond To Cross-Petitioner's Petition For Permission To Appeal*. Copies of the foregoing documents are annexed hereto as Exhibits "1" through "4" respectively.

      Respectfully submitted,

      */s/ Arthur Steinberg*

      Arthur Steinberg

26125313v1
DMSLIBRARY01\21600\162081\26125313.v1-7/9/15

Honorable Robert E. Gerber
July 9, 2015
Page 2


AJS/sd
Encl.


cc:  Edward S. Weisfelner
     Howard Steel
     Sander L. Esserman
     Jonathan L. Flaxer
     S. Preston Ricardo
     Matthew J. Williams
     Lisa H. Rubin
     Keith Martorana
     Daniel Golden
     Deborah J. Newman
     Jamison Diehl
     William Weintraub
     Steve W. Berman
     Elizabeth J. Cabraser
     Robert C. Hilliard
     Gary Peller