KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, et al.,            :    Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., et al.      :
                                               :
                              Debtors.         :    (Jointly Administered)
---------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

This is to certify that on *July 9, 2015*, I caused to be served a true and correct copy of the *Omnibus Response by General Motors LLC to Benjamin Pillars' Objection Pleading and No Dismissal Pleading* (With Exhibit) [ECF. No. 13283] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: July 10, 2015
New York, New York

                KING & SPALDING LLP

                By: /s/   Scott I. Davidson___
                Arthur J. Steinberg
                Scott Davidson
                King & Spalding LLP
                1185 Avenue of the Americas
                New York, NY 10036
                Telephone: (212) 556-2100
                Facsimile: (212) 556-2222

                *Attorneys for General Motors LLC*

## Service List For July 9, 2015:

**Documents Served *via* Email:**

1 - *Omnibus Response by General Motors LLC to Benjamin Pillars' Objection Pleading and No Dismissal Pleading* (With Exhibit) [ECF. No. 13283]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
vmastromar@aol.com

## Service List For July 9, 2015:

**Documents Served *via* Overnight Mail:**

1 - *Omnibus Response by General Motors LLC To Benjamin Pillars' Objection Pleading and No Dismissal Pleading* (With Exhibit) [ECF. No. 13283]

| | |
|---|---|
| Victor J. Mastromarco, Jr.<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |