Joshua P. Davis
**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
Telephone: (713) 337-4100
Facsimile: (713) 337-4101
josh@thejdfirm.com

*Attorneys for Doris Phillips*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF APPEAL

Doris Powledge Phillips, f/k/a Doris Powledge, Plaintiff, Individually and as Representative of the Estate of Adam Powledge, deceased, the Estate of Rachel Powledge, deceased, the Estate of Isaac Powledge, deceased, the Estate of Christian Powledge, deceased, and the Estate of Jacob Powledge, deceased (collectively, "**Phillips**"), hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Order on Motion for 60(B) Relief (Doris Phillips)*, dated June 29, 2015 (ECF No. 13258)(the "**60(B) Order**") and *Decision on Motion for*

1

*60(B) Relief (Doris Phillips)*, dated June 8, 2015 (ECF No. 13190)(the "**60(B) Decision**").

A copy of the 60(B) Order is annexed hereto as **Exhibit A** and a copy of the 60(B) Decision is annexed hereto as **Exhibit B**.

The parties to the Judgment and the Decision appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| Phillips Plaintiffs | **JOSH DAVIS LAW FIRM**<br>Joshua P. Davis<br>1010 Lamar, Suite 200<br>Houston, Texas 77002<br>T: 713-337-4100<br>F: 713-337-4101<br>E: josh@thejdfirm.com<br><br>**GOODWIN PROCTOR LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br>E: WWeintraub@goodwinprocter.com<br>E: GFox@goodinproctor.com |
| General Motors LLC (New GM) | **KING & SPALDING**<br>Arthur J. Steinberg<br>Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, New York 10036<br>(212) 556-2100/Phone<br>asteinberg@kslaw.com<br>sdavidson@kslaw.com |

2

|  | **KIRKLAND & ELLIS LLP** <br> Richard C. Godfrey <br> Andrew B. Bloomer <br> 300 North LaSalle <br> Chicago, Illinois 60654 <br> (312) 862-2000/Phone <br> rgodfrey@kirkland.com <br> abloomer@kirkland.com |
|---|---|
| Wilmington Trust Company, as GUC Trust Administrator | **GIBSON, DUNN & CRUTCHER, LLP** <br> Lisa H. Rubin <br> Matthew Williams <br> Adam H. Offenhartz <br> Aric H. Wu <br> Keith R. Martorana <br> 200 Park Avenue <br> New York, New York 10166 <br> (212) 351-3845/Phone <br> lrubin@gibsondunn.com <br> mjwilliams@gibsondunn.com <br> aoffenhartz@gibsondunn.com <br> awu@gibsondunn.com <br> kmartorana@gibsondunn.com |
| Participating GUC Trust Unit Trust Holders | **AKIN, GUMP, STRAUSS, HAUER & FELD, LLP** <br> Daniel Golden <br> Deborah J. Newman <br> Jamison A. Diehl <br> Naomi Moss <br> One Bryant Park <br> New York, New York 10036 <br> (212) 872-1000 <br> dgolden@akingump.com <br> djnewman@akingump.com <br> jdiehl@akingump.com <br> nmoss@akingump.com |

Dated:   July 10, 2015
         New York, New York

3

       Respectfully submitted,

       **JOSH DAVIS LAW FIRM**


       By:   /s/ Joshua P. Davis
             Joshua P. Davis
             SDNY Bar No. JD6110
       1010 Lamar, Suite 200
       Houston, Texas 77002
       T: 713-337-4100
       F: 713-337-4101
       E: josh@thejdfirm.com

       *Attorney-in-Charge for Phillips Plaintiffs*