**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
Telephone: (713) 337-4100
Facsimile: (713) 337-4101
Joshua P. Davis
*Attorneys for Doris Phillips*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re                                          :         **Chapter 11**
                                               :
**MOTORS LIQUIDATION COMPANY,** *et al.,*      :         **Case No.: 09-50026 (REG)**
    f/k/a General Motors Corp., *et al.* :
                                               :         **(Jointly Administered)**
                              Debtors.         :
                                               :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2015 I caused *Plaintiffs' Notice of Appeal,* Doc. No. 13287, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: July 10, 2015.

    Respectfully submitted,

    **JOSH DAVIS LAW FIRM**

    By: /s/ Joshua P. Davis
        Joshua P. Davis
        State Bar No. 24055379
        Federal Bar No. 1109971
    1010 Lamar, Suite 200
    Houston, Texas 77002
    (713) 337-4100/Phone
    (713) 337-4101/Fax
    josh@thejdfirm.com
    *Attorney-in-Charge for Plaintiffs*