# Exhibit C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :         Chapter 11
                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.***,**            :         Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*            :
                                                         :
                             Debtors.                    :         (Jointly Administered)
-----------------------------------------------------------------x

### ORDER GRANTING MOTION BY GENERAL MOTORS LLC TO ENFORCE THE STAY IMPOSED BY THE JUDGMENT, DATED JUNE 1, 2015, AGAINST THE STATES AND PLAINTIFFS REPRESENTED BY DESIGNATED COUNSEL

Upon the Motion, dated July 10, 2015 ("**Motion**"),[1] of General Motors LLC ("**New GM**"), to enforce the stay imposed by this Court's Judgment, dated June 1, 2015 ("**Judgment**") against the States and Plaintiffs represented by Designated Counsel; and due and proper notice of the Motion having been provided to the States and Designated Counsel, and it appearing that no other or further notice need be given; and a hearing ("**Hearing**") having been held with respect to the Motion on August 12, 2015; and the Court having found and determined that the States and Plaintiffs represented by Designated Counsel have violated the stay imposed by the Judgment by the filing of the Withdrawal Motions, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the States and Designated Counsel shall withdraw, within three (3) business days of the entry of this Order, their respective Withdrawal Motions; and it is further

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that this Court shall retain jurisdiction to interpret and enforce this Order.

Dated: _____, 2015
    New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2