THE MASTROMARCO FIRM
By: Russell C. Babcock
1024 North Michigan Avenue
Saginaw, Michigan 48602
Tel: (989) 752-1414
Attorneys for:
Benjamin Pillars, Personal Representative
Of the Estate of Kathleen Pillars, deceased.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) |
| Debtors. | |

---

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

1. I, Russell C. Babcock, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice,* before the Honorable Robert E. Gerber to represent Benjamin Pillars as Personal Representative of the Estate of Kathleen Pillars, Deceased, creditor in the above referenced case. My address is 1024 N. Michigan Avenue, Saginaw, Michigan 48602, e-mail address is Russellbabcock@aol.com; telephone number is (989) 752-1414.

2. I have submitted the required $200.00 for the pro hac vice admission fee.

1

Dated: July 13, 2015

Respectfully submitted,

THE MASTROMARCO FIRM

s/Russell C. Babcock
RUSSELL C. BABCOCK (P57662)
Counsel for Benjamin Pillars, Personal
Representative of the Estate of Kathleen
Pillars, Deceased
1024 N. Michigan Avenue,
Saginaw, Michigan 48602
(989) 752-1414