**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT

| | | |
|---|---|---|
| In re: ) | | Chapter 11 |
| ) | | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al | | |
| f/k/a/ General Motors Corp. | | |
| Debtors. ) | | Honorable Robert R. Gerber |
| ) | | |
| _____ ) | | |

### ORDER OF ADMISSION OF RUSSELL C. BABCOCK *PRO HAC VICE*

This matter having come before the Court upon the Motion for Admission Pro Hac Vice filed by Russell C. Babcock in accordance with L.B.R. 2090-1 and the Court being duly advised;

NOW THEREFORE, IT IS HEREBY ORDERED that Russell C. Babcock is admitted pro hac vice for the above-captioned case.

Dated:_____
  New York, New York        /s/_____
                          UNITED STATES BANKRUPTC