KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 10, 2015*, I caused to be served a true and correct copy of the *Omnibus Response by General Motors LLC to the No Strike Pleadings Filed by the States Of Arizona and California* [ECF. No. 13286] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: July 13, 2015
New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson___
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

**Service List For July 10, 2015:**

**Documents Served *via* Email:**

1 - Omnibus Response by General Motors LLC to the No Strike Pleadings Filed by the States Of Arizona and California [ECF. No. 13286].

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
jasonz@hbsslaw.com
steve@hbsslaw.com
mrobinson@rcrlaw.net

## Service List For July 10, 2015:

**Documents Served *via* Overnight Mail:**

1 - Omnibus Response by General Motors LLC to the No Strike Pleadings Filed by the States Of Arizona and California [ECF. No. 13286].

| | |
|---|---|
| Mark Brnovich, Attorney General<br>STATE OF ARIZONA<br>Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, Arizona 85006 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |