KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 10, 2015*, I caused to be served a true and correct copy of the *Notice of Motion and Motion by General Motors LLC to Enforce the Stay Imposed By the Judgment, Dated June 1, 2015, Against the States and Plaintiffs Represented by Designated Counsel* (With Exhibits) [ECF. No. 13289] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: July 13, 2015
       New York, New York

                       KING & SPALDING LLP

                       By: /s/   Scott I. Davidson
                       Arthur J. Steinberg
                       Scott Davidson
                       King & Spalding LLP
                       1185 Avenue of the Americas
                       New York, NY 10036
                       Telephone: (212) 556-2100
                       Facsimile: (212) 556-2222

                       *Attorneys for General Motors LLC*

**Service List For July 10, 2015:**

**Documents Served *via* Email:**

1 - Notice of Motion and Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, against the States and Plaintiffs Represented by Designated Counsel (With Exhibits) [ECF. No. 13289]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
jasonz@hbsslaw.com
steve@hbsslaw.com
mrobinson@rcrlaw.net

## Service List For July 10, 2015:

**Documents Served *via* Overnight Mail:**

1 - Notice of Motion and Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, against the States and Plaintiffs Represented by Designated Counsel (With Exhibits) [ECF. No. 13289]

| | |
|---|---|
| Mark Brnovich, Attorney General<br>STATE OF ARIZONA<br>Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, Arizona 85006 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |