UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## ORDER OF RECUSAL

This matter has come before the Court upon the Court's own motion. Hereafter, Law Clerk Kara Neaton will be recusing herself from all matters in the above-captioned case and all related adversary proceedings.

Dated: New York, New York
       July 14, 2015

*s/ Robert E. Gerber*
United States Bankruptcy Judge