# EXHIBIT 6

Issue Number: **N172404**  PDF Date Submitted 01/07/2005

Part - Location: **Ignition Key Cylinder Assembly -Column - Steering**

DEF

Complaint: **vehicle can be keyed off with knee while driving**

Issue Type: **Current Prod**  Vehicle/Product Line: **3Acar**  Region: **GMNA**

Severity: 3  Primary Metric/Score: LaunchX / 0.025

7. Business case unacceptable

### Vehicle / Product Description

| | | | |
|---|---|---|---|
| Primary Project No: | Cobalt | Model Year: | 2005 |
| Other Project No(s): | 05X001 | Model Year Qtr: | |
| Vehicle/Prop. #: | | Model Code: | |
| Marketing Division: | Chevrolet, Pontiac | Hardware Stage: | |
| Marketing Region(s): | | (VIN) Vehicle ID #: | |
| Engine(s): | | Transmission(s): | |
| Engine Serial #: | | Transmission Serial #: | |
| Drive Type(s): | | Option(s): | |
| Steering: | | PIMREP No: | |

Odometer Reading or Range in Miles from  to

### Part / Supplier Information

| 1st Level (VPPS): | 2nd Level (VPPS): | 3rd Level (VPPS): | 4th Level (VPPS): |
|---|---|---|---|
| 20 Chassis | 1 Steering | 4 Steering Column | |

| UPC: | FNA: | Part Name: | Part Number: |
|---|---|---|---|
| - | - | key cylinder | - |

| Supplier(s) Name: | DUNS Code(s): | Part Year: | Drawing Revision Date: |
|---|---|---|---|
| - | - | - | 01/01/1900 |

Suspect Part(s) available?  Location of Suspect Part(s)  PIM (EPS/PAD)  EPN
○ Yes ● No

### Incident Description

| Date first reported: | 10/29/2004 | Complaint Category: | Loose |
|---|---|---|---|
| Incident Discovered by: | Gary Altman | Discoverer's Dept: | |
| Discoverer's Phone: | | Plants w/ same Problem: | |

| Source Level 1: | Source Level 2: | Source Level 3: |
|---|---|---|
| Physical Test - Field Test | Other Loc | Chassis/Powertrain |

**Incident Description:** (Give detailed description of incident )
While driving the vehicle the drivers knee bumped the key in such a manner as to turn off the ignition

**Preliminary Root Cause:** (Give preliminary Root Cause if known, do not speculate!)

GMHEC000001727

low key cylinder torque/effort

| Potential Root Cause Champion: | (Select potential Root Cause Champion.) |
|---|---|
| Re-Assign Department: or: Name: | Potential Champion<br>Chassis & Powertrain *** Suspension - Steering - Structures & Mounts (Warren)<br>Gannon, Kevin G.<br>Phone:<br>Fax: |

| Evaluation Information (Test) | | | |
|---|---|---|---|
| Procedure: (Test Schedule) | % Complete (Test Schedule): | Driving Conditions: | Environmental Conditions: |
| Odometer: | Vehicle Test: | Part Durability: | Part Test: |

**Containment**
**Plant Information**
Description of Plant Containment:

| Plant: | VIN: | Breakpoint Date: | Contact Person: | Tel. No: |
|---|---|---|---|---|
| | | | | |

**Field Information**
Description of Field Containment:

| Breakpoint Date: | Contact Person: | Tel. No: |
|---|---|---|
| | | |

**Involved Components**
| Component: | Plant: |
|---|---|
| | |

**Originator Information**

| Document Originator: | ALAN G STORCK/US/GM/GMC | 11/19/2004 11:42:31 AM |
|---|---|---|
| Location: | Milford Proving Ground Building 104 | Phone: |
| Dept.: | GM *** GMNA *** Engineering *** Vehicle Integration *** Vehicle Performance *** Vehicle Dynamics & Control Systems *** Vehicle Dynamics Ride & Handling Small & Midsize Cars | |

**Document Information**

| Last Modified by | Dennis L. Korinek/US/GM/GMC    03/01/2005 08:00:31 AM |
|---|---|
| History | Dennis L. Korinek/US/GM/GMC - 03/01/2005 07:00:31 AM<br>Blendi Sullaj/US/GM/GMC - 02/04/2005 10:14:21 AM<br>Blendi Sullaj/US/GM/GMC - 02/04/2005 10:03:55 AM<br>Blendi Sullaj/US/GM/GMC - 02/04/2005 09:02:33 AM<br>Blendi Sullaj/US/GM/GMC - 02/01/2005 02:00:56 PM<br>Scott Sherman/US/GM/GMC - 01/12/2005 02:26:25 PM<br>Scott Sherman/US/GM/GMC - 01/10/2005 09:02:07 AM<br>Kevin G. Gannon/US/GM/GMC - 01/10/2005 07:53:38 AM<br>Nancy Burder/US/GM/GMC - 01/07/2005 11:32:14 AM<br>Nancy Burder/US/GM/GMC - 01/07/2005 11:32:05 AM |

| Issue Number: | **N172404** | |
|---|---|---|
| Part - Location: | **Ignition Key Cylinder Assembly -Column - Steering** | Impact |

| Complaint: | vehicle can be keyed off with knee while driving |
|---|---|

| Vehicle Line: | Prioritization Ranking by: | Priority Val.: | Bypass: | Link: |
|---|---|---|---|---|
| 3Acar | LaunchX | 0.025 | n | |

Other Vehicle/Product Line(s) involved:

### Assessment of Customer Satisfaction Impact

| | Customer Survey: | | Customer Survey Category: | | Customer Survey: | | Customer Survey Category: |
|---|---|---|---|---|---|---|---|
| Marketing Division / Vehicle Line | PPH | MY | Wave | PPH | MY | Wave | |
| 3A Total | | | | | | | |
| Not Applicable. | | | | | | | |
| Not Applicable.. | | | | | | | |
| Not Applicable... | | | | | | | |
| Not Applicable.... | | | | | | | |
| Not Applicable..... | | | | | | | |
| Not Applicable...... | | | | | | | |
| Not Applicable....... | | | | | | | |
| Not Applicable........ | | | | | | | |
| Not Applicable......... | | | | | | | |
| Not Applicable.......... | | | | | | | |
| Powertrain 1 | | | | | | | |
| Powertrain 2 | | | | | | | |
| Powertrain 3 | | | | | | | |
| Powertrain 4 | | | | | | | |

| Report Date: | | Customer Survey Specialist: | |
|---|---|---|---|

Customer Survey Comments:

### Assessment of impact on warranty

| Sales Region: | | Currency: | $US |
|---|---|---|---|

**Labor Codes:**

| Primary: | |
|---|---|
| 2nd Labor Code: | |
| 3rd Labor Code: | |
| 4th Labor Code: | |
| 5th Labor Code: | |

| | | Months in service | | | | | |
|---|---|---|---|---|---|---|---|
| Measure | Marketing Division / Vehicle Line | 0 | 2 | 6 | 12 | 24 | 36 | Model Year |
| IPTV | 3A Total | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable. | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable.. | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable... | 0 | 0 | 0 | 0 | 0 | 0 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IPTV | Not Applicable.... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable..... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable...... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable....... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable........ | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable......... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable.......... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Powertrain 1 | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Powertrain 2 | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Powertrain 3 | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Powertrain 4 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | 3A Total | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable. | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable.. | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable.... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable..... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable...... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable....... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable........ | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable......... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable.......... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Powertrain 1 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Powertrain 2 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Powertrain 3 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Powertrain 4 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Solution Effectiveness (%): | | | | | | | | |
| Report Date: | | | | Warranty Specialist: | | | | |
| Warranty Comments: | | | | | | | | |

| Assessment of internal measurements | | | | | |
|---|---|---|---|---|---|
| Plant | % Direct Run Improvement (< 100) | GCA Value | GM Rating | Ergonomics | Productivity |
| | | | | | |

| | |
|---|---|
| Report Date: | |
| Owner of Information: | |

### Assessment of Aftersales Impact

| FPR No.: | | |
|---|---|---|
| Metric: | No of Cases: | Comments: |
| TAC: | | |
| CAC: | | |
| Buybacks: | | |
| FPR: | | |

### Cost Reduction

| Type of Cost Reduction: | | Tracking Number: | |
|---|---|---|---|
| Marketing Division / Vehicle Line | Amount of Reduction ($US): | | |
| 3A Total | 0 | | |
| Not Applicable. | 0 | | |
| Not Applicable.. | 0 | | |
| Not Applicable... | 0 | | |
| Not Applicable.... | 0 | | |
| Not Applicable..... | 0 | | |
| Not Applicable...... | 0 | | |
| Not Applicable....... | 0 | | |
| Not Applicable........ | 0 | | |
| Not Applicable......... | 0 | | |
| Not Applicable.......... | 0 | | |
| Powertrain 1 | 0 | | |
| Powertrain 2 | 0 | | |
| Powertrain 3 | 0 | | |
| Powertrain 4 | 0 | | |
| Report Date: | | | |
| Cost Reduction Comments: | | | |

### Risk Assessment Number / FMEA

| Marketing Division / Vehicle Line | FMEA Severity: | FMEA Occurrence: | FMEA Detection: |
|---|---|---|---|
| 3A Total | | | |
| Not Applicable. | | | |
| Not Applicable.. | | | |
| Not Applicable... | | | |
| Not Applicable.... | | | |
| Not Applicable..... | | | |
| Not Applicable...... | | | |
| Not Applicable....... | | | |
| Not Applicable........ | | | |
| Not Applicable......... | | | |
| Not Applicable.......... | | | |
| Powertrain 1 | | | |
| Powertrain 2 | | | |
| Powertrain 3 | | | |
| Powertrain 4 | | | |

### Regional Information

| Description | Value | Description | Value |
|---|---|---|---|
| Physical Test | | Issue Resolution Team Approval Date | |
| GMM ICE PPH | | 4 | |
| 5 | | CTF Repeat Occurrences | |
| ZDW Plant&Value | | 8 | |
| Direct Run Loss | | PDT | |
| Highlight Number | | 12 | |
| 13 | | Build Sequence | |
| 15 | | 16 | |
| Sequence Number | | 18 | |
| Local | | Feedback Owner | |

### Document Information

Document created by:     Nancy Burder/US/GM/GMC          01/07/2005 11:31:15 AM

Last Modified by

Issue Number:     **N172404**

Part - Location:     Ignition Key Cylinder Assembly -Column - Steering

RC

Complaint:     vehicle can be keyed off with knee while driving

### Assign Root Cause Champion

| Department: | Champion: |
|---|---|
| Suspension - Steering - Structures & Mounts (Warren) *** Frame-Body Integral Steering | Sherman, Scott - Phone: ▮▮▮▮   Fax: ▮▮▮▮ |

Nomination Comments:

Champion History:

### Assign Root Cause Champion Designee

| Department: | Champion: |
|---|---|
| Suspension - Steering - Structures & Mounts (Warren) *** Frame-Body Integral Steering | Sullaj, Blendi - Phone: ▮▮▮▮ |

Champion Designee History:

### Assign Root Cause External Designee

| Assignment Date: | Department :<br>Name : | External Designee: |
|---|---|---|
| | | |

External Designee History:

### Root Cause Analysis

| Target Date:<br>02/06/2005 | Actual Date:<br>02/04/2005 | Actual date reported by champion: |
|---|---|---|

☒ Description of Root Cause Investigation Progress and Verification:

Author: Blendi Sullaj/US/GM/GMC on 01-Feb-2005 14:00
There are two main reasons that we believe can cause a lower effort in turning the key:

1. A low torque detent in the ignition switch
2. A low position of the lock module in the column.

Looking at the first reason, one would immediately think that changing/increasing the ignition switch torque effort would be a good solution. After talking to Ray DeGiorgio, I found out that it is close to impossible to modify the present ignition switch. The switch itself is very fragile and doing any further changes will lead to mechanical and /or electrical problems.

There are two other ways we can approach towards possible solutions:

a. Modifying/adding detent to lock module cam shaft
b. Adding detent to the lock cylinder-lock housing interface at RUN position (Similar to T257).

We discussed with our supplier regarding a possible torque increase from the cam shaft. Even though this is possible, it involves changes in tooling for almost all components that constitute the lock housing.

It seems that adding a detent to the key cylinder-lock housing interface at RUN position will be the most viable solution.

| Problem Solving Methodology: | |
|---|---|
| Document the Solving Process seen as appropriate | |
| Other Statistical Methods | |
| Potential Solution Champion / Department: | |
| Department: or Name: | Potential Champion: Suspension - Steering - Structures & Mounts (Warren) *** Frame-Body Integral Steering Sherman, Scott Phone: Fax: |
| Problem mainly caused by: | Field Remedy Requested? |
| Engineering | No |
| Root Cause Summary: | |
| The low key effort from RUN to ACC seems to occur because of a combination of two main reasons: 1. Not enough detent in the ignition switch 2. The lock module is a low mounted one. The possibility of adding a detent in the lock cylinder to lock housing interface is being investigated. | |

| Document Information | | |
|---|---|---|
| Document created by: | Nancy Burder/US/GM/GMC | 01/07/2005 11:31:15 AM |
| Last Modified by: | Blendi Sullaj/US/GM/GMC | 02/04/2005 10:14:21 AM |
| Issue Number: | **N172404** | |
| Part - Location: | **Ignition Key Cylinder Assembly -Column - Steering** | SOL |
| Complaint: | **vehicle can be keyed off with knee while driving** | |

| Assign Solution Champion | |
|---|---|
| Department: | Champion: |
| Suspension - Steering - Structures & Mounts (Warren) *** Frame-Body Integral Steering | Sherman, Scott - Phone: Fax: |

Nomination Comments:

Champion History:

### Assign Solution Champion Designee

| Department: | Champion: |
|---|---|
| Suspension - Steering - Structures & Mounts (Warren) *** Frame-Body Integral Steering | Sullaj, Blendi - Phone: |

Champion Designee History:

### Assign Solution External Designee

| Assignment Date: | Department: Name: | Champion Designee: |
|---|---|---|
|  |  |  |

External Designee History:

### Develop Solution / Make Decision on Solution

| Target Date: | Actual Date: | Actual date reported by champion: |
|---|---|---|
| 03/06/2005 | 03/09/2005 |  |

☒ Description of Solution Investigation Progress and Verification:

Author: Blendi Sullaj/US/GM/GMC on 01-Mar-2005 16:07

Several possible solutions were presented to CPIT on 02/18/2005 See the folloing file for a better understanding of the solutions presented.



GMX001 Lock Module Detent in RUN 20050216.ppt

We were advised to look at the key slot change as a containment. This is in order to reduce the lever arm and as a result the pulling load.

We discussed the above solutions with Ray DeGiorgio (ignition switch DE) and Dave Trush (Lead Engineer, Closures)
on 02/28/2005. After a thorough discussion, the following file was generated:



VAPIR GMX001 Lock Module Detent in RUN 20050301.ppt

This file was presented in VAPIR on 01/03/2005. The advised was the same as CPIT; to look into the key slot change

as a containment (i.e., look into pricing and timing for the change).

Next step is to provide the required information (key slot change) to CPIT on 03/04/2005

Cost estimate to modify vehicle key for Cobalt



Cost estimate to change the vehicle key for the Cobalt only
*per David Trush 3/04/05*

Author: Blendi Sullaj/US/GM/GMC on 09-Mar-2005 9:36

Per GMX001 PEM's directive we are closing this PRTS with no action. The main reasons are as following:
1. All possible solutions were presented in CPIT and VAPIR:

    a. The lead-time for all the solutions is too long.
    b. The tooling cost and piece price are too high.
    c. None of the solutions seems to fully countermeasure the possibility of the key being turned (ignition turn off) during driving.
Thus none of the solutions represents an acceptable business case.
03/09/2005 - Blendi Sullaj

| Aftersales Field Fix: | N/A |
|---|---|

| EWO | | | |
|---|---|---|---|
| EWO #: | Approval / Release Date (i.e. CAB, etc): | Validation Part Availability Date: | TID (Target Implementation Date) of EWO: |
| | | | |
| EWO Comment: | | | |

| EWO Part Actions | | | |
|---|---|---|---|
| New Part Number Required?<br>◯ Yes ◯ No | New Part Number | | |
| Stock Disposition Domestic | Stock Disposition Export | Service Disposition (Retailer) | Service Interchange |
| Exchange Aftersales Warehouse Parts according to Engineering/VLDM decision? | | | |
| Department:<br>or<br>Name: | Potential Champion:<br>Suspension - Steering - Structures & Mounts (Warren) *** Frame-Body Integral Steering<br>Sherman, Scott<br>Phone: ▮<br>Fax: ▮ | | |

| Summary |
|---|
| Solution Type |
| |
| Solution Summary: |
| Per GMX001 PEM's directive we are closing this PRTS with no action. The main reasons are as following:<br><br>1. All possible solutions were presented in CPIT and VAPIR:<br>    a. The lead-time for all the solutions is too long.<br>    b. The tooling cost and piece price are too high.<br>    c. None of the solutions seems to fully countermeasure the possibility of the key being turned (ignition turn off) during driving.<br><br>Thus none of the solutions represents an acceptable business case. |

| Document Information | | |
|---|---|---|
| Document created by: | Blendi Sullaj/US/GM/GMC | 02/04/2005 10:14:08 AM |
| Last Modified by: | Blendi Sullaj/US/GM/GMC | 03/09/2005 09:36:27 AM |
| Issue Number: | **N172404** | |
| Part - Location: | Ignition Key Cylinder Assembly -Column - Steering | |
| Complaint: | vehicle can be keyed off with knee while driving | |

IMP

### Assign Implementation Champion

| Department: | Champion: |
|---|---|
| | |

### Assign Implementation Champion Designee

| Department: | Champion: |
|---|---|
| | |

### Assign Implementation Champion Designee

| Company: | External Designee: |
|---|---|
| | |

### Implement Solution

| Target Date: | Actual Date: | Actual date reported by champion: |
|---|---|---|
| | | |

Description of Implementation:

### Breakpoint(s)

| Plant: | Date: | VIN / Val Vehicle #: |
|---|---|---|
| | | |

### Breakpoint(s) Involved Components

| Plant*Component / Supplier*Part: | | Serial - No: | Date Breakpoint: |
|---|---|---|---|
| | | | |
| Component/Part: | Plant / Supplier: | Serial - No: | Breakpoint: |
| | | | |

| Department : or Name : | Potential Champion: |
|---|---|
| | |

### Service Bulletin

| Service Bulletin Requested: | Service Bulletin #: | Bulletin Release Date: | Applicable Region/Country: |
|---|---|---|---|
| | | | |
| Service Bulletin Name/Desc.: | | | |

### Summary

Implementation Summary:

| Document Information |
|---|
| Document created by: |
| Last Modified by: |
| Issue Number: **N172404** |
| Part - Location: Ignition Key Cylinder Assembly -Column - Steering |
| Complaint: vehicle can be keyed off with knee while driving |

FB

GMHEC000001736

### Assign Feedback Champion
Department:                     Champion:

### Assign Feedback Champion Designee
Department:                     Champion:

### Assign Feedback External Designee
Company:                        External Designee:

### Feedback
Target Date:        Actual Date:        Actual date reported by champion:

Did the Solution fix the problem?
◯ Yes  ◯ No

Copy of the data analysis to support the above conclusion:

Feedback Summary:

### Document Information
Document created by:
Last Modified by:

| Issue Number: | N172404 | |
|---|---|---|
| ☒ Part - Location: | Ignition Key Cylinder Assembly -Column - Steering | Field Remedy |
| Complaint: | vehicle can be keyed off with knee while driving | |

### Assign Field Remedy Champion
Department:                     Champion:

### Field Remedy
Field Remedy Comment:

### Last Break Point
| Date | VIN / Part Number | Measure |
|---|---|---|
| | | |

### Document Information
Document created by:
Last Modified by

| Issue Number: | N172404 | |
|---|---|---|
| ☒ Part - Location: | Ignition Key Cylinder Assembly -Column - Steering | LL |
| ☒ Complaint: | vehicle can be keyed off with knee while driving | |

### Solution for new Design / Project

| | |
|---|---|
| Shall a Lessons Learned Request be sent? | ◯ Yes ◯ No |
| Step when issue was flagged as Lessons Learned: | |
| Flagged by: | |
| Standard Work Element: | |
| Lesson Learned Number: | |
| Has the issue been entered in the Lessons Learned database? | ◯ Yes ● No |

### Document Information

| | |
|---|---|
| Document created by: | |
| Last Modified by | |

GMHEC000001738

# GMX001 Lock Module Detent in RUN

## Containment Solution

➢ Changing slot in the key in order to reduce lever arm and thus the torque:    Better →    Worse →



Key Slot Change

✓ It was determined that the lever arm is still present due to fob ring. This may even cause a higher pulling load if fob ring is wedged between the slot and the sharp corner of key.

✓ Can be considered as a containment if the shape of key is changed to round corners

1

# GMX001 Lock Module Detent in RUN

## *Partial Solution Design Concept*

➤ Detent between lock cover and cam shaft:



✓ Partial solution based on engineering judgment. No experimental verification that detent is sufficient.

✓ If chosen, will drive changes and tuning efforts in ignition switch in order to avoid double detent feel.

✓ Design has to become common between Delta, Theta and Kappa

✓ Can be combined with the new ignition switch presently sourced for GMT191/2/3 for better detent

2

2



3

GMHEC000001741