# EXHIBIT 7

| | | | |
|---|---|---|---|
| Issue Number: | **N182276** | PDF Date Submitted | 05/24/2005 |
| Part - Location: | **Ignition Cylinder -Ignition Lock Module** | | DEF |
| Complaint: | **Ignition cylinder effort to low, allows vehicle to shut off while driving.** | | |
| Issue Type: | **Current Prod** | Vehicle/Product Line: | **3Acar**    Region: **GMNA** |
| Severity: | 3 | Primary Metric/Score: | IPTV36 / 3.72 |

7. Business case unacceptable

### Vehicle / Product Description

| | | | |
|---|---|---|---|
| Primary Project No: | Cobalt | Model Year: | 2005 |
| Other Project No(s): | | Model Year Qtr: | |
| Vehicle/Prop. #: | | Model Code: | |
| Marketing Division: | Chevrolet | Hardware Stage: | |
| Marketing Region(s): | | (VIN) Vehicle ID #: | 1G1AL52F257535056 |
| Engine(s): | | Transmission(s): | |
| Engine Serial #: | | Transmission Serial #: | |
| Drive Type(s): | | Option(s): | |
| Steering: | LHD | PIMREP No: | |

Odometer Reading or Range in (Miles) from  to

### Part / Supplier Information

| 1st Level (VPPS): | 2nd Level (VPPS): | 3rd Level (VPPS): | 4th Level (VPPS): |
|---|---|---|---|
| 20 Chassis | 1 Steering | 4 Steering Column | 1 Jacket |

| UPC: | FNA: | Part Name: | Part Number: |
|---|---|---|---|
| - | - | Ignition Switch | - |

| Supplier(s) Name: | DUNS Code(s): | Part Year: | Drawing Revision Date: |
|---|---|---|---|
| - | - | - | 01/01/1900 |

| Suspect Part(s) available? | Location of Suspect Part(s) | PIM (EPS/PAD) | EPN |
|---|---|---|---|
| ○ Yes ● No | | | |

### Incident Description

| | | | |
|---|---|---|---|
| Date first reported: | 10/29/2004 | Complaint Category: | Incorrect Operation |
| Incident Discovered by: | Steve Oakley | Discoverer's Dept: | Product Problem Resolution |
| Discoverer's Phone: | ▓▓▓▓ | Plants w/ same Problem: | |

| Source Level 1: | Source Level 2: | Source Level 3: |
|---|---|---|
| | | |

**Incident Description:** (Give detailed description of incident )
Customer concern that the vehicle ignition will turn off while driving. This issue was also addressed in PRTS

N172404, which was closed as business case unacceptable. Due to the level of buyback activity that is developing in the field, Brand Quality requests the issue be reopened.

**Preliminary Root Cause:** (Give preliminary Root Cause if known, do not speculate!)

Unknown

**Potential Root Cause Champion:** (Select potential Root Cause Champion.)

| Re-Assign Department: or: Name: | Potential Champion Chassis & Powertrain *** Suspension - Steering - Structures & Mounts (Warren) Gannon, Kevin G. Phone: Fax: |
|---|---|

**Evaluation Information (Test)**

| Procedure: (Test Schedule) | % Complete (Test Schedule): | Driving Conditions: | Environmental Conditions: |
|---|---|---|---|
| Odometer: | Vehicle Test: | Part Durability: | Part Test: |

**Containment**

**Plant Information**

Description of Plant Containment:

| Plant: | VIN: | Breakpoint Date: | Contact Person: | Tel. No: |
|---|---|---|---|---|

**Field Information**

Description of Field Containment:

| Breakpoint Date: | Contact Person: | Tel. No: |
|---|---|---|

**Involved Components**

| Component: | Plant: |
|---|---|

**Originator Information**

| Document Originator: | Steven Oakley/US/GM/GMC | 05/17/2005 12:37:25 AM |
|---|---|---|
| Location: | | Phone: |
| Dept.: | GM *** GMNA *** VSSM *** Service and Parts Operations *** Service Operations *** Product Problem Resolution *** Brand Quality Cars | |

**Document Information**

| Last Modified by | BRAD I COOK/US/GM/GMC    05/24/2005 08:29:29 PM |
|---|---|
| History | BRAD I COOK/US/GM/GMC - 05/24/2005 06:29:29 AM<br>BRAD I COOK/US/GM/GMC - 05/24/2005 06:29:27 AM<br>BRAD I COOK/US/GM/GMC - 05/23/2005 08:59:08 AM<br>Steven Oakley/US/GM/GMC - 05/16/2005 01:17:33 PM<br>Steven Oakley/US/GM/GMC - 05/16/2005 11:51:38 AM<br>Steven Oakley/US/GM/GMC - 05/16/2005 10:47:50 AM |

| Issue Number: | **N182276** |
|---|---|

| Part - Location: | Ignition Cylinder -Ignition Lock Module | Impact |
|---|---|---|
| Complaint: | Ignition cylinder effort to low , allows vehicle to shut off while driving . | |

| Vehicle Line: | Prioritization Ranking by: | Priority Val.: | Bypass: | Link: |
|---|---|---|---|---|
| 3Acar | IPTV36 | 3.72 | n | |

Other Vehicle/Product Line(s) involved:

### Assessment of Customer Satisfaction Impact

| | Customer Survey: | | Customer Survey Category: | Customer Survey: | | Customer Survey Category: |
|---|---|---|---|---|---|---|
| Marketing Division / Vehicle Line | PPH | MY | Wave | PPH | MY | Wave |
| 3A Total | | | | | | |
| Not Applicable. | | | | | | |
| Not Applicable.. | | | | | | |
| Not Applicable... | | | | | | |
| Not Applicable.... | | | | | | |
| Not Applicable..... | | | | | | |
| Not Applicable...... | | | | | | |
| Not Applicable....... | | | | | | |
| Not Applicable........ | | | | | | |
| Not Applicable......... | | | | | | |
| Not Applicable.......... | | | | | | |
| Powertrain 1 | | | | | | |
| Powertrain 2 | | | | | | |
| Powertrain 3 | | | | | | |
| Powertrain 4 | | | | | | |
| Report Date: | | | Customer Survey Specialist: | | | |

Customer Survey Comments:

### Assessment of impact on warranty

| Sales Region: | | Currency: | $US |
|---|---|---|---|

**Labor Codes:**

| Primary: | N9995 |
|---|---|
| 2nd Labor Code: | |
| 3rd Labor Code: | |
| 4th Labor Code: | |
| 5th Labor Code: | |

| | | Months in service | | | | | |
|---|---|---|---|---|---|---|---|
| Measure | Marketing Division / Vehicle Line | 0 | 2 | 6 | 12 | 24 | 36 | Model Year |
| IPTV | 3A Total | 0 | 1.4 | 0 | 8.3 | 0 | 12.4 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IPTV | Not Applicable. | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable.. | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable.... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable..... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable...... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable....... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable........ | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable......... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Not Applicable.......... | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Powertrain 1 | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Powertrain 2 | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Powertrain 3 | 0 | 0 | 0 | 0 | 0 | 0 | |
| IPTV | Powertrain 4 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | 3A Total | 0.005 | 0.03 | 0 | 0.18 | 0 | 0.27 | |
| Cost / Vehicle | Not Applicable. | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable.. | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable.... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable..... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable...... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable....... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable........ | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable......... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Not Applicable.......... | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Powertrain 1 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Powertrain 2 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Powertrain 3 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost / Vehicle | Powertrain 4 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Solution Effectiveness (%): | | | | | | | | |
| Report Date: | | | | Warranty Specialist: | | | | |
| | | | | | | | | |
| Warranty Comments: | | | | | | | | |

Please enter N9995 as the primary labor code.

Warranty Impact

|  | Zero Day CPV | 2 mis IPTV | 2 mis CPV | 12 mis IPTV | 12 mis CPV | 36 mis IPTV | 36 mis CPV |
|---|---|---|---|---|---|---|---|
| 3A Total | $0.005 | 1.4 | $0.03 | 8.3 | $0.18 | 12.4 | $0.27 |

| Assessment of internal measurements | | | | | |
|---|---|---|---|---|---|
| Plant | % Direct Run Improvement (< 100) | GCA Value | GM Rating | Ergonomics | Productivity |
| | | | | | |
| Report Date: | | | | | |
| Owner of Information: | | | | | |

| Assessment of Aftersales Impact | | |
|---|---|---|
| FPR No.: | 1462/2005/US | |
| Metric: | No of Cases: | Comments: |
| TAC: | | |
| CAC: | | |
| Buybacks: | | |
| FPR: | 1 | |

| Cost Reduction | |
|---|---|
| Type of Cost Reduction: | Tracking Number: |
| Marketing Division / Vehicle Line | Amount of Reduction ($US): |
| 3A Total | 0 |
| Not Applicable. | 0 |
| Not Applicable.. | 0 |
| Not Applicable... | 0 |
| Not Applicable.... | 0 |
| Not Applicable..... | 0 |
| Not Applicable...... | 0 |
| Not Applicable....... | 0 |
| Not Applicable........ | 0 |
| Not Applicable......... | 0 |
| Not Applicable.......... | 0 |
| Powertrain 1 | 0 |
| Powertrain 2 | 0 |
| Powertrain 3 | 0 |
| Powertrain 4 | 0 |
| Report Date: | |
| Cost Reduction Comments: | |

| Risk Assessment Number / FMEA | | | |
|---|---|---|---|
| Marketing Division / Vehicle Line | FMEA Severity: | FMEA Occurrence: | FMEA Detection: |
| 3A Total | | | |
| Not Applicable. | | | |
| Not Applicable.. | | | |
| Not Applicable... | | | |
| Not Applicable.... | | | |

| | | | |
|---|---|---|---|
| Not Applicable..... | | | |
| Not Applicable...... | | | |
| Not Applicable....... | | | |
| Not Applicable........ | | | |
| Not Applicable......... | | | |
| Not Applicable.......... | | | |
| Powertrain 1 | | | |
| Powertrain 2 | | | |
| Powertrain 3 | | | |
| Powertrain 4 | | | |

| Regional Information | | | |
|---|---|---|---|
| Description | Value | Description | Value |
| Physical Test | | Issue Resolution Team Approval Date | |
| GMM ICE PPH | | 4 | |
| 5 | | CTF Repeat Occurrences | |
| ZDW Plant&Value | | 8 | |
| Direct Run Loss | | PDT | |
| Highlight Number | | 12 | |
| 13 | | Build Sequence | |
| 15 | | 16 | |
| Sequence Number | | 18 | |
| Local | | Feedback Owner | |

| Document Information | |
|---|---|
| Document created by: | BRAD I COOK/US/GM/GMC    05/24/2005 08:29:22 PM |
| Last Modified by | |
| Issue Number: | N182276 |
| Part - Location: | Ignition Cylinder  -Ignition Lock Module |
| Complaint: | Ignition cylinder effort to low , allows vehicle to shut off while driving  . |

RC

### Assign Root Cause Champion

| Department: | Champion: |
|---|---|
| Body Component *** Latching Systems | Fannon, Joseph - Phone:         Fax: |

| Nomination Comments: | Craig St. Pierre Champion Designee. |
|---|---|

Champion History:

### Assign Root Cause Champion Designee

| Department: | Champion: |
|---|---|
| Body Component *** Latching Systems | St Pierre, Craig - Phone:         Fax: |

Champion Designee History:

### Assign Root Cause External Designee

| Assignment Date: | Department : Name : | External Designee: |
|---|---|---|

External Designee History:

## Root Cause Analysis

| Target Date: | Actual Date: | Actual date reported by champion: |
|---|---|---|
| 06/23/2005 | 09/13/2005 | |

**Description of Root Cause Investigation Progress and Verification:**

Author: Joseph R. MansonII/US/GM/GMC on 18-Aug-2005 10:13
Per Al Manzor's comments, this item has been closed without action. Code 19-part met requirements.

Author: Joseph R. MansonII/US/GM/GMC on 18-Aug-2005 10:23
Correction to previous, solution (smaller key ring) is scheduled to be implemented and will be monitored through feedback process. Additional solution set(s) were rejected previously due to unacceptable business case. Brad, please move this PRTS to closed status.

Author: Craig St Pierre/US/GM/GMC on 13-Sep-2005 9:36
Detent efforts on ignition switch are too low allowing key to be cycled to off position inadvertently.

Changes to key can be made to reduce the moment which can be applied to key by key ring/keys. This will assist in limiting the issue but will not completely eliminate it. Changes to switch will not be forthcoming from electrical group until MY07.

**Problem Solving Methodology:**
*Document the Solving Process seen as appropriate*
Other Statistical Methods

**Potential Solution Champion / Department:**

| Department: or Name: | Potential Champion: Body Component *** Latching Systems Fannon, Joseph Phone: Fax: |
|---|---|
| **Problem mainly caused by:** | **Field Remedy Requested?** |
| Engineering | No |

**Root Cause Summary:**
Changes will be made to key to help limit the issue.

### Document Information

| Document created by: | BRAD I COOK/US/GM/GMC | 05/24/2005 08:29:22 PM |
|---|---|---|
| Last Modified by: | Craig St Pierre/US/GM/GMC | 09/13/2005 11:36:18 PM |

Issue Number:    **N182276**

Part - Location:   **Ignition Cylinder  -Ignition Lock Module**

Complaint:    **Ignition cylinder effort to low , allows vehicle to shut off while driving  .**

SOL

## Assign Solution Champion

| Department: | Champion: |
|---|---|
| Body Component *** Latching Systems | Fannon, Joseph - Phone:            Fax: |

Nomination Comments:

GMHEC000001748

Champion History:

### Assign Solution Champion Designee

| Department: | Champion: | |
|---|---|---|
| Body Component *** Latching Systems | St Pierre, Craig - Phone: | Fax: |

Champion Designee History:

### Assign Solution External Designee

| Assignment Date: | Department: Name: | Champion Designee: |
|---|---|---|
| | | |

External Designee History:

### Develop Solution / Make Decision on Solution

| Target Date: | Actual Date: | Actual date reported by champion: |
|---|---|---|
| 10/13/2005 | 09/13/2005 | |

⊠ Description of Solution Investigation Progress and Verification:

Author: Craig St Pierre/US/GM/GMC on 13-Sep-2005 9:43
Slot in key head to be modifed to a hole. A smaller key ring (13mm dia) will also be used to assist in limiting the problem.

| Aftersales Field Fix: | N/A |
|---|---|

### EWO

| EWO #: | Approval / Release Date (i.e. CAB, etc): | Validation Part Availability Date: | TID (Target Implementation Date) of EWO: |
|---|---|---|---|
| CAHTZ | 06/27/2005 | 09/30/2005 | 10/17/2005 |
| EWO Comment: | | | |

### EWO Part Actions

| New Part Number Required?<br>● Yes ○ No | New Part Number<br>15839371 | | |
|---|---|---|---|
| Stock Disposition Domestic | Stock Disposition Export | Service Disposition (Retailer) | Service Interchange |
| Use all Stock | N/A | Use Elsewhere | Only New for Old |
| Exchange Aftersales Warehouse Parts according to Engineering/VLDM decision? | | | |
| Department:<br>or<br>Name: | Potential Champion:<br>Body Component *** Latching Systems<br>Fannon, Joseph<br>Phone:<br>Fax: | | |

### Summary

Solution Type

| 2. Design change without new requirement / specification | | |
|---|---|---|
| **Solution Summary:** | | |
| Key ring slot in key changed to hole and use of a 13mm key ring. | | |
| **Document Information** | | |
| Document created by: | Craig St Pierre/US/GM/GMC | 09/13/2005 11:36:13 PM |
| Last Modified by: | Craig St Pierre/US/GM/GMC | 09/13/2005 11:43:20 PM |
| Issue Number: | N182276 | |
| ☒ Part - Location: | Ignition Cylinder -Ignition Lock Module | |
| ☒ Complaint: | Ignition cylinder effort to low , allows vehicle to shut off while driving . | |

IMP

| **Assign Implementation Champion** | |
|---|---|
| Department: | Champion: |
| Body Hardware Components *** Door Hardware | Kepczynski, David B. - Phone: |

| **Assign Implementation Champion Designee** | |
|---|---|
| Department: | Champion: |
| Body Component *** Latching Systems | St Pierre, Craig - Phone:           Fax: |

| **Assign Implementation Champion Designee** | |
|---|---|
| Company: | External Designee: |

| **Implement Solution** | | |
|---|---|---|
| Target Date: | Actual Date: | Actual date reported by champion: |
| 10/13/2005 | 09/07/2006 | |
| Description of Implementation: | | |

**Author:** Craig St Pierre/US/GM/GMC on 06-Mar-2006 11:34

Cancelled - business case not supported.

**Author:** David B. Kepczynski/US/GM/GMC on 07-Sep-2006 18:54

----- Forwarded by David B. Kepczynski/US/GM/GMC on 09/07/2006 06:49 PM -----

Craig St Pierre/US/GM/GMC
09/07/2006 11:59 AM

To  David B. Kepczynski/US/GM/GMC
cc  Ralph P Madison/US/GM/GMC      BRAD I COOK/US/GM/GMC     David M. Trush/US/GM/GMC
Khris Lee/US/GM/GMC
Subject  Re: N182276      Ignition Cylinder -Ignition Lock Module

David,

The EWO cadence is ok.

Ralph can we get this closed for David today?

Craig

-----David B. Kepczynski/US/GM/GMC wrote: -----

To: Ralph P Madison/US/GM/GMC
From: David B. Kepczynski/US/GM/GMC
Date: 09/07/2006 07:01AM
cc: BRAD I COOK/US/GM/GMC      David M. Trush/US/GM/GMC      Khris Lee/US/GM/GMC      Craig St

Pierre/US/GM/GMC
Subject: Re: N182276 Ignition Cylinder -Ignition Lock Module

Craig St Pierre > Please confirm the WO cadence, below, and that we are back to the appropriate part level.  NO TWO's or mixed part release.

Ralph > My recommendation is to close, business case not accepted by program team.

Let me know if we can do this today - and it will be off the agenda for tomorrow's CPIT.

thks.
David K.
Ralph P Madison/US/GM/GMC


Ralph P Madison/US/GM/GMC
09/06/2006 01:20 PM

To  David B. Kepczynski/US/GM/GMC

cc  BRAD I COOK/US/GM/GMC        David M. Trush/US/GM/GMC        Khris Lee/US/GM/GMC

Subject  Re: N182276        Ignition Cylinder -Ignition Lock Module

Progression of work orders...  which looks like ending up being reversals to old p/n?

Work order CAHTZ, with CCTVP 07SOP & 550144 (now cancelled), changed to CAHTZC changed to CCTVPA.

I may have the wrong order.  However, it looks like after all is said and done, reverts back to old p/n.

If correct, then should be closed w/o action... business case.

Ralph
Phone:
David B. Kepczynski/US/GM/GMC


David B. Kepczynski/US/GM/GMC
09/06/2006 12:05 PM

To  Ralph P Madison/US/GM/GMC        BRAD I COOK/US/GM/GMC

cc  David M. Trush/US/GM/GMC        Khris Lee/US/GM/GMC

Subject  N182276        Ignition Cylinder -Ignition Lock Module

Ralph/Brad -

I see that this issue is on this Friday's CPIT.

A service fix is already available and in the field.

Craig StPierre/David Trush had a WO to implement into production, but the program team cancelled - business case not acceptable.

The WO was cancelled back in March of 2006 - and the PRTS was updated at that time.

I just spoke to Joe Manson - and we believe the PRTS should have been closed.

What is the next step?

I believe the discussing this in CPIT will only further confuse matters.

Can we close today?

David K.

### Breakpoint(s)

| Plant: | Date: | VIN / Val Vehicle #: |
|---|---|---|
|  |  |  |

### Breakpoint(s) Involved Components

| Plant*Component / Supplier*Part: | | Serial - No: | Date Breakpoint: |
|---|---|---|---|
|  |  |  |  |

| Component/Part: | Plant / Supplier: | Serial - No: | Breakpoint: |
|---|---|---|---|
|  |  |  |  |

| Department : or Name : | Potential Champion: |
|---|---|
|  |  |

### Service Bulletin

| Service Bulletin Requested: | Service Bulletin #: | Bulletin Release Date: | Applicable Region/Country: |
|---|---|---|---|
|  |  |  |  |

| Service Bulletin Name/Desc.: | |
|---|---|
|  |  |

### Summary

☒ Implementation Summary:

### Document Information

| Document created by: | Craig St Pierre/US/GM/GMC | 09/13/2005 11:43:14 PM |
|---|---|---|
| Last Modified by: | David B. Kepczynski/US/GM/GMC | 09/08/2006 08:54:58 AM |

| Issue Number: | **N182276** |
|---|---|
| ☒ Part - Location: | Ignition Cylinder -Ignition Lock Module |
| ☒ Complaint: | Ignition cylinder effort to low , allows vehicle to shut off while driving . |

FB

## Assign Feedback Champion

| Department: | Champion: |
|---|---|
|  |  |

## Assign Feedback Champion Designee

| Department: | Champion: |
|---|---|
|  |  |

## Assign Feedback External Designee

| Company: | External Designee: |
|---|---|
|  |  |

## Feedback

| Target Date: | Actual Date: | Actual date reported by champion: |
|---|---|---|
|  |  |  |

Did the Solution fix the problem?
◯ Yes  ◯ No

Copy of the data analysis to support the above conclusion:

| Feedback Summary: | |
| --- | --- |
| | |

| Document Information | |
| --- | --- |
| Document created by: | |
| Last Modified by: | |
| Issue Number: | N182276 |
| Part - Location: | Ignition Cylinder -Ignition Lock Module |
| Complaint: | Ignition cylinder effort to low , allows vehicle to shut off while driving . |

Field Remedy

## Assign Field Remedy Champion

| Department: | Champion: |
| --- | --- |
| | |

## Field Remedy
Field Remedy Comment:

| Last Break Point | | |
| --- | --- | --- |
| Date | VIN / Part Number | Measure |
| | | |

| Document Information | |
| --- | --- |
| Document created by: | |
| Last Modified by | |

| Issue Number: | N182276 | |
|---|---|---|
| ☒ Part - Location: | Ignition Cylinder -Ignition Lock Module | LL |
| ☒ Complaint: | Ignition cylinder effort to low , allows vehicle to shut off while driving . | |

| Solution for new Design / Project | |
|---|---|
| Shall a Lessons Learned Request be sent? | ◯ Yes ◯ No |
| Step when issue was flagged as Lessons Learned: | |
| Flagged by: | |
| Standard Work Element: | |
| Lesson Learned Number: | |
| Has the issue been entered in the Lessons Learned database? | ◯ Yes ● No |

| Document Information | |
|---|---|
| Document created by: | |
| Last Modified by | |

GMHEC000001754