**Hearing Date and Time: July 01, 2015 at 9.45 a.m. (Eastern Time)**

Atul C. Shah, MD
2884 Manorwood Drive
Troy, Michigan 48085
Telephone (248) 879-0795 Home
Telephone (248) 835-5025 Cell Phone

Representing Himself (Atul C. Shah) for
MLC GUC Claim No. 28820 filed by Atul Shah


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
                                                           l
                                                           l
In re                                                      l
                                                           l
Motors Liquidation Company, et al.,     l    Chapter 11 Case No
f/k/a General Motors Corp., et al.      l         09-50026 (REG)
                                        l         (Jointly Administered)
                                        l
           Debtors.                     l
                                        l
-----------------------------------------------------------x
```

CORRECTED RESPONSE TO THE OMNIBUS REPLY OF WILMINGTON TRUST COMPANY, AS GUC TRUST ADMINISTRATOR AND TRUSTEE, TO RESPONSES RECEIVED IN RESPECT OF THE GUC TRUST ADMINISTRATOR'S MOTION FOR AN ORDER GRANTING AUTHORITY (A) TO EXERCISE NEW GM WARRANTS AND LIQUIDATE NEW GM COMMON STOCK AND (B) TO MAKE CORRESPONDING AMENDMENTS TO THE GUC TRUST AGREEMENT <u>(C) REQUESTING RELIEF SOUGHT FOR CREDITOR ATUL C. SHAH (D) REQUESTING THAT THIS HISTORIC CIVIL CASE BY ATUL C. SHAH HAS EXCELLENT MERITS</u>

1

## Introduction

This is a **Corrected Response to the Omnibus Reply** of Wilmington Trust Company as GUC Trust Administrator and Trustee dated June 30, 2015 by the Plaintiff and Pro Se Litigant Atul C. Shah, MD.

As an introduction and here comes, Atul C. Shah, MD a Plaintiff and Pro Se Litigant against the Motor Liquidation Company et al., f/ka/a General Motors Corp., et al since December 2008.

Atul C. Shah, Petitioner v. Motor Liquidation Company GUC Trust Civil Case Number 14-830 has been docketed with the Supreme Court of the United States on January 14, 2015.

Atul C. Shah, MD has been listed as the Creditor with the Consolidated List of Creditors at the United States Bankruptcy Court since 2010.

To:   THE HONORABLE ROBERT E. GERBER
      UNITED STATES BANKRUPTCY COURT JUDGE

Atul C. Shah, MD as the Plaintiff and Pro se Litigant is forwarding Response to the Omnibus reply of Wilmington Trust Company dated June 26, 2015 to Dr. Atul Shah's Response with Objection [Docket No. 13244] (The **"Shah Response"**).

2

Herewith, I am requesting for the following items with this Response to the Omnibus Reply of Wilmington Trust Company as GUC TRUST Administrator dated June 26, 2015.

A. <u>Request for Relief Sought</u>:

Now, I am requesting Honorable Court for the Relief up to Ten Million Plus Dollars as repetitively requested in my <u>Reply and Response Legal Briefs</u> to three Federal Courts including United States Bankruptcy Court as well to the Supreme Court of the United States from 2012 to 2015.

B. <u>This historic Civil Case has Excellent Merits</u>:

This historic and unprecedented Civil Case has <u>National and International Significance with Extraordinary Implementations</u> for the betterment of the Modern Mankind as repetitively mentioned to the three Federal Courts and the Supreme Court of the United States from 2012 to 2015 Legal Briefs and superb articles written by this humble self name as Atul C. Shah, MD or Dr. Shah with this case.

C. <u>Request for Relief Sought and excellent Merits:</u>

I am requesting for the Relief up to Ten Million plus Dollars that is permissible and compatible with the Modern law System and

3

American Judiciary System as well as American Constitutional Amendments including United States Bankruptcy Court rules.

Also, this historic and unprecedented Civil Case has Excellent Merits and Credibility per the Standard of the American Judiciary System and Constitutional Amendments and the Applicable Laws.

D. <u>Humble Request</u>:

I am humbly requesting to the Honorable Bankruptcy Judge Robert E. Gerber that I am seeking Relief up to **<u>Ten Million plus Dollars.</u>** Also, this historic Civil Case has the <u>Excellent</u> **<u>Merits</u>** As well as **National and International Significance with Extraordinary Implementations** for the betterment of Modern Mankind in USA, India and other countries.

This is a simple and humble **<u>Corrected Response to Doc 13267 and the Omnibus Reply</u>** of Wilmington Trust Company as GUC Trust Administrator and Trustee dated July 15, 2015 by the Plaintiff Atul C. Shah, MD.

Please forgive me for any in advertent mistakes due to unfamiliarity with the Federal Court etiquettes and guidelines.

4

## Conclusion

I, Atul C. Shah, respectfully requesting the Honorable United States Bankruptcy Court for seeking Relief up to Ten Million plus Dollars and consider having Excellent Merits with this historical and unprecedented Civil Case.

Respectfully submitted,

Atul C. Shah

Pro Se Litigant

2884 Manorwood Drive

Troy, Michigan

July 15, 2015

### Hard Copy and Email Copy forwarded to following Recipients:

1. Honorable Judge Robert E. Gerber at USBC, New York
2. Keith Martorana at Gibson, Dunn & Crutcher LLP, New York
3. Joseph H. Smolinsky Esq. at Weil, Gotshal & Mendes, LLP, New York
4. Jeffrey Rhodes, Esq. Defendant Attorney Dickstein Shapiro, Washington D.C.
5. Colleen Kilfoyle, Esq. Associate Defendant Attorney at Dickstein Shapiro, LLP in New York