UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026 (REG) |
| (f/k/a GENERAL MOTORS CORPORATION) | (Jointly Administered) |
| Debtor. | |

------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF RUSSELL C. BABCOCK

UPON the motion of Russell C. Babcock dated July 13, 2015, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Russell C. Babcock is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       July 15, 2015

                                    s/ *Robert E. Gerber*
                                    UNITED STATES BANKRUPTCY JUDGE