| | |
|---|---|
| Edward S. Weisfelner | Sander L. Esserman |
| David J. Molton | STUTZMAN, BROMBERG, ESSERMAN & |
| May Orenstein | PLIFKA, P.C. |
| Howard S. Steel | 2323 Bryan Street, |
| BROWN RUDNICK LLP | Suite 2200 |
| Seven Times Square | Dallas, Texas 75201 |
| New York, New York 10036 | T: 214-969-4900 |
| T: 212-209-4800 | E: esserman@sbep-law.com |
| E: eweisfelner@brownrudnick.com | |
| E: dmolton@brownrudnick.com | |
| E: morenstein@brownrudnick.com | |
| E: hsteel@brownrudnick.com | |

*Designated Counsel for Ignition Switch Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                :

**In re:**                                         :          **Chapter 11**
**MOTORS LIQUIDATION COMPANY,** *et al.***,**    :          **Case No.: 09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.***,**      :
                                :
                      **Debtors.**     :         **(Jointly Administered)**
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Carol S. Ennis, hereby certify that on **July 14, 2015**, true and correct copies of the following documents:

1) *Appellants' Statement of Issues on Appeal and Amended Designation of Items to be Included in the Record on Appeal [Docket No. 13297];* and

2) *Corrected Appellants' Statement of Issues on Appeal and Amended Designation of Items to be Included in the Record on Appeal [Docket No. 13299]*

were sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

In addition, copies of the documents were served upon the following parties by electronic mail/e-mail on July 15, 2015:

| | | |
|---|---|---|
| Jonathan L. Flaxer<br>*jflaxer@golenbock.com* | Arthur J. Steinberg<br>*asteinberg@kslaw.com* | Scott Davidson<br>*sdavidson@kslaw.com* |
| Richard C. Godfrey<br>*rgodfrey@kirkland.com* | Andrew B. Bloomer<br>*abloomer@kirkland.com* | Matthew J. Williams<br>*mjwilliams@gibsondunn.com* |
| Lisa H. Rubin<br>*lrubin@gibsondunn.com* | Daniel H. Golden<br>*dgolden@akingump.com* | Deborah J. Newman<br>*djnewman@akingump.com* |
| Elizabeth J. Cabraser<br>*ecabraser@lchb.com* | Steve W. Berman<br>*steve@hbsslaw.com* | Alexander H. Schmidt<br>*schmidt@whafh.com* |
| Robert C. Hilliard<br>*bobh@hmglawfirm.com* | Sander L. Esserman<br>*esserman@sbep-law.com* | William P. Weintraub<br>*wweintaub@goodwinprocter.com* |
| S. Preston Ricardo<br>*pricardo@golenbock.com* | Adam H. Offenhartz<br>*aoffenhartz@gibsondunn.com* | Aric H. Wu<br>*awu@gibsondunn.com* |
| Keith R. Martorana<br>*kmartorana@gibsondunn.com* | Jamison A. Diehl<br>*jdiehl@akingump.com* | Naomi Moss<br>*nmoss@akingump.com* |
| Gregory W. Fox<br>*gfox@goodwinprocter.com* | | |

Dated: July 15, 2015

Respectfully submitted,

*/s/ Carol S. Ennis*
Carol S. Ennis, Paralegal
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
(617) 856-8200
*cennis@brownrudnick.com*