KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------------- x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 16, 2015 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

1. Benjamin Pillars No Stay Pleading With Exhibits And Proposed Order
   [**Docket No 13166**]

Objections/Responses/Other Documents Filed

2. Response by General Motors LLC to Benjamin Pillars' No Stay Pleading [**Docket No 13191**]

3. Benjamin Pillars Objection Pleading [**Docket No 13238**]

4. Benjamin Pillars No Dismissal Pleading [**Docket No. 13239**]

5. Omnibus Response by General Motors LLC To Benjamin Pillars' Objection Pleading and No Dismissal Pleading [**Docket No. 13283**]

**Status:** **This matter is going forward.**

## II. RESOLVED MATTERS

1. Notice of Motion by General Motors LLC, Pursuant To Rule 8009(e)(1) of the Federal Rules of Bankruptcy Procedure, to Strike Certain Documents Contained In Appellants' Designation of Items To Be Included in the Record on Appeal [**Docket No. 13263**]

Other Documents Filed

2. So Ordered Stipulation and Order Signed on 7/14/2015 Regarding Motion by General Motors LLC to Strike Certain Documents Contained in Appellants' Designation of Items to be Included in the Record on Appeal [**Docket No. 13296**]

**Status:** **A Stipulation and Order has been entered by the Court resolving this motion. No hearing is required.**

Dated: July 15, 2015
New York, New York

           KING & SPALDING LLP

           By: /s/   Scott Davidson
           Arthur J. Steinberg
           Scott Davidson
           King & Spalding LLP
           1185 Avenue of the Americas
           New York, NY 10036
           Telephone: (212) 556-2100
           Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*