KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on *July 14, 2015*, I caused to be served a true and correct copy of the *Response by General Motors LLC to the No Strike Motion Pursuant to Judgment By Dolly Walton* (With Exhibits) [ECF. No. 13298] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: July 15, 2015

New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson   
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

## Service List For July 14, 2015:

**Documents Served *via* Email:**

1 - Response by General Motors LLC to the No Strike Motion Pursuant to Judgment By Dolly Walton (With Exhibits) [ECF. No. 13298].

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
mwright@hmdlaw1.com

## Service List For July 14, 2015:

**Documents Served *via* Overnight Mail:**

1 - Response by General Motors LLC to the No Strike Motion Pursuant to Judgment By Dolly Walton (With Exhibits) [ECF. No. 13298].

| Matthew E. Wright, Esq.<br>Hardee, Martin, Donahoe, Owens & Wright, P.A.<br>213 East Lafayette Street<br>Jackson, TN 38301 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
|---|---|