

**CT**

CT Corporation System
111 8th Avenue
13th Floor
New York, NY 10011
(212) 590-9070



RECEIVED
JUL 16 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

July 10, 2015

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY 10019

Re: Motors Liquidation Company, et al., Debtors, Official Committee of Unsecured Creditors of Motors Liquidation Company, etc., Pltf. // To: JPMorgan Chase Bank, N.A., etc., et al., Dfts.

Case No. 0950026REG

Dear Sir/Madam:

C T Corporation System received the enclosed documents.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527401928

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    One Bowling Green,
    New York, NY 10004
**(Returned To)**

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY 10019

Wolters Kluwer