# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel:  (212) 556-2100
Fax:  (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial:  212-556-2158
asteinberg@kslaw.com

July 20, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

      Re:    In re Motors Liquidation Company, *et al.*
               Case No. 09-50026 (REG)

               **Letter Regarding (i) Status of Pillars' No Stay
               Pleading and the Ruling By The Court on
               June 16, 2015, and (ii) an Update on Other Related Proceedings**

Dear Judge Gerber:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter.  We write to provide the Court, pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], with an update on developments in proceedings relating to New GM's Motions to Enforce.

**Pillars Matter**

      New GM writes to inform the Court that, on July 17, 2015, it filed with the United States District Court for the Eastern District of Michigan ("**Michigan District Court**"), in the case captioned *Pillars v. General Motors LLC*, Case No. 15-11360 ("**Pillars Lawsuit**"), the *Defendant General Motors LLC's Motion For Leave To File Amended Notice Of Removal And Amended Answer* ("**Motion to Amend**").  The Motion to Amend seeks authority from the Michigan District Court for New GM to amend its Answer and Notice of Removal filed in the Pillars Lawsuit to correct the inadvertent error respecting the language found in Section 2.3(a)(ix) of the Sale Agreement and in the First Amendment to the Sale Agreement.  Also on

26260351v1

Honorable Robert E. Gerber
July 20, 2015
Page 2

July 17, 2015, the Michigan District Court entered an *Order Directing Expedited Response* ("**Expedited Order**"), directing the Plaintiff to file an expedited response to the Motion to Amend by July 21, 2015; New GM may file an expedited reply by July 23, 2015. A copy of the Motion to Amend and Expedited Order are attached hereto as Exhibits "1" and "2" respectively.

**Update on Other Related Proceedings**

On July 17, 2015, counsel to New GM and Lead and Liaison Counsel filed a joint letter ("**Joint Letter**") addressed to Judge Furman to advise on matters of possible significance in proceedings related to MDL 2543, which includes an update on the status of this bankruptcy case. A copy of the Joint Letter, without exhibits,[1] is attached hereto as Exhibit "3."

Respectfully submitted,

*/s/ Arthur Steinberg*

Arthur Steinberg

AJS/sd
Encl.

cc:   Victor J. Mastromarco (counsel for Mr. Pillars)
      Russell C. Babcock (counsel for Mr. Pillars)
      Edward S. Weisfelner
      Howard Steel
      Sander L. Esserman
      Jonathan L. Flaxer
      S. Preston Ricardo
      Matthew J. Williams
      Lisa H. Rubin
      Keith Martorana
      Daniel Golden
      Deborah J. Newman
      Jamison Diehl
      William Weintraub
      Steve W. Berman
      Elizabeth J. Cabraser
      Robert C. Hilliard

---

[1] There are 35 exhibits annexed to the Joint Letter, many of which are documents that have previously been filed with this Court; the other documents do not appear relevant to this bankruptcy case. To the extent the Court believes the exhibits should be filed, New GM will do so promptly.