# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BENJAMIN W. PILLARS,

        Plaintiff,                Case No. 15-cv-11360

v                                       Honorable Thomas L. Ludington

GENERAL MOTORS LLC,

        Defendant.

_____/

## ORDER DIRECTING EXPEDITED RESPONSE

On July 17, 2015, Defendant filed an Emergency Motion for Leave to File an Amended Notice of Removal and First Amended Answer. *See* ECF No. 15. After reviewing the motion, the Court believes an expedited response from Plaintiff is necessary to adjudicate the matter.

Accordingly, it is **ORDERED** that Plaintiff is **DIRECTED** to file an expedited response to Defendant's Motion for Leave to File on or before **July 21, 2015**.

It is further **ORDERED** that Defendant may file an expedited reply on or before **July 23, 2015**.

                                                       s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                     United States District Judge

Dated: July 17, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 17, 2015.

                                  s/Suzanne M. Gammon
                                  SUZANNE M. GAMMON