**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
Telephone: (713) 337-4100
Facsimile: (713) 337-4101
Joshua P. Davis
*Attorneys for Doris Phillips*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No.: 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2015 I caused *Plaintiffs' Statement of Issues and Designation of Record on Appeal,* Doc. No. 13309, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: July 21, 2015.

                         Respectfully submitted,

                         **JOSH DAVIS LAW FIRM**

                         By:  /s/ Joshua P. Davis
                              Joshua P. Davis
                              State Bar No. 24055379
                              Federal Bar No. 1109971
                     1010 Lamar, Suite 200
                     Houston, Texas 77002
                     (713) 337-4100/Phone
                     (713) 337-4101/Fax
                     josh@thejdfirm.com
                     *Attorney-in-Charge for Plaintiffs*