KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :     Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*       :
                                                   :
                        Debtors.                   :     (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 23, 2015*, I caused to be served a true and correct copy of the *Response By General Motors LLC To The Ignition Switch Plaintiffs' No Strike Pleading With Regard To The Second Amended Consolidated Complaint; And The Non-Ignition Switch Plaintiffs' Objection Pleading With Regard To The Second Amended Consolidated Complaint* [ECF No. 13316] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: July 24, 2015
      New York, New York

                                           KING & SPALDING LLP

                                           By: /s/   Scott I. Davidson
                                           Arthur J. Steinberg
                                           Scott Davidson
                                           King & Spalding LLP
                                           1185 Avenue of the Americas
                                           New York, NY 10036
                                           Telephone: (212) 556-2100
                                           Facsimile: (212) 556-2222

                                           *Attorneys for General Motors LLC*

## Service List For July 23, 2015:

**Documents Served *via* Email:**

1 – *Response By General Motors LLC To The Ignition Switch Plaintiffs' No Strike Pleading With Regard To The Second Amended Consolidated Complaint; And The Non-Ignition Switch Plaintiffs' Objection Pleading With Regard To The Second Amended Consolidated Complaint* [ECF No. 13316]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com

## Service List For July 24, 2015

**Documents Served *via* Overnight Delivery:**

1 – *Response By General Motors LLC To The Ignition Switch Plaintiffs' No Strike Pleading With Regard To The Second Amended Consolidated Complaint; And The Non-Ignition Switch Plaintiffs' Objection Pleading With Regard To The Second Amended Consolidated Complaint* [ECF No. 13316]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |