**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
Telephone: (713) 337-4100
Facsimile: (713) 337-4101
Joshua P. Davis
*Attorneys for Doris Phillips*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No.: 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

------------------------------------------------------------x

### CERTIFICATE OF SERVICE

       I hereby certify that on July 24, 2015 I caused *Plaintiffs' Statement of Issues and Designation of Record on Appeal Regarding Plaintiffs' Motion for 60(B) Relief (Doris Phillips) Setting Aside the Settlement Agreement,* Doc. No. 13317, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: July 24, 2015.

                                          Respectfully submitted,

                                          **JOSH DAVIS LAW FIRM**

                                          By:    /s/ Joshua P. Davis
                                                 Joshua P. Davis
                                                 State Bar No. 24055379
                                                 Federal Bar No. 1109971
                                          1010 Lamar, Suite 200
                                          Houston, Texas 77002
                                          (713) 337-4100/Phone
                                          (713) 337-4101/Fax
                                          josh@thejdfirm.com
                                          *Attorney-in-Charge for Plaintiffs*