# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BENJAMIN W. PILLARS, as
Personal Representative for the
Estate of KATHLEEN ANN PILLARS,
Deceased,

Case: 1:15-cv-11360-TLL-PTM

Honorable Thomas J. Ludington

      Plaintiff,

v.

GENERAL MOTORS LLC,

      Defendant.

| | |
|---|---|
| Victor J. Mastromarco, Jr. (P35464)<br>Russell C. Babcock (P57662)<br>The Mastromarco Firm<br>Attorneys for Plaintiff<br>1024 N. Michigan Avenue<br>Saginaw, MI 48602<br>989.752.1414 / 989.752.6202 fx<br>Vmastromar@aol.com<br>russellbabcock@aol.com | Thomas P. Branigan (P41774)<br>Elizabeth A. Favaro (P69610)<br>Bowman and Brooke LLP<br>Attorneys for Defendant<br>41000 Woodward Avenue, Suite 200 East<br>Bloomfield Hills, MI 48304<br>248.205.3300 ph / 248.205.3399 fx<br>tom.branigan@bowmanandbrooke.com<br>elizabeth.favaro@bowmanandbrooke.com |

## <u>DEFENDANT GENERAL MOTORS LLC'S<br>MOTION TO EXTEND PAGE LIMIT</u>

      Defendant, General Motors LLC, by its attorneys, Bowman and Brooke LLP, moves this Court for an order extending the page limit in excess of the 7-page limit imposed by L.R. 7.1(d)(3)(B) for Defendant's Reply Brief in Support of Its Motion for Leave to File Amended Notice of Removal and Amended Answer to Complaint and, for the following

12410238v1

reasons, this motion should be granted:

1.    On July 17, 2015, Defendant General Motors LLC filed a Motion for Leave to File Amended Notice of Removal and Amended Answer to Complaint, seeking relief to correct an inadvertent factual error made in the original pleadings filed by Defendant in this case.

2.    Plaintiff's response to Defendant's Motion for leave is lengthy and raised a number of arguments that Defendant must address in its Reply brief, which is being filed contemporaneously with this Motion, including a 29 page transcript of a hearing in the Bankruptcy Court.

3.    Due to the complexities of this case, the importance of the outcome of this Motion to both parties, and in order to provide a meaningful Reply to Plaintiff's Response brief, Defendant's Reply brief – excluding the caption, Tables of Contents and Authorities, Concise Statement of Issues Presented and Certificate of Service – is 12 pages.

4.    Defendant requests that this Court extend the seven-page limit in L.R. 7.1(d)(3)(B) and allow it to file a 12 page reply brief.

12410238v1

WHEREFORE, Defendant General Motors LLC respectfully requests that this Honorable Court enter an Order extending the page limit for Defendant's Reply Brief in Support of Its Motion for Leave to File Amended Notice of Removal and Amended Answer to Complaint and allowing 12 pages, exclusive of the caption, Tables of Contents and Authorities, Concise Statement of Issues Presented and Certificate of Service.

Respectfully submitted,

Bowman and Brooke LLP

By: /s/Thomas P. Branigan
Thomas P. Branigan (P41774)
Elizabeth A. Favaro (P69610)
Attorneys for Defendant
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI  48304
248.205.3300 ph / 248.205.3399 fx
tom.branigan@bowmanandbrooke.com
elizabeth.favaro@bowmanandbrooke.com

12410238v1

# CERTIFICATE OF SERVICE

I certify that on July 23, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>Victor J. Mastromarco, Jr. (P35464)
>Russell C. Babcock (P57662)
>The Mastromarco Firm
>Attorneys for Plaintiff
>1024 N. Michigan Avenue
>Saginaw, MI  48602
>989.752.1414 / 989.752.6202 fx
>Vmastromar@aol.com
>russellbabcock@aol.com

>Bowman and Brooke LLP

>By:   /s/Thomas P. Branigan
>Thomas P. Branigan (P41774)
>Elizabeth A. Favaro (P69610)
>Attorneys for Defendant
>41000 Woodward Avenue
>Suite 200 East
>Bloomfield Hills, MI  48304
>248.205.3300 ph / 248.205.3399 fx
>tom.branigan@bowmanandbrooke.com
>elizabeth.favaro@bowmanandbrooke.com

12410238v1