# Exhibit 6

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

July 23, 2015

**VIA ECF FILING**
Catherine O'Hagan Wolfe, Esq.
Clerk of Court
United States Court of Appeals
   For the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *In re Motors Liquidation Co.*
             **Court of Appeals Docket Nos. 15-1958, 15-2079, 15-2131**

Dear Ms. O'Hagan Wolfe:

     King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced appeals from the Judgment, dated June 1, 2015 ("**Judgment**") of the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**"). As referenced in certain of the petitions, cross-petitions and responses filed with respect to the request for a direct appeal of the Judgment to this Court, a motion for reconsideration, to reargue and/or to amend the Judgment ("**Motion for Reconsideration**") was previously filed with the Bankruptcy Court, which concerns the effectiveness of the appeals.

     We write to inform the Court that, by Decision and Order dated July 22, 2015 ("**Decision**"), the Motion for Reconsideration was denied by the Bankruptcy Court, and the Judgment will therefore remain the same. A copy of the Decision is annexed hereto as Exhibit "A."

     In addition, District Judge Furman in the Multidistrict Litigation pending in the United States District Court for the Southern District of New York ("**District Court**"), *In re: General Motors LLC Ignition Switch Litigation*, Case No. 14-MD-2543 (JMF), in the context of deciding whether motion practice on the Second Amended Consolidated Complaint should go forward in

26273688v1

Catherine O'Hagan Wolfe, Esq.
July 23, 2015
Page 2

the District Court, stated in an Endorsed Order dated July 15, 2015 ("**July 15 MDL Order**") as follows:

> The Court will revisit the issue after the question of whether the SACC [Second Amended Consolidated Complaint] is consistent with the Bankruptcy Court's judgment is resolved, at which point it will decide whether motion practice should also await resolution of the appeals from the Bankruptcy Court's judgment --- a decision that may turn on whether the Second Circuit agrees to hear the appeal directly (which would presumably expedite matters considerably, as any decision by this Court on an appeal from the Bankruptcy Court would presumably be appealed, in turn, to the Second Circuit anyway --- resulting in a delay of months, if not years) and, if so, on whether the parties agree to seek expedited treatment of the appeal from the Second Circuit.

July 15 MDL Order, at 6. A copy of the July 15 MDL Order is annexed hereto as Exhibit "B."

New GM respectfully submits this Court should now act on the pending petitions and cross-petition for a direct appeal of the Judgment.

    Respectfully submitted,

    */s/ Arthur Steinberg*

    Arthur Steinberg

AJS/sd
Encl.

cc:    Gary Peller
       Josh Davis
       Edward S. Weisfelner
       Howard Steel
       Sander L. Esserman
       Jonathan L. Flaxer
       S. Preston Ricardo
       Matthew J. Williams
       Lisa H. Rubin
       Keith Martorana
       Daniel Golden
       Deborah J. Newman
       Jamison Diehl
       William Weintraub
       Steve W. Berman
       Elizabeth J. Cabraser
       Robert C. Hilliard