# CT

July 22, 2015

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY  10019

Re: Motors Liquidation Company, etc., et al., Debtors, Motors Liquidation Company Avoidance Action Trust, etc., Pltf. vs. JPMorgan Chase Bank, N.A., et al., Dfts. // To: Bechtel Tr & Thrift Plan Becon Tr & Thrift Plan

Case No. 0950026

Dear Sir/Madam:

Bechtel Tr & Thrift Plan Becon Tr & Thrift Plan is not listed on our records or on the records of the State of CA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527504429

Sent By Regular Mail

cc: Southern District of New York - United States Bankruptcy Court
    300 Quarropas Street,
    White Plains, NY  10601


**(Returned To)**

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY  10019