| | |
|---|---|
| Edward S. Weisfelner | Sander L. Esserman |
| David J. Molton | STUTZMAN, BROMBERG, ESSERMAN & |
| May Orenstein | PLIFKA, A PROFESSIONAL |
| Howard S. Steel | CORPORATION |
| BROWN RUDNICK LLP | 2323 Bryan Street, Suite 2200 |
| Seven Times Square | Dallas, Texas 75201 |
| New York, New York 10036 | Telephone: 214-969-4900 |
| Telephone: 212-209-4800 | Email: esserman@sbep-law.com |
| Email: eweisfelner@brownrudnick.com | |
| Email: dmolton@brownrudnick.com | |
| Email: morenstein@brownrudnick.com | |
| Email: hsteel@brownrudnick.com | |

*Designated Counsel for the Ignition Switch Plaintiffs
& Certain Non-Ignition Switch Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:  :  *Chapter 11*
MOTORS LIQUIDATION COMPANY, et al.,  :  *Case No.: 09-50026 (REG)*
    f/k/a General Motors Corp., et al.,  :
                                         :
                        Debtors.  :  *(Jointly Administered)*

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF QUEENS      )

Michael A. Jackson being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Kew Gardens, New York.

On the 23rd day of July, 2015, I caused to be served a true copy of the following documents on the parties listed on the attached Service List A by email and overnight mail:

- Stipulation and Agreed Order Tolling Certain of the Ignition Switch Plaintiffs' No Strike Pleading with Regards to the Second Amended Consolidated Complaint; and the Non-Ignition Switch Plaintiffs' (I) Objection Pleading with Regard to the Second Amended Consolidated Complaint and (II) GUC Trust Asset Pleading and the Amended Reservation of Rights of Certain Non-ISD Pre-Closing Accident Plaintiffs [Dkt. No. 13315]

                                                                    Michael A. Jackson

Sworn to before me this
27th day of July, 2015

_____
Notary Public

        **KAREN FORTE**
**Notary Public, State of New York**
       No. 01FO6063349
    Qualified in Kings County
**Commission Expires August 27, 20\_17\_**

## SERVICE LIST A

GIBSON, DUNN & CRUTCHER LLP
Attn: Matthew J. Williams, Esq.
Lisa H. Rubin, Esq.
Keith Martorana, Esq.
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

mjwilliams@gibsondunn.com
lrubin@gibsondunn.com
kmartorana@gibsondunn.com
awu@gibsondunn.com

AKIN GUMP STRAUSS HAUER &
FELD LLP
Attn: Daniel H. Golden Esq.
Deborah J. Newman Esq.
Naomi Moss Esq.
One Bryant Park
New York, New York 10036

dgolden@akingump.com
dnewman@akingump.com
nmoss@akingump.com

KING & SPALDING LLP
Attn. Arthur Steinberg, Esq.
1185 Avenue of the Americas
New York, NY 10036-4003

asteinberg@kslaw.com
sdavidson@kslaw.com

KIRKLAND & ELLIS LLP
Attn: Andrew B. Bloomer, P.C.
Richard C. Godfrey, P.C.
300 North LaSalle
Chicago, Illinois 60654

andrew.bloomer@kirkland.com
rgodfrey@kirkland.com

GOODWIN PROCTOR LLP
Attn: William P. Weintraub, Esq.
Gregory W. Fox, Esq.
The New York Times Bldg.
620 Eighth Avenue
New York, New York 10018

wweintraub@goodwinproctor.com
gfox@goodwinproctor.com

61989805 v1-WorksiteUS-031730/0001