HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: 206-623-7292

– and –

ROBINSON CALCAGNIE ROBINSON
SHAPIRO DAVIS, INC.
Mark P. Robinson, Jr. (*pro hac vice*)
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone: 940-720-1292

*Counsel for The People of the State of
California, acting by and through Orange
County District Attorney Tony Rackauckas*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORP., *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEAL

The People of the State of California, acting by and through Orange County District

Attorney Tony Rackauckas, hereby appeal from the *Judgment*, dated June 1, 2015 (ECF No.

13177) (the "**Judgment**") and the *Decision on Motion to Enforce Sale Order*, dated April 15,

2015 (ECF No. 13109) (the "**Decision**") pursuant to 28 U.S.C. § 158(a) and Rules 8002 and

- 1 -

010440-12  796961 V1

8003 of the Federal Rules of Bankruptcy Procedure.[1]  Under Rule 8002(b)(1) of the Federal

Rules of Bankruptcy Procedure, the time to file this appeal runs from the entry of the *Decision

and Order on Bledsoe Plaintiffs' Reargument and Other Post Judgment Motions*, dated July 22,

2015 (ECF No. 13313) (the "**Reargument Order**").

A copy of the Judgment is attached as **Exhibit A** and a copy of the Decision is attached

as **Exhibit B**.  A copy of the Reargument Order is attached as **Exhibit C.**

The parties to the Judgment and the Decision appealed from, and the names, addresses,

and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys** |
|---|---|
| The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman (*pro hac vice*)<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington  98101<br>T:  206-623-7292<br><br>**ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.**<br>Mark P. Robinson, Jr. (*pro hac vice*)<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>T:  940-720-1292 |

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Judgment.

| Party | Attorneys |
|---|---|
| Ignition Switch Plaintiffs | **BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br>Howard S. Steel<br>Seven Times Square<br>New York, New York 10036<br>T: 212-209-4800<br><br>**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>T: 214-969-4900 |
| Ignition Switch Pre-Closing Accident Plaintiffs | **GOODWIN PROCTOR LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800 |
| Groman Plaintiffs | **GOLDENBOCK, EISEMAN, ASSOR, BELL & PESKOE, LLP**<br>Jonathan L. Flaxer<br>S. Preston Ricardo<br>437 Madison Avenue<br>New York, New York 10022<br>T: 212-907-7300 |
| General Motors LLC (New GM) | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, New York 10036<br>T: 212-556-2100<br><br>**KIRKLAND & ELLIS LLP**<br>Richard C. Godfrey<br>Andrew B. Bloomer<br>300 North LaSalle<br>Chicago, Illinois 60654<br>T: 312-862-2000 |

010440-12  796961 V1

| Party | Attorneys |
|---|---|
| Wilmington Trust Company, as GUC Trust Administrator | **GIBSON, DUNN & CRUTCHER, LLP**<br>Lisa H. Rubin<br>Matthew Williams<br>Adam H. Offenhartz<br>Aric H. Wu<br>Keith R. Martorana<br>200 Park Avenue<br>New York, New York 10166<br>T: 212-351-3845 |
| Participating GUC Trust Unit Trust Holders | **AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**<br>Daniel Golden<br>Deborah J. Newman<br>Jamison A. Diehl<br>Naomi Moss<br>One Bryant Park<br>New York, New York, 10036<br>T: 212-872-1000 |

Dated: July 31, 2015

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel.: 206-623-7292
steve@hbsslaw.com

ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
Mark P. Robinson, Jr. (*pro hac vice*)
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel.: 949-720-1288
mrobinson@rcrlaw.net

- 4 -

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015, I caused the People of the State of California's Notice of Appeal to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: July 31, 2015

/s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel.: 206-623-7292
steve@hbsslaw.com

*Counsel for the People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas*