# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

July 31, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

      Re:    In re Motors Liquidation Company, *et al.*
                  Case No. 09-50026 (REG)

**Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter.  Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM's Motions to Enforce.  Specifically,

1. On July 21, 2015, the plaintiff in *Pillars v. General Motors LLC*, Case No. 1:15-cv-11360-TLL-PTM (E.D. Mi.) ("**Pillars Lawsuit**"), which is pending in the United States District Court for the Eastern District of Michigan ("**Michigan District Court**"), filed a response ("**Pillars Response**") to *Defendant General Motors LLC's Motion For Leave To File Amended Notice Of Removal And Amended Answer* ("**Motion to Amend**")[1]. On July 23, 2015, New GM filed its reply to the Pillars Response with the Michigan District Court ("**New GM Reply**").[2] On July 30, 2015, the plaintiff filed a *Motion to Supplement Plaintiff's Response to Defendant's Motion for Leave to File Amended Notice of Removal and*

---

[1] A copy of the Motion to Amend was attached to New GM's letter to the Court dated July 20, 2015 [Dkt. No. 13308].

[2] A copy of the Pillars Response and the New GM Reply were attached to New GM's letter to the Court dated July 24, 2015 [Dkt. No. 13320].

26283968v1

Honorable Robert E. Gerber
July 31, 2015
Page 2

*Amended Answer* ("**Pillars Supplemental Response**"), and New GM filed a reply to Pillars Supplemental Response later that same day. Copies of the pleadings filed on July 30, 2015, are annexed hereto as **Exhibits "1"** and **"2"** respectively.

2. On July 28, 2015, the Groman Plaintiffs filed with the Second Circuit a motion to intervene in the appeals of the Judgment. A copy of the motion is attached hereto as **Exhibit "3"**.

3. On July 30, 2015, the States of California and Arizona filed their *Reply In Support of Motion to Withdraw the Reference with Regard to No Strike Pleadings Filed by the States of California and Arizona*, and the Ignition Switch Plaintiffs filed their *Reply in Support of Motion to Withdraw the Reference for the Ignition Switch Plaintiffs' No Strike Pleading with Regard to the Second Amended Consolidated Complaint; and the Non-Ignition Switch Plaintiffs' (I) Objection Pleading with Regard to the Second Amended Consolidated Complaint and (II) GUC Trust Asset* Pleading, in the District Court. Copies of these two pleadings filed on July 30, 2015, are annexed hereto as **Exhibits "4"** and **"5"** respectively.

4. Today, July 31, 2015, counsel for New GM and Lead and Liaison Counsel filed a joint letter ("**Joint Letter**") addressed to Judge Furman to advise on matters of possible significance in proceedings related to MDL 2543, which includes an update on the status of this bankruptcy case. A copy of the Joint Letter, without exhibits,[3] is attached hereto as **Exhibit "6"**.

Respectfully submitted,

*/s/ Scott Davidson*

Scott Davidson

AJS/sd
Encl.

cc:    Edward S. Weisfelner
       Howard Steel
       Sander L. Esserman
       Jonathan L. Flaxer
       S. Preston Ricardo
       Matthew J. Williams
       Lisa H. Rubin

---

[3] There are 26 exhibits annexed to the Update Letter, most of which are documents that have previously been filed with this Court; the other documents are either attached as exhibits to this letter, or do not appear relevant to this bankruptcy case. To the extent the Court believes any other exhibits should be filed, New GM will do so promptly.

Honorable Robert E. Gerber
July 31, 2015
Page 3

    Keith Martorana
    Daniel Golden
    Deborah J. Newman
    Jamison Diehl
    William Weintraub
    Steve W. Berman
    Elizabeth J. Cabraser
    Robert C. Hilliard
    Victor J. Mastromarco, Jr.
    Russell C. Babcock