09-50026-mg    Doc 13342    Filed 07/31/15    Entered 08/04/15 16:15:57    Main Document
Pg 1 of 4



RECEIVED JUL 31 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

July 24, 2015

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY 10019-6708

Re: In re: Motors Liquidation Company, etc., et al., Debtors., Motors Liquidation Company Avoidance Action Trust, etc., Pltf. vs. JPMorgan Chase Bank, N.A., et al., Dfts.

Case No. 0950026REG

Dear Sir/Madam:

Caterpillar is not listed on our records or on the records of the State of NY.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527512980

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

(Returned To)

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY 10019-6708



July 24, 2015

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY 10019

Re: Motors Liquidation Company, etc., et al., Debtors and Motors Liquidation Company Avoidance Action Trust, etc., Pltf. vs. JPMorgan Chase Bank, N.A., et al., Dfts. // To: Russell Strategic Bond Fund

Case No. 0950026REG

Dear Sir/Madam:

Russell Strategic Bond Fund is not listed on our records or on the records of the State of NY.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527510979

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

(Returned To)

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY 10019



July 23, 2015

Eric B. Fisher
*Dickstein Shapiro LLP*
1633 Broadway,
New York, NY 10019

Re: Motors Liquidation Company, etc., et al., Debtors and Motor Liquidation Company Avoidance Action Trust, etc., Pltf. vs. JPMorgan Chase Bank, NA., et al., Dfts. // To: Blackrock High Yield Trust

Case No.

*Dear Sir/Madam:*

Blackrock High Yield Trust is not listed on our records or on the records of the State of NY.

CT was unable to forward.

Very truly yours,

C T Corporation System

Log# 527510935

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

(Returned To)

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY 10019



July 22, 2015

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY 10019

Re: Motors Liquidation Company, etc., et al., Debtors, Motors Liquidation Company Avoidance Action Trust, etc., Pltf. // To: JPMorgan Chase Bank, N.A., et al., Dft. // To: Reams - Emerson Electric Company Retirement Master Trust

Case No. 0950026REG

Dear Sir/Madam:

Our records indicate that we represent more than one entity beginning with the name: ( Reams - Emerson Electric Company Retirement Master Trust ). In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please amended, return the document(s) to us and we will be glad to forward it on.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527507672

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
   One Bowling Green,
   New York, NY 10004


(Returned To)

Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway,
New York, NY 10019