# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                  :
In re:                                         :
MOTORS LIQUIDATION COMPANY, et al.,   :        ORDER
        f/k/a General Motors Corp., et al.,      :
                                                  :
                              Debtors.     :
---------------------------------------------------------------x

**ORDER GRANTING MOTION TO WITHDRAW THE REFERENCE
OF (I) MOTION BY GENERAL MOTORS LLC TO ENFORCE THE
STAY IMPOSED BY THE JUDGMENT, DATED JUNE 1, 2015
AGAINST THE STATES AND PLAINTIFFS REPRESENTED
BY DESIGNATED COUNSEL, AND (II) THE IGNITION SWITCH
PLAINTIFFS', CERTAIN NON-IGNITION SWITCH PLAINTIFFS' AND THE
STATES' OBJECTION TO MOTION BY GENERAL MOTORS LLC TO ENFORCE
THE STAY IMPOSED BY THE JUDGMENT, DATED JUNE 1, 2015, AGAINST
THE STATES AND PLAINTIFFS REPRESENTED BY DESIGNATED COUNSEL**

       Upon consideration of the *Motion to Withdraw the Reference* pursuant to 28 U.S.C. § 157(d), Bankruptcy Rule 5001 and Local Bankruptcy Rule 5011-1 (the "Motion")[1] and the accompanying *Memorandum of Law*, filed by the Plaintiffs and the States, and all responses and objections, if any thereto,

IT IS HEREBY ORDERED THAT

       1.       The Motion is GRANTED as set forth in this Order.

       2.       The reference of the *Motion By General Motors LLC To Enforce The Stay Imposed By The Judgment, Dated June 1, 2015, Against The States And Plaintiffs Represented By Designated Counsel*, dated July 10, 2015 [ECF No. 13289], and *The Ignition Switch Plaintiffs', Certain Non-Ignition Switch Plaintiffs' and the States' Objection to Motion to Withdraw the Reference of (I) Motion By General Motors LLC To Enforce The Stay Imposed By*

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*The Judgment, Dated June 1, 2015, Against The States And Plaintiffs Represented By Designated Counsel*, dated August 5, 2015 [ECF No. 13344], is hereby WITHDRAWN.

SO ORDERED.

Dated: _____, 2015

                                                          United States District Court Judge