# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

August 6, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      Re:    In re Motors Liquidation Company, *et al.*
                Case No. 09-50026 (REG)

**Letter Regarding Status of Pillars' No Stay Pleading**

Dear Judge Gerber:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. We write to provide the Court, pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], with an update on developments in proceedings relating to New GM's Motions to Enforce.

      As the Court was informed by New GM's letter dated July 24, 2015 [Dkt. No. 13320] ("**July 24 Letter**"), New GM filed with the United States District Court for the Eastern District of Michigan ("**Michigan District Court**"), in the case captioned *Pillars v. General Motors LLC*, Case No. 15-11360 ("**Pillars Lawsuit**"), a *Motion For Leave To File Amended Notice Of Removal And Amended Answer* ("**Motion to Amend**"). On August 5, 2015, the Michigan District Court granted the Motion to Amend ("**Order**"), which permits New GM to amend its Answer and Notice of Removal to correct the inadvertent error respecting the language found in Section 2.3(a)(ix) of the Sale Agreement. A copy of the Order is attached hereto as **Exhibit A**.

      Pursuant to the Order, New GM filed: (i) *General Motors LLC's First Amended Answer to Plaintiffs Amended Complaint*, and (ii) *Defendant's Amended Notice of Removal*, in the

26260351v1

Honorable Robert E. Gerber
Aug. 6, 2015
Page 2

Michigan District Court, which corrected the inadvertent error. Copies of these pleadings are attached hereto as **Exhibits B** and **C**, respectively.

                Respectfully submitted,

                */s/ Arthur Steinberg*

                Arthur Steinberg

AJS/sd
Encl.

cc:    Victor J. Mastromarco (counsel for Mr. Pillars)
        Russell C. Babcock (counsel for Mr. Pillars)
        Edward S. Weisfelner
        Howard Steel
        Sander L. Esserman
        Jonathan L. Flaxer
        S. Preston Ricardo
        Matthew J. Williams
        Lisa H. Rubin
        Keith Martorana
        Daniel Golden
        Deborah J. Newman
        Jamison Diehl
        William Weintraub
        Steve W. Berman
        Elizabeth J. Cabraser
        Robert C. Hilliard