Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone:  206-623-7292
Email: steve@hbsslaw.com

*Co-Lead Counsel in the MDL Proceeding
for the Ignition Switch Plaintiffs and Certain Non-
Ignition Switch Plaintiffs; and Counsel for the
People of the State of California, acting by and
through Orange County District Attorney Tony
Rackauckas and the State of Arizona*

Mark P. Robinson Jr. (*pro hac vice*)
ROBINSON CALCAGNIE ROBINSON
SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: 949-720-1288
Email: mrobinson@rcrlaw.net

*Counsel for the People of the State of California,
acting by and through Orange County District
Attorney Tony Rackauckas*

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone:  414-956-1000
Email: ecabraser@lchb.com

*Co-Lead Counsel in the MDL Proceeding
for the Ignition Switch Plaintiffs and Certain Non-
Ignition Switch Plaintiffs*

Edward S. Weisfelner
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: 212-209-4800
Email: eweisfelner@brownrudnick.com

-and-

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  214-969-4900
Email:  esserman@sbep-law.com

*Designated Counsel in the Bankruptcy Proceeding
for the Ignition Switch Plaintiffs and Certain Non-
Ignition Switch Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

### **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |


Michael A. Jackson being duly sworn, deposes and says:  I am not a party to the within

action, am over 18 years of age and reside in Kew Gardens, New York.

On the 6th day of August, 2015, I caused to be served a true copy of the following documents

on the parties listed on the attached Service List A by overnight mail:

- The Ignition Switch Plaintiffs' and Certain Non-Ignition Switch Plaintiffs' Objection to Motion By General Motors LLC To Enforce The Stay Imposed By The Judgment, Dated June 1, 2015, Against The States And Plaintiffs Represented By Designated Counsel [Dkt. No. 13344]

- Motion to Withdraw the Reference of (I) Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, Against the States and Plaintiffs Represented by Designated Counsel, and (II) The Ignition Switch Plaintiffs', Certain Non-Ignition Switch Plaintiffs' and the States' Objection to Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, Against the States and Plaintiffs Represented by Designated Counsel [Dkt. No. 13345]

- Memorandum of Law in Support of Motion to Withdraw the Reference of (I) Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, Against the States and Plaintiffs Represented by Designated Counsel, and (II) The Ignition Switch Plaintiffs', Certain Non-Ignition Switch Plaintiffs' and the States' Objection to Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, Against the States and Plaintiffs Represented by Designated Counsel [Dkt. No. 13346]

Michael A. Jackson

Sworn to before me this
7th day of August, 2015

Notary Public

Amy J. Cunningham
Notary Public, State of New York
No. 01CU6004605
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 23, 20__

## SERVICE LIST A

KING & SPALDING LLP
Attn. Arthur Steinberg
Scott Davidson
1185 Avenue of the Americas
New York, NY 10036-4003