KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
In re                                              :   Chapter 11
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :   Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., *et al.*        :
                                                   :
                          Debtors.                 :   (Jointly Administered)
                                                   :
----------------------------------------------------------------x


**GENERAL MOTORS LLC'S COUNTER–DESIGNATION**
**OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**
**REGARDING PLAINTIFFS' MOTION FOR 60(B) RELIEF (DORIS PHILLIPS)**
<u>**SETTING ASIDE THE SETTLEMENT AGREEMENT**</u>

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), General Motors LLC ("**New GM**") submits this counter-designation of additional items to be included in the record on appeal in connection with the designation of record on appeal by Doris Powledge Phillips [ECF No. 13317] of the *Order on Motion or 60(B) Relief (Doris Phillips)*, dated June 29, 2015 [ECF No. 13258] ("**Order**").

## COUNTER-DESIGNATION OF RECORD

In addition to the items designated in *Plaintiffs' Statement of Issues and Designation of Record on Appeal Regarding Plaintiffs' Motion for 60(B) Relief (Doris Phillips) Setting Aside the Settlement Agreement*, dated July 24, 2015 [ECF No. 13317], New GM submits the following designation of additional items to be included in the record on appeal (including any exhibit, annex, appendix or addendum thereto):

| Item No. | Date Filed | Description | Docket No. |
|---|---|---|---|
| 1. | 08/25/2010 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors: Doris Powledge (Claim No. 44614, Amount $55,000,000.00). To Dover Master Fund II, L.P., dated August 25, 2010 | 6793 |
| 2. | 08/25/2010 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors: Amber Powledge (Claim No.44615, Amount $5,000,000.00). To Dover Master Fund II, L.P., dated August 25, 2010 | 6794 |
| 3. | 08/25/2010 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors: Austin Powledge (Claim No. 44616, Amount $5,000,000.00). To Dover Master Fund II, L.P., dated August 25, 2010 | 6795 |
| 4. | 08/25/2010 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors: Mary Powledge (Claim No. 44617, Amount $5,000,000.00). To Dover Master Fund II, L.P., dated August 25, 2010 | 6796 |
| 5. | 4/20/2015 | Objection By General Motors LLC to Plaintiffs First Amended Rule 60(B)(6) Motion For Relief from August 9, 2010 Stipulation And Settlement Resolving Claim No. 44614, Or Alternatively, Rule 60(D) Motion to Set Aside | 13112 |
| 6. | 04/20/2015 | Response of GUC Trust Administrator to Mrs. Phillips' Amended Motion for Relief from, Or To Set Aside, the August 9, 2010 Stipulation and Settlement Resolving Claim No. 44614 | 13113 |
| 7. | 04/20/2015 | Declaration of Lisa H. Rubin, Esq. in Support of Response of GUC Trust Administrator to Mrs. Phillips' Amended Motion for Relief from, Or To Set Aside, the August 9, 2010 | 13114 |

|    |            | Stipulation and Settlement Resolving Claim No. 44614 |       |
|----|------------|------------------------------------------------------|-------|
| 8. | 04/21/2015 | Exhibit 12 to the Declaration of Lisa Rubin, Esq. in Support of Response of GUC Trust Administrator to Mrs. Phillips' Amended Motion for Relief from, Or To Set Aside, the August 9, 2010 Stipulation and Settlement Resolving Claim No. 44614 | 13116 |
| 9. | 05/12/2015 | Joint Letter on behalf of the GUC Trust and New GM re: Spaulding Decision | 13138 |
| 10. | 05/12/2015 | Letter to the Honorable Judge Gerber Filed by Joshua Paul Davis on behalf of Doris Powledge | 13142 |
| 11. | 05/13/2015 | Joint Letter from Lisa H. Rubin and Arthur Steinberg, on Behalf of the GUC Trust and New GM to The Honorable Robert R. Gerber, United States Bankruptcy Court Southern District of New York, dated May 13, 2015, regarding Amended Motion of Doris Powledge Phillips | 13145 |
| 12. | 05/08/2015 | Transcript regarding Hearing Held on 5/7/2015 9:47 AM RE: Motion Filed by Doris Phillips for Relief from August 9, 2010 Stipulation and Settlement Resolving Claim No. 44614, or Alternatively, Motion to Set Aside | 13151 |

Dated: New York, New York
      August 7, 2015

                                  Respectfully submitted,

                                  /s/ Arthur Steinberg
                              Arthur Steinberg
                              Scott Davidson
                              KING & SPALDING LLP
                              1185 Avenue of the Americas
                              New York, New York 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                              Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                              KIRKLAND & ELLIS LLP
                              300 North LaSalle
                              Chicago, IL 60654
                              Telephone: (312) 862-2000
                              Facsimile: (312) 862-2200

                              *Attorneys for General Motors LLC*