William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP,
Thomas J. Henry Injury Attorneys, Girard
Gibbs LLP, and Jordan Hyden, Womble and
Culbreth P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                           :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., et al.,                   :
                                                              :
                                          Debtors.            :    (Jointly Administered)
-------------------------------------------------------------X

**RESPONSE OF CERTAIN NON-ISD PRE-CLOSING ACCIDENT
PLAINTIFFS TO THE OMNIBUS RESPONSES OF GENERAL
MOTORS LLC, WILMINGTON TRUST COMPANY, AS GUC TRUST
ADMINISTRATOR AND TRUSTEE, AND THE PARTICIPATING
UNITHOLDERS TO (A) THE NON-IGNITION SWITCH PLAINTIFFS'
GUC TRUST ASSET PLEADING AND (B) CERTAIN NON-IGNITION SWITCH
PRE-CLOSING ACCIDENT PLAINTIFFS' AMENDED RESERVATION OF RIGHTS**

Goodwin Procter, LLP, as counsel to Hilliard Muñoz Gonzales LLP, Thomas J. Henry

Injury Attorneys, Girard Gibbs LLP, and Jordan Hyden, Womble and Culbreth P.C., which firms

in turn represent the Non-Ignition Switch Pre-Closing Accident Plaintiffs[1] identified on Exhibit

A hereto (the "Non-ISD Pre-Closing Accident Plaintiffs"), responds to the Omnibus Responses

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Judgment entered in the above-captioned chapter 11 case on June 1, 2015 [ECF No. 13177] (the "Judgment"). So there is no misunderstanding, the Non-Ignition Switch Pre-Closing Accident Plaintiffs are not Non-Ignition Switch Plaintiffs as defined in the Judgment.

of Wilmington Trust Company, as GUC Trust Administrator and Trustee, and the Participating Unitholders to (A) the Non-Ignition Switch Plaintiffs' GUC Trust Asset Pleading and (B) Certain Non-Ignition Switch Pre-Closing Accident Plaintiffs' Amended Reservation of Rights [Docket Nos. 13351 and 13352] as follows:

1. The Judgment does not require the Non-Ignition Switch Pre-Closing Accident Plaintiffs to file a GUC Trust Asset Pleading to reserve rights.

2. There is no basis under the Judgment to construe the *Amended Reservation of Rights of Certain Non-ISD Pre-Closing Accident Plaintiffs* [Docket No. 13254] as a GUC Trust Asset Pleading. Indeed, the Non-ISD Pre-Closing Accident Plaintiffs have not filed late proofs of claim to date, which is a prerequisite to filing a GUC Trust Asset Pleading under paragraph 13(d) of the Judgment.

3. The Non-Ignition Switch Pre-Closing Accident Plaintiffs identified on Exhibit A restate and reaffirm the reservation of the rights afforded them under the Judgment and under applicable law. *See e.g.,* Judgment at ¶ 13(a) ("To the extent an issue shall arise in the future as to whether (i) the Non-Ignition Switch Pre-Closing Accident Plaintiffs and Non-Ignition Switch Plaintiffs were known or unknown creditors of the Debtors, (ii) the doctrine of equitable mootness bars the use of any GUC Trust Assets to satisfy late-filed claims of the Non-Ignition Switch Pre-Closing Accident Plaintiffs and Non-Ignition Switch Plaintiffs, or (iii) the Non-Ignition Switch Pre-Closing Accident Plaintiffs or Non-Ignition Switch Plaintiffs were otherwise bound by the provisions of the Sale Order, the Non-Ignition Switch Pre-Closing Accident Plaintiffs or Non-Ignition Switch Plaintiffs shall be required to first seek resolution of such issues from this Court before proceeding any further against New GM and/or the GUC Trust.").[2]

---

[2] It is worth noting that when quoting from paragraph 13(a) of the Judgment in its omnibus response, New GM chose to replace the above-quoted language with ellipses. *See Omnibus Response By General Motors LLC to (I) the*

2

| | |
|---|---|
| Dated: August 7, 2015 | Respectfully submitted, |
| | /s/ *William P. Weintraub* |
| | William P. Weintraub |
| | Gregory W. Fox |
| | GOODWIN PROCTER LLP |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, NY 10018 |
| | Tel.: 212.813.8800 |
| | Fax:  212.355.3333 |
| | wweintraub@goodwinprocter.com |
| | gfox@goodwinprocter.com |
| | |
| | *Counsel for Hilliard Muñoz Gonzales LLP,* |
| | *Thomas J. Henry Injury Attorneys,* |
| | *Girard Gibbs LLP, and Jordan Hyden,* |
| | *Womble and Culbreth P.C.* |

---

*GUC Trust Asset Pleading Filed By the Non-Ignition Switch Plaintiffs and (II) the Amended Reservation of Rights of Certain Non-ISD Pre-Closing Accident Plaintiffs* [Docket No. 13352] at ¶ 2.

# **EXHIBIT A**

### Non-ISD Pre-Closing Accident Plaintiffs

| | |
|---|---|
| 1. | Adams, Ernest IARE Elizabeth Williams |
| 2. | Akin, Allen |
| 3. | Amsdill, Scott |
| 4. | Ankerich, Niki |
| 5. | Ashford, Gracie |
| 6. | Ayers, Derick IARE Reid Ayers |
| 7. | Bageon, Sheila |
| 8. | Baker, Walter |
| 9. | Bannarn, Dennis |
| 10. | Barkwell, Linda IARE Randall Forrester |
| 11. | Barner, Jasmine |
| 12. | Barrett, Lowary |
| 13. | Beachler, Ryan J. |
| 14. | Beaulieu, Keri |
| 15. | Becker, Patricia |
| 16. | Bendermon, Athena |
| 17. | Bendermon, Athena IARE Tony Bendermon |
| 18. | Bennett, Virginia |
| 19. | Blanchard, Geneva IARE James McAlister |
| 20. | Blanton, Melinda |
| 21. | Bonney, Mary |
| 22. | Borer, Gerald R. |
| 23. | Bowers, Johnnie |
| 24. | Boyd, David |
| 25. | Breuer, Patricia |
| 26. | Brisky, Clinton |
| 27. | Brooks, Michael |
| 28. | Broom, Carrenyta |
| 29. | Brown, Barbara |
| 30. | Brown, Melinda iare Brenda Inman |
| 31. | Brown, Woodrow |
| 32. | Buhl, Kimberly |
| 33. | Buie, Darell |
| 34. | Burton, Shari |
| 35. | Butler, Jeffrey |
| 36. | Callahan, Gerald |
| 37. | Callahan, Herbert |
| 38. | Carney, Maurice |
| 39. | Carolyn Polk IARE Polk, Terrance |
| 40. | Carpenter, Charles iare Brenda Inman |
| 41. | Casey, Isaac |
| 42. | Cason, Kiara |
| 43. | Cason, Lavecia |
| 44. | Cavins, Jane |
| 45. | Cazes, Keagan |
| 46. | Cazes, Kristi |
| 47. | Chapman, Edgar |
| 48. | Charlot, Alison iare Alonzo Charlot |
| 49. | Chevalier, Justin |

| | |
|---|---|
| 50. | Clanton, Joseph |
| 51. | Clark, Leo |
| 52. | Coleman, Rhonda S. IARE Jeffrey Coleman |
| 53. | Connelly, Thomas |
| 54. | Contreras, Darius |
| 55. | Contreras, Gabriel |
| 56. | Contreras, Melissa |
| 57. | Craft, Billie |
| 58. | Craft, Gary |
| 59. | Creech, Kerry |
| 60. | Crew, Richard |
| 61. | Cunningham, Eric |
| 62. | Curry, Annie |
| 63. | Curry, Jacqueline |
| 64. | Damouth, Robin |
| 65. | Davis, Donna iare Kendra Davis |
| 66. | Davis, Saint |
| 67. | Delk, Brittany |
| 68. | Delk, Sherille IANF Timothy Delk |
| 69. | Delk, Valeria |
| 70. | Demps, Jr., Willie Gene |
| 71. | Demps, Virginia |
| 72. | Dockett, Curlee |
| 73. | Donnell, Ieisha |
| 74. | Donnell, Lisa |
| 75. | Donnell, Michelle R. |
| 76. | Douglas, Thomas |
| 77. | Drake, Stephen |
| 78. | Dunbar, Alternetta |
| 79. | Duncan, Lynda |
| 80. | Dunson, Jamie |
| 81. | Edwards, Cedric |
| 82. | Edwards, Kahlil |
| 83. | Edwards, Shan |
| 84. | Everwein, Stacie |
| 85. | Faulk, Sarah |
| 86. | Faulkner, Bennie POA Elsia Faulkner |
| 87. | Floyd, Delores |
| 88. | Fowler, Joseph |
| 89. | Freeman, Gertrude |
| 90. | Fugate, Wanda |
| 91. | Fusilier, Raymond |
| 92. | Gaston Jr, Darryl R |
| 93. | Gautreau, Keith |
| 94. | Ghesquiere, Dan |
| 95. | Goad, Lisa iare Justin Wayne Goad |
| 96. | Gonser, LuAnn |
| 97. | Gonzales, Simon |
| 98. | Gonzalez, Deborah iare Roberto D. Gonzalez |
| 99. | Gracia, Christopher |
| 100. | Green, Dorothy |
| 101. | Gregory, Brenda |
| 102. | Grigorenko, Stephanie IARE Stephen Grigorenko |

2

| | | |
|---|---|---|
| 103. | Grooms, Terry G. | |
| 104. | Harmenyer, Linda | |
| 105. | Harmeyer, Linda | |
| 106. | Hastings, Lucretia | |
| 107. | Hawkins, Carolyn iare Tamia Williams | |
| 108. | Haynes, Hazel IARE Jennifer Whitehorn | |
| 109. | Henley, Robert | |
| 110. | Hernandez, Jennifer | |
| 111. | Hernandez, Salvador IARE Amber Hernandez | |
| 112. | Hicks, Jennie iare Alphonso Hicks | |
| 113. | Higginbotham, Connie | |
| 114. | Higginbotham, David | |
| 115. | Hill, Raymond | |
| 116. | Hillman, Diana | |
| 117. | Howard, Tanya | |
| 118. | Howard, Tom | |
| 119. | Hudson Fugate, Nancy | |
| 120. | Hugs, Sherri | |
| 121. | Ivy, Melton | |
| 122. | Jackson, Mary | |
| 123. | Jaure, Nicole | |
| 124. | Johannessen, Roy | |
| 125. | Johnson, Margaret IANF Bryan Johnson IARE Robert Brian Johnson | |
| 126. | Johnson-Brooks, Alberta | |
| 127. | Kavanaugh, Michael IARE Norman Kavanaugh | |
| 128. | Kennedy, Naomi | |
| 129. | Kersey, Patricia IARE Carl Beale | |
| 130. | Korona, Richard | |
| 131. | Kunc, Linda | |
| 132. | Lamoreaux, Leonard | |
| 133. | Lapio, Ralph | |
| 134. | Laskey, Greg | |
| 135. | Leatherwood, Brenda | |
| 136. | Lee, Wanda | |
| 137. | Lesesne, Cheryl | |
| 138. | Lett, Tony Sr. IARE Tony Lett, Jr. | |
| 139. | Lynn, Kenneth A. | |
| 140. | Machado, Austin IARE Marie Machado | |
| 141. | Machado, Charlotte IARE Marie Machado | |
| 142. | Machado, Socrates IARE Marie Machado | |
| 143. | Maloney, Margaret | |
| 144. | Mann, Shanna | |
| 145. | Mansouri, Rchid IARE Juanita Mansouri | |
| 146. | Manuel, Timothy IARE Jessie Washington | |
| 147. | Marshall, Tammie | |
| 148. | May, Allen | |
| 149. | McCarroll, Robert | |
| 150. | McClain, Mitchell | |
| 151. | McDole, Willie | |
| 152. | McDonnell, Ron IARE Phyllis McDonnell | |
| 153. | Mecum, Jr., Franklin | |
| 154. | Meyers, Gail | |
| 155. | Montgomery, Julie | |

| | |
|---|---|
| 156. | Montz, Jessica |
| 157. | Montz, Joseph |
| 158. | Moore, Kortney |
| 159. | Morris, Clarence |
| 160. | Myles, Yvette |
| 161. | Nelson, Shemeka |
| 162. | Nichols, Christeen |
| 163. | Nichols, Richard |
| 164. | Norton, Sonja |
| 165. | O'Hare, John |
| 166. | Ortega, Santana |
| 167. | O'Shields, Mary iare Brenda Inman |
| 168. | Outland, Christy |
| 169. | Owens, Janice |
| 170. | Paine, Joshua |
| 171. | Pantiledes, Steven |
| 172. | Parker, Ryan |
| 173. | Parker, Sonja |
| 174. | Pearson, Denise IARE John Pearson |
| 175. | Peete, Getta |
| 176. | Pennell, Janet |
| 177. | Peoples, Lisa IANF Outland, Wesleigh |
| 178. | Perrin, Dennis |
| 179. | Perry, Cordelia |
| 180. | Peters, Joe |
| 181. | Pisano, Rose |
| 182. | Plante, Travis |
| 183. | Postley, Kyomi |
| 184. | Postley, Kyomi Ianf Tiffany Postley |
| 185. | Powell, Martinique |
| 186. | Powell, Ryan |
| 187. | Prewet, Pamela |
| 188. | Prewitt, Vernice |
| 189. | Purdy, Anna |
| 190. | Quinn, Ben |
| 191. | Ragsdale, Vonda iare Dorothy Davis |
| 192. | Ramadi, Muntaha |
| 193. | Ramsey, Joyce |
| 194. | Ringer, Michelle IANF Esperanza Reyna iare Mariano Reyna |
| 195. | Ringer, Michelle IANF Mariano Reyna, Jr. iare Mariano Reyna |
| 196. | Ringer, Michelle iare Mariano Reyna |
| 197. | Robin, Amanda |
| 198. | Robinette, Larry |
| 199. | Robinson, Mario |
| 200. | Robinson, Monica ianf Ty' Shunn Robinson |
| 201. | Robinson, Shamoya |
| 202. | Rodemann, Crystal |
| 203. | Rodemann, Gilbert |
| 204. | Rodemann, Jason |
| 205. | Rodemann, Rose |
| 206. | Rodgers, Dennis IARE Sarah Rogers |
| 207. | Rogers, Timothy |

4

| | |
|---|---|
| 208. | Ronald Thomas |
| 209. | ROYALSTON, CHELSEA T. IARE Royalston, Damonti |
| 210. | Ruiz, Rachel |
| 211. | Russell, Chikoa |
| 212. | Sandel, Kelly |
| 213. | Schwamberger, Linda |
| 214. | Scott, Randy |
| 215. | Scott-Sherman, Raychell |
| 216. | Scrutchens, Garrett |
| 217. | Secord, Marilyn |
| 218. | Sesson, Latasha |
| 219. | Shipman, Sheila |
| 220. | Short-Coleman, Yolanda |
| 221. | Simmons, Tina IARE Kardarius Collins |
| 222. | Sims, Derrius |
| 223. | Sink, Holly |
| 224. | Slucher, Larry |
| 225. | Slucher, Larry IARE Angela Slucher |
| 226. | Small, Kenneth |
| 227. | Solomon, Jerald |
| 228. | Sosa, Mike |
| 229. | Sowers, Adam |
| 230. | Suarez, Raymond |
| 231. | Taylor, Virginia A. |
| 232. | Thomas, Frank |
| 233. | Thomas, Milton |
| 234. | Townsend, Jennifer |
| 235. | Tracy, Teresa |
| 236. | Tracy, Teresa IARE Zachary Tracy |
| 237. | Tyler, Jacqueline iare Altonio Tyler |
| 238. | Upton, Debria IARE Timothy Upton |
| 239. | Vail, Rodney |
| 240. | Vaught, John |
| 241. | Vogt, Valerie iare William Vogt |
| 242. | Ward, Kenneth IARE Marie Machado |
| 243. | Washington, Ricky |
| 244. | Weatherford, Jody |
| 245. | Wellington, James |
| 246. | Westbrook, Sallie iare Samuel Westbrook |
| 247. | Wilkinson, Jimmy |
| 248. | Williams, Claudia |
| 249. | Williams, Nylondra |
| 250. | Williams, Nywondra IANF Myles, Lamarquis |
| 251. | Wilson, Alexis |
| 252. | Wilson, Fred iare Diane Grace Wilson |
| 253. | Woods, Yvonne |
| 254. | Wright, John and Octavia IARE Undrail Wright |
| 255. | Young, Sylvia |
| 256. | Zachow, Dustin |
| 257. | Zander, Rebecca |

09-50026-mg    Doc 13354    Filed 08/07/15    Entered 08/07/15 17:24:38    Main Document

Non-ISD Pre-Closing Accident Plaintiffs Inadvertently
Omitted From Initial Filing [ECF No. 13252]

| | |
|---|---|
| 1. | Douglas, Jamie IANF Shermaine Douglas |
| 2. | Hawkins, Starlin |
| 3. | Hunter, Wanda |
| 4. | Myree, Mary |
| 5. | Nieves, Angelo |