William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP, Thomas J. Henry Injury Attorneys, Girard Gibbs LLP, and Jordan Hyden, Womble and Culbreth P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., et al.,                  :
                                                             :
                                        Debtors.             :    (Jointly Administered)
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **August 7, 2015**, a true and correct copy of the *Response of Certain Non-ISD Pre-Closing Accident Plaintiffs to the Omnibus Responses of General Motors LLC, Wilmington Trust Company, as GUC Trust Administrator and Trustee, and the Participating Unitholders to (A) the Non-Ignition Switch Plaintiffs' GUC Trust Asset Pleading and (B) Certain Non-Ignition Switch Pre-Closing Accident Plaintiffs' Amended Reservation of Rights*, filed through the CM/ECF system [Docket No. 13354], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

ACTIVE/83382883.1

Dated: August 7, 2015

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP, Thomas J. Henry Injury Attorneys, Girard Gibbs LLP, and Jordan Hyden, Womble and Culbreth P.C.*

2