# Exhibit D

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                    :          **Chapter 11**
                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                :          **Case No.: 09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*         :
                                                         :
                                **Debtors.**             :          **(Jointly Administered)**
----------------------------------------------------------------x

**ORDER GRANTING MOTION BY GENERAL MOTORS LLC,**
**PURSUANT TO RULES 7052 AND 9023 OF THE FEDERAL RULES**
**OF BANKRUPTCY PROCEDURE, AND LOCAL BANKRUPTCY**
**RULE 9023-1, FOR RELIEF FROM AND TO RECONSIDER**
**THE COURT'S ORDER DATED JULY 29, 2015**

Upon the Motion, dated August 11, 2015 ("**Motion**"), of General Motors LLC ("**New**

**GM**"),[1] pursuant to Rules 7052 and 9023 of the Federal Rules of Bankruptcy Procedure,

("**FRBP**"), and Rule 9023-1(a) of the Local Bankruptcy Rules for the Southern District of New

York ("**Local Bankruptcy Rules**"), for relief from and to reconsider the Court's *Order*

*Regarding Benjamin Pillars' No Stay Pleading and Related Pleadings*, dated July 29, 2015

("**Pillars Order**") [Dkt. No. 13328]; and due and proper notice of the Motion having been

provided and it appearing that no other or further notice need be given; and the Court having

found and determined that the legal and factual bases set forth in the Motion establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

it is hereby

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the Pillars Order and Pillars Oral Ruling has been reconsidered by the

Court, and this Order shall supersede such prior order and ruling; and it is further

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the
       Motion.

ORDERED that the Pillars No Strike Pleading is denied; and it is further

ORDERED that the Pillars Lawsuit falls within the definition of Retained Liabilities pursuant to the Court's *Deutsch* Decision; and it is further

ORDERED that pursuant to the Judgment, Pillars' counsel is directed to dismiss without prejudice the Pillars lawsuit within five (5) business days of the entry of this Order; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to interpret and enforce this Order.

Dated: _____, 2015
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE