William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP and*
*Thomas J. Henry Injury Attorneys*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., et al.,                :
                                                            :
                              Debtors.          :    (Jointly Administered)
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, Gregory W. Fox, hereby certify that on **August 11, 2015**, a true and correct copy of the

*Adams Plaintiffs' No Dismissal Pleadings*, filed through the CM/ECF system [Docket No. 13359], was

sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and to the following recipients by Federal Express overnight service:

      Arthur Steinberg and Scott Davidson

      King & Spalding

      1185 Avenue of the Americas

      New York, NY 10036

ACTIVE/82841173.1

Dated: August 11, 2015

Respectfully submitted,

/s/ *Gregory W. Fox*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax:  212.355.3333
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP
and Thomas J. Henry Injury Attorneys*