**STATE OF TENNESSEE**
OFFICE OF THE
ATTORNEY GENERAL & REPORTER
BANKRUPTCY DIVISION
P.O. BOX 20207
NASHVILLE, TENNESSEE 37202-0207

**HERBERT H. SLATERY III**
ATTORNEY GENERAL & REPORTER

Telephone (615) 532-2504
Fax: (615) 741-3334

RECEIVED
AUG 1 0 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

LUCY HONEY HAYNES
CHIEF DEPUTY ATTORNEY GENERAL

ANDREE S. BLUMSTEIN
SOLICITOR GENERAL

August 5, 2015

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE:   *Motors Liquidation Company, Case No. 09-50026*

Dear Sir/Madam:

This letter is to request removal of the undersigned's email address (agbanknewyork@ag.tn.gov) from the distribution list on the Court's CM/ECF system for electronically filed items in the above referenced bankruptcy case.

Thank you for your consideration in this matter.

Sincerely,

Marvin E. Clements, Jr.
Senior Counsel
(615) 741-1935