KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 12, 2015 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

I.    **CONTESTED MATTER**

1. Notice Of Motion And Motion By General Motors LLC To Enforce The Stay Imposed By The Judgment, Dated June 1, 2015, Against The States And Plaintiffs Represented By Designated Counsel [**Docket No 13289**]

**Objections/Responses/Replies**

2. The Ignition Switch Plaintiffs' and Certain Non-Ignition Switch Plaintiffs' Objection to Motion By General Motors LLC To Enforce The Stay Imposed By The Judgment, Dated June 1, 2015, Against The States And Plaintiffs Represented By Designated Counsel [**Docket No 13344**]

3. Reply In Support Of Motion By General Motors LLC To Enforce The Stay Imposed By The Judgment, Dated June 1, 2015, Against The States And Plaintiffs Represented By Designated Counsel **[Docket No 13353]**

**Other Documents**

4. Judgment Signed on 6/1/2015 **[Docket No 13177]**

5. Motion to Withdraw the Reference With Regard to No Strike Pleadings filed by Jason A. Zweig on behalf of State of Arizona ex rel. Mark Brnovich, the Attorney General, The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas **[Docket No 13213]**

6. Memorandum of Law In Support of Motion to Withdraw the Reference With Regard to No Strike Pleadings filed by Jason A. Zweig on behalf of State of Arizona ex rel. Mark Brnovich, the Attorney General, The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas **[Docket No 13214]**

7. Motion to Withdraw the Reference for The Ignition Switch Plaintiffs' No Strike Pleading with Regard to the Second Amended Consolidated Complaint; and the Non-Ignition Switch Plaintiffs' (I) Objection Pleading with Regard to the Second Amended Consolidated Complaint and (II) GUC Trust Asset Pleading **[Docket No 13250]**

8. Memorandum of Law in Support of Motion to Withdraw the Reference for The Ignition Switch Plaintiffs' No Strike Pleading with Regard to the Second Amended Consolidated Complaint; and the Non-Ignition Switch Plaintiffs' (I) Objection Pleading with Regard to the Second Amended Consolidated Complaint and (II) GUC Trust Asset Pleading **[Docket No 13251]**

9. Motion to Withdraw the Reference of (I) Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, Against the States and Plaintiffs Represented by Designated Counsel, and (II) The Ignition Switch Plaintiffs', Certain Non-Ignition Switch Plaintiffs' and the States' Objection to Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, Against the States and Plaintiffs Represented by Designated Counsel **[Docket No 13345]**

10. Memorandum of Law in Support of Motion to Withdraw the Reference of (I) Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, Against the States and Plaintiffs Represented by Designated Counsel, and (II) The Ignition Switch Plaintiffs', Certain Non-Ignition Switch Plaintiffs' and the States' Objection to Motion by General Motors LLC to Enforce the Stay Imposed by the Judgment, Dated June 1, 2015, Against the States and Plaintiffs Represented by Designated Counsel **[Docket No 13346]**

**Status:** This matter is going forward.

Dated: August 11, 2015
New York, New York

KING & SPALDING LLP

By: /s/   Scott Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*