# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

August 11, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      Re:    In re Motors Liquidation Company, *et al.*
                Case No. 09-50026 (REG)

**Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. We write to provide the Court, pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], with an update on developments in proceedings relating to New GM's Motions to Enforce.

      On Friday, August 7, 2015, New GM filed a Response ("**Response**") to the *Motion to Withdraw the Reference Filed by Designated Counsel in Respect of the GUC Trust Asset Pleading*, in the United States District Court for the Southern District of New York ("**District Court**"), in the case captioned *Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs v. General Motors LLC* (Case 1:15-cv-05056-JMF). A copy of the Response is attached hereto as **Exhibit A**.

      On the same date, the GUC Trust filed with the District Court the *Memorandum of Law by Wilmington Trust Company, as GUC Trust Administrator and Trustee, and the Participating Unitholders in Opposition to Motion to Withdraw the Reference with Respect to the Non-Ignition Switch Plaintiffs' GUC Trust Asset Pleading* ("**GUC Trust Opposition**"). A copy of the GUC Trust Opposition is attached hereto as **Exhibit B**.

26260351v1

Honorable Robert E. Gerber
Aug. 11, 2015
Page 2

Respectfully submitted,

*/s/ Arthur Steinberg*

Arthur Steinberg

AJS/sd
Encl.

cc: Edward S. Weisfelner
    Howard Steel
    Sander L. Esserman
    Jonathan L. Flaxer
    S. Preston Ricardo
    Matthew J. Williams
    Lisa H. Rubin
    Keith Martorana
    Daniel Golden
    Deborah J. Newman
    Jamison Diehl
    William Weintraub
    Steve W. Berman
    Elizabeth J. Cabraser
    Robert C. Hilliard