KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ---------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ---------------------------------------------------------------x | | |

## CERTIFICATE OF SERVICE

This is to certify that on *August 7, 2015*, I caused to be served a true and correct copy of the *Omnibus Response by General Motors LLC to (I) the GUC Trust Asset Pleading filed by the Non-Ignition Switch Plaintiffs and (II) the Amended Reservation of Rights of Certain Non-ISD Pre-Closing Accident Plaintiffs* [ECF. No. 13352] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: August 11, 2015
       New York, New York

                                  KING & SPALDING LLP

                                  By: /s/   Scott I. Davidson
                                  Arthur J. Steinberg
                                  Scott Davidson
                                  King & Spalding LLP
                                  1185 Avenue of the Americas
                                  New York, NY 10036
                                  Telephone: (212) 556-2100
                                  Facsimile: (212) 556-2222

                                  *Attorneys for General Motors LLC*

**Service List For August 7, 2015:**

**Documents Served *via* Email:**

1 - *Omnibus Response by General Motors LLC to (I) the GUC Trust Asset Pleading filed by the Non-Ignition Switch Plaintiffs and (II) the Amended Reservation of Rights of Certain Non-ISD Pre-Closing Accident Plaintiffs* [ECF No. 13352]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com
andrew@hbsslaw.com

## Service List For August 7, 2015:

**Documents Served *via* Overnight Delivery:**

1 - *Omnibus Response by General Motors LLC to (I) the GUC Trust Asset Pleading filed by the Non-Ignition Switch Plaintiffs and (II) the Amended Reservation of Rights of Certain Non-ISD Pre-Closing Accident Plaintiffs* [ECF No. 13352]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |