09-50026-mg    Doc 13371    Filed 08/12/15    Entered 08/12/15 15:42:52    Main Document
Pg 1 of 4

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                      :     Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :     Case No.: 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*              :
                                                           :
                             Debtors.    :     (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 11, 2015*, I caused to be served a true and correct copy of the *Notice of Motion and Motion by General Motors LLC, Pursuant to Rules 7052 and 9023 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9023-1, for Relief from and to Reconsider the Court's Order Dated July 29, 2015* (With Exhibits) [ECF. No. 13360] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: August 12, 2015
      New York, New York

                                      KING & SPALDING LLP

                                      By: /s/   Scott I. Davidson
                                      Arthur J. Steinberg
                                      Scott Davidson
                                      King & Spalding LLP
                                      1185 Avenue of the Americas
                                      New York, NY 10036
                                      Telephone: (212) 556-2100
                                      Facsimile: (212) 556-2222

                                      *Attorneys for General Motors LLC*

## Service List For August 11, 2015:

**Documents Served *via* Email:**

1 - *Notice of Motion and Motion by General Motors LLC, Pursuant to Rules 7052 and 9023 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9023-1, for Relief from and to Reconsider the Court's Order Dated July 29, 2015* (With Exhibits) [ECF. No. 13360]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com
Andrew@hbsslaw.com;
vmastromar@aol.com;
russellbabcock@aol.com

## Service List For August 11, 2015:

**Documents Served *via* Overnight Delivery:**

1 - *Notice of Motion and Motion by General Motors LLC, Pursuant to Rules 7052 and 9023 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9023-1, for Relief from and to Reconsider the Court's Order Dated July 29, 2015* (With Exhibits) [ECF. No. 13360]

| | |
|---|---|
| Victor J. Mastromarco, Jr.<br>Russell C. Babcock<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |