KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 11, 2015*, I caused to be served a true and correct copy of the *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* (With Exhibits) [ECF. No. 13365] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: August 12, 2015
      New York, New York

           KING & SPALDING LLP

           By: /s/   Scott I. Davidson___
           Arthur J. Steinberg
           Scott Davidson
           King & Spalding LLP
           1185 Avenue of the Americas
           New York, NY 10036
           Telephone: (212) 556-2100
           Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

## Service List For August 11, 2015:

**Documents Served *via* Email:**

1 - *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* (With Exhibits) [ECF. No. 13365]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com
andrew@hbsslaw.com


## Service List For August 11, 2015:

**Documents Served *via* Overnight Delivery:**

1 - *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* (With Exhibits) [ECF. No. 13365].

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |