# UNITES STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | ) | Case No. 09-50026 (REG) |
| | ) | |
| **General Motors Corp., et al.,** | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**TO:  The Honorable Robert E. Gerber**

**Re:  Request To Be Removed From ECF Notification**

Dear Judge Gerber:

Marvin E. Clements, Jr., Senior Counsel, with the Tennessee Attorney General's Office hereby requests that he be removed from the ECF notification in the above-captioned case.  The E-mail address to be removed from noticing is:  agbanknewyork@ag.tn.gov

Respectfully submitted,

/s/ Marvin E. Clements, Jr._____
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Counsel
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
ICTNNewYork@ag.tn.gov

Dated: August 14, 2015

## CERTIFICATE OF SERVICE

I, Marvin E. Clements, Jr., certify that on August 14, 2015, a true and exact copy of this *Request To Be Removed From ECF Notification* was sent via U.S. Mail to the parties set out below and was electronically filed.

United States Bankruptcy Court
Southern District of New York
Attn: Chambers of the Honorable Robert E. Gerber
Room 621
One Bowling Green
New York, NY 10004

US Treasury
Attn: Matthew Feldman, Esq. LLP
1500 Pennsylvania Avenue NW,
Room 2312
Washington, DC 20220

Weil, Gotshal & Manges LLP,
Attn: Harver R. Miller, Esq.
Stephen Karotkin, Esq..
Joseph H. Smolinsky, Esq.
Attorneys for the Debtors,
767 Fifth Avenue
New York, NY 10153

Vedder Price, P.C.,
Attorneys for Export Development Canada
Attn: Michael J. Edelman Esq. and
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

General Motors Corporation
Attn: Warren Command Center
Mail Code 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

Gordon Z. Novod
Kramer Levin Naftalis & Frankel
Attorney for the Unsecured
Creditor Committee
1177 Avenue of the Americas
New York, NY 10036

Cadwalader, Wickersham & Taft
Attn: John J. Rapisardi, Esq.
Attorneys for the Purchaser
One World Financial Center

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR