# Exhibit 1

  

August 12, 2015

<u>*Via Electronic Court Filing*</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE:   *Elliott, et al. v. General Motors LLC (In re Motors Liquidation Co., f/k/a General Motors Corp.)*, Case No. 15-1958; *General Motors LLC v. Elliott, et al. (In re Motors Liquidation Co., f/k/a General Motors Corp.)*, Case No. 15-2079; *Elliott, et al. v. General Motors LLC and Wilmington Trust Co. (In re Motors Liquidation Co., f/k/a General Motors Corp.)*, Case No. 15-2131

Dear Ms. O'Hagan Wolfe:

   We write as counsel for the Ignition Switch Plaintiffs and the Ignition Switch Pre-Closing Accident Plaintiffs (collectively "Plaintiffs"). The Plaintiffs have appealed the Bankruptcy Court's Decision (*In re Motors Liquidation Co.*, 529 B.R. 510 (Bankr. S.D.N.Y. 2015)) and Judgment (Bankr. Case No. 09-50026 [ECF No. 13177]) (*see* Bankr. Case No. 09-50026 [ECF Nos. 13185, 13219]). Plaintiffs have also filed motions for leave to intervene in the above referenced appeals (*see* Appeal No. 15-1958 [ECF No. 21], *as corrected* [ECF No. 24]; Appeal No. 15-2079 [ECF No. 20]; Appeal No. 15-2131 [ECF No. 18] (collectively, the "Motions"). The Motions seek permission to file oppositions to the petition and cross-petitions for permission to appeal the Decision and Judgment directly to the Second Circuit under 28 U.S.C. § 158(d)(2)(A).

   Plaintiffs write to inform the Court that, should the uncontested Motions be granted, Plaintiffs will not file the oppositions on the basis that the Plaintiffs now support the immediate appeal to the Second Circuit as it will materially advance this litigation.

Catherine O'Hagan Wolfe
August 12, 2015
Page 2

We are available to answer any questions that the Court may have.

Respectfully submitted,

| /s/ Steve W. Berman | /s/ Elizabeth J. Cabraser | /s/ Bob Hilliard |
|---|---|---|
| Steve W. Berman | Elizabeth J. Cabraser | Bob Hilliard |
| **Hagens Berman Sobol Shapiro LLP** | **Lieff Cabraser Heimann & Bernstein, LLP** | **Hilliard Muñoz Gonzales L.L.P.** |
| 1918 Eighth Ave. | 275 Battery Street | 719 S Shoreline Blvd |
| Suite 3300 | 29th Floor | Suite #500 |
| Seattle, WA 98101 | San Francisco, CA 94111-3339 | Corpus Christi, TX 78401 |
| | | *Co-Lead Counsel with a primary focus on Personal Injury Cases* |
| -and- | -and- | |
| 555 Fifth Avenue | 250 Hudson Street | |
| Suite 1700 | 8th Floor | |
| New York, NY 10017 | New York, NY 10013-1413 | |
| *Co-Lead Counsel with a primary focus on Economic Loss Cases* | *Co-Lead Counsel with a primary focus on Economic Loss Cases* | |
| Edward S. Weisfelner | Sander L Esserman | William P. Weinstraub |
| Howard Steel | STUTZMAN, BROMBERG ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION | Gregory W. Fox |
| David Molton | | GOODWIN PROCTOR LLP |
| May Orenstein | | The New York Times Bldg. |
| BROWN RUDNICK LLP | | 620 Eighth Avenue |
| Seven Times Square | 2323 Bryan Street, Suite 2200 | New York, NY 10018 |
| New York, NY 10036 | Dallas, TX 75201 | wweintraub@goowindproctor.com |
| eweisfelner@brownrudnick.com | esserman@sbep-law.com | gfox@goodwinproctor.com |
| hsteel@brownrudnick.com | | |
| dmolton@brownrudnick.com | | |
| morenstein@brownrudnick.com | | |

*Co-Designated Counsel for the Ignition Switch Plaintiffs and the Ignition Switch Plaintiffs and the Ignition Switch Pre-Closing Accident Plaintiffs, Represented in the MDL Proceedings by Co-Lead Counsel*

Catherine O'Hagan Wolfe
August 12, 2015
Page 3

cc: Arthur Steinberg
    Scott Davidson
    Richard C. Godfrey
    Andrew B. Bloomer
    Jonathan L. Flaxner
    S. Preston Ricardo
    Matthew J. Williams
    Lisa H. Rubin
    Keith Martorana
    Daniel Golden
    Deborah J. Newman
    Naomi Moss
    Jamison Diehl
    Josh Davis
    Gary Peller

# CERTIFICATE OF SERVICE & CM/ECF FILING

I hereby certify that I caused the foregoing *Letter to the Clerk of the Court of the United States Court of Appeals for the Second Circuit, dated August 12, 2015*, to be served on Counsel via the Court's CM/ECF service and one (1) copy via Next Business Day Delivery to:

Gary Peller
GARY PELLER, ESQ.
600 New Jersey Avenue, NW
Washington, DC 20001
peller@law.georgetown.edu

*Counsel for the Elliott Plaintiffs and Sesay Plaintiffs*

Matthew J. Williams
Keith R. Martorana
Lisa Rubin
Adam Offenhartz
Aric Wu
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com
lrubin@gibsondunn.com
aoffenhartz@gibsondunn.com
awu@gibsondunn.com

*Counsel for Wilmington Trust Company as GUC Trust Administrator*

Alexander Schmidt
Malcolm T. Brown
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
schmidt@whafh.com
brown@whafh.com

*Counsel for ABC Flooring, Inc., et al.*

Jonathan L. Flaxer
Preston Ricardo
GOLENBOCK EISENMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
jflaxer@golenbock.com
pricardo@golenbock.com

*Counsel for Groman Plaintiffs*

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
2323 Bryan Street, Suite 2200
Dallas, TX 75201
esserman@sbep-law.com

*Designated Counsel for Economic Loss Plaintiffs*

2

010440-11 800314 V1

Daniel H. Golden
Deborah Newman
Jamison Diehl
Naomi Moss
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
dgolden@akingump.com
djnewman@akingump.com
jdiehl@akingump.com
nmoss@akingump.com

*Counsel for Participating GUC Trust Unit Holders*

William Weintraub
Gregory Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
wweintraub@goodwinprocter.com
eohagan@goodwinprocter.com
gfox@goodwinprocter.com

*Designated Counsel for Pre-Sale Accident Plaintiffs*

010440-11 800314 V1

Edward S. Weisfelner
Howard Steel
David Molton
May Orenstein
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com
dmolton@brownrudnick.com
morenstein@brownrudnick.com

*Designated Counsel for Economic Loss Plaintiffs*

Joshua P. Davis
JOSH DAVIS LAW FIRM
1010 Lamar, Suite 200
Houston, Texas 77002
Josh@thejdfirm.com

*Counsel for the Powledge Plaintiffs*

Arthur J. Steinberg
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
asteinberg@kslaw.com

*Counsel for Respondent General Motors LLC*

                                   /s/ Steve W. Berman
                                   Steve W. Berman