# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                               :

IN RE:                                 :                15-CV-6224 (JMF)
                               :

MOTORS LIQUIDATION COMPANY     :        ORDER TO
                               :      SHOW CAUSE

------------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

On August 7, 2015, the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, the State of Arizona *ex rel.* Mark Brnovich, the Attorney General, and the People of the State of California, by and through Orange County District Attorney Tony Rackauckas (collectively, "Plaintiffs") filed this action seeking to withdraw the reference over New GM's motion for an order to enforce the stay imposed by the Bankruptcy Court's June 1, 2015 Judgment.  On August 13, 2015, Bankruptcy Judge Robert Gerber denied New GM's motion.  Accordingly it is hereby ORDERED that, by no later than **August 20, 2015**, Plaintiffs shall show cause, in a letter not to exceed five pages, why this case should not be dismissed as moot; if appropriate, New GM shall file any opposition to Plaintiffs' letter, also not to exceed five pages, by **August 25, 2015**.

        SO ORDERED.

Dated: August 13, 2015
      New York, New York

                                JESSE M. FURMAN
                            United States District Judge

DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/13/2015