# Exhibit 6



# Service Bulletin

File In Section:    02 - Steering

Bulletin No.:    05-02-35-007

Date:    December, 2005

  

# INFORMATION

**Subject:** **Information on Inadvertent Turning of Key Cylinder, Loss of Electrical System and No DTCs**

**Models:** **2005-2006 Chevrolet Cobalt**
**2006 Chevrolet HHR**
**2005-2006 Pontiac Pursuit (Canada Only)**
**2006 Pontiac Solstice**
**2003-2006 Saturn ION**

There is potential for the driver to inadvertently turn off the ignition due to low ignition key cylinder torque/effort.

The concern is more likely to occur if the driver is short and has a large and/or heavy key chain. In these cases, this condition was documented and the driver's knee would contact the key chain while the vehicle was turning and the steering column was adjusted all the way down. This is more likely to happen to a person who is short, as they will have the seat positioned closer to the steering column.

In cases that fit this profile, question the customer thoroughly to determine if this may be the cause. The customer should be advised of this potential and should take steps to prevent it – such as removing unessential items from their key chain.

Engineering has come up with an insert for the key ring so that it goes from a "slot" design to a hole design. As a result, the key ring cannot move up and down in the slot any longer – it can only rotate on the hole. In addition, the previous key ring has been replaced with a smaller, 13 mm design. This will result in the keys not hanging as low as in the past.

## Parts Information

| Part Number | Description |
|---|---|
| 15842334 | Cover, Dr Lk & Ign Lk Key |

GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer". They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle. Properly trained technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. If a condition is described, DO NOT assume that the bulletin applies to your vehicle, or that your vehicle will have that condition. See your GM dealer for information on whether your vehicle may benefit from the information.

WE SUPPORT VOLUNTARY
TECHNICIAN
CERTIFICATION

Copyright 2005 General Motors Corporation. All Rights Reserved.