Gary Peller
600 New Jersey Avenue, N.W.
Washington, DC 20001
(202) 662-9122
peller@law.georgetown.edu

*Counsel for Sharon Bledsoe,*
*Celestine Elliott, Lawrence Elliott,*
*Tina Farmer, Paul Fordham,*
*Momoh Kanu, Tynesia Mitchell,*
*Dierra Thomas, and James Tibbs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | ) Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., et al., | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | |
| SHARON BLEDSOE, *et al.*, | ) |
| Plaintiffs, | ) Case No.: 1:14-cv-07631  (S.D.N.Y) |
| | ) (JMF) |
| v. | ) |
| | ) |
| GENERAL MOTORS LLC, *et al.*, | ) |
| Defendants. | ) |
| | |
| In re: | ) |
| | ) Case No.: 14-md-02543 (JMF) |
| GENERAL MOTORS LLC | ) |
| IGNITION SWITCH LITIGATION | ) |

**BLEDSOE PLAINTIFFS'/ APPELLANTS' STATEMENT OF ISSUES AND**
**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Sharon Bledsoe,

Celestine Elliott, Lawrence Elliott, Tina Farmer, Paul Fordham, Momoh Kanu, Tynesia Mitchell,

Dierra Thomas, and James Tibbs, Plaintiffs in their action pending before the United States

District Court of the Southern District of New York, 1:14-cv-07631 (JMF), and appellants here

1

("*Bledsoe* Plaintiffs"), respectfully submit this statement of issues to be presented on appeal and designation of items to be included in the record. The *Bledsoe* appellants appeal from the Judgment [Doc. No. 13177] entered by the United States Bankruptcy Court for the Southern District of New York *in re Motors Liquidation Company, et al.*, 09-50026 (GER), on June 1, 2015, authorizing General Motors LLC's ("**New GM**") Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction, of General Motors Corporation's assets ("**Old GM**"); Endorsed Order denying *Bledsoe* Plaintiffs' application for relief [Doc. No. 12991]; Decision on the Motion to Enforce 2009 Sale Order and Injunction [Doc. No. 13109]; Endorsed Order denying Plaintiffs' opportunity to present arguments [Doc. No. 13161]; and Decision and Order on *Bledsoe* Plaintiffs' Reargument and Other Post-Judgment Motions [Doc. No. 13313] .

## STATEMENT OF ISSUES PRESENTED ON APPEAL

1)      Did the Bankruptcy Court err in concluding that it had subject matter jurisdiction to enjoin the prosecution of the *Bledsoe* appellants' lawsuit against non-debtor New GM, when appellants assert direct, non-successor liability claims for injuries caused by breaches of independent, non-derivative duties New GM owed appellants, claims having no conceivable impact on the res of debtor Old GM?

2)      Did the Bankruptcy Court err in enforcing the 2009 Sale Order and Injunction to bar the *Bledsoe* appellants from pursuing claims involving non-ignition switch hazards, even though they did not have the notice and opportunity to be heard required by the Due Process Clause before they may be precluded from asserting wholly in personam and non-successor liability claims against New GM based on its alleged breaches of independent, non-derivative duties?

3)      Did the Bankruptcy Court err in requiring that the *Bledsoe* appellants demonstrate prejudice, in addition to a denial of Constitutionally required notice and opportunity to be heard,

2

in order to be free from preclusion by the 2009 Sale Order and Injunction barring them from pursuing independent, non-derivative claims about which they had no notice or opportunity to be heard prior to the entry of the Order?

4) Did the Bankruptcy Court err in applying its Judgment to the *Bledsoe* appellants in violation of their Due Process rights, by not according them an opportunity to be heard in the proceedings leading up to its Judgment?

5) Did the Bankruptcy Court err in construing the 2009 Sale Order and Injunction to encompass the *Bledsoe* appellants' independent, non-derivative claims against New GM for its own wrongdoing in light of textual and contextual interpretative evidence dictating a contrary reading?

6) Was the Bankruptcy Court's construction of the 2009 Sale Order and Injunction to encompass independent, non-derivative claims against New GM for its own wrongdoing so unexpected, that even those who received notice of the proceedings would not have had reasonable notice that such claims were to be barred?

7) Did the Bankruptcy Court err in issuing a successive injunction in a contested matter to enforce its earlier injunction?

8) Was New GM's exclusive remedy for enforcing its earlier injunction to seek contempt proceedings against the *Bledsoe* appellants?

9) Did the Bankruptcy Court overstep its jurisdiction by ordering the *Bledsoe* appellants to take amend their pleadings in their lawsuit pending before an Article III judge?

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

3

Appellant hereby designates the following items to be included in the record on appeal. Documents under 09-bk-50026 (REG) have been filed with the Bankruptcy Court under the corresponding Bankruptcy Court docket numbers.

| Item # | Date | Docket # | Name |
|---|---|---|---|
| 1 | 06/01/2009 | 1 | Voluntary Petition for Relief Under Chapter 11 of Title 11 of the United States Code |
| 2 | 06/01/2009 | 92 | Motion to Approve Procedures for Sale of Property |
| 3 | 06/01/2009 | 105 | Memorandum of Law in Support of Debtor's Motion to Approve the Sale Pursuant to The Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC |
| 4 | 06/01/2009 | 158 | Order Granting Debtor's Motion for (I) Waiving Requirement to File List of Creditors and (II) Approving Form and Manner of Notifying Creditors of Commencement |
| 5 | 06/02/2009 | 274 | Order Granting Motion to Approve Procedures for Sale of Property |
| 6 | 07/05/2009 | 2967 | Decision on Debtor's Motion for Approval of Sale of Assets to Vehicle Acquisition Holding LLC |
| 7 | 07/05/2009 | 2968 | Order Authorizing Sale of Property and Granting Related Relief |
| 8 | 07/06/2009 | 2985 | Errata Order Regarding Decision on Debtor's Motion for Approval of Sale of Assets to Vehicle Acquisition Holdings LLC |
| 9 | 07/08/2009 | 3062 | Transcript Regarding Hearing Held on 7/2/2009 Regarding Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. Section 363(b) |
| 10 | 07/08/2009 | 3087 | Transcript Regarding Hearing Held on 6/30/2009 Regarding Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. Section 363(b) |
| 11 | 07/15/2009 | 3205 | Transcript Regarding Hearing Held on 7/1/2009 Regarding Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. Section 363(b) |
| 12 | 09/02/2009 | 3940 | Debtors' Motion for Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claims and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof |

| | | | |
|---|---|---|---|
| 13 | 09/16/2009 | 4079 | Order Establishing the Deadline for Filing Proofs of Claims (including Claims Under Section 503(b)(9) of the Bankruptcy Code and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof |
| 14 | 01/05/2010 | 4724 | Certificate of Publication of the Notice of Deadlines for Filing Proofs of Claim (General Notice) and the Notice of Deadline for Filing Proofs of Claims (Local Notice) |
| 15 | 07/01/2010 | 6237 | Order Granting Defendant General Motors LLC's Motion Enforcing 363 Sale Order |
| 16 | 09/07/2010 | 6867 | Affidavit of Service of Notice of Hearing on Debtors' Motion for an Order |
| 17 | 10/05/2010 | 7239 | Notice of Certification of Publication of Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement with Respect to Debtors' Joint Chapter 11 Plan |
| 18 | 12/07/2010 | 8014 | Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan |
| 19 | 12/07/2010 | 8015 | Debtors' Amended Joint Chapter 11 Plan |
| 20 | 12/08/2010 | 8023 | Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan |
| 21 | 12/08/2010 | 8024 | Affidavit of Service of Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan and Debtors' Amended Joint Chapter 11 Plan |
| 22 | 12/08/2010 | 8043 | Order Granting Motion (I) Approving Notice Of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Notice Packages and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Form of Notices to Non-Voting Classes Under the Plan |
| 23 | 12/10/2010 | 8053 | Affidavit of Service of Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan |
| 24 | 01/18/2011 | 8673 | Affidavit of Publication of the Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting To Confirmation of the Plan; (IV) Procedures and Deadline for Voting on the Plan; and (V) Administrative Expense Claim Bar Date |

| | | | |
|---|---|---|---|
| 25 | 01/21/2011 | 8788 | Amended Affidavit of Publication of Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting To Confirmation of the Plan; (IV) Procedures and Deadline for Voting on the Plan; and (V) Administrative Expense Claim Bar Date (related document ECF No. 8673) |
| 26 | 02/16/2011 | 9277 | Amended Affidavit of Publication of Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting To Confirmation of the Plan; (IV) Procedures and Deadline for Voting on the Plan; and (V) Administrative Expense Claim Bar Date (related document ECF No. 8788) |
| 27 | 03/18/2011 | 9836 | Debtors' Second Amended Joint Chapter 11 Plan |
| 28 | 03/21/2011 | 9845 | Affidavit of Service of Debtors' Second Amended Joint Chapter 11 Plan |
| 29 | 03/29/2011 | 9941 | Findings of Fact and Conclusions of Law and Order Pursuant to Sections 1129(A) and (B) of the Bankruptcy Code and Rule 3020 Of The Federal Rules Of Bankruptcy Procedure on firming Debtors Second Amended Joint Chapter 11 Plan |
| 30 | 05/03/2011 | 10151 | Notice of Entry of Order Confirming Debtors' Second Amended Joint Chapter 11 Plan and Occurrence of Effective Date |
| 31 | 05/10/2011 | 10214 | Notice of Certification of Publication of the Notice of Entry of Order Confirming Debtors' Second Amended Joint Chapter 11 Plan and Occurrence of Effective Date |
| 32 | 01/26/2012 | 11351 | Notice of Proposed Order Approving Motion and Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims |
| 33 | 02/08/2012 | 11394 | Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code Disallowing Certain Late Filed Claims |
| 34 | 04/21/2014 | 12619 | Groman Plaintiff's Adversary Complaint Against Defendant General Motors LLC |
| 35 | 04/21/2014 | 12620 | Defendant General Motors LLC's Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction |
| 36 | 04/21/2014 | 12621 | Cover Page and Exhibits to Defendant General Motors LLC's Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction |

| | | | |
|---|---|---|---|
| 37 | 04/22/2014 | 12627 | Endorsed Order Granting Defendant General Motors LLC's Request for a Conference for Determining Procedures |
| 38 | 04/22/2014 | 12628 | Notice of Filing of Defendant General Motors LLC's Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction |
| 39 | 04/22/2014 | 12629 | Objection to Motion of General Motors LLC To Enforce the Courts July 5, 2009 Sale Order and Injunction Filed on Behalf of Plaintiffs Benton, Ratzlaff, Barker, Heuler, McConnell, Onofre, and Satele |
| 40 | 04/23/2014 | 12640 | Cover Page and Exhibits to Objection to Defendant Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (relates to ECF No. 12629) |
| 41 | 04/30/2014 | 12673 | Letter to the Honorable Robert E. Gerber Regarding May 2, 2014 Status Conference, filed on behalf of Defendant General Motors LLC |
| 42 | 05/01/2014 | 12675 | Amended Notice of (A) Filing of Defendant General Motors LLC's Motion Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction, and (B) Conference to be Held in Connection with Such Motion |
| 43 | 05/16/2014 | 12697 | Scheduling Order Regarding (I) Defendant General Motors LLC's Motion to Enforce the 2009 Sale Order and Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, and (III) Adversary Proceeding No. 14-01929. |
| 44 | 05/22/2014 | 12706 | Groman Plaintiffs' First Amended Class Action Complaint in Adv. Proceeding No. 14-01929 |
| 45 | 06/24/2014 | 12735 | Supplemental Response by Defendant General Motors LLC in Connection with Stay Procedures Set Forth in the Court's May 16, 2014 Scheduling Order |
| 46 | 07/08/2014 | 12764 | Order Granting Defendant General Motors LLC's Motion to Establish Stay Procedures for Newly-Filed Ignition Switch Actions |
| 47 | 07/11/2014 | 12770 | Supplemental Scheduling Order Regarding (I) Defendant General Motors LLC's Motion to Enforce the 2009 Sale Order and Injunction, (II) Objection Filed By Certain Plaintiffs In Respect Thereto, and (III) Adversary Proceeding No. 14-01929. |
| 48 | 08/01/2014 | 12807 | Defendant General Motors LLC's Motion to Enforce July 5, 2009 Sale Order and Injunction Against Plaintiffs in Pre-Closing Accident Lawsuits |

| | | | |
|---|---|---|---|
| 49 | 08/01/2014 | 12808 | Defendant General Motors LLC's Motion to Enforce July 5, 2009 Sale Order and Injunction Against Monetary Relief Actions, Other than Ignition Switch Actions |
| 50 | 08/08/2014 | 12826 | Identified Parties' Agreed Upon and Disputed Stipulations of Fact |
| 51 | 08/08/2014 | 12827 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LCC, Regarding Agreed Upon and Disputed Stipulations of Fact |
| 52 | 08/22/2014 | 12869 | Endorsed Order, Approving Briefing Schedule Proposed in Defendant General Motors LLC's Letter Regarding Four Threshold Issues |
| 53 | 09/15/2014 | 12897 | Scheduling Order Regarding defendant General Motors LLC's Motion to Enforce this Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs in Pre-Closing Accident Lawsuits |
| 54 | 09/15/2014 | 12898 | Scheduling Order Regarding Defendant General Motors LLC's Motion to Enforce the Court's July 5, 2009 Sale Order and Injunction |
| 55 | 08/21/2014 | 12899 | Transcript of August 18, 2014 Hearing Regarding Threshold Issues Letters |
| 56 | 10/13/2014 | 12948 | Bledsoe Plaintiffs' No Stay Pleading |
| 57 | 10/23/2014 | 12961 | Defendant General Motors LLC's Response to Bledsoe Plaintiffs' No Stay Pleading |
| 58 | 11/05/2014 | 12981 | Defendant General Motor LLC's Opening Brief on Threshold Issues Concerning its Motions to Enforce Sale Order and Injunction |
| 59 | 11/05/2014 | 12982 | Appendix of Exhibits for Opening Brief by Defendant General Motors LLC on Threshold Issues |
| 60 | 11/10/2014 | 12991 | Endorsed Order Denying Bledsoe Plaintiffs' Application for Relief from Sale Order Injunction. |
| 61 | 11/10/2014 | 12993 | Endorsed Order Denying Plaintiffs' Motion to Alter or Amend and Denying Plaintiffs' Motion for Abstention |
| 62 | 11/11/2014 | 13001 | Transcript Regarding Hearing Held on July 2, 2014, Regarding No Stay Pleadings |
| 63 | 11/21/2014 | 13003 | Transcript Regarding Hearing Held August 5, 2014, Regarding Elliott Plaintiffs' No Stay Pleading Pursuant to the Courts Scheduling Orders and Motion for Order of Dismissal for lack of Subject Matter Jurisdiction |
| 64 | 12/02/2014 | 13015 | Stipulation Order Extending Answer Deadline for Motions for Leave to Appeal Injunctive Orders |

| | | | |
|---|---|---|---|
| 65 | 12/16/2014 | 13021 | Designated Counsel for Certain Pre-Closing Accident Plaintiffs' Responsive Brief on Threshold Issues Concerning Motions to Enforce the Sale Order and Injunction |
| 66 | 12/16/2014 | 13025 | Designated Counsel for Certain Plaintiffs' Opposition Brief on Threshold Issues Concerning Motions to Enforce the Sale Order and Injunction |
| 67 | 12/16/2014 | 13026 | Declaration of Edward S. Weisfelner in Support of Designated Counsel's Opposition to New GM's Motions for Enforcement of Sale Order and Injunction |
| 68 | 12/16/2014 | 13028 | Groman Plaintiffs' Opposition Brief Regarding New GM's Opening Brief's "Fraud on the Court Legal Standard" |
| 69 | 12/17/2014 | 13034 | Defendant General Motor LLC's Consolidated Objections to the Elliot's Plaintiffs' Motion for Leave to Appeal Preliminary Stay Orders |
| 70 | 01/13/2015 | 13044 | Administrative Order Regarding Oral Argument and Related Matters |
| 71 | 01/16/2015 | 13048 | Defendant General Motors LLC's Reply Brief on Threshold Issues Concerning Motions to Enforce |
| 72 | 01/28/2015 | 13059 | Endorsed Order Granting Defendant General Motor LLC's Proposed Oral Argument Sequence |
| 73 | 01/30/2015 | 13066 | Endorsed Order Regarding Defendant General Motors LLC's Letter Requesting Approval of Argument Sequence and Time Allocation |
| 74 | 02/13/2015 | 13086 | Defendant General Motors LLC's Notice of Matters Scheduled for Hearing on February 17, 2015 |
| 75 | 02/20/2015 | 13096 | Transcript regarding Hearing Held on 2/18/2015 Regarding Oral Argument on Motion to Enforce |
| 76 | 04/15/2015 | 13109 | Decision on the Motion to Enforce Sale Order |
| 77 | 05/12/2015 | 13136 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LLC, Regarding Proposed Judgment in Connection to Decision on Motion to Enforce Sale Order |
| 78 | 05/12/2015 | 13137 | Letter from Edward S. Weisfelner, Counsel for Certain Plaintiffs, Enclosing Proposed Judgment of Co-Designated Counsel and Counsel for Economic Loss Plaintiffs and Designated Counsel and Counsel for Ignition Switch Pre-Closing Accident Plaintiffs |
| 79 | 05/13/2015 | 13143 | Letter from Gary Peller, Counsel for Plaintiffs, Requesting Scheduling for Submission of Non-Threshold Issue Objections |

| | | | |
|---|---|---|---|
| 80 | 05/15/2015 | 13147 | Endorsed Order Regarding Letter from Gary Peller, Counsel for Plaintiffs, Instructing Defendant General Motors LLC to Respond |
| 81 | 05/21/2015 | 13153 | Letter from Arthur Stenberg, Counsel for Defendant General Motors LLC, Responding to Letter from file by Gary Peller |
| 82 | 05/21/2015 | 13154 | Letter from Gary Peller, Counsel for Plaintiffs, Requesting Leave to Respond to Mr. Steinberg's Letter Regarding Non-Threshold Issue Considerations |
| 83 | 05/27/2015 | 13161 | Endorsed Order Denying Plaintiffs' Request to Respond to Defendant General Motor's Letter Regarding Additional Objections |
| 84 | 05/27/2015 | 13162 | Decision Regarding Form of Judgment |
| 85 | 05/27/2015 | 13163 | Order Regarding Technical Matters Concerning Judgment |
| 86 | 05/29/2015 | 13169 | Letter from Gary Peller, Counsel for Plaintiffs, Regarding Court's Order Regarding Technical Matters Concerning Judgment |
| 87 | 05/29/2015 | 13171 | Letter from Arthur Steinberg, Counsel for Defendant, Regarding Court's Order Regarding Technical Matters Concerning Judgment |
| 88 | 05/29/2015 | 13172 | Letter from William P. Weintraub, Counsel for Groman Plaintiffs, Regarding Court's Order Regarding Technical Matters Concerning Judgment |
| 89 | 05/29/2015 | 13174 | Letter from Arthur Steinberg, Counsel for Defendant General Motors LLC, Requesting Provision Staying Certain Appellate Procedures Until Second Circuit Certification |
| 90 | 06/01/2015 | 13176 | Letter from Arthur Steinberg, Counsel for Defendant General Motor LLC, Responding to Letter filed by Gary Peller Regarding Technical Matters of Judgment |
| 91 | 06/01/2015 | 13177 | Judgment |
| 92 | 06/01/2015 | 13178 | Order Certifying Judgment for Direct Appeal to Second Circuit |
| 93 | 06/11/2015 | 13196 | Bledsoe Plaintiffs' Motion to Amend Findings Pursuant to FRBP 7052, for Reargument Pursuant to Local Bankruptcy Rule 9023.1, to Alter or Amend the Judgment Pursuant to FRBP 9023, and for Relief from the Judgment Pursuant to FRBP 9024 |
| 94 | 06/11/2015 | 13197 | Bledsoe Plaintiffs' Brief in Support of their Motion for Relief Related to the Court's Judgment and No Stay/ No Strike/Objection Pleading |

| 95 | 06/15/2015 | 13203 | Order Regarding Response Date for Pleadings Filed by Bledsoe Plaintiffs |
| 96 | 07/06/2015 | 13275 | Defendant General Motors LLC's Response to Bledsoe Plaintiffs' Motion to Amend and No Stay/ No Strike/ Objection Pleading |
| 97 | 07/22/2015 | 13313 | Decision and Order on Bledsoe Plaintiffs' Reargument and other Post-Judgment Motions |

Dated: August 14, 2015                              Respectfully Submitted,

*/s/ Gary Peller*
Gary Peller
600 New Jersey Avenue, N.W.
Washington, DC 20001
(202) 662-9122
peller@law.georgetown.edu
*Counsel for Sharon Bledsoe,
Celestine Elliott, Lawrence Elliott,
Tina Farmer, Paul Fordham,
Momoh Kanu, Tynesia Mitchell,
Dierra Thomas, and James Tibbs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, I caused the foregoing **BLEDSOE PLAINTIFFS'/ APPELLANTS' STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** to be served upon all parties receiving notice via the Court's ECF system.

Dated: August 14, 2015

*/s/ Gary Peller*
Gary Peller