# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

August 17, 2015

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

    Re: **In re Motors Liquidation Company**, *et al.*
       **Case No. 09-50026 (REG)**

      **Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

  King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter.  Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM's Motions to Enforce.  Specifically, today, August 17, 2015, Judge Furman entered an Order in MDL 2543, denying the motions to withdraw the reference filed by the Ignition Switch Plaintiffs, Non-Ignition Switch Plaintiffs, the State of Arizona and the State of California.  A copy of the Order is attached hereto.

            Respectfully submitted,

            */s/ Scott Davidson*

            Scott Davidson

SD/hs
Encl.

26486712v1

Honorable Robert E. Gerber
August 17, 2015
Page 2

cc:     Edward S. Weisfelner
        Howard Steel
        Sander L. Esserman
        Jonathan L. Flaxer
        S. Preston Ricardo
        Matthew J. Williams
        Lisa H. Rubin
        Keith Martorana
        Daniel Golden
        Deborah J. Newman
        Jamison Diehl
        William Weintraub
        Steve W. Berman
        Elizabeth J. Cabraser
        Robert C. Hilliard

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                    :
IN RE:                                              :     15-CV-4685 (JMF)
                                                    :     15-CV-5056 (JMF)
MOTORS LIQUIDIATION COMPANY                         :
                                                    :          ORDER
                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Ignition Switch Plaintiffs, Non-Ignition Switch Plaintiffs, the State of Arizona *ex rel* Mark Brnovich, the Attorney General, and the People of the State of California, by and through Orange County District Attorney Tony Rackauckas (collectively, "Plaintiffs") move in these cases to withdraw the reference.  (*See* 15-CV-4685, Docket No. 1; 15-CV-5056, Docket No. 1). Upon review of the parties' submissions, and for reasons to be stated in an opinion to be filed in due course, Plaintiffs' motions are DENIED.

    The Clerk of Court is directed to terminate 15-CV-4685, Docket No. 1, and 15-CV-5056, Docket No. 1.  The cases shall remain open unless and until the Court orders otherwise.

    SO ORDERED.

Dated: August 17, 2015
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge