# Exhibit A

# EXHIBIT A

## Category 1: Lawsuits that Raise the Punitive Damages Issue Only

- Alexander v. General Motors LLC, et al.
  Case No.: 2013-29761 (Dist. Ct., Harris County, Texas)

- Ballard v. General Motors LLC
  Case No.: 14-CI-00162 (Barren Co. Cir. Ct, KY)

- Barbot v. General Motors LLC, et al.
  Case No.: 2015-07436 (Dist. Ct. Parish of Orleans, LA)

- C. Grant v. General Motors LLC
  Case No.: 6:14-cv-2132 (United States District Court, M.D. Fla.)

- Callahan v. General Motors LLC
  Case No.: 13-CI-00387 (Carter Circuit Court, KY)

- Collins et al. v. General Motors LLC, et al
  Case No.: 1322-CC09999 (Cir. Ct. St. Louis, Missouri)

- Curtis v. General Motors LLC, et al.
  Case No.: CV2014-053479 (Sup. Ct. Arizona)

- Fain v. General Motors LLC, et al.
  Case No.: 15BA-CV01733 (Cir. Ct. Boone Cty., MO)

- Flor Aguero-Fraire v. General Motors LLC, et al.
  Case No.: 2015DCV1065

- Flores v. General Motors LLC
  Case No.: BC545589 (Sup. Ct. of California)

- Howell v. General Motors LLC
  Case No.: 1:15-CV-0398 (N.D. Ga.)

- Kelley et al. v. General Motors LLC et al.
  Case No.:  CIV26294 (411th Dist. Ct., Polk Cty., TX

- Lai v. General Motors LLC
  Case No.: CJ-14-77 (Dist. Ct. Murray Cty., OK)

- Lebron v. General Motors LLC, et al.
  Case No.: 2015-25589 (Harris Cty. Dist. Ct., TX)

Exhibit A – Pg. 1

**Category 1: Lawsuits that Raise the Punitive Damages Issue Only (Cont'd)**

- Little et al. v. General Motors LLC
  Case No.: 14-CI-00926 (Floyd Cty., KY)

- McGrath v. General Motors Company et al.
  Case No.: BC560375 (L.A. Sup. Ct., CA)

- McNeil v. General Motors LLC, et al.
  Case No.: 2014-CP-15-91 (Ct. of Common Pleas, S.C.)

- Meisel v. General Motors LLC, et al.
  Case No.: BC511453 (Superior Court, California)

- Meza et al. v. General Motors LLC, et al.
  Case No.: 30-2015-00786518-CU-PL-CXC (Orange Cty. Sup. Ct.)

- Michael Bavlsik and Kathleen Skelly v. General Motors LLC
  Case No. 4:13-cv-00509-DDN (USDC, E.D. of Missouri, Eastern Division)

- Miller v. General Motors LLC, et al.
  Case No.: 257,917-B (Dist. Ct. Bell Cty., TX)

- Minard v. General Motors LLC, et al.
  Case No.: 39-2013-00298477-CU-PL-STK (Sup. Ct of California)

- Morris v. General Motors LLC, et al.
  Case No.: 15-C-566 (Circuit Court for Davidson Cty, TN)

- Moss v. General Motors LLC
  Case No.: 3:15-cv-00200 (U.S. Dist. Ct., E.D. Ark.)

- Neal v. General Motors LLC
  Case No.: 2:14-CV-633 (U.S.D.C. N. Div. M.D. AL)

- Nunez v. General Motors LLC et al.
  Case No.: 14SL-CC01787 (St. Louis Cty. MO)

- Perez v. General Motors LLC, et al.
  Case No.: 1:15-cv-240 (N.D.N.Y.)

- Peterson v. General Motors LLC, et al.
  Case No.: 2:15-cv-01108-SPL (D Az.)

- Phillips v. General Motors LLC, et al.
  Case No.: 2014CCV-61957-3 (County Court, Nueces County, Texas)

**Category 1: Lawsuits that Raise the Punitive Damages Issue Only (Cont'd)**

- Pitterman et al. v. General Motors LLC
  Case No.: 3:14-cv-00967 (JCH) (U.S.D.C. D. Conn.)

- Roberts v. General Motors LLC
  Case No.: 4:13-cv-00541-CAS (U.S.D.C. E.D. MO)

- Rone, et al. v. General Motors LLC, et al.
  Case No.: 14C1474-202 (Dist. Ct. Bowie County, Texas)

- Rooney v. General Motors LLC
  Case No.: 15-2247-NP (Circuit Court for Macomb County, MI)

- Schrader v. General Motors LLC, et al.
  Case No.: 15SL-CC01853 (St. Louis Cty. MO)

- Sevilla et al. v. General Motors LLC, et al.
  Case No.: 34-2015-00175939 (Super. Ct. Sacramento Cty., CA)

- Sixkiller v. General Motors LLC, et al.
  Case No.: CJ-15-105 (Dist Ct. Mayes County, Oklahoma)

- Smith, et al., v. General Motors LLC, et al.
  Case No.: CV2015-051753 (Super. Ct. Maricopa Cty., AZ)

- Stevens et al. v. General Motors LLC, et al.
  Case No.: 2015-04442 (Dist. Ct. of Harris County, Texas)

- Tafoya, et al. v. General Motors LLC, et al.
  Case No.: D-412-CV-2012-00055 (4th J.D., San Miguel Cty., NM)

- Tibbetts v. General Motors LLC, et al.
  Case No.: D-202-CV-2015-04918 (Dist. Ct., Bernalillo Cty., NM)

- Vaughan v. General Motors LLC, et al.
  Case No.: S-1500-cv-284626 (Sup. Ct. of California)

- Vieira v. General Motors LLC
  Case No.: C-14-00775 (Sup. Ct. of California)

- Wilson, et al. v. General Motors LLC, et al.
  Case No.: 2014CVC01003 (Court of Common Pleas, Clermont County, Ohio)

- Worthington v. General Motors LLC, et al.
  Case No.: 14-A-3063-3 (Cobb Cty. Super. Ct., GA)

**Category 2: Lawsuits that Concern Post Sale Accidents and Allege Claims
That Should Be Barred and Seek Punitive Damages**

- Alden et al. v. General Motors LLC
  Case No.: 1522-CC09842 (Cir. Ct. of St. Louis, MO, Division I)

- Barragan, et al. v. General Motors LLC
  Case No.: P-14-CV-093

- Barthelemy v. General Motors LLC
  Case No.: 1:14-cv-05810 (S.D.N.Y.)

- Blood, at al. v. General Motors LLC[1]
  Case No.: 1:15-cv-06578 (S.D.N.Y.)

- Broderson v. General Motors LLC, et al.
  Case No.: 49Civ11-001627 (2nd J.C., Cir. Ct., Minnehaha Cty., S.D.)

- Carl Hand v. General Motors LLC
  Case No.: 2014-308 (Smith County Circuit Court, MS)

- Cockram v. General Motors LLC
  Case No.: 1:14-cv-08176 (S.D.N.Y.)

- Cull, et al. v. General Motors LLC, et al.
  Case No.: 10C02-1404-CT060 (Circuit Court, Clark County, Indiana)

- De Los Santos v. General Motors LLC, et al.
  Case No.: 2014CCV-6078802 (County Court, Nueces County, Texas)

- Dean, et al. v. General Motors LLC, et al.
  Case No.: 14-C-1693 (Cir. Ct. Kanawha Cty., WV)

- Dewalt v. General Motors LLC
  Case No.: 5:15-cv-00708-EGS (E.D. Pa.)

- Dunleavy v. General Motors LLC, et al.
  Case No.: 13-011278 (C.P. Allegheny Cty., PA)

---

[1] While the Blood Lawsuit was filed on behalf of numerous plaintiffs who were allegedly involved in accidents that occurred after the closing of the 363-Sale ("**Post-Sale Accident Plaintiffs**"), a few plaintiffs named in the Blood Lawsuit were involved in accidents that occurred prior to the closing of the 363 Sale ("**Pre-Sale Accident Plaintiffs**"). Accordingly, in addition to improperly alleging claims and seeking punitive damages on behalf of Post-Sale Accident Plaintiffs (which should be barred), the Blood Lawsuit also improperly asserts claims on behalf of Pre-Sale Accident Plaintiffs in violation of the Judgment, April 15 Decision and Sale Order and Injunction.

**Category 2: Lawsuits that Concern Post Sale Accidents and Allege Claims That Should Be Barred and Seek Punitive Damages (Cont'd)**

- Gilbert v. General Motors LLC
  Case No.: 00140 (Ct of Common Pleas, Philadelphia County)

- Green v. General Motors LLC, et al.
  Case No.: 2015-24496 (Dist. Ct. Harris County, Texas)

- Grey v. General Motors LLC
  Case No.: 5:15-cv-00227-KKC (E.D. KY)

- Grier v. General Motors LLC
  Case No.: CV-2014-385-1 (Cir. Ct. White Cty. AK)

- Grindle v. General Motors LLC, et al.
  Case No.: 15-C-83 (Circuit Court of Randolph County, WV)

- Hafen v. General Motors LLC, et al.
  Case No.: A-14-696746-C (Dept. No. XIX, Dist. Ct. Clark Cty., NV)

- Hague, et al. v. General Motors Company
  Case No.: CGC-11-514543 (Super. Ct., San Francisco Cty., CA)

- Jacobs v. General Motors LLC
  Case No.: 7:14-cv-00257 (E.D. N.C.)

- Jarvis, et al. v. General Motors LLC, et al.
  Case No.: [Pending] (Circuit Court for Macomb County, MI)

- Lowe v. General Motors LLC, et al.
  Case No.: 14-A-523395 (DeKalb Cty., GA)

- Melhorn v. General Motors LLC, et al.
  Case No.: GD-12-000362 (Allegheny County, PA)

- Minx v. GM Motors et al.
  Cause No.: 15-04-77819-C (Dist. Ct. Victoria Cty, TX)

- Nelson et al. v. General Motors LLC, et al.
  Case No.: 2-138-15 (Circuit Ct for Knox County, TN)

- Norville v. General Motors LLC
  Case No.: 1:14-cv-08176 (S.D.N.Y.)

- Pelletier v. General Motors Co., et al.
  Case No.: 2012-CP-10-7438 (Ct. of Common Pleas, Charleston Cty., SC)

**Category 2: Lawsuits that Concern Post Sale Accidents and Allege Claims
That Should Be Barred and Seek Punitive Damages (Cont'd)**

- Reid v. General Motors LLC
  Case No.: 1:14-cv-05810 (S.D.N.Y.)

- Salazar vs. GM, LLC, et al
  Case No.: BC487984 (Superior Court, Los Angeles Cty., CA)

- Scheuer v. General Motors LLC
  Case No.: 1:14-cv-08176 (S.D.N.Y.)

- Solomon v. General Motors LLC, et al.
  Case No.: 14-C-1694 (Cir. Ct. Kanawha Cty., WV)

- Tarver v. G.M.C. Corp. et al.
  Cause No.: C-1430282 and 2014-65837 (TX MDL)

- Terrell v. General Motors LLC, et al.
  Case No.: 15-CV-877 (Ct. of Common Please, Mahoning Cty., OH)

- Vaughn v. General Motors LLC, et al.
  Case No.: S-1500-CV-284626 (Super. Ct. Kern Cty., CA)

- Williams v. General Motors LLC
  Case No.: 1:15cv249 HSO-JCG (U.S. Dist. Ct., S.D. Miss.)

- Wilson v. General Motors LLC, et al.
  Cause No.: 2014-51871 (Dist. Ct. Harris County, Texas)

- Yingling v. General Motors LLC
  Case No.: 1:14-cv-05336 (S.D.N.Y.)

**Category 3:  Lawsuits that Concern Post Sale Accidents and Allege Claims
That Should Be Barred (But Do Not Seek Punitive Damages)**

- Benbow v. General Motors LLC, et al.
  Case No.: 14-789 (Superior Court, Massachusetts)

- Gore v. General Motors LLC,  et al.
  Case No.: 623,410 (19th J.D.C., Parsh of Baton Rouge, LA)

- J.Williams v. General Motors LLC, et al.
  Case No.: 14-CI-027 (Magoffin Circuit Court, KY)

- Lowe, et al. v. General Motors LLC, et al.
  Case No.: 3:15-cv-00532 (M.D. LA)

- Ratcliff v. General Motors LLC
  Case No.: 21-C-13-047954 (Circuit Court for Washington Cty, MD)

- Rickard v. General Motors LLC et al.
  Case No.: GD-14-020549 (Ct. of Common Pleas, Allegheny Cty., PA)

- Thacker v. General Motors LLC
  Case No.: 7:15-cv-00015-ART-EBA (E.D. KY)

- Varney et al. v. General Motors LLC
  Case No.: 3:15-cv-10129-MGM

**Category 4: Lawsuits that Concern Economic Loss Claims That Should Be Barred**

- Christenberry v. General Motors LLC
  Case No.: 2014-016 (Blount County Chancery Ct., TN)

- Duba v. General Motors LLC, et al.
  Case No.: 13-C-235 (Logan County Circuit Ct., WV)

- Figley, et al., v. General Motors LLC et al.
  Case No.: 2015-32887 (190th Judicial Dist. Ct. of Harris County, TX)

- Medlin v. General Motors LLC
  Case No.: 15SL-AC20440 (Circuit Ct. of St. Louis Co., MO)

- Roussel v. General Motors LLC, et al.
  Case No.: 2008-16334-E (22nd Jud. Dist. Ct. St. Tammany Parrish, LA)

- Wright v. General Motors LLC, et al.
  Case No.: SU-14-CV-627-68 (Super. Ct. Muscogee Cty., GA)

- Russell v. General Motors LLC
  Case No.: 13-C-62 (Wyoming County Circuit Ct., WV)