

T 206.623.7292  F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

August 26, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Re:   *In re Motors Liquidation Company, et al.*
      Case No. 09-50026 (REG)

Dear Judge Gerber:

Hagens Berman is co-counsel for *People of California v. General Motors LLC et al.*, No. 30-2014-00731038-CU-BT-CXC (Orange County, CA); and *State of Arizona v. General Motors LLC*, No. CV2014-014090 (Maricopa County, AZ) ("the States").

New GM and Designated Counsel are sending separate letters regarding what matters each believe should be the subject of further proceedings before Your Honor.

The States write to simply ask that their cases be treated differently from the issues raised in the other complaints identified by New GM. The States have brought government claims that deserve, in our view, separate treatment from the economic loss claims in the MDL.

We therefore request, on whatever timetable the Court chooses, that GM mark up each State's complaint and that the States be permitted to file a commentary in response and a twenty (20) page brief.

SEATTLE  BOSTON  CHICAGO  COLORADO SPRINGS  LOS ANGELES  NEW YORK  PHOENIX  SAN FRANCISCO  WASHINGTON, D.C.

010440-11 803213 V1

The Honorable Robert E. Gerber
August 26, 2015
Page 2

                Sincerely,

                HAGENS BERMAN SOBOL SHAPIRO LLP

                Steve W. Berman

SWB:kr
cc:    Arthur Steinberg
       Richard C. Godfrey, P.C.
       Andrew B. Bloomer, P.C.
       Edward S. Weisfelner
       Howard Steel
       Sander L. Esserman
       Jonathan L. Flaxer
       S. Preston Ricardo
       Matthew J. Williams
       Lisa H. Rubin
       Keith Martorana
       Daniel Golden
       Deborah J. Newman
       Jamison Diehl
       William P. Weintraub
       Eamonn O'Hagan
       Gregory W. Fox
       Elizabeth J. Cabraser
       Robert C. Hilliard