**STATUS CONFERENCE: AUGUST 31, 2015 AT 9:45 A.M.**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Counsel for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

**NOTICE OF STATUS CONFERENCE TO BE HELD
IN CONNECTION WITH THE COURT'S CASE
MANAGEMENT ORDER, DATED AUGUST 19, 2015 [DKT. NO. 13383],
AND THE LETTERS FILED IN RESPONSE THERETO**

**PLEASE TAKE NOTICE** that, in connection with the Court's *Case Management Order Re No-Strike, No-Stay, Objection, and GUC Trust Asset Pleading*, entered on August 19, 2015 [Dkt. No. 13383], and the letters filed in response thereto, the Court has scheduled a status conference that will take place before the Honorable Robert E. Gerber, United States Bankruptcy

26681571v1

Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **August 31, 2015 at 9:45 a.m.**

Dated: New York, New York
August 27, 2015

/s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*