UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.

Debtors.

Chapter 11

Case No. 09-50026 (REG)

---

INDEX OF EXHIBITS
BENJAMIN PILLAR'S RESPONSE IN OPPOSITION TO THE MOTION BY
GENERAL MOTORS, LLC, PURSUANT OT RULES 7052 AND 9023 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL BANKRUPTCY
RULE 9023-1, FOR RELIEF FROM AND TO RECONSIDER THE COURT'S ORDER
DATED JULY 29, 2015

| | |
|---|---|
| EXHIBIT 1 | JULY 16, 2015 CORRECTED TRANSCRIPT |
| EXHIBIT 2 | CIVIL DOCKET SHEETS |
| EXHIBIT 3 | PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE |
| EXHIBIT 4 | ZEMON V. PAPADOPOULOS |
| EXHIBIT 5 | BANCO CENTRAL DEL PARAGUAY V. PARAGUAY HUMMANITARIAN FOUNDATION |
| EXHIBIT 6 | AWOLESI, M.D. V. SHINSEKI |
| EXHIBIT 7 | SECURED SYSTEMS TECHNOLOGY V. FANK LILL & SON, INC. |
| EXHIBIT 8 | PLAINTFF'S MOTION TO REMAND TO THE BAY COUNTY CIRCUIT COURT |
| EXHIBIT 9 | BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER – 38 |
| EXHIBIT 10 | CIVIL DOCKET SHEET JUDICIAL PANEL ON MUTLDISTRICT LITIGATION |
| EXHIBIT 11 | BENJAMIN PILLARS NO STAY PLEADING |
| EXHIBIT 12 | BREIF IN SUPPORT PLAINTIFF'S REPLY TO NEW GM'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER – 38 |

|  | AND SUPPORTING BRIEF |
|---|---|
| EXHIBIT 13 | PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY |
| EXHIBIT 14 | BENJAMIN PILLARS OBJECTION PLEADING |
| EXHIBIT 15 | BENJAMIN PILLARS NO DISMISSAL PLEADING |
| EXHIBIT 16 | NIAGARA MOHAWK POWER CORP. V. STONE & WEBSTER ENGINEERING CORP. |