Logout

CLOSED,STAYED

# U.S. District Court
# Eastern District of Michigan (Bay City)
## CIVIL DOCKET FOR CASE #: 1:15-cv-11360-TLL-PTM

| | |
|---|---|
| Pillars v. General Motors LLC | Date Filed: 04/14/2015 |
| Assigned to: District Judge Thomas L. Ludington | Date Terminated: 08/10/2015 |
| Referred to: Magistrate Judge Patricia T. Morris | Jury Demand: Both |
| Case in other court: Bay County Circuit Court, 15-03159 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

Benjamin W. Pillars     represented by **Victor J. Mastromarco , Jr.**
The Mastromarco Firm
1024 N. Michigan Avenue
Saginaw, MI 48602
989-752-1414
Email: vmastromar@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell C. Babcock**
The Mastromarco Firm
1024 N. Michigan Avenue
Saginaw, MI 48602
989-752-1414
Email: Russellbabcock@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

General Motors LLC     represented by **Thomas P. Branigan**
Bowman & Brooke LLP (Detroit)
41000 Woodward Avenue
200 East
Bloomfield Hills, MI 48304
248.205.3300
Fax: 248.205.3399
Email:



thomas.branigan@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2015 | 1 | NOTICE OF REMOVAL by General Motors LLC from Bay County Circuit Court, case number 15-3159. Receipt No: 0645-5115153 - Fee: $ 400 [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Index of Exhibits Index, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (Branigan, Thomas) (Entered: 04/14/2015) |
| 04/14/2015 | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (TMcg) (Entered: 04/14/2015) |
| 05/05/2015 | 2 | ANSWER to Complaint with Affirmative Defenses with Jury Demand by General Motors LLC. (Branigan, Thomas) (Entered: 05/05/2015) |
| 05/05/2015 | 3 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by General Motors LLC (Branigan, Thomas) (Entered: 05/05/2015) |
| 05/05/2015 | 4 | CERTIFICATE OF SERVICE re 3 Statement of Disclosure of Corporate Affiliations by General Motors LLC (Branigan, Thomas) (Entered: 05/05/2015) |
| 05/06/2015 | 5 | MOTION to Remand *to the Bay County Circuit Court* by Benjamin W. Pillars. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Exhibit 1 - Shamieh v. HCB Financial, # 3 Exhibit Exhibit 2 - Notice of Removal, # 4 Exhibit Exhibit 3 - State Court Complaint, # 5 Exhibit Exhibit 4 - American Heritage Dictionary, # 6 Exhibit Exhibit 5 - Merriam Webster Dictionary, # 7 Exhibit Exhibit 6 - Decision of Motion to Enforce, # 8 Exhibit Exhibit 7 - Westlaw) (Mastromarco, Victor) (Entered: 05/06/2015) |
| 05/06/2015 | 6 | ATTORNEY APPEARANCE: Russell C. Babcock appearing on behalf of Benjamin W. Pillars (Babcock, Russell) (Entered: 05/06/2015) |
| 05/07/2015 | 7 | NOTICE OF HEARING on 5 MOTION to Remand *to the Bay County Circuit Court*. Motion Hearing set for 8/4/2015 at 02:00 PM before District Judge Thomas L. Ludington (Sandusky, K) (Entered: 05/07/2015) |
| 05/19/2015 | 8 | STIPULATED ORDER to Adjourn 8/4/15 Hearing on Plaintiff's Motion to Remand. ( Motion Hearing RESET for 8/19/2015 02:00 PM before District Judge Thomas L. Ludington). Signed by District Judge Thomas L. Ludington. (Sandusky, K) (Entered: 05/19/2015) |

| 05/26/2015 | 9 | MOTION to Stay by General Motors LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H) (Branigan, Thomas) (Entered: 05/26/2015) |
|---|---|---|
| 05/26/2015 | 10 | RESPONSE to 5 MOTION to Remand *to the Bay County Circuit Court Response in Opposition* filed by General Motors LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Branigan, Thomas) (Entered: 05/26/2015) |
| 06/02/2015 | 11 | REPLY to Response re 5 MOTION to Remand *to the Bay County Circuit Court* filed by Benjamin W. Pillars. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Exhibit A - ECF Notice of Electronic Filing, # 3 Exhibit Exhibit B - Decision to Enforce Section 363, # 4 Exhibit Exhibit C - In re Consolidated FED-Phen Cases) (Mastromarco, Victor) (Entered: 06/02/2015) |
| 06/09/2015 | 12 | RESPONSE to 9 MOTION to Stay filed by Benjamin W. Pillars. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Exhibit A - Notice of Electronic Filing, # 3 Exhibit Exhibit B - Decision on New GM's Motion to Enforce Section 363, # 4 Exhibit Exhibit C - Fen-Phen Case, # 5 Exhibit Exhibit D - Defendant GM's Response to Plaintiff's Motion to Vacate CTO-38, # 6 Exhibit Exhibit E - Judgment) (Mastromarco, Victor) (Entered: 06/09/2015) |
| 06/10/2015 | 13 | SUPPLEMENTAL BRIEF re 5 MOTION to Remand *to the Bay County Circuit Court* filed by General Motors LLC. (Attachments: # 1 Exhibit A) (Branigan, Thomas) (Entered: 06/10/2015) |
| 06/12/2015 | 14 | ORDER Granting 9 Motion to Stay, Staying Case, and Cancelling Hearing. Signed by District Judge Thomas L. Ludington. (Sandusky, K) (Entered: 06/12/2015) |
| 06/12/2015 |  | TEXT-ONLY NOTICE: Motion Hearing on August 19, 2015 is Cancelled (Sandusky, K) (Entered: 06/12/2015) |
| 06/12/2015 |  | Case Stayed (Sandusky, K) (Entered: 08/07/2015) |
| 07/17/2015 | 15 | Emergency MOTION for Leave to File *Amended Notice of Removal and First Amended Answer to Plaintiff's Amended Complaint* by General Motors LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4) (Branigan, Thomas) (Entered: 07/17/2015) |
| 07/17/2015 | 16 | ORDER Directing Expedited Response. Set Motion Deadlines as to 15 Emergency MOTION for Leave to File *Amended Notice of Removal and First Amended Answer to Plaintiff's Amended Complaint*: ( Response due by 7/21/2015, Reply due by 7/23/2015) Signed by District Judge Thomas L. Ludington. (SGam) (Entered: 07/17/2015) |

| 07/21/2015 | 17 | RESPONSE to 15 Emergency MOTION for Leave to File *Amended Notice of Removal and First Amended Answer to Plaintiff's Amended Complaint* filed by Benjamin W. Pillars. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Transcript 7-16-15, # 3 Exhibit 2 - Plaintiff's Motion for Remand, # 4 Exhibit 3 - Brief in Support of Plaintiff's Motion to Vacate Condtional Transfer Order -38, # 5 Exhibit 4 - Benjamin Pillars No Stay Pleading, # 6 Exhibit 5 - Brief In Support of Plaintiff's Reply to New GMs Response to Plaintiff's Motion to Vacate Conditional Transfer order - 38, # 7 Exhibit 6 - Plaintiff's Response to Defendant's Motion to Stay, # 8 Exhibit 7 - Benjamin Pillars Objection Pleading, # 9 Exhibit 8 - Benjamin Pillars No Dismissal Pleading, # 10 Exhibit 9 - Civil Docket Sheets Judicial Panel on Multi Litigation, # 11 Exhibit 10 - Civil Docket Sheet for Bankruptcy Court, # 12 Exhibit 11 - July 21, 2015 email) (Babcock, Russell) (Entered: 07/21/2015) |
| --- | --- | --- |
| 07/23/2015 | 18 | MOTION for Leave to File Excess Pages by General Motors LLC. (Branigan, Thomas) (Entered: 07/23/2015) |
| 07/23/2015 | 19 | REPLY to Response re 15 Emergency MOTION for Leave to File *Amended Notice of Removal and First Amended Answer to Plaintiff's Amended Complaint* filed by General Motors LLC. (Branigan, Thomas) (Entered: 07/23/2015) |
| 07/30/2015 | 20 | MOTION Motion to Supplement Plaintiff's Response to Defendant's Motion for Leave to File Amended Notice of Removal And Amended Answer with the Signed Order From the Bankruptcy Court Dated July 29, 2015 re 17 Response to Motion,,,, by Benjamin W. Pillars. (Attachments: # 1 Exhibit A - Order from U.S. Bankruptcy Order) (Babcock, Russell) (Entered: 07/30/2015) |
| 07/30/2015 | 21 | RESPONSE to 20 MOTION Motion to Supplement Plaintiff's Response to Defendant's Motion for Leave to File Amended Notice of Removal And Amended Answer with the Signed Order From the Bankruptcy Court Dated July 29, 2015 re 17 Response to Motion,,,, *filed by General Motors LLC.* (Branigan, Thomas) (Entered: 07/30/2015) |
| 08/05/2015 | 22 | ORDER Granting 18 Motion for Leave to File Excess Pages, Granting 15 Motion to Amend, Granting 20 Motion to Supplement Response, Temporarily Lifting Stay, and Directing Filings. ( Amended Notice of Removal and First Amended Answer due by 8/10/2015). Signed by District Judge Thomas L. Ludington. (Sandusky, K) (Entered: 08/05/2015) |
| 08/06/2015 | 23 | ANSWER to Complaint with Affirmative Defenses with Jury Demand *First Amended Answer to Plaintiff's Amended Complaint* by General Motors LLC. (Branigan, Thomas) (Entered: 08/06/2015) |
| 08/06/2015 | 24 | AMENDED 1 Notice of Removal, by General Motors LLC *Defendant's Amended Notice of Removal* (Branigan, Thomas) (Entered: 08/06/2015) |

| 08/07/2015 | 26 | MDL Transfer Order for MDL # 2543. [Informational Copy] (SSch) (Entered: 08/10/2015) |
|---|---|---|
| 08/10/2015 | 25 | EXHIBIT *A- Plaintiff's Supplement to Motion and Response* re 17 Response to Motion,,,, 20 MOTION Motion to Supplement Plaintiff's Response to Defendant's Motion for Leave to File Amended Notice of Removal And Amended Answer with the Signed Order From the Bankruptcy Court Dated July 29, 2015 re 17 Response to Motion,,,, |
| 08/10/2015 | 27 | MDL Certified Transfer Order to Southern District of New York for MDL # 2543. (SSch) (Entered: 08/10/2015) |
| 08/10/2015 | 28 | NOTICE of Transfer to the Southern District of New York for MDL 2543. (SSch) (Entered: 08/10/2015) |
| 08/10/2015 |  | Case transferred to Southern District of New York. (SSch) (Entered: 08/10/2015) |
| 08/11/2015 |  | Case transferred from Michigan Eastern has been opened in Southern District of New York as case 1:15-cv-06289, filed 08/11/2015. (VLun) (Entered: 08/11/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/20/2015 14:29:38 | | | |
| PACER Login: | mw0759:2712648:0 | Client Code: | Pillars |
| Description: | Docket Report | Search Criteria: | 1:15-cv-11360-TLL-PTM |
| Billable Pages: | 4 | Cost: | 0.40 |