CTO_OPPOSED

# United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: MIE/1:15-cv-11360

**Pillars v. General Motors LLC**
Assigned to: U.S. District Judge Thomas L Ludington
Lead case: MDL No. 2543 (Transferred)
Member case: (View Member Case)

Date Filed: 04/14/2015
Jurisdiction: Diversity

### Plaintiff

**Benjamin W. Pillars**                                represented by **Russell C. Babcock**
                                                                     The Mastromarco Firm
                                                                     1024 N. Michigan Avenue
                                                                     Saginaw, MI 48602
                                                                     989-752-1414
                                                                     Email: Russellbabcock@aol.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Victor Joseph Mastromarco , Jr.**
                                                                     The Mastromarco Firm
                                                                     1024 N. Michigan Avenue
                                                                     Saginaw, MI 48602
                                                                     989-752-1414
                                                                     Fax: 989-752-6202
                                                                     Email: vmastromar@aol.com
                                                                     *ATTORNEY TO BE NOTICED*

V.

### Defendant

**General Motors LLC**                                 represented by **Andrew Baker Bloomer**
                                                                     KIRKLAND & ELLIS LLP
                                                                     300 North LaSalle
                                                                     Suite 3800
                                                                     Chicago, IL 60654
                                                                     (312)862-2000
                                                                     Fax: 321-862-2200
                                                                     Email: andrew.bloomer@kirkland.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Thomas P Branigan**
                                                                     Bowman and Brooke LLP
                                                                     41000 Woodward Avenue
                                                                     Suite 200 East
                                                                     Bloomfield Hills, MI 48304


PLAINTIFF'S EXHIBIT 10

(248) 687-5300  
Fax: (248) 205-3399  
Email:  
Thomas.Branigan@bowmanandbrooke.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2015 | 1 | CONDITIONAL TRANSFER ORDER FILED TODAY (CTO-38) - 2 action(s)<br><br>Signed by Clerk of the Panel Jeffery N. Luthi on 4/17/2015.<br><br>Associated Cases: MDL No. 2543, MIE/1:15-cv-11360, NE/8:15-cv-00123 (TL) (Entered: 04/17/2015) |
| 04/17/2015 | 2 | \*\*\*TEXT ONLY NOTICE\*\*\*<br><br>**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-38)** *re: pldg. ( 686 in MDL No. 2543, 1 in MIE/1:15-cv-11360, 1 in NE/8:15-cv-00123)*<br><br>**BRIEFING SCHEDULE IS SET AS FOLLOWS:**<br>Oppositions due on or before 4/24/2015.<br><br>**Signed by Clerk of the Panel Jeffery N. Luthi on 4/17/2015.**<br><br>Associated Cases: MDL No. 2543, MIE/1:15-cv-11360, NE/8:15-cv-00123 (TL) (Entered: 04/17/2015) |
| 04/23/2015 | 3 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-38) - 1 action(s) - re: pldg. ( 686 in MDL No. 2543, 1 in MIE/1:15-cv-11360) Filed by Plaintiff Benjamin W. Pillars Associated Cases: MDL No. 2543, MIE/1:15-cv-11360 (Mastromarco, Victor) (Entered: 04/23/2015) |
| 04/23/2015 | 4 | \*\*\*TEXT ONLY NOTICE\*\*\*<br><br>**NOTICE OF FILED OPPOSITION TO CTO-38 AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( 691 in MDL No. 2543, 3 in MIE/1:15-cv-11360)*<br><br>**BRIEFING SCHEDULE IS SET AS FOLLOWS:**<br>Notices of Appearance due on or before 5/7/2015. Corporate Disclosure Statements due on or before 5/7/2015. Motion to Vacate with Brief in Support due on or before 5/7/2015. Responses due on or before 5/28/2015.<br><br>Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.<br><br>Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information. |

| | | |
|---|---|---|
| | | Signed by Clerk of the Panel Jeffery N. Luthi, on 4/23/2015.<br><br>Associated Cases: MDL No. 2543, MIE/1:15-cv-11360 (TL) (Entered: 04/23/2015) |
| 04/27/2015 | 5 | CORPORATE DISCLOSURE STATEMENT re: pldg. ( 691 in MDL No. 2543, 3 in MIE/1:15-cv-11360) -- Identifying **Corporate Parent** General Motors Company, **Non-Party/Financial Interest** General Motors Holdings LLC, **Non-Party/Financial Interest** General Motors LLC for General Motors LLC. (Attachments: # 1 Proof of Service) Associated Cases: MDL No. 2543, MIE/1:15-cv-11360 (Bloomer, Andrew) (Entered: 04/27/2015) |
| 04/27/2015 | 6 | NOTICE OF APPEARANCE FOR CTO-38 re: pldg. ( 686 in MDL No. 2543, 1 in MIE/1:15-cv-11360) Filed by Andrew Baker Bloomer on behalf of Defendant General Motors LLC (Attachments: # 1 Proof of Service) Associated Cases: MDL No. 2543, MIE/1:15-cv-11360 (Bloomer, Andrew) (Entered: 04/27/2015) |
| 05/06/2015 | 7 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH BRIEF IN SUPPORT (CTO-38) *re: pldg. ( 691 in MDL No. 2543, 3 in MIE/1:15-cv-11360)* Filed by Plaintiff Benjamin W. Pillars (Attachments: # 1 Brief in Support of Motion to Vacate CTO 38, # 2 Exhibit 1 - Schedule of Actions, # 3 Exhibit 2 - Defendant's Notice of Removal, # 4 Exhibit 3 - State Court Complaint, # 5 Exhibit 4 - American Heritage Dictionary Print out, # 6 Exhibit 5- Merriam Webster Dictionary Print out, # 7 Exhibit 6 - Shamieh v. HCB Financial, # 8 Exhibit 7 - Decision on Motion to Enforce Sale, # 9 Exhibit 8 - Westlaw Print Out, # 10 Exhibit 9 - State of Michigan Traffic Crash Report, # 11 Exhibit 10 - Affidavit of Russell C. Babcock, # 12 Exhibit 11 - Civil Docket Sheets, # 13 Proof of Service)<br><br>Associated Cases: MDL No. 2543, MIE/1:15-cv-11360 (Mastromarco, Victor) Modified on 5/6/2015 (TL).(MDL LINK ADDED) (Entered: 05/06/2015) |
| 05/06/2015 | 8 | NOTICE OF APPEARANCE FOR CTO-38 re: pldg. ( 686 in MDL No. 2543, 1 in MIE/1:15-cv-11360) Filed by Victor Joseph Mastromarco, Jr on behalf of Plaintiff Benjamin W. Pillars Associated Cases: MDL No. 2543, MIE/1:15-cv-11360 (Mastromarco, Victor) Modified on 5/6/2015 (TL).(MDL LINK ADDED) (Entered: 05/06/2015) |
| 05/06/2015 | 9 | CERTIFICATE OF SERVICE re: pldg. ( 713 in MDL No. 2543, 8 in MIE/1:15-cv-11360) Filed by Plaintiff Benjamin W. Pillars -- Associated Cases: MDL No. 2543, MIE/1:15-cv-11360 (Mastromarco, Victor) Modified on 5/6/2015 (TL).(MDL LINK ADDED) (Entered: 05/06/2015) |
| 05/28/2015 | 10 | RESPONSE IN OPPOSITION TO MOTION TO VACATE CTO *(re: pldg. ( 712 in MDL No. 2543, 7 in MIE/1:15-cv-11360) )* (CTO-38) Filed by Defendant General Motors LLC (Attachments: # 1 Proof of Service)<br><br>Associated Cases: MDL No. 2543, MIE/1:15-cv-11360 (Bloomer, Andrew) (Entered: 05/28/2015) |
| 06/04/2015 | 11 | REPLY TO RESPONSE TO MOTION TO VACATE CTO-38 re: pldg. ( 732 in MDL No. 2543, 10 in MIE/1:15-cv-11360) Filed by Plaintiff Benjamin W. Pillars (Attachments: # 1 Brief Plaintiff's Reply to New GM's Response to Plaintiff's |

| | | |
|---|---|---|
| | | Motion to Vacate Conditional Transfer Order - 38 and Supporting Brief, # 2 Exhibit A - Plaintiff's Amended Complaint, # 3 Exhibit B - Decision on New Gm's Motion to Enforce Section 363 Order with Respect to Product Liability Claim of Beverly Deutsch, # 4 Exhibit C - Fen-Phen Cases, # 5 Proof of Service Proof of Service)<br><br>Associated Cases: MDL No. 2543, MIE/1:15-cv-11360 (Mastromarco, Victor) Modified on 6/4/2015 (TLL).(MDL LINK ADDED) (Entered: 06/04/2015) |
| 06/10/2015 | 12 | HEARING ORDER re: pldg. ( 712 in MDL No. 2543, 7 in MIE/1:15-cv-11360), ( 737 in MDL No. 2543, 12 in NYN/1:15-cv-00240) in the following opposition(s) of Plaintiff in Pillars, MIE 1:15-11360, Defendants The City of Albany, Jack Wallace in Perez, NYN 1:15-00240 - SECTION B (DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT)<br><br>**PANEL HEARING set for 7/30/2015 in San Francisco, California.**<br><br>Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 6/10/2015.<br><br>Associated Cases: MDL No. 2543, MIE/1:15-cv-11360, NYN/1:15-cv-00240 (RH) (Entered: 06/10/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/21/2015 09:11:48 | | | |
| PACER Login: | mw0759:2712648:0 | Client Code: | Pillars |
| Description: | Docket Report | Search Criteria: | MIE/1:15-cv-11360 |
| Billable Pages: | 3 | Cost: | 0.30 |