# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.,   Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.

Chapter 11

Debtors.

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015, I caused Benjamin Pillars' Response in Opposition to the Motion by General Motors LLC, Pursuant to Rules 7052 and 9023 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9023-1, For Relief from and to Reconsider the Court's Order Dated July 29, 2015, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: August 27, 2015

By: */s/ Victor J. Mastromarco, Jr.*
Victor J. Mastromarco, Jr. (P34564)
Attorney for Plaintiff Benjamin Pillars
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromar@aol.com