KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                                    :        Chapter 11
                                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,       :        Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*              :
                                                                              :
                                           Debtors.             :        (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 26, 2015*, I caused to be served a true and correct copy of the *Letter In Response to Case Management Order, dated August 19, 2015* (With Exhibits) [ECF. No. 13390], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: August 27, 2015
       New York, New York

                                KING & SPALDING LLP

                                By: /s/   Scott I. Davidson___
                                Arthur J. Steinberg
                                Scott Davidson
                                King & Spalding LLP
                                1185 Avenue of the Americas
                                New York, NY 10036
                                Telephone: (212) 556-2100
                                Facsimile: (212) 556-2222

                                *Attorneys for General Motors LLC*

## Service List For August 26, 2015:

**Documents Served *via* Email:**

1 - *Letter In Response to Case Management Order, dated August 19, 2015* (With Exhibits) [ECF. No. 13390]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
andrew@hbsslaw.com
peller@law.georgetown.edu;
josh@thejdfirm.com;
mrobinson@rcrlaw.net

## Service List For August 26, 2015:

**Documents Served *via* Overnight Delivery:**

1 - *Letter In Response to Case Management Order, dated August 19, 2015* (With Exhibits) [ECF. No. 13390]

| | |
|---|---|
| Mark Brnovich<br>Attorney General<br>Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |