```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                        :    Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., et al.                    :
                                                             :
                    Debtors.                                 :    (Jointly Administered)
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, I caused the *Letter in Response to the Court's Case Management Order of August 19, 2015, on behalf of the Elliott, Sesay, and Bledsoe Plaintiffs*, Doc. No. 13395, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: August 28, 2015

                                                     /s/ Gary Peller
                                                     Gary Peller
                                                     600 New Jersey Avenue, NW
                                                     Washington, DC, 20001
                                                     (202) 662 9122
                                                     peller@law.georgetown.edu
                                                     Attorney for Plaintiffs