USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __08/24/2015___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                     :

IN RE:                              :          15-CV-6224 (JMF)
                                       :

MOTORS LIQUIDATION COMPANY     :      <u>ORDER OF DISMISSAL</u>
                                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of Bankruptcy Judge Robert Gerber's August 13, 2015 ruling and Plaintiffs'

August 20, 2015 Letter, this case is DISMISSED as moot.  (*See* Docket Nos. 6-7).

The Clerk of Court is directed to terminate Docket No. 1 and close this case.

SO ORDERED.

Dated:  August 21, 2015
       New York, New York                     _____
                                             JESSE M. FURMAN
                                     United States District Judge