KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 27, 2015*, I caused to be served a true and correct copy of the *Notice Of Status Conference To Be Held In Connection With The Court's Case Management Order, Dated August 19, 2015 [Dkt. No. 13383], And The Letters Filed In Response Thereto* [ECF. No. 13396], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

DMSLIBRARY01\21600\162081\26682634.v1-8/28/15

Dated: August 28, 2015
New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson___
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        *Attorneys for General Motors LLC*

## Service List For August 28, 2015:

**Documents Served *via* Email:**

1 - *Notice Of Status Conference To Be Held In Connection With The Court's Case Management Order, Dated August 19, 2015 [Dkt. No. 13383], And The Letters Filed In Response Thereto* [ECF. No. 13390]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
andrew@hbsslaw.com
peller@law.georgetown.edu;
josh@thejdfirm.com;
mrobinson@rcrlaw.net

## Service List For August 27, 2015:

**Documents Served *via* Overnight Delivery:**

1 - *Notice Of Status Conference To Be Held In Connection With The Court's Case Management Order, Dated August 19, 2015 [Dkt. No. 13383], And The Letters Filed In Response Thereto* [ECF. No. 13390]

| | |
|---|---|
| Mark Brnovich<br>Attorney General<br>Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |