KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 27, 2015*, I caused to be served a true and correct copy of the *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* (With Exhibits) [ECF. No. 13402], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: August 28, 2015
      New York, New York

    KING & SPALDING LLP

    By: /s/   Scott I. Davidson___
    Arthur J. Steinberg
    Scott Davidson
    King & Spalding LLP
    1185 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 556-2100
    Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

**Service List For August 27, 2015:**

**Documents Served *via* Email:**

1 - *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* (With Exhibits) [ECF. No. 13402]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
andrew@hbsslaw.com

**Service List For August 27, 2015:**

**Documents Served *via* Overnight Delivery:**

1 - *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* (With Exhibits) [ECF. No. 13402]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |