Presentment Date: September 4, 2015 at 12:00 noon (Eastern Time)
Response Deadline: September 4, 2015 at 11:30 a.m. (Eastern Time)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,                            :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*                     :
                                                                 :
                                Debtors.                         :    (Jointly Administered)
-----------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF ORDER GRANTING APPLICATION
BY GENERAL MOTORS LLC, PURSUANT TO THE JUDGMENT DATED
JUNE 1, 2015, DIRECTING PLAINTIFFS IN THE BAVLSIK LAWSUIT
TO WITHDRAW THEIR PUNITIVE DAMAGES REQUEST IN THEIR COMPLAINT**

**PLEASE TAKE NOTICE** that based on the annexed *Application by General Motors LLC, Pursuant to the Judgment Dated June 1, 2015, in Support of an Order Directing Plaintiffs in the Bavlsik Lawsuit to Withdraw Their Punitive Damages Request in Their Complaint* ("**Application**"), the proposed *Order Granting Application by General Motors LLC, Pursuant to the Judgment, Dated June 1, 2015, Directing Plaintiffs in the Bavlsik Lawsuit to Withdraw*

23963019v1

*Their Punitive Damages Request in Their Complaint*, a copy of which is annexed to the Application as **Exhibit D**, will be presented for signature and entry to the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **September 4, 2015 at 12:00 noon (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections must be made in writing and shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036 (Attn: Arthur Steinberg, Esq.); (ii) Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654 (Attn: Richard C. Godfrey, Esq.); and (iii) Hanson Bolkcom Law Group, Ltd., 527 Marquette Avenue, Suite 2300, Minneapolis, Minnesota 55402 (Attn: Mary E. Bolkcom, Esq.), so as to be received no later than **September 4, 2015, at** 11**:30 a.m. (Eastern Time)** ("**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed before the Objection Deadline, the Court may schedule a hearing thereon at a date and time to be determined, if it believes such hearing is necessary under the circumstances.

2

Dated: New York, New York
August 28, 2015

Respectfully submitted,

   /s/ Scott Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

-And-

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

3