# Exhibit D

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :        Case No.: 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*          :
                                                   :
                        Debtors.                   :        (Jointly Administered)
------------------------------------------------------------x

### ORDER GRANTING APPLICATION BY GENERAL MOTORS LLC, PURSUANT TO THE JUDGMENT, DATED JUNE 1, 2015, DIRECTING PLAINTIFFS IN THE BAVLSIK LAWSUIT TO WITHDRAW THEIR PUNITIVE DAMAGES REQUEST IN THEIR COMPLAINT

Upon the Application, dated August 28, 2015 ("**Application**"),[1] of General Motors LLC ("**New GM**"), pursuant to this Court's Judgment, dated June 1, 2015 ("**Judgment**"), in support of an order directing Plaintiffs in the Bavlsik Lawsuit to withdraw their punitive damages request contained in their Complaint; and due and proper notice of the Application having been provided to the Plaintiffs and plaintiffs in other cases raising the same punitive damage issue discussed in the Application, and it appearing that no other or further notice need be given; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Application is GRANTED as set forth herein; and it is further

ORDERED that, as the request for punitive damages set forth in the Complaint in the Bavlsik Lawsuit violates the Judgment, Decision and Sale Order and Injunction, the Plaintiffs are

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

directed to withdraw their request for punitive damages within three (3) business days of the entry of this Order; and it is further

ORDERED that, within five (5) business days after the entry of this Order, the Plaintiffs shall file with the Clerk of this Court evidence of the withdrawal, with prejudice, of their punitive damages claim asserted against New GM in the Bavlsik Lawsuit; and it is further

ORDERED that the granting of the relief provided in this Order shall not prejudice, in any way, New GM's right and ability to contest any and all of the remaining allegations, claims and causes of action in the Bavlsik Lawsuit; and it is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce this Order.

Dated: _____, 2015
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE