# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

August 28, 2015

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      Re:    In re Motors Liquidation Company, *et al.*
              Case No. 09-50026 (REG)

**Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

     King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM's Motions to Enforce. Specifically, today, August 28, 2015, a Status Conference was held before Judge Furman in MDL 2543. A copy of the transcript of the Status Conference is attached hereto as **Exhibit "A."** The discussion regarding the bankruptcy proceeding can be found on pages 4 to 8 of the transcript.

                                    Respectfully submitted,

                                      */s/ Scott I. Davidson*

                                      Scott I. Davidson

AJS/sd
Encl.

26699657v1
DMSLIBRARY01\21600\162081\26699657.v1-8/28/15

Honorable Robert E. Gerber
August 28, 2015
Page 2

cc:   Edward S. Weisfelner
      Howard Steel
      Sander L. Esserman
      Jonathan L. Flaxer
      S. Preston Ricardo
      Matthew J. Williams
      Lisa H. Rubin
      Keith Martorana
      Daniel Golden
      Deborah J. Newman
      Jamison Diehl
      William Weintraub
      Steve W. Berman
      Elizabeth J. Cabraser
      Robert C. Hilliard