KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | : | Case No.: 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 31, 2015 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

I. **STATUS CONFERENCE**

1. Notice Of Status Conference To Be Held In Connection With The Courts Case Management Order, Dated August 19, 2015 [Dkt. No. 13383], And The Letters Filed In Response Thereto **[Docket No 13396]**

2. Case Management Order Re No-Strike, No-Stay, Objection, and GUC Trust Asset Pleadings Signed on 8/19/2015 [**Docket No 13383**]

**Objections/Responses/Replies**

3. Letter */Joint Letter in Response to Case Management Order, Dated August 19, 2015* Filed by Daniel H. Golden on behalf of Participating Unitholders, Wilmington Trust Company. [**Docket No 13389**]

4. Letter In Response to Case Management Order, dated August 19, 2015 Filed by Arthur Jay Steinberg on behalf of General Motors LLC. **[Docket No 13390]**

5. Statement *Letter Dated 8/26/15 Re: Case Management Order* filed by Edward S. Weisfelner on behalf of Plaintiffs **[Docket No 13391]**

6. Letter *Response of Personal Injury Claimants to Case Management Order, Dated August 19, 2015* Filed by William P. Weintraub on behalf of Ignition Switch Plaintiffs in Pre-Closing Accident Lawsuits **[Docket No 13392]**

7. Statement *Steve W. Berman Letter Dated 8/26/15 Re: Case Management Order* filed by Edward S. Weisfelner on behalf of The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas and the State of Arizona ex rel. Mark Brnovich, the Attorney General **[Docket No 13393]**

8. Statement *Response to the Court's August 19, 2015 Case Management Order by Elliott, Sesay, and Bledsoe Plaintiffs* filed by Gary Peller on behalf of Ishmail Sesay. **[Docket No 13395]**

**Other Documents**

9. Notice Of Presentment Of Order Granting Application By General Motors LLC, Pursuant To The Judgment Dated June 1, 2015, Directing Plaintiffs In The Bavlsik Lawsuit To Withdraw Their Punitive Damages Request In Their Complaint **[Docket No 13407]**

10. Letter In Connection With August 31, 2015 Case Management Status Conference **[Docket No 13408]**

11. Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings (With Exhibits) **[Docket No 13409]**

**Status:**        **This matter is going forward.**

Dated: August 28, 2015
       New York, New York

KING & SPALDING LLP

By: /s/   Scott Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*