**BROWN RUDNICK**

EDWARD S. WEISFELNER

direct dial: (212) 209-4900

fax: (212) 938-2900

eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

August 31, 2015

**VIA E-MAIL**
**AND ECF FILING**

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

RE:   In re Motors Liquidation Company, *et al.*
      Case No. 09-50026 (REG)

      **Letter re GUC Trust Asset Pleading**.

Dear Judge Gerber:

We write on behalf of certain Non-Ignition Switch Plaintiffs represented by Co-Lead and Designated Counsel in response to the Court's instruction at the August 31, 2015 status conference that we apprise the Court of the status of the Non-Ignition Switch Plaintiffs' GUC Trust Asset Pleading. Capitalized terms used but not otherwise defined in this letter shall have the meanings ascribed to them in *The Ignition Switch Plaintiffs' No Strike Pleading With Regard To The Second Amended Consolidated Complaint; And The Non-Ignition Switch Plaintiffs' (I) Objection Pleading With Regard To The Second Amended Consolidated Complaint And (II) GUC Trust Asset Pleading*, dated June 24, 2015 [ECF No. 13247].

The Non-Ignition Switch Plaintiffs' GUC Trust Asset Pleading asserts that, notwithstanding the Decision with regard to equitable mootness, existing GUC Trust Assets that have yet to be distributed to GUC Trust Beneficiaries and the value that can only result from the Plaintiffs' claims triggering the accordion feature under the Sale Agreement may be used to satisfy late proofs of claim that may be authorized and subsequently allowed. The Non-Ignition Switch Plaintiffs have a good faith basis to assert that the Decision's equitable mootness holding is not applicable to them or, alternatively, that the holding is otherwise not applicable to those value sources as a remedy for Plaintiffs which could be fashioned for them without any detrimental impact to existing GUC Trust Beneficiaries or their reasonable investment expectations. Discovery in the MDL Action is ongoing and is likely to be relevant to the Non-Ignition Switch Plaintiffs' due process rights. Indeed, Phase 2

brownrudnick.com

Brown Rudnick LLP   Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

discovery, with Non-Ignition Switch claims as a key topic, is set to follow the current Phase 1 discovery, and will commence this Fall. Neither the Decision nor the Judgment addressed the Non-Ignition Switch Plaintiffs' due process rights. Furthermore, the Non-Ignition Switch Plaintiffs are not parties to the Ignition Switch Plaintiffs' appeal of the Court's equitable mootness determination.

Accordingly, while counsel anticipates that the Court's equitable mootness determination will likely apply to the Non-Ignition Switch Plaintiffs' ability to claw-back distributions already made, in order to properly preserve the Non-Ignition Switch Plaintiffs' rights on appeal (as relates to the accordion feature and funds not yet distributed) they require and respectfully request, a definitive ruling on the GUC Trust Asset Pleading. In that regard, the Non-Ignition Switch Plaintiffs agree that no additional briefing or oral argument is necessary with respect to the GUC Trust Asset Pleading and that the issues can be decided on the pleadings.

We thank the Court in advance for its consideration.

Respectfully submitted,

| | |
|---|---|
| */s/ Steve W. Berman* | */s/ Elizabeth J. Cabraser* |
| Steve W. Berman (*pro hac vice*) | Elizabeth J. Cabraser |
| HAGENS BERMAN SOBOL SHAPIRO LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 1918 Eighth Avenue, Suite 3300 | 275 Battery Street, 29th Floor |
| Seattle, Washington 98101 | San Francisco, California 94111 |
| *Co-Lead Counsel in the MDL Proceeding for the Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs* | *Co-Lead Counsel in the MDL Proceeding for the Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs* |
| */s/ Edward S. Weisfelner* | */s/ Sander L. Esserman* |
| Edward S. Weisfelner | Sander L. Esserman |
| BROWN RUDNICK LLP | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA |
| 7 Times Square | 2323 Bryan Street, Suite 2200 |
| New York, NY 10036 | Dallas, TX 75201 |
| *Designated Counsel for Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs* | *Designated Counsel for Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs* |

cc:   Honorable Jesse M. Furman
      Arthur Steinberg
      Scott Davidson
      Matt Williams
      Lisa Rubin
      Daniel Golden
      Deborah Newman
      William P. Weintraub