**BROWN**RUDNICK

EDWARD S. WEISFELNER
direct dial: (212) 209-4900
fax: (212) 938-2900
eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

September 1, 2015

**VIA E-MAIL**
**AND ECF FILING**

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

**RE:  In re Motors Liquidation Company,** *et al.*
**Case No. 09-50026 (REG)**

**Errata re Docket No. 13411.**

Dear Judge Gerber:

We write on behalf of certain Non-Ignition Switch Plaintiffs represented by Co-Lead and Designated Counsel to notify the Court of an error in the letter filed on August 31, 2015 apprising the Court of the status of the Non-Ignition Switch Plaintiffs' GUC Trust Asset Pleading [ECF 13411]. In that letter, we inadvertently indicated that Phase 2 discovery in the MDL Action is set to commence this Fall, when, in fact, Phase 2 discovery started in June and ends in November and includes some discovery related to Non-Ignition Switch claims. Phase 3 discovery in the MDL Action is expected to commence this Fall with Non-Ignition Switch claims as a key topic.

brownrudnick.com

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



Honorable Robert E. Gerber
September 1, 2015
Page 2

Respectfully submitted,

 /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101

*Co-Lead Counsel in the MDL Proceeding for the Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs*

 /s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111

*Co-Lead Counsel in the MDL Proceeding for the Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs*

 /s/ Edward S. Weisfelner
Edward S. Weisfelner
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036

*Designated Counsel for Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs*

 /s/ Sander L. Esserman
Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
2323 Bryan Street, Suite 2200
Dallas, TX 75201

*Designated Counsel for Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs*

cc:    Honorable Jesse M. Furman
       Arthur Steinberg
       Scott Davidson
       Matt Williams
       Lisa Rubin
       Daniel Golden
       Deborah Newman
       William P. Weintraub
       Richard C. Godfrey, P.C.
       Andrew B. Bloomer, P.C.
       S. Preston Ricardo
       Gregory W. Fox
       Jonathan L. Flaxer
       Robert C. Hilliard