UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



Honorable Judge Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Ref: Evidentiary Hearing Scheduled on September 22, 2015.

Honorable Judge Robert E. Gerber:

As a humble introduction and here come again Plaintiff and Pro Se Litigant Atul C. Shah, MD with a simple request.

Again, I am humbly requesting for the Evidentiary Hearing for my historic and unprecedented Civil Case MLC GUC Claim No. 28820.

Thank you very much for scheduling Evidentiary Hearing at the United States Bankruptcy Court in New York on September 22, 2015.

I am planning to present and speak regarding my Civil Case during this Evidentiary Hearing scheduled on September 22, 2015 per 09-50026-reg Doc 13340 Filed on 08/04/15.

I sincerely assume that I am invited for the Evidentiary Hearing unless I am advised not to attend this Evidentiary Hearing.

Please kindly let me know the reasons if I am not invited for this Evidentiary Hearing scheduled on September 22, 2015.

Sincerely,

Atul C. Shah, MD
Plaintiff and Pro se Litigant
2884 Manorwood Drive
Troy, Michigan 48085
Cell Phone (248) 835-5025
August 22, 2015

<u>Email and Hard Copy forwarded via regular Mail to the following recipients:</u>

<u>1.</u> Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust,

767 Fifth Avenue, New York, New York 10153

(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);

<u>2.</u> The Debtors, c/o Motors Liquidation Company,

401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);

<u>3.</u> General Motors LLC, 400 Renaissance Centers, Detroit, Michigan 48265

(Attn: Lawrence S. Buonomo, Esq.);

<u>4.</u> Cadwalader, Wickersham & Taft LLP, attorneys for the United

States Department of the Treasury,

One World Financial Center, New York, New York 10281

(Attn: John J. Rapisardi, Esq.);

<u>5.</u> The United States Department of the Treasury, 1500 09-50026-reg Doc 13045 Filed 01/14/15 Entered 01/14/15 16:26:57 Main Document

Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.);

<u>6.</u> Vedder Price, P.C., attorneys for Export Development Canada,

1633 Broadway, 47th Floor, New York, New York 10019

(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);

<u>7.</u> Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

<u>8.</u> The Office of the United States Trustee for the Southern District of New York,

33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);

9. The U.S. Attorney's Office, S.D.N.Y.,

86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);

10. Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims,

375 Park Avenue, 35th Floor, New York, New York 10152-3500

(Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and

One Thomas Circle, N.W. Suite 1100, Washington, DC 20005

(Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.);

11. Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.);

12. Gibson, Dunn & Crutcher LLP, attorneys for Wilmington Trust Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith Martorana, Esq.);

13. FTI Consulting, as the GUC Trust Monitor and as the Avoidance Action Trust Monitor, 3 Times Square, 11th Floor New York, NY 10036 (Attn: Conor Tully);

14. Crowell & Moring LLP, attorneys for the Revitalizing Auto Communities Environmental Response Trust,

590 Madison Avenue, 19th Floor, New York, New York 10022-2524

(Attn: Michael V. Blumenthal, Esq.);

15. Kirk 09-50026-reg Doc 13045 Filed 01/14/15 Entered 01/14/15 16:26:57 Main Document

P. Watson, Esq., as the Asbestos Trust Administrator,

2301 Woodlawn Boulevard, Austin, Texas 78703

16. Jeffrey Rhodes Esq., Dickstein Shapiro, LLP, Defendant Attorneys for Motor Liquidation Company,
1825 Eye Street, NW Washington, DC 20006 and

17. Colleen Kilfoyle Esq., Associate Attorney, Dickstein Shapiro, LLP, Defendant Attorneys for Motor Liquidation Company, New York

3