KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 28, 2015*, I caused to be served a true and correct copy of the following documents:

(i)   *Notice Of Presentment Of Order Granting Application By General Motors LLC, Pursuant To The Judgment Dated June 1, 2015, Directing Plaintiffs In The Bavlsik Lawsuit To Withdraw Their Punitive Damages Request In Their Complaint* (With Exhibits) [ECF. No. 13407];

(ii) *Letter In Connection With August 31, 2015 Case Management Status Conference* [ECF. No. 13408]; and

(iii) *Notice Of Matters Scheduled For Hearing On August 31, 2015 At 9:45 A.M. (Eastern Time)* [ECF. No. 13410];

by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: September 3, 2015
New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

**Service List For August 28, 2015:**

**Documents Served *via* Email:**

1 - *Notice Of Presentment Of Order Granting Application By General Motors LLC, Pursuant To The Judgment Dated June 1, 2015, Directing Plaintiffs In The Bavlsik Lawsuit To Withdraw Their Punitive Damages Request In Their Complaint* (With Exhibits) [ECF. No. 13407].

2 - *Letter In Connection With August 31, 2015 Case Management Status Conference* [ECF. No. 13408].

3 - *Notice Of Matters Scheduled For Hearing On August 31, 2015 At 9:45 A.M.* (Eastern Time) [ECF. No. 13410].

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
andrew@hbsslaw.com
jsimon@simonlawpc.com;
kcarnie@simonlawpc.com

## Service List For August 28, 2015:

**Documents Served *via* Overnight Delivery:**

1 - *Notice Of Presentment Of Order Granting Application By General Motors LLC, Pursuant To The Judgment Dated June 1, 2015, Directing Plaintiffs In The Bavlsik Lawsuit To Withdraw Their Punitive Damages Request In Their Complaint* (With Exhibits) [ECF. No. 13407].

2 - *Letter In Connection With August 31, 2015 Case Management Status Conference* [ECF. No. 13408].

3 - *Notice Of Matters Scheduled For Hearing On August 31, 2015 At 9:45 A.M.* (Eastern Time) [ECF. No. 13410].

| | |
|---|---|
| THE SIMON LAW FIRM, P.C.<br>John G. Simon<br>Kevin M. Carnie, Jr.<br>800 Market Street, Ste. 1700<br>St. Louis, MO 63101 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |