# EXHIBIT "B"

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

| | |
|---|---|
| CAROLYN RICKARD, ADMINISTRATRIX OF THE ESTATE OF WILLIAM J. RICKARD, Deceased, | CIVIL DIVISION |
| Plaintiff, | No.: GD-14-020549 |
| v. | Code: |
| THE WALSH GROUP LTD., an Illinois Business Corporation; WALSH CONSTRUCTION COMPANY, an Illinois Business Corporation, t/d/b/a Walsh Northeast; WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Business Corporation; WALSH CONSTRUCTION GROUP, LLC, an Illinois Business Corporation; SARGENT ELECTRIC COMPANY, a Pennsylvania Business Corporation; CONCRETE RESTORATION SPECIALISTS, LLC, an Ohio Business Corporation; INDEPENDENCE EXCAVATING, INC., an Ohio Business Corporation; W.G. TOMKO, INC., a Pennsylvania Business Corporation, PARKING LOT PAINTING CO., LLC, a Pennsylvania Business Corporation; MICHAEL BAKER JR., INC., a Pennsylvania Business Corporation; BETH'S BARRICADES, a Pennsylvania Business Corporation; COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA DEPARTMENT OF TRANSPORTATION; GENERAL MOTORS, LLC, a Delaware Business Corporation f/k/a General Motors Company; GENERAL MOTORS CORPORATION, a Delaware Business Corporation; MOTORS LIQUIDATION COMPANY, a Delaware Business Corporation f/k/a General Motors Corporation; GENERAL MOTORS COMPANY, a Delaware Business Corporation; GENERAL MOTORS HOLDINGS, LLC, a Delaware Business Corporation; WOODLEY PAUL, an individual and CHARLES PHILLIPS, an individual. | **STIPULATION**<br><br>Filed By:<br>Plaintiffs<br><br>Counsel of Record for This party:<br><br>Arthur Cutruzzula, Esquire<br>Pa. I.D. #27915<br><br>Walter J. Nalducci, Esquire<br>Pa. I.D. #69256<br><br>Julianne Cutruzzula Beil, Esquire<br>Pa. I.D. #315892<br><br>CUTRUZZULA & NALDUCCI<br>3300 Grant Building<br>Pittsburgh, PA 15219<br>(412) 391-4040<br><br>**A JURY TRIAL DEMANDED** |
| Defendants. | |

FILED
15 MAR -4 PM 12: 14
DEPT OF COURT RECORDS
CIVIL/FAMILY DIVISION
ALLEGHENY COUNTY PA

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

| | |
|---|---|
| CAROLYN RICKARD, ADMINISTRATRIX OF THE ESTATE OF WILLIAM J. RICKARD, Deceased ) ) ) ) | CIVIL DIVISION |
| Plaintiff, ) v. ) ) | No.: GD-14-020549 |
| THE WALSH GROUP LTD., ) an Illinois Business Corporation; ) WALSH CONSTRUCTION COMPANY, ) an Illinois Business Corporation, t/d/b/a ) Walsh Northeast; WALSH CONSTRUCTION ) COMPANY II, LLC, an Illinois Business ) Corporation; WALSH CONSTRUCTION ) GROUP, LLC, an Illinois Business Corporation; ) SARGENT ELECTRIC COMPANY, a ) Pennsylvania Business Corporation; CONCRETE ) RESTORATION SPECIALISTS, LLC, ) an Ohio Business Corporation; INDEPENDENCE ) EXCAVATING, INC., an Ohio Business ) Corporation; W.G. TOMKO, INC., a Pennsylvania ) Business Corporation, PARKING LOT ) PAINTING CO., LLC, a Pennsylvania Business ) Corporation; MICHAEL BAKER JR., INC., ) a Pennsylvania Business Corporation; ) BETH'S BARRICADES, a Pennsylvania Business ) Corporation; COMMONWEALTH OF ) PENNSYLVANIA, PENNSYLVANIA ) DEPARTMENT OF TRANSPORTATION; ) GENERAL MOTORS, LLC, a Delaware ) Business Corporation f/k/a General Motors ) Company; GENERAL MOTORS CORPORATION ) a Delaware Business Corporation; MOTORS ) LIQUIDATION COMPANY, a Delaware ) Business Corporation f/k/a General Motors ) Corporation; GENERAL MOTORS COMPANY, ) a Delaware Business Corporation; GENERAL ) MOTORS HOLDINGS, LLC, a Delaware Business ) Corporation; WOODLEY PAUL, an individual and ) CHARLES PHILLIPS, an individual, ) Defendants. ) | Code: |

## STIPULATION

The Plaintiffs and Defendant General Motors, LLC, through their respective counsel undersigned, hereby agree and stipulate to the following:

1. General Motors, LLC f/k/a General Motors Company ("GM LLC") agrees, without admitting any liability, that it is the proper party to be named in this matter and, pursuant to the Master Sales and Purchase Agreement governing the sale of certain assets from General Motors Corporation to GM LLC, it assumed responsibility in place of General Motors Corporation for certain claimed injuries and damages alleged to have been caused by motor vehicles sold by General Motors Corporation, including the subject 2002 Chevy S-10 vehicle, which arise directly out of accidents that occurred after July 9, 2009.

2. GM LLC agrees and stipulates that it will not identify, claim or otherwise assert the fault or strict liability of the following entities:

    a. Motors Liquidation Company f/k/a General Motors Corporation;

    b. General Motors Holding, LLC;

    c. General Motors Company; and

    d. General Motors Corporation.

CUTRUZZULA & NALDUCCI

*Julianne Cutruzzula Beil* (signature)

Julianne Cutruzzula Beil, Esquire
3300 Grant Building
310 Grant Street
Pittsburgh, PA 15219
Attorney for Plaintiff, Carolyn Rickard
Administratrix of the Estate of
William J. Rickard, Deceased

RICCI, TYRELL, JOHNSON & GRAY

*William J. Ricci* (signature)

William J. Ricci, Esquire
1515 Market Street, Suite 700
Philadelphia, PA 19102
Attorney for Defendant,
General Motors, LLC f/k/a General Motors Company

3