KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                             :     Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :     Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*          :
                                                  :
                                      Debtors.    :     (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 3, 2015* I caused to be served a true and correct copy of the *Response by General Motors LLC to Adams Plaintiffs' No Dismissal Pleading* (With Exhibit) [ECF. No. 13422], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: September 4, 2015
       New York, New York

                                                                KING & SPALDING LLP

                                                                By: /s/   Scott I. Davidson___
                                                                Arthur J. Steinberg
                                                                Scott Davidson
                                                                King & Spalding LLP
                                                               1185 Avenue of the Americas
                                                                New York, NY 10036
                                                               Telephone: (212) 556-2100
                                                                Facsimile: (212) 556-2222

                                                                *Attorneys for General Motors LLC*

## Service List For September 3, 2015:

**Documents Served *via* Email:**

*1 - Response by General Motors LLC to Adams Plaintiffs' No Dismissal Pleading (With Exhibit) [ECF. No. 13422]*

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com;
andrew@hbsslaw.com

## Service List For September 3, 2015

**Documents Served *via* Overnight Delivery:**

*1 - Response by General Motors LLC to Adams Plaintiffs' No Dismissal Pleading (With Exhibit) [ECF. No. 13422]*

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | William P. Weintraub<br>Gregory W. Fox<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018 |