KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*      :
                                                   :
                                  Debtors.         :    (Jointly Administered)
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 4, 2015*, I caused to be served a true and correct copy of the *Reply by General Motors LLC to the Opposition to the Motion, Pursuant to Rules 7052 and 9023 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9023-1, for Relief From and to Reconsider the Court's Order Dated July 29, 2015* [ECF. No. 13425] by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: September 8, 2015
New York, New York

                                         KING & SPALDING LLP

                                         By: /s/   Scott I. Davidson
                                         Arthur J. Steinberg
                                         Scott Davidson
                                         King & Spalding LLP
                                         1185 Avenue of the Americas
                                         New York, NY 10036
                                         Telephone: (212) 556-2100
                                         Facsimile: (212) 556-2222

                                         *Attorneys for General Motors LLC*

**Service List For September 4, 2015:**

**Documents Served *via* Email:**

1 – *Reply by General Motors LLC to the Opposition to the Motion, Pursuant to Rules 7052 and 9023 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9023-1, for Relief From and to Reconsider the Court's Order Dated July 29, 2015* [ECF. No. 13425]

eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com;
dmolton@brownrudnick.com;
morenstein@brownrudnick.com;
esserman@sbep-law.com;
schmidt@whafh.com;
brown@whafh.com
jflaxer@golenbock.com;
pricardo@golenbock.com;
mjwilliams@gibsondunn.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
dgolden@akingump.com;
djnewman@akingump.com;
jdiehl@akingump.com;
nmoss@akingump.com;
wweintraub@goodwinprocter.com;
eohagan@goodwinprocter.com;
gfox@goodwinprocter.com
Andrew@hbsslaw.com;
vmastromar@aol.com;
russellbabcock@aol.com

**Service List For September 4, 2015:**

**Documents Served *via* Overnight Delivery:**

1 – *Reply by General Motors LLC to the Opposition to the Motion, Pursuant to Rules 7052 and 9023 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9023-1, for Relief From and to Reconsider the Court's Order Dated July 29, 2015* [ECF. No. 13425]

| | |
|---|---|
| Victor J. Mastromarco, Jr.<br>Russell C. Babcock<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |