KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                               :          Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :          Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*        :
                                                    :
                            Debtors.                :          (Jointly Administered)
-------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

        This is to certify that on *September 4, 2015*, pursuant to the *Scheduling Order Regarding Case Management Order Re: No-Strike, No Stay, Objection, and GUC Trust Asset Pleading*, entered on September 3, 2015 [Dkt. No 13416] ("**Scheduling Order**"), I caused to be served a true and correct copy of each of the: (i) *Scheduling Order*; and (ii) *Memorandum Endorsed Order of Joint Letter re: Proposed Scheduling Order Regarding Case Management Order*, entered on September 3, 2015 [ECF. No. 13417] ("**Memorandum Endorsed Order**"). Copies of the documents listed in the annexed service lists were served upon each of the persons and

entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight

mail.

Dated: September 10, 2015
      New York, New York

                               KING & SPALDING LLP

                               By:   /s/  Scott I. Davidson
                                     Arthur J. Steinberg
                                     Scott Davidson
                                     King & Spalding LLP
                                     1185 Avenue of the Americas
                                     New York, NY 10036
                                     Telephone: (212) 556-2100
                                     Facsimile: (212) 556-2222

                                 *Attorneys for General Motors LLC*

## Service List For September 4, 2015:

**Documents Served *via* Email:**

1. **Scheduling Order**
2. **Memorandum Endorsed Order**

| Case Name | Serving Email Address |
|---|---|
| *Alden et al. v. General Motors LLC* Case No.: 1522-CC09842 (Cir. Ct. of St. Louis, MO, Division I) | bob@lelaw.com<br>adam@lelaw.com<br>onder@onderlaw.com<br>oleary@onderlaw.com<br>corrigan@onderlaw.com |
| *Alexander v. General Motors LLC, et al.* Case No.: 2013-29761 (Dist. Ct., Harris County, Texas) | attorneyhagmaier@gmail.com |
| *Ballard v. General Motors LLC* Case No.: 14-CI-00162 (Barren Co. Cir. Ct, KY) | ghlf@scrtc.com |
| *Barbot v. General Motors LLC, et al.* Case No.: 2015-07436 (Dist. Ct. Parish of Orleans, LA) | lrayon@reganlaw.net |
| *Barthelemy v. General Motors LLC* Case No.: 1:14-cv-05810 (S.D.N.Y.) | bobh@hmglawfirm.com;<br>lauren@hmglawfirm.com;<br>steve@hilliardshadowenlaw.com;<br>anne@hilliardshadowenlaw.com;<br>marion@hmglawfirm.com |
| *Blood, at al. v. General Motors LLC* Case No.: 1:15-cv-06578 (S.D.N.Y.) | bobh@hmglawfirm.com;<br>lauren@hmglawfirm.com;<br>steve@hilliardshadowenlaw.com;<br>anne@hilliardshadowenlaw.com;<br>marion@hmglawfirm.com<br>tjh@tjhlaw.com;<br>cfitzgerald@tjhlaw.com |
| *Broderson v. General Motors LLC, et al.* Case No.: 49Civ11-001627 (2nd J.C., Cir. Ct., Minnehaha Cty., S.D.) | paul@komyattelawfirm.com |

| Case Name | Serving Email Address |
|---|---|
| *C. Grant v. General Motors LLC*<br>Case No.: 6:14-cv-2132 (United States District Court, M.D. Fla.) | jasonharr@harrlawfirm.com<br>noahprosser@harrlawfirm.com |
| *Callahan v. General Motors LLC*<br>Case No.: 13-CI-00387 (Carter Circuit Court, KY) | thelaw@robertwmillerky.com |
| *Carl Hand v. General Motors LLC*<br>Case No.: 2014-308 (Smith County Circuit Court, MS) | genetullos@tullosandtullos.com |
| *Cockram v. General Motors LLC*<br>Case No.: 1:14-cv-08176 (S.D.N.Y.) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *Collins et al. v. General Motors LLC, et al.*<br>Case No.: 1322-CC09999 (Cir. Ct. St. Louis, MO) | brad@kuhlmanlucas.com |
| *Cull, et al. v. General Motors LLC, et al.*<br>Case No.: 10C02-1404-CT060 (Circuit Court, Clark County, Indiana) | jere.beasley@beasleyallen.com<br>cole.portis@beasleyallen.com<br>mike.andrews@beasleyallen.com<br>dave@getstewart.com<br>lance@thecooperfirm.com |
| *Curtis v. General Motors LLC, et al.*<br>Case No.: CV2014-053479 (Sup. Ct. Arizona) | lcoben@cobenlaw.com |
| *De Los Santos v. General Motors LLC, et al.*<br>Case No.: 2014CCV-6078802 (County Court, Nueces County, Texas) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com<br>tjhenry@thomasjhenrylaw.com |
| *Dean, et al. v. General Motors LLC, et al.*<br>Case No.: 14-C-1693 (Cir. Ct. Kanawha Cty., WV) | mstaun@hartleyobrien.com |
| *Dewalt v. General Motors LLC*<br>Case No.: 5:15-cv-00708-EGS (E.D. Pa.) | conrad_r_blease@yahoo.com |

| Case Name | Serving Email Address |
|---|---|
| *Dunleavy v. General Motors LLC, et al.*<br>Case No.: 13-011278 (C.P. Allegheny Cty., PA) | rshenkan@shenkanlaw |
| *Fain v. General Motors LLC, et al.*<br>Case No.: 15BA-CV01733 (Cir. Ct. Boone Cty., MO) | tvanronzelen@cvdl.net |
| *Figley, et al., v. General Motors LLC et al.*<br>Case No.: 2015-32887 (190th Judicial Dist. Ct. of Harris County, TX) | dharris@swhhb.com<br>snorris@norriscantulaw.com<br>gcantu@norriscantulaw.com<br>lkrzesienski@flemingattorneys.com |
| *Flores v. General Motors LLC*<br>Case No.: BC545589 (Sup. Ct. of California) | dcarasso@bisnarchase.com<br>bchase@bisnarchase.com |
| *Gilbert v. General Motors LLC*<br>Case No.: 00140 (Ct of Common Pleas, Philadelphia Cty.) | nancy@erlegal.com |
| *Gore v. General Motors LLC, et al.*<br>Case No.: 623,410 (19th J.D.C., Parsh of Baton Rouge, LA) | jritch@elliotritch.com<br>alans@ksbrlaw.com |
| *Green v. General Motors LLC, et al.*<br>Case No.: 2015-24496 (Dist. Ct. Harris County, Texas) | kbailey@bpblaw.com<br>ltien@bpblaw.com<br>rcowan@bpblaw.com |
| *Grey v. General Motors LLC*<br>Case No.: 5:15-cv-00227-KKC (E.D. KY) | david@davidbryantlaw.com |
| *Grier v. General Motors LLC*<br>Case No.: CV-2014-385-1 (Cir. Ct. White Cty. AK) | attysatlaw@aol.com |
| *Hafen v. General Motors LLC, et al.*<br>Case No.: A-14-696746-C (Dept. No. XIX, Dist. Ct. Clark Cty., NV) | rporter@ralphporterlaw.com<br>eservice@egletwall.com |
| *Howell v. General Motors LLC*<br>Case No.: 1:15-CV-0398 (N.D. Ga.) | Cale@conleygriggs.com<br>ranse@conleygriggs.com<br>BLeydon@tooherwocl.com |
| *Jacobs v. General Motors LLC*<br>Case No.: 7:14-cv-00257 (E.D. N.C.) | dixonlaw101@yahoo.com |

| Case Name | Serving Email Address |
|---|---|
| *Jarvis, et al. v. General Motors LLC, et al.* Case No.: [Pending] (Circuit Court for Macomb County, MI) | wstapleton@hooperhathaway.com cdalbey@weitzlux.com rgreenwald@weitzlux.com |
| *Lai v. General Motors LLC* Case No.: CJ-14-77 (Dist. Ct. Murray Cty., OK) | tyesmith@carrcarrokc.com |
| *Lebron v. General Motors LLC, et al.* Case No.: 2015-25589 (Harris Cty. Dist. Ct., TX) | MTilton@tiltonlawfirm.com |
| *Little et al. v. General Motors LLC* Case No.: 14-CI-00926 (Floyd Cty., KY) | jerrypatton@bellsouth.net |
| *Lowe v. General Motors LLC, et al.* Case No.: 14-A-523395 (DeKalb Cty., GA) | wbriggs@winstonbriggslaw.com |
| *Lowe, et al. v. General Motors LLC, et al.* Case No.: 3:15-cv-00532 (M.D. LA) | contact@sangisettylaw.com |
| *McGrath v. General Motors Company et al.* Case No.: BC560375 (L.A. Sup. Ct., CA) | gmarcos@marcoslawfirm.com |
| *McNeil v. General Motors LLC, et al.* Case No.: 2014-CP-15-91 (Ct. of Common Pleas, S.C.) | rmurdaugh@pmped.com, rcrosby@pmped.com |
| *Medlin v. General Motors LLC* Case No.: 15SL-AC20440 (Circuit Ct. of St. Louis Co., MO) | mbs@clalaw.com |
| *Meisel v. General Motors LLC, et al.* Case No.: BC511453 (Superior Court, California) | tomyuhas@ix.netcom.com |
| *Meza et al. v. General Motors LLC, et al.* Case No.: 30-2015-00786518-CU-PL-CXC (Orange Cty. Sup. Ct.) | dcarasso@bisnarchase.com bchase@bisnarchase.com |
| *Miller v. General Motors LLC, et al.* Case No.: 257,917-B (Dist. Ct. Bell Cty., TX) | brad@kuhlmanlucas.com scott@scottpalmerlaw.com rchaiken@chaikenlaw.com ckitner@chaikenlaw.com |

| Case Name | Serving Email Address |
|---|---|
| *Morris v. General Motors LLC, et al.*<br>Case No.: 15-C-566 (Circuit Court for Davidson Cty, TN) | michael@poncelaw.com<br>marshall@poncelaw.com<br>graham.esdale@beasleyallen.com |
| *Moss v. General Motors LLC*<br>Case No.: 3:15-cv-00200 (U.S. Dist. Ct., E.D. Ark.) | jwharris1@prodigy.net |
| *Neal v. General Motors LLC*<br>Case No.: 2:14-CV-633 (U.S.D.C.  N. Div. M.D. AL) | mike.andrews@beasleyallen.com |
| *Norville v. General Motors LLC*<br>Case No.: 1:14-cv-08176 (S.D.N.Y.) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *Nunez v. General Motors LLC et al.*<br>Case No.: 14SL-CC01787 (St. Louis Cty. MO) | kent@lelaw.com |
| *Pelletier v. General Motors Co., et al.*<br>Case No.: 2012-CP-10-7438 (Ct. of Common Pleas, Charleston Cty., SC) | jelliott@richardsonplowden.com<br>nhughey@hugheylawfirm.com<br>shudson@hugheylawfirm.com |
| *Phillips v. General Motors LLC, et al.*<br>Case No.: 2014CCV-61957-3 (County Court, Nueces County, Texas) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *Pitterman et al. v. General Motors LLC*<br>Case No.: 3:14-cv-00967 (JCH) (U.S.D.C. D. Conn.) | radelman@ahctriallaw.com |
| *Ratcliff v. General Motors LLC*<br>Case No.: 21-C-13-047954 (Circuit Court for Washington Cty, MD) | obie26@aol.com |
| *Reid v. General Motors LLC*<br>Case No.: 1:14-cv-05810 (S.D.N.Y.) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |

| Case Name | Serving Email Address |
|---|---|
| *Rickard v. General Motors LLC et al.*<br>Case No.: GD-14-020549 (Ct. of Common Pleas, Allegheny Cty., PA) | acutruzzula@cnlawfirm.net |
| *Roberts v. General Motors LLC*<br>Case No.: 4:13-cv-00541-CAS (U.S.D.C. E.D. MO) | jsimon@simonlawpc.com<br>kcarnie@simonlawpc.com |
| *Rone, et al. v. General Motors LLC, et al.*<br>Case No.: 14C1474-202 (Dist. Ct. Bowie County, Texas) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *S.Wilson v. General Motors LLC, et al.*<br>Cause No.: 2014-51871 (Dist. Ct. Harris County, Texas) | bleger@lkclawfirm.com<br>rcanche@lkclawfirm.com<br>kmarks@lkclawfirm.com |
| *Scheuer v. General Motors LLC*<br>Case No.: 1:14-cv-08176 (S.D.N.Y.) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *Schrader v. General Motors LLC, et al.*<br>Case No.: 15SL-CC01853 (St. Louis Cty. MO) | rsullivan@sullivantrial.com<br>tmorgan@sullivantrial.com |
| *Sevilla et al. v. General Motors LLC, et al.*<br>Case No.: 34-2015-00175939 (Super. Ct. Sacramento Cty., CA) | rdreyer@dbbwc.com<br>rbale@dbbwc.com |
| *Smith, et al., v. General Motors LLC, et al.*<br>Case No.: CV2015-051753 (Super. Ct. Maricopa Cty., AZ) | lcoben@anapolschwartz.com<br>jniemi@anapolschwartz.com |
| *Solomon v. General Motors LLC, et al.*<br>Case No.: 14-C-1694 (Cir. Ct. Kanawha Cty., WV) | mstaun@hartleyobrien.com |
| *Stevens et al. v. General Motors LLC, et al.*<br>Case No.: 2015-04442 (Dist. Ct. of Harris County, Texas) | josh@thejdfirm.com |

| Case Name | Serving Email Address |
|---|---|
| *Tafoya, et al. v. General Motors LLC, et al.* <br> Case No.: D-412-CV-2012-00055 (4th J.D., San Miguel Cty., NM) | cpeifer@peiferlaw.com <br> rhanson@peiferlaw.com |
| *Tarver v. G.M.C. Corp. et al.* <br> Cause No.: C-1430282 and 2014-65837 (TX MDL) | bentonmusslewhite@gmail.com <br> jeff@lbjmlaw.com |
| *Terrell v. General Motors LLC, et al.* <br> Case No.: 15-CV-877 (Ct. of Common Please, Mahoning Cty., OH) | jlowe@lewlaw.com <br> gscott@lewlaw.com |
| *Thacker v. General Motors LLC* <br> Case No.: 7:15-cv-00015-ART-EBA (E.D. KY) | bgarmer@garmerprather.com <br> jprather@garmerprather.com |
| *Tibbetts v. General Motors LLC, et al.* <br> Case No.: D-202-CV-2015-04918 (Dist. Ct., Bernalillo Cty., NM) | robert@fergusonlaw.com |
| *Varney et al. v. General Motors LLC* <br> Case No.: 3:15-cv-10129-MGM | mail@doatty.com <br> ghoward@doatty.com |
| *Vaughn v. General Motors LLC, et al.* <br> Case No.: S-1500-CV-284626 (Super. Ct. Kern Cty., CA) | bchase@bisnarchase.com |
| *Williams v. General Motors LLC* <br> Case No.: 1:15cv249 HSO-JCG (U.S. Dist. Ct., S.D. Miss.) | gwhealyiv@aol.com |
| *Worthington v. General Motors LLC, et al.* <br> Case No.: 14-A-3063-3 (Cobb Cty. Super. Ct., GA) | ben.baker@beasleyallen.com; <br> doreen@the cooperfirm.com |
| *Wright v. General Motors LLC, et al.* <br> Case No.: SU-14-CV-627-68 (Super. Ct. Muscogee Cty., GA) | tch@psstf.com |
| *Yingling v. General Motors LLC* <br> Case No.: 1:14-cv-05336 (S.D.N.Y.) | vpribanic@pribanic.com <br> mdoebler@pribanic.com |
| *Bolden, et al. v. General Motors LLC* <br> Case No.: 1:15-cv-01316 (MDL No. 2543) | beachlawyer51@hotmail.com |

| Case Name | Serving Email Address |
|---|---|
| *Weaver v. General Motors Co., et al.*<br>Case No.: 1:15-cv-02170 (MDL No. 2543) | jttenge@tengelaw.com |
| *Jackson, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-00713 (MDL No. 2543) | akmartin@lchb.com |
| *M. Adams, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-00186 (MDL No. 2543) | dmatthews@thematthewslawfirm.com |
| *O'Neill, et al. v. General Motors LLC*<br>Case No.: 1:14-cv-08133 (MDL No. 2543) | ddefeo@defeokolker.com<br>stevenstolze@sbcglobal.net |
| *Lambeth v. General Motors Co., et al.*<br>Case No. 1:14-cv-05458 (MDL No. 2543) | jsm@rhinelawfirm.com |
| *Dawson v. General Motors LLC*<br>Case No.: 1:14-cv-05750 (MDL No. 2543) | drl@spanglaw.com |
| *Davidson v. General Motors LLC*<br>Case No.: 1:15-cv-02708 (MDL No.2543) | mrader@bflawfirm.com |
| *Boynes v. General Motors LLC*<br>Case No.: 1:15-cv-01857 (MDL No. 2543) | chaffin@chaffinluhana.com |
| *Bersano, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-00550 (MDL No. 2543) | jdugan@dugan-lawfirm.com<br>dfranco@dugan-lawfirm.com<br>matoups@wgttlaw.com |
| *Hofling v. General Motors LLC*<br>Case No.: 1:15-cv-03417 (MDL No. 2543) | ericchandlerlaw@gmail.com |
| *Lyon-Schmidt v. General Motors LLC*<br>Case No.: 1:15-cv-00182 (MDL No. 2543) | ryan@stephenskellylaw.com<br>justin@stephenskellylaw.com |
| *A. Smith v. General Motors LLC*<br>Case No.: 1:15-cv-00178 (MDL No. 2543) | sidney@bcoonlaw.com |
| *Ward v. General Motors LLC*<br>Case No.: 1:14-cv-08317 (MDL No. 2543) | jbilsborrow@weitzlux.com<br>rgreenwald@weitzlux.com |

| Case Name | Serving Email Address |
|---|---|
| *Fleck, et al. v. General Motors LLC,*<br>Case No.: 1:14-cv-08176 (MDL No. 2543) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *McCormick, et al. v. General Motors LLC*<br>Case No.: 1:14-cv-08892 (MDL No.2543) | jdugan@dugan-lawfirm.com<br>dfranco@dugan-lawfirm.com<br>matoups@wgttlaw.com |
| *Chaplin v. General Motors Corp., et al.*<br>Case No.: 1:14-cv-07474 (MDL No. 2543) | cjuhas@wernlawyers.com |
| *Contaldo v. General Motors LLC*<br>Case No.: 1:15-cv-05170 (MDL No. 2543) | chaffin@chaffinluhana.com |
| *van Straaten v. General Motors LLC*<br>Case No.: 1:15-cv-05649 (MDL No. 2543) | jguest@jguestlaw.com |
| *Davila v. General Motors LLC*<br>Case No.: 1:15-cv-04931 (MDL No. 2543) | akmartin@lchb.com |
| *Taskar, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-06052 (MDL No. 2543) | akmartin@lchb.com |
| *Modeste v. General Motors LLC*<br>Case No.: 1:15-cv-05995 (MDL No. 2543) | lance@thecooperfirm.com |
| *Granados v. General Motors LLC*<br>Case No.: 1:15-cv-06530 (MDL No. 2543) | matoups@wgttlaw.com |
| *Long v. General Motors LLC*<br>Case No.: 1:15-cv-05739 (MDL No. 2543) | acarter@sgpblaw.com |
| *Hayes, et al. v. General Motors LLC*<br>Case No.: 1:14-cv-10023 (MDL No. 2543) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *Ewing v. General Motors LLC*<br>Case No.: 1:14-cv-09965 (MDL No. 2543) | dmatthews@thematthewslawfirm.com |

| Case Name | Serving Email Address |
|---|---|
| *Yohe v. General Motors LLC*<br>Case No.: 1:14-cv-09864 (MDL No. 2543) | dmatthews@thematthewslawfirm.com |
| *Brown v. General Motors LLC*<br>Case No.: 1:15-cv-06452 (MDL No. 2543) | lance@thecooperfirm.com |
| *Keeler, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-06233 (MDL No. 2543) | lance@thecooperfirm.com |
| *Kirchinger v. General Motors LLC*<br>Case No.: 1:15-cv-02588 (MDL No. 2543) | acarter@sgpblaw.com |
| *Lambert v. General Motors LLC*<br>Case No.: 1:15-cv-02591 (MDL No. 2543) | acarter@sgpblaw.com |
| *Adams v. General Motors LLC*<br>Case No.: 1:15-cv-02339 (MDL No. 2453) | jbilsborrow@weitzlux.com |
| *D. Smith v. General Motors LLC*<br>Case No.: 1:15-cv-02493 (MDL No. 2543) | lance@thecooperfirm.com |
| *Gregory v. General Motors LLC*<br>Case No.: 1:15-cv-06591 (MDL No. 2543) | lance@thecooperfirm.com |
| *Duncan v. General Motors LLC*<br>Case No.: 1:14-cv-05881 (MDL No. 2543) | bcorl@potts-law.com |
| *Wren v. General Motors LLC*<br>Case No.: 1:15-cv-00761 (MDL No. 2543) | david@davidbryantlaw.com |
| *Lelonek v. General Motors LLC*<br>Case No.: 1:15-cv-03641 (MDL No. 2543) | lance@thecooperfirm.com |
| *Symonds-Williams v. General Motors LLC*<br>Case No.: 1:15-cv-03215 (MDL No. 2543) | ddefeo@defeokolker.com<br>aribeiro@vrslaw.com |
| *Cibula v. General Motors LLC*<br>Case No.: 1:15-cv-02935 (MDL No. 2543) | akmartin@lchb.com |
| *Doup, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-03592 (MDL No. 2543) | matoups@wgttlaw.com |

| Case Name | Serving Email Address |
|---|---|
| *Uglow v. General Motors LLC*<br>Case No.: 1:15-cv-04385 (MDL No. 2543) | william@lawlandsman.com |
| *Fobbs v. General Motors LLC*<br>Case No.: 1:15-cv-04182 (MDL No. 2543) | lance@thecooperfirm.com |
| *Danley, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-04647 (MDL No. 2543) | cbailey@bpblaw.com |
| *Bartram, et al. v. General Motors LLC, et al.*<br>Case No.: 1:15-cv-04896 (MDL No. 2543) | will@bccnlaw.com |
| *Mayes v. General Motors LLC*<br>Case No.: 1:15-cv-04797 (MDL No. 2543) | acarter@sgpblaw.com |
| *Rowe, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-04768 (MDL No. 2543) | lance@thecooperfirm.com |
| *Victoriano v. General Motors LLC*<br>Case No.: 1:15-cv-06010 (MDL No. 2543) | zinbarglaw@aol.com |
| *Unseul v. General Motors LLC, et al.*<br>Case No.: 1:15-cv-01791 (MDL No. 2543) | michael@vilesandbeckman.com |
| *Barros v. General Motors LLC, et al.*<br>Case No.: 1:15-cv-01794 (MDL No. 2543) | michael@vilesandbeckman.com |
| *M. A. Smith v. General Motors LLC*<br>Case No.: 1:15-cv-00392 (MDL No. 2543) | brianc@wrightroy.com |
| *Maresca, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-03702 (MDL No. 2543) | cbailey@bpblaw.com |
| *Ali, et al. v. General Motors LLC, et al.*<br>Case No.: 15-C-00392-5 (State Ct., Gwinnett Cty., GA) | demingmd@deminglaw.com<br>nwest@deminglaw.com<br>richard@conleygriggs.com<br>ranse@conleygriggs.com |
| *Foreman v. General Motors LLC, et al.*<br>Case No.: DC-14-09594 (134th Dist. Ct. of Dallas Cty., TX) | lbrown@leebrownlaw.com |

| Case Name | Serving Email Address |
|---|---|
| *Anderson, et al. v. General Motors LLC, et al.*<br>Case No.: CV-00176-DBH (U.S. Dist. Ct., D. Maine) | bgideon@bermansimmons.com |
| *Boker v. General Motors LLC, et al.*<br>Case No.: LACV-126490 (Pocahontas Cty. Dist. Ct., IA) | scrowley@cbs-lawyers.com |
| *Lemus v. General Motors LLC, et al.*<br>Case No.: D-101-CV-2013-03270 (1st Jud. Dist., Santa Fe Cty., NM) | tab@tturner.com |
| *Comer v. General Motors LLC, et al.*<br>Case No.: 2:15-CV-2599 (U.S. Dist. Ct., S.D. Ohio) | mitch@vralawyers.com |
| *L. Roberts v. General Motors LLC*<br>Case No.: 4:13-CV-00509-DDN (U.S. Dist. Ct., E.D. Mo.) | jsimon@simonlawpc.com<br>kcarnie@simonlawpc.com |
| *B. Roberts v. General Motors LLC, et al.*<br>Case No.: 14-CV-2106 (Superior Ct., Iredell Cty., NC) | mpentz@popemcmillan.com<br>ckutteh@popemcmillan.com |
| *S. Smith, et al., v. General Motors LLC, et al.*<br>Case No.: 10-CV-2013-900029.00 (Circuit Ct. of Butler Co., AL) | tab@tturner.com<br>ben@hoganlawoffice.com<br>walton@hartleyhickman.com |
| *Pate, et al. v. General Motors LLC, et al.*<br>Case No. 14-A-2712-1 (Cobb County, Ga.) | lance@thecooperfirm.com |
| *Altebaumer, et al. v. General Motors LLC*<br>Case No.: 1:14-cv-04142 (MDL No. 2543) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *Marcum, et al. v. General Motors LLC*<br>Case No.: 1:14-cv-07623 (MDL No. 2543) | dhm@morrisplayer.com |
| *Sumners, et al. v. General Motors LLC, et al*<br>Case No.: 1:14-cv-05461 (MDL No. 2543) | ben.baker@beasleyallen.com<br>blair@durhamanddread.com |
| *M. Wilson, et al. v. General Motors LLC*<br>Case No.: 1:14-cv-08130 (MDL No. 2543) | hwhite@wcwattorneys.com |

| Case Name | Serving Email Address |
|---|---|
| *Klingensmith v. General Motors LLC*<br>Case No.: 1:14-cv-09110 (MDL No. 2543) | akmartin@lchb.com |
| *Bendermon, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-01354 (MDL No. 2543) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *Dowling v. General Motors LLC*<br>Case No.: 1:15-cv-02033 (MDL No. 2543) | lance@thecooperfirm.com |
| *Bermudez, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-02644 (MDL No. 2543) | cbailey@bpblaw.com |
| *Brands, et al. v. General Motors LLC, et al.*<br>Case No.: 1:15-cv-02709 (MDL No. 2543) | michael@lexingtonlg.com |
| *Atanaw v. General Motors LLC*<br>Case No.: A-14-706400-C (Clark Cty., NV Dist. Court) | lspringberg@thomasandspringberg.com |
| *Bolyard v. General Motors LLC, et al.*<br>Case No.: 1:15-cv-118 (U.S. Dist. Ct., N.D. W.Va.) | sawyer.higinbotham@gmail.com<br>akearse@motleyrice.com<br>kdean@motleyrice.com |
| *Hunsaker v. General Motors LLC, et al.*<br>Case No.: A-15-712469-C  (Clark County, NV District Court) | pete@christiansenlaw.com<br>tterry@christiansenlaw.com<br>kworks@christiansenlaw.com |
| *Ibarra v. General Motors LLC, et al.*<br>Case No.: CJ-2013-01391 (Tulsa Cty. OK Dist. Ct.) | lbrown@leebrownlaw.com<br>ken@ulawok.com |
| *Pope, et al. v. General Motors LLC, et al.*<br>Case No.: CJ-2014-467 (Muskogee Cty., OK Dist. Ct.) | kris@ledford-lawfirm.com |
| *Phelps, et al. v. General Motors LLC, et al.*<br>Case No.: CJ-2011-27 (McIntosh County, OK District Court) | eforaker@stipelaw.com<br>tmaxcey@stipelaw.com |
| *Segura, et al. v. General Motors LLC, et al.*<br>Case No.: 2:14-cv-00077 (U.S. Dist. Ct., W.D. Tex.) | bagosto@abrahamwatkins.com<br>fherrera@herreralaw.com |

| <u>Case Name</u> | <u>Serving Email Address</u> |
|---|---|
| *Newton v. General Motors LLC, et al.*<br>Case No.: CV 2012 900393 (Calhoun County Circuit Court, AL) | tcoplaw@bellsouth.net |
| *Talamo v. General Motors LLC*<br>Case No.: BC569172 (Los Angeles Cty. Super. Ct., CA) | bchase@bisnarchase.com<br>bsk@kbklawyers.com |
| *McGinnis v. General Motors LLC*<br>Case No.: 13-CI-00362 (Greenup Cty., Circuit Ct., KY) | mmlk@mmlkadvantage.com |
| *Trujillo v. General Motors LLC, et al.*<br>Case No.: D-117-CV-2014-00279 (Rio Arriba Cty., 1st J.D., NM) | mikerglaw@gmail.com<br>tab@tturner.com |
| *Chapman v. General Motors LLC, et al.*<br>Case No.: 60-CV-2015-3292 (Cir. Ct. of Pulaski Cty., AK) | tab@tturner.com |
| *Rollinson, et al., v. General Motors LLC*<br>Case No.: DC-15-00103 (Dist. Ct. Dallas Cty., TX) | rob@ammonslmv.com<br>patricia@ammonslaw.com<br>samantha@ammonslaw.com<br>sferrell@ferrell-lawfirm.com |
| *Brazell v. General Motors LLC, et al.*<br>Case No.: 2013-CP-2306438 (Ct. of Common Pleas, Greenville Cty. S.C.) | rcrosby@pmped.com |
| *Donze v. General Motors LLC*<br>Case No.: 6:13 –cv- 02153 (U.S.D.C., S.C., Greenville Div.) | rcrosby@pmped.com |
| *Lowrie v. General Motors LLC, et al.*<br>Case No.: 1422-CC08909 (22nd J. Cir. Ct., St. Louis City, MO) | bob@lelaw.com |
| *Clark v. General Motors LLC, et al.*<br>Case No.: 3:14-cv-505-DBJ-FKB (U.S.D.C., S.D., MS) | mac@mccoollawms.com |
| *D. Jones v. General Motors LLC, et al.*<br>Case No.: 2014-22 (Circuit Court, Rankin Cty., MS) | jpb@barettlawms.com<br>pardis@wolffardis.com |

| **Case Name** | **Serving Email Address** |
|---|---|
| *Bryant v. General Motors LLC, et al.*<br>Case No.: 2:15-cv-00157 (U.S.D.C. S.D. T.X., Corpus Christi Div.) | marksossi@Hotmail.com |
| *Doney v. General Motors LLC*<br>Case No.: 7:15-cv-603 (U.S. Dist. Ct. , N.D. N.Y.) | dpotts@potts-law.com |
| *Douthit v. General Motors LLC, et al.*<br>Case No.: FBT-CV-13-6033500-S (Sup. Ct., Bridgeport, CT) | lawwb@sbcglobal.net |
| *Torres v. General Motors LLC, et al.*<br>Case No.: April Term, 2015, No. 00017 (Philadelphia, PA Ct. Common Pleas) | mweisberg@weisberglawoffices.com |
| *Vance v. General Motors LLC, et al.*<br>Case No.: 14-c-213 (Kanawha County, W.V. Sup. Ct.) | pamlambert2004@yahoo.com<br>mwm@themasterslawfirm.com<br>keh@themasterslawfirm.com |
| *G. Williams v. General Motors LLC*<br>Case No.: 2:14-cv-06727 (U.S. Dist. Ct., E.D. Pa.) | egoldis@feldmanshepherd.com |
| *Zehner, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-01982 (MDL No. 2543) | edk@stlouisattorney.com |
| *Hamilton, et al. v. General Motors LLC*<br>Case No.: 1:14-cv-07224 (MDL No. 2543) | bob@gtinjurylaw.com |
| *Morgan, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-02844 (MDL No. 2543) | bobh@hmglawfirm.com<br>lauren@hmglawfirm.com<br>steve@hilliardshadowenlaw.com<br>anne@hilliardshadowenlaw.com<br>marion@hmglawfirm.com |
| *Gambill, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-02035 (MDL No. 2543) | attys@foothills.net |
| *J. K. Solomon v. General Motors LLC*<br>Case No.: 1:15-cv-04644 (MDL No. 2543) | paul@pdhermannpc.com |
| *Zegarra v. General Motors LLC*<br>Case No.: 1:15-cv-01624 (MDL No. 2543) | ajanutolo@goodinabernathy.com |

| Case Name | Serving Email Address |
|---|---|
| *Black v. General Motors LLC, et al.*<br>Case No.: 41-CV-2014-900130.00 (Cir. Ct. of Lauderdale Co., AL) | rick.morrison@beasleyallen.com |
| *Mayo, et al., v. General Motors LLC, et al.*<br> Case No.: 1:15:cv-1418 (U.S. Dist. Ct., D. Colo.) | paul@komyattelawfirm.com |
| *Carroll v. General Motors Co., et al.*<br>Case No.: 1:14-cv-09469 (MDL No. 2543) | jdunahoe@heardrobins.com<br>chris@nidellaw.com |
| *Patterson, et al. v. General Motors Co., et al.*<br>Case No.: 1:15-cv-02089 (MDL No. 2543) | jdunahoe@heardrobins.com |
| *Carter v. General Motors Co., et al.*<br>Case No.: 1:15-cv-00738 (MDL No. 2543) | jdunahoe@heardrobins.com |
| *Dunn v. General Motors Co., et al.*<br>Case No.: 1:15-cv-04088 (MDL No. 2543) | jdunahoe@heardrobins.com |
| *Bradford, et al. v. General Motors Co., et al.*<br>Case No.: 1:15-cv-04088 (MDL No. 2543) | jdunahoe@heardrobins.com |
| *Proctor v. General Motors LLC*<br>Case No.: 1:14-cv-08891 (MDL No. 2543) | adogali@dogalilaw.com |
| *Hoskins v. General Motors LLC, et al.*<br>Case No.: 1:15-cv-00409 (MDL No. 2543) | jprather@garmerprather.com |
| *Wood v. General Motors LLC, et al.*<br>Case No.: 1:15-cv-01409 (MDL No. 2543) | kharvey@mlgautomotivelaw.com |
| *Greenroad v. General Motors LLC*<br>Case No.: 1:15-cv-01626 (MDL No.  2543) | scott@scottcallahan.com |
| *King v. General Motors LLC, et al.*<br>Case No.: 1:15-cv-03229 (MDL No. 2543) | tom@bryantlawkc.com |
| *E. Collins, et al. v. General Motors*<br>Case No.: 1322-CC09999 (Circuit Ct. of St. Louis, MO) | lbrad@kuhlmanlucas.com<br>chad@kuhlmanlucas.com<br>megan@kulhmanlucas.com<br>mgaertner@holloranlaw.com |

| Case Name | Serving Email Address |
|---|---|
| *Shotwell v. General Motors LLC*<br>Case No.: 1:14-cv-05746 (MDL No. 2543) | gwhealyiv@aol.com |
| *James Williams, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-03272 (MDL No. 2543) | wjsingleton@singletonlaw.com |
| *Irvin v. General Motors LLC, et al.*<br>Case No.: 1:14-cv-05331 (MDL No. 2543) | mgraham@grgpc.com |
| *E. Davis v. General Motors LLC*<br>Case No.: 3:15-cv-00883 (U.S.D.C. N.D., AL) | simpsoncurtis@comcast.net |
| *McKimmy v. General Motors LLC*<br>Case No. : 15-007911-NI (3d J.D. Cir. Ct., Wayne Cty., MI) | michael@mhrolaw.com |

## Service List For September 4, 2015

**Documents Served *via* Overnight Delivery:**

1. **Scheduling Order**
2. **Memorandum Endorsed Order**

| Case | Service Address |
|------|-----------------|
| *Barragan, et al. v. General Motors LLC*<br>Case No.: P-14-CV-093 | Robert P. Woodliff, Esq.<br>ARAIZA & WOODLIFF<br>4144 N. Central Expressway, #600<br>Dallas, TX 75204 |
| *Benbow v. General Motors LLC, et al.*<br>Case No.: 14-789 (Superior Court, Massachusetts) | Eric D. Applebaum, Esq.<br>FEIN, EMOND & APPLEBAUM, P.C.<br>52 Mulberry Street<br>Springfield, MA 01105 |
| *Christenberry v. General Motors LLC*<br>Case No.: 2014-016 (Blount County Chancery Ct., TN) | John M. Neal<br>THE NEAL LAW FIRM<br>P.O. Box 51930<br>Knoxville, Tennessee |
| *Dean, et al. v. General Motors LLC, et al.*<br>Case No.: 14-C-1693 (Cir. Ct. Kanawha Cty., WV) | Stephen P. New<br>114 Main Street<br>Beckley WV 25801 |
| *Duba v. General Motors LLC, et al.*<br>Case No.: 13-C-235 (Logan County Circuit Ct., WV) | D. Adrian Hoosier, II<br>THE HOOSIER LAW FIRM PLLC<br>120 Capital Street<br>Charleston, W. Virginia 25301 |
| *Dunleavy v. General Motors LLC, et al.*<br>Case No.: 13-011278 (C.P. Allegheny Cty., PA) | Paul Komyatte<br>THE KOMYATTE LAW FIRM<br>1536 Cole Blvd., Suite 300<br>Lakewood, CO 80401 |
| *Flor Aguero-Fraire v. General Motors LLC, et al.*<br>Case No.: 2015DCV1065 (210th Dist. Ct. of El Paso Cty., TX) | Carlos Eduardo Cardenas, Esq.<br>LAW OFFICE OF CARLOS EDUARDO CARDENAS<br>717 E. San Antonio Street<br>3rd Floor<br>El Paso, TX 79901 |

| Case | Service Address |
|------|----------------|
| *Grindle v. General Motors LLC, et al.*<br>Case No.: 15-C-83 (Circuit Court of Randolph County, WV) | Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>SIMMERMAN LAW OFFICE, PLLC<br>254 East Main Street<br>Clarksburg, WV 26301 |
| *J. Williams v. General Motors LLC, et al.*<br>Case No.: 14-CI-027 (Magoffin Circuit Court, KY) | John C. Collins, Esquire<br>LAW OFFICE OF JOHN C. COLLINS<br>228 West Maple Street<br>P.O. Box 475<br>Salyersville, KY 41465 |
| *Lai v. General Motors LLC*<br>Case No.: CJ-14-77 (Dist. Ct. Murray Cty., OK) | E. Todd Tracy<br>THE TRACY FIRM<br>5473 Blair Road, Suite 200<br>Dallas, TX 75231 |
| *Lowe, et al. v. General Motors LLC, et al.*<br>Case No.: 3:15-cv-00532 (M.D. LA) | D. Blayne Honeycutt<br>Colt Fore<br>FAYARD & HONEYCUTT<br>519 Florida Boulevard SW<br>Denham Springs, LA 70726 |
| *Melhorn v. General Motors LLC, et al.*<br>Case No.: GD-12-000362 (Allegheny County, PA) | Paul Tershel, Esquire<br>TERSHEL & ASSOCIATES<br>Helena Professional Building<br>55 S. Main Street<br>Washington, PA 15301 |
| *Minard v. General Motors LLC, et al.*<br>Case No.: 39-2013-00298477-CU-PL-STK (Sup. Ct of California) | Joseph W. Carcione, Jr., Esq.<br>CARCIONE, CATTERMOLE, DOLINSKY, STUCKY, MARKOWITZ, CARCIONE, LLP<br>601 Brewster Avenue, P.O. Box 3389<br>Redwood City, CA 94063 |
| *Minx v. GM Motors et al.*<br>Cause No.: 15-04-77819-C (Dist. Ct. Victoria Cty, TX) | Paul Minx<br>2330 Quail Lane<br>Longview, TX 75602 |

| Case | Service Address |
|------|-----------------|
| *Nelson et al. v. General Motors LLC, et al.*<br>Case No.: 2-138-15 (Circuit Ct for Knox County, TN) | Glen B. Rutherford, Esq.<br>RUTHERFORD WEINSTEIN LAW GROUP PLLC<br>418 S. Gay St., Suite 204<br>Knoxville, TN 37901-1668 |
| *Perez v. General Motors LLC, et al.*<br>Case No.: 1:15-cv-240 (N.D.N.Y.) | Gladys Perez<br>63 Second Street, Unit 1<br>Waterford, New York |
| *Peterson v. General Motors LLC, et al.*<br>Case No.: 2:15-cv-01108-SPL (D Az.) | Lance Entrekin<br>THE ENTREKIN LAW FIRM<br>One East Camelback Road, Suite 710<br>Phoenix, AZ 85012 |
| *Roussel v. General Motors LLC, et al.*<br>Case No.: 2008-16334-E (22nd Jud. Dist. Ct. St. Tammany Parrish, LA) | Richard C. Dalton<br>RICHARD C. DALTON, LLC<br>111 Park West Drive<br>Scott, Louisiana 70583 |
| *Russell v. General Motors LLC*<br>Case No.: 13-C-62 (Wyoming County Circuit Ct., WV) | Timothy P. Lupardus, Esq.<br>LUPARDUS LAW OFFICE<br>Post Office Box 1680<br>Pineville, West Virginia 24874 |
| *Salazar vs. GM, LLC, et al.*<br>Case No.: BC487984 (Superior Court, Los Angeles Cty., CA) | Ramin R. Younessi<br>LAW OFFICES OF RAMIN R. YOUNESSI<br>3435 Wilshire Boulevard Suite 2200<br>Los Angeles, CA 90010 |
| *Sixkiller v. General Motors LLC, et al.*<br>Case No.: CJ-15-105 (Dist Ct. Mayes County, OK) | Michael E. Carr<br>Patrick E. Carr<br>A. Laurie Koller<br>CARR & CARR ATTORNEYS<br>4416 South Harvard Avenue<br>Tulsa, OK 74135 |
| *Solomon v. General Motors LLC, et al.*<br>Case No.: 14-C-1694 (Cir. Ct. Kanawha Cty., WV) | Stephen P. New<br>114 Main Street<br>P.O. Box 5516<br>Beckley WV 25801 |

| Case | Service Address |
|---|---|
| *Vieira v. General Motors LLC*<br>Case No.: C-14-00775 (Sup. Ct. of California) | Joseph W. Carcione, Jr.<br>CARCIONE, CATTERMOLE,<br>DOLINSKY, STUCKY,<br>MARKOWITZ, CARCIONE, LLP<br>1300 S. El Camino Real, Suite 300<br>San Mateo, CA 94402-2971 |
| *Bersano, et al. v. General Motors LLC*<br>Case No.: 1:15-cv-00550 (MDL No. 2543) | James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW<br>Suite 600<br>Washington, DC 20004 |
| *McCormick, et al. v. General Motors LLC*<br>Case No.: 1:14-cv-08892 (MDL No.2543) | James W. Flood, III<br>Flood Law Group, LLP<br>1101 Pennsylvania Ave. NW<br>Suite 600<br>Washington, DC 20004 |
| *Lemus v. General Motors LLC, et al.*<br>Case No.: D-101-CV-2013-03270 (1st Jud. Dist.,<br>Santa Fe Cty., NM) | Richard J. Valle<br>CARTER & VALLE LAW FIRM, P.C.<br>8012 Pennsylvania Circle, NE<br>Albuquerque, NM 87110 |
| *Doney v. General Motors LLC*<br>Case No.: 7:15-cv-603 (U.S. Dist. Ct. , N.D. N.Y.) | Jan S. Kublick, Esquire<br>MCMAHON, KUBLICK LAW FIRM<br>500 South Salina Street<br>Suite 816<br>Syracuse, NY 13202 |
| *Douthit v. General Motors LLC, et al.*<br>Case No.: FBT-CV-13-6033500-S (Sup. Ct.,<br>Bridgeport, CT) | Thomas J. Weihing<br>DALY WEIHING & BOCHANIS<br>1776 North Ave.<br>Bridgeport, CT 06604 |
| *J. K. Solomon v. General Motors LLC*<br>Case No.: 1:15-cv-04644 (MDL No. 2543) | Ben B. Mills , Jr.<br>Mills Law Firm<br>315 S Main St<br>Fitzgerald, GA 31750 |