UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                              :          Chapter 11
                                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,    :          Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*              :
                                                                   :
                          Debtors.                           :          (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2015, I caused the *Letter to the Honorable Robert E. Gerber on behalf of the Elliott, Sesay, and Bledsoe Plaintiffs*, Doc. No. 13432, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: September 13, 2015

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Plaintiffs