William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333

*Counsel for Post-Closing Ignition
Switch Accident Plaintiffs*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, William P. Weintraub, hereby certify that on **September 13, 2015**, a true and correct copy of the *POST-CLOSING IGNITION SWITCH ACCIDENT PLAINTIFFS' MEMORANDUM OF LAW WITH RESPECT TO PUNITIVE DAMAGES ISSUE* (the "Memo of Law"), filed through the CM/ECF system ECF No. 13434, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

In addition, a copy of the Statement was served upon the following persons via electronic mail/e-mail:

| | | |
|---|---|---|
| Edward S. Weisfelner *eweisfelner@brownrudnick.com* | Howard S. Steel *hsteel@brownrudnick.com* | Sander L. Esserman *esserman@sbep-law.com* |
| Jonathan L. Flaxer *jflaxer@golenbock.com* | Arthur J. Steinberg *asteinberg@kslaw.com* | Scott Davidson *sdavidson@kslaw.com* |

ACTIVE/83643865.1

| | | |
|---|---|---|
| Richard C. Godfrey<br>*rgodfrey@kirkland.com* | Andrew B. Bloomer<br>*abloomer@kirkland.com* | Matthew J. Williams<br>*mjwilliams@gibsondunn.com* |
| Lisa H. Rubin<br>*lrubin@gibsondunn.com* | Daniel H. Golden<br>*dgolden@akingump.com* | Deborah J. Newman<br>*djnewman@akingump.com* |
| Elizabeth J. Cabraser<br>*ecabraser@lchb.com* | Steve W. Berman<br>*steve@hbsslaw.com* | Jason Zweig<br>*jasonz@hbsslaw.com* |
| Robert C. Hilliard<br>*bobh@hmglawfirm.com* | David J. Molton<br>*dmolton@brownrudnick.com* | May Orenstein<br>*morenstein@brownrudnick.com* |
| S. Preston Ricardo<br>*pricardo@golenbock.com* | Adam H. Offenhartz<br>*aoffenhartz@gibsondunn.com* | Aric H. Wu<br>*awu@gibsondunn.com* |
| Keith R. Martorana<br>*kmartorana@gibsondunn.com* | Jamison A. Diehl<br>*jdiehl@akingump.com* | Naomi Moss<br>*nmoss@akingump.com* |
| Gary Peller<br>peller@law.georgetown.edu | Kevin Carnie<br>kcarnie@simonlawpc.com | Robert Haegele<br>Robert@hbsslaw.com |
| Andrew Volk<br>Andrew@hbsslaw.com | | |

Dated: September 13, 2015

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

*Counsel for Post-Closing Ignition
Switch Accident Plaintiffs*

2

ACTIVE/83643865.1