KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*       :
                                                   :
                                    Debtors.       :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 13-15, 2015*, pursuant to the *Scheduling Order Regarding Case Management Order Re: No-Strike, No Stay, Objection, and GUC Trust Asset Pleading*, entered on September 3, 2015 [Dkt. No 13416] ("**Scheduling Order**"), I caused to be served a true and correct copy of the *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs May Seek Punitive Damages from General Motors LLC Based on the Conduct of General Motors Corporation* (with Exhibit) [Dkt. No 13437]. Copies of the document listed in the annexed service lists was served upon each of the persons and entities

DMSLIBRARY01\21600\234022\27015566.v1-9/16/15

listed therein on *September 13-15, 2015*, by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: September 16, 2015
      New York, New York

                            KING & SPALDING LLP

                            By:   /s/   Scott I. Davidson
                                 Arthur J. Steinberg
                                 Scott Davidson
                                 King & Spalding LLP
                                 1185 Avenue of the Americas
                                 New York, NY 10036
                                 Telephone: (212) 556-2100
                                 Facsimile: (212) 556-2222

                                 *Attorneys for General Motors LLC*

## Service List For September 13, 2015:

**Documents Served *via* Email:**

1 - *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs May Seek Punitive Damages from General Motors LLC Based on the Conduct of General Motors Corporation* (with Exhibit) [Dkt. No 13437]

| Service Addresses |
|---|
| acarter@sgpblaw.com |
| acutruzzula@cnlawfirm.net |
| adam@lelaw.com |
| adogali@dogalilaw.com |
| agoneiljr@nco-law.com |
| ajanutolo@goodinabernathy.com |
| akaram@karamlawfirm.com |
| akearse@motleyrice.com |
| akmartin@lchb.com |
| alans@ksbrlaw.com |
| anne@hilliardshadowenlaw.com |
| aoffenhartz@gibsondunn.com |
| aribeiro@vrslaw.com |
| attorneyhagmaier@gmail.com |
| attys@foothills.net |
| attysatlaw@aol.com |
| awu@gibsondunn.com |
| bagosto@abrahamwatkins.com |
| bchase@bisnarchase.com |
| bcorl@potts-law.com |
| bcorson@sloanewalsh.com |
| beachlawyer51@hotmail.com |
| ben.baker@beasleyallen.com |
| ben@hoganlawoffice.com |
| bentonmusslewhite@gmail.com |
| bfinley@thefinleyfirm.com |
| bgideon@bermansimmons.com* |
| blair@durhamanddread.com |
| bleger@lkclawfirm.com |
| bleydon@tooherwocl.com |
| bob@butlerwooten.com |
| bob@gtinjurylaw.com |
| bob@lelaw.com |
| bobh@hmglawfirm.com |
| brad@kuhlmanlucas.com |

| Service Addresses |
|---|
| brianc@wrightroy.com |
| brown@whafh.com |
| bsk@kbklawyers.com |
| cale@conleygriggs.com |
| cbailey@bpblaw.com |
| cdalbey@weitzlux.com |
| cellison@eaalawfirm.com |
| chad@kuhlmanlucas.com |
| chaffin@chaffinluhana.com |
| chris@nidellaw.com |
| cjuhas@wernlawyers.com |
| ckitner@chaikenlaw.com |
| ckutteh@popemcmillan.com |
| cole.portis@beasleyallen.com |
| conrad_r_blease@yahoo.com |
| contact@sangisettylaw.com |
| corrigan@onderlaw.com |
| cpeifer@peiferlaw.com |
| dave@getstewart.com |
| david@davidbryantlaw.com |
| dcarasso@bisnarchase.com |
| ddefeo@defeokolker.com |
| demingmd@deminglaw.com |
| dfranco@dugan-lawfirm.com |
| dgolden@akingump.com |
| dharris@swhhb.com |
| dhm@morrisplayer.com |
| dixonlaw101@yahoo.com |
| djnewman@akingump.com |
| dmatthews@thematthewslawfirm.com |
| dmolton@brownrudnick.com |
| doreen@thecooperfirm.com |
| dpotts@potts-law.com |
| drl@spanglaw.com |
| ecabraser@lchb.com |

| Service Addresses | Service Addresses |
|---|---|
| edk@stlouisattorney.com | josephhoats@hotmail.com |
| eforaker@stipelaw.com | josh@thejdfirm.com |
| egoldis@feldmanshepherd.com | jpb@barrettlawms.com |
| eohagan@goodwinprocter.com | jprather@garmerprather.com |
| ericchandlerlaw@gmail.com | jritch@elliottritch.com |
| eservice@egletwall.com | jsimon@simonlawpc.com |
| esserman@sbep-law.com | jsm@rhinelawfirm.com |
| eweisfelner@brownrudnick.com | jttenge@tengelaw.com |
| fcwilkerson@aol.com | justin@stephenskellylaw.com |
| fherrera@herreralaw.com | jwharris1@prodigy.net |
| frank@tomenylawfirm.com | jwigington@wigrum.com |
| gcantu@norriscantulaw.com | kanthony@anthonylaw.com |
| genetullos@tullosandtullos.com | kcarnie@simonlawpc.com |
| gerdes@nocoxmail.com | kdean@motleyrice.com |
| gfox@goodwinprocter.com | ken@ulawok.com |
| ghlf@scrtc.com | kent@lelaw.com |
| ghoward@doatty.com* | kharvey@mlgautomotivelaw.com |
| gmarcos@marcoslawfirm.com | kmarks@lkclawfirm.com |
| graham.esdale@beasleyallen.com | kmartorana@gibsondunn.com |
| gscott@lewlaw.com | kris@ledford-lawfirm.com |
| gwhealyiv@aol.com | kworks@christiansenlaw.com |
| hsteel@brownrudnick.com | lance@thecooperfirm.com |
| hwhite@wcwattorneys.com | lauren@hmglawfirm.com |
| janthony@anthonylaw.com | lawwb@sbcglobal.net* |
| jasonharr@harrlawfirm.com | lbrad@kuhlmanlucas.com |
| jasonz@hbsslaw.com | lbrown@leebrownlaw.com |
| jbilsborrow@weitzlux.com | lcoben@anapolschwartz.com |
| jdiehl@akingump.com | lkrzesienski@flemingattorneys.com |
| jdugan@dugan-lawfirm.com | lrayon@reganlaw.net* |
| jdunahoe@heardrobins.com | lrubin@gibsondunn.com |
| jdunn@wigrum.com | lspringberg@thomasandspringberg.com |
| jeff@lbjmlaw.com | ltien@bpblaw.com |
| jelliott@richardsonplowden.com | lwalsh@vrslaw.com |
| jere.beasley@beasleyallen.com | mac@mccoollawms.com |
| jflaxer@golenbock.com | mail@doatty.com* |
| jgilbert@thegilbertlawgroup.com | marion@hmglawfirm.com |
| jguest@jguestlaw.com | marksossi@hotmail.com |
| jim@butlerwooten.com | marshall@poncelaw.com |
| jimragan13@gmail.com | matoups@wgttlaw.com |
| jlowe@lewlaw.com | mbs@clalaw.com |
| jniemi@anapolschwartz.com | mdoebler@pribanic.com |
| jonbailey@thebaileyfirm.com | mgaertner@holloranlaw.com |

| Service Addresses | Service Addresses |
|---|---|
| mgraham@grgpc.com | rgreenwald@weitzlux.com |
| michael@lexingtonlg.com | rhanson@peiferlaw.com |
| michael@mhrolaw.com | richard@conleygriggs.com |
| michael@poncelaw.com | rick.morrison@beasleyallen.com |
| michael@vilesandbeckman.com | rob@ammonslaw.com* |
| mike.andrews@beasleyallen.com | rob@butlerwooten.com |
| mikerglaw@gmail.com | robert@fergusonlaw.com |
| mitch@vralawyers.com | rporter@ralphporterlaw.com |
| mjwilliams@gibsondunn.com | rsahadi@wigrum.com |
| mmlk@mmlkadvantage.com | rshenkan@shenkanlaw.com |
| morenstein@brownrudnick.com | rsullivan@sullivantrial.com |
| mpentz@popemcmillan.com | ryan@stephenskellylaw.com |
| mrader@bflawfirm.com | samantha@ammonslaw.com |
| mrobinson@rcrlaw.net | sawyer.higinbotham@gmail.com |
| mstaun@hartleyobrien.com | schmidt@whafh.com |
| mtilton@tiltonlawfirm.com | scott@scottcallahan.com |
| mweisberg@weisberglawoffices.com | scott@scottpalmerlaw.com |
| nancy@erlegal.com | scrowley@cbs-lawyers.com |
| nmoss@akingump.com | sferrell@ferrell-lawfirm.com* |
| noahprosser@harrlawfirm.com | sidney@bcoonlaw.com |
| nwest@deminglaw.com | simpsoncurtis@comcast.net |
| obie26@aol.com | snapolitano@carterlawgroupllc.com |
| oleary@onderlaw.com | snorris@norriscantulaw.com |
| onder@onderlaw.com | steve.hammond@hammondtownsend.com |
| pardis@wolffardis.com | steve@hbsslaw.com |
| patricia@ammonslaw.com | steve@hilliardshadowenlaw.com |
| paul@komyattelawfirm.com | stevenstolze@sbcglobal.net |
| paul@pdhermannpc.com | stewart@erlegal.com |
| pcarroll@cozen.com | tab@tturner.com* |
| pcarter@carterlawgroupllc.com | tch@psstf.com |
| peller@law.georgetown.edu | tcoplaw@bellsouth.net |
| pete@christiansenlaw.com | tedra@butlerwooten.com |
| power@lemonlawonline.com | thelaw@robertwmillerky.com |
| pricardo@golenbock.com | tjhenry@thomasjhenrylaw.com |
| radelman@ahctriallaw.com | tmaxcey@stipelaw.com |
| ranse@conleygriggs.com | tmorgan@sullivantrial.com |
| rbale@dbbwc.com | tom@bryantlawkc.com |
| rcanche@lkclawfirm.com | tomyuhas@ix.netcom.com |
| rchaiken@chaikenlaw.com | tterry@christiansenlaw.com |
| rcowan@bpblaw.com | tvanronzelen@cvdl.net |
| rcrosby@pmped.com | tyesmith@carrcarrokc.com |
| rdreyer@dbbwc.com | vpribanic@pribanic.com |

| Service Addresses | Service Addresses |
|---|---|
| walton@hartleyhickman.com | wjsingleton@singletonlaw.com |
| wbriggs@winstonbriggslaw.com | wstapleton@hooperhathaway.com |
| whammill@attorneykennugent.com | wweintraub@goodwinprocter.com |
| will@bccnlaw.com | zinbarglaw@aol.com |
| william@lawlandsman.com | |

\* Denotes an email address where an "undeliverable" message was received. In these instances, the document was mailed via overnight mail (as indicated in the next section) to the respective mailing address for the email address.

## Service List For September 14, 2015

**Documents Served *via* Overnight Delivery:**

1 - *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs May Seek Punitive Damages from General Motors LLC Based on the Conduct of General Motors Corporation* (with Exhibit) [Dkt. No 13437]

| Service Address | |
|---|---|
| Brian S. Masumoto<br>OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Mark Brnovich<br>Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>1275 West Washington Street<br>Phoenix, AZ 85007 |
| Robert P. Woodliff<br>ARAIZA & WOODLIFF<br>4144 N. Central Expressway, #600<br>Dallas, TX 75204 | W. Ransom Piples<br>Blaine T. Aydell<br>HANNAH, COLVIN & PIPES, LLP<br>10626 Timberlake Dr.<br>Bataon Rouge, LA 70810 |
| Eric D. Applebaum<br>FEIN, EMOND & APPLEBAUM, P.C.<br>52 Mulberry Street<br>Springfield, MA 01105 | Benjamin R. Gideon<br>BERMAN & SIMMONS, P.A.<br>129 Lisbon Street<br>Lewiston, ME 04240 |
| John M. Neal<br>THE NEAL LAW FIRM<br>P.O. Box 51930<br>Knoxville, Tennessee | Martin E. Regan, Jr.<br>John O. Pieksen, Jr.<br>REGAN LAW, PLC<br>2125 St. Charles Avenue<br>New Orleans, LA 70130 |
| Stephen P. New<br>114 Main Street<br>Beckley WV 25801 | Thomas J. Weihing<br>DALY WEIHING & BOCHANIS<br>1776 North Ave.<br>Bridgeport, CT 06604 |
| D. Adrian Hoosier, II<br>THE HOOSIER LAW FIRM PLLC<br>120 Capital Street<br>Charleston, W. Virginia 25301 | Joseph E. Ritch<br>Elliott & Ritch, L.L.P.<br>321 Artesian St.<br>Corpus Christi, Texas 78401 |

| **Service Address** ||
|---|---|
| Richard J. Valle<br>CARTER & VALLE LAW FIRM, P.C.<br>8012 Pennsylvania Circle, NE<br>Albuquerque, NM 87110 | Robert E. Ammons<br>The Ammons Law Firm, LLP,<br>3700 Montrose Boulevard<br>Houston, Texas 77006 |
| Carlos Eduardo Cardenas<br>LAW OFFICE OF CARLOS EDUARDO CARDENAS<br>717 E. San Antonio Street<br>3rd Floor<br>El Paso, TX  79901 | Darryl Dunsmore<br>AD #6327<br>P.O. BOX 2000<br>1600 California Drive<br>Vacaville, CA 95696-2000 |
| Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>SIMMERMAN LAW OFFICE, PLLC<br>254 East Main Street<br>Clarksburg, WV 26301 | C. Tab Turner<br>TURNER & ASSOCIATES, P.A.<br>4705 Somers Ave.<br>Suite 100<br>North Little Rock, AK 7611 |
| John C. Collins, Esquire<br>LAW OFFICE OF JOHN C. COLLINS<br>228 West Maple Street<br>P.O. Box 475<br>Salyersville, KY 41465 | R. Stephen Ferrell,<br>THE FERRELL LAW FIRM, P.C.,<br>2211 Norfolk Street<br>Suite 610<br>Houston, Texas 77098 |
| E. Todd Tracy<br>THE TRACY FIRM<br>5473 Blair Road, Suite 200<br>Dallas, TX 75231 | Lance Entrekin<br>THE ENTREKIN LAW FIRM<br>One East Camelback Road, Suite 710<br>Phoenix, AZ 85012 |
| D. Blayne Honeycutt<br>Colt Fore<br>FAYARD & HONEYCUTT<br>519 Florida Boulevard SW<br>Denham Springs, LA 70726 | Richard C. Dalton<br>RICHARD C. DALTON, LLC<br>111 Park West Drive<br>Scott, Louisiana 70583 |
| Paul Tershel, Esquire<br>TERSHEL & ASSOCIATES<br>Helena Professional Building<br>55 S. Main Street<br>Washington, PA 15301 | Timothy P. Lupardus<br>LUPARDUS LAW OFFICE<br>Post Office Box 1680<br>Pineville, West Virginia 24874 |

| **Service Address** | |
|---|---|
| Joseph W. Carcione, Jr.<br>CARCIONE, CATTERMOLE, DOLINSKY, STUCKY, MARKOWITZ, CARCIONE, LLP<br>601 Brewster Avenue, P.O. Box 3389<br>Redwood City, CA 94063 | Ramin R. Younessi<br>LAW OFFICES OF<br>RAMIN R. YOUNESSI<br>3435 Wilshire Boulevard Suite 2200<br>Los Angeles, CA 90010 |
| Paul Minx<br>2330 Quail Lane<br>Longview, TX 75602 | Michael E. Carr<br>Patrick E. Carr<br>A. Laurie Koller<br>CARR & CARR ATTORNEYS<br>4416 South Harvard Avenue<br>Tulsa, OK 74135 |
| Glen B. Rutherford<br>RUTHERFORD WEINSTEIN LAW GROUP PLLC<br>418 S. Gay St., Suite 204<br>Knoxville, TN 37901-1668 | Michael B. Fox<br>FOX LAW OFFICES<br>185 W. Tom T. Hall Blvd<br>Olive Hill, KY 41164 |
| Gladys Perez<br>63 Second Street, Unit 1<br>Waterford, New York | J. Norman O'Connor, Jr., Esquire<br>Gregory P. Howard, Esquire<br>DONOVAN & O'CONNOR, LLP<br>1330 Mass MoCA Way<br>North Adams, MA 01247 |
| Mitch Templeton, Bar<br>CHAMBERS, TEMPLETON, THOMAS & BRINKLEY<br>2090 Broadway<br>Beaumont, TX 77701 | Gilbert Arrazolo<br>ARRAZOLO LAW PC<br>715 Tijeras Ave NW<br>Albuquerque, NM 87102 |
| James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW<br>Suite 600<br>Washington, DC 20004 | Jan S. Kublick, Esquire<br>MCMAHON, KUBLICK LAW FIRM<br>500 South Salina Street<br>Suite 816<br>Syracuse, NY 13202 |
| Ben B. Mills , Jr.<br>MILLS LAW FIRM<br>315 S Main St<br>Fitzgerald, GA 31750 | |

DMSLIBRARY01\21600\234022\27015566.v1-9/16/15

**Service List For September 15, 2015**[1]

**Documents Served *via* Overnight Delivery:**

1 - *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs May Seek Punitive Damages from General Motors LLC Based on the Conduct of General Motors Corporation* (with Exhibit) [Dkt. No 13437]

| | **Service Address** |
|---|---|
| John J. Driscoll<br>Christopher J. Quinn<br>THE DRISCOLL FIRM, P.C.<br>211 N. Broadway, 40th Floor<br>St. Louis, MO 63102 | |

---

[1] Due to an administrative error, this mailing was sent via overnight mail on September 15, 2015.

DMSLIBRARY01\21600\234022\27015566.v1-9/16/15