<u>DECLARATION OF ANDREW SCRUTON</u>
<u>EXHIBIT A</u>

# Andrew Scruton



### Senior Managing Director

New York, NY
+1 646 453 1222
andrew.scruton@fticonsulting.com

**Certifications**

Chartered Accountant

**Professional Affiliations**

Institute of Chartered Accountants of England and Wales, Fellow

**Education**

M.A. in Mathematics and Management Studies, Cambridge University, England

- Andy Scruton is a Senior Managing Director at FTI Consulting and is based in New York. Mr. Scruton is in the Corporate Finance/Restructuring segment. With more than 20 years of experience as a financial advisor to both companies and creditors, he has an extensive background managing distressed or troubled corporate situations, both in and out-of-court. Mr. Scruton has significant experience in the energy; telecommunications; manufacturing; retail and consumer product industries.

- Mr. Scruton has considerable expertise in analyzing critical strategic, operational and financial factors, including business plan assessment, financial performance and forecast evaluation, and financing and capital structure evaluation. He also specializes in designing and developing restructuring theories and solutions, using refined analytical techniques, assessing business prospects and credit risk in a diverse range of situations, issuing recommendations based upon syntheses of relevant factors, which include industry outlook, cyclicality, maturity and competitive dynamics.

- Mr. Scruton has restructuring transaction experience in bankruptcy proceedings in the U.S., Europe and Caribbean and has designed and developed sophisticated financial models to assist in the assessment of potential recoveries and to test the sensitivity of such recoveries to the variability of potential outcomes.

- Mr. Scruton has acted as financial advisor to a host of restructuring and reorganization engagements involving the following companies: 360networks; Adelphia; Advanta, AEI Resources; AES Eastern; Battle Ridge Companies; Bermuda Fire & Marine; Borden Chemical & Plastics; Breen Capital; Calpine Generating; Capital BanCorp; Corus Bancshares; Costain Coal; Delavau; Dow Corning; Eagle Capital; Edison Mission Energy; Energy Future Holdings; Fabrikant; Fruehauf Trailer; Graphic Packaging; ICF Kaiser; Instrumentation Lab SpA; Intermedia Communications; JL French; KMC Telecom; Modus Media; Momentive Performance Materials; Motor Coach Industries; Municipal Mutual Insurance; Nellson Nutraceutical; Nextel International; NRG Energy; Northwestern; Nextel International Inc.; Oakwood Homes; Overseas Shipholding Group; Pacific Crossing; Parmalat; PSINet Consulting; Refco Group; Revlon; Rutledge Contracts; SAETA Airlines; San Juan Coal Trust; Scan Re; SmarTalk TeleServices; Solutia Europe S.A./N.V.; TerreStar; TC Coombs; Tee Comm Electronics; Teligent; Texfi Industries; The Allen Partnership; Touch 1 Communications, WaMu and Williams Communications.

- Prior to joining FTI Consulting, Mr. Scruton was a founding managing director of Giuliani Capital Advisors and a managing director at a Big Four accounting firm. He spent eight years working in London and gained considerable experience in thefinancial services and insurance sectors.

- Mr. Scruton holds an M.A. in mathematics and management studies from Cambridge University. He is a fellow of the Institute of Chartered Accountants in England and Wales. Mr. Scruton previously held NASD registered licenses 7, 24 and 63 from December 2004 to June 2006 with Giuliani Capital Advisors.



1