<u>**DECLARATION OF ANDREW SCRUTON**</u>
<u>**EXHIBIT B**</u>

<u>**CALCULATION OF BOND BASED UPON 12-MONTH LOST OPPORTUNITY COSTS**</u>

*($ in millions)*

Anticipated November 2015 Distribution　　　　$　　135.0

| Unitholders | % of Unitholders | Protection Return Rate |
|---|---|---|
| Equity Investor | 18% | 15.99% |
| Fixed Income Investor | 18% | 9.52% |
| Hedge Fund Investor | 47% | 16.38% |
| Money Market Investor | 18% | 4.29% |
| **Weighted Average Protection Return Rate** | | **12.96%** |
| **Projected Trust Rate of Return** | | **0.12%** |

| | 12-Month Stay Period |
|---|---|
| Investor Returns | $　18.6 |
| <u>Less</u>: Trust Returns | 0.2 |
| **Lost Opportunity Costs** | **$　18.4** |