**DECLARATION OF ANDREW SCRUTON**
**EXHIBIT D**

**PROTECTION RETURN RATE ESTIMATES**

### Scenario 1

| Asset Class | Index Name | % of Unitholders | Rates of Return 3rd Highest Return | Trimmed Mean[1] |
|---|---|---|---|---|
| Equity | S&P 500 Index | 25% | 15.99% | 12.44% |
| Fixed Income | Bank of America Merrill Lynch US High Grade Master Index | 25% | 9.52% | 5.56% |
| Hedge Fund | Credit Suisse Event Driven Multi-Strategy Hedge Fund Index[2] | 25% | 16.38% | 8.67% |
| Money Market | U.S. Treasury 10-Year | 25% | 4.29% | 3.34% |
| **Weighted Average Protection Return Rate** | | | **11.55%** | **7.50%** |

### Scenario 2

| Asset Class | Index Name | % of Unitholders | Rates of Return 3rd Highest Return | Trimmed Mean[1] |
|---|---|---|---|---|
| Equity | S&P 500 Index | 18% | 15.99% | 12.44% |
| Fixed Income | Bank of America Merrill Lynch US High Grade Master Index | 18% | 9.52% | 5.56% |
| Hedge Fund | Credit Suisse Event Driven Multi-Strategy Hedge Fund Index[2] | 47% | 16.38% | 8.67% |
| Money Market | U.S. Treasury 10-Year | 18% | 4.29% | 3.34% |
| **Weighted Average Protection Return Rate** | | | **12.96%** | **7.85%** |

### Scenario 3

| Asset Class | Index Name | % of Unitholders | Rates of Return 3rd Highest Return | Trimmed Mean[1] |
|---|---|---|---|---|
| Equity | S&P 500 Index | 13% | 15.99% | 12.44% |
| Fixed Income | Bank of America Merrill Lynch US High Grade Master Index | 13% | 9.52% | 5.56% |
| Hedge Fund | Credit Suisse Event Driven Multi-Strategy Hedge Fund Index[2] | 60% | 16.38% | 8.67% |
| Money Market | U.S. Treasury 10-Year | 13% | 4.29% | 3.34% |
| **Weighted Average Protection Return Rate** | | | **13.82%** | **8.05%** |

Notes:

[1] The trimmed mean excludes the highest and lowest historical returns over the 10-year period.

[2] Index amounts are net of incentive and management fees. Gross returns for hedge funds can be higher than index returns depicted.

Source: U.S. Treasury 10-year rates are sourced from the U.S. Department of Treasury Daily Treasury Yield Curve Rates. All other returns are sourced from Bloomberg.