**DECLARATION OF ANDREW SCRUTON**
**EXHIBIT E**

**LOST OPPORTUNITY COSTS CALCULATION - TIME SENSITIVITIES**

*($ in millions)*

| | | |
|---|---|---:|
| Anticipated November 2015 Distribution | $ | 135.0 |
| Future Tax-Related Distribution | $ | 109.0 |
| | | |
| Protection Return Rate | | 12.96% |
| Projected Trust Rate of Return | | 0.12% |

| | Number of Months | | | | |
|---|---:|---:|---:|---:|---:|
| | 6 | 9 | 12 | 15 | 18 |
| **Investor Returns** | | | | | |
| Return - Anticipated November 2015 Distribution | $ 9.0 | $ 13.7 | $ 18.6 | $ 23.6 | $ 28.8 |
| Return - Future Tax-Related Distribution | - | - | - | 3.6 | 7.3 |
| Total Return | 9.0 | 13.7 | 18.6 | 27.2 | 36.1 |
| **Less: Trust Returns** | | | | | |
| Return - Anticipated November 2015 Distribution | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| Return - Future Tax-Related Distribution | - | - | - | 0.0 | 0.1 |
| Total Return | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 |
| **Lost Opportunity Costs** | | | | | |
| **Anticipated November 2015 Distribution** | 8.9 | 13.6 | 18.4 | 23.4 | 28.6 |
| **Future Tax-Related Distribution** | - | - | - | 3.5 | 7.2 |
| **Total Distributions** | $ 8.9 | $ 13.6 | $ 18.4 | $ 26.9 | $ 35.8 |