# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

September 17, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

      Re:    **In re Motors Liquidation Company,** *et al.*
               **Case No. 09-50026 (REG)**

**Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM. Specifically, today, September 17, 2015, the following letters were filed in MDL 2543 pending in the United States District Court for the Southern District of New York:

1. A letter regarding the issue of settlement as it relates to certain post-363 Sale personal injury and wrongful death lawsuits pending in MDL 2543; and

2. A letter regarding the issue of settlement as it relates to (i) the Department of Justice's investigation of New GM involving the ignition switch; and (ii) the pending putative securities class action against New GM (*New York State Teachers' Retirement System v. General Motors LLC*, *et al.,* No. 14-cv-11191 (E.D. Michigan).

      Copies of the two letters referenced above are attached hereto as Exhibits "1" and "2," respectively.

Honorable Robert E. Gerber
September 17, 2015
Page 2

                                          Respectfully submitted,

                                          */s/ Arthur Steinberg*

                                          Arthur Steinberg

AJS/sd
Encl.

cc:     Edward S. Weisfelner
        Howard Steel
        Sander L. Esserman
        Jonathan L. Flaxer
        S. Preston Ricardo
        Matthew J. Williams
        Lisa H. Rubin
        Keith Martorana
        Daniel Golden
        Deborah J. Newman
        Jamison Diehl
        William Weintraub
        Steve W. Berman
        Elizabeth J. Cabraser
        Robert C. Hilliard