# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, : | No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORP., *et al.*, : | |
| : | (Jointly Administered) |
| Debtors. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER AUTHORIZING FILING UNDER SEAL THE OPENING BRIEF ON
IMPUTATION ISSUE ON BEHALF OF THE IGNITION SWITCH PLAINTIFFS, THE
NON-IGNITION SWITCH PLAINTIFFS, THE STATE OF ARIZONA, THE PEOPLE
OF THE STATE OF CALIFORNIA, THE POST-CLOSING INGNITION SWITCH
ACCIDENT PLAINTIFFS AND THE ADAMS PLAINTIFFS,
AND EXHIBITS THERETO**

Upon consideration of the motion (the "**Motion**")[1] of the Ignition Switch Plaintiffs, the Non-Ignition Switch Plaintiffs, the State of Arizona, the People of the State of California, the Post-Closing Ignition Switch Accident Plaintiffs and the Adams Plaintiffs (collectively, "**Plaintiffs**") for an order under section 107(b) of title 11 of the United States Code (as amended, the "**Bankruptcy Code**") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") authorizing the filing under seal of the *Opening Brief on Imputation Issues on Behalf of the Ignition Switch Plaintiffs, the Non-Ignition Switch Plaintiffs, the State of Arizona, the People of the State of California, the Pre-Closing Ignition Switch Accident Plaintiffs the Post-Closing Ignition Switch Accident Plaintiffs and the Adams Plaintiffs*, and the exhibits thereto (the "**Subject Materials**") and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and venue being proper before this

---

[1] Capitalized terms not defined herein shall have the same meaning defined in the Motion.

- 1 -

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given; and the Court having reviewed the Motion and having determined that the legal and factual basis set forth in the Motion establishes just cause for the relief granted herein; and upon due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Plaintiffs are authorized to file the Subject Materials under seal with this Court; and it is further

ORDERED that the aforementioned documents to be filed in unredacted form under seal shall be filed in redacted form on the public docket for this matter; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Order is without prejudice to the rights of any party in interest to seek to declassify and make public any portion of the material filed under seal.


Dated: New York, New York  _____
September \_\_\_, 2015  THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE