**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE:                                                           :     Chapter 11
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,   :     No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.*,      :
                                                                 :     (Jointly Administered)
                                              Debtors.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER AUTHORIZING FILING UNDER SEAL THE OPENING BRIEF ON
IMPUTATION ISSUE ON BEHALF OF THE IGNITION SWITCH PLAINTIFFS, THE
NON-IGNITION SWITCH PLAINTIFFS, THE STATE OF ARIZONA, THE PEOPLE
OF THE STATE OF CALIFORNIA, THE POST-CLOSING INGNITION SWITCH
ACCIDENT PLAINTIFFS AND THE ADAMS PLAINTIFFS,
AND EXHIBITS THERETO**

Upon consideration of the motion (the "**Motion**")[1] of the Ignition Switch Plaintiffs, the Non-Ignition Switch Plaintiffs, the State of Arizona, the People of the State of California, the Post-Closing Ignition Switch Accident Plaintiffs and the Adams Plaintiffs (collectively, "**Plaintiffs**") for an order under section 107(b) of title 11 of the United States Code (as amended, the "**Bankruptcy Code**") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") authorizing the filing under seal of the *Opening Brief on Imputation Issues on Behalf of the Ignition Switch Plaintiffs, the Non-Ignition Switch Plaintiffs, the State of Arizona, the People of the State of California, the Pre-Closing Ignition Switch Accident Plaintiffs the Post-Closing Ignition Switch Accident Plaintiffs and the Adams Plaintiffs*, and the exhibits thereto (the "**Subject Materials**") and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and venue being proper before this

---

[1] Capitalized terms not defined herein shall have the same meaning defined in the Motion.

- 1 -

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given; and the Court having reviewed the Motion and having determined that the legal and factual basis set forth in the Motion establishes just cause for the relief granted herein; and upon due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Plaintiffs are authorized to file the Subject Materials under seal with this Court; and it is further

ORDERED that the aforementioned documents to be filed in unredacted form under seal shall be filed in redacted form on the public docket for this matter; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Order is without prejudice to the rights of any <ins>person or entity, whether or not a</ins> party in interest<ins>,</ins> to seek to declassify and make public any portion of the material filed under seal.


Dated: New York, New York
      September 18, 2015                *s Robert E. Gerber*
                                      HONORABLE ROBERT E. GERBER
                                      UNITED STATES BANKRUPTCY JUDGE