**Hearing Date: September 22, 2015 at 9:45 a.m.**

BROWN RUDNICK LLP
Edward S. Weisfelner
Howard S. Steel
7 Times Square
New York, New York 10036
Telephone: 212-209-4800
Email: eweisfelner@brownrudnick.com

-and-

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Email: esserman@sbep-law.com

*Designated Counsel in the Bankruptcy Proceeding for the Ignition Switch Plaintiffs and Non-Ignition Switch Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                            :
In re:                                      :    Chapter 11
                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,       :    Case No. 09-500026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
---------------------------------------------------------------X

**NOTICE OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 22, 2015 AT 9:45 A.M. (EASTERN TIME)**

<u>Location of Hearing</u>: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Customs House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER**

1. Evidentiary Hearing Regarding Ignition Switch Plaintiffs and Non-Ignition Switch Plaintiffs Request for Stay Pending Appeal **[ECF No. 13246]**

    **Objections/ Responses/ Replies**

2. Joinder of Ignition Switch Pre-Closing Accident Plaintiffs to the Ignition Switch Plaintiffs' and Certain Non-Ignition Switch Plaintiffs' Request for a Stay of Distributions of GUC Trust Assets and Response to Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Granting Authority to (A) Exercise New GM Warrants and Liquidate New GM Common Stock, and (B) Make Corresponding Amendments to the GUC Trust Agreement **[ECF No. 13248]**

3. Omnibus Reply of Wilmington Trust Company, as GUC Trust Administrator, to Responses Received in Respect of GUC Trust Motion for an Order Granting Authority to (A) Exercise New GM Warrants and Liquidate New GM Common Stock, and (B) Make Corresponding Amendments to the GUC Trust Agreement **[ECF No. 13256]**

4. The Participating Unitholders' Joinder to the Omnibus Reply of Wilmington Trust Company, as GUC Trust Administrator, to Responses Received in Respect of GUC Trust Motion for an Order Granting Authority to (A) Exercise New GM Warrants and Liquidate New GM Common Stock, and (B) Make Corresponding Amendments to the GUC Trust Agreement **[ECF No. 13257]**

    **Other Documents**

5. Stipulations of Fact Regarding Request For Stay **[ECF No. 13441]**

6. Declaration of Andrew Scruton in Support of the GUC Trust Administrator and Trustee's Opposition to the Plaintiffs' Stay Request Pending the Threshold Issues Appeal **[ECF No. 13442]**

7. Letter Regarding Stay Hearing Scheduled for September 22, 2015 **[ECF No. 13443]**

8. Order Signed on 7/2/2015 Authorizing the GUC Trust Administrator (A) to Exercise and/or Liquidate New GM Warrants and Liquidate New GM Common Stock, and (B) to Make Corresponding Amendments to the GUC Trust Agreement **[ECF No. 13271]**

9. Letter Regarding Evidentiary Hearing Scheduled on September 22, 2015 Filed by Dr. Atul Shah **[ECF No. 13414]**

10. Endorsed Order Signed on 9/10/2015 Regarding Email Dated September 10, 2015 from Dr. Atul Shah **[ECF No. 13429]**

    **Status:   This matter will go forward.**

Dated:  New York, New York
September 18, 2015

**BROWN RUDNICK LLP**

By: */s/ Edward S. Weisferlner*

Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Email: eweisfelner@brownrudnick.com

-and-

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Email: esserman@sbep-law.com

*Co-Designated Counsel in the Bankruptcy Proceeding for the Ignition Switch Plaintiffs and Non-Ignition Switch Plaintiffs*