Gary Peller (*pro hac vice*)
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 662-9122
(202) 662-9680 (facsimile)

**VIA E-MAIL TRANSMISSION
AND ECF FILING**

September 18, 2015

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408
gerber.chambers@nysb.uscourts.gov

> Re: In re Motors Liquidation Company, et al., Case No. 09-50026 (REG); *Sesay et al v. General Motors et al*, 1:14-06018 (JMF); *Elliott, et al. v.. General Motors LLC, et al.*, 1:14-cv-8382 (JMF); *Bledsoe et al. v. General Motors LLC*, 1:14-cv-7631-(JMF) – Imputation Issue

Your Honor:

    I represent Sharon Bledsoe, Celestine Elliott, Lawrence Elliott, Berenice Summerville, Ishmail Sesay, Joanne Yearwood, Sharon Bledsoe, Tina Farmer, Paul Fordham, Momoh Kanu, Tynesia Mitchell, Dierra Thomas and James Tibbs, plaintiffs in the above captioned actions. Ms. Farmer and Mr. Kanu are post-Sale accident victims. Ms. Bledsoe is a pre-Sale accident victim who, like the *Adams* Plaintiffs, suffered loss in part by virtue of New GM's failure to disclose safety hazards in her vehicle, preventing her from filing a timely claim in the Old GM bankruptcy proceedings.

    I write on their behalf to notify the Court that they each join in and adopt as their own the positions set forth in *The Opening Brief On Imputation Issue On Behalf Of The Ignition Switch Plaintiffs, The Non-Ignition Switch Plaintiffs, The State Of Arizona, The People Of The State Of California, The Post-Closing Ignition Switch Accident Plaintiffs And The Adams Plaintiffs*. The *Elliott*, *Sesay*, and *Bledsoe* Plaintiffs also join in any additional responsive papers and oral argument presented by these other parties on the imputation issue and do not seek to be heard independently on the imputation issue.

    Please feel free to contact me if you have any questions.

> Respectfully submitted,
> /s/ *Gary Peller*
> Gary Peller

Honorable Robert E. Gerber
September 18, 2015
Page 2

cc: Arthur Steinberg, Esq.