UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                               :        Chapter 11
                                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,      :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                :
                                                                         :
                   Debtors.              :        (Jointly Administered)
------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2015, I caused the *Letter to the Honorable Robert E. Gerber on behalf of the Elliott, Sesay, and Bledsoe Plaintiffs*, Doc. No. 13448, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: September 18, 2015

                                                /s/ Gary Peller
                                                Gary Peller
                                                600 New Jersey Avenue, NW
                                                Washington, DC, 20001
                                                (202) 662 9122
                                                peller@law.georgetown.edu
                                                Attorney for Plaintiffs