# Exhibit 2





**THOMAS C. HORNE**
**Attorney General**
Firm State Bar No. 14000
BRAD K. KEOGH (SBA #010321)
DANA R. VOGEL (SBA # 030748)
Assistant Attorneys General
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007
Telephone: (602) 542-3702
Facsimile: (602) 542-4377

NOV 1 9 2014

MICHAEL K. JEANES, CLERK
C. CARABAJAL
DEPUTY CLERK

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff*
*State of Arizona*

## THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, *ex rel.* THOMAS C. HORNE, Attorney General,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No. CV2014-014090<br><br>**COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF**<br><br>(Non-classified Civil; Consumer Fraud) |

010440-13 732514 V1

the New GM brand that no rational consumer would pay what otherwise would have been fair market value for their GM-branded vehicles purchased on or after July 11, 2009.

### IV.    CLAIM FOR RELIEF

### ARIZONA CONSUMER FRAUD ACT (A.R.S. § 44-1521, *et seq.*)

494.    The State realleges and incorporates by reference all paragraphs as though fully set forth herein.

495.    New GM is a "person" within the meaning of A.R.S. § 44-1521(6).

496.    GM-branded vehicles sold or leased on or after July 11, 2009 are "merchandise" within the meaning of A.R.S.§ 44-1521(5).

497.    The Arizona Consumer Fraud Act provides that "[t]he act, use or employment by any person of any deception, deceptive or unfair act or practice, fraud, false pretense, false promise, misrepresentation, or concealment, suppression or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise whether or not any person has in fact been misled, deceived or damaged thereby, is declared to be an unlawful practice." A.R.S. § 44-1522(A).

498.    In the course of its business, New GM systematically devalued safety and concealed a plethora of defects in GM-branded vehicles as described herein and otherwise engaged in activities with a tendency or capacity to deceive. New GM also engaged in unlawful practices by employing deception, deceptive or unfair acts or practices, fraud, false pretenses, false promises, misrepresentations, or concealment, suppression or omission of material facts with intent that others rely upon such concealment, suppression or omission, in connection with the sale and lease of GM-branded vehicles on or after July 11, 2009.

499.    From the date of its inception on July 11, 2009, New GM knew of many serious defects affecting many models and years of GM-branded vehicles, both because of the

knowledge of Old GM personnel who remained at New GM, and continuous reports, investigations, and notifications from regulatory authorities. New GM became aware of other serious defects and systemic safety issues years ago, but concealed all of that information until recently.

500.    New GM was also aware that it valued cost-cutting over safety, selected parts from the cheapest supplier regardless of quality, and actively discouraged employees from finding and flagging known safety defects, and that this approach would necessarily cause the existence of more defects in the vehicles it designed and manufactured and the failure to promptly disclose and remedy defects in all GM-branded vehicles. New GM concealed this information as well.

501.    By failing to disclose and by actively concealing the many defects in GM-branded vehicles, by marketing its vehicles as safe, reliable, and of high quality, and by presenting itself as a reputable manufacturer that valued safety and stood behind its vehicles after they were sold, New GM engaged in deceptive and unlawful business practices in violation of the Arizona Consumer Fraud Act.

502.    In the course of New GM's business, it willfully failed to disclose and actively concealed the dangerous risk posed by the many safety issues and serious defects discussed above. New GM compounded the deception by repeatedly asserting that its vehicles were safe, reliable, and of high quality, and by claiming to be a reputable manufacturer that valued safety and stood behind its vehicles once they are on the road.

503.    New GM's unlawful, unfair or deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including Arizona consumers, about the true safety and reliability of GM-branded vehicles, the quality of the New GM brand, the devaluing of safety at New GM, and the true value of GM-branded vehicles sold or leased on or after July 11, 2009.

504. New GM intentionally and knowingly misrepresented material facts regarding GM-branded vehicles with an intent to mislead Arizona consumers.

505. New GM knew or should have known that its conduct was of the nature prohibited by and violative of the Arizona Consumer Fraud Act.

506. As alleged above, New GM made material statements about the safety and reliability of GM-branded vehicles that were either false or misleading.

507. New GM owed purchasers of New GM vehicles a duty to disclose the true safety and reliability of GM-branded vehicles and the devaluing of safety at New GM, because New GM:

    a. Possessed exclusive knowledge that it valued cost-cutting over safety, selected parts from the cheapest supplier regardless of quality, and actively discouraged employees from finding and flagging known safety defects, and that this approach would necessarily cause the existence of more defects in the vehicles it designed and manufactured;

    b. Intentionally concealed the foregoing from the public, including Arizona residents; and/or

    c. Made incomplete representations about the safety and reliability of GM-branded vehicles generally, and the ignition switch in particular, while purposefully withholding material facts from the public, including Arizona residents, that contradicted these representations.

508. Because New GM fraudulently concealed the many defects in GM-branded vehicles, resulting in a raft of negative publicity once the defects finally began to be disclosed, the value of GM-branded vehicles sold on or after July 11, 2009, has greatly diminished.  In light of the stigma attached to those vehicles by New GM's conduct, they are now worth significantly less than they otherwise would be.

509. New GM's systemic devaluation of safety and its concealment of a plethora of defects in GM-branded vehicles were material to Arizona residents.  A vehicle made by a

- 122 -

reputable manufacturer of safe vehicles is worth more than an otherwise comparable vehicle made by a disreputable manufacturer of unsafe vehicles that conceals defects rather than promptly remedies them.

510. New GM's violations present a continuing risk to owners of GM-branded vehicles, as well as to the general public. New GM's unlawful acts and practices complained of herein affect the public interest.

511. While engaging in the unlawful acts and practices alleged in this Complaint, New GM was at all times acting willfully as defined by A.R.S. § 44-1531.

DATED: Novemer 19, 2014

THOMAS C. HORNE
ATTORNEY GENERAL

By: _____ by permission
   Brad K. Keogh
   Dana R. Vogel
   Office of Attorney General
   1275 West Washington Street
   Phoenix, Arizona 85007
   Brad.Keogh@azag.gov
   Dana.Vogel@azag.gov
   Telephone: (602) 542-3702
   Facsimile: (602) 542-4377

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____
   Robert B. Carey
   Leonard Aragon
   Rachel E. Freeeman
   11 West Jefferson Street, Ste. 1000
   Phoenix, AZ 85003
   Telephone: (602) 840-5900
   Facsimile: (602) 840-3012
   rob@hbsslaw.com
   leonard@hbsslaw.com
   rachelf@hbsslaw.com
   Telephone: (602) 840-5900
   Facsimile: (602) 840-3012

and

   Steve W. Berman *(Pro Hac Vice)*
   Sean R. Matt *(Pro Hac Vice)*
   Andrew M. Volk *(Pro Hac Vice)*
   1918 Eighth Avenue, Suite 3300
   Seattle, Washington 98101
   steve@hbsslaw.com
   sean@hbsslaw.com
   andrew@hbsslaw.com
   Telephone: 206) 623-7292
   Facsimile: (206) 623-0594

   Attorneys for Plaintiff
   State of Arizona

010440-13 732514 V1