**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
**In re**

    **Motors Liquidation Company**
     **et al.**
    **f/ka/ General Motors Corp., et al**       Case No: 09-50026 (REG)
                                                                          **(Jointly Administration)**

                       **Debtor.**
---------------------------------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, **September 18, 2015** DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.