KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*             :
                                                     :
                            Debtors.                 : (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 18, 2015*, pursuant to the *Scheduling Order Regarding Case Management Order Re: No-Strike, No Stay, Objection, and GUC Trust Asset Pleading*, entered on September 3, 2015 [Dkt. No 13416] ("**Scheduling Order**"), I caused to be served a true and correct copy of the *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs Can Automatically Impute to New GM Knowledge of the Events that Took Place at Old GM and/or as Reflected in Old GM'S Books and Records* [Dkt. No. 13451]. Copies of the document listed in the annexed service lists was served upon each of the persons and

entities listed therein, by causing copies of same to be delivered *via* email and/or *via* overnight mail and/or *via* first class mail.

Dated:  September 21, 2015
       New York, New York

                         KING & SPALDING LLP

                         By:  /s/  Scott I. Davidson
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

## Service List For September 18, 2015:

**Documents Served *via* Email:**

1 - *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs Can Automatically Impute to New GM Knowledge of the Events that Took Place at Old GM and/or as Reflected in Old GM'S Books and Records* [Dkt. No. 13451]

| Service Addresses | Service Addresses |
|---|---|
| acarter@sgpblaw.com | brianc@wrightroy.com |
| acutruzzula@cnlawfirm.net | brown@whafh.com |
| adam@lelaw.com | bsk@kbklawyers.com |
| adogali@dogalilaw.com | cale@conleygriggs.com |
| agoneiljr@nco-law.com | cbailey@bpblaw.com |
| ajanutolo@goodinabernathy.com | cdalbey@weitzlux.com |
| akaram@karamlawfirm.com | cellison@eaalawfirm.com |
| akearse@motleyrice.com | chaffin@chaffinluhana.com |
| akmartin@lchb.com | chris@nidellaw.com |
| alans@ksbrlaw.com | cjuhas@wernlawyers.com |
| anne@hilliardshadowenlaw.com | ckitner@chaikenlaw.com |
| aoffenhartz@gibsondunn.com | ckutteh@popemcmillan.com |
| aribeiro@vrslaw.com | cole.portis@beasleyallen.com |
| attorneyhagmaier@gmail.com | conrad_r_blease@yahoo.com |
| attys@foothills.net | contact@sangisettylaw.com |
| awu@gibsondunn.com | corrigan@onderlaw.com |
| bagosto@abrahamwatkins.com | cpeifer@peiferlaw.com |
| bchase@bisnarchase.com | dave@getstewart.com |
| bcorl@potts-law.com | david@davidbryantlaw.com |
| bcorson@sloanewalsh.com | dcarasso@bisnarchase.com |
| beachlawyer51@hotmail.com | ddefeo@defeokolker.com |
| ben.baker@beasleyallen.com | demingmd@deminglaw.com |
| ben@hoganlawoffice.com | dfranco@dugan-lawfirm.com |
| bentonmusslewhite@gmail.com | dgolden@akingump.com |
| bfinley@thefinleyfirm.com | dharris@swhhb.com |
| bgideon@bermansimmons.com | dhm@morrisplayer.com |
| blair@durhamanddread.com | dixonlaw101@yahoo.com |
| bleger@lkclawfirm.com | djnewman@akingump.com |
| bleydon@tooherwocl.com | dmatthews@thematthewslawfirm.com |
| bob@butlerwooten.com | dmolton@brownrudnick.com |
| bob@gtinjurylaw.com | doreen@thecooperfirm.com |
| bob@lelaw.com | dpotts@potts-law.com |
| bobh@hmglawfirm.com | drl@spanglaw.com |
| brad@kuhlmanlucas.com | ecabraser@lchb.com |

| Service Addresses |
| --- |
| edk@stlouisattorney.com |
| eforaker@stipelaw.com |
| eohagan@goodwinprocter.com |
| ejensen@potts-law.com |
| ericchandlerlaw@gmail.com |
| eservice@egletwall.com |
| esserman@sbep-law.com |
| eweisfelner@brownrudnick.com |
| fcwilkerson@aol.com |
| fherrera@herreralaw.com |
| frank@tomenylawfirm.com |
| gcantu@norriscantulaw.com |
| genetullos@tullosandtullos.com |
| gerdes@nocoxmail.com |
| gfox@goodwinprocter.com |
| ghlf@scrtc.com |
| ghoward@doatty.com* |
| gmarcos@marcoslawfirm.com |
| graham.esdale@beasleyallen.com |
| gscott@lewlaw.com |
| gwhealyiv@aol.com |
| hsteel@brownrudnick.com |
| hwhite@wcwattorneys.com |
| janthony@anthonylaw.com |
| jasonharr@harrlawfirm.com |
| jasonz@hbsslaw.com |
| jbilsborrow@weitzlux.com |
| jdiehl@akingump.com |
| jdugan@dugan-lawfirm.com |
| jdunahoe@heardrobins.com |
| jdunn@wigrum.com |
| jeff@lbjmlaw.com |
| jelliott@richardsonplowden.com |
| jere.beasley@beasleyallen.com |
| jflaxer@golenbock.com |
| jgilbert@thegilbertlawgroup.com |
| jguest@jguestlaw.com |
| jim@butlerwooten.com |
| jimragan13@gmail.com |
| jlowe@lewlaw.com |
| jniemi@anapolschwartz.com |
| jonbailey@thebaileyfirm.com |

| Service Addresses |
| --- |
| josephhoats@hotmail.com |
| josh@thejdfirm.com |
| jprather@garmerprather.com |
| jritch@elliottritch.com |
| jsimon@simonlawpc.com |
| jsm@rhinelawfirm.com |
| jttenge@tengelaw.com |
| justin@stephenskellylaw.com |
| jwharris1@prodigy.net |
| jwigington@wigrum.com |
| kanthony@anthonylaw.com |
| kcarnie@simonlawpc.com |
| kdean@motleyrice.com |
| ken@ulawok.com |
| kent@lelaw.com |
| kharvey@mlgautomotivelaw.com |
| kmarks@lkclawfirm.com |
| kmartorana@gibsondunn.com |
| kris@ledford-lawfirm.com |
| kworks@christiansenlaw.com |
| lance@thecooperfirm.com |
| lauren@hmglawfirm.com |
| lawwb@sbcglobal.net* |
| lbrad@kuhlmanlucas.com |
| lbrown@leebrownlaw.com |
| lcoben@anapolschwartz.com |
| lkrzesienski@flemingattorneys.com |
| lrayon@reganlaw.net |
| lrubin@gibsondunn.com |
| lspringberg@thomasandspringberg.com |
| ltien@bpblaw.com |
| lwalsh@vrslaw.com |
| mac@mccoollawms.com |
| mail@doatty.com |
| marion@hmglawfirm.com |
| marksossi@hotmail.com |
| marshall@poncelaw.com |
| matoups@wgttlaw.com |
| mbs@clalaw.com |
| mccarley@fnlawfirm.com |
| mdoebler@pribanic.com |
| mgraham@grgpc.com |

| Service Addresses | Service Addresses |
|---|---|
| michael@lexingtonlg.com | rick.morrison@beasleyallen.com |
| michael@mhrolaw.com | rob@ammonslaw.com |
| michael@poncelaw.com | rob@butlerwooten.com |
| michael@vilesandbeckman.com | robert@fergusonlaw.com |
| mike.andrews@beasleyallen.com | rporter@ralphporterlaw.com |
| mikerglaw@gmail.com | rsahadi@wigrum.com |
| mjwilliams@gibsondunn.com | rshenkan@shenkanlaw.com |
| mmlk@mmlkadvantage.com | rsullivan@sullivantrial.com |
| morenstein@brownrudnick.com | ryan@stephenskellylaw.com |
| mpentz@popemcmillan.com | samantha@ammonslaw.com |
| mrader@bflawfirm.com | sawyer.higinbotham@gmail.com |
| mrobinson@rcrlaw.net | schmidt@whafh.com |
| mstaun@hartleyobrien.com | scott@scottcallahan.com |
| mtilton@tiltonlawfirm.com | scott@scottpalmerlaw.com |
| mweisberg@weisberglawoffices.com | scrowley@cbs-lawyers.com |
| nancy@erlegal.com | sferrell@ferrell-lawfirm.com |
| nmoss@akingump.com | sidney@bcoonlaw.com |
| noahprosser@harrlawfirm.com | simpsoncurtis@comcast.net |
| nwest@deminglaw.com | snapolitano@carterlawgroupllc.com |
| obie26@aol.com | snorris@norriscantulaw.com |
| oleary@onderlaw.com | steve.hammond@hammondtownsend.com |
| onder@onderlaw.com | steve@hbsslaw.com |
| patricia@ammonslaw.com | steve@hilliardshadowenlaw.com |
| paul@komyattelawfirm.com | stevenstolze@sbcglobal.net |
| paul@pdhermannpc.com | stewart@erlegal.com |
| pcarroll@cozen.com | tab@tturner.com |
| pcarter@carterlawgroupllc.com | tch@psstf.com |
| peller@law.georgetown.edu | tcoplaw@bellsouth.net |
| pete@christiansenlaw.com | tedra@butlerwooten.com |
| power@lemonlawonline.com | thelaw@robertwmillerky.com |
| pricardo@golenbock.com | tjhenry@thomasjhenrylaw.com |
| radelman@ahctriallaw.com | tmaxcey@stipelaw.com |
| ranse@conleygriggs.com | tmorgan@sullivantrial.com |
| rbale@dbbwc.com | tom@bryantlawkc.com |
| rcanche@lkclawfirm.com | tomyuhas@ix.netcom.com |
| rchaiken@chaikenlaw.com | tterry@christiansenlaw.com |
| rcowan@bpblaw.com | tvanronzelen@cvdl.net |
| rcrosby@pmped.com | tyesmith@carrcarrokc.com |
| rdreyer@dbbwc.com | vpribanic@pribanic.com |
| rgreenwald@weitzlux.com | walton@hartleyhickman.com |
| rhanson@peiferlaw.com | wbriggs@winstonbriggslaw.com |
| richard@conleygriggs.com | whammill@attorneykennugent.com |

| **Service Addresses** |
|---|
| will@bccnlaw.com |
| william@lawlandsman.com |
| wjsingleton@singletonlaw.com |

| **Service Addresses** |
|---|
| wstapleton@hooperhathaway.com |
| wweintraub@goodwinprocter.com |
| zinbarglaw@aol.com |

\* Denotes an email address where an "undeliverable" message was received. In these instances, the document was mailed via overnight mail (as indicated in the next section) to the respective mailing address for the email address.

## Service List For September 18, 2015

**Documents Served *via* Overnight Delivery:**

1 - *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs Can Automatically Impute to New GM Knowledge of the Events that Took Place at Old GM and/or as Reflected in Old GM'S Books and Records* [Dkt. No. 13451]

| Service Address | |
|---|---|
| Brian S. Masumoto<br>OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Mark Brnovich<br>Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>1275 West Washington Street<br>Phoenix, AZ 85007 |
| Robert P. Woodliff<br>ARAIZA & WOODLIFF<br>4144 N. Central Expressway, #600<br>Dallas, TX  75204 | W. Ransom Piples<br>Blaine T. Aydell<br>HANNAH, COLVIN & PIPES, LLP<br>10626 Timberlake Dr.<br>Bataon Rouge, LA 70810 |
| Eric D. Applebaum<br>FEIN, EMOND & APPLEBAUM, P.C.<br>52 Mulberry Street<br>Springfield, MA 01105 | Thomas J. Weihing<br>DALY WEIHING & BOCHANIS<br>1776 North Ave.<br>Bridgeport, CT 06604 |
| John M. Neal<br>THE NEAL LAW FIRM<br>P.O. Box 51930<br>Knoxville, Tennessee | Timothy P. Lupardus<br>LUPARDUS LAW OFFICE<br>Post Office Box 1680<br>Pineville, West Virginia 24874 |
| Stephen P. New<br>114 Main Street<br>Beckley WV 25801 | Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>SIMMERMAN LAW OFFICE, PLLC<br>254 East Main Street<br>Clarksburg, WV 26301 |
| D. Adrian Hoosier, II<br>THE HOOSIER LAW FIRM PLLC<br>120 Capital Street<br>Charleston, W. Virginia 25301 | John C. Collins, Esquire<br>LAW OFFICE OF JOHN C. COLLINS<br>228 West Maple Street<br>P.O. Box 475<br>Salyersville, KY 41465 |

| Service Address ||
|---|---|
|  |  |
| Richard J. Valle<br>CARTER & VALLE LAW FIRM, P.C.<br>8012 Pennsylvania Circle, NE<br>Albuquerque, NM 87110 | Lance Entrekin<br>THE ENTREKIN LAW FIRM<br>One East Camelback Road, Suite 710<br>Phoenix, AZ 85012 |
| Carlos Eduardo Cardenas<br>LAW OFFICE OF CARLOS EDUARDO CARDENAS<br>717 E. San Antonio Street<br>3rd Floor<br>El Paso, TX 79901 | Darryl Dunsmore<br>AD #6327<br>P.O. BOX 2000<br>1600 California Drive<br>Vacaville, CA 95696-2000 |
| E. Todd Tracy<br>THE TRACY FIRM<br>5473 Blair Road, Suite 200<br>Dallas, TX 75231 | Richard C. Dalton<br>RICHARD C. DALTON, LLC<br>111 Park West Drive<br>Scott, Louisiana 70583 |
| D. Blayne Honeycutt<br>Colt Fore<br>FAYARD & HONEYCUTT<br>519 Florida Boulevard SW<br>Denham Springs, LA 70726 | Ramin R. Younessi<br>LAW OFFICES OF<br>RAMIN R. YOUNESSI<br>3435 Wilshire Boulevard Suite 2200<br>Los Angeles, CA 90010 |
| Joseph W. Carcione, Jr.<br>CARCIONE, CATTERMOLE, DOLINSKY, STUCKY, MARKOWITZ, CARCIONE, LLP<br>601 Brewster Avenue, P.O. Box 3389<br>Redwood City, CA 94063 | Michael E. Carr<br>Patrick E. Carr<br>A. Laurie Koller<br>CARR & CARR ATTORNEYS<br>4416 South Harvard Avenue<br>Tulsa, OK 74135 |
| Paul Minx<br>2330 Quail Lane<br>Longview, TX 75602 | Michael B. Fox<br>FOX LAW OFFICES<br>185 W. Tom T. Hall Blvd<br>Olive Hill, KY 41164 |
| Glen B. Rutherford<br>RUTHERFORD WEINSTEIN LAW GROUP PLLC<br>418 S. Gay St., Suite 204<br>Knoxville, TN 37901-1668 | J. Norman O'Connor, Jr., Esquire<br>Gregory P. Howard, Esquire<br>DONOVAN & O'CONNOR, LLP<br>1330 Mass MoCA Way<br>North Adams, MA 01247 |

| **Service Address** ||
|---|---|
| Gladys Perez<br>63 Second Street, Unit 1<br>Waterford, New York | Gilbert Arrazolo<br>ARRAZOLO LAW PC<br>715 Tijeras Ave NW<br>Albuquerque, NM 87102 |
| John J. Driscoll<br>Christopher J. Quinn<br>THE DRISCOLL FIRM, P.C.<br>211 N. Broadway, 40th Floor<br>St. Louis, MO 63102 | Ben B. Mills , Jr.<br>MILLS LAW FIRM<br>315 S Main St<br>Fitzgerald, GA 31750 |
| James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW<br>Suite 600<br>Washington, DC 20004 | Jan S. Kublick, Esquire<br>MCMAHON, KUBLICK LAW FIRM<br>500 South Salina Street<br>Suite 816<br>Syracuse, NY 13202 |

## Service List For September 18, 2015

**Documents Served *via* First-Class Mail Delivery:**

1 - *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs Can Automatically Impute to New GM Knowledge of the Events that Took Place at Old GM and/or as Reflected in Old GM'S Books and Records* [Dkt. No. 13451]

| Service Address | |
|---|---|
| Angela Singleton<br>P.O. Box 1263<br>Woodville, MI 39669 | |