S.D.N.Y.—Bankr.
09-50026
Gerber, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

───────────

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand fifteen.

Present:
      Gerard E. Lynch,
      Raymond J. Lohier, Jr.,
      Susan L. Carney,
           *Circuit Judges*.

─────────────────────────────────────────

In Re: Motors Liquidation Company.


Lawrence Elliot, *et al*.,

              *Petitioners-Cross-Respondents*,

      v.                                                                                          15-1958 (L);
                                                                                           15-2079 (Con);
                                                                                           15-2131 (Con)

General Motors LLC,

              *Respondent-Cross-Petitioner,*

Wilmington Trust Company,

              *Trustee-Respondent-Cross-Petitioner*.

─────────────────────────────────────────

The Petitioners and Cross-Petitioners petition, pursuant to 28 U.S.C. § 158(d)(2), for leave to appeal directly to this Court from the bankruptcy court's judgment entered on June 1, 2015. Additionally, the Ignition Switch Plaintiffs, the Ignition Switch Pre-Closing Accident Plaintiffs, and the Groman Plaintiffs move to intervene in this appeal, and Respondent-Cross-Petitioner General Motors LLC moves to consolidate the three appeals and to add additional plaintiffs as parties to the appeals.

Upon due consideration, it is hereby ORDERED that the petitions for leave to appeal are GRANTED because an immediate appeal directly to this Court is warranted. *See Weber v. U.S. Trustee*, 484 F.3d 154, 158-61 (2d Cir. 2007). Additionally, the motions to intervene are GRANTED insofar as the movants should be added to the captions of these appeals as appellees. The motions of General Motors LLC for consolidation and the addition of parties are DENIED. These appeals are already consolidated, allowing each party to file a single brief, and the additional parties identified by General Motors LLC should make their own determination whether they wish to participate in these appeals.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk