KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, : <br> f/k/a General Motors Corp., *et al.* : | Case No.: 09-50026 (REG) |
| Debtors. : | (Jointly Administered) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that General Motors LLC ("**New GM**") hereby appeals under 28 U.S.C. § 158(a)(1) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York from: (i) the *Order Regarding Benjamin Pillars' No Stay Pleading and Related Pleadings*, entered by the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**") in the above-referenced case on July 29, 2015 (the "**Initial Order**") [Dkt. No. 13328]; and (ii) the *Decision and Order on Motion to Reconsider and Amend*, entered by the Bankruptcy Court on September 9, 2015 (the "**Decision**") [Dkt. No. 13427].  Copies of the Initial Order and the

26966925.v2

Decision are annexed hereto as Exhibits "A" and "B" respectively.

The names of all parties to the Decision and Initial Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br>By: Arthur J. Steinberg, Esq.<br>     Scott I. Davidson, Esq.<br><br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>By: Richard C. Godfrey, P.C.<br>     Andrew B. Bloomer, P.C.<br><br>*Counsel for General Motors LLC* | THE MASTROMARCO FIRM<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602<br>By: Victor J. Mastromarco, Jr.<br>     Russell C. Babcock<br><br>*Counsel for Benjamin Pillars* |

Dated:  New York, New York
        September 22, 2015

Respectfully submitted,

   /s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

-and-

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

26966925.v2