KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :     Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*           :
                                                   :
                              Debtors.             :     (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 22, 2015*, I caused to be served a true and correct copy of the *Notice of Appeal* (with Exhibits) [ECF. No. 13463], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists was served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* overnight mail.

Dated:  September 23, 2015
        New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson___
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

## Service List For September 22, 2015

**Documents Served *via* Overnight Delivery:**

(1) *Notice of Appeal* (with Exhibits) [ECF. No. 13463]

| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Victor J. Mastromarco, Jr.<br>Russell C. Babcock<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602 |