KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :     Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :     Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., *et al.*    :
                                               :
                          Debtors.             :     (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *September 25, 2015*, pursuant to the *Scheduling Order Regarding Case Management Order Re: No-Strike, No Stay, Objection, and GUC Trust Asset Pleading*, entered on September 3, 2015 [Dkt. No 13416] ("**Scheduling Order**"), I caused to be served true and correct copies of each of the: (1) *New GM MDL Complaint Letter, with Marked MDL Complaint, Pursuant to Scheduling Order dated September 3, 2015* [Dkt. No. 13469], and (2) *New GM States' Complaints Letter, with Marked States' Complaints, Pursuant to Scheduling Order dated September 3, 2015* [Dkt. No. 13470]. Copies of the documents listed in the annexed

service lists was served upon each of the persons and entities listed therein, by causing copies of same to be delivered *via* email and/or *via* overnight mail and/or *via* first-class mail.

Dated:  September 28, 2015
       New York, New York

                            KING & SPALDING LLP

                By:   /s/   Scott I. Davidson
                     Arthur J. Steinberg
                     Scott Davidson
                     King & Spalding LLP
                     1185 Avenue of the Americas
                     New York, NY 10036
                     Telephone: (212) 556-2100
                     Facsimile: (212) 556-2222

                     *Attorneys for General Motors LLC*

**Service List For September 25, 2015:**

**Documents Served *via* Email:**

(1) *New GM MDL Complaint Letter, with Marked MDL Complaint, Pursuant to Scheduling Order dated September 3, 2015* [Dkt. No. 13469]

(2) *New GM States' Complaints Letter, with Marked States' Complaints, Pursuant to Scheduling Order dated September 3, 2015* [Dkt. No. 13470]

| **Service Addresses** | **Service Addresses** |
|---|---|
| acarter@sgpblaw.com | bobh@hmglawfirm.com |
| acutruzzula@cnlawfirm.net | brad@kuhlmanlucas.com |
| adam@lelaw.com | brianc@wrightroy.com |
| adogali@dogalilaw.com | brown@whafh.com |
| agoneiljr@nco-law.com | bsk@kbklawyers.com |
| ajanutolo@goodinabernathy.com | cale@conleygriggs.com |
| akaram@karamlawfirm.com | cathy@butlerwooten.com |
| akearse@motleyrice.com | cbailey@bpblaw.com |
| akmartin@lchb.com | cdalbey@weitzlux.com |
| alans@ksbrlaw.com | cellison@eaalawfirm.com |
| anne@hilliardshadowenlaw.com | chaffin@chaffinluhana.com |
| aoffenhartz@gibsondunn.com | chris@nidellaw.com |
| aribeiro@vrslaw.com | cjuhas@wernlawyers.com |
| attorneyhagmaier@gmail.com | ckitner@chaikenlaw.com |
| attys@foothills.net | ckutteh@popemcmillan.com |
| awu@gibsondunn.com | cole.portis@beasleyallen.com |
| bagosto@abrahamwatkins.com | contact@sangisettylaw.com* |
| bchase@bisnarchase.com | corrigan@onderlaw.com |
| bcorl@potts-law.com | cpeifer@peiferlaw.com |
| bcorson@sloanewalsh.com | cwilson@courtlaw.net |
| beachlawyer51@hotmail.com | daltonlawfirm@aol.com |
| ben.baker@beasleyallen.com | dave@getstewart.com |
| ben@hoganlawoffice.com | david@davidbryantlaw.com |
| bentonmusslewhite@gmail.com | dcarasso@bisnarchase.com |
| bfinley@thefinleyfirm.com | ddefeo@defeokolker.com |
| bgideon@bermansimmons.com | demingmd@deminglaw.com |
| bill@ballardandfeagle.com | dfranco@dugan-lawfirm.com |
| blair@durhamanddread.com | dgolden@akingump.com |
| bleger@lkclawfirm.com | dharris@swhhb.com |
| bleydon@tooherwocl.com | dhm@morrisplayer.com |
| bob@butlerwooten.com | dixonlaw101@yahoo.com |
| bob@gtinjurylaw.com | djnewman@akingump.com |
| bob@lelaw.com | dmatthews@thematthewslawfirm.com |

DMSLIBRARY01\21600\234022\27165162.v1-9/28/15

| Service Addresses | Service Addresses |
|---|---|
| dmolton@brownrudnick.com | jgilbert@thegilbertlawgroup.com |
| doreen@thecooperfirm.com | jguest@jguestlaw.com |
| dpotts@potts-law.com | jimragan13@gmail.com |
| drl@spanglaw.com | jlowe@lewlaw.com |
| ecabraser@lchb.com | jniemi@anapolschwartz.com |
| edk@stlouisattorney.com | jonbailey@thebaileyfirm.com |
| eforaker@stipelaw.com | josephhoats@hotmail.com |
| eohagan@goodwinprocter.com | josh@thejdfirm.com |
| ejensen@potts-law.com | jprather@garmerprather.com |
| ericchandlerlaw@gmail.com | jritch@elliottritch.com |
| eservice@egletwall.com | jsimon@simonlawpc.com |
| esserman@sbep-law.com | jsm@rhinelawfirm.com* |
| eweisfelner@brownrudnick.com | jttenge@tengelaw.com |
| fcwilkerson@aol.com | julie@butlerwooten.com |
| fherrera@herreralaw.com | justin@stephenskellylaw.com |
| frank@tomenylawfirm.com | jwharris1@prodigy.net |
| gcantu@norriscantulaw.com | jwigington@wigrum.com |
| genetullos@tullosandtullos.com | kanthony@anthonylaw.com |
| gerdes@nocoxmail.com | kcarnie@simonlawpc.com |
| greg@gevanslaw.com | kdean@motleyrice.com |
| gfox@goodwinprocter.com | ken@ulawok.com |
| ghlf@scrtc.com | kent@lelaw.com |
| ghoward@doatty.com* | kharvey@mlgautomotivelaw.com |
| gmarcos@marcoslawfirm.com | kmarks@lkclawfirm.com |
| graham.esdale@beasleyallen.com | kmartorana@gibsondunn.com |
| greg@ballardandfeagle.com | kris@ledford-lawfirm.com |
| gscott@lewlaw.com | kworks@christiansenlaw.com |
| gwhealyiv@aol.com | lance@thecooperfirm.com |
| hsteel@brownrudnick.com | lauren@hmglawfirm.com |
| hwhite@wcwattorneys.com | lawwb@sbcglobal.net* |
| janthony@anthonylaw.com | lbrown@leebrownlaw.com |
| jasonharr@harrlawfirm.com | lcoben@anapolschwartz.com |
| jasonz@hbsslaw.com | lkrzesienski@flemingattorneys.com |
| jbilsborrow@weitzlux.com | lrayon@reganlaw.net |
| jdiehl@akingump.com | lrubin@gibsondunn.com |
| jdugan@dugan-lawfirm.com | lspringberg@thomasandspringberg.com |
| jdunahoe@heardrobins.com | ltien@bpblaw.com |
| jdunn@wigrum.com | lwalsh@vrslaw.com |
| jeff@lbjmlaw.com | mac@mccoollawms.com |
| jelliott@richardsonplowden.com | mail@doatty.com* |
| jere.beasley@beasleyallen.com | marion@hmglawfirm.com |
| jflaxer@golenbock.com | marksossi@hotmail.com |

| Service Addresses | Service Addresses |
|---|---|
| marshall@poncelaw.com | rcowan@bpblaw.com |
| matoups@wgttlaw.com | rcrosby@pmped.com |
| mbs@clalaw.com | rdreyer@dbbwc.com |
| mccarley@fnlawfirm.com | rgreenwald@weitzlux.com |
| mdoebler@pribanic.com | rhanson@peiferlaw.com |
| mgraham@grgpc.com | richard@conleygriggs.com |
| michael@lexingtonlg.com | rick.morrison@beasleyallen.com |
| michael@mhrolaw.com | rob@ammonslaw.com |
| michael@poncelaw.com | rob@butlerwooten.com |
| michael@vilesandbeckman.com | robert@fergusonlaw.com |
| mike.andrews@beasleyallen.com | rporter@ralphporterlaw.com |
| mikerglaw@gmail.com | rsahadi@wigrum.com |
| mjwilliams@gibsondunn.com | rshenkan@shenkanlaw.com |
| mmlk@mmlkadvantage.com | ryan@stephenskellylaw.com |
| morenstein@brownrudnick.com | samantha@ammonslaw.com |
| mpentz@popemcmillan.com | sawyer.higinbotham@gmail.com |
| mrader@bflawfirm.com | schmidt@whafh.com |
| mrobinson@rcrlaw.net | scott@scottcallahan.com |
| mstaun@hartleyobrien.com | scott@scottpalmerlaw.com |
| mtilton@tiltonlawfirm.com | scrowley@cbs-lawyers.com |
| mweisberg@weisberglawoffices.com | sferrell@ferrell-lawfirm.com |
| nancy@erlegal.com | sidney@bcoonlaw.com |
| nmoss@akingump.com | simpsoncurtis@comcast.net |
| noahprosser@harrlawfirm.com | snapolitano@carterlawgroupllc.com |
| nwest@deminglaw.com | snorris@norriscantulaw.com |
| obie26@aol.com | stacey@simmermanlaw.com |
| oleary@onderlaw.com | steve.hammond@hammondtownsend.com |
| onder@onderlaw.com | steve@hbsslaw.com |
| patricia@ammonslaw.com | steve@hilliardshadowenlaw.com |
| paul@komyattelawfirm.com | stevenstolze@sbcglobal.net |
| paul@pdhermannpc.com | stewart@erlegal.com |
| pcarroll@cozen.com | tab@tturner.com |
| pcarter@carterlawgroupllc.com | tch@psstf.com |
| peller@law.georgetown.edu | tcoplaw@bellsouth.net |
| pete@christiansenlaw.com | tedra@butlerwooten.com |
| power@lemonlawonline.com | thelaw@robertwmillerky.com |
| pricardo@golenbock.com | tjhenry@thomasjhenrylaw.com |
| radelman@ahctriallaw.com | tmaxcey@stipelaw.com |
| ranse@conleygriggs.com | tom@bryantlawkc.com |
| rbale@dbbwc.com | tomyuhas@ix.netcom.com |
| rcanche@lkclawfirm.com | tterry@christiansenlaw.com |
| rchaiken@chaikenlaw.com | tvanronzelen@cvdl.net |

| **Service Addresses** | **Service Addresses** |
|---|---|
| tyesmith@carrcarrokc.com | wjsingleton@singletonlaw.com |
| vpribanic@pribanic.com | wstapleton@hooperhathaway.com |
| walton@hartleyhickman.com | wweintraub@goodwinprocter.com |
| wbriggs@winstonbriggslaw.com | zinbarglaw@aol.com |
| whammill@attorneykennugent.com | tmorgan@sullivantrial.com |
| will@bccnlaw.com | rsullivan@sullivantrial.com |
| william@lawlandsman.com | |

\* Denotes an email address where an "undeliverable" message was received. In these instances, the document(s) was mailed via overnight mail (as indicated in the next section(s)) to the respective mailing address for the email address.

## Service List For September 25, 2015

**Documents Served *via* Overnight Delivery:**

(1) *New GM MDL Complaint Letter, with Marked MDL Complaint, Pursuant to Scheduling Order dated September 3, 2015* [Dkt. No. 13469]

(2) *New GM States' Complaints Letter, with Marked States' Complaints, Pursuant to Scheduling Order dated September 3, 2015* [Dkt. No. 13470]

| **Service Address** | |
|---|---|
| Brian S. Masumoto<br>OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Mark Brnovich<br>Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>1275 West Washington Street<br>Phoenix, AZ 85007 |
| Robert P. Woodliff<br>ARAIZA & WOODLIFF<br>4144 N. Central Expressway, #600<br>Dallas, TX 75204 | W. Ransom Piples<br>Blaine T. Aydell<br>HANNAH, COLVIN & PIPES, LLP<br>10626 Timberlake Dr.<br>Bataon Rouge, LA 70810 |
| Eric D. Applebaum<br>FEIN, EMOND & APPLEBAUM, P.C.<br>52 Mulberry Street<br>Springfield, MA 01105 | Thomas J. Weihing<br>DALY WEIHING & BOCHANIS<br>1776 North Ave.<br>Bridgeport, CT 06604 |
| John M. Neal<br>THE NEAL LAW FIRM<br>1240B Old Weisgarber Rd.<br>P.O. Box 51930<br>Knoxville, TN 37909 | Timothy P. Lupardus<br>LUPARDUS LAW OFFICE<br>Post Office Box 1680<br>Pineville, West Virginia 24874 |
| Stephen P. New<br>114 Main Street<br>Beckley WV 25801 | Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>SIMMERMAN LAW OFFICE, PLLC<br>254 East Main Street<br>Clarksburg, WV 26301 |

| **Service Address** | |
|---|---|
| D. Adrian Hoosier, II<br>THE HOOSIER LAW FIRM PLLC<br>120 Capital Street<br>Charleston, W. Virginia 25301 | John C. Collins, Esquire<br>LAW OFFICE OF JOHN C. COLLINS<br>228 West Maple Street<br>P.O. Box 475<br>Salyersville, KY 41465 |
| Richard J. Valle<br>CARTER & VALLE LAW FIRM, P.C.<br>8012 Pennsylvania Circle, NE<br>Albuquerque, NM 87110 | Lance Entrekin<br>THE ENTREKIN LAW FIRM<br>One East Camelback Road, Suite 710<br>Phoenix, AZ 85012 |
| Carlos Eduardo Cardenas<br>LAW OFFICE OF CARLOS EDUARDO CARDENAS<br>717 E. San Antonio Street<br>3rd Floor<br>El Paso, TX 79901 | Darryl Dunsmore<br>AD #6327<br>P.O. BOX 2000<br>1600 California Drive<br>Vacaville, CA 95696-2000 |
| E. Todd Tracy<br>THE TRACY FIRM<br>5473 Blair Road, Suite 200<br>Dallas, TX 75231 | Richard C. Dalton<br>RICHARD C. DALTON, LLC<br>1343 W Causeway Approach<br>Mandeville, LA 70471 |
| D. Blayne Honeycutt<br>Colt Fore<br>FAYARD & HONEYCUTT<br>519 Florida Boulevard SW<br>Denham Springs, LA 70726 | Ramin R. Younessi<br>LAW OFFICES OF<br>RAMIN R. YOUNESSI<br>3435 Wilshire Boulevard Suite 2200<br>Los Angeles, CA 90010 |
| Joseph W. Carcione, Jr.<br>CARCIONE, CATTERMOLE, DOLINSKY, STUCKY, MARKOWITZ, CARCIONE, LLP<br>601 Brewster Avenue, P.O. Box 3389<br>Redwood City, CA 94063 | Joseph W. Carcione, Jr.<br>CARCIONE, CATTERMOLE, DOLINSKY, STUCKY, MARKOWITZ, CARCIONE, LLP<br>1300 S. El Camino Real, Suite 300<br>San Mateo, CA 94402-2971 |
| Paul Minx<br>2330 Quail Lane<br>Longview, TX 75602 | Michael B. Fox<br>FOX LAW OFFICES<br>185 W. Tom T. Hall Blvd<br>Olive Hill, KY 41164 |
| Glen B. Rutherford<br>RUTHERFORD WEINSTEIN LAW GROUP PLLC<br>418 S. Gay St., Suite 204<br>Knoxville, TN 37901-1668 | J. Norman O'Connor, Jr., Esquire<br>Gregory P. Howard, Esquire<br>DONOVAN & O'CONNOR, LLP<br>1330 Mass MoCA Way<br>North Adams, MA 01247 |

DMSLIBRARY01\21600\234022\27165162.v1-9/28/15

| **Service Address** | |
|---|---|
| Gladys Perez<br>63 Second Street, Unit 1<br>Waterford, New York | Gilbert Arrazolo<br>ARRAZOLO LAW PC<br>715 Tijeras Ave NW<br>Albuquerque, NM 87102 |
| John J. Driscoll<br>Christopher J. Quinn<br>THE DRISCOLL FIRM, P.C.<br>211 N. Broadway, 40th Floor<br>St. Louis, MO 63102 | Ben B. Mills , Jr.<br>MILLS LAW FIRM<br>315 S Main St<br>Fitzgerald, GA 31750 |
| James W. Flood, III<br>FLOOD LAW GROUP, LLP<br>1101 Pennsylvania Ave. NW<br>Suite 600<br>Washington, DC 20004 | Jan S. Kublick, Esquire<br>MCMAHON, KUBLICK LAW FIRM<br>500 South Salina Street<br>Suite 816<br>Syracuse, NY 13202 |
| Michael E. Carr<br>Patrick E. Carr<br>A. Laurie Koller<br>CARR & CARR ATTORNEYS<br>4416 South Harvard Avenue<br>Tulsa, OK 74135 | Ravik Sangisetty<br>Michael E. Lillis<br>SANGISETTY LAW FIRM, LLC<br>935 Gravier Street, Suite 835<br>New Orleans, La 70112 |
| Jean Sutton Martin<br>Rhine Martin Law Firm, P.C.<br>1612 Military Cutoff, Suite 300<br>Wilmington, NC 28403 | |

## Service List For September 25, 2015

**Documents Served *via* USPS Express Mail Delivery:**

(1) *New GM MDL Complaint Letter, with Marked MDL Complaint, Pursuant to Scheduling Order dated September 3, 2015* [Dkt. No. 13469]

(2) *New GM States' Complaints Letter, with Marked States' Complaints, Pursuant to Scheduling Order dated September 3, 2015* [Dkt. No. 13470]

| **Service Address** | |
|---|---|
| Angela Singleton<br>P.O. Box 1263<br>Woodville, MI 39669 | |