UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re                                                   :        Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,                   :        Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*           :
                                                        :
                                Debtors.                :        (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2015, I caused the *Letter on behalf of the Elliott, Sesay, and Bledsoe Plaintiffs Regarding New GM's Marked Pleadings letter*, Doc. No. 13479, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: September 29, 2015

                                                /s/ Gary Peller
                                                Gary Peller
                                                600 New Jersey Avenue, NW
                                                Washington, DC, 20001
                                                (202) 662 9122
                                                peller@law.georgetown.edu
                                                Attorney for Plaintiffs