**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                       Case No.: _____

                                                                                              Chapter ___

                                    Debtor
---------------------------------------------------------------x

                                                                                              Adversary Proceeding No.: _____

                                    Plaintiff

                          v.


                                    Defendant
---------------------------------------------------------------x


**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*


I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.


*I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.


I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: _____
_____, New York                          _____
                                                                                 *Mailing Address*:

                                                                                 _____
                                                                                 _____
                                                                                 _____
                                                                                 *E-mail address*: kanthony@anthonylaw.com
                                                                                 *Telephone number*: (____)_____