# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

October 5, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      Re:    **In re Motors Liquidation Company**, *et al.*
               **Case No. 09-50026 (REG)**

**Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM. Specifically,

1. On October 1, 2015, pursuant to Judge Furman's Order No. 81 ¶ 2 (MDL Docket No. 1404),[1] counsel for New GM filed a letter ("**October 1 Letter**") in MDL 2543 to apprise the District Court of New GM's position with respect to motions filed in MDL 2543 by the *Brown*, *Dowling*, *Fobbs*, *Gregory*, *Hoskins*, *Keeler*, *Lelonek*, *Modeste*, *Rowe*, and *Smith* plaintiffs for leave to amend their complaints (collectively, the "**Motions to Amend**"). Copies of the October 1 Letter and the 10 Motions to Amend are annexed hereto as Exhibits "1" through "11" respectively.

---

[1] A copy of MDL Order No. 81 was previously provided to the Court by update letter dated September 25, 2015.

DMSLIBRARY01\21600\162081\27275092.v1-10/5/15

Honorable Robert E. Gerber
October 5, 2015
Page 2

2. On October 1, 2015, the Groman Plaintiffs filed with the Second Circuit Court of Appeals an *Unopposed Motion For Redesignation As Appellants And Memorandum In Support* ("**Redesignation Motion**").  A copy of the Redesignation Motion is attached hereto as Exhibit "12."

3. On October 2, 2015, counsel to New GM and Lead and Liaison Counsel filed a joint letter ("**Joint Agenda Letter**") addressed to Judge Furman setting forth the parties' tentative agenda for the October 9, 2015 status conference before Judge Furman.  A copy of the Joint Agenda Letter is attached hereto as Exhibit "13."

Respectfully submitted,

*/s/ Scott Davidson*

Scott Davidson

AJS/sd
Encl.

cc:   Edward S. Weisfelner
      Howard Steel
      Sander L. Esserman
      Jonathan L. Flaxer
      S. Preston Ricardo
      Alexander H. Schmidt
      Matthew J. Williams
      Lisa H. Rubin
      Keith Martorana
      Daniel Golden
      Deborah J. Newman
      Jamison Diehl
      William Weintraub
      Steve W. Berman
      Elizabeth J. Cabraser
      Robert C. Hilliard
      Gary Peller