KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, : | Case No.: 09-50026 (REG) |
|         f/k/a General Motors Corp., *et al.* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *October 5, 2015*, I caused to be served a true and correct copy of the *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* [ECF. No. 13489], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists was served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

-10/6/15

Dated: October 6, 2015
     New York, New York

                          KING & SPALDING LLP
                          By: /s/ Scott I. Davidson
                          Arthur J. Steinberg
                          Scott Davidson
                          King & Spalding LLP
                          1185 Avenue of the Americas
                          New York, NY 10036
                          Telephone: (212) 556-2100
                          Facsimile: (212) 556-2222
                          *Attorneys for General Motors LLC*

-10/6/15

## Service List For October 5, 2015

**Documents Served *via* Email:**

(1) *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* [ECF. No. 13489]

| |
|---|
| andrew@hbsslaw.com |
| aoffenhartz@gibsondunn.com |
| awu@gibsondunn.com |
| bobh@hmglawfirm.com |
| brown@whafh.com |
| cioni@sbep-law.com |
| dgolden@akingump.com |
| djnewman@akingump.com |
| dmolton@brownrudnick.com |
| ecabraser@lchb.com |
| eohagan@goodwinprocter.com |
| esserman@sbep-law.com |
| eweisfelner@brownrudnick.com |
| gfox@goodwinprocter.com |
| hsteel@brownrudnick.com |
| jdiehl@akingump.com |
| jflaxer@golenbock.com |
| kmartorana@gibsondunn.com |
| lrubin@gibsondunn.com |
| mjwilliams@gibsondunn.com |
| morenstein@brownrudnick.com |
| nmoss@akingump.com |
| peller@law.georgetown.edu |
| pricardo@golenbock.com |
| schmidt@whafh.com |
| steve@hbsslaw.com |
| weintraub@goodwinprocter.com |
| lauren@hmglawfirm.com |
| steve@hilliardshadowenlaw.com |
| anne@hilliardshadowenlaw.com |
| marion@hmglawfirm.com |

-10/6/15

## Service List for October 5, 2015

**Documents Served *via* Overnight Delivery:**

(1) *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* [ECF. No. 13489]

| |
|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |