KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*         :
                                                   :
                    Debtors.  :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *October 6, 2015*, I caused to be served a true and correct copy of the *Appellant's Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* [ECF. No. 13490], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists was served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* overnight mail.

Dated: October 7, 2015
New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson___
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

## Service List For October 6, 2015

**Documents Served *via* Overnight Delivery:**

(1) *Appellant's Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* [ECF. No. 13490]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Victor J. Mastromarco, Jr.<br>Russell C. Babcock<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602 |