# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

October 8, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

    Re: In re Motors Liquidation Company, *et al.*
       Case No. 09-50026 (REG)

**Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

  King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM. Specifically,

1. On October 6, 2015, the GUC Trust Participating Unitholders filed with the Second Circuit Court of Appeals the *Participating Unitholders' Unopposed Motion For Redesignation As Creditors-Appellees-Cross-Appellants* ("**Redesignation Motion**"). A copy of the Redesignation Motion is attached hereto as **Exhibit "1."**

2. On October 7, 2015, pursuant to Judge Furman's Order No. 81 ¶ 2 (MDL Docket No. 1404),[1] counsel for New GM filed a letter ("**October 7 Letter**") in MDL 2543 to apprise the District Court of New GM's position with respect to motions filed in MDL 2543 by the *Bradford*, *Carroll*, *Duncan*, *Dunn*, and *Patterson* plaintiffs for leave to amend their complaints (collectively, the "**Motions to Amend**"). Copies of the October 7 Letter and

---

[1] A copy of MDL Order No. 81 was previously provided to the Court by update letter dated September 25, 2015.
DMSLIBRARY01\21600\162081\27296320.v1-10/8/15

Honorable Robert E. Gerber
October 8, 2015
Page 2

      the seven Motions to Amend are annexed hereto as **Exhibits "2" through "9"** respectively.

3. On October 7, 2015, Judge Furman endorsed the joint agenda letter[2] ("**Endorsed Agenda Letter**") for the October 9, 2015 MDL status conference filed by counsel to New GM and Lead and Liaison Counsel on October 2, 2015. A copy of the Endorsed Agenda Letter is attached hereto as **Exhibit "10."**

4. Today, October 8, 2015, counsel to New GM and Lead and Liaison Counsel filed a joint letter ("**Joint Letter**") addressed to Judge Furman to advise on matters of possible significance in proceedings related to MDL 2543, which includes an update on the status of this bankruptcy case. A copy of the Joint Letter, without exhibits,[3] is attached hereto as **Exhibit "11."**

      Respectfully submitted,

      */s/ Scott Davidson*

      Scott Davidson

AJS/sd
Encl.

cc:    Edward S. Weisfelner
       Howard Steel
       Sander L. Esserman
       Jonathan L. Flaxer
       S. Preston Ricardo
       Alexander H. Schmidt
       Matthew J. Williams
       Lisa H. Rubin
       Keith Martorana
       Daniel Golden
       Deborah J. Newman
       Jamison Diehl
       William Weintraub
       Steve W. Berman
       Elizabeth J. Cabraser
       Robert C. Hilliard
       Gary Peller

---

2   A copy of the joint agenda letter for the October 9 Status Conference was previously provided to the Court by update letter dated October 5, 2015.

3   There are 26 exhibits annexed to the Joint Letter, many of which are documents that have previously been filed with this Court; the other documents do not appear relevant to this bankruptcy case. To the extent the Court believes the exhibits should be filed, New GM will do so promptly.

DMSLIBRARY01\21600\162081\27296320.v1-10/8/15