Daryl Dunsmore
A06237 C3A-132
PO Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Daryl Dunsmore
Plantiff

v

W RE
Motors Liquidation Company
et al f/k/a General Motors Corp
et al
Debtor and Defendant

Case 09-50026 (REG)

Lodgement in Support
of Motion for ext to
file objection Stay, Strike, Dismiss

Exhibit A
Medical Report — — — — — — — — — — 1 page


RECEIVED
SEP 30 2015
U.S. BANKRUPTCY COURT, SDNY
REG

9/18/15  DAD

1 of 7

DUNSMORE, DARRYL  B (MR # 0414464-8)

| | | Status | Author |
|---|---|---|---|
| | | Available | Bernard Tan Go |

Transcription
Type: Physical Therapy Rehab Note
ID: 5562637848200807281446121873729
1

AD6237

outside
facility

Transcription Text
CLINIC: Physical Therapy

REPORT TYPE: Evaluation

Dictating Practitioner: Bernard T. Go, P.T.

DATE OF SERVICE: 07/28/2008

REASON FOR VISIT: Ankylosing Spondylitis

Therapy Start Time: 02:40 P
Therapy End Time: 03:40 P
Location: Hillcrest

Diagnosis: Ankylosing Spondylitis

Referring Physician: Anthony J. Medak, M.D.

Referring Service: Family Medicine

Reason for Referral: evaluation and treat

Preferred Language: English    Patient's Age: 40    Patient's Gender: M

Date of Onset: 01/01/2001

Mechanism of Injury: insidious onset

Hx of Current Condition: Pt reports diagnosed with ankylosing spondylitis since 2001, but noticed stiffness and difficulty keeping up with everyone since the age of 17. Continue to have back and neck pain. Also having pain in R hand, in B shoulders, elbows, and knees. The embriol injections helped in the past, but injections have not been consistent. Functionally, able to walk, but painful and stiff; drinking difficult because hard to tilt head up; limited with bending.

Precautions/Contraindications: none

Pain Assessment: 8/10    Pain at its Worst: 10/10

Frequency of Pain: constant

Pain Location: global-throughout whole body.

Pain Descriptor(s): achy and dull

Pain is Worse With: lack of movement.

Pain is Better With: exercising

Page 1 of 3

Printed 8/3/2010 3:47:14 PM

UCSD Medical Center, 200 West Arbor Dr., San Diego, CA 92103

Daryl Dinsmore
AD6237 C3A-132
PO Box 32200
Stockton Ca 95213

UNITED STATE BANKRUPCY COURT
SOUTHERN DISTRICT of NEW YORK

Daryl Dinsmore
Plaintiff

V

IN RE
Motors Liquidation Company et al
F/K/A General Motors Corp et al
Debtor and Defendant

Case 09-50026 (REG)

Table of Contents
and Authorities in
Support of Motion
for ext in Support
of filing Motion
to Object to stay strike Dismiss

Federal Rules of Civil Procedure Rule 6 - - - 1 page
Huston V Lack 487 US 266 273-76
108 S ct 2379 (1988) - - - - - - - - 1 page
People V Crovedi (1966) 65 C2d 199
53 CR 284 - - - - - - - - - - - - 1 page

Contents

Memorandum - - - - - - - - - - - 1 page
Motion - - - - - - - - - - - - 1 page
Declaration - - - - - - - - - - 1 page
Lodgement - - - - - - - - - - - 2 pages

Lodgement

Exhibit A
Medical Document - - - - - - - - 1 page

9/18/15 DMD

1 of 1

RECEIVED
SEP 30 2015
U.S. BANKRUPTCY COURT, SDNY
REG

Daryl Dunsmore
ADG277 C3A-137
P O Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Daryl Dunsmore
Plaintiff

v

IN RE
Motors Liquidation Company Et al
f/K/A General Motor Corp et al
Debtors & Defendants

Case 09-50026 (REG)

<u>Motion for Ext
of time to file</u> any and all
<u>Motion to object</u> stay strike dismissed

Plaintiff is in reciept of Defendants/Debtors Notice to file objection with in 3 days according to prison Mail box Rule on 9/18/15

Plaintiff was recently Transfered to California Healthcare facility due Health Related to Severe Disabilities in Stockton Ca and for Good Cause Motions This Court For Maximum ext for filewy objection in the above Matter Debtors are Defendants in pending related Case FCS 045678 Dunsmore v GMC, Lobel, V. King et al



9/18/15  D. D.

1 of 1

Dinsmore
A06237 G-2-224
PO Box 2000
Vacaville Ca 95696

IN THE SUPERIOR COURT OF THE
STATE OF CALIFORNIA COUNTY OF SOLANO

Darryl Dinsmore
Plaintiff

V

GMC, Lobel, Viking Et al
Defendants

Case # FCS 045638

Request For Discovery

1. Please provide all Tool and Die Equipment Identification Numbers or other part # or Method used to identify any assembly equipment used For the Manufacture of or production of ignition Switch, Power Booster Brake System, Power steering system for

RECEIVED SEP 30 2015 U.S. BANKRUPTCY COURT, SDNY REG

1 of 4

the GMC 2001 Savana Van 3500 SLE

2. From what year was this equipment used to produce and assemble or Manufacture the ignition switch Power Booster brake System and power steering system

3. When was the use of this equipment Discontinued for the above item Discontinued, altered, Changed, repaired wear out

4. What was the part # for the ignition switch, Power Booster Brake System, Power steering system

5. What other Make or Models of Vehicals other then the 2001 GMC Savana Van 3500 SLE were the Parts ignition switch power Booster Brake System Power Steering System were these parts installed or Compatable

2 of 8

6. Are These parts that have been re called in other Makes and Models The Power Steering system, Power Booster Brake System and ignition Compatable for use, installation or operation of The 2001 GMC Savana Van 3500 SLE

7. Please provide all recall info for The 2001 GMC Savana Van 3500 SLE

8. Please provide all information on all Compatable parts and The failure or Malfunction, Recall of Those parts used in any Make or Model That were or are Compatable for operation or use in The 2001 GMC Savana Van 2001 SLE 3500

9. Please Provide initial Sale and Purchase of The 2001 GMC Savana Van 3500 SLE VIN# 1GJHG39R911169911 Identity and address of The buyer

3 of 4

10. Please Provide photo copy picture of a V.i.n # Plate in the front window for Identification of Authentic and Not Counterfiet

11. Please provide warranty info and or any and all Maintnce performed

12. Please Provide all related Discovery released to any other plaintiff in the Matter of 09-50026 (REG) or other pending litigation concerning ignation switch plaintiffs

13. Please Provide the entire Record of 09-50026 (Reg) Numbering 13177 Document in The Matter of United States Bankruptcy Court Southern District of New York IN RE Motors Liquidation Company et al f/k/a General Motors Corp et.al. Debtors

9/18/15    DJD —e

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) SS
COUNTY OF SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, David Bell, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On 9/20/15, I served the following documents: Motion for extion to file Objection Motion for Discovery to stay strike, Dismiss

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on 9/20/15.

David Bell

P.O. Box 32200
~~San Diego, CA 92179-900~~
Stockton Ca 9523



RECEIVED SEP 30 2015
U.S. BANKRUPTCY COURT, SDNY
REG

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

Darryl Dunsmore
AD6237 C3A 132
PO Box 32200
Stockton Ca 95213


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Darryl Dunsmore  
Plaintiff

v

IN RE

Motors Liquidation Company et al  
f/k/a General Motors Corp et al  
Debtors and Defendants

Case 09-50026 (REG)

Memorandum of Points and Authorities in Support of Motion for Ext for Filing Motion to object To Stay, Strike, Dismiss

Mail Box Rule

Federal Rules of Civil Procedure Rule 6 Special Rule for Pro Se prisoners Litigants who file legal papers by Mail Houston v Lack 487 US 266 273-76 108 S ct 2379 (1988)

Good Cause

Physical incapacity of Counsel Good Cause People v Crovedi (1966) 65 C2d 199 53 CR 284 Plaintiff suffers from severe advanced Arthritis which limits his ability to sit and prepare motions



9/18/15 DJD c

1 of 1

Daryl Dunsmore
AD6237 C3A 132
P O Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Daryl Dunsmore                                Case 09-50026 (REG)
Plaintiff
      V
IN RE
Motors Liquidation Company et al
C/K/A General Motor Corp et al
Debtor and Deludants

         Declaration in Support
         of plaintiff Motion for
         Ext to file Motion to
         Object Stay strike Dismiss

I Daryl Dunsmore Declare I am the Plaintiff in case Dunsmore v GMC, lobel V. king et al FCS045638 Pending and related Case That I suffer from severe advanced Arthritis which limits my ability to sit and prepare Motions That I Recreeved Notice of right to object on this day 9/18/15 by prison Mail box Rule and that for Good Cause Motions for Mexicum ext to file Motion to object in Case 09-50026 (REG) and That the attached Lodgements are true and accurrate Copies

   I Declare under penalty of perjury The foregoing is true and correct

                              9/18/15  D-AD



RECEIVED SEP 30 2015
U.S. BANKRUPTCY COURT, SDNY
REG

1 of 1