KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2015, I caused to be served a true and correct copy of the *Notice of Matters Scheduled for Hearing on October 14, 2015 at 9:45 A.M. (Eastern Time)* [Dkt. No. 13500], by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document listed in the annexed service list was served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email.

-10/14/15

Dated: October 14, 2015
       New York, New York

                                         KING & SPALDING LLP

                                 By:   /s/  Scott I. Davidson
                                         Arthur J. Steinberg
                                         Scott Davidson
                                         King & Spalding LLP
                                         1185 Avenue of the Americas
                                         New York, NY 10036
                                         Telephone: (212) 556-2100
                                         Facsimile: (212) 556-2222

                                         *Attorneys for General Motors LLC*

-10/14/15

## Service List For October 13, 2015:

**Documents Served *via* Email:**

(1) *Notice of Matters Scheduled for Hearing on October 14, 2015 at 9:45 A.M. (Eastern Time)* [Dkt. No. 13500]

**Service Addresses**
andrew@hbsslaw.com
aoffenhartz@gibsondunn.com
awu@gibsondunn.com
bobh@hmglawfirm.com
brown@whafh.com
cioni@sbep-law.com
dgolden@akingump.com
djnewman@akingump.com
dmolton@brownrudnick.com
ecabraser@lchb.com
eohagan@goodwinprocter.com
esserman@sbep-law.com
eweisfelner@brownrudnick.com
gfox@goodwinprocter.com
hsteel@brownrudnick.com
jdiehl@akingump.com
jflaxer@golenbock.com
kmartorana@gibsondunn.com
lrubin@gibsondunn.com
mjwilliams@gibsondunn.com
morenstein@brownrudnick.com
nmoss@akingump.com
peller@law.georgetown.edu
pricardo@golenbock.com
schmidt@whafh.com
steve@hbsslaw.com
wweintraub@goodwinprocter.com
lauren@hmglawfirm.com
steve@hilliardshadowenlaw.com
anne@hilliardshadowenlaw.com
marion@hmglawfirm.com
acutruzzula@cnlawfirm.net
kanthony@anthonylaw.com
janthony@anthonylaw.com