Endorsed Order:

The Sale Order plainly covers Mr. Dunsmore's claims, and he has shown no basis for any exception. The relief requested by Mr. Dunsmore is denied. The stay imposed by the injunctive provisions of the Sale Order will remain in place with respect to Mr. Dunsmore's lawsuit in California state court until further action by this Court. This Endorsed Order is without prejudice to the rights of any party to bring any additional relevant facts to the Court's attention or to any future rulings by this Court.


Dated: New York, New York          _*s/Robert E. Gerber*_____
      October 19, 2015          United States Bankruptcy Judge

Daryl Dunsmore
AD6237 C3A-132
P O Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN R
General Motor LLC                    Case 09-50026 (REG)
IGNITION switch Litigation

Daryl Dunsmore
Plaintiff
             V

General Motors Et al
Defendants

RECEIVED
OCT - 2 -2015
U.S. BANKRUPTCY COURT, SDNY
REG

Ex Parte Motion
for Declatory Relief

The New GM Attests and Declares it
is not an accessory to any misconduct or
crime Committed by the old GM Defendants
Notify and ordered The Defendants to
cooperate according to law with all
Discovery requests by plaintiff to New
Defendants (New GM) Per Penal Code 135
of California

1 of 2

112 (103 Sct 1660 75 L Ed 2d 675 Elrod
V Burns (1976) 427 US 347 373 (96 Sct
2673 49 L Ed 2d 542 The Deprivation of
The Constitutional Right will cause
irreparable harm by continued suffering for
a wrongful conviction of Some one Actually
inocent with continued incarceration

I Declare under penalty of perjury The foregoing
is true

9/22/15    D J D e

2 of 2

Darryl Dinsmore
AD6237 C3A-132
PO Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT of NEW YORK
IN RE
General Motors LLC
IGNITION switch Litigation

Case 09-50026 (REG)

Darryl Dinsmore
Plaintiff

v

General Motor Et al
Defendants

Notice of Pending
Related Case

Pending Case /    001123 GPC PCL
Related Case /    9th civ Court of Appeals
                  writ of Habeus

                            9/22/15  DvD e

                                     1 of 1

Darryl Dunsmore
AO6237  C3A-132
PO Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT of NEW YORK

IN RE
General Motors LLC          Case # 09-50026 RCG
Ignition Switch Litigation

Darryl Dunsmore
Plaintiff

v

General Motors Et al
Defendants

objection To
scheduling order

Introduction
This lawsuit pertains to Plaintiffs wrongful
conviction in which plaintiff seek constitutional
Mandated Discovery from Defendants as to
which he has not been able to obtain
Concerning actual innocence Claims in The
SOUTHERN DISTRICT of California Case 001193
GPC-PCL

1 of 6

The Defendants have forced plaintiff To
file a state tort Case 045638 Dunsmore
v GMC Cobel Viking et al in Solano County
Court House state of California n order
To Secure constitutionally Mandated Discovery
To support his Clavms of actual innocence
n the 9th cir n order to obtain a COA
and Brief The issues

Plaintiff objects to The schedule order
Because he is a Pro se litigent, incarcerated
with Physical Disibilities requireing assistence
to Dress transfer Bath it being extremly
Difficult for plaintiff to timely persue
this litigation Exhibit A

Any arguement concerning The late fileing
of this objection is mute according to
Prison Mail box and That plaintiff did not
Timely recieve The Demand Notice until
9/18/15 Due to transfer to a Medical
facility in California California Healthcare
facility in Stockton Plaintiff should thus
Not be bound to The terms of the scheduleing
order

Issues That should
Be Presented To The
Bankruptcy Court

This plaintiffs complaint is unique because
The plaintiff is seeking exculpatory Discovery
which is constitutionally Mandated and interference
in the persuit of Said Evidence would be
a manifest injustice of keeping an otherwise
Actually innocent individule incarcerated for
a longer period

That has been directly Caused by The
Misconduct of General Motors Corp That
fraudulantly Sold Millions of Defective parts
endangering The lives of Customers and The
General public and when The Company was
finally rendered defunked by These
fraudulant actions That bled The Company
of all financial stability except its
Brand name Conspired with The New
GM N/K/A Motors Liquidation Company to
Rid its self of Massive Liabilities Through
clever Manipulation of Rules of Law
Contrary to The rules of Prof Conduct 3-210
The Attornies knowingly assisted each other
and Solicited The violation of California
Rules of professional Conduct or State bar
Act  Bus & PC 116000-6328, Cal Rules of Prof
Cond 1-120 by concealing suppressing Destroying
and removing Evidence of Their Fraudulant

3 of 6

conduct of Affairs ... general

Public and the plaintiff unknowingly solicited the court to Assist in these illegal acts Through clever Manipulation of the bankruptcy laws of liquidation in violation of the Cal Penal Code II 134-135 Price v State bar (1982) 30 C3d 537-139 179 CR 914

which the Attornys continue to ignore The Rule of law Denying Plaintiff Constitutionally Mandated discovery Causeing This plaintiff to suffer a wrongful Conviction and a lengthy stay of incarceration while plaintiff attempts to convince the court of his actual innocence and the Merits of his claims yaughting around The New york harbor and world while plaintiffs life has been completely destroyed by the Defendants fraudulent acts and clever un ethical Manpulation of the rule of law Bus & Pc 6068(d) cal Rules of prof Cond 5-200 (B) Di Sabatino V State bar (1980) 27 C3d 159 162 CR 458

Despite The known plight of plaintiff Through Correspondance and litigation The Defendants Continue to thumb their nose at the law and are indifferent to the harm The are Causeing plaintiff by

4 of 6

willful Concealment Obstruction and alteration of of evidence in the form of Documents of records that support petitioners claims of innocence and the Malfunction of The Vehical which was eroniously Declared a weapon Due to the actions of The Defendants both new and old GM OWNERS as The Simple sale of The Corpation Did not Viod The Defendants responsibilities to reveal Evidence of Crimes committed The are willing Co Conspritors once They decided to destoy Alter and conceal evidence They inhirited in The sale of BMC Corp in The form of Documents which revealed The Massive fraud old GM committed

The Defendants New GM Can not argue They had no knowledge of alleged Defective parts or That Documents may not have been exculpatory evidence as supported in **Exhibit B** GM Test drivers were aware of The ignition problems in 2006 Two Years prior to The Sale The NHTSA crash report Made Mention of The ignition problem

The Defendants and Attornies Could have reasonably argued against Liabilities if They had Chosen to reveal and disclose The Nature of the fraud and Defective

5 of 6

to the Courts Cases Codes and other Authorities

Chapter 11 does not relieve The New GM owners of liabilities if they fail in their ethical and legal duties To disclose acts of fraud and other criminal conduct which they were aware of before the time of sale at the time of Sale and after the Sale Nor of its responsibility To Release to Plaintiff the Exculpatory evidence Defendants have knowledge of That would release Plaintiff of his wrongful Conviction and support his actual innocence claims That The Detective Malfunctioning vehical not Petitioner was responsible for The incident hold petitioner incarcerated in Case 001913 GPC PCL Southern District of California

for these reasons The schedule should be Modified for This plaintiff as This Judges own opinion in Exhibit B P 14 cite 41 stateing The Denial of relief would be Manifestly unconscionable what could be More so Then The continued incarceration of an actually innocent individuale wrongly Convicted because of The acts of Defendants to Conceal exculpatory evidence The would relieve plaintiff of The wrongful conviction

I Declare under pualty of perjury the forgoing is true                    9/22/15  DdD c  6 of 6

AD6257 C3A-132
PO Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE                                    | Case 09-50026 (REG)
General Motors LLC
IGNITION switch Litigation

Darryl Dunsmor
Plaintiff

           v

General Motor et al
Defendants

Memorandum of Points
and Authorities in
support of objection
to scheduling order

        as supported by exhibit A plaintiff is
severely Disabled and requires daily assistance
Physical incapicitation is Good cause for ext and
relief from the scheduling order People v Cravedi
(1966) 65 C2d 199 53 CR 284

                                        1 of 3

accordingly plaintiff were timely filed according
to prison mail box rule Houston v Lack 487
US 266 273-76 , 108, Sct 2379 (1988)

## liability

under California law once New GM aquired
The assets and Documents of Misconduct of old
GM They forfiet Their liability protection by
Becomeing Co Conspiritors According Penal Code
135 To Destroy and conceal Documentary
evidence as the New GM Defendants in this
case and were Accessories according to penal
code 32 help The alleged Principal of The
Crimes old GM as defined in Penal code
31 to avoid trial and Conviction of felonies
camitted by old GM

New GM Actions were an Accessory is
Defined by penal Code 32 and forfieted
liability protection The New defendants
New GM Continue to Violate California law
of penal Code 135 by Concealing and refuseing
Destroying evidence of plaintiffs innocence
in plaintiffs criminal wrongful Conviction
Case 001193-6PC-PCl if Defendants are not
accessories to The Crimes of old GM
Then They should immediately release all
Exculpatory evidence and fullfill promply
all plaintiff Discovery requests

2of3

Plaintiff Contends New GM actions speak for themselfs and That of Their Legal representatives who believe They can Deny Petitioner his right to constitutionally Mandated Discovery and claim They are exempt from old GM product liabilities while braking state local and constitutional law to Conceal Exculpatory evidence or destroy it Thereby revealing themselfs as accessories to the principles crimes Old GM Thereby Nullifying liability protection by Bankruptcy

For these reason The briefing schedule should be Modified for plaintiff.

I Declare under penalty of perjury the foregoing is true

9/22/15    DvD~

3 of 3

Darryl Dunsmore
A06237 C3A-132
PO Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT of NEW YORK

IN RE
General Motor LLC
Ignition switch Litigation

Case 09-50026 (REG)

Darryl Dunsmore
Plaintiff

v

General Motors et al
Defendents

Table of Content
and Points and
Authorities in
Support of objection
to scheduling order

People v Crovedi. (1966) 65 c2d
199 53 CR 284 —   —   —   —   —   —   )

1 of 2

Houston V Cack  487 US 266
273-76 108 Set 2379 (1988) — — — — —   2

California
Penal Code

PC 31, 32, 135 — — — — — — — — — -2

## Contents

Objection — — — — — — — — — 6 pages
Memorandum — — — — — — — 3 pages

## Lodgements

Exhibit A
Medical order for assistance + — — —6 pages
Exhibit B
General info on Gun History — — — 6 pages

9/22/15 DAD —

2 of 2

A06237   C3A 132
PO Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE
General Motors LLC
IGNition switch Litigation

Daryl Dunshane
Plaintiff

v

General Motor et al
Defendants

Case 09-50026 (REG)

lodgements in Support
of objection To
scheduling order

Exhibit A
"Medical order for assistance  — — —  6 pages
Exhibit B
"General info on GM History — — — 6 pages

I Declare these lodgement to be true and
accurate
                    9/22/15   DAO
                              1 of 1

**REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE**    DRAFT

RAP Meeting Date: 9/02/2015          Date IAC Received 1824: 8/31/2015          1824 Log Number: CHCF-C-15-02227

Inmate's Name: DUNSMORE, DARRYL          CDCR #: AD6237          Housing: FAC C3A-115 132

RAP Staff Present:          ADA Coordinator  J.A. Zamora,  Custody Appeals Coordinator A. Infante,  Doctor G. Williams, Health Care Appeals Representative, L. Donnelly,  Registered Nurse  M. Lowe

Inmate Interviewed:    ☐ No    ☒ Yes    DPM, CCCMS

Disability Access or Discrimination Issue: SUBJECT STATES THAT HE IS HAVING DIFFICULTY IN TRANSFERRING, DRESSING OR ALTERATION OF CLOTHES WITH BUTTONS DUE TO HIS MEDICAL CONDITION.

Interim Accommodations Needs Reviewed:

☒        Interim Accommodation provided (List accommodation and date provided):

ON 8/31/15, MEDICAL STAFF TO ASSIST SUBJECT ON AS NEEDED BASIS FOR TRANSFERRING/DRESSING/OBTAINING ITEMS.

Summary of Inmate's 1824 Request:  THE SUBJECT IS REQUESTING ASSISTANCE IN TRANSFERRING, DRESSING OR ALTERATION OF CLOTHES WITH BUTTONS, ASSISTANCE WITH PLACING SOCKS ON AND A THREE TIER SHELF.

☒    RAP is able to render a final decision.

**APPROVE WITH MODIFICATION**

ON 9/02/15, THE REASONABLE ACCOMODATION PANEL (RAP) HAS REVIEWED YOUR REQUEST. YOU HAVE BEEN APPROVED FOR A WHEELCHAIR ACCESSIBLE LOCKER.

ON 8/31/15, THE CHCF APPEALS COORDINATOR INTERVIEWED YOU, IN WHICH YOU REQUESTED ASISSTANCE WITH PULLOVER SHIRTS, REACHING DOWN TO PLACE SOCKS AND SHOES ON AND GETTING ITEMS FROM THE FLOOR/SHELF. YOU FURTHER STATED WHEN YOU WARM UP, YOU GET BETTER MOVEMENT BUT IN THE MORNING AND AT NIGHT IT BECOMES MORE DIFICULT TO MOVE. YOU STATED THAT THE OFFICERS DO ASSIST YOU AND THAT YOU ARE ABLE TO ACCESS PROGRAMS AND SERVICES WITHOUT CONCERN.

ON 8/31/15, THE CHCF APPEALS COORDINATOR INTERVIEWED CNA MOFOR. MOFOR STATED SHE ASSISTS YOU ON AN AS NEEDED BASIS. SHE HAS OBSERVED YOU MOVE IN OTHER ACTIVITIES SUCH AS FEEDING YOURSELF. SHE FURTHER STATED THAT SHE WILL INFORM OTHER STAFF TO ASSIST YOU IN THE INTERIM ON AN AS NEEDED BASIS.

Additional information/instruction: THE SUBJECT IS ABLE TO SAFELY ACCESS ALL PROGRAMS, SERVICES AND ACTIVITIES.

If you disagree with a health care decision made prior to or during the CDCR 1824 process, complete a CDCR 602-HC. If you disagree with any other RAP decision, complete a CDCR 602. Be sure to attach this document along with your CDCR 1824.

_____J.A. Zamora_____          Date sent to inmate: 9/2/2015
ADA Coordinator          Signature

| Staff processing instructions:  Does delivery of response meet criteria to establish effective communication? No |
|---|
| ☒    **Accommodation Order required:** |
| ☐    Request alleges non-compliance of the Armstrong or Clark Remedial Plans. Allegation logged on Accountability Log. |

Distribution: Original – Inmate          Copy – 1824 File          Copy – Miscellaneous Section of C-File          Copy – Medical/Mental Health Staff

State of California                                                           Department of Corrections and Rehabilitation

# REASONABLE ACCOMMODATION REQUEST

CDCR 1824 (rev: ?/2014)

| INSTITUTION (staff use only): | EC? Y/N | LOG NUMBER (staff use only): CHCF- C-15-62227 |
|---|---|---|

### *** TALK TO STAFF IF YOU HAVE AN EMERGENCY ***

<u>Do not</u> use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDCR 7362 or a CDCR 602-HC.

Date Received by Staff (staff use only):

| INMATE'S NAME (Print) Dunsmore, D. | CDCR NUMBER AD6237 | ASSIGNMENT | HOUSING C3 A-115 |
|---|---|---|---|

### INSTRUCTIONS

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service, or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response. <u>Do not</u> use an 1824 to request a response for a group of inmates. If you have received an 1824 decision that you disagree with, submit an appeal (CDCR 602, or 602-HC if disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM:**

**WHY CAN'T YOU DO IT:**

*See attached*

**WHAT DO YOU NEED:**

(use the back of this form if you need more space)

**Which of the following best describes your disability that caused you to file this request:**

☐ Difficulty walking or getting around   ☐ Difficulty seeing   ☐ Difficulty hearing   ☐ Difficulty talking   ☐ On kidney dialysis

☐ Difficulty using arms/hands   ☐ Difficulty learning   ☐ Difficulty thinking or understanding   ☐ Mental impairment

☐ Other Disability (briefly describe): _____

| **DO YOU HAVE ANY DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☐   No ☐   Not Sure ☐ |
|---|
| (List and attach documents if available, including: 1845, 7410, 128-C): _____ |

I understand staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

|  INMATE'S SIGNATURE | | DATE SIGNED |
|---|---|---|
| Assistance completing this form provided by: | | |
| Last Name | First Name | Signature |

| ☐ IAP is not required as the CDCR 1824 contains no disability access or discrimination issues. | | |
|---|---|---|
| | Person making determination | Title |

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

## REASONABLE MODIFICATION OR ACCOMMODATION REQUEST

CDCR 1824 (Rev. 10/06)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| CHCF | CHCF-C-15-02707 | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME(PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Daryl Dunsmore | AD6237 | | | C3A-115 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you. If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: Ankylosing Spondylitis Dsyphia

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY? Medical Records, outcome Data

DESCRIBE THE PROBLEM: I have a Rap Decision denying My Previous Requests for Alterations Stateing That I will be provided Assistence when Requested staff are refuseing to Assist with dressing Im unable to fully dress shirts sock due to Loss of Mobility in shoulders Back hips knees I am unable to use Locker Property all over floor etc get out bed.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? Need Alternate Locker and assistence provided To occassionally transfer and Dress and undress as Rap Previously Decided or Alteration of clothes with button and straps for socks etc

INMATE/PAROLEE'S SIGNATURE _____    DATE SIGNED 8/30/15

**DRAFT**

REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 9/09/2015          **Date IAC Received 1824:** 9/4/2015          **1824 Log Number:** CHCF-C-15-02280

**Inmate's Name:** DUNSMORE, DARRYL          **CDCR #:** AD6237          **Housing: FAC** C3A-115 132

**RAP Staff Present:**     ADA Coordinator    J.A. Zamora,    Custody Appeals Coordinator A. Infante,   Doctor G. Williams, Health Care Appeals Representative, , K. Martin, D. Nelson, Registered Nurse  M. Lowe

**Inmate Interviewed:**    ☐ No    ☒ Yes        DPM, CCCMS

**Disability Access or Discrimination Issue:** SUBJECT STATES THAT HE IS HAVING DIFFICULTY IN TRANSFERRING, DRESSING OR ALTERATION OF CLOTHES WITH BUTTONS DUE TO HIS MEDICAL CONDITION.

**Interim Accommodations Needs Reviewed:**

☒     Interim Accommodation provided (List accommodation and date provided):

ON 8/31/15, MEDICAL STAFF TO ASSIST SUBJECT ON AS NEEDED BASIS FOR TRANSFERRING/DRESSING/OBTAINING ITEMS.

**Summary of Inmate's 1824 Request:**   THE SUBJECT IS REQUESTING ASSISTANCE IN TRANSFERRING, DRESSING OR ALTERATION OF CLOTHES WITH BUTTONS, ASSISTANCE WITH PLACING SOCKS ON AND A THREE TIER SHELF.

☒    **RAP is able to render a final decision.**

**DISAPPROVED**

ON 9/09/15, THE REASONABLE ACCOMODATION PANEL (RAP) HAS REVIEWED YOUR REQUEST.

(DUPLICATE ISSUE REFER TO CHCF #CHCF-C-15-02227)

**Additional information/instruction:** THE SUBJECT IS ABLE TO SAFELY ACCESS ALL PROGRAMS, SERVICES AND ACTIVITIES.

**If you disagree with a health care decision made prior to or during the CDCR 1824 process, complete a CDCR 602-HC.  If you disagree with any other RAP decision, complete a CDCR 602.  Be sure to attach this document along with your CDCR 1824.**

_J.A. Zamora_                                          _____          Date sent to inmate: 9/9/2015
**ADA Coordinator**                                    **Signature**

Staff processing instructions:  Does delivery of response meet criteria to establish effective communication? No

☐         **Accommodation Order required:**

☐         Request alleges non-compliance of the Armstrong or Clark Remedial Plans.  Allegation logged on Accountability Log.

Distribution: Original – Inmate         Copy – 1824 File         Copy – Miscellaneous Section of C-File         Copy – Medical/Mental Health Staff

State of California

Department of Corrections and Rehabilitation

# REASONABLE ACCOMMODATION REQUEST

CDCR 1824 (rev: ?/2014)

| INSTITUTION (staff use only): | EC? Y/N | LOG NUMBER (staff use only): CHCF-C-15-02280 |
|---|---|---|

**\* \* \* TALK TO STAFF IF YOU HAVE AN EMERGENCY \* \* \***

<u>Do not</u> use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDCR 7362 or a CDCR 602-HC.

Date Received by Staff (staff use only):

| INMATE'S NAME (Print) Dunsmore, D. | CDCR NUMBER A06237 | ASSIGNMENT | HOUSING C3 A-115 |
|---|---|---|---|

<u>INSTRUCTIONS</u>

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service, or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response. <u>Do not</u> use an 1824 to request a response for a group of inmates. If you have received an 1824 decision that you disagree with, submit an appeal (CDCR 602, or 602-HC if disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM:** _____

**WHY CAN'T YOU DO IT:** _____

_SEE ATTACHED_

**WHAT DO YOU NEED:** _____

_____ (use the back of this form if you need more space)

**Which of the following best describes your disability that caused you to file this request:**

☐ Difficulty walking or getting around   ☐ Difficulty seeing   ☐ Difficulty hearing   ☐ Difficulty talking   ☐ On kidney dialysis

☐ Difficulty using arms/hands   ☐ Difficulty learning   ☐ Difficulty thinking or understanding   ☐ Mental impairment

☐ Other Disability (briefly describe): _____

| **DO YOU HAVE ANY DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☐    No ☐    Not Sure ☐ |
|---|
| (List and attach documents if available, including: 1845, 7410, 128-C): _____ |

I understand staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_____        _____
**INMATE'S SIGNATURE**                                         **DATE SIGNED**

Assistance completing this form provided by: _____    _____    _____
                                              Last Name          First Name          Signature

| ☐ IAP is not required as the CDCR 1824 contains no disability access or discrimination issues. | _____ Person making determination | _____ Title |
|---|---|---|

STATE OF CALIFORNIA                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION

## REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDCR 1824 (Rev. 10/06)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | CHCF - C-15-02280 | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME(PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Dunsmore | AD6237 | | | C3A-115 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you. If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

| MODIFICATION OR ACCOMMODATION REQUESTED |
|---|

DESCRIPTION OF DISABILITY:  Ankylosing Spondylitis

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?  Medical Records

DESCRIBE THE PROBLEM:  I was told by Appeal Coordinator I would recieve interim accommodations of 3 tear locker Assistence but staff were not informed or provided Record of said action

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?  inform Custody, Medical of interim accommodation provide Record so I recieve interim accommodation

INMATE/PAROLEE'S SIGNATURE                              DATE SIGNED  9/3/15

The massive ongoing recall of General Motors vehicles with faulty ignition switches (and the dozen years the company spent *not* issuing a recall) has made headlines, launched lawsuits, angered legislators, but many consumers who don't own a recalled car have shrugged and said, "Glad I don't drive one of them."

One small defect in a part that controls a car's ignition switch: that's what's at the root of a massive car recall linked to at least thirteen deaths. The cars all came from General Motors brands sold for most of a decade — and as we now know, someone, somewhere knew about the fatal potential of that defect for as long as it existed. The ignition switch problem affects everyone who drives a GM car. But the way that the defect was allowed to remain in the production line for so long affects nearly everyone who drives or shares roads with cars — whether you've ever set foot in a GM vehicle or not.

The GM ignition switch recall started in February with an announcement about 778,000 compact cars. Over the months since then, the recall list has expanded to include about 2.6 million Saturn Ion (2003-2007), Chevrolet Cobalt (2005-2010), Chevrolet HHR (2006-2011), Pontiac G5 (2007-2010), Pontiac Solstice (2006-2010), and Saturn Sky (2007-2010) vehicles. (GM has also recalled another three million cars this year for other, unrelated issues.)

MORE THAN JUST A RECALL

The recall, though, isn't just a recall. It's led to an investigation that has shown that GM and the National Highway Traffic Safety Administration (NHTSA) were, between them, peripherally aware of the defect for over ten years. Let's take a quick, summary review of key moments in the timeline of events:

- 2001-2002: The first report of a switch problem shows up in pre-production notes for the 2002 Saturn Ion.
- 2005: GM realizes the Chevy Cobalt has a problem with the ignition switch and opens repeated engineering inquiries, but takes no action.
- 2006: GM test drivers become aware of the ignition problem. GM makes some repairs, but mixes older, defective part and newer, improved part under same item number, causing years' worth of confusion.

- 2007: A NHTSA crash report makes mention of the ignition switch turning itself off. NHTSA proposes opening an investigation, but decides not to.
- 2010: After more accidents and deaths, NHTSA once again considers, but then decides against, opening a formal investigation.
- 2012-2013: GM internal testing finds that no, really, these ignition switches are broken.
- 2014: GM finally issues recalls due to the faulty part, totaling roughly 2.6 million vehicles.

At least 13 people were killed (and possibly more) due to this particular defect in that 13-year span, and dozens of other drivers complained about it. But between the start of the problem in 2001 and the enormous and very public recalls in 2014, a few things changed at GM. And by "a few things," we mean "everything."

GENERAL MOTORS IS DEAD. LONG LIVE GENERAL MOTORS.

The early years of the 21st century were not among GM's best. It's easy to see why a GM at the time was so desperately concerned with cutting costs wherever possible: after a high point in 1999, their annual sales numbers began to drop slowly but steadily from 2000 onward. They posted significant losses in 2005, 2006, and 2007, and so were already off to a rough start in 2008.

Then came, well, 2008 — a now-infamous year of domestic and international economic crisis. In the space of less than a year, everything tanked: the housing market collapsed, giant megabanks began flailing wildly, energy prices jumped, and the automotive industry found itself in dire straits.

The combination of a less-than-great half-decade and an international near-collapse of the industry was a one-two punch that GM couldn't withstand. In Nov. 2008 the company announced that without drastic action, they'd be out of cash and out of business by the middle of 2009.

Ford, Chrysler, and GM all testified before Congress in Dec. 2008 to the effect that the U.S. car industry, that most American of industries, was going to collapse in on itself without an infusion of federal bailout cash. Congress declined to hand over money, but GM did get a "bridge loan" from the Bush administration to keep it afloat while a longer-term solution

could be worked out.

Between Dec. 2008 and March 2009, things failed in any way to get better for GM as they kept moving through a back-and-forth of proposed business plans to and with the federal government. On March 30, 2009, the Obama administration announced that the government would not be handing GM a mountain of cash, but that a detailed restructuring plan including Chapter 11 bankruptcy had been worked out in order to save the company. GM officially filed for Chapter 11 reorganization in a New York court on June 1, 2009.

Under the terms of that Chapter 11 filing, a new corporate entity called NGMCO Inc. — the "new" GM corporation — purchased all of GM's "continued operational assets." As part of the terms of sale, NGMCO, Inc., changed its name to "General Motors" and kept all of GM's brands, logos, and trademarks. In one fell swoop, GM ceased to be GM, the troubled corporation with a pile of liabilities, and became GM, the newer, leaner corporation that conveniently left all its liabilities sitting in a trash heap near the door when it walked out.

As for that mess next to the door, the "Old GM" still had to clean it up. Having let the New GM walk off with its name and branding, the remnants of Old GM became the Motors Liquidation Company. That company has been working its way through the bankruptcy, liability, and debtor process ever since.

The New GM, about 60% owned by the U.S. Department of the Treasury, promptly shed jobs, dealerships, manufacturing facilities, and car brands. (Remember Pontiac, Saturn, Hummer, and Saab?) And most critically, they also shed liability for anything they did back when they were still the original GM.

LEAVING BEHIND THE BLAME

Several states' attorneys general, perhaps having a collective moment of clairvoyance, filed an objection to the liability exception part of GM's bankruptcy agreement, saying that potential later accident victims could lose "key legal rights" if it went through. (The Wall Street Journal ran a detailed explainer of the relevant legal aspects back in 2009.) Under the pressure, GM eventually agreed to somewhat expand the scope of its liability to accident victims.

The gist of the change meant that, "[C]onsumers driving old GM cars who

get in accidents during GM's several weeks in bankruptcy court, or after the new GM emerges, will be able to sue new GM."

At the time, then-Connecticut Attorney General Richard Blumenthal, one of the attorneys general who filed the objection, said:

> "*This agreement captures a very significant group of claims that wouldn't have been covered and is a very significant victory for consumer advocates. It may seem symbolic, but it will be very real and important to people who suffered injuries during this period of time, and it sets a highly significant precedent.*"

That GM product liability pact is now front and center in the wake of the recall. GM is trying to get lawsuits against it held on the grounds of the restructuring, claiming liability protection.

Former Connecticut AG Blumenthal is now United States Senator Blumenthal, and he's no less concerned about the new GM's liabilities for the old GM's actions than he was in 2009. In late March, he pressed the Justice Department to make sure that GM stays liable for GM's actions. At the time, he told Consumerist, "There is a very powerful legal and moral responsibility on the part of the federal government to intervene here. They enabled GM to emerge from reorganization with very extensive protections from legal responsibility for the death, injuries, and damage their defective vehicles caused."

NOW WHAT?

Well, that's really the billion-dollar question.

It will take months, if not years, for the Justice Department to carry out its criminal investigationand determine if charges are warranted. Getting the various civil suits sorted out will probably take even longer still. GM, in some way, will need to compensate the car owners, accident victims, and surviving families of those who were killed due to this error. That complicated question of how much legal liability GM actually bears for their own error and cover-up will be a key factor in every proceeding.

But the most pressing question for the future isn't about GM at all. Although this recall is massive, and GM's particular tie to American taxpayers and the federal government is at play, this defect and this question of liability aren't the central issues we're facing.

Instead, the real problem that the GM disaster has brought to light is that

nearly 250 million registered cars on the road in the United States... and 51 ODI employees to make sure that we all stay safe around them.

Of those 51 employees a little over half are investigators, Bloomberg reports. It makes for a ratio of about 8.6 million cars on the road for every defect investigator NHTSA has. The agency also receives more than 40,000 consumer complaints per year — and of course, not every consumer who has reason to make a safety complaint ever bothers to do so. NHTSA's 2015 budget for investigating defects is about $10.6 million, and it's been in that $10 million ballpark for years.

With those odds, it starts to feel surprising that NHTSA actually catches as many problems as it does.

28 investigators can only capture so much data first-hand. In order to act, NHTSA relies on data from the car companies themselves. When the companies take their own sweet time providing it, as GM has been doing, the safety review process hits a bottleneck... and just stops going anywhere at all.

So where do we sit today?

Consumers are aware of the problems, but the defective GM cars are still on the road. GM is paying meager fines of $7000 per day (from their 2013 revenue of $3.8 billion) for each day they miss their deadline for providing data to NHTSA. And thirteen people who were driving or riding in cars that had one small, faulty part in them are still dead.

Whatever this investigation uncovers about this particular defect, this tragic incident spotlights the fact that there are systemic problems with carmakers for whom lives are but data points on a cost/profit sheet and with regulators who ignore their own investigators' reports. Until those underlying issues are remedied, it's only a matter of time until another vehicle with a deadly defect is not only allowed to hit the road, but stay there for far too long.

Darryl Dunsmore
A06237  CJA - 132
PO Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE                                          Case 09-50026 (REG)
General Motor LLC
IGNITION SWITCH Litigation

Darryl Dunsmore
Plaintiff

        V

General Motors etal
Defendants

Table of Contents
and Authorities in
support of objection
to any Motion to strike
stay Dismissal or any
enforcement of injunction
upon This plaintiff

People  V  Lee 1970  3 CA3d  514  526  83 CR
715 —  —  —  —  —  —  —  —  —  — — 4

1 of 2

People v Meredith (1981) 29 C3d 682 690
175 CR 612 — — — — — — — — — 4

Imbler v Pachman 1976 424 US
409 n25 47 L Ed 2d 128 141 96 Sct 984 — 5

US v Bagley (1985) 473 US 667 676
87 L Ed 2d 481 490 105 S ct 3375 — — — 5

Brady v Maryland (1963) 373 US 83
87 10 L Ed 3d 215 83 S ct 1194 — — — — 5

Izazaga v Superior Court (1991)
54 C3d 756 378 285 CR 231 — — — — — 5

## Penal Code

PC 31    — — — — — — — — — 2
PC 32    — — — — — — — — — 2
PC 135 — — — — — — — — 3
PC 1054 (e) — — — — — — — — 5

## Contents

objection — — — — — — Pages  5
Memorandum — — — — — — Pages  5
Lodgements — — — — — — Pages 3-9

## Lodgements

Exhibit A
Complaint SCS045638 — — — — 30 pages
Exhibit B
Correspondance — — — — — 1 page
Exhibit C
Housing in Jail Documents — — 39 pages

9/22/15 DdDe

2 of 2

Daryl Dugmore
AD6237 C3A-132
Po Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE
General Motors LLS
Ignition switch Litigation

Daryl Dugmore
Plantiff

v

General Motor Et al
Defendants

Case 09-50026 (REG)

objection to any
Motion to strike,
stay, Dismissal
or any enforcement
of injunction upon
This plantiff

I introduction
    This plantiffs Complaint Exhibit A
Directectly attacks The Conduct of The New
GM in Solano Superior Court State of

1of5

California Case FCS 045163828    Bousmore V GMC,
Lobel, Viking et al

This plaintiff contends that the Defendants
present conduct has and is voiding their
Liability protection when the New GM began
to violate state local and constitutional
Law of California when they failed to
Release Disclose or hand over Exculpatory
constitutionally Mandated Discovery and
began to destroy, or conceal Documentary
evidence petitioner has been forced to
seek through his state tort after
failure to respond to correspondence request
for Documentary evidence in pocession of
the Defendants Exhibit B

Once the Defendants New GM began
to conduct themselfs in this manner Depriving
Petitioner of constitutionally Mandate Discovery
which would prove his actual inocence
claims in his writ of Habeas on Conviction
in the Southern District of California
Case 001193 GPC PCL The New Defendants
became Accessories under California Law
Penal Code 32 to the principle Defendants
The old GM as Defined by Penal Code 31
Voiding their otherwise Ligitimate

2 of 5

Liability protection however These acts
To deprive petitioner of evidence in Their
Possession and knowledge of Successor of
old GM Assets in The form of exculpatory
Documentation That support The Malfunction
Plaintiffs vehical , the Alleged weapon
as The Cause of the incident and not
intent of the plaintiff in The alleged
criminal conduct which plaintiff now
only continues to Suffer From because
The acts of the New GM to Conceal
Destroy evidence in violation of Penal
Code 135 Thereby concealing The action
of The principle as Defined in Penal code
31 To prevent prosecution in a court
establishs the New GM Defendant as
Accessaries as Defined in Penal Code
Section 32 forfieting NEW GM's
Liability protection, Dismissal of This
Plaintiff action and any motion to
strike or stay This plaintiffs Action
or claims
     Nor Can any injunction supercede
Plaintiffs Legal right To the evidence

3 of 5

n question which plaintiff seeks which is constitutionally mandated any continued refusal clearly supports plaintiffs claims of fraud including to this court where They Allege not to be in concert with The old GM Defendants actions yet continue to attempt to protect the principle cause The old GM Defendant with actions That Define and Describe The New GM Defendants as accessories in The old GM Defendants Conduct according penal Code 32

As Declared by The New GM Defendants They became successor in 'of The old GM Defendants assets which happened to be Documentary evidence which supports Plaintiffs Claims of Actual innocence in which petitioner seeks to over turn his wrongful Conviction

However at This time it is The New GM Defendants choice to refuse The Discovery and evidence request in violation penal Code 135 That They Know is to be used in Trial and are Concealing and Destroying in in violation of California and Constitutional law

4 of 5

Plaintiff also argues Defendants did not Provide Notice to individuals housed in County Jail Thereby Depriving atleast this Plaintiff of his Due process to file a claim in a timely Maner Exhibit C

Defendants should of Made attempts to have Jailed inmates Notified with Posted Memorandums in County Jails Defendants should allow and Compensate this Plaintiff on any late fileing as The declared they would provide to The Court Compesation

Plaintiff Contends New GM Defendants Action have barred them from taking any action against This complaint Through The Bankrupcy Court

Plaintiff further request a Decletary order Directing New GM Defendants from Destroying or concealing any More Documentory evidence in this and plaintiffs case in Question

I Declare under penalty of perjury the foregoing is true
                                        8/22/15  DⅯD

5 of 5

Darryl Dinsmore
AD6237 C3A-132
PO Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE
General Motor LLC
IGNITION Switch Litigation

Darryl Dinsmore
Plaintiff

General Motors et al
Defendants

Case 09-50026 (RCG)

Memorandum of Points and
Authorities in support of objection
To any Motion To strike, stay,
Dismissal or any enforcement of
injunction upon this plaintiff

Argument

Plaintiffs Complaint attacks Conduct of
The (New GM Defendants) who according to
State, Local and Constitutional Law established
Themselfs as independent actors Accessories
To The Crimes and Misconduct of The

1 of 5

Principle actors (or GM Defendants) as Defined in California Penal Code Statute.


Penal Code 31 Principals Defined
(who are principals All persons Concerned in The Commission of a Crime wether it Be felony of Misdemeanor and wether They Directly Commit The act Const-tuting The offence or and and abet in its commission and all persons counseling, adviseing)


Penal Code 32 Accessories defined
(Every Person who after a felony has been committed habors conceals or aids a principal in such felony with The intent That said principal May avoid or escape from arrest trial Conviction or punishment Haveing knowledge That said principal has committed such felony or has been charged with such felony or Convicted Thereof is an accessory to such felony

According to PC 31 The New GM established it self as Accessories after haveing knowledge of Said principals crimes which it attested to in its own fileings with This court with in The meaning of PC 72 See any Brief Motion filed by Defendants

when They independantly choose to Conceal Destroy Documentary evidence after plaintiff Made request and Notice of pending investigation and trial action with in The meaning of

2 of 5

Penal Code 135   26 Pg 37 of 82   8

Penal Code 135 Destroy OR CONCEALING
Documentary evidece
(every person who, knowing That any Book, paper
record nstrument n writeing or other matter
or Thing is about to be produced in evidece
upon any trial inquiry or nvestigetion whet
ever authorized by law willfully destoys of
conceals the Same with intent there by to
Prevent it from being prodveed is guilty)

   Plaintiff Made the inquiry Through
Correspondence Notified the New GM of
Pending actions according Penal Code 135
and Defendants New GM Made independent
Action to Deprive plaintiff of Constitutionally
Mandated Discovery Conceal Destroy said
documentary evidence which support
Petitioners Claim n a writ of habeas
Concerning the wrongful Conviction of
one actually innocent Case 00 193 GPC
PCL Southern District of California
   Said Documentary evidence supports The
Merits of plaintiffs Claims That the
incidet was not ntational on plaintiff
Part but occurred because The Malfunction
of The product Sold by The old GM
Defendants and Their Misconduct

                                    3 of 5

Plaintiffs Cause of action Directly attacks The present conduct of GM Defendants (The New GM Defendants) which action causes Them To become Accessories to The(old GM Defendants) conduct (The principals) when The New Defendants (New GM) took The present action To Conceal, Destroy Exculpatory evidence of The (old GM Defendants) conduct which Plaintiffs Complaint was filed see Exhibit A cause of Action (Fraud)

Plaintiff Contends that if The New GM Defendants had simply complied with plaintiff request Concerning evidence of exculpatory Nature of Malfunctioning Defective parts New GMS liabilities protection would be in full force against plaintiff and there would be no cause of action but New GM Defendants did not choose That action but instead to conceal and destroy Constitutionally mandated Discovery and attempts To Manipulate This court into an accessory as well to its crimes and Those of Old GM People V Lee (1970) 3 CA3d 514 526 83 CR 715

(Counsel for The Defendant New GM Must Disclose People v Meredith (1981) 29 C3d 682 696 175 CR 612

4 of 5

As Supported by Exhibit C Plaintiff was
in Jail at The time of Notice to file
a Claim with the old GM Defendant
Plaintiff argues Defendents did not
Provide Due Diligence To individules in
Jail Concerning Due process rights as
Plaintiff access to TV, Radio, print are
all restricted The Magnitude of The
Misconduct was massive enough to move
for Memorandum posting in nstitution were
such restrictions exist Imbler v Pachman
(1976) 424 US 409 125 47 L Ed 2d 128 141
96 S Ct 984 / US v Bagley (1985) 473 US 667
676 87 L Ed 2d 481 490 105 S Ct 3375 / Brady
V Maryland (1963) 373 US 83 87 10 L Ed
2d 215 83 S Ct 1194 See Penal Code
1054 (e) (Discovery Required by united
states Const.tution Must occur) Izazaga
V Superior Court (1991) 54 C3d 356 378
285 CR 231 Plaintiff argues that Denile
of any relief would be a Man.festation
of injustice and Manifestly unconsionable

I Declare under Penalty of perjury The
Foregoing is true

9/22/15   D__D__

5of5

Darryl Dunsmore
AD6237  C3A-132
PO Box 32200
Stockton Ca 95213


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE
General Motor LLC                    Case 09-50026 (REG)
16 Nition switch Litigation

Darryl Dunsmore
Plaintiff

            V

General Motors et al
Defendants

            Lodgements in Support of
            objection to any Motion
            to Strike, Stay Dismissed
            or any enforcement of
            injunction upon This plaintiff

Exhibit A
Complaint   SCS045636  — — — — — — — 3 pages
                                        1 page
Exhibit B
Correspondence  —  — —   — — — —  — —
Exhibit C                               39 pages
Housing Jail Documents  — — — — —
    I Declare these Document to be True and accurate
                                9/22/15  D.N D
                                        1 of 1



*Superior Court of California*
*County of Solano*

**CLERK OF THE COURT**

July 22, 2015

Ulonda Hill
Trust Account Office
1600 California Drive
Vacaville, CA 95687

**Re: DARRYL DUNSMORE V GMC, LOBEL, VIKING, ET AL.**
**Solano Superior Court Case No. FCS045638**

Dear Ms Hill:

Enclosed please find the following documents in regards to the above case:

1. Initial/Subsequent Billing Statement

If you have any questions, please don't hesitate to contact me at (707) 207-7330.

Sincerely,

Gillian Robins
Legal Process Clerk II
Civil/Small Claims Division

Cc: Darryl Dunsmore w/enclosures

Hall of Justice
600 Union Avenue
Fairfield, CA 94533

Old Solano Courthouse
580 Texas Street
Fairfield, CA 94533

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SOLANO

## <u>INITIAL BILLING STATEMENT</u>

**DATE:** _____ July 22, 2015 _____

**TO:** ☐ **Department of Corrections and Rehabilitation**

☐ _____ **County Jail**

Pursuant to Government Code §68635(d) and an *Order on Court Fee Waiver (Superior Court)* filed on <u>July 15, 2015</u>, please forward payment for court filing fees as follows:

**NAME OF INMATE:** _____ **DARRYL DUNSMORE** _____

**INMATE NO:** _____ **AD6237** _____

**PRISON/JAIL FACILITY:** <u>CALIFORNIA MEDICAL FACILITY</u> _____

**SOLANO COUNTY CASE NUMBER:** _____ **FCS045638** _____

---

**CALCULATION OF INITIAL PARTIAL FILING FEE PAYABLE BY INMATE:**

(1)    **Filing fee:** <u>$ 435.00</u>

(2)    (a)    **Average monthly deposits to inmate's account:**        <u>$ 0</u>

(b)    **Average monthly balance in the inmate's account for the six-month period immediately preceding the application:**        <u>$ 0</u>

(3)    **20% of the greater of (2)(a) or (2)(b):**        <u>$ 0</u>

(4)    **INITIAL PAYMENT NOW DUE AND PAYABLE:**        <u>$ 0</u>

---

Please pay amount listed on line (4).    Mail payment to:

**Superior Court of California, County of Solano**
**Attention:** <u>CIVIL/SMALL CLAIMS</u>
**Old Solano Courthouse**
**580 Texas Street**
**Fairfield, CA 94533**

**FILED**
Clerk of the Superior Court

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SOLANO

JUL 2 2 2015

By_____
DEPUTY CLERK

PLAINTIFF:  <u>DARRYL DUNSMORE #AD6237</u>

CASE NO. <u>FCS045638</u>

DEFENDANT: <u>GMC, LOBEL, VIKING, ET AL.</u>

**CLERK'S APPLICATION**
**AND ORDER**

---

I, the undersigned, employed as a Legal Process Clerk for the above-entitled court, apply for an order as follows:

☐ vacating default described below.
☐ vacating judgment described below.
☐ vacating answer and/or other responsive pleading described below.
☒ complex case determination pursuant to CRC 3.403
☐ other.

Document: <u>CIVIL CASE COVER SHEET</u>

Date filed: <u>7/15/15</u>

Reason: <u>Item #2 of Civil Case Cover Sheet is marked "Is" complex.</u>

I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>7/15/15</u>, at Fairfield, California.

By: _____
Deputy Clerk

---

## ORDER

Upon consideration of the clerk's application and review of the court file:

**IT IS ORDERED:**

☐ The default(s) of the defendant(s) named in the clerk's application is (are) vacated.

☐ The judgment entered on _____ is vacated.

☐ The answer and/or other responsive pleading is vacated.

☐ Case is determined to be complex (CRC 3.403) ☒ Case is determined not to be complex (CRC 3.403).

☐ Complex Case fees of $1,000.00 due per defendant within 10 days of the mailing of this order.

☐ Set for complex case determination hearing on _____ at _____ in Dept _____.

☐ Other: _____

Dated: _____JUL 2 0 2015_____       _____
                                              **JUDGE**

---

**CLERK'S APPLICATION AND ORDER**

Form #1050  5/31/13                                                        44

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SOLANO

**[X] 580 Texas Street, Fairfield, CA 94533   [ ] 600 Union Avenue, Fairfield, CA 94533**

**CERTIFICATE AND AFFIDAVIT OF MAILING**          **CASE NO: FCS045638**

I, the undersigned, certify under penalty of perjury that I am employed as a deputy clerk of the above-entitled court and am not a party to the within-entitled action; that I served the attached document:

## CLERK'S APPLICATION AND ORDER

By causing to be placed a true copy thereof in an envelope which was then sealed and postage fully prepaid on the date shown below; that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the above stated document will be deposited in the Superior Court of California, County of Solano's outgoing mailbox for collection by county mail carriers on the date indicated. Said envelope was addressed to the attorneys for the parties, or the parties, as shown below:

DARRYL DUNSMORE #AD6237
CALIFORNIA MEDICAL FACILITY
PO BOX 2000
VACAVILLE, CA 95696-2000

Dated:  7/22/15                    By: _____
                                           Deputy Clerk

# -CERTIFICATE AND AFFIDAVIT OF MAILING

**FW-003**

# Order on Court Fee Waiver
## (Superior Court)

Clerk stamps date here when form is filed.

**FILED**
Clerk of the Superior Court

JUL 1 5 2015

BY
DEPUTY CLERK

**(1) Person who asked the court to waive court fees:**
Name: DARRYL DUNSMORE #AD6237
Street or mailing address: CMF PO BOX 2000
City: VACAVILLE    State: CA   Zip: 95696-2000

**(2) Lawyer, if person in (1) has one** *(name, address, phone number, e-mail, and State Bar number):*

Fill in court name and street address:

Superior Court of California, County of
SOLANO
OLD SOLANO COURTHOUSE
580 TEXAS STREET
FAIRFIELD, CA 94533

**(3)** A request to waive court fees was filed on *(date):* 7/15/2015
☐ The court made a previous fee waiver order in this case on *(date):*

*Read this form carefully. All checked boxes ☑ are court orders.*

Fill in case number and name:

**Case Number:**
FCS045638

**Case Name:**
DUNSMORE V GMC, LOBEL, et al.

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your: ☒ *Request to Waive Court Fees*    ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:    *"Payment of filing fees shall be made pursuant*

a. ☒ The court grant**s** your request, as follows:    *to Government Code §68635."*

**(1) ☒ Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in Superior Court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Court-appointed interpreter in small claims court
- Reporter's fee for attendance at hearing or trial, if reporter provided by the court
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

**(2) ☐ Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):*
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2015, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

Your name: _____

| Case Number: |
| FCS045638 |

b. ☐ The court **denies** your fee waiver request, as follows:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) ☐ The court **denies** your request because it is incomplete. You have **10 days** after the clerk gives notice of this order (see date of service on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the items listed below *(specify incomplete items):*

_____

(2) ☐ The court **denies** your request because the information you provided on the request shows that you are not eligible for the fee waiver you requested *(specify reasons):* _____

_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court),* form FW-006. You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c. below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. ☐ The court needs more information to decide whether to grant your request. You must go to court on the date below. The hearing will be about *(specify questions regarding eligibility):*

_____
_____

☐ Bring the following proof to support your request if reasonably available:

|  | Name and address of court if different from above: |

(Hearing Date) → Date: _____  Time: _____  _____
   Dept.: _____  Room: _____  _____
_____

> **Warning!** If item c is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 7/15/2015 _____  Signature of (check one): ☐ *Judicial Officer*  ☒ *Clerk, Deputy*

**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation,* Form MC-410. (Civil Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*  ☐ A certificate of mailing is attached.

☐ I handed a copy of this order to the party and attorney, if any, listed in ① and ② at the court, on the date below.

☒ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* FAIRFIELD _____, California on the date below.

Date: 7/15/2015 _____  Clerk, by _____, Deputy

**This is a Court Order.**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** Gmc Cobalt N1leng Et al
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Darryl Dunsmure

ASSIGNED TO
JUDGE Harry S. Kinnicutt
FOR ALL PURPOSES

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: Add Solano Courthouse
*(El nombre y dirección de la corte es):* 580 texas st
Farfield Ca 94533

**CASE NUMBER:** *(Número del Caso)* FCSD45638

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Pro Se
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Darryl Dunsmure AD6237 G-2-224 Po Box 2000 Vacaville Ca 95696

**DATE:** *(Fecha)* JUL 1 5 2015

Clerk, by *(Secretario)* _____, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] SUPERIOR COURT OF CALIFORNIA · EUREKA · COUNTY OF SOLANO

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
American LegalNet, Inc.

AO 6237  G-1-14
PO Box 2000
Vacaville Ca 95696
Pro Se

**FILED**
Clerk of the Superior Court

JUL 1 5 2015

By _____
DEPUTY CLERK

ASSIGNED TO
JUDGE Harry S. Kinnicutt
FOR ALL PURPOSES

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
SOLANO COUNTY

Daryl Dunsmore
Plaintiff
        v
GMC, Lobel, V. King et al
Defendants

Case # FCS045038

Declaration in support
of TRO / INJUNCTION ORDER
IN SUPPORT of Complex
unlimited civil Complaint

    I Daryl Dunsmore plaintiff in the above captioned case state Declare The parties involved have been Notified by US Mail as pertains to Defendants GMC, Lobel, V. King of The Complaint and TRO injunction order to Show Cause

    I Declare under penalty of perjury The foregoing is true

5/28/15          D-ND
6/12/15

1 of 1

Daryl Dunsmore
AD6237  6-1-14
PO Box 2000
Vacaville Ca 95696
Pro Se

**FILED**
Clerk of the Superior Court

**JUL 1 5 2015**

By_____
DEPUTY CLERK

ASSIGNED TO
JUDGE Harry S. Kinnicutt
FOR ALL PURPOSES

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SOLANO

Daryl Dunsmore
Plaintiff

v.

GMC, Lobel, Viking Et Al
Defendants

Case # FCS 045638

Motion for TRO
INJUNCTIVE Relief

Statement of the Case

This is a civil tort claim unlimited complex case concerning Large corporation and Numerous Defendants who in 2006 - 2007 conducted themselfs in a fraudulent maner To sell a vehical to the plaintiff known or should have been known to be stolen with Defective parts esther ntially nstalled by The Defendant GMC or later by un Authorized

1 of 3

workers    which    said defective vehical caused

An accident in 2007 Dec 3 of which The Plaintiff was wrongly convicted suffering personal injury, loss of property Emotional Distress and loss of future earnings and with Malice and intent have continued to refuse plaintiff exculpatory evidence Concerning such allegation of which would exonerate the plaintiff and hold defendant liable

Statement of The facts

1. The plaintiff was involved in an accident on Dec 3 2007

2. Defendants paid a disclaimer to the witness Terry Rahn who Declared it an accident

3. Appraiser Report indicates a Duplicate title and indication that The Vehical May be stolen or tampered with

4. The Defendants had the ability prior to the accident to know of the property being stolen or tampered with

5. the Defendants Manufactured and installed Defective parts and failed to disclose such safty risks and Continue to do so

2 of 7

6. The Air bags Did not Deploy

7. The plaintiff has been wrongly convicted, Personally injured, Lost future earning, Property loss and Emotion Distress

8. The Defendants still own posses: have knowledge of Material facts that are Exculpatory in nature in the form of personal knowledge written, Recorded, Electonic records, Memos papers or other effects

9. Said above artifact Can Exonerate the plaintiff and hold Defendant Liable

## Argument

Because the Defendants Can be held both Criminally and Substantially, financailly Liable Plaintiff Motions this court for a protective order Preventing the Defendants from Destoying any record that may pertain in any form to the allegations in the Civil Complaint or any other action that might Make such Records unavailable, from taking any Displinary or legal action against any employee witness with information Concerning the Civil Complaint and its allegation

   # Declare under penalty of perjury the foregoing is true

5/28/15
6/12/15

D-MD-o

3 of 3

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):    Darry Dunsmore    FOR COURT USE ONLY

AD6237 6-1-14 PO Box 2000 Vacaville Ca 95696

TELEPHONE NO.: Pro Se    FAX NO.:
ATTORNEY FOR (Name): Pro Se

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Solano
STREET ADDRESS: 580 Texas St
MAILING ADDRESS:
CITY AND ZIP CODE: Fairfield Ca 94533
BRANCH NAME: Old Solano Court house

CASE NAME:
Dunsmore V GMC, Lobel, Viking Et Al

FILED
Clerk of the Superior Court
JUL 1 5 2015
By
DEPUTY CLERK

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: FC SD 46138 |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder |
| | | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) |

JUDGE: Harry S. Kinnicutt
DEPT: 3

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☒ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☒ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☒ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☒ Large number of separately represented parties    d. ☒ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☒ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☒ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☒ punitive

4. Number of causes of action (specify): Fraud, Personal injury Breach of Contract

5. This case ☒ is ☐ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 5/28/15 6/12/15

Darry Dunsmore
(TYPE OR PRINT NAME)    ▶    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* Dinsmore Daryl

A06237 G-1-14 PO BOX 2000 Vacaville Ca 95696

TELEPHONE NO:                                FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Pro Se

**FOR COURT USE ONLY**

**FILED**
Clerk of the Superior Court

JUL 1 5 2015

By _____
DEPUTY CLERK

$435 FWF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Solano
STREET ADDRESS: 580 Texas St
MAILING ADDRESS:
CITY AND ZIP CODE: Fairfield Ca 94533 - ????
BRANCH NAME: @Buglone Courthouse

PLAINTIFF: Daryl Dinsmore

DEFENDANT: GMC, Lobel, Viking et al

☒ DOES 1 TO __100__

**ASSIGNED TO
JUDGE Harry S. Kinnicut
FOR ALL PURPOSES**

CASE NUMBER:

FCSO45638

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED *(Number):*
Type *(check all that apply):*
☒ MOTOR VEHICLE          ☐ OTHER *(specify):*
  ☐ Property Damage      ☐ Wrongful Death
  ☒ Personal Injury      ☐ Other Damages *(specify):*

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded    ☐ does not exceed $10,000
                     ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

1. Plaintiff *(name or names):* Daryl Dinsmore

alleges causes of action against defendant *(name or names):* GMC, Lobel, Viking et al

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☒ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

WEST®

Code of Civil Procedure, § 425.12

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Dunsmore V GMC ET al | |

4. ☒ Plaintiff *(name):* Darryl Dunsmore
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* GMC, label V. king ET al
      (1) ☒ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☒ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Complaint—Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☒ other *(specify):* Real Property That is The subject of this action is located here

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ plaintiff has complied with applicable claims statutes, **or**
   b. ☒ plaintiff is excused from complying because *(specify):* Medical incapacitation

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Dunsmore v GMC et Al | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☒ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify):* Fraud

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify):* Wrongful Conviction

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☒ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 6/12/15

Darryl Dunsmore
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

The Sheriff must have original, signed instructions by the attorney or party without attorney in accordance with CCP 262 and 687.010
www.sdsheriff.net/csb_courtlocations.html

Daryl Dunsmore vs GMC, Cobel, Viking Et al _____ Case Number

**To the Sheriff, you are instructed to serve the following documents:**

☒ Summons and Complaint/Petition
☒ Order to Show Cause
☐ Claim of Plaintiff/Defendant (Small Claims)
☐ Order to Appear
☐ Civil Bench Warrant
☐ Other

☐ **Writ of Possession for Real Property (Eviction)**

Agent to Contact for Eviction: _____ Daytime Phone ( ) Ext.

Are there any officer safety concerns that you are aware of? ☐ Yes ☐ No   Gate Code: _____

Explain: _____

PARTY TO BE SERVED: GMC, Cobel, Viking Et al

Agent for Service (if applicable): _____

Address: Viking 7878 Clairmont Blvd

City: San Diego Ca   State CA Zip 92111

Gate Code (if applicable): _____   Best time to attempt service at this address

| Description (if applicable) | SEX | DOB | AGE | HT | WT | HAIR | EYES | RACE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DISTINGUISHING MARKS, SCARS OR TATTOOS   DRIVER'S LICENSE # AND STATE

Name of Employer (if applicable): Western General

Employer's Address: 5230 Las Virgenes Rd

City: Calabasas   State CA   Zip 91302-3447

Best time to attempt service at employer

Special Instructions _____

****NOTICE TO REQUESTOR****
The Sheriff's Department DOES NOT guarantee service.
The Sheriff's Department is entitled to its fees whether the service is completed or not. (California Government Code 26738)
All communications, refunds and collections will be made to the name and address listed below.

Name of attorney (or party without attorney) requesting service
Daryl Dunsmore AD6237 G2-224

Address: PO Box 2000   City: Vacaville   State: Ca   Zip: 95696

Telephone Number ( )   Fax Number ( )

Email address

Signature: DD   Date 5/28/15 6/12/15

---------SHERIFF'S USE ONLY----------
HEARING DATE _____ LAST DAY TO SERVE _____ FEE WAIVER ATTACHED?   Y   N

The Sheriff must have original, signed instructions by the party or by party without attorney in accordance with CCP 262 and 687.010
www.sdsheriff.net/csb_courtlocations.html

Darryl Dunsmore _____ vs GMC, Cobel, v.King Etal _____ _____
_____Plaintiff_____                        _____Defendant_____                    _____Case Number_____

## To the Sheriff, you are instructed to serve the following documents:

- [x] Summons and Complaint/Petition
- [x] Order to Show Cause
- [ ] Claim of Plaintiff/Defendant (Small Claims)
- [x] Order to Appear
- [ ] Civil Bench Warrant
- [ ] Other

- [ ] **Writ of Possession for Real Property** (Eviction)

Agent to Contact for Eviction: _____ Daytime Phone: ( ) Ext. _____

Are there any officer safety concerns that you are aware of?  [ ] Yes  [ ] No   Gate Code: _____

Explain: _____

PARTY TO BE SERVED:  GMC Corp _____

Agent for Service (if applicable): _____

Address: HDFC CHUBB General insurance Company Limited 5th Floor

City Express towers Nariman Point _____ State Mumbai Zip 400-021

Gate Code (if applicable) _____   Best time to attempt service at this address: _____

| Description (if applicable) | SEX | DOB | AGE | HT | WT | HAIR | EYES | RACE |
|---|---|---|---|---|---|---|---|---|
| | / | / | / | / | / | / | / | |

DISTINGUISHING MARKS, SCARS OR TATTOOS          /          DRIVER'S LICENSE # AND STATE

Name of Employer (if applicable)  GMC Corp

Employer's Address  8585 E Frank Lloyd wright Blvd

City  Scottsdale  State AZ  Zip 85260

Best time to attempt service at employer _____

Special Instructions

_____
_____
_____

****NOTICE TO REQUESTOR****
The Sheriff's Department DOES NOT guarantee service
The Sheriff's Department is entitled to its fees whether the service is completed or not. (California Government Code 26738)
All communications, refunds and collections will be made to the name and address listed below

Name of attorney (or party without attorney) requesting service
Darryl Dunsmore      AD6237   6-2-224

Address
PO Box 2000                    City Vacaville    State Ca    Zip 95696

Telephone Number ( )                Fax Number ( )

Email address

Signature  DMD            Date 5/28/15  6/2/15

****SHERIFF'S USE ONLY****

HEARING DATE _____  LAST DAY TO SERVE _____  FEE WAIVER ATTACHED?  Y    N

The Sheriff must have original, signed instructions by the attorney or party without attorney in accordance wi i CCP 262 and 687.010
www.sdsheriff.net/csb/courtlocations.html

_Daryl Dunsmor_   VS   _GMC, Lobel v. king, etal_     _____
Plaintiff                          Defendant                              Case Number

**To the Sheriff, you are instructed to serve the following documents:**

☑ Summons and Complaint/Petition
☑ Order to Show Cause
☐ Claim of Plaintiff/Defendant (Small Claims)
☐ Order to Appear
☐ Civil Bench Warrant
☐ Other

☐ **Writ of Possession for Real Property** (Eviction)

Agent to Contact for Eviction: _____   Daytime Phone: ( )   Ext: _____

Are there any officer safety concerns that you are aware of?  ☐ Yes  ☐ No   Gate Code: _____

Explain: _____

PARTY TO BE SERVED:  _Lobel_ _____

Agent for Service (if applicable): _____

Address: _1150 Magnolia Ave_ _____

City: _Anaheim_ _____   State: _CA_  Zip: _92801-2665_

Gate Code (if applicable): _____   Best time to attempt service at this address: _____

| Description:<br>(if applicable) | SEX | / DOB | / AGE | / HT | / WT | / HAIR | / EYES | / RACE |
|---|---|---|---|---|---|---|---|---|

DISTINGUISHING MARKS, SCARS OR TATTOOS      /      DRIVER'S LICENSE # AND STATE

Name of Employer (if applicable): _____

Employer's Address: _____

City: _____   State: _CA_   Zip: _____

Best time to attempt service at employer: _____

Special Instructions: _____

****NOTICE TO REQUESTOR****
The Sheriff's Department DOES NOT guarantee service.
The Sheriff's Department is entitled to its fees whether the service is completed or not. (California Government Code 26738)
All communications, refunds and collections will be made to the name and address listed below:

Name of attorney (or party without attorney) requesting service:
_Daryl Dunsmore  AD6237  B2-224_

| Address _PO Box 2000_ | City _Vacaville_ | State _Ca_ | Zip _95696_ |
|---|---|---|---|

Telephone Number: ( )        Fax Number: ( )

Email address: _____

Signature _Daryl Dunsmore_ ___   Date _5/28/15  6/12/15_

········ SHERIFF'S USE ONLY ········

HEARING DATE _____   LAST DAY TO SERVE _____   FEE WAIVER ATTACHED?   Y   N

C 1 (Rev 8/11/2009)

The Sheriff must have original signed instructions by the attorney or party without attorney in accordance with CCP 262 and 687.010
(For levy under Writ of Attachment, please contact the Sheriff's Civil Division for additional requirements)
www.sdsheriff.net/csb_courtlocations.html

_____          VS          _____
Plaintiff                                                                 Defendant

_____                       _____
Court Case Number                                          Levying Officer File Number

**To the Sheriff, you are instructed to execute a: (One levy per instruction ONLY):**

☐ **BANK LEVY**
  ☐ Levy is for any and all accounts of the Judgment Debtor(s).
  ☐ Including but not limited to account(s):

  ☐ Levy is to be limited to account(s):

☐ **THIRD PARTY LEVY**
  ☐ Levy is for all funds owed to the Judgment Debtor(s) by the Third Party.
  ☐ Levy is to be limited to:

☐ **RENT LEVY** (Levy is for all rents due during the 2 year lien period) Service will be made on any **Tenant in Possession**

☐ **PERSONAL PROPERTY LEVY** (The Sheriff is directed to **Levy and sell** the debtor's personal property listed below)

  Address where personal property is located (Property must be in a public place or a separate "Break-in" order issued by the court is required)

☐ **TILL TAP** (Levy on contents of all cash receptacles in a going business)

☐ **KEEPER-CASH ONLY** (Levy on all cash and cash equivalent of a going business by placing a keeper in the business for the specified time period)
☐ **KEEPER-CASH AND TANGIBLE PERSONAL PROPERTY** (Levy on all cash and cash equivalent of a going business AND seize and sell all tangible personal property of the going business  (Requires a minimum fee deposit of $1,500 pending further quotation)

  Keeper is to be installed for ☐ 8, ☐ 12 ☐ 24 hours each day (excluding weekends) for _____ day(s)

Note  Fee waiver does not apply to the fee for the keeper(s)  Keeper fees MUST be paid in advance
Name(s) of Judgment Debtor(s) whose property is subject to this levy (Include the debtor's social security number, if known/applicable)

_____          _____

**SERVE LEVY UPON:**
  Address: _____
  City: _____    State: **CA**  Zip: _____

Special Instructions: _____

_____

**The Sheriff's Department DOES NOT guarantee service.**
**The Sheriff's Department is entitled to its fees whether the service is completed or not. (California Government Code 26738)**
*All communications, refunds and collections will be made to the name and address listed below:*

| Name of attorney (or party without attorney) requesting service | | | |
|---|---|---|---|
| Address | City: | State: | Zip: |
| Telephone Number: (        ) | | Fax Number: (        ) | |
| Email Address: | | | |

Signature _____          Date _____

C 1 (Rev 8/11/2009)

**FW-002**    Request to Waive Additional
Court Fees (Superior Court)

**CONFIDENTIAL**

*Clerk stamps date here when form is filed.*

This form asks the court to waive *additional* court fees that are not covered in a current order. If you have not already received an order that waived or reduced your court fees, you must complete and file a *Request to Waive Court Fees (Superior Court)*, form FW-001, along with this form.

(1) Your Information *(person asking the court to waive the fees)*:
Name: Daryl Dunsmore AD6237
Street or mailing address: PO Box 2000
City: Vacaville    State: Ca    Zip: 95696
Phone number: _____

*Fill in court name and street address:*
Superior Court of California, County of
Solano
Old Solano Courthouse
580 Texas St
Fairfield Ca 94533

(2) Your lawyer, if you have one *(name, firm or affiliation, address, phone number, and State Bar number)*: _____

*Fill in case number and case name:*
Case Number:

Case Name:
Dunsmore v GMC, Cobel, Viking etal

a. The lawyer has agreed to advance all or a portion of your fees or costs *(check one)*: ☐ Yes  ☐ No
b. *(If yes, your lawyer must sign here):*
Lawyer's signature: _____
*If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

(3) Date your *last* court fee waiver order, if any, was granted: _____

(4) Has your financial situation improved since your last *Request to Waive Court Fees*? ☐ No  ☐ Yes *(If yes, you must fill out a new* Request to Waive Court Fees, *form FW-001, and attach it to this form.)*

(5) What other fees do you want your court fee waiver order to cover? *(Check all that apply)*:
a. ☐ Jury fees and expenses
b. ☐ Court-appointed interpreter fees for a witness
c. ☐ Fees for a peace officer to testify in court
d. ☑ Reporter's daily fees *(beyond 60-days after grant of a fee waiver, at court-approved daily rate)*
e. ☑ Fees for court-appointed experts
f. ☑ Other *(specify)*: Complex Case

(6) Why do you need these other services? *(Explain)*: Complex Litigation Concerning Defective Manufacturing

Notice: The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for $10,000 or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.
Date: 6/12/15
Daryl Dunsmore
*Print your name here*

D.A.D
*Sign here*

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2009, Mandatory Form
Government Code, § 68511.3
California Rules of Court, Rule 3.51

Request to Waive Additional Court Fees
(Superior Court)

FW-002, Page 1 of 1

American LegalNet, Inc.
www.FormsWorkflow.com

**PLD-C-001(1)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Uinsino e   v  GMC  ETAl | |

_____    **CAUSE OF ACTION—Breach of Contract**
(number)

ATTACHMENT TO  ☒ Complaint  ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

BC-1.  Plaintiff *(name):* Darryl Uuisnor

alleges that on or about *(date):* 2006 - 2007
a ☒ written ☒ oral ☐ other *(specify):*
agreement was made between *(name parties to agreement):* Lobel , Viking

☐ A copy of the agreement is attached as Exhibit A, or
☒ The essential terms of the agreement ☐ are stated in Attachment BC-1 ☒ are as follows *(specify):*
That The Vehical was void of poor workman ship
or part and was safe and legal

BC-2.  On or about *(dates):* 2006 - 2007
defendant breached the agreement by ☐ the acts specified in Attachment BC-2 ☒ the following acts
*(specify):* by knowingly allowing plaintiff To purchase and
nsure The product known To have unauthorized work
Performed Defective parts and stolen

BC-3.  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
excused from performing.

BC-4.  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4 ☒ as follows *(specify):* Severe Personal injury emotional
Distress, loss of property, future earning , wrongful Conviction

BC-5.  ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☒ according to proof.
BC-6.  ☒ Other: TREble Damages

Page _____

Page 1 of 1

**CAUSE OF ACTION—Breach of Contract**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Dunsmore V GMC ET Al | |

_____  **CAUSE OF ACTION—Products Liability**    Page _____
(number)

ATTACHMENT TO  ☒ Complaint  ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: Daryl Dunsmore

Prod. L-1. On or about *(date):* Dec 3 2007    plaintiff was injured by the following product: GMC
2001 SAVANA VAN SLE

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
☒ used in the manner intended by the defendants.
☒ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
☒ purchaser of the product.          ☒ user of the product.
☐ bystander to the use of the product.      ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4. ☒ **Count One—Strict liability** of the following defendants who
  a. ☒ manufactured or assembled the product *(names):* GMC ET Al
    ☒ Does ___1___ to ___100___
  b. ☒ designed and manufactured component parts supplied to the manufacturer *(names):* GMC ET Al
    ☒ Does ___1___ to ___100___
  c. ☒ sold the product to the public *(names):* Lobel ET Al
    ☒ Does ___1___ to ___100___

Prod. L-5. ☒ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):* Viking ET Al
    ☒ Does ___1___ to ___100___

Prod. L-6. ☒ **Count Three—Breach of warranty** by the following defendants *(names):* Lobel, Viking, GMC
    ☒ Does ___1___ to ___100___
  a. ☒ who breached an implied warranty
  b. ☒ who breached an express warranty which was
    ☒ written  ☒ oral

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    ☐ listed in Attachment-Prod. L-7 ☒ as follows: Treble Damage as Dependent Adult

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(1)

| SHORT TITLE: Dunsmore v GMC, Lobel, Viking | CASE NUMBER: |
|---|---|

_____    **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO  ☒ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Darryl Dunsmore

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
   and damages to plaintiff; the acts occurred
   on *(date):* 2007 Dec 3
   at *(place):* East 5Th st National City Ca 91950

MV- 2. DEFENDANTS
   a.  ☐    The defendants who operated a motor vehicle are *(names):*

           ☐ Does _____ to _____

   b.  ☐    The defendants who employed the persons who operated a motor vehicle in the course of their employment
           are *(names):*

           ☐ Does _____1_____ to _____

   c.  ☒    The defendants who owned the motor vehicle which was operated with their permission are *(names):* Lobel et al

           ☐ Does _____ to _____

   d.  ☒    The defendants who entrusted the motor vehicle are *(names):* Viking et al

           ☒ Does _____1_____ to ___100___

   e.  ☒    The defendants who were the agents and employees of the other defendants and acted within the scope
           of the agency were *(names):* John Jane Does

           ☐ Does _____1_____ to ___100___

   f.  ☒    The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
           ☐ listed in Attachment MV-2f   ☒ as follows: The Defendants Knowingly allowed
           A Dependant adult Per Penal Code 368 To operate on
           Stolen Defective product Resulting in a wronful Conviction

           ☐ Does _____ to _____                    Page _____

Page 1 of 1

Short Title          Case #

| Dunsmore v GMC ET AL |

_____ Cause of Action - Fraud
        Number

Attachment to Complaint
FR-1 Plaintiff Darryl Dunsmore
Alleges That Defendant GMC, Lobel, Viking, ET AL
On or about 2006-2007 defrauded plaintiff as follows

FR-2 ☒ intentional or Negligent Misrepresentation
    a. Defendant Made Representation of Material fact as follows
That the Vehical being Sold was Legal, Safe free from
Defect or un Authorize workmanship

    b. These representations were in fact false The Truth
was as follows
    The Vehical was manufactured with Defective parts
Stolen, and illegal with un Authorized parts or workman
ship performed on The product

    c. When Defendant Made These representation
    ☒ Defendant knew They were false or
    ☒ Defendant had No reasonable ground for believing The
    Representations were true

    d. Defendant Made the representations with The intent to
defraud and induce plaintiff to act as Described in Item
FR-5 AT The time plaintiff acted plaintiff did not know
The Representations were false and believed They were true
Plaintiff acted in justifiable reliance upon The Truth of
The Representations

2 of 3

Short title

Case

| Dunsmore v BMC, Cobal, Viking et Al |

Cause of Action - Fraud

FR 3 ☒ Concealment

a. Defendant Concealed or Surpress Material Facts as
fallows

That The Vehical was stolen, illegal with Defective
Parts or UN Authorized workmanship

b. Defendant Concealed or Surpressed Material Facts
☒ Defendant was bound To Disclose
☒ by telling plaintiff other facts to Mislead
Plaintiff and prevent plaintiff from Discovering
The Concealed or Surpressed facts

c. Defendant Concealed or Surpressed These facts
with The intent To Defraud and induce plaintiff
to act as Described in ITEM FR-5 At The time
Plaintiff acted plaintiff was unaware of The
Concealed or Surpressed facts and wold not have
taken The action if plaintiff had known The
facts

3 of 3

Short Title                                                    Case #

Dunsmore V GMC et Al

_____        Cause of Action - Fraud

Number

FR-4 ☒ Promise without intent to Perform

A. Defendant Made a promise about a Material Matter without any intention of Performing it FR 4(a) as follows That The Vehical was safe from Defect, Part or Poor Workmanship and Legal

b. Defendants promise without any intention of Performing it was made with The intent to defraud and induce plaintiff To rely upon it and To act upon it as described in Item FR-5 At The time plaintiff acted plaintiff was unaware of Defendants intention not to Perform the promise Plaintiff acted in Justifiable reliance upon The Promise

FR-5 ☒ The Justifiable reliance upon Defendants Conduct Plaintiff was induced to act as follows

To operate an unsafe Vehical That was Stolen with Defective parts and un Authorized workmanship

FR-6 ☒ Because The plaintiff reliance upon Defendant Conduct Plaintiff has been Damaged as follows Wrangful Conviction, Lost Property, Emotional Distress Personal injury, Lost future Earnings

1 of 3

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Dunsmore V GMC ET Al | |

## CAUSE OF ACTION—General Negligence

Page _____

_____ (number)

ATTACHMENT TO ☒ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Darryl Dunsmore

alleges that defendant *(name):* GMC, LOBEL, Viking

☐ Does _____1_____ to ___100___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* 2007
at *(place):* Viking insurance Lobel financial

*(description of reasons for liability):*

The Defendants willfully or negligently sold and
insured a Motor Vehical To the plaintiff that They should
have known was Manufactured with Defective Parts
by Defendant GMC or That a Duplicate Title existed
and That The Vehical was possibly Stolen and un-
Authorized workmanship or Parts were involved
and failed Report Such issues To Authorities placing
Plaintiff at Risk of injury and Death or other Liabilities
That resulted on Dec 3 2007 in The form of an
accident and wrongful Conviction and That The
Defendant Caused personal injury To a Dependant adult
with in The Meaning of Penal Code 368 and Continue
To Cover These facts and Cause Plaintiff To be held
incarcerated and wrongfully Convicted

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12

WEST®

PLD-PI-001(3)

SHORT TITLE: Dunsmore V GMC ET Al

CASE NUMBER

CAUSE OF ACTION—Intentional Tort          Page _____

_____ (number)

ATTACHMENT TO  ☒ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Darryl Dunsmore

alleges that defendant *(name):* GMC, Lobel, Viking ET Al

☐ Does __1__ to __100__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date):* Dec 3 2007
at *(place):* East 5Th ST

*(description of reasons for liability):*

The Defendants willfully Manufactured or Sold knowingly Defective Vehicals Manufactured with Defective Parts The Defendants Knew of should have known The Vehical had Defective Parts when Sold To plaintiff because a Duplicate title existed the Defendants further Sold and INSURED The Vehical knowing it was Stolen and possibly Defective workmanship or Parts were involved upon such knowledg willfully Sought to Cover up such information and failed to contact authorities Resulting in Plaintiffs injuries and wrongful Conviction

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

PLD-PI-001(6)

SHORT TITLE:

Dunsmon  V  GMC  ET Al

## Exemplary Damages Attachment

Page _____

CASE NUMBER:

ATTACHMENT TO  ☒ Complaint  ☐ Cross - Complaint

**EX-1.** As additional damages against defendant (name):  Lobel, v. King et al

Plaintiff alleges defendant was guilty of
☒ malice
☒ fraud
☒ oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages
to make an example of and to punish defendant.

**EX-2.** The facts supporting plaintiff's claim are as follows:  The Defendants knew or should
have known That The Vehical was Defective and
Manufactured with Defective parts and That a Duplicate
Title existed and or That The Vehical May have
Stolen Defective parts, Mechanical Problems or other
Defects and That Defendants willfully and fraudulantly
Covered up These facts or failed to Disclose Resulting
in personal injury, Loss of Property, incapicatation, wrongful
Conviction and That The Defendant knew The plaintiff
was a Dependant adult That They have oppressed
The plaintiff by witholding explicatory Evidence
to oppress The plaintiff and keep him incarcerated and
wrongly Conviced

**EX-3.** The amount of exemplary damages sought is .
a. ☐  not shown, pursuant to Code of Civil Procedure section 425.10.
b. ☒  $  Treble Damage

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

Exemplary Damages Attachment

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Darryl Dunsmore
AD6237  G-1-14
PO Box 2000
Vacaville Ca 95696
Pro Se

Received    JUL 15 2015
Clerk of the Superior Court

IN THE SUPERIOR COURT STATE OF CALIFORNIA
COUNTY OF SOLANO

Darryl Dunsmore          Case FCS045638
Plaintiff
          v

GMC, Lobel Viking ETAll
Defendants

Attachments in support
of UNLIMITED civil
Action

Attachment (A)
Viking insurance policy - - - - - - - . 1 page
Attachment (b)
Western General insurance Policy - - - - - - - 1 Page
Attachment (c)
Correspondance with insurance - - - - - 16 Pages

1 of 2

## Attachment (d)

correspondence   Cobel financial — — · — 1 Page

## Attachment (e)

correspondence   General Motors Corp — — — 1 Page

## Attachment (f)

Claim estimate — — — — — — — — — — 35 Pages

## Attachment (g)

Value scope   Market report — — — — — 16 pages


## Table of Contents

civil complaint — · — · — — · 14 Pages
TRO Motion — — — — — — — — — 3 Pages
order to Show cause — — — — — — 2 Page
letter to clerk.
for Motion hearing Date — — — — — 1 Page
Declaration in support of TRO — — — — 1 Page


6/12/15
5/28/15   DJD

GMC

Service Request #7↑-1475390686

RE! Correspondance May 14 2015
Darryl Dunsmore AD6237
G-2-224 Po Box 2000
Vacaville Ca 95696


Because of The failure of My GMC Vehical
I am unable to Correspond by telephone as I
have been wrongly Convicted behind The Mechanical
failure of My Vehical and am in prison Seeking
Exculpatory evidence supporting The Defective
Parts That My Vehical was Manufactured with
    I have been forced to file Civil litigation
and request That This correspondance be forwarded
to your Legal Dept for processing of Discovery
and interogatories

5/29/15

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

DATE  5-9-08       AT  9:00 A  M.    HON.  THEODORE M. WEATHERS       JUDGE DEPT.  41

MH #  102411       CASE #  CS218128 CS215653 M042269

PROS. #  BBA96501 BBA01401 MISD

CLERK  GLORIA CARRILLO             REPORTER  RITA OTERO       CSR#  3313

REPORTER'S ADDRESS: PO BOX 120128, SAN DIEGO, CA 92112-0128

IN THE MATTER OF                       **DAVID WILLIAMS, DDA & K. WESTFALL, DCA**

DEPUTY COUNTY COUNSEL/DEPUTY DISTRICT ATTORNEY

**DARRYL DUNSMORE**
**AKA: DARRYL LEE DUNSMORE**          **SELENA EPLEY - PUB DEF**

ATTORNEY (APPOINTED/RETAINED)

INTERPRETER _____  SWORN/CERT    LANGUAGE _____

TYPE OF PROCEEDING

☒ DETERMINATION OF MENTAL COMPETENCY (PC1368/1372)    ☐ DEVELOPMENTALLY DISABLED PETITION (WI 6500)

☐ OTHER                                                ☐ MOTION TO REMOVE FIREARM PROHIBITION (WI 8103)

☐ OFF CALENDAR    ☐ CONTINUED for ☐ further investigation ☐ forensic exam ☐ Dr.'s testimony ☐ _____

☐ Defendant's presence waived based on Counsel/Medical representations.

☐ Jury trial requested for PC 1368 proceeding.

☒ Counsel stipulate: report received into evidence; Dr.  DAVID NAIMARK  is qualified; and doctor's presence waived.

☐ Dr(s).                                                                 sworn and examined.

**AFTER HEARING PURSUANT TO PC 1368/1372/1385:**

☐ Court finds defendant **IS** mentally competent to stand trial; orders that criminal proceedings are reinstated; remands Defendant to Superior Court, see Future Dates below.

CUSTODY STATUS: Defendant REMANDED to custody of Sheriff. Court reinstates bail in amount of ☐ $_____  ☐ NO BAIL.

☐ Trailing Cases: Case# _____  Bail $_____    Case# _____  Bail $_____.

☒ Court finds defendant **IS NOT** mentally competent to stand trial; orders defendant committed/returned to:

☒ Patton State Hospital  ☐ County Jail, PSU  ☐ Las Colinas, PSU  ☐Other _____

For:  ☒ Maximum term of 3 ☐Mos ☒Yrs.  Credit Time Served 56 days.    ☐ Remainder of previously imposed term.

Maximum sentence for most serious charge is 4 ☐ months ☒ years.  ☒ Clerk to notify Registrar of Voters.

☐ Defendant consents to the administration of antipsychotic medication.

☒ Court authorizes the treatment facility (to include San Diego County Jail's Psychiatric Security Units and Patton State Hospital) to involuntarily administer antipsychotic medication to the defendant when and as prescribed by the defendant's treating psychiatrist. *(See Commitment Order)*

☐ Court does not authorize the treatment facility to administer antipsychotic medication to the defendant involuntarily.

☐ Court orders criminal charges dismissed pursuant to PC 1370.2. Defendant RELEASED on Case(s) _____ .

**AFTER HEARING PURSUANT TO WI 6500:**

☐ Court finds RESPONDENT has been a resident of the State of California for more than one year; is mentally retarded; and is a danger to self or others. Petition GRANTED.  Court orders RESPONDENT placed, for a period of no longer than one year:

☐ with the STATE DEPARTMENT OF DEVELOPMENTAL SERVICES   ☐ in a BOARD AND CARE FACILITY

☐ in an OPEN TREATMENT FACILITY                          ☐ in INDEPENDENT LIVING

which the court finds to be the least restrictive type of residential placement necessary to achieve the purposes of treatment; and which is proper and adequate for the protection and safety of others and the welfare of the respondent.

☐ Court finds RESPONDENT **IS NOT** within the scope of WI 6500, et seq. Petition DENIED.

**AFTER HEARING PURSUANT TO WI 8103:** ☐ Motion DENIED.☐ Motion GRANTED, firearm prohibition is removed. ☐DOJ notified.

☒OTHER: Court orders deft. to be seen by appropriate dr's. in jail fo rhis medical cond as stated by Dr. S. Hennigan dated 05-01-08. SDSO specifically ordered to address any and all orthotic needs. The Court suspends crim. procdngs on M042269.

**FUTURE DATES:**

☐ Continued for reasons noted above to _____ at _____ in Dept. _____ .

☐ Forensic examination in Room 1003 on _____ at _____ .

**SHERIFF ORDERED TO PRODUCE DEFENDANT**

Case(s) set in ☐ Central ☐ North County ☐ East County ☐ South County  Division for:

☐ Readiness on _____ at _____ in Dept. _____    ☐ Preliminary Exam on _____ at _____ in Dept. _____

☐ Further Proceedings on _____ at _____ in Dept. _____    ☐ _____ on __ at ___ in Dept. ___

☐ OTHER: _____

Attest a true copy.    Dated:  05-09-08           CLERK, by  g. carrillo                   , Deputy Clerk

Distribution by:  5  gac            ☐Jail ☐ Deft. ☐ Atty ☐ Pros. ☐ Prob. ☐ Other: _____

SDSC MH-50  Rev.081806              MENTAL HEALTH MINUTES – CRIMINAL       Page 51 of 146

*SECTION 1   Complete this information to request medical attention.*

Print Name: __Darryl Dunsmore__ Bkg #: __9701989__    Housing Unit: __6C__ DOB: __9/12/67__

I am requesting

☐ Medical Services   ☐ GBDF   ☐ EMDF   ☐ VDF
☐ Mental Health Services   ☒ SDCJ   ☐ LCDF   ☐ Other
☒ Dental Services   ☐ DDF   ☐ SBDF

Reason for request for health services: __Another Bridge Broke on other side__
__making it difficult to eat__

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current or future stays in jail.  I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

Signed: __D_D__    Date: __9/1/9__

*SECTION 2*        *FOLLOW-UP INFORMATION*
**(This section is to be completed by Medical Staff Only)**

Charge: ☐ Yes ☐ No

Authorized signature_____ ID#_____ Date:_____ Charge posted by_____ Date_____
If no charge, explain: _____ Amount collected: ☐ $3.00 ☐ $_____

**SECTION 3**        Date Request Received: _____    Date Seen __AUG 3 1 2009__

1. ☐ SEEN IN HUR    ☐ Chart reviewed
2. ☐ NOT SEEN DUE TO: ☐ Court ☐ Visit ☐ Released ☐ No Show/Refused ☐ Other_____ ☐ Rescheduled____
3. ☐ Non-medical problem referred to: _____
4. ☐ Seen previously for same non-medical request, (tennis shoes, blankets, etc.).  No further evaluation.
5. ☐ NO FURTHER COMPLAINTS.  Patient advised to submit another Sick Call Request Slip if problem recurs.

**"S"ubjective**
Chief Complaint: _____

**"O"bjective**: _____ __You are Scheduled to See__

**"A"ssessment Nursing Diagnosis**: _____ __the dentist.__

**"P"lan**: ☐ Rx GIVEN as per SNP_____
☐ SCHEDULED FOR SICK CALL WITH:   ☐ MD ☐ RN ☐ NP ☐ DDS
☐ Psych/Mental Health Specialist
☐ Other_____

☐ PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____ __ATM__ ID# __7875__

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT    ☐ DDF ☐ GBDF/EMDF ☐ LCDF ☐ SBDF ☐ SDCJ ☐ VDF
MEDICAL SERVICES DIVISION
**SICK CALL REQUEST**        Patient's Name: _____

D.O.B.: _____

Form J212  Rev 11/01        Booking Number        Date (MM-DD-YY)

*SECTION 1* **Complete this information to request medical attention.**

Print Name: Darry C Dunsmor    #: 4701989    Housing Unit: O C    DOB: 9/12/67

I am requesting
- [ ] Medical Services
- [ ] Mental Health Services
- [x] Dental Services
- [ ] GBDF
- [x] SDCJ
- [ ] DDF
- [ ] EMDF
- [ ] LCDF
- [ ] SBDF
- [ ] VDF
- [ ] Other

Reason for request for health services: IN Pain Need Tooth Removed

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current or future stays in jail. I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

Signed: _____    Date: 7/14/09

*SECTION 2*    *FOLLOW-UP INFORMATION*
**(This section is to be completed by Medical Staff Only)**

Charge: [ ] Yes  [ ] No

Authorized signature _____ ID# _____ Date: _____ Charge posted by_____ Date_____
If no charge, explain: _____    Amount collected: [ ] $3.00 [ ]$_____

JUL 16 2009

**SECTION 3**        Date Request Received: _____    Date Seen: _____

1. [ ] SEEN IN HUR    [ ] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other_____ [ ] Rescheduled_____
3. [ ] Non-medical problem referred to:
4. [ ] Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. [ ] NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

"S"ubjective
Chief Complaint: The pain meds you are on should cover your dental pain

"O"bjective: Until seen by medical/dental.

"A"ssessment Nursing Diagnosis: _____ RN6895
7/16/09
0108

"P"lan: [ ] Rx GIVEN as per SNP_____
[ ] SCHEDULED FOR SICK CALL WITH:    [ ] MD [ ] RN [ ] NP [ ] DDS
[ ] Psych/Mental Health Specialist
[ ] Other_____

[ ] PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____    ID#_____

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT    [ ] DDF [ ] GBDF/EMDF [ ] LCDF [ ] SBDF [ ] SDCJ [ ] VDF
MEDICAL SERVICES DIVISION
SICK CALL REQUEST        Patient's Name: _____
                        D.O.B: _____

Form J212  Rev 11/01        Booking Number        Date (MM-DD-YY)

Exh. b. Pg 77

FOR COURT USE ONLY

F I L E D

MICHAEL M. RODDY
Clerk of the Superior Court

January 26, 2009

By _____ , Deputy

ERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
OUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
ORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6695
AST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
OUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

PLE OF THE STATE OF CALIFORNIA                                    PLAINTIFF.
VS.
RYL DUNSMORE
: DARRYL LEE DUNSMORE                                           DEFENDANT

MH  MH 102411

CRIMINAL CASE NUMBER M042269
CS 218128 01; CS 215653 01

BBA96501; BBA01401

## ORDER FINDING DEFENDANT MENTALLY COMPETENT
### (PC 1370)

he defendant having been charged with the crime(s) of Charge [Allegation] {Priors};
2 {PC12022.1(b)}; PC273.6(a) {PC667(a)(1)} [PC1192.7(c)(23);PC12022.7(a)] {PC1203(e)(4); PC667.5(b);
57(a)(1),668; PC667(b)-(i)/1170.12} ; PC273.6(a); PC422; PC653m(a)
doubt having arisen as to the defendant's mental competency during the pendency of the proceedings, and the
ndant having been certified to the Superior Court for a determination of the question; the matter having come before the
t this date, therefore,

After examination and hearing, consideration of testimony and written reports of the examiners, the Court finds the
ndant mentally competent.

ORDERED  that the defendant be remanded to the San Diego Superior Court, South County Division, the court in which
in charges are pending.

ring type READINESS CONFERENCE on 1-29-09 at 8:30AM. in Department 16.

itional Hearing:  Hearing type PRELIMINARY HEARING on 2-4-09 at 8:30AM. in Department 16.

S FURTHER ORDERED that the Sheriff of San Diego County deliver the defendant to said hearings.

te: January 26, 2009                    HONORABLE FREDERICK MAGUIRE   Judge of the Superior Court

, EPLEY, SELENA                              CLERK'S CERTIFICATE

riff (2)

(2)

The foregoing is a full, true and correct copy of the original on
file in this office.

MICHAEL M. RODDY
CLERK OF THE SUPERIOR COURT

by _____ , Deputy

Date: 1-26-09

Page 78 of 148

ORDER FINDING DEFENDANT MENTALLY COMPETENT

T MH-22(Rev. 3-04)

00007

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

[X] COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
[ ] NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6695
[ ] EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
[ ] SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

PEOPLE OF THE STATE OF CALIFORNIA
           VS.                                    PLAINTIFF,

DARRYL DUNSMORE
AKA: DARRYL LEE DUNSMORE
                                               DEFENDANT

**FOR COURT USE ONLY**

F I L E D

MICHAEL M. RODDY
Clerk of the Superior Court

May 09, 2008

By _____, Deputy

MH  MH 102411

CRIMINAL CASE NUMBER M 042269
CS 218128 01; CS 215653 01

BBA96501; BBA01401; misd

**JUDGMENT OF MENTAL INCOMPETENCY
AND ORDER FOR COMMITMENT
(Penal Code 1370 & 1372(a)(2))**

The above case came on regularly for hearing this date. Based upon the evidence presented the Court finds that the defendant is mentally incompetent.

The Court further finds:

[ ] Antipsychotic medication may be given to the defendant as prescribed by a treating psychiatrist pursuant to the defendant's consent. If the defendant refuses to or withdraws consent for antipsychotic medication, after the treating psychiatrist complies with the provisions of this code, the defendant shall be returned to court for a hearing regarding whether antipsychotic medication shall be administered involuntarily.

[X] The defendant lacks capacity to make a decision regarding antipsychotic medication. The defendant's mental disorder requires medical treatment with antipsychotic medication, and if the defendant's mental disorder is not treated with antipsychotic medication, it is possible that serious harm to the physical or mental health of the patient will result.

[ ] The defendant is a danger to others in that the defendant has inflicted, attempted to inflict, or made a serious threat of inflicting substantial physical harm on another while in custody; or the defendant had inflicted, attempted to inflict, or made a serious threat of inflicting substantial physical harm on another that resulted in his or her being taken into custody; and the defendant presents, as a result of mental disorder or mental defect, a demonstrated danger of inflicting substantial physical harm on others.

[ ] The people have charged the defendant with a serious crime against the person or property of another; involuntary administration of antipsychotic medication is substantially likely to render the defendant competent to stand trial; the medication is unlikely to have side effects that will interfere with the defendant's ability to understand the nature of the criminal proceedings or to assist counsel in the conduct of a defense in a reasonable manner; less intrusive treatments are unlikely to have substantially the same results; and antiphychotic medication is in the patient's best medical interest in light of his or her medical condition.

WHEREFORE, **IT IS ORDERED** that said defendant is committed to Patton State Hospital, or such other institution as may be directed by the Director, State Department of Health, for care and treatment until such time as provided by law or until further order of the Court.

The Sheriff shall redeliver the defendant to the court without any further order from the court upon receiving from the state hospital or treatment facility a copy of a certificate of restoration.

The maximum sentence on the most serious offense is 4 YEARS. Commit to Patton State Hospital for 3 YEARS. Defendant is to be given credit for time served of 56 days.

Date: May 09, 2008

HONORABLE THEODORE M. WEATHERS   Judge of the Superior Court

Atty: EPLEY, SELENA
Sheriff (2)
PO
Deft
Dup(2)
Patton

**CLERK'S CERTIFICATE**

The foregoing is a full, true and correct copy of the original on file in this office.

MICHAEL M. RODDY
CLERK OF THE SUPERIOR COURT

Date: _____   by _____, Deputy

**SECTION 1    Complete this information to request medical attention.**

Print Name: Darryl Dunsmore    Bkg #: 9701989    Housing Unit: 6C    DOB: 9/12/67

I am requesting:
- [ ] Medical Services
- [ ] Mental Health Services
- [x] Dental Services

- [ ] GBDF
- [x] SDCJ
- [ ] DDF

- [ ] EMDF
- [ ] LCDF
- [ ] SBDF

- [ ] VDF
- [ ] Other

Reason for request for health services: for Orajel until Tooth can be pulled

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current or future stays in jail. I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

Signed: _____    Date: 7/27/09

**SECTION 2    FOLLOW-UP INFORMATION**
**(This section is to be completed by Medical Staff Only)**

Charge: [ ] Yes  [ ] No

Authorized signature_____ ID#_____ Date: _____ Charge posted by_____ Date_____
If no charge, explain: _____ Amount collected: [ ] $3.00 [ ]$_____

**SECTION 3**    Date Request Received: _____    Date Seen: _____

1. [ ] SEEN IN HUR        [ ] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other_____ [ ] Rescheduled_____
3. [ ] Non-medical problem referred to: _____
4. [ ] Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. [ ] NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

"S"ubjective
Chief Complaint: _____

"O"bjective: _____

"A"ssessment Nursing Diagnosis: _____

"P"lan: [ ] Rx GIVEN as per SNP
[ ] SCHEDULED FOR SICK CALL WITH:    [ ] MD [ ] RN [ ] NP [ ] DDS
[ ] Psych/Mental Health Specialist
[ ] Other_____
[ ] PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____ Pm    ID# 3575

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
**SICK CALL REQUEST**

[ ] DDF  [ ] GBDF/EMDF  [ ] LCDF  [ ] SBDF  [ ] SDCJ  [ ] VDF

Patient's Name: _____

D.O.B: _____

Booking Number            Date (MM-DD-YY)

Form J212  Rev 11/01

# SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITIES

C-14

---

### INMATE REQUEST
### *(PETICION DEL REO)*

**SECTION I**    Complete the following information: *(Llene la siguiente información)*

**Facility:** ☐ CDF  ☑ DDF  ☐ EMDF  ☐ GBDF  ☐ LCDF  ☐ SBDF  ☐ VDF
*(Carcel)*

**Name:** Darryl Dunsmore
*(Nombre)*

**Booking #:** 9701984    **Date of Birth:** 9/12/67    **Housing Unit:** GC
*(Número)*                   *(Fecha de Nacimiento)*                *(Locación)*

---

**SECTION II**    Refer to instructions on the back of this form. Select one of the following:
*Refierase a las instrucciones al revez de esta forma. Seleccione uno de los siguientes.*

**I have a Request for the following:**
*(Tengo una Petición a lo siguiente):*    Counselor

Need Address To where
Sheriff Kollender, Bill Gore
Recieve Mail
              Thank You

**Signature:** D-D-c    **Date and Time:** 7/23/09 3PM
*(Firma)*                 *(Fecha y hora)*

---

**SECTION III**        RESPONSE BY DETENTION FACILITY STAFF **ONLY**

**Forwarded to:** _____  **Date:** _____  **Time:** _____

Sheriffs Administration Center
9621 Ridgehaven CT.
San Diego CA 92123-2222

**Completed by:** _____    **Date:** _____

J-21 (REV 7/04) FRONT

## INSTRUCTIONS FOR USE OF THIS FORM

1.   <u>REQUESTS</u>
You may use this form when you have a request that has not been satisfied by speaking with the housing deputy.

## INSTRUCCIONES PARA EL USO DE ESTA FORMA

1.   <u>PETICIONES</u>
Usted puede usar esta forma cuando tenga algún próblema o petición que no fué resuelta por el Deputy de Piso.

J-21 (REV 7/04) BACK

JIMS - E000008

Run Date: 22-DEC-2009
Run Time: 07:42

County of San Diego Sheriff Facilities
Detention Services Sheriff Facilities
Inmate Grievance Report
Grievance # 94002062



**Grievance Num:** 94002062    **Grievance Dt:** 18-DEC-09    **Booknum:** 9701989 DUNSMORE, DARRYL

**Subject1:** OTHR    **Subject2:**    **Subject3:**    **Subject4:**

**Fac:** 1    **Area:** 7    **Hu:** B    **Location:** SDCJ 7B

**Summary:** *Inmate grievance is complaining about the time he is released from disciplinary isolation/lockdown status. Inmate believes he should be released at 0230 hours, instead of the hearing report time of 2300 on 12-18-09 #94024402*

**Action Dt:** 18-DEC-09    **Action Ofcr Name:** LATIMER

**Action Taken:** I asked Sgt Storton to print up the hearing report from Sgt. Zucker.  I gave the inmate the hearing report and explained the situation to the inmate.

Narrative Text:

N/A