# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: brichards | Date Created: 10/22/2015 |
| Case: 09−50026−reg | Form ID: pdf001 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
unk      Darryl Dunsmore

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5975253     Dave Delaney's Columbia Buick−Pontiac−GMC Company,     Thomas H. Curran     Hinckley, Allen & Snyder     28 State Street     Boston, MA 02109

TOTAL: 1