Darryl Dinsmore
AD.6237 CJA-132
PO Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

Darryl Dinsmore | Case #09-50026 (REG)
Plaintiff
              |      EMERGENCY
    v         |
GMC Et al
Defendants

Objections To
Sept 23, 2015
Correspondence
Doc 13466

Plaintiff (This Plaintiff objects to all contention of Defendants assertions on this court for wholesale judgement against all plaintiffs particularly this one.


RECEIVED
OCT 19- 2015
U.S. BANKRUPTCY COURT, SDNY
REG

1 of 5

This plaintiffs case is not barred by the sale order and that even if it were Defendants forfieted such protection when it failed to produce exculpatory evidence that is Constitutionally Mandated and alligned its self with (old GMC) and began to conceal and Destroy said evidence in violation of Penal code of California 133, 134, 135

Plaintiffs Complaint Directly attacks the Present Conduct of (New GMC) as accessories Penal Code 32 to the (old GMC) Conduct Dunsmore V GMC et al Case # FCS045638 Solano Superior Court

After plaintiff sought constitutionally Mandated Discovery from the Defendants (NEW GMC) in which they inherited in the 363 sale. In Plaintiffs writ of Habeas 001193 GPC-PCL plaintiff sought Exculpatory Discovery concerning his actual innocence Claims at which time (New GMC) began to Conceal through erroneous Application of Court Motion to bar plaintiffs Discovery such as the Correspondance plaintiff here Complains of and in their imputation arguement and by willful refusal to even

2 of 5

attempt to provide Dialog or Discovery to plaintiff which forced him to seek Judicial authority in the Superior Court of Solano for the procurement of said Exculpatory Discovery

In fact Contrary to their assertions of seperate actors from (old GMC) They promptly hired altreative Counsel Bowman and LLP (David Shay) 970 west 190th st ste 700 Torrance Ca 90502 Phone 310-768-3068 to attempt to Manipulate the Superior Court into Summary Judgement and undermine this Courts Jurisdiction over all ignition switch litigants

The defendants actions speak Contrary to their imputation arguements Doc 13482 Page 2 #8 (a)(b)(c) The Defendants (New GMC) State (there is no particularized showing of independant claim against (New GMC)(a claim on New GMC Conduct)(a)(b)(alleged knowledge of)

Plaintiffs Claims Make exactly This claim Contrary to Defendants arguements plaintiff attacks (New GMC) Conduct

3 of 5

Defendants claim There is no concealment
2. page 8 by (New GMC)

Defendants as of This date have not disclosed any Discovery in plaintiffs writ of habeas in federal District court of Southern California Case 001193 GPC (PCL)

Plaintiff contends his requests for Constitutionally Mandated Discovery concerning actual innocence trump all other proceedings and must occur

Because The liberty of one possibly actually innocent is at stake Defendants admit knowledge of The exculpatory Discovery Responsible employee etc and Declare They are exempt Due to The sale order

This would be true if Defendant had Promptly cooperated with plaintiffs Discovery request however This was not (New GMC) action but The opposite occurred in Violation of Penal Code 133 134 135 of California!

Defendants have forfeited their protection under The sale order

Defendants arguement under 5 page 10 That They had no Duty to plaintiffs Claims concerning old GMC Conduct is to

4 of 5

deny The Constitution of The United States and all State or local laws

The Defendants are Declaring Themselfs above This courts Jurisdiction and or any Court

## Conclusion

This Court should invoke its full Jurisdiction and powers To protect This Plaintiff order Defendants To produce Exculpatory Discovery which is constitutionally Mandated and reject all arguments such as here which declare Defendants have no Duty to The Laws of The <u>United State of America</u> or To any one for That Matter other Then Themselfs

It is exactly This immoral, unethical thought process That was pervasive in The (Old GMC) and was apparantly inherited in The 363 sale along with The Discovery in question

Furthermore This plaintiff is grateful for any relief This court may find appropiate in This matter since plaintiff is untrained in assertion of The Law for appropiate Relief

I Declare under penelty The foregoing is True

10/11/15    D-D-

5 of 5

Darryl Dunsmore
AD6237 CJA-132
PO Box 32200
Stockton Ca 95213



UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

Darryl Dunsmore | Case # 09-50026 (REG)
Plaintiff |
             | EMERGENCY
    v        |
             |
GMC et al    |
Defendants   |

Memorandum of Points
and Authorities in
Support of objection

Brady v Maryland (1963) 373 US 83 87
10 LEd 2d 215 83 Sct 1194 See Penal Code 1054(e)
(Discovery required by United States Constitution
Must occur) Izazaga v Superior Court (1991)
54 C3d 356 378 285 CR 231

10/11/15    D-JD--    1of1

## PROOF OF SERVICE BY MAIL



STATE OF CALIFORNIA   )
                      ) SS
COUNTY OF SAN DIEGO   )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, David Bell, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On 10/11/15, I served the following documents:
Objection to Correspondence

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

King & Spalding LLP
1185 Avenue of The Americas
New York New York 10036-4003

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on 10/11/15.

David Bell

P.O. Box J2200
~~San Diego, CA   92179-900~~
Stockton Ca 95213

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.