**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **MOTORS LIQUIDATION COMPANY,** *et al.*, *f/k/a* **General Motors Corp.,** *et al.*, <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> (Jointly Administered) |

## ORDER ON BENCH DECISION AND ORDER ON REQUEST FOR STAY

For the reasons stated in this Court's *Bench Decision and Order on Request for Stay*, dated October 14, 2015 [ECF No. 13503, Ex. A], **IT IS HEREBY**:[1]

**ORDERED** that Plaintiffs' Request for a Stay of GUC Trust Distributions, dated June 24, 2015 [ECF No. 13246], is granted with respect to the Anticipated November 2015 Distribution, conditioned on the posting of a supersedeas bond in the amount of $10.6 million; and it is further

**ORDERED** that should Plaintiffs elect to post the supersedeas bond, they must do so by the close of business on October 28, 2015, and certify the same to this Court.

Dated: New York, New York
October 27, 2015

*s/ Robert E. Gerber*
Honorable Robert E. Gerber
United States Bankruptcy Judge

---

[1] Unless otherwise noted herein, capitalized terms have the same meaning as in the *Stipulations of Fact*, dated September 17, 2015 [ECF No. 13441].