**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Motors Liquidation Company | CASE NO.: 09–50026–reg |
| aka    Automotive Market Research | |
| aka    NAO Fleet Operations | |
| aka    GMC Truck Division | |
| aka    National Car Rental | |
| aka    GM Corporation–GM Auction Department | |
| aka    GM Corporation | |
| aka    National Car Sales | |
| fka    General Motors Corporation | |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 38–0572515 | CHAPTER: 11 |

---

## NOTICE OF TRANSMITTAL OF RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on 9/22/15, document number 13463, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 15–cv–8432 assigned to the Honorable Jesse M. Furman.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: October 29, 2015                                          Vito Genna
                                                                 Clerk of the Court