# Notice Recipients

District/Off: 0208−1           User: arouzeau              Date Created: 10/29/2015
Case: 09−50026−reg             Form ID: tranapl            Total: 5

**Recipients of Notice of Electronic Filing:**
aty         Arthur Jay Steinberg         asteinberg@kslaw.com
aty         Russell Carl Babcock         russellbabcock@aol.com
aty         Scott I. Davidson            sdavidson@kslaw.com
aty         Victor J. Mastromarco, Jr.   vmastromar@aol.com
aty         Victor J. Mastromarco, Jr.   vmastromar@aol.com

                                                                    TOTAL: 5