UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                    :       Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :       Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., *et al.*               :
                                                         :
                              Debtors.                   :       (Jointly Administered)
-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2015, I caused the *Letter on behalf of the Elliott, Sesay, and Bledsoe Plaintiffs Opposing New GM's Marked Pleadings Letter*, Doc. No. 13529, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: November 6, 2015

                                                  /s/ Gary Peller
                                                Gary Peller
                                                600 New Jersey Avenue, NW
                                                Washington, DC, 20001
                                                (202) 662 9122
                                                peller@law.georgetown.edu
                                                Attorney for Plaintiffs