KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
In re                                    :      Chapter 11
                                         :
MOTORS LIQUIDATION COMPANY, et al.,      :      Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                         :
                        Debtors.         :      (Jointly Administered)
------------------------------------------------------------x
```

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on November 6, 2015, I caused to be served a true and correct copy

of the *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related*

*Proceedings* [ECF. No. 13532], by electronic mail on all parties receiving notice via the Court's

ECF System.

In addition, copies of the document listed in the annexed service list was served upon

each of the persons and entities listed therein by causing copies of same to be delivered *via* email

and/or *via* overnight mail.

Dated: November 10, 2015
        New York, New York

KING & SPALDING LLP

By:    /s/  Scott I. Davidson
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

## Service List For November 6, 2015:

### Documents Served *via* Email:

(1) *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings*
[ECF. No. 13532]

### Service Addresses

andrew@hbsslaw.com
aoffenhartz@gibsondunn.com
awu@gibsondunn.com
bobh@hmglawfirm.com
brown@whafh.com
cioni@sbep-law.com
dgolden@akingump.com
djnewman@akingump.com
dmolton@brownrudnick.com
ecabraser@lchb.com
eohagan@goodwinprocter.com
esserman@sbep-law.com
eweisfelner@brownrudnick.com
gfox@goodwinprocter.com
hsteel@brownrudnick.com
jdiehl@akingump.com
jflaxer@golenbock.com
kmartorana@gibsondunn.com
lrubin@gibsondunn.com
mjwilliams@gibsondunn.com
morenstein@brownrudnick.com
nmoss@akingump.com
peller@law.georgetown.edu
pricardo@golenbock.com
schmidt@whafh.com
steve@hbsslaw.com
wweintraub@goodwinprocter.com
lauren@hmglawfirm.com
steve@hilliardshadowenlaw.com
anne@hilliardshadowenlaw.com
marion@hmglawfirm.com

**Service List For November 6, 2015:**

**Documents Served *via* Overnight Delivery:**

(1) *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings*
[ECF. No. 13532]

Brian S. Masumoto
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014