

Erick Pruitt <pru2626@gmail.com>
**To whom it may concern:**
November 8, 2015 6:38:22 AM EST

Dear Judge Gerber
   This letter is in regards to the GM ignition switch lawsuit.
   On April 30, 2007, my son was killed in an accident involving a 2005 Chevrolet Cobalt,
because of the ignition switch defect.
   I am being told that my case does not have an impact on the lawsuit because GM filed
for bankruptcy in 2009.
   Does that mean my son does not matter ?  What about justice for David ?  My 20 year old
son whose life was cut short because of GM's negligence.  A young man so full of life and
potential.  A young man who had a very good work ethic and took pride in all he did.  A loving,
dedicated son and brother.
   I called GM a couple days after we buried my son, only to be lied to about why, not one of
the airbags opened in the vehicle.  I do have a file number from that conversation and also a
printout of the data from the black box from the vehicle.
   I feel that it would be a great injustice for bankruptcy to protect GM from these wrongful
death suits.  Does it really matter if it was before or after they filed bankruptcy.  They were as
fully aware then as they are now of their negligence.
   I believe that GM committed premeditated vehicular homicide when they continued to sell
these vehicles.
   I would not wish this on anyone.  I would however, like the people responsible, to walk in my shoes
for one day. To feel my pain.  To feel my loss.  The pain that never goes away.  The pain that sneaks

up on you from out of no were and takes your breath away. The pain that feels like your heart is
being torn from your chest.

I would have loved to see my son graduate from Penn Tech in December of 2007. He, as well as myself, would have been so proud. I would have loved to dance with him at his wedding, and been there when his children (my grandbabies) were born. I would love to see my son, hear his voice, his laugh, hug him and tell him how much I love him. GM's negligence has taken all of that away from me.

David's death has also caused me financial difficulties. Student loans, car payments, and funeral expenses to name a few. Not to mention the toll it has taken on my health. I am currently taking antidepressants and medication for anxiety, as well as medication for my stomach. I have missed work due to my loss. Which could have been prevented if GM would have corrected the ignition switch problem to begin with.

My daughter, (David's sister) has also suffered significantly. Suffering from depression and anxiety. She lost her big brother and only sibling. His grandmother cries at the mention of his name. The lives that David has touched are numerous. And all have been impacted in way or another by David's death.

GM can never give me what I want. I want my son back! They could, however, *help with some of* the burden that they have caused.

Please, I beg of you, to please do not allow GM to hide behind the shield of bankruptcy. Please give justice for my David.

The only comfort I will ever know as a parent, is to know that those responsible for my son's death are held accountable.

I thank you for your consideration in this matter.

Sincerely,

*James Joseph Pruitt*
*Jami Slezak Pruitt*