| WACHTELL, LIPTON, ROSEN & KATZ | KELLEY DRYE & WARREN LLP |
|---|---|
| Harold S. Novikoff | John M. Callagy |
| Marc Wolinsky | Nicholas J. Panarella |
| Emil A. Kleinhaus | Martin A. Krolewski |
| 51 West 52nd Street | 101 Park Avenue |
| New York, New York 10019-6150 | New York, New York  10178 |
| Telephone: (212) 403-1000 | Telephone: (212) 808-7800 |
| Facsimile:  (212) 403-2000 | Facsimile: (212) 808-7897 |

Attorneys for Defendant J.P. Morgan Whitefriars Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | : | Adversary Proceeding |
| | : | |
| | : | Case No. 09-00504 (REG) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JPMORGAN CHASE BANK, N.A., individually and as Administrative Agent for various lenders party to the Term Loan Agreement described herein, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## RULE 7007.1 STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy and to enable Bankruptcy Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J.P. Morgan Whitefriars Inc. ("Whitefriars"), a private non-governmental party, by its attorneys Kelley Drye & Warren LLP and Wachtell, Lipton, Rosen & Katz, certifies that

1

Whitefriars is a wholly-owned subsidiary of J.P. Morgan Overseas Capital Corporation, a privately held company, which is a wholly-owned subsidiary of J.P. Morgan International Finance Limited, a privately held company, which is a wholly-owned subsidiary of Bank One International Holdings Corporation, a privately held company, which is a wholly-owned subsidiary of J.P. Morgan International, Inc. , a privately held company, which is a wholly-owned subsidiary of JPMorgan Chase Bank, N.A., a privately held company, which is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation, and that no other person or entity owns 10% or more of Whitefriars' stock.

Dated:   New York, New York
         November 16, 2015

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By:   */s/ John M. Callagy*

    John M. Callagy
    Nicholas J. Panarella
    Martin A. Krolewski

101 Park Avenue
New York, New York 10178
(212) 808-7800

-and-

WACHTELL, LIPTON, ROSEN & KATZ

Harold S. Novikoff
Marc Wolinsky
Emil A. Kleinhaus
51 West 52nd Street
New York, New York 10019-6150
Telephone: (212) 403-1000

Attorneys for Defendant
J.P. Morgan Whitefriars Inc.

2