# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

November 17, 2015

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      Re:    In re Motors Liquidation Company, *et al.*
               Case No. 09-50026 (REG)

**Letter Regarding Update on Related Proceedings**

Dear Judge Gerber:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Your Honor's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM. Specifically,

1. On November 6, 2015, New GM filed *Motion in Limine To Exclude All Claims, Evidence, and Argument Relating to Punitive Damages Contingent on the Forthcoming Decision of the Bankruptcy Court* ("**Motion in Limine**"), with an accompanying *Memorandum in Support of the Motion in Limine* ("**Supporting Memorandum**"), with the District Court in MDL 2543. On November 16, 2015, Plaintiffs in the MDL filed their opposition to the Motion *in Limine* ("**Opposition to Motion *in Limine***"). The Motion *in Limine*, the Supporting Memorandum, and the Opposition to Motion *in Limine* are attached hereto, respectively, as **Exhibits 1 through 3**.

2. On November 16, 2015, counsel to New GM and Lead and Liaison Counsel filed a joint letter ("**Joint Letter re: Motion Practice**") addressed to Judge Furman discussing

Honorable Robert E. Gerber
November 17, 2015
Page 2

    procedures for motion practice and the filing of the Third Amended Consolidated Complaint consistent with this Court's *Decision on Imputation, Punitive Damages, and Other No-Strike and No-Dismissal Pleading Issue,* dated November 9, 2015 [Dkt. No. 13533] ("**November 9 Decision**"). On November 17, 2015, Judge Furman issued an Endorsed Order approving the procedures expressed in the Joint Letter re: Motion Practice. The Joint Letter re: Motion Practice, with the Endorsed Order, is attached hereto as **Exhibit 4**.

3. On November 16, 2015, counsel to New GM filed a letter ("**Letter re: Stayed Complaints**") addressed to Judge Furman proposing a resolution of several personal injury plaintiffs' motions for leave to file amended complaints, which were previously stayed, in light of this Court's November 9 Decision. On November 17, 2015, Judge Furman issued an Endorsed Order in response to the Letter re: Stayed Complaints. The Letter re: Stayed Complaints, with the Endorsed Order, is attached hereto as **Exhibit 5**.

4. Also, on November 16, 2015, the Ignition Switch Pre-Closing Accident Plaintiffs, the Ignition Switch Plaintiffs and Designated Counsel, the Groman Plaintiffs, and the Elliott, Sesay and Bledsoe Plaintiffs, each filed Opening Briefs on Direct Appeal with the United States Court of Appeal for the Second Circuit in connection with the appeal of this Court's June 1, 2015 Judgment. The Joint Appendix (Volumes 1 through 47) and Special Appendix (Volumes 1 and 2) were filed as well. As these documents are voluminous, copies are not attached hereto. If the Court would like copies of some or all of these documents, New GM will promptly provide same.

                                  Respectfully submitted,

                                  */s/ Scott Davidson*

                                  Scott Davidson

AJS/sd
Encl.

cc:    Edward S. Weisfelner
       Howard Steel
       Sander L. Esserman
       Jonathan L. Flaxer
       S. Preston Ricardo
       Alexander H. Schmidt
       Matthew J. Williams
       Lisa H. Rubin
       Keith Martorana
       Daniel Golden
       Deborah J. Newman
       William Weintraub

Honorable Robert E. Gerber
November 17, 2015
Page 3

    Steve W. Berman
    Elizabeth J. Cabraser
    Robert C. Hilliard
    Gary Peller