# EXHIBIT 5

DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2015

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | | |
|---|---|---|
| Andrew B. Bloomer, P.C.<br>To Call Writer Directly:<br>(312) 862-2482<br>andrew.bloomer@kirkland.com | 300 North LaSalle<br>Chicago, Illinois  60654<br>(312) 862-2000<br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

November 16, 2015

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *In re: General Motors LLC Ignition Switch Litigation*,
      14-MD-2543 (JMF)

Dear Judge Furman:

  Pursuant to this Court's Order No. 81 ¶ 4 (Docket No. 1404), counsel for General Motors LLC ("New GM") write to advise the Court of its proposal for resolution of several personal injury plaintiffs' motions for leave to file amended complaints, which were stayed by this Court pending the Bankruptcy Court's adjudication of certain issues implicated by the complaints (*see* Docket Nos. 1487, 1491, 1537, 1594).

  New GM proposes that plaintiffs' motions remain stayed. Regardless of any amendment, each of the cases would remain stayed pursuant to this Court's Order No. 1 (Docket No. 19). Additionally, in light of the the Bankruptcy Court's November 9, 2015 Decision, amending the complaints at this time would be premature and create undue labor and expense that would likely be duplicated if further amendments are required. New GM respectfully submits that all parties will benefit from the Bankruptcy Court's entry of Judgment on its Decision and application of that Decision to the amended bellwether trial complaints, which assert many of the same allegations and claims at issue in the stayed cases. The Second Circuit may also decide the expedited appeal of the Bankruptcy Court's June 1, 2015 Decision before the stay imposed by Order No. 1 is lifted, which may provide further guidance before the amendment of each of these 20 complaints is necessary.

## KIRKLAND & ELLIS LLP

The Honorable Jesse M. Furman
November 16, 2015
Page 2

                    Respectfully submitted,

                    /s/ Richard C. Godfrey, P.C.
                    /s/ Andrew B. Bloomer, P.C.

                    *Counsel for Defendant General Motors LLC*

cc:  MDL Counsel of Record

In the interests of docket management, the Court is inclined to take an alternative approach to the pending motions --- namely, to deny them without prejudice to renewal within three weeks of the lifting of the stay imposed by Order No. 1. Lead Counsel and counsel for New GM should be prepared to address that proposal at the status conference on November 20, 2015. (If appropriate or necessary, Lead Counsel should confer with the other Plaintiffs' counsel in advance of the conference.) In addition, counsel should be prepared to address whether the procedures set forth in Order No. 81 (MDL Docket No. 1404) should be amended with respect to any future applications for leave to amend (e.g., whether any such applications should be deferred altogether until the Order No. 1 stay is lifted; whether Plaintiffs who wish to amend should file a letter preserving their rights to do so at the appropriate time; or whether Plaintiffs who wish to amend should file motions, subject to some process to determine whether the motions should be ruled upon, denied without prejudice, or deferred).

                    SO ORDERED.

                    November 17, 2015