# Notice Recipients

District/Off: 0208−1        User: lnulty            Date Created: 11/18/2015
Case: 09−50026−reg          Form ID: pdf001         Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
unk        Darryl Dunsmore

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5976035    Dale Earnhardt, Inc.    1675 Dale Earnhardt Highway #3    Mooresville, NC 28115

TOTAL: 1