KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :   Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :   Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*       :
                                               :
               Debtors.         :   (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      This is to certify that on *November 17, 2015*, I caused to be served a true and correct copy of the *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* [ECF. No. 13545], by electronic mail on all parties receiving notice *via* the Court's ECF System.

      In addition, copies of the document listed in the annexed service lists was served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: November 19, 2015
       New York, New York

                               KING & SPALDING LLP

                               By: /s/   Scott I. Davidson___
                               Arthur J. Steinberg
                               Scott Davidson
                               King & Spalding LLP
                               1185 Avenue of the Americas
                               New York, NY 10036
                               Telephone: (212) 556-2100
                               Facsimile: (212) 556-2222

                               *Attorneys for General Motors LLC*

## Service List For November 17, 2015:

**Documents Served *via* Email:**

(1) *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* [ECF. No. 13545]

andrew@hbsslaw.com;
aoffenhartz@gibsondunn.com;
awu@gibsondunn.com;
bobh@hmglawfirm.com;
brown@whafh.com;
cioni@sbep-law.com;
dgolden@akingump.com;
djnewman@akingump.com;
dmolton@brownrudnick.com;
ECABRASER@lchb.com;
eohagan@goodwinprocter.com;
esserman@sbep-law.com;
eweisfelner@brownrudnick.com;
gfox@goodwinprocter.com;
hsteel@brownrudnick.com;
jdiehl@akingump.com;
jflaxer@golenbock.com;
kmartorana@gibsondunn.com;
lrubin@gibsondunn.com;
mjwilliams@gibsondunn.com;
morenstein@brownrudnick.com;
nmoss@akingump.com;
peller@law.georgetown.edu;
pricardo@golenbock.com;
schmidt@whafh.com;
steve@hbsslaw.com;
wweintraub@goodwinprocter.com;
lauren@hmglawfirm.com;
steve@hilliardshadowenlaw.com;
anne@hilliardshadowenlaw.com;
marion@hmglawfirm.com

## Service List For November 17, 2015

**Documents Served *via* Overnight Delivery:**

(1) *Letter to the Honorable Judge Robert E. Gerber Regarding Update on Related Proceedings* [ECF. No. 13545]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |