# EXHIBIT 2

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the eighteenth day of November, two thousand and fifteen,

In the Matter of:

MOTORS LIQUIDATION COMPANY,

**STIPULATION**

Docket No. 15-2844(L)
    15-2847(XAP)
    15-2848(XAP)

CELESTINE ELLIOTT, LAWRENCE ELLIOTT,
BERENICE SUMMERVILLE,

  *Creditors-Appellants-Cross-Appellees,*

SESAY AND BLEDSOE PLAINTIFFS,

  *Appellants-Cross-Appellees,*

IGNITION SWITCH PLAINTIFFS, IGNITION SWITCH PRE-CLOSING ACCIDENT PLAINTIFFS, THE STATE OF ARIZONA, PEOPLE OF THE STATE OF CALIFORNIA, GROMAN PLAINTIFFS,

  *Appellants,*

– v. –

GENERAL MOTORS LLC,

  *Appellee-Cross-Appellant,*

WILMINGTON TRUST COMPANY,

  *Trustee-Appellee-Cross-Appellant,*

PARTICIPATING UNITHOLDERS,

  *Creditor-Appellee-Cross-Appellant.*

The undersigned counsel for the parties stipulate that the appeal filed by Appellant People of the State of California is withdrawn without costs or attorneys' fees pursuant to Fed. R. App. P. 42(b). All remaining matters in this appeal and the cross-appeals will remain unaffected by this Stipulation.

November 18, 2015

By: /s/ Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
T: 206-623-7292

*Counsel for Appellant People of the State of California and Appellant Ignition Switch Plaintiffs*

By: /s/ Alexander H. Schmidt
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Alexander H. Schmidt
270 Madison Avenue
New York, NY 10016
T: 212-545-4600

*Counsel for Appellants the Groman Plaintiffs*

- 1 -

By: _____
**GOODWIN PROCTER LLP**
~~William Paul Weintraub~~ Gregory Fox
The New York Times Building
620 8th Avenue
New York, NY 10018
T: 212-813.8839

*Designated Counsel for Appellants the Ignition Switch Pre-Closing Accident Plaintiffs*

By: _____
Gary Peller
600 New Jersey Avenue, NW
Washington, DC 20001
T: 202-662-9122

*Counsel for Appellants–Cross-Appellees Elliott Plaintiffs, the Bledsoe Plaintiffs, and the Sesay Plaintiffs*

By: _____
**KING & SPALDING LLP**
Arthur J. Steinberg
1185 Avenue of the Americas
New York, New York 10036
T: 212-556-2100

**KIRKLAND & ELLIS LLP**
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
300 North LaSalle Street
Chicago, IL 60654
T: 312-862-2000

*Co-Counsel for Appellee–Cross-Appellant General Motors LLC*

By: _____
**GOODWIN PROCTER LLP**
William Paul Weintraub
The New York Times Building
620 8th Avenue
New York, NY 10018
T: 212-813.8839

*Designated Counsel for Appellants the Ignition Switch Pre-Closing Accident Plaintiffs*

By: _____/s/_____
Gary Peller
600 New Jersey Avenue, NW
Washington, DC 20001
T: 202-662-9122

*Counsel for Appellants–Cross-Appellees Elliott Plaintiffs, the Bledsoe Plaintiffs, and the Sesay Plaintiffs*

By: _____
**KING & SPALDING LLP**
Arthur J. Steinberg
1185 Avenue of the Americas
New York, New York 10036
T: 212-556-2100

**KIRKLAND & ELLIS LLP**
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
300 North LaSalle Street
Chicago, IL 60654
T: 312-862-2000

*Co-Counsel for Appellee–Cross-Appellant General Motors LLC*

By: _____
**GOODWIN PROCTER LLP**
William Paul Weintraub
The New York Times Building
620 8th Avenue
New York, NY 10018
T: 212-813.8839

*Designated Counsel for Appellants the
Ignition Switch Pre-Closing Accident
Plaintiffs*

By: _____
Gary Peller
600 New Jersey Avenue, NW
Washington, DC 20001
T: 202-662-9122

*Counsel for Appellants–Cross-Appellees
Elliott Plaintiffs, the Bledsoe Plaintiffs,
and the Sesay Plaintiffs*

By: _____
**KING & SPALDING LLP**
Arthur J. Steinberg
1185 Avenue of the Americas
New York, New York 10036
T: 212-556-2100

**KIRKLAND & ELLIS LLP**
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
300 North LaSalle Street
Chicago, IL 60654
T: 312-862-2000

*Co-Counsel for Appellee–Cross-
Appellant General Motors LLC*

By: /s/ Lisa H. Rubin
**GIBSON, DUNN & CRUTCHER, LLP**
Matthew J. Williams
Aric H. Wu
Gabriel Gillett
Adam H. Offenhartz
Lisa H. Rubin
200 Park Avenue
New York, New York 10166
T: 212-351-4000

*Counsel for Appellee–Cross-Appellant Wilmington Trust Co., as Trustee and Administrator of the GUC Trust*

By: _____
**AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**
Daniel Golden
Deborah J. Newman
One Bryant Park
New York, New York, 10036
T: 212-872-1000

*Counsel for Creditors-Appellees-Cross-Appellants Participating Unitholders*

010440-11 830145 V1

By: _____
**GIBSON, DUNN & CRUTCHER, LLP**
Matthew J. Williams
Aric H. Wu
Gabriel Gillett
Adam H. Offenhartz
Lisa H. Rubin
200 Park Avenue
New York, New York 10166
T: 212-351-4000

*Counsel for Appellee–Cross-Appellant Wilmington Trust Co., as Trustee and Administrator of the GUC Trust*

By: _____
**AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**
Daniel Golden
Deborah J. Newman
One Bryant Park
New York, New York, 10036
T: 212-872-1000

*Counsel for Creditors-Appellees-Cross-Appellants Participating Unitholders*

010440-11 830145 V1

## CERTIFICATE OF SERVICE

The undersigned certified that true and correct copies of this Stipulation were served electronically on the parties at the addresses indicated on the attached Service List on this 18th day of November 2015.

By: */s/ Steve W. Berman*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
T: 206-623-7292

*Counsel for Appellant the People of the State of California and Appellant Ignition Switch Plaintiffs*

- 4 -

## SERVICE LIST

| | |
|---|---|
| Andrew Bloomer<br>Richard C. Godfrey<br>Kirkland & Ellis LLP<br>38th Floor<br>300 North LaSalle Street<br>Chicago, IL 60654<br>andrew.bloomer@kirkland.com<br>rgodfrey@kirkland.com<br><br>Arthur Steinberg<br>Scot Davidson<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>asteinberg@kslaw.com<br>SDavidson@KSLAW.com<br><br>*Counsel for General Motors LLC* | Alexander H. Schmidt<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 4600<br>schmidt@whafh.com<br><br>*Counsel for ABC Flooring, Inc., et al.* |
| William Weintraub<br>Gregory W. Fox<br>Goodwin Proctor LLP<br>The New York Times Building<br>620 8th Avenue<br>New York, NY 10018<br>WWeintraub@goodwinprocter.com<br>gfox@goodwinproctor.com<br><br>*Counsel for Ignition Switch Pre-Closing Accident Plaintiffs* | Gary Peller<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>peller@law.georgetown.edu<br><br>*Counsel for Elliott, Sesay, Summerville, and Bledsoe Plaintiffs* |

| | |
|---|---|
| Edward S. Weisfelner<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>eweisfelner@brownrudnick.com<br>hsteel@brownrudnick.com<br><br>Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>esserman@sbep-law.com<br><br>*Counsel for Ignition Switch Plaintiffs* | Lisa H. Rubin<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>lrubin@gibsondunn.com<br><br>*Counsel for Appellee–Cross-Appellant Wilmington Trust Co., as Trustee and Administrator of the GUC Trust*<br><br>Jonathan L. Flaxer<br>Goldenbock, Eiseman, Assor, Bell & Peskoe LLP<br>437 Madison Avenue<br>New York, NY 10022<br>jflaxer@golenbock.com<br><br>*Counsel for Groman Plaintiffs* |
| Elizabeth J. Cabraser<br>Lieff, Cabraser, Heimann & Bernstein LLP<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br>ecabraser@lchb.com<br><br>Robert Hilliard<br>Hilliard Munoz Gonzales LLP<br>719 South Shoreline, Suite 500<br>Corpus Christi, TX 78401<br>bobh@hmglawfirm.com<br><br>*Lead Counsel* | Daniel Golden<br>Deborah J. Newman<br>Jenny Woodson<br>Akin, Gump, Strauss, Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>agolden@akingump.com<br>dnewman@akingump.com<br>jwoodson@akingump.com<br><br>*Counsel for Creditor-Appellees-Cross Appellants Participating Unit Holders* |

- 6 -