# EXHIBIT 4

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of November, two thousand fifteen.

_____

In the Matter of: Motors Liquidation Company,

    *Debtor.*

_____

| | |
|---|---|
| Celestine Elliott, Lawrence Elliott, Berenice Summerville, | **ORDER** |
|     *Creditors-Appellants-Cross-Appellees,* | Docket Nos. 15-2844 (L); 15-2847 (con); 15-2848 (con) |

Sesay and Bledsoe Plaintiffs,

    *Appellants-Cross-Appellees*,

Ignition Switch Plaintiffs, Ignition Switch Pre-Closing Accident Plaintiffs, the State of Arizona, People of the State of California, Groman Plaintiffs,

    *Appellants*,

        v.

General Motors LLC,

    *Appellee-Cross-Appellant*,

Wilmington Trust Company,

    *Trustee-Appellee-Cross-Appellant,*

Participating Unitholders,

    *Creditor-Appellee-Cross-Appellant.*

_____

  The parties have filed a stipulation withdrawing this appeal with prejudice as to Appellant People of the State of California, pursuant to FRAP 42(b).

  The stipulation is hereby so ordered. The appeal shall proceed with respect to the remaining appellants and appellees.

          For the Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court