# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: lnulty | Date Created: 11/30/2015 |
| Case: 09−50026−reg | Form ID: pdf001 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
unk        Darryl Dunsmore

TOTAL: 1