UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.
                             Debtor

Case No.: 09-50026

Chapter 11

-----------------------------------------------------------x

                             Plaintiff

v.

                             Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey R. Harris, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Marlos Chenault & Shayrika Chenault, a movant in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Georgia, #330315 and, if applicable, the bar of the U.S. District Court for the Northern District of Georgia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/2/2015

_____, New York

/s/ Jeffrey R. Harris

*Mailing Address:*

Harris Penn Lowry LLP
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
E-mail address: jeff@hpllegal.com
Telephone number: (404) 961-7650

RECEIVED DEC - 8 2015 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK