**CT**

November 23, 2015



Matthew J. Williams
Gibson, Dunn & Crutcher LLP
200 Park Avenue,
New York, NY 10166-0193

Re: Motors Liquidation Company, et al., Debtors // To: Caterpillar Master Retirement Trust

Case No. 0950026REG

Dear Sir/Madam:

Caterpillar Master Retirement Trust is not listed on our records or on the records of the State of NY.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 528212475

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    One Bowling Green,
    New York, NY 10004


**(Returned To)**

Matthew J. Williams
Gibson, Dunn & Crutcher LLP
200 Park Avenue,
New York, NY 10166-0193