HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: 206-623-7292

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser
275 Battery St., 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

*Attorneys for Ignition Switch Plaintiffs and Co-Lead Counsel for Ignition Switch Plaintiffs in the MDL Court*

BROWN RUDNICK LLP
Edward S. Weisfelner
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800

STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, A PROFESSIONAL
CORPORATION
Sander L. Esserman
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Telephone: 214-969-4900

*Counsel for Ignition Switch Plaintiffs and Designated Counsel for Ignition Switch Plaintiffs in the Bankruptcy Court*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a GENERAL MOTORS CORP., *et al.*, | No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEAL

The Ignition Switch Plaintiffs,[1] by and through their undersigned counsel, hereby appeal

to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Judgment. As defined in the Judgement, "**Ignition Switch Plaintiffs**" shall mean plaintiffs that have commenced a lawsuit against New GM asserting economic losses based on or apprising from the Ignition Switch in the Subject Vehicles (each term as defined in the *Agreed and Disputed Stipulations of Fact Pursuant to the Court's*

1

§ 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Decision on Imputation, Punitive Damages, and Other No-Strike and No-Dismissal Pleadings Issues*, dated November 9, 2015 (ECF No. 13533, as corrected ECF No. 13534) (the "**Decision**") and the *Judgment*, dated December 4, 2015 (ECF No. 13563) (the "**Judgment**").

A copy of the Decision is annexed hereto as **Exhibit A** and a copy of the Judgment is annexed hereto as **Exhibit B**.

The parties to the Decision and Judgment appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>T: 206-623-7292<br><br>**ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.**<br>Mark P. Robinson, Jr.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>T: 940-720-1292 |
| The State of Arizona | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>T: 206-623-7292 |

---

*Supplemental Scheduling Order*, dated July 11, 2014, filed August 8, 2014 (ECF No. 12826), at 3).

| Party | Attorneys |
|---|---|
| Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>T: 206-623-7292<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Elizabeth J. Cabraser<br>275 Battery St., 29th Floor<br>San Francisco, CA 94111<br>T: (415) 956-1000<br><br>**BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br>Howard S. Steel<br>Seven Times Square<br>New York, New York 10036<br>T: 212-209-4800<br><br>**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>T: 214-969-4900 |
| Ignition Switch Pre-Closing Accident Plaintiffs | **GOODWIN PROCTOR LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800 |
| Groman Plaintiffs | **GOLDENBOCK, EISEMAN, ASSOR, BELL & PESKOE, LLP**<br>Jonathan L. Flaxer<br>S. Preston Ricardo<br>437 Madison Avenue<br>New York, New York 10022<br>T: 212-907-7300 |

| Party | Attorneys |
|---|---|
| General Motors LLC (New GM) | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, New York 10036<br>T: 212-556-2100**KIRKLAND & ELLIS LLP**<br>Richard C. Godfrey<br>Andrew B. Bloomer<br>300 North LaSalle<br>Chicago, Illinois 60654<br>T: 312-862-2000 |
| Wilmington Trust Company, as GUC Trust Administrator | **GIBSON, DUNN & CRUTCHER, LLP**<br>Lisa H. Rubin<br>Matthew Williams<br>Adam H. Offenhartz<br>Aric H. Wu<br>Keith R. Martorana<br>200 Park Avenue<br>New York, New York 10166<br>T: 212-351-3845 |
| Participating GUC Trust Unit Trust Holders | **AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**<br>Daniel Golden<br>Deborah J. Newman<br>Jamison A. Diehl<br>Naomi Moss<br>One Bryant Park<br>New York, New York, 10036<br>T: 212-872-1000 |
| Sesay, Elliott, and Bledsoe Plaintiffs, and Plaintiffs Tina Farmer and Momoh Kanu | **GARY PELLER, ESQ.**<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 |
| James and Reda Moore | **ANTHONY LAW FIRM, P.A.**<br>250 Magnolia Street<br>Spartanburg, South Carolina 29306 |
| Estate of William Rickard | **CUTRUZZULA & NALDUCCI**<br>3300 Grant Building<br>310 Grant Street<br>Pittsburgh, Pennsylvania 15219 |

Dated:  December 15, 2015          Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Tel.:  206-623-7292
steve@hbsslaw.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser
275 Battery St., 29th Floor
San Francisco, CA 94111
Telephone:  (415) 956-1000
ecabraser@lchb.com

*Attorneys for Ignition Switch Plaintiffs and Co-Lead Counsel for Ignition Switch Plaintiffs in the MDL Court*

**BROWN RUDNICK LLP**
Edward S. Weisfelner
David J. Molten
May Orenstein
Howard S. Steel
Seven Times Square
New York, NY  10036
Telephone:  212-209-4800
eweisfelner@brownrudnick.com
dmolton@brownrudnick.com
morenstein@brownrudnick.com
hsteel@brownrudnick.com

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION**
Sander L. Esserman
2323 Bryan Street, Suite 2200
Dallas, TX  75201
Telephone:  214-969-4900
esserman@sbep-law.com

*Counsel for Ignition Switch Plaintiffs and Designated Counsel for Ignition Switch Plaintiffs in the Bankruptcy Court*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2015, I caused the Notice of Appeal to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated:  December 15, 2015

/s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Tel.:  206-623-7292
steve@hbsslaw.com

*Counsel for the Ignition Switch Plaintiffs*