UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026 (REG) |
| (f/k/a GENERAL MOTORS CORPORATION) | (Jointly Administered) |
| Debtor. | |

-----------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEFFREY R. HARRIS

UPON the motion of Jeffrey R. Harris dated December 9, 2015, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeffrey R. Harris is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       December 15, 2015

                                         *s/ Robert E. Gerber*
                                         UNITED STATES BANKRUPTCY JUDGE