# Notice Recipients

District/Off: 0208−1                User: lnulty                    Date Created: 12/17/2015
Case: 09−50026−reg                 Form ID: pdf001                 Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
unk         Darryl Dunsmore
                                                                        TOTAL: 1