William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP
and Thomas J. Henry Injury Attorneys*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., et al.,                  :
                                                            :
                               Debtors.      :    (Jointly Administered)
------------------------------------------------------------X

**NOTICE OF APPEAL**

      By and through the undersigned counsel, Hilliard Muñoz Gonzales LLP and Thomas J. Henry Injury Attorneys – counsel to the Post-Closing Ignition Switch Accident Plaintiffs and the Adams Plaintiffs – hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Judgment*, dated December 4, 2015 (ECF No. 13563) (the "**Judgment**") and *Decision on Imputation, Punitive Damages, and Other No-Strike and No-Dismissal Pleadings Issues*, dated November 9, 2015 (ECF No. 13533) (the "**Decision**").

      A copy of the Judgment is annexed hereto as **Exhibit A** and a copy of the Decision is annexed hereto as **Exhibit B**.

The parties to the Judgment and the Decision appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| Post-Closing Ignition Switch Accident Plaintiffs and Adams Plaintiffs | **GOODWIN PROCTER LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br><br>**HILLIARD MUÑOZ GONZALES LLP**<br>Robert C. Hilliard<br>719 S. Shoreline Boulevard,<br>Suite 500<br>Corpus Christi, TX  78401<br>T:  (361) 882-1612<br><br>**THOMAS J. HENRY INJURY ATTORNEYS**<br>Thomas J. Henry<br>521 Starr St.<br>Corpus Christi, Texas 78401<br>T:  (361) 985 0600 |
| The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>T: 206-623-7292<br><br>**ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.**<br>Mark P. Robinson, Jr.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>T: 940-720-1292 |
| The State of Arizona | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>T: 206-623-7292 |

| Party | Attorneys |
|---|---|
| Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>T: 206-623-7292<br><br>**BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br>Howard S. Steel<br>Seven Times Square<br>New York, New York 10036<br>T: 212-209-4800<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Elizabeth J. Cabraser<br>275 Battery St., 29th Floor<br>San Francisco, CA 94111<br>T: (415) 956-1000<br><br>**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>T: 214-969-4900 |
| Groman Plaintiffs | **GOLDENBOCK, EISEMAN, ASSOR, BELL & PESKOE, LLP**<br>Jonathan L. Flaxer<br>S. Preston Ricardo<br>437 Madison Avenue<br>New York, New York 10022<br>T: 212-907-7300 |

| Party | Attorneys |
|---|---|
| General Motors LLC (New GM) | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, New York 10036<br>T: 212-556-2100<br><br>**KIRKLAND & ELLIS LLP**<br>Richard C. Godfrey<br>Andrew B. Bloomer<br>300 North LaSalle<br>Chicago, Illinois 60654<br>T: 312-862-2000 |
| Wilmington Trust Company, as GUC Trust Administrator | **GIBSON, DUNN & CRUTCHER, LLP**<br>Lisa H. Rubin<br>Matthew Williams<br>Adam H. Offenhartz<br>Aric H. Wu<br>Keith R. Martorana<br>200 Park Avenue<br>New York, New York 10166<br>T: 212-351-3845 |
| Participating GUC Trust Unit Trust Holders | **AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**<br>Daniel Golden<br>Deborah J. Newman<br>Jamison A. Diehl<br>Naomi Moss<br>One Bryant Park<br>New York, New York, 10036<br>T: 212-872-1000 |
| Sesay, Elliott, and Bledsoe Plaintiffs, and Plaintiffs Tina Farmer and Momoh Kanu | **GARY PELLER, ESQ.**<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 |
| James and Reda Moore | **ANTHONY LAW FIRM, P.A.**<br>250 Magnolia Street<br>Spartanburg, South Carolina 29306 |
| Estate of William Rickard | **CUTRUZZULA & NALDUCCI**<br>3300 Grant Building<br>310 Grant Street<br>Pittsburgh, Pennsylvania 15219 |

Dated: December 18, 2015
      New York, New York

Respectfully submitted,

**GOODWIN PROCTER LLP**

By: /s/ William P. Weintraub
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP
and Thomas J. Henry Injury Attorneys*