Endorsed Order:

Mr. Dunsmore's motion, dated December 11, 2015, is denied for failure to articulate a *prima facie* basis for the requested relief.


Dated:  New York, New York                    **_s/Robert E. Gerber_**
      December 16, 2015                    United States Bankruptcy Judge

1  Darryl Dunsmure
2  AD6237  CJA 150
3  Box 32200
4  Stockton  Ca 95213

8  UNITED STATES BANKRUPTCY COURT
9  SOUTHERN DISTRICT OF NEW YORK
10  IN RE                          Case #09-50026(REG)
11  General Motors
12  IGNITION SWITCH Litigation
13  Darryl Dunsmure
14  Plaintiff
         v
16  General Motors etal
17  Defendants

18      Affidavit in Support
19  of Motion for Judicial
20  Notice, Contempt in-
        effective assistance
21  Request for Relief

22     I Darryl Dunsmure state and Declare
23  I am a plaintiff involved in to above
24  titled actions That I have contacted all
25  Counsel ordered by the Court To represent
26  This plaintiff concerning The four Threshold
27  issues and Selected all Counsel To Represent

                                    1 of 2

Daryl Dunsmore
ADG237 C3A 150
Box 32200
Stockton Ca 95213

RECEIVED
DEC 11 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

General Motors

Case# 09-50026 REG

IGNITION SWITCH Litigation

Daryl Dunsmore

Plaintiff

v

General Motors Etal

Defendants

Table of Content
and Authorities
in support of Motion
for Judicial Notice
contempt in effective
Assistence Request for
Relief

IN RE Misera (1985) 38 C3d
543 213 CR 569 — — — — — 2
People V Moses (1996) 43 CA4th 462
468 50 CR2d 89 — — — — — 2

1 of 2

Per order of This court Exhibit A
and That only one Counsel has Contacted
Me That being William P Weintraub and
That he fraudulently represented himself
Concerning his involvement in This case
and his representation of This plaintiff
and refused This order To represent this
plaintiff Concerning The four Threshold
issues in contempt of This Court and
oTher Counsel have not responded as well
Concerning representation ordered by This
Court
   That These actions are violating plaintiffs
Constitutional Due process rights

I Declare under penalty of perjury is true
under The Laws of The State of California
                              12/1/15    D.AO-e
                                          2 of 2

Darryl Dunsmore
AD6237 CJA-50
Box 32200
Stockton Ca 95213

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE
General Motors                    Case# 09-50026 REG
IGNITION SWITCH Litigation
Darryl Dunsmore
Plaintiff
           v
General Motors Et al
Defendents

Motion for Judicial
Notice Contempt and
in effective assistance
Request for Relief

This Court ordered Counsel to
Represent This Plaintiff Concerning The
4 Threshold Issues   See! Exhibit A
Doc 13177   Page 11 sec(C)

                                            1 of 3

and for plaintiff To Select one or
More to do So
    Plaintiff promptly Selected all and
Notified them of such; plaintiff has
Recieved No Correspondence from
any except william P Weintraup, Who
first fraudulently represented himself
to Me Claiming he had No involvement
in Said Case  Exhibit B    on oct
22 2015
    Despite stating he would not be
responding again with Correspondence
I Recieved Correspondence from
william P Weintraup on Nov 17
2015  who in plaintiffs opinion is
in Contempt of This Courts order
Exhibit A  To represent This plaintiff
after having been Contacted by My
Self and order of The Court Denying
This plaintiff his Due process rights
Concerning The issues

    This Counsel Claims That in his
Correspondence That his representation is
The representation of The other (3) Co-lead
Counsel  Exhibit C


                                    2 of 3

IN fact stating he is n effectively
Representing not only this plaintiff but
all plaintiffs because he representing
Counsel and Not Plaintiff or plaintiff
and Directly states he refuses to
represent this plaintiff Concerning The
four Threshold issues as ordered by
This Court

## Conclusion

This Counsel or all Counsel Should
be directly ordered to again "Concerning"
representation of This plaintiff and his
issues Concerning the four Theshold
issues and afford This plaintiff his
rights To appropriate representation of
his unique Claims Concerning The
four Threshold issues and any and all
other relief available including finding
all Counsel n Contempt of This Courts
orders

I Declare under penalty of perjury is
True under The Laws of The state of California

12/1/15  DJD—

3 of 3

```
1   Daryl Dunsmore
2   AD6237 C7A 150
3   Box 32200
4   Stockton Ca 95213
5
6
7
8   UNITED STATES BANKRUPTCY COURT
9   SOUTHERN DISTRICT OF NEW YORK
10  IN RE                          Case 09-50026 (REG)
11  General Motors
12  IGNITION Switch Litigation
13  Daryl Dunsmore
14  Plaintiff
15           v
16  General Motor etal
17  Defendents
18                 Memorandum of Points
19                 and Authorities in
20                 support of Motion for
21                 Judicial Notice Contempt
22                 neffective assistence
23                 Request for Relief
24       Disobedience of a Court order Maybe
25  punished as a contempt only if the order
26  meets several prerequisites. The order Must
27  be valid and with in The Courts power
28                                 1 of 2
```

1   Motion — — — — — — 3 pages
2   Memorandum — — — — — 2 pages
3   Affidavit — — — — — — 2 pages

4
5                    Lodgements
6   Exhibit A
7   Court order — — — — — — 1 page
8   Exhibit B
9   Correspondence Oct 22 2015 — — — 5 pages
10  Exhibit C
11  Correspondence Nov 17 2015 — — — 1 page

20  I Declare under penalty of perjury These
21  Lodgements are true under penalty of perjury
22  under The laws of The State of California

26                    12/1/15        DTD —

28                                         2 of 2

to enter in re Miserev (1985) 38 C3d
543 213 CR 569 the terms of the order
Must be specific and Narrowly Drawn
and Must be set by the Court its
Self People V Moses (1996) 43 CA4Th 462
468 50 CR2d 89

Here the Court Gave an order That
This plaintiff would be represented by
Selected Counsel Exhibit A and That
Plaintiff Could Select one or all
Counsel to represent him Concerning the
four threshold issues

This plaintiff has Selected all and
only one has responded and has done
So with fraudulent misrepresentation and
refusal of the order resulting in ineffective
assistance and Clear Violation of This
plaintiffs Due process rights both in
this Court his Civil Complaint and
his writ of habeas on wrongful Conviction
in which Said exculpatory evidence
Connected with This case must occur

I Declare under the penalty of perjury
is true under the Laws of the State of
California                12/1/15  DtDe   2of2



Judgment, including without limitation, the provisions of paragraph 13 of the Judgment."

(c)     If a counsel for a Non-Ignition Switch Pre-Closing Accident Plaintiff or Non-Ignition Switch Plaintiff listed on Exhibit "D" believes that, notwithstanding the Decision and this Judgment, it has a good faith basis to maintain that its lawsuit, or certain claims or causes of action contained therein, against New GM should not be dismissed or stricken, it shall file a pleading with this Court within 17 business days of this Judgment ("**No Dismissal Pleading**"). Such No Dismissal Pleading may request, as part of any good faith basis to maintain a lawsuit (or certain claims or causes of action contained therein) against New GM, (i) an opportunity to select one or more designated counsel from among the affected parties to address the Four Threshold Issues with respect to particular defects in the vehicles involved in the accidents or incidents that form the basis for the subject claims, and (ii) the establishment of appropriate procedures (including a briefing schedule and discovery, if appropriate) with respect thereto. If a No Dismissal Pleading is timely filed, New GM shall have 17 business days to respond to such pleading. The Court will schedule a hearing thereon if it believes one is necessary.

(d)     If counsel for a Non-Ignition Switch Pre-Closing Accident Plaintiff or a Non-Ignition Switch Plaintiff believes that, notwithstanding the Decision and this Judgment, it has a good faith basis to believe that any of the GUC Trust Assets may be used to satisfy late proofs of claim filed by them that may ultimately be allowed by the Bankruptcy Court, it shall file a pleading with this Court within 17 business days of this Judgment ("**GUC Trust Asset Pleading**"). The GUC Trust Asset Pleading shall not reargue issues that were already decided by the Decision and Judgment. If a GUC Trust Asset Pleading is timely filed, the GUC Trust,

during the proceedings regarding the Four Threshold Issues and any other parties who had notice of the proceedings regarding the Four Threshold Issues and the opportunity to be heard in them—including, for the avoidance of doubt, the plaintiffs in the *Bledsoe*, *Elliott* and *Sesay* lawsuits listed on Exhibit "C." They shall also apply to any other plaintiffs in these proceedings (including, without limitation, the Non-Ignition Switch Pre-Closing Accident Plaintiffs and Non-Ignition Switch Plaintiffs identified on Exhibit "D" attached hereto), subject to any objection ("**Objection Pleading**") submitted by any such party within 17 business days of the entry of this Judgment. New GM shall file a response to any such Objection Pleading within 17 business days of service. The Court will schedule a hearing thereon if it believes one is necessary. To the extent an issue shall arise in the future as to whether (i) the Non-Ignition Switch Pre-Closing Accident Plaintiffs and Non-Ignition Switch Plaintiffs were known or unknown creditors of the Debtors, (ii) the doctrine of equitable mootness bars the use of any GUC Trust Assets to satisfy late-filed claims of the Non-Ignition Switch Pre-Closing Accident Plaintiffs and Non-Ignition Switch Plaintiffs, or (iii) the Non-Ignition Switch Pre-Closing Accident Plaintiffs or Non-Ignition Switch Plaintiffs were otherwise bound by the provisions of the Sale Order, the Non-Ignition Switch Pre-Closing Accident Plaintiffs or Non-Ignition Switch Plaintiffs shall be required to first seek resolution of such issues from this Court before proceeding any further against New GM and/or the GUC Trust.

      (b)    Within two (2) business days of the entry of this Judgment, New GM shall serve a copy of this Judgment on counsel for the Non-Ignition Switch Pre-Closing Accident Plaintiffs or Non-Ignition Switch Plaintiffs identified on Exhibit "D", by e-mail, facsimile, overnight mail or, if none of the foregoing are available, regular mail, with a cover note that states: "The attachment is the Judgment entered by the Bankruptcy Court. Please review the

# GOODWIN | PROCTER

William P Weintraub
212.813.8839
WWeintraub@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

October 22, 2015

Darryl Dunsmore
AD6237 C-3A-115
California Health Care Facility
P.O. Box 32200
Stockton, CA 95213

Dear Mr. Dunsmore:

I am in receipt of your letter dated October 15, 2015. Contrary to the statement in your letter, I have not received any previous correspondence from you. Your request for discovery is not in a proper form, and I am not a party to any pending litigation concerning General Motors. Requests for discovery should be addressed to parties. I suggest you contact General Motors directly and assert your discovery request in a proper form.

For the sake of good order, please be advised that I will not be responding to future correspondence.

Very truly yours,

William P Weintraub

WPW:ac

ACTIVE/84044411.1

William Weintruab, Goodwin, Procter LLP
620 Eighth Ave
New York, NY 10018

Darryl Dunsmore
AD6237 C-3A-115
Calif. Health Care Facility
P.O. Box 32200
Stockton, CA 95213

I, Lula Renteria, am sending this letter to you at the direction of my son, Darryl Dunsmore, for whom I have Power of Attorney.

According to the Demand and Notification letter that he received with attachment Exhibit A, Document 13177, page2, Paragraph C, under the No Dismissal Pleading, he is intitled to select one or more disnignated council concerning the 4 threshold issues. He is selecting you and all council and is expecting immediate response by mail. This is part of the court order.

Due to incarceration because of the accident in which his GMC vehicle mal-functioned and being in Administrative Segration at the time of the bankruptcy & sale of GMC he was unable to file a claim and was deprived of Due Process. His address is at the top of the page.

Thank you,
Lula Renteria        9/22/2015

P.S. This is a follow up to my call on 9/21/2015 in which you referred me to Robert Hillard.

Edward Weisfelner& Brown,Rudnick LLP
7 Times Sq. #47
New York, NY 10036

Darryl Dunsmore
AD6237 C-3A-115
Calif. Health Care Facility
P.O. Box 32200
Stockton, CA 95213

I, Lula Renteria, am sending this letter to you at the direction of my son, Darryl Dunsmore, for whom I have Power of Attorney.

According to the Demand and Notification letter that he received with attachment Exhibit A, Document 13177, page2, Paragraph C, under the No Dismissal Pleading, he is intitled to select one or more disnignated council concerning the 4 threshold issues. He is selecting you and all council and is expecting immediate response by mail. This is part of the court order.

Due to incarceration because of the accident in which his GMC vehicle mal-functioned and being in Administrative Segration at the time of the bankruptcy & sale of GMC he was unable to file a claim and was deprived of Due Process. His address is at the top of the page.

Thank you,
Lula Renteria        9/22/2015

P. S.  This is a follow up to my conversation with you on Monday 9/21/2015 in which you referred me to William Weintruab.

Robert Hillard
719 S Shoreline Blvd. #500
Corpus Christi, TX 78401

Darryl Dunsmore
AD6237 C-3A-115
Calif. Health Care Facility
P.O. Box 32200
Stockton, CA 95213

I, Lula Renteria, am sending this letter to you at the direction of my son, Darryl Dunsmore, for whom I have Power of Attorney.

According to the Demand and Notification letter that he received with attachment Exhibit A, Document 13177, page2, Paragraph C, under the No Dismissal Pleading, he is intitled to select one or more disnignated council concerning the 4 threshold issues. He is selecting you and all council and is expecting immediate response by mail. This is part of the court order.

Due to incarceration because of the accident in which his GMC vehicle mal-functioned and being in Administrative Segration at the time of the bankruptcy & sale of GMC he was unable to file a claim and was deprived of Due Process. His address is at the top of the page.

Thank you,
Lula Renteria      9/22/2015

*Lula Renteria*

P. S.  This is a follow up to the voice mail I left on Monday, 9/21/15.

Attention: Scott Davidson
King & Spalding

My name is Lula Renteria and I am the widowed mother of Darryl Dunsmore. Because he is in prison
and very ill he can't respond immediatley. He is filing a motion for the extension of the filing of the
objections.  I am writing this for him because he is in prison and medicaly incapacitated. He was in a
terribnle car accident in front of my home, in which his car malfunctioned. He was blamed for the crash
and went to prison. He has already been there over 7 years.  This was a terrible miscarriage of justice.

Lula Renteria    9/19/2015

*Lula Renteria*

GOODWIN │ PROCTER

William P Weintraub
212.813.8839
WWeintraub@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523 1231

November 17, 2015

Lula Renteria
c/o Darryl Dunsmore
AD6237 C-3A-115
California Health Care Facility
P.O. Box 32200
Stockton, CA  95213

Dear Ms. Renteria:

I am receipt of your letter dated September 22, 2015 written on behalf of Darryl Dunsmore.

The procedure does not work in the manner suggested in your letter.  I decline to represent Mr. Dunsmore.  My engagement is limited to the representation of the three (3) Co-Lead lawyers in the Multi-District Litigation with respect to specific bankruptcy matters.

As I told Mr. Dunsmore in my letter responding to him, and as I will now tell you, I will not be responding to further correspondence from you.

Very truly yours,

William P Weintraub

WPW:ac

ACTIVE/84303252.1

PROOF OF SERVICE BY UNITED STATES MAIL
(Code of Civil Procedure Section 1015)
(28 U.S.C. Section 1746)

R E C E I V E D

DEC 11 2015

U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

I, David Richards declare, depose and say, the following statement is true
and correct under penalty of perjury according to the laws of the State of California based
on matters known to me personally to be true:

1) I am over the age of eighteen years, a resident and a state prisoner, of the State of
California with a present mailing address of:

Box 32200 Stockton Ca 95213

2) On this 1 day of Dec 20 15, I caused a true and correct copy
of the following specifically described, document(s);

Motion for Contemp Judicial Notice

at the prison to be placed in a sealed envelope(s), with first postage, having been
placed thereon, duly addressed to the interested person or persona described hereinafter,
and then deposited such envelopes(s) in the regular United States mail, or mail service made
availabe where I am detained, to the addressee(s):

King & Spalding
1185 Ave of the Americas
New York New York
10036-4003

William Weintraub
620 Eighth Ave
New York New York
10018

3) I declare that there has been regular U.S. mail pick-up by correctional officers at the
prison, and/or delivery service, at the places(s) where I posted the envelopes described
above, regular communication by mail between the place of mailing and the place so
addressed.

David Richards

Executed this 1 day of Dec, 20 15, under penalty of perjury
according to the laws of the State of California, at Los Angeles, County, City of Lancaster.

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 09-50026-reg
Motors Liquidation Company                                                Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: lnulty            Page 1 of 7              Date Rcvd: Dec 17, 2015
                              Form ID: pdf001         Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
unk           Darryl Dunsmore
                                                                      TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2015 at the address(es) listed below:
    ALEJANDRO ALERS, JR    on behalf of Interested Party    General Motors LLC alalersjr@att.net
    Abigail M. Stempson    on behalf of Interested Party    State of Nebraska, Attorney General's
     Office jalyn.wurm@nebraska.gov
    Adam J. Levitt,    on behalf of Plaintiff John  Morgenstein
     tbibby@gelaw.com;cnevers@gelaw.com;jtangren@gelaw.com
    Alan R. Brayton    on behalf of Attorney    Brayton Purcell LLP bankruptcy@braytonlaw.com
    Alexander H. Schmidt    on behalf of Interested Party    Inc. schmidt@whafh.com
    Andrea  Sheehan    on behalf of Creditor    Carrollton Farmers Branch Independent School  District
     sheehan@txschoollaw.com,  coston@txschoollaw.com
    Andrew C. Kassner    on behalf of Creditor    Automotive Component Carriers LLC
     andrew.kassner@dbr.com
    Andrew K. Glenn    on behalf of Defendant    BBT Fund LP aglenn@kasowitz.com,
     courtnotices@kasowitz.com
    Andrew P. Propps    on behalf of Interested Party    Wells Fargo Bank Northwest, N.A., as agent for
     the TPC Lenders apropps@sidley.com,  emcdonnell@sidley.com
    Angela  Ferrante    on behalf of Claims and Noticing Agent    GCG, LLC
     PACERTeam@gardencitygroup.com,  debra.wolther@gcginc.com
    Aric  Wu    on behalf of Trustee    Wilmington Trust Company awu@gibsondunn.com,
     GGillett@gibsondunn.com
    Arthur Jay Steinberg    on behalf of Interested Party    General Motors LLC asteinberg@kslaw.com,
     sdavidson@kslaw.com;jasher@kslaw.com
    Austin L. McMullen    on behalf of Creditor    Knowledge Learning Corporation amcmullen@babc.com
    Barbara J. Parker    on behalf of Defendant    City of Oakland Police & Fire Retirement System
     bparker@oaklandcityattorney.org,  jsmith@oaklandcityattorney.org
    Barbara S Mehlsack    on behalf of Creditor    International Union of Operating Engineers ("IUOE")
     and IUOE Locals 101, 18s, 832s bmehlsack@gkllaw.com
    Barry A. Weprin    on behalf of Plaintiff Donna M. Trusky bweprin@milberg.com
    Barry M. Kazan    on behalf of Creditor    Stanley Black & Decker, Inc.
     Barry.Kazan@ThompsonHine.com,  Docket@thompsonhine.com
    Barry M. Lasky    on behalf of Unknown    Atlas Technologies, Inc. BMLPC@aol.com
    Barry N. Seidel    on behalf of Plaintiff    Motors Liquidation Company GUC Trust
     seidelb@dicksteinshapiro.com,  nybankruptcydocketing@dicksteinshapiro.com
    Benjamin  Rosenblum    on behalf of Defendant    The Ad Hoc Group of Term Lenders
     brosenblum@jonesday.com
    Benjamin P. Deutsch    on behalf of Creditor    Ad Hoc Committee of Consumer Victims of General
     Motors bdeutsch@schnader.com
    Brendan M. Scott    on behalf of Defendant    Phoenix Edge SRS-Multi-Sector Fixed Income Series
     bscott@klestadt.com
    Bruce R. Zirinsky    on behalf of Defendant    DbX  Risk Arbitrage 1 Fund, Lyxor/Paulson
     International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners
     Enhanced, L.P., and Paulson Partners L.P. zirinskyb@gtlaw.com
    Bruce R. Zirinsky    on behalf of Defendant    Drawbridge DSO Securities LLC zirinskyb@gtlaw.com
    Bruce W. Hoover    on behalf of Interested Party    The Quaker Oats Company
     bhoover@goldbergsegalla.com,  jsymack@goldbergsegalla.com;rbraden@goldbergsegalla.com
    Carol A. Felicetta    on behalf of Creditor    Barnes Group Inc. cfelicetta@reidandriege.com

District/off: 0208-1          User: lnulty              Page 2 of 7                Date Rcvd: Dec 17, 2015
                             Form ID: pdf001            Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Carol E. Momjian   on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
 cmomjian@attorneygeneral.gov
Christopher K. Kiplok   on behalf of Unknown    Medianews Group, Inc. kiplok@hugheshubbard.com
Colin T Bowen   on behalf of Defendant    City of Oakland Police & Fire Retirement System
 cbowen@oaklandcityattorney.org
Cynthia Jordan Lowery   on behalf of Creditor    Hagemeyer, N.A. cynthialowery@mvalaw.com
Daniel Edelson   on behalf of Plaintiff Donna M. Trusky daniel.edelson@kattenlaw.com
Daniel J Hornal   on behalf of Unknown Celestine  Elliott daniel@taloslaw.com,
 peller@law.georgetown.edu
Daniel L. Keller   on behalf of Unknown    Keller, Fishback & Jackson LLP dkeller@kflegal.com
Daniel W. Linna, Jr.   on behalf of Interested Party    General Motors LLC dlinna@honigman.com
David Molton   on behalf of Unknown    The People of the State of California, acting by and
 through Orange County District Attorney Tony Rackauckas
 hsteel@brownrudnick.com;acarty@brownrudnick.com;MJackson@brownrudnick.com;acunningham@brownrudnic
 k.com
David A. Rosenzweig   on behalf of Attorney    Fulbright & Jaworski LLP
 david.rosenzweig@nortonrosefulbright.com,
 melinda@loevy.com;blake@loevy.com
David B. Owens   on behalf of Unknown Roger Dean Gillispie david@loevy.com,
 melinda@loevy.com;blake@loevy.com
David B. Wheeler   on behalf of Creditor    Hagemeyer, N.A. davidwheeler@mvalaw.com
David G. Aelvoet   on behalf of Creditor    Bexar County sanantonio.bankruptcy@publicans.com
David G. Ebert   on behalf of Unknown    Shepardson Stern & Kaminsky, LLC (SS&K)
 debert@ingrammllp.com, mtajika@ingrammllp.com
David Henry Hartheimer   on behalf of Interested Party    Clarcor, Inc.
 dhartheimer@wilkauslander.com
David J Cohen   on behalf of Unknown Karen  Bloom dcohen@kalbian.net, dcohenlaw@comcast.net
David N. Crapo   on behalf of Interested Party    J.D. Power and Associates dcrapo@gibbonslaw.com
David R. Berz   on behalf of Debtor    Motors Liquidation Company gregory.bailey@weil.com
David S. Jones   on behalf of Defendant    United States Department of Treasury
 david.jones6@usdoj.gov
Dawn R. Copley   on behalf of Creditor    Johnson Controls, Inc. dcopley@dickinsonwright.com,
 dnavin@dickinsonwright.com
Deborah L. Fish   on behalf of Creditor    Overhead Conveyor Company dfish@allardfishpc.com
Debra A. Kowich   on behalf of Creditor    Board of Regents of The University of Michigan
 dkowich@umich.edu
Denis Dice   on behalf of Defendant    DE-SEI Institutional Investment Trust - High Yield Bond
 Fund dcdice@mdwcg.com
Dennis J. Connolly   on behalf of Interested Party    Autoliv ASP, Inc. dconnolly@alston.com
Dennis J. Drebsky   on behalf of Unknown    Aspen Insurance UK Limited ddrebsky@nixonpeabody.com,
 nyc.managing.clerk@nixonpeabody.com;apabon@nixonpeabody.com;cfong@nixonpeabody.com
Dennis Jay Raterink   on behalf of Creditor    Michigan Funds Administration
 raterinkd@michigan.gov, bannisters@michigan.gov
Dianna Lyons   on behalf of Interested Party    Kazan McClain Asbestos Claimants
 dlyons@kazanlaw.com
Dominic J. Picca   on behalf of Unknown Dale  Earnhardt, Inc. dpicca@mintz.com,
 Docketing@mintz.com
Donald F. Baty, Jr.   on behalf of Debtor    Motors Liquidation Company dbaty@honigman.com
Douglas B. Rosner   on behalf of Creditor    767 Fifth Partners LLC drosner@goulstonstorrs.com
Douglas Gregory Blankinship   on behalf of Creditor Lisa  Phaneuf gblankinship@fbfglaw.com
Eamonn O'Hagan   on behalf of Attorney    Hilliard Munoz Gonzales LLP and Thomas J. Henry Injury
 Attorney eohagan@goodwinprocter.com
Edward Smith   on behalf of Creditor    Camino Real Chevrolet, Inc. easmith@venable.com,
 NYBankruptcyDocketing@venable.com
Edward A. Friedman   on behalf of Defendant    Aurelius Investment LLC efriedman@fklaw.com,
 vgarvey@fklaw.com;jshaw@fklaw.com
Edward F. Haber   on behalf of Defendant    Reams City of Montgomery Alabama Employees Retirement
 System ehaber@shulaw.com, filing@shulaw.com;mblauner@shulaw.com;pvallely@shulaw.com
Elihu Inselbuch   on behalf of Attorney    Caplin & Drysdale, Chartered eb@capdale.com
Elizabeth Austin   on behalf of Defendant    State of Connecticut ea@pullcom.com,
 jgrossarth@pullcom.com
Elizabeth Weller   on behalf of Creditor    Cameron County dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Elizabeth K. Flaagan   on behalf of Creditor    Oxbow Carbon & Minerals LLC
 elizabeth.flaagan@faegrebd.com, carol.wildt@faegrebd.com,brad.dempsey@faegrebd.com
Elliot Moskowitz   on behalf of Defendant    Arrowgrass Master Fund Ltd elliot.moskowitz@dpw.com,
 ecf.ct.papers@davispolk.com
Emil A. Kleinhaus   on behalf of Defendant    JPMorgan Chase Bank, N.A. eakleinhaus@wlrk.com,
 calert@wlrk.com
Eric Fisher   on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
 General Motors Corporation fishere@dicksteinshapiro.com,
 nybankruptcydocketing@dicksteinshapiro.com
Eric Fisher   on behalf of Plaintiff    Motors Liquidation Company Avoidance Action Trust
 fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
Eric A. Goldberg   on behalf of Unknown    Seneca Insurance Company, Inc. eg@kahngoldberg.com
Eric Alwin Boden   on behalf of Creditor    Ad Hoc Committee of Consumer Victims of General Motors
 tclancy@schnader.com
Eugene J. Chikowski   on behalf of Interested Party    American Express Travel Related Services
 Company, Inc. eugene.chikowski@flastergreenberg.com

District/off: 0208-1          User: lnulty          Page 3 of 7          Date Rcvd: Dec 17, 2015
                              Form ID: pdf001       Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Evan J. Zucker   on behalf of Plaintiff   Motors Liquidation Company Avoidance Action Trust
             zuckere@dicksteinshapiro.com,
             nybankruptcydocketing@dicksteinshapiro.com;oneila@dicksteinshapiro.com
          Frank McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
             ffm@bostonbusinesslaw.com
          Frank W. DiCastri   on behalf of Creditor   Webasto Roof Systems Inc. fdicastri@foley.com
          Frederick Perillo   on behalf of Creditor   International Ass'n of Machinists & Aerospace
             Workers (IAMAW) fp@previant.com
          Gary Peller   on behalf of Attorney Gary Peller peller@law.georgetown.edu
          Gary Ticoll   on behalf of Defendant   Drawbridge DSO Securities LLC ticollg@gtlaw.com
          Gary H. Leibowitz   on behalf of Defendant   Hewlett-Packard Company gleibowitz@coleschotz.com
          German Yusufov   on behalf of Creditor   PIMA COUNTY pcaocvbk@pcao.pima.com
          Gerrit M. Pronske   on behalf of Plaintiff Boyd   Bryant gpronske@pronskepatel.com
          Gordon J. Toering   on behalf of Defendant   Alticor Inc gtoering@wnj.com
          Gregory Oxford   on behalf of Counter-Claimant   General Motors Company goxford@icclawfirm.com
          Gregory K. Arenson   on behalf of Unknown Kimi L. Hurst garenson@kaplanfox.com
          Gregory W. Fox   on behalf of Attorney   Hilliard Munoz Gonzales LLP and Thomas J. Henry Injury
             Attorney gfox@goodwinprocter.com
          H. Slayton Dabney, Jr.   on behalf of Unknown Patrice   Witherspoon sdabney@kslaw.com,
             rtrowbridge@kslaw.com
          Hanh V. Huynh   on behalf of Transferee   Kayson 48 Corp. hhuynh@herrick.com,
             courtnotices@herrick.com
          Harold S. Novikoff   on behalf of Cross Defendant   JPMorgan Chase Bank, N.A. hsnovikoff@wlrk.com,
             calert@wlrk.com
          Harry A. Light   on behalf of Defendant   General Motors Corporation light@fec.net
          Harvey A. Strickon   on behalf of Unknown   Rolls-Royce plc and Rolls-Royce Corporation
             harveystrickon@paulhastings.com
          Harvey R. Miller   on behalf of Debtor   Motors Liquidation Company garrett.fail@weil.com
          Heather M. Crockett   on behalf of Defendant   State of Indiana Major Moves
             heather.crockett@atg.in.gov
          Henry A. Efroymson   on behalf of Creditor   Honeywell International Inc.
             henry.efroymson@icemiller.com
          J Eric Charlton   on behalf of Creditor   Autoport Limited echarlton@barclaydamon.com,
             rjones@barclaydamon.com
          J. Alex Kress   on behalf of Creditor   KONE, Inc. and KONE Elevators akress@becker.legal,
             jalexkress@gmail.com
          J. Casey Roy   on behalf of Interested Party   The State of Texas on Behalf of The Texas
             Department of Transportation, Motor Vehicle Division casey.roy@oag.state.tx.us
          Jacob F. Lamme   on behalf of Creditor   St. Regis Mohawk Tribe lamme@mltw.com
          James B. Helmer, Jr.   on behalf of Creditor Roger L Sanders jhelmer@fcalawfirm.com,
             wdiggs@fcalawfirm.com
          James Christopher Caldwell   on behalf of Creditor   Satterlund Supply Company
             ccaldwell@starkreagan.com
          James D. Newbold   on behalf of Interested Party   State of Illinois James.Newbold@illinois.gov
          James E. DeLine   on behalf of Creditor   AVL Americas, Inc. jed@krwlaw.com, pal@krwlaw.com
          James E. Hough   on behalf of Defendant   Citigroup Global Markets Inc. jhough@mofo.com
          James M. Martin   on behalf of Unknown Frank L. Pugh mmllaw@swbell.net
          James Michael Lawniczak   on behalf of Creditor   Carolina Forge Company jlawniczak@calfee.com
          Jan I. Berlage   on behalf of Creditor Harold Martin JBerlage@GHSLLP.com
          Jason A. Zweig   on behalf of Unknown   State of Arizona ex rel. Mark Brnovich, the Attorney
             General jzweig@kaplanfox.com
          Jayson B. Ruff   on behalf of Creditor   Swagelok Company jruff@mcdonaldhopkins.com
          Jeanette M. Gilbert   on behalf of Creditor   L.C. Jackson jgilbert@motleyrice.com
          Jeff Klusmeier   on behalf of Creditor   State of Missouri jeff.klusmeier@ago.mo.gov,
             Michelle.Hirschvogel@ago.mo.gov
          Jeffrey Rhodes   on behalf of Unknown   Motors Liquidation Company Avoidance Action Trust
             bankruptcy-jr@dsmo.com;canavan@dicksteinshapiro.com
          Jeffrey C. Wisler   on behalf of Unknown   Connecticut General Life Insurance Company and related
             CIGNA entities jwisler@connollygallagher.com
          Jeffrey J. Jones   on behalf of Defendant   General Motors LLC jjjones@jonesday.com
          Jeffrey S. Sabin   on behalf of Interested Party   Deutsche Bank AG JSSabin@Venable.com
          Jeffrey S. Stein   on behalf of Claims and Noticing Agent   Garden City Group, Inc
             PACERTeam@gardencitygroup.com,  michelle.murphy@gcginc.com
          Jeffrey S. Stein   on behalf of Claims and Noticing Agent   GCG, Inc
             PACERTeam@gardencitygroup.com,  michelle.murphy@gcginc.com
          Jeffrey T. Wegner   on behalf of Creditor   Kansas City Board of Public Utilities
             jeffrey.wegner@kutakrock.com,  marybeth.brukner@kutakrock.com
          Jennifer Lauren Saffer   on behalf of Creditor   TMI Custom Air Systems, Inc.
             jlsaffer@jlsaffer.com,  vjohnson@jlsaffer.com
          Jessica Fainman   on behalf of Unknown   Barclays Bank PLC jessica.fainman@barclayscapital.com
          Jill B. Bienstock   on behalf of Defendant   Hewlett-Packard Company jbienstock@coleschotz.com,
             fpisano@coleschotz.com
          Joan M Blackwell   on behalf of Defendant   State of Indiana Major Moves joan.blackwell@atg.in.gov
          Joel Wertman   on behalf of Defendant   DE-SEI Institutional Investment Trust - High Yield Bond
             Fund jmwertman@mdwcg.com
          John A. Simon   on behalf of Creditor   Cooper-Standard Automotive, Inc. jsimon@foley.com
          John F. Carberry   on behalf of Creditor   Emigrant Business Credit Corp. jcarberry@cl-law.com
          John F. Kostelnik   on behalf of Unknown   Avery Dennison jkostelnik@frantzward.com

District/off: 0208-1          User: lnulty              Page 4 of 7              Date Rcvd: Dec 17, 2015
                             Form ID: pdf001            Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John J. Privitera   on behalf of Creditor    St. Regis Mohawk Tribe privitera@mltw.com,
          hill@mltw.com;lamme@mltw.com
          John M. Callagy   on behalf of Defendant    J.P. Morgan Whitefriars Inc. jcallagy@kelleydrye.com
          John M. Callagy   on behalf of Defendant    JPMorgan Chase Bank, N.A. jcallagy@kelleydrye.com
          John P. Dillman   on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
          John T. Banks   on behalf of Unknown    Hidalgo County jbanks@ecf.inforuptcy.com, jbanks@pbfcm.com,
          John T. Gregg   on behalf of Creditor    Continental Tire North America, Inc. jgregg@btlaw.com
          Jonathan Bradley Alter   on behalf of Unknown    Travelers Casualty and Surety Company of America
          jonathan.alter@bingham.com
          Jonathan I. Rabinowitz   on behalf of Attorney Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com,
          ypalmeri@rltlawfirm.com
          Jonathan L. Flaxer   on behalf of Interested Party    ABC Flooring, Inc. jflaxer@golenbock.com,
          eneuman@golenbock.com;mweinstein@golenbock.com
          Joon P. Hong   on behalf of Attorney    Richards Kibbe & Orbe LLP joonhong@chapman.com
          Jordan E. Stern   on behalf of Defendant    Wells Cap Mgmt - 13923601 jstern@beckerglynn.com,
          saltreuter@beckerglynn.com;jxue@beckerglynn.com
          Joseph A. Dworetzky   on behalf of Plaintiff    NCR Corporation jad@hangley.com
          Joseph B. Koczko   on behalf of Unknown    Linden Development, LLC joseph.koczko@thompsonhine.com
          Joseph H. Lemkin   on behalf of Defendant    Alticor Inc jlemkin@stark-stark.com
          Joseph I. Smolinsky   on behalf of Defendant    Motors Liquidation Company
          Joseph.Smolinsky@weil.com,
          matthew.goren@weil.com;katherine.doorley@weil.com;mario.ventura@weil.com
          Joseph M. Cerra   on behalf of Creditor    Affiliated Computer Services of Spain SL
          jcerra@formanlaw.com
          Joseph N. Cordaro   on behalf of Unknown    United States Of America joseph.cordaro@usdoj.gov
          Joseph R. Sgroi   on behalf of Debtor    Motors Liquidation Company jsgroi@honigman.com
          Joshua Paul Davis   on behalf of Unknown Dori  Powledge josh@thejdfirm.com,
          maria@thejdfirm.com;kelly@thejdfirm.com
          Judy B. Calton   on behalf of Attorney    Honigman Miller Schwartz and Cohn LLP
          jcalton@honigman.com
          Julianne Cutruzzula Beil   on behalf of Unknown Carolyn  Rickard jbeil@cnlawfirm.net
          Justin S. Brooks   on behalf of Unknown    Grant & Eisenhofer P.A., Baron & Budd, P.C. and the
          Cooper Law Firm as counsel for certain class action cases jbrooks@gelaw.com
          Karon Y. Wright   on behalf of Creditor c/o Karon Y. Wright  Travis County
          karon.wright@co.travis.tx.us,  bkecf@co.travis.tx.us
          Kathleen H. Klaus   on behalf of Unknown    Mtech Associates, LLC khk@maddinhauser.com
          Ken Kansa   on behalf of Unknown    Wells Fargo Bank Northwest, N.A., as Agent to the TPC Lenders
          kkansa@sidley.com
          Kenneth Ziman   on behalf of Creditor    TPI Incorporated kziman@stblaw.com
          Kenneth C Anthony, Jr.   on behalf of Unknown Kenneth  Anthony kanthony@anthonylaw.com,
          janthony@anthonylaw.com
          Kevin Blaney   on behalf of Attorney Kevin  Blaney kblaney@kevinblaney.com,
          bmorehead@kevinblaney.com
          Kim Martin Lewis   on behalf of Interested Party    Convergys Corporation kim.lewis@dinslaw.com,
          john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kimberly Salomon   on behalf of Creditor Rose  Cole ksalomon@formanlaw.com
          Kirk L. Brett   on behalf of Defendant    Credit Suisse AG kbrett@dsllp.com
          Larry A. Levick   on behalf of Creditor    Affiliated Computer Services, Inc.
          levick@singerlevick.com,  croote@singerlevick.com;scotton@singerlevick.com
          Larry E. Parres   on behalf of Unknown    Leggett and Platt lparres@lewisrice.com
          Lauren Beslow   on behalf of Creditor    United Parcel Service, Inc. Lauren.Beslow@quarles.com
          Lawrence P. Eagel   on behalf of Unknown    County of Bastrop, et al. eagel@bragarwexler.com
          Leonora K. Baughman   on behalf of Creditor    City of Detroit ecf@kaalaw.com
          Leslie Levy   on behalf of Interested Party    State of Nebraska, Attorney General's Office
          leora.platte@nebraska.gov
          Lisa H. Rubin   on behalf of Trustee    Wilmington Trust Company lrubin@gibsondunn.com,
          MAO@gibsondunn.com
          Lorraine S. McGowen   on behalf of Defendant    Banca di Credito Cooperativo di Roma Societa
          Cooperativa lmcgowen@orrick.com,  dfelder@orrick.com
          Lynn M. Brimer   on behalf of Creditor    Pioneer Steel Corporation lbrimer@stroblpc.com
          Marc B. Merklin   on behalf of Creditor    FirstEnergy Corporation mmerklin@brouse.com
          Marc H. Edelson   on behalf of Plaintiff Donna M. Trusky medelson@edelson-law.com
          Marc N. Swanson   on behalf of Creditor    Kongsberg Automotive Holdings ASA
          swansonm@millercanfield.com
          Margreta  Morgulas,   on behalf of Creditor    West Covina Motors, Inc. mmorgulas@okinhollander.com
          Maria A. Bove   on behalf of Unknown    Certain Class Action Plaintiffs mbove@pszjlaw.com,
          dharris@pszjlaw.com;mbove@pszjlaw.com
          Maria Elena Douvas   on behalf of Defendant    Appaloosa Investment Limited Partnership I
          mariadouvas@paulhastings.com
          Marianne Goldstein Robbins   on behalf of Creditor    International Ass'n of Machinists &
          Aerospace Workers (IAMAW) MGR@PREVIANT.COM,  MGR@PREVIANT.COM;EM@PREVIANT.COM
          Maricel E.V. Skiles   on behalf of Defendant    State of Indiana Major Moves
          maricel.skiles@atg.in.gov,  Heather.Crockett@atg.in.gov;Stephanie.Patrick@atg.in.gov
          Mark Schlachet   on behalf of Plaintiff Alante  Carpenter individually and on behalf of all
          others similarly situated mschlachet@gmail.com
          Mark E. McKane   on behalf of Plaintiff    New United Motors Manufacturing, Inc.
          mmckane@kirkland.com,  beth.friedman@kirkland.com;sarah.farley@kirkland.com
          Mark L. Brown   on behalf of Counter-Defendant    LakinChapman LLC markb@slchapman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Mark P. Robinson, Jr.   on behalf of Unknown   The People of the State of California, acting by
        and through Orange County District Attorney Tony Rackauckas mrobinson@rcrlaw.net,
        beachlawyer51@hotmail.com

      Mark Russell Owens   on behalf of Creditor   Hirata Corporation of America mowens@btlaw.com,
        mowens@btlaw.com;bankruptcyindy@btlaw.com

      Mark S. Frankel   on behalf of Creditor   Commercial Contracting Corporation mfrankel@couzens.com

      Mark T. Power   on behalf of Defendant   Bechtel Trust & Thrift Plan MPower@HahnHessen.com,
        jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;sthompson@hahnhessen.com;
        aladd@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com

      Marshall C. Turner   on behalf of Creditor   Newport Television marshall.turner@husch.com

      Martin Krolewski   on behalf of Defendant   JPMorgan Chase Bank, N.A. mkrolewski@kelleydrye.com,
        docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

      Martin James Weis   on behalf of Creditor   Medco Health Solutions, Inc. weismj@dilworthlaw.com

      Marvin E. Clements, Jr.   on behalf of Creditor   Tennessee Board of Regents-Columbia State
        Community College agbanknewyork@ag.tn.gov

      Mary Kay Shaver   on behalf of Creditor   ADAC Plastics, Inc. mkshaver@varnumlaw.com

      Matthew  Williams   on behalf of Unknown   Motors Liquidation Company GUC Trust
        mjwilliams@gibsondunn.com,
        sweiner@gibsondunn.com;akeats@gibsondunn.com;amoskowitz@gibsondunn.com;DFeldman@gibsondunn.com

      Matthew A Macdonald   on behalf of Unknown   Northern Trust Investments, Inc., as Named Fiduciary
        to the Central States, Southeast, and Southwest Areas Pension Fund matthew.macdonald@mto.com,
        gigi.ruegsegger@mto.com

      Matthew A. Hamermesh   on behalf of Creditor   NCR Corporation mhamermesh@hangley.com

      Matthew E. Wright   on behalf of Unknown Dolly  Walton mwright@hmdlaw1.com, tscott@hmdlaw1.com

      Matthew F. Kye   on behalf of Creditor   Heard Robins Cloud & Black LLP mkye@magnozzikye.com

      Matthew J. Riopelle   on behalf of Plaintiff   Toyota Motor Corporation mriopelle@foley.com

      Matthew K. Beatman   on behalf of Unknown   Westfalia-Automotive GMBH mbeatman@zeislaw.com

      Maureen F. Leary   on behalf of Unknown   New York State Department of Environmental Conservation
        maureen.leary@oag.state.ny.us

      Melissa Z. Neier   on behalf of Interested Party   Sonic Automotive, Inc. mneier@ibolaw.com

      Michael A. Maricco   on behalf of Creditor   Pension Benefit Guaranty Corporation efile@pbgc.gov

      Michael A. Nedelman   on behalf of Creditor   Crown Enterprises Inc. mnedelman@nglegal.com

      Michael C. Lambert   on behalf of Creditor   Compania Sud Americana de Vapores S.A.
        mclambert@lawpost-nyc.com

      Michael E. Norton   on behalf of Creditor   SSDC Services Corp. mnorton@nortonlawassociates.com

      Michael G. Cruse   on behalf of Creditor   Auma S.A. de C.V. mcruse@wnj.com, hziegler@wnj.com

      Michael J. Pendell   on behalf of Unknown   Plaintiffs mpendell@motleyrice.com

      Michael James Edelman   on behalf of Creditor   Export Development Canada
        mjedelman@vedderprice.com,  ecfnydocket@vedderprice.com

      Michael K. Cross   on behalf of Defendant   Green Hunt Wedlake, Inc., as trustee for General
        Motors Nova Scotia Finance Company mcross@akingump.com

      Michael M. Krauss   on behalf of Defendant   Indiana University michael.krauss@faegrebd.com

      Michael R. Enright   on behalf of Creditor   Carrier Corporation menright@rc.com

      Michael R. Wernette   on behalf of Attorney   CIE Celaya, S.A. de C.V.
        mwernette@schaferandweiner.com

      Michael S. Davis   on behalf of Unknown   American International Specialty Lines Insurance Co.
        and other entities related to Chartis, Inc. mdavis@zeklaw.com,
        mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillamour@zeklaw.com

      Michael S. Etkin   on behalf of Interested Party   Plaintiff and Putative Class re: Peggy Sue
        Jones, et al. v. General Motors, LLC and Larry Darby, et al. v. General Motors, LLC and Delphi
        Automotive PLLC metkin@lowenstein.com,  mseymour@lowenstein.com

      Michael S. Holmes   on behalf of Creditor   River Oaks L-M, Inc. dba Westpoint mshpclaw@gmail.com,
        mshatty@yahoo.com

      Michael T. Conway   on behalf of Creditor   Detroit Diesel Corporation
        michael.conway@leclairryan.com

      Michele  Angell   on behalf of Unknown   Ad Hoc Group of Term Lenders mangell@kasowitz.com,
        courtnotices@kasowitz.com

      Michelle  Goldis   on behalf of Unknown   Lowe's Companies, Inc. michelle.goldis@wilmerhale.com

      Michelle T. Sutter   on behalf of Creditor   Ohio Attorney General msutter@ag.state.oh.us

      N. Kathleen Strickland   on behalf of Creditor   Remy International, Inc. kstrickland@rmkb.com

      Nan E. Joesten   on behalf of Interested Party   General Motors Retiree Association
        njoesten@fbm.com

      Neil Andrew Goteiner   on behalf of Interested Party   General Motors Retiree Association
        ngoteiner@fbm.com,  calendar@fbm.com;karentsen@fbm.com

      Nicholas Heath Wooten   on behalf of Unknown Dianne  Ashworth nick@nickwooten.com,
        notices@nickwooten.com;linnea@nickwooten.com

      Oren  Giskan   on behalf of Plaintiff Rodolfo Fidel Mendoza ogiskan@gslawny.com

      Oscar B. Fears, III   on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov

      Oscar N. Pinkas   on behalf of Defendant   Canadian Imperial Bank of Commerce
        oscar.pinkas@dentons.com

      Otis  McGee, Jr.   on behalf of Defendant   City of Oakland Police & Fire Retirement System
        omcgeejr@oaklandcityattorney.org

      P. Warren Hunt   on behalf of Creditor   AVL Americas, Inc. pwh@krwlaw.com

      Patrick E. Mears   on behalf of Creditor   M-Heat Investors, LLC patrick.mears@btlaw.com

      Patrick G. Warner   on behalf of Plaintiff John  Morgenstein pgwarn@climacolaw.com

      Patrick J. Orr   on behalf of Unknown   MLC Asbestos PI Trust
        tklestadt@klestadt.com;kgarofalo@klestadt.com

      Patrick J. Trostle   on behalf of Debtor   Motors Liquidation Company ptrostle@jenner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Paul H. Silverman   on behalf of Creditor    Class of Saturn Consumers PSilverman@mclaughlinstern.com
Paul J. Pascuzzi   on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
Paul J. Ricotta   on behalf of Creditor    Hitachi Automotive Products (USA), Inc. pricotta@mintz.com, docketing@mintz.com
Peter D'Apice   on behalf of Unknown    Grant & Eisenhofer P.A., Baron & Budd, P.C. and the Cooper Law Firm as counsel for certain class action cases dapice@sbep-law.com
Peter D'Apice   on behalf of Creditor    Ad Hoc Committee of Asbestos Personal Injury Claimants dapice@sbep-law.com
Peter Gregory Schwed   on behalf of Unknown    Deloitte Tax LLP gschwed@loeb.com, tcummins@loeb.com
Peter S. Partee   on behalf of Interested Party    DTE Pontiac North, LLC ppartee@hunton.com
Phillip W. Bohl   on behalf of Creditor    Willette Acquisition Corp., a/k/a Digital Technologies and Allied Vaughn phillip.bohl@gpmlaw.com
R. Christopher Cataldo   on behalf of Plaintiff    MCM Management Corp. ccataldo@jaffelaw.com
R. Hugh Stephens   on behalf of Creditor    Stephens & Stephens, LLP hstephens@stephensstephens.com
Renee M. Dailey   on behalf of Creditor    Georg Fischer Automotive AG renee.dailey@klgates.com
Richard David Lane   on behalf of Defendant    DE-SEI Institutional Investment Trust - High Yield Bond Fund rdlane@mdwcg.com
Richard E. Kruger   on behalf of Creditor    BMW Group rkruger@jaffelaw.com
Richard L. Epling   on behalf of Creditor    Financial Engines Advisors L.L.C. richard.epling@pillsburylaw.com
Richard L. Ferrell   on behalf of Creditor    EnovaPremier of Michigan LLC Ferrell@taftlaw.com
Richardo I. Kilpatrick   on behalf of Creditor    City of Detroit ecf@kaalaw.com
Robert Honeywell   on behalf of Defendant    Ivy Fund Inc.-High Income Fund robert.honeywell@klgates.com, brian.koosed@klgates.com
Robert Sidorsky   on behalf of Creditor    A Raymond, Inc. sidorsky@butzel.com
Robert B. Weiss   on behalf of Debtor    Motors Liquidation Company rweiss@honigman.com
Robert D. Gordon   on behalf of Creditor    ATS Automation Tooling Systems, Inc. rgordon@clarkhill.com
Robert D. Wolford   on behalf of Creditor    Benteler Automotive Corp. ecfwolfordrdmillerjohnson.com
Robert H. Brownlee   on behalf of Creditor c/o Robert Brownlee  Maritz Holdings Inc. rbrownlee@thompsoncoburn.com
Robert L. LeHane   on behalf of Creditor    LBA Realty Fund III  Company IX, LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Robert T. Schmidt   on behalf of Plaintiff    Official Committee of Unsecured Creditors of Motors Liquidation Company, et al. andrea-chouprouta-1684@ecf.pacerpro.com
Robert W. Phillips   on behalf of Interested Party    Certain Mesothelioma Claimants rphillips@simmonscooper.com
Roland Hwang   on behalf of Unknown    Michigan Department of Energy, Labor & Economic Growth, Unemployment Insurance Agency hwangr@michigan.gov
Ronald Jay Smolow   on behalf of Plaintiff Donna M. Trusky ron@smolow.com, pat@smolow.com
Ronald S. Pretekin   on behalf of Creditor    Harco Manufacturing Group LLC piatt@coollaw.com
Russell Carl Babcock   on behalf of Unknown    The Estate of Kathleen Pillars, Deceased russellbabcock@aol.com, marylynnmcphail@yahoo.com
Ryan D. Heilman   on behalf of Attorney    BASF Corporation rheilman@schaferandweiner.com
S. Alyssa Young   on behalf of Plaintiff Barbara  Allen ayoung@leaderberkon.com
Sarah L. Prutzman   on behalf of Defendant    Citigroup Global Markets Inc. slp4@mofo.com, docketny@mofo.com
Sarah M. Chen   on behalf of Unknown    Praxair Distribution Inc. schen@lockelord.com, docket@lockelord.com
Sarah Sandok Rabinovici   on behalf of Creditor    SKF USA Inc. rabinovicis@pepperlaw.com
Scott A. Golden   on behalf of Interested Party    News America Incorporated sagolden@hhlaw.com
Scott I. Davidson   on behalf of Defendant    General Motors Co. sdavidson@kslaw.com
Scott I. Davidson   on behalf of Interested Party    General Motors LLC sdavidson@kslaw.com
Scott J. Freedman   on behalf of Attorney    Dilworth Paxson LLP sfreedman@dilworthlaw.com
Scott L. Esbin   on behalf of Transferee    Pandora Select Partners, LP bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Scott N. Brown, Jr.   on behalf of Creditor    Hamilton County Trustee snb@smrw.com
Sean E. O'Donnell   on behalf of Defendant    Green Hunt Wedlake, Inc., as trustee for General Motors Nova Scotia Finance Company sodonnell@akingump.com, nymco@akingump.com;sspector@akingump.com
Sean E. O'Donnell   on behalf of Unknown    Green Hunt Wedlake, Inc., Trustee sodonnell@akingump.com, nymco@akingump.com;sspector@akingump.com
Selia M Warren   on behalf of Defendant    City of Oakland Police & Fire Retirement System swarren@oaklandcityattorney.org
Serge Ambroise   on behalf of Plaintiff    AFL-CIO sambroise@kjmlabor.com
Sharon L. Stolte   on behalf of Creditor    Haldex Credit Services Corp. sharon.stolte@stinsonleonard.com
Shaya M. Berger   on behalf of Unknown    Motors Liquidation Company GUC Trust bergers@dicksteinshapiro.com
Stanley B. Tarr   on behalf of Interested Party    Cellco Partnership d/b/a Verizon Wireless on behalf of itself and its controlled affiliates tarr@blankrome.com
Stanley B. Tarr   on behalf of Defendant    PNC Bank, National Association tarr@blankrome.com
Stephen M. Gross   on behalf of Attorney    McDonald Hopkins PLC sgross@mcdonaldhopkins.com
Stephen S. LaPlante   on behalf of Interested Party    Ford Motor Company laplante@millercanfield.com

District/off: 0208-1          User: lnulty          Page 7 of 7          Date Rcvd: Dec 17, 2015
                             Form ID: pdf001        Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Steve  Berman   on behalf of Unknown   Ignition Switch Plaintiffs steve@hbsslaw.com,
            heatherw@hbsslaw.com,carrie@hbsslaw.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue sdnyecf@dor.mo.gov
          Steven B. Eichel   on behalf of Defendant   Intesa Sanpaolo Private Banking SPA
            seichel@crowell.com
          Steven B. Eichel   on behalf of Creditor   Winkelmann Sp. z.o.o. se@robinsonbrog.com
          Steven B. Flancher   on behalf of Interested Party   Michael A. Cox Attorney General for the
            State of Michigan flanchers@michigan.gov
          Steven B. Soll   on behalf of Unknown   Certain Class Action Plaintiffs ssoll@oshr.com,
            awilliams@oshr.com;asilverstein@otterbourg.com;swells@otterbourg.com
          Steven Harris Blatt   on behalf of Unknown   Mount Kisco Chevrolet Cadillac Hummer, Inc.
            sblatt@dealerlaw.com
          Steven J. Reisman   on behalf of Defendant   DbX  Risk Arbitrage 1 Fund, Lyxor/Paulson
            International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners
            Enhanced, L.P., and Paulson Partners L.P. sreisman@curtis.com,
            cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com
          Steven J. Reisman   on behalf of Defendant   DbX - Risk Arbitrage 1 Fund, HFR MA Strategic Master
            Trust, Institutional Benchmarks Series (Master Feeder) Ltd., Lyxor/Paulson International Fund
            Limited, Paulson Enhanced Ltd., et al. sreisman@curtis.com,
            cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com
          Steven M. Bierman   on behalf of Unknown   WELLS FARGO BANK, N.A. sbierman@sidley.com,
            emalin@sidley.com;emcdonnell@sidley.com
          Steven R. Montgomery   on behalf of Creditor   J.B. Hunt Transport Services, Inc.
            smontgomery@rawle.com
          Stewart D Aaron   on behalf of Defendant   Kynikos Opportunity Fund II LP
            stewart.aaron@aporter.com
          Stuart A. Krause   on behalf of Interested Party   Toyota Tsusho America, Inc. skrause@zeklaw.com
          Susan  Jennik   on behalf of Plaintiff   AFL-CIO sjennik@kjmlabor.com,
            smiller@kjmlabor.com;dpaul@kjmlabor.com
          Susan M. Cook   on behalf of Creditor   Knight Facilities Management, Inc. smcook@lambertleser.com
          Susan R. Katzoff   on behalf of Creditor   Niagara Mohawk Power Corporation, d/b/a National Grid
            skatzoff@barclaydamon.com, lmcrobbie@barclaydamon.com
          Thomas B. Radom   on behalf of Creditor   Gates de Mexico SA de CV radom@butzel.com
          Thomas E. Coughlin   on behalf of Creditor   MCM Management Corp. tcoughlin@jaffelaw.com
          Thomas J. Schank   on behalf of Creditor   John N. Graham, Trustee for the Bankruptcy Estate of
            High Tech Packaging, Inc. tomschank@hunterschank.com
          Thomas M. Kennedy   on behalf of Plaintiff   AFL-CIO tkennedy@kjmlabor.com,
            sjennik@kjmlabor.com;sambroise@kjmlabor.com
          Thomas P. Sarb   on behalf of Creditor   Benteler Automotive Corp. ecfsarbt@millerjohnson.com
          Thomas W. Schouten   on behalf of Creditor   Ridgeview Industries, Inc. tschouten@dunnslaw.com
          Todd S Garber   on behalf of Creditor Lisa  Phaneuf tgarber@fbfglaw.com
          Tonya A. Trumm   on behalf of Creditor   Jefferson Wells International, Inc.
            tatrumm@michaelbest.com, safonte@michaelbest.com
          Trent P. Cornell   on behalf of Interested Party   General Motors National Retiree Association,
            Over The Hill Car People, LLC tcornell@pedersenhoupt.com
          Victor J. Mastromarco, Jr.   on behalf of Unknown Gerald  Haynor vmastromar@aol.com
          Victor J. Mastromarco, Jr.   on behalf of Creditor   Pillars, Estate of Kathleen Pillars,
            Deceased vmastromar@aol.com
          Victoria D. Garry   on behalf of Creditor   Ohio Attorney General vgarry@ag.state.oh.us
          Wendy S. Walker   on behalf of Creditor   A.P. Moller-Maersk A/S wwalker@morganlewis.com
          Whitney L. Mosby   on behalf of Defendant   Manual Transmissions of Muncie, LLC
            wmosby@binghammchale.com
          William P Lalor   on behalf of Defendant   Continental Casualty Company william.lalor@cna.com
          William P. Weintraub   on behalf of Attorney   Hilliard Munoz Gonzales LLP and Thomas J. Henry
            Injury Attorney wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
          Yolanda M. Humphrey   on behalf of Creditor   Tomball Independent School District
            houbank@pbfcm.com, tpope@pbfcm.com
          c/o Robert Brownlee   Maritz Holdings Inc.   rbrownlee@thompsoncoburn.com
                                                                              TOTAL: 308