Gary Peller
600 New Jersey Avenue, N.W.
Washington, DC 20001
(202) 662-9122
peller@law.georgetown.edu

*Counsel for Sharon Bledsoe,*
*Celestine Elliott, Lawrence Elliott,*
*Tina Farmer, Momoh Kanu, Tynesia Mitchell,*
*Dierra Thomas, and James Tibbs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., ) | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., et al., ) | |
| ) | |
| Debtors. ) | (Jointly Administered) |

## JOINT NOTICE OF APPEAL

Sharon Bledsoe, Celestine Elliott, Lawrence Elliott, Tina Farmer, Momoh Kanu, Tynesia Mitchell, Dierra Thomas, James Tibbs, and Ishmail Sesay, Plaintiffs in lawsuits[1] consolidated in *In re General Motors LLC Ignition Switch Litigation*, 14-md-2543 (JMF), hereby appeal pursuant to 28 U.S.C. § 158(a) and Rule 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Judgment*, dated December 4, 2015 (ECF No. 13563) (the "**Judgment**") and *Decision on Imputation, Punitive Damages, and Other No-Strike and No- Dismissal Pleadings Issues*, dated November 9, 2015 (ECF No. 13533) (the "**Decision**"). A copy of the Judgment is annexed hereto as **Exhibit A** and a copy of the Decision is annexed hereto as **Exhibit B**.

---

[1] Mss. Bledsoe, Elliott, Framer, Mitchell, and Thomas and Messrs. Elliott and Tibbs.are Plaintiffs in *Bledsoe et al. v. General Motors* LLC, 14-cv-07631 (JMF); Mr. Sesay is a Plaintiff in *Sesay et al. v. General Motors* LLC, 14-cv-0618 (JMF); Celestine Elliott and Lawrence Elliott are also Plaintiffs in *Elliott et al. v. General Motors LLC*, 14-cv-8382. They file this joint notice of appeal pursuant to FRBP 8003(b)(1).

The names of all parties to the Judgment, Decision and Order appealed from and names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Parties** | **Attorneys** |
|---|---|
| General Motors LLC | **KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>New York, New York 10036<br>By: Arthur J. Steinberg, Esq.<br>Scott I. Davidson, Esq.<br>(212) 556-2100<br><br>**KIRKLAND & ELLIS LLP**<br>300 North LaSelle<br>Chicago, Illinois 60654<br>By: Richard C. Godfrey, Esq.<br>Andrew B. Bloomer, Esq.<br>(312) 662-2000 |
| *Elliott*, *Sesay*, and *Bledsoe* Plaintiffs | **GARY PELLER, ESQ.**<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>(202) 662-9122 |
| Wilmington Trust Company, as GUC Trust Administrator | **GIBSON, DUNN & CRUTCHER, LLP**<br>Lisa H. Rubin<br>Matthew Williams<br>Adam H. Offenhartz  Aric H. Wu<br>Keith R. Martorana<br>200 Park Avenue<br>New York, New York 10166<br>T: 212-351-3845 |
| Participating GUC Trust Unit Trust Holders | **AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**<br>Daniel Golden<br>Deborah J. Newman<br>Jamison A. Diehl<br>Naomi Moss<br>One Bryant Park<br>New York, New York, 10036<br>T: 212-872-1000 |
| James and Reda Moore | **ANTHONY LAW FIRM, P.A.**<br>250 Magnolia Street<br>Spartanburg, South Carolina 29306 |
| Estate of William Rickard | **CUTRUZZULA & NALDUCCI**<br>3300 Grant Building |

| | |
|---|---|
| | 310 Grant Street<br>Pittsburgh, Pennsylvania 15219 |
| Post-Closing Ignition Switch Accident Plaintiffs and Adams Plaintiffs | **GOODWIN PROCTER LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br><br>**HILLIARD MUÑOZ GONZALES LLP**<br>Robert C. Hilliard<br>719 S. Shoreline Boulevard, Suite 500<br>Corpus Christi, TX 78401<br>T: (361) 882-1612<br><br>**THOMAS J. HENRY INJURY ATTORNEYS**<br>Thomas J. Henry<br>521 Starr St.<br>Corpus Christi, Texas 78401<br>T: (361) 985 0600 |
| The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>T: 206-623-7292<br><br>**ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.**<br>Mark P. Robinson, Jr.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>T: 940-720-1292 |
| The State of Arizona | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>T: 206-623-7292<br><br>**ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.** |

| | |
|---|---|
| | Mark P. Robinson, Jr.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>T: 940-720-1292 |
| Ignition Switch Pre-Closing Accident Plaintiffs | **GOODWIN PROCTOR LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building 620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800 |
| Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>T: 206-623-7292<br><br>**BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br> Howard S. Steel<br>Seven Times Square<br>New York, New York 10036<br>T: 212-209-4800<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Elizabeth J. Cabraser<br>275 Battery St., 29th Floor<br>San Francisco, CA 94111<br>T: (415) 956-1000<br><br>**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>T: 214-969-4900 |
| *Groman* Plaintiffs | **GOLDENBOCK, EISEMAN, ASSOR, BELL & PESKOE, LLP**<br>Jonathan L. Flaxer<br>S. Preston Ricardo |

|  | 437 Madison Avenue<br>New York, New York 10022<br>T: 212-907-7300 |
|---|---|

Dated: December 28, 2015

Respectfully Submitted,

*/s/ Gary Peller*
Gary Peller (*pro hac vice*)
600 New Jersey Avenue, N.W.
Washington, DC 20001
(202) 662-9122
peller@law.georgetown.edu
*Counsel for Sharon Bledsoe,
Celelestine Elliott, Lawrence Elliott,
Tina Farmer, Momoh Kanu, Tynesia
Mitchell, Dierra Thomas, and James
Tibbs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2015, I caused the foregoing **Notice of Appeal** to be served upon all parties receiving notice via the Court's ECF system.

Dated: December 28, 2015

*/s/ Gary Peller*
Gary Peller