Gary Peller
600 New Jersey Avenue, N.W.
Washington, DC 20001
(202) 662-9122
peller@law.georgetown.edu
*Counsel for Sharon Bledsoe,*
*Celestine Elliott, Lawrence Elliott,*
*Tina Farmer, Momoh Kanu, Tynesia Mitchell,*
*Dierra Thomas, James Tibbs and Ishmail Sesay*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | ) | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., et al., | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**APPELLANTS' STATEMENT OF THE ISSUES ON APPEAL AND DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellants Sharon Bledsoe, Celestine Elliott, Lawrence Elliott, Tina Farmer, Momoh Kanu, Tynesia Mitchell, Dierra Thomas, James Tibbs, and Ishmail Sesay respectfully submit the following: (i) statement of the issues to be presented on appeal from the *Decision on Imputation, Punitive Damages, and Other No-Strike and No-Dismissal Pleadings Issues*, dated November 9, 2015 (ECF No. 13533, as corrected ECF No. 13534) (the "**Decision**") and the *Judgment*, dated December 4, 2015 (ECF No. 13563) (the "**Judgment**"); and (ii) designation of the items to be included in the record on appeal.

**I. Statement of the Issue to be Presented on Appeal**

Appellants submit the following statement of issues to be presented on appeal:

1. Did the Bankruptcy Court err in holding that "[c]laims that allege that New GM is liable in connection with vehicle owners' failure to file proofs of claim in the Old GM

bankruptcy case are barred and enjoined by the Sale Order, April Decision and June Judgment,

and shall not be asserted against New GM" under Paragraph 24 of the Judgment?

## II. Designation of the Items to be Included in the Record on Appeal

Appellants submit the following designation of items to be included in the record on

appeal (including any exhibit, annex, or addendum thereto):

| Item No. | Document | Filing Date | ECF No. |
|---|---|---|---|
| 1 | Motion for Sale of Property under Section 363(b)/Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to The Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing | 6/1/2009 | 92 |
| 2 | Notice of Filing of the Amended Master Sale and Purchase Agreement and Certain Exhibits of the Disclosure Schedule Thereto | 6/27/2009 | 2649 |
| 3 | Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief | 7/5/2009 | 2968 |

2

| Item No. | Document | Filing Date | ECF No. |
|---|---|---|---|
| 4 | Errata Order Regarding Decision on Debtors' Motion for Approval of (1) Sale of Assets to Vehicle Acquisition Holdings LLC; (2) Assumption and Assignment of Related Executory Contracts; and (3) Entry Into UAW Retiree Settlement Agreement | 7/6/2009 | 2985 |
| 5 | Order Establishing the Deadline For Filing Proofs of Claim (Including Claims Under Section 503(b)(9) of the Bankruptcy Code) and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof | 9/16/2009 | 4079 |
| 6 | Certificate of Publication of the Notice of Deadlines For Filing Proofs of Claim (Including Claims Under Section 503(b)(9) of the Bankruptcy Code (the General Notice) and the Notice of Deadline for Filing Proofs of Claim (the Local Notice)) | 1/5/2010 | 4724 |

| 7 | Affidavit of Publication of Notice of Deadlines for Filing Certain Proofs of Claim | 1/25/2010 | 4877 |
|---|---|---|---|
| 8 | Decision on Motion to Enforce Sale Order | 4/15/2015 | 13109 |
| 9 | Judgment | 6/1/2015 | 13177 |

Dated: December 28, 2015                           Respectfully submitted,

                                                   */s/ Gary Peller*

                                                   Gary Peller
                                                   600 New Jersey Avenue, N.W.
                                                   Washington, DC 20001
                                                   (202) 662-9122
                                                   peller@law.georgetown.edu
                                                   *Counsel for Sharon Bledsoe, Celestine*
                                                   *Elliott, Lawrence Elliott,Tina Farmer,*
                                                   *Momoh Kanu, Tynesia Mitchell, Dierra*
                                                   *Thomas, James Tibbs and Ishmail Sesay*