UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., ) | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., et al., ) | |
| ) | |
| Debtors. ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2015, I caused the Appellants' Statement Of The Issues On Appeal And Designation Of The Items To Be Included In The Record On Appeal, Doc. No. 13577, to be served upon all parties receiving notice via the Court's ECF system.

Dated: December 28, 2015

*/s/ Gary Peller*
Gary Peller