William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP*
*and Thomas J. Henry Injury Attorneys*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                          :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | : | Case No.: 09-50026 (REG) |
|     f/k/a General Motors Corp., et al., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------X

### *ADAMS* PLAINTIFFS'
### <u>STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL</u>

        By and through the undersigned counsel, Hilliard Muñoz Gonzales LLP and

Thomas J. Henry Injury Attorneys – counsel to the *Adams* Plaintiffs –submit this Statement of

Issues and Designation of Record on Appeal pursuant to Rule 8009(a) of the Federal Rules of

Bankruptcy Procedure with respect to their appeal from the *Judgment*, dated December 4, 2015

(ECF No. 13563) (the "<u>**Judgment**</u>") and *Decision on Imputation, Punitive Damages, and Other*

*No-Strike and No-Dismissal Pleadings Issues*, dated November 9, 2015 (ECF No. 13533) (the

"<u>**Decision**</u>"),[1] and respectfully state as follows:

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Decision.

## STATEMENT OF ISSUES

This appeal by the *Adams* Plaintiffs addresses the following issues:

1.      Did the Bankruptcy Court err in Paragraph 24 of the Judgment in holding that "[c]laims that allege that New GM is liable in connection with vehicle owners' failure to file proofs of claim in the Old GM bankruptcy case are barred and enjoined by the Sale Order, April Decision and June Judgment, and shall not be asserted against New GM"?

2.      Did the Bankruptcy Court err in determining that the *Adams* Plaintiffs' compliant did not state an Independent Claim against New GM?

3.      Did the Bankruptcy Court abuse its discretion in barring and enjoining the *Adams* Plaintiffs from pursuing their complaint against New GM without leave to amend?

## DESIGNATED ITEMS

The *Adams* Plaintiffs hereby designate the following items for inclusion in the record on appeal (i) items 1 through 7 designated in the Appellants' Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal [ECF No. 13576], filed by the Ignition Switch Plaintiffs on December 28, 2015, and (ii) the following items (including any exhibit, annex, or addendum thereto):

| **Description** | **Filing Date** | **Docket No.** |
|---|---|---|
| 1.   Decision on Motion to Enforce Sale Order | 4/15/2015 | 13109 |
| 2.   Judgment | 6/1/2015 | 13177 |
| 3.   Decision and Order on Bledsoe Plaintiffs' Reargument and Other Post-Judgment Motions | 7/22/2015 | 13313 |
| 4.   Adams Plaintiffs' No Dismissal Pleading | 8/11/2015 | 13359 |
| 5.   Response By General Motors LLC to Adams Plaintiffs' No Dismissal Pleading | 9/3/2015 | 13422 |
| 6.   Decision on Imputation, Punitive Damages, and Other No-Strike and No-Dismissal Pleadings Issues | 11/9/2015 | 13533 |
| 7.   Judgment | 12/4/2015 | 13563 |

Dated: December 30, 2015

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax:  212.355.3333
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP*
*and Thomas J. Henry Injury Attorneys*