William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinprocter.com
E: gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP
and Thomas J. Henry Injury Attorneys*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., et al.,                    :
                                                            :
                                     Debtors.       :    (Jointly Administered)
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **December 30, 2015**, a true and correct copy of the *ADAMS PLAINTIFFS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL* (the "Statement and Designation"), filed through the CM/ECF system [Docket No. 13579], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

In addition, a copy of the Statement and Designation was served upon the following persons via electronic mail/e-mail transmission on **December 31, 2015**:

| | |
|---|---|
| Robert C. Hilliard<br>*bobh@hmglawfirm.com* | Thomas J. Henry<br>*tjhenry@thomasjhenrylaw.com* |
| Edward S. Weisfelner<br>*eweisfelner@brownrudnick.com* | Elizabeth J. Cabraser<br>*ecabraser@lchb.com* |

ACTIVE/84648865.1

| | |
|---|---|
| Sander L. Esserman<br>*esserman@sbep-law.com* | S. Preston Ricardo<br>*pricardo@golenbock.com* |
| Richard C. Godfrey<br>*rgodfrey@kirkland.com* | Andrew B. Bloomer<br>*abloomer@kirkland.com* |
| Matthew J. Williams<br>*mjwilliams@gibsondunn.com* | Adam H. Offenhartz<br>*aoffenhartz@gibsondunn.com* |
| Keith R. Martorana<br>*kmartorana@gibsondunn.com* | Daniel H. Golden<br>*dgolden@akingump.com* |
| Deborah J. Newman<br>*djnewman@akingump.com* | Naomi Moss<br>*nmoss@akingump.com* |
| Kenneth C. Anthony, Jr.<br>*kanthony@anthonylaw.com* | Jay Anthony<br>*janthony@anthonylaw.com* |
| Arthur Cutruzzula<br>*acutruzzula@cnlawfirm.net* | Walter J. Nalducci<br>*wnalducci@cnlawfirm.net* |
| Julianne Cutruzzula Beil<br>*jbeil@cnlawfirm.net* | |

Dated: December 31, 2015

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

*Counsel for Hilliard Muñoz Gonzales LLP
and Thomas J. Henry Injury Attorneys*

2