KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

**GENERAL MOTORS LLC'S COUNTER–DESIGNATION
OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON
APPEAL REGARDING THE APPEALS OF THE BANKRUPTCY
COURT'S NOVEMBER 9, 2015 DECISION [DKT. NO. 13534] AND
THE DECEMBER 4, 2015 JUDGMENT [DKT. NO. 13563]**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), General Motors LLC ("**New GM**") submits this counter-designation of additional items to be included in the record on appeal in connection with the appeals of the *Decision on Imputation, Punitive Damages, and Other No-Strike and No-Dismissal Pleadings Issues*, dated November 9, 2015 [ECF No. 13533, as corrected ECF No. 13534] (the "**Decision**") and the *Judgment*, dated December 4, 2015 [ECF No. 13563] (the "**Judgment**").

## COUNTER-DESIGNATION OF RECORD

In addition to the items designated by Appellants in their Statements of Issues on Appeal and Designations of Record on Appeal [ECF Nos. 13576, 13578 and 13579],[1] New GM submits the following designation of additional items to be included in the record on appeal of the Decision and Judgment (including any exhibit, annex, appendix or addendum thereto):

| Item No. | Date Filed | Description | Docket No. |
|---|---|---|---|
| 1. | 7/08/09 | Transcript regarding Hearing Held on 7/2/09 9:02 AM Regarding Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. Section 363(b) Authorizing and Approving Settlement Agreements with Certain Unions; Debtors' Motion Pursuant to Bankruptcy Code 105(a), 361, 362, 363, 364, and 507 and Bankruptcy Rule 2002, 4001, and 6004 to Amend DIP Credit Facility; Continuation of GM 363 Sale Hearing | 3062 |
| 2. | 7/08/09 | Transcript regarding Hearing Held on 6/30/09 10:07 AM Regarding Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. Section 363(b) Authorizing and Approving Settlement Agreements with Certain Unions; Debtors' Motion Pursuant to Bankruptcy Code 105(a), 361, 362, 363, 364, and 507 and Bankruptcy Rule 2002, 4001, and 6004 to Amend DIP Credit Facility; Continuation of GM 363 Sale Hearing | 3087 |
| 3. | 7/15/09 | Transcript regarding Hearing Held on 7/1/09 7:59 AM Regarding Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. Section 363(b) Authorizing and Approving Settlement Agreements with Certain Unions; Debtors' Motion Pursuant to Bankruptcy Code 105(a), 361, 362, 363, 364, and 507 and Bankruptcy Rule 2002, 4001, and 6004 to Amend DIP Credit Facility; Continuation of GM 363 Sale Hearing | 3205 |
| 4. | 9/02/09 | Debtors' Motion for Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim (Including Claims Under Section 503(b)(9) of the Bankruptcy Code) and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof | 3940 |

---

[1] The Appellants in this matter are (i) the Ignition Switch Plaintiffs [Dkt. No. 13576], (ii) certain plaintiffs represented by Gary Peller, Esq. [Dkt. No. 13578], and (iii) Hilliard Muñoz Gonzales LLP and Thomas J. Henry Injury Attorneys, as counsel for the *Adams* Plaintiffs [Dkt. No. 13579].

| 5. | 8/01/14 | Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce this Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs in Pre-Closing Accident Lawsuits | 12807 |
|---|---|---|---|
| 6. | 9/15/14 | Scheduling Order Regarding Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce this Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs in Pre-Closing Accident Lawsuits | 12897 |
| 7. | 11/05/14 | Opening Brief by General Motors LLC on Threshold Issues Concerning its Motions to Enforce the Sale Order and Injunction | 12981 |
| 8. | 12/16/14 | Responsive Brief of Designated Counsel for Pre-Closing Accident Plaintiffs on Threshold Issues Concerning New GM's Motions to Enforce the Sale Order and Injunction | 13021 |
| 9. | 1/16/15 | Reply Brief by General Motors LLC on Threshold Issues Concerning its Motions to Enforce the Sale Order and Injunction | 13048 |
| 10. | 2/20/15 | Transcript Regarding Hearing Held on 2/18/2015 9:00 AM Regarding Oral Argument on Motion to Enforce | 13096 |
| 11. | 7/14/15 | Transcript Regarding Hearing Held on 2/17/2015 9:00 AM Regarding Oral Argument on Motion to Enforce | 13299-2 |
| 12. | 9/25/15 | New GM MDL Complaint Letter, with Marked MDL Complaint, Pursuant to Scheduling Order dated September 3, 2015 | 13469 |
| 13. | 10/09/15 | Response to New GM's Marked MDL Complaint & Explanatory Letter | 13495 |
| 14. | 10/15/15 | Transcript Regarding Hearing Held on Wednesday, October 14, 2015 at 9:46 AM RE: Scheduling Order Signed on 9/3/2015 Regarding Case Management Order Re: No-Strike, No Stay, Objection, and GUC Trust Asset Pleading, *etc.* | 13508 |

Dated: New York, New York
January 11, 2016

                        Respectfully submitted,

                        /s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*Attorneys for General Motors LLC*