09-50026-mg    Doc 13583    Filed 01/12/16    Entered 01/12/16 17:00:54    Main Document
                                            Pg 1 of 4

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*           :
                                                   :
                              Debtors.             :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *January 11, 2016*, I caused to be served a true and correct copy of the *General Motors LLC's Counter-Designation of Additional Items to be Included in the Record on Appeal Regarding the Appeals of the Bankruptcy Court's November 4, 2015 Judgment* [ECF No. 13582], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists was served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: January 12, 2016
       New York, New York

                            KING & SPALDING LLP

                            By: /s/  Scott I. Davidson
                            Arthur J. Steinberg
                            Scott Davidson
                            King & Spalding LLP
                            1185 Avenue of the Americas
                            New York, NY 10036
                            Telephone: (212) 556-2100
                            Facsimile: (212) 556-2222

                            *Attorneys for General Motors LLC*

**Service List For January 11, 2016:**

**Documents Served *via* Email:**

(1)  *General Motors LLC's Counter-Designation of Additional Items To Be Included In The Record On Appeal Regarding The Appeals Of The Bankruptcy Court's November 4, 2015 Judgment* [ECF No. 13582]

acutruzzula@cnlawfirm.net
anne@hilliardshadowenlaw.com
bobh@hmglawfirm.com
cioni@sbep-law.com
contact@sangisettylaw.com
dgolden@AkinGump.com
djnewman@akingump.com
dmolton@brownrudnick.com
ecabraser@lchb.com
esserman@sbep-law.com
eweisfelner@brownrudnick.com
gfox@goodwinprocter.com
hsteel@brownrudnick.com
janthony@anthonylaw.com
jflaxer@golenbock.com
kanthony@anthonylaw.com
kmartorana@gibsondunn.com
lauren@hmglawfirm.com
lrubin@gibsondunn.com
marion@hmglawfirm.com
mjwilliams@gibsondunn.com
nmoss@akingump.com
peller@law.georgetown.edu
schmidt@whafh.com
steve@hbsslaw.com
steve@hilliardshadowenlaw.com
tjhenry@thomasjhenrylaw.com
wweintraub@goodwinprocter.com

## Service List For January 11, 2016

**Documents Served *via* Overnight Delivery:**

(1) *General Motors LLC's Counter-Designation of Additional Items To Be Included In The Record On Appeal Regarding The Appeals Of The Bankruptcy Court's November 4, 2015 Judgment* [ECF No. 13582]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |