KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (MG)
     f/k/a General Motors Corp., *et al.*          :
                                                   :
                                   Debtors.        :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *January 19, 2016*, I caused to be served a true and correct copy of the *Notice of Motion of General Motors LLC's Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Bankruptcy Court's Rulings in Connection Therewith (Pilgrim Putative Class Action)* [ECF No. 13584], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: January 20, 2016
      New York, New York

                                 KING & SPALDING LLP

                                 By: /s/   Scott I. Davidson___
                                 Arthur J. Steinberg
                                 Scott Davidson
                                 King & Spalding LLP
                                 1185 Avenue of the Americas
                                 New York, NY 10036
                                 Telephone: (212) 556-2100
                                 Facsimile: (212) 556-2222

                                 *Attorneys for General Motors LLC*

**Service List For January 19, 2016:**

**Documents Served *via* Email:**

(1)  *Notice of Motion of General Motors LLC's Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Bankruptcy Court's Rulings in Connection Therewith (Pilgrim Putative Class Action)* [ECF No. 13584]

aej@kpclegal.com
klm@kpclegal.com

## Service List For January 19, 2016

**Documents Served *via* Overnight Delivery:**

(1)  *Notice of Motion of General Motors LLC's Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Bankruptcy Court's Rulings in Connection Therewith (Pilgrim Putative Class Action)* [ECF No. 13584]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Andre E. Jardini, Esq.<br>K.L. Myles, Esq.<br>Knapp, Petersen & Clarke<br>550 North Brand Boulevard, Suite 1500<br>Glendale, CA 91203-1922 |