16 CV 0098

JS 44C/SDNY
REV. 4/2014

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
IGNITION SWITCH PLAINTIFFS

**DEFENDANTS**
GENERAL MOTORS LLC

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Steve W. Berman and Jason A. Zweig, Hagens Berman Sobol Shapiro LLP, 1918 8th Avenue, Suite 3300, Seattle, WA  98101; (206) 623-7292

**ATTORNEYS (IF KNOWN)**
Arthur Steinberg, King & Spalding LLP, 1185 Avenue of the Americas, NY, NY 10036; (212) 556-2100 / Richard Godfrey, Kirkland & Ellis LLP, 300 North LaSalle St., Chicago, IL 60654; (312) 862-2000

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. sec. 158(a) - Appeal from U.S. Bankruptcy Court decision and order

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No[x]Yes[ ]Judge Previously Assigned

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No[ ] Yes[ ]  If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?    No [x]    Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*                    NATURE OF SUIT

## TORTS

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [x] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS [ ] 400 STATE REAPPORTIONMENT |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | | [ ] 690 OTHER | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 410 ANTITRUST |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | | | [ ] 430 BANKS & BANKING |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | | PROPERTY RIGHTS | [ ] 450 COMMERCE [ ] 460 DEPORTATION |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | | | [ ] 820 COPYRIGHTS | [ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| | [ ] 345 MARINE PRODUCT LIABILITY | PERSONAL PROPERTY | | [ ] 830 PATENT | |
| [ ] 151 MEDICARE ACT | | [ ] 370 OTHER FRAUD | | [ ] 840 TRADEMARK | [ ] 480 CONSUMER CREDIT |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | | | [ ] 490 CABLE/SATELLITE TV |
| | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | | | SOCIAL SECURITY | |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | LABOR | [ ] 861 HIA (1395ff) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 862 BLACK LUNG (923) [ ] 863 DIWC/DIWW (405(g)) | |
| [ ] 160 STOCKHOLDERS SUITS | | | [ ] 720 LABOR/MGMT RELATIONS | [ ] 864 SSID TITLE XVI [ ] 865 RSI (405(g)) | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 190 OTHER CONTRACT | | PRISONER PETITIONS | [ ] 740 RAILWAY LABOR ACT | | [ ] 891 AGRICULTURAL ACTS |
| [ ] 195 CONTRACT PRODUCT LIABILITY | ACTIONS UNDER STATUTES | [ ] 463 ALIEN DETAINEE [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | FEDERAL TAX SUITS | |
| [ ] 196 FRANCHISE | CIVIL RIGHTS | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR LITIGATION | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 893 ENVIRONMENTAL MATTERS |
| | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 535 DEATH PENALTY [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 895 FREEDOM OF INFORMATION ACT |
| REAL PROPERTY | [ ] 441 VOTING | | | | [ ] 896 ARBITRATION |
| [ ] 210 LAND CONDEMNATION | [ ] 442 EMPLOYMENT [ ] 443 HOUSING/ ACCOMMODATIONS | PRISONER CIVIL RIGHTS | IMMIGRATION | | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 220 FORECLOSURE | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 462 NATURALIZATION APPLICATION | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES | |
| [ ] 230 RENT LEASE & EJECTMENT | | [ ] 550 CIVIL RIGHTS [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION ACTIONS | | |
| [ ] 240 TORTS TO LAND | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT | | | |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 448 EDUCATION | | | | |
| [ ] 290 ALL OTHER REAL PROPERTY | | | | | |

ACTIONS UNDER STATUTES (column heading above OTHER STATUTES area)

Check if demanded in complaint:

[x] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____  OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? Yes. IF SO, STATE:

*Check YES only if demanded in complaint*
JURY DEMAND: [x] YES [ ] NO

JUDGE Hon. Jesse M. Furman _____  DOCKET NUMBER 14-md- 2543

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*                                          **ORIGIN**

[X] 1 Original          [ ] 2 Removed from       [ ] 3 Remanded     [ ] 4 Reinstated or    [ ] 5 Transferred from   [ ] 6 Multidistrict   [ ] 7 Appeal to District
      Proceeding              State Court              from               Reopened               (Specify District)        Litigation              Judge from
                                                       Appellate                                                                                     Magistrate Judge
                        a. all parties represented    Court                                                                                          Judgment

                        [ ] b. At least one
                             party is pro se.

*(PLACE AN x IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**                    *IF DIVERSITY, INDICATE*
                                                                                     *CITIZENSHIP BELOW.*
[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [X] 3 FEDERAL QUESTION    [ ] 4 DIVERSITY
                                                     (U.S. NOT A PARTY)

            CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

            (Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
Ignition Switch Plaintiffs
(See Addendum A for Addresses)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
General Motors LLC
300 Renaissance Center
Detroit, MI 48265
Wayne County

DEFENDANT(S) ADDRESS UNKNOWN
  REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN
             (DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS
             COMPLAINT.)
DATE 12/22/15    SIGNATURE OF ATTORNEY OF RECORD              ADMITTED TO PRACTICE IN THIS DISTRICT
                 *Jason A. Zweig*                             [ ] NO
RECEIPT #                                                     [✓] YES (DATE ADMITTED Mo. Feb.  Yr. 2000  )
                                                              Attorney Bar Code # JZ-8107

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

<u>Attachment A</u>

1.   Melissa Cave – Nationwide and Alabama State Class Representative

    a.   New Hope, Alabama (Madison County)

2.   Debra Forbes – Nationwide and Alabama State Class Representative

    a.   Geneva, Alabama (Geneva County)

3.   Valeria Glenn – Nationwide and Alabama State Class Representative

    a.   Alabaster, Alabama (Shelby County)

4.   Aaron Henderson – Nationwide and Alabama State Class Representative

    a.   Buhl, Alabama (Tuscaloosa County)

5.   Marion Smoke – Nationwide and Alabama State Class Representative

    a.   Elmore, Alabama (Elmore county)

6.   Grace Belford – Nationwide and Arizona State Class Representative

    a.   Phoenix, Arizona (Maricopa County)

7.   Barbara Hill – Nationwide and Arizona State Class Representative

    a.   Mesa, Arizona (Maricopa County)

8.   Camille Burns – Nationwide and Arkansas State Class Representative

    a.   Pine Bluff, Arkansas (Jefferson County)

9.   Nettleton Auto Sales, Inc. – Nationwide Dealer and Arkansas Class Representative

    a.   Jonesboro, Arkansas (Craighead County)

10.   Anna Andrews – Nationwide and California State Class Representative

    a.   La Quinta, California (Riverside County)

11.   Patricia Barker – Nationwide and California State Class Representative

    a.   Wilmington, California (Los Angeles County)

12.   Michael and Sylvia Benton – Nationwide and California State Class Representatives

    a.   Barstow, California (San Bernardino County)

Attachment A

13.  Kimberly Brown – Nationwide and California State Class Representative

    a.  Palmdale, California (Los Angeles County)

14.  Melvin Cohen – Nationwide and California State Class Representative

    a.  California City, California (Kern County)

15.  Marc and Madelaine Koppelman – Nationwide and California State Class Representatives

    a.  Torrance, California (Los Angeles County)

16.  Javier Malaga – Nationwide and California State Class Representative

    a.  Playa Del Rey, California (Los Angeles County)

17.  David Padilla – Nationwide and California State Class Representative

    a.  Stockton, California (San Joaquin County)

18.  Randall Pina – California

    a.  Soledad, California (Monterey County)

19.  Esperanza Ramirez – Nationwide and California State Class Representative

    a.  Los Angeles, California (Los Angeles County)

20.  Daniel Ratzlaff – Nationwide and California State Class Representative

    a.  Quartz Hill, California (Los Angeles County)

21.  William Rukeyser – Nationwide and California State Class Representative

    a.  Davis, California (Yolo County)

22.  Dawn Orona – Nationwide and Colorado State Class Representative

    a.  Limon, Colorado (Lincoln County)

23.  Yvonne Elaine Rodriguez – Nationwide and Colorado State Class Representative

    a.  Lakewood, Colorado (Jefferson County)

24.  Nathan Terry – Nationwide and Colorado State Class Representative

    a.  Loveland, Colorado (Larimer County)

Attachment A

25.  Michael Pesce – Nationwide and Connecticut State Class Representative

  a.  Waterbury, Connecticut (New haven County)

26.  Lisa Teicher – Nationwide and Connecticut State Class Representative

  a.  Manchester, Connecticut (Hartford County)

27.  LaTonia Tucker – Nationwide and Delaware State Class Representative

  a.  Dover, Delaware (Kent County)

28.  Pajja Jackson – Nationwide and District of Columbia State Class Representative

  a.  Washington D.C.

29.  Steven Diana – Nationwide and Florida State Class Representative

  a.  Sebastian, Florida (Indian River County)

30.  Joni Ferden-Precht – Nationwide and Florida State Class Representative

  a.  Miami Lakes, Florida (Miami-Dade County)

31.  Kim Genovese – Nationwide and Florida State Class Representative

  a.  Lake Worth, Florida (Palm Beach County)

32.  Rhonda Haskins – Nationwide and Florida State Class Representative

  a.  Ocala, Florida (Marion County)

33.  Maria E. Santiago – Nationwide and Florida State Class Representative

  a.  Cutler Bay, Florida (Miami-Dade County)

34.  Turner Clifford – Nationwide and Georgia State Class Representative

  a.  Palmetto, Georgia (Fulton/Coweta County)

35.  Jennifer Gearin – Nationwide and Georgia State Class Representative

  a.  Clermont, Georgia (Hall County)

36.  Barry Wilborn – Nationwide and Georgia State Class Representative

  a.  Milner, Georgia (Lamar County)

3

Attachment A

37.  Winifred Mattos – Nationwide and Hawaii State Class Representative

    a.  Honolulu, Hawaii (Honolulu County)

38.  Dennis Walther – Nationwide and Hawaii State Class Representative

    a.  Honolulu, Hawaii (Honolulu County)

39.  Donna Harris – Nationwide and Illinois State Class Representative

    a.  Herrin, Illinois (Williamson County)

40.  Patrick Painter – Nationwide and Illinois State Class Representative

    a.  Monee, Illinois (Will County)

41.  Heather Holleman – Nationwide and Indiana State Class Representative

    a.  South Bend, Indiana (St. Joseph County)

42.  Karen Rodman – Nationwide and Indiana State Class Representative

    a.  Kendallville, Indiana (Noble County)

43.  Alphonso Wright – Nationwide and Indiana State Class Representative

    a.  Fishers, Indiana (Hamilton County)

44.  James Dooley – Nationwide and Iowa State Class Representative

    a.  Waterloo, Iowa (Black Hawk County)

45.  Trina & John Marvin Brutche Jr. – Nationwide and Kansas Class Representatives

    a.  Goodland, Kansas (Sherman County)

46.  Phyllis Hartzell – Nationwide and Kansas State Class Representative

    a.  Burlingame, Kansas (Osage County)

47.  Philip Zivnuska, D.D.S. – Nationwide and Kansas State Class Representative

    a.  Valley Center, Kansas (Sedgwick County)

48.  Elizabeth Stewart – Nationwide and Kentucky State Class Representative

    a.  Raceland, Kentucky (Greenup County)

Attachment A

49.    Dawn Talbot – Nationwide and Kentucky State Class Representative

    a.  Glasgow, Kentucky (Barren County)

50.    Jennifer Crowder – Nationwide and Louisiana State Class Representative

    a.  Shreveport, Louisiana (Caddo Parish)

51.    Nathaniel and Frances Ann Fagans – Nationwide and Louisiana State Class Representatives

    a.  Shreveport, Louisiana (Caddo Parish)

52.    Lisa West – Nationwide and Louisiana State Class Representative

    a.  Baton Rouge, Louisiana (East Baton Rouge Parish)

53.    Michelangelo De Ieso – Nationwide and Maine State Class Representative

    a.  Dover-Foxcroft, Maine (Piscataquis County)

54.    Alysha Peabody – Nationwide and Maine State Class Representative

    a.  Kenduskeag, Maine (Penobscot County)

55.    Harry Albert – Nationwide and Maryland State Class Representative

    a.  Montgomery Village, Maryland (Montgomery County)

56.    George Mathis – Nationwide and Maryland State Class Representative

    a.  Parkville, Maryland (Baltimore County)

57.    Bryan Mettee – Nationwide and Maryland State Class Representative

    a.  Jarrettsville, Maryland (Harford County)

58.    Robert Wyman – Nationwide and Maryland State Class Representative

    a.  Baltimore, Maryland (Baltimore County)

59.    Mary Dias – Nationwide and Massachusetts State Class Representative

    a.  Taunton, Massachusetts (Bristol County)

60.    Colin Elliott – Nationwide and Massachusetts State Class Representative

    a.  Buzzards Bay, Massachusetts (Barnstable County)

Attachment A

61.  Richard Leger – Nationwide and Massachusetts State Class Representative

  a.  Franklin, Massachusetts (Norfolk County)

62.  Sheree Anderson – Nationwide and Michigan State Class Representative

  a.  Detroit, Michigan (Wayne County)

63.  Diana Cnossen – Nationwide and Michigan State Class Representative

  a.  Grand Rapids, Michigan (Kent County)

64.  Rafael Lanis – Nationwide and Michigan State Class Representative

  a.  Birmingham, Michigan (Oakland County)

65.  Anna Allhouse – Nationwide and Minnesota State Class Representative

  a.  Clarks Grove, Minnesota (Freeborn County)

66.  David Cleland – Nationwide and Minnesota State Class Representative

  a.  Northfield, Minnesota (Dakota/Rice County)

67.  Frances Howard – Nationwide and Mississippi State Class Representative

  a.  Jackson, Mississippi (Hinds/Rankin/Madison County)

68.  Elizabeth D. Johnson – Nationwide and Mississippi State Class Representative

  a.  Jackson, Mississippi (Hinds/Rankin/Madison County)

69.  Linda Wright – Nationwide and Mississippi State Class Representative

  a.  Greenwood, Mississippi (Leflore County)

70.  Cynthia Hawkins – Nationwide and Missouri State Class Representative

  a.  Pevely, Missouri (Jefferson County)

71.  Ronald Robinson – Nationwide and Missouri State Class Representative

  a.  Bridgeton, Missouri (St. Louis County)

72.  Michelle Washington – Nationwide and Missouri State Class Representative

  a.  Florissant, Missouri (St. Louis County)

Attachment A

73.    Patrice Witherspoon – Nationwide and Missouri State Class Representative

      a.  Lee's Summit, Missouri (Jackson/Cass County)

74.    Patricia Backus – Nationwide and Montana State Class Representative

      a.  Bigfork, Montana (Flathead County)

75.    Laurie Holzwarth – Nationwide and Montana State Class Representative

      a.  Billings, Montana (Yellowstone County)

76.    Susan Rangel – Nationwide and Nebraska Class Representative

      a.  North Platte, Nebraska (Lincoln County)

77.    Sandra Horton – Nationwide and Nevada State Class Representative

      a.  Las Vegas, Nevada (Clark County)

78.    Wayne Wittenberg – Nationwide and Nevada State Class Representative

      a.  Las Vegas, Nevada (Clark County)

79.    Michael Amezquita – Nationwide and New Jersey State Class Representative

      a.  Hamilton, New Jersey (Mercer County)

80.    Anthony Juraitis – Nationwide and New Jersey State Class Representative

      a.  Freehold, New Jersey (Monmouth County)

81.    Gene Reagan – Nationwide and New Jersey State Class Representative

      a.  South Amboy, New Jersey (Middlesex County)

82.    Steven Sileo – Nationwide and New Jersey State Class Representative

      a.  Skillman, New Jersey (Somerset County)

83.    Javier Delacruz – Nationwide and New Mexico State Class Representative

      a.  Albuquerque, New Mexico (Bernalillo County)

84.    Lorraine De Vargas – Nationwide and New Mexico State Class Representative

      a.  Santa Fe, New Mexico (Santa Fe County)

<u>Attachment A</u>

85.  Bernadette Romero – Nationwide and New Mexico State Class Representative

   a.  Santa Fe, New Mexico (Santa Fe County)

86.  Renate Glyttov – Nationwide and New York State Class Representative

   a.  New Windsor, New York (Orange County)

87.  Sandra Levine – Nationwide and New York State Class Representative

   a.  Babylon, New York (Suffolk County)

88.  Nicole Mason – Nationwide and New York State Class Representative

   a.  Rochester, New York (Monroe County)

89.  Michael Rooney – Nationwide and New York State Class Representative

   a.  Ronkonkoma, New York (Suffolk County)

90.  William Ross – Nationwide and New York State Class Representative

   a.  Bellmore, New York (Nassau County)

91.  Donald Cameron – Nationwide and North Carolina State Class Representative

   a.  Durham, North Carolina (Durham County)

92.  Leland Tilson – Nationwide and North Carolina State Class Representative

   a.  Gastonia, North Carolina (Gaston County)

93.  Silas Walton – Nationwide and North Carolina State Class Representative

   a.  Fayetteville, North Carolina (Cumberland County)

94.  Jolene Mulske – Nationwide and North Dakota State Class Representative

   a.  Gladstone, North Dakota (Stark County)

95.  Bedford Auto Sales, Inc. – Nationwide Dealer and Ohio State Class Representative

   a.  Bedford, Ohio (Cuyahoga County)

96.  Sharon Dorsey – Nationwide and Ohio State Class Representative

   a.  Dayton, Ohio (Montgomery County)

Attachment A

97.  Peggy Robinson – Nationwide and Ohio State Class Representative

  a.  Cincinnati, Ohio (Hamilton County)

98.  Bonnie Taylor – Nationwide and Ohio State Class Representative

  a.  Laura, Ohio (Miami County)

99.  Deneise Burton – Nationwide and Oklahoma State Class Representative

  a.  Warr Acres, Oklahoma (Oklahoma County)

100.  Jerrile Gordon – Nationwide and Oklahoma State Class Representative

  a.  Del City, Oklahoma (Oklahoma County)

101.  Paulette Hand – Nationwide and Oklahoma State Class Representative

  a.  Blanchard, Oklahoma (McClain/Grady County)

102.  Jennifer Reeder – Nationwide and Oklahoma State Class Representative

  a.  Oklahoma City, Oklahoma (Oklahoma/Canadian/Cleveland/Pottawatomie County)

103.  Bruce and Denise Wright – Nationwide and Oklahoma State Class Representatives

  a.  Enid, Oklahoma (Garfield County)

104.  William Bernick – Nationwide and Oregon State Class Representative

  a.  Grants Pass, Oregon (Josephine County)

105.  Janice Bagley – Nationwide and Pennsylvania State Class Representative

  a.  Patton, Pennsylvania (Cambria County)

106.  Shawn Doucette – Nationwide and Pennsylvania State Class Representative

  a.  Hamburg, Pennsylvania (Berks County)

107.  Shirley Gilbert – Nationwide and Pennsylvania State Class Representative

  a.  Frackville, Pennsylvania (Schuylkill County)

108.  Garrett Mancieri – Nationwide and Rhode Island State Class Representative

  a.  Woonsocket, Rhode Island (Providence County)

Attachment A

109.  Annette Hopkins – Nationwide and South Carolina State Class Representative

    a.  Bishopville, South Carolina (Lee County)

110.  Janelle Davis – Nationwide and South Dakota State Class Representative

    a.  South Sunburst, South Dakota (Minnehaha/Lincoln County)

111.  Norma Lee Nelson – Nationwide and South Dakota State Class Representative

    a.  Huron, South Dakota (Beadle County)

112.  Helen A. Brown – Nationwide and Tennessee State Class Representative

    a.  Franklin, Tennessee (Williamson County)

113.  Louise Tindell – Nationwide and Tennessee State Class Representative

    a.  Murfeesboro, Tennessee (Rutherford County)

114.  Michael Graciano – Nationwide and Texas State Class Representative

    a.  Arlington, Texas (Tarrant County)

115.  Shenyesa Henry – Nationwide and Texas State Class Representative

    a.  Aubrey, Texas (Denton County)

116.  Keisha Hunter – Nationwide and Texas State Class Representative

    a.  Fort Worth, Texas (Tarrant/Denton/Parker/Wise County)

117.  Lisa William – Nationwide and Texas State Class Representative

    a.  Amarillo, Texas (Potter/Randall County)

118.  Alexis Crockett – Nationwide and Utah State Class Representative

    a.  Eagle Mountain, Utah (Utah County)

119.  Blair Tomlinson, D.D.S. – Nationwide and Utah State Class Representative

    a.  Kaysville, Utah (Davis County)

120.  Ashlee Hall-Abbott – Nationwide and Virginia State Class Representative

    a.  Hampton, Virginia (N/A - Independent City)

10

Attachment A

121.    Erinn Salinas – Nationwide and Virginia State Class Representative

      a.   Virginia Beach, Virginia (N/A - Independent City)

122.    Michael Garcia – Nationwide and Washington State Class Representative

      a.   Yakima Washington (Yakima County)

123.    Tony Hiller – Nationwide and Washington State Class Representative

      a.   Sumner, Washington (Pierce County)

124.    Stephanie Renee Carden – Nationwide and West Virginia Class Representative

      a.   Huntington, West Virginia (Cabell/Wayne County)

125.    Melinda Graley – Nationwide and West Virginia Class Representative

      a.   Alum Creek, West Virginia (Lincoln/Kanawha County)

126.    Nancy Bellow – Nationwide and Wisconsin State Class Representative

      a.   Oconto Falls, Wisconsin (Oconto County)

127.    Henry Redic – Nationwide and Wisconsin State Class Representative

      a.   Milwaukee, Wisconsin (Milwaukee County)

128.    Les Rouse – Nationwide and Wisconsin State Class Representative

      a.   LaCrosse, Wisconsin (La Crosse County)

129.    Scott Schultz – Nationwide and Wisconsin State Class Representative

      a.   Medford, Wisconsin (Taylor County)

130.    David Young – Nationwide and Wyoming State Class Representative

      a.   Casper, Wyoming (Natrona County)