# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LITIGATION

*This Document Relates To Robert Scheuer*
-------------------------------------------------------------------x

No. 14-MD-2543 (JMF)
No. 14-CV-8176

**STIPULATION OF DISMISSAL
UNDER FED. R. CIV. P. 41**

Plaintiff Robert S. Scheuer and defendant General Motors LLC stipulate to a Voluntary Dismissal with Prejudice of plaintiff's claims. Plaintiff hereby voluntarily dismisses with prejudice all claims by plaintiff against defendant in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to this stipulation, plaintiff takes nothing from defendant and the parties agree to bear their own fees and costs incurred in this matter.

DATED:  January 22, 2016

HILLIARD MUÑOZ GONZALES L.L.P.

By:  */s/ Robert Hilliard*
      Robert Hilliard
*bobh@hmglawfirm.com*
719 S Shoreline Blvd, Suite #500
Corpus Christi, TX 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

*Co-Lead Counsel with Primary Focus on Personal Injury Cases*

- 1 -

| | |
|---|---|
| DATED:  January 22, 2016 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By:    */s/ Steve W. Berman* |
| | Steve W. Berman |
| | *steve@hbsslaw.com* |
| | Sean R. Matt |
| | *sean@hbsslaw.com* |
| | Andrew M. Volk |
| | *andrew@hbsslaw.com* |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1918 Eighth Avenue, Suite 3300 |
| | Seattle, WA  98101 |
| | Telephone:  (206) 623-7292 |
| | Facsimile:  (206) 623-0594 |
| DATED:  January 22, 2016 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By:    */s/ Elizabeth J. Cabraser* |
| | Elizabeth J. Cabraser |
| | *ecabraser@lchb.com* |
| | Steven E. Fineman |
| | *sfineman@lchb.com* |
| | Rachel Geman |
| | *rgeman@lchb.com* |
| | Annika K. Martin |
| | *akmartin@lchb.com* |
| | 275 Battery St., 29th Floor |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 956-1000 |
| | Facsimile:   (415) 956-1008 |
| | *Co-Lead Counsel with Primary Focus on Economic Loss Cases* |

DATED:  January 22, 2016                KIRKLAND & ELLIS LLP

By:      /s/ Richard C. Godfrey
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:  (312) 862-2482
Facsimile:  (312) 862-2200
Email: *richard.godfrey@kirkland.com*
           *andrew.bloomer@kirkland.com*

*Counsel for General Motors LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was emailed to the Orders and Judgment Clerk at judgments@nysd.uscourts.gov in accordance with the ECF Rules & Instructions and served upon the attorney of record for each other party via electronic mail on January 22, 2016.

                                         *s/ Steve W. Berman*
                                         Steve W. Berman