# Exhibit C

GREGORY R. OXFORD (SBN 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330
goxford@icclawfirm.com

Attorneys for Defendant
General Motors LLC

NOTE: CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WILLIAM D. PILGRIM, WALTER GOETZMAN, JEROME E. PEDERSON, MICHAEL FERNANDEZ, ROY HALEEN, HOWARD KOPEL, ROBERT C. MURPHY, MIKE PETERS, CHRISTOPHER CONSTANTINE, JOHN PARSONS, LYLE DUNAHOO, AARON CLARK, EDWIN WILLIAM KRAUSE, DAVID SHELDON, JARED KILEY, JEFF KOLODZI, MORRIS SMITH, ANDRES FREY, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS COMPANY LLC and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:15-cv-08047 JFW (Ex)<br><br>**STIPULATED ORDER STAYING ACTION PENDING RULING BY BANKRUPTCY COUR**<br><br>Complaint Served: Oct. 23, 2015<br><br>Current Response Date: Feb. 3, 2015<br><br>Hon. John F. Walter |

Based on the stipulation of counsel filed on January 22, 2016, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1

1. This action shall be stayed pending the Bankruptcy Court's final order on the Motion To Enforce filed on January 19, 2016 in Case No. 09-50026 (MG), *In re Motors Liquidation Co.* (Bankr. S.D.N.Y.), and any final appellate ruling sought by either side;

2. The Scheduling Conference currently set for March 7, 2016 is vacated, subject to being re-set by further order of the Court;

3. The response by plaintiffs to the Court's Order (Docket No. 21) that plaintiffs file a "RICO Case Statement" will be reset by further order of the Court.

4. Plaintiffs shall have thirty days from and after the final Bankruptcy Court order or final appellate ruling on the Motion To Enforce to file a further amended complaint or to inform New GM that it will not be filing a further amended complaint, and New GM shall have thirty days thereafter to answer, move or otherwise respond.

5. The parties shall file a Joint Report every 90 days advising the Court of the status of the proceedings pending in Bankruptcy Court case no. 09-50026. The first Joint Report shall be filed on May 2, 2016.

Dated: January 25, 2016

_____
Hon. John F. Walter
United States District Judge

2