**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ :

In re:                                       :

                                             :       **Chapter 11 Case No.**

**MOTORS LIQUIDATED COMPANY, et al.,**       :       **09-50026 (REG)**
**f/k/a General Motors Corp., et al**        :

                                             :       **(Jointly Administered)**

                                             :

_____ :


## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Please withdraw my appearance on behalf of International Association of Machinists &

Aerospace Workers and terminate ECF notification to me in the above-captioned matter.    Other

attorneys from The Previant Law Firm, s.c. remain as counsel of record for the Union.

Dated:  January 28, 2016.


By:

s/Marianne Goldstein Robbins

_____
MARIANNE GOLDSTEIN ROBBINS
The Previant Law Firm, S.C.
310 West Wisconsin Avenue, Ste. 100 MW
Milwaukee, WI  53203
Phone: 414.271.4500 FAX: 414.271.6308
mgr@previant.com

ATTORNEYS FOR INTERNATIONAL
ASSOCIATION OF MACHINISTS &
AEROSPACE WORKERS

jb
s:\docs\mac002\79338\m0778027.doc