UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motors Corp., et al.

                Debtor

Case No.: 09-50026MG
Chapter 11

-----------------------------------------------------------------x

                Plaintiff

v.

                Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Andre E. Jardini, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent William D. Pilgrim, etc., et al., a Plaintiffs in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 1/29/2016
Glendale, California, ~~New York~~

Knapp, Petersen & Clarke
*Mailing Address*:
550 North Brand Boulevard
Suite 1500
Glendale, California 91203
*E-mail address*: aej@kpclegal.com
*Telephone number*: (818) 547-5000

In re: Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.
Case NO.: 09-50026MG

Attachment to Motion for Admission to Practice, Pro Hac Vice

In addition to William D. Pilgrim, the additional Plaintiffs are listed as follows:

WALTER GOETZMAN, CHAD REESE, JEROME E. PEDERSON, AHMED J. CANNON, MICHAEL FERNANDEZ, ROY HALEEN, HOWARD KOPEL, ROBERT C. MURPHY, MIKE PETERS, MARC ADAMS, KALEB ISLEY, KAI QIAN, MARK ROWE, DALLAS WICKER, MIGUEL QUEZADA, CHRISTOPHER CONSTANTINE, BRADLEY GRANT, JOHN PARSONS, ROBERT L. BRIGGS, ROBERT EDGAR, ROGER L. BROWNING, LYLE DUNAHOO, AARON CLARK, ALAN PELLETIER, EDWIN WILLIAM KRAUSE, FRANK JUZSWIK, S. GARRETT BECK, DAVID SHELDON, JAN ENGWIS, ADAM BALDUCCI, ALAN FERRER, JARED KILEY, JEFF KOLODZI, DEREK VAN DEN TOP, MORRIS SMITH, ANDRES FREY, SHAWN BAIN, JEFFREY M. MILLSLAGLE, ROBERT GEISS, individuals, on behalf of themselves and all others similarly situated

2441369.1 08000/01006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:
MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motors Corp., et al.

                        Debtor

Case No.: 09-50026MG

Chapter 11

---------------------------------------------------------------x

Adversary Proceeding No.: _____

                        Plaintiff

v.

                        Defendant

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Andre E. Jardini, to be admitted, ***pro hac vice***, to represent William D. Pilgrim, etc., et al., (the "Client") a Plaintiffs in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED**, that Andre E. Jardini, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York      /s/ _____
                                                    UNITED STATES BANKRUPTCY JUDGE