OBJECTION DEADLINE: February 17, 2016 at 2:00 p.m. (Eastern Time)
HEARING DATE/TIME: February 10, 2016 at 5:00 p.m. (Eastern Time)

PREET BHARARA
United States Attorney for the
Southern District of New York
By: DAVID S. JONES
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2739
Facsimile: (212) 637-2730

Attorney for United States of America

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                   :    Case No. 09-50026 (MG)
       **f/k/a General Motors Corp.,** *et al.*             :
                                                            :
                        Debtors.                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**NOTICE OF MOTION OF UNITED STATES OF AMERICA FOR AN ORDER**
**APPROVING RE-APPOINTMENT OF EPLET LLC TO A SECOND TERM AS**
**ADMINISTRATIVE TRUSTEE OF THE ENVIRONMENTAL RESPONSE TRUST**

PLEASE TAKE NOTICE that upon the annexed Motion, dated February 1, 2016 (the "**Motion**"), of the United States of America, pursuant to section 105 of the Bankruptcy Code, seeking the entry of an order re-appointing of EPLET, LLC, by and through Elliott P. Laws, Esq., as Administrative Trustee of the Revitalizing Auto Communities Environmental Response Trust ("**RACER**"), which is charged pursuant to an Environmental Response Settlement Trust Settlement Agreement and Consent Decree approved by the Court on July 5, 2009, with carrying out needed environmental actions at certain properties formerly owned by

Debtor Motors Liquidation Company (f/k/a General Motors Corporation, hereafter, "**MLC**"), and its affiliated debtors, (collectively, the "**Debtors**"), a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **February 17, 2016, at 2:00 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that if no responses or objections are timely filed and served with respect to the Motion, the United States of America may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

[*Remainder of page intentionally left blank*]

Dated:  New York, New York
        February 1, 2016

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York


                                By:     __s/ David S. Jones_____
                                        DAVID S. JONES
                                        Assistant United States Attorney
                                        86 Chambers Street, Third Floor
                                        New York, NY  10007
                                        Tel: 212-637-2739
                                        Fax: 212 637 2730
                                        David.jones6@usdoj.gov

                                        Attorney for the United States


TO:     All parties via ECF notification

        And by email to:

        Joseph Smolinsky, Esq.
        Thomas Moers Mayer, Esq.
        Matt Williams, Esq.
        Carl Garvey, Esq.
        Counsel for all remaining signatories to the Environmental Response Trust Settlement
        Agreement and Consent Decree

        And by fax to the Office of the U.S. Trustee