UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
In re:                                :
                                      :    Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*, :
                                      :    Case No. 09-50026 (MG)
        Debtors.                      :
                                      :
                                      :
------------------------------------- x

## CERTIFICATE OF SERVICE

I, DAVID S. JONES, an Assistant United States Attorney for the Southern District of New York, hereby certify that on February 1, 2016, I caused a copy of the Notice of Motion and Motion of the United States for Reappointment of EPLET, LLC, as Administrative Trustee of RACER Trust (the "**Reappointment Motion**"), to be served by fax to the Office of the United States Trustee, and to be served by e-mail upon Joseph Smolinsky, Esq., Thomas Moers Mayer, Esq., Matthew Williams, Esq., Carl Garvey, Esq., and counsel for all remaining signatories to the Environmental Response Trust Settlement Agreement and Consent Decree under which the Reappointment Motion is brought. I further certify that I filed the Reappointment Motion and upon information and belief thereby caused all parties registered to receive notice through the Court's ECF system to receive electronic notice of the Reappointment Motion.

Dated: New York, New York
       February 1, 2016

                                        By: _s/David S. Jones_____
                                            DAVID S. JONES
                                            Assistant United States Attorney
                                            86 Chambers Street, Third Floor
                                            New York, NY 10007
                                            (212) 637-2739
                                            David.jones6@usdoj.gov