**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

In re:  MOTORS LIQUIDATION COMPANY,
    et al., f/k/a General Motors Corp., et al.           Case No.:  09-50026 (MG)

                                                                    Chapter   11

                                              Debtor

-----------------------------------------------------------

                                                                    Adversary Proceeding No.:

                                       Plaintiff

                                 v.

                                      Defendant

-----------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

    Upon the motion of André E. Jardini, to be admitted, ***pro hac vice***, to represent William D. Pilgrim, etc., et al. ("Pilgrim Plaintiffs"), (the "Client") Plaintiffs in the above referenced ☒ case, ❑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, it is hereby

    **ORDERED**, that André E. Jardini, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **February 2, 2016**
       New York, New York                                  _____**/s/Martin Glenn**_____
                                                                     UNITED STATES BANKRUPTCY JUDGE