# EXHIBIT C

KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203
Telephone: (818) 547-5000
Facsimile: (818) 54705329
André E. Jardini (*Appearing Pro Hac Vice*)

Counsel for Plaintiffs William D. Pilgrim, et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
| --- | --- |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | Case No. 09-50026 (MG) |
| Debtors. | |

**DECLARATION OF DAVID MARCARIAN IN SUPPORT OF REPLY TO MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION**

-1-

I, David Marcarian, declare as follows:

1. If called as witness I could and would testify as follows.

2. I am a resident of Seattle, Washington.

3. I purchased a Z06 Corvette (2006) on December 7, 2005, and took delivery of the vehicle at Huling Brothers Chevrolet, a local General Motors dealer.

4. On September 14, 2007, while driving at a high performance driving school, my Z06 had a catastrophic engine failure resulting in loss of control of the vehicle and a violent collision with the restraining wall on the track.

5. The impact caused me to suffer severe whiplash and a compression fracture of my mid-thoracic spine.

6. On or around September 15, 2007, I filed a claim with General Motors Central Claims department. (Claim number 645603).

7. On April 08, 2008, a General Motors dealership, Speedway Chevrolet, issued a report based upon their engine analysis which determined the engine failure was caused by a piston or valve failure.

8. I have never received a notice of any kind concerning the bankruptcy of General Motors.

Executed on February 4, 2016, at Seattle, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

_David Marcarian_