# EXHIBIT D

KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203
Telephone: (818) 547-5000
Facsimile: (818) 54705329
André E. Jardini (*Appearing Pro Hac Vice*)

Counsel for Plaintiffs William D. Pilgrim, et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:  MOTORS LIQUIDATION COMPANY, et al., fka General Motors Corp., et al.  Debtors. | Chapter 11  Case No. 09-50026 (MG) |
|---|---|

**DECLARATION OF RICHARD REYMAN IN SUPPORT OF REPLY TO MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION**

-1-

2444186.1  08000/01006

I, Richard Reyman, declare as follows:

1. If called as witness I could and would testify as follows.

2. I am a resident of Castaic, California.

3. I have over 35 years of experience as an auto mechanic, specializing in General Motors cars and trucks.

4. I am the owner of West Coast Cylinder Heads in Van Nuys, California.

5. I have rebuilt over 1,000 LS7 cylinder heads on Z06 Corvettes.

6. Around five years ago, I became aware of a recurrent issue in all of the valves and valve guides on LS7 cylinder heads in Z06 Corvettes. This issue affects all Z06 models from 2006 to 2013.

7. Currently, West Coast Cylinder Heads processes six to seven sets of valves on Z06 Corvettes per week. I receive calls daily from Z06 owners asking about valve issues.

8. In the last year, I have received two phone calls from a General Motors engineer to discuss my opinion on the valve wear issue that Z06 Corvettes are experiencing. It is my understanding that General Motors is calling other auto shops as well to discuss the valve wear issues.

9. Based on my extensive experience and knowledge, I believe that the LS7 Cylinder heads in Z06 Corvettes have a rapid wear problem because they have an accelerated rate of wear associated with mileage and driving conditions. This issue is specific to the Z06 option with LS7 engines in model years 2006 to 2013. The wear can become so extensive that the valve can break causing a catastrophic engine failure. I have

seen LS7 engines which have experienced such catastrophic engine failures.

10. West Coast Cylinder Heads works directly with General Motors' valve manufacturer, Dell West Engineering. Dell West Engineering processes the used valves by either polishing them or replacing them with aftermarket valves. The aftermarket valves cost approximately $1,100 for a set for each engine in addition to the cost of labor. Despite the additional cost of such an alternative valve, I am no longer using factory General Motors valves because of the likelihood that they will fail even after being polished.

11. In my experience, every LS7 engine I have inspected has clear signs of excessive valve guide wear.

12. I believe it is dangerous to drive a Z06 Corvette with such valve guide wear because of the possibility the engine will fail catastrophically.

Executed on **FEB 4, 2016**, at Van Nuys, California.

I declare under penalty of perjury that the foregoing is true and correct.

*Richard Reyman*
Richard Reyman