**OBJECTION DEADLINE:  February 5, 2016 at 5:00 p.m. (Eastern Time)**
**HEARING DATE AND TIME:  February 17, 2016, at 2:00 p.m. (Eastern Time)**

KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203
Telephone:  (818) 547-5000
Facsimile:  (818) 54705329
André E. Jardini (*Appearing Pro Hac Vice*)


Attorneys for Plaintiffs William D. Pilgrim, et al.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MOTOR LIQUIDATION COMPANY, et al. f/k/a General Motors Corp., et al.<br><br>Debtors | Case No.: 09-50026 (MG) |

## CERTIFICATE OF SERVICE

        This is to certify that on February 4, 2016, I caused to be served a true

and correct copy of the following:

        1.      Reply of Pilgrim Plaintiffs To Motion Of General Motors LLC

Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's

2441619.1 8000-1006\PLD

July 5, 2009 Sale Order and Injunction, and the Bankruptcy Court's Rulings in Connection Therewith;

2.      Declaration of Chad Reese in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction;

3.      Declaration of William Daniel Pilgrim in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction;

4.      Declaration of David Marcarian in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction;

5.      Declaration of Richard Reyman in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction; and

6.      Declaration of André E. Jardini in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction [ECF No. 13599] by electronic mail on all parties receiving notice via the Court's ECF System.

2442352.1  08000/01006

In addition, copies of the document listed in the annexed service list was served upon each of the persons and entities listed therein by causing copies of same to be delivered via overnight mail.

Dated:  February 5, 2016
         Glendale, California

Respectfully submitted,

/s/ André E. Jardini
André E. Jardini
(Appearing *Pro Hac Vice*)
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard
Suite 1500
Glendale, California 91203
Telephone:  (818) 547-5000
Facsimile:  (818) 547-5329

2442352.1  08000/01006

## Service List for February 5, 2016

## Documents Served via Overnight Delivery

1.      Reply of Pilgrim Plaintiffs To Motion Of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Bankruptcy Court's Rulings in Connection Therewith;

2.      Declaration of Chad Reese in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction;

3.      Declaration of William Daniel Pilgrim in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction;

4.      Declaration of David Marcarian in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction;

5.      Declaration of Richard Reyman in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction; and

2442352.1  08000/01006

6.      Declaration of André E. Jardini in Support of Reply to Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction [ECF No. 13599].

Brian S. Masumoto
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

2442352.1  08000/01006