KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*       :
                                               :
                            Debtors.           :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *February 4, 2016*, I caused to be served a true and correct copy of the *Letter to the Honorable Judge Martin Glenn Regarding Update on Related Proceedings* [ECF. No. 13598], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists was served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: February 8, 2016
       New York, New York

                      KING & SPALDING LLP

                      By: /s/   Scott I. Davidson
                      Arthur J. Steinberg
                      Scott Davidson
                      King & Spalding LLP
                      1185 Avenue of the Americas
                      New York, NY 10036
                      Telephone: (212) 556-2100
                      Facsimile: (212) 556-2222

                      *Attorneys for General Motors LLC*

## Service List For February 4, 2016:

**Documents Served *via* Email:**

(1) *Letter to the Honorable Judge Martin Glenn Regarding Update on Related Proceedings*
[ECF. No. 13598]

abloomer@kirkland.com
bobh@hmglawfirm.com
cioni@sbep-law.com
dgolden@AkinGump.com
djnewman@akingump.com
dmolton@brownrudnick.com
ecabraser@lchb.com
esserman@sbep-law.com
eweisfelner@brownrudnick.com
gfox@goodwinprocter.com
hsteel@brownrudnick.com
jflaxer@golenbock.com
kmartorana@gibsondunn.com
leonid.feller@kirkland.com
lrubin@gibsondunn.com
mjwilliams@gibsondunn.com
nmoss@akingump.com
peller@law.georgetown.edu
rgodfrey@kirkland.com
schmidt@whafh.com
schmidt@whafh.com
steve@hbsslaw.com
wweintraub@goodwinprocter.com

## Service List For February 4, 2016

**Documents Served *via* Overnight Delivery:**

(1)  *Letter to the Honorable Judge Martin Glenn Regarding Update on Related Proceedings* [ECF. No. 13598]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |