**BINDER & SCHWARTZ LLP**
Eric B. Fisher
28 W 44th Street, Suite 700
New York, NY  10036
Phone:  212-510-7008
Facsimile:  212-510-7299
*Attorneys for Motors Liquidation Company*
*Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, *et al.*,           Chapter 11 Case

        Debtors.                                         Case No. 09-50026 (REG)

                                                                                                                     (Jointly Administered)

-------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

    PLEASE TAKE NOTICE that the undersigned appears as attorney for the Motors Liquidation Company Avoidance Action Trust, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

**BINDER & SCHWARTZ LLP**
Eric B. Fisher
28 W. 44th Street,
Suite 700
New York, NY  10036-4039
Phone:  212-933-4551
Facsimile:  212-510-7299
E-mail:  efisher@binderschwartz.com

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: February 10, 2016
      New York, New York

By: /s/ Eric B. Fisher
**BINDER & SCHWARTZ LLP**
Eric B. Fisher
28 W 44th Street, Suite 700
New York, NY 10036-4039
Phone: 212-510-7008
Facsimile: 212-510-7299
*Attorneys for Motors Liquidation Company Avoidance Action Trust*