**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
::
In re:                                                          :    Chapter 11 Case No.
::
MOTORS LIQUIDATION COMPANY, *et al.*,        :    09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                :
::
                Debtors.                       :    (Jointly Administered)
::
------------------------------------------------------------------x

**ORDER RE-APPOINTING EPLET, LLC, AS ADMINISTRATIVE TRUSTEE OF THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE ("RACER") TRUST TO A SECOND FIVE-YEAR TERM THROUGH AND INCLUDING MARCH 31, 2021**

      Upon the Motion, dated February 1, 2016 (the "**Motion**"),[1] of the United States of America, pursuant to section 105(a) of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order pursuant to paragraph 42 of the Environmental Response Trust and Consent Decree, Dkt. No. 9941, Ex. C, as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the Motion is granted and EPLET, LLC, is hereby re-appointed to a second five-year term as Administrative Trustee of RACER, through and including March 31, 2021; and it is

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

Dated:  February 16, 2016
       New York, New York

                                            /s/Martin Glenn
                                          MARTIN GLENN
                                     United States Bankruptcy Judge