Jeffrey Rhodes *(admitted pro hac vice)*
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 420-3150

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.

------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

    **PLEASE TAKE NOTICE** that Jeffrey Rhodes, formerly a partner of Dickstein Shapiro LLP and now a partner of Blank Rome LLP, hereby withdraws his appearance as counsel for the Motors Liquidation Company Avoidance Action Trust in the above-captioned case and requests that he be removed from the CM/ECF noticing list and any other service list in this case. The Motors Liquidation Company Avoidance Action Trust continues to be represented by Eric B. Fisher of Binder & Schwartz LLP.

Dated: Washington, D.C.
       February 19, 2016

                                     BLANK ROME LLP

                        By:   /s/ Jeffrey Rhodes
                                     Jeffrey Rhodes *(admitted pro hac vice)*
                                     BLANK ROME LLP
                                     1825 Eye Street, NW
                                     Washington, D.C. 20006
                                     Telephone: (202) 420-3150