Barry N. Seidel
BLANK ROME LLP
405 Lexington Avenue
New York, New York 10174-0208
Telephone:   212.885.5000
Facsimile:    212.885.5001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,



Debtors.

------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that Barry N. Seidel, formerly a partner of Dickstein Shapiro LLP and now a partner of Blank Rome LLP, hereby withdraws his appearance as counsel for the Motors Liquidation Company Avoidance Action Trust in the above-captioned case and requests that he be removed from the CM/ECF noticing list and any other service list in this case. The Motors Liquidation Company Avoidance Action Trust continues to be represented by Eric B. Fisher of Binder & Schwartz LLP.

Dated: New York, New York
February 19, 2016

                                BLANK ROME LLP

                         By:    /s/ Barry N. Seidel
                                Barry N. Seidel
                                BLANK ROME LLP
                                405 Lexington Avenue
                                New York, New York 10174-0208
                                Telephone:   212.885.5000
                                Facsimile:    212.885.5001