**Hearing date: April 13, 2016**
**Objection deadline: March 23, 2016**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) |
| f/k/a General Motors Corp., *et al.*, | ) Case No. 09-50026 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on March 2, 2016, Marlos L. Chenault and Shayrika L. Chenault, Plaintiffs in the case styled *Chenault v. Continental AG, et al.*, No. 12EV016009J, State Court of Fulton County, Georgia, filed a "Motion for Determination of Applicability of Automatic Stay."

PLEASE TAKE FURTHER NOTICE that any responses or objections to this Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5-inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399.

Such responses or objections shall be served, **so as to be received no later than 4:00 p.m. EST on March 23, 2016,** on the following: (1) Harris Penn Lowry LLP, attorneys for Marlos L. Chenault and Shayrika L. Chenault, 400 Colony Square, 1201 Peachtree St. NE Suite 900, Atlanta, Georgia 30361 (Attn: Jeffrey R. Harris, Esq.); (2) King & Spalding LLP, attorneys for General Motors LLC, 1180 Peachtree St. NE, Atlanta, Georgia 30309-3521 (Attn: David L. Balser, Esq., Philip E. Holladay, Jr., Esq., Susan M. Clare, Esq., and Anneke J. Shepard, Esq.); (3) the

1

Debtors, c/o Motors Liquidation Company, 401 S. Old Woodward Ave., Ste. 370, Birmingham, MI 48009 (Attn: Thomas Morrow); (4) General Motors LLC, 400 Renaissance Center, Detroit, MI 48265 (Attn: Lawrence S. Buonomo, Esq.); (5) Weil, Gotshal & Manges LLP, attorneys for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, 767 Fifth Avenue, New York, New York 10153 (Attn:  Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (6) The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis, Esq.); (7) The United States Attorney's Office, SDNY, 86 Chambers Street, Third Floor, New York, NY 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (8) The United States Department of the Treasury, 1500 Pennsylvania Ave. NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.); (9) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (10) Vedder Price, P.C., Attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, NY 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (11) Kramer Levin Naftalis & Frankel LLP, Attorneys for the Creditors' Committee, 1177 Avenue of the Americas,  New York, NY 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (12) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, Attorneys for the Future Claimants' Representative, 2323 Bryan Street, Suite 2200, Dallas, TX 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.); (13) Caplin & Drysdale, Chartered, Attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, NY 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (14) FTI Consulting, as GUC Trust Monitor and Avoidance Action Trust Monitor, One Atlantic Center, 1201 W. Peachtree Street, Suite 500, Atlanta, GA 30309 (Attn: Anna Phillips); (15) Gibson, Dunn & Crutcher LLP, Attorneys for Wilmington Trust Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, NY 10166 (Attn: Keith Martorana, Esq.); (16) Kirk P. Watson, Esq., Asbestos Trust Administrator, 2301 Woodlawn Boulevard, Austin, TX 78703; and (17) Crowell & Moring LLP, Attorneys for the Environmental Response Trust, 590 Madison Avenue, 19th Floor, New York, NY 10022-2524 (Attn: Michael V. Blumenthal, Esq.).

The Court shall hold a hearing on the Motion on **April 13, 2016 at 10:00 o'clock in Courtroom 523, One Bowling Green, New York, New York 10004**. The relief requested in this Motion may be granted without a hearing if no objection is timely filed and served in accordance with these procedures.

Dated March 2, 2016.

HARRIS PENN LOWRY LLP

/s/ Jeffrey R. Harris
Jeffrey R. Harris
Georgia Bar No. 330315
*Appearing pro hac vice*

400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

*Attorneys for Marlos L. Chenault and
Shayrika L. Chenault*

Jeffrey R. Harris
**Harris Penn Lowry LLP**
400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

*Attorneys for Marlos L. Chenault*
*and Shayrika L. Chenault*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) |
| f/k/a General Motors Corp., *et al.*, | ) Case No. 09-50026 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**MOTION FOR DETERMINATION OF APPLICABILITY OF
AUTOMATIC STAY**

Marlos L. Chenault and Shayrika L. Chenault, Plaintiffs in the case styled

*Chenault v. Continental AG, et al.*, No. 12EV016009J, State Court of Fulton

County, Georgia, hereby respectfully move this Court for an Order determining

that the automatic stay of proceedings against Debtor has no applicability to their

claims against General Motors LLC ("**New GM**") in the Fulton County

proceedings.  Plaintiffs file this Motion pursuant to an Order of the Fulton County

4

Court directing Plaintiffs to seek such a determination from this Court.  (Ex. A).  In support of this Motion, Plaintiffs show as follows.

Plaintiffs were involved in a single-car collision on January 29, 2011, when the right rear tire of their 2005 GMC Envoy Denali (the "**Subject Vehicle**") experienced a tread separation, causing the vehicle to strike a guardrail and roll over.  Plaintiffs filed their Complaint on October 18, 2012, naming various Defendants.  Among their claims, Plaintiffs sought to assert a products-liability claim against the manufacturer of the Subject Vehicle.

Plaintiffs are aware that General Motors Corporation ("**Old GM**") filed a voluntary petition for bankruptcy in this Court on June 1, 2009, and that it subsequently changed its name to Motors Liquidation Company.  Plaintiffs further understand that Motors Liquidation Company then sold substantially all of its assets to a new entity, New GM, which was then called General Motors Company and is now known as General Motors LLC.  As part of the sale, Plaintiffs understand that New GM assumed liability to third parties for all products liability claims arising after the **Closing Date** of July 10, 2009, for products manufactured before the Closing Date.  This would include claims pertaining to the Subject Vehicle that arose after the Closing Date.  Old GM/Motors Liquidation Company then dissolved in December 2011.  Although this bankruptcy matter remains open,

5

Plaintiffs understand that New GM—the entity liable for claims arising after the

Closing Date for products manufactured before the Closing Date—is not the debtor

entity and is not subject to the bankruptcy proceedings.

Because the Subject Vehicle was manufactured by Old GM prior to the

Closing Date but Plaintiffs' claims did not arise until January 29, 2011, after the

Closing Date, Plaintiffs have valid claims against New GM, which is Old GM's

successor-in-interest insofar as such claims are concerned.  ***Plaintiffs do not***

***purport to have a claim against Old GM.***  Furthermore, New GM is not the debtor

in these bankruptcy proceedings, Plaintiffs are not potential creditors of Old GM,

Old GM has no interest in the Fulton County litigation, the Fulton County

litigation has no connection to the bankruptcy proceedings, and ***the Fulton County***

***Litigation does not implicate the assets of Old GM***.  Thus, any automatic stay that

might have affected suits against Old GM has no bearing on suits against New

GM, including Plaintiffs' Fulton County suit.

Accordingly, Plaintiffs sought to name New GM as a defendant in the Fulton

County action.  However, when pleading their Complaint, Plaintiffs mistakenly

referred to New GM by the misnomer "General Motors Corporation" instead of

"General Motors Company" or "General Motors LLC."  (Ex. B).  Following

further litigation in the Fulton County action, that Court has expressed concern as

to whether Plaintiffs' claims exist against Old GM or New GM and whether the

instant bankruptcy proceedings involving Old GM bar or stay Plaintiffs' claims.

For this reason, the Fulton County Court has directed Plaintiffs "to seek a ruling

from the Bankruptcy Court regarding the nature of the relationship between

General Motors Corporation and General Motors, LLC, whether or not the claims

herein survive or are barred for any reason, and whether or not the bankruptcy stay

applies in this case."[1]  (Ex. A).

For the foregoing reasons, Plaintiffs respectfully request that this Court enter

an Order determining as follows:

1. General Motors LLC (formerly known as General Motors Company)

    purchased substantially all of the assets of General Motors Corporation.

    As part of the sale, General Motors LLC agreed to assume liability for all

    products-liability claims arising on or after July 10, 2009 regarding

    products manufactured by General Motors Corporation prior to July 10,

    2009.

2. Any claims Plaintiffs may have that arose on or after July 10, 2009,

    regarding the Subject Vehicle or any other product manufactured by

---

[1] This question as stated is the only one before this Court.  If, as Plaintiffs believe, their claims exist only against New GM, the Fulton County court will resolve the question of whether New GM was properly brought into that suit.

General Motors Corporation prior to July 10, 2009, survive the sale of

General Motors Corporation's assets to General Motors LLC and are not

barred.  To the extent liability exists for such claims, such liability would

be on the part of General Motors LLC, not General Motors Corporation.

3.  The automatic stay arising from *In re: Motors Liquidation Company*, No.

09-50026 (S.D.N.Y.), does not apply to the Fulton County action or any

other claims against General Motors LLC.

Respectfully submitted this 2nd day of March, 2016.

HARRIS PENN LOWRY LLP

 /s/ Jeffrey R. Harris
Jeffrey R. Harris
Georgia Bar No. 330315
*Appearing pro hac vice*

400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

*Attorneys for Marlos L. Chenault and
Shayrika L. Chenault*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **MOTION FOR DETERMINATION OF APPLICABILITY OF AUTOMATIC STAY** and **NOTICE OF HEARING** upon the following parties and attorneys of record by filing same with the Court's CM/ECF system:

Thomas Morrow
**Motors Liquidation Company**
401 S. Old Woodward Ave., Ste. 370
Birmingham, MI 48009

*Debtors*

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153

*Attorneys for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust*

David S. Jones, Esq.
Natalie Kuehler, Esq.
**U.S. Attorney's Office, SDNY**
86 Chambers Street, Third Floor
New York, NY 10007

Lawrence S. Buonomo, Esq.
**General Motors LLC**
400 Renaissance Center
Detroit, MI 48265

Tracy Hope Davis, Esq.
**Office of the United States Trustee for the Southern District of New York**
33 Whitehall Street, 21st Floor
New York, NY 10004

Joseph Samarias, Esq.
**The U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW, Room 2312
Washington, DC 20220

John J. Rapisardi, Esq.
**Cadwalader, Wickersham &
Taft LLP**
One World Financial Center
New York, NY 10281

*Attorneys for the United
States Department of the Treasury*

Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
**Kramer Levin Naftalis &
Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036

*Attorneys for the Creditors'
Committee*

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
**Caplin & Drysdale, Chartered**
375 Park Avenue, 35th Floor
New York, NY 10152-3500

*Attorneys for the Asbestos
Claimants' Committee*

Anna Phillips
**FTI Consulting**
GUC Trust Monitor and Avoidance
Action Trust Monitor
One Atlantic Center
1201 W. Peachtree Street, Suite 500
Atlanta, GA 30309

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
**Vedder Price, P.C.**
1633 Broadway, 47th Floor
New York, NY 10019

*Attorneys for Export Development Canada*

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
**Stutzman, Bromberg, Esserman &
Plifka, A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, TX 75201

*Attorneys for the Future Claimants'
Representative*

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
**Caplin & Drysdale, Chartered**
Thomas Circle, N.W., Suite 1100
Washington, DC 20005

*Attorneys for the Asbestos Claimants'
Committee*

Keith Martorana, Esq.
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue, 47th Floor
New York, NY 10166

Attorneys for Wilmington Trust Company
as GUC Trust Administrator and for
Wilmington Trust Company as Avoidance

Action Trust Administrator

Kirk P. Watson, Esq.
Asbestos Trust Administrator
2301 Woodlawn Boulevard
Austin, TX 78703

Michael V. Blumenthal, Esq.
**Crowell & Moring LLP**
590 Madison Avenue, 19th Floor
New York, NY 10022-2524

*Attorneys for the Environmental
Response Trust*

I further certify that I have served the following persons or entities by placing a copy of the foregoing in first-class U.S. Mail, proper postage prepaid, addressed as follows:

David L. Balser, Esq.
Philip E. Holladay, Jr., Esq.
Susan M. Clare, Esq.
Anneke J. Shepard, Esq.
**King & Spalding LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

*Attorneys for General Motors LLC*

This the 2nd day of March, 2016.

HARRIS PENN LOWRY LLP

 /s/ Jeffrey R. Harris
Jeffrey R. Harris
Georgia Bar No. 330315

400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

*Attorneys for Marlos L. Chenault and
Shayrika L. Chenault*