UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re: MOTORS LIQUIDATION COMPANY,
et al.,
    f/k/a General Motors Corp., et al.
                                 Debtor

Case No.: 09-50026
Chapter 11

----------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff
v.

Defendant
----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Madeline E. McNeeley, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Marlos Chenault & Shayrika Chenault, a movant in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Georgia & Tennessee and, if applicable, the bar of the U.S. District Court for the N./S./Middle District of Georgia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 3/18/2016

_____, New York

/s/ Madeline E. McNeeley

*Mailing Address*:

Harris Penn Lowry LLP
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
*E-mail address*: molly@hpllegal.com
*Telephone number*: (404) 961-7650

RECEIVED
MAR 22 2016
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK