UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*. : 
: 
        Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.   I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On April 4, 2016, at the direction of Gibson Dunn & Crutcher LLP, attorneys for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this 5th day of
April, 2016

/s/ Kevin M. Doyle
Kevin M. Doyle
Notary Public, State of New York
No. 02DO6173767
Qualified in Suffolk County
Commission Expires:  September 4, 2019

# EXHIBIT A

| | |
|---|---|
| BLAKE GOODMAN<br>PO BOX 715<br>WOODRIDGE, NY 12789 | MORRIS GOODMAN<br>PO BOX 715<br>WOODRIDGE, NY 12789 |