UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> MOTORS LIQUIDATION COMPANY, *et al.,* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> (Jointly administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> JP MORGAN CHASE BANK, N.A., individually and as Administrative Agent for Various lenders party to the Term Loan Agreement described herein, *et al.,* <br><br> Defendants. | Adv. Pro. No. 09-00504 (REG) |

### NOTICE OF APPEARANCE

TO:   UNITED STATES BANKRUPTCY COURT

Please take notice that, pursuant to Rule 2002 of the Bankruptcy Rules, Creditor, Fairview Funding LLC, hereby appear in the above-captioned matter and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the following:

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Attn:  Donald F. Campbell, Esq.
          (E)    dcampbell@ghclaw.com
          (W)   (732) 741-3900
          (F )   (732) 224-6599

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any notices of orders, pleadings, motions, applications, complaints, demands, hearings, plans, disclosure statements, requests, petitions, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is without prejudice to the rights, remedies and claims of Fairview Funding LLC against other entities or any objection that may be made to the subject matter jurisdiction of the Court or the propriety of venue, and shall not be deemed a claim, construed to submit Fairview Funding LLC to the jurisdiction of the Court or act as a waiver of Fairview Funding LLC's right to a jury trial.

All rights remedies and claims of Fairview Funding LLC are hereby expressly reserved, including without limitation, the right to a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

        GIORDANO HALLERAN & CIESLA
        Attorneys for Creditor, Fairview Funding LLC

        By:    */s/ Donald F. Campbell*
               DONALD F. CAMPBELL

Dated: April 28, 2016

Docs #2298846-v1