**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

**NOTICE OF FILING OF ANNUAL REPORT AND ACCOUNT OF THE**
**MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2015**

The MLC Asbestos PI Trust (the "Trust") hereby files its Annual Report, Financial

Statements, and Claims Summary for the fiscal year ending December 31, 2015.  The Annual

Report and Financial Statements are attached hereto as Exhibit 1.

Pursuant to the provisions of the MLC Asbestos PI Trust Agreement (the "Trust

Agreement"), the Trust is providing copies of the Annual Report and the Financial Statements to

the Trust Advisory Committee, the Future Claims Representative, and the Office of the United

States Trustee.

Dated:  New York, New York
        April 29, 2016

KLESTADT WINTERS JURELLER                CAMPBELL & LEVINE, LLC
SOUTHARD & STEVENS, LLP                  Counsel to the MLC Asbestos PI Trust
Counsel to the MLC Asbestos PI Trust     Kathleen Campbell Davis
                                         222 Delaware Avenue, Suite 1620
By: /s/ Brendan M. Scott                 Wilmington, DE 19801
    Brendan M. Scott                     Tel: (302) 426-1900
200 West 41st Street, 17th Floor         Fax (302) 426-9947
New York, New York 10036
Tel:  (212) 972-3000
Fax: (212) 972-2245                      Douglas A. Campbell
                                         Stanley E. Levine
                                         1700 Grant Building
                                         Pittsburgh, PA 15219
                                         Tel. 412.261.0310
                                         Fax 412.261.5066