UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Angela Plura, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 29th day of April, 2016, I served copies of:

    - Notice of Filing of Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2015; and

    - Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2015, together with exhibit referenced therein;

by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon the attached service list.

_____
Angela Plura

Sworn to and subscribed before me this
29th day of April, 2016

_____
Notary Public
State of New York

BRENDAN M SCOTT
NOTARY PUBLIC, STATE OF NEW YORK
LIC. # 02SC6311438
MY COMMISSION EXPIRES 9/15/18

John D. Cooney, Esq.  
Cooney and Conway  
120 N. LaSalle Street, 30th Fl.  
Chicago, IL 60602-6412

Kazan, McClain, Lyons, Greenwood & Harley, PLC  
Jack London Market  
55 Harrison Street, Suite 400  
Oakland, CA 94607  
Attn: Steven Kazan, Esq.

Perry Weitz, Esq.  
Weitz & Luxenberg  
700 Broadway  
New York, NY 10003

Hon. Dean M. Trafelet (Ret.)  
50 West Schiller  
Chicago, IL 60610

Hon. Dean M. Trafelet (Ret.)  
P.O. Box 518  
9130 Wild Lane  
Baileys Harbor, WI 54202

Andrew D. Velez-Rivera  
Office of the U.S. Trustee  
201 Varick Street  
Suite 1006  
New York, NY 10014

Andrew Kress  
Kaye Scholer, LLP  
425 Park Avenue  
New York, NY 10022-3598

Andrew Kress  
Kaye Scholer, LLP  
250 West 55th Street  
New York, NY 10019-9710