Jeffrey R. Harris
*Appearing pro hac vice*
**Harris Penn Lowry LLP**
400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

*Attorneys for Marlos L. Chenault
and Shayrika L. Chenault*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, ) | |
| f/k/a General Motors Corp., *et al.*, ) | Case No. 09-50026 (MG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF APPEAL**

Appellants Marlos L. Chenault and Shayrika L. Chenault, Movants in the above-styled proceeding, hereby appeal to the U.S. District Court for the Southern District of New York from the Memorandum Opinion and Order Determining that the Automatic Stay Applies to the State Court Action entered on April 15, 2016 (Doc. 13618). The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| General Motors LLC | Arthur J. Steinberg, Esq. |
| | Scott I. Davidson, Esq. |
| | **King & Spalding LLP** |
| | 1185 Avenue of the Americas |
| | New York, NY 10036 |
| | |
| | *And* |
| | |
| | Richard C. Godfrey, Esq. |

1

        Andrew B. Bloomer, Esq.
        **Kirkland & Ellis LLP**
        300 North LaSalle
        Chicago, IL 60654

This 29th day of April, 2016.

        HARRIS PENN LOWRY LLP

        /s/ Jeffrey R. Harris
        Jeffrey R. Harris
        Georgia Bar No. 330315
        *Appearing pro hac vice*

400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

        *Attorneys for Marlos L. Chenault and*
        *Shayrika L. Chenault*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF APPEAL** upon all parties and attorneys of record by filing same with the Court's CM/ECF system.

This the 29th day of April, 2016.

HARRIS PENN LOWRY LLP

 /s/ Jeffrey R. Harris
Jeffrey R. Harris
Georgia Bar No. 330315

400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

*Attorneys for Marlos L. Chenault and Shayrika L. Chenault*