# Exhibit D

State Court of Fulton County
**E-FILED**
LexisNexis Transaction ID: 47124032
Date: Oct 18 2012 10:04AM
Mark Harper, Clerk

GEORGIA, FULTON COUNTY                          DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY                    CIVIL ACTION FILE NO. _____
Civil Division                                  *** NOTE-- DESIGNATED E-FILE CASE – ANSWER AND ALL PLEADINGS MUST BE E-FILED ****
                                                CONTACT THE COURT AT 404.613.5040 AND
                                                LEXISNEXIS CUSTOMER SUPPORT AT 1.888.529.7587

Marlos L. Chenault and Shayrika Chenault
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

Continental AG; Continental Tire The Americas, LLC, d/b/a Continental
Tire North America, Inc.; General Tire International Company d/b/a General
Tire; General Motors Corporation; and Brown Tire Service

Defendant's Name, Address, City, State, Zip Code

SUMMONS  *General Motors Corporation*
TO THE ABOVE NAMED-DEFENDANT:

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [___] ACCOUNT | PRINCIPAL $_____ |
| [___] CONTRACT | |
| [___] NOTE | INTEREST $_____ |
| [ x ] TORT | |
| [___] PERSONAL INJURY | ATTY. FEES $_____ |
| [___] FOREIGN JUDGMENT | |
| [___] TROVER | COURT COST $_____ |
| [___] SPECIAL LIEN | |
| ************ | |
| [ x ] NEW FILING | |
| [___] RE-FILING: PREVIOUS CASE NO. _____ | |

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Darren W. Penn
Address: Harris Penn Lowry DelCampo, LLP, 400 Colony Square, 1201 Peachtree St. NE, Suite 900
City, State, Zip Code: Atlanta, GA 30361            Phone No.: 404-961-7650

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing through Lexis Nexis or, if desired, at the e-filing public access terminal in the Clerk's Office at 185 Central Avenue, S.W., Room TG-100, Atlanta, Georgia 30303 or at the e-filing public access terminal at the Clerk's Office's North Annex at 7741 Roswell Road, Atlanta, Georgia 30350.

This _____         Angela Dash, Chief Deputy Clerk (electronic signature)

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

*SERVICE INFORMATION:*
Served, this _____ day of _____, 20_____.       _____
                                                              DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY
WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20_____.       _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)