# Exhibit E

**State Court of Fulton County**
**EFILED**
**\*\*Exhibit E\*\***

File & ServeXpress
Transaction ID: 51501999
Date: Apr 03 2013 09:56AM
Cicely Barber, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARLOS L. CHENAULT AND SHAYRIKA L. CHENAULT | PLAINTIFFS |
| CONTINENTAL AG; CONTINENTAL TIRE THE AMERICAS, LLC, d/b/a CONTINENTAL TIRE NORTH AMERICA, INC.; GENERAL TIRE INTERNATIONAL COMPANY d/b/a GENERAL TIRE; GENERAL MOTORS CORPORATION; and BROWN TIRE SERVICE. | DEFENDANTS |

ATTORNEY: HARRIS PENN LOWRY DELCAMPO
1201 PEACHTREE STREET SUITE 900
ATLANTA, GEORGIA 30361
404-961-7650

Civil Action Number: **12EV016009J**

**AFFIDAVIT OF SERVICE**    Court Date:    Court Time:

1. At the time of service I was at least 18 years of age and not a party to this action and I served the following document:

   SUMMONS, COMPLAINT FOR DAMAGES, PLAITIFFS FIRST INTERROGATORIES TO DEFENDANT, CONTINENTAL TIRE NORTH AMERICA, INC., PLAINTIFFS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, CONTINENTAL TIRE NORTH AMERICA, INC., CERTIFICATE OF SERVICE.

2. Person Served: **KARA MCDANIEL**
   Entity Served: **GENERAL MOTORS LLC**
   Service Address: **136 N. FAIRGROUND STREET NE, MARIETTA, GEORGIA 30060**
   Date Served: **10/22/2012**
   Time Served: **2:15 pm**

3. I served the person or entity in item 2 with the service documents by:

   **PLACING THE SERVICE DOCUMENTS INTO THE HANDS OF KARA MCDANIEL A PERSON AUTHORIZED TO ACCEPT SERVICE OF THE DOCUMENTS FOR CSC OF COBB COUNTY, THE REPORTED REGISTERED AGENT FOR GENERAL MOTORS LLC.**

4. Agent Who Served Documents:
   J. PRICE/Agent of Dial Services
   3520 STONEY CREEK WAY
   LOGANVILLE, GEORGIA 30052

   I Declare under penalty of perjury under the laws of the State of Georgia that the statements above are true and accurate.

   _____ (Signature)

5. Sworn to and subscribed before me this 23rd day of October, 2012.

   _Patty Ramirez_
   Notary Public
   My Commission Expires: 2/19/15