# Exhibit F



**CORPORATION SERVICE COMPANY**

RVP
Transmittal Number: 10457811

# Rejection of Service of Process

**Return to Sender Information:**

Darren W. Penn
Harris Penn Lowry Delcampo, LLP
400 Colony Square
1201 Peachtree Street, NE Suite 900
Atlanta, GA 30361

| | |
|---|---|
| **Date:** | 10/22/2012 |
| **Party Served:** | General Motors Corporation |
| **Title of Action:** | Marlos L. Chenault and Shayrika L. Chenault vs. Continental AG, et al |
| **Court/Agency:** | Fulton County State Court, Georgia |
| **Case/Reference No:** | 12EV016009J |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscinfo.com. Please include the transmittal number located in the upper right-hand corner of this letter.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com



Exhibit 1