KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *May 13, 2016*, I caused to be served a true and correct copy of the *Objection by General Motors LLC to the Motion for Leave to Appeal Filed By Marlos L. Chenault and Shayrika L. Chenault* [ECF. No. 13626], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service list was served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* overnight mail.

Dated: May 17, 2016
New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson___
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        -and-

        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200
        Richard C. Godfrey, P.C. (admitted *pro hac vice*)
        Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

        *Attorneys for General Motors LLC*

## Service List For May 13, 2016

**Documents Served *via* Overnight Delivery:**

(1) *Objection by General Motors LLC to the Motion for Leave to Appeal Filed By Marlos L. Chenault and Shayrika L. Chenault* [ECF. No. 13626]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Jeffrey R. Harris<br>Harris Penn Lowry LLP<br>400 Colony Square<br>1201 Peachtree Street, NE<br>Suite 900<br>Atlanta, GA 30361 |