Jeffrey R. Harris
Madeline E. McNeeley
*Appearing pro hac vice*
**Harris Penn Lowry LLP**
400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

*Attorneys for Marlos L. Chenault
and Shayrika L. Chenault*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) |
| f/k/a General Motors Corp., *et al.*, | ) Case No. 09-50026 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| MARLOS L. CHENAULT and | ) District Court Case No. |
| SHAYRIKA L. CHENAULT, | ) 1:16-cv-03764-RA-JLC |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) |
| | ) |
| GENERAL MOTORS LLC, | ) |
| | ) |
| Appellee. | ) |

**STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**

Appellants Marlos L. Chenault and Shayrika L. Chenault hereby designate the following items for inclusion in the record on appeal to the U.S. District Court for the Southern District of New York:

- Order Approving Sale dated 7/5/2009 (Doc. 2968), with attachments

1

- Motion for Determination of Applicability of Automatic Stay (Doc. 13611), with attachments

- Objection by General Motors LLC to Motion for Determination of Applicability of Automatic Stay (Doc. 13612), with attachments

- Reply to GM Objection to Motion for Determination of Applicability of Automatic Stay (Doc. 13617), with attachments

- Memorandum Opinion and Order dated 4/15/2016 (Doc. 13618)

- Transcript of the hearing held on April 13, 2016 (Doc. 13631)

The issues on appeal are as follows:

1. The Bankruptcy Court Lacked Jurisdiction to Resolve a State-Law Dispute Between Third Parties that Does Not Involve the Debtor.

2. New GM Assumed Liability for Product Liability Claims of the Type Asserted in the State Court Complaint.

This 1st day of June, 2016.

HARRIS PENN LOWRY LLP

/s/ Jeffrey R. Harris
Jeffrey R. Harris
Georgia Bar No. 330315
Madeline E. McNeeley
Georgia Bar No. 460652
*Appearing pro hac vice*

400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

*Attorneys for Marlos L. Chenault and Shayrika L. Chenault*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **DESIGNATION OF RECORD ON APPEAL** upon all parties and attorneys of record by filing same with the Court's CM/ECF system.

This 1st day of June, 2016.

HARRIS PENN LOWRY LLP

 /s/ Madeline E. McNeeley
Madeline E. McNeeley
Georgia Bar No. 460652
*Appearing pro hac vice*

400 Colony Square
1201 Peachtree St. NE Suite 900
Atlanta, GA 30361
(404) 961-7650
(404) 961-7651 (fax)

*Attorneys for Marlos L. Chenault and Shayrika L. Chenault*