# Exhibit L

## Asher, Jennifer

| | |
|---|---|
| **From:** | Tedra Cannella <Tedra@butlerwooten.com> |
| **Sent:** | Friday, September 11, 2015 5:33 PM |
| **To:** | Davidson, Scott |
| **Cc:** | Jim Butler; Bob Cheeley; William G. Hammill; Rob Snyder; Julie Houston; Cathy Huff; Betht Telgenhoff |
| **Subject:** | RE: Fox v. General Motors LLC; Case No. 14A-3468-4 - Correspondence |

The address you used in your 10:53 a.m. email (tendrac@butlerwooten.com) was wrong, which explains the error message. In the future, please copy our entire team on emails to ensure your email is received. The team is cc:'d here.

Our September 9th letter contained a list of questions in attempt to address GM's three-day "demand" letter. GM claims that "The issues raised in your correspondence are, or will shortly be, before the Bankruptcy Court." That is not correct. And of course, no issue will be before the bankruptcy Court before the expiration of your three-day "demand" letter. We cannot respond to your letter without answers to those questions. Therefore, we will not respond.

**From:** Davidson, Scott [mailto:SDavidson@KSLAW.com]
**Sent:** Friday, September 11, 2015 10:58 AM
**To:** Tedra Cannella; Betht Telgenhoff
**Subject:** FW: Fox v. General Motors LLC; Case No. 14A-3468-4 - Correspondence

Ms. Cannella:

I sent the below e-mail to you, but received an error message.

Thank you
**Scott I. Davidson | King & Spalding LLP**
_____

Tel: 212.556.2164 | Fax: 212.556.2222 | E-mail: sdavidson@kslaw.com
1185 Avenue of the Americas | New York, New York 10036
_____
The information contained in this e-mail is personal and confidential and is intended for the recipient only. In the event that you have received this message in error, please delete it immediately and inform the sender as soon as possible.

**From:** Davidson, Scott
**Sent:** Friday, September 11, 2015 10:53 AM
**To:** 'tendrac@butlerwooten.com'
**Cc:** Steinberg, Arthur; 'rgodfrey@kirkland.com'; Bloomer, Andrew B. (abloomer@kirkland.com); Asher, Jennifer (jasher@kslaw.com)
**Subject:** Fox v. General Motors LLC; Case No. 14A-3468-4 - Correspondence

We received your recent correspondence with respect to the above-referenced lawsuit. The issues raised in your correspondence are, or will shortly be, before the Bankruptcy Court. The Scheduling Order entered by the Bankruptcy Court on September 3, 2015, which was previously sent to you, sets forth various procedures with respecting to briefing certain issues, and the submission of marked pleadings and responses. A copy of the Scheduling Order is also attached hereto for your convenience. Subject to following the procedures set by the Court, you can participate in this process if you choose to. In short, you have the choice to brief issues that affect your client, or to wait for the Bankruptcy Court to decide issues based on briefs submitted by Designated Counsel and perhaps others.

Thank you
**Scott I. Davidson | King & Spalding LLP**

_____

Tel: 212.556.2164 | Fax: 212.556.2222 | E-mail: <u>sdavidson@kslaw.com</u>
1185 Avenue of the Americas | New York, New York 10036
_____
The information contained in this e-mail is personal and confidential and is intended for the recipient only. In the event that you have received this message in error, please delete it immediately and inform the sender as soon as possible.

_____

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.