# Exhibit R

# Asher, Jennifer

| | |
|---|---|
| **From:** | Davidson, Scott |
| **Sent:** | Friday, September 11, 2015 10:52 AM |
| **To:** | 'Tab Turner' |
| **Cc:** | Steinberg, Arthur; 'rgodfrey@kirkland.com'; Bloomer, Andrew B. (abloomer@kirkland.com) |
| **Subject:** | General Motors LLC - Correspondence Regarding Lemus, Tibbets, Chapman, Trujillo, Smith Lawsuits |
| **Attachments:** | GM - Scheduling Order Package.pdf |

We received your recent correspondence with respect to the above-referenced lawsuits.  The issues raised in your correspondence are, or will shortly be, before the Bankruptcy Court.  The Scheduling Order entered by the Bankruptcy Court on September 3, 2015, which was previously sent to you, sets forth various procedures with respecting to briefing certain issues, and the submission of marked pleadings and responses.  A copy of the Scheduling Order is also attached hereto for your convenience.  Subject to following the procedures set by the Court, you can participate in this process if you choose to.  In short, you have the choice to brief issues that affect your client, or to wait for the Bankruptcy Court to decide issues based on briefs submitted by Designated Counsel and perhaps others.

Thank you
**Scott I. Davidson | King & Spalding LLP**
_____

Tel: 212.556.2164 | Fax: 212.556.2222 | E-mail: sdavidson@kslaw.com
1185 Avenue of the Americas | New York, New York 10036
_____
The information contained in this e-mail is personal and confidential and is intended for the recipient only. In the event that you have received this message in error, please delete it immediately and inform the sender as soon as possible.

1