KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                               :        Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :        Case No.: 09-50026 (MG)
      f/k/a General Motors Corp., *et al.*             :
                                                    :
                  Debtors.             :        (Jointly Administered)
---------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

        This is to certify that on *June 1, 2016*, I caused to be served a true and correct copy of the

*Notice of Motion and Motion of General Motors LLC's Pursuant to 11 U.S.C. §§ 105 and 363 to*

*Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in*

*Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman, and Constance*

*Haynes-Tibbetts Actions)(with Compendium of Exhibits)* [ECF No. 13634], by electronic mail on

all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: June 6, 2016
      New York, New York

                           KING & SPALDING LLP

                           By: /s/   Scott I. Davidson____
                           Arthur J. Steinberg
                           Scott Davidson
                           King & Spalding LLP
                           1185 Avenue of the Americas
                           New York, NY 10036
                           Telephone: (212) 556-2100
                           Facsimile: (212) 556-2222

                           *Attorneys for General Motors LLC*

**<u>Service List For June 1, 2016:</u>**

**<u>Documents Served *via* Email:</u>**

(1)  *Notice of Motion and Motion of General Motors LLC's Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman, and Constance Haynes-Tibbetts Actions)* [ECF No. 13634]

| | |
|---|---|
| Robert M. Ortiz, Esq.<br>WILL FERGUSON & ASSOCIATES<br>robert@fergusonlaw.com<br>*Counsel to Constance Haynes-Tibbetts* | TURNER & ASSOCIATES, P.A.<br>Attn: TAB TURNER<br>tab@tturner.com<br>*Counsel to Claudia Lemus, Tammie Chapman,<br>and Constance Haynes-Tibbetts* |
| James E. Butler, Jr.<br>BUTLER WOOTEN, ET AL.<br>jim@butlerwooten.com<br>*Counsel to Veronica Alaine Fox* | William G. Hammill<br>KENNETH S. NUGENT, PC<br>whammill@attorneykennugent.com<br>*Counsel to Veronica Alaine Fox* |

<u>Service List For June 1, 2016</u>

<u>Documents Served *via* Overnight Delivery:</u>

(1)  *Notice of Motion and Motion of General Motors LLC's Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman, and Constance Haynes-Tibbetts Actions) (with Compendium of Exhibits)* [ECF No. 13634]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | TURNER & ASSOCIATES, P.A.<br>Attn: TAB TURNER<br>4705 Somers Avenue, Suite 100<br>North Little Rock, Arkansas 72116<br>*Counsel to Claudia Lemus, Tammie Chapman, and Constance Haynes-Tibbetts* |
| James E. Butler, Jr.<br>BUTLER WOOTEN, ET AL.<br>2719 Buford Highway<br>Atlanta, GA 30324<br>*Counsel to Veronica Alaine Fox* | William G. Hammill<br>KENNETH S. NUGENT, PC<br>4227 Pleasant Hill Road<br>Building 11, Suite 300<br>Duluth, GA 30096<br>*Counsel to Veronica Alaine Fox* |
| Richard J. Valle, Esq.<br>CARTER & VALLE LAW FIRM, P.C.<br>8012 Pennsylvania Circle NE<br>Albuquerque, New Mexico 87110<br>*Counsel to Claudia Lemus* | Robert M. Ortiz, Esq.<br>WILL FERGUSON & ASSOCIATES<br>1720 Louisiana Blvd NE, Suite 100<br>Albuquerque, New Mexico 87110<br>*Counsel to Constance Haynes-Tibbetts* |