Scott S. Balber
Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th Floor
New York, NY  10017
Tel.: (917) 542-7600

*Attorneys for WM Pool-High Yield Fixed Interest Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and Through Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | Adversary Proceeding |
| | Case No. 09-00504 (REG) |
| Plaintiff, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

**WM POOL-HIGH YIELD FIXED INTEREST TRUST'S
MOTION TO QUASH SERVICE OF PROCESS
AND VACATE THE CERTIFICATE OF DEFAULT**

WM Pool-High Yield Fixed Interest Trust ("WM") hereby moves to quash service of process and vacate the certificate of default entered against it under Federal Rule of Civil Procedure 12(b)(5) and Federal Rule of Bankruptcy Procedure 7012(b). The grounds in support of this motion are set forth in WM's simultaneously-filed Memorandum of Law in Support of WM Pool-High Yield Fixed Interest Trust's Motion to Quash Service of Process and Vacate the Certificate of Default.

Dated: June 17, 2016

                Respectfully submitted,

                /s/Scott S. Balber
                Scott S. Balber
                HERBERT SMITH FREEHILLS NEW YORK LLP
                450 Lexington Avenue, 14th Floor
                New York, NY 10017
                Tel: (917) 542-7600
                Email: scott.balber@hsf.com

                *Attorneys for WM Pool-High Yield Fixed Interest Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and Through Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | Adversary Proceeding |
| | Case No. 09-00504 (REG) |
| Plaintiff, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

### [PROPOSED] ORDER GRANTING WM POOL-HIGH YIELD FIXED INTEREST TRUST'S MOTION TO QUASH SERVICE OF PROCESS AND VACATE THE CERTIFICATE OF DEFAULT

Upon the motion of WM Pool-High Yield Fixed Interest Trust, it is hereby

ORDERED that service of process as to WM Pool-High Yield Fixed Interest Trust hereby is quashed, and it is further

ORDERED that the certificate of default entered against WM Pool-High Yield Fixed Interest Trust hereby is vacated.

Dated: New York, New York
_____, 2016

SO ORDERED:

_____
HON. ROBERT E. GERBER