William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
E: wweintrub@goodwinprocter.com
   gfox@goodwinprocter.com

*Counsel for Turner & Associates, P.A.
and Butler Wooten & Peak LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                    :

In re:                                          :         Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,     :         Case No.: 09-50026 (MG)
      f/k/a General Motors Corp., et al.,          :
                                    :
                        Debtors.     :         (Jointly Administered)
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the attorney set forth below hereby appears as counsel for Turner & Associates, P.A. and Butler Wooten & Peak LLP in the above-captioned Chapter 11 Bankruptcy case pursuant to Rules 2002, and 9010 of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of the Bankruptcy Code, request that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following:

                      William P. Weintraub
                      Gregory W. Fox
                      GOODWIN PROCTER LLP
                      The New York Times Building
                      620 Eighth Avenue
                      New York, New York 10018
                      Tel.: 212.813.8800

Fax.:  212.355.3333
E-mail: wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over Turner & Associates, P.A. and Butler Wooten & Peak LLP or to waive: (i) any right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Turner & Associates, P.A. and Butler Wooten & Peak LLP may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: June 20, 2016　　　　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ *William P. Weintraub*
　　　　　　　　　　　　　　　　　　　　　　William P. Weintraub
　　　　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　　　　The New York Times Building
　　　　　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　　　wweintraub@goodwinprocter.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for* Turner & Associates, P.A. and Butler Wooten & Peak LLP

2

## **CERTIFICATE OF SERVICE**

I, William P. Weintraub, hereby certify that a copy of the foregoing *Notice of Appearance and Request for Service of Documents*, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 20, 2016.

      /s/ *William P. Weintraub*

ACTIVE/86047274.1