| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Steve W. Berman (admitted *pro hac vice*)<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: 206-623-7292 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Elizabeth J. Cabraser<br>275 Battery St., 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415-956-1000 |
| *Attorneys and Co-Lead Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court* | |
| BROWN RUDNICK LLP<br>Edward S. Weisfelner<br>Seven Times Square<br>New York, NY 10036<br>Telephone: 212-209-4800 | STUTZMAN, BROMBERG, ESSERMAN &<br>PLIFKA, A PROFESSIONAL<br>CORPORATION<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>Telephone: 214-969-4900 |
| *Attorneys and Designated Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
In re:                                                                       :  Chapter 11
                                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,        :  No. 09-50026 (MG)
f/k/a GENERAL MOTORS CORP., *et al.*,                 :
                                                                                  :  (Jointly Administered)
                                                        Debtors.      :
------------------------------------------------------------ X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                 ) ss.:
COUNTY OF NEW YORK    )

Michael A. Jackson being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Kew Gardens, New York.

On the 20th day of June, 2016, I caused to be served a true copy of the Lead and Designated Counsel's Response to Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce

the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith on all parties receiving notice via the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* overnight mail.

_____
Michael A. Jackson

Sworn to before me this
20th day of June, 2016

_____
Notary Public

EVELYN GONZALEZ
Notary Public, State of New York
No. 01GO5045489
Qualified in Queens County
Commission Expires June 20, 19

# Overnight Service List for June 20, 2016

Robert M. Ortiz, Esq.
WILL FERGUSON & ASSOCIATES
1720 Louisiana Blvd NE, Suite 100
Albuquerque, New Mexico 87110
Counsel to Constance Haynes-Tibbetts

TURNER & ASSOCIATES, P.A.
Attn: TAB TURNER
4705 Somers Avenue, Suite 100
North Little Rock, Arkansas 72116
Counsel to Claudia Lemus, Tammie Chapman, and Constance Haynes-Tibbetts

James E. Butler, Jr.
BUTLER WOOTEN, ET AL.
2719 Buford Highway
Atlanta, GA 30324
Counsel to Veronica Alaine Fox

William G. Hammill
KENNETH S. NUGENT, PC
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, GA 30096
Counsel to Veronica Alaine Fox

Brian S. Masumoto
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Richard J. Valle, Esq.
CARTER & VALLE LAW FIRM, P.C.
8012 Pennsylvania Circle NE
Albuquerque, New Mexico 87110
Counsel to Claudia Lemus

Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Counsel to General Motors LLC