# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott I. Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

June 21, 2016

**VIA ECF FILING AND EMAIL TRANSMISSION**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    Re: **In re Motors Liquidation Company,** *et al.*
       **Case No. 09-50026 (MG)**

       **Letter Regarding Agreed-Upon Extension of Reply Deadline**

Dear Judge Glenn:

  King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. On June 1, 2016, New GM filed the *Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith* [ECF No. 13634] (the "**Motion**"). On June 20, 2016, (i) the State Court Plaintiffs (as defined in the Motion) filed their *Objection By State Court Plaintiffs To Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith* [Dkt. No. 13642] ("**Objection**"), and (ii) Lead and Designated Counsel in MDL 2543 filed the *Lead And Designated Counsel's Response To Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith* [Dkt. No. 13643] ("**Response**").

  We write to inform the Court that the State Court Plaintiffs and Lead and Designated Counsel in MDL 2543 have agreed to an extension of time for New GM to file its reply ("**Reply**") to the Objection and the Response. The parties have agreed to extend New GM's deadline to file its Reply from tomorrow, Wednesday, June 22, 2016 at 12:00 noon, to Thursday,

29079909.v1

June 23, 2016 at 6:00 PM (ET).  Counsel for the State Court Plaintiffs and Lead and Designated Counsel in MDL 2543 are copied on this letter.

       If the Court has any additional questions or needs anything further, please let me know.

                                        Respectfully submitted,

                                        */s/ Scott I. Davidson*

                                        Scott Davidson

cc:     William P. Weintraub, Esq.
           Gregory W. Fox, Esq.
           Edward S. Weisfelner, Esq.
           Howard S. Steel, Esq.
           Steve W. Berman, Esq.
           Elizabeth J. Cabraser, Esq.
           Sander L. Esserman, Esq.