# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.

------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

### ORDER GRANTING MOTION OF THE MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST PURSUANT TO SECTIONS 105 AND 1142 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3020(d) FOR APPROVAL OF LITIGATION FUNDING AGREEMENT

Upon the Motion, dated June 23, 2016 (the "**Motion**"), of the Motors Liquidation Company Avoidance Action Trust (the "**Avoidance Action Trust**"), by and through Wilmington Trust Company acting solely in its capacity as Avoidance Action Trust Administrator, seeking approval of a Litigation Funding Agreement, all as more fully set forth in the Motion, and due and proper notice of the Motion having been provided, and upon this Court having jurisdiction to consider the relief requested in the Motion pursuant to 28 U.S.C. §§ 157(a) and 1334(b), Article XI of the Plan, and Section 11.2 of the May 11, 2012 Amended and Restated Motors Liquidation Company Avoidance Action Trust Agreement [Docket No. 11704-1], and venue of the Motion before this Court being proper pursuant to 28 U.S.C. §§ 1408 and 1409, and no objections or responses to the Motion having been filed, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor, it is hereby

2

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the Litigation Funding Agreement is hereby approved.

Dated: New York, New York
      June __, 2016

                                    HONORABLE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE

2