KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :    Case No.: 09-50026 (MG)
      f/k/a General Motors Corp., *et al.*                 :
                                                           :
                              Debtors.                     :    (Jointly Administered)
                                                           :
------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 27, 2016 AT 11:00 A.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

I.    **MATTERS ON FOR HEARING**

1. *Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman and Constance Haynes-Tibbetts)* with *Compendium of Exhibits* **[Dkt. No. 13634]**

**Responses Filed**:

2. *Objection By State Court Plaintiffs To Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith* **[Dkt. No. 13642]**

3. *Lead And Designated Counsel's Response To Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith* **[Dkt. No. 13643]**

4. *Reply By General Motors LLC To Objection And Response To Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman and Constance Haynes-Tibbetts)* **[Dkt. No. 13648]**

5. *Response to Motion (Notice of Filing of Second Recast & Amended Complaint for Damages by Fox Plaintiff in Connection with Objection by State Court Plaintiffs to Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith)* **[Dkt. No. 13652]**

6. *Letter to the Honorable Judge Martin Glenn Regarding Update on Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman and Constance Haynes-Tibbetts) Scheduled for Hearing on Monday, June 27, 2016* **[Dkt. No. 13653]**

Status: This matter is going forward.

Dated: June 24, 2016
     New York, New York

                        KING & SPALDING LLP

                        By: /s/    *Scott Davidson*
                        Arthur J. Steinberg
                        Scott Davidson
                        KING & SPALDING LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                        Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                        KIRKLAND & ELLIS LLP
                        300 North LaSalle
                        Chicago, IL 60654
                        Telephone: (312) 862-2000
                        Facsimile: (312) 862-2200

                        *Attorneys for General Motors LLC*