**OBJECTION DEADLINE: July 8, 2016 at 4:00 p.m. (Eastern Time)**
**HEARING DATE AND TIME:  July 18, 2016 at 10:00 a.m. (Eastern Time)**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No.:  09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**COMPENDIUM OF EXHIBITS FOR MOTION BY GENERAL MOTORS LLC
PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE BANKRUPTCY
COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION, AND
THE RULINGS IN CONNECTION THEREWITH, WITH RESPECT
<u>TO PLAINTIFFS IDENTIFIED ON SCHEDULE "1" ATTACHED THERETO</u>**

29095564

## Index of Exhibits

| Exhibit | Description |
|---|---|
| A. | *Order (i) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (ii) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (iii) Granting Related Relief, entered by the Bankruptcy Court on July 5, 2009* (including the Amended and Restated Master Sale and Purchase Agreement (and all amendments)) [ECF No. 2968] |
| B. | *Motion to Authorize Notice of Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Courts July 5, 2009 Sale Order And Injunction, and The Rulings in Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman and Constance Haynes-Tibbetts)*, filed June 1, 2016 [ECF No. 13634-1] |
| C. | *Judgment*, entered by the Bankruptcy Court on Dec. 4, 2015 [ECF No. 13563] |
| D. | *Case Management Order Re No-Strike, No-Stay, Objection, and GUC Trust Asset Pleadings*, entered by the Bankruptcy Court on Aug. 19, 2015 [ECF No. 13383] |
| E. | *Judgment*, entered by the Bankruptcy Court, on June 1, 2015 [ECF No. 13177] |
| F. | *Letter In Response to Case Management Order, dated August 19, 2015*, filed Aug. 26, 2015 [ECF No. 13390] |
| G. | Excerpts from Transcript of Hearing held August 31, 2015 |
| H. | *Scheduling Order Regarding Case Management Order Re: No-Strike, No Stay, Objection, and GUC Trust Asset Pleading*, entered by the Bankruptcy Court on Sept. 3, 2015 [ECF No. 13416] |
| I. | *Adams Plaintiffs' Statement of Issues and Designation of Record on Appeal*, filed Dec. 30, 2015 [ECF No. 13579]<br><br>*Statement of Issues Appellants' Statement of the Issues on Appeal And Designation of the Items to Be Included in the Record on Appeal, Designation of Contents*, filed Dec. 28, 2015 [ECF No. 13576]<br><br>*Statement of Issues and Designation of Items [corrected] filed by Gary Peller on behalf of Gary Peller*, filed Dec. 28, 2015 [ECF No. 13578] |

| | | |
|---|---|---|
| J. | Certificate of Service for *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs May Seek Punitive Damages from General Motors LLC Based on the Conduct of General Motors Corporation (with Exhibit)*, filed on Sept. 16, 2015 [ECF No. 13440]<br><br>Certificate of Service for *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs Can Automatically Impute to New GM Knowledge of the Events that Took Place at Old GM and/or as Reflected in Old GM'S Books and Records*, filed on Sept. 21, 2015 [ECF No. 13457]<br><br>Certificate of Service for *New GM Bellwether Letter, with Marked Bellwether Complaints, Pursuant to Scheduling Order dated September 3, 2015 (with Exhibits)*, filed on Sept. 22, 2015 [ECF No. 13464]<br><br>Certificate of Service for *Reply Brief by General Motors LLC with Respect to Whether Plaintiffs May Seek Punitive Damages From General Motors LLC Based On The Conduct Of General Motors Corporation*, filed on Sept. 23, 2015 [ECF No. 13467]<br><br>Certificate of Service for *Letter Filed on Behalf of General Motors LLC Regarding Other Plaintiffs' Complaints (with Exhibits)*, filed on Sept. 24, 2015 [ECF No. 13468]<br><br>Certificate of Service for *Reply Brief by General Motors LLC with Respect to Whether Plaintiffs Can Automatically Impute to New GM Knowledge of the Events that Took Place at Old GM and/or as Reflected in Old GM'S Books and Records*, filed on Oct. 1, 2015 [ECF No. 13485] | |
| K. | *Letter to the Honorable Robert E. Gerber Regarding Proposed Form of Judgment for November 9, 2015 Decision*, filed November 30, 2015 [ECF No. 13559] | |
| L. | Proposed Order | |