# Exhibit L

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                          :        Chapter 11
                                                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*         :        Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., *et al.*               :
                                                                                    :
                                   Debtors.                        :        (Jointly Administered)
---------------------------------------------------------------x

### ORDER GRANTING MOTION OF GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105 AND 363 TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION AND THE RULINGS IN CONNECTION THEREWITH WITH RESPECT TO PLAINTIFFS IDENTIFIED ON SCHEDULE "1" ATTACHED TO THE MOTION

Upon the Motion, dated June 24, 2016 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] seeking the entry of an order (i) enforcing the Sale Order and Injunction, entered by the Bankruptcy Court on July 5, 2009, and the Bankruptcy Court's rulings in connection therewith, by directing the PI Plaintiffs identified on Schedule "1" attached to the Motion to amend their PI Pleadings so that they comply with the Sale Order and Injunction and the other Bankruptcy Court rulings, all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided to counsel for the PI Plaintiffs, and it appearing that no other or further notice need be given; and a hearing (the "**Hearing**") having been held with respect to the Motion on July 18, 2016; and upon the record of the Hearing, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is therefore:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

DMSLIBRARY01\29082701.v1

ORDERED that each of the PI Plaintiff shall file with the non-bankruptcy court that is presiding over his or her PI Lawsuit, an amended pleading that address all of the issues identified in Schedule "1" attached to the Motion, on or before three (3) business days after the entry of this Order, so that each of the PI Pleadings fully comply with the Sale Order and Injunction and the other Bankruptcy Court rulings by amending or striking all allegations, claims and requests for damages that violate the Sale Order and Injunction and the other Bankruptcy Court rulings (all as specifically set forth in Schedule "1" to the Motion for each PI Lawsuit); and it is further

ORDERED that within ten (10) business days after the entry of this Order, each of the PI Plaintiffs shall file with the Clerk of this Court evidence of the filing of their amended PI Pleadings with the applicable non-bankruptcy courts; and it is further

ORDERED that, with respect to each individual PI Lawsuit, until an amended PI Pleading is filed by the PI Plaintiff with the non-bankruptcy court that addresses all issues identified in Schedule "1" attached to the Motion, such PI Plaintiff shall be stayed and restrained from continuing to prosecute his or her PI Lawsuit; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2016
      New York, New York

                                                              _____
                                                              UNITED STATES BANKRUPTCY JUDGE