KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                     :   Chapter 11
                                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,                     :   Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., *et al.*              :
                                                          :
                        Debtors.                          :   (Jointly Administered)
------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on *June 24, 2016*, I caused to be served a true and correct copy of the *Notice of Motion and Motion of General Motors LLC's Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith, With Respect To Plaintiffs Identified On Schedule "1" Attached Hereto* [Dkt. No. 13655], and the *Compendium of Exhibits for the Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce The Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and The Rulings In Connection Therewith, With Respect To Plaintiffs*

*Identified On Schedule "1" Attached Hereto* [Dkt. No 13656], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: June 27, 2016
      New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

## Service List For June 24, 2016:

**Documents Served *via* Email:**

*(1) Notice of Motion and Motion of General Motors LLC's Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith, With Respect To Plaintiffs Identified On Schedule "1" Attached Hereto* [Dkt. No. 13655];

*(2) Compendium of Exhibits for the Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce The Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and The Rulings In Connection Therewith, With Respect To Plaintiffs Identified On Schedule "1" Attached Hereto* [Dkt. No 13656]

lspringberg@thomasandspringberg.com
mregan@reganlaw.net*
lrayon@reganlaw.net*
scrowley@cbs-lawyers.com
scrowley@cbp-lawyers.com
janthony@anthonylaw.com*
kanthony@anthonylaw.com*
mike.andrews@beasleyallen.com
jhirsch@ahctriallaw.com
kris@ledford-lawfirm.com

*Denotes an email address where an "undeliverable" message was received. In these instances, the document was mailed via overnight mail (as indicated in the next section) to the respective mailing address for the email address.

## Service List For June 24, 2016

**Documents Served *via* Overnight Delivery:**

*(1) Notice of Motion and Motion of General Motors LLC's Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith, With Respect To Plaintiffs Identified On Schedule "1" Attached Hereto* [Dkt. No. 13655];

*(2) Compendium of Exhibits for the Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce The Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and The Rulings In Connection Therewith, With Respect To Plaintiffs Identified On Schedule "1" Attached Hereto* [Dkt. No 13656]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Kenneth C. Anthony, Jr.<br>K. Jay Anthony, Jr.<br>The Anthony Law Firm<br>250 Magnolia St.<br>Spartanburg, SC 293064 |
| Martin E. Regan, Jr. Esq.<br>REGAN LAW, PLC<br>2125 St. Charles Avenue<br>New Orleans, LA 70130 | Rick Morrison<br>7149 Mid Pines Drive<br>Montgomery, AL 36117-7444 |
| Paul Vernon Minix, Jr.<br>Dewitt County Jail<br>208 E. Live Oak<br>Cuero, Texas 77954 | Paul Minix<br>2330 Quail Lane<br>Longview, Texas 75602 |
| Gary W. Dolinski<br>Law Offices of Carcione, Cattermole,<br>Dolinski, Okimoto, Stucky, Ukshini<br>Markowitz & Carcione<br>1300 South El Camino Real, Suite 300<br>(P.O. Box 5429)<br>San Mateo, CA 94402 | |