KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

This is to certify that on *June 24, 2016*, I caused to be served a true and correct copy of the *Letter to the Honorable Judge Martin Glenn Regarding Update on Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman and Constance Haynes-Tibbetts) Scheduled for Hearing on Monday, June 27, 2016* [Dkt. No. 13653], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: June 27, 2016
      New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

## Service List For June 24, 2016:

### Documents Served *via* Email:

(1) *Letter to the Honorable Judge Martin Glenn Regarding Update on Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman and Constance Haynes-Tibbetts) Scheduled for Hearing on Monday, June 27, 2016* [Dkt. No. 13653]

robert@fergusonlaw.com
jim@butlerwooten.com
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com
tab@tturner.com
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com
abloomer@kirkland.com
rgodfrey@kirkland.com
ecabraser@lchb.com
esserman@sbep-law.com
steve@hbsslaw.com

## Service List For June 24, 2016

**Documents Served *via* Overnight Delivery:**

*(1) Notice of Matters Scheduled For Hearing On June 27, 2016 At 11:00 a.m. (Eastern Time) on Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman and Constance Haynes-Tibbetts)* [Dkt. No. 13654]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |

4