**BINDER & SCHWARTZ LLP**
Lindsay A. Bush
366 Madison Avenue, 6th Floor
New York, New York 10017
Phone: (212) 510-7008
Facsimile: ( 212) 510-7299

*Attorneys for Motors Liquidation Company*
*Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, *et al.,*                Chapter 11 Case

        Debtors.                Case No. 09-50026 (MG)

        (Jointly Administered)

-------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that the undersigned appears as attorney for the Motors Liquidation Company Avoidance Action Trust, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

**BINDER & SCHWARTZ LLP**
Lindsay A. Bush
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
E-mail: lbush@binderschwartz.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: June 29, 2016
       New York, New York

**BINDER & SCHWARTZ LLP**

By: /s/ Lindsay A. Bush
    Lindsay A. Bush
    366 Madison Avenue, 6th Floor
    New York, New York 10017
    Telephone: (212) 510-7008
    Facsimile: (212) 510-7299
    Email: lbush@binderschwartz.com

*Attorneys for Motors Liquidation Company Avoidance Action Trust*