**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008

*Attorneys for the Motors Liquidation Company
Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                               Debtors.
------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK )

## AFFIDAVIT OF SERVICE

Lindsay Bush, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Binder & Schwartz LLP, 366 Madison Avenue, 6th Floor, New York, New York, 10017.

2. On June 24, 2016, I served copies of the following documents by e-mailing true and correct copies of the same to the Master Service List, pursuant to the Supplemental Case Management Order #1 [Doc. No. 481] in the Adversary Proceedings captioned *Motors Liquidation Company Avoidance Action Trust v. JPMorgan Chase Bank, N.A.*, Case No. 09-00504, at the following email address: MasterServiceList@TermLoanAvoidanceActio.com:

      i. Notice of Hearing on Motion of Wilmington Trust Company, as Avoidance Action Trust Administrator, for Entry of an Order Pursuant to Fed. R. Bankr. P. 9006(b) Extending the Duration of the Avoidance Action Trust [Doc. No. 13636];

      ii. Motion of Wilmington Trust Company, as Avoidance Action Trust Administrator and Trustee, for Entry of an Order Pursuant to Fed. R. Bankr. P. 9006(b) Extending the Duration of the Avoidance Action Trust and Exhibits A-C thereto [Doc. No. 13637];

      iii. Notice of Hearing on Motion of Motors Liquidation Company Avoidance Action Trust for Entry of Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020(d) Approving Litigation Funding Agreement [Doc. No. 13649];

      iv. Motion of Motors Liquidation Company Avoidance Action Trust for Entry of Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020(d) Approving Litigation Funding Agreement and Exhibits A-C thereto [Doc. No. 13650]; and

      v. Declaration of Arthur J. Gonzalez in Support of Motors Liquidation Company Avoidance Action Trust's Motion to Approve Litigation Funding Agreement [Doc. No. 13651].

*/s/ Lindsay A. Bush*
Lindsay A. Bush

Sworn to and subscribed before me this
29th day of June, 2016

*/s/ Lisa K Scully*

LISA K SCULLY
Notary Public - State of New York
NO. 01SC6337297
Qualified in New York County
My Commission Expires Feb 22, 2020