**OBJECTION DEADLINE: July 11, 2016 at 4:00 p.m. (Eastern Time)**
**HEARING DATE AND TIME: July 18, 2016 at 10:00 a.m. (Eastern Time)**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------X | | |
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.: 09-50026 (MG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ------------------------------------------------------------x | | |

**COMPENDIUM OF EXHIBITS FOR MOTION BY GENERAL MOTORS LLC**
**TO ENFORCE THE BANKRUPTCY COURT'S SALE ORDER AND INJUNCTION,**
**AND THE RULINGS IN CONNECTION THEREWITH,**
<u>**WITH RESPECT TO THE STEVENS PLAINTIFFS**</u>

29114883

# Index of Exhibits

| Exhibit | Description |
|---|---|
| A. | *Order (i) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (ii) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (iii) Granting Related Relief*, entered by the Bankruptcy Court on July 5, 2009 (including the Amended and Restated Master Sale and Purchase Agreement (and all amendments)) [ECF No. 2968] |
| B. | Plaintiffs' Traditional Motion For Partial Summary Judgment, *Stevens v. General Motors LLC, et al.*, Cause No. 2015-04442 (152nd J.D., Harris Cty., TX), filed June 24, 2016 |
| C. | Plaintiffs' First Amended Petition, *Stevens v. General Motors LLC, et al.*, Cause No. 2015-04442 (152nd J.D., Harris Cty., TX), filed June 15, 2016 |
| D. | General Motors LLC's Combined Motion for Summary Judgment On Punitive Damages Claims and Cross-Motion For Summary Judgment on Exemplary Damages Caps Under Tex. Civ. P. & Rem. Code § 41.008(b) and Opposition to Plaintiffs' Motion for Partial Summary Judgment, *Stevens v. General Motors LLC, et al.*, Cause No. 2015-04442 (152nd J.D., Harris Cty., TX), filed June 15, 2016 |
| E. | *Judgment*, entered by the Bankruptcy Court on Dec. 4, 2015 [ECF No. 13563] |
| F. | *Judgment*, entered by the Bankruptcy Court, on June 1, 2015 [ECF No. 13177] |
| G. | *Case Management Order Re No-Strike, No-Stay, Objection, and GUC Trust Asset Pleadings*, entered by the Bankruptcy Court on Aug. 19, 2015 [ECF No. 13383] |
| H. | *Letter In Response to Case Management Order, dated August 19, 2015*, filed Aug. 26, 2015 [ECF No. 13390] |
| I. | *Letter to Stevens Counsel from New GM Bankruptcy Counsel*, dated Aug. 26, 2015 (without exhibits) |
| J. | *Scheduling Order Regarding Case Management Order Re: No-Strike, No Stay, Objection, and GUC Trust Asset Pleading*, entered by the Bankruptcy Court on Sept. 3, 2015 [ECF No. 13416] |

| | |
|---|---|
| K. | Certificate of Service for *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs May Seek Punitive Damages from General Motors LLC Based on the Conduct of General Motors Corporation (with Exhibit)*, filed on Sept. 16, 2015 [ECF No. 13440]<br><br>Certificate of Service for *Opening Brief by General Motors LLC with Respect to Whether Plaintiffs Can Automatically Impute to New GM Knowledge of the Events that Took Place at Old GM and/or as Reflected in Old GM'S Books and Records*, filed on Sept. 21, 2015 [ECF No. 13457]<br><br>Certificate of Service for *New GM Bellwether Letter, with Marked Bellwether Complaints, Pursuant to Scheduling Order dated September 3, 2015 (with Exhibits)*, filed on Sept. 22, 2015 [ECF No. 13464]<br><br>Certificate of Service for *Reply Brief by General Motors LLC with Respect to Whether Plaintiffs May Seek Punitive Damages From General Motors LLC Based On The Conduct Of General Motors Corporation*, filed on Sept. 23, 2015 [ECF No. 13467]<br><br>Certificate of Service for *Letter Filed on Behalf of General Motors LLC Regarding Other Plaintiffs' Complaints (with Exhibits)*, filed on Sept. 24, 2015 [ECF No. 13468]<br><br>Certificate of Service for *Reply Brief by General Motors LLC with Respect to Whether Plaintiffs Can Automatically Impute to New GM Knowledge of the Events that Took Place at Old GM and/or as Reflected in Old GM'S Books and Records*, filed on Oct. 1, 2015 [ECF No. 13485] |
| L. | *Letter to Stevens Counsel from New GM Bankruptcy Counsel*, dated May 5, 2016 (without exhibits) |
| M. | *Letter to the Honorable Judge Robert Schaffer from Stevens Counsel*, Cause No. 2015-04442 (152nd J.D., Harris Cty., TX), dated June 9, 2016 |
| N. | Proposed Order |