UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:
   Motors Liquidation Company et al
   f/k/a General Motors Corp, et al
                                 Debtor

-----------------------------------------------------------x

                        Plaintiff

               v.

                       Defendant

-----------------------------------------------------------x

Case No.: 09-50026

Chapter 11

Adversary Proceeding No.: _____

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

   I, Joram Hirsch, Esq._____, request admission, *pro hac vice*, before the Honorable Martin Glenn_____, to represent Bernard Pitterman, Adm., et al_____, a PI claimant_____ in the above-referenced ☑ case ☐ adversary proceeding.

   *I certify that I am a member in good standing* of the bar in the State of Connecticut_____ and, if applicable, the bar of the U.S. District Court for the _____ District of Connecticut_____.

   I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 5, 2016
_____, New York

/s/ Joram Hirsch, Esq._____
*Mailing Address:*

Adelman, Hirsch & Connors LLP_____
1000 Lafayette Blvd_____
Bridgeport, CT_____
*E-mail address*: jhirsch@ahctriallaw.com
*Telephone number*: (203) 331-8888