UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

    Motors Liquidation Company, et al
    f/k/a General Motors Corp, et al
                                Debtor

Case No.: 09-50026(MG)

Chapter 11

------------------------------------------------------------x

                            Plaintiff

                               v.

                            Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of  Joram Hirsch, Esq.  , to be admitted, *pro hac vice*, to represent  Bernard Pitterman, Adm., et al  , (the "Client") a  PI Claimant  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Connecticut  and, if applicable, the bar of the U.S. District Court for the _____ District of  Connecticut  , it is hereby

    **ORDERED,** that  Joram Hirsch  , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE