**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

    MOTORS LIQUIDATION COMPANY,
    et al., f/k/a General Motors Corp., et al.,

                         Debtor

Case No.: 09-50026

Chapter 11

---------------------------------------------------------------x

Adversary Proceeding No.: _____

                         Plaintiff

                v.

                         Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, K. Jay Anthony, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent James and Jaimie Moore, a creditor/plaintiff in the above-referenced ☑ case ☐ adversary proceeding.

    ***I certify that I am a member in good standing*** of the bar in the State of South Carolina and, if applicable, the bar of the U.S. District Court for the _____ District of South Carolina.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 6, 2016
_____, New York

s/K. Jay Anthony
*Mailing Address*:
P.O. Box 3565
Spartanburg, South Carolina 29304
_____
*E-mail address*: kanthony@anthonylaw.com
*Telephone number*: (864) 582-2355