**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | |
|---|---|
| In re | Case No.: 09-50026 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | Chapter 11 |
| | Adversary Proceeding No.: |
| Debtors. | |

---------------------------------------------------------------- x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of K. Jay Anthony, to be admitted, *pro hac vice*, to represent James and Jaimie Moore, (the "Client") a creditor/plaintiff in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of South Carolina and, if applicable, the bar of the U.S. District Court for the District of South Carolina, it is hereby

**ORDERED**, that K. Jay Anthony, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **July 7, 2016**

New York, New York        ____/s/ Martin Glenn_____
                          UNITED STATES BANKRUPTCY JUDGE