KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                   :
                                                           :
                                    Debtors.               :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 1, 2016*, I caused to be served a true and correct copy of the *Notice of Motion and Motion of General Motors LLC to Enforce the Bankruptcy Court's Sale Order and Injunction, and the Rulings in Connection Therewith, With Respect To The Stevens Plaintiffs,* along with the *Compendium of Exhibits* [Dkt. No. 13664], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: July 7, 2016
    New York, New York

        KING & SPALDING LLP

        By: /s/  *Scott I. Davidson*
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        *Attorneys for General Motors LLC*

## Service List For July 1, 2016:

**Documents Served *via* Email:**

*(1) Notice of Motion and Motion of General Motors LLC to Enforce the Bankruptcy Court's Sale Order and Injunction, and the Rulings in Connection Therewith, With Respect To The Stevens Plaintiffs,* along with the *Compendium of Exhibits* [Dkt. No. 13664]

Josh Davis, Esq.
DAVIS LAW GROUP
1010 Lamar, Suite 200
Houston, Texas 77002
Email: josh@thejdfirm.com

*Counsel for the Stevens Plaintiffs*

## Service List For July 1, 2016

**Documents Served *via* Overnight Delivery:**

*(1) Notice of Motion and Motion of General Motors LLC to Enforce the Bankruptcy Court's Sale Order and Injunction, and the Rulings in Connection Therewith, With Respect To The Stevens Plaintiffs,* along with the *Compendium of Exhibits* [Dkt. No. 13664]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Josh Davis, Esq.<br>DAVIS LAW GROUP<br>1010 Lamar, Suite 200<br>Houston, Texas 77002<br><br>*Counsel for the Stevens Plaintiffs* |