**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                                  Case No.:  09-50026 (MG)
                                                                                    (Jointly Administered)

MOTORS LIQUIDATION COMPANY, *et al.,*
    f/k/a General Motors Corp., *et al.*               Chapter 11


                    Debtors.

-------------------------------------------------------------x


### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Joshua S. Markowitz, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Brianna Minard, a "PI Plaintiff" or Objector in the above-referenced case.

    ***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Southern District of New York.

    I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: July 7, 2016,                                          Respectfully submitted,
San Mateo, California

                                                                              /s/ Joshua S. Markowitz, Esq.
                                                                              Joshua S. Markowitz, Esq.
                                                                              Carcione, Cattermole, Dolinski,
                                                                              Stucky, Markowitz & Carcione, L.L.P.
                                                                              1300 South El Camino Real, Suite 300
                                                                              P.O. Box 5429
                                                                              San Mateo, CA 9402
                                                                              E-mail address:  ccdlaw@carcionelaw.com
                                                                              Telephone number: (650) 367-6811
                                                                              Telecopier number: (650) 367-0367

                                                                              *Counsel for Brianna Minard*

227999 / lgv