**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:                                                          Case No.:  09-50026 (MG)
                                                                                  (Jointly Administered)
MOTORS LIQUIDATION COMPANY, *et al.,*
    f/k/a General Motors Corp., *et al.*           Chapter 11


                        Debtors.

------------------------------------------------------------x


**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Joshua S. Markowitz, Esq., to be admitted, ***pro hac vice***, to represent Brianna Minard, (the "Client") a "PI Plaintiff" or Objector in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Southern District of New York., it is hereby

**ORDERED**, that Joshua S. Markowitz, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____
                                                                UNITED STATES BANKRUPTCY JUDGE

227999 / lgv