UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

| | |
|---|---|
| In re:    MOTORS LIQUIDATION COMPANY ET AL      f/k/a/ General Motors Corp, et al | Case No. 09-50026 (MG) Chapter 11 |

------------------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of <u>Joram Hirsch, Esq</u>. to be admitted, *pro hac vice*, to represent <u>Bernard Pitterman, Adm. et al</u>  (the "Client") a <u>PI Claimant</u> in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Connecticut</u> and , if applicable, the bar of the U.S. District Court for the District of <u>Connecticut</u>, it is hereby

ORDERED that <u>Joram Hirsch, Esq</u>., is admitted to practice *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **July 8, 2016**
          New York, New York                        ____/s/**Martin Glenn**_____
                                                                 United States Bankruptcy Judge