**Objection Deadline:**   July 8, 2016 at 4:00 p.m. (Eastern Time)
**Hearing Date and Time:**  July 18, 2016 at 10:00 a.m. (Eastern Time)

Joshua S. Markowitz, Esq. (SBN 224256)
CARCIONE, CATTERMOLE, DOLINSKI,
STUCKY, MARKOWITZ & CARCIONE, L.L.P.
1300 South El Camino Real, Suite 300
P.O. Box 5429
San Mateo, CA  94402
E-mail address:  ccdlaw@carcionelaw.com
Telephone:  (650) 367-6811
Facsimile:  (650) 367-0367

Attorneys for Brianna Minard

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.:  09-50026 (MG) |
| | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY, *et al.,* | |
|    f/k/a General Motors Corp., *et al.* | Chapter 11 |
| | |
| Debtors. | |

--------------------------------------------------------------x

**COMPENDIUM OF EXHIBITS BY STATE COURT PLAINTIFF BRIANNA MINARD**
**IN SUPPORT OF HER OBJECTION TO MOTION BY GENERAL MOTORS LLC**
**TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER**
**AND INJUNCTION, AND THE RULINGS IN CONNECTION THEREWITH**

228119 / lgv

1

## Index of Exhibits

| Exhibit | Description |
| --- | --- |
| 1. | Minard Counsel's Letter to General Motors' Attorney Scott Davidson, dated May 17, 2016 |
| 2. | Minard's Notice of Motion and Motion for Leave to File First Amended Complaint, filed June 27, 2016, in California State Court Action. |
| 3. | Minard's Amended Notice of Motion and Motion for Leave to File First Amended Complaint |
| 4. | Proposed First Amended Complaint (Exhibit "B" to Minard's Motion for Leave to File First Amended Complaint) |

228119 / lgv