**BROWN RUDNICK**

EDWARD S. WEISFELNER

direct dial: (212) 209-4900

fax: (212) 938-2900

eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

July 13, 2016

**VIA E-MAIL
AND ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

RE:   In re Motors Liquidation Company, *et al.*
      Case No. 09-50026 (MG)

    **Letter Regarding Update on Second Circuit Appeal**

Dear Judge Glenn:

　　We write on behalf of the Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs, represented by Co-Lead and Designated Counsel in the above-referenced matter, to update the Court regarding developments in the appeal of this Court's April 15, 2015 *Decision on Motion to Enforce Sale Order*, In re Motors Liquidation Co., 529 B.R. 510 (Bankr. S.D.N.Y. 2015) [Dkt. No. 13109] (the "**Decision**") and *Judgment*, dated June 1, 2015 [Dkt. No. 13177] (the "**Judgment**").

　　Today, July 13, 2016, the Second Circuit delivered an Opinion (the "**Opinion**") affirming, reversing, vacating in part, and remanding the Decision and Judgment to this Court for further proceedings consistent with the Opinion. A copy of the Opinion is attached hereto as **Exhibit A**.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ Edward S. Weisfelner
　　　　　　　　　　　　　　　　　　　　　Edward S. Weisfelner

　　　　　　　　　　　　　　　　　　　　　*Designated Counsel for Economic Loss
　　　　　　　　　　　　　　　　　　　　　Plaintiffs and certain Non-Ignition Switch
　　　　　　　　　　　　　　　　　　　　　Plaintiffs*


Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101

*Co-Lead Counsel in the MDL Proceeding for the Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs*

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111

*Co-Lead Counsel in the MDL Proceeding for the Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs*

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201

*Designated Counsel for Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs*

cc:     Honorable Jesse M. Furman
        Arthur Steinberg
        Scott Davidson
        Matt Williams
        Lisa Rubin
        Daniel Golden
        Deborah Newman
        William P. Weintraub
        Gary Peller