**STATUS CONFERENCE DATE: July 18, 2016 at 10:00 a.m. (Eastern Time)**
**ADJOURNMENT DATE OF HEARING: To Be Determined**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:     (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Counsel for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          :        Chapter 11
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,    :        Case No.: 09-50026 (MG)
              f/k/a General Motors Corp., *et al.*      :
                                                                :        (Jointly Administered)
                      Debtors.                            :
------------------------------------------------------------x

**NOTICE OF STATUS CONFERENCE TO BE HELD IN CONNECTION WITH
THE JUNE 2016 MOTIONS TO ENFORCE[1] AND ADJOURNMENT OF HEARING
IN CONNECTION WITH SECOND JUNE 2016 MOTION TO ENFORCE**

---

[1]    The "**June 2016 Motions to Enforce**" refer to the: (1) *Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Courts July 5, 2009 Sale Order And Injunction, and The Rulings in Connection Therewith (Veronica Alaine Fox, Claudia Lemus, Tammie Chapman and Constance Haynes-Tibbetts)*, filed on June 1, 2016  [Dkt. No. 13634], and all related pleadings filed in connection thereto ("**First June 2016 Motion to Enforce**"); and (2) *Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce The Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and The Rulings In Connection Therewith, With Respect To Plaintiffs Identified On Schedule "1" Attached Hereto*, filed on June 24, 2016 [Dkt. No. 13655], and all related pleadings filed in connection thereto ("**Second June 2016 Motion to Enforce**").

**PLEASE TAKE NOTICE** that, in connection with the *Decision* entered by the United States Court of Appeals for the Second Circuit on July 13, 2016 [*In re Motors Liquidation Co.,* Case No. 15-2844, Dkt. No. 384-1], the hearing on the Second June 2016 Motion to Enforce, previously scheduled for July 18, 2016 at 10:00 a.m., has been **adjourned to a date to be determined**.

**PLEASE TAKE FURTHER NOTICE** that a status conference ("**Status Conference**") will take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **July 18, 2016 at 10:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that attorneys that are from out of state may participate in the Status Conference by telephone by contacting CourtCall, LLC at (866) 582-6878. Additional information on appearing telephonically can be found on the Court's website at http://www.nysb.uscourts.gov/telephonic-appearance-provider.

Dated:   New York, New York
         July 14, 2016

                    /s/ Arthur Steinberg
                    Arthur Steinberg
                    Scott Davidson
                    KING & SPALDING LLP
                    1185 Avenue of the Americas
                    New York, New York  10036
                    Telephone:    (212) 556-2100
                    Facsimile:    (212) 556-2222

                    Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                    Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                    KIRKLAND & ELLIS LLP
                    300 North LaSalle
                    Chicago, IL 60654
                    Telephone: (312) 862-2000
                    Facsimile: (312) 862-2200

                    *Attorneys for General Motors LLC*