KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                          :   Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,   :   Case No.: 09-50026 (MG)
     f/k/a General Motors Corp., *et al.*                :
                                                               :
                                        Debtors.   :   (Jointly Administered)
------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on *July 13, 2016*, I caused to be served a true and correct copy of the *Reply by General Motors LLC to Objections And Response To Its' Motion Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And injunction, And The Rulings In Connection Therewith, With Respect To Plaintiffs Identified on Schedule "1" Attached Thereto* [Dkt. No. 13681], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email, facsimile, and/or via overnight mail.

Dated: July 15, 2016
      New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson___
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

**Service List For July 13, 2016:**

**Documents Served *via* Email:**

*(1) Reply by General Motors LLC to Objections And Response To Its' Motion Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And injunction, And The Rulings In Connection Therewith, With Respect To Plaintiffs Identified on Schedule "1" Attached Thereto* [Dkt. No. 13681]

lspringberg@thomasandspringberg.com

mregan@reganlaw.net

lrayon@reganlaw.net

scrowley@cbs-lawyers.com

scrowley@cbp-lawyers.com

janthony@anthonylaw.com

kanthony@anthonylaw.com

janthony@anthonylaw.com

mike.andrews@beasleyallen.com

jhirsch@ahctriallaw.com

kris@ledford-lawfirm.com

hsteel@brownrudnick.com

steve@hbsslaw.com

eweisfelner@brownrudnick.com

ecabraser@lchb.com

esserman@sbep-law.com

bluegrayton@me.com

keith.medley@johnsonpaseur.com

## Service List For July 13, 2016

**Documents Served *via* Overnight Delivery:**

*(1) Reply by General Motors LLC to Objections And Response To Its' Motion Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And injunction, And The Rulings In Connection Therewith, With Respect To Plaintiffs Identified on Schedule "1" Attached Thereto* [Dkt. No. 13681]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Kenneth C. Anthony, Jr.<br>K. Jay Anthony, Jr.<br>The Anthony Law Firm<br>250 Magnolia St.<br>Spartanburg, SC 293064 |
| Martin E. Regan, Jr. Esq.<br>REGAN LAW, PLC<br>2125 St. Charles Avenue<br>New Orleans, LA 70130 | Rick Morrison<br>7149 Mid Pines Drive<br>Montgomery, AL 36117-7444 |
| Paul Vernon Minix, Jr.<br>Dewitt County Jail<br>208 E. Live Oak<br>Cuero, Texas 77954 | Paul Minix<br>2330 Quail Lane<br>Longview, Texas 75602 |
| Gary W. Dolinski<br>Law Offices of Carcione, Cattermole, Dolinski, Okimoto, Stucky, Ukshini Markowitz & Carcione<br>1300 South El Camino Real, Suite 300<br>(P.O. Box 5429)<br>San Mateo, CA 94402 | |

## Service List For July 13, 2016:

**Documents Served *via* Facsimile:**

*(1) Reply by General Motors LLC to Objections And Response To Its' Motion Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And injunction, And The Rulings In Connection Therewith, With Respect To Plaintiffs Identified on Schedule "1" Attached Thereto* [Dkt. No. 13681]

Gary W. Dolinski
Law Offices of Carcione, Cattermole,
Dolinski, Okimoto, Stucky, Ukshini,
Markowitz & Carcione
1300 South El Camino Real, Suite 300
(P.O. Box 5429)
San Mateo, CA 9440
Fax No. (650) 367-0367