KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *July 14, 2016*, I caused to be served a true and correct copy of General Motors LLC's *Notice Of Status Conference To Be Held In Connection With The June 2016 Motions To Enforce And Adjournment Of Hearing In Connection With Second June 2016 Motion To Enforce* [Dkt. No. 13684], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email, facsimile, and/or *via* overnight mail.

Dated: July 15, 2016
      New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

**Service List For July 14, 2016:**

**Documents Served *via* Email:**

*(1) General Motors LLC's Notice Of Status Conference To Be Held In Connection With The June 2016 Motions To Enforce And Adjournment Of Hearing In Connection With Second June 2016 Motion To Enforce* [Dkt. No. 13684]

lspringberg@thomasandspringberg.com

mregan@reganlaw.net

LRayon@reganlaw.net

scrowley@cbp-lawyers.com

scrowley@cbs-lawyers.com

janthony@anthonylaw.com

kanthony@anthonylaw.com

mike.andrews@beasleyallen.com

JHirsch@ahctriallaw.com

kris@ledford-lawfirm.com

HSteel@brownrudnick.com

Steve@hbsslaw.com

EWeisfelner@brownrudnick.com

ECABRASER@lchb.com

esserman@sbep-law.com

bluegrayton@me.com

keith.medley@johnsonpaseur.com

jim@butlerwooten.com

tab@tturner.com

robert@fergusonlaw.com

whammill@attorneykennugent.com

WWeintraub@goodwinprocter.com

## Service List For July 14, 2016

**Documents Served *via* Overnight Delivery:**

*(1) General motors LLC's Notice Of Status Conference To Be Held In Connection With The June 2016 Motions To Enforce And Adjournment Of Hearing In Connection With Second June 2016 Motion To Enforce* [Dkt. No. 13684]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Gary W. Dolinski<br>Law Offices of Carcione, Cattermole, Dolinski, Okimoto, Stucky, Ukshini Markowitz & Carcione<br>1300 South El Camino Real, Suite 300<br>(P.O. Box 5429)<br>San Mateo, CA 94402 |
| Martin E. Regan, Jr. Esq.<br>REGAN LAW, PLC<br>2125 St. Charles Avenue<br>New Orleans, LA 70130 | Rick Morrison<br>7149 Mid Pines Drive<br>Montgomery, AL 36117-7444 |
| Paul Vernon Minix, Jr.<br>Dewitt County Jail<br>208 E. Live Oak<br>Cuero, Texas 77954 | Paul Minix<br>2330 Quail Lane<br>Longview, Texas 75602 |


## Service List For July 14, 2016:

**Documents Served *via* Facsimile:**

(1) *General Motors LLC's Notice Of Status Conference To Be Held In Connection With The June 2016 Motions To Enforce And Adjournment Of Hearing In Connection With Second June 2016 Motion To Enforce* [Dkt. No. 13684]

Gary W. Dolinski
Law Offices of Carcione, Cattermole,
Dolinski, Okimoto, Stucky, Ukshini,
Markowitz & Carcione
1300 South El Camino Real, Suite 300
(P.O. Box 5429)
San Mateo, CA 9440
Fax No. (650) 367-0367