**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for the Motors Liquidation Company*
*Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.

------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 18, 2016 AT 10:00 AM (EDT)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    Motion of Wilmington Trust Company, as Avoidance Action Trust Administrator and Trustee, For Entry of an Order Pursuant to Fed. R. Bankr. P. 9006(b) Extending Duration of the Avoidance Action Trust**

    A.    Notice of Hearing on Motion of Wilmington Trust Company, as Avoidance Action Trust Administrator and Trustee, For Entry of an Order Pursuant to Fed. R. Bankr. P. 9006(b) Extending Duration Of The Avoidance Action Trust [Bankr. Dkt. No. 13636]

    B.    Motion of Wilmington Trust Company, as Avoidance Action Trust Administrator and Trustee, For Entry of an Order Pursuant to Fed. R. Bankr. P. 9006(b) Extending Duration Of The Avoidance Action Trust [Bankr. Dkt. No. 13637]

    *Objections Filed:* None.

1

II.     **Please note that the motion listed below has been <u>WITHDRAWN</u>:**

   A.   Motion of Motors Liquidation Company Avoidance Action Trust For Entry of an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020(d) Approving Litigation Funding Agreement [Bankr. Dkt. Nos. 13649, 13650, 13651, & 13690]

Dated: July 15, 2016
       New York, New York

                                            Respectfully submitted,

                                            **BINDER & SCHWARTZ LLP**

                                            /s/Eric B. Fisher
                                            Eric B. Fisher
                                            Neil S. Binder
                                            Lindsay A. Bush
                                            Lauren K. Handelsman
                                            366 Madison Avenue, 6th Floor
                                            New York, New York 10017
                                            Tel: (212) 510-7008
                                            Fax: (212) 510-7299

                                            *Attorneys for the Motors Liquidation*
                                            *Company Avoidance Action Trust*