**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                          :
In re                                                     :   **Chapter 11**
                                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                 :   **Case No. 09-50026 (MG)**
        **f/k/a General Motors Corp.,** *et al.*          :
                                                          :
                            **Debtors.**                  :   **(Jointly Administered)**
                                                          :
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing

agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned

proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York

11042-1013.

2.      On July 15, 2016, at the direction of Binder & Schwartz LLP ("Binder Schwartz"),

Attorneys for the Motors Liquidation Company Avoidance Action Trust Administrator, I caused

true and correct copies of the following documents to be served by e-mail on the parties

identified on Exhibit A annexed hereto (master service list and notice of appearance parties), by

first class mail on the parties identified on Exhibit B annexed hereto (20 largest creditors of

Remediation and Liability Management Company, Inc., 20 largest creditors of Environmental

Corporate Remediation Company, Inc., and notice of appearance parties with failed e-mail

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

addresses), and by overnight delivery on the parties identified on Exhibit C annexed hereto

(Office of the United States Trustee and Chambers of the Honorable Martin Glenn):

- **Notice of Hearing on Joint Motion of Motors Liquidation Company Avoidance Action Trust and Official Committee of Unsecured Creditors for Entry of (A) Stipulation and Agreed Order (I) Settling Disputed Entitlements of Debtor-in-Possession Lenders and Official Committee of Unsecured Creditors to Potential Term Loan Avoidance Action Proceeds and (II) Modifying Avoidance Action Trust Agreement to Implement Settlement, and (B) Order (I) Approving Settlement of the Allocation Dispute, (II) Approving Amendments to the Avoidance Action Trust Agreement, and (III) Authorizing the Avoidance Action Trust to Grant a Lien to the DIP Lenders ("Notice of Hearing on Joint Motion for Entry of Stipulation and Agreed Order Settling Disputed Entitlements, Modifying the Trust, Approving Amendments and Authorizing Lien")** [Docket No. 13687];

- **Joint Motion of Motors Liquidation Company Avoidance Action Trust and Official Committee of Unsecured Creditors for Entry of (A) Stipulation and Agreed Order (I) Settling Disputed Entitlements of Debtor-in-Possession Lenders and Official Committee of Unsecured Creditors to Potential Term Loan Avoidance Action Proceeds and (II) Modifying Avoidance Action Trust Agreement to Implement Settlement, and (B) Order (I) Approving Settlement of the Allocation Dispute, (II) Approving Amendments to the Avoidance Action Trust Agreement, and (III) Authorizing the Avoidance Action Trust to Grant a Lien to the DIP Lenders ("Joint Motion for Entry of Stipulation and Agreed Order Settling Disputed Entitlements, Modifying the Trust, Approving Amendments and Authorizing Lien")** [Docket No. 13688]; and

- **Declaration of Arthur J. Gonzalez in Support of Joint Motion of Motors Liquidation Company Avoidance Action Trust and Official Committee of Unsecured Creditors for Entry of (A) Stipulation and Agreed Order (I) Settling Disputed Entitlements of Debtor-in-Possession Lenders and Official Committee of Unsecured Creditors to Potential Term Loan Avoidance Action Proceeds and (II) Modifying Avoidance Action Trust Agreement to Implement Settlement, and (B) Order (I) Approving Settlement of the Allocation Dispute, (II) Approving Amendments to the Avoidance Action Trust Agreement, and (III) Authorizing the Avoidance Action Trust to Grant a Lien to the DIP Lenders ("Declaration of Arthur J. Gonzalez")** [Docket No. 13689].

4.    On July 15, 2016, also at the direction of Binder Schwartz, I caused true and correct

copies of the **Notice of Hearing on Joint Motion for Entry of Stipulation and Agreed Order**

**Settling Disputed Entitlements, Modifying the Trust, Approving Amendments and**

**Authorizing Lien**, the **Joint Motion for Entry of Stipulation and Agreed Order Settling Disputed Entitlements, Modifying the Trust, Approving Amendments and Authorizing Lien** and the **Declaration of Arthur J. Gonzalez** to be served by e-mail on the parties identified on Exhibit D annexed hereto (disputed general unsecured claim parties with e-mail addresses), and by first class mail on the parties identified on Exhibit E annexed hereto (disputed general unsecured claim parties).

3.      On July 15, 2016, also at the direction of Binder Schwartz, I caused a true and correct copy of the following document to be served by e-mail on the party identified on Exhibit F annexed hereto (DTC):

- **Notice to the Holders of Motors Liquidation Company (F/K/A General Motors Company) Debentures and Notes with the Following CUSIP Nos.: 370ESCAN5; 370ESCAJ4; 370ESCAR6; 370ESCAG3; 370ESCAS7; 370ESCAT2; 370ESCAU9; 370ESCAV7; 370ESCAZ8; 370ESCBB0; 370ESCBQ7; 370ESCBT1; 370ESCBW4; 370ESCBS3; 370ESC816; 370ESC774; 370ESC766; 370ESC758; 370ESC741; 370ESC733; 370ESC725; 370ESC717; 370ESC121; 370ESC691; 616ESC AA2; 616ESC AB0; 349ESC AT1; 677ESC AU2; 677ESC BC2; 455ESC AB8; 594ESC AQ6; XS0171942757; XS0171943649; CH0008769264**.

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this 19th day of
July, 2016

/s/ Kevin M. Doyle
Kevin M. Doyle
Notary Public, State of New York
No. 02DO6173767
Qualified in Suffolk County
Commission Expires:  September 4, 2019

# EXHIBIT A

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: dgolden@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: PHILIP C. DUBLIN
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: pdublin@akingump.com

ALIX PARTNERS LLP
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL 60654
email: cbasler@alixpartners.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
email: dfish@allardfishpc.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501-1162
email: cwoodruff-neer@alpine-usa.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129
email: Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: JEFFREY ROTHLEDER, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: rothleder.jeffrey@arentfox.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: dowd.mary@arentfox.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: DAVID L. GOING, ESQ.
7700 FORSYTH BLVD STE 1800
ST. LOUIS, MO 63105-1847
email: dgoing@armstrongteasdale.com

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363-1031
email: darryl.laddin@agg.com; frank.white@agg.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
email: jg5786@att.com

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202
email: victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
email: raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI 48909
email: przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
email: neal.mann@oag.state.ny.us

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114
email: jhutchinson@bakerlaw.com; egoodman@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN CHRISTOPHER J. GIAIMO
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: cgiaimo@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN DONALD A. WORKMAN
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: dworkman@bakerlaw.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
ATTY FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202
email: summersm@ballardspahr.com

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
email: mark.owens@btlaw.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
email: ffm@bostonbusinesslaw.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
email: CSALOMON@BECKERGLYNN.COM

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
email: tgaa@bbslaw.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
email: Kelbon@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226-2998
email: JRumley@bcbsm.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
email: mbakst@bodmanllp.com

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
SUITE 500
MADISON, WI 53703
email: bwilliam@gklaw.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA 94945
email: bankruptcy.asbpo.asbdom@braytonlaw.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
email: JMcDonald@Briggs.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
ATTY FOR: HENZE STAMPING CO. & HENZ MACHINE CO.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: wilkins@bwst-law.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: hall@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
email: rbrown@brownwhalen.com

BROWN RUDNICK LLP
ATTN DAVID J MOLTON, ESQ.
7 TIMES SQUARE, 47TH FL
NEW YORK, NY 10036
email: dmolton@brownrudnick.com

BROWN RUDNICK LLP
ATTN EDWARD S WEISFELNER, ESQ.
7 TIMES SQUARE, 47TH FL
NEW YORK, NY 10036
email: eweisfelner@brownrudnick.com

BROWN RUDNICK LLP
ATTN HOWARD S. STEEL, ESQ.
7 TIMES SQUARE, 47TH FL
NEW YORK, NY 10036
email: hsteel@brownrudnick.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
55 SECOND ST, 17TH FL
SAN FRANCISCO, CA 94105-3493
email: schristianson@buchalter.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATT: G. RING
ATTY FOR ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL 60611
email: Gring@Burkelaw.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D.CHRISTOPHER CARSON
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
email: ccarson@burr.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com;

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com;

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
email: radom@butzel.com; newman@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000
email: cbblac@acxiom.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: john.rapisardi@cwt.com

CAMPBELL & LEVINE, LLC
ATTN KATHLEEN CAMPBELL DAVIS, ESQ.
ATTY FOR MLC ASBESTOS PI TRUST
800 N. KING ST, STE 300
WILMINGTON, DE 19801
email: kdavis@camlev.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY 11042
email: rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATTN ANDREW J. SACKETT, ESQ.
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON, DC 20005
email: asackett@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTN ELIHU INSELBUCH, ESQ.
600 LEXINGTON AVE, FL 21
NEW YORK, NY 10022
email: einselbuch@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTN JEFFREY A. LIESEMER, ESQ.
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON, DC 20005
email: jliesemer@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTN PETER VAN N. LOCKWOOD, ESQ.
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON, DC 20005
email: plockwood@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC 20005
email: pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152-3500
email: ei@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005
email: kcm@capdale.com; tws@capdale.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com; brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com

CASSELS BROCK
ATT: B. LEONARD; M. MERCIER
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
email: mmercier@casselsbrock.com

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN CAROL A. GLICK, ESQ.
ATTY FOR USAA
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
email: cglick@certilmanbalin.com

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN RICHARD J. MCCORD, ESQ.
ATTY FOR USAA
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
email: rmccord@certilmanbalin.com

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY 11222
email: alan@chapellassociates.com

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON,
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
email: rgordon@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: DGOTTLIEB@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: RLINCER@CGSH.COM

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY 10036
email: bceccotti@cwsny.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
email: friesinger@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175-3102
email: belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
email: mbaxter@cov.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901
email: jcarberry@cl-law.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN STEVEN J. REISMAN, ESQ.
101 PARK AVE
NEW YORK, NY 10178-0061
email: sreisman@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN THERESA A. FOUDY, ESQ.
101 PARK AVE
NEW YORK, NY 10178-0061
email: tfoudy@curtis.com

DABNEY, PLLC
ATTN H. SLAYTON DABNEY, JR., ESQ.
303 GRANDE COURT
RICHMOND, VA 23229
email: sdabney@dabneypllc.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH 43537-7000
email: lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY 10017
email: donald.bernstein@dpw.com,

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
email: gm@dmms.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114
email: info@dealertire.com

DEAN M. TRAFELET
LEGAL REPRESENTATIVE ASBESTOS PERSONAL INJURY CLAIMANTS
50 WEST SCHILLER
CHICAGO, IL 60610
email: dtrafelet@sbcglobal.net

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC
919 THIRD AVENUE
NEW YORK, NY 10022
email: jpowers@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022
email: rfhahn@debevoise.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: shmuel.vasser@dechert.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
email: CONTACT-OCFO@DOL.GOV

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
email: jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: kewald@dickinsonwright.com

DICKSTEIN SHAPIRO LLP
ATTN BARRY N. SEIDEL, ESQ.
ATTY FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019
email: seidelb@dicksteinshapiro.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
email: gdiconza@dlawpc.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KIRSTIN K. GOING
1177 AVENUE OF THE AMERICAS
FL 41
NEW YORK, NY 10036-2714
email: Kristin.Going@dbr.com,

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC 20005
email: kristin.going@dbr.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
email: ayala.hassell@hp.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR US BANK NAT'L ASSOC & US BANK TRUST NAT'L ASSOC
ATTN J WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7613
email: jwhitlock@eapdlaw.com

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA
FOR 3 M PURIFICATION INC
1105 NORTH MARKET STE 1700
WILMINGTON, DE 19801
email: rxza@elliottgreenleaf.com

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27636
email: george.sanderson@elliswinters.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
email: akatz@entergy.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
ATTY FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: deisenberg@ermanteicher.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
ATTY FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: druhlandt@ermanteicher.com ; eerman@ermanteicher.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: CARLOS SALAZAR
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
email: csalazar@ecjlaw.com

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
email: ngoteiner@fbm.com

FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP
ATTN D. GREG BLANKINSHIP, ESQ.
1311 MAMARONECK AVE
WHITE PLAINS, NY 10605
email: gblankinship@fbfglaw.com

FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP
ATTN TODD GARBER, ESQ.
ATTY FOR LISA PHANUEF, ADAM SMITH, ET AL.
1311 MAMARONECK AVE
WHITE PLAINS, NY 10605
email: tgarber@fbfglaw.com

FOLEY & LARDNER LLP
ATTN JEFFREY A. SOBLE, ESQ.
ATTY FOR TOYOTA MOTOR CORPORATION
NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
email: jsoble@foley.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: FRANK W. DICASTRI, JOHN A. SIMON, D. DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; ddoogal@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: DALJIT DOOGAL
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: ddoogal@foley.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
email: sseabolt@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007-5109
email: rhuey@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
3579  VALLEY CENTRE DR STE 300
SAN DIEGO, CA 92130-3316
email: vavilaplana@foley.com

FOREMAN LAW PLLC
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN MICHAEL E. FOREMAN, ESQ.
1745 BROADWAY, 17TH FL
NEW YORK, NY 10019
email: michael@foremanlawpllc.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
email: klynch@formanlaw.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: YANN GERON, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
email: ygeron@foxrothschild.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036-4704
email: rgreenberg@dclawfirm.com

FTI CONSULTING
ATTN MICHAEL CORDASCO
3 TIMES SQUARE
NEW YORK, NY 10036
email: Michael.Cordasco@fticonsulting.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY 10103
email: drosenzweig@fulbright.com;

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY 10103-3198
email: drosenzweig@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT ST
STE 2100
SAN ANTONIO, TX 78205-3720
email: mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lstrubeck@fulbright.com, lboydston@fulbright.com

GALESE & INGRAM, P.C.
ATTN JEFFREY L. INGRAM
ATTY FOR SERRA CHEVROLET, INC. & KEYSTON AUTOMOTIVE, INC.
800 SHADES CREEK PKWY, SUITE 300
BIRMINGHAM, AL 35209
email: jeff@galese-ingram.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
email: dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTN ADAM H. OFFENHARTZ, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVE
NEW YORK, NY 10166-0193
email: aoffenhartz@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTN ARIC WU, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVE
NEW YORK, NY 10166-0193
email: awu@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTORNEYS FOR WILMINGTON TRUST COMPANY
AS GUC TRUST ADMINISTRATOR
ATTN: MATTHEW WILLIAMS AND KEITH MARTORANA
200 PARK AVENUE 47TH FL.
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com; kmartorana@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATTN KEITH MARTORANA, ESQ.
200 PARK AVE
NEW YORK, NY 10166-0193
email: kmartorana@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATTN LISA H. RUBIN, ESQ.
200 PARK AVE
NEW YORK, NY 10166-0193
email: lrubin@gibsondunn.com

GIORDANO HALLERAN & CIESLA PC
ATTN DONALD F CAMPBELL ESQ
125 HALF MILE ROAD
SUITE 300
RED BANK, NJ 07701
email: dcampbell@ghclaw.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
email: dcg@girardgibbs.com ; ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
email: Glenn.Reisman@ge.com

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
ATTY FOR THE FEE EXAMINER
780 NORTH WATER STREET
MILWAUKEE, WI 53202
email: tnixon@gklaw.com, candres@gklaw.com, kstadler@gklaw.com

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
email: JBerlage@ghsllp.com

GOLDBERG SEGALLA LLP
ATT: B. HOOVER & C. BELTER, ESQ.
ATTY FOR THE QUAKER OATS COMPANY
665 MAIN STREET, SUITE 400
BUFFALO, NY 14203
email: bhoover@goldbergsegalla.com ; cbelter@goldbergsegalla.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN JONATHAN L. FLAXER, ESQ.
437 MADISON AVE
NEW YORK, NY 10022
email: jflaxer@golenbock.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN S. PRESTON RICARDO, ESQ.
437 MADISON AVE
NEW YORK, NY 10022
email: pricardo@golenbock.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022-7302
email: jflaxer@golenbock.com;

GOODWIN PROCTER LLP
ATTN GREGORY W. FOX
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
email: gfox@goodwinprocter.com

GOODWIN PROCTER LLP
ATTN WILLIAM P. WEINTRAUB, ESQ.
THE NEW YORK TIMES BLDG
620 EIGHTH AVE
NEW YORK, NY 10018
email: wweintraub@goodwinprocter.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
email: bmehlsack@gkllaw.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: gkaden@goulstonstorrs.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: drosner@goulstonstorrs.com

GRANT & EISENHOFER P.A.
ATTN JUSTIN BROOKS, ESQ.
123 JUSTISON ST
WILMINGTON, DE 19801
email: alevitt@gelaw.com; jtangren@gelaw.com; caldinger@gelaw.com; tbibby@gelaw.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166
email: Mitchelln@gtlaw.com

HAHN & HESSEN LLP
ATT: J. DIVACK ESQ.
ATTY FOR B.REYNOLDS & G REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
email: jdivack@hahnhessen.com;

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
email: ldpowar@hahnlaw.com, dademarco@hahnlaw.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
email: cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
email: info@harmanbecker.de

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020-1007
email: jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: charles.beckham@haynesboone.com

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY 10016
email: sselbst@herrick.com;

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095
email: ecurrenti@hess.com

HISCOCK & BARCLAY LLP
ATTY FOR THE SCHAEFER GROUP INC
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN TRICIA SHERICK
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
email: anne.boudreau@ic.gc.ca

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT 06830
email: mneier@ibolaw.com

JACKSON WALKER L.L.P.
ATTN JEFFREY G. HAMILTON, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
email: jhamilton@jw.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
353 N. CLARK ST.
CHICAGO, IL 60654-3456
email: dmurray@jenner.com

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
ATTY FOR NEWS AMERICA INCORPORATED
875 THIRD AVENUE
NEW YORK, NY 10022
email: sagolden@hhlaw.com ; bjgrieco@hhlaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN JOSEPH R SGROI ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: jsgroi@honigman.com

ICE MILLER LLP
ATTN HENRY E. EFROYMSON
ATTY FOR HOUGHTON INTERNATIONAL, INC., OWENS-ILLINOIS, INC.
AND HONEYWELL INTERNATIONAL, INC.
ONE AMERICAN SQUARE, SUITE 2900
INDIANAPOLIS, IN 46282
email: Henry.efroymson@icemiller.com

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
email: memberservices@iuawfcu.com, nganatra@uaw.net

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
450 FASHION AVE
STE 1400
NEW YORK, NY 10123-1400
email: jlsaffer@jlsaffer.com

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
ATTY FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034
email: rkruger@jaffelaw.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
email: ptrostle@jenner.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC 27602
email: jboyles@jhvgglaw.com

KAPLAN FOX & KILSHEIMER LLP
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN GEORGE HRITZ, ESQ.
850 THIRD AVE, 14TH FL
NEW YORK, NY 10022
email: ghritz@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN GREGORY K. ARENSON, ESQ.
850 THIRD AVE, 14TH FL
NEW YORK, NY 10022
email: garenson@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN LAURENCE D. KING, ESQ.
350 SANSOME ST, STE 400
SAN FRANCISCO, CA 94104
email: lking@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
ATTY FOR MARTIN PONCE & KIMI L. HURST
ATTN ROBERT N. KAPLAN, ESQ.
850 THIRD AVE, 14TH FL
NEW YORK, NY 10022
email: rkaplan@kaplanfox.com

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202
email: jstitt@kmklaw.com

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
email: twilson@kelley-ferraro.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: sjennik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: tmurray@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: jed@krwlaw.com

KESSLER TOPAZ MELTZER & CHECK, LLP
ATTN EDWARD W. CIOLKO, ESQ.
280 KING OF PRUSSIA RD
RADNOR, PA 19087
email: eciolko@ktmc.com

KESSLER TOPAZ MELTZER & CHECK, LLP
ATTN JOSEPH H. MELTZER, ESQ.
280 KING OF PRUSSIA RD
RADNOR, PA 19087
email: jmeltzer@ktmc.com

KESSLER TOPAZ MELTZER & CHECK, LLP
ATTN PETER MUHIC, ESQ.
280 KING OF PRUSSIA RD
RADNOR, PA 19087
email: pmuhic@ktmc.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
email: ecf@kaalaw.com

KIRK P. WATSON, ESQ
ASBESTOS TRUST ADMINISTRATOR
2301 WOODLAWN BOULEVARD
AUSTIN, TX 78703
email: kirkpwatson@gmail.com

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS & TRADERS TRUST COMPANY
ATTN MORTON R BRANZBURG
260 S BROAD STREET
PHILADELPHIA, PA 19102
email: MBranzburg@klehr.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114-1793
email: jwe@kjk.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG , ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
email: fberg@kotzsangster.com;

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, R SCHMIDT, JEN SHARRET,
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com,
jsharret@kramerlevin.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: abruski@lambertleser.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: scook@lambertleser.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022-4068
email: Adam.Goldberg@lw.com

LAW OFFICE OF ETHAN GANC
ATTN ETHAN D. GANC, ESQ.
ATTY FOR WILLIAM BRADFORD JONES
109 W. 26TH STREET, SUITE 4A
NEW YORK, NY 10001
email: ethan@ethanganclegal.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
email: gabriel.delvirginia@verizon.net

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA 91423-5846
email: larrykraines@gmail.com

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
email: michael.conway@leclairryan.com

LEWIS LAW PLLC
ATT: KENNETH M. LEWIS
ATTY FOR JOHANN HAY GMBH & CO. KG
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
email: dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATT: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
email: austin.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX 77253
email: houston_bankruptcy@publicans.com

LOWENSTEIN SANDLER LLP
ATTN CASSANDRA PORTER, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: cporter@lowenstein.com

LOWENSTEIN SANDLER LLP
ATTN MICHAEL S. ETKIN, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: metkin@lowenstein.com

LOWENSTEIN SANDLER LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN CASSANDRA PORTER, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: cporter@lowenstein.com

LOWENSTEIN SANDLER LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN MICHAEL S. ETKIN, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022
email: metkin@lowenstein.com; steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com; steele@lowenstein.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: msl@maddinhauser.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
email: smatta@mattablair.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: cstanziale@mccarter.com

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: jtesta@mccarter.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: rrk@mccarthylebit.com

MCCREARY VESELKA BRAGG & ALLEN PC
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATTN LEE GORDON ESQ
PO BOX 1269
ROUND ROCK, TX 78680
email: othercourts@mvbalaw.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: cdorkey@mckennalong.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: privitera@mltw.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
email: elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
email: hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018-0822
email: elobello@msek.com

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
9708 HILLCROFT ST
HOUSTON, TX 77096-3808
email: mshpclaw@gmail.com

MICHAELS LAW GROUP
ATTY FOR MARTIN PONCE & KIM L. HURST
ATTN JONATHAN A. MICHAELS, ESQ.
2801 W COAST HIGHWAY, STE 370
NEWPORT BEACH, CA 92663
email: jmichaels@michaelslawgroup.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI 48909
email: wilcoxk3@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
email: funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909
email: wcacinfo@michigan.gov

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
email: tlomazow@milbank.com ; skhalil@milbank.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501-0306
email: ecfwolfordr@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: fusco@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: swansonm@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475
email: sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
email: nramsey@mmwr.com; joneil@mmwr.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921
email: rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: eliu@morganlewis.com

MOSES & SINGER LLP
ATTN JAMES M. SULLIVAN, ESQ.
ATTY FOR THE TIMKEN COMPANY & THE TIMKEN CORPORATION
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: jsullivan@mosessinger.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
email: jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE, STE 370
BIRMINGHAM, MI 48265
email: tmorrow@alixpartners.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATT: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE
SUITE 370
BIRMINGHAM, MI 48009
email: tmorrow@alixpartners.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
email: mkoks@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
email: rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
email: nwbernstein@nwbllc.com

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
ATTY FOR NTSEBEZA
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
email: dsammons@nagelrice.com; jrice@nagelrice.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY 10013
email: dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
email: Gkelly@narmco.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
email: george.cauthen@nelsonmullins.com;

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON, MA 02116-5040
email: peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Susan.Taylor@oag.state.ny.us

NEW YORK STATE, DEPT. OF LABOR
C/O ANDREW CUOMO, ATTY GENERAL OF THE STATE OF NY
ATTN: STEVEN KOTON, ASSISTANT ATTY GENERAL
120 BROADWAY, 26TH FLOOR
NEW YORK, NY 10271
email: steven.koton@ag.ny.gov

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
email: cmomjian@attorneygeneral.gov

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
email: lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
email: MJR1@westchestergov.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO
666 FIFTH AVENUE
NEW YORK, NY 10103
email: jansbro@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
email: markdroth@gmail.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169-0075
email: JHELFAT@OSHR.COM, SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
email: OSHR-GM-bk@oshr.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN DEAN A. ZIEHL, ESQ.
780 THIRD AVE, FL 36
NEW YORK, NY 10017-2024
email: dziehl@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN DEBRA I. GRASSGREEN, ESQ.
780 THIRD AVE, FL 36
NEW YORK, NY 10017-2024
email: dgrassgreen@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN HARRY H. HOCHMAN, ESQ.
780 THIRD AVE, FL 36
NEW YORK, NY 10017-2024
email: hhochman@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN MARIA A. BOVE, ESQ.
780 THIRD AVE, FL 36
NEW YORK, NY 10017-2024
email: mbove@pszjlaw.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
email: harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: arosenberg@paulweiss.com; bhermann@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: sshimshak@paulweiss.com;

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MARC PFEUFFER , ESQS.
1200 K STREET NW
WASHINGTON, DC 20005-4026
email: Pfeuffer.marc@pbgc.gov

PEPPER HAMILTON LLP
ATTN KAY STANDRIDGE KRESS, ESQ.
ATTY FOR SATTERLEE, ROSE AND SPRINGFIELD TOWNSHIP GROUPS
100 RENAISSANCE CENTER, STE. 3600
DETROIT, MI 48243
email: kressk@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
email: toolee@pepperlaw.com;

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
email: jaffeh@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA CALVO
P.O. BOX 13430
ARLINGTON, TX 76094-0430
email: ebcalvo@pbfcm.com

PETER M. HOBAICA LLC
ATTN PETER M. HOBAICA
ATTY FOR ROBERT N. CURRI
2045 GENESEE STREET
UTICA, NY 13501
email: pmhllc@hobaicalaw.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
475 PARK AVE S FL 18
NEW YORK, NY 10016-6901
email: tsadutto@platzerlaw.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dbernstein@plunkettcooney.com, mfleming@plunkettcooney.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dlerner@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
email: jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801
email: dbaldwin@potteranderson.com; rmcneill@potteranderson.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: sjg@previant.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: fp@previant.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY
11 TIMES SQ
NEW YORK, NY 10036-6581
email: srutsky@proskauer.com

PRYOR CASHMAN LLP
ATTN CONRAD K. CHIU, ESQ.
ATTY FOR BANK OF VALLETTA PLC
7 TIMES SQUARE
NEW YORK, NY 10036
email: cchiu@pryorcashman.com

PRYOR CASHMAN LLP
ATTN PATRICK SIBLEY
ATTY FOR SPCP GROUP, L.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036-6569
email: psibley@pryorcashman.com

PRYOR CASHMAN LLP
ATTN RONALD S. BEACHER
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036-6569
email: rbeacher@pryorcashman.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
email: Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
email: jrabinowitz@rltlawfirm.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513
email: rrm_narumanchi@hotmail.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145
email: stingey@rqn.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
225 5TH AVE STE 1200
PITTSBURGH, PA 15222-2716
email: eschaffer@reedsmith.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: kgwynne@reedsmith.com

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
email: tlzabel@rhoadesmckee.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
email: jshickich@riddellwilliams.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN BRIAN O'MARA, ESQ.
655 WEST BROADWAY, STE 1900
SAN DIEGO, CA 92101
email: bomara@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTY DAVID W. MITCHELL, ESQ.
655 WEST BROADWAY, STE 1900
SAN DIEGO, CA 92101
email: davidm@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN JACK REISE, ESQ.
120 EAST PALMETTO PARK RD, STE 500
BOCA RATON, FL 33432
email: jreise@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN MARK DEARMAN, ESQ.
120 EAST PALMETTO PARK RD, STE 500
BOCA RATON, FL 33432
email: mdearman@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN PATRICK J. COUGHLIN, ESQ.
655 WEST BROADWAY, STE 1900
SAN DIEGO, CA 92101
email: patc@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ATTY FOR LARRY DARBY & THE CLASS
ATTN STUART A. DAVIDSON, ESQ.
120 EAST PALMETTO PARK RD, STE 500
BOCA RATON, FL 33432
email: sdavidson@rgrdlaw.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
email: rsmith@cniinc.cc

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATTY: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
email: aleffert@rwolaw.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY 10169
email: cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: jhampton@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING & DEV; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
email: tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
email: rheilman@schaferandweiner.com; glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATTN BARRY E BRESSLER ESQ
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103-7286
email: bbressler@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY 10022
email: david.karp@srz.com, adam.harris@srz.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
email: mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID LIN
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SFS LAW GROUP
ATTN DENNIS O'DEA
ATTY FOR DWAYNE MAYTON
9930 MONROE ROAD, SUITE 103
MATTHEWS, NC 28105
email: dennis.odea@sfslawgroup.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
email: bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: fsosnick@shearman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
email: etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

SIDLEY AUSTIN
ATTN STEVEN M BIERMAN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: sbierman@sidley.com

SIDLEY AUSTIN LLP
ATTN COURTNEY A. ROSEN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: crosen@sidley.com

SIDLEY AUSTIN LLP
ATTN KENNETH P. KANSA
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SIDLEY AUSTIN LLP
ATTN NICHOLAS K. LAGEMANN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: nlagemann@sidley.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: PPANTALEO@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
email: levick@singerlevick.com, mshriro@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN: RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720
email: jack.butler@skadden.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
email: nboehler@cbmlaw.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
BOEBLINGEN,  71032
email: nboehler@cbmlaw.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1304
email: cmeyer@ssd.com

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
email: tcornell@stahlcowen.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
email: ccaldwell@starkreagan.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
email: wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EDOYLE@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EFEINSTEIN@STEMBERFEINSTEIN.COM

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612
email: shgross5@yahoo.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: cbullock@sbplclaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: sgoll@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH JR  & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
email: nashvillebankruptcyfilings@stites.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
email: bmeldrum@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166
email: streusand@streusandlandon.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN SANDER ESSERMAN PETER  D'APICE JO HARTWICK
2323 BRYAN STREET SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER D'APICE, JO HARTWICK
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com, hartwick@sbep-law.com,
d'apice@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN BRIANA L. CIONI, ESQ.
2323 BRYAN ST, STE 2200
DALLAS, TX 75201
email: cioni@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN DAVID J. PARSONS, ESQ.
2323 BRYAN ST, STE 2200
DALLAS, TX 75201
email: parsons@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN PETER C. D'APICE, ESQ.
2323 BRYAN ST, STE 2200
DALLAS, TX 75201
email: d'apice@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN SANDER L. ESSERMAN, ESQ.
2323 BRYAN ST, STE 2200
DALLAS, TX 75201
email: esserman@sbep-law.com

SULLIVAN & WORCESTER LLP
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES & BODELL
ATTY FOR US BANK NATIONAL ASSOCIATION
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: rhiersteiner@sandw.com; jdarcey@sandw.com ; azuccarello@sandw.com;

SUSMAN GODFREY LLP
ATTN KALPANA SRINIVASAN, ESQ.
1901 AVENUE OF THE STARS, STE 950
LOS ANGELES, CA 90067-6029
email: ksrinivasan@susmangodfrey.com

SUSMAN GODFREY LLP
ATTN MARC M. SELTZER, ESQ.
1901 AVENUE OF THE STARS, STE 950
LOS ANGELES, CA 90067-6029
email: mseltzer@susmangodfrey.com

SUSMAN GODFREY LLP
ATTN STEVEN G. SKLAVER, ESQ.
1901 AVENUE OF THE STARS, STE 950
LOS ANGELES, CA 90067-6029
email: ssklaver@susmangodfrey.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
email: jteitelbaum@tblawllp.com

THE GARDEN CITY GROUP INC
ATTN: KIMBERLY GARGAN
1985 MARCUS AVENUE
LAKE SUCCESS, NY 11042-1013
email: kimberly.gargan@gardencitygroup.com

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711-2548
email: casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109-1340
email: dkowich@umich.edu

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
email: jesse@tipotexchevrolet.com

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATT: MARK S. GAMELL, ESQ.
ATTY FOR SAFECO INSURANCE COMPANY OF AMERICA & LIBERTY MUTUAL COMPANY
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY 11753
email: mgamell@tlggr.com;

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER ESQ
1114 AVENUE OF THE AMERICAS  FL 23
NEW YORK, NY 10036-7703
email: abauer@torys.com;

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
email: sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: BRETT.GOODMAN@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
email: jeffrey.kelley@troutmansanders.com

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
email: mkilgore@up.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
email: david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov;  joseph.cordaro@usdoj.gov

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
ATTN: CHIEF COUNSEL, OFFICE OF FINANCIAL STABILITY
WASHINGTON, DC 20220
email: OFSChiefCounselNotices@do.treas.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: antitrust.atr@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: askDOJ@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
email: djury@usw.org

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
email: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
email: MJEdelman@vedderprice.com; MSchein@vedderprice.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215
email: tscobb@vorys.com

WARNER NORCROSS & JUDD LLP
ATTN KURT M. BRAUER, ESQ.
ATTY FOR THE CITY OF BAY CITY
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075-1318
email: kbrauer@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: sgrow@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: gtoering@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX 78215
email: rbarrows@wdblaw.com; rbarrows800@gmail.com

WEBSTER SZANYI LLP
ATTN NELSON PEREL
ATTY FOR HEALTHNOW NEW YORK INC.
1400 LIBERTY BUILDING
BUFFALO, NY 14202
email: nperel@websterszanyi.com

WEBSTER SZYANYI LLP
ATTN KEVIN T. O'BRIEND
ATTY FOR MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP
1400 LIBERTY BUILDING
BUFFALO, NY 14202
email: ko'brien@websterszanyi.com

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: JOSEPH.SMOLINSKY@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: STEPHEN.KAROTKIN@WEIL.COM

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-1229
email: young@wildman.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
ATTY FOR: BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: dpacheco@wilentz.com

WILLIAM SCHUETTE, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
3030 WEST GRAND BLVD.
DETROIT, MI 48202
email: miag@michigan.gov

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
email: uncbill@msn.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA 02109
email: dennis.jenkins@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER ESQS
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com;

WILMINGTON TRUST COMPANY
GUC TRUST ADMINISTRATOR
ATTN: CORPORATE TRUST ACTION
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON, DE 19890-1615
email: guctrustadministrator@wilmingtontrust.com

WINDELS, MARX, LANE & MITTENDORF, LLP
ATTN STEFANO V. CALOGERO, ESQ.
ATTY FOR ALLSTATE INSURANCE COMPANY
ONE GIRALDA FARMS - SUITE 380
MADISON, NJ 07940
email: scalogero@windelsmarx.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & CAREY D. SCHREIBER
35 WEST WACKER DRIVE
CHICAGO, IL 60601
email: mbotica@winston.com;

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-4193
email: cschreiber@winston.com

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
ATTY FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN, TX 78737
email: wdcoffeylaw@yahoo.com

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
ATTN ALEXANDER H. SCHMIDT, ESQ.
270 MADISON AVE
NEW YORK, NY 10016
email: schmidt@whafh.com

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
ATTN MALCOLM T. BROWN, ESQ.
270 MADISON AVE
NEW YORK, NY 10016
email: brown@whafh.com

WOLF POPPER LLP
ATTN LESTER L. LEVY, ESQ.
845 THIRD AVE
NEW YORK, NY 10022
email: llevy@wolfpopper.com

WOLF POPPER LLP
ATTN MICHELE F. RAPHAEL, ESQ.
845 THIRD AVE
NEW YORK, NY 10022
email: mraphael@wolfpopper.com

WOLF POPPER LLP
ATTN ROBERT S. PLOSKY, ESQ.
845 THIRD AVENUE
NEW YORK, NY 10022
email: rplosky@wolfpopper.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3150 LIVERNOIS RD., SUITE 275
TROY, MI 48083
email: swolfson@wolfsonbolton.com

WYLY-ROMMEL, PLLC
ATT: JAMES WYLY & SEAN ROMMEL
ATTY FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA, TX 75503
email: jwyly@wylyrommel.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY 10022
email: skrause@zeklaw.com; bleinbach@zeklaw.com

# EXHIBIT B

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/STEPHENS & STEPHENS
2495 MAIN ST STE 442
BUFFALO, NY 14214

ARCADIS BBL
28550 CABOT DR STE 500
NOVI, MI 48377-2990

ARCADIS BBL
ATTN: CHRIS PETERS
28550 CABOT DR STE 500
NOVI, MI 48377-2990

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
28550 CABOT DR STE 500
NOVI, MI 48377-2990

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
2055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
2055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104

DICKSTEIN SHAPIRO LLP
ATTN KATIE L. WEINSTEIN, ESQ.
ATTY FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENVIRON INTERNATIONAL CORPORATION
101 CARNEGIE CTR STE 200
PRINCETON, NJ 08540-6231

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1416 S PARK AVE
SPRINGFIELD, IL 62704-3464

GENERAL OIL COMPANY, INC.
663 LYCASTE ST
DETROIT, MI 48214-3474

GLOBAL ENVIRONMENTAL ENGINEERING INC.
10312 N HOLLY RD
HOLLY, MI 48442-9302

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
10312 N HOLLY RD
HOLLY, MI 48442-9302

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON, PA 19341-2577

HALEY & ALDRICH DESIGN AND CONTRUCTION
465 MEDFORD ST
STE 2200
CHARLESTOWN, MA 02129-1454

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020-1007

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

ROYAL ENVIRONMENTAL, INC.
P.O. BOX 11565
SYRACUSE, NY 13218-1565

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

THE BARTECH GROUP
27777 FRANKLIN RD STE 600
SOUTHFIELD, MI 48034-8282

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM, MA 01702

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR, MI 48107-8645

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WDC EXPLORATION & WELLS
7650 S MCCLINTOCK DR STE 103
TEMPE, AZ 85284-1673

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505

# EXHIBIT C

OFFICE OF THE UNITED STATES TRUSTEE

TRACY HOPE DAVIS

U.S. FED OFFICE BLDG

201 VARICK ST, RM 1006

NEW YORK, NY 10014

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

THE HONORABLE MARTIN GLENN

ONE BOWLING GREEN

NEW YORK, NY 10004-1408

# EXHIBIT D

ALEXANDER, TIMOTHY
AMERICAN FAMILY INSURANCE
900 SW FIFTH AVE, STE 1800
PORTLAND, OR 97204
email: kkeeton@msmlegal.com

ALLEN, ALETIA
17714 RED OAK DR., # 196A
HOUSTON, TX 77090
email: ALET76@AOL.COM

ALLISON MECHANICAL INC
1968 ESSEX CT
REDLANDS, CA 92373-8008
email: DALLISON@ALLISON1.NET

AMICA MUTUAL INSURANCE COMPANY A/S/O SEYMOUR KRAUT
C/O SHAIR & FISHBON
P.O. BOX 320015
WEST ROXBURY, MA 02132-0001
email: MARK@SHAIRFISHBON.COM

ANDRES AVELINO AZAGUIRE
C/O MICHAEL ROOFIAN AND ASSOC.
11766 WILSHIRE BLVD, 6TH FLOOR
LOS ANGELES, CA 90025
email: michael@roofianlaw.com

ANDREWS KURTH LLP
1717 MAIN ST STE 3700
DALLAS, TX 75201
email: KAYLYNNBRUMBAUGH@AKLLP.COM

ANGELS BASEBALL LP
2000 E GENE AUTRY WAY
ANAHEIM, CA 92806-6143
email: david.cohen@angelsbb.com

ANTONIO BURGOS
C/O ANTONIO M BURGOS
2111 HOLLY HALL ST
APT 1814
HOUSTON, TX 77054-3954
email: ANTONIO.BURGOS@HCDISTRICTCLERK.COM

APEX CAPITAL CORPORATION/RNS TRANSPORT LLC
PO BOX 961029
FORT WORTH, TX 76161-0029
email: PAM.BATES@APEXCAPITALCORP.COM

ASSISTANT UNITED STATES ATTORNEY OFFICE
DFAS-JAIAC
ATTN BONNIE KALISKI
PO BOX 182317
COLUMBUS, OH 43218-2317
email: BONNIE.KALISKI@DFAS.COM

ATKINS, SHARDE
16121 STOCKBRIDGE AVE
CLEVELAND, OH 44128-2013
email: PHYLLYATK@YAHOO.COM

AUTO CLUB INSURANCE ASSOCIATION
TRANS PAC SOLUTIONS
C/O KELLY SCHROADER
PO BOX 36220
LOUISVILLE, KY 40233
email: KELLYKESTLER@TRANSPACSOLUTIONS.COM

AUTO CLUB INSURANCE ASSOCIATION
TRANSPAC SOLUTIONS
C/O KELLY SCHROEDER
PO BOX 36220
LOUISVILLE, KY 40233
email: KELLYKESTLER@TRANSPACSOLUTIONS.COM

AUTOMOTIVE RESEARCH CORP
3301 LONGMIRE DR
COLLEGE STATION, TX 77845-5811
email: KAREN@ARCORG.COM

BARCO
DIV OF MARISON INDUSTRIES
1100 ALEXANDER CT
CARY, IL 60013-1892
email: dcitarelli@barcoseals.com

BARDWELL, THOMAS
3540 N HURDS CORNER RD STE 1
CARO, MI 48723-9335
email: sales@frameworxz.com

BEI ASSOCIATES INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
601 W FORT ST
DETROIT, MI 48226-3152
email: EPETERS@BEIASSOCIATES.COM

BELL ANTHONY
BELL, ANTHONY
PO BOX 111
EASTON, TX 75641-0111
email: abell@ncic.com

BENNETT CHRIS
KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY
321 EAST MAIN STREET
CAMPBELLSVILLE, KY 42718
email: JOEY@BCMLLP.COM

BIO-SERV CORPORATION
DBA ROSE PEST SOLUTIONS
PO BOX 309
TROY, MI 48099-0309
email: kszwarc@rosepest.com

BUONO, AILENE
2165 BROOKSIDE AVE
YORKTOWN HTS, NY 10598-4124
email: B183SON@YAHOO.COM

CAMPBELL CAMPBELL EDWARDS & CONROY PC
1 CONSTITUTION PLAZA
BOSTON, MA 02129-2025
email: KFITZGERALD@CAMPBELL-TRIAL-LAWYERS.COM

CANADIAN GENERAL-TOWER LIMITED
52 MIDDLETON STREET
CAMBRIDGE CANADA ON N1R 5T6 CANADA
email: cynthia.todd@catower.com

CARTER, TERRY
804 FOREST ST
LISBON, ND 58054-4237
email: TERRY_CARTER1964@HOTMAIL.COM

CAVANAUGH JOANNE
CAVANAUGH, STEVE
THE MAHOTRA LAW FIRM
319 N GRANT STREET
ODESSA, TX 79761
email: RAHUL@CABLEONE.NET

CHARLES FREESE
2330 LEXINGTON AVE S
APT 212
MENDOTA HTS, MN 55120
email: millenres9@gmail.com

CITY OF LOS ANGELES LOS ANGELES WORLD AIRPORTS
ATTENTION  MICHAEL TY ESQ
1 WORLD WAY
LOS ANGELES, CA 90045
email: mty@lawa.org

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC
MEMBER CAM-OR SITE EXTENDED GROUP
C/O DENNIS REIS, BRIGGS AND MORGAN
80 S EIGHTH ST, STE 2200
MINNEAPOLIS, MN 55402
email: DREIS@BRIGGS.COM

CLEARSTREAM BANKING LUXEMBOURG
42 AVENUE JF KENNEDY
L-1855 LUXEMBOURG
email: ca_bond@clearstream.com; ca_eln@clearstream.com

CLOUGH HARBOUR & ASSOCIATES, LLP
C/O LEMERY GREISLER LLC
ATTN: DANIEL J. TYSON, ESQ.
50 BEAVER STREET
ALBANY, NY 12207
email: DTYSON@LEMERYGREISLER.COM

CMWLTH OF PA DEPT OF ENVIRONMENTAL PROTECTION
MICHAEL T. FERRENCE, ASST COUNSEL
OFFICE OF CHIEF COUNSEL
2 PUBLIC SQUARE
WILKES BARRE, PA 18701
email: MFERRENCE@STATE.PA.US

CNA HOLDINGS LLC F/K/A CNA HOLDINGS INC
(SUCCESSOR TO HOECHST CELANESE COPORATION)
PEPPER HAMILTON LLP C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

CNA HOLDINGS LLC FKA CNA HOLDINGS INC (SUCC TO HOECHST CELANESE CORP)
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
400 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI 48075-1505
email: wilczakt@pepperlaw.com

COHN JASON
425 CENTER ST
PITTSBURGH, PA 15221-3503
email: jason@jasoncohn.com

CORKER, WILLIAM
704 S SKAGIT ST
BURLINGTON, WA 98233-2419
email: LAURACORKER@HOTMAIL.COM

CORNERSTONE CONTROLS INC
8525 NORTHWEST BLVD
INDIANAPOLIS, IN 46278-1384
email: kelly.mcfarland@cornerstonecontrols.com

CURRY, MICHAEL
C/O DEBRA CURRY
994 HARTFORD AVE
AKRON, OH 44320-2740
email: LADYDLCURRY@YAHOO.COM

DAITCH ELAINE
DAITCH, ELAINE
9910 SAHARA DRIVE
OKLAHOMA CITY, OK 73162
email: edaitchvet@gmail.com

DANVELDHUIZEN TASHA
2211 310TH ST
ROCK VALLEY, IA 51247-7528
email: RTVV@HICKORYTECH.NET

DAVID A RAMOS
270 RUSSO DR
CANFIELD, OH 44406-9679
email: DRIVENAPUTT@AOL.COM

DAVIS TONI HOLLOWAY
DAVIS, TONI HOLLOWAY
PO BOX 667
CLAXTON, GA 30417-0667
email: cnbattys@netscape.net

DEBRA STOFFER
1710 STRONG AVENUE
ELKHART, IN 46514
email: debrastoffer@ymail.com

DEKKO TECHNOLOGIES INC
2505 DEKKO DR
GARRETT, IN 46738-1886
email: TBAILEY@DEKKO.COM

DENNIS KIRKLEN
C/O LAW OFFICES OF RYAN AND ASSOCIATES
8072 WARNER AVENUE
HUNTINGTON BEACH, CA 92647
email: TJRYAN2@EARTHLINK.NET

DESTINY MUJICA A/N/F OF JACE AND JADEN MUJICA
MONICA C VAUGHAN
HOUSSIERE DURANT HOUSSIERE LLP
1990 POST OAK BOULEVARD SUITE 800
HOUSTON, TX 77056
email: mvaughan@hdhtex.com

DESTINY MUJICA, WRONGFUL DEATH BENEFICIARY OF JESUS MUJICA, DEC
MONICA C VAUGHAN
HOUSSIERE DURANT HOUSSIERE LLP
1990 POST OAK BOULEVARD SUITE 800
HOUSTON, TX 77056
email: MVAUGHAN@HDHTEX.COM

DONNA SANTI
1459 CUMBERLAND CT
FORT MYERS, FL 33919-2007
email: DMS090245@HOTMAIL.COM

DORI DWIGHT
9277 FLOYD PIKE
DUGSPUR, VA 24325
email: ddwight30@gmail.com

DUNCAN, TERESA / MOUNTAIN LAUREL ASSURANCE
ATTN THOMAS M MCELROY PA
PO BOX 1450
TUPELO, MS 38802-1450
email: tmm@tmmcelroypa.net

DYNAMITE LANDSCAPING CO
PO BOX 608
SUTTONS BAY, MI 49682-0608
email: DOUG@DYNAMITELANDSCAPING.COM

EALY, FRANCIS
DOWDY & COCKERHAM
PO BOX 30
MAGNOLIA, MS 39652-0030
email: ANGELACOCKERHAM@HOTMAIL.COM

EDBLER, DENISE
2032 DELAWARE RD
WAUKEGAN, IL 60087-4616
email: denise_ebler@yahoo.com

EDCOR DATA SERVICES CORP
3310 W BIG BEAVER
SUITE 305
TROY, MI 48084
email: rrochester@edcor.com

ENGINE CONTROL & MONITORING
C/O BLUE HERON SPECIAL SITUATIONS FUND 1
C/O BLUE HERON MICRO OPPORTUNITIES FUND
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587
email: ecmco@earthlink.net

ENGINEERING TECHNOLOGY ASSOC INC
1133 E MAPLE RD STE 200
TROY, MI 48083-2853
email: DHALL@ETA.COM

ENRIQUEZ, RICARDO
BRENDA WENCES
6102 COLLINS COURT
GRANDBURY, TX 76048
email: BRENDAWENCES@YAHOO.COM

EPHRAIM DEARY
875 FRANKILIN ROAD
APT 416
MARIETTA, GA 30067
email: ecdeary@yahoo.com

EUROCLEAR SA/NV
1, BOULEVARD DU ROI ALBERT II
B - 1210
BRUSSELS BELGIUM
email: corporate_actions@euroclear.com

FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229
email: ASYMONS@AGS-CAPITAL.COM

FIDUK'S INDUSTRIAL SERVICES
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
7 MECO CIR
WILMINGTON, DE 19804-1108
email: hal.kuhn@fiduks.com

FOLGER LEVIN & KAHN LLP
ATTN THOMAS F KOEGEL
275 BATTERY ST 23RD FL
SAN FRANCISCO, CA 94111-3305
email: TKOEGEL@FLK.COM

GILL-SIMPSON INC
11620 RED RUN BLVD
REISTERSTOWN, MD 21136-6232
email: MBLOOM@GILL-SIMPSON.COM

GRAND RAPIDS SCALE CO
4215 STAFFORD AVE SW
GRAND RAPIDS, MI 49548-3055
email: ELLEN.SCOBY@GRSCALE.COM

ESSLER ELTON
C/O LAW OFFICES OF BYRNES CRAIG T
1500 ROSECRANS AVE STE 500
MANHATTAN BEACH, CA 90266-3771
email: CBYRNES_ESQ@YAHOO.COM

FALLSTICK, DONNA
841 CLIFF RD
BENSALEM, PA 19020-4049
email: DMPTF01@VERIZON.NET

FELIPE ESQUIBEL
8500 TURNPIKE DR
WESTMINSTER, CO 80031
email: FEL5252@YAHOO.COM

FLOWERS, CLARE
C/O ROBERT E LANGWAY JR ESQ
187 WASHINGTON ST
NORTH EASTON, MA 02356-1110
email: REL@LANGWAYLAW.COM

GARCIA MIGUEL
C/O LAW OFFICES OF BYRNES CRAIG T
1500 ROSECRANS AVE STE 500
MANHATTAN BEACH, CA 90266-3771
email: CBYRNES_ESQ@YAHOO.COM

GMAC INSURANCE CO ONLINE A/S/O JERRY P JAMES
PO BOX 1429
ATTN: CLAIM # 8631368
WINSTON SALEM, NC 27102
email: BIRGIT.ROBERTS@GMACINSURANCE.COM

HAYS, MISTY
EVANS & BAILEY
359 N BROADWAY ST
TUPELO, MS 38804-3925
email: c.evans@evansandbailey.net

HECK, LINDA
BAUER ERNEST J JR
1966 N HIGHWAY 190 STE A
COVINGTON, LA 70433-5158
email: ernie@ernestbauerlaw.com

HEMMIE, STEPHEN
BUCKLEY W ADAM
700 2ND AVE
DES MOINES, IA 50309
email: adam.buckley@elversonlaw.com

HIGH POINT INS CO
C/O ANDREA HEMSCHOOT ESQ
LAW OFFICE OF DEBRA HART
303 FELLOWSHIP RD STE 300
MT LAUREL, NJ 08054
email: ahemschoot@aol.com

HINZE, KAREN
6517 SALIZAR ST
SAN DIEGO, CA 92111-3241
email: JHINZE@SAN.RR.COM

HK SYSTEMS INC
ATTN: LEGAL DEPARTMENT
2855 S JAMES DR
NEW BERLIN, WI 53151-3662
email: LISA.FRAGG@HKSYSTEMS.COM

ILLINIOS FARMERS INS CO A/S/O ANTHONY CICHY 09 FA 7947
ALTSHUL GOLDSTEIN & GELLER LLP
ATTN JOYCE M GOLDSTEIN
277 RUGBY RD
BROOKLYN, NY 11226
email: JMGESQ@ALTGOLDLAW.COM

INGERSOLL RAND COMPANY  MEMBER
CAM OR SITE EXTENDED GROUP (SEE ATTACH 1)
C/O DENNIS REIS, BRIGGS AND MORGAN
80 S EIGHTH ST  STE 2200
MINNEAPOLIS, MN 55402
email: dreis@briggs.com

INSULATION & ENVIRONMENTAL SERVICES INC
3156 3 MILE RD NW
GRAND RAPIDS, MI 49534-1326
email: doug_iesi@sbcglobal.net

INTEGON NATIONAL INSURANCE A/S/O TERRY GREENE
ATTN: CLAIM # 8733775
PO BOX 1429
WINSTON-SALEM, NC 27102
email: BIRGIT.ROBERTS@GMACINSURANCE.COM

INTEGRITY MATERIAL HANDLING
A TRUPAR LLC COMPANY
PO BOX 725377
BERKLEY, MI 48072-5377
email: DAVIDMSTOCK@HOTMAIL.COM

INTERNATIONAL ANTI-COUNTERFEITING COALITION
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1730 M ST NW STE 1020
WASHINGTON, DC 20036-4533
email: BBARCHIESI@IACC.ORG

J & M INSTRUMENT SERVICE INC
227 THORN AVE STE A
ORCHARD PARK, NY 14127-2600
email: JLEWANDOWSKI@JMINSTRUMENTSERVICE.COM

JAHN, MARGARETT
9710 SILVER TERRACE DR
ROSHARON, TX 77583-3277
email: HMJAHN@ROADRUNNER.COM

JARED PARKER IRVING
5080 20 AVE NE SUITE 15
SALMON ARM, BC V1E 1C4, CANADA
email: VIRVING@HOTMAIL.COM

JOHN KORT
1276 MCNUTT SCHOOL RD
FESTUS, MO 63028-2500
email: KORT_J@MSN.COM

JOHNSON, WHITNEY
9703 WILDERNESS RD
LITTLE ROCK, AR 72209-7139
email: WHITJOHNSON86@YAHOO.COM

KELLY CASTILLO
18660 TURTLE LANE
MEADOW VISTA, CA 95722-9572
email: KJCAST@AOL.COM

KENNETH OR DARLA RANSOM
12060 CARTER RD
ALBIION, PA 16401
email: FREEBIRD2002@WINDSTREAM.NET

KIELY, DANIEL
103 THOMA AVE
MAYWOOD, NJ 07607-1136
email: GINAMKIELY@OPTONLINE.NET

KNIGHT, AMANDA
818 COUNTY ROAD 218
CISCO, TX 76437-7021
email: TEXCHICK06_K6@YAHOO.COM

KORNSTEIN VEISZ WEXLER &
POLLARD LLP
ATTN WILLIAM POLLARD
757 3RD AVE FL 18
NEW YORK, NY 10017-2052
email: wpollard@KVWMAIL.COM

KOWALIK MICHAEL
KOWALIK, MICHAEL
3134 PRIMROSE ST
ELGIN, IL 60124-3800
email: kowalik3134@comcast.net

LANSING BOARD OF WATER & LIGHT
ATTN: REBEKAH BIDELMAN
1232 HACO DR
LANSING, MI 48912-1672
email: RDBL@LBWL.COM

LAW, DEBORAH
829 ARCHIE DR
MEMPHIS, TN 38127-2720
email: dlaw8480@yahoo.com

LISA GARDNER
2745 BAKER AVE
CINCINNATI, OH 45211
email: SASSY1_45211@YAHOO.COM

LOHNER, ANN M
3661 TIMBERLANE DR
EASTON, PA 18045-5746
email: AMLOHNER@YAHOO.COM

LUMPKIN, MICHAEL R
FICKLEY R BRUCE LAW OFFICES OF
PO BOX 4005
ROANOKE, VA 24015-0005
email: fickley@cox.net

LUNDGREN, TRACEY
5139 S NASHVILLE AVE
CHICAGO, IL 60638-1213
email: SMARTYPANTS100@COMCAST.NET

LXE INC
125 TECHNOLOGY PKWY
NORCROSS, GA 30092-2913
email: toltzis.o@lxe.com

LYNDIA BREWER ON BEHALF OF
THE ESTATE OF MARCUS WIRT
C/O SANDERS LAW FIRM
ATTN ARCHIE SANDERS
119 SOUTH MAIN ST
MEMPHIS, TN 38103
email: ASANDERS@SANDERSMEMPHISATTORNEY.COM

MARION BRAGG GROUP
C/O JOHN HANSON
BEVERIDGE & DIAMOND PC
1350 I STREET NW SUITE 700
WASHINGTON, DC 20005-3311
email: JHANSON@BDLAW.COM

MARTIN, JUDY
27 BOBCAT LN
DAHLONEGA, GA 30533-4719
email: BJMARTIN2008@YAHOO.COM

MAZAK CORP
8025 PRODUCTION DR
FLORENCE, KY 41042-3027
email: DKRUSE@MAZAKCORP.COM

MECTRON ENGINEERING CO INC
400 S INDUSTRIAL DR
SALINE, MI 48176-9497
email: KATHY@MECTRON.NET

MILAN METAL SYSTEMS LLC
555 PLATT RD
MILAN, MI 48160
email: ramesh.patel@globalautosys.com

MISSOURI HEAT TREAT INC
55 MAY RD
PO BOX 362
WENTZVILLE, MO 63385-3312
email: UFC.ACCTG@CENTURYTEL.NET

MONTGOMERY CTY, OHIO & THE MONTGOMERY CTY
SOLID WASTE DIST.   DOUGLAS TROUT, ESQUIRE
DAYTON-MONTGOMERY COUNTY COURTS BLDG
301 W THIRD STREET
DAYTON, OH 45402
email: troutd@mcohio.org

MORAN, DENA
812 RHOADS DR
SPRINGFIELD, PA 19064-1612
email: DENALEEE@AOL.COM

MULDOON, BRENDA
C/O BRENDA MILLER
52 LIBERTY STREET
SWANTON, VT 05488-1645
email: swantonlady@yahoo.com

NEAL, DANIEL
EVANS & DIXON LLC
1717 E REPUBLIC RD APT C
SPRINGFIELD, MO 65804-6588
email: RAWULFF@EVANS-DIXON.COM

NIAGARA MOHAWK POWER CORPORATION
D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY, LLP
ATTN: SUSAN R KATZOFF, ESQ
ONE PARK PLACE, 300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: SKATZOFF@HBLAW.COM

NICHOLAS BECKER
220 S ALDER CREEK DR
ROMEOVILLE, IL 60446
email: NICKBECKER85@GMAIL.COM

NICOLE GARMISE
ATTN EDWARD A GENZ ESQ
C/O MONTENEGRO THOMPSON MONTENEGRO & GENZ PC
531 BURNT TAVERN RD
BRICK, NJ 08724
email: SHERI@MTMGLAW.COM

NORMA DANIELSON
5441 DUNE DRIFT DR
WEST OLIVE, MI 49460
email: RYLENN2@AOL.COM

ONONDAGA COUNTY NEW YORK
LUIS MENDEZ SR DEPUTY COUNTY ATTORNEY
JOHN H MULROY CIVIC CENTER 10TH FLOOR
421 MONTGOMERY STREET
SYRACUSE, NY 13202
email: luismendez@ongov.net

PEREGRINA, BRIANA
1168 BIRKS LN
VIRGINIA BEACH, VA 23464-5830
email: kjane00799@yahoo.com

PHILLIPS, JAMES
PO BOX 1451
INDIANOLA, MS 38751
email: mrjep_22@yahoo.com

PITTMAN, ELOUISE
PITTMAN, ELOUISE
404 GLEN IRIS DR NE
ATLANTA, GA 30308-2919
email: EMPITTMAN@COMCAST.NET

POWERS, SCOTT
6612 183RD ST
CHIPPEWA FALLS, WI 54729-6435
email: DOUBLE-T.ANDMOMMA@SBCGLOBAL.NET

NISCAYAH, INC
PO BOX 905539
CHARLOTTE, NC 28290-5539
email: nancy.eggers@niscayah.us

OGILVY RENAULT LLP
200 BAY ST STE 3800
SOUTH TOWER
TORONTO CANADA ON M5J 2Z4 CANADA
email: SRAICHE@OGILVYRENAULT.COM

OWENS-ILLINIOS INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
400 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI 48075-1505
email: WILCZAKT@PEPPERLAW.COM

PERFECT PREFORMANCE PRODUCTS INC
2501 LUDELLE ST
FORT WORTH, TX 76105-1036
email: dattaway@painlessperformance.com

PIONEER METAL FINISHING CORP
PO BOX 28440
GREEN BAY, WI 54324-0440
email: MDUCKART@PIONEERMETAL.COM

PLI LLC
4930 S 2NS ST STE 300
MILKAUKEE, WI 53207-5962
email: SALES@MEMOLUB.COM

PRECISION LABEL SPECIALIST INC
4887 HIGHLAND RD
WATERFORD, MI 48328-1141
email: precisionlabel@comcast.net

QUARLES & BRADY LLP
411 E WISCONSIN AVE
MILWAUKEE, WI 53202-4461
email: patrick.schoen@quarles.com

QUASAR INDUSTRIES INC
1911 NORTHFIELD DR
ROCHESTER HILLS, MI 48309-3824
email: yeokum@quasar.com

RACHEL L BOODRAM
7500 ROSWELL ROAD
UNIT 67
SANDY SPRINGS, GA 30350
email: mzraitee@aol.com

RICHARD HEJMANOWSKI
C/O PAUL WILLIAM BELTZ, PC
36 CHURCH ST
BUFFALO, NY 14202
email: craig.watson@paulbeltz.com

RICHEY, JERRY
HARRIS LAW FIRM
1920 MAIN ST STE 214
NORTH LITTLE ROCK, AR 72114-2875
email: HARVEY@HARVEYHARRISLAWFIRM.COM

ROBINSON JULIE
6536 S OAK HILL CIR
AURORA, CO 80016-2494
email: cleanmouth2@gmail.com

ROQUE, MICHAEL
2203 E SYCAMORE AVE
ORANGE, CA 92867-7832
email: MK_RQ@YAHOO.COM

SAINT LAWRENCE SEAWAY MANAGEMENT CORPORATION
FMLY ST LAWRENCE SEAWAY AUTHOR
202 PITT ST
CORNWALL ON K6J 3P7 CANADA
email: MBOUDREAU@SEAWAY.CA

SANTAMARINA Y STETA
CAMPOS ELISEOS NO 345
COL CHAPULTEPEC POLANCO
11560 MEXICO DF MEXICO
email: agutierrez@s-s.mx

SATURN VTI CLASSACTION CLASS MEMBER
DARILYN ZIEGLER
9615 GREEN SPRUCE DR
LAKELAND, TN 38002
email: DAIQUIRI40@AOL.COM

SEAN K EMERSON
3817 NE 41ST ST
VANCOUVER, WA 98661
email: SKEMERSON@SPAMCOP.NET

SHORT FREIGHT LINES INC
459 S RIVER RD
BAY CITY, MI 48708-9601
email: jshort@shortfreightlines.com

SMILEY COLLEEN
SMILEY, GRANDCHILD - ARIZYAH
ELCO ADMINISTRATIVE SERVICES COMPANY
BOX 4800
WAYNE, NJ 07474-4800
email: SHELLSMILE@MSN.COM

SNIDER CHRISTOPHER
SNIDER, CHRISTOPER
1920 NORTH MAIN SUITE 214
NORTH LITTLE ROCK, AR 72114-2875
email: HARVEY@HARVEYHARRISLAWFIRM.COM

SPECIALTY MINERALS INC
ATTN: MIKE HAMME
1 HIGHLAND AVE
BETHLEHEM, PA 18017-9482
email: MIKE.HAMME@MINERALSTECH.COM

STEVEN SKALSKY JR
1061 COOPERS RUN
AMHERST, OH 44001
email: COOPERSRUNBOXERS@OH.RR.COM

TAMMY PROKOPIS - ERIE INSURANCE
6802 PARAGON PL # 600
RICHMOND, VA 23230
email: tammy.prokopis@erieinsurance.com

TAYLOR, CEDRIC
143 POPLAR ST
COLUMBUS, MS 39702-5372
email: ctaylor21519@yahoo.com

TC AMERICAN MONORAIL INC
NW 8718
PO BOX 1450
MINNEAPOLIS, MN 55485-8718
email: RENEEV@TCAMERICAN.COM

TENNECO GAS PIPELINE COMPANY  MEMBER
CAM OR SITE EXTENDED GROUP (SEE ATTACH 1)
C/O DENNIS REIS, BRIGGS AND MORGAN
80 S EIGHTH ST  STE 2200
MINNEAPOLIS, MN 55402
email: DREIS@BRIGGS.COM

THE HERTZ CORPORATION
225 BRAE BOULEVARD
PARK RIDGE, NJ 07656
email: KMCIVER@HERTZ.CO

TOWER GROUP COMPANIES
C/O TRANSPAC SOLUTIONS
ATTN SHARI BALDWIN
PO BOX 36220
LOUISVILLE, KY 40233
email: SBALDWIN@TRANSPACSOLUTIONS.COM

TOWN OF SALINA
ATTN: FRANK C PAVIA
HARRIS BEACH PLLC
99 GARNSEY RD
PITTSFORD, NY 14534-4565
email: FPAVIA@HARRISBEACH.COM

TRAVELERS CHAMPIONSHIP
ATTN CORPORATE OFFICER/AUTHORIZED AGENT
90 STATE HOUSE SQ
HARTFORD, CT 06103-3708
email: RSIMAO@TRAVELERSCHAMPIONSHIP.COM

TROUT, SUSAN
1602 GILMER AVE NW
ROANOKE, VA 24017-5536
email: SRTROUT@RADFORD.EDU

UNITED STATES OF AMERICA - DEPARTMENT OF DEFENSE
C/O ASSISTANT UNITED STATES ATTORNEY OFFICE
SOUTHERN DISTRICT OF NEW YORK
ATTN DAVID S JONES
86 CHAMBERS STREET THIRD FLOOR
NEW YORK, NY 10007
email: david.jones@usdoj.gov

USAA INSURANCE
A/S/O CARL WHALEY
ATTN CYNTHIA SIMPSON
PO BOX 659476
SAN ANTONIO, TX 78265
email: USAACLAIMS395@USAA.COM

UTILITY SUPPLY OF AMERICA INC
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT
PO BOX 9004
GURNEE, IL 60031-9004
email: kstlouis@usabluebook.com

VIOLETT, ALYSSA
3400 NW 85TH TER
KANSAS CITY, MO 64154-1160
email: ABEVIOLETT@GMAIL.COM

WALDA DALE V DBA LOCKWORKS SUPPLY
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1522 WEST US 36
PENDLETON, IN 46064
email: LOCKWORKS3@AOL.COM

WATER SERVICES DEPT OF MONTGOMERY COUNTY OHIO
DOUGLAS TROUT ESQUIRE
DAYTON-MONTGOMERY COUNTY COURTS BLDG
301 W THIRD STREET
DAYTON, OH 45402
email: TROUTD@MCOHIO.ORG

WDC EXPLORATION & WELLS
500 MAIN ST
WOODLAND, CA 95695
email: shawnthrelkeld@wdcexploration.com

WHITMILL, ERNESTINE
3612 E 29TH ST
KANSAS CITY, MO 64128-1229
email: EWHITMILL@ORAM.NET

WINKELS, MEL
1402 SHERWOOD STREET
APT. 9
MISSOULA, MT 59802
email: MLW01926@GMAIL.COM

WOLENSKY, STEVEN
32 MOOREHOUSE RD
NEW EGYPT, NJ 08533-1315
email: VALERIE.WOLENSKY@COMCAST.NET

WREN, JAMILLA
4239 AUTUMN SKY DR
SACRAMENTO, CA 95823-6746
email: JAMILLA_WREN@YAHOO.COM

WRIGHT ADRIAN
11510 GIBBENS RD
BATON ROUGE, LA 70807-2256
email: ARRONWRIGHT@ATT.NET

YUASA AND HARA EFT
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
CPO BOX 714
GINZA  JP POST
TOKYO 1008692 JAPAN
email: PATENT@YUASA-HARA.CO.JP

# EXHIBIT E

21ST CENTURY INSURANCE
PO BOX 268994
OKLAHOMA CITY, OK 73126-8994

54-B DISTRICT COURT
PARKING DIVISION
101 LINDEN ST
EAST LANSING, MI 48823-4311

851 DUPORTAIL LP
955 CHESTERBROOK BLVD STE 120
CHESTERBROOK, PA 19087-5615

ABURABIE, SALEH
2611 ALA WAI BLVD APT 2208
HONOLULU, HI 96815-3909

ADKINS, CLINTON
1241 4 MILE CRK
BRANCHLAND, WV 25506-9634

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/LATHROP & GAGE LC
2345 GRAND BLVD.
KANSAS CITY, MO 64108

AIMS/SULLIVAN & WORCESTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

AIRTECH CONTROLS CO
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 930345
WIXOM, MI 48393-0345

AK SNOW & ICE CONTROL INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 15
LOMBARD, IL 60148-0015

ALEJANDRO, JUAN
PO BOX 89
COMERIO, PR 00782-0089

ALEXANDER TAP & BACKFLOW INC
2824 ASTERIA POINTE
DULUTH, GA 30097-5222

ALEXANDER, TIMOTHY
AMERICAN FAMILY INSURANCE
900 SW FIFTH AVE, STE 1800
PORTLAND, OR 97204

ALEXANDER, TIMOTHY
AMERICAN FAMILY INSURANCE
C/O MACMILLAN, SCHOLZ & MARKS, P.C.
101 SW MAIN ST STE 1000
PORTLAND, OR 97204-3221

ALI, SALEH
7035 N 98TH ST APT 1B
CHICAGO RIDGE, IL 60415-1299

ALLEN, ALETIA
17714 RED OAK DR., # 196A
HOUSTON, TX 77090

ALLIED GENERAL SERVICES INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
7600 IOWA ST
DETROIT, MI 48212-1430

ALLIED PLASTICS INC
150 HOLY HILL ROAD
TWIN LAKES, WI 53181

ALLISON MECHANICAL INC
1968 ESSEX CT
REDLANDS, CA 92373-8008

ALTA LIFT TRUCK SERVICES INC
28990 S WIXOM RD
WIXOM, MI 48393-3416

ALUMASC PRECISION COMPONENTS
BURTON LATIMER KETTERING
NORTHAMPTONSHIRE NN15 5JP
UNITED KINGDOM GREAT BRITAIN

AM GENERAL LLLC
ATTN: GENERAL COUNSEL
105 N NILES AVE
SOUTH BEND, IN 46617-2705

AMBROZY, AILEEN
864 KENNEDY BLVD APT 18
BAYONNE, NJ 07002-2889

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

AMERICO CORPORATION
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
25120 TROWBRIDGE ST
DEARBORN, MI 48124-2438

AMICA MUTUAL INSURANCE COMPANY A/S/O SEYMOUR KRAUT
C/O SHAIR & FISHBON
P.O. BOX 320015
WEST ROXBURY, MA 02132-0001

ANDREA BRAY
MAURY REGIONAL HOSPITAL
1224 TROTWOOD AVE
COLUMBIA, TN 38401

ANDRES AVELINO AZAGUIRE
C/O MICHAEL ROOFIAN AND ASSOC.
11766 WILSHIRE BLVD, 6TH FLOOR
LOS ANGELES, CA 90025

ANDREWS KURTH LLP
1717 MAIN ST STE 3700
DALLAS, TX 75201

ANGELS BASEBALL LP
2000 E GENE AUTRY WAY
ANAHEIM, CA 92806-6143

ANTONIO BURGOS
C/O ANTONIO M BURGOS
2111 HOLLY HALL ST
APT 1814
HOUSTON, TX 77054-3954

APEX CAPITAL CORPORATION/RNS TRANSPORT LLC
PO BOX 961029
FORT WORTH, TX 76161-0029

AQUAPERFECT INC
4812 PETER PL
CINCINNATI, OH 45246-1037

ARNET PAUL GALBREATH AND JESSIE STARR
C/O GREGORY P CAFOUROS LLP
111 MONUMENT CIRCE STE 900
INDIANAPOLIS, IN 46204-5125

ARROW UNIFORM
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 361345
COLUMBUS, OH 43236-1345

ARTHUR GRIGORYAN
23277 VENTURA BLVD
WOODLAND HILLS, CA 91364

ASHRAF ELGOHARY
C/O KIMMEL & SILVERMAN PC
30 E BUTLER AVE
AMBLER, PA 19002

ASSISTANT UNITED STATES ATTORNEY OFFICE
DFAS-JAIAC
ATTN BONNIE KALISKI
PO BOX 182317
COLUMBUS, OH 43218-2317

ATKINS, SHARDE
16121 STOCKBRIDGE AVE
CLEVELAND, OH 44128-2013

ATLAS COPCO COMPRESSORS LLC
75 REMITTANCE DRIVE SUITE 3009
CHICAGO, IL 60675-3009

ATLAS COPCO COMPRESSORS LLC
75 REMITTANCE DRIVE SUITE 3009
CHICAGO, IL 60675-3009

AUSTIN UTILITIES (CITY OF)
PO BOX 2267
AUSTIN, TX 78783-0001

AUTO CLUB INSURANCE ASSOCIATION
TRANS PAC SOLUTIONS
C/O GARDNER ALLEN
PO BOX 36220
LOUISVILLE, KY 40233-6220

AUTO CLUB INSURANCE ASSOCIATION
TRANS PAC SOLUTIONS
C/O KELLY SCHROADER
PO BOX 36220
LOUISVILLE, KY 40233

AUTO CLUB INSURANCE ASSOCIATION
TRANSPAC SOLUTIONS
C/O KELLY SCHROEDER
PO BOX 36220
LOUISVILLE, KY 40233

AUTO CLUB INSURANCE ASSOCIATION A/S/P JESSIE MCGHEE
TRANSPAC SOLUTIONS
C/O KELLY MCCULLAR
9390 BUNSEN PARKWAY
LOUISVILLE, KY 40220

AUTOMOTIVE RESEARCH CORP
3301 LONGMIRE DR
COLLEGE STATION, TX 77845-5811

B & R MOBILE HOMES INC
B & R SALES & LEASING
8510 ALGOMA AVE NE
ROCKFORD, MI 49341-9102

BANK OF NEW YORK, THE
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

BARCO
DIV OF MARISON INDUSTRIES
1100 ALEXANDER CT
CARY, IL 60013-1892

BARDWELL, THOMAS
3540 N HURDS CORNER RD STE 1
CARO, MI 48723-9335

BARNES & THORNBURG LLP
C/O WENDY D BREWER ESQ
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204

BARRERA, DAVID
244 EMERALD LN
BROWNSVILLE, TX 78520-7706

BARRY SALES ENGINEERING INC
C/O BLUE HERON SPECIAL SITUATIONS FUND 1
C/O BLUE HERON MICRO OPPORTUNITIES FUND
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

BASTIAN MATERIAL HANDLING CORP
10585 N MERIDIAN ST #3
INDIANAPOLIS, IN 46290-1069

BBS KRAFTFAHRZEUGTECHNIK AG
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
5320 BBS WAY
BRASELTON, GA 30517-1706

BEAVERTON (CITY OF) OR
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 3188
PORTLAND, OR 97208-3188

BEI ASSOCIATES INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
601 W FORT ST
DETROIT, MI 48226-3152

BELL ANTHONY
BELL, ANTHONY
PO BOX 111
EASTON, TX 75641-0111

BENNETT CHRIS
KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY
321 EAST MAIN STREET
CAMPBELLSVILLE, KY 42718

BENNETT CHRIS
KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY
P.O BOX 1155
CAMPBELLSVILLE, KY 42719

BILLY ENGLAND HUSBAND AND SURVIVING SPOUSE
C/O DAVE SCOTT
4965 US HWY 42
SUITE 1000
LOUISVILLE, KY 40222

BIO-SERV CORPORATION
DBA ROSE PEST SOLUTIONS
PO BOX 309
TROY, MI 48099-0309

BLACK DIAMOND SERVICES
1301-6 EAST ATLANTIC BLVD
POMPANO BEACH, FL 33060

BOARD OF COUNTY COMMISSIONERS LUCAS CO OH
ONE GOVERNMENT CENTER
SUITE 800
TOLEDO, OH 43604

BOBBIE M REYNOLDS
1425 PONTIAC
DENVER, CO 80220

BOMAR PNEUMATICS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
5785 W 74TH ST
INDIANAPOLIS, IN 46278-1755

BOWER, JOHN
12 ROCKWOOD DR
ROCKAWAY, NJ 07866-4116

BRENDA MEEHAN
2722 ESTHNER
WICHITA, KS 67213

BUCKELS, LAWRENCE
KAHN, DEES, DONOVAN & KAHN
PO BOX 3646
EVANSVILLE, IN 47735-3646

BEV-AL COMMUNICATIONS, INC.
500 S PALM CANYON DR STE 218
PALM SPRINGS, CA 92264-7454

BILLY ENGLAND HUSBAND AND SURVIVING SPOUSE
OF FANNIE L ENGLAND
C/O DAVE SCOTT
PO BOX 99
NEW ALBANY, IN 47151-0099

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVENUE, SUITE 4400
LOS ANGELES, CA 90071

BOARD OF COUNTY COMMISSIONERS LUCAS CO OH
C/O LANCE KEIFFER
711 ADAMS ST 2ND FL
TOLEDO, OH 43604

BOBBIE M REYNOLDS
14008 E ARIZONA AVE
AURORA, CO  8001

BOHLER-UDDEHOLM
2595 MEADOWVALE BLVD
MISSISSAUGA ON L5N 7Y3 CANADA

BORNHORST SHAYNA
OAKS BRAEMAR APARTMENTS
7150 CAHILL RD APT 315
EDINA, MN 55439-2045

BREEZE INDUSTRIAL PRODUCTS CORPORATION
3582 TUNNELTON RD
SALTSBURG, PA 15681-3305

BUCHANAN PAUL
8499 CHESTERFIELD DR
SWARTZ CREEK, MI 48473-1234

BUMPASS, CHRESSONDA
511B KINGSBURY ST
OXFORD, NC 27565-3424

BUONO, AILENE
2165 BROOKSIDE AVE
YORKTOWN HTS, NY 10598-4124

BURKE, MARTIN
3640 SE FLAVEL ST
PORTLAND, OR 97202-8340

BURNS ROBERT
21 GEORGE STREET
WINDHAM, CT 06280-1115

BURRTEC WASTE INDUSTRIES
9820 CHERRY AVE
FONTANA, CA 92335-5202

C&E SALES INC
677 CONGRESS PARK DR
PO BOX 750128
DAYTON, OH 45475-0128

CAMARA NATOSHA
CAMARA, NATOSHA
4007 CARPENTER ROAD
YPSILANTI, MI 48197-9644

CAMPBELL CAMPBELL EDWARDS & CONROY PC
1 CONSTITUTION PLAZA
BOSTON, MA 02129-2025

CAMPBELL, LARRY
6224 W CLARENDON AVE
PHOENIX, AZ 85033-4123

CAMPBELL, RONNEICE
3100 W POLK ST
CHICAGO, IL 60612-3909

CAMPBELL, SOPHIA
902 SYCAMORE DR
GULFPORT, MS 39503-5855

CANADIAN GENERAL-TOWER LIMITED
52 MIDDLETON STREET
CAMBRIDGE CANADA ON N1R 5T6 CANADA

CARTER, CIERRA
4600 TIPSY CIR APT 4203
LOUISVILLE, KY 40216-3587

CARTER, ERICA
10721 S KING DR
CHICAGO, IL 60628-3739

CARTER, TERRY
804 FOREST ST
LISBON, ND 58054-4237

CARUCCI, LEONARD
400 PACIFIC HEIGHTS DR
SANTA ROSA, CA 95403-7514

CAVANAGH LAW FIRM
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1850 N CENTRAL AVE STE 2400
PHOENIX, AZ 85004-4579

CAVANAUGH JOANNE
CAVANAUGH, STEVE
THE MAHOTRA LAW FIRM
319 N GRANT STREET
ODESSA, TX 79761

CHARLES FREESE
2330 LEXINGTON AVE S
APT 212
MENDOTA HTS, MN 55120

CHARLES L DAVIDSON
PO BOX 2291
HAZARD, KY 41702

CHECKON, MICHAEL
5 GEORGE STREET
PUTNAM, CT 06260-2105

CHRISTINE PENNINGTON
120 LINDA DR
ROSEVILLE, CA 95678-2517

CITIZENS ENERGY GROUP
2020 N MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITIZENS ENERGY GROUP
2020 N MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITIZENS ENERGY GROUP
2020 N. MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITIZENS ENERGY GROUP
2020 N. MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITY OF DAYTON
ALLEN A KACENJAR ESQ  SQUIRE SANDERS & DEMPSEY
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114

CITY OF DAYTON
ELLIOT M SMITH, ESQ
SQUIRE, SANDERS & DEMPSEY
221 E 4TH ST
SUITE 2900
CINCINNATI, OH 45202

CITY OF DETROIT BUILDING SAFETY, ENGINEERING
C/O CITY OF DETROIT LAW DEPARTMENT
660 WOODWARD AVE, STE 1650
DETROIT, MI 48226

CITY OF LOS ANGELES LOS ANGELES WORLD AIRPORTS
ATTENTION  MICHAEL TY ESQ
1 WORLD WAY
LOS ANGELES, CA 90045

CITY OF RALEIGH NORTH CAROLINA
C/O THOMAS A MCCORMICK RALEIGH CITY ATTORNEY
PO BOX 590
RALEIGH, NC 27602

CITY OF SIOUX CITY
405 6TH STREET, STE 511
PO BOX 447
SIOUX CITY, IA 51102

CITY OF TUCSON
C/O C HAY-MIE CHO, ASSISTANT CITY ATTORNEY
PO BOX 27210
TUCSON, AZ 85726-7210

CLARESSA WALLEN
2524 W MEMORIAL DR
MUNCIE, IN 47302

CLARK MADIE
CLARK, MADIE
503 W 22ND AVE., APT A
CORDELE, GA 31015-6929

CLARK, IAN
13516 54TH DR NE
MARYSVILLE, WA 98271

CLARK, IAN
1906 COLBY AVE APT 7
EVERETT, WA 98201-2298

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC
MEMBER CAM-OR SITE EXTENDED GROUP
C/O DENNIS REIS, BRIGGS AND MORGAN
80 S EIGHTH ST, STE 2200
MINNEAPOLIS, MN 55402

CLEARSTREAM BANKING LUXEMBOURG
42 AVENUE JF KENNEDY
L-1855 LUXEMBOURG

CLOUGH HARBOUR & ASSOCIATES, LLP
C/O LEMERY GREISLER LLC
ATTN: DANIEL J. TYSON, ESQ.
50 BEAVER STREET
ALBANY, NY 12207

CMWLTH OF PA DEPT OF ENVIRONMENTAL PROTECTION
MICHAEL T. FERRENCE, ASST COUNSEL
OFFICE OF CHIEF COUNSEL
2 PUBLIC SQUARE
WILKES BARRE, PA 18701

CNA HOLDINGS LLC F/K/A CNA HOLDINGS INC
(SUCCESSOR TO HOECHST CELANESE COPORATION)
PEPPER HAMILTON LLP C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

CNA HOLDINGS LLC FKA CNA HOLDINGS INC (SUCC TO HOECHST CEL
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
400 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI 48075-1505

COASTAL COMMUNICATION INC D/B/A CENTURY TEL
DENTURYTEL C/O REX D RAINACH, APLC
3622 GOVERNMENT STREET
BATON ROUGE, LA 70806-5720

COHN JASON
425 CENTER ST
PITTSBURGH, PA 15221-3503

COLD HEADING CO, THE
21777 HOOVER RD
WARREN, MI 48089-2544

COLINS, JD
8730 SE 15TH ST
MIDWEST CITY, OK 73110-7941

CONERSTONE RESEARCH
MARCELLA RAMSEY COLLECTIONS MANAGER
353 SACRAMENTO ST 23RD FL
SAN FRANCISCO, CA 94111

CONSTRUCTION USERS ROUNDTABLE
4100 EXECUTIVE PARK DR STE 210
CINCINNATI, OH 45241-4023

CON-WAY FREIGHT INC
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 361345
COLUMBUS, OH 43236-1345

CORKER, WILLIAM
704 S SKAGIT ST
BURLINGTON, WA 98233-2419

CORNERSTONE CONTROLS INC
8525 NORTHWEST BLVD
INDIANAPOLIS, IN 46278-1384

CRAWFORD, RICHARD
ARMOUR LAW FIRM
PO BOX 710
ALEXANDRIA, LA 71309-0710

CROCKER, DORIS
PO BOX 302
KOOSKIA, ID 83539-0302

CROSSROADS BANK F/K/A FIRST FEDERAL SAVINGS BANK OF WABAS
CROSSROADS BANK C/O TIEDE METZ & DOWNS PC
99 WEST CANAL ST
WABASH, IN 46992

CRYSTAL BANKS
LAMAR B BROWN
ROBINSON CALCAGNIE & ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660

CUMMINS CROSSPOINT LLC
2601 FORTUNE CIRCLE EAST
SUITE 300
INDIANAPOLIS, IN 46241

CUMMINS CROSSPOINT LLC
3621 W MORRIS ST
PO BOX 42917
INDIANAPOLIS, IN 46242-0917

CURRY, MICHAEL
C/O DEBRA CURRY
994 HARTFORD AVE
AKRON, OH 44320-2740

CURTIS PARRISH
6994 BROADWAY
1-A
MERRILLVILLE, IN 46410

DACY DENKINS
ATTN: E TODD TRACY
THE TRACY FIRM
4701 BENGAL ST
DALLAS, TX 75235-8007

DAITCH ELAINE
DAITCH, ELAINE
9910 SAHARA DRIVE
OKLAHOMA CITY, OK 73162

DANVELDHUIZEN TASHA
2211 310TH ST
ROCK VALLEY, IA 51247-7528

DARYL TAYLOR
258 E. RUSSELL AVE
FLINT, MI 48505

DARYL TAYLOR
4217 CUSTER AVE
FLINT, MI 48430

DASILVA, MICHAEL
STATE FARM INS
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240-2172

DAVE SHOSTACK
4 SUTTONWOOD DR
COMMACK, NY 11725

DAVID A RAMOS
270 RUSSO DR
CANFIELD, OH 44406-9679

DAVIS TONI HOLLOWAY
DAVIS, TONI HOLLOWAY
PO BOX 667
CLAXTON, GA 30417-0667

DEARDURFF, JEFF
6876 ROAD 163 W
LIBERTY, OH 43357

DEBOLT, MAXINE
HC60 BOX 307
NEW MARTINSVILLE, WV 26155

DEBRA STOFFER
1710 STRONG AVENUE
ELKHART, IN 46514

DEKKO TECHNOLOGIES INC
2505 DEKKO DR
GARRETT, IN 46738-1886

DENNIS KIRKLEN
C/O LAW OFFICES OF RYAN AND ASSOCIATES
8072 WARNER AVENUE
HUNTINGTON BEACH, CA 92647

DENVER FIRE DEPARTMENT
C/O MACHOL & JOHANNES LLC
700 17TH STE
STE 200
DENVER, CO 80202-3558

DESTINY MUJICA A/N/F OF JACE AND JADEN MUJICA
MONICA C VAUGHAN
HOUSSIERE DURANT HOUSSIERE LLP
1990 POST OAK BOULEVARD SUITE 800
HOUSTON, TX 77056

DESTINY MUJICA, WRONGFUL DEATH BENEFICIARY OF JESUS MUJICA
MONICA C VAUGHAN
HOUSSIERE DURANT HOUSSIERE LLP
1990 POST OAK BOULEVARD SUITE 800
HOUSTON, TX 77056

DIANE VAN WINKLE
C/O MAGUIRE LAW FIRM
607 BRIARWOOD DRIVE, SUITE 1
MYRTLE BEACH, SC 29572

DILKS, DEBORAH
5327 HERMAN RD
CLAREMONT, NC 28610-9444

DIRECT A/S/O DAISY LIZARDI
C/O RK WHITE
750 OLD HICKERY BLVD 2-230
BRENTWOOD, TN 37027

DIRECT GENERAL INS A/S/O WILLIAM KANE
PRAXIS CONSULTING, INC
A/S/O DIRECT GENERAL, 1181183
PO BOX 5
MUNCIE, IN 47308

DONAHUE LAW GROUP, P S C
410 SOUTH MAIN STREET
SOMERSET, KY 42501

DONNA M NEWLIN
3193 VINTON CIRCLE
KOKOMO, IN 46902-3658

DONNA M NEWLIN
ATTN REBECCA AND JILL NEWLIN
3193 VINTON CIRCLE
KOKOMO, IN 46902-3658

DONNA SANTI
1459 CUMBERLAND CT
FORT MYERS, FL 33919-2007

DORI DWIGHT
9277 FLOYD PIKE
DUGSPUR, VA 24325

DPL ENERGY RESOURCES OH
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1065 WOODMAN DR
DAYTON, OH 45432-1423

DRAGSTRA, LORIE
193 130TH AVE
EDGERTON, MN 56128-3613

DREW ECKL & FARNHAM LLP
TPINYAN./DREW ECKL & FARNHAM, LLP
880 W PEACHTREE STREET NW
ATLANTA, GA 30309

DUNCAN SUPPLY CO INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 441280
INDIANAPOLIS, IN 46244-1280

DUNCAN, TERESA / MOUNTAIN LAUREL ASSURANCE
ATTN THOMAS M MCELROY PA
PO BOX 1450
TUPELO, MS 38802-1450

DUQUESNE LIGHT COMPANY
C/O BERNSTEIN LAW FIRM
ATTN PETER J ASHCROFT
SUITE 2200, GULF TOWER
PITTSBURGH, PA 15219

DUSTIN GARRETT
29 LATHAM RD
NOTTINGHAM, PA 19362-9503

DWYER INSTRUMENTS INC
PO BOX 373
102 HWY 212
MICHIGAN CITY, IN 46360-1956

DXP ENTERPRISES INC
7272 PINEMONT
HOUSTON, TX 77040

DYNAMITE LANDSCAPING CO
PO BOX 608
SUTTONS BAY, MI 49682-0608

EALY, FRANCIS
DOWDY & COCKERHAM
PO BOX 30
MAGNOLIA, MS 39652-0030

EDBLER, DENISE
2032 DELAWARE RD
WAUKEGAN, IL 60087-4616

EDCOR DATA SERVICES CORP
3310 W BIG BEAVER
SUITE 305
TROY, MI 48084

EDCOR DATA SERVICES CORP
ATTN ROBERT ROCHESTER
888 ENTERPRISE DR
PONTIAC, MI 48341-3167

ELJER MANUFACTURING C/O REXNORD INDUSTRIES, LLC
4701 W. GREENFIELD AVENUE
MILWAUKEE, WI 53214

ENGINE CONTROL & MONITORING
C/O BLUE HERON SPECIAL SITUATIONS FUND 1
C/O BLUE HERON MICRO OPPORTUNITIES FUND
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

ENGINEERING TECHNOLOGY ASSOC INC
1133 E MAPLE RD STE 200
TROY, MI 48083-2853

ENRIQUEZ, RICARDO
BRENDA WENCES
6102 COLLINS COURT
GRANDBURY, TX 76048

ENSR CORPORATION
PO BOX 31863
LTR 6-14-01 JA
HARTFORD, CT 06150-1863

EPHRAIM DEARY
318 CABARET CT SW
MARIETTA, GA 30064

EPHRAIM DEARY
875 FRANKILIN ROAD
APT 416
MARIETTA, GA 30067

ESPINOZA, ENRIQUE
1060 MADISON CHASE APT 5
WEST PALM BEACH, FL 33411-3284

ESSLER ELTON
C/O LAW OFFICES OF BYRNES CRAIG T
1500 ROSECRANS AVE STE 500
MANHATTAN BEACH, CA 90266-3771

EUROCLEAR SA/NV
1, BOULEVARD DU ROI ALBERT II
B - 1210
BRUSSELS BELGIUM

EUTECTIC CORP
N94W14355 GARWIN MACE DR
MENOMONEE FALLS, WI 53051-1628

EVELYN A ARVIN
1021 N KORBY ST
KOKOMO, IN 46901-1929

EXPORT DEVELOPMENT CANADA
151 O'CONNOR ST
OTTAWA ON
K1A 1K3 CANADA

EXPORT DEVELOPMENT CORPORATION
ATTN: LOAN OPERATIONS
151 O'CONNOR ST
OTTAWA ON K1A 1K3 CANADA

FALLSTICK, DONNA
841 CLIFF RD
BENSALEM, PA 19020-4049

FANNIN, CARLA
4648 N FM 2038
BRYAN, TX 77808-6148

FANNIN, CARLA
6306 LONE STAR RD
MPRTH ZULCH, TX 77872

FARMERS INSURANCE EXCHANGE AS SUBROGEE OF
ALL COUNTY ROOTER
NANCY BOURGOIS
600 STEWART ST, SUITE 1510
SEATTLE, WA 98101

FARREL, THOMAS
1100 ZEBULON LN
SALISBURY, NC 28146-4529

FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229

FAVERO GEOSCIENCES
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

FD JOHNSON CO
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
31200 SOLON RD STE 18
SOLON, OH 44139-3561

FERRELLGAS
ONE LIBERTY PLAZA
LIBERTY, MO 64068

FINDLEY, DONNELL
19322 S GRANDEE AVE
CARSON, CA 90746-2808

FISHER SCIENTIFIC CO LLC
ATTN GARY BARNES
REGIONAL CREDIT MANAGER
2000 PARK LANE
PITTSBURGH, PA 15275

FLOSI, JOE
14302 IL ROUTE 176
WOODSTOCK, IL 60098-7556

FLOWSERVE CORPORATION F/K/A THE DUNRON COMPANY
JEFFREY G HAMILTON JACKSON WALKER LLP
901 MAIN STREET STE 6000
DALLAS, TX 75202

FREBCO INC
3350 KETTERING BLVD
MORAINE, OH 45439

FRENCH, ALAN
375 FOREST FILL DR
SYRACUSE, NY 13206-3310

GARCIA LANA
PO BOX 5456
WHITTIER, CA 90607-5456

GARZA, RODOLFO
L MARK MCMILLON
2701 DALLAS PKWY STE 570
PLANO, TX 75093-8790

FELIPE ESQUIBEL
8500 TURNPIKE DR
WESTMINSTER, CO 80031

FIDUK'S INDUSTRIAL SERVICES
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
7 MECO CIR
WILMINGTON, DE 19804-1108

FIRSTENERGY CORP
ILLUMINATING COMPANY - CEI
BANKRUPTCY DEPT
6896 MILLER RD RM 204
BRECKSVILLE, OH 44141

FLACK, BRITTANY
C/O SMITH & ALSPAUGH PC
1100 FINANCIAL CTR
505 20TH ST N
BIRMINGHAM, AL 35203

FLOWERS, CLARE
C/O ROBERT E LANGWAY JR ESQ
187 WASHINGTON ST
NORTH EASTON, MA 02356-1110

FOLGER LEVIN & KAHN LLP
ATTN THOMAS F KOEGEL
275 BATTERY ST 23RD FL
SAN FRANCISCO, CA 94111-3305

FREBCO INC
PO BOX 55
DAYTON, OH 45401-0055

FTI CONSULTING INC
3 TIMES SQ
ATTN: CONOR TULLY
NEW YORK, NY 10036

GARCIA MIGUEL
C/O LAW OFFICES OF BYRNES CRAIG T
1500 ROSECRANS AVE STE 500
MANHATTAN BEACH, CA 90266-3771

GAS SOUTH
ATTN: L WALLACE
3625 CUMBERLAND BLVD #1500
ATLANTA, GA 30339

GE CONSUMER & INDUSTRIAL F/K/A GE SECURITY
ATTN MICHAEL B BACH ESQ
25 WHINTEY DR SUITE 106
MILFORD, OH 45150-9400

GE CONSUMER & INDUSTRIAL F/K/A GE SECURITY
ATTN MICHAEL B BACH ESQ
25 WHINTEY DR STE 106
MILFORD, OH 45150-8400

GE INTERNATIONAL INC (GE ENERGY SERVICES)
GLENN M REISMAN, ESQ
2 CORPORATE DR, STE 234
SHELTON, CT 06484

GENERAL OIL COMPANY, INC.
5218 RELIABLE PARKWAY
CHICAGO, IL 60686-0052

GENOA ENVIRONMENTAL, INC.
DOUG WAGNER
3902 HULL ROAD
HURON, OH 44839

GEORGIA DEPARTMENT OF NATURAL RESOURCES
C/O W WRIGHT BANKS JR
GA DEPT OF LAW
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

GILL-SIMPSON INC
11620 RED RUN BLVD
REISTERSTOWN, MD 21136-6232

GILL-SIMPSON INC
2834 LOCH RAVEN RD
BALTIMORE, MD 21218

GLASSEROW MANAGEMENT ADVISORY GROUP INC
1011 US HWY STE 2
PHILLIPSBURG, NJ 08865

GLOBALSTAR USA
PO BOX 30519
LOS ANGELES, CA 90030-0519

GMAC INSURANCE CO ONLINE A/S/O JERRY P JAMES
PO BOX 1429
ATTN: CLAIM # 8631368
WINSTON SALEM, NC 27102

GOLDSMITH, DWAYNE
6934 ATHA DR
DALLAS, TX 75217-5800

GOLDSMITH, DWAYNE
7211 S LOOP 12
APT # 2021
DALLAS, TX 75217

GRAND RAPIDS SCALE CO
4215 STAFFORD AVE SW
GRAND RAPIDS, MI 49548-3055

GREATER PLATTSBURGH INTERFAITH HOSPITALITY NETWORK
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 2873
PLATTSBURGH, NY 12901-0259

GREEN, HOLLY
1031 8TH AVE
HELENA, MT 59601-4414

GREEN, HOLLY
1031 8TH AVE
HELENA, MT 59601

GREGG, TRINA
STATE FARM
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240-2172

GREGORY, BARBARA
614 BERRY AVE
BELLEVUE, KY 41073-1610

GREIDER, DEBORAH
1340 WEST PORTER, FIRST FLOOR
PHILADELPHIA, PA 19048

GREIDER, DEBORAH
794 WALNUT CT
BENSALEM, PA 19020-4324

GRIMSBY CUSTOM TOOLING LTD
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
65 BARNES RD
CAMBRIDGE ON N3H 4R7 CANADA

GROSE, LABRINA
PO BOX 301
ATHENS, AL 35612-0301

HARTFORD INSURANCE
ATTN: KEVIN GOMES
ACCT: SBB088639
PO BOX 958457
LAKE MARY, FL 32795

HAYNES ENGINEERING & MFG INC
9244 VIRGINIA ST
LIVONIA, MI 48150-3731

HAYS, MISTY
EVANS & BAILEY
359 N BROADWAY ST
TUPELO, MS 38804-3925

HEALEY SEAN
781 TOWNSEND RD
GROTON, MA 01450-1144

HECK, LINDA
BAUER ERNEST J JR
1966 N HIGHWAY 190 STE A
COVINGTON, LA 70433-5158

HEFNER, JOSEPH
PO BOX 185
SPRINGFIELD, MO 65801-0185

HELLER MACHINE TOOLS LP
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 67000
DETROIT, MI 48267-2925

HEMINGWAY, BRITTANY
276 APRIL LANE
LONGS, SC 29568

HEMINGWAY, BRITTANY
PO BOX 203
LONGS, SC 29568-7026

HEMMIE, STEPHEN
BUCKLEY W ADAM
700 2ND AVE
DES MOINES, IA 50309

HERTZ CORPORATION
ATT  CARL SANSALONE
900 DORAMUS AVE
PORT NEWARK, NJ 07114

HIGH POINT INS CO
C/O ANDREA HEMSCHOOT ESQ
LAW OFFICE OF DEBRA HART
303 FELLOWSHIP RD STE 300
MT LAUREL, NJ 08054

HINZE, KAREN
6517 SALIZAR ST
SAN DIEGO, CA 92111-3241

HK SYSTEMS INC
ATTN: LEGAL DEPARTMENT
2855 S JAMES DR
NEW BERLIN, WI 53151-3662

HK SYSTEMS INC
DEMATIC CORP
ATTN: DAN KAYNOR
507 PLYMOUTH AVE. NE
GRAND RAPIDS, MI 49505

HOLMES ALEX
221 RODNEY AVE
BUFFALO, NY 14214-2218

HONEYWELL INTERNATIONAL INC.
ATTN: THOMAS BYRNE, CHIEF ENVIRONMENTAL COUNSEL
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

HORNER, JOHN
1101 WILLIAMSON AVE
STAUNTON, IL 62088-2729

HSU, LAWRENCE
GROSS KENNETH I LAW OFFICES OF
849 S BROADWAY APT 504
LOS ANGELES, CA 90014-3232

HYDRA-FLEX INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
32975 INDUSTRIAL RD
LIVONIA, MI 48150-1617

HYUNDAI HEAVY INDUSTRIES CO LTD
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 714600
COLUMBUS, OH 43271-4600

ILLINIOS FARMERS INS CO A/S/O ANTHONY CICHY 09 FA 7947
ALTSHUL GOLDSTEIN & GELLER LLP
ATTN JOYCE M GOLDSTEIN
277 RUGBY RD
BROOKLYN, NY 11226

ILLINIOS FARMERS INS CO A/S/O ANTHONY CICHY 09 FA 7947
ATTN: JOYCE GOLDSTEIN
17 BATTERY PLACE SUITE 711
NEW YORK, NY 10004

ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
CHEMETCO SITE
JAMES L MORGAN, ASSIST. ATTORNEY GENERAL
500 SOUTH SECOND ST.
SPRINGFIELD, IL 62706

ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
JAMES L MORGAN, ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL BUREAU
500 SOUTH SECOND STREET
SPRINGFIELD, IL 62706

ILLINOIS TOOL WORKS
3600 W LAKE AVE
GLENVIEW, IL 60026-1215

ILLINOIS TOOL WORKS
3600 W LAKE AVE
GLENVIEW, IL 60026-1215

ILLINOIS-AMERICAN WATER COMP
PO BOX 578
ALTON, IL 62002

IMPERIAL SAFETY PRODUCTS
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1410 SUNBURST DR
O FALLON, MO 63366-3490

INDIANAPOLIS WATER COMPANY
GENERAL MOTORS CORPORATION
1220 WATERWAY BLVD
INDIANAPOLIS, IN 46202-2178

INDUSTRIAL POWER SALES
2998 DUTTON ROAD
AUBURN HILLS, MI 48236-1864

INGERSOLL RAND COMPANY  MEMBER
CAM OR SITE EXTENDED GROUP (SEE ATTACH 1)
C/O DENNIS REIS, BRIGGS AND MORGAN
80 S EIGHTH ST  STE 2200
MINNEAPOLIS, MN 55402

INSULATION & ENVIRONMENTAL SERVICES INC
3156 3 MILE RD NW
GRAND RAPIDS, MI 49534-1326

INTEGON NATIONAL INSURANCE A/S/O TERRY GREENE
ATTN: CLAIM # 8733775
PO BOX 1429
WINSTON-SALEM, NC 27102

INTEGRITY MATERIAL HANDLING
4145 PRAIRIE AVE
BERKLEY, MI 48072

INTEGRITY MATERIAL HANDLING
A TRUPAR LLC COMPANY
PO BOX 725377
BERKLEY, MI 48072-5377

INTERNATIONAL ANTI-COUNTERFEITING COALITION
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1730 M ST NW STE 1020
WASHINGTON, DC 20036-4533

INTERTEK ETL ENTELA
INTERTEK
4700 BROADMOOR AVE SE
STE 200
GRAND RAPIDS, MI 49512-5384

INVERSIONES ORIOLES SA
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX
MILWAUKEE, WI 53288-0893

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

ISOFAB INSULATION INC
1000 MARTIN GROVE RD
TORONTO ON M9W 4V8 CANADA

J & M INSTRUMENT SERVICE INC
227 THORN AVE STE A
ORCHARD PARK, NY 14127-2600

J BOX INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
821 LAKESHORE DR
AUBURN, IN 46706-2617

JABORI WILLIAMS
23676 HEMLOCK AVE APT 55
MORENO VALLEY, CA 92557-7124

JACKSON, KIM
5416 ADAMS AVE
BATON ROUGE, LA 70806-1055

JAHN MARGARETT
JAHN, MARGARETT
9710 SILVER TERRACE DR
ROSHARON, TX 77583-3277

JAHN, MARGARET
C/O THOMAS GEORGE ASSOCIATES LTD
ATTN: DEWITT DAVIS
PO BOX 30
EAST NORTHPORT, NY 11731-0030

JAHN, MARGARETT
9710 SILVER TERRACE DR
ROSHARON, TX 77583-3277

JAIDA SUSAN MARIE GANTT A MINOR BY MAYA GANTT HER AD LITEM
C/O MARTIN E. JACOBS, INC.
3415 SO. SEPULVEDA BOULEVARD
SUITE 320
LOS ANGELES, CA 90034

JAMES, DOROTHY
1805 OLIVER JACKSON RD
STARKVILLE, MS 39759-9634

JARED PARKER IRVING
5080 20 AVE NE SUITE 15
SALMON ARM, BC V1E 1C4, CANADA

JARRETT ENGINEERING CO INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1011 N PENNSYLVANIA ST
INDIANAPOLIS, IN 46204-1022

JASON COPELAND, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST T
ESTATE OF HOLLY COPELAND
LAMAR B BROWN
ROBINSON, CALCAGNIE & ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660

JENNIFER DENNY
1855 LONG HOLLOW RD
LAFOLLETTE, TN 37766

JERRY NEWSOME
LEON R RUSSELL
3102 OAK LAWN AVE SUITE 600
DALLAS, TX 75219

JOHN  KORT
1276 MCNUTT SCHOOL RD
FESTUS, MO 63028-2500

JOHNSON, GLORIA
200 S LINDEN AVE APT 6A
RIALTO, CA 92376-6211

JOHNSON, WHITNEY
9703 WILDERNESS RD
LITTLE ROCK, AR 72209-7139

JPMORGAN CHASE BANK NA
ATTN: ANN C KURINSKAS, MANAGING DIRECTOR
383 MADISON AVENUE
NEW YORK, NY 10179

JPMORGAN CHASE BANK NA
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN: RICHARD S TODER, COUNSEL
101 PARK AVENUE
NEW YORK, NY 10178

JULIAN KEBSCHULL AND ANGELA GIRARD
C/O LAW OFFICES OF DAVID J LANG
16655 W BLUEMOUND RD STE 190
BROOKFIELD, WI 53005-5937

JULIAN KEBSCHULL AND ANGELA GIRARD
C/O LAW OFFICES OF DAVID J. LANG
8112 W. BLUEMOUND ROAD
STE 71
MILWAUKEE, WI 52313-3356

K & S VENTURES INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
2767 GRANT RD
ROCHESTER HILLS, MI 48309-3656

KANSAS CITY POWER & LIGHT COMPANY
8325 N PLATTE PURCHASE DR
KANSAS CITY, MO 64118-1058

KANSAS CITY POWER & LIGHT COMPANY
PO BOX 219330
KANSAS CITY, MO 64121-9330

KATE M RETTERATH
1138 SOUTHPORT LOOP
BISMARCK, ND 58504-7055

KELLY CASTILLO
18660 TURTLE LANE
MEADOW VISTA, CA 95722-9572

KELSEY-HAYES COMPANY AS SUCCESSOR TO DAYTON WALTHER COI
C/O SCOTT D BLACKHURST
KELSEY-HAYES COMPANY
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

KEMIRA WATER SOLUTIONS
1950 VAUGHN ROAD
KENNESAW, GA 30144

KENNETH OR DARLA RANSOM
12060 CARTER RD
ALBIION, PA 16401

KIELY, DANIEL
103 THOMA AVE
MAYWOOD, NJ 07607-1136

KIM & CHANG
HUNGKUK LIFE INSURANCE BLDG 9F226 SINMUNNO 1-GA JONGNO-GU
SEOUL 110-786 KOREA

KIMMEL & SILVERMAN PC
30 E BUTLER AVE
AMBLER, PA 19002

KING RON FOR DIRECT INS.
KING, RON
R.K. WHITE
750 OLD HICKORY BLVD. BLDG 2-8H 230
BRENTWOOD, TN 37027

KNIGHT, AMANDA
818 COUNTY ROAD 218
CISCO, TX 76437-7021

KORNSTEIN VEISZ WEXLER &
POLLARD LLP
ATTN WILLIAM POLLARD
757 3RD AVE FL 18
NEW YORK, NY 10017-2052

KOWALIK MICHAEL
KOWALIK, MICHAEL
3134 PRIMROSE ST
ELGIN, IL 60124-3800

LABONTE, WINIFRED
655 WHIPPLE RD
TEWKSBURY, MA 01876-2659

LANSING BOARD OF WATER & LIGHT
ATTN: REBEKAH BIDELMAN
1232 HACO DR
LANSING, MI 48912-1672

LAW, DEBORAH
829 ARCHIE DR
MEMPHIS, TN 38127-2720

LAWANDA ASBELL AND JAMES HAMMOND
C/O GREGORY P CAFOUROS
KROGER GARDIS & REGAS LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN 46204-5125

LEE, NANCY
8127 VERGIE HARRIS RD
BAXTER, TN 38544-4339

LEGACY III SR CROW CANYON, LLC, A DELAWARE LIMITED LIABILITY C(
ATTN PROPERTY MANAGER
4000 EAST 3RD AVE, STE 600
FOSTER CITY, CA 94404-4805

LEHIGH SAFETY SHOES DBA LEHIGH OUTFITTERS
39 E CANAL ST
NELSONVILLE, OH 45764

LIBERTY MUTUAL
5050 W. TILGHMAN ST. SUITE 200
ALLENTOWN, PA 18104

LIBERTY MUTUAL
ATTN: CINDY BARNES WC-868-565038
PO BOX 8017
WAUSAU, WI 54402

LIBERTY NORTHWEST INSURANCE
PO BOX 515099
LOS ANGELES, CA 90051

LIBERTY NORTHWEST INSURANCE
PO BOX 6057
INDIANAPOLIS, IN 46206

LINDSAY KENNEY LLP
ATN:DUNCAN MAGNUS FOR RESPONDENT PRESTON CHEVROLET
CADILLAC (2006) LTD
401 W GEORGIA ST STE 1800
VANCOUVER BRITISH COLUMBIA V6B 5A1

LISA GARDNER
2745 BAKER AVE
CINCINNATI, OH 45211

LLOYD, ROBERT S
GARNER STEPHEN E PC
766O WOODWAY DRIVE, SUITE 465
HOUSTON, TX 77063

LOHNER, ANN M
3661 TIMBERLANE DR
EASTON, PA 18045-5746

LORAMENDI S COOP
ALIBARRA 26
VITORIA SPAIN 01010

LUCINDA WESSEL
C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP
111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, IN 46204-5125

LUMPKIN, MICHAEL R
FICKLEY R BRUCE LAW OFFICES OF
PO BOX 4005
ROANOKE, VA 24015-0005

LUNDGREN, TRACEY
5139 S NASHVILLE AVE
CHICAGO, IL 60638-1213

LXE INC
125 TECHNOLOGY PKWY
NORCROSS, GA 30092-2913

LYNDIA BREWER ON BEHALF OF
THE ESTATE OF MARCUS WIRT
C/O SANDERS LAW FIRM
ATTN ARCHIE SANDERS
119 SOUTH MAIN ST
MEMPHIS, TN 38103

LYONS, DEJUANA
11 BRUSHWOOD CV
JACKSON, TN 38305-8762

MARASCO, JOSEPH
329 PERSHING DR
FARRELL, PA 16121-1520

MARCIA VIDA
4206 WILMINGTON ROAD
S EUCLID, OH 44122

MARIA LAURA FABIOLA SANTOS FONSECA AS PERSONAL REPRESENT
ESTATE OF DANIEL ORTIZ
ATTN: KILA B. BALDWIN
1525 LOCUST STREET, 19TH FLOOR
PHILADELPHIA, PA 19102

MARION BRAGG GROUP
C/O JOHN HANSON
BEVERIDGE & DIAMOND PC
1350 I STREET NW SUITE 700
WASHINGTON, DC 20005-3311

MARISON INDUSTRIES INC
DEPT 77 3085
CHICAGO, IL 60678-3085

MARJORIE L MARTIN
C/O GREGORY P CAFOUROS
KROGER GARDIS & REGAS LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN 46204-5125

MARK FRANCIS
141 WEST 10TH STREET
NEW YORK, NY 10014

MARKEY'S VIDEO IMAGES LLC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
6951 CORPORATE CIR
INDIANAPOLIS, IN 46278-1957

MARSHALL, DENNEHEY, WARNER, COLEMAN &
GOGGIN
PO BOX 8888
WILMINGTON, DE 19899-8888

MARSHALL, SONJA
238 UPSHAW ST SW
ATLANTA, GA 30315-3733

MARTHA E. CARPENTER
3805 DAISY HILL DRIVE
ANDERSON, IN 46011

MARTHA J MATLOCK
219 E WALNUT STREET
GREENTOWN, IN 46936

MARTIN, JUDY
27 BOBCAT LN
DAHLONEGA, GA 30533-4719

MARTIN, SYBLE
PO BOX 396
BOX 396
HONEA PATH, SC 29654-0396

MARTINEZ, BRICIO
325 MAGNOLIA DR. LOT 3
MAYLENE, AL 35114-6008

MARTINSON, KATHERINE
33 VILLAGE PKWY UNIT 238
CIRCLE PINES, MN 55014

MARTINSON, KATHERINE
3421 KENT ST APT 513
SAINT PAUL, MN 55126-4033

MARVIN ECHOLS
PO BOX 2211
BAY CITY, MI 48707

MARY E RODRIGUEZ
54 E ROBINSON
FRESNO, CA 93704

MAZAK CORP
8025 PRODUCTION DR
FLORENCE, KY 41042-3027

MCQUAY AIR CONDITIONING FACTORY SERVICE
13600 INDUSTRIAL PARK BLVD
MINNEAPOLIS, MN 55441-3743

MECTRON ENGINEERING CO INC
400 S INDUSTRIAL DR
SALINE, MI 48176-9497

MEOLDY A MCGINNESS
RONALD MCGINNESS JR
114 BROOKS AVE
BAYVILLE, NJ 08721

MERIDIAN AUTOMOTIVE SYSTEMS
MUZQUIZ
PO BOX 633581
CINCINNATI, OH 45263-3581

METROPOLITAN TRANSPORTATION AUTHORITY
LESTER G FREUNDLICH, ESQ SENIOR ASSOCIATE COUNSEL
METROPOLITAN TRANSPORTATION AUTHORITY
347 MADISON AVE
NEW YORK, NY 10017

MICHAEL J KRAUS
BELAIR & EVANS LLP
61 BROADWAY
NEW YORK, NY 10006

MICHIGAN TRACTOR & MACHINERY C
24800 NOVI RD
NOVI, MI 48375-1624

MILAN METAL SYSTEMS LLC
555 PLATT RD
MILAN, MI 48160

MILES PRESS INC, THE
ATTN CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 6069
DEPT 98
INDIANAPOLIS, IN 46206-6069

MILES PRESS INC, THE
C/O TRC OPTIMUM FUND LLC
ATTN TERREL ROSS
100 MERRICK RD STE 308E
ROCKVILLE CTR, NY 11570-4833

MINGS, DERRICK
520 CAMBERTREE WAY
NEWPORT NEWS, VA 23608-1626

MISSOURI HEAT TREAT INC
55 MAY RD
PO BOX 362
WENTZVILLE, MO 63385-3312

MONTGOMERY CTY, OHIO & THE MONTGOMERY CTY
SOLID WASTE DIST.   DOUGLAS TROUT, ESQUIRE
DAYTON-MONTGOMERY COUNTY COURTS BLDG
301 W THIRD STREET
DAYTON, OH 45402

MOORE, ASHLEY
1211 W SPENCER AVE
MARION, IN 46952-3416

MORAN, DENA
812 RHOADS DR
SPRINGFIELD, PA 19064-1612

MORAN, VERA WILLIAMS
2695 MACKEYVILLE ROAD
HAMBLETON, WV 26269-9338

MORRISVILLE BOROUGH POLICE DEPARTMENT
SHAW, TOM
961 POTTSTOWN PIKE
CHESTER SPRINGS, PA 19425-3510

MOSBEY, JUDY
C/O BRIAN SONDES
212 VETERANS BLVD
METAIRIE, LA 70005

MOTOROLA COMMUNICATIONS ENTERPRISE
ATTN TERESA TRAGER
1301 E ALGONQUIN RD STE A2
SCHAUMBERG, IL 60196

MRM INC
PO BOX 354
NOVI, MI 48375

MULDOON, BRENDA
C/O BRENDA MILLER
52 LIBERTY STREET
SWANTON, VT 05488-1645

MUSHANEY, LEATRICE
5267 W HIGHWAY 88
ODEN, AR 71961-8225

MXENERGY
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 659583
SAN ANTONIO, TX 78265-9583

MYERS, DOROTHY
850 JOHNSON AVE
MIAMISBURG, OH 45342-3021

NANCY FREELS
708 GLENDALE ST
BENTON, IL 62812

NANG FRANKLIN
PO BOX 92
UBON FA 41000 THAILAND

NATIONAL GRID
PO BOX 960
NORTHBOROUGH, MA 01532

NATIONAL GRID USA, NIAGARA MOHAWK POWER CORPORATION
PO BOX 549285
WALTHAM, MA 02454-9285

NEAL, DANIEL
EVANS & DIXON LLC
1717 E REPUBLIC RD APT C
SPRINGFIELD, MO 65804-6588

NELSON GLEN
NELSON, GLEN
2074 STAFFORD RD
OTTAWA, KS 66067-8308

NEVILLE & ADA PIKE
C/O BENSON MYLES
ATTN: DAVID BAIRD, Q.C.
P.O. BOX 1538
ST, JOHN'S, NL  A1C 5N8 CANADA

NEVILLE & ADA PIKE
P.O. BOX 459
HARBOUR GRACE  NL  A0A 2M0

NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION
C/O ATTORNEY GENERAL OF NEW JERSEY
ATTN RACHEL JEANNE LEHR
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET STREET PO BOX 093
TRENTON, NJ 08625-0093

NIAGARA MOHAWK POWER CORPORATION
D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY, LLP
ATTN: SUSAN R KATZOFF, ESQ
ONE PARK PLACE, 300 SOUTH STATE STREET
SYRACUSE, NY 13202

NICHOLAS BECKER
220 S ALDER CREEK DR
ROMEOVILLE, IL 60446

NICOLE GARMISE
ATTN EDWARD A GENZ ESQ
C/O MONTENEGRO THOMPSON MONTENEGRO & GENZ PC
531 BURNT TAVERN RD
BRICK, NJ 08724

NIELSEN ONLINE
ATTN: CATHI LENIHAN
85 BROAD ST
NEW YORK, NY 10004

NIELSEN ONLINE
ATTN: RYAN RAMDASS
770 BROADWAY
8TH FLOOR
NEW YORK, NY 10003

NISCAYAH, INC
2400 COMMERCE AVE
BLDG 1100 STE # 500
DULUTH, GA 30096

NISCAYAH, INC
PO BOX 905539
CHARLOTTE, NC 28290-5539

NISM 2008 NO PHYSICAL FILES ARE CREATED
WEBB, BILLY
12026 CHRISTOPHERS WALK CT
HOUSTON, TX 77089-2151

NIVER, THEODORE J
2096 TIMBER TRL
NATIONAL CITY, MI 48748-9513

NJM INSURANCE CO
NJM
301 SULLIVAN WAY
WEST TRENTON, NJ 08628

NORBAC III INTERNATIONAL CO
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
4175 FREIDRICH LN STE 100
AUSTIN, TX 78744-1013

NORMA DANIELSON
4775 VILLAGE DR APT 228
GRAND LEDGE, MI 48837-8111

NORMA DANIELSON
5441 DUNE DRIFT DR
WEST OLIVE, MI 49460

NORTH AMERICAN PRODUCTS CORP
LOCK BOX # 1396
1396 PAYSPHERE CIR
CHICAGO, IL 60674-0013

NORTHWEST NATURAL GAS OR
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 6017
PORTLAND, OR 97228-6017

NYC DEPT OF FINANCE PARKING VIOLATIONS
CITY OF NEW YORK, DEPT OF FINANCE
59 MAIDEN LANE, 28TH FL
NEW YORK, NY 10038

OBRIEN, JENNIFER
111 LINDEN STREET
ROCKVILLE CENTRE, NY 11570

OBRIEN, JENNIFER
C/O EDELMAN KRASIN & JAYE PLLC
1 OLD COUNTRY RD STE 210
CARLE PLACE, NY 11514-1845

OCE FINANCIAL SERVICES INC
ATTN LEGAL DEPT
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

OCE FINANCIAL SERVICES INC
ATTN: LEGAL DEPT
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

OCE NORTH AMERICA INC
ATTN  LEE ANN PETERICK
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

OGILVY RENAULT LLP
200 BAY ST STE 3800
SOUTH TOWER
TORONTO CANADA ON M5J 2Z4 CANADA

OGLETREE DEAKINS NASH SMOAK & STEWART P C
ATTN: MARSHA PHILLIPS
918 S PLEASANTBURG DR
PO BOX 167
GREENVILLE, SC 29602

OLIVIA PALMER
348 HIGHLAND RD
PITTSBURGH, PA 15235

OMNI CONTROLS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
23192 COMMERCE DR
FARMINGTON HILLS, MI 48335-2722

ONIEL, PATTY
ONIEL, PATTY (PATTI)
839 PINEWOOD CIR
PRICE, UT 84501-2016

ONONDAGA COUNTY NEW YORK
KEVIN C MURPHY ESQ
THE WLADIS LAW FIRM PC
5795 WIDEWATERS PKWY, PO BOX 245
SYRACUSE, NY 13214

ONONDAGA COUNTY NEW YORK
LUIS MENDEZ SR DEPUTY COUNTY ATTORNEY
JOHN H MULROY CIVIC CENTER 10TH FLOOR
421 MONTGOMERY STREET
SYRACUSE, NY 13202

OSCAR W LARSON CO
10100 DIXIE HIGHWAY
CLARKSTON, MI 48348

OTERO, ROBERT
2216 RIO PINAR LAKES BLVD
ORLANDO, FL 32822

OVERSTREET CATHY SUE
OVERSTREET, CATHY SUE
PO BOX 603
NATCHITOCHES, LA 71458-0603

OWENS-ILLINIOS INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
400 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI 48075-1505

PALMERI, LOUIS
105 W 6TH ST
BAY MINETTE, AL 36507-4446

PARNASS, LUIS
1272 BONSAI CIR
CORONA, CA 92882-8346

PARNASS, LUIS
5691 E HOMECOMING CIR #A
EASTVALE, CA 91752

PATRICIA BUSHEY
816 TURTLE CREEK DR
ROGERS, AR 72756-2016

PATTEN ADRIEN
PATTEN, ADRIEN
STATE FARM
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240-2172

PENNINGTON ROBERT
PENNINGTON, ROBERT
STATE FARM INSURANCE
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240-2172

PENNSYLVANIA-AMERICAN WTR COMP
PO BOX 578
ALTON, IL 62002

PEREGRINA, BRIANA
1168 BIRKS LN
VIRGINIA BEACH, VA 23464-5830

PERFECT PREFORMANCE PRODUCTS INC
2501 LUDELLE ST
FORT WORTH, TX 76105-1036

PETROCCI, DANE
ALI PAPPAS & COX P.C.
614 JAMES ST STE 100
SYRACUSE, NY 13203-2683

PHENOMENEX INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
411 MADRID AVE
TORRANCE, CA 90501-1430

PHILADELPHIA PARKING AUTHORITY
ATTN: NORMA FOGEL
3101 MARKET STREET
PHILADELPHIA, PA 19104

PHILLIPS DAVIS, CONNIE
COSKY FRANCIS A
1714 BANNARD ST STE 1
CINNAMINSON, NJ 08077-1842

PHILLIPS, JAMES
PO BOX 1451
INDIANOLA, MS 38751

PINE JEFFREY
PINE, JEFFREY
699 SILVER SANDS RD
EAST HAVEN, CT 06512-4635

PIONEER METAL FINISHING CORP
PO BOX 28440
GREEN BAY, WI 54324-0440

PITTMAN, ELOUISE
4934 WEST STREET
APT 1
FOREST PARK, GA 30297

PITTMAN, ELOUISE
PITTMAN, ELOUISE
404 GLEN IRIS DR NE
ATLANTA, GA 30308-2919

PLI LLC
4930 S 2NS ST STE 300
MILKAUKEE, WI 53207-5962

PNC EQUIPMENT FINANCE, LLC
LISA M MOORE, VP
995 DALTON AVE
CINCINNATI, OH 45203

POWER LUBE INJECTION INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 4051
RACINE, WI 53404

POWER-MOTION SALES INC
C/O BLUE HERON MICRO OPPORTUNITIES FUND,
CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH,, SC 29587

POWERS, SCOTT
6612 183RD ST
CHIPPEWA FALLS, WI 54729-6435

PRECISION LABEL SPECIALIST INC
4887 HIGHLAND RD
WATERFORD, MI 48328-1141

PRIDEMORE, ALEXY
PRIDEMORE, ALEXY
11966 OLD MILL RD
ENGLEWOOD, OH 45322-9723

PROTECTION ONE
C/O CREDITORS BANKRUPTCY SERVICE
P O BOX 740933
DALLAS, TX 75374

PULICE, ROBERT
211 ARENA DR
WEIRTON, WV 26062-3203

PULICE, ROBERT
PO BOX 2308
WEIRTON, WV 26062

PURE HEALTH SOL / DOLPHIN CAPITAL
PO BOX 644006
CINCINNATI, OH 64406

PURE HEALTH SOL / DOLPHIN CAPTIAL
PO BOX 644006
CINCINNATI, OH 64406

PUREWATER DYNAMICS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
30 KALAMATH ST
DENVER, CO 80223-1550

QUARLES & BRADY LLP
411 E WISCONSIN AVE
MILWAUKEE, WI 53202-4461

QUASAR INDUSTRIES INC
1911 NORTHFIELD DR
ROCHESTER HILLS, MI 48309-3824

R & J TRUCKING CO INC
8063 SOUTHERN BLVD
BOARDMAN, OH 44512-6306

R G SMITH CO INC
1249 DUEBER AVE SW
CANTON, OH 44706-1635

R L POLK & CO
26533 EVERGREEN RD
STE 900
SOUTHFIELD, MI 48076-4249

R L POLK & CO
26955 NORTHWESTERN HWY
SOUTHFIELD, MI 48034

R M WRIGHT COMPANY
23910 FREEWAY PARK DR
MOVED PER LTR 04/10/03
FARMINGTON HILLS, MI 48335-2816

RABURN, BARBARA
2434 18TH AVE N
ST PETERSBURG, FL 33713-4906

RABY, MAGGIE
5655 OLD PARIS MURRAY RD
PARIS, TN 38242-7258

RACHEL L BOODRAM
7500 ROSWELL ROAD
UNIT 67
SANDY SPRINGS, GA 30350

RAMIREZ JEANETTE
RAMIREZ, JEANETTE
15594 MALLORY CT.
MOORPARK, CA 93021-3250

RASMUSSEN SITE REMEDIATION GROUP
ATTN: BASF CORPORATION
100 CAMPUS DRIVE, F-410
FLORHAM PARK, NJ 07932

RASMUSSEN SITE REMEDIATION GROUP
ATTN: CNA HOLDINGS, LLC
1601 W. LBJ FREEWAY
DALLAS, TX 75234

RASMUSSEN SITE REMEDIATION GROUP
ATTN: DETREX CORPORATION
24901 NORTHWESTERN HWY, SUITE 410
SOUTHFIELD, MI 48075

RASMUSSEN SITE REMEDIATION GROUP
ATTN: FORD MOTOR COMPANY
1 AMERICAN ROAD
DEARBORN, MI  4812

RASMUSSEN SITE REMEDIATION GROUP
ATTN: JOHNSON CONTROLS, INC.
5757 N. GREEN BAY AVENUE
MILWAUKEE, WI 53209

RASMUSSEN SITE REMEDIATION GROUP
ATTN: KELSEY-HAYES COMPANY
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

RASMUSSEN SITE REMEDIATION GROUP
ATTN: TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

RASMUSSEN SITE REMEDIATION GROUP
GONZALEZ SAGGIO & HARLAN, LLP C/O NED WITTE
225 EAST MICHIGAN STREET
FOURTH FLOOR
MILWAUKEE, WI 53202

RECO LLC
RECO
6860 ASHFIELD DR
CINCINNATI, OH 45242-4108

REDEL, JOSHUA
C/O BRISTOL WEST INSURANCE GROUP
ATTN: SANORA LYNCH
9505 DELEGATES ROW
INDIANAPOLIS, IN 46240-3807

REED SMITH LLP
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 7777-W4055
PHILADELPHIA, PA 19175-4055

RICHARD HEJMANOWSKI
1313 BLOCKER DR
HEATH, OH 43056-1001

RICHARD HEJMANOWSKI
C/O PAUL WILLIAM BELTZ, PC
36 CHURCH ST
BUFFALO, NY 14202

RICHEY, JERRY
HARRIS LAW FIRM
1920 MAIN ST STE 214
NORTH LITTLE ROCK, AR 72114-2875

RMT INC
744 HEARTLAND TRL
PO BOX 8923
MADISON, WI 53708-8923

ROBINSON JULIE
6536 S OAK HILL CIR
AURORA, CO 80016-2494

ROBLES, DANIEL
6777 E 11TH ST
TULSA, OK 74112-4619

ROGERS, STACEY
3614 RAMILL RD
MEMPHIS, TN 38128-3322

ROPP, JOHN
35 RAILROAD AVE
SAND COULEE, MT 59472-9739

ROQUE, MICHAEL
2203 E SYCAMORE AVE
ORANGE, CA 92867-7832

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER, NY 14615

RUBBERLINE PRODUCTS LTD
343 SOVEREIGN RD
LONDON, ON N6M 1A6  CANADA

S A A YORKA S A
POLIGONO INDUSTRIAL G-2
COLLSABADELL RONDA DE
COLLSABADELL 1-3
08450 LLINARS DEL VALLES, SPAIN

SAFETY SOLUTIONS INC
6161 SHAMROCK CT
PO BOX 8100
DUBLIN, OH 43016-2100

SAINT LAWRENCE SEAWAY MANAGEMENT CORPORATION
FMLY ST LAWRENCE SEAWAY AUTHOR
202 PITT ST
CORNWALL ON K6J 3P7 CANADA

SAMANTHA DEVOE
122 JOHN GLENN DR
RINCON, GA 31326

SANCHEZ FLORENCE
570 CALLE CATANIA VILLA CAPRI
SAN JUAN, PR 00924-4048

SANDUSKY ELECTRIC INC
1513 SYCAMORE LINE
P O BOX 2353
SANDUSKY, OH 44870-2353

SANG CHUL LEE & DUKSON LEE
ATTN MICHAEL S KIMM
C/O KIMM LAW FIRM
41W BANCKER STREET
ENGLEWOOD, NJ 07631

SANTAMARINA Y STETA
CAMPOS ELISEOS NO 345
COL CHAPULTEPEC POLANCO
11560 MEXICO DF MEXICO

SARAH LINVELL, ROXANNE OSWALT, WALTER OSWALT, TYLER SARQ,
C/O LAMARCA & LANDRY P C
1820 NW 118TH ST SUITE 200
DES MOINES, IA 50325

SATURN VTI CLASSACTION CLASS MEMBER
DARILYN ZIEGLER
9615 GREEN SPRUCE DR
LAKELAND, TN 38002

SC AUTONOVA SA
SC AUTONOVA SA
STR FAGULUI 35
440186 SATU MARE ROMANIA

SCHINDLER ELEVATOR CORPORATION
1530 TIMBERWOLF DRIVE
HOLLAND, OH 43528

SEAN K EMERSON
3817 NE 41ST ST
VANCOUVER, WA 98661

SEIBER, DORA
801 MANGUM ST
CENTREVILLE, MS 39631

SHORT FREIGHT LINES INC
459 S RIVER RD
BAY CITY, MI 48708-9601

SIKORA GMBH
HERBERT-BAYER-STR. 5
BERLIN GERMANY D-13086

SILVENT NORTH AMERICA LLC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
6625 DANIEL BURNHAM DR
PORTAGE, IN 46368

SMILEY COLLEEN
SMILEY, GRANDCHILD - ARIZYAH
ELCO ADMINISTRATIVE SERVICES COMPANY
BOX 4800
WAYNE, NJ 07474-4800

SMITH, NICOLE
8730 GLENLOCH ST
PHILADELPHIA, PA 19136-2115

SAWNEY, VANESSA
312 W OAK ST
STILWELL, OK 74960-3132

SCHEIDT, MARK
STATE FARM
147 WASHINGTON POINTE DR
INDIANAPOLIS, IN 46229-2636

SEALED AIR CORP
100 ROGERS BRIDGE RD
3106A
DUNCAN, SC 29334

SEARS ROEBUCK & CO
C/O GEORGE F SANDERSON III
ELLIS & WINTERS LLP
PO BOX 33550
RALEIGH, NC 27636

SEMINOLE ENERGY SERVICES
1323 E 71ST ST STE 300
TULSA, OK 74136-5068

SIEMENS WATER TECHNOLOGIES CORP
10 TECHNOLOGY DRIVE
LOWELL, MA 01851

SIKORA GMBH
RUHLSDORFER STRASSE 95, HAUS 81
D-14532 STAHNSDORF  GERMANY

SKYWAY LUMBER COMPANY LTD
464 GLENDALE AVE
ST CATHARINES ON L2T 1K0 CANADA

SMILEY, YOLANDA
73190 STANDIFER GAP RD APT. 621
CHATTANOOGA, TN 37421

SNIDER CHRISTOPHER
SNIDER, CHRISTOPER
1920 NORTH MAIN SUITE 214
NORTH LITTLE ROCK, AR 72114-2875

SOLDANELS TED
SOLDANELS, TED
DOUG JOHNSON STATE FARM INS. CO.
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240

SOMMERS MOBILE LEASING INC
1800 LORAIN BLVD
ELYRIA, OH 44035-2407

SOUTHERN CALIFORNIA GAS COMPANY
MASS MARKETS CREDIT & COLLECTIONS
THE GAS COMPANY
P O BOX 30337
LOS ANGELES, CA 90030-0337

SOUTHTOWN DOOR CO INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
400 VULCAN STREET
BUFFALO, NY 14207-1300

SOUTHWEST GAS CORPORATION
PO BOX 1498 / BANKRUPTCY DESK
VICTORVILLE, CA 92393-1498

SPECIALTY MINERALS INC
ATTN: MIKE HAMME
1 HIGHLAND AVE
BETHLEHEM, PA 18017-9482

SPECIALTY MINERALS INC
C/O DIANE MATALAS SR CREDIT ANALYST SMI
622 3RD AVE FL 38
NEW YORK, NY 10017

SRP - SALT RIVER PROJECT AZ
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 80062
PRESCOTT, AZ 86304-8062

STADTFELD, HEATHER
11760 W WISE RD
GREENVILLE, MI 48838-8174

STEVEN SKALSKY JR
1061 COOPERS RUN
AMHERST, OH 44001

STEWART, GARY
PORTNOY & QUINN
401 LIBERTY AVE STE 2325
PITTSBURGH, PA 15222-1035

STOWELL, DAVID
PO BOX 1292
LELAND, NC 28451-1292

SUNRISE LANDFILL SITE PRP GROUP
MICHEL O'NEAL
WARNER NORCROSS & JUDD LLP
900 FIFTH THIRD CENTER, 111 LYON ST NW
GRAND RAPIDS, MI 49503-2487

SUTHERLAND ASBILL & BRENNAN LLP
WENDY B SPIRO PARALEGAL
SUTHERLAND ASBILL & BRENNAN LLP
999 PEACHTREE ST NE
ATLANTA, GA 30309-3996

SUTHERLAND LEATHER AND FELT CO
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
749 E MANDOLINE AVE
MADISON HEIGHTS, MI 48071-1437

TAMMY K KINGDOLLAR
12646 WEST LEE RD
ALBION, NY 14411

TAMMY PROKOPIS - ERIE INSURANCE
6802 PARAGON PL # 600
RICHMOND, VA 23230

TAMMY PROKOPIS - ERIE INSURANCE
C/O ERIE INSURANCE GROUP
PO BOX 28120
RICHMOND, VA 23228

TAYLOR, CEDRIC
143 POPLAR ST
COLUMBUS, MS 39702-5372

TAYLOR, HERB
574 MOSS LANDING DR
ANTIOCH, TN 37013-5212

TAYLOR, STEVEN R
1516 REED RD
FORT WAYNE, IN 46815-7303

TB CONSULTANTS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1001 3RD AVE W STE 600
BRADENTON, FL 34205-7861

TC AMERICAN MONORAIL INC
NW 8718
PO BOX 1450
MINNEAPOLIS, MN 55485-8718

TELESIS TECHNOLOGIES INC
28181 RIVER DR
PO BOX 1000
CIRCLEVILLE, OH 43113-7000

TENNECO GAS PIPELINE COMPANY  MEMBER
CAM OR SITE EXTENDED GROUP (SEE ATTACH 1)
C/O DENNIS REIS, BRIGGS AND MORGAN
80 S EIGHTH ST  STE 2200
MINNEAPOLIS, MN 55402

THE BARTECH GROUP
6408 RELIABLE PARKWAY
CHICAGO, IL 60686

THE CARCANNON CORPORATION
TWO WISCONSIN CIRCLE SUITE 700
CHEVY CHASE, MD 20815

THE HERTZ CORPORATION
225 BRAE BOULEVARD
PARK RIDGE, NJ 07656

THE PROCTER & GAMBLE CO
ATTN: JOHN B PERSIANI
DINSMORE & SHOHL LLP
255 E 5TH ST  STE 1900
CINCINNATI, OH 45202

THOMAS, AGNES
12127 AINSWORTH ST
LOS ANGELES, CA 90044-3914

THOMAS, TEYAKA
1201 DRIPPING SPRINGS RD APT O
CULLMAN, AL 35055

THORNTON, DAVID
9910 W LANDMARK ST
BOISE, ID 83704-6511

TIMOTHY ROY JONES
P.O.BOX 613
CEDAR HILL, TX 75106

TINNERMAN PALNUT ENGINEERED PRODUCT
1060 W 130TH ST
BRUNSWICK, OH 44212-2316

TORRANCE (CITY OF)
PO BOX 9005
SAN DIMAS, CA 91773-9005

TORRES, CECILIA
C/O STATE-WIDE INSURANCE COMPANY
20 MAIN ST
PO BOX 9001
HEMPSTEAD, NY 11551-9001

TOWER GROUP COMPANIES
C/O TRANSPAC SOLUTIONS
ATTN SHARI BALDWIN
PO BOX 36220
LOUISVILLE, KY 40233

TOWN OF SALINA
ATTN BENJAMIN CONLON
OFFICE OF GENERAL COUNSEL
NYS DEPT OF ENVIRONMENTAL CONSERVATION
625 BROADWAY
ALBANY, NY 12232

TOWN OF SALINA
ATTN GARY HARPER, STATE OF NY
OFFICE OF THE NYS COMPTROLLER
STATE STREET
ALBANY, NY 12207

TOWN OF SALINA
ATTN MAUREEN F. LEARY
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE NYS ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION BUREAU
ALBANY, NY 12224-0341

TOWN OF SALINA
ATTN WENDY KINSELLA
HARRIS BEACH, PLLC
333 WEST WASHINGTON STREET
ALBANY, NY 13202

TOWN OF SALINA
ATTN: FRANK C PAVIA
HARRIS BEACH PLLC
99 GARNSEY RD
PITTSFORD, NY 14534-4565

TRANE US, INC
3600 PAMMEL CREEK RD #17-1
LA CROSSE, WI 54601-7511

TRANSCAT
COMMERCIAL COLLECTION CORP
PO BOX 288
TONAWANDA, NY 14150

TRANSPAC SOLUTIONS
PO BOX 26220
LOUISVILLE, KY 40233

TRANSPAC SOLUTIONS
PO BOX 36220
LOUISVILLE, KY 40233

TRANSPAC SOLUTIONS AS AGENT OF INSUREMAX INS CO
C/O TRANSPAC SOLUTIONS
PO BOX 36220
874384-1317213
LOUISVILLE, KY 40233

TRAVELERS CHAMPIONSHIP
ATTN CORPORATE OFFICER/AUTHORIZED AGENT
90 STATE HOUSE SQ
HARTFORD, CT 06103-3708

TREADWAY, TINA
23103 AL HIGHWAY 24
TRINITY, AL 35673-4348

TREVINO, ROGELIO
3211 HOMBLY RD
HOUSTON, TX 77066-4914

TROTTER, CHRISTINE
117 SAWYER LOOP
WINONA, MS 38967-9768

TROUT, SUSAN
1602 GILMER AVE NW
ROANOKE, VA 24017-5536

TROY (CITY OF ) MI
DRAWER #0103
PO BOX 33321
DETROIT, MI 48232-5321

TST EXPEDITED SERVICES
PO BOX 7217
710 SPRUCEWOOD
WINDSOR CANADA ON N9C 3Z1 CANADA

TUCKER, VICKI
530 W CARSON DR
MUSTANG, OK 73064-3547

TYDEN GROUP INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 79001
DETROIT, MI 48279-1112

UNITED STATES OF AMERICA - DEPARTMENT OF DEFENSE
C/O ASSISTANT UNITED STATES ATTORNEY OFFICE
SOUTHERN DISTRICT OF NEW YORK
ATTN DAVID S JONES
86 CHAMBERS STREET THIRD FLOOR
NEW YORK, NY 10007

UNITED TELEPHONE COMPANY OF OHIO
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

UP SYSTEMS INC
1450 S LAKESIDE DR
WAUKEGAN, IL 60085-8301

UP SYSTEMS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1583 PAYSPHERE CIR
CHICAGO, IL 60674-0015

UP SYSTEMS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
27944 N BRADLEY RD
LIBERTYVILLE, IL 60048

US POSTMASTER POSTMASTER DETROIT MI
C/O BUSINESS MAIL ENTRY
1401 W FORT ST
ROOM 712
DETROIT, MI 48233-1001

US POSTMASTER POSTMASTER DETROIT MI
US POSTAL SERVICE LAW DEPT.
ATTN: ROSA JONES
433 W. HARRISON STREET -7TH FL
CHICAGO, IL 60699-7000

USAA INSURANCE
A/S/O CARL WHALEY
ATTN CYNTHIA SIMPSON
PO BOX 659476
SAN ANTONIO, TX 78265

UTILITY SERVICES CO INC
ATTN CFO
PO BOX 1350
PERRY, GA 31069

UTILITY SUPPLY OF AMERICA INC
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT
PO BOX 9004
GURNEE, IL 60031-9004

VELICITA HILLSMAN
325 SELLERS DR
DYERSBURG, TN 38024

VERA HAFFEY
1217 MT HWY 1 W
ANACONDA, MT 59711

VIDEOTEC CORPORATION
VIDEOTEC CORPORATION,
9200 KEYSTONE XING STE 600
INDIANAPOLIS, IN 46240

VIOLETT, ALYSSA
3400 NW 85TH TER
KANSAS CITY, MO 64154-1160

VIRGIL TUCKER
1428   N LOCKE ST
KOKOMO, IN 46901-2463

VIRGINIA SAENZ AS NEXT FRIEND OF MANUEL SAENZ
C/O VILLEGAS LAW FIRM
1324 EAST SEVENTH ST
BROWNSVILLE, TX 78520

VULCAN ELECTRIC COMPANY
28 END FIELD ST
PORTER, ME 04064

WADE, DONALD
PO BOX 113
NEWTON, WI 53063-0113

WALDA DALE V DBA LOCKWORKS SUPPLY
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
1522 WEST US 36
PENDLETON, IN 46064

WALKER, MONIQUE
8931 HAAS AVE
LOS ANGELES, CA 90047-3509

WALTER WILSON
C/O WALTER W WILSON
5510 MOUNT WASHINGTON ROAD
LOUISVILLE, KY 40229

WANDA NOVAK
392 W BOYLSTROM ST
WORCESTER, MA 01606-3223

WASHINGTON, CATHY
2159 CRESCENT AVE
SAINT LOUIS, MO 63121-5603

WASHINGTON, CATHY
8702 CROCUS LN APT 4
SAINT LOUIS, MO 63114-4360

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WASTE MANAGEMENT, INC.
P.O. BOX 930580
ATLANTA, GA 31193

WATER SERVICES DEPT OF MONTGOMERY COUNTY OHIO
DOUGLAS TROUT ESQUIRE
DAYTON-MONTGOMERY COUNTY COURTS BLDG
301 W THIRD STREET
DAYTON, OH 45402

WATKINS, BRITNEY
1436 N MARKET ST
SAINT LOUIS, MO 63106-4146

WATKINS, BRITNEY
704 DICKSON
APT D
SAINT LOUIS, MO  6310

WDC EXPLORATION & WELLS
500 MAIN ST
WOODLAND, CA 95695

WDC EXPLORATION & WELLS
7650 S MCCLINTOCK DR STE 103
TEMPE, AZ 85284

WEST MIFFLIN SSA PA
LEGAL TAX SERVICE INC
PO BOX 10020
PITTSBURGH, PA 15236-6020

WEST WORLD MEDIA / CINEMA SOURCE
BRETT WEST, CEO
63 COPPS HILL RD
RIDGEFIELD, CT 06877

WHITMILL, ERNESTINE
3312 SOUTH STERLING AVE. #15
INDEPENDENCE, MO  6405

WHITMILL, ERNESTINE
3612 E 29TH ST
KANSAS CITY, MO 64128-1229

WILLIAMS SCOTSMAN, INC
8211 TOWN CENTER DR
BALTIMORE, MD 21236

WILLIAMS SCOTSMAN, INC
901 S BOND ST FL 6
BALTIMORE, MD 21231-3357

WILLIAMS, NATHANIEL
5403 VOLUNTEER DRIVE
COLUMBIA, MO 65201-2836

WINKELS, MEL
1402 SHERWOOD STREET
APT. 9
MISSOULA, MT 59802

WOLENSKY, STEVEN
32 MOOREHOUSE RD
NEW EGYPT, NJ 08533-1315

WOODBURY CADILLAC LLC
C/O JASPAN SCHLESINGER LLP
ATTN: STEVEN R SCHLESINGER, ESQ
300 GARDEN CITY PLAZA, 5TH FLOOR
GARDEN CITY, NY 11530

WPGX-TV
1909 WYNNTON RD
COLUMBUS, GA 31902-2931

WREN, JAMILLA
4239 AUTUMN SKY DR
SACRAMENTO, CA 95823-6746

WRIGHT ADRIAN
11510 GIBBENS RD
BATON ROUGE, LA 70807-2256

WRIGHT ADRIAN
1642 DEBRA DRIVE
BAKER, LA 70714

WYMAN, KIMBERLY
548 STONY CREEK RD
HADLEY, NY 12835-2008

X RITE INC
4300 44TH ST SE
GRAND RAPIDS, MI 49512-4009

YARLING & ROBINSON
151 NORTH DELAWARE STREET SUITE 1535
POST OFFICE BOX 44128
INDIANAPOLIS, IN 46204-0128

YATES BEVERLY L.
318 N MICHIGAN AVE
PO BOX 211
WELLSTON, OH 45692

YATES BEVERLY L.
52 W 10TH ST
WELLSTON, OH 45692-2112

YOUNG SUPPLY CO
52000 SIERRA DR
CHESTERFIELD, MI 48047-1307

YUASA AND HARA EFT
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
CPO BOX 714
GINZA  JP POST
TOKYO 1008692 JAPAN

ZOMAX INC
C/O KOHNER MANN & KAILIS SC
WASHINGTON BUILDING, BARNABAS BUSINESS CENTER
4650 N PORT WASHINGTON ROAD
MILWAUKEE, WI 53212-1059

# EXHIBIT F

LENSNOTICES
SERIVICE OF DTC NOTICE
NY, NY 11111
email: LENSNOTICES@dtcc.com; BANDREWS@WilmingtonTrust.com;
efisher@binderschwartz.com