Joshua S. Markowitz, Esq. (SBN 224256)
CARCIONE, CATTERMOLE, DOLINSKI,
STUCKY, MARKOWITZ & CARCIONE, L.L.P.
1300 South El Camino Real, Suite 300
P.O. Box 5429
San Mateo, CA  94402
E-mail address:  ccdlaw@carcionelaw.com
Telephone:  (650) 367-6811
Facsimile:  (650) 367-0367

Attorneys for Brianna Minard

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.:  09-50026 (MG) |
| | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY, *et al.,* | |
| f/k/a General Motors Corp., *et al.* | Chapter 11 |
| | |
| Debtors. | |

----------------------------------------------------------------x

## NOTICE OF SETTLEMENT BETWEEN STATE COURT PLAINTIFF BRIANNA MINARD AND GENERAL MOTORS L.L.C.

Plaintiff Brianna Minard and Defendant General Motors, L.L.C., have settled the State

Court Action.  Plaintiff counsel requests removal from the service list for this proceeding.

Dated: July 26, 2016,                    Respectfully submitted,
San Mateo, California

/s/ Joshua S. Markowitz, Esq.
Joshua S. Markowitz, Esq.
Carcione, Cattermole, Dolinski,
Stucky, Markowitz & Carcione, L.L.P.
1300 South El Camino Real, Suite 300
San Mateo, CA 94402
E-mail address:  ccdlaw@carcionelaw.com
Telephone number: (650) 367-6811
Telecopier number: (650) 367-0367
*Counsel for Brianna Minard*

228359 / lgv

1

## CERTIFICATE OF SERVICE

I, Joshua Markowitz, hereby certify that a copy of the foregoing Notice of Settlement Between State Court Plaintiff Brianna Minard and General Motors LLC, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 26, 2016.

/s/ Joshua S. Markowitz, Esq.

228359 / lgv

1