# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

July 27, 2016

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

> **Re:**   **In re Motors Liquidation Company,** *et al.*
>           **Case No. 09-50026 (MG)**
>
>           **Letter Regarding Update on Related Proceedings**

Dear Judge Glenn:

        King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter.  Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM.  Specifically, on July 25, 2015, counsel to New GM and Lead and Liaison Counsel filed a joint letter ("**Joint Letter**") addressed to Judge Furman setting forth the parties' tentative agenda for the July 28, 2016 Status Conference in MDL 2543.  Judge Furman entered a Memo Endorsement of the Joint Letter on July 26, 2016 ("**Memo Endorsed Joint Letter**").  A copy of the Memo Endorsed Joint Letter is attached hereto as **Exhibit "A."**  In addition, also on July 26, 2016, Gary Peller filed a letter in MDL 2543 ("**Peller MDL Letter**"), seeking to correct statements made in the Joint Letter.  A copy of the Peller MDL Letter is attached hereto as **Exhibit "B**."

                            Respectfully submitted,

                            */s/ Scott Davidson*

                            Scott Davidson

DMSLIBRARY01\21600\162081\29206378.v1-7/26/16

Honorable Martin Glenn
July 27, 2016
Page 2


SD/hs
Encl.

cc:    Edward S. Weisfelner
       Howard Steel
       Sander L. Esserman
       Jonathan L. Flaxer
       S. Preston Ricardo
       Matthew J. Williams
       Lisa H. Rubin
       Keith Martorana
       Daniel Golden
       Deborah J. Newman
       William Weintraub
       Gregory Fox
       Steve W. Berman
       Elizabeth J. Cabraser
       Robert C. Hilliard
       Gary Peller