**EXHIBIT F**

## AAT FUNDING DEAL COMPARISON

| Term Loan Litigation Action Recovery | Private Funder Litigation Cost | DIP Lenders Litigation Cost |
|---|---|---|
| $ - | $ - | $ - |
| $ 75,000,000.00 | $ 33,750,000.00 | $ 33,000,000.00 |
| $ 100,000,000.00 | $ 33,750,000.00 | $ 40,500,000.00 |
| $ 150,000,000.00 | $ 33,750,000.00 | $ 55,500,000.00 |
| $ 200,000,000.00 | $ 33,750,000.00 | $ 70,500,000.00 |
| $ 250,000,000.00 | $ 33,750,000.00 | $ 85,500,000.00 |
| $ 300,000,000.00 | $ 33,750,000.00 | $ 100,500,000.00 |
| $ 350,000,000.00 | $ 33,750,000.00 | $ 115,500,000.00 |
| $ 400,000,000.00 | $ 33,750,000.00 | $ 130,500,000.00 |
| $ 450,000,000.00 | $ 33,750,000.00 | $ 145,500,000.00 |
| $ 500,000,000.00 | $ 33,750,000.00 | $ 160,500,000.00 |
| $ 550,000,000.00 | $ 33,750,000.00 | $ 175,500,000.00 |
| $ 600,000,000.00 | $ 33,750,000.00 | $ 190,500,000.00 |
| $ 650,000,000.00 | $ 33,750,000.00 | $ 205,500,000.00 |
| $ 700,000,000.00 | $ 33,750,000.00 | $ 220,500,000.00 |
| $ 750,000,000.00 | $ 35,625,000.00 | $ 235,500,000.00 |
| $ 800,000,000.00 | $ 38,000,000.00 | $ 250,500,000.00 |
| $ 850,000,000.00 | $ 40,375,000.00 | $ 265,500,000.00 |
| $ 900,000,000.00 | $ 42,750,000.00 | $ 280,500,000.00 |
| $ 950,000,000.00 | $ 45,125,000.00 | $ 295,500,000.00 |
| $ 1,000,000,000.00 | $ 47,500,000.00 | $ 310,500,000.00 |
| $ 1,050,000,000.00 | $ 49,875,000.00 | $ 325,500,000.00 |
| $ 1,100,000,000.00 | $ 52,250,000.00 | $ 340,500,000.00 |
| $ 1,150,000,000.00 | $ 54,625,000.00 | $ 355,500,000.00 |
| $ 1,200,000,000.00 | $ 57,000,000.00 | $ 370,500,000.00 |
| $ 1,250,000,000.00 | $ 59,375,000.00 | $ 385,500,000.00 |
| $ 1,300,000,000.00 | $ 61,750,000.00 | $ 400,500,000.00 |
| $ 1,350,000,000.00 | $ 64,125,000.00 | $ 415,500,000.00 |
| $ 1,400,000,000.00 | $ 66,500,000.00 | $ 430,500,000.00 |
| $ 1,450,000,000.00 | $ 68,875,000.00 | $ 445,500,000.00 |
| $ 1,500,000,000.00 | $ 71,250,000.00 | $ 460,500,000.00 |