**WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP**

Richard F. Harrison, Esq.
Extension 412
Email: rharrison@westermanllp.com

July 28, 2016

**BY ECF FILING AND FEDERAL EXPRESS**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 501
New York, New York 10004-1408

Attn:  Deanna Anderson, Courtroom Clerk

    Re:    *In re Motors Liquidation Company, f/k/a General Motors Corporation, et al.*
           Chapter 11, Case No. 09-50026 (MG)
           Adv. Proc. No. 11-09406 (MG)

Dear Judge Glenn:

        We represent River Birch Capital LLC, a "Private Funder".  We file a courtesy copy of a Limited Objection with Exhibits to the Joint Motion of the Trust and Committee for an Order approving settlement of the "Allocation Dispute" and Litigation Cost Advance Funding Agreement.  The hearing date on this matter is August 5, 2016, at 10:00 a.m.

                          Respectfully submitted,

                          WESTERMAN BALL EDERER MILLER
                          ZUCKER & SHARFSTEIN, LLP

                          Richard F. Harrison, Esq.

RFH/jc
Enclosures

1410723