**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re:                                                                    Chapter 11

MOTORS LIQUIDATION COMPANY, f/k/a          Case No. 09-50026 (MG)
GENERAL MOTORS CORPORATION, *et al.*,      (Jointly Administered)

                                                                          Adversary Proceeding Case No.
                                          Debtors.                        11-09406 (MG)
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NASSAU   )

Joanne Connell, being duly sworn, deposes and says:

That I am not a party to this action, am over 18 years of age and reside in the County of Nassau in the State of New York;

On July 28, 2016, deponent caused to be served a true and correct copy of the **LIMITED OBJECTION TO THE JOINT MOTION OF THE AVOIDANCE ACTION TRUST AND COMMITTEE FOR, AMONG OTHER THINGS, AN ORDER APPROVING THE SETTLEMENT OF THE ALLOCATION DISPUTE, INCLUDING THE LITIGATION COST ADVANCE AGREEMENT** in the manner indicated upon the parties listed on the Service List attached hereto as Exhibit A:

See Annexed Exhibit A

                                        */s/ Joanne Connell*
                                        Joanne Connell

Sworn before me this
28th day of July, 2016

*/s/ Florence Jean-Joseph*
Notary Public, State of New York
No. 41-5010171
Qualified in Queens County
Commission Expires September 18, 2017

## **Exhibit A - Service List**

**VIA FIRST CLASS MAIL**

Michael James Edelman, Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY 10019

Official Committee of Unsecured Creditors of Motors Liquidation Company, et al.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Robert T. Schmidt, Esq.
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

United States Department of Treasury
David S. Jones, Esq.
U.S. Attorney Office, SDNY
100 Church Street
19th Floor
New York, NY 10007

1410514