STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Daniel A. Ross
Christopher M. Guhin
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400

*Attorneys for Davidson Kempner Capital Management LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (MG) |
| | : | Joint Administration Pending |
| Debtors. | : | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY, *et al.*, | : | Adv. P. No. 11-09406 (MG) |
| Plaintiff, | : | |
| - against - | : | |
| UNITED STATED DEPARTMENT OF THE TREASURY and EXPORT DEVELOPMENT CANADA, | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the Davidson Kempner Capital Management LP ("Davidson") hereby appears in the above-captioned cases pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following:

> Kristopher M. Hansen
> Daniel A. Ross
> Christopher M. Guhin
> STROOCK & STROOCK & LAVAN LLP
> 180 Maiden Lane
> New York, New York 10038
> Telephone: (212) 806-5400
> Email:     khansen@stroock.com
>            dross@stroock.com
>            cguhin@stroock.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and

Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

Dated: July 29, 2016  
      New York, New York

STROOCK & STROOCK & LAVAN LLP

/s/ Kristopher M. Hansen  
Kristopher M. Hansen  
Daniel A. Ross  
Christopher M. Guhin  
180 Maiden Lane  
New York, New York 10038-4982  
Telephone: (212) 806-5400

*Attorneys for Davidson Kempner Capital Management LP*