STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Daniel A. Ross
Christopher M. Guhin
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400

*Attorneys for Davidson Kempner Capital Management LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re                                                   :   Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, f/k/a                       :   Case No. 09-50026 (MG)
GENERAL MOTORS CORPORATION, *et al.*,                   :
                                                        :   Joint Administration Pending
                        Debtors.                        :
------------------------------------------------------- x
OFFICIAL COMMITTEE OF UNSECURED                         :
CREDITORS OF MOTORS LIQUIDATION                         :
COMPANY, *et al.*,                                      :   Adv. P. No. 11-09406 (MG)
                                                        :
                        Plaintiff,                      :
                                                        :
            - against -                                 :
                                                        :
UNITED STATED DEPARTMENT OF THE                         :
TREASURY and EXPORT DEVELOPMENT                         :
CANADA,                                                 :
                                                        :
                        Defendants.                     :
------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On July 29, 2016, affiant served, true and correct copies of the following documents via overnight mail and/or email (as indicated) upon those parties as set forth on the attached Service List.:

- *Objection of Davidson Kempner Capital Management LP to the Motion of Motors Liquidation Company Avoidance Action Trust and Official Committee of Unsecured Creditors for Entry of (A) Stipulation and Agreed Order (I) Settling Disputed Entitlements of Debtor-In-Possession Lenders and Official Committee of Unsecured Creditors to Potential Term Loan Avoidance Action Proceeds and (II) Modifying Avoidance Action Trust Agreement to Implement Settlement, and (B) Order (I) Approving Settlement of the Allocation Dispute, (II) Approving Amendments to the Avoidance Action Trust Agreement, and (III) Authorizing the Avoidance Action Trust to Grant a Lien to the DIP Lenders* [ECF No. 47 of 11-09406; and ECF No. 13704 of 09-50026]; and

- *Notice of Appearance and Request for Service of Documents* [ECF No. 48 of 11-09406; and ECF No. 13705 of 09-50026].

       /s/ Michael Magzamen
       Michael Magzamen

Sworn to before me this
1st day of August, 2016

/s/ Gabriel Sasson
NOTARY PUBLIC

Gabriel Sasson
Notary Public, State of New York
No. 02SA6229974
Qualified in Kings County
Commission Expires October 25, 2018

## Service List A

**Via Overnight Mail Only**
Andrew D. Velez-Rivera
Andrew B. Schwartz
Brian S. Masumoto
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

**Via E-mail & Overnight Mail**
David S. Jones
U.S. Attorney Office, SDNY
100 Church Street
19th Floor
New York, NY 10007
Email: david.jones6@usdoj.gov

**Via E-mail & Overnight Mail**
Michael James Edelman
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY 10019
Email: mjedelman@vedderprice.com

**Via E-mail & Overnight Mail**
Binder & Schwartz LLP
Attn: Eric B. Fisher, Esq. & Neil S. Binder, Esq.
366 Madison Avenue, 6th Floor
New York, New York 10017
Email: nbinder@binderschwartz.com
        efisher@binderschwartz.com

**Via E-mail & Overnight Mail**
Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq. & Robert T. Schmidt, Esq.
1177 Avenue of the Americas
New York, New York 10036
Email: tmayer@kramerlevin.com
        rschmidt@kramerlevin.com