KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                   :
                                                           :
                    Debtors.              :    (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      This is to certify that on *July 27, 2016*, I caused to be served a true and correct copy of General Motors LLC's *Letter to the Honorable Martin Glenn Regarding Update on Related Proceedings (with exhibits)* [Dkt. No. 13700], by electronic mail on all parties receiving notice *via* the Court's ECF System.

      In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* overnight mail.

Dated: August 1, 2016
      New York, New York

                                       KING & SPALDING LLP

By: /s/   Scott I. Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

2

## Service List For July 27, 2016:

**Documents Served *via* Email:**

(1) *Letter to the Honorable Martin Glenn Regarding Update on Related Proceedings (with exhibits)* [Dkt. No. 13700]

hsteel@brownrudnick.com
wweintraub@goodwinprocter.com
schmidt@whafh.com
eweisfelner@brownrudnick.com
jflaxer@golenbock.com
mjwilliams@gibsondunn.com
KMartorana@gibsondunn.com
dgolden@AkinGump.com
djnewman@akingump.com
abloomer@kirkland.com
rgodfrey@kirkland.com
esserman@sbep-law.com
LRubin@gibsondunn.com
ECABRASER@lchb.com
Steve@hbsslaw.com
bobh@hmglawfirm.com
GFox@goodwinprocter.com
peller@law.georgetown.edu

## Service List For July 27, 2016

**Documents Served *via* Overnight Delivery:**

*(1) Letter to the Honorable Martin Glenn Regarding Update on Related Proceedings (with exhibits)*  [Dkt. No. 13700]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |