| | |
|---|---|
| Eric B. Fisher | Thomas Moers Mayer |
| Neil S. Binder | Robert T. Schmidt |
| Lindsay A. Bush | Jonathan M. Wagner |
| Lauren K. Handelsman | Jennifer Sharret |
| BINDER & SCHWARTZ LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| 366 Madison Avenue, 6th Floor | 1177 Avenue of the Americas |
| New York, New York 10017 | New York, New York 10036 |
| Telephone: (212) 510-7008 | Telephone: (212) 715-9100 |
| *Attorneys for the Motors Liquidation Company Avoidance Action Trust* | *Attorneys for Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al*.,

                        Debtors.
------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Joint Motion of Motors Liquidation Company Avoidance Action Trust and Official Committee Of Unsecured Creditors for Entry of (A) Stipulation and Agreed Order (I) Settling Disputed Entitlements of Debtor-In-Possession Lenders and Official Committee of Unsecured Creditors to Potential Term Loan Avoidance Action Proceeds and (II) Modifying Avoidance Action Trust Agreement to Implement Settlement, and (B) Order (I) Approving Settlement of the Allocation Dispute, (II) Approving Amendments to the Avoidance Action Trust Agreement, and (III) Authorizing the Avoidance Action Trust to Grant a Lien to the DIP Lenders* [Bankr. Dkt. 13688] (the "**Motion**"), previously scheduled for August 5, 2016 at 10:00 a.m., has been **adjourned to August 10, 2016 at 10:00 a.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that reply papers, if any, shall be filed by **5:00 p.m. on August 5, 2016**.

Dated: New York, New York
August 2, 2016

Respectfully submitted,

| **BINDER & SCHWARTZ LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
|---|---|
| /s/ Eric B. Fisher | /s/ Robert T. Schmidt |
| Eric B. Fisher | Thomas Moers Mayer |
| Neil S. Binder | Robert T. Schmidt |
| Lindsay A. Bush | Jonathan M. Wagner |
| Lauren K. Handelsman | Jennifer Sharret |
| 366 Madison Avenue, 6th Floor | 1177 Avenue of the Americas |
| New York, New York 10017 | New York, New York 10036 |
| Tel: (212) 510-7008 | (212) 715-9100 |
| *Attorneys for the Motors Liquidation Company Avoidance Action Trust* | *Attorneys for Official Committee of Unsecured Creditors* |