**ADJOURNED STATUS CONFERENCE DATE AND TIME: To Be Determined**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.:  09-50026 (MG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF STATUS CONFERENCE**

PLEASE TAKE NOTICE that the status conference in connection with the *Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith, With Respect to the Stevens Plaintiffs*, dated July 1, 2016 [ECF No. 13664], previously scheduled for August 5, 2016, has been adjourned to a date to be determined.

Dated: New York, New York
August 3, 2016

                        Respectfully submitted,

                        /s/ Scott Davidson
                        Scott Davidson
Arthur Steinberg
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:	(212) 556-2100
Facsimile:	(212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200

*Attorneys for General Motors LLC*