EMMET, MARVIN & MARTIN, LLP
Paul T. Weinstein, Esq.
120 Broadway, 32nd Floor
New York, New York 10271
Telephone: 212-238-3000
Facsimile: 212-238-3100

*Conflicts Counsel to the Motors Liquidation
Company Avoidance Action Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (MG)<br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>Plaintiff,<br><br>- against –<br><br>UNITED STATED DEPARTMENT OF THE TREASURY and EXPORT DEVELOPMENT CANADA,<br><br>Defendants. | Adv. P. No. 11-09406 (MG) |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as conflicts counsel for

the Motors Liquidation Company Avoidance Action Trust (the "**Trust**") in the above-referenced

Chapter 11 bankruptcy proceeding, Case No. 09-50026 (MG), and Adversary Proceeding Case

No. 11-09406 (MG), pursuant to Bankruptcy Rules 2002 and 9010(b) and Section 1109(b) of the Bankruptcy Code, for the purpose of responding on behalf of the Trust to the Objection of Davidson Kempner Capital Management LP, filed on July 29, 2016, to the Joint Motion of the Trust and the Official Committee of Unsecured Creditors, filed on July 15, 2016, and requests that that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

>Paul T. Weinstein, Esq.
>Emmet, Marvin & Martin, LLP
>120 Broadway, 32nd Floor
>New York, New York 10271
>Telephone: (212) 238-3000
>Facsimile: (212) 238-3100
>E-mail: pweinstein@emmetmarvin.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: August 4, 2016

>EMMET, MARVIN & MARTIN, LLP
>
>By:   */s/ Paul T. Weinstein*
>      Paul T. Weinstein
>      120 Broadway, 32nd Floor
>      New York, New York 10271
>      Telephone:   212-238-3000
>      Facsimile:   212-238-3100
>
>      *Conflicts Counsel to the Motors Liquidation*
>      *Company Avoidance Action Trust*

-2-