KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                  :        Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,   :        Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., *et al.*            :
                                                       :
                                Debtors.        :        (Jointly Administered)
-------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on *August 3, 2016*, I caused to be served a true and correct copy of

General Motors LLC's *Notice Of Adjournment of Status Conference With Respect to General*

*Motors LLC's Motion To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And*

*Injunction, And The Rulings In Connection Therewith, With Respect To The Stevens Plaintiffs*

[Dkt. No. 13710], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the person(s) and/or entities listed therein by causing copies of same to be delivered *via* email and/or *via* overnight mail.

Dated: August 8, 2016
      New York, New York

                  KING & SPALDING LLP

                  By: /s/   Scott I. Davidson____
                  Arthur J. Steinberg
                  Scott Davidson
                  King & Spalding LLP
                  1185 Avenue of the Americas
                  New York, NY 10036
                  Telephone: (212) 556-2100
                  Facsimile: (212) 556-2222

                  *Attorneys for General Motors LLC*

**Service List For August 3, 2016:**

**Documents Served *via* Email:**

(1) *General Motors LLC's Notice Of Adjournment of Status Conference With Respect to General Motors LLC's Motion To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith, With Respect To The Stevens Plaintiffs* [Dkt. No. 13710]

Josh Davis, Esq.
DAVIS LAW GROUP
1010 Lamar, Suite 200
Houston, TX 77002
josh@thejdfirm.com

*Counsel for the Stevens Plaintiffs*

## Service List For August 3, 2016

**Documents Served *via* Overnight Delivery:**

*(1) General Motors LLC's Notice Of Adjournment of Status Conference With Respect to General Motors LLC's Motion To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith, With Respect To The Stevens Plaintiffs* [Dkt. No. 13710]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |