**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008

*Attorneys for the Motors Liquidation Company*
*Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.

------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

**AFFIDAVIT OF SERVICE**

Tessa B. Harvey, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Binder & Schwartz LLP, 366 Madison Avenue, 6th Floor, New York, New York, 10017.

2. On August 5, 2016, I served the following documents by e-mailing true and correct copies to the Master Service List, pursuant to the Supplemental Case Management Order #1 (Adv. Pro. ECF No. 481) in the Adversary Proceeding captioned *Motors Liquidation Company Avoidance Action Trust v. JPMorgan Chase Bank, N.A.*, Case No. 09-00504, via the following email address: MasterServiceList@TermLoanAvoidanceAction.com:

    i. Reply of Motors Liquidation Company Avoidance Action Trust to River Birch Capital LLC's Limited Objection to Joint Motion of Motors Liquidation Company Avoidance Action Trust and Official Committee of Unsecured Creditors for Entry of (A) Stipulation and Agreed Order (I) Settling Disputed Entitlements of Debtor-In-Possession Lenders and Official Committee of Unsecured Creditors to Potential Term

Loan Avoidance Action Proceeds and (II) Modifying Avoidance Action Trust Agreement to Implement Settlement, and (B) Order (I) Approving Settlement of the Allocation Dispute, (II) Approving Amendments to the Avoidance Action Trust Agreement, and (III) Authorizing the Avoidance Action Trust to Grant a Lien to the DIP Lenders (ECF No. 13714); and

        ii.    Reply of Motors Liquidation Company Avoidance Action Trust to Davidson Kempner Capital Management LP's Objection to Joint Motion of Motors Liquidation Company Avoidance Action Trust and Official Committee of Unsecured Creditors for Entry of (A) Stipulation and Agreed Order (I) Settling Disputed Entitlements of Debtor-In-Possession Lenders and Official Committee of Unsecured Creditors to Potential Term Loan Avoidance Action Proceeds and (II) Modifying Avoidance Action Trust Agreement to Implement Settlement, and (B) Order (I) Approving Settlement of the Allocation Dispute, (II) Approving Amendments to the Avoidance Action Trust Agreement, and (III) Authorizing the Avoidance Action Trust to Grant a Lien to the DIP Lenders (ECF No. 13715).

_____
Tessa B. Harvey

Sworn to and subscribed before me this
8th day of August, 2016

_____

LINDSAY A BUSH
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02BU6126284
COMMISSION EXPIRES 05/02/2017