Paul T. Weinstein
**EMMET, MARVIN & MARTIN, LLP**
120 Broadway, 32nd Floor
New York, New York 10271
Telephone: (212) 238-3000

*Conflicts Counsel to the Motors Liquidation*
*Company Avoidance Action Trust*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

In re:                                                    Chapter 11

MOTORS LIQUIDATION COMPANY, f/k/a                         Case No. 09-50026 (MG)
GENERAL MOTORS CORPORATION, *et al.*,                     (Jointly Administered)

                               Debtors.

----------------------------------------------------------------------x

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

## AFFIDAVIT OF SERVICE

Brooke K. Haley, being duly sworn, deposes and says:

1.      I am over the age of 18, am not a party to this action, and am employed by Emmet, Marvin & Martin, LLP, 120 Broadway, 32nd Floor, New York, New York 10271.

2.      On August 5, 2016, I served the following document by e-mailing a true and correct copy to the Master Service List, pursuant to the Supplemental Case Management Order #1 (Adv. Pro. ECF No. 481) in the Adversary Proceeding captioned *Motors Liquidation Company Avoidance Action Trust v. JPMorgan Chase Bank, N.A.*, Case No. 09-00504, via the following email address: MasterServiceList@TermLoanAvoidanceAction.com:

i.      Reply of Motors Liquidation Company Avoidance Action Trust to Davidson Kempner Capital Management LP's Objection to the Joint Motion of Motors Liquidation Company Avoidance Action Trust and Official Committee of Unsecured Creditors for Entry of (a) Stipulation and Agreed Order (i) Settling Disputed Entitlements of Debtors-In-Possession Lenders and Official Committee of Unsecured Creditors to Potential Term Loan Avoidance Action Proceeds and (ii) Modifying Avoidance Action Trust Agreement to Implement Settlement, and (b)

Order (i) Approving Settlement of the Allocation Dispute, (ii) Approving Amendments to the Avoidance Action Trust Agreement, and (iii) Authorizing the Avoidance Action Trust to Grant a Lien to the DIP Lenders (ECF No. 13715)

_____
Brooke K. Haley

Sworn to and subscribed before me this
__ th day of August, 2016

_____

**SHARON E. ELWIN**
**Notary Public, State of New York**
**No. 01EL6239865**
**Qualified in New York County**
**Commission Expires April 25, 2019**

2