# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

August 11, 2016

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      Re:    **In re Motors Liquidation Company, *et al.***
               **Case No. 09-50026 (MG)**

             **Letter Regarding Update on Related Proceedings**

Dear Judge Glenn:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM. Specifically, on August 10, 2016, New GM filed the *Petition For Panel Rehearing And Rehearing En Banc of General Motors LLC (GM LLC)* ("**Rehearing Petition**") with the United States Court of Appeals for the Second Circuit ("**Second Circuit**") in connection to the Opinion issued on July 13, 2016 by the Second Circuit. A copy of the Rehearing Petition is attached hereto at **Exhibit A**. Also, on August 10, 2016, the National Association of Manufacturers filed the *Motion to File Amicus Curiae Brief*, with brief attached ("**NAM Motion**"). A copy of the NAM Motion is attached hereto at **Exhibit B**.

                          Respectfully submitted,

                          */s/ Scott Davidson*

                          Scott Davidson

Honorable Martin Glenn
August 11, 2016
Page 2

SD/hs
Encl.

cc: Edward S. Weisfelner
    Howard Steel
    Sander L. Esserman
    Jonathan L. Flaxer
    S. Preston Ricardo
    Matthew J. Williams
    Lisa H. Rubin
    Keith Martorana
    Daniel Golden
    Deborah J. Newman
    William Weintraub
    Gregory Fox
    Steve W. Berman
    Elizabeth J. Cabraser
    Robert C. Hilliard
    Gary Peller