KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 11, 2016*, I caused to be served a true and correct copy of General Motors LLC's *Letter to the Honorable Martin Glenn Regarding Update on Related Proceedings* [Dkt. No. 13726], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* overnight mail.

Dated: August 11, 2016
      New York, New York

                              KING & SPALDING LLP

                              By: /s/   Scott I. Davidson
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Attorneys for General Motors LLC*

**Service List For August 11, 2016:**

**Documents Served *via* Email:**

(1) General Motors LLC's *Letter to the Honorable Martin Glenn Regarding Update on Related Proceedings* [Dkt. No. 13726]

HSteel@brownrudnick.com
EWeisfelner@brownrudnick.com
MJWilliams@gibsondunn.com
jflaxer@golenbock.com
pricardo@golenbock.com
LRubin@gibsondunn.com
KMartorana@gibsondunn.com
djnewman@akingump.com
dgolden@AkinGump.com
GFox@goodwinprocter.com
Steve@hbsslaw.com
bobh@hmglawfirm.com
peller@law.georgetown.edu
WWeintraub@goodwinprocter.com
schmidt@whafh.com
abloomer@kirkland.com
rgodfrey@kirkland.com
esserman@sbep-law.com
ECABRASER@lchb.com

## Service List For August 11, 2016

**Documents Served *via* Overnight Delivery:**

*(1)* General Motors LLC's *Letter to the Honorable Martin Glenn Regarding Update on Related Proceedings*  [Dkt. No. 13726]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |