**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for the Motors Liquidation*
*Company Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (MG) (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | |
| | Adversary Proceeding |
| Plaintiff, | |
| | Case No. 09-00504 (MG) |
| against | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

------------------------------------------------------------------------x

### NOTICE OF CASE MANAGEMENT CONFERENCE

PLEASE TAKE NOTICE that a Case Management Conference is scheduled for **September 29, 2016 at 4:00 p.m. (Eastern Time)** before the Honorable Judge Martin Glenn, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

1

Dated: August 11, 2016
      New York, New York

                Respectfully submitted,

                **BINDER & SCHWARTZ LLP**

                /s/ Eric B. Fisher
                Eric B. Fisher
                Neil S. Binder
                Lindsay A. Bush
                Lauren K. Handelsman
                366 Madison Avenue, 6th Floor
                New York, New York 10017
                Tel: (212) 510-7008
                Facsimile: (212) 510-7299

                *Attorneys for the Motors Liquidation*
                *Company Avoidance Action Trust*