**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for the Motors Liquidation*
*Company Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, f/k/a<br>GENERAL MOTORS CORPORATION, *et al.*,<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 09-50026 (MG)<br>(Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE<br>ACTION TRUST, by and through the Wilmington Trust<br>Company, solely in its capacity as Trust Administrator and<br>Trustee,<br><br>                                  Plaintiff,<br><br>          against<br><br>JPMORGAN CHASE BANK, N.A., *et al.*,<br><br>                                Defendants. | Adversary Proceeding<br><br>Case No. 09-00504 (MG) |

------------------------------------------------------------------------x

**AMENDED NOTICE OF CASE MANAGEMENT CONFERENCE**

     PLEASE TAKE NOTICE that a Case Management Conference in the above-referenced

Adversary Proceeding, *Motors Liquidation Company Avoidance Action Trust v. JPMorgan Chase*

*Bank, N.A.*, Case. No. 09-00504, is scheduled for **September 29, 2016 at 4:00 p.m. (Eastern**

**Time)** before the Honorable Judge Martin Glenn, United States Bankruptcy Judge, in Room 523

1

of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated:  August 12, 2016
       New York, New York

                                     Respectfully submitted,

                                     **BINDER & SCHWARTZ LLP**

                                     /s/ Eric B. Fisher
                                     Eric B. Fisher
                                     Neil S. Binder
                                     Lindsay A. Bush
                                     Lauren K. Handelsman
                                     366 Madison Avenue, 6th Floor
                                     New York, New York 10017
                                     Tel: (212) 510-7008
                                     Facsimile: (212) 510-7299

                                     *Attorneys for the Motors Liquidation*
                                     *Company Avoidance Action Trust*