KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 9, 2016*, I caused to be served a true and correct copy of General Motors LLC's *Letter to the Honorable Martin Glenn Regarding Update on Meet and Confer in Light of Second Circuit's Opinion dated July 13, 2016* [Dkt. No. 13725], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* overnight mail.

Dated: August 15, 2016
New York, New York

                                      KING & SPALDING LLP

                                      By: /s/   Scott I. Davidson
                                      Arthur J. Steinberg
                                      Scott Davidson
                                      King & Spalding LLP
                                      1185 Avenue of the Americas
                                      New York, NY 10036
                                      Telephone: (212) 556-2100
                                      Facsimile: (212) 556-2222

                                      *Attorneys for General Motors LLC*

**Service List For August 9, 2016:**

**Documents Served *via* Email:**

(1) General Motors LLC's *Letter to the Honorable Martin Glenn Regarding Update on Meet and Confer in Light of Second Circuit's Opinion dated July 13, 2016*  [Dkt. No. 13725]

hsteel@brownrudnick.com
eweisfelner@brownrudnick.com
mjwilliams@gibsondunn.com
jflaxer@golenbock.com
pricardo@golenbock.com
lrubin@gibsondunn.com
kmartorana@gibsondunn.com
djnewman@akingump.com
dgolden@akingump.com
gfox@goodwinprocter.com
steve@hbsslaw.com
bobh@hmglawfirm.com
peller@law.georgetown.edu
wweintraub@goodwinprocter.com

## Service List For August 9, 2016

**Documents Served *via* Overnight Delivery:**

(1) General Motors LLC's *Letter to the Honorable Martin Glenn Regarding Update on Meet and Confer in Light of Second Circuit's Opinion dated July 13, 2016*  [Dkt. No. 13725]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |