**BROWN**RUDNICK

EDWARD S. WEISFELNER
direct dial: (212) 209-4900
fax: (212) 938-2900
eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

August 16, 2016

**VIA E-MAIL**
**AND ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

**RE:    In re Motors Liquidation Company,** *et al.*
**Case No. 09-50026 (MG)**

**Letter Regarding Update on Related Proceedings**

Dear Judge Glenn:

    We write as Co-Designated Counsel for the Ignition Switch Plaintiffs, Pre-Closing Accident Ignition Switch Plaintiffs, and certain Non-Ignition Switch Plaintiffs in the above-referenced matter. Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments relating to the next bellwether trial against General Motors LLC ("**New GM**") pending in the multi-district litigation (In re General Motors LLC Ignition Switch Litigation, Case No. 14-MD-2543 (S.D.N.Y.)). Specifically, on August 15, 2016, Judge Jesse Furman issued an opinion and order granting in part and denying in part New GM's motion for summary judgment filed in connection with claims asserted by Stephanie Cockram against New GM in the next bellwether trial. A copy of the opinion and order is attached hereto as **Exhibit 1**.

Respectfully submitted,

| | |
|---|---|
| */s/ Edward S. Weisfelner* <br> Edward S. Weisfelner | */s/ William P. Weintraub* <br> William P. Weintraub |
| *Designated Counsel for Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs* | *Designated Counsel for Pre-Closing Accident Ignition Switch Plaintiffs* |

 */s/ Sander L. Esserman*
Sander L. Esserman

*Designated Counsel for Economic Loss Plaintiffs and certain Non-Ignition Switch Plaintiffs*

Encl.

cc:   Honorable Jesse M. Furman
      Arthur Steinberg
      Scott Davidson
      Matt Williams
      Lisa Rubin
      Daniel Golden
      Deborah Newman
      Jonathan L. Flaxer
      Gary Peller