# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

August 22, 2016

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

      Re:   **In re Motors Liquidation Company,** *et al.*
              **Case No. 09-50026 (MG)**

             **Correspondence in Connection with New GM's Request for
             Status Conference on Successor Liability Issue**

Dear Judge Glenn:

     King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter.  On August 19, 2016, Lead Counsel filed a letter with Judge Furman in MDL 2543 ("**Lead Counsel Response Letter**"), in response to New GM's letter ("**New GM August 19 Letter**") to Your Honor filed on the same day [Dkt. No. 13738] requesting a status conference in connection with successor liability claims against New GM.  The Lead Counsel Response Letter was provided to Your Honor on August 19, 2016 by Designated Counsel.  *See* Dkt. No. 13739.  Today, August 22, 2016, New GM filed a letter in MDL 2543 replying to the Lead Counsel Response Letter ("**New GM Response Letter**").  A copy of the New GM Response Letter is attached hereto as **Exhibit "1**."

     If the Court has any questions or needs additional information, please let me know.

Honorable Martin Glenn
August 22, 2016
Page 2

                                            Respectfully submitted,

                                            */s/ Scott Davidson*

                                            Scott Davidson

SD/hs
Encl.

cc:      Service List for New GM August 19 Letter