# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

August 23, 2016

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    Re: **In re Motors Liquidation Company,** *et al.*
       **Case No. 09-50026 (MG)**

       **Filing of New GM's** *Norville* **Summary
       Judgment Motion in MDL 2543**

Dear Judge Glenn:

  King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. In New GM's letter to Your Honor, dated August 19, 2016 ("**New GM August 19 Letter**"), seeking a status conference in connection with the Successor Liability Issue (as defined in the New GM August 19 Letter), New GM stated that it would provide the Court with a courtesy copy of the *Norville* summary judgment motion filed by New GM in MDL 2543. Accordingly, attached hereto as **Exhibit "A"** is the *Norville* summary judgment motion filed by New GM in MDL 2543 yesterday.

  If the Court has any questions or needs additional information, please let me know.

              Respectfully submitted,

              */s/ Scott Davidson*

              Scott Davidson

Honorable Martin Glenn
August 23, 2016
Page 2

SD/hs
Encl.

cc:     Service List for New GM August 19 Letter