# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

August 26, 2016

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

> Re: **In re Motors Liquidation Company**, *et al.*
> Case No. 09-50026 (MG)
>
> **Status of Stevens Motion to Enforce**

Dear Judge Glenn:

King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. On July 1, 2016, New GM filed with the Court the *Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith, With Respect to the Stevens Plaintiffs* [ECF No. 13664] ("**Stevens Motion to Enforce**"). On July 13, 2016, the Court so-ordered a stipulation and order that, among other things, provided certain relief and adjourned the hearing date on the Stevens Motion to Enforce to August 5, 2016 ("**August 5 Hearing**"). Thereafter, (a) the Court converted the August 5 Hearing to a status conference, and (b) the August 5 status conference was further adjourned (without date). *See* Dkt. No. 13710.

The Stevens case was tried in the Texas state court, and on August 25, 2016, the jury returned a verdict in favor of New GM, and against Stevens. Accordingly, New GM is withdrawing the Stevens Motion to Enforce.

Honorable Martin Glenn
August 26, 2016
Page 2

      If the Court has any questions or needs additional information, please let us know.

      Respectfully submitted,

      */s/ Scott Davidson*

      Scott Davidson

SD/hs

cc:    Josh Davis, Esq.