Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
BINDER & SCHWARTZ LLP
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008

*Attorneys for the Motors Liquidation Company Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, *et al.*, | Chapter 11<br><br>Case No. 09-50026 (MG)<br>(Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------x

**NOTICE OF AMENDMENT AND RESTATEMENT OF MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST AGREEMENT**

The Motors Liquidation Company Avoidance Action Trust, by its undersigned counsel, hereby files the Second Amended and Restated Avoidance Action Trust Agreement dated as of August 25, 2016 (the "**Second Amended and Restated Agreement**"), a copy of which is annexed hereto as Exhibit A.

The Second Amended and Restated Agreement amends and restates in its entirety the Amended and Restated Avoidance Action Trust Agreement dated March 30, 2011, as authorized by the *Memorandum Opinion and Order Approving Motion for an Order Approving Stipulation of Settlement and Other Relief* issued by this Court on August 24, 2016 [Bankr. Dkt. No. 13744].

Dated: New York, New York
August 29, 2016

**BINDER & SCHWARTZ LLP**

/s/ Eric B. Fisher
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008

*Attorneys for the Motors Liquidation Company Avoidance Action Trust*