KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                           :    Chapter 11
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                        :
                                                                :
                            Debtors.                            :    (Jointly Administered)
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 26, 2016*, I caused to be served a true and correct copy of General Motors LLC's *Letter dated August 26, 2016 to the Honorable Martin Glenn Regarding Status of Stevens Motion to Enforce* [Dkt. No. 13746], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or *via* overnight mail.

Dated: August 31, 2016
     New York, New York

                                    KING & SPALDING LLP

                                    By: /s/ Scott I. Davidson
                                    Arthur J. Steinberg
                                    Scott Davidson
                                    King & Spalding LLP
                                    1185 Avenue of the Americas
                                    New York, NY 10036
                                    Telephone: (212) 556-2100
                                    Facsimile: (212) 556-2222

                                    *Attorneys for General Motors LLC*

**Service List For August 26, 2016:**

**Documents Served *via* Email:**

(1) General Motors LLC's *Letter dated August 26, 2016 to the Honorable Martin Glenn Regarding Status of Stevens Motion to Enforce* [Dkt. No. 13746]

Joshua P. Davis
JOSH DAVIS LAW FIRM
1010 Lamar, Suite 200
Houston, TX 77002
T: 713-337-4100
josh@thejdfirm.com

*Counsel for Stevens Plaintiffs*

## Service List For August 26, 2016

**Documents Served *via* Overnight Delivery:**

(1) General Motors LLC's *Letter dated August 26, 2016 to the Honorable Martin Glenn Regarding Status of Stevens Motion to Enforce* [Dkt. No. 13746]

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Joshua P. Davis<br>JOSH DAVIS LAW FIRM<br>1010 Lamar, Suite 200<br>Houston, TX 77002<br>T: 713-337-4100<br>josh@thejdfirm.com<br><br>*Counsel for Stevens Plaintiffs* |