# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE: No. 14-md-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*

*Amy Ladon Norville v. General Motors LLC*, No. 14-cv-8176

-------------------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF
# PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Plaintiff Amy Norville hereby withdraws her Motion For Partial Summary Judgment (dkt 3270).

Dated: September 2, 2016                    Respectfully Submitted,

                                            By: */s/ Krysta Kauble Pachman*

                                            Robert C. Hilliard
                                            State Bar No. 09677700
                                            Federal ID No. 5912
                                            bobh@hmglawfirm.com
                                            Rudy Gonzales, Jr.
                                            State Bar No. 08121700
                                            Federal ID No. 1896
                                            rudyg@hmglawfirm.com
                                            Catherine D. Tobin
                                            State Bar No. 24013642
                                            Federal ID No. 25316
                                            catherine@hmglawfirm.com
                                            Marion Reilly
                                            Texas Bar No. 24079195
                                            Federal ID No. 1357491
                                            marion@hmglawfirm.com

**HILLIARD MUÑOZ GONZALES LLP**
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, TX 78401
Telephone No.: (361) 882-1612
Facsimile No.: (361) 882-3015

Thomas J. Henry
State Bar No. 09484210
Federal ID No. 12980
tjh@tjhlaw.com
Curtis W. Fitzgerald, II
State Bar No. 24012626
Federal ID No. 24980
cfitzgerald@tjhlaw.com
**THOMAS J. HENRY INJURY ATTORNEYS**
521 Starr St.
Corpus Christi, Texas 78401
Telephone No.: (361) 985-0600
Facsimile No.: (361) 985-0601

Seth Ard
New York State Bar No. 4773982
Tamar Lusztig
New York State Bar No. 5125174
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
sard@susmangodfrey.com
tlusztig@susmangodfrey.com
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Marc M. Seltzer
California State Bar No. 054534
Steven G. Sklaver
California State Bar No. 237612
Kalpana Srinivasan
California State Bar No. 237460
Krysta Kauble Pachman
California State Bar No. 280951
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
ksrinivasan@susmangodfrey.com

kpachman@susmangodfrey.com
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

**ATTORNEYS FOR PLAINTIFFS**

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on September 2, 2016 which will send notification of such filing to the e-mail addresses registered.

*/s/ Krysta Kauble Pachman*
Krysta Kauble Pachman