STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Daniel A. Ross
Christopher M. Guhin
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400

*Attorneys for Davidson Kempner Capital Management LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re                                                                           :    Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, f/k/a                          :    Case No. 09-50026 (MG)
GENERAL MOTORS CORPORATION, *et al.,*                      :
                                                 :    (Jointly Administered)
                         Debtors.                   :

------------------------------------------------------------ x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK     )
                            : ss.:
COUNTY OF NEW YORK    )

     Michael Magzamen, being duly sworn, affirms and says:

     1.   I am over 18 years of age and am not a party to the above-captioned proceedings.  I am

employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York,

New York 10038.

     2.   On September 2, 2016, affiant served, true and correct copies of the following documents

with all exhibits attached thereto (if applicable) via first class mail upon those parties as set forth

on the attached Service List:

-    *Notice of Appeal* [ECF No. 13749];

-    *Civil Cover Sheet* [ECF No. 13754]; and

- *Statement of Case Relatedness* [ECF No. 13755].

/s/ Michael Magzamen
_____
Michael Magzamen

Sworn to before me this
6th day of September, 2016

/s/ Gabriel Sasson
_____
NOTARY PUBLIC

Gabriel Sasson
Notary Public, State of New York
No. 02SA6229974
Qualified in Kings County
Commission Expires October 25, 2018

## Service List

Andrew D. Velez-Rivera
Andrew B. Schwartz
Brian S. Masumoto
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

Preet Bharara
Attn: David S. Jones, Of Counsel
United States Attorney for the
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

Vedder Price
Michael J. Edelman
Michael L. Schein
1633 Broadway, 47th Floor
New York, New York 10019

Binder & Schwartz LLP
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
336 Madison Avenue, 6th Floor
New York, New York 10017

Kramer, Levin, Naftalis & Frankel LLP
Thomas Moers Mayer
Robert T. Schmidt
Jonathan M. Wagner
Jennifer Sharret
1177 Avenue of the Americas
New York, New York 10036

Westerman, Ball, Ederer, Miller, Zucker &
Sharestein, LLP
Richard F. Harrison, III
Eric G. Waxman, III
1201 RXR Plaza
Uniondale, New York 11556

Emmet, Marvin & Martin, LLP
Attn:  Paul T. Weinstein, Esq.
120 Broadway
New York, New York 10271