# **Exhibit A**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September, two thousand sixteen.
_____

In the Matter of: Motors Liquidation Company,

    Debtor.
_____

Celestine Elliott, Lawrence Elliott, Berenice Summerville,

    Creditors - Appellants - Cross-Appellees,

Sesay and Bledsoe Plaintiffs, Ignition Switch Plaintiffs, Ignition Switch Pre-Closing Accident Plaintiffs, Doris Powledge Phillips,

    Appellants-Cross-Appellees,

Groman Plaintiffs,

    Appellants,

v.

General Motors LLC,

    Appellee - Cross-Appellant,

Wilmington Trust Company,

    Trustee - Appellee - Cross-Appellant,

Participating Unitholders,

    Creditors - Appellees - Cross - Appellants.
_____

**ORDER**

Docket Nos: 15-2844 (Lead)
                15-2847 (XAP)
                15-2848 (XAP)

Appellee-Cross-Appellants, General Motors LLC, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk