KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                                :     Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                :     Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*           :
                                                     :
                        Debtors.         :     (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      This is to certify that on *September 21, 2016*, I caused to be served a true and correct copy of General Motors LLC's *Letter to the Honorable Martin Glenn Providing Update on Related Proceedings* [Dkt. No. 13767], by electronic mail on all parties receiving notice *via* the Court's ECF System.

      In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or overnight mail.

Dated: September 23, 2016
New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        *Attorneys for General Motors LLC*

**Service List For September 21, 2016**

**Documents Served *via* E-mail:**

(1) General Motors LLC's *Letter Dated September 21, 2016 to the Honorable Martin Glenn Providing Update on Related Proceedings* [Dkt. No. 13767].

| | |
|---|---|
| Edward S. Weisfelner<br>Howard Steel<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY  10036<br>T: 212-209-4800<br>eweisfelner@brownrudnick.com<br>hsteel@brownrudnick.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* | Sander L. Esserman<br>STUTZMAN, BROMBERG,<br>  ESSERMAN & PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, TX  75201<br>T: 214-969-4900<br>esserman@sbep-law.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |
| William Weintraub<br>Gregory Fox<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY  10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Pre-Sale Accident Plaintiffs* | Robert Hilliard<br>HILLIARD MUNOZ GONZALES<br>  LLP<br>719 South Shoreline<br>Suite 500<br>Corpus Christi, TX 78401<br>T: 361-882-1612<br>bobh@hmglawfirm.com<br><br>*Lead Counsel in MDL 2543* |
| Elizabeth J. Cabraser<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br>T: 415- 956-1000<br>ecabraser@lchb.com<br><br>*Lead Counsel in MDL 2543* | Steve W. Berman<br>HAGENS BERMAN SOBOL<br>  SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WN 98101<br>T: 206-623-7292<br>steve@hbsslaw.com<br><br>*Lead Counsel in MDL 2543* |

| | |
|---|---|
| Matthew J. Williams<br>Keith R. Martorana<br>Lisa Rubin<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>lrubin@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com<br><br>*Counsel for Wilmington Trust Company as GUC Trust Administrator* | Gary Peller<br>GARY PELLER, ESQ.<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>T: 202-662-9122<br>peller@law.georgetown.edu<br><br>*Counsel for Bledsoe Plaintiffs, Elliott Plaintiffs and Sesay Plaintiffs* |
| Daniel H. Golden<br>Deborah Newman<br>AKIN GUMP STRAUSS<br>  HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>T: 212-872-1000<br>dgolden@akingump.com<br>djnewman@akingump.com<br><br>*Counsel for Participating GUC Trust Unit Holders* | Joshua P. Davis<br>JOSH DAVIS LAW FIRM<br>1010 Lamar, Suite 200<br>Houston, TX 77002<br>T: 713-337-4100<br>josh@thejdfirm.com<br><br>*Counsel for Doris Phillips* |
| Jonathan L. Flaxer<br>Preston Ricardo<br>GOLENBOCK EISENMAN<br>  ASSOR BELL & PESKOE LLP<br>437 Madison Avenue<br>New York, NY 10022<br>T: 212-907-7300<br>jflaxer@golenbock.com<br>pricardo@golenbock.com<br><br>*Counsel for Groman Plaintiffs* | Alexander Schmidt<br>Malcolm T. Brown<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016<br>T: 212-545-4600<br>schmidt@whafh.com<br>brown@whafh.com<br><br>*Counsel for ABC Flooring, Inc., et al.* |

**Parties to the Motion to Enforce, filed by New GM on June 1, 2016 [Dkt No. 13634]**

| | |
|---|---|
| Tab Turner, Esq.<br>TURNER & ASSOC.<br>4705 Somers Ave., S-100,<br>North Little Rock, AR 72116<br>T: 501-791-2277 – Phone<br>tab@tturner.com<br><br>*Counsel for Tibbetts and Chapman Plaintiffs* | William Weintraub<br>Gregory Fox<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Certain Pre-Sale Accident Plaintiffs and Post-Sale Accident Plaintiffs* |

**Parties to the Motion to Enforce filed by New GM on June 24, 2016 [Dkt No. 13655]**

| | |
|---|---|
| Laurence B. Springberg, Esq.<br>THOMAS & SPRINGBERG<br>844 East Sahara Ave.<br>Las Vegas, NV 89104-3017<br>T: (702) 731-9222<br>lspringberg@thomasandspringberg.com<br><br>*Counsel for the Atanaw Plaintiff* | Martin E. Regan, Esq.<br>REGAN LAW PLC<br>2125 St Charles Ave.<br>New Orleans, LA 70130<br>T: (504) 522-7260<br>mregan@reganlaw.net<br>lrayon@reganlaw.net<br><br>*Counsel for the Barbot Plaintiffs* |
| Rick Morrison, Esq.<br>7149 Mid Pines Dr,<br>Montgomery, AL 36117<br>bluegrayton@me.com<br><br>Keith Medley, Esq.<br>JOHNSON, PASEUR & MEDLEY, LLC<br>1847 North Wood Ave.<br>Florence, AL 35630<br>T: (256) 766-3131<br>keith.medley@johnsonpaseur.com<br><br>*Counsel for the Black Plaintiff* | Kenneth C. Anthony, Jr., Esq.<br>K. Jay Anthony, Esq.<br>ANTHONY LAW FIRM, P.A.<br>P.O. Box 3565<br>250 Magnolia Street<br>Spartanburg, S.C. 29306<br>T: (864) 582-2355<br>kanthony@anthonylaw.com<br>janthony@anthonylaw.com<br><br>*Counsel for the Moore Plaintiffs* |

| | |
|---|---|
| Joram Hirsch, Esq.<br>ADELMAN HIRSCH & CONNORS LLP<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604<br>T:  203-331-8888<br>jhirsch@ahctriallaw.com<br><br>*Counsel for the Pitterman Plaintiffs* | Kris Ted Ledford, Esq.<br>LEDFORD LAW FIRM<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>T: (918) 376-4610<br>kris@ledford-lawfirm.com<br><br>*Counsel for the Pope Plaintiffs* |
| Steven J. Crowley, Esq.<br>CROWLEY, BUNGER & PRILL<br>3012 Division St.<br>Burlington, IA 52601<br>T: (319) 753-1330<br>scrowley@cbp-lawyers.com<br><br>*Counsel for the Boker Plaintiffs* | Michael Andrews, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN,<br>  PORTIS & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama 36104<br>mike.andrews@beasleyallen.com<br><br>*Counsel for the Neal Plaintiffs* |
| Paul Vernon Minix, Jr.<br>Dewitt County Jail<br>208 E. Live Oak<br>Cuero, TX 77954<br><br>*Minix – Pro Se Plaintiff* | Paul Minix 2330<br>Quail Lane<br>Longview, Texas 75602<br><br>*Minix – Pro Se Plaintiff* |

**Parties Subject to the Pilgrim Motion to Enforce**

| | |
|---|---|
| André E. Jardini, Esq.<br>K.L. Myles, Esq.<br>KNAPP, PETERSEN & CLARKE<br>550 North Brand Boulevard, Suite 1500<br>Glendale, CA 91203<br>T: (818) 547-5000<br>aej@kpclegal.com<br>klm@kpclegal.com<br><br>*Counsel for the Pilgrim Plaintiffs* | |

**Service List For September 21, 2016**

**Documents Served *via* Overnight Delivery:**

(1) General Motors LLC's *Letter Dated September 21, 2016 to the Honorable Martin Glenn Providing Update on Related Proceedings* [Dkt. No. 13767].

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Paul Vernon Minix, Jr.<br>Dewitt County Jail<br>208 E. Live Oak<br>Cuero, TX 77954<br><br>*Pro-Se Plaintiff* |
| Paul Minix<br>2330 Quail Lane<br>Longview, Texas 75602<br><br>*Pro-Se Plaintiff* | |