KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Thomas Moers Mayer
Robert T. Schmidt
Jonathan M. Wagner
Jennifer Sharret

*Attorneys for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE | Chapter 11 |
| MOTORS LIQUIDATION Company, f/k/a GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (MG) |
| Debtors. | (Jointly Administered) |

**APPELLEE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'[1]**
**DESIGNATION OF ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

The Official Committee of Unsecured Creditors ("Appellee"), through its undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

| Item | Date | Docket & Case Nos. | Description |
|---|---|---|---|
| 1 | 12/30/2011 | ECF No. 33 (Adv. Pro. No. 11-09406)[2] | Designation of Contents (appellant). U.S. Department of the Treasury's Designation of Contents of Record on Appeal and Statement of Issues on Appeal |
| 2 | 5/9/2012 | ECF No. 11 (S.D.N.Y. Case. | ENDORSED LETTER addressed to |

---

[1] The Official Committee of Unsecured Creditors consulted with the other appellees in preparing this counter-designation.

[2] We believed that Appellant intended to designate this docket number as No. 29 in Appellant's Designation of Items to be Included in the Record on Appeal.

1

| | | | |
|---|---|---|---|
| | | No. 12-695) | Judge Colleen McMahon from Michael J. Edelman dated 5/8/2012 re: EDC respectfully requests an opportunity to submit a brief addressing this new interpretation that was first raised de novo by the Court at Friday's oral argument. ENDORSEMENT: I would prefer that you wait until I propound a list of questions I have arising out of oral argument and respond to them in in fulsome writing. |
| 3 | 6/5/2012 | ECF No. 13 (S.D.N.Y. Case No. 12-695) | Appellant's Reply Brief filed by Export Development Canada |
| 4 | 8/11/2016 | ECF No. 13729 (Bankr. Case No. 09-50026) | Letter providing record citations pertinent to one issue referenced during August 10 oral argument filed by David S. Jones on behalf of United States of America |
| 5 | 8/11/2016 | ECF No. 61 (Adv. Pro. No. 11-09406) | Copy of Order of U.S. District Court Judge Colleen McMahon signed on 7/3/12 and modified on 8/11/16 to correct signature date. |

**RESERVATION OF RIGHTS**

Appellee reserves the right to withdraw, supplement, amend, or modify its designations and to move to strike any items included by the Appellant in its Designation of Items for the Record on Appeal.

Dated: September 27, 2016
       New York, New York

       KRAMER LEVIN NAFTALIS & FRANKEL LLP

       /s/ Jennifer Sharret
       Thomas Moers Mayer
       Robert T. Schmidt
       Jonathan M. Wagner
       Jennifer Sharret
       1177 Avenue of the Americas
       New York, New York 10036
       Telephone: (212) 715-9100

       *Attorneys for Official Committee of Unsecured Creditors*