# EXHIBIT A

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand and sixteen.

Before:       Chester J. Straub,
              Denny Chin,
              Susan L. Carney,
                    *Circuit Judges.*

_____

In the Matter of:  Motors Liquidation Company,
          Debtor.

_____          **ORDER**

Celestine Elliott, Lawrence Elliott, Berenice Summerville,          Docket Nos. 15-2844(L)

          Creditors - Appellants - Cross-Appellees,                           15-2847(XAP)
                                                                              15-2848(XAP)

Sesay and Bledsoe Plaintiffs, Ignition Switch Plaintiffs,
Ignition Switch Pre-Closing Accident Plaintiffs, Doris
Powledge Phillips,

          Appellants-Cross-Appellees,

Groman Plaintiffs,

          Appellants,

v.

General Motors LLC,

          Appellee - Cross-Appellant,

Wilmington Trust Company,

          Trustee - Appellee - Cross-Appellant,

Participating Unitholders,

          Creditors - Appellees - Cross - Appellants.

_____

Appellee-Cross-Appellant General Motors LLC filed a motion to stay issuance of this Court's mandate pending the filing and disposition of a petition for writ of *certiorari* in the Supreme Court.

IT IS HEREBY ORDERED that the motion is DENIED.


For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court