# EXHIBIT B

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of July, two thousand and sixteen.

Before:         Chester J. Straub,
                Denny Chin,
                Susan L. Carney,
                            *Circuit Judges*,

_____

In the Matter of:  Motors Liquidation Company,

                Debtor.

***********************************************

Celestine Elliott, Lawrence Elliott, Berenice Summerville,

                Creditors - Appellants - Cross-Appellees,

Sesay and Bledsoe Plaintiffs, Ignition Switch Plaintiffs, Ignition Switch Pre-Closing Accident Plaintiffs, Doris Powledge Phillips,

                Appellants-Cross-Appellees,

Groman Plaintiffs,

                Appellants,

v.

General Motors LLC,

                Appellee - Cross-Appellant,

Wilmington Trust Company,

                Trustee - Appellee - Cross-Appellant,

Participating Unitholders,

JUDGMENT
Docket Nos. 15-2844(L)
                15-2847(XAP)
                15-2848(XAP)

**MANDATE ISSUED ON 09/30/2016**

Creditors - Appellees - Cross - Appellants.

_____

      The appeals in the above captioned case from a judgment of the United States Bankruptcy Court for the Southern District of New York were argued on the district court's record and the parties' briefs.   Upon consideration thereof,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that with respect to the bankruptcy court's decision:

(1) the decision not to enforce the Sale Order as to the independent claims is AFFIRMED;

(2) the decision to enforce the Sale Order as to the Used Car Purchasers' claims and claims relating to the ignition switch defect, including pre-closing accident claims and economic loss claims, is REVERSED;

(3) the decision to enforce the Sale Order as to claims relating to other defects is VACATED; and

(4) the decision on equitable mootness as advisory is VACATED.

The case is REMANDED for further proceedings consistent with this Court's opinion.

                For The Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit