# Notice Recipients

District/Off: 0208−1  User: mlopez  Date Created: 10/6/2016
Case: 09−50026−mg  Form ID: tranapl  Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Kristopher M. Hansen    khansen@stroock.com

TOTAL: 1