**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (MG) (Jointly Administered) |
| Debtors. | |

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR 11:30 A.M., NOVEMBER 16, 2016**

The Court held a case management conference in this case on July 18, 2016. During the conference, the Court raised questions regarding the impact of the remand order from the Second Circuit in *In re Motors Liquidation Co.*, 829 F.3d 135 (2d Cir. 2016). (*See* Transcript of July 18, 2016 Hearing, at 12–13 (ECF Doc. # 13,697.) This Court directed New GM's counsel to meet and confer with plaintiffs' counsel in product defect cases to identify issues this Court will need to address in light of the remand, and what, if any discovery, the parties believe may be required with respect to the issues to be addressed in the bankruptcy court.

The Court has received a series of status reports from New GM's counsel since the July 18, 2016 Hearing, many of which are copies of letters submitted by New GM's counsel to Judge Furman in the district court. The most recent letter to this Court is dated October 10, 2016 (ECF Doc. # 13,773); Exhibit A to the letter attaches an October 7, 2016 letter to Judge Furman. Section 1 of Exhibit A reports to Judge Furman on the status of the bankruptcy proceedings. That section advises Judge Furman that "[i]t is anticipated that further meet and confers will take place shortly and that the Bankruptcy Court will schedule a hearing in the next 30 days to discuss how best to proceed in that court on bankruptcy related issues."

Despite this Court's July 18, 2016 direction for counsel to meet and confer *and* to identify the issues that this Court must address and any discovery the parties believe they should be permitted to undertake, no joint or separate proposals have been received by this Court. Therefore, the Court directs that counsel for New GM and for the product defect plaintiffs shall meet again on or before November 2, 2016 in an effort to agree on a statement of issues that this Court must address and what, if any, discovery should be permitted in connection with those issues.

On or before November 10, 2016, New GM's counsel shall prepare and file a status report identifying separately (i) the issues that counsel agree must be addressed by this Court, (ii) to the extent that counsel do not agree, the issues that different counsel believe must be addressed by this Court, and (iii) the discovery that counsel believe should be permitted.

New GM's counsel shall arrange for and give notice of a Court Call telephone number for appearance at the November 16, 2016 Hearing. All counsel who wish to appear and be heard at the hearing who maintain their principal office in New York City must appear at the hearing in person; counsel who wish to appear and be heard at the hearing who maintain their principal office outside New York City may appear by telephone.

**IT IS SO ORDERED.**

Dated:   October 18, 2016
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge