UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                              :         Chapter 11
                                                                         :
MOTORS LIQUIDATION COMPANY, *et al*.,         :         Case Nos.:  09-50026 (MG)
    f/k/a General Motors Corp., *et al*.                  :
                                                                         :         (Jointly Administered)
                      Debtors.              :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, the law firm set forth below appears as counsel for William D. Pilgrim, Walter Goetzman, Chad Reese, Jerome E. Pederson, Ahmed J. Cannon, Michael Fernandez, Roy Haleen, Howard Kopel, Robert C. Murphy, Mike Peters, Marc Adams, Kaleb Isley, Kai Qian, Mark Rowe, Dallas Wicker, Miguel Quezada, Christopher Constantine, Bradley Grant, John Parsons, Robert L. Briggs, Robert Edgar, Roger L. Browning, Lyle Dunahoo, Aaron Clark, Alan Pelletier, Edwin William Krause, Frank Juzswik, S. Garrett Beck, David Sheldon, Jan Engwis, Adam Balducci, Alan Ferrer, Jared Kiley, Jeff Kolodzi, Derek Van Den Top, Morris Smith, Andres Frey, Shawn Bain, Jeffrey M. Millslagle and Robert Geiss (the "Pilgrim Plaintiffs"), each a creditor and party-in-interest in the above captioned Chapter 11 bankruptcy cases, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that the following names and address be added to the mailing list maintained by the Clerk of the Court and Debtors' counsel in these cases and further demands that all notices given or required to be given in these cases and all papers served or required to be served in these cases by all counsel, parties-in-interest, and this Court be given to and served upon the following:

**Klestadt Winters Jureller Southard & Stevens, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Attn: Sean C. Southard
Brendan M. Scott
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
bscott@klestadt.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above captioned cases and proceedings therein.

Dated: New York, New York
October 21, 2016

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: */s/ Brendan M. Scott*
Sean C. Southard
Brendan M. Scott
200 West 41st Street 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
bscott@klestadt.com

*Counsel to the Pilgrim Plaintiffs*