**CASE MANAGEMENT CONFERENCE: NOVEMBER 16, 2016 AT 11:30 A.M.**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Counsel for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al*.,               :    Case No.: 09-50026 (MG)
       f/k/a General Motors Corp., *et al*.         :
                                                    :    (Jointly Administered)
                       Debtors.                     :
-------------------------------------------------------------x

**NOTICE OF CASE MANAGEMENT CONFERENCE**

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Order Setting Case Management Conference for 11:30 a.m., November 16, 2016*, entered on October 18, 2016 [Dkt. No. 13775], the Court has scheduled a case management conference that will take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **November 16, 2016 at 11:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that all counsel who wish to appear and be heard at the case management conference who maintain their principal office in New York City must appear at the conference in person; counsel who wish to appear and be heard at the conference who maintain their principal office outside New York City may appear by telephone. To appear by telephone, please call CourtCall at (888) 882-6878 to arrange for your appearance.

Dated: New York, New York
November 11, 2016

/s/ Scott Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

DMSLIBRARY01\21600\162081\29671705.v1-11/10/16