Presentment Date and Time: November 21, 2016 at 12:00 p.m. (Eastern Time)
Response Deadline: November 21, 2016 at 11:30 a.m. (Eastern Time)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Matthew J. Williams
Keith R. Martorana

*Attorneys for the Motors Liquidation Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
:
**In re**                               :      **Chapter 11 Case No.**
                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.*,  :      **09-50026 (MG)**
      f/k/a **General Motors Corp.,** *et al.*  :
                                        :
                        Debtors.        :      **(Jointly Administered)**
                                        :
----------------------------------------------------------x

**NOTICE OF PRESENTMENT AND APPLICATION FOR ORDER EXPUNGING
CLAIM FILED BY SANG CHUL LEE AND DUKSON LEE (CLAIM NUMBER 70062)**

**PLEASE CAREFULLY REVIEW THIS NOTICE, APPLICATION AND ATTACHMENT. THIS NOTICE APPLIES TO YOUR FILED PROOF OF CLAIM WHICH IS THE SUBJECT OF A PROPOSED ORDER EXPUNGING THE CLAIM.**

**PLEASE TAKE NOTICE** that the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan dated March 18, 2011, makes this application and will present the attached Order (the "**Proposed Order**") to the Honorable Martin Glenn, United States Bankruptcy Judge, for approval and signature at Room 523 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), One Bowling Green, New York, New York 10004 on **November 21, 2016, at 12:00 p.m. (Eastern Time)**, which expunges the filed proof of claim (the "**Claim**") below:

| **Claimant** | **Claim No.** |
|---|---|
| SANG CHUL LEE AND DUKSON LEE (the "**Claimant**") | 70062 |

**PLEASE TAKE FURTHER NOTICE** that, the GUC Trust is seeking expungement of the Claim because (i) the Claimant asserted claims brought in a lawsuit styled *Lee, et al. v. ANC Car Rental Corporation, General Motors Corporation and Hong-Jun Jeon*, Cause No. CV-20050307 (the "**Action**") in the Superior Court of the State of Arizona in and for the County of Coconino (the "**State Trial Court**"); (ii) the Action was allowed to proceed in the State Trial Court, and subsequently on appeal, pursuant to that certain *Stipulation and Agreed Order Between the Motors Liquidation Company GUC Trust, Sang Chul Lee, and Dukson Lee Providing for Limited Modification of the Automatic Stay and the Plan Injunction* (ECF No. 10650) (the "**Lift Stay Order**"); and (iii) the Action is now fully resolved in favor of the GUC Trust. After the Lift Stay Order was entered, the State Trial Court dismissed the Claimant's claims on the basis of a failure to prosecute. On November 3, 2015, the Arizona Court of Appeals, Division One (the "**State Appellate Court**"), affirmed the dismissal by the State Trial Court. On May 20, 2016, the Supreme Court of Arizona denied Claimant's petition for review of the State Appellate Court's affirmance of the dismissal. On August 19, 2016, Claimant filed a petition for writ of certiorari (the "**Cert Petition**") with the Supreme Court of the United States. On October 31, 2016, the Cert Petition was denied by the Supreme Court of the United States.

**PLEASE TAKE FURTHER NOTICE** that, based on the October 31, 2016 denial of the Cert Petition by the Supreme Court of the United States, and the resulting exhaustion of the Claimant's ability to appeal the dismissal of its Claim, the GUC Trust seeks to remove the Claim from the claims registry, to ensure that the claims registry accurately reflects claims being

sought against the GUC Trust.

**PLEASE TAKE FURTHER NOTICE** that, if the Claimant objects to the expungement of the Claim, as set forth in the Proposed Order, the Claimant must file a response, in writing, which shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Gibson, Dunn & Crutcher LLP, attorneys for the Motors Liquidation Company GUC Trust, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Matthew J. Williams, Esq. and Keith Martorana, Esq.) (ii) King & Spalding LLP, attorneys for General Motors LLC, 1185 Avenue of the Americas, New York, NY 10036-4003 (Attn: Arthur J. Steinberg, Esq., and Scott Davidson, Esq.); (iii) Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for the United States Department of the Treasury, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Douglas R. Davis, Esq. and Lauren Shumejda, Esq.); (iv) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Kathleen Cochrane); (v) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vi) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., and Jennifer

Sharret, Esq.); (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: William K. Harrington, Esq.); (viii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (ix) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (x) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.); (xi) FTI Consulting, as the GUC Trust Monitor, 3 Times Square, 9th Floor, New York, NY 10036 (Attn: Conor Tully); (xii) Crowell & Moring LLP, attorneys for the Revitalizing Auto Communities Environmental Response Trust, 590 Madison Avenue, 19th Floor, New York, New York 10022-2524 (Attn: Michael V. Blumenthal, Esq.); (xiii) Kirk P. Watson, Esq., as the Asbestos Trust Administrator, 2301 Woodlawn Boulevard, Austin, Texas 78703, (xiv) Arthur J. Gonzalez, Esq. as the Avoidance Action Trust Monitor, c/o New York University School of Law, 40 Washington Square, South, New York, NY 10012; and (xv) Binder & Schwartz LLP, attorneys for the Avoidance Action Trust, 366 Madison Avenue, 6th Floor, New York, New York 10017 (Attn: Eric B. Fisher, Esq.), so as to be received no later than **November 21, 2016 at 11:30 a.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that, if no responses to the Proposed Order are timely filed and served, the GUC Trust may, on or after the Response Deadline, submit

to the Bankruptcy Court an order substantially in the form of the Proposed Order, which may be entered without further notice or opportunity to be heard offered to any party.

Dated: New York, New York
November 14, 2016

GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Matthew J. Williams

Matthew J. Williams
Keith R. Martorana
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for the Motors Liquidation Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, *et al.*, : 09-50026 (MG)
    f/k/a General Motors Corp., *et al.* :
:
                Debtors. : (Jointly Administered)
:
-------------------------------------------------------------x

## ORDER EXPUNGING CLAIM FILED BY
## SANG CHUL LEE AND DUKSON LEE (CLAIM NUMBER 70062)

Upon the notice of presentment and application for an order (the "**Proposed Order**") expunging the claim filed Sang Chul Lee and Dukson Lee (Claim Number 70062), dated November 14, 2016, of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011; and due and proper notice of the application and the Proposed Order having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought is in the best interests of the Debtors, their estates, creditors, and all parties in interest and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim Number 70062 is hereby disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____ \_\_\_\_, 2016
      New York, New York

                                                             United States Bankruptcy Judge