KING & SPALDING LLP  
1185 Avenue of the Americas  
New York, NY 10036  
Telephone:     (212) 556-2100  
Facsimile:     (212) 556-2222  
Arthur Steinberg  
Scott Davidson  

KIRKLAND & ELLIS LLP  
300 North LaSalle  
Chicago, IL 60654  
Telephone:     (312) 862-2000  
Facsimile:     (312) 862-2200  
Richard C. Godfrey, P.C. (*admitted pro hac vice*)  
Andrew B. Bloomer, P.C. (*admitted pro hac vice*)  

*Attorneys for General Motors LLC*

KING & SPALDING LLP  
Arthur J. Steinberg  
(asteinberg@kslaw.com)  
1185 Avenue of the Americas  
New York, NY 10036  
Tel: (212) 556-2100  

Edward L. Ripley (*admitted pro hac vice*)  
(eripley@kslaw.com)  
1100 Louisiana Street  
Suite 4000  
Houston, TX 77002  
Tel: (713) 751-3200  

*Attorneys for GMAM Investment Funds Trust, Lehman GMAM Investment Funds Trust, and Pension Inv Committee of GM for GM Employees Domestic Group Pension Trust*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| | : | f/k/a General Motors Corp., *et al.* |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | : : : : | Adversary Proceeding No. 09-00504 (MG) |
| | : | |

DMSLIBRARY01\29686067.v1

|                          |   |
|--------------------------|---|
| Plaintiff,               | : |
| -against-                | : |
|                          | : |
| JPMORGAN CHASE BANK, N.A. *et al,* | : |
|                          | : |
| Defendants.              | : |
|                          | : |

-------------------------------------------------------------- X

**NOTICE OF MATTERS SCHEDULED FOR HEARING
ON NOVEMBER 16, 2016 AT 11:00 A.M. and 11:30 A.M (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS IN AN ADVERSARY PROCEEDING (11:00 A.M.)**

1. Notice of Moving Defendants' Motion to Dismiss the Action Against Them (**Adv. Proc. Docket No. 701**).

   Responses Filed:

   A. Memorandum of Law in Opposition to the GIFT Trust's Motion to Dismiss the Amended Complaint (**Adv. Proc. Docket No. 760**).

   B. Declaration of Eric B. Fisher in Support of Plaintiff's Opposition to the GIFT Trust's Motion to Dismiss the Amended Complaint (**Adv. Proc. Docket No. 761**).

   C. Declaration of Angela Ferrante (**Adv. Proc. Docket No. 762**).

   Replies Filed:

   D. Reply in Support of Moving Defendants' Motion to Dismiss the Action Against Them (**Adv. Proc. Docket No. 779**).

   E. Affidavit of Jason Glass (**Adv. Proc. Docket No. 780**).

   **Status:**    This matter is going forward.

DMSLIBRARY01\29686067.v1

**II.     CONFERENCES (11:30 A.M.)**

1.  *In re Motors Liquidation Company, et al.*, Case No. 09-50026 (REG):  Notice of Case Management Conference, filed by General Motors LLC **(ECF 13787)**.

Responses Filed:

A.    None to Date.

Replies Filed:

B.    None to Date.

Additional Documents:

D. Order Setting Case Management Conference for 11:30 a.m., November 16, 2016 (**ECF 13775**)

E. Status Report Pursuant to Order Setting Case Management Conference, filed by General Motors LLC **(ECF 13786)**.

**Status:**     This matter is going forward as a case management conference.

Dated: November 15, 2016
      New York, New York

           KING & SPALDING LLP

           By: /s/   Arthur Steinberg
           Arthur J. Steinberg
           Scott Davidson
           King & Spalding LLP
           1185 Avenue of the Americas
           New York, NY 10036
           Telephone: (212) 556-2100
           Facsimile: (212) 556-2222

           Richard C. Godfrey, P.C. (admitted *pro hac vice*)
           Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
           KIRKLAND & ELLIS LLP
           300 North LaSalle
           Chicago, IL 60654
           Telephone: (312) 862-2000
           Facsimile: (312) 862-2200

           *Attorneys for General Motors LLC*

           Arthur J. Steinberg
           (asteinberg@kslaw.com)
           1185 Avenue of the Americas
           New York, NY 10036
           Tel: (212) 556-2100

           Edward L. Ripley
           (*admitted pro hac vice*)
           (eripley@kslaw.com)
           1100 Louisiana Street
           Suite 4000
           Houston, TX 77002
           Tel: (713) 751-3200

           *Attorneys for GMAM Investment Funds Trust,*
           *Lehman GMAM Investment Funds Trust, and*
           *Pension Inv Committee of GM for GM Employees*
           *Domestic Group Pension Trust*