**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :    09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                   :
                                                               :
                        Debtors.                   :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## ORDER EXPUNGING CLAIM FILED BY
## SANG CHUL LEE AND DUKSON LEE (CLAIM NUMBER 70062)

Upon the notice of presentment and application for an order (the "Proposed Order") expunging the claim filed Sang Chul Lee and Dukson Lee (Claim Number 70062), dated November 14, 2016, of the Motors Liquidation Company GUC Trust (the "GUC Trust"), formed by the above-captioned debtors (collectively, the "Debtors") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011; and due and proper notice of the application and the Proposed Order having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought is in the best interests of the Debtors, their estates, creditors, and all parties in interest and after due deliberation and sufficient cause appearing therefor, it is:

**ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, Claim Number 70062 is hereby disallowed and expunged; and it is further

[*Remainder of page intentionally left blank*]

      **ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

Dated:  December 5, 2016
        New York, New York

                                              **/s/ Martin Glenn**
                                               MARTIN GLENN
                                      United States Bankruptcy Judge