Kris Ted Ledford
LEDFORD LAW FIRM
Heritage Professional Plaza
425 East 22nd Street, Suite 101
Owasso, OK 74055
Telephone: (918) 376-4610
Facsimile: (918) 376-4993
Email: kris@ledford-lawfirm.com

*Attorney for Christopher Pope and Gwendolyn Pope*



RECEIVED
DEC - 9 2016
U.S BANKRUPTCY COURT
SO. DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :    Case No.: 09-50026(MG)
    f/k/a General Motors Corp., *et al.*                    :
                                                            :    (Jointly Administered)
                    Debtors.                                :
-----------------------------------------------------------x

## MOTON FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Kris Ted Ledford, request admission *pro hac vice* before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York to represent Christopher Pope and Gwendolyn Pope ("Pope Plaintiffs") in connection with the Motion by General Motors LLC to Enforce (Dkt. 13655-1)("GM Motion") and the 2016 Threshold Issues in the above referenced case.

I certify that I am a member in good standing of the bar of the State of Oklahoma and am admitted to practice before the U.S. District Courts for the Northern, Eastern, and Western Districts of Oklahoma and the Tenth Circuit Court of Appeals.

I have submitted the filing fee of $200.00 with this motion.

Dated: December 6, 2016.

Respectfully submitted,

*[signature: Kris Ted Ledford]*

KRIS TED LEDFORD, OBA #17552
LEDFORD LAW FIRM
Heritage Professional Plaza
425 East 22nd Street, Suite 101
Owasso, OK  74055
Telephone: (918) 376-4610
Facsimile: (918) 376-4993
Email: kris@ledford-lawfirm.com

*Attorney for Christopher Pope and Gwendolyn Pope*