UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                              :     Chapter 11
                                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,       :     Case No.: 09-50026(MG)
    f/k/a General Motors Corp., *et al.*                :
                                                                    :     (Jointly Administered)
                           Debtors.                         :
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Kris Ted Ledford, to be admitted, *pro hac vice*, to represent Christopher Pope and Gwendolyn Pope ("Pope Plaintiffs") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Oklahoma and the bar of the U.S. District Courts for the Northern, Eastern, and Western Districts of Oklahoma and the Tenth Circuit Court of Appeals, it is hereby

ORDERED, that Kris Ted Ledford is admitted to practice, *pro hac vice*, in the above referenced case to represent the Pope Plaintiffs in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 12, 2016.

                                                                                              /s/Martin Glenn
                                                                                  UNITED STATES BANKRUPTCY JUDGE