# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

December 13, 2016

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

   Re: **In re Motors Liquidation Company,** *et al.*
     **Case No. 09-50026 (MG)**

     **Letter Regarding Update on Related Proceedings**

Dear Judge Glenn:

  King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [Dkt. No. 13131], we write to update the Court regarding developments in proceedings relating to New GM. Specifically, yesterday, Judge Furman entered a "text only" order in MDL 2543 granting in part and denying in part a letter motion filed by the Elliott, Sesay and Bledsoe Plaintiffs for leave to file amended complaints and to remand certain claims. A copy of the relevant excerpt from the docket of MDL 2543 is attached hereto as **Exhibit "A."**

            Respectfully submitted,

            */s/ Scott Davidson*

            Scott Davidson

SD/hs
Encl.

cc: Parties Set Forth On Schedule "1" Annexed Hereto.

DMSLIBRARY01\21600\162081\29772300.v1-12/13/16

## SCHEDULE 1

| | |
|---|---|
| Edward S. Weisfelner, Esq.<br>Howard Steel, Esq.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>T: 212-209-4800<br>eweisfelner@brownrudnick.com<br>hsteel@brownrudnick.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* | Sander L. Esserman, Esq.<br>STUTZMAN, BROMBERG,<br>  ESSERMAN & PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>T: 214-969-4900<br>esserman@sbep-law.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |
| William Weintraub, Esq.<br>Gregory Fox, Esq.<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Pre-Sale Accident Plaintiffs* | Robert Hilliard, Esq.<br>HILLIARD MUNOZ GONZALES LLP<br>719 South Shoreline<br>Suite 500<br>Corpus Christi, TX 78401<br>T: 361-882-1612<br>bobh@hmglawfirm.com<br><br>*Lead Counsel in MDL 2543* |
| Elizabeth J. Cabraser, Esq.<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br>T: 415- 956-1000<br>ecabraser@lchb.com<br><br>*Lead Counsel in MDL 2543* | Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL<br>  SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WN 98101<br>T: 206-623-7292<br>steve@hbsslaw.com<br><br>*Lead Counsel in MDL 2543* |

Honorable Martin Glenn
December 13, 2016
Page 3

| | |
|---|---|
| Matthew J. Williams, Esq.<br>Keith R. Martorana, Esq.<br>Lisa Rubin, Esq.<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>lrubin@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com<br><br>*Counsel for Wilmington Trust Company as GUC Trust Administrator* | Gary Peller, Esq.<br>GARY PELLER, ESQ.<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>T: 202-662-9122<br>peller@law.georgetown.edu<br><br>*Counsel for Bledsoe Plaintiffs, Elliott Plaintiffs and Sesay Plaintiffs* |
| Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>AKIN GUMP STRAUSS<br>  HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>T: 212-872-1000<br>dgolden@akingump.com<br>djnewman@akingump.com<br><br>*Counsel for Participating GUC Trust Unit Holders* | Joshua P. Davis, Esq.<br>JOSH DAVIS LAW FIRM<br>1010 Lamar, Suite 200<br>Houston, TX 77002<br>T: 713-337-4100<br>josh@thejdfirm.com<br><br>*Counsel for Doris Phillips* |
| Jonathan L. Flaxer, Esq.<br>Preston Ricardo, Esq.<br>GOLENBOCK EISENMAN<br>  ASSOR BELL & PESKOE LLP<br>437 Madison Avenue<br>New York, NY 10022<br>T: 212-907-7300<br>jflaxer@golenbock.com<br>pricardo@golenbock.com<br><br>*Counsel for Groman Plaintiffs* | Alexander Schmidt, Esq.<br>Malcolm T. Brown, Esq.<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016<br>T: 212-545-4600<br>schmidt@whafh.com<br>brown@whafh.com<br><br>*Counsel for ABC Flooring, Inc., et al.* |

09-50026-mg    Doc 13801    Filed 12/13/16    Entered 12/13/16 10:18:11    Main Document
Pg 4 of 10

Honorable Martin Glenn
December 13, 2016
Page 4

**Parties to the Motion to Enforce, filed by New GM on June 1, 2016 [Dkt. No. 13634]**

| | |
|---|---|
| Tab Turner, Esq.<br>TURNER & ASSOC.<br>4705 Somers Ave., S-100,<br>North Little Rock, AR 72116<br>T: 501-791-2277 – Phone<br>tab@tturner.com<br><br>*Counsel for Tibbetts and Chapman Plaintiffs* | William Weintraub, Esq.<br>Gregory Fox, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Certain Pre-Sale Accident Plaintiffs and Post-Sale Accident Plaintiffs* |

**Parties to the Motion to Enforce filed by New GM on June 24, 2016 [Dkt. No. 13655]**

| | |
|---|---|
| Laurence B. Springberg, Esq.<br>THOMAS & SPRINGBERG<br>844 East Sahara Ave.<br>Las Vegas, NV 89104-3017<br>T: (702) 731-9222<br>lspringberg@thomasandspringberg.com<br><br>*Counsel for the Atanaw Plaintiff* | Martin E. Regan, Esq.<br>REGAN LAW PLC<br>2125 St Charles Ave.<br>New Orleans, LA 70130<br>T: (504) 522-7260<br>mregan@reganlaw.net<br>lrayon@reganlaw.net<br><br>*Counsel for the Barbot Plaintiffs* |
| Rick Morrison, Esq.<br>7149 Mid Pines Dr,<br>Montgomery, AL 36117<br>bluegrayton@me.com<br><br>Keith Medley, Esq.<br>JOHNSON, PASEUR & MEDLEY, LLC<br>1847 North Wood Ave.<br>Florence, AL 35630<br>T: (256) 766-3131<br>keith.medley@johnsonpaseur.com<br><br>*Counsel for the Black Plaintiff* | Kenneth C. Anthony, Jr., Esq.<br>K. Jay Anthony, Esq.<br>ANTHONY LAW FIRM, P.A.<br>P.O. Box 3565<br>250 Magnolia Street<br>Spartanburg, S.C. 29306<br>T: (864) 582-2355<br>kanthony@anthonylaw.com<br>janthony@anthonylaw.com<br><br>*Counsel for the Moore Plaintiffs* |

Honorable Martin Glenn
December 13, 2016
Page 5

| | |
|---|---|
| Joram Hirsch, Esq.<br>ADELMAN HIRSCH & CONNORS LLP<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604<br>T: 203-331-8888<br>jhirsch@ahctriallaw.com<br><br>*Counsel for the Pitterman Plaintiffs* | Kris Ted Ledford, Esq.<br>LEDFORD LAW FIRM<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>T: (918) 376-4610<br>kris@ledford-lawfirm.com<br><br>*Counsel for the Pope Plaintiffs* |
| Steven J. Crowley, Esq.<br>CROWLEY, BUNGER & PRILL<br>3012 Division St.<br>Burlington, IA 52601<br>T: (319) 753-1330<br>scrowley@cbp-lawyers.com<br><br>*Counsel for the Boker Plaintiffs* | Michael Andrews, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN,<br>  PORTIS & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama 36104<br>mike.andrews@beasleyallen.com<br><br>*Counsel for the Neal Plaintiffs* |
| Paul Minix<br>2330 Quail Lane<br>Longview, Texas 75602<br><br>*Minix – Pro Se Plaintiff* | |

## Parties Subject to the Pilgrim Motion to Enforce

| | |
|---|---|
| André E. Jardini, Esq.<br>K.L. Myles, Esq.<br>KNAPP, PETERSEN & CLARKE<br>550 North Brand Boulevard, Suite 1500<br>Glendale, CA 91203<br>T: (818) 547-5000<br>aej@kpclegal.com<br>klm@kpclegal.com<br><br>*Counsel for the Pilgrim Plaintiffs* | Sean C. Southard, Esq.<br>Brendan M. Scott, Esq.<br>KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>T: (212) 972-3000<br>ssouthard@klestadt.com<br>bscott@klestadt.com<br><br>*Counsel for the Pilgrim Plaintiffs* |

Honorable Martin Glenn
December 13, 2016
Page 6

### Other Parties

| Victor J. Mastromarco, Esq.<br>Russell C. Babcock, Esq.<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Ave<br>Saginaw, MI 48602<br>T: (989) 752-1414<br>vmastromarco@aol.com<br>russellbabcock@aol.com<br><br>*Counsel for the Pillars Plaintiffs* | |
|---|---|

# EXHIBIT A

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:14-md-02543-JMF

In re: General Motors LLC Ignition Switch Litigation
Assigned to: Judge Jesse M. Furman
Referred to: Magistrate Judge James L. Cott (Settlement)
Related Cases: 1:14-cv-04265-JMF
1:14-cv-04267-JMF
1:14-cv-04268-JMF
1:14-cv-04270-JMF
1:14-cv-04272-JMF
1:14-cv-04273-JMF
1:14-cv-04338-JMF
1:14-cv-04339-JMF
1:14-cv-04340-JMF
1:14-cv-04342-JMF
1:14-cv-04345-JMF
1:14-cv-04346-JMF
1:14-cv-04348-JMF
1:14-cv-04350-JMF
1:14-cv-02714-JMF
1:14-cv-04630-JMF
1:14-cv-04632-JMF
1:14-cv-04637-JMF
1:14-cv-04641-JMF
1:14-cv-04650-JMF
1:14-cv-04662-JMF
1:14-cv-04661-JMF
1:14-cv-04667-JMF
1:14-cv-04672-JMF
1:14-cv-04676-JMF
1:14-cv-04684-JMF
1:14-cv-04686-JMF
1:14-cv-04690-JMF
1:14-cv-04691-JMF
1:14-cv-04692-JMF
1:14-cv-04699-JMF
1:14-cv-04701-JMF
1:14-cv-04685-JMF
1:14-cv-04702-JMF
1:14-cv-04704-JMF
1:14-cv-04707-JMF
1:14-cv-04714-JMF
1:14-cv-04715-JMF

Date Filed: 06/12/2014
Jury Demand: Defendant
Nature of Suit: 370 Other Fraud
Jurisdiction: Federal Question

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**All Plaintiffs**

**GM Ignition Switch MDL Plaintiffs** represented by **Elizabeth J. Cabraser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Hilliard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**All Plaintiffs**

**Debbie Hearden** represented by **Jason Paul Johnston**
Meshbesher & Sepnce, Ltd
1616 Park Avenue
Minneapolis, MN 55404
(612)-767-5129
Fax: (612)-339-9188
Email: jjohnston@meshbesher.com
*LEAD ATTORNEY*

V.

**Trustee**

**Wilmington Trust Company** represented by **Lisa Heather Rubin**
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue, 48th Floor
New York, NY 10166
(212)-351-2390
Fax: (212)-716-0790
Email: lrubin@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2016 | 3584 | ORDER granting in part and denying in part (3516) Letter Motion for Leave to File Amended Complaints in the Elliott, Sesay, and Bledsoe Cases and for Entry of an Order Suggesting Remand. Upon review of the parties' letters, Mr. Peller's motion for leave to file amended complaints is GRANTED. In light of (among other things) the stay imposed by MDL Order No. 50, the Court sees little downside to allowing the amendments (and no real prejudice to New GM). In fact, there is potential benefit to having operative pleadings that reflect the significant legal developments that have |

| | | |
|---|---|---|
| | | occurred since the current complaints were filed and that include any and all claims that Plaintiffs want to press. Accordingly, Mr. Peller's motion for leave to file amended complaints is granted; he shall file amended complaints in each of the member cases no later than December 19, 2016. (The Court reserves judgment on whether and to what extent Mr. Peller's clients should be permitted to request discovery as part of the MDL. Counsel should meet and confer with respect to any such request by Mr. Peller.) By contrast, Mr. Peller's motion for entry of an order of remand is denied without prejudice. Among other things, the Court is persuaded that the claims at issue are sufficiently intertwined with the bankruptcy proceedings and the claims in the MDL to justify keeping them as part of the MDL for now. (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) Filed In Associated Cases: 1:14-md-02543-JMF, 1:14-cv-06018-JMF, 1:14-cv-07631-JMF, 1:14-cv-08382-JMF (Furman, Jesse) (Entered: 12/12/2016) |