# Exhibit C

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re:                                                     :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                        :    Case No.: 09-50026 (MG)
           f/k/a General Motors Corp., et al.,             :
                                                           :
                    Debtors.                               :    (Jointly Administered)
-----------------------------------------------------------X

**ORDER GRANTING MOTION FOR AN ORDER GRANTING**
**AUTHORITY TO FILE LATE CLASS PROOFS OF CLAIM**

Upon the motion (the "**Motion**")[1] of the Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs pursuant to Bankruptcy Rule 9006(b)(1) seeking entry of an order granting authority to file the Proposed Class Claims; and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be given; and the Court having found and determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Plaintiffs are granted leave to file the Proposed Class Claims, which shall be deemed timely filed.

**IT IS SO ORDERED.**

Dated: _____, 2016
       New York, New York

                                                    _____
                                                    MARTIN GLENN
                                                    United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1