# EXHIBIT A – MOVANTS

1. Christine Albert
2. Lisa Allen
3. Vangie Anderson
4. Horace Atkinson, individually, and as representative of the estate of Tammeye Jan Atkinson
5. Sandra Baylor, individually and as next friend of Kyle Wojciechowski
6. Keith Bennett
7. Walter Bennett
8. Brandy Berard
9. Kathleen Bonito
10. Alicia Bowyer
11. Linda Braxton
12. Sandra Bremenkamp
13. Joseph Brooks
14. Rose Brooks
15. Cathalina Brown
16. Amanda Buckley
17. John Bueno
18. Lisa Bueno
19. Angela Burns
20. Elizabeth Burns
21. Connell Caldwell
22. Nicole Carter
23. Dessie Chandler
24. Hans Charles
25. Donna Collins, individually and as next friend of Billy Collins
26. Ruth Cuthbertson
27. Veronica Lynn Davis
28. Gayla Deforest
29. Michelle Delhommer, individually and as next friend of Justice Delhommer and Justin Kyle
30. Michael Deming
31. Peter Doinidis Jr.
32. Raymond Duckett
33. Alan Dyer, individually and as representative of the estate of Emma Dyer
34. Margaret Dyer
35. Kesha Edmonson
36. Shiza Edwards
37. Abraham Elias
38. Diane Elias
39. Michael Elias
40. Kristi Fair
41. Tabatha Ferrell
42. Edward Ferruolo

43. Robert Fish
44. Jessica Fleming
45. Rosy Garza
46. Sandra Gibbs
47. Santoria Gibbs
48. Mary Gibson
49. April Gill
50. Robert Gillespie
51. Tiffany Gomez
52. Catherine Gordon
53. Crystal Greene
54. Stephanie Grooms
55. Kevin Gross
56. Michelle Groves
57. John Hairston
58. Robert Haislah
59. Donnie Hamilton
60. Paul Harmon
61. Charlesa Harris
62. Carolyn Hartnett
63. Tanya Haseleu
64. Todd Haselue
65. Wade Hawes
66. Deana Hemminger
67. Sherell Higgins, individually and as next friend of Darrell Brown, Jr. and representative of the estate of Darneasha Brown
68. Roderick Hill
69. Sammeeka Honeycutt
70. Wesley Hubbard
71. Jamie Hueber
72. Erik Hultgren
73. Kenneth Jackman
74. Patricia Jackman
75. Gwendolyn James
76. Robert Jennings
77. Michael Johansen
78. Jason Johndro
79. Kara Johnson
80. Volanda Jones
81. Gloria Kage
82. Rahseda Kalilou
83. Michael Kavanaugh
84. William Keller
85. Andrea Laird
86. Kim Langley
87. Nick Langley

88. James Latimer
89. Nachel Leblanc
90. Gilbert LeDay
91. Janeshea Leonard
92. Kenneth Lindsay
93. Kevin Lissner
94. Marjorie Lockhart
95. Kimberly Lopez
96. Jenna Loree
97. Mark Love
98. Teeynesha Love
99. Kon Lueth
100. Patricia Lynch
101. Justin Maclin
102. Patricia McCloud
103. Sharon McGhee
104. Randall McPherson
105. Eileen Mency
106. Wycliffe Moindi
107. Melanie Mosley
108. Julie Moza
109. Richard Moza
110. Edson Myers
111. Ashley Page
112. Sammie Page
113. Kenneth Pearce
114. Earlesha Peoples
115. Ranae Peterson
116. Joell Platzke
117. Sharon Powell
118. Katherine Prados
119. Jami Pruitt
120. Shirley Pylar
121. Jose Quintanilla
122. Rosalita Quintanilla
123. Samuel Raniolo
124. Janet Reetz
125. Justin Robbins
126. Miranda Robinson
127. Dailene Rodgers
128. Rafael Rodriguez
129. Richard Rooney
130. Samara Roura
131. Amy Ruppert
132. Carla Santiago
133. Deborah Scroggins

134. Willie Shells
135. Patricia Shinko
136. Deidra Shipman
137. Rodney Sims
138. Clara Small
139. George Smith
140. Anthony Snyder
141. Rickey Sorrells
142. Christina Spencer
143. Carol Spiller
144. Deborah Stanley
145. Glenn Stanley
146. Cheryl Stevens
147. Brandon Stivers
148. Aliana Strauss
149. Kally Surbeck
150. Marshell Swafford
151. Johnnie Sykes
152. Kenya Taylor
153. Teresa Thomison
154. Aleni Torres
155. Daniel Torres
156. Chelsea Vargas
157. Hilda Vasquez
158. Houston Venable
159. Dwayne Waithe
160. Erica Walker
161. Tionnte Walker
162. Carla Wallace
163. Isaac Warren
164. Myra Washington
165. Diana Watkins
166. Tracy West
167. Rhonda Weston
168. Virginia White
169. Ashley Wiley
170. Alexander Williams
171. Tanya Willis-Singh
172. Johnny Wilson
173. Jacqueline Wright
174. Vernessa Wright
175. George Zamora