Cause no. _____

Paul Minix
    Plaintiff
    Pro se

V.

GM Motors
    Defendant

United States Bankruptcy Court
Southern District of New York

Jury Demand

FILED
2016 NOV 29 P 1:00
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

### Plaintiff's motion inquiring status of Litigation And, contact information of Defendant's counsel of Record And, copies of Any Pending orders by court

    Comes now, The Plaintiff Paul Minix, and respectfully moves this court from Texas seeking to settle the claim against GM motors for selling Plaintiff a 2009 Chevy Impala that had <u>no</u> air bags and almost killed Minix in a July 10, 2014 auto accident.

    Minix originally filed the claim against GM motors and, KIA dealership in Victoria Texas where the vehicle was purchased from but, somehow the case was consolidated with a class action in new york. Minix has written numerous times the attorneys representing GM and never heard nothing.

    Minix is presently in Texas prison and desires to settle this claim for $20,000 plus another chevy impala. GM was quick to sell me a defective vehicle that almost killed me, now they ignore me because I don't have a lawyer to push the issue.

    Minix request the courts intervention

Executed on November 19, 2016

Respectfully
Paul Minix
Paul Minix #638154
TDCJ Jester IV.
4 Jester Rd
Richmond, TX 77406

Cause no. ____________

United States Bankruptcy Court
Southern District of New York

Paul Minix
Plaintiff
v.

GM Motors
Defendant

FILED
2016 NOV 29 P 1:00
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

Plaintiff's motion [illegible] of [illegible] and
[illegible] of Defendant's [illegible]
Bankruptcy [illegible]

Comes now, the Plaintiff Paul Minix, and respectfully moves this court from Texas asking to settle the claim against Gm motors for selling plaintiff a [illegible] with bad [illegible] in a [illegible].

Minix claims that the claim against Gm motors [illegible] Victoria Texas where the vehicle was purchased [illegible] has written Numerous times the [illegible] representing Gm and never heard nothing.

[illegible] and desire to settle this claim for $[illegible],000 plus [illegible] [illegible] Defective vehicle [illegible] have a lawyer [illegible].

[illegible] the court's intervention.

[illegible]

Respectfully
[signature]
Paul Minix # [illegible]
[illegible]
[illegible]
Richmond, Tx 77406