**Status Conference: January 12, 2017 at 9:00 a.m. E.S.T.**
**Opposition Deadline: TBD**

Gary Peller
600 New Jersey Avenue, N.W.
Washington, DC 20001
(202) 662-9122
peller@law.georgetown.edu
*Counsel for Sharon Bledsoe,*
*Celestine Elliott, Lawrence Elliott,*
*and Dierra Thomas*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | ) | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., et al., | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**JOINDER OF CERTAIN IGNITION SWITCH, NON-IGNITION SWITCH, AND PRE-SALE ACCIDENT PLAINTIFFS TO THE PENDING MOTIONS FOR LEAVE TO FILE LATE PROOFS OF CLAIM**

Pursuant to the Court's Order of December 13, 2016, Dkt. No. 13802, by and through their undersigned counsel, Sharon Bledsoe, Celestine Elliott, Lawrence Elliott, Tina Farmer, and Dierra Thomas ("Plaintiffs") hereby join the motions filed by other parties for leave to file late proofs of claim in these proceedings.

Each of the Plaintiffs purchased General Motors vehicles prior to the Sale date. Mr. and Mrs. Elliott, Ms. Bledsoe, Ms. Farmer and Ms. Thomas each seek to recover for the economic loss they suffered when they purchased hazardous vehicles containing the Delta Ignition Switch defect. Mr. and Mrs. Elliott also seek to recover for economic loss they suffered in from a non-ignition switch safety hazard in another GM vehicle they purchased prior to the Sale. Ms.

Bledsoe also seeks to recover for losses she suffered, including personal injury and property damage, in connection with two accidents caused by the Delta Ignition Switch prior to the Sale.

Dated: January 5, 2017

Respectfully submitted,

*/s/ Gary Peller*
Gary Peller
600 New Jersey Avenue, N.W.
Washington, DC 20001
(202) 662-9122
peller@law.georgetown.edu
*Counsel for Sharon Bledsoe,
Celestine Elliott, Lawrence Elliott,
Tina Farmer, and Dierra Thomas,*