UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                               :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,   :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                                    :
                 Debtors.   :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017, I caused the JOINDER OF CERTAIN IGNITION SWITCH, NON-IGNITION SWITCH, AND PRE-SALE ACCIDENT PLAINTIFFS TO THE PENDING MOTIONS FOR LEAVE TO FILE LATE PROOFS OF CLAIM, DKT. 13811, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: January 5, 2017

                                                          /s/ Gary Peller
                                                          Gary Peller
                                                          600 New Jersey Avenue, NW
                                                          Washington, DC, 20001
                                                          (202) 662 9122
                                                          peller@law.georgetown.edu
                                                          Attorney for Plaintiffs