Alexander H. Schmidt
Malcolm T. Brown
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Tel.:  (212) 545-4600
Fax:  (212) 545-4653
*Counsel for Marlene S. Karu*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, | : | Case No.: 09-50026 (MG) |
|  | : |  |
| Debtor. | : | (Jointly Administered) |

------------------------------------------------------------x

## MARLENE S. KARU'S OBJECTION TO
### ORDER TO SHOW CAUSE REGARDING CERTAIN ISSUES ARISING FROM LAWSUITS WITH CLAIMS ASSERTED AGAINST GENERAL MOTORS LLC ("NEW GM") THAT INVOLVE VEHICLES MANUFACTURED BY GENERAL MOTORS CORPORATION ("OLD GM")

Marlene S. Karu ("**Karu**") respectfully objects to the *Order to Show Cause Regarding Certain Issues Arising From Lawsuits with Claims Asserted Against General Motors LLC ("New GM") that Involve Vehicles Manufactured by General Motors Corporation ("Old GM")* [Dkt. No. 13802] ("**Order to Show Cause**") on the following grounds:

1.    Objector Karu is a plaintiff in a class action filed against New GM and others pertaining to a defective Takata Airbag (the "**Takata Airbag defect**"), installed by Old GM, in her 2008 Saab 9-3, which she purchased used in or around September 2010, after the Sale Order was entered and after the 363 Sale closed.[1]

2.    Karu is a Used Car Purchaser as defined in the Order to Show Cause.

---

[1]  Defined Terms not separately defined herein shall have the meanings ascribed in the Glossary of Terms appended to the Order to Show Cause.

1

3.      Karu's lawsuit was filed in the United States District Court for the District of New Jersey on July 27, 2016. By order of the United States Judicial Panel on Multidistrict Litigation ("**JPML**") dated December 14, 2016, Karu's action was transferred to the United States District Court for the Southern District of Florida (where it is now styled *Karu v. Takata Corp., et al.* Case No. 16-25241-CV-MORENO) for inclusion in *In re: Takata Airbag Product Liability Litigation*, MDL No. 2599, Master File No. 15-MD-2599-MORENO and Case No. 14-24009-CV-MORENO ("**Takata MDL**"), pending before District Judge Federico A. Moreno.

4.      By *sua sponte* order entered December 29, 2016, Judge Moreno stayed the *Karu* case and placed it in a "civil suspense file," as he has most other "tag along" actions transferred by the JPML to the Takata MDL, while providing that "the case shall be restored to the active docket upon motion of a party if circumstances change…." [Takata MDL, 1:14-cv-24009-FAM, Dkt. No. 382.]

5.      Judge Moreno stayed the *Karu* case in part on the supposition that Karu's claims against New GM and the two other named defendants (together, the "**Takata entities**") would be prosecuted pursuant to the presently operative class action complaint, or a future amendment thereto, filed by the Takata MDL plaintiffs (collectively, the "**Takata MDL Plaintiffs**"). *Id.*

6.      The presently operative Takata MDL complaint, however, does not name New GM as a defendant. While the court-appointed lead counsel for the Takata MDL Plaintiffs have stated in public filings that the Takata MDL Plaintiffs are contemplating filing a new complaint naming New GM, it is not certain they will do so, and there is no timetable by which they must do so. Consequently, Karu's claims against New GM (and, in her view, her claims against the Takata entities) are not currently being prosecuted in the Takata MDL and may not be prosecuted by the Takata MDL Plaintiffs in the future.

7.     Karu, therefore, reserves her rights to move to restore her case to the active docket in the Takata MDL pursuant to Judge Moreno's stay order and to pursue discovery and otherwise prosecute her claims against New GM and the Takata entities in the Southern District of Florida.

8.     The Order to Show Cause states that "no discovery shall be authorized or take place in this Court regarding the 2016 Threshold Issues or any other issue related to the enforcement or applicability of the Sale Order to a claim against New GM" (the "**Discovery Bar**").

9.     Karu **OBJECTS** the Discovery Bar to the extent it is or may be interpreted to bar or interfere with Karu's efforts to obtain discovery from New GM for use against New GM *or* against the Takata entities in the *Karu* action or in the Takata MDL.  If New GM objects to any future discovery requests that Karu may serve on the ground that either her claims against New GM or her requests for discovery from New GM are impacted by the Sale Order, any such future objection should be adjudicated by Judge Moreno when the discovery objection is served.

10.     Karu further **OBJECTS** to the Order to Show Cause on the ground that she should not be deemed subject to that Order or be required to participate in the proceedings involving the 2016 Threshold Issues at all.  Neither Karu nor to her knowledge any similarly situated Used Car Purchaser with Takata Airbag defect claims against New GM (i) was given notice of the GM Ignition Switch defect-related proceedings before Judge Gerber or (ii) had their interests represented during those proceedings.  Consequently, neither Karu nor the class she seeks to represent were parties to those proceedings, and neither Karu nor the class can be bound by Judge Gerber's April 2015 or November 2015 Decisions or his June 2015 or December 2015 Judgments.  The Second Circuit's Opinion with respect to the lack of notice of the Sale Order given to Used Car Purchasers, moreover, was a ruling of law that unambiguously establishes a

legal principle in this Circuit that Karu and similarly situated Used Car Purchasers are not under any circumstances barred by the Sale Order from suing New GM. Karu should not be burdened with the need to appear before this Court to litigate issues that the Second Circuit has already definitively resolved against New GM. Karu, accordingly, respectfully seeks an order holding, pursuant to the Second Circuit's Opinion, that her claims and the *Karu* action are not barred by the Sale Order and that Karu may, as a matter of law, proceed forthwith before Judge Moreno.

WHEREFORE, Karu respectfully requests an Order holding that:

(a) the Discovery Bar in the Order to Show Cause does not prospectively bar discovery against New GM in the *Karu* action or in the Takata MDL;

(b) if New GM objects to any future discovery requests that Karu may serve on the ground that either her claims against New GM or her requests for discovery from New GM are impacted by the Sale Order, any such future objection shall be submitted for adjudication by Judge Moreno at the time Karu's discovery request and New GM's objection are served; and

(c) neither Karu's claims nor the *Karu* action are barred by the Sale Order and Karu, accordingly, is not subject to the Order to Show Cause and need not participate in the proceedings in this Court concerning the 2016 Threshold Issues.

Dated: January 3, 2017

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: */s/ Alexander H. Schmidt*
Alexander H. Schmidt
Malcolm T. Brown
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653
schmidt@whafh.com
brown@whafh.com

790999

4

## CERTIFICATE OF SERVICE

This is to certify that on January 3, 2017, I caused to be served a true and correct copy

of the attached ***Marlene S. Karu's Objection To Order To Show Cause Regarding Certain***

***Issues Arising From Lawsuits With Claims Asserted Against General Motors LLC ("New***

***GM") That Involve Vehicles Manufactured By General Motors Corporation ("Old GM")*** on

the parties below by the methods stated below:

## VIA ECF AND EMAIL:

Notice Parties

| | |
|---|---|
| Arthur Steinberg, Esq.<br>Scott Davidson, Esq.<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br>asteinberg@kslaw.com<br>sdavidson@kslaw.com<br><br>*Counsel for General Motors LLC* | Richard C. Godfrey, P.C.<br>Andrew B. Bloomer, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>rgodfrey@kirkland.com<br>abloomer@kirkland.com<br><br>*Counsel for General Motors LLC* |
| Edward S. Weisfelner,<br>Esq. Howard Steel, Esq.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>T: 212-209-4800<br>eweisfelner@brownrudnick.com<br>hsteel@brownrudnick.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* | Sander L. Esserman, Esq.<br>STUTZMAN, BROMBERG,<br>ESSERMAN & PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>T: 214-969-4900<br>esserman@sbep-law.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |

| | |
|---|---|
| William Weintraub, Esq.<br>Gregory Fox, Esq.<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Ignition Switch Pre-Sale Accident Plaintiffs and counsel to certain Ignition Switch Post-Closing Accident Plaintiffs and certain Non-Ignition Switch Post-Closing Accident Plaintiffs* | Robert Hilliard, Esq.<br>HILLIARD MUNOZ GONZALES LLP<br>719 South Shoreline<br>Suite 500<br>Corpus Christi, TX 78401<br>T: 361-882-1612<br>bobh@hmglawfirm.com<br><br>*Lead Counsel in MDL 2543* |
| Elizabeth J. Cabraser, Esq.<br>LIEFF, CABRASER,<br>HEIMANN &<br>BERNSTEIN, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br>T: 415- 956-1000<br>ecabraser@lchb.com<br><br>*Lead Counsel in MDL 2543* | Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL<br>    SHAPIROLLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WN 98101<br>T:. 206-623-7292<br>steve@hbsslaw.com<br><br>*Lead Counsel in MDL 2543* |
| Matthew J. Williams, Esq.<br>Keith R. Martorana, Esq.<br>Lisa Rubin, Esq.<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>lrubin@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com<br><br>*Counsel for Wilmington Trust Company as GUC Trust Administrator* | Gary Peller, Esq.<br>GARY PELLER, ESQ.<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>T: 202-662-9122<br>peller@law.georgetown.edu<br><br>*Counsel for Bledsoe Plaintiffs, Elliott Plaintiffs and Sesay Plaintiffs* |

| | |
|---|---|
| Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>AKIN GUMP STRAUSS<br>HAUER & FELD LLP<br>One Bryant Park<br>New York, NY  10036<br>T: 212-872-1000<br>dgolden@akingump.com<br>djnewman@akingump.com<br><br>*Counsel for Participating GUC<br>Trust Unit Holders* | Jonathan L. Flaxer, Esq.<br>Preston Ricardo, Esq.<br>Michael Weinstein, Esq.<br>GOLENBOCK EISENMAN<br>ASSOR BELL & PESKOE LLP<br>711 Third Avenue<br>New York, NY 10017<br>T: 212-907-7300<br>jflaxer@golenbock.com<br>pricardo@golenbock.com<br>mweinstein@golenbock.com<br><br>*Counsel for Groman Plaintiffs* |
| Alexander Schmidt, Esq.<br>Malcolm T. Brown, Esq.<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY  10016<br>T: 212-545-4600<br>schmidt@whafh.com<br>brown@whafh.com<br><br>*Counsel for ABC Flooring, Inc., et al.* | Joshua P. Davis, Esq.<br>JOSH DAVIS LAW FIRM<br>1010 Lamar, Suite 200<br>Houston, TX 77002<br>T: 713-337-4100<br>josh@thejdfmn.com<br><br>*Counsel for Doris Phillips* |

<u>Parties to the Motion to Enforce, filed by New GM on June 1, 2016 (ECF Doc.# 136341</u>

| | |
|---|---|
| Tab Turner, Esq.<br>TURNER & ASSOC.<br>4705 Somers Ave., S-100,<br>North Little Rock, AR 72116<br>T: 501-791-2277 - P h o n e<br>tab@ttumer.com<br><br>*Counsel for Tibbetts and Chapman<br>Plaintiffs* | William Weintraub, Esq.<br>Gregory Fox, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Certain Pre-<br>Sale Accident Plaintiffs and Post-<br>Closing Accident Plaintiffs* |

Parties to the Motion to Enforce filed by New GM on June 24,2016 (ECF Doc.# 13655]

| | |
|---|---|
| Laurence B. Springberg, Esq.<br>THOMAS & SPRINGBERG<br>844 East Sahara Ave..<br>Las Vegas, NV 89104-3017<br>T: (702) 731-9222<br>lspringberg@thomasandspringberg.com<br><br>*Counsel for the Atanaw Plaintiff* | Martin E. Regan, Esq.<br>REGAN LAW PLC<br>2125 St Charles Ave.<br>New Orleans, LA 70130<br>T: (504) 522-7260<br>mregan@reganlaw.net<br>lrayon@reganlaw.net<br><br>*Counsel for the Barbot Plaintiff* |
| Rick Morrison, Esq.<br>7149 Mid Pines Dr,<br>Montgomery, AL 36117<br>bluegrayton@me.com<br><br>Keith Medley, Esq.<br>JOHNSON, PASEUR & MEDLEY, LLC<br>1847 North Wood Ave.<br>Florence, AL 35630<br>T: (256) 766-3131<br>keith.medley@johnsonpaseur.com<br><br>*Counsel for the Black Plaintiff* | Kenneth C. Anthony, Jr., Esq.<br>K. Jay Anthony, Esq.<br>ANTHONY LAW FIRM, P.A.<br>P.O. Box 3565<br>250 Magnolia Street<br>Spartanburg, S.C. 29306<br>T: (864) 582-2355<br>kanthony@anthonylaw.com<br>janthony@anthonylaw.com<br><br>*Counsel for the Moore Plaintiffs* |
| Joram Hirsch, Esq.<br>ADELMAN HIRSCH & CONNORS LLP<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604<br>T: 203-331-8888 jhirsch@ahctriallaw.com<br><br>*Counsel for the Pitterman Plaintiffs* | Kris Ted Ledford, Esq.<br>LEDFORD LAW FIRM<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>T: (918) 376-4610<br>kris@ledford-lawfirm.com<br><br>*Counsel for the Pope Plaintiffs* |
| Steven J. Crowley, Esq.<br>CROWLEY, BUNGER & PRILL<br>3012 Division St.<br>Burlington, IA 52601<br>T: (319) 753-1330<br>scrowley@cbp-lawyers.com<br><br>*Counsel for the Boker Plaintiffs* | Michael Andrews, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN,<br> PORTIS & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama 36104<br>mike.andrews@beasleyallen.com<br><br>*Counsel for the Neal Plaintiffs* |

Parties Subject to the Pilgrim Motion to Enforce

| | |
|---|---|
| Andre E. Jardini, Esq.<br>K.L. Myles, Esq<br>KNAPP, PETERSEN & CLARKE<br>550 North Brand Boulevard, Suite 1500<br>Glendale, CA 91203<br>T: (818) 547-5000<br>aej@kpclegal.com<br>klm@kpclegal.com<br><br>*Counsel for the Pilgrim Plaintiffs* | Sean C. Southard, Esq. Brendan M. Scott, Esq.<br>KLESTADT WINTERS WRELLER SOUTHARD & STEVENS, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>T: (212) 972-3000<br>ssouthard@klestadt.com<br>bscott@klestadt.com<br><br>*Counsel for the Pilgrim Plaintiff* |

Other Parties:

| | |
|---|---|
| Victor J. Mastromarco, Esq.<br>Russell C. Babcock, Esq.<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Ave<br>Saginaw, MI 48602<br>T: (989) 752-1414<br>tvmastromarco@aol.com<br>russellbabcock@aol.com<br><br>*Counsel for the Pillars Plaintiffs* | |

**VIA U.S. MAIL:**

| | |
|---|---|
| Paul Minix<br>2330 Quail Lane<br>Longview, Texas 75602<br><br>*Minix- Pro Se Plaintiff* | |

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By: *Alexander H. Schmidt*
Alexander H. Schmidt
270 Madison Avenue
New York, New York 10016
T: 212-545-4600
E: schmidt@whafh.com

*Counsel to Marlene S. Karu*

791043