Malcolm T. Brown
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653
*Counsel for Marlene S. Karu*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
MOTORS LIQUIDATION COMPANY,       :    Case No.: 09-50026 (MG)
                                                                   :
                    Debtor.                               :    (Jointly Administered)
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Malcolm T. Brown hereby appears as counsel of record for Marlene S. Karu in the above-captioned action.

Dated: New York, New York
       January 4, 2017

                                                    By:   /s/ Malcolm T. Brown
                                                          Malcolm T. Brown
                                                    WOLF HALDENSTEIN ADLER FREEMAN
                                                    & HERZ LLP
                                                    270 Madison Avenue
                                                    New York, NY 10016
                                                    (212) 545-4600
                                                    brown@whafh.com

                                                    *Attorney for Marlene S. Karu*

791047