Jonathan L. Flaxer, Esq.                    Alexander H. Schmidt, Esq.
Michael S. Weinstein, Esq.                  Malcolm T. Brown, Esq.
GOLENBOCK EISEMAN ASSOR                     WOLF HALDENSTEIN ADLER FREEMAN
  BELL & PESKOE LLP                         & HERZ LLP
711 Third Avenue                            270 Madison Avenue
New York, New York 10017                    New York, New York 10016
Telephone:  (212) 907-7300                  Telephone:  (212) 545-4600
Facsimile:  (212) 754-0330                  Facsimile:  (212) 545-4653
*Co-Counsel for Groman Plaintiffs*          *Co-Counsel for Groman Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                  :          Chapter 11
                                       :
MOTORS LIQUIDATION COMPANY,            :          Case No. 09-50026 (MG)
                                       :
                        Debtor.        :
---------------------------------------------------------------X

### JOINDER OF GROMAN PLAINTIFFS TO MOTION FOR AN ORDER GRANTING AUTHORITY TO FILE LATE CLASS PROOFS OF CLAIM

Dr. Steven Groman, Robin DeLuco, Elizabeth Y. Grumet, ABC Flooring, Inc., Marcus

Sullivan, Katelyn Saxson, Amy C. Clinton, and Allison C. Clinton, each individually and as a

putative class representative on behalf of all similarly situated persons (collectively, the

"**Groman Plaintiffs**"), by and through their undersigned counsel, hereby join in the *Motion for*

*an Order Granting Authority to File Late Class Proofs of Claim* [Dkt. No. 13806] (the

"**Motion**") as follows:

1.      The Groman Plaintiffs are "Ignition Switch Plaintiffs" (as defined in the Motion)

and have commenced an action against General Motors LLC ("**New GM**") in United States

District Court.

2.      Additionally, on or about April 21, 2014, the Groman Plaintiffs commenced an

adversary proceeding against GM in this Court asserting a violation of due process and fraud on

the court, which is known as *Groman v. General Motors LLC*, Adv. Pro. No. 14-01929 (the

"**Adversary Proceeding**").

     3.     The Groman Plaintiffs join in the Motion solely with respect to the proposed

proof of claim to be filed on behalf of Ignition Switch Plaintiffs, which is annexed as Exhibit A

to the Motion.

     4.     The Groman Plaintiffs reserve all rights, including, but not limited to, with respect

to the Adversary Proceeding.


Dated:  New York, New York
       January 4, 2017


**WOLF HALDENSTEIN ADLER**       **GOLENBOCK EISEMAN ASSOR**
  **FREEMAN & HERZ LLP**         **BELL & PESKOE LLP**


_/s/ Alexander H. Schmidt_____    __/s/ Jonathan L. Flaxer_____
Alexander H. Schmidt, Esq.         Jonathan L. Flaxer, Esq.
Malcolm T. Brown, Esq.          Michael S. Weinstein, Esq.
270 Madison Avenue           711 Third Avenue
New York, NY 10016           New York, New York 10017
Telephone:  (212) 545-4600       Telephone: (212) 907-7300
Facsimile:  (212) 545-4653        Facsimile: (212) 754-0777

*Co-Counsel for Groman Plaintiffs*      *Co-Counsel for Groman Plaintiffs*