Case No: 09-50026(MG)

Objection to the procedures:

    It's a very simple topic on which General Motors has done nothing but lie to the public and the government for years. Now by lying to the government, the sole purpose of that was for the government to help out with a bailout so the company can liquidate and keep on operating. By doing so and knowing what defects the vehicles had, they had the right as decent human beings to fix those mistakes and save the lives of the hundreds of people that had died and the few that went to jail for the reasons of the defect.

    Non-Ignition switch plaintiffs should be able to assert Independent claims against New GM not only because of the company's conduct, but also on the fact that defective vehicles with other problems outside of the ignition switch problem had major problems that were not reported and still not reported to us on this date. All these claims should still be the liability of new GM due to the fact they knew about the major cover up and still failed to act in a timely fashion to save lives. For example My vehicle was brought to new GM for problems yet not only did they deny it having a problem, they failed to record what the issue the truck was brought in for to try and hide me bringing in the truck for inspection of its problem.

    Used car purchasers should not be held liable because again they knew nothing about the problems GM vehicles had before they purchased them. It goes back to the fact the GM has hid facts from millions around the world just to make an extra twelve cents on most transactions.

    Punitive damages again are the responsibility on New Gm because like stated numerous times earlier, they knew about the problems and still hid it for years after the new GM was developed. It is in the fact the New GM clearly knew about the issues in what they provided paying customers that they should have reached out from the beginning to fix these issues. All these issues could have been resolved quickly and it could have saved hundreds of lives. Punitive damages should be rewarded to all plaintiffs due to the fact that the minimal cost it would have cost the company to save lives and save its own product was not done and the knowledge of these issues were around the company for years.

    In closing, it's a very simple decision that needs to be made here. New GM was fully aware of all the issues and yet failed to do anything about it to save a few dollars for the company. They as a company, failed in every way possible to not only help save peoples' lives but also in to help fix the mistakes that could have possibly cost lives in the future. I have a case against New GM 15-cv-3659(CM)(DF), a case that I am doing pro-se and it would be terrible to lose what I am due to receive since that life changing moment that made me permanently disabled due to the brain injuries and the TBI I suffered due to new GM not checking simple issues that customers such as myself brought their vehicle in to be checked for.

Thank You,

Marcos Michael