Jonathan L. Flaxer, Esq.  
Michael S. Weinstein, Esq.  
GOLENBOCK EISEMAN ASSOR  
 BELL & PESKOE LLP  
711 Third Avenue  
New York, New York 10017  
Telephone: (212) 907-7300  
Facsimile: (212) 754-0330  
*Co-Counsel for Groman Plaintiffs*

Alexander H. Schmidt, Esq.  
Malcolm T. Brown, Esq.  
WOLF HALDENSTEIN ADLER FREEMAN &  
 HERZ LLP  
270 Madison Avenue  
New York, New York 10016  
Telephone: (212) 545-4600  
Facsimile: (212) 545-4653  
*Co-Counsel for Groman Plaintiffs*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, | : Case No. 09-50026 (MG) |
| | : |
| Debtor. | : |

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )  
                                          ) ss:  
COUNTY OF NEW YORK  )  

JODI SAVITSKY, being duly sworn, deposes and says:

I am over the age of 18 years, not a party to this proceeding and reside in Queens County. On January 4, 2017, I caused to be served on the attached service list the following: JOINDER OF GROMAN PLAINTIFFS TO MOTION FOR AN ORDER GRANTING AUTHORITY TO FILE LATE CLASS PROOFS OF CLAIM by depositing a true and correct copy of the aforesaid document(s) in a postpaid properly addressed envelope in a post office of official depository under the exclusive care and custody of the United States Postal Service and on all other parties via SDNY/BKCT/ECF.

_____  
Jodi Savitsky

Sworn to before me this  
5th day of January, 2017

_____  
Notary Public

ANN MARIE DELLATACOMA  
Notary Public, State of New York  
No. 01DE6111281  
Qualified in Richmond County  
Commission Expires June 7, 2020

2716694.1

## SERVICE LIST

| | |
|---|---|
| Richard C. Godfrey, P.C.<br>Andrew B. Bloomer, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br><br>*Counsel for General Motors LLC* | Edward S. Weisfelner, Esq.<br>Howard Steel, Esq.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Ono-Ignition Switch Plaintiffs in the Bankruptcy Court* |
| Sander L. Esserman, Esq.<br>STUTZMAN, BROMBERG,<br>  ESSERMAN & PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non0Ignition Switch Plaintiffs in the Bankruptcy Court* | Robert Hilliard, Esq.<br>HILLIARD MUNOZ GONZALES LLP<br>719 South Shoreline, suite 500<br>Corpus Christi, TX 78401<br><br>*Lead Counsel in MDL 2543* |
| Elizabeth J. Cabraser, Esq.<br>LIEFF, CARASER, HEIMANN &<br>  BERNSTEIN, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br><br>*Lead Counsel in MDL 2543* | Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>AKIN GUMP STRAUSS<br>  HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 1000<br><br>*Counsel for Participating GUC Trust Unit Holders* |
| Tab Turner, Esq.<br>TURNER & ASSOC.<br>4705 Somers Ave., S-100<br>North Little Rock, AR 72116<br><br>*Counsel for Tibbetts and Chapman Plaintiffs* | Laurence B. Springberg, Esq.<br>THOMAS & SPRINGBERG<br>844 East Sahara Avenue<br>Las Vegas, NV 89104<br><br>*Counsel for the Atanaw Plaintiff* |
| Martin E. Regan PLC<br>2125 St. Charles Ave.<br>New Orleans, LA 70130<br><br>*Counsel for the Barbot Plaintiffs* | Rick Morrison, Esq.<br>7149 Mid Pines, Dr.<br>Montgomery, AL 36117<br><br>*Counsel for the Black Plaintiff* |
| Keith Medley, Esq.<br>JOHNS, PASEUR & MEDLEY, LLC<br>1847 North Wood Ave.<br>Florence, AL 35630 | Paul Minix<br>2330 Quail Lane<br>Longview, TX 75602 |

2716694.1

| | |
|---|---|
| *Counsel for the Black Plaintiff*<br>Steve J. Crowley, Esq.<br>CROWLEY, BUNGER & PRILL<br>3012 Division Street<br>Burlington, IA 52601<br><br>*Counsel for the Boker Plaintiffs* | *Pro Se Plaintiff* |
| Kris Ted Ledford, Esq.<br>LEDFORD LAW FIRM<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br><br>*Counsel for the Pope Plaintiffs* | |
| Michael Andrews, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN<br>  PORTIS & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama 36104<br><br>*Counsel for the Neal Plaintiffs* | |

3

2716694.1