KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *January 9, 2017* and *January 10, 2017* I caused to be served a true and correct copy of the *Omnibus Reply by General Motors LLC to Objections to the Order To Show Cause, dated December 13, 2016 [Dkt. No. 13802]* [Dkt. No. 13822], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email or overnight mail.

Dated: January 12, 2017
       New York, New York

                                          KING & SPALDING LLP

                                          By: /s/   Scott I. Davidson
                                          Arthur J. Steinberg
                                          Scott Davidson
                                          King & Spalding LLP
                                          1185 Avenue of the Americas
                                          New York, NY 10036
                                          Telephone: (212) 556-2100
                                          Facsimile: (212) 556-2222

                                          *Attorneys for General Motors LLC*

## Service List for January 9, 2017

**Documents Served via E-mail:**

*(1)*      Omnibus Reply by General Motors LLC to Objections to the Order To Show Cause, dated December 13, 2016 [Dkt. No. 13802]  [Dkt. No. 13822].

| | |
|---|---|
| Edward S. Weisfelner, Esq.<br>Howard Steel, Esq.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY  10036<br>T: 212-209-4800<br>eweisfelner@brownrudnick.com<br>hsteel@brownrudnick.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* | Sander L. Esserman, Esq.<br>STUTZMAN, BROMBERG,<br>   ESSERMAN & PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, TX  75201<br>T: 214-969-4900<br>esserman@sbep-law.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |
| William Weintraub, Esq.<br>Gregory Fox, Esq.<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY  10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Ignition Switch Pre-Sale Accident Plaintiffs and counsel to certain Ignition Switch Post-Closing Accident Plaintiffs and certain Non-Ignition Switch Post-Closing Accident Plaintiffs* | Robert Hilliard, Esq.<br>HILLIARD MUNOZ GONZALES LLP<br>719 South Shoreline<br>Suite 500<br>Corpus Christi, TX 78401<br>T: 361-882-1612<br>bobh@hmglawfirm.com<br><br>*Lead Counsel in MDL 2543* |

| | |
|---|---|
| Elizabeth J. Cabraser, Esq.<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br>T: 415- 956-1000<br>ecabraser@lchb.com<br><br>*Lead Counsel in MDL 2543* | Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL<br>  SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WN 98101<br>T: 206-623-7292<br>steve@hbsslaw.com<br><br>*Lead Counsel in MDL 2543* |
| Matthew J. Williams, Esq.<br>Keith R. Martorana, Esq.<br>Lisa Rubin, Esq.<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>lrubin@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com<br><br>*Counsel for Wilmington Trust Company as GUC Trust Administrator* | Gary Peller, Esq.<br>GARY PELLER, ESQ.<br>600 New Jersey Avenue, NW<br>Washington, DC  20001<br>T: 202-662-9122<br>peller@law.georgetown.edu<br><br>*Counsel for Bledsoe Plaintiffs, Elliott Plaintiffs and Sesay Plaintiffs* |
| Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>AKIN GUMP STRAUSS<br>  HAUER & FELD LLP<br>One Bryant Park<br>New York, NY  10036<br>T: 212-872-1000<br>dgolden@akingump.com<br>djnewman@akingump.com<br><br>*Counsel for Participating GUC Trust Unit Holders* | Jonathan L. Flaxer, Esq.<br>Preston Ricardo, Esq.<br>Michael Weinstein, Esq.<br>GOLENBOCK EISENMAN<br>  ASSOR BELL & PESKOE LLP<br>711 Third Avenue<br>New York, NY 10017<br>T: 212-907-7300<br>jflaxer@golenbock.com<br>pricardo@golenbock.com<br>mweinstein@golenbock.com<br><br>*Counsel for Groman Plaintiffs* |

4

| | |
|---|---|
| Alexander Schmidt, Esq.<br>Malcolm T. Brown, Esq.<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY  10016<br>T: 212-545-4600<br>schmidt@whafh.com<br>brown@whafh.com<br><br>*Counsel for ABC Flooring, Inc., et al.* | Joshua P. Davis, Esq.<br>JOSH DAVIS LAW FIRM<br>1010 Lamar, Suite 200<br>Houston, TX 77002<br>T: 713-337-4100<br>josh@thejdfirm.com<br><br>*Counsel for Doris Phillips* |
| Tab Turner, Esq.<br>TURNER & ASSOC.<br>4705 Somers Ave., S-100,<br>North Little Rock, AR 72116<br>T: 501-791-2277 – Phone<br>tab@tturner.com<br><br>*Counsel for Tibbetts and Chapman Plaintiffs* | William Weintraub, Esq.<br>Gregory Fox, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Certain Pre-Sale Accident Plaintiffs and Post-Closing Accident Plaintiffs* |
| Laurence B. Springberg, Esq.<br>THOMAS & SPRINGBERG<br>844 East Sahara Ave.<br>Las Vegas, NV 89104-3017<br>T: (702) 731-9222<br>lspringberg@thomasandspringberg.com<br><br>*Counsel for the Atanaw Plaintiff* | Martin E. Regan, Esq.<br>REGAN LAW PLC<br>2125 St Charles Ave.<br>New Orleans, LA 70130<br>T: (504) 522-7260<br>mregan@reganlaw.net<br>lrayon@reganlaw.net<br><br>*Counsel for the Barbot Plaintiffs* |

| | |
|---|---|
| Rick Morrison, Esq.<br>7149 Mid Pines Dr,<br>Montgomery, AL 36117<br>bluegrayton@me.com<br><br>Keith Medley, Esq.<br>JOHNSON, PASEUR & MEDLEY, LLC<br>1847 North Wood Ave.<br>Florence, AL 35630<br>T: (256) 766-3131<br>keith.medley@johnsonpaseur.com<br><br>*Counsel for the Black Plaintiff* | Kenneth C. Anthony, Jr., Esq.<br>K. Jay Anthony, Esq.<br>ANTHONY LAW FIRM, P.A.<br>P.O. Box 3565<br>250 Magnolia Street<br>Spartanburg, S.C. 29306<br>T: (864) 582-2355<br>kanthony@anthonylaw.com<br>janthony@anthonylaw.com<br><br>*Counsel for the Moore Plaintiffs* |
| Joram Hirsch, Esq.<br>ADELMAN HIRSCH & CONNORS LLP<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604<br>T:  203-331-8888<br>jhirsch@ahctriallaw.com<br><br>*Counsel for the Pitterman Plaintiffs* | Kris Ted Ledford, Esq.<br>LEDFORD LAW FIRM<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>T: (918) 376-4610<br>kris@ledford-lawfirm.com<br><br>*Counsel for the Pope Plaintiffs* |
| Steven J. Crowley, Esq.<br>CROWLEY, BUNGER & PRILL<br>3012 Division St.<br>Burlington, IA 52601<br>T: (319) 753-1330<br>scrowley@cbp-lawyers.com<br><br>*Counsel for the Boker Plaintiffs* | Michael Andrews, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama 36104<br>mike.andrews@beasleyallen.com<br><br>*Counsel for the Neal Plaintiffs* |
| André E. Jardini, Esq.<br>K.L. Myles, Esq.<br>KNAPP, PETERSEN & CLARKE<br>550 North Brand Boulevard, Suite 1500<br>Glendale, CA 91203<br>T: (818) 547-5000<br>aej@kpclegal.com<br>klm@kpclegal.com<br><br>*Counsel for the Pilgrim Plaintiffs* | Sean C. Southard, Esq.<br>Brendan M. Scott, Esq.<br>KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>T: (212) 972-3000<br>ssouthard@klestadt.com<br>bscott@klestadt.com<br><br>*Counsel for the Pilgrim Plaintiffs* |

| | |
|---|---|
| Victor J. Mastromarco, Esq.<br>Russell C. Babcock, Esq.<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Ave<br>Saginaw, MI 48602<br>T: (989) 752-1414<br>vmastromar@aol.com<br>russellbabcock@aol.com<br><br>*Counsel for the Pillars Plaintiffs*[1] | Alexander H. Schmidt<br>Malcolm T. Brown<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016<br>Tel.: (212) 545-4600<br>schmidt@whafh.com<br>brown@whafh.com<br><br>*Counsel for Karu Plaintiff* |
| STUTZMAN, BROMBERG ESSERMAN & PLIFKA,<br>A Professional Corporation<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: (214) 969-4900<br>Sander L. Esserman (admitted pro hac vice)<br>Peter D'Apice (admitted)<br>esserman@sbep-law.com<br>dapice@sbep-law.com<br><br>*Attorneys for Chair Lead Counsel*<br>*Takata MDL Action Plaintiffs* | PODHURST ORSECK, P.A.<br>SunTrust International Center<br>One S.E. 3rd Ave., Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 358-2800<br>Peter Prieto<br>John Gravante, III<br>Matthew P. Weinshall<br>pprieto@podhurst.com<br>jgravanteIII@podhurst.com<br>mweinshall@podhurst.com<br><br>*Chair Lead Counsel*<br>*Takata MDL Action Plaintiffs* |
| James C. Ellis, Attorney at Law, P.C.<br>Daniel P. Estes<br>3949 Corrales Road, Suite 230<br>Corrales, NM 87048<br>P: (505) 266-0800<br>F: (505) 508-1872<br>jamescellisatty@aol.com<br>daniel@estes-law.com<br><br>*Counsel for Stueber Plaintiff* | |

---

[1] Due to an e-mail error messaged received, Victor J. Mastromarco was re-served via e-mail on January 10, 2017.

## Service List for January 9, 2017

**Documents Served *via* Overnight Delivery**

*(1)*  Omnibus Reply by General Motors LLC to Objections to the Order To Show Cause, dated December 13, 2016 [Dkt. No. 13802]  [Dkt. No. 13822].

| | |
|---|---|
| Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Paul Minix<br>2330 Quail Lane<br>Longview TX 75602<br><br>*Pro-Se Plaintiff* |
| Sander L. Esserman<br>Peter D'Apice<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br><br>*Attorneys for Chair Lead Counsel*<br>*Takata MDL Action Plaintiffs* | Peter Prieto<br>John Gravante III<br>Matthew P. Weinshall<br>PODHURST ORSECK, P.A.<br>One S.E. 3rd Ave, Suite 2700<br>SunTrust international Center<br>Miami, FL  33131<br><br>*Chair Lead Counsel*<br>*Takata MDL Action Plaintiffs* |
| James C. Ellis, Attorney at Law, P.C.<br>3949 Corrales Road, Suite 230<br>Corrales, NM 87048<br><br>*Counsel for Stueber Plaintiff* | Marcos Michael<br>1355 Ellison Ave<br>Bronx, NY 10461<br><br>*Pro-Se Plaintiff* |

## Service List for January 10, 2017

**Documents Served *via* Overnight Delivery**

(1)  Omnibus Reply by General Motors LLC to Objections to the Order To Show Cause, dated December 13, 2016 [Dkt. No. 13802]  [Dkt. No. 13822].

| | |
|---|---|
| Paul Vernon Minix, Jr. (#638154)<br>TDCJ Jester IV Unit<br>4 Jester Road<br>Richmond, Texas 77406<br><br>*Pro-Se Plaintiff* | Alexander H. Schmidt<br>Malcolm T. Brown<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016<br><br>*Counsel for Marlene S. Karu* |