HEARING DATE AND TIME: February 15, 2017 at 11:00 a.m. (Eastern)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF HEARING IN CONNECTION WITH OBJECTIONS FILED IN
RESPONSE TO ORDER TO SHOW CAUSE, DATED DECEMBER 13, 2016 [DKT. NO.
13802], AND THE REPLY OF GENERAL MOTORS LLC IN RESPONSE THERETO**

**PLEASE TAKE NOTICE** that the *Order To Show Cause Regarding Certain Issues Arising From Lawsuits With Claims Asserted Against General Motors LLC ("New GM") That Involve Vehicles Manufactured By General Motors Corporation ("Old GM")*, dated December 13, 2016 [Dkt. No. 13802] ("**Show Cause Order**"), provides that "the Court will decide whether a hearing is required with respect to any objection timely filed and served [in connection with the Show Cause Order], and if one is required, it will notify the objector(s) and the notice parties of the

hearing date**.**" Show Cause Order, at 1. Four parties filed objections to the Show Cause Order,[1] and New GM filed an omnibus reply thereto [Dkt. No. 13822] ("**Omnibus Reply**").

**PLEASE TAKE FURTHER NOTICE** that in light of the Objections and the Omnibus Reply, a hearing will be held thereon before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **February 15, 2017 at 11:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant the Court's instructions at the January 12, 2017 Status Conference, no other or further pleadings shall be filed in connection with the Show Cause Order, the Objections and/or the Omnibus Reply.

Dated: New York, New York
January 13, 2017

Respectfully submitted,

/s/ Scott Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Attorneys for General Motors LLC*

---

[1] Objections to the Show Cause Order were filed by: (i) the Takata MDL Action Plaintiffs [Dkt. No. 13813]; (ii) Marlene S. Karu [Dkt. No. 13816]; (iii) Marcos Michael [Dkt. No. 13819]; and (iv) Camille Stueber [Dkt. No. 13820]. These four objections are collectively referred to herein as the "**Objections**."