U.S. Bankruptcy Court
S.D. New York
300 Quarropas St.
White Plains, NY 10601

January 3, 2017

Re: Paul Minix vs. GM Motors
Case No. _____

Dear Clerk;

I am writing to find out the status of my case against GM Motors. This is my 4th inquiry

Please inform me. It was transfered out of Victoria Texas

Sincerely

Paul Minix #638154
Jester W
4 Jester Rd
Richmond, TX 77406



FILED
U.S. BANKRUPTCY COURT
2017 JAN 17 P 1:38
S.D. OF N.Y.

Paul minix # 638154
TDCJ Jester IV
4 Jester Rd
Richmond, TX 77406

SPC'

Legal mail

10601-414000

U.S. Bankruptcy Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

11 JAN 2017 PM 1 L

USMP
SDNY

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION