KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on January 20, 2017, I caused to be served a true and correct copy of the *Order to Show Cause Regarding Certain Issues Arising From Lawsuits With Claims Asserted Against General Motors LLC ("New GM") That Involve Vehicles Manufactured By General Motors Corporation ("Old GM")*, entered on December 13, 2016 [Dkt. No. 13802], by overnight mail as set forth on **Exhibit "1"** attached hereto.

1

Dated: January 23, 2017
      New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

**EXHIBIT "1"**

| | |
|---|---|
| Michael Shemtoub, Esq.<br>4929 Wilshire Blvd., Suite 915<br>Los Angeles, CA 90010<br><br>*Counsel for Cacioppo Plaintiff* | LESLIE D. ROUSSELL<br>Attorney At Law<br>420 N 6th Avenue<br>Laurel, MS 39440<br><br>*Counsel for Jenkins Plaintiffs* |
| FERNALD LAW GROUP LLP<br>Adam Zaffos<br>Brandon C. Fernald<br>510 W. 6th Street, Suite 700<br>Los Angeles, California 90014<br><br>*Counsel for Leegrand Plaintiffs* | Larry E. Coben<br>ANAPOL WEISS<br>8700 E. Vista Bonita Drive, Suite #268<br>Scottsdale, AZ 85255<br><br>*Counsel for Moskiewski Plaintiffs* |
| James E. Miscavage, Esq.<br>55 Old Clairton Road, Suite 204<br>Pleasant Hills, PA 15236<br><br>*Counsel for Moskiewski Plaintiffs* | Craig Carlson<br>THE CARLSON LAW FIRM, P.C.<br>100 East Centex Expressway<br>Killeen, Texas 76542<br><br>*Counsel for Vega Plaintiffs* |
| Ron Etemi, Esq.<br>TRANTOLO & TRANTOLO, LLC<br>50 Russ Street<br>Hartford, CT 06106<br><br>*Counsel for Synott Plaintiff* | Ron Etemi, Esq.<br>TRANTOLO & TRANTOLO, LLC<br>130A Scott Road<br>Waterbury, CT 06705<br><br>*Counsel for Synott Plaintiff* |