KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on February 10, 2017, I caused to be served a true and correct copy of the *Order to Show Cause Regarding Certain Issues Arising From Lawsuits With Claims Asserted Against General Motors LLC ("New GM") That Involve Vehicles Manufactured By General Motors Corporation ("Old GM")*, entered on December 13, 2016 [Dkt. No. 13802], by overnight mail as set forth on **Exhibit "1"** attached hereto.

1

Dated: February 13, 2017
New York, New York

                KING & SPALDING LLP

                By: /s/   Scott I. Davidson___
                Arthur J. Steinberg
                Scott Davidson
                King & Spalding LLP
                1185 Avenue of the Americas
                New York, NY 10036
                Telephone: (212) 556-2100
                Facsimile: (212) 556-2222

                *Attorneys for General Motors LLC*

**EXHIBIT "1"**

| | |
|---|---|
| Brent Hazzard<br>HAZZARD LAW, LLC<br>2501 River Oaks Blvd.<br>Jackson, MS 39211<br>(601) 977-5253<br><br>*Counsel for Jordan Plaintiff* | Geordan Goebel<br>Law Offices of Geordan Goebel<br>155 Granada Street, Suite M-2<br>Camarillo, CA 93010<br>(805) 482-7966<br><br>*Counsel for State Farm Mut. Auto. Ins. Co.*<br>*a/s/o Bernard Nottingham Plaintiffs* |