KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 15, 2017 AT 11:00 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.     CONTESTED MATTERS**

1. Order to Show Cause Regarding Certain Issues Arising From Lawsuits with Claims Asserted Against General Motors ("New GM") That Involve Vehicles Manufactured by General Motors Corporation ("**Order to Show Cause**") (**ECF No. 13802**)

    Responses Filed:

      A. Objection to the Procedures, filed By Michael Marcos (**ECF No. 13819**).

      B. Takata MDL Action Plaintiffs' Objection to Order to Show Cause, filed by Peter D'Apice on behalf of Chair Lead Counsel Takata MDL Action Plaintiffs (**ECF No. 13813**).

      C. Marlene S. Karu's Objection to Order to Show Cause, filed by Alexander H. Schmidt on behalf of Marlene Karu (**ECF No. 13816**).

      D. Letter Re: Addresses Threshold Issues No. 4 (Post-Closing Accidents Plaintiffs), filed by James C. Ellis on behalf of Camille Stueber (**ECF No. 13820**).

Replies Filed:

      A. Omnibus Reply By General Motors LLC To Objections To The Order to Show Cause, Dated December 13, 2016, filed by Arthur Jay Steinberg on behalf of General Motors LLC (**ECF No. 13822**).

      B. Marlene S. Karu's Reply In Further Support Of Her Objection to Order to Show Cause, filed by Alexander H. Schmidt on behalf of Marlene Karu (**ECF No. 13824**).

Additional Documents:

      A. Notice of Hearing In Connection With Objections Filed In Response To The Order To Show Cause And The Reply Of General Motors LLC In Response Thereto, filed by Scott I. Davidson on behalf of General Motors LLC (**ECF No. 13827**).

    Status: This matter is going forward with respect to the objections to the Order to Show Cause.

2. Motion For An Order Granting Authority to File Late Class Proofs of Claim, filed by Edward S. Weisfelner on behalf of Designated Counsel for the Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs (**ECF No. 13806**)

    Additional Documents:

      B. The Ignition Switch Plaintiffs' Objections To Draft Interrogatories Proposed By New GM And The GUC Trust, filed by Edward S. Weisfelner on behalf of Designated Counsel for Ignition Switch Plaintiffs (**ECF No. 13837**).

30015982.1

<u>Status</u>:    This matter is going forward with respect to the objections to the interrogatories, and with respect to next steps in connection with the motion.

3. Omnibus Motion by Certain Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths, filed by William P. Weintraub on behalf of Hilliard Munoz Gonzales LLP and Thomas J. Henry Injury Attorney (**ECF No. 13807**)

   <u>Additional Documents:</u>

   A. Ignition Switch Pre-Closing Accident Plaintiffs' Objections to Draft Interrogatories Proposed by New GM, The Participating Unitholders and the GUC Trust, filed by William P. Weintraub on behalf of Designated Counsel for Ignition Switch Pre-Closing Accident Plaintiffs (**ECF No. 13836**).

   <u>Status</u>:    This matter is going forward with respect to the objections to the interrogatories, and with respect to next steps in connection with the motion.

Dated: February 14, 2017
New York, New York

KING & SPALDING LLP

By: /s/   Scott Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

30015982.1