Richard J. Riley
Attorney for Rebekah Oglesby
MARSH, RICKARD & BRYAN P.C.
800 Shades Creek Parkway; Suite 600-D
Birmingham, Alabama 35209
Ph: (205) 879-1981
Fx: (205) 879-1986
Em: rriley@mrblaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x    In re : Chapter 11
:
MOTORS LIQUIDATION COMPANY, et al.,    : Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., et al.    :
:
Debtors.    : (Jointly Administered)
---------------------------------------------------------------x

CERTIFICATE OF SERVICE

    This is to certify that on February 20, 2017 I caused to be served a true and correct copy of my letter request to file a brief by electronic mail on all parties receiving notice via the Court's ECF System. In addition, copies of the document were served upon each of the persons and entities listed below by causing copies of same to be delivered via email.

Dated: February 20, 2017        /s/ Richard J. Riley
                                        Richard J. Riley
                                        Attorney for Rebekah Oglesby
                                        MARSH, RICKARD & BRYAN P.C.
                                        800 Shades Creek Parkway; Suite 600-D
                                        Birmingham, Alabama 35209
                                        Ph: (205) 879-1981
                                        Fx: (205) 879-1986
                                        Em: rriley@mrblaw.com

List of Served Attorneys:
Arthur Steinberg Esq. (asteinberg@kslaw.com)
Scott Davidson Esq. (sdavidson@kslaw.com)
Edward S. Weisfelner Esq. (eweisfelner@brownrudnick.com)
Howard Steel Esq. (hsteel@brownrudnick.com)
William Weintraub Esq. (wweintraub@goodwinprocter.com)
Gregory Fox Esq. (gfox@goodwinprocter.com)
Richard C. Godfrey Esq. (rgodfrey@kirkland.com)
Andrew B. Bloomer Esq. (abloomer@kirkland.com)
Sander L. Esserman Esq. (esserman@sbep-law.com)
Robert Hilliard Esq. (bobh@hmglawfirm.com)

-1-

-2-

Elizabeth J. Cabraser Esq. (ecabraser@lchb.com)
Steve W. Berman Esq. (steve@hbsslaw.com)
Matthew J. Williams, Esq. (mjwilliams@gibsondunn.com)
Gary Peller, Esq. (peller@law.georgetown.edu)
Keith R. Martorana, Esq. (kmartorana@gibsondunn.com)
Lisa Rubin, Esq. (lrubin@gibsondunn.com)
Mitch Karlan, Esq. (mkarlan@gibsondunn.com)
Gabriel Gillett, Esq. (ggillett@gibsondunn.com)
Daniel H. Golden Esq. (dgolden@akingump.com)
Jonathan L. Flaxer Esq. (jflaxer@golenbock.com)
Deborah Newman Esq. (djnewman@akingump.com)
Preston Ricardo Esq. (pricardo@golenbock.com)
Michael Weinstein Esq. (mweinstein@golenbock.com)
Alexander Schmidt Esq. (schmidt@whafh.com)
Malcolm T. Brown Esq. (brown@whafh.com)
Joshua P. Davis Esq. (josh@thejdfirm.com)
Tab Turner Esq. (tab@ttumer.com)
William Weintraub Esq. (wweintraub@goodwinprocter.com)
Gregory Fox Esq. (gfox@goodwinprocter.com)
Laurence B. Springberg Esq. (lspringberg@thomasandspringberg.com)
Martin E. Regan Esq. (mregan@reganlaw.net)
Rick Morrison Esq. (bluegrayton@me.coin)
Kenneth C. Anthony Jr. Esq. (kanthony@anthonylaw.com)
K. Jay Anthony Esq. (janthony@anthonylaw.com)
Keith Medley Esq. (keith.medley@johnsonpaseur.com)
Joram Hirsch Esq. (jhirsch@ahctriallaw.com)
Kris Ted Ledford Esq. (kris@ledford-lawfirm.com)
Steven J. Crowley Esq. (scrowley@cbp-lawyers.com)
Michael Andrews Esq. (mike.andrews@beasleyallen.com)
Andre E. Jardini Esq. (aej@kpclegal.com)
Sean C. Southard Esq. (ssouthard@klestadt.com)
K.L. Myles Esq. (klm@kpclegal.com)
Brendan M. Scott Esq. (bscott@kpclegal.com)
Victor J. Mastromarco Esq. (vmastromarco@aol.com)
Russell C. Babcock Esq. (russellbabcock@aol.com)
David Marsh Esq. (gross@mrblaw.com)
Ty Brown Esq. (tbrown@mrblaw.com)
Rip Andrews Esq. (cfox@mrblaw.com)
J.D. Marsh Esq. (jdmarsh@mrblaw.com)
Charles A. Stewart, III, Esq. (cstewart@bradley.com)
Jonathan C. "Rudy" Hill, Esq. (rhill@bradley.com)
David L. Brown, Jr., Esq. (dbrown@huielaw.com)
Jeremy S. Gaddy, Esq. (jgaddy@huielaw.com)
J. Karl Viehman, Esq. (karl.viehman@bowmanandbrooke.com)
Amanda McKinzie, Esq. (amanda.mckinzie@bowmanandbrooke.com)
T.A. Lawson, II, Esq. (lawsont@jccal.org)
Allison Nichols Gault, Esq. (gaulta@jccal.org)

-2-