**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (MG) (Jointly Administered) |
| Debtors. | |

**ORDER DENYING APPLICATION FOR PERMISSION TO FILE SEPARATE BRIEF ON 2016 THRESHOLD ISSUES**

The Court received a letter from counsel for Rebekah Ogelsby, a plaintiff in an action pending in state court in Alabama, requesting permission to file a separate brief in connection with 2016 Threshold Issues. ECF Doc. # 13847. Counsel for General Motors LLC ("New GM") filed a letter opposing the request. ECF Doc. # 13851. For the reasons set forth in New GM's letter, Ogelsby's request is **DENIED.**

**IT IS SO ORDERED.**

Dated:   February 23, 2017
         New York, New York

                                              *Martin Glenn*
                                              MARTIN GLENN
                                              United States Bankruptcy Judge