UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x   In re : Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY, et al.,    :   Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., et al.             :
                                                             :
    Debtors.                                            :   (Jointly Administered)
-------------------------------------------------------------x

ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Richard Jon Riley, to be admitted, pro hac vice, to represent Rebekah Oglesby, (the "Client") an interested party and creditor of General Motors L.L.C. ("New GM") in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Alabama, and because the filing fee has been paid, it is hereby ORDERED that Richard Jon Riley Esq. is admitted to practice, pro hac vice, in the above referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York.

Dated:  **February 24, 2017**

                                                                  **/s/Martin Glenn**
                                                    UNITED STATES BANKRUPTCY JUDGE