**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) |
| Debtors. | |

---

**INDEX OF EXHIBITS**
**BENJAMIN PILLAR'S SUPPLEMENTAL OPENING BRIEF**

| EXHIBIT 1 | ORDER DKT. NO. 3339 |
|---|---|
| **EXHIBIT 2** | **BRIEF OF APPELLANT GENERAL MOTORS, LLC** |