# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | Case No. 09-50026 (MG) |
| | (Jointly Administered) |
| Debtors. | |

---

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2017, I caused Benjamin W. Pillars' Supplemental Opening Brief, Doc. No. 13857, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: February 27, 2017

By: */s/ Victor J. Mastromarco, Jr.*
Victor J. Mastromarco, Jr. (P34564)
Attorney for Plaintiff Benjamin Pillars
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromar@aol.com

---

THE MASTROMARCO FIRM, 1024 N. Michigan Ave., Saginaw, MI 48602 (989) 752-1414