Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                           :

In re:                                :                   Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,    :                   Case No.: 09-50026 (MG)
             f/k/a General Motors Corp., et al.,    :
                                         :

                               Debtors.    :                   (Jointly Administered)

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                                     ) ss.:

COUNTY OF NEW YORK        )

     1.     Amy J. Cunningham, being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

     2.     On the 27th day of February, 2017, I caused to be served a true and correct copy of Plaintiffs' Joint Opening Brief On The 2016 Threshold Issues, with exhibit A thereto, Docket No. 13866, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

     3.     In addition, on the 27th day of February, 2017, I caused to be served a true and correct copy of Plaintiffs' Joint Opening Brief On The 2016 Threshold Issues, with exhibit A thereto, Docket No. 13866, by electronic email upon the parties listed on Exhibits A and B.

1

4.      Lastly, on the 28th day of February, 2017, I caused to be served a true and correct

copy of Plaintiffs' Joint Opening Brief On The 2016 Threshold Issues, with exhibit A thereto,

Docket No. 13866, by first class mail, postage prepaid upon the parties listed on Exhibit C.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
1st day of March, 2017.

/s/ Vicki A. Goldstein
Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2019

# **EXHIBIT A**

| | |
|---|---|
| Arthur Steinberg, Esq.<br>Scott Davidson, Esq.<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222<br>asteinberg@kslaw.com<br>sdavidson@kslaw.com<br><br>*Counsel for General Motors LLC* | Richard C. Godfrey, P.C.<br>Andrew B. Bloomer, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:     (312) 862-2000<br>Facsimile:     (312) 862-2200<br>rgodfrey@kirkland.com<br>abloomer@kirkland.com<br><br>*Counsel for General Motors LLC* |
| Sander L. Esserman, Esq.<br>STUTZMAN, BROMBERG,<br>  ESSERMAN & PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, TX  75201<br>T: 214-969-4900<br>esserman@sbep-law.com<br><br>*Designated Counsel for Ignition Switch*<br>*Plaintiffs and certain Non-Ignition Switch*<br>*Plaintiffs in the Bankruptcy Court* | William Weintraub, Esq.<br>Gregory Fox, Esq.<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY  10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Ignition Switch Pre-*<br>*Sale Accident Plaintiffs and counsel to certain*<br>*Ignition Switch Post-Closing Accident*<br>*Plaintiffs and certain Non-Ignition Switch*<br>*Post-Closing Accident Plaintiffs* |
| Robert Hilliard, Esq.<br>HILLIARD MUNOZ GONZALES LLP<br>719 South Shoreline<br>Suite 500<br>Corpus Christi, TX 78401<br>T: 361-882-1612<br>bobh@hmglawfirm.com<br><br>*Lead Counsel in MDL 2543* | Elizabeth J. Cabraser, Esq.<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br>T: 415- 956-1000<br>ecabraser@lchb.com<br><br>*Lead Counsel in MDL 2543* |

| | |
|---|---|
| Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL<br>  SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WN 98101<br>T: 206-623-7292<br>steve@hbsslaw.com<br><br>*Lead Counsel in MDL 2543* | Matthew J. Williams, Esq.<br>Keith R. Martorana, Esq.<br>Lisa Rubin, Esq.<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>lrubin@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com<br><br>*Counsel for Wilmington Trust Company as*<br>*GUC Trust Administrator* |
| Gary Peller, Esq.<br>GARY PELLER, ESQ.<br>600 New Jersey Avenue, NW<br>Washington, DC  20001<br>T: 202-662-9122<br>peller@law.georgetown.edu<br><br>*Counsel for Bledsoe Plaintiffs, Elliott*<br>*Plaintiffs and Sesay Plaintiffs* | Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>AKIN GUMP STRAUSS<br>  HAUER & FELD LLP<br>One Bryant Park<br>New York, NY  10036<br>T: 212-872-1000<br>dgolden@akingump.com<br>djnewman@akingump.com<br><br>*Counsel for Participating GUC Trust Unit*<br>*Holders* |
| Jonathan L. Flaxer, Esq.<br>Preston Ricardo, Esq.<br>Michael Weinstein, Esq.<br>GOLENBOCK EISENMAN<br>  ASSOR BELL & PESKOE LLP<br>711 Third Avenue<br>New York, NY 10017<br>T: 212-907-7300<br>jflaxer@golenbock.com<br>pricardo@golenbock.com<br>mweinstein@golenbock.com<br><br>*Counsel for Groman Plaintiffs* | Alexander Schmidt, Esq.<br>Malcolm T. Brown, Esq.<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY  10016<br>T: 212-545-4600<br>schmidt@whafh.com<br>brown@whafh.com<br><br>*Counsel for ABC Flooring, Inc., et al.* |

| Joshua P. Davis, Esq.<br>JOSH DAVIS LAW FIRM<br>1010 Lamar, Suite 200<br>Houston, TX 77002<br>T: 713-337-4100<br>josh@thejdfirm.com<br><br>*Counsel for Doris Phillips* | |

**Parties to the Motion to Enforce, filed by New GM on June 1, 2016 [Dkt. No. 13634]**

| Tab Turner, Esq.<br>TURNER & ASSOC.<br>4705 Somers Ave., S-100,<br>North Little Rock, AR 72116<br>T: 501-791-2277 – Phone<br>tab@tturner.com<br><br>*Counsel for Tibbetts and Chapman Plaintiffs* | William Weintraub, Esq.<br>Gregory Fox, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com<br><br>*Designated Counsel for Certain Pre-Sale Accident Plaintiffs and Post-Closing Accident Plaintiffs* |

**Parties to the Motion to Enforce filed by New GM on June 24, 2016 [Dkt. No. 13655]**

| Laurence B. Springberg, Esq.<br>THOMAS & SPRINGBERG<br>844 East Sahara Ave.<br>Las Vegas, NV 89104-3017<br>T: (702) 731-9222<br>lspringberg@thomasandspringberg.com<br><br>*Counsel for the Atanaw Plaintiff* | Martin E. Regan, Esq.<br>REGAN LAW PLC<br>2125 St Charles Ave.<br>New Orleans, LA 70130<br>T: (504) 522-7260<br>mregan@reganlaw.net<br>lrayon@reganlaw.net<br><br>*Counsel for the Barbot Plaintiffs* |

| | |
|---|---|
| Rick Morrison, Esq.<br>7149 Mid Pines Dr,<br>Montgomery, AL 36117<br>bluegrayton@me.com<br><br>Keith Medley, Esq.<br>JOHNSON, PASEUR & MEDLEY, LLC<br>1847 North Wood Ave.<br>Florence, AL 35630<br>T: (256) 766-3131<br>keith.medley@johnsonpaseur.com<br><br>*Counsel for the Black Plaintiff* | Kenneth C. Anthony, Jr., Esq.<br>K. Jay Anthony, Esq.<br>ANTHONY LAW FIRM, P.A.<br>P.O. Box 3565<br>250 Magnolia Street<br>Spartanburg, S.C. 29306<br>T: (864) 582-2355<br>kanthony@anthonylaw.com<br>janthony@anthonylaw.com<br><br>*Counsel for the Moore Plaintiffs* |
| Joram Hirsch, Esq.<br>ADELMAN HIRSCH & CONNORS LLP<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604<br>T:  203-331-8888<br>jhirsch@ahctriallaw.com<br><br>*Counsel for the Pitterman Plaintiffs* | Kris Ted Ledford, Esq.<br>LEDFORD LAW FIRM<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>T: (918) 376-4610<br>kris@ledford-lawfirm.com<br><br>*Counsel for the Pope Plaintiffs* |
| Steven J. Crowley, Esq.<br>CROWLEY, BUNGER & PRILL<br>3012 Division St.<br>Burlington, IA 52601<br>T: (319) 753-1330<br>scrowley@cbp-lawyers.com<br><br>*Counsel for the Boker Plaintiffs* | Michael Andrews, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN,<br> PORTIS & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama 36104<br>mike.andrews@beasleyallen.com<br><br>*Counsel for the Neal Plaintiffs* |

**Parties Subject to the Pilgrim Motion to Enforce**

| | |
|---|---|
| André E. Jardini, Esq.<br>K.L. Myles, Esq.<br>KNAPP, PETERSEN & CLARKE<br>550 North Brand Boulevard, Suite 1500<br>Glendale, CA 91203<br>T: (818) 547-5000<br>aej@kpclegal.com<br>klm@kpclegal.com<br><br>*Counsel for the Pilgrim Plaintiffs* | Sean C. Southard, Esq.<br>Brendan M. Scott, Esq.<br>KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>T: (212) 972-3000<br>ssouthard@klestadt.com<br>bscott@klestadt.com<br><br>*Counsel for the Pilgrim Plaintiffs* |

**Other Parties**

| | |
|---|---|
| Victor J. Mastromarco, Esq.<br>Russell C. Babcock, Esq.<br>THE MASTROMARCO FIRM<br>1024 N. Michigan Ave<br>Saginaw, MI 48602<br>T: (989) 752-1414<br>vmastromar@aol.com<br>russellbabcock@aol.com<br><br>*Counsel for the Pillars Plaintiffs* | |

# **EXHIBIT B**

aarin@wageandhourlaw.com
aashish@desai-law.com
abernstein@joebornstein.com
abramson@lksalaw.com
acarney@cbplaw.com
acarter@sgpblaw.com
acounts@vehiclesafetyfirm.com
acrosby@pmped.com
adalesq@gmail.com
adam@fernaldlawgroup.com
adogali@dogalilaw.com
adrian@lordhoosier.com
adrianne@desai-law.com
aej@kpclegal.com
afeldman@feldmanshepherd.com
agoneiljr@nco-law.com
ajanutolo@goodinabernathy.com
akmartin@lchb.com
alalersjr@att.net
alawler@adamblawler.com
alevitt@gelaw.com
amehr@austinmehr.com
amikos13@gmail.com
aribeiro@vrslaw.com
arminfeldman2002@yahoo.com
attyfja@aol.com
attyparks@yahoo.com
attys@foothills.net
attys@slavin-morse.com
aweintraub@lchb.com
awenig@weniglaw.com
AZDocketing@zimmreed.com
bailey-svc@bpblaw.com
barrios@bkc-law.com
baterrell@wgttlaw.com
bcebulash@tcllaw.com
bchase@bisnarchase.com
ben.baker@beasleyallen.com
BenJohns@chimicles.com
beto@cmbtrial.com
bfj@chimicles.com
bfritz@fritzgoldenberg.com
bgarmer@garmerprather.com
bking@ahdootwolfson.com
bleger@lkclawfirm.com
bluegrayton@me.com

bmcchesney@gatewayinjurylaw.com
bmccormick@rossfellercasey.com
bnapleton@mnlawoffice.com
bnewman@bpslawyers.com
bob@gtinjurylaw.com
bob@lelaw.com
bobh@hmglawfirm.com
brad@kuhlmanlucas.com
brandon@fernaldlawgroup.com
brent@bcoonlaw.com
brenthazzard@yahoo.com
brown@whafh.com
bscott@klestadt.com
bterrell@terrellmarshall.com
btupi@tuckerlaw.com
btyler@tyler-legal.com
bvp@kirtlandpackard.com
cabral@bonnerlaw.com
carterc@hollis-wright.com
cbailey@bpblaw.com
cbc@caddellchapman.com
cblack@ckflaw.com
cbonner799@aol.com
ccombs@edcombs.com
cds@searcylaw.com
cellison@eaalawfirm.com
cemoore@moorelaw.org
cfitzgerald@thomasjhenrylaw.com
cgoode@bubalolaw.com
chaffin@chaffinluhana.com
charles.zimmerman@zimmreed.com
chris.sanspree@sanspreelaw.com
chris@nidellaw.com
cjuhas@wernlawyers.com
ckocher@smbb.com
cmiller@edcombs.com
cobbmichael3@gmail.com
colt@fayardlaw.com
cortwerth@gatewayinjurylaw.com
courtecl@edcombs.com
craig@hilbornlaw.com
curt@colson.com
d.wilborn@rotstein-shiffman.com
dallen@lawssa.com
dan@danolearylaw.com
daniel@erlegal.com

daniel@estes-law.com
daniel@taloslaw.com
dansmith11@mac.com
dapice@sbep-law.com
davebinko@yahoo.com
david@davidbryantlaw.com
david@getstewart.com
david@perrysanderslaw.com
davidholladay@windstream.net
davidm@rgrdlaw.com
DBarrett@barrettlawgroup.com
dbhoneycutt@fayardlaw.com
dboies@bsfllp.com
dbunger@cbp-lawyers.com
ddefeo@defeokolker.com
ddmoorman@moorelaw.org
ddowning@grgpc.com
dennis@golaw.net
dfranseen@beelerwalshwalsh.com
dharris@shhblaw.com
dharris@swhhb.com
dmatthews@thematthewslawfirm.com
dmcdaniel@mrcfirm.com
dmclaughlin@forthepeople.com
dnast@nastlaw.com
donjarrellesq@zoominternet.net
dpotts@potts-law.com
drew@lgmlegal.com
drose@kreindler.com
drosenthal@simmonsfirm.com
dslade@cbplaw.com
dwidders@wilcoxenlaw.com
eapearce@thepearcelawfirm.com
ecabraser@lchb.com
echild@childjackson.com
eciolko@ktmc.com
ed@edwhitelaw.com
EdatLaw2000@aol.com
edk@stlouisattorney.com
edp@austinmehr.com
edward.elliott@allstate.com
ejensen@potts-law.com
emily_bruscatolawoffice@yahoo.com
eprill@cbp-lawyers.com
eric@ericchandlerlaw.com
ericchandlerlaw@gmail.com

ernesto@jayhalpernlaw.com
esserman@sbep-law.com
etoddtracy@vehiclesafetyfirm.com
ewgadrix@gmail.com
eymann@eahjlaw.com
ezebersky@zpllp.com
filing@yagmanlaw.net
fpitre@cpmlegal.com
frank@tomenylawfirm.com
fred@erlegal.com
g.blanchfield@rwblawfirm.com
gblankinship@fbfglaw.com
gfox@goodwinprocter.com
gfriedman@flgllp.com
ggoebel@goebellaw.com
ghlf@scrtc.com
gibson@gentrylocke.com
greg@gevanslaw.com
greg@montegna.com
gross@mrblaw.com
gtmlaw@bellsouth.net
gtrue@truelawky.com
gwhealyiv@aol.com
gwiggins@wigginschilds.com
hamiltonlaw@comcast.net
hart.robinovitch@zimmreed.com
hartley@stuevesiegel.com
hbates@cbplaw.com
hhind@butler.legal
hilton@stuevesiegel.com
HLKESQ@AOL.COM
hmb@kirtlandpackard.com
hopkinsm@stutmanlaw.com
hwhite@wcwattorneys.com
ilevin@cohenandmalad.com
info@hdhtex.com
info@kingofpersonalinjurylaw.com
info@kolkerlaw.com
info@lemon911.com
info@maxwellgrahamlaw.com
info@rodriguezking.com
info@sjatty.com
info@smalawgroup.com
jack@lgmlegal.com
jahmad@venjohnsonlaw.com
jamescellisatty@aol.com

jamesmiscavage@gmail.com
janesleger@gmail.com
janthony@anthonylaw.com
jarod.bonine@gmail.com
jasper@jonesward.com
jayhirsch@popemcglamry.com
jbilsborrow@weitzlux.com
jbonine@scottpattonlaw.com
jbraugh@shhblaw.com
jbroaddus@weitzlux.com
jbrowne@goodinabernathy.com
jbusenlener@mwl-law.com
jcclaw@live.com
jcotchett@cpmlegal.com
jcraven@carlsonattorneys.com
jdell@d2triallaw.com
jdugan@dugan-lawfirm.com
jean@jsmlawoffice.com
jennifer@hepworthmurray.com
jerrypatton@bellsouth.net
jessika@jtatetulsalaw.com
jfarar@kaplanfox.com
jfiore@maryalexanderlaw.com
jflaxer@golenbock.com
Jflowers@motleyrice.com
jgerald_ingram@yahoo.com
jgravante@podhurst.com
jgravanteIII@podhurst.com
jguest@jguestlaw.com
jhirsch@ahctriallaw.com
jim@butlerwooten.com
jizquierdo@izquierdosanmiguel.com
jizquierdo@prtc.net
jjordan@mithofflaw.com
jkitchens@kitchenslaw.net
jlowe@butler.legal
jlowe@lewlaw.com
jmarkey@cohenmilstein.com
jmeltzer@ktmc.com
jmichaels@mlgautomotivelaw.com
jmitchell@paynemitchell.com
jmoore@cvdl.net
jmsteidle@burnswhite.com
jniemi@anapolweiss.com
jnystrom@geico.com
jody@cmbtrial.com

joey@bcmllp.com
john@branumlawfirm.com
john@thesandiegolemonlawyer.com
johnb@bcmllp.com
jon@herskowitzlaw.com
josh@thejdfirm.com
jprather@garmerprather.com
jprice@dlplaw.com
jrice@motleyrice.com
jries@mcgrailassociates.com
jritch@elliottritch.com
jrobinson@dennbarr.com
jrr@rhinelawfirm.com
jschuttert@swlaw.com
jshartzer@shartzerlaw.com
jsimon@simonlawpc.com
jthompson@sommerspc.com
jttenge@tengelaw.com
julieconn@windstream.net
JVC@cokerlaw.com
jwharris@bakerharrislaw.com
jwharris1@prodigy.net
jwigington@wigrum.com
jwilliams@jacksonallenfirm.com
jwood@jameswoodlaw.com
kanthony@anthonylaw.com
kbailey@bpblaw.com
kcarnie@simonlawpc.com
keith.medley@johnsonpaseur.com
kevin@queenanlaw.com
kevin@tomenylawfirm.com
kguidry@dueprice.com
kharvey@mlgautomotivelaw.com
khoffman@bflawfirm.com
khum@bubalolaw.com
kingsdorf@bkc-law.com
kjent@wcqp.com
klm@kpclegal.com
kmcbeth@delucalevine.com
kmckenna@dwklaw.com
kmitchell@hoglaw.com
kodell@rlslawoffice.com
krd@ducklawfirm.com
kreardon@reardonlaw.com
kris@ledford-lawfirm.com
kschulte@cvdl.net

ksrinivasan@susmangodfrey.com
kz@zanerhardenlaw.com
Lance@licciardiandnunez.com
lance@thecooperfirm.com
laurie@ricjoneslegal.com
lawoffices811@gmail.com
lbarrett@dennbarr.com
lcoben@anapolweiss.com
lcross@cross-lawfirm.com
lee@cfcl-law.com
LemonAtty@gmail.com
leonard@hbsslaw.com
lfong@kaplanfox.com
lindner@stuevesiegel.com
ljohnson@sjblaw.com
lking@kaplanfox.com
llevy@wolfpopper.com
lrayon@reganlaw.net
lspringberg@thomasandspringberg.com
ltien@bpblaw.com
ltoops@cohenandmalad.com
luhana@chaffinluhana.com
lv@avaattorneys.com
mac@caddellchapman.com
mah@kulaw.com
malexander@maryalexanderlaw.com
marc@keaheylawoffice.com
marshall@poncelaw.com
matabb@greenellp.com
matoups@wgttlaw.com
matt@williamsdirks.com
mattmoreland@cox.net
mccarley@fnlawfirm.com
mcnutt@decaturlaw.com
mdearman@rgrdlaw.com
mdonovan@donovanaxler.com
mek@ktslawoffice.com
mgraham@grgpc.com
mgyandoh@ktmc.com
mh@zanerhardenlaw.com
michael@cmbtrial.com
michael@cvillelawyers.com
Michael@LexingtonLG.com
michael@poncelaw.com
michael@roofianlaw.com
michael@vilesandbeckman.com

michael@wageandhourlaw.com
michael_moroni1126@yahoo.com
mike.andrews@beasleyallen.com
miked@daiellolaw.com
minal@rawlsgahlot.com
mjunell@potts-law.com
mkelly@walkuplawoffice.com
mkr@rawlsgahlot.com
ml@sangisettylaw.com
mlk@kirtlandpackard.com
mmertz@hurley-law.com
mmnaughton@gmail.com
mmoreland@becnellaw.com
monte@tyneslawfirm.com
mpetrelli@swlaw.com
mpifko@baronbudd.com
mrader@bflawfirm.com
mregan@reganlaw.net
MRich@MDRLawAZ.com
mrobinson@rcrlaw.net
mseltzer@susmangodfrey.com
mshefman@shefmanlaw.com
murraylandsmanlaw@gmail.com
mwalsh@beelerwalshwalsh.com
mweinshall@podhurst.com
mweinstein@golenbock.com
nick@mttlaw.com
notifications@oliverlg.com
nyricelaw@gmail.com
oconnell@mcgiffhalverson.com
panish@psblaw.com
parafinczuk@kpwlaw.com
pardis@wolffardis.com
patc@rgrdlaw.com
patrickhermanlaw@gmail.com
paul@komyattelawfirm.com
pavery@wolfpopper.com
PearsonLaw@neb.rr.com
peller@law.georgetown.edu
pfriday@fridaylaw.com
pgregory@cpmlegal.com
phoward@smbb.com
phyllis@williegary.com
pmuhic@ktmc.com
Pollack@whafh.com
pprieto@podhurst.com

pricardo@golenbock.com
pspaulding@meshbesher.com
r.yard@rwblawfirm.com
rac@cliffordlaw.com
rahdoot@ahdootwolfson.com
Ray@bodifordlawgroup.com
rayleach@rayleachlaw.com
rbale@dbbwc.com
Rcalamusa@wcqp.com
rcanche@lkclawfirm.com
rclifford@CliffordLaw.com
rcowan@bpblaw.com
rcrosby@pmped.com
rdenney@dennbarr.com
rditrap@dbdlaw1.com
rdreyer@dbbwc.com
rel@gilmorelawfirm.com
renfrolawoffice@gmail.com
RFC@wcqp.com
rg@attorneygordon.com
rgberger@rgbergerlaw.com
rgerber@evans-dixon.com
rgreenwald@weitzlux.com
rguar@truelawky.com
rhovde@hovdelaw.com
rhuver@huverlaw.com
ric@ricjoneslegal.com
richard@conleygriggs.com
richardburgess24@aol.com
rick@rickdaltonlaw.com
rick@rsteinberglawyer.com
rj@bhattorneys.com
rjaxelrod@axelrodllp.com
rks@sangisettylaw.com
rlandon@msllaw.com
rlm@lhlaw.net
rmahoney@cateslaw.com
rmithoff@mithofflaw.com
Rob.Bastress@dbdlawfirm.com
rob@hbsslaw.com
ross@shraderlaw.com
rpiedrahita@dueprice.com
rpulliam@cbplaw.com
rriley@mrblaw.com
rshenkan@shenkanlaw.com
rshevitz@cohenandmalad.com

rsullivan@sullivanllp.com
rsullivan@sullivantrial.com
rtellis@baronbudd.com
rudorfer@psblaw.com
rudyg@hmglawfirm.com
russellbabcock@aol.com
ryan@stephenskellylaw.com
s.colosimo@rotstein-shiffman.com
sandrews@dueprice.com
sarmbruster@vrdolyak.com
sb@bhattorneys.com
schmidt@whafh.com
schristina@cox.net
scrowley@cbp-lawyers.com
sfaultless@ckflaw.com
Shumway@carsafetylaw.com
siegel@stuevesiegel.com
smg@girardgibbs.com
snutter@sjblaw.com
sparis@smbb.com
ssklaver@susmangodfrey.com
ssouthard@klestadt.com
sstolze@allfela.com
sterbcow@lksalaw.com
steve@hbsslaw.com
stevenstolze@sbcglobal.net
stueve@stuevesiegel.com
suggs4@bellsouth.net
susan@aikenandscoptur.com
t.dallarosa@rotstein-shiffman.com
tab@tturner.com
tallen@jacksonallenfirm.com
tbrown@mrblaw.com
tcinocca@cinoccalaw.com
tgreene@greenellp.com
thehush91@yahoo.com
tjhenry@thomasjhenrylaw.com
tmaya@ahdootwolfson.com
tmorgan@sullivantrial.com
tmoss@wcwattorneys.com
todd@gorijulianlaw.com
tomscarvie@msn.com
tomwillingham@popemcglamry.com
tucker.greene@greenellp.com
tvanronzelen@cvdl.net
tvetter@fvtlawyers.com

twolfson@ahdootwolfson.com
twood@jameswoodlaw.com
VercellFiffie@gmail.com
vince@aikenandscoptur.com
vivery@tershelandassociates.com
vjohnson@venjohnsonlaw.com
vmastromar@aol.com
vmiller@cohenandmalad.com
wanderson@cuneolaw.com
ward@mttlaw.com
wberry@wberry.com
wbirkel@mcgrathnorth.com
wcacciatore@sbcglobal.net

wcallaham@wilcoxenlaw.com
wfleishman@lchb.com
whocker@mithofflaw.com
wilders@stuevesiegel.com
will@bccnlaw.com
william@lawlandsman.com
wogilmore@gilmorelawfirm.com
wrightjr@citlink.net
wstapleton@hooperhathaway.com
wweathers@gseplaw.com
wweintraub@goodwinprocter.com
Yateslaw@aol.com
zwool@bkc-law.com

# **EXHIBIT C**

| | |
|---|---|
| Heather Michelle Bassett<br>11801 Fair Oaks Blvd. 3<br>Fair Oaks, CA 95628 | David J. Gorberg & Associates, P.C.<br>David J Gorberg<br>103 Sibley Avenue<br>Ardmore, PA 19003 |
| Heard Robins Cloud LLP<br>2000 West Loop South 22nd Floor<br>Houston, TX 77027 | Stephen J. Scherer<br>224 N. Fourth Street, Suite B<br>P.O. Box 2130<br>Muskogee, OK 74402-2130 |
| Ryan W. Greene<br>P.O. Box 839<br>Charlotte Amalie, St. Thomas<br>U.S. Virgin Islands 00804 | Fusco & Macaluso Partners, LLC<br>Milagros C. Alvarez<br>150 Passaic Avenue, P.O. Box 838<br>Passaic, NJ 07055 |
| Lapidus Knudsen, P.C.<br>3518 Travis St #100<br>Houston, TX 77002 | The Gregory Law Firm<br>Rodney G. Gregory<br>William Jefferson<br>3127 Atlantic Boulevard, Suite 3<br>Jacksonville, FL 32207 |
| The Driscoll Firm, P.C.<br>John J. Driscoll<br>Christopher J. Quinn<br>211 N Broadway 4050<br>Saint Louis, MO 63102 | Kajko, Weisman, Colasanti & Stein, LLP<br>430 Bedford Street<br>Lexington, MA 02420 |
| Law Office of Mark A. Cantu<br>801 West Nolana, Suite #320<br>McAllen, TX 78504 | Ted B. Lyon & Associates, P.C.<br>Josh Birmingham<br>Town East Tower - Suite 525<br>18601 LBJ Freeway<br>Mesquite, TX 75150 |
| Patrick J. Condron<br>10721 S. Lamon Avenue<br>Oak Lawn, IL 60453 | Keis George LLP<br>Matthew C. Workman<br>Elaine Gladman<br>55 Public Square, Suite 800<br>Cleveland, OH 44113 |
| Petway Olsen, LLC<br>Bruce Petway<br>600 Vestavia Parkway, Suite #220<br>Birmingham, AL 35216 | John D. Sileo<br>Casey W. Moll<br>320 North Carrollton Avenue, Suite 101<br>New Orleans, LA 70119 |
| Arrazolo Law PC<br>Gilbert Arrazolo<br>715 Tijeras Avenue NW<br>Albuquerque, NM 87102 | Bland & Bland<br>Shannon M. Bland<br>1550 Kanawha Boulevard East<br>Charleston, WV 25311 |

| | |
|---|---|
| Guerriero & Guerriero<br>Jeffrey Guerriero<br>P.O. Box 4092<br>220 Forsythe Ave<br>Monroe, LA 71221 | Alton James, III<br>7455 Oakleaf Drive<br>Baton Rouge, LA 70812 |
| Ebony James<br>7455 Oakleaf Drive<br>Baton Rouge, LA 70812 | At Law Group, PLLC<br>1 Parklane Blvd., Suite 100<br>Dearborn Heights, MI 48126 |
| Law Offices of James B. Ragan<br>James B. Ragan<br>723 Coleman Avenue<br>Corpus Christi, TX 78401 | Donald P. Cianci, Attorney At Law<br>326 Route 87<br>P.O. Box 210<br>Columbia, CT 06237 |
| Law Offices of David J. Lang<br>David J. Lang<br>16655 W. Bluemound Rd., Suite 190<br>Brookfield, Wisconsin 53005 | Thomas S. Francis<br>7 Liberty Square<br>Boston, MA 02109 |
| Grossman Roth<br>2525 Ponce de Leon Boulevard 11th Floor<br>Coral Gables, FL 33134-6036 | The Law Offices of Natan Davoodi<br>358 Wilshire Boulevard, Suite 1260<br>Los Angeles, CA 90010 |
| Layfield & Barrett, APC<br>Steven Weinberger<br>Aaron Lavine<br>633 West 5th Street, Suite 3300<br>Los Angeles, CA 90071 | Mr. Marcos Michael<br>1355 Ellison Avenue<br>Bronx, NY 10461 |
| Paul Minix<br>2330 Quail Lane<br>Longview, TX 75602 | Dipasquale Moore<br>Jason B. Moore<br>Todd C. Lucas<br>4050 Pennsylvania Avenue, Suite #115<br>Kansas City, MO 64111 |
| Pisanchyn Law Firm<br>Michael J. Pisanchyn<br>524 Spruce Street<br>Scranton, PA 18503 | Villanova Law Offices, P.C.<br>James A. Villanova<br>16 Chatham Square<br>Pittsburgh, PA 15219 |
| John W. Patton<br>3220 No. Arnoult Drive #174<br>Metairie, LA 70002 | Brian J. Klopfenstein<br>215 Platte Clay Way, Suite B<br>Post Office Box 897<br>Kearney, MO 64060-0897 |
| Straub, Seaman & Allen, P.C.<br>Douglas C. Allen<br>1014 Main St., PO Box 318<br>St. Joseph, MI 49085-0318 | Roger Davie P.C.<br>Roger Davie<br>1801 North Stanton<br>El Paso, TX 79902 |
| Cherrie Quintero<br>7722 N Laverne Street<br>New Orleans, LA 70126 | Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Usiak Somerlock & Peters PC<br>146 W. Patrick Street<br>Frederick, MD 21701 | Guerra & Farah, PLLC<br>George K. Farah<br>4101 Washington Avenue, 3rd Floor<br>Houston, TX 77007 |
| Arrazolo Law PC<br>Gilbert Arrazolo<br>715 Tijeras Avenue NW<br>Albuquerque, NM 87102 | Geoffrey Smith<br>P.O. Box 2453<br>Norman, OK 73070 |
| George H. Hodge Jr.<br>P.O. Box 803<br>St. Thomas, VI 00804 | Leonard H. Brashear<br>P.O. Box 677<br>Hyden, KY 41749 |
| Robert Land<br>The Curtis Center<br>601 Walnut Street, Suite 160 West<br>Philadelphia, PA 19106 | Law Office of Benton Musselwhite<br>Benton Musselwhite<br>1705 West Gray, Suite A<br>Houston, TX 77019 |
| Mueller Law Firm<br>Wolfgang Mueller<br>34405 W. Twelve Mile Rd., Suite 200A<br>Farmington Hills, MI 48331 | Paul Vernon Minix, Jr. (#638154)<br>TDCJ Jester IV Unit<br>4 Jester Road<br>Richmond, Texas 77406 |
| LESLIE D. ROUSSELL<br>Attorney At Law<br>420 N 6th Avenue<br>Laurel, MS 39440 | Craig Carlson<br>THE CARLSON LAW FIRM, P.C.<br>100 East Centex Expressway<br>Killeen, Texas 76542 |
| Ron Etemi, Esq.<br>TRANTOLO & TRANTOLO, LLC<br>50 Russ Street<br>Hartford, CT 06106 | Ron Etemi, Esq.<br>TRANTOLO & TRANTOLO, LLC<br>130A Scott Road<br>Waterbury, CT 06705 |
| Law Offices of Jeffrey D. Gold<br>Jeffrey Gold<br>12749 Norwalk Boulevard, Suite 100<br>Norwalk, CA 90650 | Law Offices of Foley & Denny<br>John D. Foley<br>P.O. Box 685<br>Anna, IL 62906 |
| Edelstein Martin & Nelson<br>Peter K. Janczyke<br>1000 North West Street, Suite 1200<br>Wilmington, DE 19801 | Chance & McCann, LLC<br>Matthew Weng<br>201 W. Commerce Street<br>P.O. Box 278<br>Bridgeton, NJ 08302 |
| Ken Nunn Law Office<br>Bradford J. Smith<br>104 South Franklin Road<br>Bloomington, IN 47404 | Brian S. Masumoto<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |

62714846 v1