# **Exhibit B**



**From:** Fox, Gregory W. [mailto:GFox@goodwinlaw.com]
**Sent:** Tuesday, August 9, 2016 1:03 PM
**To:** Martorana, Keith R. <KMartorana@gibsondunn.com>
**Cc:** Williams, Matt J. <MJWilliams@gibsondunn.com>; Wu, Aric <AWu@gibsondunn.com>; Rubin, Lisa H. <LRubin@gibsondunn.com>; Weintraub, William P <WWeintraub@goodwinlaw.com>
**Subject:** RE: GM

Thanks Keith

**Gregory W. Fox**



Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
o  +1 212 459 7348
f  +1 212 409 8403
GFox@goodwinlaw.com | goodwinlaw.com

**From:** Martorana, Keith R. [mailto:KMartorana@gibsondunn.com]
**Sent:** Tuesday, August 09, 2016 12:47 PM

1

**To:** Fox, Gregory W.
**Cc:** Williams, Matt J.; Wu, Aric; Rubin, Lisa H.
**Subject:** RE: GM

Greg – this is confirmed for the plaintiffs covered by our prior stipulation.


**Keith Martorana**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3991 • Fax +1 212.351.6391
KMartorana@gibsondunn.com • www.gibsondunn.com

---

**From:** Fox, Gregory W. [mailto:GFox@goodwinlaw.com]
**Sent:** Tuesday, August 09, 2016 11:55 AM
**To:** Martorana, Keith R.
**Subject:** GM


Keith,

As we discussed, please allow this email to confirm our discussion this morning that the existing tolling does not require the Pre-Closing Accident Plaintiffs to file their motion for leave to assert late proofs of claim any earlier than the Economic Loss Plaintiffs need to file their motion for leave to assert late claims.

Thanks,

Greg

**Gregory W. Fox**



Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
o  +1 212 459 7348
f  +1 212 409 8403
GFox@goodwinlaw.com | goodwinlaw.com


******************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.