# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :        Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                 :
                                                         :
                            Debtors.                     :        (Jointly Administered)
-----------------------------------------------------------------x

## ORDER GRANTING MOTION BY GENERAL MOTORS LLC TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION AND THE RULINGS IN CONNECTION THEREWITH, WITH RESPECT TO THE HINES PLAINTIFF

Upon the Motion, dated April 14, 2017 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] seeking the entry of an order enforcing the Sale Order and Injunction and the Bankruptcy Court's rulings in connection therewith, by directing the Hines Plaintiff to amend the Hines Petition so that it complies with the Sale Order and Injunction and the other Bankruptcy Court rulings, all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided to counsel for the Hines Plaintiff, and it appearing that no other or further notice need be given; and a hearing (the "**Hearing**") having been held with respect to the Motion on May 11, 2017; and upon the record of the Hearing, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is therefore:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the Hines Plaintiff and her counsel are enjoined and retrained from seeking punitive damages against New GM in the Hines Lawsuit; and it is further

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

DMSLIBRARY01\30261685.v1

ORDERED, that the Hines Plaintiff shall, within three (3) business days of the entry of this Order, file with the Missouri State Court an amended pleading so that it fully complies with the Sale Order and Injunction and the other Bankruptcy Court rulings by amending or striking all allegations, claims and requests for damages that violate the Sale Order and Injunction and the other Bankruptcy Court rulings (all as more fully set forth in the Motion); and it is further

ORDERED that within ten (10) business days after the entry of this Order, the Hines Plaintiff shall file with the Clerk of this Court evidence of the filing of her amended pleading with the Missouri State Court; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2017
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE