# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

April 17, 2017

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      Re:    In re Motors Liquidation Company, *et al.*
               Case No. 09-50026 (MG)

              **Letter Regarding Update on 2016 Threshold Issues -- Settlement**
              **Of Stueber Lawsuit**

Dear Judge Glenn:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. We write to update the Court regarding developments in connection with the 2016 Threshold Issues, which are scheduled for a hearing before the Court this Thursday, April 20, 2017.

      On February 23, 2017, counsel for Camille Stueber[1] filed a letter ("**Stueber Letter**") with the Court regarding the 2016 Threshold Issues [ECF No. 13854]. We have been advised by our co-counsel that the Stueber Lawsuit has settled. Counsel who wrote the Steuber Letter, and all counsel who filed briefs in connection with the 2016 Threshold Issues are receiving a copy of this letter to the Court.

      If the Court has any questions or needs additional information, please let us know.

---

[1] Camille Stueber is the plaintiff in the lawsuit captioned *Stueber vs. General Motors, LLC. et al.,* Case No. D-202-CV-2016-01254, pending in the County of Bernalillo, Second Judicial District, State of New Mexico ("**Stueber Lawsuit**").

DMSLIBRARY01\21600\162081\30298345.v1-4/17/17

Honorable Martin Glenn
April 17, 2016
Page 2

                                                    Respectfully submitted,

                                                    */s/ Scott Davidson*

                                                    Scott Davidson

SD/hs

cc:     James C. Ellis
        Steve W. Berman
        Elizabeth J. Cabraser
        Robert Hilliard
        Edward S. Weisfelner
        Howard S. Steel
        Sander L. Esserman
        William P. Weintraub
        Gregory W. Fox
        Andre E. Jardini
        Sean Southard
        Brendan M. Scott
        Victor J. Mastromarco
        Gary Peller
        Kris Ted Ledford