KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *April 14, 2017*, I caused to be served a true and correct copy of the Motion By General Motors LLC To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Hines Plaintiff [Dkt. No. 13892], by electronic mail on all parties receiving notice *via* the Court's ECF System.

DMSLIBRARY01\30317601.v1

Also on April 14, 2017, copies of the documents listed above were served upon each of the persons and entities listed below by causing copies of same to be delivered via email or via overnight mail.

**Service via Email and Overnight Delivery**

**Served *via* Email:**

dpotts@potts-law.com
ejensen@potts-law.com
mwhitman@potts-law.com
david@zevandavidson.com
rvoytas@zevandavidson.com

**Served *via* Overnight Delivery:**

| THE POTTS LAW FIRM, LLP<br>Derek H. Potts<br>Eric G. Jensen<br>Michael K. Whitman<br>1901 W. 47th Place, Suite 210<br>Westwood, KS 66205 | THE ZEVAN AND DAVIDSON LAW FIRM, LLC<br>David M. Zevan<br>Richard A. Voytas<br>One North Taylor, Ave.<br>St. Louis, MO 63108 |
|---|---|

Dated:   April 18, 2017
         New York, New York

　　　　　　　　　　　　　　　　　KING & SPALDING LLP


                                  By: /s/   Scott I. Davidson___
                                  Arthur J. Steinberg
                                  Scott Davidson
                                  King & Spalding LLP
                                  1185 Avenue of the Americas
                                  New York, NY 10036
                                  Telephone: (212) 556-2100
                                  Facsimile: (212) 556-2222

                                  *Attorneys for General Motors LLC*

DMSLIBRARY01\30317601.v1