KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON April 20, 2017 AT 9:00 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.     CONTESTED MATTERS**

1. Order to Show Cause Regarding Certain Issues Arising From Lawsuits with Claims Asserted Against General Motors ("New GM") That Involve Vehicles Manufactured by General Motors Corporation ("**Order to Show Cause**") (**ECF No. 13802**)

DMSLIBRARY01\30314760.v1

Responses Filed:

A. Statement /*Benjamin W. Pillars Supplemental Opening Brief* filed by Victor J. Mastromarco Jr. on behalf of Pillars, Estate of Kathleen Pillars, Deceased (**ECF No. 13857**).

B. Statement *Pilgrim Plaintiffs' Supplemental Opening Brief*, filed by Brendan M. Scott on behalf of William D. Pilgrim, et al. (**ECF No. 13859**).

C. Statement *Supplemental Opening Brief of the Elliott, Sesay and Bledsoe Plaintiffs* filed by Gary Peller on behalf of Momoh Kanu, Tynesia Mitchell, Ishmail Sesay (**ECF No. 13861**).

D. Notice of Objection to Claims *Supplemental Opening Brief on the 2016 Threshold Issues* filed by Kris Ted Ledford on behalf of Christopher Pope, Gwendolyn Pope (**ECF No. 13863**).

E. Statement *Supplemental Opening Brief on the 2016 Threshold Issues* filed by Kris Ted Ledford on behalf of Christopher Pope, Gwendolyn Pope. (**ECF No. 13864**)

F. Memorandum of Law *Opening Brief by General Motors LLC on the 2016 Threshold Issues Set Forth in the Order to Show Cause, Dated December 13, 2016 (Except for the Late Proof of Claim Issue)* (**ECF No. 13865**).

G. Memorandum of Law /*Plaintiffs' Joint Opening Brief on the 2016 Threshold Issues* (related document(s)13802) filed by Edward S. Weisfelner on behalf of Designated Counsel for the Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs (**ECF No. 13866**)

Replies Filed:

A. Reply to Motion *Reply Brief by General Motors LLC on the 2016 Threshold Issues Set Forth in the Order to Show Cause, Dated December 13, 2016 (Except for the Late Proof of Claim Issue)* (**ECF No. 13888**).

B. Response /*Plaintiffs' Joint Reply Brief On The 2016 Threshold Issues* (related document(s)13802, 13866) filed by Edward S. Weisfelner on behalf of Designated Counsel for the Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs. (**ECF No. 13889**).

Additional Documents:

A. Letter *In Re: Threshold Issue No. 4* Filed by James C. Ellis (on behalf of Stueber Plaintiffs) (**ECF No. 13854**).[1]

B. Letter *Regarding Update on 2016 Threshold Issues -- Settlement Of Stueber Lawsuit* Filed by Scott I. Davidson on behalf of General Motors LLC. (**ECF No. 13893**).

Status:    This matter is going forward.

Dated: April 19, 2017
       New York, New York

KING & SPALDING LLP

By: /s/   Scott Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

---

[1] As stated in the next agenda item (ECF No. 13893), the Stueber Lawsuit has settled.

DMSLIBRARY01\30314760.v1