# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

April 25, 2017

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

     **Re:** **In re Motors Liquidation Company,** *et al.*
       **Case No. 09-50026 (MG)**

       **Letter Regarding Update on Related Proceedings**

Dear Judge Glenn:

   King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter.  Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [ECF No. 13131], we write to update the Court regarding developments in proceedings relating to New GM.  Specifically, on April 24, 2017, the United States Supreme Court denied New GM's petition for writ of *certiorari*.  A copy of the relevant portion of the Orders List from the Supreme Court is attached hereto as **Exhibit "A."**

            Respectfully submitted,

            */s/ Scott Davidson*

            Scott Davidson

SD/hs
Encl.