# **Exhibit A**

(ORDER LIST: 581 U.S.)

MONDAY, APRIL 24, 2017

ORDERS IN PENDING CASES

| | |
|---|---|
| 16A611 | BURNS, MICHAEL R. V. UNITED STATES |

The application to file a petition for a writ of certiorari in excess of the page limitation addressed to Justice Thomas and referred to the Court is denied. Justice Gorsuch took no part in the consideration or decision of this application.

| | |
|---|---|
| 16A917 | TARTT, DERRICK B. V. MAGNA HEALTH SYSTEMS, ET AL. |

The application for a stay addressed to The Chief Justice and referred to the Court is denied. Justice Gorsuch took no part in the consideration or decision of this application.

| | |
|---|---|
| 16M118 | GREEN, ANTHONY L. V. COURT OF COMMON PLEAS OF MD |

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied. Justice Gorsuch took no part in the consideration or decision of this motion.

| | |
|---|---|
| 16M119 | CASSINELLI, ROBERT J. V. CASSINELLI, JANICE R. |

The motion for leave to proceed as a veteran is denied. Justice Gorsuch took no part in the consideration or decision of this motion.

| | |
|---|---|
| 16M120 | ZIOBER, KEVIN V. BLB RESOURCES, INC. |

The motion for leave to proceed as a veteran is granted.

| | |
|---|---|
| 16M121 | CLAYBORNE, ROBERT E. V. EICKHOLT, CHRISTOPHER, ET AL. |

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied. Justice Gorsuch took no part in the consideration or decision of this motion.

1

| | |
|---|---|
| 16-731 | CAROLINAS ELEC. WKRS., ET AL. V. ZENITH AMERICAN SOLUTIONS, INC. |

    The motion of respondent for attorney's fees and costs is denied. Justice Gorsuch took no part in the consideration or decision of this motion.

| | |
|---|---|
| 16-7188 | LORDMASTER, FRANKIE J. V. SUSSEX II STATE PRISON, ET AL. |
| 16-7512 | ELLIS, PRISCILLA A. V. USDC MD FL |

    The motions of petitioners for reconsideration of orders denying leave to proceed *in forma pauperis* are denied. Justice Gorsuch took no part in the consideration or decision of these motions.

## CERTIORARI DENIED

| | |
|---|---|
| 16-504  | BELL, TERESA V. BLUE CROSS AND BLUE SHIELD OF OK |
| 16-881  | NEEDHAM, MATTHEW V. LEWIS, CARMITA |
| 16-912  | KOBOLD, MATTHEW V. AETNA LIFE INSURANCE CO. |

    The petitions for writs of certiorari are denied.

| | |
|---|---|
| 15-9784 | ZONG, RAYMOND V. MERRILL LYNCH, INC. |
| 16-629  | ACLU, ET AL. V. CIA, ET AL. |
| 16-636  | WALKER, CALVIN G. V. TEXAS |
| 16-764  | GENERAL MOTORS V. ELLIOTT, CELESTINE, ET AL. |
| 16-775  | MONTANA, DARWIN V. WERLICH, WARDEN |
| 16-832  | AL DEMOCRATIC CONFERENCE, ET AL. V. MARSHALL, ATT'Y GEN. OF AL |
| 16-857  | GARNER, JASON V. COLORADO |
| 16-888  | FARHA, TODD S. V. UNITED STATES |
| 16-889  | SINCLAIR, CHERYL D. V. LAUDERDALE COUNTY, TN, ET AL. |
| 16-943  | ONYX PROPERTIES, ET AL. V. BOARD OF COUNTY COMMISSIONERS |
| 16-972  | CHESAPEAKE ENERGY CORP. V. BANK OF NY MELLON TRUST CO. |
| 16-995  | WILLIAMS, CASH V. HICKS, AMIRA, ET AL. |
| 16-1004 | VEY, EILEEN V. TYSKIEWIEZ, JERRY |