

Barry Spencer
SID# 95357-038
Wyatt Detention Center
950 High Street
Central Falls, R.I. 02863

Clerk of Court For
Honorable Judge Robert Gerber
S.D.N.Y. Bankruptcy Court
One Bowling Green, Courtroom 523
New York, NY 10004-1408



J2

THIS CORRESPONDENCE IS FORWARDED FROM THE DONALD W. WYATT DETENTION FACILITY. THE CONTENTS MAY NOT HAVE BEEN EVALUATED. THE FACILITY IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED MATERIAL.

April 1  2017
Barry Spencer
SID# 95357-038
Wyatt Detention Center
950 High Street
Central Falls, R.I. 02863

Clerk of Court For
Honorable Judge Robert Gerber
S.D.N.Y. Bankruptcy Court
One Bowling Green, Courtroom 523
New York, NY 10004-1408



RE:  In re Motor Liquidation Company

Dear Justice Gerber,

    As a creditor in the above captioned, it seems that there is no time restrains to receiving full compensation in this matter, especially when I have obligations that I need to pay i.e. medical, child support, housing, ect.,

    To this day I have only received a fourth of the payment owed me $200,000.00 for a bodily injury that I was made to receive stocks, warrants, GUC Units and cash, that has not come close to $47,000.00 in value, six years after signing the release, that this court would not allow me to rescind, or revoke.

    I owe about $31,000.00 in child support due to a Massachusetts Probate and Family court Judge Christopher assessing the settlement as I was made to believe, since I could not receive cash for my bodily injuries.

    never in dealing with any court have bodily injury settlement has to be paid in this manner, which has led to all my bank accounts to be placed leins on due to IRS employees.

    I request my life back by some ORDER for the Trust Administrator Wilmington Trust to release my additional $150,000.00 owed me, as you can see from the printout of the General Unsecured Creditor's Trust-Manage Claim Distribution Form, they are deliguent

major funds I need to support Myself and Family.

I thank you for addressing my concerns regarding this issue. I request a copy of the last plan this court apprived on March 31, 2011, debtor's Second Joint Chapter 11 Plan.

Respectfully,

Barry Spencer II

April 1, 2017

Barry Spencer II                    Home address: 78 Pioneer Road
SID# 05357-038                                    Brockton, MA 02301
Wyatt Detention Center
950 High Street
Cenral Falls, R.I. 02863

Wilmington Trust
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001

Claim No.: MCL-0064668
Barry Spencer Jr
Allowed Amount $200,000.00

Dear management of Motor Liquidation Co., Trust:

I am writing due to a dispute in my general unsecured claim. I have been incarcerated since May 23, 2013 and have not participated in any distribution waves since 2012, albeit, stock, warrants GUC units and cash has not even reached a fourth of the settlement amount for my bodily injuries, and invested in the Second Amended Joint Chapter 11 plan you have authority to resolve disputes.

Presently I have numerous obligations that I believed would be resolved by now including child support, student loans. and medical. I request to know when I will be receiving the disputed amount of $150,000.00 owed me. I have wrote your Boston office who never returned any response as to the status of my claims. I would like to know where my claims stand and what is the end date designated by the company to resolve all matters in the end date designated by the company to resolve all matters in this bankruptcy.

I want to know if the additional claims from Elliott v GM LLC, 829 F.3d 135 and subsequent ignition switch effects the payments in this litigation settlement.

Thank you for addressing my concerns regarding this matter

and distribution of the trust.

Sincerely,

Barry Spencer II