William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel for the Burnett Law Firm
and the Potts Law Firm*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (MG)
            f/k/a General Motors Corp., et al.,              :
                                                             :
                                       Debtors.              :    (Jointly Administered)
-------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the attorney set forth below hereby appears as counsel for the Burnett Law Firm and the Potts Law Firm (collectively, the "Client Law Firms") in the above-captioned Chapter 11 bankruptcy cases pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and request that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following:

        William P. Weintraub
        Gregory W. Fox
        GOODWIN PROCTER LLP
        The New York Times Building
        620 Eighth Avenue
        New York, New York  10018
        Tel.: 212.813.8800
        Fax.: 212.355.3333
        E-mail: wweintraub@goodwinlaw.com
                gfox@goodwinlaw.com

**PLEASE TAKE FURTHER NOTICE** that the undersigned consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned cases, whether formal or informal, written or oral, and transmitted or conveyed by mail delivery, courier service, telephone, facsimile transmission or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not consent or submission by Client Law Firms to personal or subject matter jurisdiction, and this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive Client Law Firms' (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or

discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which EverStream Parties are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

Dated: April 28, 2017
     New York, New York

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Tel: 212.813.8800
Fax: 212.355.3333
E-mail:  wweintraub@goodwinlaw.com
         gfox@goodwinlaw.com

*Counsel for the Burnett Law Firm*
*and the Potts Law Firm*

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that a copy of the foregoing *Notice of Appearance and Request for Service of Documents*, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 28, 2017.

/s/ William P. Weintraub
William P. Weintraub

ACTIVE/90739452.1