**New Hearing Date and Time: May 17, 2017 at 9:00 a.m. (ET)**
**Objection Deadline: May 4, 2017 at 5:00 p.m. (ET)**

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel for the Burnett Law Firm*
*and the Potts Law Firm*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :      Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :      Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., et al.,                 :
                                                            :
                                        Debtors.            :      (Jointly Administered)
------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION BY GENERAL MOTORS
LLC TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009
SALE ORDER AND INJUNCTION AND THE RULINGS IN
<u>CONNECTION THEREWITH, WITH RESPECT TO THE HINES PLAINTIFF</u>**

PLEASE TAKE NOTICE that, in connection with the *Motion By General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction and the Rulings In Connection Therewith, With Respect to the Hines Plaintiff* [Docket No. 13892] (the "Hines Motion to Enforce"), with the consent of the Court and on agreement among counsel to General Motors LLC ("New GM") and counsel to the law firms representing the Hines Plaintiff (as defined in the Hines Motion to Enforce), the hearing on the Hines Motion to Enforce has been adjourned from May 11, 2017 to **May 17, 2017 at 9:00 a.m. (ET)** and will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that all applicable deadlines and procedures for responses or objections to the Hines Motion to Enforce set forth in the Notice of Motion filed in connection with the Hines Motion to Enforce remain in force.

Dated: April 28, 2017               Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax:  212.355.3333
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel for the Burnett Law Firm
and the Potts Law Firm*

ACTIVE/90738988.1