**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re** : Chapter 11
:
**MOTORS LIQUIDATION COMPANY,** *et al.*, : Case No. 09-50026 (MG)
   f/k/a General Motors Corp., *et al*. :
:
   Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Susan Persichilli, being duly sworn, depose and state:

1.   I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On April 26, 2017, at the direction of Gibson Dunn & Crutcher LLP ("Gibson Dunn"), attorneys for the Motors Liquidation Company GUC Trust, I caused true and correct copies of the following document to be served by first class mail and email on GUC Trust Beneficiary Monitor c/o FTI Consulting Inc., 1201 W. Peachtree Street, Suite 600, Atlanta GA 30309, email: wgreta191@gmail.com (Affected Party):

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/ Susan Persichilli
Susan Persichilli

Sworn to before me this 1st day of
May, 2017

/s/ Debra Wolther
Debra Wolther
Notary Public, State of New York
No. 02WO4853469
Qualified in Nassau County
My Commission Expires January 27, 2018