William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel for the Burnett Law Firm*
*and the Potts Law Firm*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (REG)
      f/k/a General Motors Corp., et al.,                  :
                                                             :
                            Debtors.               :    (Jointly Administered)
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, William P. Weintraub, hereby certify that on **April 28, 2017**, a true and correct copy of the *Notice of Adjournment of Hearing on Motion by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction and the Rulings in Connection Therewith, with Respect to the Hines Plaintiff*, filed through the CM/ECF system [Docket No. - 13910], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

ACTIVE/90746001.1

|  |  |
|---|---|
| Dated: May 1, 2017 | Respectfully submitted, |
|  | /s/ *William P. Weintraub* |
|  | William P. Weintraub |
|  | Gregory W. Fox |
|  | GOODWIN PROCTER LLP |
|  | The New York Times Building |
|  | 620 Eighth Avenue |
|  | New York, NY 10018 |
|  | Tel.: 212.813.8800 |
|  | Fax:  212.355.3333 |
|  | wweintraub@goodwinlaw.com |
|  | gfox@goodwinlaw.com |
|  |  |
|  | *Counsel for the Burnett Law Firm and the Potts Law Firm* |

2

ACTIVE/90746001.1