UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017, I caused the Letter Request to be heard regarding the impact of *In re Tronox, Inc*. on the 2016 Threshold Issues, Dkt. No. 13915, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: May 3, 2017

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for the *Elliott*, *Sesay*, and *Bledsoe* Plaintiffs