UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                                                : Chapter 11
                                                                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.*,         : Case No. 09-50026 (MG)
    f/k/a General Motors Corp., *et al*.                   :
                                                                                        :
                  Debtors.          : (Jointly Administered)
                                                                                        :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINTON    )
                             ) ss
COUNTY OF KING           )

I, Eric Westberg, being duly sworn, depose and state:

1.     I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.     On May 5, 2017, at the direction of Gibson Dunn & Crutcher LLP ("Gibson Dunn"), attorneys for the Motors Liquidation Company GUC Trust, I caused true and correct copies of the following document to be served by first class mail and email on the party at the addresses listed on Exhibit A (Affected Party):

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 8th day of
May, 2017

/s/ Katherine A. Hathaway
Katherine A. Hathaway
Notary Public, State of Washington
No. 184372
Commission Expires: February 26, 2020

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GRETA MARIE WONG | 1917 SE 171ST AVE | | | | PORTLAND | OR | 97233 | wgreta191@gmail.com |
| GRETA MARIE WONG | C/O CITIBANK N.A. | 111 WALL ST | | | NEW YORK | NY | 10043 | WGRETA191@GMAIL.COM |