**ADJOURNED HEARING DATE AND TIME: To Be Determined**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.: 09-50026 (MG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION BY
GENERAL MOTORS LLC TO ENFORCE THE BANKRUPTCY COURT'S
JULY 5, 2009 SALE ORDER AND INJUNCTION AND THE RULINGS IN
CONNECTION THEREWITH, WITH RESPECT TO THE HINES PLAINTIFF**

PLEASE TAKE NOTICE that the hearing in connection with the *Motion By General Motors LLC To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Hines Plaintiff*, dated April 14, 2017 [ECF No. 13892], previously scheduled for May 11, 2017 and adjourned to May 17, 2017, has been further adjourned to a date to be determined.

DMSLIBRARY01\30404180.v1

Dated: New York, New York
       May 10, 2017

                          Respectfully submitted,

                          /s/ Scott Davidson
                          Scott Davidson
                          Arthur Steinberg
                          KING & SPALDING LLP
                          1185 Avenue of the Americas
                          New York, New York 10036
                          Telephone:   (212) 556-2100
                          Facsimile:   (212) 556-2222

                          Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                          Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                          KIRKLAND & ELLIS LLP
                          300 North LaSalle
                          Chicago, IL 60654
                          Telephone:   (312) 862-2000
                          Facsimile:   (312) 862-2200

                          *Attorneys for General Motors LLC*