**ADJOURNED HEARING DATE AND TIME: May 17, 2017 at 9:00 a.m.**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No.:  09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                     Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION
BY GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. §§ 105
AND 363 TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009
SALE ORDER AND INJUNCTION, AND THE RULINGS IN CONNECTION
THEREWITH, FILED ON JUNE 24, 2016 [DKT. NO. 13655], WITH
<u>RESPECT TO THE PITTERMAN PLAINTIFF ONLY</u>**

PLEASE TAKE NOTICE that the hearing in connection with the *Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce The Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and The Rulings In Connection Therewith*, filed on June 24, 2016 [Dkt. No. 13655], **with respect to the Pitterman Plaintiff only**, previously scheduled for May 11, 2017 at 2:00 p.m., has been adjourned to May 17, 2017 at 9:00 a.m.

Dated: New York, New York

     May 10, 2017

Respectfully submitted,

/s/ Scott Davidson
Scott Davidson
Arthur Steinberg
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:   (212) 556-2100
Facsimile:    (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

*Attorneys for General Motors LLC*