KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :     Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*        :
                                                   :
               Debtors.             :     (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *May 10, 2017* I caused to be served a true and correct copy of the *Notice Of Adjournment Of Hearing On Motion By General Motors LLC To Enforce The Bankruptcy Courts July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Hines Plaintiff* [Dkt. No. 13927], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email.

Dated: May 12, 2017
New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*

## Service List for May 10, 2017

**Documents Served via E-mail:**

*Notice Of Adjournment Of Hearing On Motion By General Motors LLC To Enforce The Bankruptcy Courts July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Hines Plaintiff* [Dkt. No. 13927].

Derek H. Potts, Esq.
Eric G. Jensen, Esq.
M. Whitman, Esq.
THE POTTS LAW FIRM, LLP
1901 W. 47th Place, Suite 210
Westwood, KS 66205
ejensen@potts-law.com
dpotts@potts-law.com
mwhitman@potts-law.com;

William Weintraub, Esq.
Gregory Fox, Esq.
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY  10018
T: 212-813-8800
wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

David M. Zevan, Esq.
Richard A. Voytas, Esq.
THE ZEVAN & DAVIDSON LAW FIRM, LLC
One North Taylor, Ave.
St. Louis, MO 63108
david@zevandavidson.com;
rvoytas@zevandavidson.com;