William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel for Butler Wooten & Peak LLP,*
*Denney & Barrett, P.C., Hilliard Muñoz*
*Gonzales L.L.P., and Turner & Associates, P.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., et al.,                       :
                                                             :
                   Debtors.                           :    (Jointly Administered)
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, William P. Weintraub, hereby certify that on **May 12, 2017**, a true and correct copy of the *Response to May 5, 2017 Letter from Counsel to New GM*, filed through this Court's CM/ECF system [Docket No. 13935], was sent electronically to the participants registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

ACTIVE/90945042.1

| | |
|---|---|
| Dated: May 12, 2017 | Respectfully submitted,<br><br>/s/ *William P. Weintraub*<br>William P. Weintraub<br>Gregory W. Fox<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel.: 212.813.8800<br>Fax:  212.355.3333<br>wweintraub@goodwinlaw.com<br>gfox@goodwinlaw.com<br><br>*Counsel for Butler Wooten & Peak, LLP,*<br>*Denney & Barrett, P.C., Hilliard Muñoz*<br>*Gonzales L.L.P., and Turner & Associates, P.A.* |

2