KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*           :
                                                   :
                            Debtors.               :    (Jointly Administered)
                                                   :
--------------------------------------------------- x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 17, 2017 AT 9:00 A.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    ADJOURNED MATTERS**

*Motion to Authorize - Notice Of Motion By General Motors LLC To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Hines Plaintiff* filed by Arthur Jay Steinberg on behalf of General Motors LLC (**ECF No. 13892**).

DMSLIBRARY01\30417649.v1

Response Filed:

*Objection to Motion by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction and the Rulings in Connection Therewith, with Respect to the Hines Plaintiff* filed by William P. Weintraub on behalf of Burnett Law Firm, The Potts Law Firm  (**ECF No. 13920**).

Reply Filed:    None to date.

Additional Documents:

*Notice of Adjournment of Hearing on Motion by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction and the Rulings in Connection Therewith, with Respect to the Hines Plaintiff* (**ECF No. 13910**).

*Notice Of Adjournment Of Hearing On Motion By General Motors LLC To Enforce The Bankruptcy Courts July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Hines Plaintiff* (**ECF No. 13927**).

Status: This matter has been adjourned to a date to be determined.

**II.    CONTESTED MATTERS**

1. *Order to Show Cause Regarding Certain Issues Arising From Lawsuits with Claims Asserted Against General Motors ("New GM") That Involve Vehicles Manufactured by General Motors Corporation* (**ECF No. 13802**).

    Responses Filed:

    A. Statement /*Benjamin W. Pillars Supplemental Opening Brief* filed by Victor J. Mastromarco Jr. on behalf of Pillars, Estate of Kathleen Pillars, Deceased (**ECF No. 13857**).

    B. Statement *Pilgrim Plaintiffs' Supplemental Opening Brief*, filed by Brendan M. Scott on behalf of William D. Pilgrim, et al. (**ECF No. 13859**).

    C. Statement *Supplemental Opening Brief of the Elliott, Sesay and Bledsoe Plaintiffs* filed by Gary Peller on behalf of Momoh Kanu, Tynesia Mitchell, Ishmail Sesay (**ECF No. 13861**).

    D. Notice of Objection to Claims *Supplemental Opening Brief on the 2016 Threshold Issues* filed by Kris Ted Ledford on behalf of Christopher Pope, Gwendolyn Pope (**ECF No. 13863**).

E. Statement *Supplemental Opening Brief on the 2016 Threshold Issues* filed by Kris Ted Ledford on behalf of Christopher Pope, Gwendolyn Pope (**ECF No. 13864**).

F. Memorandum of Law *Opening Brief by General Motors LLC on the 2016 Threshold Issues Set Forth in the Order to Show Cause, Dated December 13, 2016 (Except for the Late Proof of Claim Issue)* (**ECF No. 13865**).

G. Memorandum of Law /*Plaintiffs' Joint Opening Brief on the 2016 Threshold Issues* (related document(s)13802) filed by Edward S. Weisfelner on behalf of Designated Counsel for the Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs (**ECF No. 13866**).

Replies Filed:

A. Reply to Motion *Reply Brief by General Motors LLC on the 2016 Threshold Issues Set Forth in the Order to Show Cause, Dated December 13, 2016 (Except for the Late Proof of Claim Issue)* (**ECF No. 13888**).

B. Response */Plaintiffs' Joint Reply Brief On The 2016 Threshold Issues* (related document(s)13802, 13866) filed by Edward S. Weisfelner on behalf of Designated Counsel for the Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs. (**ECF No. 13889**).

Additional Documents:

A. Letter *In Re: Threshold Issue No. 4* Filed by James C. Ellis (on behalf of Stueber Plaintiffs) (**ECF No. 13854**).[1]

B. Letter *Regarding Update on 2016 Threshold Issues -- Settlement Of Stueber Lawsuit* Filed by Scott I. Davidson on behalf of General Motors LLC (**ECF No. 13893**).

C. *Transcript Regarding Hearing Held on 4/20/2017 RE: Order To Show Cause* (**ECF No. 13907**).

D. Letter *Regarding Update on Related Proceeding And the Impact of In re Tronox Inc. on the 2016 Threshold Issues* Filed by Scott I. Davidson on behalf of General Motors LLC (**ECF No. 13914**).

E. Letter *Requesting Opportunity to be Heard* Filed by Gary Peller on behalf of James Tibbs, Sharon Bledsoe, Celestine Elliott, Lawrence Elliott, Tina Farmer, Paul Fordham, Momoh Kanu, Tynesia Mitchell, Dierra Thomas (**ECF No. 13915**).

---

[1] As stated in the next agenda item (ECF No. 13893), the Stueber Lawsuit has settled.

DMSLIBRARY01\30417649.v1

F. Memorandum Endorsed So Ordered Letter Signed on 5/4/2017. THE LETTER REQUEST IS GRANTED (**ECF No. 13917**).

G. Memorandum Endorsed So Ordered Letter Signed on 5/4/2017. The request that letter briefs, not to exceed four (4) pages be filed on or before May 10, 2017, to address the impact, if any, of the Tronox Opinion on 2016 Threshold Issue No. 2, as it relates to Independent Claims, is GRANTED (**ECF No. 13918**).

H. Letter *Brief Correcting Statements Made by Plaintiffs' Counsel at Hearing on 2016 Threshold Issues* Filed by Arthur Jay Steinberg on behalf of General Motors LLC (**ECF No. 13921**).

I. Letter *Regarding the Impact of In re Tronox Inc. on 2016 Threshold Issue No. 2 as it Relates to Independent Claims* Filed by Arthur Jay Steinberg on behalf of General Motors LLC (**ECF No. 13929**).

J. Letter */Joint letter Regarding the Impact of In re Tronox Inc. on 2016 Threshold Issue No. 2 as it Relates to Independent Claims* Filed by Edward S. Weisfelner on behalf of Designated Counsel for the Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs (**ECF No. 13930**).

K. Response *to May 5, 2017 Letter from Counsel to New GM* filed by William P. Weintraub on behalf of Hilliard Munoz Gonzales L.L.P., Denney & Barrett, P.C., Burnett Law Firm, Turner & Associates, P.A (**ECF No. 13935**).

L. Letter *from Arthur J. Steinberg to Honorable Martin Glenn dated 5/15/2017 re List of Cases with Upcoming Trial Dates* (**ECF No. 13938**).

Status:  This matter is going forward.

2. *Motion to Authorize - Notice Of Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith, With Respect To Plaintiffs Identified On Schedule "1" Attached Thereto* (**ECF No. 13655**); Statement  - *Compendium Of Exhibits For Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith, With Respect To Plaintiffs Identified On Schedule 1 Attached Thereto* (**ECF No. 13656**).

Responses Filed:

A. *Objection to Motion by General Motors, LLC* filed by Kenneth C Anthony Jr on behalf of Moore Plaintiffs (**ECF No. 13674**).

B. *Opposition Brief to GM Motion to Enforce ECF 13655* filed by Joram Hirsch on behalf of Bernard Pitterman Adm. (**ECF No. 13675**).

C. *Objection to Motion by General Motors LLC to Enforce the Bankruptcy Courts July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith* filed by Joshua S. Markowitz on behalf of Brianna Minard (**ECF No. 13676**).

D. *Response to Motion By General Motors LLC Pursuant To Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith, With Respect To Plaintiffs Identified On Schedule "1" Attached Thereto The Second June 2016 Motion to Enforce* filed by Edward S. Weisfelner on behalf of Attorneys and Designated Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court, Attorneys and Co-Lead Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court (**ECF No. 13677**).

E. *Objection to Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith* filed by Kris Ted Ledford on behalf of Gwendolyn Pope, Christopher Pope (**ECF No. 13678**).

Reply Filed:

A. *Reply to Motion - Reply by General Motors LLC to Objections And Response To Its' Motion Pursuant To 11 U.S.C. §§ 105 And 363 To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith, With Respect To Plaintiffs Identified On Schedule "1" Attached Thereto* (**ECF No. 13681**).

Additional Documents Filed**:**

A. *Notice of Adjournment of Hearing - Notice Of Status Conference To Be Held In Connection With The June 2016 Motions To Enforce And Adjournment Of Hearing In Connection With Second June 2016 Motion To Enforce* filed by Arthur Jay Steinberg on behalf of General Motors LLC. with hearing to be held on 7/18/2016 at 10:00 AM at Courtroom 523 (MG) (**ECF No. 13684**).

B.  *Transcript regarding Hearing Held on 7/18/2016 10:04 AM RE: Status Conference Re: Motion by General Motors LLC Pursuant to 11 U.S.C 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith* (**ECF No. 13697**).

C.  *Letter Providing Supplemental Authority in Connection with New GM's Motion to Enforce with Respect to the Pitterman Lawsuit* Filed by Arthur Jay Steinberg on behalf of General Motors LLC (**ECF No. 13914**).

D.  *Notice of Adjournment of Hearing of Motion By General Motors LLC Pursuant To 11 U.S.C. §§ 105 and 363 to Enforce The Bankruptcy Courts July 5, 2009 Sale Order and Injunction, and The Rulings In Connection Therewith, filed on June 24, 2016, with respect to the Pitterman Plaintiff Only* (**ECF No. 13928**).

E.  Letter *Response to GM letter May 8* Filed by Joram Hirsch on behalf of Bernard Pitterman Adm. (**(ECF No. 13914)**).

Status: This matter is going forward with respect to the ***Pitterman Plaintiff only***.

Dated:  May 16, 2017
New York, New York

                              KING & SPALDING LLP

                              By: /s/   *Scott Davidson*
                              Arthur J. Steinberg
                              Scott Davidson
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                              Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                              KIRKLAND & ELLIS LLP
                              300 North LaSalle
                              Chicago, IL 60654
                              Telephone: (312) 862-2000
                              Facsimile: (312) 862-2200

                              *Attorneys for General Motors LLC*

DMSLIBRARY01\30417649.v1