**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                    :
In re                                                               :       Chapter 11
                                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                           :       **Case No. 09-50026 (MG)**
        **f/k/a General Motors Corp.,** *et al.*                    :
                                                                    :
                                **Debtors.**                        :       **(Jointly Administered)**
                                                                    :
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF WASHINGTON )
                                    ) ss
COUNTY OF KING            )

I, Eric Westberg being duly sworn, depose and state:

1.      I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.      On May 12, 2017, at the direction of Gibson Dunn & Crutcher LLP, attorneys for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by e-mail to wgreta191@gmail.com, and by first class mail on the parties identified on Exhibit A annexed hereto (Affected Party):

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/ Eric Westberg
Eric Westberg


Sworn to before me this 16th day of
May, 2017

/s/ Rebecca J. Evans
Rebecca J. Evans
Notary Public, State of Washington
License No. 29939
Qualified in King County
Commission Expires: February 19, 2020

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| GRETA MARIE WONG | 1917 SE 171ST AVE | | | | PORTLAND | OR | 97233 |
| GRETA MARIE WONG | MOTORS LIQUIDATION COMPANY GUC TRUST | 1100 N MARKET ST | | | WILMINGTON | DE | 19890 |