**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                                 : Chapter 11
                                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.*,    : Case No. 09-50026 (MG)
    f/k/a General Motors Corp., *et al*.    :
                                                                  :
        Debtors.    : (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                 ) ss
COUNTY OF KING       )

I, Eric Westberg being duly sworn, depose and state:

1.    I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.    On May 18, 2017, at the direction of Gibson Dunn & Crutcher LLP, attorneys for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by e-mail to wgreta191@gmail.com, and by first class mail to Greta Marie Wong, 1917 S.E. 171st Ave., Portland, OR 97233:

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 22nd day of
May, 2017

/s/ Katherine A. Hathaway
Katherine A. Hathaway
Notary Public, State of Washington
No. 184372
Commission Expires: February 26, 2020