Correy A. Kamin
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
*Counsel for Marlene S. Karu*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                                   :        Chapter 11
                                                                              :
MOTORS LIQUIDATION COMPANY,         :        Case No.: 09-50026 (MG)
                                                                              :
                            Debtor.                                :        (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Correy A. Kamin hereby appears as counsel of record for Marlene S. Karu in the above-captioned action.

Dated: New York, New York
         May 23, 2017

                                                                  By:    /s/ Correy A. Kamin
                                                                           Correy A. Kamin
                                                                  WOLF HALDENSTEIN ADLER FREEMAN
                                                                  & HERZ LLP
                                                                  270 Madison Avenue
                                                                  New York, NY 10016
                                                                  (212) 545-4600
                                                                  kamin@whafh.com

                                                                  *Attorney for Marlene S. Karu*

793334