Gregory M. Nespole
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
*Counsel for Marlene S. Karu*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :    Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY,                                  :    Case No.: 09-50026 (MG)
                                                             :
                            Debtor.                          :    (Jointly Administered)
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gregory M. Nespole hereby appears as counsel of record for Marlene S. Karu in the above-captioned action.

Dated: New York, New York
       May 23, 2017

                                        By:   /s/ Gregory M. Nespole
                                              Gregory M. Nespole
                                        WOLF HALDENSTEIN ADLER FREEMAN
                                        & HERZ LLP
                                        270 Madison Avenue
                                        New York, NY 10016
                                        (212) 545-4600
                                        gmn@whafh.com

                                        *Attorney for Marlene S. Karu*

793334