**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
|   f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that James A. Wright III, Esq., of the firm Ropes & Gray LLP, hereby withdraws as counsel for Cross Country Motor Club, Inc. and Cross Country Motor Club of California, Inc. ("Cross Country"), and requests to be removed from all notice and service lists in this case.[1]

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to James A. Wright III, Esq., and does not impact the representation of Cross Country by other Ropes & Gray LLP attorneys in the above-captioned matter.

Dated: May 26, 2017
       Boston, MA

By */s/ James A. Wright III*
James A. Wright III
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050

---

[1] Mr. Wright is leaving Ropes & Gray LLP as of May 26, 2017.

63123274_1