**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008

*Attorneys for the Motors Liquidation Company
Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                        Debtors.
---------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)


STATE OF NEW YORK )
                 ) ss.:
COUNTY OF NEW YORK )

**AFFIDAVIT OF SERVICE**

Lindsay A. Bush, being duly sworn, deposes and says:

1.      I am over the age of 18, am not a party to this action, and am employed by
Binder & Schwartz LLP, 366 Madison Avenue, 6th Floor, New York, New York, 10017.

2.      On June 7, 2017, I served the following documents by e-mailing true and correct
copies to the Master Service List, pursuant to the Supplemental Case Management Order #1
(Adv. Pro. ECF No. 481) in the Adversary Proceeding captioned *Motors Liquidation Company
Avoidance Action Trust v. JPMorgan Chase Bank, N.A.*, Case No. 09-00504, via the following
email address: MasterServiceList@TermLoanAvoidanceAction.com:

> i.      Notice of Hearing on Motion of Motors Liquidation Company Avoidance
> Action Trust for Entry of Order Pursuant to Sections 105 and 1142 of the
> Bankruptcy Code and Bankruptcy Rule 3020(d) (I) Approving
> Amendments to the Second Amended Avoidance Action Trust Agreement,
> (II) Authorizing the Avoidance Action Trust to Enter into a Capital

Provision Agreement and to Grant a Lien to the Capital Providers, and (III) Authorizing the Avoidance Action Trust to Use a $1,750,759.93 Settlement Holdback to Fund Necessary Fees, Costs, and Expenses of the Avoidance Action Trust (ECF No. 13956);

ii.    Motion of Motors Liquidation Company Avoidance Action Trust for Entry of Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020(d) (I) Approving Amendments to the Second Amended Avoidance Action Trust Agreement, (II) Authorizing the Avoidance Action Trust to Enter into a Capital Provision Agreement and to Grant a Lien to the Capital Providers, and (III) Authorizing the Avoidance Action Trust to Use a $1,750,759.93 Settlement Holdback to Fund Necessary Fees, Costs, and Expenses of the Avoidance Action Trust (with Exhibits A-G) (ECF No. 13957); and

iii.    Declaration of Arthur J. Gonzalez in Support of Motors Liquidation Company Avoidance Action Trust's Motion for Entry of Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020(d): (I) Approving Amendments to the Second Amended Avoidance Action Trust Agreement; (II) Authorizing the Avoidance Action Trust to Enter into a Capital Provision Agreement and to Grant a Lien to the Capital Providers; and (III) Authorizing the Avoidance Action Trust to Use a $1,750,759.93 in Proceeds from Settlements between the Avoidance Action Trust and Certain Term Loan Defendants to Satisfy a Portion of the Current Fees, Costs and Expenses of the Avoidance Action Trust (ECF No. 13958).

Lindsay A. Bush

Sworn to and subscribed before me this
13th day of June, 2017

LISA K SCULLY
Notary Public - State of New York
NO. 01SC6337297
Qualified in New York County
My Commission Expires Feb 22, 2020

2