UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                          :          Chapter 11
                                               :
**MOTORS LIQUIDATION COMPANY,** *et al.*,      :          Case No.:  09-50026 (MG)
    f/k/a General Motors Corp., *et al.*      :
                                               :
               Debtors.            :          (Jointly Administered)
                                               :
------------------------------------------------------------------x

## ORDER TO SHOW CAUSE FIXING A DATE AND TIME FOR THE HEARING ON THE MOTION BY GENERAL MOTORS LLC TO ENFORCE THE RULINGS IN THE BANKRUPTCY COURT'S JUNE 7, 2017 OPINION AND ORDER WITH RESPECT TO THE PITTERMAN PLAINTIFFS

Upon the annexed motion ("Motion") of General Motors LLC ("New GM"), dated June 20, 2017, by its attorneys King & Spalding LLP, to enforce this Court's rulings in its Memorandum Opinion and Order, dated June 7, 2017 ("Pitterman Opinion")[1] with regard to the Pitterman Lawsuit,[2] pending in the Connecticut District Court, by enjoining the Pitterman Plaintiffs from proceeding with certain claims contained in their proposed Amended Complaint, given the Court's Sale Order and Injunction; and upon the Declaration of Arthur Steinberg, pursuant to Local Bankruptcy Rule 9077-1, sworn to on June 20, 2017 ("Declaration"), attesting to the necessity for relief by Order to Show Cause; and upon due deliberation and good and sufficient cause appearing, it is:

---

[1] The full title of the Pitterman Opinion is *Memorandum Opinion And Order Granting In Part New GM's Motion To Enforce Sale Order Against The Pitterman Plaintiffs And Resolving 2016 Threshold Issue Two: Whether Non-Ignition Switch Plaintiffs Are Barred From Asserting Independent Claims Against New GM*, dated June 7, 2017 [ECF No. 13959]. The Pitterman Opinion is published at *In re Motors Liquidation Co.*, Case No. 09-50026 (MG), 2017 WL 2457881 (Bankr. S.D.N.Y. June 7, 2017).

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

ORDERED that a hearing to consider the Motion and entry of the proposed order annexed to the Motion shall be held before the Honorable Martin Glenn on **June 29, 2017 at 3:00 p.m.** (Eastern Time) ("Motion to Enforce Hearing") in Room 523 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408; and it is further

ORDERED that service of a copy of this Order to Show Cause, the Motion and Declaration upon counsel for the Pitterman Plaintiffs by e-mail transmission or overnight mail on or before **June 23, 2017 at 5:00 p.m.** (Eastern Time) shall be deemed good and sufficient service and notice of this Order to Show Cause, the Motion and Declaration; and it is further

ORDERED that any objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent practicable, and served in accordance with General Order M-399, and on King & Spalding LLP, counsel for New GM, 1185 Avenue of the Americas, New York, New York 10036, Attn: Arthur Steinberg, Esq. and Scott Davidson, Esq., so as to be received no later than **June 28, 2017, at 2:00 p.m.** (Eastern Time) ("Objection Deadline").

**IT IS SO ORDERED.**

Dated:  June 21, 2017
       New York, New York

                                                **/s/ Martin Glenn**
                                                MARTIN GLENN
                                           United States Bankruptcy Judge