KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                      Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

This is to certify that on *June 21, 2017* I caused to be served a true and correct copy of

the *Order to Show Cause, with respect to the Pitterman Motion to Enforce* [ECF No. 13969] and

the exhibits thereto, by email and overnight delivery upon:

Joram Hirsch, Esq.
ADELMAN HIRSCH & CONNORS LLP
1000 Lafayette Blvd
Bridgeport, CT 06604
T:  203-331-8888
jhirsch@ahctriallaw.com

*Counsel for the Pitterman Plaintiffs*

Dated: June 22, 2017
New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*