**Hearing Date and Time: July 5, 2017 at 2:00 p.m. (Eastern Time)**

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212.813.8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                    :
In re:                                                                         :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,       :    Case No.: 09-50026 (MG)
          f/k/a General Motors Corp., et al.,            :
                                                                                    :
                                              Debtors.          :    (Jointly Administered)
------------------------------------------------------------X

**(I) RESPONSE OF CERTAIN POST-CLOSING ACCIDENT PLAINTIFFS TO MOTION BY GENERAL MOTORS LLC FOR AN EXTENSION OF TIME TO APPEAL THE COURT'S "MEMORANDUM OPINION AND ORDER GRANTING IN PART NEW GM'S MOTION TO ENFORCE SALE ORDER AGAINST THE PITTERMAN PLAINTIFFS AND RESOLVING 2016 THRESHOLD ISSUE TWO: WHETHER NON-IGNITION SWITCH PLAINTIFFS ARE BARRED FROM ASSERTING INDEPENDENT CLAIMS AGAINST NEW GM," DATED JUNE 7, 2017 [ECF NO. 13959], TO THE EXTENT IT IS NOT AN INTERLOCUTORY ORDER; AND
(II) RESERVATION OF RIGHTS**

Goodwin Procter LLP ("Goodwin") on behalf of those certain Post-Closing Accident Plaintiffs represented by Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A. hereby responds to the *Motion by General Motors LLC for an Extension of Time to Appeal the Court's "Memorandum Opinion and Order Granting in Part New GM's Motion to Enforce Sale Order Against the Pitterman Plaintiffs and*

ACTIVE/91650317.1

*Resolving 2016 Threshold Issue Two: Whether Non-Ignition Switch Plaintiffs are Barred from Asserting Independent Claims Against New GM," Dated June 7, 2017 [ECF No. 13959], to the Extent it is Not an Interlocutory Order* (the "Motion"), as follows:

1.    Goodwin represents certain Ignition Switch and Non-Ignition Switch Post-Closing Accident Plaintiffs in connection with the 2016 Threshold Issues.[1]

2.    In essence, New GM is asking this Court for an advisory opinion as to how it should proceed on appeal.

3.    New GM requested that Goodwin (and, by extension, Goodwin's clients) share its appellate litigation strategy with New GM or otherwise assist New GM in implementing its own appellate litigation strategy.  Goodwin declined to provide its thoughts and mental impressions to New GM.

4.    Goodwin's view would not change the nature of the Court's June 7, 2016 Memorandum Decision and Order (Dkt. No. 13955), nor will it alter how an appellate court will rule on questions of timeliness and finality in the future.

5.    The Ignition Switch and Non-Ignition Switch Post-Closing Accident Plaintiffs represented by Goodwin reserve all rights with respect to the pending Motion and any appeals from rulings made with respect to any of the 2016 Threshold Issues.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in (1) the Motion, and (2) the *Order To Show Cause Regarding Certain Issues Arising From Lawsuits With Claims Asserted Against General Motors LLC ("New GM") That Involve Vehicles Manufactured By General Motors Corporation ("Old GM")*, dated December 13, 2016 [ECF No. 13802] and the Glossary of Terms attached thereto as Exhibit "B."

ACTIVE/91650317.1

| | |
|---|---|
| Dated: June 28, 2017<br>New York, New York | Respectfully submitted,<br><br>/s/ *William P. Weintraub*<br>William P. Weintraub<br>Gregory W. Fox<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel.: 212.813.8800<br>Fax: 212.355.3333<br>wweintraub@goodwinlaw.com<br>gfox@goodwinlaw.com<br><br>*Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.* |