William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., et al.,                  :
                                                             :
                              Debtors.                       :    (Jointly Administered)
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **June 28, 2017**, a true and correct copy of the *(I) Response of Certain Post-Closing Accident Plaintiffs to Motion by General Motors LLC for an Extension of Time to Appeal the Court's "Memorandum Opinion and Order Granting in Part New GM's Motion to Enforce Sale Order Against the Pitterman Plaintiffs and Resolving 2016 Threshold Issue Two: Whether Non-Ignition Switch Plaintiffs are Barred from Asserting Independent Claims Against New GM," Dated June 7, 2017 [ECF No. 13959], to the Extent it is Not an Interlocutory Order; and (II) Reservation of Rights*, filed through this Court's CM/ECF system [Docket No. 13974], was sent electronically to the participants registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

ACTIVE/91744361.1

| | |
|---|---|
| Dated: June 28, 2017 | Respectfully submitted,<br><br>/s/ *William P. Weintraub*<br>William P. Weintraub<br>Gregory W. Fox<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel.: 212.813.8800<br>Fax: 212.355.3333<br>wweintraub@goodwinlaw.com<br>gfox@goodwinlaw.com<br><br>*Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.* |