KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                  :    Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :    Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., *et al.*           :
                                                       :
                    Debtors.                           :    (Jointly Administered)
                                                       :
--------------------------------------------------------- x

**NOTICE OF MATTERS SCHEDULED FOR
HEARING ON JUNE 29, 2017 AT 3:00 P.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

1. *Order to Show Cause Fixing a Date and Time for the Hearing on the Motion by General Motors LLC to Enforce the Rulings in the Bankruptcy Court's June 7, 2017 Opinion and Order With Respect to the Pitterman Plaintiffs* (**ECF No. 13969**).

A. *Motion by General Motors LLC to Enforce the Rulings in the Bankruptcy Court's June 7, 2017 Opinion and Order With Respect to the Pitterman Plaintiffs.* **(ECF No. 139665)**

B. *Declaration of Arthur Steinberg.* **(ECF No. 13966)**

C. *Certificate of Service of Order to Show Cause, with respect to the Pitterman Motion to Enforce and the exhibits thereto* **(ECF No. 13970)**

Response Filed:

A. *Opposition Brief Objection to GM Motion to Enforce ECF 13969 filed by Joram Hirsch on behalf of Bernard Pitterman Adm.* **(ECF No. 13972**)

Additional Documents:

A. *Memorandum Opinion and Order, Signed on 6/7/2017, Granting in Part New GM's Motion to Enforce Sale Order Against the Pitterman Plaintiffs and Resolving 2016 Threshold Issue Two: Whether Non-Ignition Switch Plaintiffs are Barred from Asserting Independent Claims Against New GM.* **(ECF No. 13959)**

Status: This matter is going forward.

Dated: June 28, 2017
New York, New York

                                              KING & SPALDING LLP

                                              By: /s/   Arthur J. Steinberg
                                              Arthur J. Steinberg
                                              Scott Davidson
                                              King & Spalding LLP
                                              1185 Avenue of the Americas
                                              New York, NY 10036
                                              Telephone: (212) 556-2100
                                              Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*