KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                         :    Chapter 11
                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,          :    Case No.: 09-50026 (MG)
     f/k/a General Motors Corp., *et al.*     :
                                              :
                    Debtors.                   :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *June 29, 2017* I caused to be served a true and correct copy of the *Reply by General Motors LLC to Opposition by the Pitterman Plaintiffs to Motion to Enforce the Pitterman Opinion* [ECF No. 13977] and the exhibit thereto, by email and overnight delivery upon:

Joram Hirsch, Esq.
ADELMAN HIRSCH & CONNORS LLP
1000 Lafayette Blvd
Bridgeport, CT 06604
T: 203-331-8888
jhirsch@ahctriallaw.com

*Counsel for the Pitterman Plaintiffs*

Dated: June 29, 2017
New York, New York

                    KING & SPALDING LLP

                    By: /s/   Scott I. Davidson
                    Arthur J. Steinberg
                    Scott Davidson
                    King & Spalding LLP
                    1185 Avenue of the Americas
                    New York, NY 10036
                    Telephone: (212) 556-2100
                    Facsimile: (212) 556-2222

                    *Attorneys for General Motors LLC*