# BROWNRUDNICK

EDWARD S. WEISFELNER

direct dial: (212) 209-4900

fax: (212) 938-2900

eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

June 30, 2017

**VIA EMAIL AND ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

RE:    **In re Motors Liquidation Company, et al., Case No. 09-50026 (MG)**

Dear Judge Glenn:

      We write to update the Court that discussions continue between the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, certain Pre-Closing Accident Plaintiffs, and the GUC Trust, which may obviate the need for scheduling a hearing on the Initial Late Claims Motion Issues. We will keep the Court closely apprised of further developments.

Respectfully submitted,

*/s/ Edward S. Weisfelner*
Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com



Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the MDL Court*

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Ignition Switch Pre-Closing Accident*
*Plaintiffs Represented By Hilliard Muñoz Gonzales*
*L.L.P.*



Robert Hilliard

HILLIARD MUÑOZ GONZALES LLP

719 South Shoreline, Suite 500

Corpus Christi, Texas 78401

Tel: 361-882-1612

bobh@hmglawfirm.com

*Lead Counsel in the MDL Court with
Primary Responsibility for Personal Injury
and Wrongful Death Cases*

cc:     Matthew Williams
       Keith R. Martorana
       Gabriel Gillett
       Daniel Golden
       Deborah J. Newman
       Naomi Moss
       Eric B. Fisher
       Neil S. Binder
       Arthur Steinberg
       Scott Davidson
       Richard C. Godfrey
       Andrew B. Bloomer