50A Faber Heights #02-05<br>
Faber Crest<br>
Singapore 129195<br>
(855) 878-3232 (US/Canada)

June 19, 2017

**By Electronic Mail and Express Mail**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:   *In re Motors Liquidation Company, et al.*
           **Chapter 11 Case No.: 09-50026 (MG):**
           *Motion to Approve Amendments to the Second Amended and Restated Avoidance Action Trust Agreement and Authorize the Avoidance Action Trust to Enter into a Capital Provision Agreement* **(Docket No. 13957)**

Dear Judge Glenn:

I own GM (old GM) bonds and the corresponding units.

While I appreciate the effort of Mr. Fisher and his team, I object to the motion (Docket No. 13957) for the following 2 reasons:

- After 8 years of litigations the recovery has been practically inexistent.
- The motion does not demonstrate how a recovery is possible within a foreseeable future.

Respectfully, for your consideration.

Sincerely,

Eric Bonneau

cc:    Eric B. Fisher, Esq. (Via E-mail: efisher@binderschwartz.com)
       (Binder & Schwartz LLP)