Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re:                                                       :            Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,    :            Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., et al.,            :
                                                        :
                                  Debtors.    :            (Jointly Administered)
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                                        ) ss.:
COUNTY OF NEW YORK      )

      1.      Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

      2.      On the 30th day of June, 2017, I caused to be served a true and correct copy of the letter to Judge Glenn, dated June 30, 2017, re: status of settlement discussions between the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, certain Pre-Closing Accident Plaintiffs, and the GUC Trust, docket number 13981, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3. In addition, on the 30th day of June, 2017, I caused to be served a true and correct copy of the letter to Judge Glenn, dated June 30, 2017, re: status of settlement discussions between the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, certain Pre-Closing Accident Plaintiffs, and the GUC Trust, docket number 13981, by email upon the parties listed below.

| | |
|---|---|
| Andrew B. Bloomer | andrew.bloomer@kirkland.com |
| Arthur Steinberg | asteinberg@kslaw.com |
| Robert Hilliard | bobh@hmglawfirm.com |
| Daniel Golden | dgolden@akingump.com |
| Deborah J. Newman | djnewman@akingump.com |
| Elizabeth J. Cabraser | ecabraser@lchb.com |
| Eric B. Fisher | efisher@binderschwartz.com |
| Gabriel Gillett | esserman@sbep-law.com |
| Gregory W. Fox | gfox@goodwinlaw.com |
| Keith R. Martorana | ggillett@gibsondunn.com |
| Naomi Moss | kmartorana@gibsondunn.com |
| Neil S. Binder | mjwilliams@gibsondunn.com |
| Daniel Golden | nbinder@binderschwartz.com |
| Naomi Moss | nmoss@akingump.com |
| Richard C. Godfrey | richard.godfrey@kirkland.com |
| Scott Davidson | sdavidson@kslaw.com |
| Steve W. Berman | steve@hbsslaw.com |
| William P. Weintraub | wweintraub@goodwinlaw.com |

/s/ Amy J. Cunningham  
Amy J. Cunningham

Sworn to before me this  
30th day of June, 2017.

/s/ Evelyn Gonzalez  
Notary Public, State of New York  
No. 01GO5045489  
Qualified in Queens County  
Commission expires June 20, 2019

62814195 v1