KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re                                : | Chapter 11 |
|                                       : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.*   : | |
|                                       : | |
|            Debtors.           : | (Jointly Administered) |
|                                       : | |

--------------------------------------------------------------- x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON July 5, 2017 AT 2:00 P.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

*Motion to Extend Time to Appeal The Court's Memorandum Opinion and Order, dated June 7, 2017 [ECF No. 13959]* filed by Arthur Jay Steinberg on behalf of General Motors LLC **(ECF No. 13963)**

Responses Filed:

    A. *Response to Motion / (I) Response of Certain Post-Closing Accident Plaintiffs to Motion by General Motors LLC for an Extension of Time to Appeal the Court's "Memorandum Opinion and Order Granting in Part New GM's Motion to Enforce Sale Order Against the Pitterman Plaintiffs and Resolving 2016 Threshold Issue Two: Whether Non-Ignition Switch Plaintiffs are Barred from Asserting Independent Claims Against New GM," Dated June 7, 2017 [ECF No. **13959**], to the Extent it is Not an Interlocutory Order; and (II) Reservation of Rights (related document(s)**13963***) filed by William P. Weintraub on behalf of Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Munoz Gonzales L.L.P., Turner & Associates, P.A. (**ECF 13974**)

Additional Documents:

    A. *Memorandum Opinion and Order, Signed on 6/7/2017, Granting in Part New GM's Motion to Enforce Sale Order Against the Pitterman Plaintiffs and Resolving 2016 Threshold Issue Two: Whether Non-Ignition Switch Plaintiffs are Barred from Asserting Independent Claims Against New GM.* (**ECF No. 13959**)

Status: This matter is going forward.

Dated: July 3, 2017
     New York, New York

KING & SPALDING LLP

By: /s/  *Arthur J. Steinberg*
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*