# **Exhibit B**

**BROWN**RUDNICK

EDWARD S. WEISFELNER
direct dial: (212) 209-4900
fax: (212) 938-2900
eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

June 16, 2017

**VIA EMAIL AND ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

RE: **In re Motors Liquidation Company, *et al.*, Case No. 09-50026 (MG)**

Dear Judge Glenn:

     We write to inform the Court that discussions are ongoing between the Ignition Switch Plaintiffs, Non-Ignition Switch Plaintiffs, Pre-Closing Accident Plaintiffs, and the GUC Trust, that may obviate the need for scheduling a hearing on the Initial Late Claims Motion Issues. We will provide the Court a further update within the next two weeks.

                                 Respectfully submitted,

                                   */s/ Edward S. Weisfelner*
                                 Edward S. Weisfelner
                                 Howard S. Steel
                                 BROWN RUDNICK LLP
                                 Seven Times Square
                                 New York, New York 10036
                                 Tel: 212-209-4800
                                 eweisfelner@brownrudnick.com
                                 hsteel@brownrudnick.com

                                 Sander L. Esserman
                                 STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
                                 A PROFESSIONAL CORPORATION
                                 2323 Bryan Street, Ste 2200
                                 Dallas, Texas 75201
                                 Tel: 214-969-4900
                                 esserman@sbep-law.com

                                 *Designated Counsel for the Ignition Switch*
                                 *Plaintiffs and Certain Non-Ignition Switch*
                                 *Plaintiffs in the Bankruptcy Court*

brownrudnick.com

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

Steve W. Berman (admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the MDL Court*

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Ignition Switch Pre-Closing Accident
Plaintiffs Represented by Hilliard Muñoz Gonzales
L.L.P.*

Robert Hilliard
HILLIARD MUÑOZ GONZALES LLP
719 South Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: 361-882-1612
bobh@hmglawfirm.com

*Lead Counsel in the MDL Court with
Primary Responsibility for Personal Injury
and Wrongful Death Cases*

cc: Matthew Williams

09-50026-mg  Doc 13987-2  Filed 07/05/17  Entered 07/05/17 09:09:28  Exhibit B
Pg 4 of 4

09-50026-mg  Doc 13962  Filed 06/16/17  Entered 06/16/17 16:35:05  Main Document
Pg 3 of 3

Honorable Martin Glenn
June 16, 2017
Page 3

Keith R. Martorana
Gabriel Gillett
Daniel Golden
Deborah J. Newman
Naomi Moss
Eric B. Fisher
Neil S. Binder
Arthur Steinberg
Scott Davidson
Richard C. Godfrey
Andrew B. Bloomer