09-50026
GLN

Rose C. L.M. Sandick
3901 Independence Ave. Apt 1N
Bronx, NY 10463
(718) 548-1947
rcsandick@gmail.com

June 30, 2017

Honorable Martin Glenn
United States Bankruptcy Court
1 Bowling Green
New York, NY 10004

Dear Judge Glenn:

On June 29, 2017, I received a notice from Wilmington Trust Company dated June 7, 2017 regarding a hearing to be held in the United States Bankruptcy Court on June 30, 2017 concerning the General Motors General Liquidation Trust. I am a holder of GM stock that was issued as a result of the bankruptcy.

The postal machine date on the envelope is June 23, 2017 and the cancellation mark by the U.S. Post Office is June 24, 2017. Notice of objection had to be received by the Court by 4 p.m. on June 23, 2017. This is the first notice that I received. The cover sheet is from "First Clearing" but provides no contact information nor is it dated. I have enclosed photocopies of the coversheet, notice and envelope.

It appears to me that the lateness of this notice prevented anyone from making an objection to the motion. This concerns me since the cancellation of the hearing was based on there being no objections. I do not understand why the notice would be sent at such a late date if its purpose was to allow shareholders to respond. I thought that I should draw the date of the postmarks to Your Honor's attention.

I telephoned your chambers this morning and while Mr. Lombardi was very courteous he was only able to direct me to the Customer Service Desk of the Court where the person staffing it told me I could bring a letter about this matter.

Since I was given no opportunity to object and since I assume that the notices to other shareholders would also have been late, I ask Your Honor to consider this letter an objection.

I hope your Honor will forgive me if I have used any words that have a different legal meaning than they have in common usage as I am not familiar with legal terms.

Thank you for reading this letter.

Sincerely,

Rose C.L.M. Sandick
Rose C.L.M. Sandick

Encl.

Rose C.L.M. Sandick
5301 Independence Ave, Apt 1N
Bronx, NY 10463
(718) 543-1547
rcsandick@gmail.com

June 30, 2017

Honorable Martin Glenn
United States Bankruptcy Court
1 Bowling Green
New York, NY 10004

Dear Judge Glenn:

On June 25, 2017, I received a notice from Wilmington Trust Company dated June 7, 2017 regarding a hearing to be held in the United States Bankruptcy Court on June 30, 2017 concerning the General Motors General Liquidation Trust. I am a holder of GM stock that was issued as a result of the bankruptcy.

The postal machine date on the envelope is June 23, 2017 and the cancellation mark by the U.S. Post Office is June 24, 2017. Notice of objection had to be received by the Court by 4 p.m. on June 28, 2017. This is the first notice that I received. The cover sheet is from "First Clearing," but provides no contact information nor is it dated. I have enclosed photocopies of the coversheet, notice and envelope.

It appears to me that the lateness of this notice prevented anyone from making an objection to the motion. This concerns me since the cancellation of the hearing was based on there being no objections. I do not understand why the notice would be sent at such a late date if its purpose was to allow shareholders to respond. I thought that I should draw the date of the postmarks to Your Honor's attention.

I telephoned your chambers this morning and while Mr. Lombardi was very courteous he was only able to direct me to the Customer Service Desk of the Court where the person staffing it told me I could bring a letter about this matter.

Since I was given no opportunity to object and since I assume that the notices to other shareholders would also have been late, I ask Your Honor to consider this letter an objection.

I hope your Honor will forgive me if I have used any words that have a different legal meaning than they have in common usage as I am not familiar with legal terms.

Thank you for reading this letter.

Sincerely,

Rose C.L.M. Sandick

Encl.

# FirstClearing

June 23, 2017

PCT-PRW51415 34  029276  109 LN *W&I*
ROSE SANDICK
3901 INDEPENDENCE AVE
APT 1 N
BRONX NY 10463-1275

**Legal Notice**
Account Number ending in 2504

First Clearing provides execution, clearance and settlement services for Wunderlich Securities, Inc.

Enclosed are documents pertaining to the below-referenced holding in your brokerage account. Please review this information, as it may be of importance and could require action on your part.

Thank you for the privilege of serving your investment needs.

| Description: | |
|---|---|
| | • 8GENERAL 7.125% 7/15/13 |
| | 370ESCBS3 |
| **If you have any questions:** | |
| | • About the content of the enclosed notice: |
| | Please see the contact information in the notice |
| | • About your account |
| | Please contact your Financial Professional |

Account(s) carried by First Clearing. First Clearing is a trade name used by Wells Fargo Clearing Services, LLC.

5854  109/OPSM-1001

**ALL DEPOSITORIES, NOMINEES, BROKERS AND OTHERS:
PLEASE FACILITATE THE TRANSMISSION OF THIS
NOTICE TO ALL BENEFICIAL OWNERS.**

**NOTICE
TO THE HOLDERS OF**

**MOTORS LIQUIDATION COMPANY
(f/k/a GENERAL MOTORS COMPANY) DEBENTURES AND
NOTES WITH THE FOLLOWING CUSIP NOS.[1]: 370ESCAN5;
370ESCAJ4; 370ESCAR6; 370ESCAG3; 370ESCAS7; 370ESCAT2;
370ESCAU9; 370ESCAV7; 370ESCAZ8; 370ESCBB0; 370ESCBQ7;
370ESCBT1; 370ESCBW4; 370ESCBS3; 370ESC816; 370ESC774;
370ESC766; 370ESC758; 370ESC741; 370ESC733; 370ESC725;
370ESC717; 370ESC121; 370ESC691; 616ESC AA2; 616ESC AB0;
349ESC AT1; 677ESC AU2; 677ESC BC2; 455ESC AB8; 594ESC
AQ6; XS0171942757; XS0171943649; CH0008769264**

**June 7, 2017**

Reference is made to (i) the Second Amended Joint Chapter 11 Plan dated as of March 18, 2011 of the Motors Liquidation Company and certain of its affiliates, which was confirmed by an order of the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered on March 29, 2011 (as so confirmed, the "Plan") and which became effective on March 31, 2011, and (ii) the Second Amended and Restated Motors Liquidation Company Avoidance Action Trust Agreement, dated as of August 25, 2016 (the "**Avoidance Action Trust Agreement**").[2]

The Plan provides for the establishment of the Motors Liquidation Company Avoidance Action Trust (the "**Avoidance Action Trust**") to prosecute the Term Loan Avoidance Action (as defined in the Avoidance Action Trust Agreement) and distribute proceeds recovered in the Term Loan Avoidance Action, if any, subject to certain conditions. The Avoidance Action Trust Agreement further provides for the issuance of units of beneficial interest of the Avoidance Action Trust (the "**Units**") to holders of: (i) the initial Allowed General Unsecured Claims; and (ii) the Resolved Allowed General Unsecured Claims (collectively, the "**Allowed General Unsecured Claims**"). However, to date, the Avoidance Action Trust has not issued any Units because there have been no proceeds to distribute on behalf of the holders of Allowed General Unsecured Claims.

The Avoidance Action Trust Agreement requires the Avoidance Action Trust to maintain sufficient funding to fulfill its obligations, which include the prosecution of the Term Loan Avoidance Action. The Avoidance Action Trust was provided with initial funding of $1.6

---

[1] The CUSIP numbers appearing herein have been included solely for the convenience of the holders of the debentures and notes. Wilmington Trust Company assumes no responsibility for the selection or use of such numbers and makes no representations as to the correctness of the CUSIP numbers appearing herein.

[2] Information on the bankruptcy proceedings, including a copy of the Plan, can be found at: http://www.motorsliquidationdocket.com/. Information can also be found on the website maintained by the trust administrator and trustee of the Motors Liquidation Company GUC Trust at https://www.mlcguctrust.com/.

million and additional funding of $13,714,000 to carry out this prosecution. The Avoidance Action Trust was also provided with an additional $15,000,000 Litigation Cost Advance by the United States Department of the Treasury ("Treasury") and Export Development Canada ("EDC") (Treasury and EDC collectively referred to as the "DIP Lenders"). With the earliest possible adjudicated resolution, not including appeals, of the Term Loan Avoidance Action occurring in 2017, absent additional funding, the Avoidance Action Trust will not have sufficient cash to meet its accrued financial obligations, including the fees and costs associated with prosecution of the Term Loan Avoidance Action, the administrative expenses of the Avoidance Action Trust, and the fees of the Trust Administrator and Trust Monitor.

Wilmington Trust Company, as trust administrator and trustee of the Avoidance Action Trust (in such capacity, the "**Avoidance Action Trust Administrator**"), hereby informs you, as a potential Unit holder and/or beneficiary of the Avoidance Action Trust, that, on June 7, 2017, the Avoidance Action Trust Administrator, filed a motion (the "**Motion**") with the Bankruptcy Court seeking entry of an order (1) approving entry into the Third Amended and Restated Avoidance Action Trust Agreement; (2) authorizing the Avoidance Action Trust to enter into a Capital Provision Agreement and to grant a lien to the Cynthiana Investments LLC and Earlham LLC (the "Capital Providers"), and; (3) authorizing the Avoidance Action Trust Administrator to use $1,750,759.03 in Settlement Holdback to fund necessary fees, costs and expenses of the Avoidance Action Trust.

The Motion is currently scheduled to be heard by the Bankruptcy Court on **June 30, 2017 11:00 a.m. (Eastern), with an objection deadline of June 23, 2017 at 4 p.m. (Eastern).**[3]

Wilmington Trust Company has prepared this communication in its capacity as Avoidance Action Trust Administrator, based upon information supplied to it without independent investigation. You should not rely on Wilmington Trust Company as your sole source of information. Wilmington Trust Company makes no recommendations and gives no investment or legal advice herein, and holders of Trust Units are urged to consult with their own advisors concerning the Trust Units, the Plan and the Motion.

Should you have any questions regarding this notice, please contact Wilmington Trust Company as follows:

> Wilmington Trust Company
> Rodney Square North
> 1110 North Market Street
> Wilmington, Delaware, 19890-1615
> Phone No.: (866) 521-0079

> Very Truly Yours,

> Wilmington Trust Company,
> solely in its capacity as Avoidance Action Trust
> Administrator

2

For Return Mail Purposes Only
N977-010
PO Box 5268
Sioux Falls, SD 57117-5268

2 ERDWN5B 10463



PRESORTED
FIRST CLASS



**06/24/17**