UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                           :        Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :        Case No.: 09-50026 (MG)
         f/k/a General Motors Corp., *et al.*   :
                                                :
                         Debtors.               :        (Jointly Administered)
-------------------------------------------------------------x

### ORDER GRANTING GENERAL MOTORS LLC'S MOTION TO EXTEND TIME TO APPEAL THE COURT'S JUNE 7, 2017, OPINION WITH RESPECT TO THE PITTERMAN PLAINTIFFS

Upon the Motion ("Motion")[1] (ECF. Doc. # 13963), dated June 20, 2017 of General Motors LLC pursuant to Rule 8002(d)(1)(A) of the Federal Rules of Bankruptcy Procedure to extend the time to appeal this Court's *Memorandum Opinion and Order Granting in Part New GM's Motion to Enforce Sale Order against the Pitterman Plaintiffs and Resolving 2016 Threshold Issue Two: Whether Non-Ignition Switch Plaintiffs are Barred from Asserting Independent Claims Against New GM,* dated June 7, 2017 (the "Pitterman Opinion"); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be given; and a hearing (the "Hearing") having been held with respect to the Motion on July 5, 2017; and upon the record of the Hearing and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED as provided herein; and it is further

ORDERED that the deadline to file a notice of appeal with respect to the Pitterman Opinion shall be extended up to and including the date that is fourteen (14) days after the Court

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

enters a final order determining all 2016 Threshold Issues (other than the Late Claims Issue); and it is further

ORDERED, that this Court shall retain exclusive jurisdiction, to the fullest extent permissible under law, to construe and/or enforce this Order.

**IT IS SO ORDERED.**

Dated: July 7, 2017
       New York, New York

                                              **/s/ Martin Glenn**
                                              MARTIN GLENN
                                         United States Bankruptcy Judge