UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                          :    Case No.: 09-50026 (MG)
     f/k/a General Motors Corp., *et al.*                          :
                                                                   :
                         **Debtors.**                              :    (Jointly Administered)
------------------------------------------------------------------x

# ORDER GRANTING IN PART AND DENYING IN PART  GENERAL MOTORS LLC's MOTION TO ENFORCE THE RULING IN THE BANKRUPTCY COURT'S JUNE 7, 2017 OPINION WITH RESPECT TO THE PITTERMAN PLAINTIFFS

Upon the Motion, dated June 20, 2017 of General Motors LLC to enforce this Court's rulings in its Memorandum Opinion and Order, dated June 7, 2017 with regard to the lawsuit captioned *Bernard Pitterman, Administrator of the Estate of M.R.O., et. Al. v. General Motors LLC*, Case No. 3:14-CV-00967-JCH, pending in the United States District Court for the District of Connecticut (the "Motion,"[1] ECF. No. 13965); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be given; and a hearing (the "Hearing") having been held with respect to the Motion on June 29, 2017; and upon the record of the Hearing and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as provided herein; and it is further

ORDERED that the Motion is granted with respect to Paragraph 25 of the Amended Complaint to the extent that the Pitterman Plaintiffs are hereby enjoined and may not use the 2006

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Technical Service Bulletin to support their alleged Independent Claims against New GM; and it is further

ORDERED that the Pitterman Plaintiffs are precluded from relying on conduct of Old GM in support of their alleged Independent Claims against New GM; and it is further

ORDERED that except as otherwise provided herein, the Motion is denied. In particular, the Connecticut District Court will determine whether paragraphs 27 and 28 of the Amended Complaint properly state claims against New GM; and it is further

ORDERED that the time period to appeal this Order shall commence on the same day that the Bankruptcy Court enters an order determining the 2016 Threshold Issues (other than the Late Claims Issue); and it is further

ORDERED, that this Court shall retain exclusive jurisdiction, to the fullest extent permissible under law, to construe and/or enforce this Order.

**IT IS SO ORDERED.**

Dated: July 10, 2017
New York, New York

                                                  **/s/ Martin Glenn**
                                                     Martin Glenn
                                      UNITED STATES BANKRUPTCY JUDGE