To: The Hon. Martin Glenn
United States Bankruptcy Judge
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Date 7/7/17

Re: Paul Minix vs. GM Motors

Case no. 09-50026 (MG)

Enclosed please find a change of address on behalf of Plaintiff in the above styled cause of action.

Old Address: Paul Minix #638154   Pro Se
Bartlett Unit, 1018 Arnold Dr.
Bartlett, TX 76511

New Address: Pam Lychner Unit
2350 Atascocita Rd
Humble TX 77396

Please file this with the court and update my records. Thank you for your time.

Sincerely,

Paul Minix
Paul Minix #638154

RECEIVED
JUL 17 2017
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK