UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>MOTORS LIQUIDATIONS COMPANY, et al.<br>f/k/a General Motors Corp., et al.<br><br>          Debtors. | Chapter 11<br>Case No.: 09-50026 (MG)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, T. Josh Judd, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Additional Ignition Switch Pre-Closing Accident Plaintiffs ("Clients"), creditors in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and the bars of the U.S. District Courts for the Southern, Western, Eastern, and Northern Districts of Texas.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Date: July 24, 2017
      Houston, Texas

*/s/ T. Josh Judd*
T. Josh Judd
ANDREWS MYERS, PC
Texas State Bar No. 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com

4851-5672-2508

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 17, 2017

Re: Mr. Terry Josh Judd, State Bar Number 24036866

To Whom It May Concern:

This is to certify that Mr. Terry Josh Judd was licensed to practice law in Texas on November 06, 2002, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web