UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>MOTORS LIQUIDATIONS COMPANY, et al.<br>f/k/a General Motors Corp., et al.<br><br>　　　Debtors. | Chapter 11<br>Case No.: 09-50026 (MG)<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of T. Josh Judd to be admitted, *pro hac vice*, to represent Additional Ignition Switch Pre-Closing Accident Plaintiffs ("Clients"), creditors in the above-referenced jointly administered case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, and the bar of the U.S. District Court for the Southern, Western, Eastern and Northern Districts of Texas, it is hereby

**ORDERED** that T. Josh Judd is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date:_____

_____, New York
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

4850-3928-1996, v. 1

4850-3928-1996