KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,   :    Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., *et al.*              :
                                                               :
                                         Debtors.          :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that General Motors LLC ("**New GM**") hereby appeals under 28 U.S.C. § 158(a)(1) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York from:  (i) the *Memorandum Opinion And Order Granting In Part New GM's Motion To Enforce Sale Order Against The Pitterman Plaintiffs and Resolving 2016 Threshold Issue Two: Whether Non-Ignition Switch Plaintiffs Are Barred From Asserting Independent Claims Against New GM,* entered by the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**") in the above-referenced case on June 7, 2017 ("**June 2017 Opinion**")

30886893.v1

[Dkt. No. 13959]; and (ii) the *Order Granting In Part And Denying In Part General Motors LLC's Motion To Enforce The Ruling In The Bankruptcy Court's June 7, 2017 Opinion With Respect To The Pitterman Plaintiffs*, entered by the Bankruptcy Court on July 10, 2017 ("**July 2017 Order**") [Dkt. No. 13991]. Copies of the June 2017 Opinion and the July 2017 Order are annexed hereto as Exhibits "A" and "B" respectively.

The names of all parties to the June 2017 Opinion and the July 2017 Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| **ATTORNEY NAME** | |
| --- | --- |
| KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>(212) 556-2100<br>By: Arthur J. Steinberg, Esq.<br>    Scott I. Davidson, Esq.<br><br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2000<br>By: Richard C. Godfrey, P.C.<br>    Andrew B. Bloomer, P.C. | *Counsel for General Motors LLC* |
| BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>By: Edward S. Weisfelner, Esq.<br>    Howard Steel, Esq. | *Designated Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |
| GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>By: William Weintraub, Esq.<br>    Gregory Fox, Esq. | *Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.* |

2

30886893.v1

| **ATTORNEY NAME** | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WN 98101<br>(206) 623-7292<br>By:  Steve W. Berman, Esq. | *Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court* |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br>(415) 956-1000<br>By:  Elizabeth J. Cabraser, Esq. | *Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court* |
| HILLIARD MUNOZ GONZALES LLP<br>719 South Shoreline, Suite 500<br>Corpus Christi, TX 78401<br>(361) 882-1612<br>By:  Robert Hilliard, Esq. | *Lead Counsel in the MDL Court with Primary Responsibility for Personal Injury and Wrongful Death Cases* |
| STUTZMAN, BROMBERG ESSERMAN & PLIFKA,<br>A Professional Corporation<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>(214) 969-4900<br>By: Sander L. Esserman (admitted *pro hac vice*)<br>    Peter D'Apice | *Designated Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |
| ADELMAN HIRSCH & CONNORS LLP<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604<br>(203) 331-8888<br>By: Joram Hirsch, Esq. | *Counsel for the Pitterman Plaintiffs* |
| GARY PELLER, ESQ.<br>600 New Jersey Avenue, NW<br>Washington, DC  20001<br>(202) 662-9122<br>By:  Gary Peller, Esq. | *Counsel for Bledsoe Plaintiffs, Elliott Plaintiffs and Sesay Plaintiffs* |

30886893.v1

| **ATTORNEY NAME** | |
|---|---|
| LEDFORD LAW FIRM<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>(918) 376-4610<br>By:  Kris Ted Ledford, Esq. | *Counsel for the Pope Plaintiffs* |
| THE MASTROMARCO FIRM<br>1024 N. Michigan Ave<br>Saginaw, MI 48602<br>(989) 752-1414<br>By:  Victor J. Mastromarco, Esq.<br>     Russell C. Babcock, Esq. | *Counsel for the Pillars Plaintiffs* |
| KNAPP, PETERSEN & CLARKE<br>550 North Brand Boulevard, Suite 1500<br>Glendale, CA 91203<br>(818) 547-5000<br>By:  André E. Jardini, Esq.<br>     K.L. Myles, Esq.<br><br>KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>(212) 972-3000<br>By:  Sean C. Southard, Esq.<br>     Brendan M. Scott, Esq. | *Counsel for the Pilgrim Plaintiffs* |

Dated:  New York, New York  　　Respectfully submitted,
　　　　July 25, 2017

　　　　　　　　　　　　　　　　 /s/ Arthur Steinberg
　　　　　　　　　　　　　　　　Arthur Steinberg
　　　　　　　　　　　　　　　　Scott Davidson
　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　1185 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York  10036
　　　　　　　　　　　　　　　　Telephone:  (212) 556-2100
　　　　　　　　　　　　　　　　Facsimile:  (212) 556-2222

　　　　　　　　　　　　　　　　-and-

30886893.v1

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*

30886893.v1