UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                               :        Chapter 11
                                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,    :        Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*            :
                                                                    :
                         Debtors.                           :        (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, I caused the Request for Discovery Schedule Regarding Due Process Violations Related to Non-Ignition Switch Claims, Dkt. No. 13997, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: July 25, 2017

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for the *Elliott*, *Sesay*, and *Bledsoe* Plaintiffs