UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>MOTORS LIQUIDATIONS COMPANY, et al.<br>f/k/a General Motors Corp., et al.<br><br>　　　　Debtors. | Chapter 11<br>Case No.: 09-50026 (MG)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lisa M. Norman, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Additional Ignition Switch Pre-Closing Accident Plaintiffs ("Clients"), creditors in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and the bars of the U.S. District Courts for the Southern, Western, Eastern, and Northern Districts of Texas and the Fifth Circuit Court of Appeals.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Date: July 26, 2017
　　　　Houston, Texas

　　　　　　　　　　　　　　*/s/ Lisa M. Norman*
　　　　　　　　　　　　　　Lisa M. Norman
　　　　　　　　　　　　　　ANDREWS MYERS, PC
　　　　　　　　　　　　　　Texas State Bar No. 24037190
　　　　　　　　　　　　　　Federal Bar No. 613906
　　　　　　　　　　　　　　1885 Saint James Place, 15th Floor
　　　　　　　　　　　　　　Houston, TX 77056
　　　　　　　　　　　　　　Tel: 713-850-4245
　　　　　　　　　　　　　　Fax: 713-850-4211
　　　　　　　　　　　　　　lnorman@andrewsmyers.com

4847-7084-6540

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Lisa M. Norman, Federal ID No 613906

Admission date: May, 5, 2006

Dated July 25, 2017, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court



By: Donna Wilkerson, Deputy Clerk

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 25, 2017

Re: Ms. Lisa Marie Norman, State Bar Number 24037190

To Whom It May Concern:

This is to certify that Ms. Lisa Marie Norman was licensed to practice law in Texas on November 06, 2002, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167