# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.

Case No. 09-50026 (JMF)

Debtors.

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Benjamin Pillars hereby appeals under 28 U.S.C. § 158 (a)(1) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York from: *MEMORANDUM OPINION AND ORDER DECIDING CERTAIN 2016 THRESHOLD ISSUES*, entered by the United States Bankruptcy Court for the Southern District of New York in the above-referenced case on July 12, 2017 [Dkt. No. 13992]. A copy of the Memorandum Opinion and Order is annexed hereto as Exhibit A.

The names of all parties to the Memorandum Opinion and Order appealed from and the names and addresses of their respective counsel are as follows:

KING & SPALDING LLP
Arthur Steinberg
Scott Davidson
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222
*Attorneys for General Motors LLC*

KIRKLAND & ELLIS LLP
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
*Attorneys for General Motors LLC*

ADELMAN HIRSCH & CONNORS LLP
Joram Hirsch
Robert B. Adelman
1000 Lafayette Blvd.
Bridgeport, CT 06604
*Attorneys for Bernard Pitterman, Administrator*

ANTHONY LAW FIRM, P.A.
Kenneth C. Anthony, Jr.
K. Jay Anthony
150 Magnolia Street
Spartanburg, SC 29306
*Attorneys for Moore Plaintiffs*

THE MASTROMARCO FIRM
Victor J. Mastromarco, Jr.
Russell C. Babcock
1024 North Michigan Avenue
Saginaw, Michigan 48602
Telephone:  (989) 752-1414
Facsimile:  (989) 752-6202
*Attorneys for Benjamin Pillars*

2

CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE
Joshua S. Markowitz
1300 South El Camino Real, Suite 300
P.O. Box 5429
San Mateo, CA 94402
*Attorneys for Brianna Minard*

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
*Attorneys and Co-Lead Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
275 Battery St., 29th Floor
San Francisco, CA 94111
*Attorneys and Co-Lead Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

BROWN RUDNICK LLP
Edward S. Weisfelner
Howard Steele
Seven Times Square
New York, NY 10036
*Attorneys and Designated Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION
Sander L. Esserman
2323 Bryan Street, Suite 2200
Dallas, TX 75201
*Attorneys and Designated Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

LEDFORD LAW FIRM
Kris Ted Ledford
425 East 22nd St., Suite 101
Owasso, OK 74055
*Attorney for Christopher Pope and Gwendolyn Pope*

GOODWIN PROCTER LLP
William Weintraub, Esq.
Gregory Fox
620 Eighth Avenue
New York, NY 10018
*Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.*

GARY PELLER, ESQ.
Gary Peller
600 New Jersey Avenue, NW
Washington, DC 20001
*Counsel for Bledsoe Plaintiffs, Elliott Plaintiffs and Sesay Plaintiffs*

KNAPP, PETERSEN & CLARKE
André E. Jardini
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
*Attorneys for Plaintiffs William D. Pilgrim, et al.*

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
Sean Southard
Brendan M. Scott
200 West 41st Street, 17th Floor
New York, NY 10036
*Attorneys for Plaintiffs William D. Pilgrim, et al.*

HILLIARD MUÑOZ GONZALES LLP
Robert Hilliard
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
*Lead Counsel in the MDL Court with Primary Responsibility for Personal Injury and Wrongful Death Cases*

Respectfully submitted,

THE MASTROMARCO FIRM

Dated: July 26, 2017          By: */s/ Victor J. Mastromarco, Jr.*
Victor J. Mastromarco, Jr. (P34564)
*Attorney for Benjamin Pillars*
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromar@aol.com