UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.

Debtors.

Chapter 11

Case No. 09-50026 (JMF)

---

## CERTIFICATE OF SERVICE

This is to certify that on July 26, 2017, I caused to be served a true and correct copy of the Notice of Appeal (with Exhibits) [ECF. No. 14001], by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document listed in the annexed service lists was served upon each of the persons and entities listed therein by causing copies of same to be delivered via United States Mail.

Brian S. Masumoto
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

KING & SPALDING LLP
Arthur Steinberg
Scott Davidson
1185 Avenue of the Americas
New York, New York 10036

1

KIRKLAND & ELLIS LLP
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
300 North LaSalle
Chicago, IL 60654

ADELMAN HIRSCH & CONNORS LLP
Joram Hirsch
Robert B. Adelman
1000 Lafayette Blvd.
Bridgeport, CT 06604

ANTHONY LAW FIRM, P.A.
Kenneth C. Anthony, Jr.
K. Jay Anthony
150 Magnolia Street
Spartanburg, SC 29306

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
275 Battery St., 29th Floor
San Francisco, CA 94111

BROWN RUDNICK LLP
Edward S. Weisfelner
Howard Steele
Seven Times Square
New York, NY 10036

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION
Sander L. Esserman
2323 Bryan Street, Suite 2200
Dallas, TX 75201

CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE
Joshua S. Markowitz
1300 South El Camino Real, Suite 300
P.O. Box 5429
San Mateo, CA 94402

LEDFORD LAW FIRM
Kris Ted Ledford
425 East 22nd St., Suite 101
Owasso, OK 74055

GOODWIN PROCTER LLP
William Weintraub
Gregory Fox
620 Eighth Avenue
New York, NY 10018

GARY PELLER, ESQ.
Gary Peller
600 New Jersey Avenue, NW
Washington, DC 20001

KNAPP, PETERSEN & CLARKE
André E. Jardini
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
Sean Southard
Brendan M. Scott
200 West 41st Street, 17th Floor
New York, NY 10036

HILLIARD MUÑOZ GONZALES LLP
Robert Hilliard
719 South Shoreline, Suite 500
Corpus Christi, TX 78401

Dated: July 26, 2017            By: */s/ Victor J. Mastromarco, Jr.*
                                Victor J. Mastromarco, Jr. (P34564)
                                *Attorney for Benjamin Pillars*
                                1024 N. Michigan Avenue
                                Saginaw, Michigan 48602
                                (989) 752-1414
                                vmastromar@aol.com