UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*        :
                                                     :
                        Debtors.                     : (Jointly Administered)
------------------------------------------------------------x

# NOTICE OF APPEAL

Tina Farmer, Paul Fordham, Momoh Kanu, Ishmael Sesay, and James Tibbs appeal under 28 U.S.C. §158(a) (1) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York from: *MEMORANDUM OPINION AND ORDER DECIDING CERTAIN 2016 THRESHOLD ISSUES*, entered in the above-referenced case by the United States Bankruptcy Court for the Southern District of New York on July 12, 2017 [Dkt. No. 13992]. A copy of the Memorandum Opinion and Order is Attached as Exhibit A.

The names of all parties to the Memorandum Opinion and Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
By: Arthur J. Steinberg, Esq.
Scott I. Davidson, Esq.
(212) 556-2100
*Attorneys for General Motors LLC*

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
By: Richard C. Godfrey, Esq.

Andrew B. Bloomer, Esq.
(312) 862-2000
*Attorneys for General Motors LLC*

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
By: Edward S. Weisfelner, Esq. Howard Steele, Esq.
(212) 209-4800
*Attorneys and Designated Counsel for Certain Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
By: William Weintraub, Esq.
Gregory Fox, Esq.
(212) 813-8800
*Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.*

HAGENS BERMAN SOBOL
SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WN 98101
By: Steve W. Berman, Esq.
(206) 623-7292
*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, L.L.P.
275 Battery Street
Embarcadero Center W.
San Francisco, CA 94111
By: Elizabeth J. Cabraser, Esq.
(415) 956-1000
*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch*

HILLIARD MUNOZ GONZALES LLP
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
By: Robert Hilliard, Esq.

(361) 882-1612
*Lead Counsel in the MDL Court with*
*Primary Responsibility for Personal Injury*
*and Wrongful Death Cases*

STUTZMAN, BROMBERG
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
By: Sander L. Esserman
(admitted *pro hac vice*)
Peter D'Apice
(214) 969-4900
*Designated Counsel for Certain Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

ADELMAN HIRSCH & CONNORS LLP
1000 Lafayette Blvd
Bridgeport, CT 06604
By:    Joram Hirsch, Esq.
       Robert B. Adelman, Esq.
(203) 331-8888
*Attorneys for Bernard Pitterman, Administrator*

ANTHONY LAW FIRM, P.A.
150 Magnolia Street
Spartanburg, SC 29306
By:    Kenneth C. Anthony, Jr., Esq.
       K. Jay Anthony, Esq.
(864) 582-2355
*Attorneys for Moore Plaintiffs*

CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE
1300 South El Camino Real, Suite 300
P.O. Box 5429
San Mateo, CA 94402
By: Joshua S. Markowitz, Esq.
(650) 367-6811
*Attorneys for Brianna Minard*

LEDFORD LAW FIRM
Heritage Professional Plaza
425 East 22nd Street, Suite 101
Owasso, OK 74055

By: Kris Ted Ledford, Esq.
(918) 376-4610
*Counsel for the Pope Plaintiffs*

THE MASTROMARCO FIRM
1024 N. Michigan Ave
Saginaw, MI 48602
By: Victor J. Mastromarco, Esq.
Russell C. Babcock, Esq.
(989) 752-1414
*Counsel for the Pillars Plaintiffs*

KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
By: André E. Jardini, Esq.
K.L. Myles, Esq.
(818) 547-5000
KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
By: Sean C. Southard, Esq.
Brendan M. Scott, Esq.
(212) 972-3000
*Counsel for the Pilgrim Plaintiffs*

GARY PELLER
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 662-9122
*Counsel for the Elliott, Sesay and Bledsoe Plaintiffs*

DATED: July 26, 2017                    Respectfully submitted,

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu