Steve W. Berman (admitted *pro hac vice*)  
HAGENS BERMAN SOBOL SHAPIRO LLP  
1918 Eighth Avenue, Suite 3300  
Seattle, Washington 98101  
Telephone: 206-623-7292  
Email: steve@hbsslaw.com  

Elizabeth J. Cabraser  
LIEFF CABRASER HEIMANN &  
BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, California 94111  
Telephone: 414-956-1000  
Email: ecabraser@lchb.com  

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

Edward S. Weisfelner  
BROWN RUDNICK LLP  
Seven Times Square  
New York, New York 10036  
Telephone: 212-209-4800  
Email: eweisfelner@brownrudnick.com  

Sander L. Esserman  
STUTZMAN, BROMBERG,  
ESSERMAN & PLIFKA, P.C.  
2323 Bryan Street, Suite 2200  
Dallas, Texas 75201  
Telephone: 214-969-4900  
Email: esserman@sbep-law.com  

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF APPEAL

The Ignition Switch Plaintiffs[1] and certain Non-Ignition Switch Plaintiffs, by and through their undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York, pursuant 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Memorandum Opinion and Order Deciding Certain*

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Order.

1

*2016 Threshold Issues*, dated July 12, 2017 (ECF No. 13992) (the "Order").  A copy of the Order is annexed hereto as **Exhibit A**.

The parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: 206-623-7292<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Elizabeth J. Cabraser<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111<br>Telephone: 415-956-1000<br><br>**BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212-209-4800<br><br>**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: 214-969-4900 |
| Certain Post-Closing Accident Plaintiffs Represented by Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Munoz Gonzales LLP, and Turner & Associates, P.A. | **GOODWIN PROCTER LLP**<br>William P. Weintraub<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: 212-813-8800 |

| | |
|---|---|
| Lead Counsel in the MDL Court with Primary Responsibility for Personal Injury and Wrongful Death Cases | **HILLIARD MUÑOZ GONZALES LLP**<br>Robert Hilliard<br>719 South Shoreline, Suite 500<br>Corpus Christi, Texas 78401<br>Telephone: 361-882-1612 |
| Bernard Pitterman, Administrator | **ADELMAN HIRSCH & CONNORS LLP**<br>Joram Hirsch<br>1000 Lafayette Boulevard<br>Bridgeport, Connecticut 06604<br>Telephone: 203-331-8888 |
| Moore Plaintiffs | **ANTHONY LAW FIRM, P.A.**<br>Kenneth C. Anthony, Jr.<br>150 Magnolia Street<br>Spartanburg, South Carolina 29306<br>Telephone: 864-582-2355 |
| Brianna Minard | **CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE**<br>Joshua Markowitz<br>1300 South El Camino Real, Suite 300<br>P.O. Box 5429<br>San Mateo, California 94402<br>Telephone:  650-367-6811 |
| Plaintiffs Christopher Pope & Gwendolyn Pope | **LEDFORD LAW FIRM**<br>Kris Ted Ledford<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>Telephone: 918-376-4610 |
| Bledsoe Plaintiffs, Elliott Plaintiffs, and Sesay Plaintiffs | Gary Peller, Esq.<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>Telephone: 202-662-9122 |
| Plaintiff Benjamin Pillars | **THE MASTROMARCO FIRM**<br>Victor J. Mastromarco, Jr.<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602<br>Telephone:  989-752-1414 |

| | |
|---|---|
| Plaintiffs William D. Pilgrim, et al. | **KNAPP, PETERSEN & CLARKE**<br>André E. Jardini<br>550 North Brand Boulevard, Suite 1500<br>Glendale, California 91203<br>Telephone: 818-547-5178<br><br>**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>Sean Southard<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Telephone:  212-972-3000 |
| General Motors LLC | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212-556-2100<br><br>**KIRKLAND & ELLIS LLP**<br>Richard Godfrey<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: 312-862-2000 |

Dated: July 26, 2017

Respectfully submitted,

**BROWN RUDNICK LLP**

*/s/ Edward S. Weisfelner*
Edward S. Weisfelner
Howard S. Steel
Seven Times Square
New York, New York 10036
Telephone: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**
Sander L. Esserman
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: 214-969-4900
esserman@sbep-law.com

4

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: 206-623-7292
steve@hbsslaw.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: 415-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*