William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel to Those Certain Post-Closing Accident
Plaintiffs Represented By Butler Wooten & Peak LLP,
Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P.,
and Turner & Associates, P.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                            :    Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., et al.,                   :
                                                               :
                                         Debtors.              :    (Jointly Administered)
---------------------------------------------------------------X

## **NOTICE OF APPEAL**

By and through the undersigned counsel, those certain Post-Closing Accident Plaintiffs[1] represented by Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A., hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Memorandum Opinion and Order Deciding Certain 2016 Threshold Issues*, dated July 12, 2017 (ECF No. 13992) (the "**Order**").

A copy of the Order is annexed hereto as **Exhibit A**.

The parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Order (defined below).

| Party | Attorneys |
|---|---|
| Certain Post-Closing Accident Plaintiffs | **GOODWIN PROCTER LLP**<br>William P. Weintraub<br>Gregory W. Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br><br>**HILLIARD MUÑOZ GONZALES LLP**<br>Robert C. Hilliard<br>719 S. Shoreline Boulevard,<br>Suite 500<br>Corpus Christi, TX  78401<br>T:  361-882-1612<br><br>**DENNEY & BARRETT, P.C.**<br>Richard Denney<br>Lydia Barrett<br>870 Copperfield Dr.<br>Norman, OK 73072<br>T: 405-364-8600<br><br>**BUTLER WOOTEN & PEAK LLP**<br>James E. Butler, Jr.<br>Robert H. Snyder<br>2719 Buford Highway<br>Atlanta, GA 30324<br>T:  404-321-1700<br><br>**TURNER & ASSOCIATES, P.A.**<br>Tab Turner<br>4705 Somers Avenue, Suite 100<br>North Little Rock, AR 72116<br>T: 501.791.2277 |

| Party | Attorneys |
|---|---|
| Attorneys and Co-Lead Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>T: 206-623-7292<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Elizabeth J. Cabraser<br>275 Battery St., 29th Floor<br>San Francisco, CA 94111<br>T: (415) 956-1000 |
| Lead Counsel in the MDL Court with Primary Responsibility for Personal Injury and Wrongful Death Cases | **HILLIARD MUÑOZ GONZALES LLP**<br>Robert C. Hilliard<br>719 S. Shoreline Boulevard,<br>Suite 500<br>Corpus Christi, TX 78401<br>T: 361-882-1612 |
| Attorneys and Designated Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court | **BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br>Howard S. Steel<br>Seven Times Square<br>New York, NY 10036<br>T: 212-209-4800<br><br>**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>T: 214-969-4900 |

| Party | Attorneys |
|---|---|
| General Motors LLC (New GM) | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, NY 10036<br>T: 212-556-2100<br><br>**KIRKLAND & ELLIS LLP**<br>Richard C. Godfrey<br>Andrew B. Bloomer<br>300 North LaSalle<br>Chicago, IL 60654<br>T: 312-862-2000 |
| Tina Farmer, Paul Fordham, Momoh Kanu, Ishmael Sesay, and James Tibbs | **GARY PELLER, ESQ.**<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001<br>T: 202-662-9122 |
| James and Reda Moore | **ANTHONY LAW FIRM, P.A.**<br>250 Magnolia Street<br>Spartanburg, SC 29306<br>T: 864-582-2355 |
| Bernard Pitterman, Administrator | **ADELMAN HIRSCH & CONNORS LLP**<br>Joram Hirsch<br>Robert B. Adelman<br>1000 Lafayette Boulevard<br>Bridgeport, CT |
| Pilgrim Plaintiffs | **KNAPP, PETERSEN & CLARKE**<br>André E. Jardini<br>K.L. Myles<br>550 North Brand Boulevard, Suite 1500<br>Glendale, CA 91203<br>T: 818-547-5000<br><br>**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>Sean C. Southard<br>Brendan M. Scott<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>T: 212-972-3000 |

| Party | Attorneys |
|---|---|
| Pillars Plaintiffs | **THE MASTROMARCO FIRM**<br>Victor J. Mastromarco<br>Russell C. Babcock<br>1024 N. Michigan Ave<br>Saginaw, MI 48602<br>T: 989-752-1414 |
| Pope Plaintiffs | **LEDFORD LAW FIRM**<br>Kris Ted Ledford<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>T: 918-376-4610 |
| Brianna Minard | **CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE**<br>1300 South El Camino Real, Suite 300<br>P.O. Box 5429<br>San Mateo, CA 94402<br>T: 650-367-6811 |

Dated: July 26, 2017
   New York, New York

                            Respectfully submitted,

                            **GOODWIN PROCTER LLP**

                            By:  /s/ William P. Weintraub
                            William P. Weintraub
                            Gregory W. Fox
                            GOODWIN PROCTER LLP
                            The New York Times Building
                            620 Eighth Avenue
                            New York, New York 10018
                            T: 212-813-8800
                            E: wweintraub@goodwinlaw.com
                            E: gfox@goodwinlaw.com

                            *Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.*

5