William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel to Those Certain Post-Closing Accident
Plaintiffs Represented By Butler Wooten & Peak LLP,
Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P.,
and Turner & Associates, P.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No.: 09-50026 (REG)
        f/k/a General Motors Corp., et al.,                 :
                                                            :
                                    Debtors.                :    (Jointly Administered)
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **July 26, 2017**, a true and correct copy of the **Notice of Appeal**, filed through the CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 26, 2017                            Respectfully submitted,

                                                /s/ *William P. Weintraub*
                                                William P. Weintraub
                                                Gregory W. Fox
                                                GOODWIN PROCTER LLP
                                                The New York Times Building
                                                620 Eighth Avenue
                                                New York, NY 10018
                                                Tel.: 212.813.8800
                                                Fax: 212.355.3333

ACTIVE/89881288.1

wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.*

2

ACTIVE/89881288.1