UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*             :
                                                     :
                    Debtors.                         : (Jointly Administered)
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2017, I caused the Notice of Appeal, Dkt. No. 14405, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: July 26, 2017

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for the *Elliott*, *Sesay*, and *Bledsoe* Plaintiffs