KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Sean Southard
Brendan M. Scott
ssouthard@klestadt.com
bscott@klestadt.com

*Attorneys for Plaintiffs William D.
Pilgrim, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: <br><br> MOTORS LIQUIDATION COMPANY, *et al.*, <br>          f/k/a General Motors Corp., *et al.*, <br><br>                                    Debtors | Chapter 11 <br><br> Case No.: 09-50026 (MG) <br><br> (Jointly Administered) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that William D. Pilgrim, et al., ("Pilgrim Plaintiffs"), by and through their undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Memorandum Opinion and Order Deciding Certain 2016 Threshold Issues*, dated July 12, 2017 (ECF No. 13992) (the "Order"). A copy of this Order is annexed hereto as **Exhibit A**.

The parties to the Order appealed from, and the names, addresses and telephone numbers of their respective attorneys are as follows:

KING & SPALDING LLP
Arthur Steinberg
Scott Davidson
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
*Attorneys for General Motors LLC*

KIRKLAND & ELLIS LLP
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Attorneys for General Motors LLC*

ADELMAN HIRSCH & CONNORS LLP
Joram Hirsch
Robert B. Adelman
1000 Lafayette Blvd.
Bridgeport, CT 06604
*Attorneys for Bernard Pitterman, Administrator*

THE MASTROMARCO FIRM
Victor J. Mastromarco, Jr.
Russell C. Babcock
1024 North Michigan Avenue
Saginaw, Michigan 48602
Telephone: (989) 752-1414
Facsimile: (989) 752-6202
*Attorneys for Benjamin Pillars*

ANTHONY LAW FIRM, P.A.
Kenneth C. Anthony, Jr.
K. Jay Anthony
150 Magnolia Street
Spartanburg, SC 29306
*Attorneys for Moore Plaintiffs*

CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE
Joshua S. Markowitz
1300 South El Camino Real, Suite 300
P.O. Box 5429
San Mateo, CA 94402
*Attorneys for Brianna Minard*

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
*Attorneys and Co-Lead Counsel for ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
275 Battery St., 29th Floor
San Francisco, CA 94111
*Attorneys and Co-Lead Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

BROWN RUDNICK LLP
Edward S. Weisfelner
Howard Steele
Seven Times Square
New York, NY 10036
*Attorneys and Designated Counsel for ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
Sander L. Esserman
2323 Bryan Street, Suite 2200
Dallas, TX 75201
*Attorneys and Designated Counsel for ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

LEDFORD LAW FIRM
Kris Ted Ledford
425 East 22nd St., Suite 101
Owasso, OK 74055
*Attorney, for Christopher Pope and Gwendolyn Pope*

GOODWIN PROCTER LLP
William Weintraub, Esq.
Gregory Fox
620 Eighth. Avenue
New York, NY 10018
*Counsel to Those Certain Post-Closing Accident Plaintiffs' Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Milliard Munoz Gonzales L.L.P., and Turner & Associates, P.A.*

GARY PELLER, ESQ.
Gary Peller
600 New Jersey Avenue, NW
Washington, DC 20001
*Counsel for Bledsoe Plaintiffs, Elliott Plaintiffs and Sesay Plaintiffs*

KNAPP, PETERSEN & CLARKE
Andre E. Jardini
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
*Attorneys for Plaintiffs William .D. Pilgrim, et al.*

HILLIARD MUNOZ GONZALES LLP
Robert Hilliard
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
*Lead Counsel in the MDL Court with Primary Responsibility for Personal Injury and Wrongful Death Cases*

Dated:     New York, New York
           July 26, 2017

                                    Respectfully submitted,

                                    KLESTADT WINTERS JURELLER
                                    SOUTHARD & STEVENS, LLP

                                    By: /s/ Brendan M. Scott
                                         Sean Southard
                                         Brendan M. Scott
                                    200 West 41st Street, 17th Floor
                                    New York, NY 10036

                                    *Attorneys for Plaintiffs William D Pilgrim, et al.*

-4-