Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (MG)
     f/k/a General Motors Corp., et al.,                  :
                                                             :
                      Debtors.                          :    (Jointly Administered)
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                  ) ss.:
COUNTY OF NEW YORK   )

    1.    Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

    2.    On the 26th day of July, 2017, I caused to be served a true and correct copy of the Notice of Appeal, docket number 14006, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    3.    In addition, on the 26th day of July, 2017, I caused to be served a true and correct copy of the Notice of Appeal, docket number 14006, by email upon the parties listed below:

1

| Party | Attorneys |
|---|---|
| Certain Post-Closing Accident Plaintiffs Represented by Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Munoz Gonzales LLP, and Turner & Associates, P.A. | **GOODWIN PROCTER LLP**<br>William P. Weintraub<br>Gregory Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com |
| Lead Counsel in the MDL Court with Primary Responsibility for Personal Injury and Wrongful Death Cases | **HILLIARD MUÑOZ GONZALES LLP**<br>Robert Hilliard<br>719 South Shoreline, Suite 500<br>Corpus Christi, Texas 78401<br>Telephone: 361-882-1612<br>bobh@hmglawfirm.com |
| Bernard Pitterman, Administrator | **ADELMAN HIRSCH & CONNORS LLP**<br>Joram Hirsch<br>1000 Lafayette Boulevard<br>Bridgeport, Connecticut 06604<br>Telephone: 203-331-8888<br>jhirsch@ahctriallaw.com |
| Moore Plaintiffs | **ANTHONY LAW FIRM, P.A.**<br>Kenneth C. Anthony, Jr.<br>150 Magnolia Street<br>Spartanburg, South Carolina 29306<br>Telephone: 864-582-2355<br>kanthony@anthonylaw.com |
| Brianna Minard | **CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE**<br>Joshua Markowitz<br>1300 South El Camino Real, Suite 300<br>P.O. Box 5429<br>San Mateo, California 94402<br>Telephone: 650-367-6811<br>ccdlaw@carcionelaw.com<br>CCDLAW@GMAIL.COM |

| | |
|---|---|
| Plaintiffs Christopher Pope & Gwendolyn Pope | **LEDFORD LAW FIRM**<br>Kris Ted Ledford<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>Telephone: 918-376-4610<br>kris@ledford-lawfirm.com |
| Bledsoe Plaintiffs, Elliott Plaintiffs, and Sesay Plaintiffs | Gary Peller, Esq.<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>Telephone: 202-662-9122<br>peller@law.georgetown.edu |
| Plaintiff Benjamin Pillars | **THE MASTROMARCO FIRM**<br>Victor J. Mastromarco, Jr.<br>Russell C. Babcock, Esq.<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602<br>Telephone:  989-752-1414<br>vmastromar@aol.com<br>russellbabcock@aol.com |
| Plaintiffs William D. Pilgrim, et al. | **KNAPP, PETERSEN & CLARKE**<br>André E. Jardini<br>K.L. Myles<br>550 North Brand Boulevard, Suite 1500<br>Glendale, California 91203<br>Telephone: 818-547-5178<br>aej@kpclegal.com<br>klm@kpclegal.com<br><br>**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>Sean Southard<br>Brendan M. Scot<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Telephone:  212-972-3000<br>ssouthard@klestadt.com<br>bscott@klestadt.com |

| General Motors LLC | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott Davidson<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212-556-2100<br>asteinberg@kslaw.com<br>sdavidson@kslaw.com<br><br>**KIRKLAND & ELLIS LLP**<br>Richard Godfrey<br>Andrew Bloomer<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: 312-862-2000<br>rgodfrey@kirkland.com<br>abloomer@kirkland.com |
|---|---|

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
28th day of July, 2017.

/s/ Evelyn Gonzalez
Notary Public, State of New York
No. 01GO5045489
Qualified in Queens County
Commission expires June 20, 2019