# Exhibit C

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

December 16, 2016

**VIA FIRST CLASS MAIL**

Bulter Wooten Cheeley & Peak LLP
James E. Butler, Jr.
Robert H. Snyder
2719 Buford Highway
Atlanta, GA 30324

Re:  *Reichwaldt, Kaitlyn v. General Motors LLC*
     Case No.: 16A14052 (Cobb County, GA)

To Whom It May Concern:

King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**").  Enclosed please find the *Order To Show Cause Regarding Certain Issues Arising From Lawsuits With Claims Asserted Against General Motors LLC ("New GM") That Involve Vehicles Manufactured By General Motors Corporation ("Old GM")* that was entered by the United States Bankruptcy Court for the Southern District of New York on December 13, 2016 ("**Order to Show Cause**").  The Order to Show Cause is being served upon you in connection with the above-referenced case, as well as any other case involving New GM that concerns claims based on a vehicle manufactured by General Motors Corporation (a/k/a Old GM).

Very truly yours,

*/s/ Scott Davidson*

Scott Davidson

SD/hs
Encl.