# Exhibit H

| | |  |
|---|---|---|
| James E. Butler, Jr., P.C.* | Joseph M. Colwell | |
| Joel O. Wooten | Ramsey B. Prather | |
| Brandon L. Peak | Christopher B. McDaniel | |
| John C. Morrison III | Rory A. Weeks | |
| Tedra L. Cannella | | |
| Robert H. Snyder** | * admitted in GA & AL | |
| David T. Rohwedder* | ** admitted in GA & FL | |

July 20, 2017
VIA E-MAIL

Scott Davidson, Esq.
King & Spalding
1185 Avenue of the Americas
New York, NY 10036-4003

    Re:    *Kaitlyn Reichwaldt v General Motors LLC*, United States District Court Northern District of Georgia Atlanta Division; Civil Action File No: 1:16-cv-02171-TWT

Dear Mr. Davidson:

This responds to your letter of Friday July 14.

We disagree with your characterizations of Ms. Reichwaldt's Complaint. We disagree with some of your characterizations of the court Orders in the bankruptcy action.

Nothwithstanding the foregoing, in an effort to avoid needless quarreling over the words in Ms. Reichwaldt's Complaint, we will carefully consider your criticisms and do a redline version of the Complaint in an attempt to address your criticisms. Because some of your criticisms are difficult to decipher – and some are just flat wrong – that will take us some time, and much effort. We will get that done as soon as we can. Lead Counsel Mr. Butler will need to review that work, and he is scheduled for a family vacation trip July 21-30, and due to Scheduling Orders from courts in other cases, cannot do that review before he departs.

We also disagree with your premise that GM LLC did not assume liability for punitive damages and that the punitive damages assumption issue has actually been fully litigated as to Kaitlyn Reichwaldt in the bankruptcy action. Ms. Reichwaldt had not even filed a case against GM LLC when the bankruptcy court entered its Order with regard to the assumption of punitive damages and clearly did not take part in those proceedings. If and when GM LLC files a motion as to Ms. Reichwaldt, she will then test GM LLC's assertion that it did not assume liability for punitive damages, in the bankruptcy court and on appeal if necessary.

We can assure GM LLC of one thing that is certain: Ms. Reichwaldt has made no attempt to circumvent any applicable bankruptcy court Orders and will not seek to recover at trial any damages that are not legally available to her, based upon applicable court Orders.

**REPLY TO Atlanta:**
2719 Buford Highway • Atlanta, GA 30324
404.321.1700 • 1.800.242.2962 • FAX 404.321.1713

**Columbus Office:**
P.O. Box 2766 • Columbus, GA 31902
105 13th Street • Columbus, GA 31901
706.322.1990 • 1.800.242.2962 • FAX 706.323.2962

www.butlerwooten.com

Scott Davidson, Esq.
July 20, 2017
Page 2

                                          Sincerely,

                                        BUTLER WOOTEN & PEAK LLP

                                        Robert H. Snyder


cc:    James E. Butler, Jr., Esq., via E-Mail
        Joseph M. Colwell, Esq., via E-Mail
        Michael P. Cooney, Esq., via E-Mail
        Brad Marsh, Esq., via E-Mail
        Ashley Broach, Esq., via E-Mail


RHS/km