# **Exhibit K**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No.: 09-50026 (MG) |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

### ORDER GRANTING MOTION BY GENERAL MOTORS LLC TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION AND THE RULINGS IN CONNECTION THEREWITH, WITH RESPECT TO THE REICHWALDT PLAINTIFF

Upon the Motion, dated July 28, 2017 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] seeking the entry of an order enforcing the Sale Order and Injunction and the Bankruptcy Court's rulings in connection therewith, by enjoining Reichwaldt from asserting (a) claims for punitive damages or alleged independent claims that are based on Old GM conduct, and (b) allegations that improperly treat Old GM and New GM interchangeably so that the Reichwaldt Complaint fully complies with the Sale Order and Injunction and the other Bankruptcy Court rulings, all as set forth in the Motion; and due and proper notice of the Motion having been provided to counsel for Reichwaldt and the other parties set forth in the Motion and it appearing that no other or further notice need be given; and a hearing (the "**Hearing**") having been held with respect to the Motion on August 22, 2017; and upon the record of the Hearing, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is therefore:

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that Reichwaldt and her counsel are enjoined and restrained from seeking punitive damages or Independent Claims against New GM in the Reichwaldt Lawsuit that are based on Old GM conduct; and it is further

ORDERED, that Reichwaldt shall, within three (3) business days of the entry of this Order, file with the Georgia Court an amended pleading so that it fully complies with the Sale Order and Injunction and the other Bankruptcy Court rulings by amending or striking all allegations, claims and requests for damages that violate the Sale Order and Injunction and the other Bankruptcy Court rulings (all as more fully set forth in the Motion and found at the Hearing); and it is further

ORDERED that within ten (10) business days after the entry of this Order, Reichwaldt shall file with the Clerk of this Court evidence of the filing of her amended pleading with the Georgia Court; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August __, 2017
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE