# EXHIBIT "A"
## Additional Ignition Switch Pre-Closing Accident Plaintiffs

|     | Last name  | First name | Actual Date of Injury |
|-----|------------|------------|-----------------------|
| 1.  | Allen      | Carl       | 2/1/2008              |
| 2.  | Alvarado   | Angelica   | 4/7/2007              |
| 3.  | Amaya      | Anthony    | 6/28/2009             |
| 4.  | Amaya      | Brandon    | 6/28/2009             |
| 5.  | Amaya      | Rosalie    | 6/28/2009             |
| 6.  | Anderson   | Cindy      | 2/14/2003             |
| 7.  | Anderson   | Jeanne     | 3/25/2003             |
| 8.  | Andrew     | Curtis     | 3/15/2009             |
| 9.  | Barton     | James      | 8/19/2008             |
| 10. | Bazinette  | Carolyn    | 8/15/2005             |
| 11. | Birkheimer | LeAnn      | 7/9/2006              |
| 12. | Bleicken   | Eric       | 4/26/2008             |
| 13. | Bloedow    | Barbara    | 7/14/2007             |
| 14. | Boggs      | Alvin      | 1/14/2007             |
| 15. | Bonds      | Ashanti    | 2/28/2009             |
| 16. | Botello    | David      | 4/7/2007              |
| 17. | Bradfield  | Annette    | 12/25/2006            |
| 18. | Bradley    | Cynthia    | 11/23/2006            |
| 19. | Brown      | Chante     | 12/19/2007            |
| 20. | Burke      | Christina  | 3/9/2009              |
| 21. | Carrisales | Patrick    | 11/25/2003            |
| 22. | Celestine  | Glory      | 12/31/2005            |
| 23. | Clem       | Paul       | 5/8/2006              |
| 24. | Cook       | Reina      | 12/29/2006            |
| 25. | Cuesta     | James      | 3/13/2005             |
| 26. | Curry      | Derek      | 8/5/2005              |
| 27. | Cyr        | Elizabeth  | 5/3/2007              |
| 28. | Dalsass    | Donna      | 2/11/2007             |
| 29. | Dardano    | Joanne     | 12/12/2008            |
| 30. | Davis      | Terry      | 8/19/2003             |
| 31. | Davis      | Tiffaney   | 8/15/2004             |
| 32. | Delasso    | Seiarra    | 1/23/2009             |
| 33. | Dent       | Nell       | 12/30/2005            |
| 34. | Dinar      | Joseph     | 10/24/2003            |
| 35. | DiSchiavi  | Mario      | 12/10/2008            |
| 36. | Doll       | Lyndsey    | 11/30/2008            |
| 37. | Dullen     | Ryan       | 2004                  |
| 38. | Edwards    | Franklin   | 9/16/2005             |
| 39. | Enders     | Kathryn    | 9/25/2008             |
| 40. | Fallon     | Patrick    | 10/30/2001            |

| | | | |
|---|---|---|---:|
| 41. | Farley | Wanda | 2/2/2009 |
| 42. | Farrar | Julius | 3/9/2004 |
| 43. | Fischer | Darrin | 5/26/2003 |
| 44. | Floyd | Rayland | 2/2/2009 |
| 45. | Fonseca | Nina | 2/7/2006 |
| 46. | Forbes | Andre | 5/23/2004 |
| 47. | Forrest | Janice | 6/7/2007 |
| 48. | Frimel | Carol | 8/27/2007 |
| 49. | Geisleman | Laura | 10/15/2007 |
| 50. | Gilliam | Edward | 11/24/2008 |
| 51. | Glasper | Dandra | 2/12/2006 |
| 52. | Glenn | Rodney | 5/30/2009 |
| 53. | Gottshall | Sonia | 9/21/2007 |
| 54. | Hackbarth | Brant | 12/14/2003 |
| 55. | Hair | Danischa | 5/27/2007 |
| 56. | Harvey | Steven | 5/28/2008 |
| 57. | Hauser | Ryan | 1/28/2009 |
| 58. | Hernandez | Rosalia | 6/16/2009 |
| 59. | Hester | Reginald | 5/22/2005 |
| 60. | Hester | Rosie | 5/22/2005 |
| 61. | Hester | Terri | 5/22/2005 |
| 62. | Higgins | Shatora | 3/5/2005 |
| 63. | Hightower | Tracy | 11/24/2008 |
| 64. | Hillin | Misty | 8/8/2008 |
| 65. | Hiney | Christine | 9/11/2007 |
| 66. | Holcomb | Supreina | 5/27/2007 |
| 67. | Hosfelt | Helene | 4/28/1999 |
| 68. | Hutchings | Kevin | 1/5/2006 |
| 69. | Hvizda | Paulette | 6/10/2009 |
| 70. | James | Amber | 8/10/2007 |
| 71. | Jankauskas | Roseanne | 2/2/2009 |
| 72. | Jaskula | Joseph | 11/21/2007 |
| 73. | Johnson | Kevin | 1/22/2008 |
| 74. | Johnson | LaShauna | 4/27/2007 |
| 75. | Johnson | Shanga | 7/6/2009 |
| 76. | Jones | Jimmy | 11/12/2007 |
| 77. | King | Keith | 11/12/1999 |
| 78. | Kletzien | Emily | 3/4/2005 |
| 79. | Konz | Susan (for dec. David Konz) | 5/20/2002 |
| 80. | LaDow | Charles | 1/1/2004 |
| 81. | LaFevor | Kimberly | 10/23/2008 |
| 82. | Lasley | Julie | 8/29/2006 |
| 83. | Lavergne | Keisha | 8/18/2007 |

| | | | |
|---|---|---|---|
| 84. | Lefever | Troy | 8/15/2005 |
| 85. | Lehman | Sylvia | 8/4/2006 |
| 86. | Lewis | Gloria | 2/1/2002 |
| 87. | Lonzo | Calvin | 8/2/2005 |
| 88. | MacLaren | Nathan | 5/15/2009 |
| 89. | Mayrant | Tyisha | 1/16/2009 |
| 90. | Mays | Joshua | 1/4/2007 |
| 91. | McCarthy | Shawn | 6/7/2009 |
| 92. | McClure | Katrina | 11/15/2008 |
| 93. | McGhee | Gina | 1/3/2009 |
| 94. | McLeod | Scott | 1/20/2000 |
| 95. | Merritt | Ruby | 3/19/2008 |
| 96. | Mikeska | Christopher | 12/17/2007 |
| 97. | Miles | Lisa | 2/28/2009 |
| 98. | Miller | Ariel | 9/6/2008 |
| 99. | Miller | Star | 10/21/2007 |
| 100. | Monroe | Jerry | 9/20/2001 |
| 101. | Moore | Wilbur | 11/12/2007 |
| 102. | Morales | Jason | 9/29/2006 |
| 103. | Morris | Lillian | 6/10/2009 |
| 104. | Morris | Sonya | 6/20/2001 |
| 105. | Mungo | Ernest | 12/7/2007 |
| 106. | Murry | Kienda | 5/20/2009 |
| 107. | Myers | Rachel | 7/23/2005 |
| 108. | Olufs | Courtney | 9/25/2008 |
| 109. | Olufs | Joshua | 9/25/2008 |
| 110. | Parker | Andy | 5/21/2004 |
| 111. | Patrick | Mary | 12/11/2004 |
| 112. | Perlstone | Paul | 3/30/2007 |
| 113. | Portale | Phil | 8/20/2007 |
| 114. | Prayleau | Priscella | 1/16/2009 |
| 115. | Pruski | Alexander | 10/13/2007 |
| 116. | Ramirez | Melissa | 12/20/2007 |
| 117. | Reeves | Curtis | 6/9/2002 |
| 118. | Renckert | Michael | 10/27/2006 |
| 119. | Rhoades | Brigette | 3/14/2007 |
| 120. | Rhyner | Allen | 3/4/2005 |
| 121. | Richardson | Jerry | 7/8/2009 |
| 122. | Robinson | Diane | 6/19/2008 |
| 123. | Robinson | Laquinda | 6/28/2009 |
| 124. | Rogers | Kevin | 2/13/2008 |
| 125. | Rolfes | Todd | 2/28/2009 |
| 126. | Rozier | Kevin | 2/24/2008 |

| | | | |
|---|---|---|---:|
| 127. | Rubino | Gary | 6/4/2009 |
| 128. | Sachs | Andrea | 8/1/2008 |
| 129. | Samuels | Sandra | 3/19/2008 |
| 130. | Sanchez | Alejandro | 10/13/2007 |
| 131. | Sanders | Felicia | 1/14/2009 |
| 132. | Sanderson | Sheila | 4/14/2005 |
| 133. | Sasser | Stephanie | 11/2/2008 |
| 134. | Sauseda | Michael | 12/8/2008 |
| 135. | Scherer | Claudette | 5/14/2006 |
| 136. | Selby | Mathew | 5/13/2009 |
| 137. | Sharon | Debra | 8/16/2008 |
| 138. | Shaw | Tony | 1/28/2006 |
| 139. | Sherman | Chelsea | 5/21/2006 |
| 140. | Sherman | Emily | 5/21/2006 |
| 141. | Sills | Jerome | 11/22/2004 |
| 142. | Sims | Charles Arthur | 5/8/2005 |
| 143. | Sims | Janice | 6/1/2001 |
| 144. | Sinnett | Kasie | 3/28/2004 |
| 145. | Smart | Kayla | 10/1/2005 |
| 146. | Smith | Denise | 7/21/2007 |
| 147. | Smith | Monica | 7/20/2002 |
| 148. | Smith | Steve | 4/23/2005 |
| 149. | Speed | Kimberly | 6/18/2009 |
| 150. | Starlin | Marvella | 1/18/2006 |
| 151. | Stiens | Karen | 3/1/2008 |
| 152. | Thomas | Ashley | 4/13/2009 |
| 153. | Thompson-Warren | Kesha | 6/2/2007 |
| 154. | Tittle | James | 5/29/2009 |
| 155. | Tousoulis | Denise | 5/25/2009 |
| 156. | Tousoulis | John | 5/25/2009 |
| 157. | Valcarce-Stuart | Rosaura | 5/20/2008 |
| 158. | Wagley | Kelly | 2/26/2008 |
| 159. | Werth | Regina | 4/18/2007 |
| 160. | Whatley | Susan | 5/29/2009 |
| 161. | Wheeler | Vickie | 6/14/2007 |
| 162. | Whitfield | Rose | 12/25/2007 |
| 163. | Williams | Brittany | 6/7/2009 |
| 164. | Williams | Claudia | 6/7/2009 |
| 165. | Wisniewski | Edward | 10/22/2007 |
| 166. | Wooten | William | 5/19/2009 |
| 167. | Worsham | John | 8/25/2005 |
| 168. | Wrigley | Joyce | 7/31/2008 |
| 169. | Writt | James | 3/28/2009 |

| 170. | Zayas | Ricardo | 5/26/2007 |
|---|---|---|---|
| 171. | Zayas | Victor | 5/26/2007 |