KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                      Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

This is to certify that on *July 28, 2017* I caused to be served a true and correct copy of the *Motion to Authorize - Motion By General Motors LLC To Enforce the Bankruptcy Court's July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Reichwaldt Plaintiff* [Dkt. No. 14016] and the exhibits thereto, by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and overnight delivery upon:

| | |
|---|---|
| William Weintraub, Esq.<br>Gregory Fox, Esq.<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>WWeintraub@goodwinlaw.com<br>GFox@goodwinlaw.com | *Counsel for the Reichwaldt Plaintiff* |
| James E. Butler, Jr., Esq.<br>Robert H. Snyder, Esq.<br>BUTLER WOOTEN CHEELEY & PEAK, LLP<br>105 13th Street<br>Post Office Box 2766<br>Columbus, Georgia 31902<br>jim@butlerwooten.com<br>Rob@butlerwooten.com<br>joseph@butlerwooten.com<br>beth@butlerwooten.com<br>kim@butlerwooten.com<br>sarah@butlerwooten.com | *Counsel for the Reichwaldt Plaintiff* |

Dated: July 31, 2017
       New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        -and-

        Richard C. Godfrey, P.C. (admitted *pro hac vice*)
        Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200

        *Attorneys for General Motors LLC*