UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*             :
                                                     :
                   Debtors.                          : (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I caused Plaintiffs' Letter to Judge Martin Glenn, ECF No. 14020, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: August 1, 2017

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for the *Elliott*, *Sesay*, and *Bledsoe* Plaintiffs