**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

August 1, 2017

VIA ECF

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Re:   *In re Motors Liquidation Company*, Case No. 09-50026 (MG)

Dear Judge Glenn:

      Wilmington Trust Company, trustee for and administrator of the Motors Liquidation Company GUC Trust, submits this letter in response to the letter from Gary Peller, dated July 25, 2017, requesting "discovery concerning whether due process violations in the notice provided prevents the 2009 Sale Order injunction from precluding [Non-Ignition Switch Plaintiffs'] claims." Dkt. 13997 at 1. While it is unclear whether Mr. Peller is seeking discovery from the GUC Trust, his request should be denied at this time for the reasons set forth in the letters from Designated Counsel in the Bankruptcy Court and Co-Lead Counsel in the MDL Court for the Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs (Dkt. 14017) and New GM (Dkt. 14022).

Sincerely,

/s/ Mitchell A. Karlan

Mitchell A. Karlan


cc: Counsel of record, via CM/ECF

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.