# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

August 4, 2017

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      Re:    In re Motors Liquidation Company, *et al.*
               Case No. 09-50026 (MG)

              **Letter Regarding Update on Related Proceedings**

Dear Judge Glenn:

      King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [ECF No. 13131], New GM writes to update the Court regarding developments in proceedings relating to New GM. Specifically, on August 4, 2017, Judge Furman entered an *Opinion and Order Regarding New GM's Partial Motion for Summary Judgment on Plaintiffs' Successor Liability Claims in the Fourth Amended Consolidated Complaint* in MDL 2543, a copy of which is attached hereto as **Exhibit "A."**

                                Respectfully submitted,

                                */s/ Scott Davidson*

                                Scott Davidson

SD/hs
Encl.