**BROWN**RUDNICK

HOWARD S. STEEL
direct dial: (212) 209-4917
fax: (212) 209-4801
hsteel@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

August 4, 2017

**VIA EMAIL AND ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

**RE:    In re Motors Liquidation Company, et al., Case No. 09-50026 (MG)**

Dear Judge Glenn:

    We write to inform the Court that negotiations have meaningfully progressed between the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, certain Pre-Closing Accident Plaintiffs, and the GUC Trust, which may obviate the need for scheduling a hearing on the Initial Late Claims Motion Issues. We will keep the Court apprised of further developments.

Respectfully submitted,

 */s/ Howard S. Steel*
Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

brownrudnick.com

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.


Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the MDL Court*

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Ignition Switch Pre-Closing Accident*
*Plaintiffs Represented By Hilliard Muñoz Gonzales*
*L.L.P.*



Honorable Martin Glenn
August 4, 2017
Page 3

                                              Robert Hilliard
                                              HILLIARD MUÑOZ GONZALES LLP
                                              719 South Shoreline, Suite 500
                                              Corpus Christi, Texas 78401
                                              Tel: 361-882-1612
                                              bobh@hmglawfirm.com

                                              *Counsel for Certain Ignition Switch Pre-Closing*
                                              *Accident Plaintiffs*

cc:      Matthew Williams
           Keith R. Martorana
           Gabriel Gillett
           Daniel Golden
           Deborah J. Newman
           Naomi Moss
           Eric B. Fisher
           Neil S. Binder
           Arthur Steinberg
           Scott Davidson
           Richard C. Godfrey
           Andrew B. Bloomer