**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Motors Liquidation Company, f/k/a General Motors Corporation, *et al.*, | Case No. 09-50026 (MG) (Jointly Administered) |
| Debtors. | |

# ORDER REQUESTING STATUS LETTERS

It is hereby ORDERED that:

1. The following parties shall each file a written status report (the "Status Reports") by no later than 5:00 p.m. (Eastern Standard Time) on August 14, 2017: (i) Roger Dean Gillispie; (ii) the Wilmington Trust Company, as trustee of the General Unsecured Creditors' Trust; and (iii) General Motors, LLC.

2. The Status Reports shall each address whether any intervening changes in the law or factual circumstances regarding the *Motion for Leave to Pursue Claims Against General Motors LLC, and, Alternatively, to File a Post-Bar-Date Proof of Claim in the Motors Liquidation Company Bankruptcy* (the "Motion," ECF Doc. # 12727) have occurred since November 12, 2014, such that supplemental briefing would be helpful to this Court in deciding the Motion.

**IT IS SO ORDERED.**

Dated: August 7, 2017
       New York, New York

                                    /s/ Martin Glenn
                                    MARTIN GLENN
                                    United States Bankruptcy Judge