Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                           :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., et al.,                :
                                                              :
                                    Debtors.                  :    (Jointly Administered)
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

    1.    Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

    2.    On the 4th day of August, 2017, I caused to be served a true and correct copy of the letter to Judge Glenn, dated August 4, 2017, re: status of settlement discussions between the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, certain Pre-Closing Accident Plaintiffs, and the GUC Trust, docket number 14027, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3. In addition, 4th day of August, 2017, I caused to be served a true and correct copy of the letter to Judge Glenn, dated August 4, 2017, re: status of settlement discussions between the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, certain Pre-Closing Accident Plaintiffs, and the GUC Trust, docket number 14027, by email upon the parties listed below.

| | |
|---|---|
| Andrew B. Bloomer | andrew.bloomer@kirkland.com |
| Arthur Steinberg | asteinberg@kslaw.com |
| Robert Hilliard | bobh@hmglawfirm.com |
| Daniel Golden | dgolden@akingump.com |
| Deborah J. Newman | djnewman@akingump.com |
| Elizabeth J. Cabraser | ecabraser@lchb.com |
| Eric B. Fisher | efisher@binderschwartz.com |
| Gabriel Gillett | esserman@sbep-law.com |
| Gregory W. Fox | gfox@goodwinlaw.com |
| Keith R. Martorana | ggillett@gibsondunn.com |
| Naomi Moss | kmartorana@gibsondunn.com |
| Neil S. Binder | mjwilliams@gibsondunn.com |
| Daniel Golden | nbinder@binderschwartz.com |
| Naomi Moss | nmoss@akingump.com |
| Richard C. Godfrey | richard.godfrey@kirkland.com |
| Scott Davidson | sdavidson@kslaw.com |
| Steve W. Berman | steve@hbsslaw.com |
| William P. Weintraub | wweintraub@goodwinlaw.com |

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
7th day of August, 2017.

/s/ Vicki A. Goldstein
Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2019