ADJOURNED OBJECTION DEADLINE (FOR REICHWALDT ONLY): August 18, 2017 at 12:00 noon
ADJOURNED HEARING DATE AND TIME: August 29, 2017 at 3:00 p.m.

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* : | |
| : | |
|     Debtors. : | (Jointly Administered) |
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION
BY GENERAL MOTORS LLC TO ENFORCE THE BANKRUPTCY COURT'S
JULY 5, 2009 SALE ORDER AND INJUNCTION, AND THE RULINGS IN
CONNECTION THEREWITH, WITH RESPECT TO THE REICHWALDT PLAINTIFF**

PLEASE TAKE NOTICE that the hearing in connection with the *Motion By General Motors LLC to Enforce The Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and The Rulings In Connection Therewith, with Respect to the Reichwaldt Plaintiff*, filed on July 28, 2017 [Dkt. No. 14016] ("**Reichwaldt Motion to Enforce**"), previously scheduled for August 22, 2017 at 11:00 a.m., has been adjourned to **August 29, 2017 at 3:00 p.m.**

PLEASE TAKE FURTHER NOTICE that the objection/response deadline for the Reichwaldt Motion to Enforce has been extended for Reichwaldt (as defined in the Reichwaldt Motion to Enforce) *only* from August 14, 2017 at 5:00 p.m. to **August 18, 2017 at 12:00 noon.**

Dated: New York, New York
August 8, 2017

Respectfully submitted,

/s/ Scott Davidson
Scott Davidson
Arthur Steinberg
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Attorneys for General Motors LLC*