KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                 Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *August 8, 2017* I caused to be served a true and correct copy of the *Notice of Adjournment of Hearing on Motion By General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and In junction, and the Rulings in Connection Therewith, With Respect to the Reichwaldt Plaintiff* [Dkt. No. 14030] by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email upon:

| | |
|---|---|
| William Weintraub, Esq.<br>Gregory Fox, Esq.<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>WWeintraub@goodwinlaw.com<br>GFox@goodwinlaw.com | *Counsel for the Reichwaldt Plaintiff* |
| James E. Butler, Jr., Esq.<br>Robert H. Snyder, Esq.<br>BUTLER WOOTEN CHEELEY & PEAK, LLP<br>105 13th Street<br>Post Office Box 2766<br>Columbus, Georgia 31902<br>jim@butlerwooten.com<br>Rob@butlerwooten.com<br>joseph@butlerwooten.com<br>beth@butlerwooten.com<br>kim@butlerwooten.com<br>sarah@butlerwooten.com | *Counsel for the Reichwaldt Plaintiff* |

Dated:  August 8, 2017
        New York, New York

                          KING & SPALDING LLP

                          By: /s/   Scott I. Davidson____
                          Arthur J. Steinberg
                          Scott Davidson
                          King & Spalding LLP
                          1185 Avenue of the Americas
                          New York, NY 10036
                          Telephone: (212) 556-2100
                          Facsimile: (212) 556-2222

                          -and-

                          Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                          Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                          KIRKLAND & ELLIS LLP
                          300 North LaSalle
                          Chicago, IL 60654
                          Telephone: (312) 862-2000
                          Facsimile: (312) 862-2200

                          *Attorneys for General Motors LLC*