William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel to Those Certain Post-Closing Accident
Plaintiffs Represented By Butler Wooten & Peak LLP,
Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P.,
and Turner & Associates, P.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (REG)
         f/k/a General Motors Corp., et al.,                 :
                                                             :
                                     Debtors.                :    (Jointly Administered)
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **August 9, 2017**, a true and correct copy of the *Statement of Issues and Designation of Record on Appeal*, filed through this Court's CM/ECF system [ECF No. 14036], was sent electronically to the participants registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

ACTIVE/92053999.1

Dated: August 9, 2017

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.*

2