THE MASTROMARCO FIRM
By: VICTOR J. MASTROMARCO, JR.
1024 North Michigan Avenue
Saginaw, Michigan 48602
Tel: (989) 752-1414
Attorneys for:
Benjamin Pillars, Personal Representative
Of the Estate of Kathleen Pillars, deceased.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---

|                                                              | Chapter 11                  |
|--------------------------------------------------------------|-----------------------------|
| In re                                                        |                             |
| MOTORS LIQUIDATION COMPANY, et al.,<br>f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG)     |
| Debtors.                                                     |                             |

---

CERTIFICATE OF SERVICE

I, VICTOR  J. MASTROMARCO, JR., hereby certify that on August 9, 2017, a true and correct copy of the Statement of Issues to be presented on Appeal and Designation of Items to be Included in the Record on Appeal filed through this Court's CM/ECF System (ECF No.: 14034), was sent electronically to the participants registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF)

Dated: August 9, 2017        By: */s/ Victor J. Mastromarco, Jr.*
                             Victor J. Mastromarco, Jr. (P34564)
                             Attorney for Plaintiff Benjamin Pillars
                             1024 N. Michigan Avenue
                             Saginaw, Michigan 48602
                             (989) 752-1414