UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                                      :       Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :       Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                   :
                                                           :
                    Debtors.                               :       (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I caused Plaintiffs' STATEMENT OF ISSUES AND DESIGNTION OF RECORD ON APPEAL, ECF No. 14040, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: August 9, 2017

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Tina Farmer, Paul Fordham, Momoh Kanu, Ishmael Sesay, and James Tibbs