| | |
|---|---|
| Steve W. Berman (admitted *pro hac vice*) | Edward S. Weisfelner |
| HAGENS BERMAN SOBOL SHAPIRO LLP | BROWN RUDNICK LLP |
| 1918 Eighth Avenue, Suite 3300 | Seven Times Square |
| Seattle, Washington 98101 | New York, New York 10036 |
| Telephone: 206-623-7292 | Telephone: 212-209-4800 |
| Email: steve@hbsslaw.com | Email: eweisfelner@brownrudnick.com |
| | |
| Elizabeth J. Cabraser | Sander L. Esserman |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. |
| 275 Battery Street, 29th Floor | 2323 Bryan Street, Suite 2200 |
| San Francisco, California 94111 | Dallas, Texas 75201 |
| Telephone: 414-956-1000 | Telephone: 214-969-4900 |
| Email: ecabraser@lchb.com | Email: esserman@sbep-law.com |

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | : : : | Case No.: 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------X

**APPELLANT IGNITION-SWITCH PLAINTIFFS' AND CERTAIN
NON-IGNITION SWITCH PLAINTIFFS' STATEMENT OF THE ISSUES ON APPEAL
AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, the Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs (the "Appellants"), by and through their undersigned counsel, respectfully submit the following statement of issues to be presented on appeal and designation of items for inclusion in the record on appeal in connection with the

1

Appellants' appeal from the *Memorandum Opinion and Order Deciding Certain 2016 Threshold Issues*, dated July 12, 2017 (ECF No. 13992) (the "Order").[1]

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1.   Did the Bankruptcy Court err in holding that used car purchasers without the Ignition Switch Defect are bound by the Sale Order?

2.   Did the Bankruptcy Court err in holding that used car purchasers without the Ignition Switch Defect had no greater rights than the prior owners or original purchasers of the vehicles?

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Appellants designate each of the following documents from the above-captioned proceeding for inclusion in the record on appeal.

|    | Filing Date | ECF No. | Description |
|----|-------------|---------|-------------|
| 1. | 7/5/2009    | 2968    | Order (I) Authorizing the Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief |
| 2. | 6/1/2015    | 13177   | Judgment |
| 3. | 12/4/2015   | 13563   | Judgment |
| 4. | 12/13/2016  | 13802   | Order to Show Cause Regarding Certain Issues Arising from Lawsuits with Claims Asserted Against General Motors LLC ("New GM") that Involve Vehicles Manufactured by General Motors Corporation ("Old GM") |
| 5. | 2/27/2017   | 13857   | Benjamin W. Pillars' Supplemental Opening Brief |
| 6. | 2/27/2017   | 13859   | Pilgrim Plaintiffs' Supplemental Opening Brief on the 2016 Threshold Issues |
| 7. | 2/27/2017   | 13861   | The *Elliott*, *Sesay*, and *Bledsoe* Plaintiffs' Supplemental Opening Brief Regarding the 2016 Threshold Issues |

---

[1] Capitalized terms used by not defined herein shall have the meanings ascribed to them in the Order.

| | | | |
|---|---|---|---|
| 8. | 2/27/2017 | 13863 | Supplemental Opening Brief by Plaintiffs Christopher Pope and Gwendolyn Pope on the 2016 Threshold Issues |
| 9. | 2/27/2017 | 13865 | Opening Brief by General Motors LLC on the 2016 Threshold Issues Set Forth in the Order to Show Cause Dated December 12, 2017 (Except for the Late Proof of Claim Issue) |
| 10. | 2/27/2017 | 13866 | Plaintiffs' Joint Opening Brief on the 2016 Threshold Issues |
| 11. | 4/7/2017 | 13888 | Reply Brief by General Motors LLC on the 2016 Threshold Issues Set Forth in the Order to Show Cause Dated December 13, 2016 (Except for the Late Proof of Claim Issue) |
| 12. | 4/7/2017 | 13889 | Plaintiffs' Joint Reply Brief on the 2016 Threshold Issues |
| 14. | 4/24/2017 | 13907 | Transcript Regarding Hearing Held on 4/20/2017 9:03 A.M. RE: Order to Show Cause |
| 15. | 5/19/2017 | 13943 | Transcript Regarding Hearing Held on 5/17/2017 9:04 A.M. RE: Order to Show Cause in Reference to Threshold Issue |
| 16. | 7/12/2017 | 13992 | Memorandum Opinion and Order Deciding Certain 2016 Threshold Issues |
| 17. | 7/26/2017 | 14006 | Notice of Appeal (Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs) |

Dated:  August 9, 2017
        New York, New York

Respectfully submitted,

BROWN RUDNICK LLP

 */s/* Edward S. Weisfelner
Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

3

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*