Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
In re: : Chapter 11
MOTORS LIQUIDATION COMPANY, et al., : Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., et al., :
:
                        Debtors. : (Jointly Administered)
---------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                      ) ss.:
COUNTY OF NEW YORK   )

      1.      Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

      2.      On the 9th day of August, 2017, I caused to be served a true and correct copy of the Appellant Ignition-Switch Plaintiffs' and Certain Non-Ignition Switch Plaintiffs' Statement of the Issues on Appeal and Designation of Items to be Included in the Record on Appeal, docket number 14042, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

1

3. In addition, on the 9th day of August, 2017, I caused to be served a true and correct copy of the Appellant Ignition-Switch Plaintiffs' and Certain Non-Ignition Switch Plaintiffs' Statement of the Issues on Appeal and Designation of Items to be Included in the Record on Appeal, docket number 14042, by email upon the parties listed below:

| Party | Attorneys |
|---|---|
| Certain Post-Closing Accident Plaintiffs Represented by Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Munoz Gonzales LLP, and Turner & Associates, P.A. | **GOODWIN PROCTER LLP**<br>William P. Weintraub<br>Gregory Fox<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: 212-813-8800<br>wweintraub@goodwinprocter.com<br>gfox@goodwinprocter.com |
| Lead Counsel in the MDL Court with Primary Responsibility for Personal Injury and Wrongful Death Cases | **HILLIARD MUÑOZ GONZALES LLP**<br>Robert Hilliard<br>719 South Shoreline, Suite 500<br>Corpus Christi, Texas 78401<br>Telephone: 361-882-1612<br>bobh@hmglawfirm.com |
| Bernard Pitterman, Administrator | **ADELMAN HIRSCH & CONNORS LLP**<br>Joram Hirsch<br>1000 Lafayette Boulevard<br>Bridgeport, Connecticut 06604<br>Telephone: 203-331-8888<br>jhirsch@ahctriallaw.com |
| Moore Plaintiffs | **ANTHONY LAW FIRM, P.A.**<br>Kenneth C. Anthony, Jr.<br>150 Magnolia Street<br>Spartanburg, South Carolina 29306<br>Telephone: 864-582-2355<br>kanthony@anthonylaw.com |

| | |
|---|---|
| Brianna Minard | **CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE**<br>Joshua Markowitz<br>1300 South El Camino Real, Suite 300<br>P.O. Box 5429<br>San Mateo, California 94402<br>Telephone: 650-367-6811<br>ccdlaw@carcionelaw.com<br>CCDLAW@GMAIL.COM |
| Plaintiffs Christopher Pope & Gwendolyn Pope | **LEDFORD LAW FIRM**<br>Kris Ted Ledford<br>Heritage Professional Plaza<br>425 East 22nd Street, Suite 101<br>Owasso, OK 74055<br>Telephone: 918-376-4610<br>kris@ledford-lawfirm.com |
| Bledsoe Plaintiffs, Elliott Plaintiffs, and Sesay Plaintiffs | Gary Peller, Esq.<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>Telephone: 202-662-9122<br>peller@law.georgetown.edu |
| Plaintiff Benjamin Pillars | **THE MASTROMARCO FIRM**<br>Victor J. Mastromarco, Jr.<br>Russell C. Babcock, Esq.<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602<br>Telephone: 989-752-1414<br>vmastromar@aol.com<br>russellbabcock@aol.com |
| Plaintiffs William D. Pilgrim, et al. | **KNAPP, PETERSEN & CLARKE**<br>André E. Jardini<br>K.L. Myles<br>550 North Brand Boulevard, Suite 1500<br>Glendale, California 91203<br>Telephone: 818-547-5178<br>aej@kpclegal.com<br>klm@kpclegal.com<br><br>**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>Sean Southard<br>Brendan M. Scot |

|  | 200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Telephone: 212-972-3000<br>ssouthard@klestadt.com<br>bscott@klestadt.com |
|---|---|
| General Motors LLC | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott Davidson<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212-556-2100<br>asteinberg@kslaw.com<br>sdavidson@kslaw.com<br><br>**KIRKLAND & ELLIS LLP**<br>Richard Godfrey<br>Andrew Bloomer<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: 312-862-2000<br>rgodfrey@kirkland.com<br>andrew.bloomer@kirkland.com |

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
10th day of August, 2017.

/s/ Vicki A. Goldstein
Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2019