THE MASTROMARCO FIRM  
By: VICTOR J. MASTROMARCO, JR.  
1024 North Michigan Avenue  
Saginaw, Michigan 48602  
Tel: (989) 752-1414  
Attorneys for:  
Benjamin Pillars, Personal Representative  
Of the Estate of Kathleen Pillars, deceased.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) |
| Debtors. |  |

CERTIFICATE OF SERVICE

    I, VICTOR J. MASTROMARCO, JR., hereby certify that on August 10, 2017, a true and correct copy of the Civil Cover Sheet to be presented on Appeal and Designation of Items to be Included in the Record on Appeal filed through this Court's CM/ECF System (ECF No.: 14034), was sent electronically to the participants registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF)

Dated: August 10, 2017        By: */s/ Victor J. Mastromarco, Jr.*  
                                          Victor J. Mastromarco, Jr. (P34564)  
                                          Attorney for Plaintiff Benjamin Pillars  
                                          1024 N. Michigan Avenue  
                                          Saginaw, Michigan 48602  
                                          (989) 752-1414