**EXHIBIT "A" (Updated 08/10/2017)**
**Additional Ignition Switch Pre-Closing Accident Plaintiffs**

|     | Last name  | First name  | Actual Date of Injury |
|-----|------------|-------------|-----------------------|
| 1.  | Allen      | Carl        | 2/1/2008              |
| 2.  | Alvarado   | Angelica    | 4/7/2007              |
| 3.  | Amaya      | Anthony     | 6/28/2009             |
| 4.  | Amaya      | Brandon     | 6/28/2009             |
| 5.  | Amaya      | Rosalie     | 6/28/2009             |
| 6.  | Anderson   | Cindy       | 2/14/2003             |
| 7.  | Anderson   | Jeanne      | 3/25/2003             |
| 8.  | Andrew     | Curtis      | 3/15/2009             |
| 9.  | Ashford    | Karl        | 7/26/2006             |
| 10. | Ator       | Carole      | 5/9/2008              |
| 11. | Badalucco  | Anthony     | 7/22/2004             |
| 12. | Barton     | James       | 8/19/2008             |
| 13. | Baylous    | Marquessia  | 8/25/2007             |
| 14. | Bazinette  | Carolyn     | 8/15/2005             |
| 15. | Bednar     | Jared       | 01/09/2008            |
| 16. | Bennett    | Erick       | 7/4/2008              |
| 17. | Bhandari   | Sunita      | 7/3/2008              |
| 18. | Birkheimer | LeAnn       | 7/9/2006              |
| 19. | Bleicken   | Eric        | 4/26/2008             |
| 20. | Bloedow    | Barbara     | 7/14/2007             |
| 21. | Boggs      | Alvin       | 1/14/2007             |
| 22. | Bonds      | Ashanti     | 2/28/2009             |
| 23. | Booth      | Cody        | 6/2/2009              |
| 24. | Botello    | David       | 4/7/2007              |
| 25. | Boyle      | James       | 05/12/2009            |
| 26. | Bradfield  | Annette     | 12/25/2006            |
| 27. | Bradley    | Cynthia     | 11/23/2006            |
| 28. | Brown      | Chante      | 12/19/2007            |
| 29. | Brown      | Samantha    | 2/1/2009              |
| 30. | Burke      | Christina   | 3/9/2009              |
| 31. | Burley     | William     | 12/19/2008            |
| 32. | Carrisales | Patrick     | 11/25/2003            |
| 33. | Celestine  | Glory       | 12/31/2005            |
| 34. | Charly     | Sallie      | 3/25/2009             |
| 35. | Clark      | Teresse     | 10/17/2005            |
| 36. | Clem       | Paul        | 5/8/2006              |
| 37. | Cochran    | Kim         | 2/11/2005             |
| 38. | Collins    | Daryl       | 12/9/2007             |
| 39. | Cook       | Reina       | 12/29/2006            |
| 40. | Coviello   | Rebecca     | 4/9/2008              |

| | | | |
|---|---|---|---:|
| 41. | Cuesta | James | 3/13/2005 |
| 42. | Curry | Derek | 8/5/2005 |
| 43. | Cyr | Elizabeth | 5/3/2007 |
| 44. | Dalsass | Donna | 2/11/2007 |
| 45. | Dardano | Joanne | 12/12/2008 |
| 46. | Davis | Tajanae | 4/27/2007 |
| 47. | Davis | Terry | 8/19/2003 |
| 48. | Davis | Tiffaney | 8/15/2004 |
| 49. | Delasso | Seiarra | 1/23/2009 |
| 50. | Dent | Anthony | 12/11/2008 |
| 51. | Dent | Nell | 12/30/2005 |
| 52. | Dinar | Joseph | 10/24/2003 |
| 53. | DiSchiavi | Mario | 12/10/2008 |
| 54. | Doll | Lyndsey | 11/30/2008 |
| 55. | Dorsey | Alonda | 7/6/2009 |
| 56. | Dorsey-Foster | Amanda | 7/6/2009 |
| 57. | Dullen | Ryan | 2004 |
| 58. | Dziedzic | Tommy | 12/21/2005 |
| 59. | Earnest | Crystal | 4/22/2005 |
| 60. | Earnest | Gregory | 4/22/2005 |
| 61. | Earnest | Jessie | 4/22/2005 |
| 62. | Earnest | Tyler | 4/22/2005 |
| 63. | Edwards | Franklin | 9/16/2005 |
| 64. | El-cheikh | Sheryl | 09/10/2001 |
| 65. | Enders | Kathryn | 9/25/2008 |
| 66. | Eubank | Betty | 8/9/2007 |
| 67. | Fallon | Patrick | 10/30/2001 |
| 68. | Farley | Wanda | 2/2/2009 |
| 69. | Farrar | Julius | 3/9/2004 |
| 70. | Fedoris | Joe | 9/15/2007 |
| 71. | Fischer | Darrin | 5/26/2003 |
| 72. | Fitzpatrick | Aliza | 10/30/2004 |
| 73. | Floyd | Rayland | 2/2/2009 |
| 74. | Fonseca | Nina | 2/7/2006 |
| 75. | Forbes | Andre | 5/23/2004 |
| 76. | Forrest | Janice | 6/7/2007 |
| 77. | Frazier | Brenda | 6/25/2007 |
| 78. | Frimel | Carol | 8/27/2007 |
| 79. | Geisleman | Laura | 10/15/2007 |
| 80. | Gibson | Demetria | 2/25/2008 |
| 81. | Gilliam | Edward | 11/24/2008 |
| 82. | Glasper | Dandra | 2/12/2006 |
| 83. | Glenn | Rodney | 5/30/2009 |

| | | | |
|---|---|---|---:|
| 84. | Gonzalez | Jesus | 3/4/2005 |
| 85. | Goodman | Nancy | 7/1/2009 |
| 86. | Gottshall | Sonia | 9/21/2007 |
| 87. | Green | Sederick | 5/27/2008 |
| 88. | Green | Thomas | 6/5/2006 |
| 89. | Hackbarth | Brant | 12/14/2003 |
| 90. | Hadley | Melissa | 1/29/2009 |
| 91. | Hair | Danischa | 5/27/2007 |
| 92. | Hale | Howard | 2/13/2009 |
| 93. | Hamm | Loretta | 6/9/2001 |
| 94. | Hamrick | Sharlie | 3/11/2006 |
| 95. | Harvey | Steven | 5/28/2008 |
| 96. | Hauser | Ryan | 1/28/2009 |
| 97. | Henderson | Bonnie | 2/5/2009 |
| 98. | Hernandez | Aida | 06/08/2007 |
| 99. | Hernandez | Rosalia | 6/16/2009 |
| 100. | Hester | Reginald | 5/22/2005 |
| 101. | Hester | Rosie | 5/22/2005 |
| 102. | Hester | Terri | 5/22/2005 |
| 103. | Higgins | Shatora | 3/5/2005 |
| 104. | Hightower | Tracy | 11/24/2008 |
| 105. | Hill | Adam | 10/13/2005 |
| 106. | Hill | David | 7/20/2008 |
| 107. | Hillin | Misty | 8/8/2008 |
| 108. | Hiney | Christine | 9/11/2007 |
| 109. | Holcomb | Supreina | 5/27/2007 |
| 110. | Hosfelt | Helene | 4/28/1999 |
| 111. | Hutchings | Kevin | 1/5/2006 |
| 112. | Hvizda | Paulette | 6/10/2009 |
| 113. | Jackson | Christine | 9/1/2005 |
| 114. | James | Amber | 8/10/2007 |
| 115. | Jankauskas | Roseanne | 2/2/2009 |
| 116. | Jaskula | Joseph | 11/21/2007 |
| 117. | Johnson | Kevin | 1/22/2008 |
| 118. | Johnson | LaShauna | 4/27/2007 |
| 119. | Johnson | Shanga | 7/6/2009 |
| 120. | Jones | Antoinette | 6/15/2008 |
| 121. | Jones | Jimmy | 11/12/2007 |
| 122. | Jones | Precila | 6/28/2000 |
| 123. | Josey | Barbara | 2/27/2008 |
| 124. | Kasey | Dallas | 11/6/2004 |
| 125. | Kearney | LaToya | 5/27/2008 |
| 126. | Kilbourne | Mary Ann | 7/6/2007 |

| | | | |
|---|---|---|---:|
| 127. | King | Keith | 11/12/1999 |
| 128. | Kletzien | Emily | 3/4/2005 |
| 129. | Knight | Justin | 10/7/2006 |
| 130. | Konz | Susan (for dec. David Konz) | 5/20/2002 |
| 131. | LaDow | Charles | 1/1/2004 |
| 132. | LaFevor | Kimberly | 10/23/2008 |
| 133. | Lasley | Julie | 8/29/2006 |
| 134. | Lavergne | Keisha | 8/18/2007 |
| 135. | Lefever | Troy | 8/15/2005 |
| 136. | Lehman | Sylvia | 8/4/2006 |
| 137. | Lewis | Gloria | 2/1/2002 |
| 138. | Limon | Juan Carlos | 5/4/2008 |
| 139. | Linden | Michael | 05/09/2006 |
| 140. | Little | Amelia | 12/5/2006 |
| 141. | Little | Leawaiia | 8/12/2008 |
| 142. | Lonzo | Calvin | 8/2/2005 |
| 143. | MacLaren | Nathan | 5/15/2009 |
| 144. | Magee | Juahem | 8/25/2007 |
| 145. | Manuel-Collins | Yolanda | 12/9/2007 |
| 146. | Marquiss | Amy | 5/24/2008 |
| 147. | Mastrich | Debra | 12/1/2001 |
| 148. | Mathis | Steve | 11/14/2007 |
| 149. | Mayrant | Tyisha | 1/16/2009 |
| 150. | Mays | Joshua | 1/4/2007 |
| 151. | McBrayer | Anthony | 11/11/2006 |
| 152. | McCarthy | Shawn | 6/7/2009 |
| 153. | McCluney | Demetria | 3/20/2007 |
| 154. | McClure | Katrina | 11/15/2008 |
| 155. | McGhee | Gina | 1/3/2009 |
| 156. | McLeod | Scott | 1/20/2000 |
| 157. | McMillin | Juliet | 11/14/2007 |
| 158. | Merritt | Ruby | 3/19/2008 |
| 159. | Mikeska | Christopher | 12/17/2007 |
| 160. | Milam | Mark | 2/27/2008 |
| 161. | Miles | Lisa | 2/28/2009 |
| 162. | Miller | Ariel | 9/6/2008 |
| 163. | Miller | Jessie | 8/26/2006 |
| 164. | Miller | Star | 10/21/2007 |
| 165. | Monroe | Jerry | 9/20/2001 |
| 166. | Moore | Wilbur | 11/12/2007 |
| 167. | Morales | Jason | 9/29/2006 |
| 168. | Morgan | Glenda | 12/11/2008 |
| 169. | Morris | Lillian | 6/10/2009 |

| | | | |
|---|---|---|---:|
| 170. | Morris | Sonya | 6/20/2001 |
| 171. | Mungo | Ernest | 12/7/2007 |
| 172. | Murray | Shirley | 7/2/2004 |
| 173. | Murry | Kienda | 5/20/2009 |
| 174. | Myers | Rachel | 7/23/2005 |
| 175. | Nash | Jenifer | 4/1/2007 |
| 176. | New | Michael | 1/29/2009 |
| 177. | Norwood | Dijionay | 8/25/2007 |
| 178. | Norwood | Sumer | 8/25/2007 |
| 179. | Olufs | Courtney | 9/25/2008 |
| 180. | Olufs | Joshua | 9/25/2008 |
| 181. | Parker | Andy | 5/21/2004 |
| 182. | Patrick | Mary | 12/11/2004 |
| 183. | Patterson | Richard | 6/10/2009 |
| 184. | Perkins | Crystal | 9/16/2008 |
| 185. | Perlstone | Paul | 3/30/2007 |
| 186. | Perymon | Sinator | 9/1/2000 |
| 187. | Peters | Merle | 1/6/2009 |
| 188. | Phillips | Ami | 05/24/2009 |
| 189. | Pope | Twanna | 10/25/2001 |
| 190. | Portale | Phil | 8/20/2007 |
| 191. | Prayleau | Priscella | 1/16/2009 |
| 192. | Pruski | Alexander | 10/13/2007 |
| 193. | Ramirez | Melissa | 12/20/2007 |
| 194. | Randolph | Annie | 8/9/2007 |
| 195. | Reed | Joy | 9/23/2008 |
| 196. | Reeves | Curtis | 6/9/2002 |
| 197. | Renckert | Michael | 10/27/2006 |
| 198. | Rhoades | Brigette | 3/14/2007 |
| 199. | Rhodes | Marian | 11/14/2007 |
| 200. | Rhyner | Allen | 3/4/2005 |
| 201. | Richardson | Jerry | 7/8/2009 |
| 202. | Richardson | Steve | 7/2/2004 |
| 203. | Robinson | Diane | 6/19/2008 |
| 204. | Robinson | Laquinda | 6/28/2009 |
| 205. | Rodney | Van | 2/5/2009 |
| 206. | Rogers | Kevin | 2/13/2008 |
| 207. | Rolfes | Todd | 2/28/2009 |
| 208. | Rozier | Kevin | 2/24/2008 |
| 209. | Rubino | Gary | 6/4/2009 |
| 210. | Sachs | Andrea | 8/1/2008 |
| 211. | Salazar | Ontonio | 3/5/2008 |
| 212. | Samuels | Sandra | 3/19/2008 |

| | | | |
|---|---|---|---|
| 213. | Sanchez | Alejandro | 10/13/2007 |
| 214. | Sandel | Kelly | 4/25/2009 |
| 215. | Sanders | Felicia | 1/14/2009 |
| 216. | Sanderson | Sheila | 4/14/2005 |
| 217. | Sasser | Stephanie | 11/2/2008 |
| 218. | Sauseda | Michael | 12/8/2008 |
| 219. | Scherer | Claudette | 5/14/2006 |
| 220. | Schnieter | Marianne | 11/26/2007 |
| 221. | Selby | Mathew | 5/13/2009 |
| 222. | Sharon | Debra | 8/16/2008 |
| 223. | Shaw | Tony | 1/28/2006 |
| 224. | Sherman | Chelsea | 5/21/2006 |
| 225. | Sherman | Emily | 5/21/2006 |
| 226. | Silk-Miller | Colleen | 7/4/2007 |
| 227. | Sills | Jerome | 11/22/2004 |
| 228. | Simmonds | Alner | 7/2/2004 |
| 229. | Simmons | David | 3/7/2006 |
| 230. | Sims | Charles Arthur | 5/8/2005 |
| 231. | Sims | Janice | 6/1/2001 |
| 232. | Singleton | Beulah | 1/13/2007 |
| 233. | Singleton | Billy | 1/13/2007 |
| 234. | Sinnett | Kasie | 3/28/2004 |
| 235. | Sinnokrot | Mamoon | 12/2/2005 |
| 236. | Smart | Kayla | 10/1/2005 |
| 237. | Smith | Denise | 7/21/2007 |
| 238. | Smith | Mark | 2/13/2009 |
| 239. | Smith | Mildred | 4/5/2008 |
| 240. | Smith | Monica | 7/20/2002 |
| 241. | Smith | Ruth | 8/16/2006 |
| 242. | Smith | Steve | 4/23/2005 |
| 243. | Speed | Kimberly | 6/18/2009 |
| 244. | Starlin | Marvella | 1/18/2006 |
| 245. | Stewart | Annette | 8/20/2007 |
| 246. | Stiens | Karen | 3/1/2008 |
| 247. | Tate | Rasheed | 7/12/2002 |
| 248. | Tenner | Tiffany | 4/11/2008 |
| 249. | Thomas | Ashley | 4/13/2009 |
| 250. | Thomas | Mary | 2/11/2009 |
| 251. | Thompson-Warren | Kesha | 6/2/2007 |
| 252. | Tilley | Joan | 7/8/2008 |
| 253. | Tipton | Kristina | 9/12/2007 |
| 254. | Tittle | James | 5/29/2009 |
| 255. | Tollefson | Mary Ann | 10/15/2007 |

| | | | |
|---|---|---|---|
| 256. | Tooley | Camille | 1/10/2009 |
| 257. | Tousoulis | Denise | 5/25/2009 |
| 258. | Tousoulis | John | 5/25/2009 |
| 259. | Tyler | Lora | 09/15/2004 |
| 260. | Valcarce-Stuart | Rosaura | 5/20/2008 |
| 261. | Vines | Sarah | 10/19/2003 |
| 262. | Wagley | Kelly | 2/26/2008 |
| 263. | Walker | Thomas | 7/5/2009 |
| 264. | Washington | George | 2/8/2008 |
| 265. | Wells | Fredrick | 3/18/2008 |
| 266. | Werth | Regina | 4/18/2007 |
| 267. | Whatley | Susan | 5/29/2009 |
| 268. | Wheeler | Meghan | 3/13/2009 |
| 269. | Wheeler | Vickie | 6/14/2007 |
| 270. | Whitfield | Rose | 12/25/2007 |
| 271. | Wilkins | Damion | 12/5/2006 |
| 272. | Wilkins | Rolando | 12/5/2006 |
| 273. | Williams | Brittany | 6/7/2009 |
| 274. | Williams | Claudia | 6/7/2009 |
| 275. | Wilson | Jazmin | 3/3/2009 |
| 276. | Wisniewski | Edward | 10/22/2007 |
| 277. | Wooten | William | 5/19/2009 |
| 278. | Worsham | John | 8/25/2005 |
| 279. | Wrigley | Joyce | 7/31/2008 |
| 280. | Writt | James | 3/28/2009 |
| 281. | Wyatt | Lisa | 12/19/2008 |
| 282. | Young | Ashley | 4/3/2008 |
| 283. | Zayas | Ricardo | 5/26/2007 |
| 284. | Zayas | Victor | 5/26/2007 |