**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.,*<br><br>f/k/a General Motors Corp*., et al.*,<br><br>Debtors. | Case No. 09-50026 (MG)<br><br>(Jointly Administered) |

# ORDER RE AUGUST 17, 2017 COURT CONFERENCE

At the request of counsel for certain parties-in-interest in the above captioned case, the Court will hold a conference at 3:00 p.m., Thursday, August 17, 2017, in Courtroom 523. The conference will take place in open court on the record.

**IT IS SO ORDERED.**

Dated:   August 16, 2017
         New York, New York

　　　　　　　　　　　　　　*Martin Glenn*
　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　United States Bankruptcy Judge