KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                 Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      This is to certify that on *August 14, 2017* I caused to be served a true and correct copy of the *Status Report in Response to the Court's Order Requesting Status Letters, dated August 7, 2017 [ECF No. 14028]* [Dkt. No. 14050] by electronic mail on all parties receiving notice via the Court's ECF System.

      In addition, copies of the document were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email upon:

| | |
|---|---|
| David. B. Owens<br>LOEVY & LOEVY<br>312 N. May, Suite 100<br>Chicago, IL 60607<br>T: 312-243-5900<br>david@loevy.com<br>melinda@loevy.com<br>blake@loevy.com<br>anne@loevy.com | *Counsel for the Gillispie Plaintiff* |
| Matthew J. Williams, Esq.<br>Keith R. Martorana, Esq.<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com | *Counsel for Wilmington Trust Company<br>as GUC Trust Administrator* |

Dated:  August 16, 2017
           New York, New York

                KING & SPALDING LLP

                By: /s/   Scott I. Davidson
                Arthur J. Steinberg
                Scott Davidson
                King & Spalding LLP
                1185 Avenue of the Americas
                New York, NY 10036
                Telephone: (212) 556-2100
                Facsimile: (212) 556-2222

                -and-

                Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                KIRKLAND & ELLIS LLP
                300 North LaSalle
                Chicago, IL 60654
                Telephone: (312) 862-2000
                Facsimile: (312) 862-2200

                *Attorneys for General Motors LLC*