LOEVY & LOEVY

311 N. Aberdeen St.

Third Floor

Chicago, IL 60607

Telephone: (312) 243-5900

Facsimile: (312) 243-5902

David B. Owens (admitted *pro hac vice*)

UNITED STATES BAKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

This is to certify that on August 14, 2017, I caused to be served a true and correct copy of the *Status Report in Response to the Court's Order Requesting Status Letter, dated August 7, 2017 [ECF No. 14028]* [Dkt. No. 14052] by electronic mail on all parties receiving notice via the court's ECF System.

1

s/David B. Owens
David B. Owens
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(P) (312) 243-5900
(F) (312) 243-5902

Attorney for Roger Dean Gillispie