BROWNRUDNICK

EDWARD S. WEISFELNER
direct dial: (212) 209-4900
fax: (212) 209-4801
eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

August 16, 2017

**VIA EMAIL AND ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

**RE: In re Motors Liquidation Company, et al., Case No. 09-50026 (MG)**

Dear Judge Glenn:

In an astonishing and improper, last-minute about-face, the GUC Trust first informed the Plaintiffs at 3:30 p.m. (Eastern) today that the GUC Trust was now callously backing out of its settlement agreement with the Plaintiffs, and thus turning tomorrow's conference agenda on its head. This surprising development comes after months of painstaking and intensive efforts that culminated in a settlement agreement between the Plaintiffs and the GUC Trust, fully documented and approved by the GUC Trust on August 14, 2017. The relevant deal documentation, including the GUC Trust's declaration in support of the settlement agreement is attached hereto as **Exhibit A – Exhibit M**.

The facts and circumstances under which the GUC Trust apparently choose a last minute betrayal and abdication of its fiduciary duties have yet to fully come to light and the Plaintiffs reserve all rights accordingly. However, it appears that New GM, in flagrant violation of the GUC Trust's exclusive authority to administer Plaintiffs' claims, undertook a secret, contrived scheme to undermine the settlement agreement through a campaign of threats, intimidation and payoff to the GUC Trust and its professionals. That this occurred immediately after New GM audaciously and broadly criticized the GUC Trust and Plaintiffs with repeated unfounded allegations of "collusion," including on the record before Judge Furman at the August 11, 2017 Status Conference, raises questions of integrity, ethics and potential statutory and contract violations. At a minimum it is the "pot calling the kettle black," and an unfortunate development for an entity with a history of placing profits over human well-being, and choosing harmful conduct over fair dealing. A copy of the transcript of the Status Conference before Judge Furman is attached hereto as **Exhibit N**.




That the GUC Trust may have been bought off and provided blank check financing from New GM to now do an about face and oppose Plaintiffs to whom the GUC Trust owes fiduciary duties raises numerous issues as to both the GUC Trust and New GM's collusion and resulting liability and goes to the heart of the GUC Trust's and its professionals' ability to continue to serve as honorable stewards of the Old GM estate.

At a minimum, Plaintiffs need some additional time to recalibrate next steps and we apologize to the Court for any burden that the last minute, improper and wildly unexpected developments may engender. Indeed, Lead Counsel in the MDL Proceeding were all on planes heading East for tomorrow's conference when the GUC Trust selectively chose to drop its bombshell and reveal its duplicity. Notwithstanding being whipsawed at the last minute, Plaintiffs' counsel will be prepared to address the Court tomorrow as best as possible under these unique and unsettling circumstances.

We look forward to seeing Your Honor at the conference.

Respectfully submitted,

*/s/ Edward S. Weisfelner*

Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101





Tel: 206-623-7292
steve@hbsslaw.com
Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Ignition Switch Pre-Closing Accident Plaintiffs Represented By Hilliard Muñoz Gonzales L.L.P.*

Robert Hilliard
HILLIARD MUÑOZ GONZALES LLP
719 South Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: 361-882-1612
bobh@hmglawfirm.com

*Counsel for Certain Ignition Switch Pre-Closing Accident Plaintiffs*

cc: Honorable Jesse M. Furman
Counsel of Record via CM/ECF