**BROWN RUDNICK**

HOWARD S. STEEL
direct dial: (212) 209-4917
fax: (212) 209-4801
Hsteel@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

August 17, 2017

**VIA EMAIL AND ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

**RE:    In re Motors Liquidation Company, et al., Case No. 09-50026 (MG)**

Dear Judge Glenn:

As a supplement to Plaintiffs' letter [Docket No. 14061], and for today's Court Conference, we enclose relevant email communications from the GUC Trust and Participating Unitholders on one hand, and the Plaintiffs, on the other, showing a binding settlement agreement among the parties.

The communications show that there was an agreement in principle as early as August 3, 2017; and the GUC Trust gave final approval to all of the settlement documentation on August 12, 2017.  See **Exhibit A**.  The GUC Trust authorized disclosure of the settlement agreement to New GM on August 14th, showing its intention to be bound.  See **Exhibit B**.  Likewise, Akin Gump Strauss Hauer & Feld, LLP, counsel to holders of approximately 65 percent of the GUC Trust Units affirmatively confirmed its final approval of the agreement and that there were no issues left unresolved.  See **Exhibit B**.  The GUC Trust cannot now back-away from its commitments via an obsolete excuse, inapplicable to the course of dealing between and among the parties, that the client did not sign the paperwork that had been final and agreed upon for days. Their malodorous change of heart does not undo the GUC Trust's binding acceptance of the settlement agreement under New York law.  See Winston v. Mediafore Entm't Corp., 777 F.2d 78, 80 (2d Cir. 1985); Kowalchuk v. Stroup, 61 A.D.3d 118, 121 (1st Dep't 2009); Guardian Life Ins. Co. of Am. v. Calkins, No. 12 Civ. 8863 (JGK), 2014 WL 61475, at *2-3 (S.D.N.Y. Jan. 6, 2014).

brownrudnick.com

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



We look forward to seeing Your Honor at the conference today.

        Respectfully submitted,

*/s/* Howard S. Steel
Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the MDL Court*


Honorable Martin Glenn
August 17, 2017
Page 3

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Ignition Switch Pre-Closing Accident Plaintiffs Represented By Hilliard Muñoz Gonzales L.L.P.*

Robert Hilliard
HILLIARD MUÑOZ GONZALES LLP
719 South Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: 361-882-1612
bobh@hmglawfirm.com

*Counsel for Certain Ignition Switch Pre-Closing Accident Plaintiffs*

cc:    Counsel of Record via CM/ECF
       Honorable Jesse M. Furman