# **EXHIBIT B**

**Subject:**           FW: Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408

**From:** Martorana, Keith R. [mailto:KMartorana@gibsondunn.com]
**Sent:** Monday, August 14, 2017 7:30 PM
**To:** Steel, Howard S.
**Subject:** Re: Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408

**External E-mail. Use caution accessing links or attachments.**

You can send now. Nothing to add in the note

On Aug 14, 2017, at 7:27 PM, Steel, Howard S. <HSteel@brownrudnick.com> wrote:

> Thanks, want me to send now or wait?
>
> Want any language added to the note to Arthur?
>
>> **From:** Martorana, Keith R. [mailto:KMartorana@gibsondunn.com]
>> **Sent:** Monday, August 14, 2017 7:26 PM
>> **To:** Steel, Howard S.
>> **Subject:** Re: Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408
>>
>> **External E-mail. Use caution accessing links or attachments.**
>>
>> We are waiting for final approval from client, but unlikely to come tonight. You are, however, authorized to send current versions to New GM this evening
>>
>> On Aug 14, 2017, at 6:44 PM, Steel, Howard S. <HSteel@brownrudnick.com> wrote:
>>
>>> How's the trust looking on sign off?
>>>
>>>> **From:** Golden, Daniel [mailto:dgolden@AkinGump.com]
>>>> **Sent:** Monday, August 14, 2017 4:10 PM
>>>> **To:** Steel, Howard S.; Martorana, Keith R.; Weintraub, William P; Fox, Gregory W.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba, Christopher; bobh@hmglawfirm.com; steve@hilliardshadowenlaw.com; tjh@tjhlaw.com; mehenry@thomasjhenrylaw.com; Lnorman@andrewsmyers.com; kelly@hmglawfirm.com
>>>> **Cc:** Weisfelner, Edward S.; Steve@hbsslaw.com; ChrisO@hbsslaw.com; ecabraser@lchb.com; Geman, Rachel (External); esserman@sbep-law.com; Forster, Jill L.
>>>> **Subject:** RE: Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408

1

**External E-mail. Use caution accessing links or attachments.**

I think that is right; participating holders are signed off subject to guc trust being signed off

**Daniel H. Golden**
**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park  |  New York, NY 10036-6745  |  USA  |  Direct: +1 212.872.8010  |  Internal: 38010
Fax: +1 212.872.1002  |  dgolden@akingump.com  |  akingump.com  |  Bio

**From:** Steel, Howard S. [mailto:HSteel@brownrudnick.com]
**Sent:** Monday, August 14, 2017 4:06 PM
**To:** Golden, Daniel; Martorana, Keith R.; Weintraub, William P; Fox, Gregory W.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba, Christopher; bobh@hmglawfirm.com; steve@hilliardshadowenlaw.com; tjh@tjhlaw.com; mehenry@thomasjhenrylaw.com; Lnorman@andrewsmyers.com; kelly@hmglawfirm.com
**Cc:** Weisfelner, Ed (External); Steve@hbsslaw.com; ChrisO@hbsslaw.com; ecabraser@lchb.com; Geman, Rachel (External); esserman@sbep-law.com; Forster, Jill L.
**Subject:** RE: Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408

We can send to him when everyone signed off - please advise if you have not already

To confirm will send to him:  all of docs circulated to this group this morning.  will not be sending him proffered evidence and expert reports

**From:** Golden, Daniel [mailto:dgolden@AkinGump.com]
**Sent:** Monday, August 14, 2017 3:48 PM
**To:** Martorana, Keith R.; Steel, Howard S.; Weintraub, William P; Fox, Gregory W.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba, Christopher; bobh@hmglawfirm.com; steve@hilliardshadowenlaw.com; tjh@tjhlaw.com; mehenry@thomasjhenrylaw.com; Lnorman@andrewsmyers.com; kelly@hmglawfirm.com
**Cc:** Weisfelner, Edward S.; Steve@hbsslaw.com; ChrisO@hbsslaw.com; ecabraser@lchb.com; Geman, Rachel (External); esserman@sbep-law.com; Forster, Jill L.
**Subject:** RE: Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408

**External E-mail. Use caution accessing links or attachments.**

Can someone please advise me who will be in a position to send the final documentation to Arthur by cob today.  We need to do this so he doesn't use this as an excuse at the Thursday chambers conference.

**Daniel H. Golden**
**AKIN GUMP STRAUSS HAUER & FELD** LLP

2

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010 |
Internal: 38010
Fax: +1 212.872.1002 | dgolden@akingump.com | akingump.com | Bio

**From:** Martorana, Keith R. [mailto:KMartorana@gibsondunn.com]
**Sent:** Monday, August 14, 2017 3:46 PM
**To:** Steel, Howard S.; Weintraub, William P; Fox, Gregory W.; Golden, Daniel; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba, Christopher; bobh@hmglawfirm.com; steve@hilliardshadowenlaw.com; tjh@tjhlaw.com; mehenry@thomasjhenrylaw.com; Lnorman@andrewsmyers.com; kelly@hmglawfirm.com
**Cc:** Weisfelner, Ed (External); Steve@hbsslaw.com; ChrisO@hbsslaw.com; ecabraser@lchb.com; Geman, Rachel (External); esserman@sbep-law.com; Forster, Jill L.
**Subject:** RE: Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408

On the DTC Notice, the percentage of Unitholders represented by Akin should be 65%. If you are controlling the final versions of the documents, can you please make that change?

At this point we do not have any further comments, but are obtaining final sign-off from our client.

**Keith Martorana**
Of Counsel

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3991 • Fax +1 212.351.6391
KMartorana@gibsondunn.com • www.gibsondunn.com

**From:** Steel, Howard S. [mailto:HSteel@brownrudnick.com]
**Sent:** Monday, August 14, 2017 1:32 PM
**To:** Weintraub, William P <WWeintraub@goodwinlaw.com>; Fox, Gregory W. <GFox@goodwinlaw.com>; dgolden@akingump.com; dnewman@akingump.com; nmoss@akingump.com; Williams, Matt J. <MJWilliams@gibsondunn.com>; Gillett, Gabriel K. <GGillett@gibsondunn.com>; Chorba, Christopher <CChorba@gibsondunn.com>; bobh@hmglawfirm.com; steve@hilliardshadowenlaw.com; tjh@tjhlaw.com; mehenry@thomasjhenrylaw.com; Lnorman@andrewsmyers.com; kelly@hmglawfirm.com; Martorana, Keith R. <KMartorana@gibsondunn.com>
**Cc:** Weisfelner, Edward S. <EWeisfelner@brownrudnick.com>; Steve@hbsslaw.com; ChrisO@hbsslaw.com; ecabraser@lchb.com; rgeman@lchb.com; esserman@sbep-law.com; Forster, Jill L. <JForster@brownrudnick.com>
**Subject:** Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408

3

**SUBJECT TO FRE 408**

Please see attached proposed final execution versions of all of the documents. Redlines are to versions circulated Friday.

Please let us know any comments or questions and confirm when you are signed off. Thanks.

Howard S. Steel
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
212.209.4917 (direct)
732.757.1898 (cell)
212.938.2806 (direct fax)
hsteel@brownrudnick.com

*************************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*************************************************************************************

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

*************************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*************************************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*