Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                           :
In re:                                                     :          Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,     :          Case No.: 09-50026 (MG)
          f/k/a General Motors Corp., et al.,       :
                                                           :
                                   Debtors.            :          (Jointly Administered)
-------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                           ) ss.:
COUNTY OF NEW YORK          )

1.      Amy J. Cunningham, being duly sworn, deposes and says:  I am not a party to the

within action, am over 18 years of age and reside in Astoria, New York.

2.      On the 16th day of August, 2017, I caused to be served a true and correct copy of

the Letter to Judge Glenn in Response to GM's Letter Update on Matters Related to the Late

Claim Motions and the Chambers Conference Scheduled for August 17, 2017 at 3:00 p.m.,

docket number 14061, by filing through the Court's CM/ECF system, which sent notice

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3.      In addition, on the 16th day of August, 2017, I caused to be served a true and

correct copy of the Letter to Judge Glenn in Response to GM's Letter Update on Matters Related

2

to the Late Claim Motions and the Chambers Conference Scheduled for August 17, 2017 at 3:00

p.m., docket number 14061, by electronic email upon the parties listed in Exhibit A.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
17th day of August, 2017.

/s/ Vicki A. Goldstein
Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2019

# EXHIBIT A

| | |
|---|---|
| Arthur Steinberg, Esq.<br>Scott Davidson, Esq.<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222<br>asteinberg@kslaw.com<br>sdavidson@kslaw.com<br><br>*Counsel for General Motors LLC* | Richard C. Godfrey, P.C.<br>Andrew B. Bloomer, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:     (312) 862-2000<br>Facsimile:     (312) 862-2200<br>rgodfrey@kirkland.com<br>abloomer@kirkland.com<br><br>*Counsel for General Motors LLC* |
| Lisa M. Norman<br>ANDREWS MYERS, P.C.<br>1885 St. James Place, 15th Floor<br>Houston, Texas 77056<br>T: 713-850-4200<br>lnorman@andrewsmyers.com<br><br>*Counsel for Additional Ignition Switch*<br>*Pre-Closing Plaintiffs* | Matthew J. Williams, Esq.<br>Keith R. Martorana, Esq.<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com<br><br>*Counsel for Wilmington Trust Company as*<br>*GUC Trust Administrator* |
| Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>Naomi Moss, Esq.<br>AKIN GUMP STRAUSS<br>  HAUER & FELD LLP<br>One Bryant Park<br>New York, NY  10036<br>T: 212-872-1000<br>dgolden@akingump.com<br>djnewman@akingump.com<br>nmoss@akingump.com<br><br>*Counsel for Participating GUC Trust Unit*<br>*Holders* | |

4