Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No.: 09-50026 (MG)
       f/k/a General Motors Corp., et al.,                :
                                                            :
                             Debtors.        :    (Jointly Administered)
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

      1.      Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

      2.      On the 17th day of August, 2017, I caused to be served a true and correct copy of the Letter to Judge Glenn supplementing Plaintiffs' letter [Docket No. 14061] and enclosing relevant email communications, docket number 14062, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      3.      In addition, on the 17th day of August, 2017, I caused to be served a true and correct copy of the Letter to Judge Glenn supplementing Plaintiffs' letter [Docket No. 14061] and

1

2

enclosing relevant email communications, docket number 14062, by electronic email upon the

parties listed in Exhibit A.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
17th day of August, 2017.

/s/ Vicki A. Goldstein
Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2019

# **EXHIBIT A**

| | |
|---|---|
| Arthur Steinberg, Esq.<br>Scott Davidson, Esq.<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br>asteinberg@kslaw.com<br>sdavidson@kslaw.com<br><br>*Counsel for General Motors LLC* | Richard C. Godfrey, P.C.<br>Andrew B. Bloomer, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>rgodfrey@kirkland.com<br>abloomer@kirkland.com<br><br>*Counsel for General Motors LLC* |
| Lisa M. Norman<br>ANDREWS MYERS, P.C.<br>1885 St. James Place, 15th Floor<br>Houston, Texas 77056<br>T: 713-850-4200<br>lnorman@andrewsmyers.com<br><br>*Counsel for Additional Ignition Switch Pre-Closing Plaintiffs* | Matthew J. Williams, Esq.<br>Keith R. Martorana, Esq.<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com<br><br>*Counsel for Wilmington Trust Company as GUC Trust Administrator* |
| Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>Naomi Moss, Esq.<br>AKIN GUMP STRAUSS<br>  HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>T: 212-872-1000<br>dgolden@akingump.com<br>djnewman@akingump.com<br>nmoss@akingump.com<br><br>*Counsel for Participating GUC Trust Unit Holders* | |

62848337 v1

4