**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Motors Liquidation Company,
f/k/a General Motors Corp. et al.

Case No.: 09-50026

Chapter 11

Debtor

-------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, __Robert H. Snyder__, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Kaitlyn Reichwaldt, a Plaintiff in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __Georgia__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __Georgia__.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 14, 2017
_____, New York

/s/ Robert H. Snyder
*Mailing Address*:
Butler Wooten & Peak LLP
105 13th Street
Columbus, GA  31902
*E-mail address*: rob@butlerwooten.com
*Telephone number*: ( 706 ) 322-1990