**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Motors Liquidation Company,                Case No.: 09-50026
   f/k/a General Motors Corp, et al.
                        Chapter 11

           Debtor

-------------------------------------------------------------x

                     Adversary Proceeding No.: _____

         Plaintiff

    v.

         Defendant

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

  Upon the motion of __Robert H. Snyder, Jr.__, to be admitted, ***pro hac vice***, to represent __Kaitlyn Reichwaldt__, (the "Client") a __Plaintiff__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __Georgia__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __Georgia__, it is hereby

  **ORDERED**, that __Robert H. Snyder, Jr.__, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: __August 14, 2017__

_____, New York   /s/ _____

                  UNITED STATES BANKRUPTCY JUDGE