**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Motors Liquidation Company,
f/k/a General Motors Corp. et al.

                     Debtor

Case No.: 09-50026

Chapter 11

---------------------------------------------------------------x

                     Plaintiff

Adversary Proceeding No.: _____

                     v.

                     Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, James E. Butler, Jr., request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Kaitlyn Reichwaldt, a Plaintiff in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Georgia and, if applicable, the bar of the U.S. District Court for the Northern District of Georgia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 14, 2017
_____, New York

/s/ James E. Butler, Jr.

*Mailing Address*:

Butler Wooten & Peak LLP
105 13th Street
Columbus, GA  31902

*E-mail address*: jim@butlerwooten.com
*Telephone number*: ( 706 ) 322-1990