**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Motors Liquidation Company,  
     f/k/a General Motors Corp, et al.

                            Debtor

Case No.: 09-50026

Chapter 11

---------------------------------------------------------------x

                            Plaintiff

                v.

                            Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

     Upon the motion of __James E. Butler, Jr.__, to be admitted, *pro hac vice*, to represent __Kaitlyn Reichwaldt__, (the "Client") a __Plaintiff__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __Georgia__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __Georgia__, it is hereby

     **ORDERED**, that __James E. Butler, Jr.__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 14, 2017

_____, New York     /s/ _____

                                                   UNITED STATES BANKRUPTCY JUDGE