AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Daniel H. Golden
Philip C. Dublin

*Counsel to the Participating Unitholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
In re:                                                      :          Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :          Case No.: 09-50026 (MG)
            f/k/a General Motors Corp., et al.,             :
                                                            :
                                    Debtors.                :          (Jointly Administered)
------------------------------------------------------------X

### CERTIFICATE OF SERVICE

STATE OF NEW YORK

     JEFFREY LATOV

    1.    Deponent is not a party to this action, is over 18 years of age, and is an employee of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036.

    2.    On August 17, 2017, I caused a true and correct copy of the *Letter / Related to the Chambers Conference Scheduled for August 17th* [ECF No. 14063] to be served by electronic mail on all parties receiving notice via the Court's ECF System and by email upon each of the persons listed on the annexed service list, Exhibit A.

_____
Jeffery Latov

Sworn to before me this __18__ day of _AUGUST_ 2017

_____
Notary Public

PATRICIA T. MACKIRDY
Notary Public, State of New York
No. 01MA627517
Qualified in New York County
Commission Expires August 20, 2020

**Exhibit A**

| | |
|---|---|
| Arthur Steinberg<br>Scott Davidson<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>T: (212) 556-2100<br>asteinberg@kslaw.com<br>sdavidson@kslaw.com<br><br>Richard C. Godfrey<br>Andrew Bloomer<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Chicago, IL 60654<br>T: (312) 862-2000<br>richard.godfrey@kirkland.com<br>andrew.bloomer@kirkland.com<br><br>*Attorneys for General Motors LLC* | Matthew J. Williams, Esq.<br>Keith R. Martorana, Esq.<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com<br><br>*Counsel for Wilmington Trust Company as GUC Trust Administrator* |
| William Weintraub, Esq.<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue New York, NY 10018<br>T: 212-813-8800<br>wweintraub@goodwinlaw.com<br><br>*Designated Counsel for Ignition Switch Pre-Sale Accident Plaintiffs and counsel to certain Ignition Switch Post-Closing Accident Plaintiffs and certain Non-Ignition Switch Post-Closing Accident Plaintiffs* | Edward S. Weisfelner, Esq.<br>Howard Steel, Esq.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>T: 212-209-4800<br>eweisfelner@brownrudnick.com<br>hsteel@brownrudnick.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |
| Elizabeth J. Cabraser, Esq.<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br>T: 415- 956-1000<br>ecabraser@lchb.com<br><br>*Lead Counsel in MDL 2543* | Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WN 98101<br>T: 206-623-7292<br>steve@hbsslaw.com<br><br>*Lead Counsel in MDL 2543* |

| | |
|---|---|
| Robert Hilliard, Esq.<br>HILLIARD MUNOZ GONZALES LLP<br>719 South Shoreline<br>Suite 500<br>Corpus Christi, TX 78401<br>T: 361-882-1612<br>bobh@hmglawfirm.com<br><br>*Lead Counsel in MDL 2543* | Lisa M. Norman<br>ANDREWS MYERS, P.C.<br>1885 St. James Place, 15th Floor<br>Houston, Texas 77056<br>T: 713-850-4200<br>lnorman@andrewsmyers.com<br>*Counsel for Additional Ignition Switch*<br>*Pre-Closing Plaintiffs* |