JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

17CV6284

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs

**DEFENDANTS**
General Motors LLC

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Edward S. Weisfelner, Howard S. Steel, Brown Rudnick LLP, 7 Times Square, New York, NY 10036 Tel: 212-209-4800

**ATTORNEYS (IF KNOWN)**
Arthur J. Steinberg, King & Spalding LLP, 1185 Ave. of the Americas, New York, NY 10036, Tel: 212-556-2100; Richard Godfrey, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Tel: 312-862-2000

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 158(a) - Appeal from U.S. Bankruptcy Court decision and order

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☑ Yes ☐    Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐    If yes, give date _____ & Case No. _____

Is this an international arbitration case?    No ☒    Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)    **NATURE OF SUIT**

**TORTS**    **ACTIONS UNDER STATUTES**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [X] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | | | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 376 QUI TAM |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER | | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | **PROPERTY RIGHTS** | | [ ] 410 ANTITRUST |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 820 COPYRIGHTS | | [ ] 430 BANKS & BANKING |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD | [ ] 830 PATENT | | [ ] 450 COMMERCE |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | [ ] 460 DEPORTATION |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | | [ ] 840 TRADEMARK | **SOCIAL SECURITY** | [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 160 STOCKHOLDERS SUITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 480 CONSUMER CREDIT |
| [ ] 190 OTHER CONTRACT | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 862 BLACK LUNG (923) | [ ] 490 CABLE/SATELLITE TV |
| [ ] 195 CONTRACT PRODUCT LIABILITY | | | [ ] 720 LABOR/MGMT RELATIONS | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 196 FRANCHISE | **ACTIONS UNDER STATUTES** | **PRISONER PETITIONS** | [ ] 740 RAILWAY LABOR ACT | [ ] 864 SSID TITLE XVI | |
| | **CIVIL RIGHTS** | [ ] 463 ALIEN DETAINEE | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | [ ] 865 RSI (405(g)) | [ ] 890 OTHER STATUTORY ACTIONS |
| **REAL PROPERTY** | | [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 790 OTHER LABOR LITIGATION | **FEDERAL TAX SUITS** | [ ] 891 AGRICULTURAL ACTS |
| [ ] 210 LAND CONDEMNATION | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 530 HABEAS CORPUS | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 893 ENVIRONMENTAL MATTERS |
| [ ] 220 FORECLOSURE | [ ] 441 VOTING | [ ] 535 DEATH PENALTY | | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 442 EMPLOYMENT | [ ] 540 MANDAMUS & OTHER | **IMMIGRATION** | | [ ] 896 ARBITRATION |
| [ ] 240 TORTS TO LAND | [ ] 443 HOUSING/ ACCOMMODATIONS | **PRISONER CIVIL RIGHTS** | [ ] 462 NATURALIZATION APPLICATION | | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 CIVIL RIGHTS [ ] 555 PRISON CONDITION [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT | [ ] 465 OTHER IMMIGRATION ACTIONS | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 290 ALL OTHER REAL PROPERTY | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | | | | |
| | [ ] 448 EDUCATION | | | | |

Check if demanded in complaint:

☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____    OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE Hon. Jesse M. Furman    DOCKET NUMBER 14-md-2543

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)     **ORIGIN**

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs
(see Addendum A for addresses)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
General Motors LLC
300 Renaissance Center
Detroit, MI 48265
Wayne County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE: 7/26/2017
SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. Sept. Yr. 2007 )
Attorney Bar Code # SS-3940

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Addendum A

1. Melissa Cave – Nationwide and Alabama State Class Representative
    a. New Hope, Alabama (Madison County)
2. Carolyn Coleman – Nationwide and Alabama State Class Representative
    a. Selma, Alabama (Dallas County)
3. Valeria Glenn – Nationwide and Alabama State Class Representative
    a. Alabaster, Alabama (Shelby County)
4. Pearl Jemison – Nationwide and Alabama State Class Representative
    a. Calera, Alabama (Shelby County)
5. Gerald Smith – Nationwide and Alabama State Class Representative
    a. Montgomery, Alabama (Montgomery County)
6. Marion Smoke – Nationwide and Alabama State Class Representative
    a. Elmore, Alabama (Elmore County)
7. Grace Belford – Nationwide and Arizona State Class Representative
    a. Phoenix, Arizona (Maricopa County)
8. Barbara Hill – Nationwide and Arizona State Class Representative
    a. Mesa, Arizona (Maricopa County)
9. Ray Wieters – Nationwide and Arizona State Class Representative
    a. Glendale, Arizona (Maricopa County)
10. Camille Burns – Nationwide and Arkansas State Class Representative
    a. Pine Bluff, Arkansas (Jefferson County)
11. Joe Glover – Nationwide and Arkansas State Class Representative
    a. Lonoke, Arkansas (Lonoke County)
12. Nettleton Auto Sales, Inc. – Nationwide Dealer and Arkansas and Tennessee Class Representative
    a. Jonesboro, Arkansas (Craighead County)
13. Patricia Barker – Nationwide and California State Class Representative
    a. Wilmington, California (Los Angeles County)

Addendum A

14. Chimen Basseri – Nationwide and California State Class Representative
    a. Lodi, California (San Joaquin County)

15. Michael and Sylvia Benton – Nationwide and California State Class Representatives
    a. Barstow, California (San Bernardino County)

16. Kimberly Brown – Nationwide and California State Class Representative
    a. Palmdale, California (Los Angeles County)

17. Alvaro Echeverria – Nationwide and California State Class Representative
    a. Calexico, California (Imperial County)

18. Alesia Fuller – Nationwide and California State Class Representative
    a. Perris, California (Riverside County)

19. Crystal Hardin – Nationwide and California State Class Representative
    a. Cupertino, California (Santa Clara County)

20. Yvonne James-Bivins – Nationwide and California State Class Representative
    a. Altadena, California (Los Angeles County)

21. David Andrew Losbanez – Nationwide and California State Class Representative
    a. Lancaster, California (Los Angeles County)

22. Javier Malaga – Nationwide and California State Class Representative
    a. Cincinnati, Ohio (Hamilton County)

23. Charles Martin – Nationwide and California State Class Representative
    a. Lakewood, California (Los Angeles County)

24. Winifred Mattos – Nationwide and California State Class Representative
    a. Honolulu, Hawaii (Honolulu County)

25. Santiago Orosco – Nationwide and California State Class Representative
    a. Earlimart, California (Tulare County)

26. David Padilla – Nationwide and California State Class Representative
    a. Stockton, California (San Joaquin County)

27. Randall Pina – Nationwide and California State Class Representative

Addendum A

    a. Soledad, California (Monterey County)

28. Esperanza Ramirez – Nationwide and California State Class Representative

    a. Los Angeles, California (Los Angeles County)

29. William Rukeyser – Nationwide and California State Class Representative

    a. Davis, California (Yolo County)

30. Kimberly Smith – Nationwide and California State Class Representative

    a. Downey, California (Los Angeles County)

31. Jacqueline Taylor – Nationwide and California State Class Representative

    a. Buena Park, California (Orange County)

32. Michelle Thomas – Nationwide and California State Class Representative

    a. Vallejo, California (Solano County)

33. Trina & John Marvin Brutche, Jr. – Nationwide and Colorado State Class Representative

    a. Goodland, Kansas (Sherman County)

34. Margaret Lesnansky – Nationwide and Colorado State Class Representative

    a. Aurora, Colorado (Douglas County)

35. Yvonne Elaine Rodriguez – Nationwide and Colorado State Class Representative

    a. Lakewood, Colorado (Jefferson County)

36. Annet Tivin – Nationwide and Colorado State Class Representative

    a. Margate, Florida (Broward County)

37. Nathan Terry – Nationwide and Colorado State Class Representative

    a. Loveland, Colorado (Larimer County)

38. Wandell Littles Beazer – Nationwide and Connecticut State Class Representative

    a. New York, New York

39. Stacey Bowens – Nationwide and Connecticut State Class Representative

    a. Springfield, Massachusetts (Hampden County)

40. Robert and Celeste Deleo – Nationwide and Connecticut State Class Representative

    a. North Haven, Connecticut (New Haven County)

Addendum A

41. Michael Pesce – Nationwide and Connecticut State Class Representative
    a. Waterbury, Connecticut (New Haven County)

42. Lisa Teicher – Nationwide and Connecticut State Class Representative
    a. Manchester, Connecticut (Hartford County)

43. Tracey Perillo – Nationwide and Delaware State Class Representative
    a. Wilmington, Delaware (New Castle County)

44. LaTonia Tucker – Nationwide and Delaware State Class Representative
    a. Charlotte, North Carolina (Mecklenburg County)

45. Joni Ferden-Precht – Nationwide and Florida State Class Representative
    a. Miami Lakes, Florida (Miami-Dade County)

46. Debra Forbes – Nationwide and Florida State Class Representative
    a. Geneva, Alabama (Geneva County)

47. Kim Genovese – Nationwide and Florida State Class Representative
    a. Lake Worth, Florida (Palm Beach County)

48. Rhonda Haskins – Nationwide and Florida State Class Representative
    a. Ocala, Florida (Marion County)

49. Cecilia Medina – Nationwide and Florida State Class Representative
    a. Pembroke Pines, Florida (Broward County)

50. Erinn Salinas – Nationwide and Florida State Class Representative
    a. Virginia Beach, Virginia

51. Maria E. Santiago – Nationwide and Florida State Class Representative
    a. Cutler Bay, Florida (Miami-Dade County)

52. Harvey Sobelman – Nationwide and Florida State Class Representative
    a. Lake Worth, Florida (Palm Beach County)

53. Verlena Walker – Nationwide and Florida State Class Representative
    a. Detroit, Michigan (Wayne County)

54. Neysa Williams – Nationwide and Florida State Class Representative

4

Addendum A

     a. Miami, Florida (Miami-Dade County)

55. David Young – Nationwide and Florida State Class Representative

     a. Casper, Wyoming (Natrona County)

56. L. Rochelle Bankhead – Nationwide and Georgia State Class Representative

     a. Decatur, Georgia (DeKalb County)

57. Carla Cartwright – Nationwide and Georgia State Class Representative

     a. Jasper, Georgia (Pickens County)

58. Dale Dowdy – Nationwide and Georgia State Class Representative

     a. Bowden, Georgia (Carroll County)

59. Jennifer Dunn – Nationwide and Georgia State Class Representative

     a. Clermont, Georgia (Hall County)

60. Towana Ferguson – Nationwide and Georgia State Class Representative

     a. Grayson, Georgia (Gwinnett County)

61. Jenny Mathis – Nationwide and Georgia State Class Representative

     a. Thomaston, Georgia (Upson County)

62. Billy Mosley – Nationwide and Georgia State Class Representative

     a. Cartersville, Georgia (Bartow County)

63. Clifford Turner – Nationwide and Georgia State Class Representative

     a. Decatur, Georgia (DeKalb County)

64. Barry Wilborn – Nationwide and Georgia State Class Representative

     a. Milner, Georgia (Lamar County)

65. Dennis Walther – Nationwide and Hawaii State Class Representative

     a. Sarasota, Florida (Sarasota County)

66. Patricia Backus – Nationwide and Idaho State Class Representative

     a. Bigfork, Montana (Flathead County)

67. Susan Benner – Nationwide and Illinois State Class Representative

     a. Wheaton, Illinois (DuPage County)

Addendum A

68. Mary Ann Cechini – Nationwide and Illinois State Class Representative
    a. Maricopa, Arizona (Maricopa County)

69. Debra Cole – Nationwide and Illinois State Class Representative
    a. Belleville, Illinois (St. Clair County)

70. Bruce Dunn – Nationwide and Illinois State Class Representative
    a. Caseyville, Illinois (St. Clair County)

71. Charlene Kapraun – Nationwide and Illinois State Class Representative
    a. Chico, California (Butte County)

72. Shawn Markin – Nationwide and Illinois State Class Representative
    a. Galesburg, Illinois (Knox County)

73. Keith Nathan – Nationwide and Illinois State Class Representative
    a. Vernon Hills, Illinois (Lake County County)

74. Patrick Painter – Nationwide and Illinois State Class Representative
    a. Monee, Illinois (Will County)

75. Cliff Redmon – Nationwide and Illinois State Class Representative
    a. Saint Joseph, Illinois (Champaign County)

76. William Shimak – Nationwide and Illinois State Class Representative
    a. Newton, Kansas (Harvey County)

77. Lane Blackwell, Jr. – Nationwide and Indiana State Class Representative
    a. Amboy, Indiana (Miami County)

78. Martha Cesco – Nationwide and Indiana State Class Representative
    a. Syracuse, Indiana (Ondondaga County)

79. Heather Holleman – Nationwide and Indiana State Class Representative
    a. South Bend, Indiana (St. Joseph County)

80. Valerie Mortz Rogers – Nationwide and Indiana State Class Representative
    a. Kokomo, Indiana (Howard County)

81. Cheryl Reed – Nationwide and Indiana State Class Representative

Addendum A

    a. South Bend, Indiana (St. Joseph County)

82. Karen Rodman – Nationwide and Indiana State Class Representative

    a. Kendallville, Indiana (Noble County)

83. Heidi Wood – Nationwide and Indiana State Class Representative

    a. Beech Grove, Indiana (Marion County)

84. Alphonso Wright – Nationwide and Indiana State Class Representative

    a. Fishers, Indiana (Hamilton County)

85. James Dooley – Nationwide and Iowa State Class Representative

    a. Waterloo, Iowa (Black Hawk County)

86. Lyle Wirtles – Nationwide and Iowa State Class Representative

    a. Thompson, Iowa (Winnebago County)

87. Carl and Evelyn Bosch – Nationwide and Kansas State Class Representative

    a. Effingham, Kansas (Atchinson County)

88. Phyllis Hartzell – Nationwide and Kansas State Class Representative

    a. Burlingame, Kansas (Osage County)

89. Philip Zivnuska, D.D.S. – Nationwide and Kansas State Class Representative

    a. Valley Center, Kansas (Sedgwick County)

90. Elizabeth Stewart – Nationwide and Kentucky State Class Representative

    a. Louisa, Kentucky (Lawrence County)

91. Dawn Talbot – Nationwide and Kentucky State Class Representative

    a. Glasgow, Kentucky (Barren County)

92. Jennifer Crowder – Nationwide and Louisiana State Class Representative

    a. Shreveport, Louisiana (Caddo Parish)

93. Nathaniel and Frances Ann Fagans – Nationwide and Louisiana State Class Representatives

    a. Shreveport, Louisiana (Caddo Parish)

94. Lori Green – Nationwide and Louisiana State Class Representatives

    a. Harahan, Louisiana (Jefferson Parish)

Addendum A

95. Raymond Naquin – Nationwide and Louisiana State Class Representatives
    a. Marrero, Louisiana (Jefferson Parish)

96. Lisa West – Nationwide and Louisiana State Class Representative
    a. Baton Rouge, Louisiana (East Baton Rouge Parish)

97. Debra Quinn – Nationwide and Maine State Class Representative
    a. Freeport, Maine (Cumberland County)

98. Harry Albert – Nationwide and Maryland State Class Representative
    a. Montgomery Village, Maryland (Montgomery County)

99. Carmel Justis – Nationwide and Maryland State Class Representative
    a. Atlantic, Virginia (Accomack County)

100. Marc and Madelaine Koppelman – Nationwide and Maryland State Class Representative
    a. Torrance, California (Los Angeles County)

101. Melody Lombardo – Nationwide and Maryland State Class Representative
    a. Catonsville, Maryland (Baltimore County)

102. David McMaster – Nationwide and Maryland State Class Representative
    a. York, Pennsylvania (York County)

103. Bryan Mettee – Nationwide and Maryland State Class Representative
    a. Jarrettsville, Maryland (Harford County)

104. Amina Saladin – Nationwide and Maryland State Class Representative
    a. Silver Spring, Maryland (Montgomery County)

105. Robert Wyman – Nationwide and Maryland State Class Representative
    a. Baltimore, Maryland (Baltimore County)

106. Debra Companion – Nationwide and Massachusetts State Class Representative
    a. East Hampstead, New Hampshire (Rockingham County)

107. Colin Elliott – Nationwide and Massachusetts State Class Representative
    a. Buzzards Bay, Massachusetts (Barnstable County)

108. Richard Leger – Nationwide and Massachusetts State Class Representative

Addendum A

    a. Franklin, Massachusetts (Norfolk County)

109. Susan Viens – Nationwide and Massachusetts State Class Representative

    a. Monson, Massachusetts (Hampden County)

110. Sheree Anderson – Nationwide and Michigan State Class Representative

    a. Detroit, Michigan (Wayne County)

111. Carter Bishop – Nationwide and Michigan State Class Representative

    a. Milan, Michigan (Monroe/Washtenaw County)

112. Marquetta Chestnut – Nationwide and Michigan State Class Representative

    a. Detroit, Michigan (Wayne County)

113. Diana Cnossen – Nationwide and Michigan State Class Representative

    a. Grand Rapids, Michigan (Kent County)

114. Rafael Lanis – Nationwide and Michigan State Class Representative

    a. Birmingham, Michigan (Oakland County)

115. Sophia Marks – Nationwide and Michigan State Class Representative

    a. Southfield, Michigan (Oakland County)

116. David Price – Nationwide and Michigan State Class Representative

    a. Chesterfield, Michigan (Macomb County)

117. Brian Semrau – Nationwide and Michigan State Class Representative

    a. Rochester Hills, Michigan (Oakland County)

118. Bryon and Tonya Skinner – Nationwide and Michigan State Class Representative

    a. Middlebury, Indiana (Elkhart County)

119. Jacqueline Smith – Nationwide and Michigan State Class Representative

    a. Detroit, Michigan (Wayne County)

120. Bryan Wallace – Nationwide and Michigan State Class Representative

    a. Fenton, Michigan (Genesee County)

121. Franklin Wloch – Nationwide and Michigan State Class Representative

    a. Oxford, Michigan (Oakland County)

Addendum A

122. Anna Allhouse – Nationwide and Minnesota State Class Representative
   a. Cape Coral, Florida (Lee County)

123. David Cleland – Nationwide and Minnesota State Class Representative
   a. Northfield, Minnesota (Dakota/Rice County)

124. Janelle Davis – Nationwide and Minnesota State Class Representative
   a. South Sunburst, South Dakota (Minnehaha County)

125. William Hill – Nationwide and Minnesota State Class Representative
   a. White Bear Lake, Minnesota (Ramsey County)

126. Christine Leonzal – Nationwide and Minnesota State Class Representative
   a. Ramsey, Minnesota (Dakota/Rice County)

127. Cynthia Shatek – Nationwide and Minnesota State Class Representative
   a. Chaska, Minnesota (Carver County)

128. Jennifer Sullivan – Nationwide and Minnesota State Class Representative
   a. Elk River, Minnesota (Sherburne County)

129. Larry Haynes – Nationwide and Mississippi State Class Representative
   a. Clarksdale, Mississippi (Coahoma County)

130. Frances Howard – Nationwide and Mississippi State Class Representative
   a. Jackson, Mississippi (Hinds County)

131. Elizabeth D. Johnson – Nationwide and Mississippi State Class Representative
   a. Jackson, Mississippi (Hinds/Rankin/Madison County)

132. Ashley Murray – Nationwide and Mississippi State Class Representative
   a. Mantee, Mississippi (Webster County)

133. Youloundra Smith – Nationwide and Mississippi State Class Representative
   a. Canton, Mississippi (Madison County)

134. Linda Wright – Nationwide and Mississippi State Class Representative
   a. Greenwood, Mississippi (Leflore County)

135. Brad Akers – Nationwide and Missouri State Class Representative

      a. Belgrade, Missouri (Jefferson County)

136. Gwendolyn Grooms – Nationwide and Missouri State Class Representative

      a. St. Louis, Missouri (Clayton County)

137. Deloris Hamilton – Nationwide and Missouri State Class Representative

      a. Florissant, Missouri (St. Louis County)

138. Cynthia Hawkins – Nationwide and Missouri State Class Representative

      a. Lemay, Missouri (St. Louis County)

139. Kenneth Robinson – Nationwide and Missouri State Class Representative

      a. Urich, Missouri (Henry County)

140. Ronald Robinson – Nationwide and Missouri State Class Representative

      a. Bridgeton, Missouri (St. Louis County)

141. Mario Stefano – Nationwide and Missouri State Class Representative

      a. Imperial, Missouri (Jefferson County)

142. Christopher Tinen – Nationwide and Missouri State Class Representative

      a. Rockwall, Texas (Rockwall County)

143. Michelle Washington – Nationwide and Missouri State Class Representative

      a. Florissant, Missouri (St. Louis County)

144. Patrice Witherspoon – Nationwide and Missouri State Class Representative

      a. Lee's Summit, Missouri (Jackson/Cass County)

145. Laurie Holzwarth – Nationwide and Montana State Class Representative

      a. Billings, Montana (Yellowstone County)

146. Susan Rangel – Nationwide and Nebraska Class Representative

      a. North Platte, Nebraska (Lincoln County)

147. Bonnie Hensley – Nationwide and Nevada Class Representative

      a. Reno, Nevada (Washoe County)

148. Sandra Horton – Nationwide and Nevada State Class Representative

      a. Las Vegas, Nevada (Clark County)

Addendum A

149. Wayne Wittenberg – Nationwide and Nevada State Class Representative
    a. Las Vegas, Nevada (Clark County)

150. Crystal Mellen – Nationwide and New Hampshire Class Representative
    a. Nashua, New Hampshire (Hillsborough County)

151. Michael Amezquita – Nationwide and New Jersey State Class Representative
    a. Hamilton, New Jersey (Mercer County)

152. Heather Francis – Nationwide and New Jersey State Class Representative
    a. Hamilton, New Jersey (Mercer County)

153. Anthony Juraitis – Nationwide and New Jersey State Class Representative
    a. Freehold, New Jersey (Monmouth County)

154. Gene Reagan – Nationwide and New Jersey State Class Representative
    a. South Amboy, New Jersey (Middlesex County)

155. Steven Sileo – Nationwide and New Jersey State Class Representative
    a. Skillman, New Jersey (Somerset County)

156. Javier Delacruz – Nationwide and New Mexico State Class Representative
    a. Albuquerque, New Mexico (Bernalillo County)

157. Lorraine De Vargas – Nationwide and New Mexico State Class Representative
    a. Rio Rancho, New Mexico (Sandoval County)

158. Arteca Heckard – Nationwide and New Mexico State Class Representative
    a. Hobbs, New Mexico (Lea County)

159. Bernadette Romero – Nationwide and New Mexico State Class Representative
    a. Santa Fe, New Mexico (Santa Fe County)

160. Irene Torres – Nationwide and New Mexico State Class Representative
    a. Las Cruces, New Mexico (Dona Ana County)

161. Bedford Auto Sales, Inc. – Nationwide and New York State Class Representative
    a. Bedford, Ohio (Cuyahoga County)

162. Renate Glyttov – Nationwide and New York State Class Representative

Addendum A

a. New Windsor, New York (Orange County)

163. Sandra Levine – Nationwide and New York State Class Representative

   a. Babylon, New York (Suffolk County)

164. Nicole Mason – Nationwide and New York State Class Representative

   a. Rochester, New York (Monroe County)

165. Donna Quagliana – Nationwide and New York State Class Representative

   a. Westfield, New York (Chautauqua County)

166. Michael Rooney – Nationwide and New York State Class Representative

   a. Ronkonkoma, New York (Suffolk County)

167. William Ross – Nationwide and New York State Class Representative

   a. Bellmore, New York (Nassau County)

168. Richelle Draper – Nationwide and North Carolina State Class Representative

   a. Mint Hill, North Carolina (Mecklenburg County)

169. Gwen Moore – Nationwide and North Carolina State Class Representative

   a. Wake Forest, North Carolina (Wake/Franklin County)

170. Leland Tilson – Nationwide and North Carolina State Class Representative

   a. Gastonia, North Carolina (Gaston County)

171. Jolene Mulske – Nationwide and North Dakota State Class Representative

   a. Gladstone, North Dakota (Stark County)

172. Lisa Axelrod – Nationwide and Ohio State Class Representative

   a. North Hollywood, California (Los Angeles County)

173. Gail Bainbridge – Nationwide and Ohio State Class Representative

   a. Auburn, Indiana (Montgomery County)

174. Tracie Edwards – Nationwide and Ohio State Class Representative

   a. Port Clinton, Ohio (Ottawa County)

175. Georgianna Parisi – Nationwide and Ohio State Class Representative

   a. Kettering, Ohio (Montgomery County)

Addendum A

176. Peggy Robinson – Nationwide and Ohio State Class Representative
   a. Cincinnati, Ohio (Hamilton County)

177. Bradley Siefke – Nationwide and Ohio State Class Representative
   a. Alliance, Ohio (Stark County)

178. Steven M. Steidle – Nationwide and Ohio State Class Representative
   a. Columbus, Ohio (Franklin County)

179. Bonnie Taylor – Nationwide and Ohio State Class Representative
   a. Laura, Ohio (Miami County)

180. William Troiano – Nationwide and Ohio State Class Representative
   a. Eureka, California (Humboldt County)

181. Reggie Welch – Nationwide and Ohio State Class Representative
   a. Richmond, Indiana (Wayne County)

182. Carleta Burton – Nationwide and Oklahoma State Class Representative
   a. Moore, Oklahoma (Cleveland County)

183. Deneise Burton – Nationwide and Oklahoma State Class Representative
   a. Warr Acres, Oklahoma (Oklahoma County)

184. Debra Cummings – Nationwide and Oklahoma State Class Representative
   a. Owasso, Oklahoma (Rogers/Tulsa County)

185. Jerrile Gordon – Nationwide and Oklahoma State Class Representative
   a. Del City, Oklahoma (Oklahoma County)

186. Paulette Hand – Nationwide and Oklahoma State Class Representative
   a. Blanchard, Oklahoma (McClain/Grady County)

187. Jennifer Reeder – Nationwide and Oklahoma State Class Representative
   a. Oklahoma City, Oklahoma (Oklahoma/Canadian/Cleveland/Pottawatomie County)

188. Bruce and Denise Wright – Nationwide and Oklahoma State Class Representatives
   a. Enid, Oklahoma (Garfield County)

189. William Bernick – Nationwide and Oregon State Class Representative

Addendum A

      a. Grants Pass, Oregon (Josephine County)

190. Shelton Glass – Nationwide and Oregon State Class Representative

      a. Portland, Oregon (Josephine County)

191. Janice Bagley – Nationwide and Pennsylvania State Class Representative

      a. Patton, Pennsylvania (Cambria County)

192. Raymond Berg – Nationwide and Pennsylvania State Class Representative

      a. Imperial, Pennsylvania (Allegheny County)

193. Shawn Doucette – Nationwide and Pennsylvania State Class Representative

      a. Hamburg, Pennsylvania (Berks County)

194. Shirley Gilbert – Nationwide and Pennsylvania State Class Representative

      a. Frackville, Pennsylvania (Schuylkill County)

195. George Mathis – Nationwide and Pennsylvania State Class Representative

      a. Parkville, Maryland (Baltimore County)

196. Paul Pollastro – Nationwide and Pennsylvania State Class Representative

      a. Coraopolis, Pennsylvania (Allegheny County)

197. David Schumacher – Nationwide and Pennsylvania State Class Representative

      a. Erie, Pennsylvania (Erie County)

198. Greg Theobald – Nationwide and Pennsylvania State Class Representative

      a. Eighty Four, Pennsylvania (Washington County)

199. Mary Dias – Nationwide and Rhode Island State Class Representative

      a. Taunton, Massachusetts (Bristol County)

200. Garrett Mancieri – Nationwide and Rhode Island State Class Representative

      a. Woonsocket, Rhode Island (Providence County)

201. Annette Hopkins – Nationwide and South Carolina State Class Representative

      a. Bishopville, South Carolina (Lee County)

202. Frances James – Nationwide and South Carolina State Class Representative

      a. Florence, South Carolina (Florence County)

Addendum A

203. Cassandra Legrand – Nationwide and South Carolina State Class Representative
    a. Kingstree, South Carolina (Williamsburg County)

204. Kimberly Mayfield – Nationwide and South Carolina State Class Representative
    a. Easley, South Carolina (Pickens County)

205. Edith Williams – Nationwide and South Carolina State Class Representative
    a. Mullins, South Carolina (Marion County)

206. Norma Lee Holmes – Nationwide and South Dakota State Class Representative
    a. Granite Falls, Minnesota (Chippewa County)

207. Catherine Senkle – Nationwide and South Dakota State Class Representative
    a. Sioux Falls, South Dakota (Minnehaha County)

208. Helen A. Brown – Nationwide and Tennessee State Class Representative
    a. Franklin, Tennessee (Williamson County)

209. Alexis Byrd – Nationwide and Tennessee State Class Representative
    a. Lawrenceville, Georgia (Gwinnett County)

210. Felisha Johnson – Nationwide and Tennessee State Class Representative
    a. Murfreesboro, Tennessee (Rutherford County)

211. Sharon Newsome – Nationwide and Tennessee State Class Representative
    a. Cordova, Tennessee (Shelby County)

212. Louise Tindell – Nationwide and Tennessee State Class Representative
    a. Murfeesboro, Tennessee (Rutherford County)

213. Silas Walton – Nationwide and Tennessee State Class Representative
    a. Fayetteville, North Carolina (Cumberland County)

214. Gareebah Al-ghamdi – Nationwide and Texas State Class Representative
    a. San Antonio, Texas (Bexar County)

215. Dawn Bacon – Nationwide and Texas State Class Representative
    a. Waco, Texas (McLennan County)

216. Mark Feller – Nationwide and Texas State Class Representative

Addendum A

    a. Longview, Texas (Gregg County)

217. Karen Gooden – Nationwide and Texas State Class Representative

    a. Missouri City, Texas (Fort Bend County)

218. Michael Graciano – Nationwide and Texas State Class Representative

    a. Arlington, Texas (Tarrant County)

219. Shenyesa Henry – Nationwide and Texas State Class Representative

    a. Aubrey, Texas (Denton County)

220. Keisha Hunter – Nationwide and Texas State Class Representative

    a. Fort Worth, Texas (Tarrant/Denton/Parker/Wise County)

221. Wynonia Jackson – Nationwide and Texas State Class Representative

    a. Forest Hill, Texas (Tarrant County)

222. Tajah Liddy – Nationwide and Texas State Class Representative

    a. Round Rock, Texas (Williamson County)

223. Lisa McClellan – Nationwide and Texas State Class Representative

    a. Houston, Texas (Harris County)

224. Eric Rhine – Nationwide and Texas State Class Representative

    a. Waxahachie, Texas (Ellis County)

225. Lisa Simmons – Nationwide and Texas State Class Representative

    a. Amarillo, Texas (Potter/Randall County)

226. Malinda Stafford – Nationwide and Texas State Class Representative

    a. Vacaville, California (Solano County)

227. Cindy Wilson – Nationwide and Texas State Class Representative

    a. Mabank, Texas (Kaufman County)

228. Alexis Crockett – Nationwide and Utah State Class Representative

    a. Eagle Mountain, Utah (Utah County)

229. Blair Tomlinson, D.D.S. – Nationwide and Utah State Class Representative

    a. Kaysville, Utah (Davis County)

Addendum A

230. Michael Garcia – Nationwide and Washington State Class Representative

   a. Yakima, Washington (Yakima County)

231. Tony Hiller – Nationwide and Washington State Class Representative

   a. Summer, Washington (Pierce County)

232. Stephanie Renee Carden – Nationwide and West Virginia State Class Representative

   a. Huntington, West Virginia (Cabell County)

233. Melinda Graley – Nationwide and West Virginia State Class Representative

   a. Alum Creek, West Virginia (Lincoln County)

234. Nancy Bellow – Nationwide and Wisconsin State Class Representative

   a. Oconto Falls, Wisconsin (Oconto County)

235. Dion Jones – Nationwide and Wisconsin State Class Representative

   a. Fitchburg, Wisconsin (Dane County)

236. Les Rouse – Nationwide and Wisconsin State Class Representative

   a. La Crosse, Wisconsin (La Crosse County)

237. Scott Schultz – Nationwide and Wisconsin State Class Representative

   a. Medford, Wisconsin (Taylor County)

238. Christy Smith – Nationwide and Wisconsin State Class Representative

   a. Soldiers Grove, Wisconsin (Crawford County)