William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel to Those Certain Post-Closing Accident
Plaintiffs Represented By Butler Wooten & Peak LLP,
Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P.,
and Turner & Associates, P.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                        :
In re:                                  :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,     :    Case No.: 09-50026 (REG)
     f/k/a General Motors Corp., et al.,:
                                        :
                              Debtors.  :    (Jointly Administered)
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **August 22, 2017**, a true and correct copy of *Certain Post-Closing Accident Plaintiffs' Designation of Additional Items to be Included in Record on Appeal*, filed through this Court's CM/ECF system [ECF No. 14075], was sent electronically to the participants registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

ACTIVE/92266275.1

|  |  |
|---|---|
| Dated: August 22, 2017 | Respectfully submitted, |
|  | /s/ *William P. Weintraub* |
|  | William P. Weintraub |
|  | Gregory W. Fox |
|  | GOODWIN PROCTER LLP |
|  | The New York Times Building |
|  | 620 Eighth Avenue |
|  | New York, NY 10018 |
|  | Tel.: 212.813.8800 |
|  | Fax: 212.355.3333 |
|  | wweintraub@goodwinlaw.com |
|  | gfox@goodwinlaw.com |

*Counsel to Those Certain Post-Closing Accident Plaintiffs Represented By Butler Wooten & Peak LLP, Denney & Barrett, P.C., Hilliard Muñoz Gonzales L.L.P., and Turner & Associates, P.A.*