| | |
|---|---|
| Steve W. Berman (admitted *pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: 206-623-7292<br>Email: steve@hbsslaw.com | Edward S. Weisfelner<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212-209-4800<br>Email: eweisfelner@brownrudnick.com |
| Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111<br>Telephone: 414-956-1000<br>Email: ecabraser@lchb.com | Sander L. Esserman<br>STUTZMAN, BROMBERG,<br>ESSERMAN & PLIFKA, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: 214-969-4900<br>Email: esserman@sbep-law.com |
| *Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court* | *Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
In re:                                                                   :    Chapter 11
                                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,        :    Case No.: 09-50026 (MG)
      f/k/a General Motors Corp., *et al.*,             :
                                                                             :
                                      Debtors.    :    (Jointly Administered)
------------------------------------------------------------------X

**APPELLEE IGNITION-SWITCH PLAINTIFFS'**
**AND CERTAIN NON-IGNITION SWITCH PLAINTIFFS'**
**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

      Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, the Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs (the "Appellees"), by and through their undersigned counsel, respectfully designate the following additional items for inclusion in the record on appeal in connection with appeal by General Motors LLC ("New GM") from (i) the *Memorandum Opinion and Order Granting in Part New GM's Motion to Enforce Sale Order Against the Pitterman Plaintiffs and Resolving 2016 Threshold Issue Two: Whether Non-Ignition*

1

*Switch Plaintiffs are Barred From Asserting Independent Claims Against New GM*, entered by the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") in the above-referenced case on June 7, 2017 [Dkt. No. 13955]; and (ii) the *Order Granting in Part and Denying in Part General Motors LLC's Motion to Enforce the Ruling in the Bankruptcy Court's June 7, 2017 Opinion With Respect to the Pitterman Plaintiffs*, entered by the Bankruptcy Court on July 10, 2017 [Dkt. No. 13991].

### DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL

Appellees designate each of the following documents from the above-captioned case for inclusion in the record on appeal.

|    | Date Filed | ECF No. | Description |
|----|------------|---------|-------------|
| 1. | 9/15/2014 | 12897 | Scheduling Order Regarding Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce This Court's July 5, 2009 Sale Order and Injunction Against Plaintiffs in Pre-Closing Accident Lawsuits |
| 2. | 9/15/2014 | 12898 | Scheduling Order Regarding Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's July 5, 2009 Sale Order and Injunction (Monetary Relief Actions, Other than Ignition Switch Actions) |
| 3. | 6/15/2015 | 13207 | Elliot Plaintiffs/Appellants' Statement of the Issues and Designation of Items to be Included in the Record on Appeal |
| 4. | 7/14/2015 | 13299 | Appellants' Corrected Statement of Issues on Appeal and Amended Designation of Items to be Included in the Record on Appeal |
| 5. | 6/1/2016 | 13634 | Motion to Authorize Notice of Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and the Rulings in Connection Therewith |
| 6. | 6/20/2016 | 13642 | Objection by State Court Plaintiffs to Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Order and Injunction, and the Ruling in Connection Therewith |

Dated: August 22, 2017
      New York, New York

Respectfully submitted,

BROWN RUDNICK LLP

*/s/ Edward S. Weisfelner*
Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*