KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.:  09-50026 (MG)** |
|         f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                                         Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

### GENERAL MOTORS LLC'S COUNTER–DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL REGARDING THE APPEALS OF THE BANKRUPTCY COURT'S JULY 12, 2017 OPINION [ECF NO. 13992]

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), General Motors LLC ("**New GM**") submits this counter-designation of additional items to be included in the record on appeal in connection with the appeals of the *Memorandum Opinion and Order Deciding Certain 2016 Threshold Issues*, dated July 12, 2017 [ECF No. 13992] (the "**July 2017 Opinion**").

## COUNTER-DESIGNATION OF RECORD

In addition to the items designated by Appellants in their Statements of Issues on Appeal and Designations of Record on Appeal [ECF Nos. 14034, 14035, 14036, 14040 and 14042],[1] New GM submits the following designation of additional items to be included in the record on appeal of the July 2017 Opinion (including any exhibit, annex, appendix or addendum thereto):

| Item No. | Date Filed | Description | Docket No. |
|---|---|---|---|
| 1. | 8/08/14 | Agreed And Disputed Stipulations Of Fact Pursuant To The Court's Supplemental Scheduling Order, Dated July 11, 2014 | 12826 |
| 2. | 8/19/2015 | Case Management Order Re: No-Strike, No Stay, objection, and GUC Trust Asset Pleadings | 13383 |
| 3. | 8/26/2015 | Letter in Response to Case Management Order, dated August 19, 2015 | 13416 |
| 4. | 9/3/2015 | Scheduling Order Signed on 9/3/2015 Regarding Case Management Order Re: No-Strike, No Stay, Objection, and GUC trust Asset Pleading | 13416 |
| 5. | 9/10/2015 | Certificate of Service | 13428 |
| 6. | 9/13/2015 | Memorandum of Law Post-Closing Ignition Switch Accident Plaintiffs' Memorandum Of Law With Respect To Punitive Damages Issue | 13434 |
| 7. | 9/13/2015 | Motion to Join Joinder of the Ignition Switch Plaintiffs and Non-Ignition Switch Plaintiffs to the Post-Closing Ignition Switch Accident Plaintiffs' Memorandum of Law With Respect to Punitive Damages | 13436 |
| 8. | 9/13/2015 | Opening Brief By General Motors LLC With Respect To Whether Plaintiffs May Seek Punitive Damages From General Motors LLC Based On the Conduct Of General Motors Corporation | 13437 |
| 9. | 9/15/2015 | Transcript regarding Hearing Held on 8/31/2015 | 13438 |
| 10. | 9/22/2015 | Post-Closing Ignition Switch Accident Plaintiffs' Reply with Respect to Punitive Damages Issue | 13459 |
| 11. | 9/22/2015 | Reply Brief By General Motors LLC With Respect To Whether Plaintiffs May Seek Punitive Damages From General Motors LLC Based On The Conduct Of General Motors Corporation | 13460 |

---

[1] The Appellants in this matter are (i) Benjamin W. Pillars [ECF No. 14034], (ii) the Pilgrim plaintiffs [ECF No. 14035]; (iii) certain Post-Closing Accident Plaintiffs [ECF No. 14036]; (iv) certain plaintiffs represented by Gary Peller, Esq. [ECF No. 14040], and (v) Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs [ECF No. 14042]. As long as a document (including any exhibit, annex, appendix or addendum thereto) was designated by one of the Appellants, it will not be repeated herein.

| | | | |
|---|---|---|---|
| 12. | 9/22/2015 | Joinder of the Ignition Switch Plaintiffs and Non-Ignition Switch Plaintiffs to the Post-Closing Ignition Switch Accident Plaintiffs' Reply With Respect to Punitive Damages Issue | 13461 |
| 13. | 10/15/2015 | Transcript regarding Hearing Held on Wednesday, October 14, 2015 at 9:46 AM RE: Scheduling Order Signed on 9/3/2015 Regarding Case Management Order Re: No-Strike, No Stay, Objection, and GUC Trust Asset Pleading | 13508 |
| 14. | 12/15/2015 | Notice of Appeal filed by Steve Berman on behalf of Ignition Switch Plaintiffs | 13567 |
| 15. | 12/18/2015 | Notice of Appeal filed by William P. Weintraub on behalf of Hilliard Munoz Gonzales LLP and Thomas J. Henry Injury Attorneys | 13572 |
| 16. | 12/28/2015 | Joint Notice of Appeal filed by Gary Peller on behalf of Paul Fordham, Tynesia Mitchell, Dierra Thomas, Momoh Kanu, Tina Farmer, Sharon Bledsoe, Celestine Elliott, Lawrence Elliott | 13575 |
| 17. | 12/28/2015 | Appellants' Statement of the Issues on Appeal And Designation of the Items to Be Included in the Record on Appeal | 13576 |
| 18. | 12/28/2015 | Statement of Issues and Designation of Items [corrected] filed by Gary Peller | 13578 |
| 19. | 12/30/2015 | Statement of Issues / Adams Plaintiffs' Statement of Issues and Designation of Record on Appeal | 13579 |
| 20. | 11/10/2016 | Status Report Pursuant to the Court's Order Setting Case Management Conference for 11:30 a.m., November 16, 2016, entered on October 18, 2016 [ECF No. 13775] | 13786 |
| 21. | 11/17/2016 | Transcript Regarding Hearing Held on 11/16/2016 RE: Case Management Conference | 13796 |

Dated: New York, New York
     August 23, 2017

                        Respectfully submitted,

                        /s/ Arthur Steinberg
                     Arthur Steinberg
                     Scott Davidson
                     KING & SPALDING LLP
                     1185 Avenue of the Americas
                     New York, New York 10036
                     Telephone:  (212) 556-2100
                     Facsimile:   (212) 556-2222

                     -and-

        Richard C. Godfrey, P.C. (admitted *pro hac vice*)
        Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, IL 60654
        Telephone:  (312) 862-2000
        Facsimile:  (312) 862-2200

        *Attorneys for General Motors LLC*