# **Exhibit E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                             :    Chapter 11
                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.*,         :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*    :
                                                  :
        Debtors.       :    (Jointly Administered)
---------------------------------------------------------------x

## ORDER GRANTING MOTION BY GENERAL MOTORS LLC TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION AND THE RULINGS IN CONNECTION THEREWITH, WITH RESPECT TO THE REICHWALDT PLAINTIFF

Upon the Motion, dated July 28, 2017 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] seeking the entry of an order enforcing the Sale Order and Injunction and the Bankruptcy Court's related rulings by enjoining Reichwaldt from asserting (a) claims that New GM assumed punitive damages when it assumed Product Liabilities (as defined in the Sale Agreement); (b) independent claims or punitive damages relating thereto that are based on Old GM conduct, , and (c) allegations that improperly treat Old GM and New GM interchangeably, all as set forth in the Motion; and due and proper notice of the Motion having been provided to counsel for Reichwaldt and the other parties set forth in the Motion and it appearing that no other or further notice need be given; and Reichwaldt having filed an objection to the Motion on August 18, 2017, and New GM having filed its Reply on August 25, 2017; and a hearing ( "**Hearing**") having been held with respect to the Motion, on August 29, 2017; and upon the record of the Hearing, the Court having found and determined that the legal and factual bases set

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

forth in the Motion establish just cause for the relief requested; and after due deliberation and sufficient cause appearing therefore; it is therefore:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that Reichwaldt and her counsel are enjoined and restrained from seeking punitive damages against New GM in the Reichwaldt Lawsuit that are based on New GM's assumption of Product Liabilities (as defined in the Sale Agreement); and it is further

ORDERED that Reichwaldt and her counsel are enjoined and restrained from asserting an Independent Claim (failure to warn) alleged against New GM in the Reichwaldt Lawsuit, or any other Independent Claim based on Old GM conduct, and punitive damages relating to any of the foregoing; and it is further

ORDERED that Reichwaldt shall amend the complaint filed in the Georgia Court to remove all punitive damages requests, independent claim allegations based on Old GM conduct and New GM as successor to Old GM allegations, all as more particularly described in the Motion and the Reply filed by New GM; and it is further

ORDERED, that Reichwaldt shall, within three (3) business days of the entry of this Order, file with the Georgia Court an amended pleading so that it fully complies with this Order; and it is further

ORDERED that within ten (10) business days after the entry of this Order, Reichwaldt shall file with the Clerk of this Court evidence of the filing of her amended pleading with the Georgia Court; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August __, 2017
      New York, New York

---
UNITED STATES BANKRUPTCY JUDGE