KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                      Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

This is to certify that on *August 25, 2017* I caused to be served a true and correct copy of the *Reply Brief By General Motors LLC to Objection to Motion To Enforce the Bankruptcy Court's July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Reichwaldt Plaintiffs* [Dkt. No. 14081] and the exhibits thereto, by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and overnight delivery upon:

| | |
|---|---|
| William Weintraub, Esq.<br>Gregory Fox, Esq.<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>WWeintraub@goodwinlaw.com<br>GFox@goodwinlaw.com | *Counsel for the Reichwaldt Plaintiff* |
| James E. Butler, Jr., Esq.<br>Robert H. Snyder, Esq.<br>BUTLER WOOTEN CHEELEY & PEAK, LLP<br>105 13th Street<br>Post Office Box 2766<br>Columbus, Georgia 31902<br>jim@butlerwooten.com<br>Rob@butlerwooten.com<br>joseph@butlerwooten.com<br>beth@butlerwooten.com<br>kim@butlerwooten.com<br>sarah@butlerwooten.com | *Counsel for the Reichwaldt Plaintiff* |

Dated:  August 25, 2017
         New York, New York

                                      KING & SPALDING LLP

                                      By: /s/   Scott I. Davidson___
                                      Arthur J. Steinberg
                                      Scott Davidson
                                      King & Spalding LLP
                                      1185 Avenue of the Americas
                                      New York, NY 10036
                                      Telephone: (212) 556-2100
                                      Facsimile: (212) 556-2222

                                      -and-

                                      Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                                      Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                                      KIRKLAND & ELLIS LLP
                                      300 North LaSalle
                                      Chicago, IL 60654
                                      Telephone: (312) 862-2000
                                      Facsimile: (312) 862-2200

                                      *Attorneys for General Motors LLC*