**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

In re: Motors Liquidation Company,
     f/k/a General Motors Corp, et al.

                              Debtor

----------------------------------------------------------x

Case Number:

09-50026

Chapter 11

-

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of James E. Butler, Jr. to be admitted, *pro hac vice*, to represent Kaitlyn Reichwaldt, (the "Client") a Plaintiff in the above reference case and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and in the bar of the U.S. District Court for the Northern District of Georgia, it is hereby

    **ORDERED**, that James E. Butler, Jr. is admitted to practice, *pro hac vice*, in the above referenced proceeding to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **August 28, 2017**
      New York, New York

                                                         **/s/Martin Glenn**
                                              UNITED STATES BANKRUPTCY JUDGE