**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

In re: Motors Liquidation Company,
    f/k/a General Motors Corp, et al.

                        Debtor

----------------------------------------------------------x

Case Number:
09-50026
Chapter 11

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert H. Snyder, Jr. to be admitted, *pro hac vice*, to represent Kaitlyn Reichwaldt, (the "Client") a Plaintiff in the above reference case and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and in the bar of the U.S. District Court for the Northern District of Georgia, it is hereby

**ORDERED**, that Robert H. Snyder, Jr. is admitted to practice, *pro hac vice*, in the above referenced proceeding to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **August 28, 2017**
      New York, New York                                   **/s/Martin Glenn**
                                                          UNITED STATES BANKRUPTCY JUDGE