KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 29, 2017 AT 3:00 P.M. (EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

1. *Motion by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order an d Injunction and the Rulings in Connection Therewith, With Respect to the Reichwaldt Plaintiff* (including all exhibits) **(ECF No. 14016)**

Response Filed:

A.  *Objection to Motion by General Motors LLC Pursuant to 11 U.S.C. 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, And the Rulings in Connection Therewith, with Respect to the Reichwaldt Plaintiff* **(ECF No. 14068)**

Reply Filed:

A.  *Reply Brief by General Motors LLC to Objection to Motion to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction, And the Rulings in Connection Therewith With Respect to the Reichwaldt Plaintiffs* **(ECF No. 14081)**

Additional Documents:

A.  Notice of Adjournment of Hearing *previously scheduled for August 22, 2017 at 11:00 a.m., has been adjourned to August 29, 2017 at 3:00 p.m. The objection/response deadline has been extended for Reichwaldt only from August 14, 2017 at 5:00 p.m. to August 18, 2017 at 12:00 noon.***(ECF No. 14030)**

Status: This matter is going forward.

Dated: August 28, 2017
      New York, New York

                    KING & SPALDING LLP

                    By: /s/  *Arthur J. Steinberg*
                    Arthur J. Steinberg
                    Scott Davidson
                    King & Spalding LLP
                    1185 Avenue of the Americas
                    New York, NY 10036
                    Telephone: (212) 556-2100
                    Facsimile: (212) 556-2222

                    Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                    Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                    KIRKLAND & ELLIS LLP
                    300 North LaSalle
                    Chicago, IL 60654
                    Telephone: (312) 862-2000
                    Facsimile: (312) 862-2200

                    *Attorneys for General Motors LLC*