KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on *August 28, 2017* I caused to be served a true and correct copy of the *Notice of Agenda - Notice of Matters Scheduled for Hearing on August 29, 2017 at 3:00 p.m. (Eastern Time)* [Dkt. No. 14085], by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email upon:

| | |
|---|---|
| William Weintraub, Esq.<br>Gregory Fox, Esq.<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>WWeintraub@goodwinlaw.com<br>GFox@goodwinlaw.com | *Counsel for the Reichwaldt Plaintiff* |
| James E. Butler, Jr., Esq.<br>Robert H. Snyder, Esq.<br>BUTLER WOOTEN CHEELEY & PEAK, LLP<br>105 13th Street<br>Post Office Box 2766<br>Columbus, Georgia 31902<br>jim@butlerwooten.com<br>Rob@butlerwooten.com<br>joseph@butlerwooten.com<br>beth@butlerwooten.com<br>kim@butlerwooten.com<br>sarah@butlerwooten.com | *Counsel for the Reichwaldt Plaintiff* |

Dated: August 28, 2017
      New York, New York

                    KING & SPALDING LLP

                    By: /s/   Scott I. Davidson___
                    Arthur J. Steinberg
                    Scott Davidson
                    King & Spalding LLP
                    1185 Avenue of the Americas
                    New York, NY 10036
                    Telephone: (212) 556-2100
                    Facsimile: (212) 556-2222

                    -and-

                    Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                    Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                    KIRKLAND & ELLIS LLP
                    300 North LaSalle
                    Chicago, IL 60654
                    Telephone: (312) 862-2000
                    Facsimile: (312) 862-2200

                    *Attorneys for General Motors LLC*