Leonid Feller
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: 312-862-2954
Facsimile: 312-862-2200
leonid.feller@kirkland.com

Counsel for General Motors LLC

**UNITED STATES BANKRUPTCY COURT**
**63T DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* f/k/a General Motors Corp., *et al.* | **Case No. 09-50026 (MG)** |
| Debtors. | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Leonid Feller, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent General Motors LLC in the above-referenced case.

I certify that I am a member in good standing of the bars in the State of Illinois and the State of Michigan, and of the United States District Courts for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern District of Wisconsin, and the United States Courts of Appeals for the Sixth, Seventh, and Ninth Circuits.

I have submitted the filing fee of $200.00 with this Motion for *pro hac vice* admission.

My address is:					Leonid Feller
						KIRKLAND & ELLIS LLP
						300 North LaSalle
						Chicago, Illinois 60654
						Telephone: 312-862-2954
						Facsimile: 312-862-2200
						leonid.feller@kirkland.com

Dated: Chicago, Illinois				Respectfully submitted,
       September 7, 2017
						KIRKLAND & ELLIS LLP

						By: /s/ Leonid Feller
						_____

						Leonid Feller
						Attorney for General Motors LLC
						300 North LaSalle
						Chicago, Illinois 60654
						Telephone: 312-862-2954
						Facsimile: 312-862-2200
						leonid.feller@kirkland.com

**UNITED STATES BANKRUPTCY COURT**
**63T DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* <br> f/k/a General Motors Corp., *et al.* | **Case No. 09-50026 (MG)** |
| **Debtors**. | **(Jointly Administered)** |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion for Leonid Feller, to be admitted, *pro hac vice,* to represent General Motors LLC in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Illinois and the State of Michigan, and of the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern District of Wisconsin, and the United States Courts of Appeals for the Sixth, Seventh, and Ninth Circuits.

ORDERED, that Leonid Feller, is admitted to practice, *pro hac vice,* in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       September __, 2017

_____
UNITED STATES BANKRUPTCY JUDGE