# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                  :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., et al., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------X

## ORDER GRANTING MOTION
## TO ENFORCE THE SETTLEMENT AGREEMENT
## BY AND AMONG THE SIGNATORY PLAINTIFFS AND THE GUC TRUST

Upon the *Motion to Enforce the Settlement Agreement By and Among the Signatory Plaintiffs and the GUC Trust* (the "**Motion**");[1] and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be given; and the Court having found and determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED.

2.     The Court finds that the Settlement Agreement is enforceable in the form in which it was attached to the Motion as Exhibit A.

3.     The GUC Trust shall promptly deliver an executed copy of the Settlement Agreement to the Signatory Plaintiffs.

4.     The GUC Trust and the Signatory Plaintiffs shall promptly file a joint application for approval of the Settlement Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019 substantially in the form in which it was attached to the Motion as Exhibit D.

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

5.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2017
         New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY COURT