# **EXHIBIT G**

| | |
|---|---|
| **From:** | Steel, Howard S. |
| **Sent:** | Monday, August 14, 2017 9:14 PM |
| **To:** | asteinberg@kslaw.com |
| **Cc:** | Davidson, Scott; Weisfelner, Edward S.; Steve Berman; Elizabeth Cabraser (ecabraser@lchb.com); Bob Hilliard; Daniel H. Golden - Akin Gump Strauss Hauer & Feld LLP (dgolden@akingump.com); dnewman@akingump.com; Moss, Naomi; Keith Martorana - Gibson, Dunn & Crutcher (kmartorana@gibsondunn.com); Matt J. Williams (mjwilliams@gibsondunn.com); Lnorman@andrewsmyers.com; Weintraub, William P (WWeintraub@goodwinlaw.com); esserman@sbep-law.com; Thomas J. Henry (tjh@tjhlaw.com); steve@hilliardshadowenlaw.com |
| **Subject:** | FW: GM |
| **Attachments:** | Motors - Settlement Agreement 8.14.17.pdf; Motors - Settlement Order 8.14.17.pdf; Motors - Claims Estimate Order 8.14.17.pdf; Motors - 9019 Motion 8.14.17.pdf; Motors - Berman Cabraser Declaration 8.14.17.pdf; Motors - Hilliard Decl. 8.14.17.pdf; Motors - Norman Declaration 8.14.17.pdf; Motors - Andrews Declaration 8.14.17.pdf; Motors - Motion for Order Approving Notice Procedures 8.14.17.pdf; Motors - Short Form Notice 8.14.17.pdf; Motors - Long Form Notice 8.14.17.pdf; Motors - Azari Declaration 8.14.17.pdf; Motors - DTC Notice 8.14.17.pdf |

Arthur:  Per below, please see attached; sent to you as a courtesy.  Please keep confidential until it is filed.

Howard S. Steel
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
212.209.4917 (direct)
732.757.1898 (cell)
212.938.2806 (direct fax)
hsteel@brownrudnick.com

---

**From:** Golden, Daniel [mailto:dgolden@AkinGump.com]
**Sent:** Monday, August 14, 2017 10:12 AM
**To:** Steinberg, Arthur (External)
**Cc:** Weisfelner, Edward S.; Steel, Howard S.; Newman, Deborah; Moss, Naomi; Martorana, Keith R.; Williams, Matt J.; Lnorman@andrewsmyers.com; 'Weintraub, William P'
**Subject:** GM

**External E-mail. Use caution accessing links or attachments.**

---

Arthur:  As we discussed late last week, we have now scheduled a chambers conference with J Glenn for this Thursday at 3 pm to preview with J Glenn the proposed settlement as between the GUC trust, on the one hand, and counsel for the economic loss plaintiffs and counsel for pre sale personal injury/wrongful death claimants, on the other hand.  You had previously indicated you were free that day.  As I mentioned on last week's call we will be asking new GM to turn over to the noticing agent for the GUC trust all of the names and addressed of those parties to whom new GM issued the recalls to as well as the names and addresses of those parties/counsel who have instituted suit against new GM based on alleged recall related defects.  It is our

expectation to send to you the final draft of the settlement documents at some point today.  Please reach out if you have any questions.

**Daniel H. Golden**
**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010 | Internal: 38010
Fax: +1 212.872.1002 | dgolden@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.