# **EXHIBIT Q**

# If you owned or leased a GM vehicle on or before July 10, 2009 your rights may be affected by a proposed settlement and you may be entitled to a payment

A proposed settlement (the "Settlement") has been reached involving claims of owners and lessees of General Motors Corporation ("Old GM") vehicles. The claims include allegations that consumers overpaid when they bought cars on or before July 10, 2009 with undisclosed defects in ignition switches, side airbags, or power steering included in the following recalls: 14V-047, 4V-355, 14V-394, 14V-400, 14V-346, 14V-540, 14V-118 and 14V-153 (the "Recalls"). The claims also include allegations that consumers suffered personal injury or wrongful death from accidents involving Old GM vehicles that occurred before July 10, 2009. If approved, the Settlement will affect your right to bring your own lawsuit against Old GM about these claims and also will offer payments and other benefits. **The purpose of this notice is to inform you of the proposed Settlement and your legal rights.**

**Who is Included?  General Motors LLC's ("New GM") records indicate that you may be affected by the Settlement.**  The Settlement includes all persons in the United States who, as of July 10, 2009, (i) owned or leased a vehicle manufactured by Old GM included in one of the Recalls involving Chevrolet, Pontiac, Saturn, Buick, Cadillac, Oldsmobile and GMC model vehicles; and/or (ii) suffered personal injury or wrongful death in an accident involving an Old GM vehicle. Those included are called an "Affected Person." You can go to the Settlement Website, www.XXXXXXXXXX.com to confirm if your vehicle is included.

**What are the Settlement Terms?**  If the Settlement is approved and the related proposed Settlement Order is entered, each Affected Person will be deemed to provide a waiver and release of any claims they might otherwise directly or indirectly assert against the GUC Trust, the trust administrator of the GUC Trust, the past and present assets of the GUC Trust, the Motors Liquidation Company Avoidance Action Trust and/or the holders of beneficial units in the GUC Trust (collectively, the "Related Parties"). This means that if you have an existing lawsuit against Old GM or the Related Parties that includes the same claims that this Settlement resolves, your lawsuit will end.  Also, you will not be able to bring a new lawsuit against Old GM or the Related Parties about these issues in the future. Unless applicable law says otherwise, the Settlement or any payment you may receive under it, does not affect any claim you may have against New GM. In exchange, the GUC Trust will pay $15 million into the Settlement Fund and support entry of an order estimating the aggregate allowed claims against the Old GM bankruptcy estate, including all Affected Persons' claims, at no less than $42 billion (the "Claims Estimate Order").  If the Claims Estimate Order is entered, New GM may be required to issue up to 30 million shares of New GM common stock to the Settlement Fund.  The current value of 30 million shares of New GM common stock is approximately $1.08 billion.  For details about the Settlement, the money that may be available to Affected Persons, your eligibility, how the money will be divided, and the waiver and release of claims, you should visit www.XXXXXXXXX.com and review the Long Form Notice, Settlement Agreement and the proposed Settlement Order.

**How Can I Get a Payment?**  Being defined as an Affected Person does not assure you will receive a distribution from the Settlement Fund.  Overall allocation between economic loss and personal injury plaintiffs will be negotiated by counsel to the Signatory Plaintiffs and approved by the appropriate court.

- 1 -

Eligibility and criteria for payment will be approved by the Court. The details will be posted on the Settlement Website and you will be given an opportunity to object.

**Your Other Options.** You can object to the proposed Settlement and the proposed Settlement Order. The Long Form Notice available on the Settlement Website listed below explains how to object to the Settlement. The Court will hold a hearing **on _____ __, 2017 at _____[a][p]m** to consider whether to approve the Settlement. You may appear at the hearing, either yourself or through an attorney hired by you, but you do not have to. Please note that the date and time of the hearing is subject to change without further notice other than an announcement on the Settlement Website. For more information, call or visit the Settlement Website below.

**1-8xx-xxx-xxxx**                                              www._____.com

[On the back of the postcard will be the plaintiff's name and address, and court logo:]

<u>Important Court-Approved Legal Notice from the United States Bankruptcy Court for the Southern District of New York</u>



                                                   Plaintiff John Doe
                                                   123 45th Street
                                                   Anytown, USA. _____

General Motors Bankruptcy Settlement Information