Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., et al.,                    :
                                                            :
                                      Debtors.    :    (Jointly Administered)
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

      1.      Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

      2.      On the 11th day of September, 2017, I caused to be served a true and correct copy of (i) Motion to Enforce the Settlement Agreement by and Among the Signatory Plaintiffs and the GUC Trust, with Exhibit A thereto and (ii) Declaration of Edward S. Weisfelner in Support, with exhibits A through T thereto, docket numbers 14092 and 14093, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

1

3. In addition, on the 11th day of September, 2017, I caused to be served a true and correct copy of (i) Motion to Enforce the Settlement Agreement by and Among the Signatory Plaintiffs and the GUC Trust, with Exhibit A thereto and (ii) Declaration of Edward S. Weisfelner in Support, with exhibits A through T thereto, docket numbers 14092 and 14093, by electronic email upon the parties listed in Exhibit A.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
12th day of September, 2017.

/s/ Vicki A. Goldstein
Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2019

# **EXHIBIT A**

3

| | |
|---|---|
| Arthur Steinberg, Esq.<br>Scott Davidson, Esq.<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br>asteinberg@kslaw.com<br>sdavidson@kslaw.com<br><br>*Counsel for General Motors LLC* | Richard C. Godfrey, P.C.<br>Andrew B. Bloomer, P.C.<br>Leonid Feller, P.C.<br>W. Neil Eggleston, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>W. Neil Eggleston<br>Chicago, IL 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>rgodfrey@kirkland.com<br>abloomer@kirkland.com<br>leonid.feller@kirkland.com<br>neil.eggleston@kirkland.com<br><br>*Counsel for General Motors LLC* |
| Susheel Kirpalani, Esq.<br>James C. Tecce, Esq.<br>Julia Beskin, Esq.<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>52 Madison Avenue<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>susheelkirpalani@quinnemanuel.com<br>jamestecce@quinnemanuel.com<br>juliabeskin@quinnemanuel.com<br><br>*Counsel for General Motors LLC* | Matthew J. Williams, Esq.<br>Keith R. Martorana, Esq.<br>Mitch Karlan, Esq.<br>Gabriel Gillett, Esq.<br>Jonathan D. Fortney, Esq.<br>Michael Eggenberger, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>T: 212-351-3845<br>mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com<br>mkarlan@gibsondunn.com<br>ggillett@gibsondunn.com<br>jfortney@gibsondunn.com<br>meggenberger@gibsondunn.com<br><br>*Counsel for Wilmington Trust Company as GUC Trust Administrator* |

| | |
|---|---|
| Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>Naomi Moss, Esq.<br>AKIN GUMP STRAUSS<br>HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>T: 212-872-1000<br>dgolden@akingump.com<br>djnewman@akingump.com<br>nmoss@akingump.com<br><br>*Counsel for Participating GUC Trust Unit Holders* | |

62868025 v1

5