**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.,

                              Debtors.

Chapter 11
Case No. 09-50026 (MG)
(Jointly Administered)

## CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to General Motors, LLC. in the above-captioned proceeding.

1. On September 12, 2017, I caused a true and correct copy of following pleadings to be served via Electronic Mail, to the addresses of the parties set forth in Schedule A:

    a. Joinder of General Motors LLC In Motion of Motors Liquidation Company GUC Trust Administrator, Pursuant to Bankruptcy Code Sections 105(a), 363(b), and 1142(b) and Bankruptcy Rule 3020(d), to Authorize Entry into Forbearance Agreement (Dkt No. 14096)

    b. Notice of Appearance (Dkt No. 14097)

2. Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2017
New York, New York

                                              /s/ Christopher Clark
                                              CHRISTOPHER CLARK

# SCHEDULE A

ACunningham@brownrudnick.com;
abloomer@kirkland.com;
ASteinberg@KSLAW.com;
bobh@hmglawfirm.com;
cioni@sbep-law.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
ecabraser@lchb.com;
esserman@sbep-law.com;
gfox@goodwinlaw.com;
ggillett@gibsondunn.com;
jamestecce@quinnemanuel.com;
jfortney@gibsondunn.com;
Jjudd@andrewsmyers.com;
juliabeskin@quinnemanuel.com;
kmartorana@gibsondunn.com;
leonid.feller@kirkland.com;
Lnorman@andrewsmyers.com;
meggenberger@gibsondunn.com;
mjwilliams@gibsondunn.com;
mkarlan@gibsondunn.com;
neil.eggleston@kirkland.com;
nmoss@akingump.com;
rgeman@lchb.com;
rgodfrey@kirkland.com;
SDavidson@KSLAW.com;
sean@hbsslaw.com;
Steve@hbsslaw.com;
susheelkirpalani@quinnemanuel.com;
tjh@tjhlaw.com;
wweintraub@goodwinlaw.com;
ACunningham@brownrudnick.com;
JForster@brownrudnick.com;
SJason@brownrudnick.com;
JMeyers@brownrudnick.com;
HSteel@brownrudnick.com;
EWeisfelner@brownrudnick.com