KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
In re                                          :   Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, et al.,            :   Case No.: 09-50026 (MG)
       f/k/a General Motors Corp., et al.      :
                                               :
                        Debtors.               :   (Jointly Administered)
---------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

This is to certify that on *September 13, 2017* I caused to be served a true and correct copy of the *Letter on Remaining Issues With Respect to Reichwaldt Motion to Enforce* [Dkt. No. 14098], by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email upon:

| | |
|---|---|
| James E. Butler, Jr., Esq.<br>Robert H. Snyder, Esq.<br>BUTLER WOOTEN CHEELEY & PEAK, LLP<br>105 13th Street<br>Post Office Box 2766<br>Columbus, Georgia 31902<br>jim@butlerwooten.com<br>rob@butlerwooten.com<br>joseph@butlerwooten.com<br>beth@butlerwooten.com<br>kim@butlerwooten.com<br>sarah@butlerwooten.com | *Counsel for the Reichwaldt Plaintiff* |

Dated: September 14, 2017
       New York, New York

                                          KING & SPALDING LLP

                                          By: /s/   Scott I. Davidson
                                          Arthur J. Steinberg
                                          Scott Davidson
                                          King & Spalding LLP
                                          1185 Avenue of the Americas
                                          New York, NY 10036
                                          Telephone: (212) 556-2100
                                          Facsimile: (212) 556-2222

                                          -and-

                                          Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                                          Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                                          KIRKLAND & ELLIS LLP
                                          300 North LaSalle
                                          Chicago, IL 60654
                                          Telephone: (312) 862-2000
                                          Facsimile: (312) 862-2200

                                          *Attorneys for General Motors LLC*