**BUTLER WOOTEN & PEAK LLP**
James E. Butler, Jr. (*Admitted Pro Hac Vice*)
Robert H. Snyder (*Admitted Pro Hac Vice*)
2719 Buford Highway
Atlanta, GA 30324
T:  404-321-1700

*Counsel to Kaitlyn Reichwaldt*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                                :
In re:                                                                    :         Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,      :         Case No.: 09-50026 (MG)
       f/k/a General Motors Corp., et al.,        :
                                                                                :
                    Debtors.         :         (Jointly Administered)
---------------------------------------------------------------X

## NOTICE OF APPEAL

By and through her undersigned counsel, Kaitlyn Reichwaldt, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Memorandum Opinion and Order Enforcing Provisions of Sale Order Regarding Assumption of Liability of Product Liability Claims of Kaitlyn Reichwaldt*, dated August 31, 2017 (ECF No. 14087) (the "**Order**").

A copy of the Order is annexed hereto as **Exhibit A**.

The parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| Kaitlyn Reichwaldt | **BUTLER WOOTEN & PEAK LLP**<br>James E. Butler, Jr.<br>Robert H. Snyder<br>2719 Buford Highway<br>Atlanta, GA 30324<br>T:  404-321-1700 |
| General Motors LLC (New GM) | **KING & SPALDING LLP**<br>Arthur J. Steinberg<br>Scott I. Davidson<br>1185 Avenue of the Americas<br>New York, NY 10036<br>T: 212-556-2100<br><br>**KIRKLAND & ELLIS LLP**<br>Richard C. Godfrey<br>Andrew B. Bloomer<br>300 North LaSalle<br>Chicago, IL 60654<br>T: 312-862-2000 |

Dated:  September 14, 2017

Respectfully submitted,

**BUTLER WOOTEN & PEAK LLP**


By /s/  Robert H. Snyder
James E. Butler, Jr. (*Admitted Pro Hac Vice*)
Robert H. Snyder (*Admitted Pro Hac Vice*)
105 Thirteenth Street
Columbus, Georgia 31901
T: 706-322-1990
E: jim@butlerwooten.com
E: rob@butlerwooten.com

*Counsel to Kaitlyn Reichwaldt*