# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

September 14, 2017

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

      Re:    In re Motors Liquidation Company, *et al.*
                Case No. 09-50026 (MG)

                **Remaining Issues With Respect to Reichwaldt Motion to Enforce**

Dear Judge Glenn:

      We are in receipt of Mr. Butler's lengthy letter to the Court filed on September 14, 2017 [ECF No. 14102] ("**Butler September 14 Letter**") in response to New GM's September 13, 2017 letter [ECF No. 14098] ("**New GM September 13 Letter**").[1]  New GM is well aware that the Court has received a substantial amount of paper in connection with what should have been a straight-forward "meet and confer" process relating to necessary deletions and clarifications with respect to the First Amended Complaint ruled on by Your Honor in the Opinion.  Nevertheless, New GM requests the Court's indulgence with respect to this short reply to the Butler September 14 Letter.

      Based on the explicit commentary made by Your Honor at the August 29, 2017 hearing,[2] New GM did not believe the Court intended the "meet and confer" process to be transformed

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Memorandum Opinion and Order Enforcing Provisions of Sale Order Regarding Assumption of Liability of Product Liability Claims of Kaitlyn Reichwaldt*, entered by the Court on August 31, 2017 [ECF No. 14087] ("**Opinion**").

[2]  *See* August 29, 2017 Hr'g Tr., at 25 ("I'm not going to have—it's not this Court's role to deal with amended complaints, what you might add. I deal with what I have in front of me. … I'm not going to get into a series of back and forth about what might conceivably pass through the gate. I talked about the gate. I don't give advisory opinions. I deal with what I have in front of me. What I have in front of me as part of your papers is

Honorable Martin Glenn
September 14, 2017
Page 2

into New GM commenting on a new Reichwaldt complaint. Nor did it believe the Court expected the status report on the "meet and confer" process to be provided by New GM to somehow be functionally transformed into a new motion to enforce with respect to a new complaint never previously presented to Your Honor. But that is exactly what Mr. Butler's unsanctioned letters to the Court seek to do. New GM does not want to burden the Court with more paper than it has already received. However, if necessary, in the event New GM may have misconstrued the Court's directive (which it does not believe is true), it respectfully requests that the Court authorize it to file a formal pleading stating why Reichwaldt's new complaint fails to properly state an Independent Claim against New GM.

Respectfully submitted,

*/s/ Arthur Steinberg*

Arthur Steinberg

AS/sd

---

the proposed first amended complaint … And I'm not going to get into a hypothetical about what would or wouldn't work if a complaint was amended to do something.").