**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* f/k/a General Motors Corp., *et al.* | **Chapter 11** |
| | Case No. 09-50026 (MG) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion for Leonid Feller, to be admitted, *pro hac vice,* to represent General Motors LLC in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Illinois and the State of Michigan, and of the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern District of Wisconsin, and the United States Courts of Appeals for the Sixth, Seventh, and Ninth Circuits.

ORDERED, that Leonid Feller, is admitted to practice, *pro hac vice,* in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       **September 14, 2017**

                                             /s/Martin Glenn
                                    UNITED STATES BANKRUPTCY JUDGE