UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                            :    Case No.: 09-50026 (MG)
      f/k/a General Motors Corp., et al.,                  :
                                                               :
                       Debtors.  :    (Jointly Administered)
---------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert C. Hilliard to be admitted, ***pro hac vice,*** to represent Hilliard Pre-Closing Accident Plaintiffs (the "Clients"), in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, and the U.S. District Court for the Southern District of Texas, it is hereby

**ORDERED,** that Robert C. Hilliard, Esq. is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **September 15, 2017**

      New York, New York

                                   **_/s/Martin Glenn_**
                                UNITED STATES BANKRUPTCY JUDGE