KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                 Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------------x | | |

## CERTIFICATE OF SERVICE

This is to certify that on *September 14, 2017* I caused to be served a true and correct copy of the Reply *Letter on Remaining Issues With Respect to Reichwaldt Motion to Enforce* [Dkt. No. 14106], by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email upon:

James E. Butler, Jr., Esq.                                                                      *Counsel for the Reichwaldt Plaintiff*
Robert H. Snyder, Esq.
BUTLER WOOTEN CHEELEY & PEAK, LLP
105 13th Street
Post Office Box 2766
Columbus, Georgia 31902
jim@butlerwooten.com
rob@butlerwooten.com
joseph@butlerwooten.com
beth@butlerwooten.com
kim@butlerwooten.com
sarah@butlerwooten.com


Dated: September 15, 2017
       New York, New York

                                            KING & SPALDING LLP

                                            By: /s/ Scott I. Davidson
                                            Arthur J. Steinberg
                                            Scott Davidson
                                            King & Spalding LLP
                                            1185 Avenue of the Americas
                                            New York, NY 10036
                                            Telephone: (212) 556-2100
                                            Facsimile: (212) 556-2222

                                            -and-

                                            Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                                            Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                                            KIRKLAND & ELLIS LLP
                                            300 North LaSalle
                                            Chicago, IL 60654
                                            Telephone: (312) 862-2000
                                            Facsimile: (312) 862-2200

                                            *Attorneys for General Motors LLC*