**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.,*<br><br>f/k/a General Motors Corp*., et al.*,<br><br>Debtors. | Case No. 09-50026 (MG)<br><br>(Jointly Administered) |

**ORDER SCHEDULING COURT HEARING REGARDING "PLAINTIFFS' ENFORCEMENT MOTION" AND THE "FOREBEARANCE AGREEMENT APPROVAL MOTION"**

The Court has received letters from counsel for the Plaintiffs and Participating Unitholders (ECF Doc. # 14116) and for New GM and the GUC Trust (ECF Doc. # 14114), requesting that the Court schedule a conference to address discovery and hearing procedures with respect to the pending motions.

Therefore, the Court will hold a hearing at 10:00 a.m., Tuesday, October 3, 2017. Counsel for Plaintiffs and Participating Unit Holders shall arrange for a Court Call telephonic connection for the hearing and post notice and instructions how to participate through Court Call on the electronic case docket. Anyone wishing to make a "listen only" appearance by telephone shall call-in at 9:45 a.m. No appearances will be noted on the record after 9:55 a.m.

<u>Only parties or counsel appearing in person in Court will be permitted to address the issues during the hearing</u>.

**IT IS SO ORDERED.**

Dated:   September 26, 2017
         New York, New York

                                          *Martin Glenn*
                                          MARTIN GLENN
                                          United States Bankruptcy Judge