**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, et al.,<br>f/k/a General Motors Corp., et al.,<br><br>                             Debtors. | Chapter 11<br>Case No. 09-50026 (MG)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to General Motors, LLC. in the above-captioned proceeding.

1. On September 25, 2017, I caused a true and correct copy of following pleadings to be served via Electronic Mail, to the addresses of the parties set forth in Schedule A:

   a. Letter dated September 25, 2017 Concerning (a) Forbearance Agreement Approval Motion; (b) Plaintiffs' Settlement Motion; and (c) [Proposed] Pre-Trial Scheduling Order [Dkt. No. 14114]

2. Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2017
 New York, New York

                                          /s/ Christopher Clark
                                          CHRISTOPHER CLARK

# SCHEDULE A

ACunningham@brownrudnick.com;
abloomer@kirkland.com;
ASteinberg@KSLAW.com;
bobh@hmglawfirm.com;
cioni@sbep-law.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
ecabraser@lchb.com;
esserman@sbep-law.com;
gfox@goodwinlaw.com;
ggillett@gibsondunn.com;
jamestecce@quinnemanuel.com;
jfortney@gibsondunn.com;
Jjudd@andrewsmyers.com;
juliabeskin@quinnemanuel.com;
kmartorana@gibsondunn.com;
leonid.feller@kirkland.com;
Lnorman@andrewsmyers.com;
meggenberger@gibsondunn.com;
mjwilliams@gibsondunn.com;
mkarlan@gibsondunn.com;
neil.eggleston@kirkland.com;
nmoss@akingump.com;
rgeman@lchb.com;
rgodfrey@kirkland.com;
SDavidson@KSLAW.com;
sean@hbsslaw.com;
Steve@hbsslaw.com;
susheelkirpalani@quinnemanuel.com;
tjh@tjhlaw.com;
wweintraub@goodwinlaw.com;
ACunningham@brownrudnick.com;
JForster@brownrudnick.com;
SJason@brownrudnick.com;
JMeyers@brownrudnick.com;
HSteel@brownrudnick.com;
EWeisfelner@brownrudnick.com