## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7199**

WRITER'S EMAIL ADDRESS
**Jamestecce@quinnemanuel.com**

September 26, 2017

VIA ECF FILING

Honorable Martin Glenn
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, New York 10006

Re:   *In re: Motors Liquidation Company, et al.,*
      *f/k/a General Motors Corp., et al., Case No. 09-50026 (MG)*

**Letter Regarding Update on Related Proceedings**

Dear Judge Glenn:

Quinn Emanuel Urquhart & Sullivan LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter. Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [ECF No. 13131], New GM writes to update the Court regarding developments in proceedings relating to New GM. Specifically, today, September 26, 2017, New GM filed a letter in MDL 2543 regarding MDL Order No. 8 and an issue of representational authority. A copy of the MDL letter is attached hereto as **Exhibit "A."**

Respectfully submitted,

James C. Tecce

Enclosures

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH