**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

September 27, 2017

<u>VIA ELECTRONIC CASE FILING & HAND DELIVERY</u>

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY 10004

Re: <u>In re Motors Liquidation Co., et al., Case No. 09-50026 (MG) (Bankr. S.D.N.Y.);
Letter Regarding Update On Related Proceedings</u>

Dear Judge Glenn:

    We are co-counsel to General Motors LLC ("**New GM**") with King & Spalding LLP and Kirkland & Ellis LLP in the above-referenced matter.

    Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [ECF No. 13131], New GM writes to update the Court regarding developments in proceedings related to New GM. Specifically, today, September 27, 2017, an Order was entered on the docket in MDL 2543 [ECF No. 4640] which states as follows:

> **ORDER re: [4639] LETTER addressed to Judge Jesse M. Furman from Richard C. Godfrey, P.C. dated September 26, 2017 re: Representational Authority Issues. Lead Counsel shall file a response to New GM's letter no later than October 2, 2017, at 10 a.m. SO ORDERED. (Signed by Judge Jesse M. Furman on 9/27/2017) (Text Only Order)(Furman, Jesse)**

    A copy of the ECF docket entry No. 4640 is attached hereto.

Respectfully submitted,

*[signature]*

James C. Tecce

cc:    Mitchell A. Karlin, Esq. (counsel to GUC Trust)
        Jonathan Fourtney, Esq. (counsel to GUC Trust)
        Steve W. Berman, Esq. (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)
        Elizabeth J. Cabraser, Esq. (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)
        William P. Weintraub, Esq. (counsel to Ignition Switch Pre-Closing Accident Plaintiffs)
        Gregory W. Fox, Esq. (counsel to Ignition Switch Pre-Closing Accident Plaintiffs)
        Edward S. Weisfelner, Esq. (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

2

Howard S. Steel, Esq. (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)
Sander L. Esserman (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)
Daniel H. Golden (counsel to Participating Unitholders)
Deborah Newman (counsel to Participating Unitholders)
Richard Hilliard, Esq. (counsel to Certain Ignition Switch Pre-Closing Accident Plaintiffs)
Richard C. Godfrey, P.C. (counsel to New GM)
Andrew B. Bloomer, P.C. (counsel to New GM)
Leonid Feller, P.C. (counsel to New GM)
Arthur J. Steinberg, Esq. (counsel to New GM)
David Fine, Esq. (counsel to New GM)
Scott Davidson, Esq. (counsel to New GM)