# EXHIBIT 1

                                     **Steve W. Berman**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

**All Plaintiffs**

| | | |
|---|---|---|
| **Debbie Hearden** | represented by | **Jason Paul Johnston**<br>Meshbesher & Sepnce, Ltd<br>1616 Park Avenue<br>Minneapolis, MN 55404<br>(612)-767-5129<br>Fax: (612)-339-9188<br>Email: jjohnston@meshbesher.com<br>*LEAD ATTORNEY* |

V.

**Trustee**

| | | |
|---|---|---|
| **Wilmington Trust Company** | represented by | **Gabriel Kalman Gillett**<br>Gibson, Dunn & Crutcher, LLP (NY)<br>200 Park Avenue<br>New York, NY 10166<br>(212)-351-2656<br>Fax: (212)-716-0858<br>Email: ggillett@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Lisa Heather Rubin**<br>Gibson, Dunn & Crutcher, LLP (NY)<br>200 Park Avenue, 48th Floor<br>New York, NY 10166<br>(212)-351-2390<br>Fax: (212)-716-0790<br>Email: lrubin@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mitchell Alan Karlan**<br>Gibson, Dunn & Crutcher, LLP (NY)<br>200 Park Avenue<br>New York, NY 10166<br>212-351-3827<br>Fax: 212-351-5254<br>Email: mkarlan@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2017 | 4640 | ORDER re: 4639 LETTER addressed to Judge Jesse M. Furman from Richard C. Godfrey, P.C. dated September 26, 2017 re: Representational Authority Issues. Lead Counsel shall file a response to New GM's letter no later than October 2, 2017, at 10 a.m. SO ORDERED. (Signed by Judge Jesse M. Furman on 9/27/2017) (Text Only Order)(Furman, Jesse) (Entered: 09/27/2017) |