James E. Butler, Jr.
Robert H. Snyder, Jr.
BUTLER WOOTEN & PEAK LLP
105 Thirteenth Street
Columbus, Georgia 31901
T: 706-322-1990
E: jim@butlerwooten.com
E: rob@butlerwooten.com
*Admitted Pro Hac Vice*

*Counsel for Kaitlyn Reichwaldt*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :    Case No.: 09-50026 (MG)
       f/k/a General Motors Corp., et al.,                  :
                                                             :
                            Debtors.     :    (Jointly Administered)
-------------------------------------------------------------X

## STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

By and through her undersigned counsel, Kaitlyn Reichwaldt submits this Statement of Issues and Designation of Record on Appeal pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure with respect to her appeal from the *Memorandum Opinion and Order Enforcing Provisions of Sale Order Regarding Assumption of Liability of Product Liability Claims of Kaitlyn Reichwaldt*, dated August 31, 2017 (ECF No. 14087) (the "**Order**"), and states as follows:[1]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Order.

## STATEMENT OF ISSUES

This appeal by Ms. Reichwaldt addresses the following issues:

1) Did the Bankruptcy Court err in holding that New GM did not assume liability for punitive damages as part of the 2009 Sale Agreement between New GM and Old GM?

2) Did the Bankruptcy Court err in holding that Kaitlyn Reichwaldt was barred by *res judicata* from arguing in response to the Motion (Doc. 14016) that New GM assumed liability for punitive damages as part of the 2009 Sale Agreement between New GM and Old GM?

3) Did the Bankruptcy Court err in holding that it should adhere to the Bankruptcy Court's prior rulings that New GM did not assume liability for punitive damages as part of the 2009 Sale Agreement between New GM and Old GM because those rulings were the "law of the case"?

## DESIGNATED ITEMS

Ms. Reichwaldt designates the following items for inclusion in the record on appeal (including any exhibit, annex, or addendum thereto):

| **Description** | **Filing Date** | **Docket No.** |
|---|---|---|
| 1. Motion By General Motors LLC To Enforce the Bankruptcy Court's July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Reichwaldt Plaintiff | 7/28/2017 | 14016 |
| 2. Plaintiff's Objection to Motion by General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Bankruptcy Court's July 5, 2009 Order and Injunction, and the Rulings in Connection Therewith, With Respect to the Reichwaldt Plaintiff | 8/18/2017 | 14068 |
| 3. Reply Brief by General Motors LLC to Objection to Motion  To Enforce the Bankruptcy Courts July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To The Reichwaldt Plaintiff | 8/25/2017 | 14081 |
| 4. Memorandum Opinion and Order Enforcing Provisions of Sale Order Regarding Assumption of Liability of Product Liability Claims of Kaitlyn Reichwaldt | 8/31/2017 | 14087 |
| 5. Transcript Regarding Hearing Held on August 29, 2017 | 9/1/2017 | 14088 |
| 6. Notice of Appeal filed by Kaitlyn Reichwaldt | 9/14/2017 | 14104 |
| 7. Order Vacating Stay Issued in Memorandum Opinion and Order Enforcing Provisions of Sale Order Regarding Assumption of Liability of Product Liability Claims of Kaitlyn Reichwaldt | 9/19/2017 | 14111 |

Dated: September 28, 2017

          Respectfully submitted,

          **BUTLER WOOTEN & PEAK LLP**

          By /s/  Robert H. Snyder
          James E. Butler, Jr. (*Admitted Pro Hac Vice*)
          Robert H. Snyder (*Admitted Pro Hac Vice*)
          105 Thirteenth Street
          Columbus, Georgia 31901
          T: 706-322-1990
          E: jim@butlerwooten.com
          E: rob@butlerwooten.com

          *Counsel to Kaitlyn Reichwaldt*