**BUTLER WOOTEN & PEAK LLP**
James E. Butler, Jr. (*Admitted Pro Hac Vice*)
Robert H. Snyder (*Admitted Pro Hac Vice*)
2719 Buford Highway
Atlanta, GA 30324
T:  404-321-1700

*Counsel to Kaitlyn Reichwaldt*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
In re:                                                       :     Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,    :     Case No.: 09-50026 (MG)
          f/k/a General Motors Corp., et al.,      :
                                                             :
                                  Debtors.          :     (Jointly Administered)
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that on September 28, 2017 I caused to be served a true and correct copy of *Statement of Issues and Designation of Record on Appeal* [Dkt. No.14123], by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed therein by causing copies of same to be delivered via email upon:

Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

*Attorneys for General Motors LLC*

Dated:  September 28, 2017

        Respectfully submitted,

        BUTLER WOOTEN & PEAK LLP


        By /s/ Robert H. Snyder
        James E. Butler, Jr. (*Admitted Pro Hac Vice*)
        Robert H. Snyder (*Admitted Pro Hac Vice*)
        105 Thirteenth Street
        Columbus, Georgia 31901
        T: 706-322-1990
        E: jim@butlerwooten.com
        E: rob@butlerwooten.com

        *Counsel to Kaitlyn Reichwaldt*