USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION
SWITCH LITIGATION

*This Document Relates to All Actions*

------------------------------------------------------x

14-MD-2543 (JMF)

**STIPULATION OF VOLUNTARY DISMISSALS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

 

COMES NOW, Economic Loss Plaintiffs Kimberly Smith, David McMaster, Bryan Mettee, Carter Bishop, Gwendolyn Grooms, Michelle Washington, Cindy Wilson, and Scott Schultz, under F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby give notice that their claims are voluntarily dismissed with prejudice. General Motors LLC stipulates to these dismissals with prejudice.

COMES NOW, Economic Loss Plaintiff Randall Pina hereby gives notice, under F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that his claims are voluntarily dismissed without prejudice. Lead Counsel represent that Mr. Pina's health issues, as set forth in the doctor's note attached as Exhibit A, prevent him from sitting for a deposition or otherwise participating as a named plaintiff in this litigation. General Motors LLC stipulates to this dismissal without prejudice.

DATED:  September 19, 2017     HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Steve W. Berman*
    Steve W. Berman
*steve@hbsslaw.com*
Sean R. Matt
*sean@hbsslaw.com*
Andrew M. Volk
*andrew@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

DATED:  September 19, 2017     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   */s/ Elizabeth J. Cabraser*
    Elizabeth J. Cabraser
*ecabraser@lchb.com*
Steven E. Fineman
*sfineman@lchb.com*
Rachel Geman
*rgeman@lchb.com*
Annika K. Martin
*akmartin@lchb.com*
275 Battery St., 29th Floor
San Francisco, CA 94111
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Co-Lead Counsel with Primary Focus on Economic Loss Cases*

- 2 -

DATED: September 19, 2017      KIRKLAND & ELLIS LLP

By: _____*/s/ Andrew B. Bloomer*_____
    Andrew B. Bloomer, P.C.
*andrew.bloomer@kirkland.com*
Richard C. Godfrey, P.C.
*richard.godfrey@kirkland.com*
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2482
Facsimile: (312) 862-2200

*Counsel for General Motors LLC*

SO ORDERED. The Clerk of Court is directed to terminate Kimberly Smith, David McMaster, Bryan Mettee, Carter Bishop, Gwendolyn Grooms, Randall Pina, Michelle Washington, Cindy Wilson, and Scott Schultz as Plaintiffs in this case.

*[signature]*

September 20, 2017

- 3 -

010440-11 735859 V1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on September 19, 2017, which will send notification of such filing to the e-mail addresses registered.

 *s/ Steve W. Berman*
Steve W. Berman

010440-11  735859 V1

# Exhibit A

# (Filed Under Seal)