**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.,

                    Debtors.

Chapter 11
Case No. 09-50026 (MG)
(Jointly Administered)

## CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case.  I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to General Motors, LLC.  in the above-captioned proceeding.

1.      On September 27, 2017, I caused a true and correct copy of following pleadings to be served via Electronic Mail, to the addresses of the parties set forth in Schedule A:

      a.      Letter Dated September 26, 2017 to Judge Glenn [Dkt. No. 14120]; and

      b.      Letter Dated September 27, 2017 to Judge Martin Glenn Regarding Update on Related Proceedings [Dkt. No. 14121]

2.      Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated:  September 28, 2017
 New York, New York

/s/ Christopher Clark
CHRISTOPHER CLARK

## SCHEDULE A

ACunningham@brownrudnick.com;
abloomer@kirkland.com;
ASteinberg@KSLAW.com;
bobh@hmglawfirm.com;
cioni@sbep-law.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
ecabraser@lchb.com;
esserman@sbep-law.com;
gfox@goodwinlaw.com;
ggillett@gibsondunn.com;
jamestecce@quinnemanuel.com;
jfortney@gibsondunn.com;
Jjudd@andrewsmyers.com;
juliabeskin@quinnemanuel.com;
kmartorana@gibsondunn.com;
leonid.feller@kirkland.com;
Lnorman@andrewsmyers.com;
meggenberger@gibsondunn.com;

mjwilliams@gibsondunn.com;
mkarlan@gibsondunn.com;
neil.eggleston@kirkland.com;
nmoss@akingump.com;
rgeman@lchb.com;
rgodfrey@kirkland.com;
SDavidson@KSLAW.com;
sean@hbsslaw.com;
Steve@hbsslaw.com;
susheelkirpalani@quinnemanuel.com;
tjh@tjhlaw.com;
wweintraub@goodwinlaw.com;
ACunningham@brownrudnick.com;
JForster@brownrudnick.com;
SJason@brownrudnick.com;
JMeyers@brownrudnick.com;
HSteel@brownrudnick.com;
EWeisfelner@brownrudnick.com

2