**BROWN**RUDNICK

EDWARD S. WEISFELNER
direct dial: (212) 209-4900
fax: (212) 209-4801
eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

October 2, 2017

**VIA ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

**RE:** **In re Motors Liquidation Company, et al., Case No. 09-50026 (MG)**

Dear Judge Glenn:

Pursuant to Judge Gerber's Endorsed Order, dated May 5, 2015 [ECF No. 13131], Plaintiffs write to provide the Court with an update of recent filings in the District Court in MDL 2543. In response to the letter filed by New GM, see Exhibit A to the *Letter Regarding Update on Related Proceedings*, dated Sept. 26, 2017 [ECF No. 14120], today, October 2, 2017, Co-Lead Counsel with primary responsibility for economic loss cases filed the letter attached hereto as **Exhibit A** and Co-Lead Counsel with primary responsibility for personal injury and wrongful death cases filed the letter attached hereto as **Exhibit B**.

Respectfully submitted,

 */s/ Edward S. Weisfelner*
Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com


Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: 206-623-7292
steve@hbsslaw.com
Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the MDL Court*

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Ignition Switch Pre-Closing Accident
Plaintiffs Represented By Hilliard Muñoz Gonzales
L.L.P.*


        Robert Hilliard
        HILLIARD MUÑOZ GONZALES LLP
        719 South Shoreline, Suite 500
        Corpus Christi, Texas 78401
        Tel: 361-882-1612
        bobh@hmglawfirm.com

        *Counsel for Certain Ignition Switch Pre-Closing Accident Plaintiffs*

Enclosures

cc:    Counsel of Record via CM/ECF