**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

October 3, 2017

**VIA ELECTRONIC CASE FILING & HAND DELIVERY**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY  10004

Re:   **In re Motors Liquidation Co., et al., Case No. 09-50026 (MG) (Bankr. S.D.N.Y.);
Letter Regarding Update On Related Proceedings**

Dear Judge Glenn:

We are co-counsel to General Motors LLC ("**New GM**") with King & Spalding LLP and Kirkland & Ellis LLP in the above-referenced matter.

Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [ECF No. 13131], New GM writes to update the Court regarding developments in proceedings related to New GM. Specifically, today, October 3, 2017, New GM filed a letter in MDL 2543 [ECF No. 4667].

A copy of the MDL letter is attached hereto as **Exhibit "A."**

Respectfully submitted,

James C. Tecce

cc:    Mitchell A. Karlin, Esq. (counsel to GUC Trust)
       Jonathan Fourtney, Esq. (counsel to GUC Trust)
       Steve W. Berman, Esq. (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)
       Elizabeth J. Cabraser, Esq. (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)
       William P. Weintraub, Esq. (counsel to Ignition Switch Pre-Closing Accident Plaintiffs)
       Gregory W. Fox, Esq. (counsel to Ignition Switch Pre-Closing Accident Plaintiffs)
       Edward S. Weisfelner, Esq. (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)
       Howard S. Steel, Esq. (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)
       Sander L. Esserman (counsel to Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs)
       Daniel H. Golden (counsel to Participating Unitholders)
       Deborah Newman (counsel to Participating Unitholders)
       Richard Hilliard, Esq. (counsel to Certain Ignition Switch Pre-Closing Accident Plaintiffs)
       Richard C. Godfrey, P.C. (counsel to New GM)
       Andrew B. Bloomer, P.C. (counsel to New GM)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

Leonid Feller, P.C. (counsel to New GM)
Arthur J. Steinberg, Esq. (counsel to New GM)
David Fine, Esq. (counsel to New GM)
Scott Davidson, Esq. (counsel to New GM)