**HILLIARD MARTINEZ GONZALES LLP**
TRIAL ATTORNEYS

October 4, 2017

VIA ELECTRONIC COURT FILING

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Re:    In re Motors Liquidation Company, Case No. 09-50026 (MG)

Dear Judge Glenn:

I write regarding the proposed December 18, 19, and 20th trial dates.

As I am traveling to New York for the pre-trial conference on the 11th (and as my 7 year old daughter has her Christmas play on the 19th), I write to inquire if the Court is available and would consider having the trial on the 13th, 14th and 15th of December? If not, please do no move the proposed dates on my account as I will make it work.

Respectfully Submitted,

/s/*Robert C. Hilliard*
Robert C. Hilliard
HILLIARD MUÑOZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

*Counsel for Certain Pre-Closing Accident Plaintiffs*