KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ---------------------------------------------------------------X | | |
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.: 09-50026 (MG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ---------------------------------------------------------------x | | |

# GENERAL MOTORS LLC'S COUNTER–DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL REGARDING THE APPEAL OF THE BANKRUPTCY COURT'S AUGUST 31, 2017 OPINION [ECF NO. 14087]

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), General Motors LLC ("**New GM**") submits this counter-designation of additional items to be included in the record on appeal in connection with the appeal of the *Memorandum Opinion and Order Enforcing Provisions of Sale Order Regarding Assumption of Product Liability Claims of Kaitlyn Reichwaldt*, dated August 31, 2017 [ECF No. 14087] (the "**August 2017 Opinion**").

## COUNTER-DESIGNATION OF RECORD

In addition to the items designated by Appellant in her *Statement of Issues and Designation of Record on Appeal* [ECF No. 14123], New GM submits the following designation of additional items to be included in the record on appeal of the August 2017 Opinion (including any exhibit, annex, appendix or addendum thereto):

| Item No. | Date Filed | Description | Docket No. |
|---|---|---|---|
| 1. | 12/4/2015 | Judgment of the Bankruptcy Court, dated December 4, 2015. | 13563 |
| 2. | 12/13/2016 | Order to Show Cause Regarding Certain Issues Arising From Lawsuits With Claims Asserted Against General Motors LLC ("New GM") That Involve Vehicles Manufactured by General Motors Corporation ("Old GM"). | 13802 |
| 3. | 12/21/2016 | Certificate of Service of the Order to Show Cause Regarding Certain Issues Arising From Lawsuits With Claims Asserted Against General Motors LLC (New GM) That Involve Vehicles Manufactured By General Motors Corporation (Old GM), entered on December 13, 2016. | 13804 |
| 4. | 2/27/2017 | Opening Brief by General Motors LLC on the 2016 Threshold Issues Set Forth in the Order to Show Cause, Dated December 13, 2016 (Except for the Late Proof of Claim Issue). | 13865 |
| 5. | 2/27/2017 | Plaintiffs' Joint Opening Brief on the 2016 Threshold Issues. | 13866 |
| 6. | 4/07/2017 | Reply Brief by General Motors LLC on the 2016 Threshold Issues Set Forth in the Order to Show Cause, Dated December 13, 2016 (Except for the Late Proof of Claim Issue). | 13888 |
| 7. | 4/07/2017 | Plaintiffs' Joint Reply Brief on the 2016 Threshold Issues. | 13889 |

Dated: New York, New York
      October 12, 2017               Respectfully submitted,

                              /s/ Arthur Steinberg
                           Arthur Steinberg
                           Scott Davidson
                           KING & SPALDING LLP
                           1185 Avenue of the Americas
                           New York, New York 10036
                           Telephone:  (212) 556-2100
                           Facsimile:   (212) 556-2222

                           -and-

                           Richard C. Godfrey, P.C. (admitted *pro hac vice*)
                           Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
                           KIRKLAND & ELLIS LLP
                           300 North LaSalle
                           Chicago, IL 60654
                           Telephone:  (312) 862-2000
                           Facsimile:   (312) 862-2200

                           *Attorneys for General Motors LLC*