# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

October 19, 2017

**VIA E-MAIL TRANSMISSION**
**AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

Re:   In re Motors Liquidation Company, *et al.*
Case No. 09-50026 (MG)

**Letter Regarding Update on Related Proceedings**

Dear Judge Glenn:

King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in the above-referenced matter.  Pursuant to Judge Gerber's Endorsed Order dated May 5, 2015 [ECF No. 13131], New GM writes to update the Court regarding developments in proceedings relating to New GM.  Specifically, on October 18 and 19, 2017, New GM and co-Lead Counsel filed letters in MDL 2543 regarding the relationship between litigation in the Bankruptcy Court and litigation in MDL 2543.  Specifically, (i) a copy of New GM's letter is attached hereto as **Exhibit "A"**; (ii) a copy of co-Lead Counsel's letter, filed by Hagens Berman/Lieff Cabraser, is attached hereto as **Exhibit "B"**; and (iii) a copy of co-Lead Counsel's letter, filed by Hilliard Munoz Gonzales, is attached hereto as **Exhibit "C."**

Respectfully submitted,

*/s/ Scott Davidson*

Scott Davidson

SD/hs
Encl.

DMSLIBRARY01\21600\162081\31430716.v1-10/19/17