LOEVY & LOEVY
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
David B. Owens (admitted *pro hac vice*)

*Attorney for Roger Dean Gillispie*

**UNITED STATES BAKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

PLEASE TAKE NOTICE that Roger Dean Gillispie, Claimant, hereby appeals under 28 U.S.C. § 158(a)(1) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York from: the *Memorandum Opinion and Order Denying Roger Dean Gillispie's Motion for Leave to Pursue Claims Against General Motors LLC, and, Alternatively, to File a Post-Bar-Date Proof of Claim in the Motors Liquidation Company Bankruptcy*, entered by the United States Bankruptcy Court for the Southern District of New York in the above-referenced case on October 18, 2017 ("**Opinion and Order**") [Dkt. No. 14133]. A copy of the order is attached as Exhibit A.

The names of all parties to the Opinion and Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

1

| ATTORNEY NAME | PARTY NAME |
|---|---|
| LOEVY & LOEVY<br>311 N. Aberdeen St., Third Floor<br>Chicago, IL 60607<br>(312) 243-5900<br>By: David B. Owens (admitted *pro hac vice*) | *Attorney for Roger Dean Gillispie* |
| KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>(212) 556-2100<br>By: Arthur Steinberg, Esq.<br>    Scott Davidson, Esq. | *Attorney for General Motors LLC* |
| KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br>By: Richard C. Godfrey, P.C. (admitted *pro hac vice*)<br>    Andrew B. Bloomer, P.C. (admitted *pro hac vice*) | *Attorney for General Motors LLC* |
| GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-4000<br>By: Adam H. Offenhartz, Esq.<br>    Matthew J. Williams, Esq.<br>    Aric H. Wu, Esq.<br>    Lisa H. Rubin, Esq. | *Attorney for Wilmington Trust Company, as Trustee for and Administrator of the Motors Liquidation Company General Unsecured Creditors Trust* |

Dated: October 26, 2017

s/David B. Owens
David B. Owens
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(P) (312) 243-5900

*Attorney for Roger Dean Gillispie*

2

## **CERTIFICATE OF SERVICE**

This is to certify that on October 26, 2017, I caused to be served a true and correct copy of the foregoing Notice of Appeal by electronic mail on all parties receiving notice via the court's ECF System.

s/David B. Owens
David B. Owens
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(P) (312) 243-5900
(F) (312) 243-5902

*Attorney for Roger Dean Gillispie*
