**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Motors Liquidation Company | CASE NO.: 09–50026–mg |
| aka   Automotive Market Research | |
| aka   NAO Fleet Operations | |
| aka   GMC Truck Division | |
| aka   National Car Rental | |
| aka   GM Corporation–GM Auction Department | |
| aka   GM Corporation | |
| aka   National Car Sales | |
| fka   General Motors Corporation | |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 38–0572515 | CHAPTER: 11 |

---

## NOTICE OF TRANSMITTAL OF RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on September 14, 2017, document number 14104, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 17–cv–8294 assigned to the Honorable William H. Pauley, III.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: October 27, 2017                                       Vito Genna
                                                              Clerk of the Court