# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 10/27/2017 |
| Case: 09−50026−mg | Form ID: tranapl | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Arthur Jay Steinberg     asteinberg@kslaw.com
aty     James E. Butler, Jr.     jim@butlerwooten.com

TOTAL: 2