Rudy Gonzales, Jr. (*pro hac vice* admission pending)
**HILLIARD MARTINEZ GONZALES LLP**
719 S Shoreline Boulevard
Corpus Christi, TX 78401
T: (361) 882-1612
F: (361) 882-3015
E: rudyg@hmglawfirm.com

*Counsel for Certain Pre-Closing Accident Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., et al., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------X

## MOTION TO PRACTICE, *PRO HAC VICE*

I Rudy Gonzales, Jr. request admission, pro hac vice, before the Honorable Martin Glenn. to represent, Certain Pre-Closing Accident Plaintiffs in the above referenced case.

I certify that I am a member of good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Southern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 7, 2017
     Corpus Christi, Texas

Respectfully submitted,

/s/ *Rudy Gonzales, Jr.*
Rudy Gonzales, Jr. (*pro hac vice* admission pending)
**HILLIARD MARTINEZ GONZALES LLP**
719 S Shoreline Boulevard
Corpus Christi, TX 78401
T: (361) 882-1612
F: (361) 882-3015
E: rudyg@hmglawfirm.com

*Counsel for Certain Pre-Closing Accident Plaintiffs*

## CERTIFICATE OF SERVICE

I, Rudy Gonzales, Jr., hereby certify that a true and correct copy of the foregoing *Motion to Practice, Pro Hac Vice* will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system on November 7, 2017.

*/s/ Rudy Gonzales, Jr.*
Rudy Gonzales, Jr.