Rudy Gonzales, Jr. (*pro hac vice* admission pending)
**HILLIARD MARTINEZ GONZALES LLP**
719 S Shoreline Boulevard
Corpus Christi, TX 78401
T: (361) 882-1612
F: (361) 882-3015
E: rudyg@hmglawfirm.com

*Counsel for Certain Pre-Closing Accident Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :     Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :     Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., et al.,                   :
                                                             :
                  Debtors.    :     (Jointly Administered)
-------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Rudy Gonzales, Jr. to be admitted, ***pro hac vice,*** to represent Certain Pre-Closing Accident Plaintiffs (the "Clients"), in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, and the U.S. District Court for the Southern District of Texas, it is hereby

**ORDERED,** that Rudy Gonzales, Jr. is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

                                                           _____
                                                           UNITED STATES BANKRUPTCY JUDGE