**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*,              :
                                                    :
              Debtors.                     :    (Jointly Administered)
------------------------------------------------------------------X

**STIPULATION AND ORDER REGARDING**
**DISCLOSURE OF COMMON INTEREST AGREEMENT**

This Stipulation and Order sets forth the agreement between: (i) the Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs (the "Economic Loss Plaintiffs"); (ii) certain Pre-Closing Accident Plaintiffs (together with the Economic Loss Plaintiffs, the "Plaintiffs"); (iii) Wilmington Trust Company, in its capacity as trustee and administrator (the "GUC Trust"); (iv) the Participating Unitholders; and (v) General Motors LLC (collectively, the "Parties" and each individually, a "Party").

WHEREAS, the Court held a telephonic conference on November 7, 2017 to address a dispute between the GUC Trust and Participating Unitholders regarding the GUC Trust's proposed disclosure of documents covered by a common interest agreement between the GUC Trust and the Participating Unitholders entered into in 2014 (the "CIA"); and

WHEREAS, the Court suggested to the GUC Trust and the Participating Unitholders to produce the CIA subject to a stipulation to be agreed upon by the Parties that disclosure of the CIA would not result in a waiver of any communications protected by the CIA;

IT IS NOW HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties as follows:

1

1. The GUC Trust and/or Participating Unitholders will promptly produce the CIA to the Parties upon the filing of this Stipulation.

2. The Parties agree that the production of the CIA to them does not waive any applicable privilege or protection with respect to the underlying documents and materials covered by the CIA.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Stipulation and Order.

Dated: New York, New York
November 9, 2017

| | |
|---|---|
| By: /s/ Edward S. Weisfelner<br>Edward S. Weisfelner<br>Howard S. Steel<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036<br>Tel: (212) 209-4800 | By: /s/ Steven W. Berman<br>Steven W. Berman (admitted pro hac vice)<br>HAGENS BERMAN SOBOL & SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Tel: (206) 623-7292 |
| By: /s/ Sander L. Esserman<br>Sander L. Esserman<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, PC<br>2323 Bryan Street, Ste 2200<br>Dallas, Texas 75201<br>Tel: (214)-969-4900 | By: /s/ Elizabeth J. Cabraser<br>Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111<br>Tel: (414) 956-1000 |
| *Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* | *Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in MDL Court* |

2

| | |
|---|---|
| By: /s/ William P. Weintraub<br>William P. Weintraub<br>Gregory W. Fox<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel: (212) 813-8800<br><br>*Counsel to Ignition Switch Pre-Closing Accident Plaintiffs Represented By Hilliard Muñoz Gonzales L.L.P.* | By: /s/ Robert Hilliard<br>Robert Hilliard<br>HILLIARD MUÑOZ GONZALES LLP<br>719 South Shoreline, Suite 500<br>Corpus Christi, Texas 78401<br>Tel: (361) 882-1612<br><br>*Counsel for Certain Ignition Switch Pre-Closing Accident Plaintiffs* |
| By: /s/ Mitchell A. Karlan<br>Mitchell A. Karlan<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 351-3800<br><br>*Counsel to the GUC Trust* | By: /s/ Arthur Steinberg<br>Arthur Steinberg<br>Scott Davidson<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212)556-2100 |
| By: /s/ Daniel H. Golden<br>Daniel H. Golden<br>Deborah J. Newman<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 871-1000<br><br>*Counsel to Participating Unitholders* | By: /s/ James C. Tecce<br>James C. Tecce<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000<br><br>*Counsel to General Motors LLC* |

**IT IS SO ORDERED.**

Dated: November 9, 2017
       New York, New York

                                    /s/ Martin Glenn
                                    MARTIN GLENN
                            United States Bankruptcy Judge

3