# EXHIBIT I

Message

| | |
|---|---|
| **From**: | Williams, Matt J. [MJWilliams@gibsondunn.com] |
| **Sent**: | 8/14/2017 11:41:10 PM |
| **To**: | Golden, Daniel [/O=AKINGUMP/OU=NY/cn=Recipients/cn=dgolden] |
| **CC**: | Gillett, Gabriel K. [GGillett@gibsondunn.com]; Newman, Deborah [/O=AKINGUMP/OU=AKINGUMP/cn=Recipients/cn=dnewman]; Moss, Naomi [/O=AKINGUMP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Moss, Naomi937]; Martorana, Keith R. [KMartorana@gibsondunn.com] |
| **Subject**: | Re: Arthur Called (kinda urgent) |

# Redacted

Matthew J. Williams

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193

Tel +1 212.351.2322 • Fax +1 212.351.5232

MJWilliams@gibsondunn.com • www.gibsondunn.com

On Aug 14, 2017, at 7:38 PM, Golden, Daniel <dgolden@AkinGump.com> wrote:

## Redacted

Daniel H. Golden

**AKIN GUMP STRAUSS HAUER & FELD LLP**

One Bryant Park | New York, NY 10036-6745| USA | Direct: +1 212.872.8010 | Internal: 38010

Fax: +1 212.872.1002 |dgolden@akingump.com | akingump.com |Bio

On Aug 14, 2017, at 7:28 PM, Williams, Matt J. <MJWilliams@gibsondunn.com> wrote:

# Redacted

Matthew J. Williams

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193

Tel +1 212.351.2322 • Fax +1 212.351.5232

MJWilliams@gibsondunn.com • www.gibsondunn.com

On Aug 14, 2017, at 7:26 PM, Golden, Daniel <dgolden@AkinGump.com> wrote:

# Redacted

Daniel H. Golden

**AKIN GUMP STRAUSS HAUER & FELD LLP**

CONFIDENTIAL

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010 | Internal: 38010
Fax: +1 212.872.1002 | dgolden@akingump.com | akingump.com | Bio

On Aug 14, 2017, at 7:18 PM, Williams, Matt J. <MJWilliams@gibsondunn.com> wrote:
We just heard from ARTHUR that he apparently just wants to speak with the guck trust representatives. \

> **Redacted**

**Matthew J. Williams**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2322 • Fax +1 212.351.5232
MJWilliams@gibsondunn.com • www.gibsondunn.com


On Aug 14, 2017, at 7:16 PM, Golden, Daniel <dgolden@AkinGump.com> wrote:
Is this meeting confirmed for 10 am tomorrow?
**Daniel H. Golden**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010 | Internal: 38010
Fax: +1 212.872.1002 | dgolden@akingump.com | akingump.com | Bio

On Aug 14, 2017, at 3:46 PM, Gillett, Gabriel K. <GGillett@gibsondunn.com> wrote:

> # Redacted

**Gabriel Gillett**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2656 • Fax +1 212.716.0858
GGillett@gibsondunn.com • www.gibsondunn.com


**From:** Golden, Daniel [mailto:dgolden@AkinGump.com]
**Sent:** Monday, August 14, 2017 3:45 PM
**To:** Williams, Matt J. <MJWilliams@gibsondunn.com>
**Cc:** Gillett, Gabriel K. <GGillett@gibsondunn.com>; Newman, Deborah <djnewman@akingump.com>; Moss, Naomi <nmoss@akingump.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>
**Subject:** RE: Arthur Called (kinda urgent)

> # Redacted

**Daniel H. Golden**

**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park ¦ New York, NY 10036-6745 ¦ USA ¦ Direct: <u>+1 212.872.8010</u> ¦ Internal: <u>38010</u>

Fax: +1 212.872.1002 ¦ <u>dgolden@akingump.com</u> ¦ <u>akingump.com</u> ¦ <u>Bio</u>

**From:** Williams, Matt J. [mailto:<u>MJWilliams@gibsondunn.com</u>]
**Sent:** Monday, August 14, 2017 3:31 PM
**To:** Golden, Daniel
**Cc:** Gillett, Gabriel K.; Newman, Deborah; Moss, Naomi; Martorana, Keith R.
**Subject:** Re: Arthur Called (kinda urgent)

We knew about the call.
**Matthew J. Williams**


GIBSON DUNN


Gibson, Dunn & Crutcher LLP

<u>200 Park Avenue, New York, NY 10166-0193</u>

Tel <u>+1 212.351.2322</u> • Fax <u>+1 212.351.5232</u>

<u>MJWilliams@gibsondunn.com</u> • www.gibsondunn.com


On Aug 14, 2017, at 3:00 PM, Golden, Daniel <<u>dgolden@AkinGump.com</u>> wrote:

10 am works for Debbie and me.

> # Redacted

**Daniel H. Golden**
**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park ¦ New York, NY 10036-6745 ¦ USA ¦ Direct: <u>+1 212.872.8010</u> ¦ Internal: <u>38010</u>

Fax: +1 212.872.1002 ¦ <u>dgolden@akingump.com</u> ¦ <u>akingump.com</u> ¦ <u>Bio</u>

**From:** Gillett, Gabriel K. [mailto:<u>GGillett@gibsondunn.com</u>]
**Sent:** Monday, August 14, 2017 2:55 PM
**To:** Golden, Daniel; Newman, Deborah; Moss, Naomi
**Subject:** Arthur Called (kinda urgent)

Akin team:

Arthur called me a bit ago, **Redacted** He wants one more opportunity to persuade us not to sign the settlement agreement. He said that he wants to come in person, and he wants to have the Kirkland/MDL people on via video. He is essentially free at our convenience for a meeting tomorrow.

> # Redacted

Redacted ved like to host him some time tomorrow 10-12, or 1-430. Do any of those times work for you?

CONFIDENTIAL                                                    AG0006849

Thanks


**Gabriel Gillett**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2656 ◦ Fax +1 212.716.0858
GGillett@gibsondunn.com ◦ www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.