# EXHIBIT J

Message

| From: | Martorana, Keith R. [KMartorana@gibsondunn.com] |
|---|---|
| Sent: | 8/14/2017 7:46:09 PM |
| To: | Steel, Howard S. [HSteel@brownrudnick.com]; Weintraub, William P [WWeintraub@goodwinlaw.com]; Fox, Gregory W. [GFox@goodwinlaw.com]; Golden, Daniel [/O=AKINGUMP/OU=NY/cn=Recipients/cn=dgolden]; Newman, Deborah [/O=AKINGUMP/OU=AKINGUMP/cn=Recipients/cn=dnewman]; Moss, Naomi [/O=AKINGUMP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Moss, Naomi937]; Williams, Matt J. [MJWilliams@gibsondunn.com]; Gillett, Gabriel K. [GGillett@gibsondunn.com]; Chorba, Christopher [CChorba@gibsondunn.com]; bobh@hmglawfirm.com; steve@hilliardshadowenlaw.com; tjh@tjhlaw.com; mehenry@thomasjhenrylaw.com; Lnorman@andrewsmyers.com; kelly@hmglawfirm.com |
| CC: | Weisfelner, Ed (External) [/O=AKINGUMP/OU=AKINGUMP/cn=Recipients/cn=EdWeisfelner]; Steve@hbsslaw.com; ChrisO@hbsslaw.com; ecabraser@lchb.com; Geman, Rachel (External) [/O=AKINGUMP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Rgeman.lchb.com]; esserman@sbep-law.com; Forster, Jill L. [JForster@brownrudnick.com] |
| Subject: | RE: Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408 |

```
On the DTC Notice, the percentage of Unitholders represented by Akin should be 65%.  If you are
controlling the final versions of the documents, can you please make that change?


At this point we do not have any further comments, but are obtaining final sign-off from our client.



Keith Martorana
Of Counsel

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3991 • Fax +1 212.351.6391
  <mailto:KMartorana@gibsondunn.com> KMartorana@gibsondunn.com •
<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.gibsondunn.com&d=DwMGaQ&c=YOHA32qHoO0MIaoXxJhqDw&r=1W0apqPlG3WfTDgwTxQLslffUyy4LSzE0JUO6P5dx7c&m=
ieX6YSGMCGqexCltBiLCOqa1ScuYqPwREBOAI-3v6Rc&s=IiHc9AQQ-fYsKa_28JT7yaCwxlYupGJEVfjq3J-sl4c&e=>
www.gibsondunn.com


From: Steel, Howard S. [mailto:HSteel@brownrudnick.com]
Sent: Monday, August 14, 2017 1:32 PM
To: Weintraub, William P <WWeintraub@goodwinlaw.com>; Fox, Gregory W. <GFox@goodwinlaw.com>;
dgolden@akingump.com; dnewman@akingump.com; nmoss@akingump.com; Williams, Matt J.
<MJWilliams@gibsondunn.com>; Gillett, Gabriel K. <GGillett@gibsondunn.com>; Chorba, Christopher
<CChorba@gibsondunn.com>; bobh@hmglawfirm.com; steve@hilliardshadowenlaw.com; tjh@tjhlaw.com;
mehenry@thomasjhenrylaw.com; Lnorman@andrewsmyers.com; kelly@hmglawfirm.com; Martorana, Keith R.
<KMartorana@gibsondunn.com>
Cc: Weisfelner, Edward S. <EWeisfelner@brownrudnick.com>; Steve@hbsslaw.com; ChrisO@hbsslaw.com;
ecabraser@lchb.com; rgeman@lchb.com; esserman@sbep-law.com; Forster, Jill L. <JForster@brownrudnick.com>
Subject: Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408



SUBJECT TO FRE 408



Please see attached proposed final execution versions of all of the documents.  Redlines are to versions
circulated Friday.
```

Please let us know any comments or questions and confirm when you are signed off.  Thanks.


Howard S. Steel

Brown Rudnick LLP

Seven Times Square

New York, New York 10036

212.209.4917 (direct)

732.757.1898 (cell)

212.938.2806 (direct fax)

 <mailto:hsteel@brownrudnick.com> hsteel@brownrudnick.com

**********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under
applicable law, and is intended only for the use of the individual or entity named above. If the
recipient of this message is not the above-named intended recipient, you are hereby notified that any
dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this
communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US,
001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

**********************************************************************************

       _____

This message may contain confidential and privileged information. If it has been sent to you in error,
please reply to advise the sender of the error and then immediately delete this message.

       _____

CONFIDENTIAL