Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                              :

In re:                        :          Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,  :          Case No.: 09-50026 (MG)

          f/k/a General Motors Corp., et al.,   :

                              :

                    Debtors.    :          (Jointly Administered)

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                          ) ss.:
COUNTY OF NEW YORK    )

    1.     Amy J. Cunningham, being duly sworn, deposes and says:  I am not a party to the

within action, am over 18 years of age and reside in Astoria, New York.

    2.     On the 13th day of November, 2017, I caused to be served a true and correct copy

of the Letter brief to Judge Martin Glenn from Howard S. Steel dated November 13, 2017,

docket number 14146, by filing through the Court's CM/ECF system, which sent notice

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    3.     In addition, on the 13th day of November, 2017, I caused to be served a true and

correct copy of the Letter brief to Judge Martin Glenn from Howard S. Steel dated November 13,

2017, docket number 14146, by electronic email upon the parties listed in Exhibit A.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
14th day of November, 2017.

/s/ Vicki A. Goldstein
Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2019

# __EXHIBIT A__

abloomer@kirkland.com
anne@hilliardshadowenlaw.com
asteinberg@kslaw.com
bobh@hmglawfirm.com
Carrie@hbsslaw.com
dgolden@AkinGump.com
djnewman@akingump.com'
ecabraser@lchb.com
esserman@sbep-law.com
jamestecce@quinnemanuel.com
JFortney@gibsondunn.com'
jkane@akingump.com
jordanharap@quinnemanuel.com
juliabeskin@quinnemanuel.com
jwoodson@akingump.com
kashley@hmglawfirm.com
LAkers@hmglawfirm.com
lauren@hmglawfirm.com
ldobson@thomasjhenrylaw.com
Lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com'
MEggenberger@gibsondunn.com
MKarlan@gibsondunn.com
Nick@hbsslaw.com
rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
Sean@hbsslaw.com'
Steve@hbsslaw.com
susheelkirpalani@quinnemanuel.com
tjhenry@thomasjhenrylaw.com
WWeintraub@goodwinlaw.com

62910397 v1