Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No.: 09-50026 (MG)
      f/k/a General Motors Corp., et al.,             :
                                                            :
                            Debtors.          :    (Jointly Administered)
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

| STATE OF NEW YORK | ) |
|---|---|
|  | ) ss.: |
| COUNTY OF NEW YORK | ) |

    1.    Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

    2.    On the 13th day of November, 2017, I caused to be served a true and correct copy of (i) The Signatory Plaintiffs' And Participating Unitholders' Opening Brief Regarding New GM's Phase 1 Standing and (ii) Declaration of Edward S. Weisfelner in Support of The Signatory Plaintiffs' And Participating Unitholders' Opening Brief Regarding New GM's Phase 1 Standing, with exhibits A through O thereto, docket numbers 14150 and 14151, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

1

3. In addition, on the 13th day of November, 2017, I caused to be served a true and correct copy of (i) The Signatory Plaintiffs' And Participating Unitholders' Opening Brief Regarding New GM's Phase 1 Standing and (ii) Declaration of Edward S. Weisfelner in Support of The Signatory Plaintiffs' And Participating Unitholders' Opening Brief Regarding New GM's Phase 1 Standing, with exhibits A through O thereto, docket numbers 14150 and 14151, by electronic email upon the parties listed in Exhibit A.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
14th day of November, 2017.

/s/ Vicki A. Goldstein
Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2019

# **EXHIBIT A**

abloomer@kirkland.com
anne@hilliardshadowenlaw.com
asteinberg@kslaw.com
bobh@hmglawfirm.com
Carrie@hbsslaw.com
dgolden@AkinGump.com
djnewman@akingump.com'
ecabraser@lchb.com
esserman@sbep-law.com
jamestecce@quinnemanuel.com
JFortney@gibsondunn.com'
jkane@akingump.com
jordanharap@quinnemanuel.com
juliabeskin@quinnemanuel.com
jwoodson@akingump.com
kashley@hmglawfirm.com
LAkers@hmglawfirm.com
lauren@hmglawfirm.com
ldobson@thomasjhenrylaw.com
Lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com'
MEggenberger@gibsondunn.com
MKarlan@gibsondunn.com
Nick@hbsslaw.com
rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
Sean@hbsslaw.com'
Steve@hbsslaw.com
susheelkirpalani@quinnemanuel.com
tjhenry@thomasjhenrylaw.com
WWeintraub@goodwinlaw.com

62910365 v1