**BROWN**RUDNICK

EDWARD S. WEISFELNER

direct dial: (212) 209-4900

fax: (212) 209-4801

hsteel@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

November 17, 2017

<u>VIA ECF FILING</u>

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

RE:   <u>In re Motors Liquidation Company, et al., Case No. 09-50026 (MG)</u>

Dear Judge Glenn:

The undersigned Plaintiffs' counsel respond to the GUC Trust's *Letter Brief re: Trial Witness Disqualification*, dated Nov. 16, 2017 [ECF No. 14160] (the "<u>DQ Letter</u>") as follows:

As a matter of law, the GUC Trust's request in the DQ Letter to disqualify any attorney who may be a witness at the upcoming ***bench*** trial is dubious.  See <u>H.H.B.K. 45th Street Corp. v. Stern</u>, 551 N.Y.S.2d 517, 518 (N.Y. App. Div. 1990) (denying disqualification motion in bench trial because, *inter alia*, the court is able to "accord[ ] proper weight to an attorney's testimony"); <u>Salomone v. Abramson</u>, 5 N.Y.S.3d 838, 850 (N.Y. Sup. Ct. 2015) (explaining that while it is problematic for "an attorney to advocate his own credibility before a jury," this concern does not exist in a bench trial); <u>In re Oxbow Carbon LLC Unitholder Litig.</u>, No. CV 12447-VCL, 2017 WL 3207155, at *7 (Del. Ch. July 28, 2017) (explaining that in a bench trial, the attorney's "testimony will not undermine the fairness of the proceedings" because the judge "understand[s] the difference between [the attorney's] role as a fact witness and his competing role as counsel").

Moreover, it contradicts the GUC Trust's and New GM's agreement "not [to] move to disqualify any law firm on the basis of the Rule 3.7 of the Model Rules of Professional Conduct, the witness advocate rule."  See *Pre-Trial Stipulation and Scheduling Order*, dated Oct. 11, 2017 [ECF No. 14130] at ¶ 7.

Despite the clarity of the Pre-Trial Stipulation and Scheduling Order; the Court's encouragement that the parties be constructive on this issue; and a meet and confer on November 16, 2017, the GUC Trust continues to press disqualification.

Brown Rudnick LLP   Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



Accordingly, to avoid the appearance of any improprieties, the Plaintiffs are willing to limit the role of attorney-witnesses, if the Court has any concerns, and as it deems appropriate.

Respectfully submitted,

_/s/_ Edward S. Weisfelner
Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

_Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court_

Steve W. Berman (admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

_Co-Lead Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the MDL Court_

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Those Certain Pre-Closing
Accident Plaintiffs Represented By Hilliard
Muñoz Gonzales L.L.P. and the Law Offices
of Thomas J. Henry*

Robert Hilliard, Esq.
HILLIARD MUñOZ GONZALES LLP
719 South Shoreline
Suite 500
Corpus Christi, TX 78401
Tel: 361-882-1612
bobh@hmglawfirm.com

*Counsel to Certain Pre-Closing Accident Plaintiffs*

Thomas J. Henry, Esq.
THE LAW OFFICES OF THOMAS J. HENRY
4715 Fredricksburg, Suite 507
San Antonio, TX 78229

*Counsel to Certain Pre-Closing Accident Plaintiffs*

Lisa M. Norman (admitted *pro hac vice*)
ANDREWS MYERS, P.C.
1885 St. James Place, 15th Floor
Houston, Texas 77056
Tel: 713-850-4200
Lnorman@andrewsmyers.com

*Counsel to Certain Pre-Closing Accident Plaintiffs*

cc:     Counsel of Record via CM/ECF