LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
David B. Owens (admitted *pro hac vice*)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No.: 09-50026 (MG) |
|   f/k/a General Motors Corp., *et. al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| ----------------------------------------------------------- x | | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on November 20, 2017, I caused to be served a true and correct copy

of the *Designation of Items to Be Included in the Record on Appeal and a Statement of Issues to*

*Be Presented* [Dkt. No. 14163] by electronic mail on all parties receiving notice via the court's

ECF System.

Dated: November 20, 2017

_____
David B. Owens
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, Illinois 60607
312-243-5900

*Attorneys for Roger Dean Gillispie*