UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                       :

In re:                                :                Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,    :                Case No.: 09-50026 (MG)

        f/k/a General Motors Corp., et al.,   :

                                   :

                          Debtors.    :                (Jointly Administered)

---------------------------------------------------------------X

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Rudy Gonzales, Jr. to be admitted, ***pro hac vice,*** to represent Certain Pre-Closing Accident Plaintiffs (the "Clients"), in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, and the U.S. District Court for the Southern District of Texas, it is hereby

**ORDERED,** that Rudy Gonzales, Jr. is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **November 21, 2017**

      New York, New York

                                  **/s/Martin Glenn**
                              UNITED STATES BANKRUPTCY JUDGE