# Exhibit L

| | |
|---|---|
| Message | |
| From: | Steel, Howard S. [HSteel@brownrudnick.com] |
| Sent: | 8/16/2017 09:43:09 |
| To: | Moss, Naomi [nmoss@akingump.com]; Martorana, Keith R. [KMartorana@gibsondunn.com] |
| Subject: | Motors |

When are we actually signing agreement / would think before conference –

Howard S. Steel
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
212.209.4917 (direct)
732.757.1898 (cell)
212.938.2806 (direct fax)
hsteel@brownrudnick.com

****************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

****************************************************************

EXHIBIT
15
11/8/17  WH

CONFIDENTIAL                                                                                                                        GUC_0005630