# Exhibit P

**INTENTIONALLY LEFT BLANK**