# Exhibit Q

**To:** "Steinberg, Arthur (External)" <asteinberg@kslaw.com>
**CC:** "Weisfelner, Ed (External)" <eweisfelner@brownrudnick.com>, Howard Steel <hsteel@brownrudnick.com>, "Newman, Deborah" <djnewman@akingump.com>, "Moss, Naomi" <nmoss@akingump.com>, "Martorana, Keith R." <KMartorana@gibsondunn.com>, "Williams, Matt J." <MJWilliams@gibsondunn.com>, "Lnorman@andrewsmyers.com" <Lnorman@andrewsmyers.com>, "'Weintraub, William P'" <WWeintraub@goodwinlaw.com>
**Subject:** GM
**From:** "Golden, Daniel" <dgolden@AkinGump.com>
**Date:** 2017-08-14 10:12:19 -0400

---

Arthur: As we discussed late last week, we have now scheduled a chambers conference with J Glenn for this Thursday at 3 pm to preview with J Glenn the proposed settlement as between the GUC trust, on the one hand, and counsel for the economic loss plaintiffs and counsel for pre sale personal injury/wrongful death claimants, on the other hand. You had previously indicated you were free that day. As I mentioned on last week's call we will be asking new GM to turn over to the noticing agent for the GUC trust all of the names and addressed of those parties to whom new GM issued the recalls to as well as the names and addresses of those parties/counsel who have instituted suit against new GM based on alleged recall related defects. It is our expectation to send to you the final draft of the settlement documents at some point today. Please reach out if you have any questions.

**Daniel H. Golden**
A    K    I    N    G    U    M    P    S ᴛ ʀ ᴀ ᴜ    S    S    H    A    U    E    R    &    F    E    L    D
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010 | Internal: 38010
Fax: +1 212.872.1002 | dgolden@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

BR005531