# Exhibit S

| | |
|---|---|
| **To:** | Vanaskey, David[DVanaskey@WilmingtonTrust.com] |
| **Cc:** | Peter Alderman[palderman@goldentree.com]; Adam Tuckman[atuckman@goldentree.com] |
| **From:** | Robby Tennenbaum |
| **Sent:** | Wed 8/16/2017 6:18:35 PM |
| **Subject:** | MTLQU Ignition Switch Settlement |

David,

We are a member of the ad hoc group of unitholders in the GUC Trust. Akin Gump has informed us that the GUC Trust will not be proceeding with the proposed settlement with the ignition switch plaintiffs and is instead considering entering into an alternative settlement with New GM in advance of tomorrow's hearing. We believe that abandoning a transaction that is supported by a group representing a majority of the outstanding units in favor of a deal that is likely to face a strident objection from unitholders would be both ill-advised and potentially contravene the GUC Trust Administrator's fiduciary duties, and reserve all rights in this regard. We hope that you will reconsider this path and immediately engage in a constructive dialogue with our group before entering into an alternative proposal that may trigger litigation to the detriment of everyone involved.

Robby Tennenbaum
GoldenTree Asset Management LP
300 Park Avenue, 20th Floor
New York, NY 10022
Tel:  212-847-3439 | Cell: 917-207-7958
rtennenbaum@goldentree.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this message in error, please contact the sender and delete this message.