# Exhibit V

**THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL.**