# Exhibit Z

**THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL.**