# Exhibit BB

| | |
|---|---|
| **Message** | |
| From: | Williams, Matt J. [MJWilliams@gibsondunn.com] |
| Sent: | 8/9/2017 21:47:14 |
| To: | Steel, Howard S. [HSteel@brownrudnick.com] |
| CC: | Golden, Daniel [dgolden@AkinGump.com]; Moss, Naomi [nmoss@akingump.com]; Newman, Deborah [djnewman@akingump.com]; Martorana, Keith R. [KMartorana@gibsondunn.com]; Weisfelner, Edward S. [EWeisfelner@brownrudnick.com]; Steve Berman [Steve@hbsslaw.com]; Chris O'Hara (ChrisO@hbsslaw.com) [ChrisO@hbsslaw.com]; Elizabeth Cabraser (ecabraser@lchb.com) [ecabraser@lchb.com]; Geman, Rachel [rgeman@lchb.com] |
| Subject: | Re: GM noticing costs |

Anything over the (5/6) cap needs to be paid directly by plaintiffs, not out of the 15mm. (We aren't fronting anything more than the (5/6) for notice costs.

**Matthew J. Williams**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2322 • Fax +1 212.351.5232
MJWilliams@gibsondunn.com • www.gibsondunn.com


On Aug 9, 2017, at 7:47 PM, Steel, Howard S. <HSteel@brownrudnick.com> wrote:


Subject to correction by Leads here, believe it's:

bigger postcard and related postage; inclusion and access to Polk and related data

Epiq is plaintiffs' preferred - proven in auto (VW, Takata etc.)

Any overage out of 15


Howard S. Steel
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
212.209.4917 (direct)
732.757.1898 (cell)
212.938.2806 (direct fax)
hsteel@brownrudnick.com

> **From:** Golden, Daniel [mailto:dgolden@AkinGump.com]
> **Sent:** Wednesday, August 09, 2017 1:01 PM
> **To:** Steel, Howard S.
> **Cc:** Moss, Naomi; Newman, Deborah; Martorana, Keith R.; Williams, Matt J.
> **Subject:** GM noticing costs
>
> **External E-mail. Use caution accessing links or attachments.**

CONFIDENTIAL                                                                 GUC_0005846

Howie, can you please explain why the proposed Epic noticing costs are more than $1.5 mm than the KCC proposed costs ($6.5 mm vs $4.9 mm)?  Do the plaintiffs care which firm we use.  If we went with Epic are counsel for the signatory plaintiffs prepared to pay the costs over $6mm

**Daniel H. Golden**
**AKIN GUMP STRAUSS HAUER & FELD LLP**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010 | Internal: 38010
Fax: +1 212.872.1002 | dgolden@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

******************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

******************************************************************