# Exhibit CC

Message

| | |
|---|---|
| **From:** | Weisfelner, Edward S. [EWeisfelner@brownrudnick.com] |
| **Sent:** | 8/10/2017 09:33:42 |
| **To:** | 'Weintraub, William P' [WWeintraub@goodwinlaw.com]; Golden, Daniel [dgolden@AkinGump.com]; Moss, Naomi [nmoss@akingump.com] |
| **CC:** | Sander L. Esserman [Esserman@sbep-law.com]; Gillett, Gabriel K. [GGillett@gibsondunn.com]; Steel, Howard S. [HSteel@brownrudnick.com]; Briana L. Cioni [cioni@sbep-law.com]; Steve Berman [Steve@hbsslaw.com]; Martorana, Keith R. [KMartorana@gibsondunn.com]; Forster, Jill L. [JForster@brownrudnick.com]; Newman, Deborah [djnewman@akingump.com]; Williams, Matt J. [MJWilliams@gibsondunn.com]; Chorba, Christopher [CChorba@gibsondunn.com]; Fox, Gregory W. [GFox@goodwinlaw.com]; Bob Hilliard [bobh@hmglawfirm.com]; Steve Shadowen [steve@hilliardshadowenlaw.com]; Thomas J. Henry [tjh@tjhlaw.com]; Lnorman@andrewsmyers.com; Chris O'Hara [ChrisO@hbsslaw.com]; Elizabeth Cabraser [ecabraser@lchb.com]; Geman, Rachel (External) [rgeman@lchb.com]; Michael E. Henry [mehenry@thomasjhenrylaw.com] |
| **Subject:** | RE: Motors - GUC Settlement (FRE 408) |

Boys . . .be nice; lots of hard work and we are on the verge of being done

---

**From:** Weintraub, William P [mailto:WWeintraub@goodwinlaw.com]
**Sent:** Thursday, August 10, 2017 9:17 AM
**To:** Golden, Daniel; Moss, Naomi
**Cc:** Sander L. Esserman; Gillett, Gabriel K.; Steel, Howard S.; Briana L. Cioni; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com; Weisfelner, Edward S.; Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); Michael E. Henry
**Subject:** RE: Motors - GUC Settlement (FRE 408)

External E-mail. Use caution accessing links or attachments.

---

......to schedule.

---

**From:** Golden, Daniel [mailto:dgolden@AkinGump.com]
**Sent:** Thursday, August 10, 2017 9:10 AM
**To:** Moss, Naomi
**Cc:** Sander L. Esserman; Weintraub, William P; Gillett, Gabriel K.; Steel, Howard S.; Briana L. Cioni; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); Michael E. Henry
**Subject:** Re: Motors - GUC Settlement (FRE 408)

Don't worry, it is unlikely this call should take an hour

**Daniel H. Golden**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745| USA | Direct: +1 212.872.8010 | Internal: 38010
Fax: +1 212.872.1002 |dgolden@akingump.com | akingump.com |Bio

On Aug 10, 2017, at 9:04 AM, Moss, Naomi <nmoss@akingump.com> wrote:

Apologies, due to scheduling conflicts, we need to do the call from 3-4pm ET. An updated calendar invite will follow.

EXHIBIT
57
11/16/17 WH
PENGAD 800-631-6989

Naomi Moss
Direct: +1 212.872.1044 | Internal: 31044

-----Original Message-----
From: Sander L. Esserman [mailto:Esserman@sbep-law.com]
Sent: Thursday, August 10, 2017 8:13 AM
To: Moss, Naomi; Weintraub, William P; Gillett, Gabriel K.; Steel, Howard S.; Briana L. Cioni
Cc: Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); Michael E. Henry
Subject: RE: Motors - GUC Settlement (FRE 408)

Adding Briana Cioni--please make sure she gets an invite also, thanks.

Sandy

From: Moss, Naomi [nmoss@akingump.com]
Sent: Thursday, August 10, 2017 7:11 AM
To: Weintraub, William P; Gillett, Gabriel K.; Sander L. Esserman; Steel, Howard S.
Cc: Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); Michael E. Henry
Subject: RE: Motors - GUC Settlement (FRE 408)

Does 2-3pm ET not work for anyone?

Naomi Moss
Direct: +1 212.872.1044<tel:1212.872.1044> | Internal: 31044<tel:31044>

From: Weintraub, William P [mailto:WWeintraub@goodwinlaw.com]
Sent: Thursday, August 10, 2017 7:45 AM
To: Moss, Naomi; Gillett, Gabriel K.; Sander L. Esserman; Steel, Howard S.
Cc: Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); Michael E. Henry
Subject: RE: Motors - GUC Settlement (FRE 408)

2 or 3 works for me.  Adding Mike Henry to this email chain.  Please make sure he get a calendar invite.

From: Moss, Naomi [mailto:nmoss@akingump.com]
Sent: Thursday, August 10, 2017 7:44 AM
To: Gillett, Gabriel K.; Sander L. Esserman; Steel, Howard S.
Cc: Weintraub, William P; Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com>; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External)

GUC_0001905

Subject: RE: Motors - GUC Settlement (FRE 408)

Please let us know if there are times between 2-4pm ET that work for people.  Thanks.

Naomi Moss
Direct: +1 212.872.1044<tel:1212.872.1044> | Internal: 31044<tel:31044>


-----Original Message-----
From: Gillett, Gabriel K. [mailto:GGillett@gibsondunn.com]
Sent: Wednesday, August 09, 2017 10:24 PM
To: Sander L. Esserman; Steel, Howard S.
Cc: Weintraub, William P; Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster,
Jill L.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Chorba, Christopher; Fox,
Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry;
Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com>; Weisfelner, Ed
(External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External)
Subject: RE: Motors - GUC Settlement (FRE 408)


Unfortunately a conflict has come up for us that we cannot move.  We could do any time
after 2 PM.  Sorry for the inconvenience.



Gabriel Gillett



GIBSON DUNN



Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193 Tel +1 212.351.2656 * Fax +1
212.716.0858 GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com> *
www.gibsondunn.com<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.gibsondunn.com&d=DwMF-
g&c=YOHA32qHoO0MIaoXxJhqDw&r=0l3coMu4T2Br7N_Q99hbWIYaN7G4bfPQE
NDMG0AtRGs&m=B6bQBXZJMNXrE4j3IPqlmKSAOgWtTUFlOUjOSSrAX_E&s=K
fJ7aW2pLGxB6d_0JFVQbOQDY1SBm3BLwLlg4h2h9gM&e=>



-----Original Message-----

CONFIDENTIAL                                                      GUC_0001906

From: Sander L. Esserman [mailto:Esserman@sbep-law.com]

Sent: Wednesday, August 9, 2017 9:42 PM

To: Steel, Howard S.
<HSteel@brownrudnick.com<mailto:HSteel@brownrudnick.com>>

Cc: Weintraub, William P
<WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com>>; Golden,
Daniel <dgolden@AkinGump.com<mailto:dgolden@AkinGump.com>>; Steve Berman
<Steve@hbsslaw.com<mailto:Steve@hbsslaw.com>>; Martorana, Keith R.
<KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com>>; Forster, Jill
L. <JForster@brownrudnick.com<mailto:JForster@brownrudnick.com>>; Newman,
Deborah <djnewman@akingump.com<mailto:djnewman@akingump.com>>; Moss,
Naomi <nmoss@akingump.com<mailto:nmoss@akingump.com>>; Williams, Matt J.
<MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com>>; Gillett,
Gabriel K. <GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com>>; Chorba,
Christopher <CChorba@gibsondunn.com<mailto:CChorba@gibsondunn.com>>; Fox,
Gregory W. <GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com>>; Bob Hilliard
<bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com>>; Steve Shadowen
<steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com>>; Thomas
J. Henry <tjh@tjhlaw.com<mailto:tjh@tjhlaw.com>>;
Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com>>; Weisfelner,
Edward S.
<EWeisfelner@brownrudnick.com<mailto:EWeisfelner@brownrudnick.com>>; Chris
O'Hara <ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com>>; Elizabeth Cabraser
<ecabraser@lchb.com<mailto:ecabraser@lchb.com>>; Geman, Rachel (External)
<rgeman@lchb.com<mailto:rgeman@lchb.com>>

Subject: Re: Motors - GUC Settlement (FRE 408)


I will not be able to make the call but will catch up with Howie on Friday.

Thanks,


Sandy.


Sander Esserman

Stutzman, Bromberg, Esserman & Plifka,

A Professional Corporation

2323 Bryan Street, Suite 2200<x-apple-data-detectors://0/0>

Dallas, Texas 75201-2689<x-apple-data-detectors://0/0>

CONFIDENTIAL

Telephone: (214) 969-4910<tel:%28214%29%20969-4910>

Facsimile: (214) 969-4999<tel:%28214%29%20969-4999>

Email: esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

This e-mail message, including any attachments, is intended only for the confidential use of the recipient(s) named above and, if intended as an attorney-client communication and/or work product, should be considered privileged and confidential. If you have received this message in error, please notify us by reply e-mail and then delete the original message. Nothing contained in this email message nor any attachment shall satisfy the requirements for a writing nor constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, Uniform Electronic Transactions Act nor any other law, rule or regulation, now or hereafter in effect, governing electronic transactions.

On Aug 9, 2017, at 2:01 PM, Steel, Howard S. <HSteel@brownrudnick.com<mailto:HSteel@brownrudnick.com<mailto:HSteel@brownrudnick.com%3cmailto:HSteel@brownrudnick.com>>> wrote:

Works for BR

Howard S. Steel

Brown Rudnick LLP

CONFIDENTIAL

Seven Times Square

New York, New York 10036

212.209.4917 (direct)

732.757.1898 (cell)

212.938.2806 (direct fax)

hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com%3cmailto:hsteel@brownrudnick.com>>

From: Weintraub, William P [mailto:WWeintraub@goodwinlaw.com]

Sent: Wednesday, August 09, 2017 1:55 PM

To: Golden, Daniel; Steve Berman; Martorana, Keith R.; Steel, Howard S.; Forster, Jill L.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com%3cmailto:cchorba@gibsondunn.com>>; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com%3cmailto:Lnorman@andrewsmyers.com>>

Cc: Weisfelner, Edward S.; Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)

External E-mail. Use caution accessing links or attachments.

_____

Okay.

From: Golden, Daniel [mailto:dgolden@AkinGump.com]<mailto:[mailto:dgolden@AkinGump.com]>

GUC_0001909

Sent: Wednesday, August 09, 2017 12:46 PM

To: Steve Berman; Martorana, Keith R.; Howard Steel; Weintraub, William P; Forster, Jill L.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com%3cmailto:cchorba@gibsondunn.com>>; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com%3cmailto:Lnorman@andrewsmyers.com>>

Cc: Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


In light of Steve Berman's response does 11 am Eastern tomorrow work?


Daniel H. Golden

AKIN GUMP STRAUSS HAUER & FELD LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010<tel:1212.872.8010> | Internal: 38010<tel:38010>

Fax: +1 212.872.1002 | dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:dgolden@akingump.com>> | akingump.com<http://www.akingump.com> | Bio<http://www.akingump.com/dgolden>


From: Steve Berman [mailto:Steve@hbsslaw.com]

Sent: Wednesday, August 09, 2017 12:42 PM

To: Golden, Daniel; Martorana, Keith R.; Howard Steel; 'Weintraub, William P'; Forster, Jill L.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com%3cmailto:cchorba@gibsondunn.com>>; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com%3cmailto:Lnorman@andrewsmyers.com>>

Cc: Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

CONFIDENTIAL

Subject: RE: Motors - GUC Settlement (FRE 408)

Dan

I am travelling from Seattle to nyc for the Friday gm status in the mdl  so that doesn't work

Can we do this at 8am pst or 9pst

Steve Berman | Hagens Berman Sobol Shapiro LLP | Direct: (206) 268-9320

From: Golden, Daniel [mailto:dgolden@AkinGump.com]

Sent: Wednesday, August 9, 2017 9:35 AM

To: Martorana, Keith R.
<KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartor
ana@gibsondunn.com%3cmailto:KMartorana@gibsondunn.com>>>; Howard Steel
<hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com<mailto:hsteel@brownru
dnick.com%3cmailto:hsteel@brownrudnick.com>>>; 'Weintraub, William P'
<WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com<mailto:WWei
ntraub@goodwinlaw.com%3cmailto:WWeintraub@goodwinlaw.com>>>; Forster, Jill L.
<JForster@brownrudnick.com<mailto:JForster@brownrudnick.com<mailto:JForster@br
ownrudnick.com%3cmailto:JForster@brownrudnick.com>>>; Newman, Deborah
<djnewman@akingump.com<mailto:djnewman@akingump.com<mailto:djnewman@aki
ngump.com%3cmailto:djnewman@akingump.com>>>; Moss, Naomi
<nmoss@akingump.com<mailto:nmoss@akingump.com<mailto:nmoss@akingump.com
%3cmailto:nmoss@akingump.com>>>; Williams, Matt J.
<MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com<mailto:MJWilli
ams@gibsondunn.com%3cmailto:MJWilliams@gibsondunn.com>>>; Gillett, Gabriel K.
<GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com<mailto:GGillett@gibson
dunn.com%3cmailto:GGillett@gibsondunn.com>>>;
cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com<mailto:cchorba@gibsondu
nn.com%3cmailto:cchorba@gibsondunn.com>>; Fox, Gregory W.
<GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.
com%3cmailto:GFox@goodwinlaw.com>>>; Bob Hilliard
<bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.c
om%3cmailto:bobh@hmglawfirm.com>>>; Steve Shadowen
<steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com<mailto:steve
@hilliardshadowenlaw.com%3cmailto:steve@hilliardshadowenlaw.com>>>; Thomas J.

Henry
<tjh@tjhlaw.com<mailto:tjh@tjhlaw.com<mailto:tjh@tjhlaw.com%3cmailto:tjh@tjhlaw.com>>>;
Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com%3cmailto:Lnorman@andrewsmyers.com>>

Cc: Edward Weisfelner
<eweisfelner@brownrudnick.com<mailto:eweisfelner@brownrudnick.com<mailto:eweisfelner@brownrudnick.com%3cmailto:eweisfelner@brownrudnick.com>>>; Steve
Berman
<Steve@hbsslaw.com<mailto:Steve@hbsslaw.com<mailto:Steve@hbsslaw.com%3cmailto:Steve@hbsslaw.com>>>; Chris O'Hara
<ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3cmailto:ChrisO@hbsslaw.com>>>; Elizabeth Cabraser
<ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmailto:ecabraser@lchb.com>>>; Geman, Rachel (External)
<rgeman@lchb.com<mailto:rgeman@lchb.com<mailto:rgeman@lchb.com%3cmailto:rgeman@lchb.com>>>; esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


All:  I would like to see if can schedule an all hands call for tomorrow to finalize all of
the settlement documentation and motions.  This morning Ed Weisfelner and I had a call
with Arthur Steinberg and an attorney from Kirkland giving them a heads up on the
proposed settlement and our desire to have a chambers conference with Judge Glenn for
some day next week.  We committed to giving Steinberg and the Kirkland attorney a final
set of the pleadings sufficiently in advance of a to be scheduled chambers conference.  It
seems to me we need a final call to finalize the documents so we can schedule that
chambers conference.  At this call please have the requisite people necessary to bind your
respective clients.  Please advise if 2 30 pm Eastern tomorrow works this call.  If so, we
can circulate a call in number.


Daniel H. Golden

AKIN GUMP STRAUSS HAUER & FELD LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1
212.872.8010<tel:1212.872.8010> | Internal: 38010<tel:38010>

Fax: +1 212.872.1002 |
dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:dgolden@akingump.com>> | akingump.com<http://www.akingump.com>
| Bio<http://www.akingump.com/dgolden>


From: Martorana, Keith R. [mailto:KMartorana@gibsondunn.com]

Sent: Tuesday, August 08, 2017 8:52 PM

To: Steel, Howard S.; 'Weintraub, William P'; Forster, Jill L.; Golden, Daniel; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry

Cc: Weisfelner, Ed (External); Steve Berman; Chris O'Hara (ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3c mailto:ChrisO@hbsslaw.com>>); Elizabeth Cabraser (ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmail to:ecabraser@lchb.com>>); Geman, Rachel (External); esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


SUBJECT TO FRE 408


All - attached please find combined GDC/AG comments to the following:



1.     Settlement Agreement


2.     Settlement Order


3.     Claims Estimate Order


4.     9019 Motion


5.     Notice Motion


6.     Long Form Notice

CONFIDENTIAL

7.    Cam Azari Declaration

We had no comments to the short form notice or Berman / Cabraser / Hilliard Declaration (the most recent versions have been reattached for the sake of completeness). Please note that we have been engaged in discussions with Lisa Norman who is counsel to the "Additional Ignition Switch Pre-Closing Accident Plaintiffs," and we understand that they are amenable to becoming signatories to the Settlement Agreement. Accordingly, the attached Settlement Agreement includes her firm as a PIWD Counsel. In addition, we understand from Akin that BR will be providing the back-up for the new cost of the Noticing Plan - please provide this document when possible.

Please note that the attached remains subject to the ongoing review and comment of our clients. Please let us know if you would like to discuss the attached.

Keith Martorana

Of Counsel

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193 Tel +1 212.351.3991 * Fax +1 212.351.6391
KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com%3cmailto:KMartorana@gibsondunn.com>> *
www.gibsondunn.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.gibsondunn.com&d=DwMGaQ&c=YOHA32qHoO0MIaoXxJhqDw&r=sHep ujiB1s2yRa7ny05y6rSd9F6dtnxGwNlfd1G_ckQ&m=apPxfSbMTP53bDPKy1n8z3y29f8 p0lihxPCNDm4GXjo&s=ETxnyFYsZvMjsQcjVsxvmg-hgutpSHES2cvtLUwRY50&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.gibsondunn.com-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.gibsondunn.com-26d-3DDwMGaQ-26c-3DYOHA32qHoO0MIaoXxJhqDw-26r-3DsHepujiB1s2yRa7ny05y6rSd9F6dtnxGwNlfd1G-5FckQ-26m-3DapPxfSbMTP53bDPKy1n8z3y29f8p0lihxPCNDm4GXjo-26s-3DETxnyFYsZvMjsQcjVsxvmg-2DhgutpSHES2cvtLUwRY50-26e&d=DwMF-g&c=YOHA32qHoO0MIaoXxJhqDw&r=0l3coMu4T2Br7N_Q99hbWIYaN7G4bfPQE NDMG0AtRGs&m=B6bQBXZJMNXrE4j3IPqlmKSAOgWtTUFlOUjOSSrAX_E&s=4 Xg786KAfhbXzluUz6LzaTRkjNghA2DASoSVkrd5tss&e=>=>

CONFIDENTIAL

From: Steel, Howard S. [mailto:HSteel@brownrudnick.com]

Sent: Monday, August 7, 2017 12:58 PM

To: Martorana, Keith R.
<KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartor
ana@gibsondunn.com%3cmailto:KMartorana@gibsondunn.com>>>; 'Weintraub,
William P'
<WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com<mailto:WWei
ntraub@goodwinlaw.com%3cmailto:WWeintraub@goodwinlaw.com>>>; Forster, Jill L.
<JForster@brownrudnick.com<mailto:JForster@brownrudnick.com<mailto:JForster@br
ownrudnick.com%3cmailto:JForster@brownrudnick.com>>>; Daniel H. Golden - Akin
Gump Strauss Hauer & Feld LLP
(dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.
com%3cmailto:dgolden@akingump.com>>)
<dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.
com%3cmailto:dgolden@akingump.com>>>;
dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingu
mp.com%3cmailto:dnewman@akingump.com>>; Moss, Naomi
<nmoss@akingump.com<mailto:nmoss@akingump.com<mailto:nmoss@akingump.com
%3cmailto:nmoss@akingump.com>>>; Williams, Matt J.
<MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com<mailto:MJWilli
ams@gibsondunn.com%3cmailto:MJWilliams@gibsondunn.com>>>; Gillett, Gabriel K.
<GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com<mailto:GGillett@gibson
dunn.com%3cmailto:GGillett@gibsondunn.com>>>; Chorba, Christopher
<CChorba@gibsondunn.com<mailto:CChorba@gibsondunn.com<mailto:CChorba@gibs
ondunn.com%3cmailto:CChorba@gibsondunn.com>>>; Fox, Gregory W.
<GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.
com%3cmailto:GFox@goodwinlaw.com>>>; Bob Hilliard
<bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.c
om%3cmailto:bobh@hmglawfirm.com>>>; Steve Shadowen
<steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com<mailto:steve
@hilliardshadowenlaw.com%3cmailto:steve@hilliardshadowenlaw.com>>>; Thomas J.
Henry
<tjh@tjhlaw.com<mailto:tjh@tjhlaw.com<mailto:tjh@tjhlaw.com%3cmailto:tjh@tjhlaw
.com>>>

Cc: Weisfelner, Edward S.
<EWeisfelner@brownrudnick.com<mailto:EWeisfelner@brownrudnick.com<mailto:EW
eisfelner@brownrudnick.com%3cmailto:EWeisfelner@brownrudnick.com>>>; Steve
Berman
<Steve@hbsslaw.com<mailto:Steve@hbsslaw.com<mailto:Steve@hbsslaw.com%3cmail
to:Steve@hbsslaw.com>>>; Chris O'Hara
(ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3c
mailto:ChrisO@hbsslaw.com>>)
<ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3
cmailto:ChrisO@hbsslaw.com>>>; Elizabeth Cabraser
(ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmail
to:ecabraser@lchb.com>>)
<ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmai

GUC_0001915

lto:ecabraser@lchb.com>>>; Geman, Rachel
<rgeman@lchb.com<mailto:rgeman@lchb.com<mailto:rgeman@lchb.com%3cmailto:rg
eman@lchb.com>>>; esserman@sbep-law.com<mailto:esserman@sbep-
law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


SUBJECT TO FRE 408


All - attached please find combined EL and PI comments to all docs.


Index:


1.      Settlement Agreement


2.      Settlement Order


3.      Claims Estimate Order


4.      9019 Motion


5.      Notice Motion


6.      Short Form Notice


7.      Long Form Notice


8.      Berman / Cabraser / Hilliard Declaration

CONFIDENTIAL

9.    Cam Azari Declaration


Please let us know where we are final, and any comments / anything you would like to discuss.  Thanks.



Howard S. Steel

Brown Rudnick LLP

Seven Times Square

New York, New York 10036

212.209.4917 (direct)

732.757.1898 (cell)

212.938.2806 (direct fax)

hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com%3cmailto:hsteel@brownrudnick.com>>




From: Martorana, Keith R. [mailto:KMartorana@gibsondunn.com]

Sent: Thursday, August 03, 2017 3:22 PM

To: Steel, Howard S.; 'Weintraub, William P'; Forster, Jill L.; Daniel H. Golden - Akin Gump Strauss Hauer & Feld LLP (dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:dgolden@akingump.com>>); dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingump.com%3cmailto:dnewman@akingump.com>>; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry

Cc: Weisfelner, Edward S.; Steve Berman; Chris O'Hara (ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3c

GUC_0001917

mailto:ChrisO@hbsslaw.com>>); Elizabeth Cabraser
(ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmail
to:ecabraser@lchb.com>>); Geman, Rachel; esserman@sbep-
law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-
law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


External E-mail. Use caution accessing links or attachments.

_____

SUBJECT TO FRE 408


All - attached please find the following, each of which remains subject to the ongoing
review and comment of our clients:


*       A revised settlement agreement (new version incorporates the comments of GP
and minor clean-ups);


*       A revised settlement order (minor clean-ups);


*       A revised claims estimate order (minor clean-ups);


*       A revised long-form notice (slight changes);


*       A revised short-form notice (slight changes);


*       A revised Settlement Motion.


I believe that is all of the documents that GDC/AG held the pen on. I believe we are
awaiting a return draft of the notice motion/order from you. Please let us know if you

would like to discuss any of the attached.

Keith Martorana

Of Counsel

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193 Tel +1 212.351.3991 * Fax +1
212.351.6391
KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartora
na@gibsondunn.com%3cmailto:KMartorana@gibsondunn.com>> *
www.gibsondunn.com<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.gibsondunn.com&d=DwMGaQ&c=YOHA32qHoO0MIaoXxJhqDw&r=sHep
ujiB1s2yRa7ny05y6rSd9F6dtnxGwNlfd1G_ckQ&m=apPxfSbMTP53bDPKy1n8z3y29f8
p0lihxPCNDm4GXjo&s=ETxnyFYsZvMjsQcjVsxvmg-
hgutpSHES2cvtLUwRY50&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.gibsondunn.com-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-
3Dhttp-2D3A-5F-5Fwww.gibsondunn.com-26d-3DDwMGaQ-26c-
3DYOHA32qHoO0MIaoXxJhqDw-26r-
3DsHepujiB1s2yRa7ny05y6rSd9F6dtnxGwNlfd1G-5FckQ-26m-
3DapPxfSbMTP53bDPKy1n8z3y29f8p0lihxPCNDm4GXjo-26s-
3DETxnyFYsZvMjsQcjVsxvmg-2DhgutpSHES2cvtLUwRY50-26e&d=DwMF-
g&c=YOHA32qHoO0MIaoXxJhqDw&r=0l3coMu4T2Br7N_Q99hbWIYaN7G4bfPQE
NDMG0AtRGs&m=B6bQBXZJMNXrE4j3IPqlmKSAOgWtTUFlOUjOSSrAX_E&s=4
Xg786KAfhbXzluUz6LzaTRkjNghA2DASoSVkrd5tss&e=>=>

From: Steel, Howard S. [mailto:HSteel@brownrudnick.com]

Sent: Thursday, August 3, 2017 10:35 AM

To: 'Weintraub, William P'
<WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com<mailto:WWei
ntraub@goodwinlaw.com%3cmailto:WWeintraub@goodwinlaw.com>>>; Martorana,
Keith R.
<KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartor
ana@gibsondunn.com%3cmailto:KMartorana@gibsondunn.com>>>; Forster, Jill L.
<JForster@brownrudnick.com<mailto:JForster@brownrudnick.com<mailto:JForster@br
ownrudnick.com%3cmailto:JForster@brownrudnick.com>>>; Daniel H. Golden - Akin
Gump Strauss Hauer & Feld LLP
(dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.
com%3cmailto:dgolden@akingump.com>>)

CONFIDENTIAL

<dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com>%3cmailto:dgolden@akingump.com>>>;
dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingump.com>%3cmailto:dnewman@akingump.com>>; Moss, Naomi
<nmoss@akingump.com<mailto:nmoss@akingump.com<mailto:nmoss@akingump.com>%3cmailto:nmoss@akingump.com>>>; Williams, Matt J.
<MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com>%3cmailto:MJWilliams@gibsondunn.com>>>; Gillett, Gabriel K.
<GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com>%3cmailto:GGillett@gibsondunn.com>>>; Chorba, Christopher
<CChorba@gibsondunn.com<mailto:CChorba@gibsondunn.com<mailto:CChorba@gibsondunn.com>%3cmailto:CChorba@gibsondunn.com>>>; Fox, Gregory W.
<GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com>%3cmailto:GFox@goodwinlaw.com>>>; Bob Hilliard
<bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com>%3cmailto:bobh@hmglawfirm.com>>>; Steve Shadowen
<steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com>%3cmailto:steve@hilliardshadowenlaw.com>>>; Thomas J.
Henry
<tjh@tjhlaw.com<mailto:tjh@tjhlaw.com<mailto:tjh@tjhlaw.com>%3cmailto:tjh@tjhlaw.com>>>

Cc: Weisfelner, Edward S.
<EWeisfelner@brownrudnick.com<mailto:EWeisfelner@brownrudnick.com<mailto:EWeisfelner@brownrudnick.com>%3cmailto:EWeisfelner@brownrudnick.com>>>; Steve
Berman
<Steve@hbsslaw.com<mailto:Steve@hbsslaw.com<mailto:Steve@hbsslaw.com>%3cmailto:Steve@hbsslaw.com>>>; Chris O'Hara
(ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com>%3cmailto:ChrisO@hbsslaw.com>>)
<ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com>%3cmailto:ChrisO@hbsslaw.com>>>; Elizabeth Cabraser
(ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com>%3cmailto:ecabraser@lchb.com>>)
<ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com>%3cmailto:ecabraser@lchb.com>>>; Geman, Rachel
<rgeman@lchb.com<mailto:rgeman@lchb.com<mailto:rgeman@lchb.com>%3cmailto:rgeman@lchb.com>>>; esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com>%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


Please see attached updated notices (incorporating EL and PI comments) - cleans and
blacklines from last GD / Akin circulation.


Happy to organize a page turn this afternoon or please send final comments / sign-off.

Leaving settlement agreement revisions per Bill's comments to GD.  Thanks.



Howard S. Steel

Brown Rudnick LLP

Seven Times Square

New York, New York 10036

212.209.4917 (direct)

732.757.1898 (cell)

212.938.2806 (direct fax)

hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com<mailto:hsteel@brownrud
nick.com%3cmailto:hsteel@brownrudnick.com>>



From: Weintraub, William P [mailto:WWeintraub@goodwinlaw.com]

Sent: Thursday, August 03, 2017 8:07 AM

To: Martorana, Keith R.; Steel, Howard S.; Forster, Jill L.; Daniel H. Golden - Akin
Gump Strauss Hauer & Feld LLP
(dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.
com%3cmailto:dgolden@akingump.com>>);
dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingu
mp.com%3cmailto:dnewman@akingump.com>>; Moss, Naomi; Williams, Matt J.;
Gillett, Gabriel K.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve
Shadowen; Thomas J. Henry

Cc: Weisfelner, Edward S.

Subject: RE: Motors - GUC Settlement (FRE 408)



External E-mail. Use caution accessing links or attachments.

CONFIDENTIAL                                                                                    GUC_0001921

FRE 408:


Whoops.  Items 3 and 4 resolve the EL / PIWD open issues with each other.  Bill


From: Weintraub, William P

Sent: Thursday, August 03, 2017 7:54 AM

To: 'Martorana, Keith R.'; Steel, Howard S.; Forster, Jill L.; Daniel H. Golden - Akin Gump Strauss Hauer & Feld LLP (dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:dgolden@akingump.com>>); dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingump.com%3cmailto:dnewman@akingump.com>>; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry

Cc: Weisfelner, Edward S.

Subject: RE: Motors - GUC Settlement (FRE 408)


FRE 408


Hello All:


For the sake of good order, I want to repeat here the edits the PIWD Plaintiffs want made to the Settlement Agreement and the two forms of Notice (short and long).  Items 2 and 3 under the heading "Settlement Agreement" resolve the gating issue between EL and PIWD and enables us to move ahead.  EL has seen the language and it my understanding they have approved it.


Settlement Agreement:


1.    Section 1.43.  Please add the words "those certain" to the definition PIWD Plaintiffs means those certain Ignition Switch Pre-Closing Accident Plaintiffs represented

CONFIDENTIAL

by PIWD Counsel.  [This was done yesterday.]

2.      Section 2.8. in the first sentence please add the underscored language as follows: "Notwithstanding Sections 157(b)(2)(B) and (b)(2)(O) of Title 28, in connection with the Settlement Motion, to the extent (if any)consent is required, the Pre-Closing Accident Plaintiffs represented by PIWD Counsel consent to the Bankruptcy Court....."

3.      Section 2.9(b).  Add a new first sentence as follows: "Allocation of the Settlement Amount, the Adjustment Shares (or their value), and any other consideration contained in the Settlement Fund between the Plaintiffs asserting economic loss claims and the Plaintiffs asserting PIWD claims shall be determined and approved in the first instance by District Judge Furman or Magistrate Cote, as applicable."

4.      Section 2.9(c).  Add a new first sentence as follows: "Approval of the qualifications and criteria for Plaintiffs to be eligible to receive distributions from the Settlement Amount, the Adjustment Shares (or their value), and any other consideration contained in the Settlement Fund shall be done by the Bankruptcy Court in the first instance."

5.      Section 2.9(c).  Add new last sentence as follows: "Being defined as a Plaintiff does not assure any party that he, she, or it will receive a distribution from the Settlement Amount, the Adjustment Shares (or their value), or any other consideration contained in the Settlement Fund."

Forms of Notice:

1.      Please add to both the long and short form notices the following:  "Being defined as an Affected Party does not assure you will receive a distribution from the Settlement Amount, the Adjustment Shares (or their value), or any other consideration contained in the Settlement Fund.  Eligibility and criteria for payment will be approved by the Bankruptcy Court at a later date and will be subject to notice and an opportunity to object."

2.      Please be specific in the forms of Notice that the releases and waivers that are contemplated under the Settlement Agreement to go into effect upon entry of the Settlement Order, and the channeling of claims to the Settlement Fund and to any other settlement consideration that will be done as contemplated by the Waiver Provision, will be solely the function of entry of the Settlement Order. [We have shared a mark-up of the  Notices with Brown Rudnick in this regard.  It is our understanding that Brown Rudnick is drafting revisions to the Notices that will be circulated shortly.]

We are ready to move ahead, subject to acceptance of these points and our review of any

CONFIDENTIAL

additional changes to the documents.


Bill


William P Weintraub

<image001.png>

Goodwin Procter LLP

The New York Times Building

620 Eighth Avenue

New York, NY 10018

o  +1 212 813 8839

m +1 917 861 7200

f   +1 212 419 0964

WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com<mailto:WWein
traub@goodwinlaw.com%3cmailto:WWeintraub@goodwinlaw.com>> |
goodwinlaw.com<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.goodwinlaw.com&d=DwMGaQ&c=YOHA32qHoO0MIaoXxJhqDw&r=sHe
pujiB1s2yRa7ny05y6rSd9F6dtnxGwNlfd1G_ckQ&m=apPxfSbMTP53bDPKy1n8z3y29f
8p0lihxPCNDm4GXjo&s=XWBNGJDDXDpF4AJmFHEgVl6dffsY04P1HVhEk4EEcS
U&e=>


*


**********************************************************************
**********

The information contained in this electronic message may be legally privileged and

GUC_0001924

confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.


********************************************************************
***********


_____

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.


_____


********************************************************************
***********


The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.


********************************************************************
***********


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and

GUC_0001925

confidential use of the recipient(s) named above. If you have received this
communication in error, please notify us immediately by e-mail, and delete the original
message.

*****************************************************************

This message was sent from Goodwin Procter LLP and is intended only for the
designated recipient(s). It may contain confidential or proprietary information and may be
subject to the attorney-client privilege or other confidentiality protections. If you are not a
designated recipient, you may not review, copy or distribute this message. If you receive
this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*****************************************************************

*****************************************************************************
***********

The information contained in this electronic message may be legally privileged and
confidential under applicable law, and is intended only for the use of the individual or
entity named above. If the recipient of this message is not the above-named intended
recipient, you are hereby notified that any dissemination, copy or disclosure of this
communication is strictly prohibited. If you have received this communication in error,
please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-
(617)-856-8200) and purge the communication immediately without making any copy or
distribution.

*****************************************************************************
***********
The information contained in this e-mail message is intended only for the personal and
confidential use of the recipient(s) named above. If you have received this
communication in error, please notify us immediately by e-mail, and delete the original
message.
The information contained in this e-mail message is intended only for the personal and
confidential use of the recipient(s) named above. If you have received this
communication in error, please notify us immediately by e-mail, and delete the original
message.

                                                                 GUC_0001926

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*********************************************************************************

GUC_0001927