# Exhibit DD

Message

| | |
|---|---|
| **From:** | Bob Hilliard [bobh@hmglawfirm.com] |
| **Sent:** | 8/11/2017 07:13:40 |
| **To:** | Steve Berman [Steve@hbsslaw.com]; Moss, Naomi [nmoss@akingump.com] |
| **CC:** | Sander L. Esserman [Esserman@sbep-law.com]; Weintraub, William P [WWeintraub@goodwinlaw.com]; Gillett, Gabriel K. [GGillett@gibsondunn.com]; Howard Steel [hsteel@brownrudnick.com]; Briana L. Cioni [cioni@sbep-law.com]; Golden, Daniel [dgolden@AkinGump.com]; Martorana, Keith R. [KMartorana@gibsondunn.com]; Forster, Jill L. [JForster@brownrudnick.com]; Newman, Deborah [djnewman@akingump.com]; Williams, Matt J. [MJWilliams@gibsondunn.com]; Chorba, Christopher [CChorba@gibsondunn.com]; Fox, Gregory W. [GFox@goodwinlaw.com]; Steve Shadowen [steve@hilliardshadowenlaw.com]; Thomas J. Henry [tjh@tjhlaw.com]; Kelly McQuary [kelly@hmglawfirm.com]; Lnorman@andrewsmyers.com; Edward Weisfelner [eweisfelner@brownrudnick.com]; Chris O'Hara [ChrisO@hbsslaw.com]; Elizabeth Cabraser [ECABRASER@lchb.com]; Geman, Rachel (External) [rgeman@lchb.com]; Michael E. Henry [mehenry@thomasjhenrylaw.com] |
| **Subject:** | Re: Motors - GUC Settlement (FRE 408) |

Regarding section 42 language:


**Here is what is says now:**

Although the GUC Trust does not agree with the allowability or amount of the damages asserted in the Proffered Evidence[1] and believes it has substantial defenses with respect to the merits of plaintiffs' asserted claims and their asserted damages, after reviewing the Proffered Evidence and considering the benefits of the Settlement as a whole to the Unitholders to whom it owes a fiduciary duty, the GUC Trust recognizes that there is a risk that, if such claims are allowed, the aggregate general unsecured claims (including already allowed claims) could well exceed $42 billion

**Here is what we can live with:**


The GUC Trust recognizes that it may, should it choose, contest the level of damages. There is no guarantee the GUC Trust would prevail and reduce or limit the damages. After reviewing the Proffered Evidence and considering the benefits of the Settlement as a whole to the Unitholders to whom it owes a fiduciary duty, the GUC Trust recognizes that there is a risk that, if such claims are allowed, the aggregate general unsecured claims (including already allowed claims) could well exceed $42 billion

Berman insists, once again, this is a walk away issue, but, you know how that goes.



PENGAD 800-631-6989

EXHIBIT
26
11/9/17    WH



## HILLIARD MUÑOZ GONZALES ≗
### TRIAL ATTORNEYS

# ROBERT C. HILLIARD
*Attorney at Law*

---

### National Law Journal's
### 2016 Elite Trial Lawyer of the Year – Products Liability
### 2015 Elite Trial Lawyer of the Year – Motor Vehicles

---

### Board Certified: Personal Injury Trial Law & Civil Trial Law
#### HMGLAWFIRM.COM

---

**From:** Bob Hilliard <bobh@hmglawfirm.com>
**Date:** Friday, August 11, 2017 at 7:11 AM
**To:** Steve Berman <Steve@hbsslaw.com>, "Moss, Naomi" <nmoss@akingump.com>
**Cc:** "Sander L. Esserman" <Esserman@sbep-law.com>, "Weintraub, William P" <WWeintraub@goodwinlaw.com>, "Gillett, Gabriel K." <GGillett@gibsondunn.com>, Howard Steel <hsteel@brownrudnick.com>, "Briana L. Cioni" <cioni@sbep-law.com>, "Golden, Daniel" <dgolden@AkinGump.com>, "Martorana, Keith R." <KMartorana@gibsondunn.com>, "Forster, Jill L." <JForster@brownrudnick.com>, "Newman, Deborah" <djnewman@akingump.com>, "Williams, Matt J." <MJWilliams@gibsondunn.com>, "cchorba@gibsondunn.com" <cchorba@gibsondunn.com>, "Fox, Gregory W." <GFox@goodwinlaw.com>, Steve Shadowen <steve@hilliardshadowenlaw.com>, Thomas Henry <tjh@tjhlaw.com>, kelly Duff <kelly@hmglawfirm.com>, "Lnorman@andrewsmyers.com" <Lnorman@andrewsmyers.com>, Ed Weisfelner <eweisfelner@brownrudnick.com>, Chris O'Hara <ChrisO@hbsslaw.com>, "Cabraser, Elizabeth J." <ECABRASER@lchb.com>, "Geman, Rachel" <rgeman@lchb.com>, "Michael E. Henry" <mehenry@thomasjhenrylaw.com>
**Subject:** Re: Motors - GUC Settlement (FRE 408)

Regarding the call today at 11:00 est.

Judge Furman has indicated that the status conference will end promptly at 11:00.

Push this call back 30 minutes to prevent co-lead stragglers.

CONFIDENTIAL



## HILLIARD MUÑOZ GONZALES ⅗
### TRIAL ATTORNEYS

# ROBERT C. HILLIARD
*Attorney at Law*

---

*National Law Journal's*
## 2016 Elite Trial Lawyer of the Year — Products Liability
## 2015 Elite Trial Lawyer of the Year — Motor Vehicles

---

### Board Certified: Personal Injury Trial Law & Civil Trial Law
#### H M G L A W F I R M . C O M

---

**From:** Bob Hilliard <bobh@hmglawfirm.com>
**Date:** Thursday, August 10, 2017 at 9:20 AM
**To:** Steve Berman <Steve@hbsslaw.com>, "Moss, Naomi" <nmoss@akingump.com>
**Cc:** "Sander L. Esserman" <Esserman@sbep-law.com>, "Weintraub, William P" <WWeintraub@goodwinlaw.com>, "Gillett, Gabriel K." <GGillett@gibsondunn.com>, Howard Steel <hsteel@brownrudnick.com>, "Briana L. Cioni" <cioni@sbep-law.com>, "Golden, Daniel" <dgolden@AkinGump.com>, "Martorana, Keith R." <KMartorana@gibsondunn.com>, "Forster, Jill L." <JForster@brownrudnick.com>, "Newman, Deborah" <djnewman@akingump.com>, "Williams, Matt J." <MJWilliams@gibsondunn.com>, "cchorba@gibsondunn.com" <cchorba@gibsondunn.com>, "Fox, Gregory W." <GFox@goodwinlaw.com>, Steve Shadowen <steve@hilliardshadowenlaw.com>, Thomas Henry <tjh@tjhlaw.com>, "Lnorman@andrewsmyers.com" <Lnorman@andrewsmyers.com>, Ed Weisfelner <eweisfelner@brownrudnick.com>, Chris O'Hara <ChrisO@hbsslaw.com>, "Cabraser, Elizabeth J." <ECABRASER@lchb.com>, "Geman, Rachel" <rgeman@lchb.com>, "Michael E. Henry" <mehenry@thomasjhenrylaw.com>
**Subject:** Re: Motors - GUC Settlement (FRE 408)

I can do it at this time.

Seems like the best idea is to meet after status conf. tomorrow?

CONFIDENTIAL



**HILLIARD MUÑOZ GONZALES** ⅋
**TRIAL ATTORNEYS**

# ROBERT C. HILLIARD
*Attorney at Law*

*National Law Journal's*
**2016 Elite Trial Lawyer of the Year — Products Liability**
**2015 Elite Trial Lawyer of the Year — Motor Vehicles**

**Board Certified: Personal Injury Trial Law & Civil Trial Law**
H M G L A W F I R M . C O M

---

**From:** Steve Berman <Steve@hbsslaw.com>
**Date:** Thursday, August 10, 2017 at 8:13 AM
**To:** "Moss, Naomi" <nmoss@akingump.com>
**Cc:** "Sander L. Esserman" <Esserman@sbep-law.com>, "Weintraub, William P"
<WWeintraub@goodwinlaw.com>, "Gillett, Gabriel K." <GGillett@gibsondunn.com>, Howard Steel
<hsteel@brownrudnick.com>, "Briana L. Cioni" <cioni@sbep-law.com>, "Golden, Daniel"
<dgolden@AkinGump.com>, "Martorana, Keith R." <KMartorana@gibsondunn.com>, "Forster, Jill L."
<JForster@brownrudnick.com>, "Newman, Deborah" <djnewman@akingump.com>, "Williams, Matt J."
<MJWilliams@gibsondunn.com>, "cchorba@gibsondunn.com" <cchorba@gibsondunn.com>, "Fox, Gregory
W." <GFox@goodwinlaw.com>, Bob Hilliard <bobh@hmglawfirm.com>, Steve Shadowen
<steve@hilliardshadowenlaw.com>, Thomas Henry <tjh@tjhlaw.com>, "Lnorman@andrewsmyers.com"
<Lnorman@andrewsmyers.com>, Ed Weisfelner <eweisfelner@brownrudnick.com>, Chris O'Hara
<ChrisO@hbsslaw.com>, "Cabraser, Elizabeth J." <ECABRASER@lchb.com>, "Geman, Rachel"
<rgeman@lchb.com>, "Michael E. Henry" <mehenry@thomasjhenrylaw.com>
**Subject:** Re: Motors - GUC Settlement (FRE 408)

Cabraser and I are flying then not going to work w.o leads

On Aug 10, 2017, at 6:05 AM, Moss, Naomi <nmoss@akingump.com> wrote:

> Apologies, due to scheduling conflicts, we need to do the call from 3-4pm ET. An updated calendar invite
> will follow.
>
>
> Naomi Moss
> Direct: +1 212.872.1044 | Internal: 31044
>
> -----Original Message-----
> From: Sander L. Esserman [mailto:Esserman@sbep-law.com]
> Sent: Thursday, August 10, 2017 8:13 AM

CONFIDENTIAL

To: Moss, Naomi; Weintraub, William P; Gillett, Gabriel K.; Steel, Howard S.; Briana L. Cioni
Cc: Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); Michael E. Henry
Subject: RE: Motors - GUC Settlement (FRE 408)

Adding Briana Cioni--please make sure she gets an invite also, thanks.

Sandy

_____

From: Moss, Naomi [nmoss@akingump.com]
Sent: Thursday, August 10, 2017 7:11 AM
To: Weintraub, William P; Gillett, Gabriel K.; Sander L. Esserman; Steel, Howard S.
Cc: Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); Michael E. Henry
Subject: RE: Motors - GUC Settlement (FRE 408)

Does 2-3pm ET not work for anyone?

Naomi Moss
Direct: +1 212.872.1044<tel:1212.872.1044> | Internal: 31044<tel:31044>

From: Weintraub, William P [mailto:WWeintraub@goodwinlaw.com]
Sent: Thursday, August 10, 2017 7:45 AM
To: Moss, Naomi; Gillett, Gabriel K.; Sander L. Esserman; Steel, Howard S.
Cc: Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); Michael E. Henry
Subject: RE: Motors - GUC Settlement (FRE 408)

2 or 3 works for me. Adding Mike Henry to this email chain. Please make sure he get a calendar invite.

From: Moss, Naomi [mailto:nmoss@akingump.com]
Sent: Thursday, August 10, 2017 7:44 AM
To: Gillett, Gabriel K.; Sander L. Esserman; Steel, Howard S.
Cc: Weintraub, William P; Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com>; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External)
Subject: RE: Motors - GUC Settlement (FRE 408)

Please let us know if there are times between 2-4pm ET that work for people. Thanks.

Naomi Moss
Direct: +1 212.872.1044<tel:1212.872.1044> | Internal: 31044<tel:31044>

CONFIDENTIAL

-----Original Message-----
From: Gillett, Gabriel K. [mailto:GGillett@gibsondunn.com]
Sent: Wednesday, August 09, 2017 10:24 PM
To: Sander L. Esserman; Steel, Howard S.
Cc: Weintraub, William P; Golden, Daniel; Steve Berman; Martorana, Keith R.; Forster, Jill L.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com>; Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External)
Subject: RE: Motors - GUC Settlement (FRE 408)


Unfortunately a conflict has come up for us that we cannot move. We could do any time after 2 PM. Sorry for the inconvenience.



Gabriel Gillett



GIBSON DUNN



Gibson, Dunn & Crutcher LLP


200 Park Avenue, New York, NY 10166-0193 Tel +1 212.351.2656 * Fax +1 212.716.0858
GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com> *
www.gibsondunn.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.gibsondunn.com&d=DwMF-g&c=YOHA32qHoO0MIaoXxJhqDw&r=0l3coMu4T2Br7N_Q99hbWIYaN7G4bfPQENDMG0AtRGs&m=B6bQBXZJMNXrE4j3IPqlmKSAOgWtTUFlOUjOSSrAX_E&s=KfJ7aW2pLGxB6d_0JFVQbOQDY1SBm3BLwLlg4h2h9gM&e=>




-----Original Message-----

From: Sander L. Esserman [mailto:Esserman@sbep-law.com]

Sent: Wednesday, August 9, 2017 9:42 PM

To: Steel, Howard S. <HSteel@brownrudnick.com<mailto:HSteel@brownrudnick.com>>

Cc: Weintraub, William P <WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com>>; Golden, Daniel <dgolden@AkinGump.com<mailto:dgolden@AkinGump.com>>; Steve Berman <Steve@hbsslaw.com<mailto:Steve@hbsslaw.com>>; Martorana, Keith R. <KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com>>; Forster, Jill L. <JForster@brownrudnick.com<mailto:JForster@brownrudnick.com>>; Newman, Deborah <djnewman@akingump.com<mailto:djnewman@akingump.com>>; Moss, Naomi

CONFIDENTIAL                                                                                                GUC_0001797

<nmoss@akingump.com<mailto:nmoss@akingump.com>>; Williams, Matt J.
<MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com>>; Gillett, Gabriel K.
<GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com>>; Chorba, Christopher
<CChorba@gibsondunn.com<mailto:CChorba@gibsondunn.com>>; Fox, Gregory W.
<GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com>>; Bob Hilliard
<bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com>>; Steve Shadowen
<steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com>>; Thomas J. Henry
<tjh@tjhlaw.com<mailto:tjh@tjhlaw.com>>;
Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com>>; Weisfelner, Edward S.
<EWeisfelner@brownrudnick.com<mailto:EWeisfelner@brownrudnick.com>>; Chris O'Hara
<ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com>>; Elizabeth Cabraser
<ecabraser@lchb.com<mailto:ecabraser@lchb.com>>; Geman, Rachel (External)
<rgeman@lchb.com<mailto:rgeman@lchb.com>>

Subject: Re: Motors - GUC Settlement (FRE 408)


I will not be able to make the call but will catch up with Howie on Friday.

Thanks,


Sandy.


Sander Esserman

Stutzman, Bromberg, Esserman & Plifka,

A Professional Corporation

2323 Bryan Street, Suite 2200<x-apple-data-detectors://0/0>

Dallas, Texas 75201-2689<x-apple-data-detectors://0/0>

Telephone: (214) 969-4910<tel:%28214%29%20969-4910>

Facsimile: (214) 969-4999<tel:%28214%29%20969-4999>

Email: esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>


This e-mail message, including any attachments, is intended only for the confidential use of the
recipient(s) named above and, if intended as an attorney-client communication and/or work product,

should be considered privileged and confidential. If you have received this message in error, please notify us by reply e-mail and then delete the original message. Nothing contained in this email message nor any attachment shall satisfy the requirements for a writing nor constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, Uniform Electronic Transactions Act nor any other law, rule or regulation, now or hereafter in effect, governing electronic transactions.

On Aug 9, 2017, at 2:01 PM, Steel, Howard S. <HSteel@brownrudnick.com<mailto:HSteel@brownrudnick.com<mailto:HSteel@brownrudnick.com%3c mailto:HSteel@brownrudnick.com>>> wrote:

Works for BR

Howard S. Steel

Brown Rudnick LLP

Seven Times Square

New York, New York 10036

212.209.4917 (direct)

732.757.1898 (cell)

212.938.2806 (direct fax)

hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com%3cm ailto:hsteel@brownrudnick.com>>

GUC_0001799

From: Weintraub, William P [mailto:WWeintraub@goodwinlaw.com]

Sent: Wednesday, August 09, 2017 1:55 PM

To: Golden, Daniel; Steve Berman; Martorana, Keith R.; Steel, Howard S.; Forster, Jill L.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com%3cma ilto:cchorba@gibsondunn.com>>; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers. com%3cmailto:Lnorman@andrewsmyers.com>>

Cc: Weisfelner, Edward S.; Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


External E-mail. Use caution accessing links or attachments.

_____


Okay.


From: Golden, Daniel [mailto:dgolden@AkinGump.com]<mailto:[mailto:dgolden@AkinGump.com]>

Sent: Wednesday, August 09, 2017 12:46 PM

To: Steve Berman; Martorana, Keith R.; Howard Steel; Weintraub, William P; Forster, Jill L.; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com%3cma ilto:cchorba@gibsondunn.com>>; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry; Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers. com%3cmailto:Lnorman@andrewsmyers.com>>

Cc: Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External); esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


In light of Steve Berman's response does 11 am Eastern tomorrow work?


CONFIDENTIAL

Daniel H. Golden

AKIN GUMP STRAUSS HAUER & FELD LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010<tel:1212.872.8010> |
Internal: 38010<tel:38010>

Fax: +1 212.872.1002 |
dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:d
golden@akingump.com>> | akingump.com<http://www.akingump.com> |
Bio<http://www.akingump.com/dgolden>


From: Steve Berman [mailto:Steve@hbsslaw.com]

Sent: Wednesday, August 09, 2017 12:42 PM

To: Golden, Daniel; Martorana, Keith R.; Howard Steel; 'Weintraub, William P'; Forster, Jill L.; Newman,
Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.;
cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com%3cma
ilto:cchorba@gibsondunn.com>>; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry;
Lnorman@andrewsmyers<mailto:Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.
com%3cmailto:Lnorman@andrewsmyers.com>>

Cc: Weisfelner, Ed (External); Chris O'Hara; Elizabeth Cabraser; Geman, Rachel (External);
esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-
law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


Dan


I am travelling from Seattle to nyc for the Friday gm status in the mdl so that doesn't work


Can we do this at 8am pst or 9pst


Steve Berman | Hagens Berman Sobol Shapiro LLP | Direct: (206) 268-9320


From: Golden, Daniel [mailto:dgolden@AkinGump.com]

Sent: Wednesday, August 9, 2017 9:35 AM

To: Martorana, Keith R.
<KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartorana@gibsondun
n.com%3cmailto:KMartorana@gibsondunn.com>>>; Howard Steel
<hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com%3c
mailto:hsteel@brownrudnick.com>>>; 'Weintraub, William P'
<WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwi
nlaw.com%3cmailto:WWeintraub@goodwinlaw.com>>>; Forster, Jill L.
<JForster@brownrudnick.com<mailto:JForster@brownrudnick.com<mailto:JForster@brownrudnick.co
m%3cmailto:JForster@brownrudnick.com>>>; Newman, Deborah
<djnewman@akingump.com<mailto:djnewman@akingump.com<mailto:djnewman@akingump.com%3c
mailto:djnewman@akingump.com>>>; Moss, Naomi
<nmoss@akingump.com<mailto:nmoss@akingump.com<mailto:nmoss@akingump.com%3cmailto:nmo
ss@akingump.com>>>; Williams, Matt J.
<MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.
com%3cmailto:MJWilliams@gibsondunn.com>>>; Gillett, Gabriel K.
<GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com%3cma
ilto:GGillett@gibsondunn.com>>>;
cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com<mailto:cchorba@gibsondunn.com%3cma
ilto:cchorba@gibsondunn.com>>>; Fox, Gregory W.
<GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com%3cmailto:GF
ox@goodwinlaw.com>>>; Bob Hilliard
<bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com%3cmailto:bo
bh@hmglawfirm.com>>>; Steve Shadowen
<steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com<mailto:steve@hilliardshado
wenlaw.com%3cmailto:steve@hilliardshadowenlaw.com>>>; Thomas J. Henry
<tjh@tjhlaw.com<mailto:tjh@tjhlaw.com<mailto:tjh@tjhlaw.com%3cmailto:tjh@tjhlaw.com>>>;
Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.com<mailto:Lnorman@andrewsmyers.
com%3cmailto:Lnorman@andrewsmyers.com>>

Cc: Edward Weisfelner
<eweisfelner@brownrudnick.com<mailto:eweisfelner@brownrudnick.com<mailto:eweisfelner@brownr
udnick.com%3cmailto:eweisfelner@brownrudnick.com>>>; Steve Berman
<Steve@hbsslaw.com<mailto:Steve@hbsslaw.com<mailto:Steve@hbsslaw.com%3cmailto:Steve@hbssl
aw.com>>>; Chris O'Hara
<ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3cmailto:ChrisO@h
bsslaw.com>>>; Elizabeth Cabraser
<ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmailto:ecabraser@
lchb.com>>>; Geman, Rachel (External)
<rgeman@lchb.com<mailto:rgeman@lchb.com<mailto:rgeman@lchb.com%3cmailto:rgeman@lchb.co
m>>>; esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-
law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


All: I would like to see if can schedule an all hands call for tomorrow to finalize all of the settlement
documentation and motions. This morning Ed Weisfelner and I had a call with Arthur Steinberg and an
attorney from Kirkland giving them a heads up on the proposed settlement and our desire to have a
chambers conference with Judge Glenn for some day next week. We committed to giving Steinberg and
the Kirkland attorney a final set of the pleadings sufficiently in advance of a to be scheduled chambers

CONFIDENTIAL

conference. It seems to me we need a final call to finalize the documents so we can schedule that chambers conference. At this call please have the requisite people necessary to bind your respective clients. Please advise if 2 30 pm Eastern tomorrow works this call. If so, we can circulate a call in number.


Daniel H. Golden

AKIN GUMP STRAUSS HAUER & FELD LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010<tel:1212.872.8010> | Internal: 38010<tel:38010>

Fax: +1 212.872.1002 | dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:d golden@akingump.com>> | akingump.com<http://www.akingump.com> | Bio<http://www.akingump.com/dgolden>


From: Martorana, Keith R. [mailto:KMartorana@gibsondunn.com]

Sent: Tuesday, August 08, 2017 8:52 PM

To: Steel, Howard S.; 'Weintraub, William P'; Forster, Jill L.; Golden, Daniel; Newman, Deborah; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry

Cc: Weisfelner, Ed (External); Steve Berman; Chris O'Hara (ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3cmailto:ChrisO@h bsslaw.com>>); Elizabeth Cabraser (ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmailto:ecabraser@l chb.com>>); Geman, Rachel (External); esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


SUBJECT TO FRE 408


All - attached please find combined GDC/AG comments to the following:


1. Settlement Agreement

2. Settlement Order

3. Claims Estimate Order

4. 9019 Motion

5. Notice Motion

6. Long Form Notice

7. Cam Azari Declaration

We had no comments to the short form notice or Berman / Cabraser / Hilliard Declaration (the most recent versions have been reattached for the sake of completeness). Please note that we have been engaged in discussions with Lisa Norman who is counsel to the "Additional Ignition Switch Pre-Closing Accident Plaintiffs," and we understand that they are amenable to becoming signatories to the Settlement Agreement. Accordingly, the attached Settlement Agreement includes her firm as a PIWD Counsel. In addition, we understand from Akin that BR will be providing the back-up for the new cost of the Noticing Plan - please provide this document when possible.

Please note that the attached remains subject to the ongoing review and comment of our clients. Please let us know if you would like to discuss the attached.

Keith Martorana

Of Counsel

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193 Tel +1 212.351.3991 * Fax +1 212.351.6391

CONFIDENTIAL

KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com%3cmailto:KMartorana@gibsondunn.com>> *
www.gibsondunn.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.gibsondunn.com&d=DwMGaQ&c=YOHA32qHoO0MIaoXxJhqDw&r=sHepujiB1s2yRa7ny05y6rSd9F6dtnxGwNlfd1G_ckQ&m=apPxfSbMTP53bDPKy1n8z3y29f8p0lihxPCNDm4GXjo&s=ETxnyFYsZvMjsQcjVsxvmg-hgutpSHES2cvtLUwRY50&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.gibsondunn.com-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.gibsondunn.com-26d-3DDwMGaQ-26c-3DYOHA32qHoO0MIaoXxJhqDw-26r-3DsHepujiB1s2yRa7ny05y6rSd9F6dtnxGwNlfd1G-5FckQ-26m-3DapPxfSbMTP53bDPKy1n8z3y29f8p0lihxPCNDm4GXjo-26s-3DETxnyFYsZvMjsQcjVsxvmg-2DhgutpSHES2cvtLUwRY50-26e&d=DwMF-g&c=YOHA32qHoO0MIaoXxJhqDw&r=0l3coMu4T2Br7N_Q99hbWIYaN7G4bfPQENDMG0AtRGs&m=B6bQBXZJMNXrE4j3IPqlmKSAOgWtTUFlOUjOSSrAX_E&s=4Xg786KAfhbXzluUz6LzaTRkjNghA2DASoSVkrd5tss&e=>=>


From: Steel, Howard S. [mailto:HSteel@brownrudnick.com]

Sent: Monday, August 7, 2017 12:58 PM

To: Martorana, Keith R.
<KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com%3cmailto:KMartorana@gibsondunn.com>>>; 'Weintraub, William P'
<WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com%3cmailto:WWeintraub@goodwinlaw.com>>>; Forster, Jill L.
<JForster@brownrudnick.com<mailto:JForster@brownrudnick.com<mailto:JForster@brownrudnick.com%3cmailto:JForster@brownrudnick.com>>>; Daniel H. Golden - Akin Gump Strauss Hauer & Feld LLP
(dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:dgolden@akingump.com>>)
<dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:dgolden@akingump.com>>>;
dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingump.com%3cmailto:dnewman@akingump.com>>; Moss, Naomi
<nmoss@akingump.com<mailto:nmoss@akingump.com<mailto:nmoss@akingump.com%3cmailto:nmoss@akingump.com>>>; Williams, Matt J.
<MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com%3cmailto:MJWilliams@gibsondunn.com>>>; Gillett, Gabriel K.
<GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com%3cmailto:GGillett@gibsondunn.com>>>; Chorba, Christopher
<CChorba@gibsondunn.com<mailto:CChorba@gibsondunn.com<mailto:CChorba@gibsondunn.com%3cmailto:CChorba@gibsondunn.com>>>; Fox, Gregory W.
<GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com%3cmailto:GFox@goodwinlaw.com>>>; Bob Hilliard
<bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com%3cmailto:bobh@hmglawfirm.com>>>; Steve Shadowen
<steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com%3cmailto:steve@hilliardshadowenlaw.com>>>; Thomas J. Henry
<tjh@tjhlaw.com<mailto:tjh@tjhlaw.com<mailto:tjh@tjhlaw.com%3cmailto:tjh@tjhlaw.com>>>

Cc: Weisfelner, Edward S.
<EWeisfelner@brownrudnick.com<mailto:EWeisfelner@brownrudnick.com<mailto:EWeisfelner@brownrudnick.com%3cmailto:EWeisfelner@brownrudnick.com>>>; Steve Berman

CONFIDENTIAL

<Steve@hbsslaw.com<mailto:Steve@hbsslaw.com<mailto:Steve@hbsslaw.com%3cmailto:Steve@hbsslaw.com>>>; Chris O'Hara
(ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3cmailto:ChrisO@hbsslaw.com>>)
<ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3cmailto:ChrisO@hbsslaw.com>>>; Elizabeth Cabraser
(ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmailto:ecabraser@lchb.com>>)
<ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmailto:ecabraser@lchb.com>>>; Geman, Rachel
<rgeman@lchb.com<mailto:rgeman@lchb.com<mailto:rgeman@lchb.com%3cmailto:rgeman@lchb.com>>>; esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)


SUBJECT TO FRE 408


All - attached please find combined EL and PI comments to all docs.


Index:


1. Settlement Agreement


2. Settlement Order


3. Claims Estimate Order


4. 9019 Motion


5. Notice Motion


6. Short Form Notice

CONFIDENTIAL

7. Long Form Notice

8. Berman / Cabraser / Hilliard Declaration

9. Cam Azari Declaration

Please let us know where we are final, and any comments / anything you would like to discuss. Thanks.

Howard S. Steel

Brown Rudnick LLP

Seven Times Square

New York, New York 10036

212.209.4917 (direct)

732.757.1898 (cell)

212.938.2806 (direct fax)

hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com%3cm ailto:hsteel@brownrudnick.com>>

From: Martorana, Keith R. [mailto:KMartorana@gibsondunn.com]

Sent: Thursday, August 03, 2017 3:22 PM

To: Steel, Howard S.; 'Weintraub, William P'; Forster, Jill L.; Daniel H. Golden - Akin Gump Strauss Hauer & Feld LLP (dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto: dgolden@akingump.com>>); dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingump.com%3cm

GUC_0001807

ailto:dnewman@akingump.com>>; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba, Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry

Cc: Weisfelner, Edward S.; Steve Berman; Chris O'Hara (ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3cmailto:ChrisO@hbsslaw.com>>); Elizabeth Cabraser (ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmailto:ecabraser@lchb.com>>); Geman, Rachel; esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)

External E-mail. Use caution accessing links or attachments.

_____

SUBJECT TO FRE 408

All - attached please find the following, each of which remains subject to the ongoing review and comment of our clients:

* A revised settlement agreement (new version incorporates the comments of GP and minor clean-ups);

* A revised settlement order (minor clean-ups);

* A revised claims estimate order (minor clean-ups);

* A revised long-form notice (slight changes);

* A revised short-form notice (slight changes);

* A revised Settlement Motion.

CONFIDENTIAL

I believe that is all of the documents that GDC/AG held the pen on. I believe we are awaiting a return draft of the notice motion/order from you. Please let us know if you would like to discuss any of the attached.


Keith Martorana

Of Counsel


GIBSON DUNN


Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193 Tel +1 212.351.3991 * Fax +1 212.351.6391
KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn
.com%3cmailto:KMartorana@gibsondunn.com>> *
www.gibsondunn.com<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.gibsondunn.com&d=DwMGaQ&c=YOHA32qHoO0MIaoXxJhqDw&r=sHepujiB1s2yRa7ny05y6r
Sd9F6dtnxGwNlfd1G_ckQ&m=apPxfSbMTP53bDPKy1n8z3y29f8p0lihxPCNDm4GXJjo&s=ETxnyFYsZvMjsQ
cjVsxvmg-hgutpSHES2cvtLUwRY50&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.gibsondunn.com-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-
5Fwww.gibsondunn.com-26d-3DDwMGaQ-26c-3DYOHA32qHoO0MIaoXxJhqDw-26r-
3DsHepujiB1s2yRa7ny05y6rSd9F6dtnxGwNlfd1G-5FckQ-26m-
3DapPxfSbMTP53bDPKy1n8z3y29f8p0lihxPCNDm4GXjo-26s-3DETxnyFYsZvMjsQcjVsxvmg-
2DhgutpSHES2cvtLUwRY50-26e&d=DwMF-
g&c=YOHA32qHoO0MIaoXxJhqDw&r=0l3coMu4T2Br7N_Q99hbWIYaN7G4bfPQENDMG0AtRGs&m=B6b
QBXZJMNXrE4j3IPqlmKSAOgWtTUFlOUjOSSrAX_E&s=4Xg786KAfhbXzluUz6LzaTRkjNghA2DASoSVkrd5tss
&e=>==>


From: Steel, Howard S. [mailto:HSteel@brownrudnick.com]

Sent: Thursday, August 3, 2017 10:35 AM

To: 'Weintraub, William P'
<WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwi
nlaw.com%3cmailto:WWeintraub@goodwinlaw.com>>>; Martorana, Keith R.
<KMartorana@gibsondunn.com<mailto:KMartorana@gibsondunn.com<mailto:KMartorana@gibsondun
n.com%3cmailto:KMartorana@gibsondunn.com>>>; Forster, Jill L.
<JForster@brownrudnick.com<mailto:JForster@brownrudnick.com<mailto:JForster@brownrudnick.co
m%3cmailto:JForster@brownrudnick.com>>>; Daniel H. Golden - Akin Gump Strauss Hauer & Feld LLP
(dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:
dgolden@akingump.com>>)
<dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:
dgolden@akingump.com>>>;
dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingump.com%3cm
ailto:dnewman@akingump.com>>>; Moss, Naomi

<nmoss@akingump.com<mailto:nmoss@akingump.com<mailto:nmoss@akingump.com%3cmailto:nmoss@akingump.com>>>; Williams, Matt J.
<MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com%3cmailto:MJWilliams@gibsondunn.com>>>; Gillett, Gabriel K.
<GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com%3cmailto:GGillett@gibsondunn.com>>>; Chorba, Christopher
<CChorba@gibsondunn.com<mailto:CChorba@gibsondunn.com<mailto:CChorba@gibsondunn.com%3cmailto:CChorba@gibsondunn.com>>>; Fox, Gregory W.
<GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com<mailto:GFox@goodwinlaw.com%3cmailto:GFox@goodwinlaw.com>>>; Bob Hilliard
<bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com<mailto:bobh@hmglawfirm.com%3cmailto:bobh@hmglawfirm.com>>>; Steve Shadowen
<steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com<mailto:steve@hilliardshadowenlaw.com%3cmailto:steve@hilliardshadowenlaw.com>>>; Thomas J. Henry
<tjh@tjhlaw.com<mailto:tjh@tjhlaw.com<mailto:tjh@tjhlaw.com%3cmailto:tjh@tjhlaw.com>>>

Cc: Weisfelner, Edward S.
<EWeisfelner@brownrudnick.com<mailto:EWeisfelner@brownrudnick.com<mailto:EWeisfelner@brownrudnick.com%3cmailto:EWeisfelner@brownrudnick.com>>>; Steve Berman
<Steve@hbsslaw.com<mailto:Steve@hbsslaw.com<mailto:Steve@hbsslaw.com%3cmailto:Steve@hbsslaw.com>>>; Chris O'Hara
(ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3cmailto:ChrisO@hbsslaw.com>>)
<ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com<mailto:ChrisO@hbsslaw.com%3cmailto:ChrisO@hbsslaw.com>>>; Elizabeth Cabraser
(ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmailto:ecabraser@lchb.com>>)
<ecabraser@lchb.com<mailto:ecabraser@lchb.com<mailto:ecabraser@lchb.com%3cmailto:ecabraser@lchb.com>>>; Geman, Rachel
<rgeman@lchb.com<mailto:rgeman@lchb.com<mailto:rgeman@lchb.com%3cmailto:rgeman@lchb.com>>>; esserman@sbep-law.com<mailto:esserman@sbep-law.com<mailto:esserman@sbep-law.com%3cmailto:esserman@sbep-law.com>>

Subject: RE: Motors - GUC Settlement (FRE 408)

Please see attached updated notices (incorporating EL and PI comments) - cleans and blacklines from last GD / Akin circulation.

Happy to organize a page turn this afternoon or please send final comments / sign-off.

Leaving settlement agreement revisions per Bill's comments to GD. Thanks.

Howard S. Steel

Brown Rudnick LLP

Seven Times Square

New York, New York 10036

212.209.4917 (direct)

732.757.1898 (cell)

212.938.2806 (direct fax)

hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com%3cm
ailto:hsteel@brownrudnick.com>>

From: Weintraub, William P [mailto:WWeintraub@goodwinlaw.com]

Sent: Thursday, August 03, 2017 8:07 AM

To: Martorana, Keith R.; Steel, Howard S.; Forster, Jill L.; Daniel H. Golden - Akin Gump Strauss Hauer &
Feld LLP
(dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:
dgolden@akingump.com>>);
dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingump.com%3cm
ailto:dnewman@akingump.com>>; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba,
Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry

Cc: Weisfelner, Edward S.

Subject: RE: Motors - GUC Settlement (FRE 408)

External E-mail. Use caution accessing links or attachments.

_____

FRE 408:

Whoops. Items 3 and 4 resolve the EL / PIWD open issues with each other. Bill

CONFIDENTIAL

From: Weintraub, William P

Sent: Thursday, August 03, 2017 7:54 AM

To: 'Martorana, Keith R.'; Steel, Howard S.; Forster, Jill L.; Daniel H. Golden - Akin Gump Strauss Hauer & Feld LLP
(dgolden@akingump.com<mailto:dgolden@akingump.com<mailto:dgolden@akingump.com%3cmailto:
dgolden@akingump.com>>);
dnewman@akingump.com<mailto:dnewman@akingump.com<mailto:dnewman@akingump.com%3cm
ailto:dnewman@akingump.com>>; Moss, Naomi; Williams, Matt J.; Gillett, Gabriel K.; Chorba,
Christopher; Fox, Gregory W.; Bob Hilliard; Steve Shadowen; Thomas J. Henry

Cc: Weisfelner, Edward S.

Subject: RE: Motors - GUC Settlement (FRE 408)


FRE 408


Hello All:


For the sake of good order, I want to repeat here the edits the PIWD Plaintiffs want made to the
Settlement Agreement and the two forms of Notice (short and long). Items 2 and 3 under the heading
"Settlement Agreement" resolve the gating issue between EL and PIWD and enables us to move ahead.
EL has seen the language and it my understanding they have approved it.


Settlement Agreement:


1. Section 1.43. Please add the words "those certain" to the definition PIWD Plaintiffs means those
certain Ignition Switch Pre-Closing Accident Plaintiffs represented by PIWD Counsel. [This was done
yesterday.]

2. Section 2.8. in the first sentence please add the underscored language as follows: "Notwithstanding
Sections 157(b)(2)(B) and (b)(2)(O) of Title 28, in connection with the Settlement Motion, to the extent
(if any)consent is required, the Pre-Closing Accident Plaintiffs represented by PIWD Counsel consent to
the Bankruptcy Court....."

3. Section 2.9(b). Add a new first sentence as follows: "Allocation of the Settlement Amount, the
Adjustment Shares (or their value), and any other consideration contained in the Settlement Fund
between the Plaintiffs asserting economic loss claims and the Plaintiffs asserting PIWD claims shall be
determined and approved in the first instance by District Judge Furman or Magistrate Cote, as
applicable."

CONFIDENTIAL                                                                                    GUC_0001812

4. Section 2.9(c). Add a new first sentence as follows: "Approval of the qualifications and criteria for Plaintiffs to be eligible to receive distributions from the Settlement Amount, the Adjustment Shares (or their value), and any other consideration contained in the Settlement Fund shall be done by the Bankruptcy Court in the first instance."

5. Section 2.9(c). Add new last sentence as follows: "Being defined as a Plaintiff does not assure any party that he, she, or it will receive a distribution from the Settlement Amount, the Adjustment Shares (or their value), or any other consideration contained in the Settlement Fund."

Forms of Notice:

1. Please add to both the long and short form notices the following: "Being defined as an Affected Party does not assure you will receive a distribution from the Settlement Amount, the Adjustment Shares (or their value), or any other consideration contained in the Settlement Fund. Eligibility and criteria for payment will be approved by the Bankruptcy Court at a later date and will be subject to notice and an opportunity to object."

2. Please be specific in the forms of Notice that the releases and waivers that are contemplated under the Settlement Agreement to go into effect upon entry of the Settlement Order, and the channeling of claims to the Settlement Fund and to any other settlement consideration that will be done as contemplated by the Waiver Provision, will be solely the function of entry of the Settlement Order. [We have shared a mark-up of the Notices with Brown Rudnick in this regard. It is our understanding that Brown Rudnick is drafting revisions to the Notices that will be circulated shortly.]

We are ready to move ahead, subject to acceptance of these points and our review of any additional changes to the documents.

Bill

William P Weintraub

<image001.png>

Goodwin Procter LLP

The New York Times Building

620 Eighth Avenue

New York, NY 10018

o +1 212 813 8839

m +1 917 861 7200

f +1 212 419 0964

WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com<mailto:WWeintraub@goodwinlaw.com%3cmailto:WWeintraub@goodwinlaw.com>> |
goodwinlaw.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.goodwinlaw.com&d=DwMGaQ&c=YOHA32qHoO0MIaoXxJhqDw&r=sHepujiB1s2yRa7ny05y6rSd9F6dtnxGwNlfd1G_ckQ&m=apPxfSbMTP53bDPKy1n8z3y29f8p0lihxPCNDm4GXjo&s=XWBNGJDDXDpF4AJmFHEgVI6dffsY04P1HVhEk4EEcSU&e=>

*

*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*******************************************************************************

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

GUC_0001814

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*********************************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

*****************************************************************

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*****************************************************************

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient

GUC_0001815

of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*********************************************************************************
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CONFIDENTIAL