# Exhibit EE

**To:** "Steel, Howard S." <HSteel@brownrudnick.com>
**Subject:** RE: GM
**From:** "Gillett, Gabriel K." <GGillett@gibsondunn.com>
**Date:** 2017-08-15 12:06:20 -0400

---

On our call last week to talk about preparing for the chambers conference, we deferred talking about the interplay between settlement and seeking class certification. Have you guys thought more about that?

**Gabriel Gillett**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2656 · Fax +1 212.716.0858
GGillett@gibsondunn.com · www.gibsondunn.com

---

**From:** Steel, Howard S. [mailto:HSteel@brownrudnick.com]
**Sent:** Monday, August 14, 2017 9:14 PM
**To:** asteinberg@kslaw.com
**Cc:** Davidson, Scott <SDavidson@KSLAW.com>; Weisfelner, Edward S. <EWeisfelner@brownrudnick.com>; Steve Berman <Steve@hbsslaw.com>; Elizabeth Cabraser (ecabraser@lchb.com) <ecabraser@lchb.com>; Bob Hilliard <bobh@hmglawfirm.com>; Daniel H. Golden - Akin Gump Strauss Hauer & Feld LLP (dgolden@akingump.com) <dgolden@akingump.com>; dnewman@akingump.com; Moss, Naomi <nmoss@akingump.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Williams, Matt J. <MJWilliams@gibsondunn.com>; Lnorman@andrewsmyers.com; Weintraub, William P (WWeintraub@goodwinlaw.com) <WWeintraub@goodwinlaw.com>; esserman@sbep-law.com; Thomas J. Henry (tjh@tjhlaw.com) <tjh@tjhlaw.com>; steve@hilliardshadowenlaw.com
**Subject:** FW: GM

Arthur: Per below, please see attached; sent to you as a courtesy. Please keep confidential until it is filed.

Howard S. Steel
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
212.209.4917 (direct)
732.757.1898 (cell)
212.938.2806 (direct fax)
hsteel@brownrudnick.com

---

**From:** Golden, Daniel [mailto:dgolden@AkinGump.com]
**Sent:** Monday, August 14, 2017 10:12 AM
**To:** Steinberg, Arthur (External)
**Cc:** Weisfelner, Edward S.; Steel, Howard S.; Newman, Deborah; Moss, Naomi; Martorana, Keith R.; Williams, Matt J.; Lnorman@andrewsmyers.com; 'Weintraub, William P'
**Subject:** GM

EXHIBIT
19
11/8/17 WH

BR006032

**External E-mail. Use caution accessing links or attachments.**

Arthur: As we discussed late last week, we have now scheduled a chambers conference with J Glenn for this Thursday at 3 pm to preview with J Glenn the proposed settlement as between the GUC trust, on the one hand, and counsel for the economic loss plaintiffs and counsel for pre sale personal injury/wrongful death claimants, on the other hand. You had previously indicated you were free that day. As I mentioned on last week's call we will be asking new GM to turn over to the noticing agent for the GUC trust all of the names and addressed of those parties to whom new GM issued the recalls to as well as the names and addresses of those parties/counsel who have instituted suit against new GM based on alleged recall related defects. It is our expectation to send to you the final draft of the settlement documents at some point today. Please reach out if you have any questions.

**Daniel H. Golden**
A K I N   G U M P   S ᴛʀᴀ U S S   H A U E R   &   F E L
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8010 | Internal: 38010
Fax: +1 212.872.1002 | dgolden@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

********************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

********************************************************************

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

BR006033