# Exhibit FF

| | |
|---|---|
| Message | |
| From: | Williams, Matt J. [MJWilliams@gibsondunn.com] |
| Sent: | 8/16/2017 03:42:02 |
| To: | Steel Howard S. (hsteel@brownrudnick.com) [hsteel@brownrudnick.com] |
| CC: | Martorana, Keith R. [KMartorana@gibsondunn.com]; Gillett, Gabriel K. [GGillett@gibsondunn.com] |
| Subject: | Re: FRE 408 - confidential |

Also - do we have any update on class cert issue discussed the other day?

**Matthew J. Williams**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2322 • Fax +1 212.351.5232
MJWilliams@gibsondunn.com • www.gibsondunn.com


On Aug 16, 2017, at 3:37 AM, Williams, Matt J. <MJWilliams@gibsondunn.com> wrote:

Howie - attached find a draft letter we are considering sending, subject to internal and client review and comment. (There may be some minor changes but this is general idea of what we'd send). We understand from akin that you guys may send something as well. Please send us a draft for our review prior to filing so we are all consistent.
MJW

<IMG_3957.PNG>


**Matthew J. Williams**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2322 • Fax +1 212.351.5232
MJWilliams@gibsondunn.com • www.gibsondunn.com



CONFIDENTIAL    GUC_0000904