# Exhibit GG

Message

| | |
|---|---|
| **From:** | Williams, Matt J. [MJWilliams@gibsondunn.com] |
| **Sent:** | 8/16/2017 08:24:19 |
| **To:** | Steel, Howard S. [HSteel@brownrudnick.com] |
| **CC:** | Gillett, Gabriel K. [GGillett@gibsondunn.com]; Martorana, Keith R. [KMartorana@gibsondunn.com] |
| **Subject:** | Re: FRE 408 - confidential |

Ok.

**Matthew J. Williams**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2322 • Fax +1 212.351.5232
MJWilliams@gibsondunn.com • www.gibsondunn.com


On Aug 16, 2017, at 8:23 AM, Steel, Howard S. <HSteel@brownrudnick.com> wrote:


Thanks; had head down marking ours up

Will circle back on the class cert issue and looking fwd to discussing

Howard S. Steel
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
212.209.4917 (direct)
732.757.1898 (cell)
212.938.2806 (direct fax)
hsteel@brownrudnick.com


**From:** Williams, Matt J. [mailto:MJWilliams@gibsondunn.com]
**Sent:** Wednesday, August 16, 2017 8:22 AM
**To:** Gillett, Gabriel K.
**Cc:** Steel, Howard S.; Martorana, Keith R.
**Subject:** Re: FRE 408 - confidential

External E-mail. Use caution accessing links or attachments.

Agree

**Matthew J. Williams**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193


EXHIBIT
17
11/8/17 WH

Tel +1 212.351.2322 • Fax +1 212.351.5232
MJWilliams@gibsondunn.com • www.gibsondunn.com


On Aug 16, 2017, at 8:17 AM, Gillett, Gabriel K. <GGillett@gibsondunn.com> wrote:

The judge just mooted the letters - he ordered the hearing to proceed as scheduled, but in open court.

Gabriel Gillett

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193<x-apple-data-detectors://1/0>
Tel +1 212.351.2656<tel:+1%20212.351.2656> • Fax +1 212.716.0858<tel:+1%20212.716.0858>
GGillett@gibsondunn.com<mailto:GGillett@gibsondunn.com> •
www.gibsondunn.com<http://www.gibsondunn.com/>


On Aug 16, 2017, at 8:16 AM, Steel, Howard S. <HSteel@brownrudnick.com<mailto:HSteel@brownrudnick.com>> wrote:


Thanks. will send you our draft shortly - says a lot of the same


Howard S. Steel
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
212.209.4917 (direct)
732.757.1898 (cell)
212.938.2806 (direct fax)
hsteel@brownrudnick.com<mailto:hsteel@brownrudnick.com><mailto:hsteel@brownrudnick.com>


From: Williams, Matt J. [mailto:MJWilliams@gibsondunn.com]
Sent: Wednesday, August 16, 2017 3:38 AM
To: Steel, Howard S.
Cc: Martorana, Keith R.; Gillett, Gabriel K.
Subject: FRE 408 - confidential

External E-mail. Use caution accessing links or attachments.
_____
Howie - attached find a draft letter we are considering sending, subject to internal and client review and comment. (There may be some minor changes but this is general idea of what we'd send). We understand from akin that you guys may send something as well. Please send us a draft for our review prior to filing so we are all consistent.
MJW

CONFIDENTIAL
GUC_0000889

[cid:image001.png@01D31667.E77B0CC0]

Matthew J. Williams

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193<x-apple-data-detectors://1/0>
Tel +1 212.351.2322<tel:+1%20212.351.2322> • Fax +1 212.351.5232<tel:+1%20212.351.5232>
MJWilliams@gibsondunn.com<mailto:MJWilliams@gibsondunn.com><mailto:MJWilliams@gibsondu nn.com> • www.gibsondunn.com<http://www.gibsondunn.com><http://www.gibsondunn.com/>

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

****************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

****************************************************************************

<image001.png>
<image001.png>

****************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

****************************************************************************