# Exhibit JJ

Message

| | |
|---|---|
| **From**: | Williams, Matt J. [MJWilliams@gibsondunn.com] |
| **Sent**: | 8/16/2017 03:10:26 |
| **To**: | Golden Daniel [dgolden@AkinGump.com]; Moss Naomi [nmoss@akingump.com]; Newman Deborah [djnewman@akingump.com] |
| **CC**: | Martorana, Keith R. [KMartorana@gibsondunn.com]; Gillett, Gabriel K. [GGillett@gibsondunn.com] |

# Redacted

GUC_0013946



# Redacted

GUC_0013947

Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Re:   *In re Motors Liquidation Company*, Case No. 09-
50026 (MG)

Dear Judge Glenn:

    We represent the Wilmington Trust Company, trustee for
and administrator of the Motors Liquidation Company GUC
Trust (the "**GUC Trust**"). We write in response to the letter
submitted to the Court yesterday afternoon by Arthur
Steinberg of King & Spalding LLP, counsel for General
Motors LLC ("**New GM**"), in which Mr. Steinberg requests
that the Court cancel the Chambers conference scheduled for
August 17, 2017 (the "**Conference**"), which was requested at
the behest of the GUC Trust, the Unitholders, and the
proponents (the "**Economic Loss Plaintiffs**" and the "**Pre-
Closing Accident Plaintiffs**") of the Late Claims Motions
filed with the Court in December 2016 and July 2017.

    The GUC Trust has no objection to the Conference
proceeding on the record in open Court, rather than in
Chambers. The purpose of scheduling the Conference was to
update the Court on the status of a potential settlement
between the GUC Trust, the Economic Loss Plaintiffs and the
Pre-Closing Accident Plaintiffs (the "**Proposed Settlement**"),
which Proposed Settlement is nearly final, but has not yet
been executed by the parties and is non-binding. There was
never any intention of having a substantive discussion of the
merits of the Proposed Settlement at the Conference, or
seeking any substantive relief. Thus, New GM will not be
prejudiced by the Conference in any way, or precluded from
objecting to any Proposed Settlement or seeking to withdraw
the reference.

    In light of the foregoing, we respectfully request that the
Court keep the Conference on the calendar. We are available
at the Court's convenience should Your Honor wish to discuss
this matter further.

Respectfully,

Matthew J. Williams



CONFIDENTIAL      GUC_0013948

**Matthew J. Williams**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2322 • Fax +1 212.351.5232
MJWilliams@gibsondunn.com • www.gibsondunn.com

CONFIDENTIAL                                                                                          GUC_0013949