# Exhibit MM

**INTENTIONALLY LEFT BLANK**