# EXHIBIT D

Message

| | |
|---|---|
| **From**: | Andrews, Beth [BANDREWS@WilmingtonTrust.com] |
| **Sent**: | 8/14/2017 07:21:39 |
| **To**: | LeClair, Lon [LLeClair@wilmingtontrust.com]; Beeson, John [JBeeson@WilmingtonTrust.com]; Corliss, Cynthia [CCorliss@WilmingtonTrust.com] |
| **CC**: | Vanaskey, David [DVanaskey@WilmingtonTrust.com] |
| **Subject**: | GUC Trust in the news |

I just wanted to alert you to an article that appeared on Bloomberg last Friday concerning the settlement the GUC Trust is about to sign with the Ignition Switch plaintiffs. We knew that New GM was not pleased that we were contemplating settling with the plaintiffs and supporting their claim estimation order. The approval of the claim estimation would trigger the accordion feature under the Plan of Reorganization and would cause New GM to have to issue up to 30mm in new shares. New GM will fight our settlement and the estimation order. We expect the Trust will be sued by New GM. Entering into the settlement is not an action we have taken without a great deal of thought and guidance from our legal advisors. We believe settling with the plaintiffs is in the best interest of the Trust and will enable us to wind it down and make a final distribution to all of the unitholders sooner rather than later.

Attached is a link to the story. Please let me know if you have any questions or feel that this should be shared with anyone else.
Regards,
Beth
https://www.google.com/amp/s/www.bloomberg.com/amp/news/articles/2017-08-11/old-gm-settlement-plan-sets-up-court-fight-with-successor

CONFIDENTIAL                                                                                                                                    GUC_0013092