# EXHIBIT G

Message

| | |
|---|---|
| **From**: | Steel, Howard S. [HSteel@brownrudnick.com] |
| **Sent**: | 8/14/2017 5:31:36 PM |
| **To**: | Weintraub, William P [WWeintraub@goodwinlaw.com]; Fox, Gregory W. [GFox@goodwinlaw.com]; Golden, Daniel [/O=AKINGUMP/OU=NY/cn=Recipients/cn=dgolden]; Newman, Deborah [/O=AKINGUMP/OU=AKINGUMP/cn=Recipients/cn=dnewman]; Moss, Naomi [/O=AKINGUMP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Moss, Naomi937]; MJWilliams@gibsondunn.com; GGillett@gibsondunn.com; CChorba@gibsondunn.com; bobh@hmglawfirm.com; steve@hilliardshadowenlaw.com; tjh@tjhlaw.com; mehenry@thomasjhenrylaw.com; Lnorman@andrewsmyers.com; kelly@hmglawfirm.com; KMartorana@gibsondunn.com |
| **CC**: | Weisfelner, Ed (External) [/O=AKINGUMP/OU=AKINGUMP/cn=Recipients/cn=EdWeisfelner]; Steve@hbsslaw.com; ChrisO@hbsslaw.com; ecabraser@lchb.com; Geman, Rachel (External) [/O=AKINGUMP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Rgeman.lchb.com]; esserman@sbep-law.com; Forster, Jill L. [JForster@brownrudnick.com] |
| **Subject**: | Motors - GUC Trust Settlement Agreement - SUBJECT TO FRE 408 |
| **Attachments**: | Motors - Settlement Agreement 8.14.17.DOCX; Motors - Settlement Order 8.14.17.DOCX; Motors - Claims Estimate Order 8.14.17.DOC; Motors - 9019 Motion 8.14.17.DOCX; Redline - Motors - 9019 Motion.pdf; Motors - Berman Cabraser Declaration 8.14.17.DOCX; Redline - Motors - Berman Cabraser Declaration.pdf; Motors - Hilliard Decl. 8.14.17.DOCX; Redline - Motors - Hilliard Declaration.pdf; Motors - Norman Declaration 8.14.17.DOCX; Motors - Andrews Declaration 8.14.17.DOCX; Redline - Motors - Andrews Declaration.pdf; Motors - Motion for Order Approving Notice Procedures 8.14.17.DOCX; Motors - Long Form Notice 8.14.17.DOCX; Motors - Short Form Notice 8.14.17.DOCX; Redline - Motors -Short Form Notice.pdf; Motors - DTC Notice 8.14.17.DOCX; Redline - Motors - DTC Notice.pdf; Motors - Azari Declaration 8.14.17.DOCX |

```
SUBJECT TO FRE 408


Please see attached proposed final execution versions of all of the documents.  Redlines are to versions
circulated Friday.


Please let us know any comments or questions and confirm when you are signed off.  Thanks.



Howard S. Steel

Brown Rudnick LLP

Seven Times Square

New York, New York 10036

212.209.4917 (direct)

732.757.1898 (cell)

212.938.2806 (direct fax)

  <mailto:hsteel@brownrudnick.com> hsteel@brownrudnick.com




********************************************************************************
```

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*************************************************************************

CONFIDENTIAL                                                                                                                          AG0004491