# EXHIBIT H

To:      Gillett, Gabriel K [GGillett@gibsondunn.com]
Cc:      Steinberg, Arthur [ASteinberg@KSLAW.com]
From:  Davidson, Scott
Sent:   Mon 8/14/2017 5:32:02 PM
Subject: RE: Meeting

Filed 11/29/17    Entered 11/29/17 16:35:12    Exhibit H

Pg 2 of 4

Thanks, Gabi.  We would prefer for this meeting to just be with you, and without the unitholders.

I am finding out now who from Kirkland will be on the phone, and will let you know.

Thanks again

**Scott I. Davidson | King & Spalding LLP**

_____

Tel: 212.556.2164 | Fax: 212.556.2222 | E-mail: sdavidson@kslaw.com
1185 Avenue of the Americas | New York, New York 10036

_____
The information contained in this e-mail is personal and confidential and is intended for the recipient only. In the event that you have received this message in error, please delete it immediately and inform the sender as soon as possible.

**From:** Gillett, Gabriel K. [mailto:GGillett@gibsondunn.com]
**Sent:** Monday, August 14, 2017 4:55 PM
**To:** Davidson, Scott
**Cc:** Steinberg, Arthur
**Subject:** RE: Meeting

I should mention, if there is a reason that you would prefer to have it be just us and you – without unitholders – we can accommodate that.  Whatever you prefer.

**Gabriel Gillett**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2656 • Fax +1 212.716.0858
GGillett@gibsondunn.com • www.gibsondunn.com

**From:** Gillett, Gabriel K.
**Sent:** Monday, August 14, 2017 4:45 PM
**To:** 'Davidson, Scott' <SDavidson@KSLAW.com>
**Cc:** Steinberg, Arthur <ASteinberg@KSLAW.com>
**Subject:** RE: Meeting

sounds good.  I can send a calendar invite – who should it go to?

From our side, it will be me, Matt, and Keith, and Danny and Debbie from Akin.

**Gabriel Gillett**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2656 • Fax +1 212.716.0858
GGillett@gibsondunn.com • www.gibsondunn.com

**From:** Davidson, Scott [mailto:SDavidson@KSLAW.com]
**Sent:** Monday, August 14, 2017 4:36 PM
**To:** Gillett, Gabriel K. <GGillett@gibsondunn.com>
**Cc:** Steinberg, Arthur <ASteinberg@KSLAW.com>
**Subject:** RE: Meeting

CONFIDENTIAL

It will just be the two of us.  Also, no need for a video conference.  A telephonic conference is fine.  Please send the call in details.
Thank you


**Scott I. Davidson | King & Spalding LLP**

_____

Tel: 212.556.2164 | Fax: 212.556.2222 | E-mail: sdavidson@kslaw.com

1185 Avenue of the Americas | New York, New York 10036

_____
The information contained in this e-mail is personal and confidential and is intended for the recipient only. In the event that you have received this message in error, please delete it immediately and inform the sender as soon as possible.

**From:** Gillett, Gabriel K. [mailto:GGillett@gibsondunn.com]
**Sent:** Monday, August 14, 2017 4:21 PM
**To:** Davidson, Scott
**Cc:** Steinberg, Arthur
**Subject:** RE: Meeting


Thanks.  Will it be just you two, for security purposes?  And if Kirkland will be video-ing in, please provide the necessary tech details.  Thanks!


**Gabriel Gillett**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2656 • Fax +1 212.716.0858
GGillett@gibsondunn.com • www.gibsondunn.com

**From:** Davidson, Scott [mailto:SDavidson@KSLAW.com]
**Sent:** Monday, August 14, 2017 4:19 PM
**To:** Gillett, Gabriel K. <GGillett@gibsondunn.com>
**Cc:** Steinberg, Arthur <ASteinberg@KSLAW.com>
**Subject:** RE: Meeting


Gabi, that is fine.  Thank you.  See you tomorrow.


**Scott I. Davidson | King & Spalding LLP**

_____

Tel: 212.556.2164 | Fax: 212.556.2222 | E-mail: sdavidson@kslaw.com

1185 Avenue of the Americas | New York, New York 10036

_____
The information contained in this e-mail is personal and confidential and is intended for the recipient only. In the event that you have received this message in error, please delete it immediately and inform the sender as soon as possible.

Begin forwarded message:

**From:** "Gillett, Gabriel K." <GGillett@gibsondunn.com>
**Date:** August 14, 2017 at 3:03:58 PM EDT
**To:** Steinberg Arthur <ASteinberg@KSLAW.com>
**Subject: Meeting**

Can we do 10 am tomorrow at our office?  I am checking on availability for your Chicago colleagues to be on video conference.

**Gabriel Gillett**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

CONFIDENTIAL

200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2656 • Fax +1 212.716.0858
GGillett@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

CONFIDENTIAL