# EXHIBIT L

Message

| | |
|---|---|
| **From**: | Vanaskey, David [DVanaskey@WilmingtonTrust.com] |
| **Sent**: | 8/15/2017 10:51:12 |
| **To**: | LeClair, Lon [LLeClair@wilmingtontrust.com] |
| **Subject**: | MLC |
| **Attachments**: | ReorgResearchGM081517.pdf; DOC081517-08152017101250.pdf |

A couple of follow ups on the GUC Trust.  Note we filled our 10Q  yesterday before the market opened.  Also we expect to share the settlement with New GM today.  Lastly, there is a chambers conference with Judge Glenn Thursday.  Certainly will keep you updated.


David A. Vanaskey Jr.
Administrative Vice President | Wilmington Trust Company
Global Capital Markets | Capital Markets and Agency Services
(O) (302) 636-6019 | (F) (302) 636-4145 | (M) (302) 563-8646
dvanaskey@wilmingtontrust.com | www.wilmingtontrust.com
1100 North Market Street, Wilmington, DE 19890

CONFIDENTIAL                                                                                                                                                    GUC_0013097