KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------X | | |
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.:  09-50026 (MG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ------------------------------------------------------------x | | |

**GENERAL MOTORS LLC'S COUNTER–DESIGNATION
OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD
ON APPEAL REGARDING THE APPEAL OF THE
BANKRUPTCY COURT'S OCTOBER 18, 2017 OPINION [ECF NO. 14133]**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, General Motors LLC ("**New GM**") submits this counter-designation of additional items to be included in the record on appeal in connection with the appeal of the *Memorandum Opinion and Order Denying Roger Dean Gillispie's Motion for Leave to Pursue Claims Against General Motors LLC, and, Alternatively, to File a Post-Bar-Date Proof of Claim in the Motors Liquidation Company Bankruptcy*, entered by the United States Bankruptcy Court for the Southern District of New

York in the above-referenced case on October 18, 2017 [ECF No. 14133] ("**October 2017 Opinion**").

## COUNTER-DESIGNATION OF RECORD

In addition to the items (including any exhibit, annex, appendix or addendum thereto) designated by Appellant in his *Designation of Items to be Included in the Record on Appeal and a Statement of Issues to be Presented* [ECF No. 14163] ("**Appellant's Designation**"), New GM submits the following designation of additional items to be included in the record on appeal of the October 2017 Opinion (including any exhibit, annex, appendix or addendum thereto):

| Item No. | Date Filed | Description | Docket No. |
|---|---|---|---|
| 1. | 9/12/2014 | Reply by General Motors LLC to Response by Wilmington Trust Company to the Gillispie Motion for Leave to Pursue Claims Against General Motors LLC, and, Alternatively, to File a Post-Bar-Date Proof of Claim in the Motors Liquidation Company Bankruptcy. | 12892[1] |

Dated: New York, New York
December 4, 2017

Respectfully submitted,

/s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

-and-

---

[1] While New GM's reply brief is designated in Appellant's Designation, Appellant incorrectly listed the bankruptcy docket number for this pleading (*i.e.*, ECF No. 12998). In order to avoid any confusion, New GM is designating its reply brief herein with the correct bankruptcy docket number (*i.e.*, ECF No. 12892).

DMSLIBRARY01\31574177.v1

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*