KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *December 4, 2017* I caused to be served a true and correct copy of the *General Motors LLC's Counter-Designation of Additional Items to be Included in the Record on Appeal Regarding the Appeal of the Bankruptcy Court's October 18, 2017 Opinion [ECF No. 14133]* [Dkt. No. 14177] by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email upon:

| | |
|---|---|
| David B. Owens<br>LOEVY & LOEVY<br>311 N. Aberdeen Street, 3rd Floor<br>Chicago, Illinois 60607<br>T: 312-243-5900<br>david@loevy.com | *Counsel for the Gillispie Plaintiff* |
| Jonathan D. Fortney, Esq.<br>Mitchell A. Karlan, Esq.<br>Michael Eggenberger, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>T: 212-351-3845<br>jfortney@gibsondunn.com<br>mkarlan@gibsondunn.com<br>meggenberger@gibsondunn.com | *Counsel for Wilmington Trust Company<br>as GUC Trust Administrator* |

Dated:  December 4, 2017
         New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

-and-

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*