## EXHIBIT B – AFFECTED MOVANTS

1. Brandy Berard
2. John Bueno
3. Lisa Bueno
4. Angela Burns
5. Raymond Duckett
6. Tabatha Ferrell
7. Rosy Garza
8. Charlesa Harris
9. Carolyn Hartnett
10. Tanya Haseleu
11. Todd Haseleu
12. Sherell Higgins, individually and as next friend of Darrell Brown, Jr. and representative of the estate of Darneasha Brown
13. Sammeeka Honeycutt
14. Jamie Hueber
15. Kenneth Jackman
16. Patricia Jackman
17. Kim Langley
18. Nick Langley
19. Kenneth Lindsay
20. Wycliffe Moindi
21. Earlesha Peoples
22. Ranae Peterson
23. Anthony Snyder
24. Brandon Stivers
25. Aleni Torres
26. Daniel Torres
27. Houston Venable
28. Carla Wallace
29. Tanya Willis-Singh
30. Jacqueline Wright

ACTIVE/93556466.2