# EXHIBIT C – UNAFFECTED MOVANTS

1. Christine Albert
2. Lisa Allen
3. Vangie Anderson
4. Horace Atkinson, individually, and as representative of the estate of Tammeye Jan Atkinson
5. Sandra Baylor, individually and as next friend of Kyle Wojciechowski
6. Keith Bennett
7. Walter Bennett
8. Kathleen Bonito
9. Alicia Bowyer
10. Linda Braxton
11. Sandra Bremenkamp
12. Joseph Brooks
13. Rose Brooks
14. Cathalina Brown
15. Amanda Buckley
16. Elizabeth Burns
17. Connell Caldwell
18. Nicole Carter
19. Dessie Chandler
20. Hans Charles
21. Donna Collins, individually and as next friend of Billy Collins
22. Ruth Cuthbertson
23. Veronica Lynn Davis
24. Gayla Deforest
25. Michelle Delhommer, individually and as next friend of Justice Delhommer and Justin Kyle
26. Michael Deming
27. Peter Doinidis Jr.
28. Alan Dyer, individually and as representative of the estate of Emma Dyer
29. Margaret Dyer
30. Kesha Edmonson
31. Shiza Edwards
32. Abraham Elias
33. Diane Elias
34. Michael Elias
35. Kristi Fair
36. Edward Ferruolo
37. Robert Fish
38. Jessica Fleming
39. Sandra Gibbs
40. Santoria Gibbs

ii

41. Mary Gibson
42. April Gill
43. Robert Gillespie
44. Tiffany Gomez
45. Catherine Gordon
46. Crystal Greene
47. Stephanie Grooms
48. Kevin Gross
49. Michelle Groves
50. John Hairston
51. Robert Haislah
52. Donnie Hamilton
53. Paul Harmon
54. Wade Hawes
55. Deana Hemminger
56. Roderick Hill
57. Wesley Hubbard
58. Erik Hultgren
59. Gwendolyn James
60. Robert Jennings
61. Michael Johansen
62. Jason Johndro
63. Kara Johnson
64. Volanda Jones
65. Gloria Kage
66. Rahseda Kalilou
67. Michael Kavanaugh
68. William Keller
69. Andrea Laird
70. James Latimer
71. Nachel Leblanc
72. Gilbert LeDay
73. Janeshea Leonard
74. Kevin Lissner
75. Marjorie Lockhart
76. Kimberly Lopez
77. Jenna Loree
78. Mark Love
79. Teeynesha Love
80. Kon Lueth
81. Patricia Lynch
82. Justin Maclin
83. Patricia McCloud
84. Sharon McGhee
85. Randall McPherson
86. Eileen Mency

87. Melanie Mosley
88. Julie Moza
89. Richard Moza
90. Edson Myers
91. Ashley Page
92. Sammie Page
93. Kenneth Pearce
94. Joell Platzke
95. Sharon Powell
96. Katherine Prados
97. Jami Pruitt
98. Shirley Pylar
99. Jose Quintanilla
100. Rosalita Quintanilla
101. Samuel Raniolo
102. Janet Reetz
103. Justin Robbins
104. Miranda Robinson
105. Dailene Rodgers
106. Rafael Rodriguez
107. Richard Rooney
108. Samara Roura
109. Amy Ruppert
110. Carla Santiago
111. Deborah Scroggins
112. Willie Shells
113. Patricia Shinko
114. Deidra Shipman
115. Rodney Sims
116. Clara Small
117. George Smith
118. Rickey Sorrells
119. Christina Spencer
120. Carol Spiller
121. Deborah Stanley
122. Glenn Stanley
123. Cheryl Stevens
124. Aliana Strauss
125. Kally Surbeck
126. Marshell Swafford
127. Johnnie Sykes
128. Kenya Taylor
129. Teresa Thomison
130. Chelsea Vargas
131. Hilda Vasquez
132. Dwayne Waithe

133. Erica Walker
134. Tionnte Walker
135. Isaac Warren
136. Myra Washington
137. Diana Watkins
138. Tracy West
139. Rhonda Weston
140. Virginia White
141. Ashley Wiley
142. Alexander Williams
143. Johnny Wilson
144. Vernessa Wright
145. George Zamora

v