William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel for Ignition Switch Pre-Closing*
*Accident Plaintiffs Represented by*
*Hilliard Muñoz Gonzales L.L.P.*
*Listed on Exhibit C Hereto*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                            :    Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., et al.,                    :
                                                               :
                                   Debtors.                    :    (Jointly Administered)
---------------------------------------------------------------X

# CERTIFICATE OF SERVICE

I, William P. Weintraub, hereby certify that on **December 4, 2017**, a true and correct copy of *Notice of Withdrawal as Counsel of Record for Certain Movants Under Omnibus Motion by Certain Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths [Docket No. 13807]*, filed through this Court's CM/ECF system [ECF No. 14179], was sent electronically to the participants registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

ACTIVE/93572660.1

Dated: December 4, 2017

Respectfully submitted,

/s/ *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel for Ignition Switch Pre-Closing Accident Plaintiffs Represented by Hilliard Muñoz Gonzales L.L.P. Listed on Exhibit C Hereto*

2