# **EXHIBIT G**

| | | GUC Trust and New GM Objections to Plaintiffs' and Participating Unitholders' Exhibit List | |
|---|---|---|---|
| **Exhibit** | **Bates No.** | **Document Description** | **GUC Trust and New GM Objections** |
| PX-001 | BR005717-5740 | Settlement Agreement betweenGUC and Plaintiffs | |
| PX-002 | BR001936-1937 | May 9, 2017 Email from Steel | Hearsay; Relevance |
| PX-003 | | May 17, 2017 Hearing Transcript at 266-267 | Hearsay |
| PX-004 | BR002322 | May 22, 2017 Email from Williams | Hearsay |
| PX-005 | BR007564-7578 | June 6, 2017 Email from Steel | Hearsay |
| PX-006 | BR004584-4621 #7452.1 | June 9, 2017 Email from Moss | Hearsay |
| PX-007 | BR004622-4623 | June 11, 2017 Email from Steel | Hearsay |
| PX-008 | BR004675-4715<br>GUC_0010989 and attachments | June 15, 2017 Email from Steel | Hearsay |
| PX-009 | BR004761-4797<br>GUC_0010965 and attachments | June 23, 2017 Email from Martorana | Hearsay |
| PX-010 | BR004718-4729 | June 26, 2017 Email from Martorana | Hearsay |
| PX-011 | BR003749-88<br>GUC_0000333 and attachments | July 3, 2017 Email from Steel | Hearsay |
| PX-012 | BR004176-456 | July 5, 2017 Letter from Steinberg to Judge Glenn | Hearsay |
| PX-013 | BR004460-4501<br>GUC_0000022 and attachments | July 6, 2017 Email from Martorana | Hearsay |
| PX-014 | GUC_0006286 | July 10, 2017 Email from Weintraub | Hearsay |
| PX-015 | BR000359 | July 11, 2017 Email from Hilliard | Hearsay; Relevance |
| PX-016 | BR002323-2328 | July 12, 2017 Email from Steel | Hearsay |
| PX-017 | BR002330-2372<br>GUC_0004213 and attachments | July 12, 2017 Email from Martorana | Hearsay |
| PX-018 | BR002373-2572 | July 13, 2017 Email from Steel | Hearsay; Relevance |
| PX-019 | BR002573-2617<br>GUC_0003965 and attachments | July 14, 2017 Email from Weintraub | Hearsay |
| PX-020 | BR002622-2667<br>GUC_0009750 and attachments | July 17, 2017 Email from Martorana | Hearsay |
| PX-021 | BR002669-2714<br>GUC_0003920 and attachments | July 18, 2017 Email from Weintraub | Hearsay |
| PX-022 | BR002868-2878 | July 18, 2017 Email from Weintraub | Hearsay |

| | GUC Trust and New GM Objections to Plaintiffs' and Participating Unitholders' Exhibit List | | |
|---|---|---|---|
| **Exhibit** | **Bates No.** | **Document Description** | **GUC Trust and New GM Objections** |
| PX-023 | GUC_0010413 | July 19, 2017 Letter from Steinberg to Gillett | Hearsay |
| PX-024 | GUC_0010434 | July 19, 2017 Email from Gillett to Davidson | Hearsay |
| PX-025 | BR002908-2968<br>GUC_0009453 and attachments | July 19, 2017 Email from Forster | Hearsay |
| PX-026 | BR002969-3015<br>GUC_0003802 and attachments | July 20, 2017 Email from Martorana | Hearsay |
| PX-027 | GUC_0013905-10 | July 20, 2017 Email from Martorana | Hearsay |
| PX-028 | AG 0005746-779 | July 25, 2017 Email from Martorana | Hearsay |
| PX-029 | BR003073-3210 | July 25, 2017 Email from Steel | Hearsay |
| PX-030 | BR003211-3244<br>GUC_0009347 and attachments | July 26, 2017 Email from Steel | Hearsay |
| PX-031 | BR003262-3267 | July 27, 2017 Email from Steel | Hearsay |
| PX-032 | BR003277-3348<br>GUC_0003644 and attachments | July 27, 2017 Email from Martorana | Hearsay |
| PX-033 | GUC_0003217-23 | July 28, 2017 Email from Weintraub | Hearsay |
| PX-034 | BR003354-3423<br>GUC_0003546 and attachments | July 28, 2017 Email from Martorana | Hearsay |
| PX-035 | BR003436-3495 | July 28, 2017 Email from Martorana | Hearsay |
| PX-036 | HM001573 | July 31, 2017 Email from Weintraub | Hearsay |
| PX-037 | BR006091 | August 2, 2017 Email from Moss | Hearsay |
| PX-038 | BR006092-6137<br>GUC_0002981 & attachments | August 2, 2017 Email from Martorana | Hearsay |
| PX-039 | GUC_0002912 and attachments | August 3, 2017 Email from Steel | Hearsay |
| PX-040 | GP002042-2223<br>GUC_0002758 | August 3, 2017 Email from Martorana | Hearsay |
| PX-041 | BR006164-6344 | August 3, 2017 Email from Martorana | Hearsay |
| PX-042 | BR006162-6163 | August 3, 2017 Email from Martorana | Hearsay |
| PX-043 | AG 0000032-33 | August 7, 2017 Email from Moss | Hearsay |
| PX-044 | BR006376-6612<br>GUC_0002514 & attachments | August 7, 2017 Email from Steel | Hearsay |

| | GUC Trust and New GM Objections to Plaintiffs' and Participating Unitholders' Exhibit List | | |
|---|---|---|---|
| **Exhibit** | **Bates No.** | **Document Description** | **GUC Trust and New GM Objections** |
| PX-045 | BR006635-6640 | August 8, 2017 Email from Steel | Hearsay |
| PX-046 | BR006651-6902 GUC_0002259 & attachments | August 8, 2017 Email from Martorana | Hearsay |
| PX-047 | BR007012-7017 | August 9, 2017 Email from Golden | Hearsay |
| PX-048 | GP001540 | August 9, 2017 Email from Golden | Hearsay |
| PX-049 | BR006977-6978 | August 9, 2017 Email from Williams | Hearsay |
| PX-050 | BR007305-7316 | August 10, 2017 Email from Golden | Hearsay |
| PX-051 | GUC 0013890-93 | August 10, 2017 Email from Vanaskey | Hearsay; Relevance |
| PX-052 | BR007488-7588 | August 10, 2017 Email from Steel | Hearsay |
| PX-053 | Weisfelner Declaration | August 11, 2017 Weisfelner Declaration Ex C - Experts of 8/11/17 Hearing Transcript | Hearsay |
| PX-054 | AG 0005375-395 | August 11, 2017 Email from Moss | Hearsay |
| PX-055 | HBSS000928 | August 11, 2017 Bloomberg Article | Hearsay |
| PX-056 | BR005064-5293 GUC_0001589 & attachments; GUC_0001522 & attachment | August 11, 2017 Email from Steel | Hearsay |
| PX-057 | GP000692-93 | August 11, 2017 Email from Steel | Hearsay |
| PX-058 | BR005329-5338 | August 11, 2017 Email from Fox | Hearsay |
| PX-059 | GUC_13954 | August 11, 2017 Email from Gillett | Hearsay; Relevance |
| PX-060 | GUC_13953 | August 12, 2017 Email from Vanaskey | Hearsay; Relevance |
| PX-061 | AG 0004355-4445 | August 12, 2017 Email from Weintraub | Hearsay |
| PX-062 | BR005373-5383 | August 12, 2017 Email from Norman | Hearsay |
| PX-063 | BR005468-5484 | August 12, 2017 Email from Martorana | Hearsay |
| PX-064 | GP00535-554; | August 12, 2017 Email from Martorana | Hearsay |
| PX-065 | GP000059-66 | Final Execution Version of Andrews Declaration | Hearsay |
| PX-066 | GUC 0013092 | August 14, 2017 Email from Andrews | Hearsay |

| | GUC Trust and New GM Objections to Plaintiffs' and Participating Unitholders' Exhibit List | | |
|---|---|---|---|
| **Exhibit** | **Bates No.** | **Document Description** | **GUC Trust and New GM Objections** |
| PX-067 | BR005770-5772 | August 14, 2017 Email from Moss | Hearsay |
| PX-068 | GUC 0010509-566 | August 11, 2017 MDL Hearing Transcript | Hearsay |
| PX-069 | GUC_0013248 | August 14, 2017 Email from Hartgen | Hearsay; Relevance |
| PX-070 | AG 0004448-449 | August 14, 2017 Email from Moss | Hearsay |
| PX-071 | GUC 5647-650 | August 14, 2017 Email from Golden | Hearsay |
| PX-072 | GUC 0007042-051 | August 14, 2017 Email from Martorana | Hearsay |
| PX-073 | BR005760-5769 | August 14, 2017 Email from Steel | Hearsay |
| PX-074 | AG 0006709- 726 | August 14, 2017 Email from Martorana | Hearsay |
| PX-075 | BR005804-6003 GUC_0006799 & attachments | August 14, 2017 Email from Steel | Hearsay |
| PX-076 | GUC_0013923 | August 14, 2017 Email from Martorana | Hearsay |
| PX-077 | BR006006-6009 | August 14, 2017 Email from Martorana | Hearsay |
| PX-078 | BR006024-6026 | August 14, 2017 Email from Steel | Hearsay |
| PX-079 | GP000013-16 | August 14, 2017 Email from Steel | Hearsay |
| PX-080 | BR006024-6026 | August 14, 2017 Email from Steel | Hearsay |
| PX-081 | BR005593-5596 | August 14, 2017 Email from Hilliard | Hearsay |
| PX-082 | GP001298-1302 | August 14, 2017 Email from Hilliard | Hearsay |
| PX-083 | GUC 0010402-403 | August 14, 2017 Email from Gillett | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-084 | GUC 0010399-10401 | August 14, 2017 Email from Davidson | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-085 | BR005790-5793 | August 14, 2017 Email from Norman | Hearsay |
| PX-086 | GUC 0001066-069 | August 14, 2017 Email from Cabraser | Hearsay |
| PX-087 | GUC 0005647-650 | August 14, 2017 Email from Steel | Hearsay |
| PX-088 | GUC_0013928 | August 14, 2017 Email from Martorana | Hearsay |

| | GUC Trust and New GM Objections to Plaintiffs' and Participating Unitholders' Exhibit List | | |
|---|---|---|---|
| **Exhibit** | **Bates No.** | **Document Description** | **GUC Trust and New GM Objections** |
| PX-089 | BR005545-5549 | August 14, 2017 Email from Steel | Hearsay |
| PX-090 | BR005601-5605 | August 14, 2017 Email from Steel | Hearsay |
| PX-091 | BR005550-5553 | August 14, 2017 Email from Steel | Hearsay |
| PX-092 | GP000617 | August 14, 2017 Email from Steel | Hearsay |
| PX-093 | AG0006847-50 | August 14, 2017 Email from Gillett | Hearsay |
| PX-094 | BR005613-5754 | August 14, 2017 Email from Steel | Hearsay |
| PX-095 | GUC 010567-620 | Form 10-Q | |
| PX-096 | GUC 0010416-418 | August 14, 2017 Email from Gillett | Hearsay;<br>Relevance - outside the scope of Phase 1 |
| PX-097 | GUC 0012695-98 | August 15, 2017 Email from Cordasco | Hearsay;<br>Relevance |
| PX-098 | GUC 0013107-111 | August 15, 2017 Email from Vanaskey | Hearsay;<br>Relevance |
| PX-099 | GUC 0013097-101 | August 15, 2017 Email from Vanaskey | Hearsay;<br>Relevance |
| PX-100 | BR006032-6033 | August 15, 2017 Email from Gillett | Hearsay |
| PX-101 | GUC 0010490 | August 15, 2017 Email from Steinberg | Hearsay;<br>Relevance - outside the scope of Phase 1 |
| PX-102 | GUC 10414-415 | August 15, 2017 Email from Gillett | Hearsay;<br>Relevance - outside the scope of Phase 1 |
| PX-103 | GUC 0000913-919 | August 15, 2017 Email from Gillett | Hearsay |
| PX-104 | GUC_0013929 | June 16, 2017 Email from Gillett | Hearsay |
| PX-105 | BR006034-6036 | August 15, 2017 Email from Moss | Hearsay |
| PX-106 | BR006081-6082 | August 16, 2017 Email from Williams | Hearsay |
| PX-107 | GUC 0000904 | August 16, 2017 Email from Williams | Hearsay |
| PX-108 | GUC 0010446 | August 16, 2017 Email from Williams | Hearsay |
| PX-109 | GUC_0013942 | August 16, 2017 Email from Andrews | Hearsay |
| PX-110 | GUC_0010445 | August 16, 2017 Email from Williams | Hearsay |

| | **GUC Trust and New GM Objections to Plaintiffs' and Participating Unitholders' Exhibit List** | | |
|---|---|---|---|
| **Exhibit** | **Bates No.** | **Document Description** | **GUC Trust and New GM Objections** |
| PX-111 | BR006071-6072 | August 16, 2017 Email from Gillett | Hearsay |
| PX-112 | BR006083 | August 16, 2017 Email from Howard | Hearsay |
| PX-113 | GUC 0010443 | August 16, 2017 Email from Williams | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-114 | GUC 0010485 | August 16, 2017 Email from Steinberg | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-115 | GUC 0010442 | August 16, 2017 Email from Williams | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-116 | AG 0006844-6846 | August 16, 2017 Email from Williams | Hearsay |
| PX-117 | GUC 0010447 | August 16, 2017 Email from Martorana | Hearsay |
| PX-118 | GUC 0010503 | August 16, 2017 Email from Steinberg | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-119 | GUC 000010439 | August 16, 2017 Email from Golden | Hearsay |
| PX-120 | GUC 0000881-882 | August 16, 2017 Email from Martorana | Hearsay |
| PX-121 | GUC 0013936-8 | August 16, 2017 Email from Davidson | Hearsay |
| PX-122 | GUC 0010502 | August 16, 2017 Email from Williams | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-123 | GUC 0013932-35 | August 16, 2017 Email from Martorana | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-124 | GUC 0013252-53 | August 16, 2017 Email from Tennenbaum | Hearsay |
| PX-125 | GUC 13939-41 | August 16, 2017 Email from Andrews | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-126 | GUC 13932-35 | August 16, 2017 Email from Andrews | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-127 | LC000914-15 | August 16, 2017 Email from Cunningham | Hearsay |
| PX-128 | BR006078-6080 | August 16, 2017 Email from Golden | Hearsay; Relevance |
| PX-129 | GUC_0013930 | August 17, 2017 Email from Vanaskey | Hearsay; Relevance - outside the scope of Phase 1 |
| PX-130 | GUC 0013105-06 | August 17, 2017 Email from LeClair | Hearsay; Relevance |
| PX-131 | GUC_0013943-44 | August 17, 2017 Email from Vanaskey | Hearsay |
| PX-132 | GUC 001309595-6 | August 17, 2017 Email from Vanaskey | Hearsay; Relevance |

| | GUC Trust and New GM Objections to Plaintiffs' and Participating Unitholders' Exhibit List | | |
|---|---|---|---|
| **Exhibit** | **Bates No.** | **Document Description** | **GUC Trust and New GM Objections** |
| PX-133 | GUC 0013885 | August 17, 2017 Email from Pickering | Hearsay |
| PX-134 | AG0000114-116 | August 17, 2017 Email from Williams | Hearsay |
| PX-135 | AG 0003123 | August 17, 2017 Email from Moss | Hearsay |
| PX-136 | | GUC Trust Quarterly Section 6.2(c) Report and Budget Variance Report as of June 30, 2017 | |
| PX-137 | | GUC Trust Quarterly Section 6.2(c) Report and Budget Variance Report as of Sept. 30, 2017 | |
| PX-138 | | GUC Trust QuarterlyGUC Trust Reports as of September 30 2017 | |
| PX-139 | AG0006838 | August 15, 2017 Email from Golden | Hearsay |
| PX-140 | AG0006843 | August 15, 2017 Email from Williams | Hearsay |
| PX-141 | AG0005328-351 | August 10, 2017 Email from Moss | Hearsay |
| PX-142 | | November 14, 2017 Letter from Hilliard | Hearsay |
| PX-143 | | August 16, 2017 GUC Trust 8-K Filing | |