# **<u>EXHIBIT H</u>**

**In re: MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*, No. 09-50026**

**Plaintiffs and Participating Unitholders' Affirmative Designations of the Deposition Testimony of Beth Andrews and the GUC Trust and New GM's Objections Thereto**

| Beth Andrews November 15, 2017 | | |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** | | **GUC Trust and New GM Objections** |
| **Designation Begin** | **Designation End** | |
| 11:14 | 11:25 | |
| 16:20 | 16:25 | |
| 17:14 | 18:1 | |
| 18:15 | 18:18 | Vague and ambiguous; Compound (FRE 611(a)); Lack of foundation (FRE 602). |
| 18:22 | 18:24 | Vague and ambiguous; Compound (FRE 611(a)); Lack of foundation (FRE 602). |
| 22:14 | 22:20 | |
| 22:24 | 22:25 | |
| 25:2 | 25:9 | |
| 26:1 | 26:2 | |
| 26:6 | 26:13 | |
| 27:9 | 27:10 | |
| 27:14 | 27:16 | |
| 30:22 | 31:16 | |
| 39:11 | 39:16 | Relevance; Vague and ambiguous; Lack of foundation (FRE 602). |
| 39:18 | 40:1 | Relevance; Vague and ambiguous; Lack of foundation (FRE 602). |
| 40:5 | 40:14 | Relevance (40:5-14); Vague and ambiguous; Lack of foundation (FRE 602) (40:5). |
| 42:19 | 42:20 | Vague and ambiguous; Lack of foundation (FRE 602). |
| 42:23 | 43:6 | Vague and ambiguous; Lack of foundation (FRE 602) (49:23). |
| 43:8 | 43:14 | |
| 46:8 | 47:9 | |
| 47:11 | 47:25 | Vague and ambiguous; Lack of foundation (FRE 602); Cumulative (47:22. |

1

| Beth Andrews November 15, 2017 ||  |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** || **GUC Trust and New GM Objections** |
| **Designation Begin** | **Designation End** |  |
| 48:5 | 49:10 | Vague and ambiguous; Lack of foundation (FRE 602); Cumulative (48:5). |
| 56:6 | 56:8 |  |
| 56:12 | 56:15 |  |
| 56:17 | 56:21 |  |
| 59:3 | 59:16 | Relevance. |
| 59:23 | 60:9 | Relevance. |
| 60:11 | 60:15 | Relevance. |
| 60:20 | 61:10 | Relevance. |
| 61:18 | 64:1 | Relevance. |
| 64:5 | 64:15 | Relevance |
| 64:19 | 64:20 | Relevance |
| 70:21 | 71:6 | Vague and ambiguous (71:3-6). |
| 71:8 | 71:9 | Vague and ambiguous. |
| 71:16 | 71:21 | Vague and ambiguous; question is incomplete as stated. |
| 72:13 | 72:15 | Asked & Answered (FRE 403) |
| 72:20 | 72:20 |  |
| 72:21 | 73:25 | Vague and ambiguous; Mischaracterizes testimony (73:21–73:25). |
| 74:3 | 74:20 | Vague and ambiguous; Mischaracterizes testimony (74:3-4); Lack of foundation or personal knowledge (FRE 602); Calls for speculation (74:17-20). |
| 74:25 | 75:8 | Lack of foundation or personal knowledge (FRE 602); Calls for speculation. |
| 75:13 | 75:22 | Lack of foundation (FRE 602); Calls for speculation (75:13-15). |
| 75:25 | 76:9 |  |
| 78:16 | 80:1 |  |
| 80:15 | 81:6 |  |
| 82:21 | 84:6 |  |
| 89:24 | 90:3 | Lack of Foundation (FRE 602) |
| 90:9 | 90:18 | Lack of Foundation (FRE 602) |
| 90:21 | 90:22 |  |
| 98:24 | 99:2 |  |

| Beth Andrews<br>November 15, 2017 ||  |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** || **GUC Trust and New GM Objections** |
| **Designation Begin** | **Designation End** |  |
| 99:7 | 99:21 |  |
| 100:3 | 100:6 |  |
| 100:17 | 100:19 |  |
| 100:23 | 101:4 | Vague and ambiguous. |
| 101:7 | 101:8 | Vague and ambiguous. |
| 101:11 | 101:23 | Vague and ambiguous; Lack of foundation (FRE 602 (101:13-23) |
| 102:2 | 102:9 | Vague and ambiguous; Lack of foundation (FRE 602) 102:2-3). |
| 103:6 | 104:11 | Vague and ambiguous; Lack of foundation (FRE 602) (104:5-11). |
| 104:14 | 104:22 | Vague and ambiguous; Lack of foundation (FRE 602) (104:16-22). |
| 104:25 | 106:14 | Vague and ambiguous; Lack of foundation (FRE 602) (104:25). |
| 107:2 | 109:2 |  |
| 109:10 | 110:22 | Vague and ambiguous; Lack of foundation (FRE 602) (110:20-110:22). |
| 110:25 | 111:21 | Vague and ambiguous; Lack of foundation (FRE 602) (110:25-111:2); Mischaracterizes testimony (111:13-21). |
| 111:24 | 111:25 | Mischaracterizes testimony. |
| 115:4 | 115:7 |  |
| 118:6 | 120:16 | Calls for speculation; Lack of foundation (FRE 602) (120:12-21). |
| 120:20 | 121:1 | Mischaracterizes testimony; Calls for speculation; Lack of foundation (FRE 602) (120:23-121:1). |
| 121:8 | 121:15 | Mischaracterizes testimony; Calls for speculation; Lack of foundation (FRE 602). |
| 122:5 | 122:18 | Relevance. |
| 123:19 | 124:11 | Relevance. |
| 124:23 | 125:2 |  |
| 127:4 | 127:4 |  |
| 127:10 | 127:11 |  |
| 128:24 | 129:4 | Calls for speculation; Lack of foundation (FRE 602). |

3

| Beth Andrews November 15, 2017 |||
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** || **GUC Trust and New GM Objections** |
| **Designation Begin** | **Designation End** | |
| 130:22 | 131:23 | |
| 132:2 | 132:3 | |
| 132:12 | 134:15 | Vague and ambiguous; lines 14 and 15 are not part of the designated question; Lack of foundation (FRE 602) (134:14-15). |
| 134:24 | 135:2 | Vague and ambiguous; Lack of foundation (FRE 602). |
| 135:5 | 135:12 | |
| 135:24 | 136:22 | Vague and ambiguous; Lack of foundation (FRE 602) (136:15-22). |
| 136:24 | 137:2 | Vague and ambiguous; Lack of foundation (FRE 602). |
| 137:17 | 138:15 | Mischaracterizes testimony (138:10-15). |
| 138:17 | 138:18 | Mischaracterizes testimony. |
| 138:23 | 139:11 | Mischaracterizes testimony; Compound (FRE 611(a));Lack of foundation (FRE 602) (139:4-11). |
| 139:16 | 140:15 | Mischaracterizes testimony; Compound (FRE 611(a));Lack of foundation (FRE 602) (139:16); Lack of foundation (FRE 602) (140:9-23). |
| 140:18 | 140:25 | Lack of foundation (FRE 602). |
| 142:1 | 143:4 | Lack of foundation (FRE 602) (142:22-143:4). |
| 143:7 | 143:16 | Lack of foundation (FRE 602). |
| 143:20 | 144:1 | Lack of foundation (FRE 602). |
| 144:5 | 145:5 | Mischaracterizes testimony; Calls for speculation; Lack of foundation (FRE 602) (145:5-7). |
| 145:7 | 145:18 | Calls for speculation; Lack of foundation (FRE 602) (145:13-18) |
| 145:21 | 146:2 | Calls for speculation; Lack of foundation (FRE 602) |
| 146:6 | 146:15 | Calls for speculation; Lack of foundation (FRE 602) (146:6-7) |
| 150:15 | 150:19 | Vague and ambiguous; Lack of foundation (FRE 602). |

4

| Beth Andrews<br>November 15, 2017 | | |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** | | **GUC Trust and New GM Objections** |
| **Designation Begin** | **Designation End** | |
| 150:22 | 150:22 | Vague and ambiguous; Lack of foundation (FRE 602). |
| 152:1 | 152:11 | |
| 152:15 | 154:11 | Cumulative (154:9-11). |
| 154:15 | 155:24 | Cumulative (154:15–155:1). |

**GUC Trust and New GM's Counter Designations of the Deposition Testimony of Beth Andrews and the Plaintiffs and Participating Unitholders' Objections Thereto**

| Beth Andrews<br>November 15, 2017 | | |
|---|---|---|
| **GUC Trust and New GM's Counter Designations** | | **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 9:14 | 10:12 | |
| 18:3 | 18:5 | This is not a valid counter-designation, as neither completeness or fairness requires that it be considered contemporaneously with affirmatively designated content (FRE 106); relevance (401-403). |
| 18:8 | 18:12 | This is not a valid counter-designation, as neither completeness or fairness requires that it be considered contemporaneously with the designated content (FRE 106); relevance (401-403). |
| 23:2 | 23:15 | This is not a valid counter-designation, as neither completeness or fairness requires that it be considered contemporaneously with the designated content (FRE 106); relevance (401-403 – this is irrelevant to the issue of whether or not there was a binding agreement between the parties). |
| 25:11 | 25:25 | |
| 28:13 | 28:25 | This is not a valid counter-designation, as it does not |

5

| Beth Andrews November 15, 2017 ||| 
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | "complete" anything affirmatively designated and fairness does not require that it be considered contemporaneously with the designated content (FRE 106); relevance (401-403); foundation (601, 602). |
| 34:21 | 35:4 | This is not a valid counter-designation, and it is not clear which affirmatively designated content this excerpt could possibly purport to "complete" (FRE 106); relevance (FRE 401-403). |
| 41:15 | 41:17 | This is not a valid counter-designation, and further is contextually incomplete in and of itself (omits the relevant date discussion) (FRE 106); mischaracterizes testimony; relevance (401-403). |
| 42:3 | 42:7 | This is not a valid counter-designation, as it does not "complete" anything affirmatively designated and is in fact incomplete/out-of-context in and of itself (omits the relevant date discussion) (FRE 106); mischaracterizes testimony; hearsay (801, 802). |
| 53:17 | 53:22 | Not a valid counter-designation (does not "complete" anything affirmatively designated) (106); hearsay (801, 802); hearsay within hearsay (805); lacks foundation/ personal knowledge (601, 602). |
| 54:24 | 55:4 | Relevance (401-403); hearsay (801, 802); not a valid counter-designation because it does not "complete" |

| Beth Andrews<br>November 15, 2017 ||| 
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | anything affirmatively designated and fairness does not require that it be considered contemporaneously with the designated content (106). |
| 57:3 | 57:5 | This is not a valid counter-designation as it does not "complete" anything affirmatively designated and fairness does not require that it be considered contemporaneously with the designated content (106); Relevance (401-403). |
| 68:6 | 68:13 | This is not a valid counter-designation as it does not "complete" anything affirmatively designated and fairness does not require that it be considered contemporaneously with the designated content (106); Improper opinion evidence (702); Foundation (601, 602). |
| 68:15 | 68:19 | This is not a valid counter-designation as it does not "complete" anything affirmatively designated, and fairness does not require that it be considered contemporaneously with the designated content (106); Improper opinion evidence (702); Foundation (601, 602). |
| 69:23 | 70:1 | Not a valid counter-designation, as fairness or completeness requirements do not necessitate its inclusion with the designated content (106) ; 403 (more confusing than probative); vague and ambiguous; foundation (601, 602). |

| Beth Andrews<br>November 15, 2017 ||  |
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 70:6 | 70:17 | Not a valid counter-designation, as fairness or completeness requirements do not necessitate its inclusion with the designated content (106); 403 (more confusing than probative); vague and ambiguous. |
| 72:8 | 72:12 | Incomplete on its face and further not a valid counter-designation, as fairness or completeness requirements do not necessitate its inclusion with the designated content (106); hearsay (801, 802); vague and ambiguous. |
| 74:1 | 74:2 | Incomplete on its face and further not a valid counter-designation, as fairness or completeness requirements do not necessitate its inclusion with the designated content (106); improper designation of record objections (401-403 – irrelevant). |
| 74:21 | 74:24 | Incomplete and not a valid counter-designation, as fairness or completeness requirements do not necessitate its inclusion with the designated content (106); improper designation of record objections (401-403 – irrelevant). |
| 75:9 | 75:12 | Incomplete and not a valid counter-designation, as fairness or completeness requirements do not necessitate its inclusion with the designated content (106); improper designation of record objections (401-403 – irrelevant). |
| 77:21 | 78:4 | Not a valid counter-designation (does not "complete" anything |

8

| Beth Andrews<br>November 15, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | affirmatively designated) (106); hearsay (801, 802); lacks foundation/ personal knowledge (601, 602); calls for speculation/improper opinion (701, 702). |
| 80:4 | 80:14 | This is not a valid counter-designation, as neither completeness or fairness requires that it be considered contemporaneously with the designated content (FRE 106); relevance (401-403); lacks foundation (601, 602). |
| 82:11 | 82:20 | Hearsay; not a valid counter-designation for completeness or fairness purposes (FRE 106); relevance (401-403); lacks foundation (601, 602); calls for speculation. |
| 84:7 | 84:23 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); relevance (401-403); lacks foundation (601, 602); hearsay (801, 802). |
| 88:22 | 89:9 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); relevance (401-403); lacks foundation (601, 602); hearsay (801, 802). |
| 99:3 | 99:6 | |
| 100:7 | 100:9 | Lacks foundation (601, 602); not a valid counter-designation for completeness or fairness purposes (FRE 106); relevance (401-403); calls for speculation. |
| 100:13 | 100:16 | Lacks foundation (601, 602); not a valid counter-designation for |

9

| Beth Andrews November 15, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | completeness or fairness purposes (FRE 106); relevance (401-403). |
| 100:20 | 100:22 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objections (401-403 – irrelevant). |
| 101:5 | 101:6 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objections (401-403 – relevance). |
| 104:12 | 104:13 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objections (401-403 – relevance). |
| 104:23 | 104:24 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objections (401-403 – relevance). |
| 110:23 | 110:24 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objections (401-403 – relevance). |
| 112:1 | 112:7 | Not a valid counter-designation for completeness or fairness purposes (106); calls for speculation; lacks foundation (601, 602); relevance (401-403). |
| 112:12 | 113:3 | Not a valid counter-designation for completeness or fairness purposes (106); calls for speculation; lacks foundation (601, 602); relevance (401-403); hearsay (801, 802). |

| Beth Andrews November 15, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 113:7 | 113:20 | Not a valid counter-designation for completeness or fairness purposes (106); calls for speculation; lacks foundation (601, 602); relevance (401-403); hearsay (801, 802); hearsay within hearsay (804). |
| 113:23 | 114:3 | Not a valid counter-designation for completeness or fairness purposes (106); calls for speculation; lacks foundation or personal knowledge (601, 602). |
| 120:17 | 120:19 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objections (401-403 – relevance). |
| 121:2 | 121:7 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objections (401-403 – relevance). |
| 125:7 | 125:15 | Incomplete (starts with an answer, preceding question not designated) (106); Not a valid counter-designation for completeness or fairness purposes (106); hearsay (801, 802); hearsay within hearsay (804); lacks foundation / personal knowledge (601, 602). |
| 126:20 | 127:2 | Not a valid counter-designation for completeness or fairness purposes (106); hearsay (801, 802); lacks foundation / personal knowledge (601, 602). |
| 127:5 | 127:9 | Not a valid counter-designation for completeness or fairness purposes (106); lacks foundation / personal knowledge (601, 602). |

| Beth Andrews<br>November 15, 2017 ||| 
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 127:14 | 128:10 | Incomplete (starts with an answer, preceding question not designated) (106); not a valid counter-designation for completeness or fairness purposes (106); hearsay (801, 802); lacks foundation / personal knowledge (601, 602). |
| 132:4 | 132:7 | Not a valid counter-designation for completeness or fairness purposes (106). |
| 135:3 | 135:4 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403). |
| 136:23 | 136:23 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403). |
| 138:16 | 138:16 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403). |
| 140:16 | 140:17 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403). |
| 150:20 | 150:21 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403), and the selective designation of certain record objections in the middle of |

| Beth Andrews November 15, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | designated testimony and not others is incomplete in and of itself. |
| 154:12 | 154:14 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403). |
| 156:11 | 157:1 | This is not a valid counter-designation to any of the designated content, and fairness/completeness requirements do not necessitate it being considered contemporaneously therewith (106). |
| 158:1 | 158:4 | Not a valid counter-designation for completeness or fairness purposes (106); hearsay (801, 802); 401-403. |
| 158:7 | 158:22 | Not a valid counter-designation for completeness or fairness purposes (106); hearsay (801, 802); 401-403. |
| 158:25 | 159:8 | Lacks foundation (601, 602); not a valid counter-designation (106). |
| 163:12 | 163:15 | Lacks foundation (601, 602); not a valid counter-designation (106); hearsay (801, 802); calls for speculation. |
| 163:21 | 164:2 | Not a valid counter-designation for completeness or fairness purposes (106); lacks personal knowledge/ foundation (601, 602); hearsay (801, 802); calls for speculation. |
| 164:9 | 164:17 | Not a valid counter-designation for completeness or fairness purposes (106); lacks personal knowledge/ foundation (601, 602); calls for speculation. |