# **EXHIBIT N**

**In re MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., et al., No. 09-50026**

**GUC Trust and New GM's Affirmative Designations of the Deposition Testimony of
William Weintraub and the Plaintiffs and Participating Unitholders' Objections Thereto**

| William Weintraub November 9, 2017 | | |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** | | **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 8:8 | 8:9 | |
| 9:17 | 10:2 | |
| 10:11 | 10:23 | |
| 11:18 | 12:4 | |
| 13:12 | 13:18 | |
| 13:22 | 14:7 | FRE 401 (irrelevant); FRE 403; FRE 602 (lack of personal knowledge); FRE 701; FRE 702 (improper expert testimony) |
| 14:9 | 14:24 | 14:21-24 – FRE 401 (irrelevant); FRE 403; FRE 602 (lack of personal knowledge); FRE 701; FRE 702 (improper expert testimony) |
| 18:18 | 19:19 | 18:24 – FRE 401 (irrelevant); FRE 403
19:3 – FRE 401 (irrelevant); FRE 403
19:9-19 – FRE 401 (irrelevant); FRE 403 |
| 22:4 | 22:8 | |
| 25:5 | 25:15 | |
| 27:2 | 27:4 | |
| 27:7 | 27:9 | |
| 31:22 | 31:25 | |
| 32:3 | 32:4 | |
| 38:2 | 32:8 | 38:2-8 – FRE 401 (irrelevant); FRE 403; FRE 801, 802 (hearsay within hearsay) |
| 42:25 | 43:5 | |
| 43:10 | 43:14 | |
| 44:12 | 44:16 | |
| 45:12 | 45:22 | 45:12-17 – FRE 602 (lack of personal knowledge) |
| 46:1 | 46:9 | 45:18-46:9 – FRE 602 (lack of personal knowledge) |

1

| William Weintraub<br>November 9, 2017 ||  |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** || **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 47:18 | 48:3 | |
| 48:12 | 49:6 | |
| 50:20 | 51:10 | 51:4-5 – FRE 401 (irrelevant); FRE 403 |
| 54:23 | 55:4 | |
| 56:8 | 56:17 | 56:8-13 – FRE 602 (lack of personal knowledge) |
| 60:2 | 61:8 | 60:10-13 – FRE 801, 802 (hearsay within hearsay) |
| 61:11 | 61:21 | |
| 61:25 | 62:1 | |
| 63:11 | 63:23 | |
| 64:13 | 64:18 | |
| 65:17 | 65:25 | |
| 66:18 | 66:24 | |
| 67:7 | 67:10 | |
| 67:12 | 67:16 | |
| 70:9 | 70:23 | |
| 71:17 | 72:7 | 72:1-7 – FRE 801, 802 (hearsay within hearsay) |
| 73:22 | 74:12 | |
| 74:20 | 75:1 | |
| 76:3 | 79:23 | 77:12-78:17 – FRE 801, 802 (hearsay within hearsay) |
| 84:21 | 84:24 | 84:21-85:19 – FRE 401 (irrelevant); FRE 403; FRE 602 (lack of personal knowledge); FRE 701; FRE 702 (improper expert testimony) |
| 85:5 | 85:19 | |
| 88:8 | 88:9 | |
| 88:16 | 88:24 | |
| 89:2 | 89:15 | |
| 91:9 | 91:13 | |
| 91:20 | 92:17 | |
| 93:6 | 93:12 | |

2

**Plaintiffs and Participating Unitholders' Counter-Designations of the Deposition Testimony of William Weintraub and the GUC Trust and New GM's Objections Thereto**

| William Weintraub November 9, 2017 | | |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Counter-Designations** | | **GUC Trust and New GM Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 14:25 | 15:16 | |
| 19:24 | 20:5 | Outside the Scope of FRCP 32(a)(6) |
| 21:24 | 22:3 | |
| 25:16 | 26:11 | |
| 27:10 | 27:14 | |
| 48:4 | 48:11 | |
| 49:7 | 49:20 | |
| 55:5 | 55:9 | |
| 64:5 | 64:12 | Relevance (FRE 401/402) |
| 65:7 | 65:16 | |
| 72:8 | 72:23 | Relevance (401/402); Outside the Scope of FRCP 32(a)(6) |
| 73:9 | 73:21 | |
| 75:7 | 75:18 | |
| 93:13 | 94:5 | Relevance (FRE 401/402); Lack of Foundation (FRE 602); Outside the Scope of FRCP 32(a)(6) |
| 96:20 | 97:4 | Relevance (FRE 401/402); Lack of Foundation (FRE 602); Outside the Scope of FRCP 32(a)(6) |
| 97:7 | 97:11 | Relevance (FRE 401/402); Lack of Foundation (FRE 602); Outside the Scope of FRCP 32(a)(6) |
| 97:23 | 97:24 | Relevance (FRE 401/402); Lack of Foundation (FRE 602); Outside the Scope of FRCP 32(a)(6) |
| 98:1 | 98:4 | Relevance (FRE 401/402); Lack of Foundation (FRE 602); Outside the |

| William Weintraub November 9, 2017 || |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Counter-Designations** || **GUC Trust and New GM Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | Scope of FRCP 32(a)(6) |