# **EXHIBIT O**

**In re MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., et al., No. 09-50026**

**GUC Trust and New GM's Affirmative Designations of the Deposition Testimony of
Edward Weisfelner and the Plaintiffs and Participating Unitholders' Objections Thereto**

| Edward Weisfelner November 8, 2017 | | |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** | | **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 14:24 | 15:14 | |
| 15:21 | 15:23 | |
| 17:18 | 17:24 | |
| 22:13 | 22:16 | |
| 24:1 | 24:9 | |
| 24:15 | 25:9 | |
| 28:11 | 28:24 | |
| 30:5 | 30:17 | |
| 31:4 | 31:14 | |
| 33:15 | 34:5 | |
| 34:11 | 35:4 | |
| 38:9 | 40:7 | |
| 43:24 | 44:10 | |
| 44:20 | 45:3 | |
| 46:9 | 46:15 | |
| 46:23 | 47:14 | |
| 48:10 | 50:1 | |
| 50:6 | 51:11 | |
| 56:4 | 56:19 | |
| 57:12 | 58:20 | |
| 59:5 | 59:16 | |
| 62:17 | 63:7 | |
| 63:16 | 64:20 | |
| 65:23 | 66:5 | |
| 78:16 | 78:25 | |
| 79:5 | 80:21 | |
| 82:11 | 83:21 | 82:23-83:21 (FRE 401, 402, irrelevant) |
| 84:9 | 84:20 | |
| 84:25 | 85:7 | |
| 87:8 | 88:18 | |
| 88:23 | 89:25 | |
| 90:11 | 91:4 | |
| 91:7 | 91:21 | |

| Edward Weisfelner November 8, 2017 ||  |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** || **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 95:25 | 96:15 | |
| 98:20 | 99:2 | |
| 99:4 | 99:15 | |
| 99:21 | 100:4 | |
| 105:1 | 105:6 | 105:1-6 (FRD 602, lack of personal knowledge) |

**Plaintiffs and Participating Unitholders' Counter-Designations of the Deposition Testimony of Edward Weisfelner and the GUC Trust and New GM's Objections Thereto**

| Edward Weisfelner November 8, 2017 |||
|---|---|---|
| **Plaintiffs and Participating Unitholders' Counter-Designations** || **GUC Trust and New GM Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 28:25 | 28:25 | Not Testimony |
| 45:4 | 45:8 | |
| 58:21 | 59:4 | |
| 80:22 | 80:24 | Relevance (FRE 401/402); Lack of Foundation (FRE 602) |
| 84:21 | 84:24 | |
| 88:19 | 88:22 | |
| 90:6 | 90:10 | |
| 91:22 | 92:15 | |
| 99:16 | 99:21 | Lack of Foundation (FRE 602) |
| 104:9 | 104:25 | |

2