Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                         :
In re:                                             :          Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,     :          Case No.: 09-50026 (MG)
       f/k/a General Motors Corp., et al.,            :
                                         :
                          Debtors.        :          (Jointly Administered)
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                        ) ss.:
COUNTY OF NEW YORK        )

1.     Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

2.     On the 5th day of December, 2017, I caused to be served a true and correct copy of the (i) [Proposed] Joint Pre-Trial Order, with exhibits A through P thereto, and (ii) Plaintiffs' and The Participating Unitholders' Notice of Filing Direct Testimony of Trial Witnesses, with exhibits 1 through 4 thereto, docket numbers 14183 and 14184, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

1

3. In addition, on the 6th day of December, 2017, I caused to be served a true and correct copy of the (i) [Proposed] Joint Pre-Trial Order, with exhibits A through P hereto, and (ii) Plaintiffs' and The Participating Unitholders' Notice of Filing Direct Testimony of Trial Witnesses, with exhibits 1 through 4 thereto, docket numbers 14183 and 14184, by electronic mail upon the parties listed in Exhibit A.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
7th day of December, 2017.

/s/ Kristen M. Wicks
Notary Public, State of New York
No. 01WI6164148
Qualified in Rockland County
My Commission Expires April 9, 2019

# **EXHIBIT A**

abloomer@kirkland.com
anne@hilliardshadowenlaw.com
asteinberg@kslaw.com
bobh@hmglawfirm.com
Carrie@hbsslaw.com
dgolden@AkinGump.com
djnewman@akingump.com
ecabraser@lchb.com
esserman@sbep-law.com
jamestecce@quinnemanuel.com
JFortney@gibsondunn.com
jkane@akingump.com
jordanharap@quinnemanuel.com
juliabeskin@quinnemanuel.com
jwoodson@akingump.com
kashley@hmglawfirm.com
LAkers@hmglawfirm.com
lauren@hmglawfirm.com
ldobson@thomasjhenrylaw.com
Lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com
MEggenberger@gibsondunn.com
MKarlan@gibsondunn.com
Nick@hbsslaw.com
rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
Sean@hbsslaw.com
Steve@hbsslaw.com
susheelkirpalani@quinnemanuel.com
tjhenry@thomasjhenrylaw.com
WWeintraub@goodwinlaw.com