# Exhibit B

7017318

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | ADMINISTRATIVE PROOF OF CLAIM |
|---|---|---|

Name of Debtor *(Check only one)*
- [✓] Motors Liquidation Company (f/k/a General Motors Corporation)   09-50026 (REG)
- [ ] MLCS, LLC (f/k/a Saturn, LLC)   09-50027 (REG)
- [ ] MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)   09-50028 (REG)
- [ ] MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc )   09-13558 (REG)
- [ ] Remediation and Liability Management Company, Inc   09-50029 (REG)
    (subsidiary of **General Motors Corporation**)
- [ ] Environmental Corporate Remediation Company, Inc   09-50030 (REG)
    (subsidiary of **General Motors Corporation**)

[Stamp: THE GARDEN CITY GROUP, INC. APR 29 2011]

**ADMINISTRATIVE CLAIM**

The deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses against the Debtors is (i) on or before February 14, 2011 at 5 00 p m (Eastern Time), with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) the date that is thirty (30) days after the Effective Date at 5 00 p m (Eastern Time), with respect to administrative expenses arising between February 1, 2011 and the Effective Date

Name of Creditor (The person or other entity to whom the debtor owes money or property)   **GENERAL MOTORS LLC**

Name and address where notices should be sent
**GENERAL MOTORS LLC
400 RENAISSANCE CENTER
DETROIT, MI 48265**

Telephone Number

- [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
- [ ] Check box if you have never received any notices from the bankruptcy court in this case
- [ ] Check box if the address differs from the address on the envelope sent to you by the court

**FILED - 71111
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)**

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim [ ] replaces   a previously filed claim, dated _____
[ ] amends

**1. Basis for Claim**
- [ ] Goods sold
- [ ] Services performed
- [ ] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [✓] Other _____

- [ ] Retiree benefits as defined in 11 U S C § 1114(a)
- [ ] Wages, salaries, and compensation (fill out below)
    Last four digits of SS# _____
    Unpaid compensation for services performed
    from _____ to _____
    (date)        (date)

**2. Date debt was incurred (must be on or after June 1, 2009):**

**3. If court judgment, date obtained:**

**4. Total Amount of Administrative Claim :** $_____Unliquidated_____

- [ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**5. Brief Description of Administrative Expense Claim (attach any additional information):**
See Attachment

**6. Credits:** All payments made on this claim have been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:**
Attach copies of supporting document, such as promissory notes, contracts, security agreements, and evidence of perfection of liens
DO NOT SEND ORIGINAL DOCUMENTS

**8. This Administrative Proof of Claim:**
- [✓] is the first filed proof of claim evidencing the claim asserted herein
- [ ] supplements a proof of claim filed on or about _____
- [ ] replaces/supersedes a proof of claim filed on _____

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing to your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | THIS SPACE IS FOR COURT USE |
|---|---|---|
| 4/25/2011 | Russell S Bratley  /s/ Bratley<br>Director - Corporate Financial Planning and Analysis | [Filed stamp: U.S. BANKRUPTCY COURT S.D.N.Y. 2011 APR 29 P 1:01] |

*Penalty for presenting fraudulent claim* Fine up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

8413304300