Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No.: 09-50026 (MG)
     f/k/a General Motors Corp., et al.,             :
                                                            :
                                Debtors.    :    (Jointly Administered)
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

      1.      Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

      2.      On the 7th day of December, 2017, I caused to be served a true and correct copy of (i) The Signatory Plaintiffs' and Participating Unitholders' Reply Brief Regarding New GM's Phase 1 Standing and (ii) Reply in Support of Motion to Enforce the Settlement Agreement by and Among the Signatory Plaintiffs and the GUC Trust, docket numbers 14188 and 14189, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3. In addition, on the 7th day of December, 2017, I caused to be served a true and correct copy of (i) The Signatory Plaintiffs' and Participating Unitholders' Reply Brief Regarding New GM's Phase 1 Standing and (ii) Reply in Support of Motion to Enforce the Settlement Agreement by and Among the Signatory Plaintiffs and the GUC Trust, docket numbers 14188 and 14189, by electronic mail upon the parties listed in Exhibit A.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
8th day of December, 2017.

/s/ Kristen M. Wicks
Notary Public, State of New York
No. 01WI6164148
Qualified in Rockland County
My Commission Expires April 9, 2019

# **EXHIBIT A**

abloomer@kirkland.com
anne@hilliardshadowenlaw.com
asteinberg@kslaw.com
bobh@hmglawfirm.com
Carrie@hbsslaw.com
dgolden@AkinGump.com
djnewman@akingump.com
ecabraser@lchb.com
esserman@sbep-law.com
jamestecce@quinnemanuel.com
JFortney@gibsondunn.com
jkane@akingump.com
jordanharap@quinnemanuel.com
juliabeskin@quinnemanuel.com
jwoodson@akingump.com
kashley@hmglawfirm.com
LAkers@hmglawfirm.com
lauren@hmglawfirm.com
ldobson@thomasjhenrylaw.com
Lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com
MEggenberger@gibsondunn.com
MKarlan@gibsondunn.com
Nick@hbsslaw.com
rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
Sean@hbsslaw.com
Steve@hbsslaw.com
susheelkirpalani@quinnemanuel.com
tjhenry@thomasjhenrylaw.com
WWeintraub@goodwinlaw.com