| | |
|---|---|
| Susheel Kirpalani | Mitchell A. Karlan |
| James C. Tecce | **GIBSON, DUNN & CRUTCHER LLP** |
| Julia Beskin | 200 Park Avenue |
| Jordan Harap | New York, New York  10166 |
| **QUINN EMANUEL** | |
| **URQUHART & SULLIVAN LLP** | *Counsel to GUC Trust* |
| 52 Madison Avenue | |
| New York, NY  10010 | |

Arthur J. Steinberg
Scott Davidson
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York  10036

*Counsel to General Motors LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, et al.,<br>f/k/a General Motors Corp., et al.,<br><br>                                                    Debtors. | Chapter 11<br>Case No. 09-50026 (MG)<br>(Jointly Administered) |

**NOTICE OF AMENDED EXHIBIT G TO [PROPOSED] JOINT PRE-TRIAL ORDER:
GUC TRUST AND NEW GM OBJECTIONS TO PLAINTIFFS'
AND PARTICIPATING UNITHOLDERS' EXHIBIT LIST**

**PLEASE TAKE NOTICE** that on December 5, 2017, the [Proposed] Joint Pre-Trial Order was filed [ECF No. 14183] attaching, among other things, Exhibit G entitled "GUC Trust and New GM Objections to Plaintiffs' and Participating Unitholders' Exhibit List" [ECF No. 14183-8] (the "**Exhibit Objection List**"); and

**PLEASE TAKE FURTHER NOTICE** that attached hereto is an amended Exhibit Objection List (the "**Amended List**") reflecting that the GUC Trust and New GM have withdrawn their objections to plaintiffs' and the unitholders' proposed exhibits except as set

forth therein, leaving their objections to PX-15, PX-18, PX-55, PX-69, PX-97, PX-99, and PX-128.

**PLEASE TAKE FURTHER NOTICE** that the Amended List appears attached hereto as Exhibit 1, and a "blackline version" of the list appears attached hereto as Exhibit 2, reflecting changes against the version filed on December 5, 2017 [ECF No. 14183-8].

Dated: New York, New York
December 10, 2017

Respectfully submitted,

By: /s/ *Mitchell A. Karlan*
Mitchell A. Karlan
**GIBSON DUNN & CRUTCHER, LLP**
200 Park Avenue
New York, NY 10166
Tel: 212-351-3800

*Counsel to GUC Trust*

By: /s/ *James Tecce*
Susheel Kirpalani
James C. Tecce
Julia M. Beskin
Jordan Harap
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue
New York, New York 10010
(212) 849 7199

-and-

Arthur J. Steinberg
Scott Davidson
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: 212-556-2158

*Counsel to General Motors LLC*