09-50026-mg    Doc 14193-5    Filed 12/05/17    Entered 12/05/17 23:58:47    Exhibit D
Pg 1 of 11

# EXHIBIT D

**UNITED STATE BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
*IN RE: MOTORS LIQUIDATION COMPANY, et al. f/k/a GENERAL MOTORS CORP., et al*
**Case No. 09-50026-mg**

**PLAINTIFFS AND UNITHOLDERS' EXHIBIT LIST**

| Exhibit No. | Description | Bates |
|---|---|---|
| PX-001 | Settlement Agreement between GUC and Plaintiffs | BR005717-5740 |
| PX-002 | May 9, 2017 Email from Steel | BR001936-1937 |
| PX-003 | May 17, 2017 Hearing Transcript at 266-267 | |
| PX-004 | May 22, 2017 Email from Williams | BR002322 |
| PX-005 | June 6, 2017 Email from Steel | BR007564-7578 |
| PX-006 | June 9, 2017 Email from Moss | BR004584-4621 #7452.1 |
| PX-007 | June 11, 2017 Email from Steel | BR004622-4623 |
| PX-008 | June 15, 2017 Email from Steel | BR004675-4715 GUC_0010989 and attachments |
| PX-009 | June 23, 2017 Email from Martorana | BR004761-4797 GUC_0010965 and attachments |
| PX-010 | June 26, 2017 Email from Martorana | BR004718-4729 |
| PX-011 | July 3, 2017 Email from Steel | BR003749-88 GUC_0000333 and attachments |

| PX-012 | July 5, 2017 Letter from Steinberg to Judge Glenn | BR004176-456 |
| PX-013 | July 6, 2017 Email from Martorana | BR004460-4501<br>GUC_0000022 and attachments |
| PX-014 | July 10, 2017 Email from Weintraub | GUC_0006286 |
| PX-015 | July 11, 2017 Email from Hilliard | BR000359 |
| PX-016 | July 12, 2017 Email from Steel | BR002323-2328 |
| PX-017 | July 12, 2017 Email from Martorana | BR002330-2372<br>GUC_0004213 and attachments |
| PX-018 | July 13, 2017 Email from Steel | BR002373-2572 |
| PX-019 | July 14, 2017 Email from Weintraub | BR002573-2617<br>GUC_0003965 and attachments |
| PX-020 | July 17, 2017 Email from Martorana | BR002622-2667<br>GUC_0009750 and attachments |
| PX-021 | July 18, 2017 Email from Weintraub | BR002669-2714<br>GUC_0003920 and attachments |
| PX-022 | July 18, 2017 Email from Weintraub | BR002868-2878 |
| PX-023 | July 19, 2017 Letter from Steinberg to Gillett | GUC_0010413 |
| PX-024 | July 19, 2017 Email from Gillett to Davidson | GUC_0010434 |
| PX-025 | July 19, 2017 Email from Forster | BR002908-2968<br>GUC_0009453 and attachments |
| PX-026 | July 20, 2017 Email from Martorana | BR002969-3015<br>GUC_0003802 and attachments |

| PX-027 | July 20, 2017 Email from Martorana | GUC_0013905-10 |
|--------|-----------------------------------|----------------|
| PX-028 | July 25, 2017 Email from Martorana | AG 0005746-779[*] |
| PX-029 | July 25, 2017 Email from Steel | BR003073-3210 |
| PX-030 | July 26, 2017 Email from Steel | BR003211-3244<br>GUC_0009347 and attachments |
| PX-031 | July 27, 2017 Email from Steel | BR003262-3267 |
| PX-032 | July 27, 2017 Email from Martorana | BR003277-3348<br>GUC_0003644 and attachments |
| PX-033 | July 28, 2017 Email from Weintraub | GUC_0003217-23 |
| PX-034 | July 28, 2017 Email from Martorana | BR003354-3423<br>GUC_0003546 and attachments |
| PX-035 | July 28, 2017 Email from Martorana | BR003436-3495 |
| PX-036 | July 31, 2017 Email from Weintraub | HM001573 |
| PX-037 | August 2, 2017 Email from Moss | BR006091 |
| PX-038 | August 2, 2017 Email from Martorana | BR006092-6137<br>GUC_0002981 & attachments |
| PX-039 | August 3, 2017 Email from Steel | GUC_0002912 and attachments |
| PX-040 | August 3, 2017 Email from Martorana | GP002042-2223<br>GUC_0002758 |

[*] Electronic communications produced by Akin Gump Strauss Hauer & Feld LLP, bates stamped with the prefix "AG," were standardized to UTC during conversion.

| PX-041 | August 3, 2017 Email from Martorana | BR006164-6344 |
|--------|--------------------------------------|---------------|
| PX-042 | August 3, 2017 Email from Martorana | BR006162-6163 |
| PX-043 | August 7, 2017 Email from Moss | AG 0000032-33 |
| PX-044 | August 7, 2017 Email from Steel | BR006376-6612<br>GUC_0002514 & attachments |
| PX-045 | August 8, 2017 Email from Steel | BR006635-6640 |
| PX-046 | August 8, 2017 Email from Martorana | BR006651-6902<br>GUC_0002259 & attachments |
| PX-047 | August 9, 2017 Email from Golden | BR007012-7017 |
| PX-048 | August 9, 2017 Email from Golden | GP001540 |
| PX-049 | August 9, 2017 Email from Williams | BR006977-6978 |
| PX-050 | August 10, 2017 Email from Golden | BR007305-7316 |
| PX-051 | August 10, 2017 Email from Vanaskey | GUC 0013890-93 |
| PX-052 | August 10, 2017 Email from Steel | BR007488-7588 |
| PX-053 | August 11, 2017 Weisfelner Declaration Ex C - Experts of 8/11/17 Hearing Transcript | Weisfelner Declaration |
| PX-054 | August 11, 2017 Email from Moss | AG 0005375-395 |
| PX-055 | August 11, 2017 Bloomberg Article | HBSS000928 |

| PX-056 | August 11, 2017 Email from Steel | BR005064-5293<br>GUC_0001589 & attachments;<br>GUC_0001522 & attachment |
| PX-057 | August 11, 2017 Email from Steel | GP000692-93 |
| PX-058 | August 11, 2017 Email from Fox | BR005329-5338 |
| PX-059 | August 11, 2017 Email from Gillett | GUC_13954 |
| PX-060 | August 12, 2017 Email from Vanaskey | GUC_13953 |
| PX-061 | August 12, 2017 Email from Weintraub | AG 0004355-4445 |
| PX-062 | August 12, 2017 Email from Norman | BR005373-5383 |
| PX-063 | August 12, 2017 Email from Martorana | BR005468-5484 |
| PX-064 | August 12, 2017 Email from Martorana | GP00535-554; |
| PX-065 | Final Execution Version of Andrews Declaration | GP000059-66 |
| PX-066 | August 14, 2017 Email from Andrews | GUC 0013092 |
| PX-067 | August 14, 2017 Email from Moss | BR005770-5772 |
| PX-068 | August 11, 2017 MDL Hearing Transcript | GUC 0010509-566 |
| PX-069 | August 14, 2017 Email from Hartgen | GUC_0013248 |
| PX-070 | August 14, 2017 Email from Moss | AG 0004448-449 |

| PX-071 | August 14, 2017 Email from Golden | AG0000592 |
| PX-072 | August 14, 2017 Email from Martorana | GUC 0007042-051 |
| PX-073 | August 14, 2017 Email from Steel | BR005760-5769 |
| PX-074 | August 14, 2017 Email from Martorana | AG 0006709- 726 |
| PX-075 | August 14, 2017 Email from Steel | BR005804-6003<br>GUC_0006799 & attachments |
| PX-076 | August 14, 2017 Email from Martorana | GUC 0013923 |
| PX-077 | August 14, 2017 Email from Martorana | BR006006-6009 |
| PX-078 | August 14, 2017 Email from Steel | BR006024-6026 |
| PX-079 | August 14, 2017 Email from Steel | GP000013-16 |
| PX-080 | August 14, 2017 Email from Steel | BR006024-6026 |
| PX-081 | August 14, 2017 Email from Hilliard | BR005593-5596 |
| PX-082 | August 14, 2017 Email from Hilliard | GP001298-1302 |
| PX-083 | August 14, 2017 Email from Gillett | GUC 0010402-403 |
| PX-084 | August 14, 2017 Email from Davidson | GUC 0010399-10401 |
| PX-085 | August 14, 2017 Email from Norman | BR005790-5793 |

| PX-086 | August 14, 2017 Email from Cabraser | GUC 0001066-069 |
| PX-087 | August 14, 2017 Email from Steel | GUC 0005647-650 |
| PX-088 | August 14, 2017 Email from Martorana | GUC_0013928 |
| PX-089 | August 14, 2017 Email from Steel | BR005545-5549 |
| PX-090 | August 14, 2017 Email from Steel | BR005601-5605 |
| PX-091 | August 14, 2017 Email from Steel | BR005550-5553 |
| PX-092 | August 14, 2017 Email from Steel | GP000617 |
| PX-093 | August 14, 2017 Email from Gillett | AG0006847-50 |
| PX-094 | August 14, 2017 Email from Steel | BR005613-5754 |
| PX-095 | Form 10-Q | GUC 010567-620 |
| PX-096 | August 14, 2017 Email from Gillett | GUC 0010416-418 |
| PX-097 | August 15, 2017 Email from Cordasco | GUC 0012695-98 |
| PX-098 | August 15, 2017 Email from Vanaskey | GUC 0013107-111 |
| PX-099 | August 15, 2017 Email from Vanaskey | GUC 0013097-101 |
| PX-100 | August 15, 2017 Email from Gillett | BR006032-6033 |

| PX-101 | August 15, 2017 Email from Steinberg | GUC 0010490 |
| PX-102 | August 15, 2017 Email from Gillett | GUC 10414-415 |
| PX-103 | August 15, 2017 Email from Gillett | GUC 0000913-919 |
| PX-104 | June 16, 2017 Email from Gillett | GUC_0013929 |
| PX-105 | August 15, 2017 Email from Moss | BR006034-6036 |
| PX-106 | August 16, 2017 Email from Williams | BR006081-6082 |
| PX-107 | August 16, 2017 Email from Williams | GUC 0000904 |
| PX-108 | August 16, 2017 Email from Williams | GUC 0010446 |
| PX-109 | August 16, 2017 Email from Andrews | GUC_0013942 |
| PX-110 | August 16, 2017 Email from Williams | GUC_0010445 |
| PX-111 | August 16, 2017 Email from Gillett | BR006071-6072 |
| PX-112 | August 16, 2017 Email from Howard | BR006083 |
| PX-113 | August 16, 2017 Email from Williams | GUC 0010443 |
| PX-114 | August 16, 2017 Email from Steinberg | GUC 0010485 |
| PX-115 | August 16, 2017 Email from Williams | GUC 0010442 |

| PX-116 | August 16, 2017 Email from Williams | AG 0006844-6846 |
| PX-117 | August 16, 2017 Email from Martorana | GUC 0010447 |
| PX-118 | August 16, 2017 Email from Steinberg | GUC 0010503 |
| PX-119 | August 16, 2017 Email from Golden | GUC 000010439 |
| PX-120 | August 16, 2017 Email from Martorana | GUC 0000881-882 |
| PX-121 | August 16, 2017 Email from Davidson | GUC 0013936-8 |
| PX-122 | August 16, 2017 Email from Williams | GUC 0010502 |
| PX-123 | August 16, 2017 Email from Martorana | GUC 0013932-35 |
| PX-124 | August 16, 2017 Email from Tennenbaum | GUC 0013252-53 |
| PX-125 | August 16, 2017 Email from Andrews | GUC 13939-41 |
| PX-126 | August 16, 2017 Email from Andrews | GUC 13932-35 |
| PX-127 | August 16, 2017 Email from Cunningham | LC000914-15 |
| PX-128 | August 16, 2017 Email from Golden | BR006078-6080 |
| PX-129 | August 17, 2017 Email from Vanaskey | GUC_0013930 |
| PX-130 | August 17, 2017 Email from LeClair | GUC 0013105-06 |

| PX-131 | August 17, 2017 Email from Vanaskey | GUC_0013943-44 |
| PX-132 | August 17, 2017 Email from Vanaskey | GUC 001309595-6 |
| PX-133 | August 17, 2017 Email from Pickering | GUC 0013885 |
| PX-134 | August 17, 2017 Email from Williams | AG0000114-116 |
| PX-135 | August 17, 2017 Email from Moss | AG 0003123 |
| PX-136 | GUC Trust Quarterly Section 6.2(c) Report and Budget Variance Report as of June 30, 2017 | |
| PX-137 | GUC Trust Quarterly Section 6.2(c) Report and Budget Variance Report as of Sept. 30, 2017 | |
| PX-138 | GUC Trust Quarterly GUC Trust Reports as of September 30 2017 | |
| PX-139 | August 15, 2017 Email from Golden | AG0006838 |
| PX-140 | August 15, 2017 Email from Williams | AG0006843 |
| PX-141 | August 10, 2017 Email from Moss | AG0005328-351 |
| PX-142 | November 14, 2017 Letter from Hilliard | |
| PX-143 | August 16, 2017 GUC Trust 8-K Filing | |