# **EXHIBIT E**

| GUC Trust and New GM Exhibit List | | | |
|---|---|---|---|
| **Exhibit** | **Starting Bates No.** | **Ending Bates No.** | **Document Description** |
| DX-A | ELPLNTFF00014245 | ELPLNTFF00014248 | Engagement-Retention Letter to Class Representative Patricia Barker |
| DX-B | | | Brown Rudnick Engagement Letter to Berman et al |
| DX-C | ELPLNTFF00014206 | ELPLNTFF00014207 | Engagement-Retention Letter to Class Representative Yvonne James-Bivins |
| DX-D | AG0000008 | AG0000009 | Email from Weisfelner to Golden re: GUC Trust |
| DX-E | AG0000920 | AG0000935 | Email from Steel to Moss et al re: GM, with attachments |
| DX-F | AG0005147 | AG0005184 | Email from Moss to Weisfelner et al re: GM, with attachments |
| DX-G | AG0000966 | AG0001007 | Email from Steel to Golden et al re: Motors, with attachments |
| DX-H | AG0000134 | AG0000134 | Email from Golden to Weintraub et al re: GM - GUC Trust Settlement |
| DX-I | AG0000012 | AG0000012 | Email from Weisfelner to Golden et al re: GM |
| DX-J | AG0000014 | AG0000014 | Email from Weintraub to Golden re: GUC Settlement |
| DX-K | GUC_0006281 | GUC_0006283 | Email from Weintraub to Martorana re: GM GUC Trust Settlement |
| DX-L | GUC_0004498 | GUC_0004503 | Email from Weintraub to Moss et al re: GUC Settlement |
| DX-M | GP002990 | GP002995 | Email from Golden to Weintraub et al re: GUC Settlement |
| DX-N | GUC_0003887 | GUC_0003891 | Email from Weintraub to Golden et al re: GUC Settlement |
| DX-O | GUC_0013905 | GUC_0013910 | Email from Spain to Martorana et al re: 6.2(C) Footnotes |
| DX-P | GUC_0003736 | GUC_0003769 | Email from Martorana to Forster et al re: Motors – GUC Settlement, with attachments |
| DX-Q | GUC_0003697 | GUC_0003698 | Email from Martorana to Steel et al re: Motors – GUC Settlement |
| DX-R | GUC_0003687 | GUC_0003689 | Email from Hilliard to Martorana re: settlement discussion |
| DX-S | GUC_0003605 | GUC_0003676 | Email from Martorana to Steel et al re: Motors – GUC Settlement |
| DX-T | GUC_0003459 | GUC_0003519 | Email from Martorana to Weintraub et al re: Motors – GUC Settlement, with attachments |
| DX-U | GUC_0002951 | GUC_0002955 | Email from Weintraub to Martorana et al re: Motors – GUC Settlement |
| DX-V | GUC_0002730 | GUC_0002911 | Email from Martorana to Steel et al re: Motors – GUC Settlement, with attachments |
| DX-W | GUC_0002725 | GUC_0002726 | Email from Martorana to Steel et al re: GM - settlement status report |

| GUC Trust and New GM Exhibit List | | | |
|---|---|---|---|
| **Exhibit** | **Starting Bates No.** | **Ending Bates No.** | **Document Description** |
| DX-X | GUC_0008633 | GUC_0008635 | Steel Letter to Court re: Negotiations (Dkt. No. 14027) |
| DX-Y | BR000001 | BR000009 | Email from Martorana to Steel et al re: Motors – GUC Settlement |
| DX-Z | GUC_0005846 | GUC_0005847 | Email from Williams to Steel et al re: GM noticing costs |
| DX-AA | GUC_0001904 | GUC_0001927 | Email from Weisfelner to Weintraub et al re: Motors – GUC Settlement |
| DX-BB | GUC_0001817 | GUC_0001837 | Email from Moss to Cabraser et al re: Motors – GUC Settlement |
| DX-CC | GUC_0001792 | GUC_0001816 | Email from Hilliard to Berman et al re: Motors – GUC Settlement |
| DX-DD | GUC_0001558 | GUC_0001791 | Email from Steel to Martorana et al re: Motors – GUC Settlement, with attachments |
| DX-EE | HM003928 | HM003928 | Email from Hilliard to Spector, with attachments |
| DX-FF | GUC_0001446 | GUC_0001453 | Email from Weintraub to Steel et al re: Motors - GUC Settlement |
| DX-GG | GUC_0010567 | GUC_0010620 | GUC Trust Form 10-Q for quarter ending 6/30/17 |
| DX-HH | GUC_0001341 | GUC_0001350 | Email from Martorana to Steel et al re: Motors – GUC Settlement |
| DX-II | GUC_0005638 | GUC_0005642 | Email from Steel to Martorana re: Motors – GUC Trust Settlement Agreement |
| DX-JJ | GUC_0005651 | GUC_0005651 | Email from Golden to Steinberg et al re: GM |
| DX-KK | GUC_0001096 | GUC_0001097 | Email from Martorana to Steel et al re: Motors – GUC Settlement |
| DX-LL | GUC_0001062 | GUC_0001065 | Email from Steel to Golden et al re: Motors – GUC Trust Settlement Agreement |
| DX-MM | AG0006847 | AG0006850 | Email from Williams to Golden et al re: Arthur called [kinda urgent] |
| DX-NN | GUC_0005647 | GUC_0005650 | Email from Steel to Martorana re: Motors – GUC Trust Settlement Agreement |
| DX-OO | BR006032 | BR006033 | Email from Gillett to Steel re: GM |
| DX-PP | GUC_0000905 | GUC_0000908 | Email from Williams to Steel et al |
| DX-QQ | GUC_0000904 | GUC_0000904 | Email from Williams to Steel et al |
| DX-RR | HM003907 | HM003911 | Email from Hilliard to Boudette re: Sole and absolute, with attachments |
| DX-SS | GUC_0000898 | GUC_0000899 | Email from Williams to Steel et al |
| DX-TT | GUC_0000888 | GUC_0000890 | Email from Williams to Steel et al |

**GUC Trust and New GM Exhibit List**

| Exhibit | Starting Bates No. | Ending Bates No. | Document Description |
|---|---|---|---|
| DX-UU | GUC_0005630 | GUC_0005630 | Email from Steel to Moss et al re: Motors |
| DX-VV | HM003912 | HM003915 | Email from Boudette to Hilliard re: Sole and absolute |
| DX-WW | GUC_0010439 | GUC_0010441 | Email from Golden to Williams re: GM Letter Executed |
| DX-XX | GUC_0000881 | GUC_0000882 | Email from Weisfelner to Martorana et al re: Call Today |
| DX-YY | HM003905 | HM003906 | Email from Hilliard to Vlasic et al |
| DX-ZZ | HM003922 | HM003923 | Email from Vlasic to Hilliard |
| DX-AAA | HM004734 | HM004737 | Email from Hilliard to Vlasic re: Letter to Judge Glenn |
| DX-BBB | AG0005441 | AG0005441 | Email from Moss to Weisfelner et al re: GM, with attachments |
| DX-CCC | AG0005101 | AG0005101 | Email from Pickering to Vanaskey re: MTLQU |
| DX-DDD | AG0000114 | AG0000116 | Email from Williams to Golden |
| DX-EEE | AG0003123 | AG0003123 | Email from Seery to Moss re: GM |
| DX-FFF | GP000001 | GP000003 | Email from Steel to Martorana et al re: Motors, with attachments |
| DX-GGG | | | August 17, 2017 Hearing Transcript |
| DX-HHH | | | Weisfelner declaration in support of motion to enforce settlement, with exhibits (Dkt. No. 14093) |
| DX-III | | | Motion to Enforce the Settlement Agreement By and Among the Signatory Plaintiffs and the GUC Trust (Dkt. No. 14092) |
| DX-JJJ | | | Economic Loss/Brown Rudnick Plaintiffs' Responses and Objections to Interrogatories |
| DX-KKK | | | Economic Loss/Brown Rudnick Plaintiffs' Responses and Objections to RFAs |
| DX-LLL | | | HMG Claimants' Responses and Objections to RFAs |
| DX-MMM | | | Norman Plaintiffs' Responses and Objections to RFAs |
| DX-NNN | | | Norman Plaintiffs' Responses and Objections to Interrogatories |
| DX-OOO | | | October 3, 2017 Hearing Transcript |
| DX-PPP | | | Economic Loss/Brown Rudnick Plaintiffs' Supplemental Responses and Objections to Interrogatories |
| DX-QQQ | | | HMG Claimants' Supplemental Responses and Objections to Interrogatories |

| GUC Trust and New GM Exhibit List | | | |
|---|---|---|---|
| **Exhibit** | **Starting Bates No.** | **Ending Bates No.** | **Document Description** |
| DX-RRR | | | Norman Plaintiffs' Supplemental Responses and Objections to Interrogatories |
| DX-SSS | | | Joinder of the Participating Unitholders in the Motion to Enforce (Dkt. No. 14153) |
| DX-TTT | GUC_0010988 | GUC_0011028 | Email from Steel to Weisfelner et al re: Motors |
| DX-UUU | AG0001041 | AG0001082 | Email from Steel to Martorana et al re: Motors |
| DX-VVV | AG0002102 | AG0002241 | Email from Steel to Moss re: Motors |
| DX-WWW | GUC_0003680 | GUC_0003682 | Email from Steel to Martorana et al re: Motors |
| DX-XXX | | | August 11, 2017 Conference Transcript |
| DX-YYY | GUC_0006799 | GUC_0007004 | Email from Steel to Weintraub et al re: Motors - GUC Trust Settlement Agreement |
| DX-ZZZ | GUC_0013946 | GUC_0013949 | Email from Williams to Golden et al |
| DX-AAAA | | | HMG Claimants' Responses and Objections to Interrogatories |
| DX-BBBB | GUC_0003777 | GUC_0003823 | Email from Martorana to Weintraub et al re: GUC Settlement, with attachments |
| DX-CCCC | | | Golden Declaration in Support of Joinder of the Participating Unitholders in the Motion to Enforce (Dkt. No. 14154) |
| DX-DDDD | GUC_0000001 | GUC_0000041 | Email fom Martorana to Steel et al re: Motors |
| DX-EEEE | | | Proposed Ignition Switch Class Claim, Ex. A (Dkt. No. 13086-2) |
| DX-FFFF | | | Proposed Non-Ignition Switch Class Claim, Ex. B (Dkt. No. 13806-3) |
| DX-GGGG | | | Norman Plaintiffs' Motion for Authority to File Late Proofs of Claim |
| DX-HHHH | | | Norman Plaintiffs' First Supplement to Motion for Authority to File Late Proofs of Claim |
| DX-IIII | | | Norman Plaintiffs' Second Supplement to Motion for Authority to File Late Proofs of Claim |
| DX-JJJJ | GUC_0006767 | GUC_0006770 | Email from Steel to Williams |
| DX-KKKK | | | Letter from Golden to Judge Glenn re: Settlement (Dkt. No. 14063) |
| DX-LLLL | GUC_0013900 | GUC_0013900 | Email from Tennenbaum to Vanaskey et al re MTLQU Ignition Switch Settlement |
| DX-MMMM | BR000367 | BR000368 | Email from Martorana to Weintraub et al re GUC Settlement |
| DX-NNNN | BR000507 | BR000514 | Email from Weintraub to Martorana et al re: GUC Settlement |

**GUC Trust and New GM Exhibit List**

| Exhibit | Starting Bates No. | Ending Bates No. | Document Description |
|---|---|---|---|
| DX-OOOO | | | Deposition Transcript of Beth Andrews |
| DX-PPPP | | | Deposition Transcript of Daniel Golden |
| DX-QQQQ | | | Deposition Transcript of Edward Weisfelner |
| DX-RRRR | | | Deposition Transcript of Howard Steel |
| DX-SSSS | | | Deposition Transcript of James Barton |
| DX-TTTT | | | Deposition Transcript of Keith Martorana |
| DX-UUUU | | | Deposition Transcript of Melanie Mosley |
| DX-VVVV | | | Deposition Transcript of William Weintraub |
| DX-WWWW | GUC_0002229 | GUC_0002484 | Email from Martorana to Steel et al re: Motors - GUC Settlement, with attachments |
| DX-XXXX | | | Deposition Transcript of Matthew Williams, Vol. I |
| DX-YYYY | GUC_0002485 | GUC_0002724 | Email from Steel to Martorana et al re: Motors – GUC Settlement, with attachments |
| DX-ZZZZ | | | Deposition Transcript of Matthew Williams, Vol. II |
| DX-AAAAA | GUC_0003520 | GUC_0003589 | Email from Martorana to Weintraub et al re: Motors - GUC Settlement, with attachments |
| DX-BBBBB | GUC_0003677 | GUC_0003679 | Email from Martorana to Steel et al re: Motors - GUC Settlement |
| DX-CCCCC | GUC_0003942 | GUC_0003986 | Email from Weintraub to Martorana et al re: GUC Settlement, with attachments |
| DX-DDDDD | GUC_0006456 | GUC_0006501 | Email from Martorana to Weintraub et al re: GUC Settlement, with attachments |
| DX-EEEEE | GUC_0010022 | GUC_0010062 | Email from Martorana to Weintraub et al re: GUC Settlement, with attachments |
| DX-FFFFF | GUC_0010811 | GUC_0010883 | Motors Liquidation Company GUC Trust Form 10-K |
| DX-GGGGG | GUC_0010946 | GUC_0010982 | Email from Martorana to Steel et al re: Motors |
| DX-HHHHH | GUC_0013102 | GUC_0013103 | Email from Martorana to Vanaskey et al re: GM/Late Claims - Potential Settlement |
| DX-IIIII | | | Hilliard Martinez Gonzalez et al's Memorandum of Law in Support of Motion to Withdraw as Counsel in In re: General Motors LLC Ignition Switch Litigation, Case No. 14-md-02543 (Dkt. No. 4713) |
| DX-JJJJJ | | | Hilliard's Declaration in Support of Motion to Withdraw as Counsel in In re: General Motors LLC Ignition Switch Litigation, Case No. 14-md-02543 (Dkt. No. 4714) |
| DX-KKKKK | | | Hilliard Martinez Gonzalez et al's Motion to Withdraw as Counsel in In re: General Motors LLC Ignition Switch Litigation, Case No. 14-md-02543 (Dkt. No. 4716) |

| GUC Trust and New GM Exhibit List | | | |
|---|---|---|---|
| **Exhibit** | **Starting Bates No.** | **Ending Bates No.** | **Document Description** |
| DX-LLLLL | | | Order re Hilliard Motion to Withdraw in In re: General Motors LLC Ignition Switch Litigation, Case No. 15-cv-06578 (Dkt. No. 128) |
| DX-MMMMM | GUC_0010437 | GUC_0010437 | Email from Gillett to Steinberg re: settlement |
| DX-NNNNN | | | Errata Sheet for Deposition of Golden |
| DX-OOOOO | | | Errata Sheet for Deposition of Andrews |
| DX-PPPPP | | | Letter from Steinberg to Judge Glenn re: Update on Matters Related to the Late Claims Motions and the Chambers Conference Scheduled for August 17, 2017 at 3:00 p.m. |