09-50026-mg    Doc 14183-7    Filed 12/05/17    Entered 12/05/17 14:31:12    Exhibit F
Pg 1 of 8

# EXHIBIT F

December 6, 2017

**OBJECTIONS to the GUC Trust and New GM Exhibit List (In re Motors Liquidation Co., No. 09-50026)**
Submitted on Behalf of the Signatory Plaintiffs and Participating Unit Holders

| Ex. No. | Starting Bates # | Ending Bates # | Document Description | Signatory Plaintiffs' and Participating Unit Holders' Objections[1] |
|---|---|---|---|---|
| DX-A | ELPLNTFF00014245 | ELPLNTFF00014248 | Engagement-Retention Letter to Class Representative Patricia Barker | No objection, subject to the reservation of rights in footnote 1. |
| DX-B | | | Brown Rudnick Engagement Letter to Berman et al | No objection, subject to the reservation of rights in footnote 1. |
| DX-C | ELPLNTFF00014206 | ELPLNTFF00014207 | Engagement-Retention Letter to Class Representative Yvonne James-Bivins | No objection, subject to the reservation of rights in footnote 1. |
| DX-D | AG0000008 | AG0000009 | Email from Weisfelner to Golden re: GUC Trust | No objection, subject to the reservation of rights in footnote 1 |
| DX-E | AG0000920 | AG0000935 | Email from Steel to Moss et al re: GM, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-F | AG0005147 | AG0005184 | Email from Moss to Weisfelner et al re: GM, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-G | AG0000966 | AG0001007 | Email from Steel to Golden et al re: Motors, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-H | AG0000134 | AG0000134 | Email from Golden to Weintraub et al re: GM - GUC Trust Settlement | Completeness (FRE 106). |
| DX-I | AG0000012 | AG0000012 | Email from Weisfelner to Golden et al re: GM | No objection, subject to the reservation of rights in footnote 1. |
| DX-J | AG0000014 | AG0000014 | Email from Weintraub to Golden re: GUC Settlement | Relevance/more prejudicial than probative/ waste of time (FRE 401, 402, 403). |
| DX-K | GUC_0006281 | GUC_0006283 | Email from Weintraub to Martorana re: GM GUC Trust Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-L | GUC_0004498 | GUC_0004503 | Email from Weintraub to Moss et al re: GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-M | GP002990 | GP002995 | Email from Golden to Weintraub et al re: GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-N | GUC_0003887 | GUC_0003891 | Email from Weintraub to Golden et al re: GUC Settlement | Completeness (FRE 106). |
| DX-O | GUC_0013905 | GUC_0013910 | Email from Spain to Martorana et al re: 6.2(C) Footnotes | No objection, subject to the reservation of rights in footnote 1. |

---

[1] **In addition to the objections iterated herein, the Signatory Plaintiffs and Participating Unit Holders reserve the right to object at trial to all exhibits listed on the GUC Trust and New GM Trial Exhibit List, on the grounds of, *inter alia*, hearsay (801, 802), foundation (601, 602), relevance/prejudice concerns (FRE 401-403), and/or requirements of completeness/fairness (FRE 106), depending upon the presentation of such evidence at trial.**

December 6, 2017

| Ex. No. | Starting Bates # | Ending Bates # | Document Description | Signatory Plaintiffs' and Participating Unit Holders' Objections[1] |
|---|---|---|---|---|
| DX-P | GUC_0003736 | GUC_0003769 | Email from Martorana to Forster et al re: Motors – GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-Q | GUC_0003697 | GUC_0003698 | Email from Martorana to Steel et al re: Motors – GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-R | GUC_0003687 | GUC_0003689 | Email from Hilliard to Martorana re: settlement discussion | No objection, subject to the reservation of rights in footnote 1. |
| DX-S | GUC_0003605 | GUC_0003676 | Email from Martorana to Steel et al re: Motors – GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-T | GUC_0003459 | GUC_0003519 | Email from Martorana to Weintraub et al re: Motors – GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-U | GUC_0002951 | GUC_0002955 | Email from Weintraub to Martorana et al re: Motors – GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-V | GUC_0002730 | GUC_0002911 | Email from Martorana to Steel et al re: Motors – GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-W | GUC_0002725 | GUC_0002726 | Email from Martorana to Steel et al re: GM - settlement status report | No objection, subject to the reservation of rights in footnote 1. |
| DX-X | GUC_0008633 | GUC_0008635 | Steel Letter to Court re: Negotiations (Dkt. No. 14027) | No objection, subject to the reservation of rights in footnote 1. |
| DX-Y | BR000001 | BR000009 | Email from Martorana to Steel et al re: Motors – GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-Z | GUC_0005846 | GUC_0005847 | Email from Williams to Steel et al re: GM noticing costs | No objection, subject to the reservation of rights in footnote 1. |
| DX-AA | GUC_0001904 | GUC_0001927 | Email from Weisfelner to Weintraub et al re: Motors – GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-BB | GUC_0001817 | GUC_0001837 | Email from Moss to Cabraser et al re: Motors – GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-CC | GUC_0001792 | GUC_0001816 | Email from Hilliard to Berman et al re: Motors – GUC Settlement | Hearsay (801, 802); no foundation (601, 602). |
| DX-DD | GUC_0001558 | GUC_0001791 | Email from Steel to Martorana et al re: Motors – GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-EE | HM003928 | HM003928 | Email from Hilliard to Spector, with attachments | Relevance (401, 402, 403); hearsay (801, 802); no foundation (601, 602). |
| DX-FF | GUC_0001446 | GUC_0001453 | Email from Weintraub to Steel et al re: Motors - GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-GG | GUC_0010567 | GUC_0010620 | GUC Trust Form 10-Q for quarter ending 6/30/17 | No objection, subject to the reservation of rights in footnote 1. |
| DX-HH | GUC_0001341 | GUC_0001350 | Email from Martorana to Steel et al re: Motors – GUC Settlement | No objection, subject to the reservation of rights in |

December 6, 2017

| Ex. No. | Starting Bates # | Ending Bates # | Document Description | Signatory Plaintiffs' and Participating Unit Holders' Objections[1] |
|---------|------------------|----------------|----------------------|--------------------------------------------------------------------|
| | | | | footnote 1. |
| DX-II | GUC_0005638 | GUC_0005642 | Email from Steel to Martorana re: Motors – GUC Trust Settlement Agreement | No objection, subject to the reservation of rights in footnote 1. |
| DX-JJ | GUC_0005651 | GUC_0005651 | Email from Golden to Steinberg et al re: GM | No objection, subject to the reservation of rights in footnote 1. |
| DX-KK | GUC_0001096 | GUC_0001097 | Email from Martorana to Steel et al re: Motors – GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-LL | GUC_0001062 | GUC_0001065 | Email from Steel to Golden et al re: Motors – GUC Trust Settlement Agreement | No objection, subject to the reservation of rights in footnote 1. |
| DX-MM | AG0006847 | AG0006850 | Email from Williams to Golden et al re: Arthur called [kinda urgent] | No objection, subject to the reservation of rights in footnote 1. |
| DX-NN | GUC_0005647 | GUC_0005650 | Email from Steel to Martorana re: Motors – GUC Trust Settlement Agreement | No objection, subject to the reservation of rights in footnote 1. |
| DX-OO | BR006032 | BR006033 | Email from Gillett to Steel re: GM | No objection, subject to the reservation of rights in footnote 1. |
| DX-PP | GUC_0000905 | GUC_0000908 | Email from Williams to Steel et al | No objection, subject to the reservation of rights in footnote 1. |
| DX-QQ | GUC_0000904 | GUC_0000904 | Email from Williams to Steel et al | No objection, subject to the reservation of rights in footnote 1. |
| DX-RR | HM003907 | HM003911 | Email from Hilliard to Boudette re: Sole and absolute, with attachments | Hearsay (801, 802); relevance (401-403); foundation (601, 602). |
| DX-SS | GUC_0000898 | GUC_0000899 | Email from Williams to Steel et al | No objection, subject to the reservation of rights in footnote 1. |
| DX-TT | GUC_0000888 | GUC_0000890 | Email from Williams to Steel et al | No objection, subject to the reservation of rights in footnote 1. |
| DX-UU | GUC_0005630 | GUC_0005630 | Email from Steel to Moss et al re: Motors | No objection, subject to the reservation of rights in footnote 1. |
| DX-VV | HM003912 | HM003915 | Email from Boudette to Hilliard re: Sole and absolute | Hearsay (801, 802); relevance (401-403); foundation (601, 602). |
| DX-WW | GUC_0010439 | GUC_0010441 | Email from Golden to Williams re: GM Letter Executed | No objection, subject to the reservation of rights in footnote 1. |
| DX-XX | GUC_0000881 | GUC_0000882 | Email from Weisfelner to Martorana et al re: Call Today | No objection, subject to the reservation of rights in footnote 1. |
| DX-YY | HM003905 | HM003906 | Email from Hilliard to Vlasic et al | Hearsay (801, 802); relevance (401-403); foundation (601, 602). |
| DX-ZZ | HM003922 | HM003923 | Email from Vlasic to Hilliard | Hearsay (801, 802); relevance (401-403); foundation |

December 6, 2017

| Ex. No. | Starting Bates # | Ending Bates # | Document Description | Signatory Plaintiffs' and Participating Unit Holders' Objections[1] |
|---|---|---|---|---|
| | | | | (601, 602). |
| DX-AAA | HM004734 | HM004737 | Email from Hilliard to Vlasic re: Letter to Judge Glenn | Hearsay (801, 802); relevance (401-403); foundation (601, 602). |
| DX-BBB | AG0005441 | AG0005441 | Email from Moss to Weisfelner et al re: GM, with attachments | Foundation (601, 602); hearsay (801, 802). |
| DX-CCC | AG0005101 | AG0005101 | Email from Pickering to Vanaskey re: MTLQU | No objection, subject to the reservation of rights in footnote 1. |
| DX-DDD | AG0000114 | AG0000116 | Email from Williams to Golden | No objection, subject to the reservation of rights in footnote 1. |
| DX-EEE | AG0003123 | AG0003123 | Email from Seery to Moss re: GM | Foundation (601, 602); hearsay (801, 802); relevance (401-403). |
| DX-FFF | GP000001 | GP000003 | Email from Steel to Martorana et al re: Motors, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-GGG | | | August 17, 2017 Hearing Transcript | No objection, subject to the reservation of rights in footnote 1. |
| DX-HHH | | | Weisfelner declaration in support of motion to enforce settlement, with exhibits (Dkt. No. 14093) | No objection, subject to the reservation of rights in footnote 1. |
| DX-III | | | Motion to Enforce the Settlement Agreement By and Among the Signatory Plaintiffs and the GUC Trust (Dkt. No. 14092) | No objection, subject to the reservation of rights in footnote 1. |
| DX-JJJ | | | Economic Loss/Brown Rudnick Plaintiffs' Responses and Objections to Interrogatories | No objection, subject to the reservation of rights in footnote 1. |
| DX-KKK | | | Economic Loss/Brown Rudnick Plaintiffs' Responses and Objections to RFAs | No objection, subject to the reservation of rights in footnote 1. |
| DX-LLL | | | HMG Claimants' Responses and Objections to RFAs | No objection, subject to the reservation of rights in footnote 1. |
| DX-MMM | | | Norman Plaintiffs' Responses and Objections to RFAs | No objection, subject to the reservation of rights in footnote 1. |
| DX-NNN | | | Norman Plaintiffs' Responses and Objections to Interrogatories | No objection, subject to the reservation of rights in footnote 1. |
| DX-OOO | | | October 3, 2017 Hearing Transcript | No objection, subject to the reservation of rights in footnote 1. |
| DX-PPP | | | Economic Loss/Brown Rudnick Plaintiffs' Supplemental Responses and Objections to Interrogatories | No objection, subject to the reservation of rights in footnote 1. |
| DX-QQQ | | | HMG Claimants' Supplemental Responses and Objections to Interrogatories | No objection, subject to the reservation of rights in footnote 1. |
| DX-RRR | | | Norman Plaintiffs' Supplemental Responses and Objections to Interrogatories | No objection, subject to the reservation of rights in |

December 6, 2017

| Ex. No. | Starting Bates # | Ending Bates # | Document Description | Signatory Plaintiffs' and Participating Unit Holders' Objections[1] |
|---|---|---|---|---|
| | | | | footnote 1. |
| DX-SSS | | | Joinder of the Participating Unitholders in the Motion to Enforce (Dkt. No. 14153) | No objection, subject to the reservation of rights in footnote 1. |
| DX-TTT | GUC_0010988 | GUC_0011028 | Email from Steel to Weisfelner et al re: Motors | No objection, subject to the reservation of rights in footnote 1. |
| DX-UUU | AG0001041 | AG0001082 | Email from Steel to Martorana et al re: Motors | No objection, subject to the reservation of rights in footnote 1. |
| DX-VVV | AG0002102 | AG0002241 | Email from Steel to Moss re: Motors | No objection, subject to the reservation of rights in footnote 1. |
| DX-WWW | GUC_0003680 | GUC_0003682 | Email from Steel to Martorana et al re: Motors | No objection, subject to the reservation of rights in footnote 1. |
| DX-XXX | | | August 11, 2017 Conference Transcript | No objection, subject to the reservation of rights in footnote 1. |
| DX-YYY | GUC_0006799 | GUC_0007004 | Email from Steel to Weintraub et al re: Motors - GUC Trust Settlement Agreement | No objection, subject to the reservation of rights in footnote 1. |
| DX-ZZZ | GUC_0013946 | GUC_0013949 | Email from Williams to Golden et al | No objection, subject to the reservation of rights in footnote 1. |
| DX-AAAA | | | HMG Claimants' Responses and Objections to Interrogatories | No objection, subject to the reservation of rights in footnote 1. |
| DX-BBBB | GUC_0003777 | GUC_0003823 | Email from Martorana to Weintraub et al re: GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-CCCC | | | Golden Declaration in Support of Joinder of the Participating Unitholders in the Motion to Enforce (Dkt. No. 14154) | No objection, subject to the reservation of rights in footnote 1. |
| DX-DDDD | GUC_0000001 | GUC_0000041 | Email fom Martorana to Steel et al re: Motors | No objection, subject to the reservation of rights in footnote 1. |
| DX-EEEE | | | Proposed Ignition Switch Class Claim, Ex. A (Dkt. No. 13086-2) | 106 incomplete |
| DX-FFFF | | | Proposed Non-Ignition Switch Class Claim, Ex. B (Dkt. No. 13806-3) | 106 incomplete |
| DX-GGGG | | | Norman Plaintiffs' Motion for Authority to File Late Proofs of Claim | FRE 401-403 (this is not relevant to the issue of whether or not a binding agreement was reached between the parties, and any alleged relevance would be substantially outweighed by the risk of confusion of the issues or by considerations of undue delay/ waste of time). |
| DX-HHHH | | | Norman Plaintiffs' First Supplement to Motion for Authority to File Late Proofs of Claim | FRE 401-403 (this is not relevant to the issue of whether or not a binding agreement was reached between the parties, and any alleged relevance would be substantially outweighed by the risk of confusion of |

December 6, 2017

| Ex. No. | Starting Bates # | Ending Bates # | Document Description | Signatory Plaintiffs' and Participating Unit Holders' Objections[1] |
|---|---|---|---|---|
| | | | | the issues or by considerations of undue delay/ waste of time). |
| DX-IIII | | | Norman Plaintiffs' Second Supplement to Motion for Authority to File Late Proofs of Claim | FRE 401–403 (this is not relevant to the issue of whether or not a binding agreement was reached between the parties, and any alleged relevance would be substantially outweighed by the risk of confusion of the issues or by considerations of undue delay/ waste of time). |
| DX-JJJJ | GUC_0006767 | GUC_0006770 | Email from Steel to Williams | No objection, subject to the reservation of rights in footnote 1. |
| DX-KKKK | | | Letter from Golden to Judge Glenn re: Settlement (Dkt. No. 14063) | No objection, subject to the reservation of rights in footnote 1. |
| DX-LLLL | GUC_0013900 | GUC_0013900 | Email from Tennenbaum to Vanaskey et al re MTLQU Ignition Switch Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-MMMM | BR000367 | BR000368 | Email from Martorana to Weintraub et al re GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-NNNN | BR000507 | BR000514 | Email from Weintraub to Martorana et al re: GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-OOOO | | | Deposition Transcript of Beth Andrews | Hearsay (801, 802). |
| DX-PPPP | | | Deposition Transcript of Daniel Golden | Hearsay (801, 802). |
| DX-QQQQ | | | Deposition Transcript of Edward Weisfelner | Hearsay (801, 802). |
| DX-RRRR | | | Deposition Transcript of Howard Steel | Hearsay (801, 802). |
| DX-SSSS | | | Deposition Transcript of James Barton | Hearsay (801, 802). |
| DX-TTTT | | | Deposition Transcript of Keith Martorana | Hearsay (801, 802). |
| DX-UUUU | | | Deposition Transcript of Melanie Mosley | Hearsay (801, 802). |
| DX-VVVV | | | Deposition Transcript of William Weintraub | Hearsay (801, 802). |
| DX-WWWW | GUC_0002229 | GUC_0002484 | Email from Martorana to Steel et al re: Motors - GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-XXXX | | | Deposition Transcript of Matthew Williams, Vol. I | Hearsay (801, 802). |
| DX-YYYY | GUC_0002485 | GUC_0002724 | Email from Steel to Martorana et al re: Motors – GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-ZZZZ | | | Deposition Transcript of Matthew Williams, Vol. II | Hearsay (801, 802). |
| DX-AAAAA | GUC_0003520 | GUC_0003589 | Email from Martorana to Weintraub et al re: Motors - GUC Settlement, with attachments | No objection, subject to the reservation of rights in |

December 6, 2017

| Ex. No. | Starting Bates # | Ending Bates # | Document Description | Signatory Plaintiffs' and Participating Unit Holders' Objections[1] |
|---|---|---|---|---|
| | | | | footnote 1. |
| DX-BBBBB | GUC_0003677 | GUC_0003679 | Email from Martorana to Steel et al re: Motors - GUC Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-CCCCC | GUC_0003942 | GUC_0003986 | Email from Weintraub to Martorana et al re: GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-DDDDD | GUC_0006456 | GUC_0006501 | Email from Martorana to Weintraub et al re: GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-EEEEE | GUC_0010022 | GUC_0010062 | Email from Martorana to Weintraub et al re: GUC Settlement, with attachments | No objection, subject to the reservation of rights in footnote 1. |
| DX-FFFFF | GUC_0010811 | GUC_0010883 | Motors Liquidation Company GUC Trust Form 10-K | No objection, subject to the reservation of rights in footnote 1. |
| DX-GGGGG | GUC_0010946 | GUC_0010982 | Email from Martorana to Steel et al re: Motors | No objection, subject to the reservation of rights in footnote 1. |
| DX-HHHHH | GUC_0013102 | GUC_0013103 | Email from Martorana to Vanaskey et al re: GM/Late Claims - Potential Settlement | No objection, subject to the reservation of rights in footnote 1. |
| DX-IIIII | | | Hilliard Martinez Gonzalez et al's Memorandum of Law in Support of Motion to Withdraw as Counsel in In re: General Motors LLC Ignition Switch Litigation, Case No. 14-md-02543 (Dkt. No. 4713) | Relevance; more prejudicial than probative/ confusion of the issues/ waste of time (401, 402, 403). |
| DX-JJJJJ | | | Hilliard's Declaration in Support of Motion to Withdraw as Counsel in In re: General Motors LLC Ignition Switch Litigation, Case No. 14-md-02543 (Dkt. No. 4714) | Relevance; more prejudicial than probative/ confusion of the issues/ waste of time (401, 402, 403). |
| DX-KKKKK | | | Hilliard Martinez Gonzalez et al's Motion to Withdraw as Counsel in In re: General Motors LLC Ignition Switch Litigation, Case No. 14-md-02543 (Dkt. No. 4716) | Relevance; more prejudicial than probative/ confusion of the issues/ waste of time (401, 402, 403). |
| DX-LLLLL | | | Order re Hilliard Motion to Withdraw in In re: General Motors LLC Ignition Switch Litigation, Case No. 15-cv-06578 (Dkt. No. 128) | Relevance; more prejudicial than probative/ confusion of the issues/ waste of time (401, 402, 403). |
| DX-MMMM | GUC_0010437 | GUC_0010437 | Email from Gillett to Steinberg re: settlement | Hearsay (801, 802); foundation (601, 602); relevance, more prejudicial than probative/ confusion of the issues/ waste of time (401, 402, 403) (this is irrelevant to the issue presented in phase 1, as it has no bearing on whether or not the parties had a binding settlement agreement), |
| DX-NNNN | | | Errata Sheet for Deposition of Golden | Hearsay (801, 802). |
| DX-OOOO | | | Errata Sheet for Deposition of Andrews | Hearsay (801, 802); not proper errata material. |
| DX-PPPP | | | Letter from Steinberg to Judge Glenn re: Update on Matters Related to the Late Claims Motions and the Chambers Conference Scheduled for August 17, 2017 at 3:00 p.m. | No objection, subject to the reservation of rights in footnote 1. |