# **EXHIBIT I**

09-50026-mg    Doc 14183-10    Filed 12/11/17    Entered 12/11/17 14:31:42    Exhibit I
Pg 2 of 5

# In re MOTORS LIQUIDATION COMPANY, *et al.*,
# f/k/a General Motors Corp., et al., No. 09-50026

**GUC Trust and New GM's Affirmative Designations of the Deposition Testimony of James Barton and the Plaintiffs and Participating Unitholders' Objections Thereto**

| James Barton November 22, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** || **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 18:15 | 18:16 | 106 (completeness/ fairness requires introduction of other portions of testimony which ought in fairness be considered contemporaneously); 401-403 (irrelevant to phase 1 issues, and any minimal relevance is outweighed by risks of confusion of the issues/ waste of time); 601, 602 (lacks foundation). |
| 18:24 | 19:7 | 106 (completeness/ fairness requires introduction of other portions of testimony which ought in fairness be considered contemporaneously); 401-403 (irrelevant to phase 1 issues, and any minimal relevance is outweighed by risks of confusion of the issues/ waste of time); 601, 602 (lacks foundation). |
| 21:8 | 21:17 | |
| 22:9 | 22:14 | 106 (completeness/ fairness requires introduction of other portions of testimony which ought in fairness be considered contemporaneously); 401-403 (irrelevant to phase 1 issues, and any minimal relevance is outweighed by risks of confusion of the issues/ waste of time); 601, 602 (lacks foundation). |
| 39:7 | 39:12 | 106 (completeness/ fairness requires introduction of other portions of testimony which ought in fairness be considered contemporaneously); 401-403 (irrelevant to phase 1 issues, and any minimal relevance is outweighed by risks of confusion of |

1

| James Barton November 22, 2017 ||  |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** || **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
|  |  | the issues/ waste of time). |

**Plaintiffs and Participating Unitholders' Affirmative Designations of the Deposition Testimony of James Barton and the GUC Trust and New GM's Objections Thereto**

| James Barton November 22, 2017 |||
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** || **GUC Trust and New GM's Objections** |
| **Designation Begin** | **Designation End** | |
| 6:20 | 6:24 | |
| 7:7 | 7:8 | |
| 7:25 | 8:6 | |
| 10:4 | 10:8 | |
| 10:15 | 11:4 | |
| 12:14 | 12:14 | |
| 12:21 | 12:23 | |
| 13:8 | 14:13 | |
| 14:15 | 15:4 | |
| 16:11 | 16:17 | |
| 17:18 | 17:19 | |
| 21:8 | 22:17 | |
| 23:11 | 23:19 | |
| 24:18 | 24:21 | |
| 31:2 | 31:4 | |
| 31:7 | 31:15 | |
| 34:12 | 34:15 | |
| 35:21 | 36:6 | |
| 36:22 | 36:24 | |
| 37:10 | 37:12 | |
| 37:21 | 38:7 | |

2

**GUC Trust and New GM's Counter-Designations of the Deposition Testimony of
James Barton and the Plaintiffs and Participating Unitholders' Objections Thereto**

| James Barton November 22, 2017 | | |
|---|---|---|
| **GUC Trust and New GM's Counter-Designations** | | **Plaintiffs and Participating Unitholders' Objections** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 19:23 | 20:2 | Not a valid counter-designation for completeness or fairness purposes (106), Relevance (401) |
| 20:5 | 20:5 | Not a valid counter-designation for completeness or fairness purposes (106), Relevance (401) |
| 20:9 | 20:10 | Not a valid counter-designation for completeness or fairness purposes (106), Relevance (401) |
| 20:12 | 20:14 | Not a valid counter-designation for completeness or fairness purposes (106), Relevance (401) |
| 21:4 | 21:7 | Not a valid counter-designation for completeness or fairness purposes (106), Relevance (401) |
| 23:20 | 24:1 | Not a valid counter-designation for completeness or fairness purposes (106), Relevance (401) |
| 24:12 | 24:17 | Not a valid counter-designation for completeness or fairness purposes (106), Relevance (401) |
| 32:22 | 33:9 | Not a valid counter-designation for completeness or fairness purposes (106), argumentative, asked and answered, improper designation of record objection, which is irrelevant (401-403). |
| 33:13 | 33:20 | Not a valid counter-designation for completeness or fairness purposes (106), argumentative, asked and answered, improper designation of record objection, which is irrelevant (401-403). |

3

**Plaintiffs and Participating Unitholders' Counter-Designations of the Deposition Testimony of James Barton and the GUC Trust and New GM's Objections Thereto**

| James Barton November 22, 2017 | | |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Counter-Designations** | | **GUC Trust and New GM Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| **7:7** | 7:8 | Relevance (401/402); Outside the Scope of FRCP 32(a)(6) |
| 8:4 | 8:6 | Relevance (401/402); Outside the Scope of FRCP 32(a)(6) |
| 21:18 | 22:1 | |
| 24:18 | 24:21 | |
| 34:12 | 34:15 | |
| 36:17 | 36:24 | Relevance (401/402); Outside the Scope of FRCP 32(a)(6) |
| 38:2 | 38:7 | Relevance (401/402); Outside the Scope of FRCP 32(a)(6) |

4