# **<u>EXHIBIT J</u>**

# In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., et al., No. 09-50026

## GUC Trust and New GM's Affirmative Designations of the Deposition Testimony of Daniel H. Golden and the Plaintiffs and Participating Unitholders' Objections Thereto

| Daniel H. Golden November 16, 2017 | | |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** | | **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 14:14 | 14:17 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 15:11 | 15:18 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 15:19 | 15:21 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602) |
| 15:25 | 16:7 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602) |
| 17:10 | 17:14 | |
| 32:2 | 32:5 | Irrelevant (FRE 401); lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 32:8 | 32:9 | Irrelevant (FRE 401); lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 32:10 | 32:15 | Irrelevant (FRE 401); lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 54:9 | 54:14 | Irrelevant (FRE 401); calls for hearsay (FRE 802) |
| 61:2 | 61:9 | |
| 61:10 | 61:13 | |
| 69:18 | 70:4 | Objection to form vague and ambiguous (FRE 611(a)) |
| 70:7 | 70:8 | |
| 70:9 | 70:19 | |
| 72:23 | 73:14 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 73:15 | 73:18 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); objection to form compound (FRE 611(a)) |

1

| Daniel H. Golden November 16, 2017 ||  |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** || **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 73:22 | 74:10 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); objection to form compound (FRE 611(a)) |
| 74:11 | 74:14 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); calls for speculation (FRE 602); objection to form confusing (FRE 611(a)) |
| 74:16 | 74:18 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); calls for speculation (FRE 602); objection to form confusing (FRE 611(a)) |
| 74:19 | 74:22 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); calls for speculation (FRE 602) |
| 74:23 | 75:6 | Lack of foundation (FRE 602): irrelevant (FRE 401) |
| 75:7 | 75:18 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); calls for speculation (FRE 602) |
| 75:21 | 75:21 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); calls for speculation (FRE 602 |
| 75:22 | 75:25 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); calls for speculation (FRE 602) |
| 76:1 | 76:15 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); calls for speculation (FRE 602) |
| 78:11 | 78:15 | Objection to form compound (611(a)); lack of foundation, calls |

| Daniel H. Golden November 16, 2017 ||  |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** || **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
|  |  | for expert opinion (FRE 602, 701, 702) |
| 78:17 | 78:24 | Objection to form compound (611(a)); lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 78:25 | 79:2 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 79:3 | 79:7 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 79:8 | 79:11 | Objection to form compound (611(a)); lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); calls for speculation (FRE 602) |
| 79:13 | 79:22 | Objection to form compound (611(a)); lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); calls for speculation (FRE 602) |
| 83:14 | 83:18 | Irrelevant (FRE 401): lack of personal knowledge (FRE 602) |
| 83:19 | 83:22 | Irrelevant (FRE 401); lack of personal knowledge (FRE 602) |
| 83:23 | 83:25 | Irrelevant (FRE 401); lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); objection to form vague and ambiguous (FRE 611(a)) |
| 84:2 | 84:3 | Irrelevant (FRE 401); lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602); objection to form vague and ambiguous (FRE 611(a)) |
| 84:4 | 84:7 | Irrelevant (FRE 401); lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of |

3

| Daniel H. Golden November 16, 2017 ||| 
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** || **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| | | personal knowledge (FRE 602) |
| 84:8 | 84:13 | Irrelevant (FRE 401); lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602) |
| 84:15 | 84:17 | Irrelevant (FRE 401); lack of foundation, calls for expert opinion (FRE 602, 701, 702); lack of personal knowledge (FRE 602) |
| 91:2 | 91:16 | Irrelevant (FRE 401); calls for hearsay (FRE 802); objection to form, compound, confusing (FRE 611(a)) |
| 91:17 | 91:19 | Irrelevant (FRE 401); objection to form, vague, ambiguous, confusing (FRE 611(a)) |
| 91:22 | 91:23 | Irrelevant (FRE 401); objection to form, vague, ambiguous, confusing (FRE 611(a)) |
| 107:1 | 107:14 | Objection to form, asked and answered (FRE 611(a)) |
| 107:17 | 107:24 | |
| 110:1 | 110:2 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 110:5 | 110:7 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 111:20 | 112:1 | Calls for hearsay (FRE 802) |
| 112:2 | 112:7 | Calls for hearsay (FRE 802) |
| 130:13 | 130:15 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); objection to form, asked and answered (FRE 611(a)) |
| 130:19 | 130:20 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); objection to form, asked and answered (FRE 611(a)) |
| 130:21 | 130:23 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 133:14 | 133:17 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); objection to form confusing (FRE |

4

| Daniel H. Golden November 16, 2017 ||| 
| GUC Trust and New GM's Affirmative Designations || Plaintiffs and Participating Unitholders' Objections |
| **Designation Begin** | **Designation End** | |
| | | 611(a)) |
| 133:19 | 133:19 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); objection to form confusing (FRE 611(a)) |
| 137:6 | 137:10 | Lack of foundation, lack of personal knowledge (FRE 602) |
| 137:13 | 137:13 | Lack of foundation, lack of personal knowledge (FRE 602) |
| 137:14 | 137:18 | |
| 141:18 | 142:3 | Calls for hearsay (FRE 802) |
| 146:6 | 146:15 | |
| 146:17 | 146:20 | |
| 151:11 | 151:15 | Calls for hearsay (FRE 802) |
| 154:11 | 154:14 | |
| 154:15 | 154:19 | Lack of foundation, calls for speculation (FRE 602) |
| 154:20 | 154:20 | Objection to form, asked and answered (FRE 611(a)) |
| 155:4 | 155:6 | Objection to form, asked and answered (FRE 611(a)) |
| 160:4 | 160:25 | |
| 161:1 | 161:5 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 161:6 | 161:8 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); calls for speculation (FRE 602) |
| 161:11 | 161:21 | Lack of foundation, calls for expert opinion (FRE 602, 701, 702); calls for speculation (FRE 602) |
| 162:2 | 162:6 | |
| 163:2 | 163:5 | Calls for hearsay (FRE 802) |
| 163:6 | 163:10 | Calls for hearsay (FRE 802) |
| 163:11 | 163:17 | Calls for hearsay (FRE 802) |
| 163:18 | 163:24 | |
| 179:22 | 180:8 | |
| 180:9 | 180:23 | |
| 180:24 | 181:2 | |
| 181:3 | 181:6 | |
| 181:7 | 181:11 | Calls for hearsay (FRE 802) |

5

| Daniel H. Golden November 16, 2017 ||  |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** || **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 181:12 | 181:14 | Calls for hearsay (FRE 802) |
| 181:15 | 182:2 | Lack of foundation, lack of personal knowledge, calls for speculation (FRE 602); Incomplete (FRE 106) |
| 185:6 | 185:11 | |
| 185:12 | 186:1 | Lack of foundation, lack of personal knowledge, calls for speculation (FRE 602) |
| 188:11 | 188:13 | |
| 188:14 | 188:18 | |
| 191:7 | 191:17 | |
| 191:18 | 191:23 | Lack of foundation, calls for speculation, calls for expert opinion (FRE 602, 701, 702) |
| 202:23 | 203:8 | Lack of foundation, calls for speculation, lack of personal knowledge, calls for expert opinion (FRE 602, 701, 702) |
| 203:9 | 203:9 | Lack of foundation, calls for speculation, lack of personal knowledge, calls for expert opinion (FRE 602, 701, 702) |
| 203:11 | 203:12 | Lack of foundation, calls for speculation, lack of personal knowledge, calls for expert opinion (FRE 602, 701, 702) |
| 207:8 | 207:11 | Objection to form, vague and ambiguous (FRE 611(a)) |
| 207:14 | 207:20 | Objection to form, vague and ambiguous (FRE 611(a)) |
| 207:21 | 208:13 | Lack of foundation, calls for speculation, (FRE 602) |
| 208:14 | 208:18 | Objection to form, asked and answered (FRE 611(a)) |
| 208:20 | 208:21 | Objection to form, asked and answered (FRE 611(a)) |
| 208:22 | 208:24 | |
| 209:14 | 209:17 | Calls for hearsay (FRE 802); objection to form, vague and ambiguous (FRE 611(a)) |
| 210:6 | 210:6 | Calls for hearsay (FRE 802); |

6

| Daniel H. Golden<br>November 16, 2017 ||  |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** || **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** |  |
|  |  | objection to form, vague and ambiguous (FRE 611(a)) |
| 210:7 | 210:9 | Calls for hearsay (FRE 802) |

**Plaintiffs and Participating Unitholders' Counter-Designations of the Deposition Testimony of Daniel H. Golden and the GUC Trust and New GM's Objections Thereto**

| Daniel H. Golden<br>November 16, 2017 |||
|---|---|---|
| **Plaintiffs and Participating Unitholders' Counter-Designations** || **GUC Trust and New GM Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** |  |
| 8:16 | 9:6 | Not Testimony |
| 11:15 | 11:21 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805)); Outside the Scope of FRCP 32(a)(6) |
| 14:18 | 15:2 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805)); Outside the Scope of FRCP 32(a)(6) |
| 15:8 | 15:9 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805)); Outside the Scope of FRCP 32(a)(6) |
| 15:23 | 15:24 | Not Testimony |
| 18:14 | 19:7 | Outside the Scope of FRCP 32(a)(6) |
| 31:18 | 32:1 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 32:6 | 32:7 | Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 33:20 | 33:24 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation |

7

| Daniel H. Golden November 16, 2017 ||  |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Counter-Designations** || **GUC Trust and New GM Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
|  |  | (FRE 602); Hearsay (FRE 801/802/805)); Outside the Scope of FRCP 32(a)(6) |
| 34:5 | 36:11 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805)); Outside the Scope of FRCP 32(a)(6) |
| 50:13 | 50:16 | Relevance (FRE 401/402); Hearsay (FRE 801/802/805); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 50:19 | 51:11 | Relevance (FRE 401/402); Hearsay (FRE 801/802/805); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 59:12 | 59:17 | Relevance (FRE 401/402); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 59:24 | 60:5 | Relevance (FRE 401/402); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 60:8 | 60:13 | Relevance (FRE 401/402); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 60:17 | 60:19 | Relevance (FRE 401/402); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 62:19 | 63:6 | Relevance (FRE 401/402); Hearsay (FRE 801/802/805); Outside the Scope of FRCP 32(a)(6) |
| 70:5 | 70:6 | Not Testimony |
| 73:19 | 73:19 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 73:21 | 73:21 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |

8

| Daniel H. Golden November 16, 2017 | | |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Counter-Designations** | | **GUC Trust and New GM Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 74:15 | 74:15 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 75:19 | 75:20 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 78:16 | 78:16 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 79:12 | 79:12 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 79:23 | 79:25 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 80:8 | 80:17 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 81:18 | 82:3 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805)); Outside the Scope of FRCP 32(a)(6) |
| 84:1 | 84:1 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 91:20 | 91:21 | Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 107:25 | 108:14 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805; Outside the Scope of FRCP 32(a)(6) |
| 108:24 | 109:15 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805; Outside the Scope of |

9

| Daniel H. Golden  November 16, 2017 |||
|---|---|---|
| **Plaintiffs and Participating Unitholders' Counter-Designations** || **GUC Trust and New GM Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | FRCP 32(a)(6) |
| 110:3 | 110:4 | Relevance (FRE 401/402); Lack of Foundation, (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 130:16 | 130:18 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805); Outside the Scope of FRCP 32(a)(6) |
| 133:18 | 133:18 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805); Outside the Scope of FRCP 32(a)(6) |
| 136:23 | 137:5 | Not Testimony |
| 137:11 | 137:11 | Not Testimony |
| 144:25 | 145:18 | Relevance (FRE 401/402); Not Testimony |
| 145:21 | 146:5 | Relevance (FRE 401/402); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 146:16 | 146:16 | Relevance (FRE 401/402); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 148:17 | 148:25 | Relevance (FRE 401/402); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 149:3 | 149:9 | Relevance (FRE 401/402); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 150:14 | 151:10 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805; Outside the Scope of FRCP 32(a)(6) |

| Daniel H. Golden<br>November 16, 2017 |||
|---|---|---|
| **Plaintiffs and Participating Unitholders' Counter-Designations** || **GUC Trust and New GM Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 154:21 | 154:24 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805; Outside the Scope of FRCP 32(a)(6) |
| 159:23 | 160:3 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805 |
| 161:9 | 161:10 | Not Testimony |
| 162:21 | 163:1 | Outside the Scope of FRCP 32(a)(6) |
| 182:3 | 182:3 | Not Testimony |
| 188:4 | 188:10 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805; Outside the Scope of FRCP 32(a)(6) |
| 191:24 | 192:2 | |
| 199:18 | 200:10 | Lack of Foundation (FRE 602); Not Testimony; Outside the Scope of FRCP 32(a)(6) |
| 203:1 | 203:1 | Not Testimony |
| 203:10 | 203:10 | Not Testimony |
| 207:12 | 207:13 | Not Testimony |
| 208:19 | 208:19 | Relevance (FRE 401/402); Not Testimony; Lack of Foundation (FRE 602); Hearsay (FRE 801/802/805; Outside the Scope of FRCP 32(a)(6) |
| 209:18 | 210:5 | Not Testimony |