# **EXHIBIT K**

**In re: MOTORS LIQUIDATION COMPANY, *et al.*,**
**f/k/a General Motors Corp., *et al.*, No. 09-50026**

**Plaintiffs and Participating Unitholders' Affirmative Designations of the Deposition Testimony of Keith Martorana and the GUC Trust and New GM's Objections Thereto**

| Keith Martorana November 20, 2017 | | |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** | | **GUC Trust and New GM's Objections** |
| **Designation Begin** | **Designation End** | |
| 9:21 | 11:14 | |
| 12:9 | 13:15 | |
| 13:17 | 14:10 | |
| 23:11 | 23:15 | Vague and ambiguous; Lack of foundation (FRE 602) (23:12–15). |
| 23:19 | 23:20 | Vague and ambiguous; Lack of foundation (FRE 602). |
| 25:11 | 25:16 | |
| 25:19 | 25:25 | Lack of foundation (FRE 602) (25:23-25:25). |
| 26:4 | 27:1 | Lack of foundation (FRE 602) (26:4-7; 26:22-25). |
| 27:6 | 27:19 | Lack of foundation (FRE 602). |
| 32:11 | 33:25 | |
| 35:9 | 35:12 | Lack of foundation (FRE 602). |
| 35:15 | 36:4 | Lack of foundation (FRE 602) (35:15-18). |
| 36:11 | 36:12 | |
| 37:11 | 38:7 | |
| 38:16 | 38:18 | |
| 38:22 | 39:15 | Lack of foundation (FRE 602) (39:10-15). |
| 39:18 | 43:6 | Lack of foundation (FRE 602) (39:18-25; 42:25-43:6). |
| 43:10 | 43:13 | Lack of foundation (FRE 602). |
| 51:25 | 52:2 | Lack of foundation (FRE 602). |
| 52:5 | 53:19 | Lack of foundation (FRE 602) (52:5-9; 53:14-19). |
| 53:24 | 54:4 | Lack of foundation (FRE 602). |
| 58:2 | 60:2 | |
| 60:16 | 61:8 | |
| 66:21 | 67:7 | |
| 67:18 | 68:3 | |

1

| Keith Martorana November 20, 2017 |||
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** || **GUC Trust and New GM's Objections** |
| **Designation Begin** | **Designation End** | |
| 68:17 | 69:9 | |
| 69:11 | 69:19 | |
| 71:1 | 72:22 | |
| 73:17 | 73:20 | |
| 74:4 | 74:12 | |
| 75:21 | 76:8 | Vague and Ambiguous; Lack of foundation (FRE 602). |
| 76:14 | 77:8 | Vague and Ambiguous; Lack of foundation (FRE 602) (76:14-16). |
| 83:9 | 83:23 | Relevance. |
| 84:16 | 85:15 | Relevance. |
| 85:22 | 86:1 | Relevance; Incomplete quotation; Lack of foundation (FRE 602). |
| 86:11 | 88:4 | Relevance (86:11-88:4); Incomplete quotation; Lack of foundation (FRE 602) (86:11-25); Mischaracterizes testimony (88:1-4). |
| 88:8 | 88:10 | Relevance; Lack of foundation (FRE 602); Mischaracterizes testimony. |
| 92:14 | 92:19 | Lack of foundation (FRE 602); Mischaracterizes testimony. |
| 92:24 | 93:2 | Lack of foundation (FRE 602); Mischaracterizes testimony. |
| 103:22 | 104:1 | Lack of foundation (FRE 602). |
| 104:5 | 104:6 | Lack of foundation (FRE 602). |
| 106:19 | 106:25 | Lack of foundation (FRE 602); Mischaracterizes testimony. |
| 107:4 | 107:10 | Lack of foundation (FRE 602); Mischaracterizes testimony. |
| 107:18 | 107:22 | Lack of foundation (FRE 602). |
| 108:1 | 108:6 | Lack of foundation (FRE 602). |
| 109:15 | 109:24 | Lack of foundation (FRE 602); Mischaracterizes testimony. |
| 110:6 | 110:8 | Lack of foundation (FRE 602); Mischaracterizes testimony; designation is incomplete (it begins half-way through the witness' answer). |
| 111:14 | 112:14 | Attorney colloquy; Lack of foundation (FRE 602) (112:12-14). |

2

| Keith Martorana<br>November 20, 2017 |||
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** || **GUC Trust and New GM's Objections** |
| **Designation Begin** | **Designation End** | |
| 112:16 | 112:19 | Attorney colloquy; Lack of foundation (FRE 602). |
| 112:23 | 113:25 | Attorney colloquy; Lack of foundation (FRE 602) (112:23-25); Mischaracterizes testimony (113:19-25). |
| 114:5 | 114:10 | Lack of foundation (FRE 602); Mischaracterizes testimony. |
| 115:15 | 116:9 | Vague and ambiguous; designation is incomplete (does not contain witness' answer) (116:8-9). |
| 116:13 | 116:14 | Vague and ambiguous; designation is incomplete (does not contain witness' answer). |
| 116:17 | 116:21 | |
| 118:7 | 118:13 | Relevance. |
| 123:23 | 124:7 | Relevance. |
| 125:17 | 125:20 | Relevance. |
| 125:25 | 125:25 | Relevance. |
| 126:13 | 126:16 | Relevance; Vague and ambiguous. |
| 126:20 | 128:10 | Relevance (126:20-128:10); Vague and ambiguous (126:20); Lack of foundation (FRE 602); Mischaracterizes testimony (128:7-10). |
| 128:14 | 129:2 | Relevance (128:14-129:2); Lack of foundation (FRE 602); Mischaracterizes testimony (128:14-16); Lack of foundation (FRE 602); Calls for speculation (128:24-129:2). |
| 129:6 | 129:25 | Relevance (129:6-25); Lack of foundation (FRE 602); Calls for speculation (129:6-7; 129:21-25). |
| 130:5 | 130:23 | Relevance (130:5-23); Lack of foundation (FRE 602); Calls for speculation (130:5-8). |
| 131:19 | 132:7 | Relevance (131:19-132:7); Lack of foundation (FRE 602); Mischaracterizes testimony (132:3-7) . |

3

| Keith Martorana<br>November 20, 2017 |||
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** || **GUC Trust and New GM's Objections** |
| **Designation Begin** | **Designation End** | |
| 132:10 | 132:20 | Relevance; Lack of foundation (FRE 602); Mischaracterizes testimony. |
| 133:12 | 133:15 | Relevance. |
| 134:20 | 135:25 | Relevance. |
| 141:22 | 142:7 | |
| 148:25 | 149:12 | Relevance (148:25-149:12); Vague and ambiguous; Lack of foundation (FRE 602) (149:7-12). |
| 149:15 | 149:18 | Relevance; Vague and ambiguous; Lack of foundation (FRE 602). |
| 155:7 | 155:11 | |
| 176:17 | 178:6 | Relevance. |
| 178:20 | 179:23 | Relevance. |
| 183:23 | 183:25 | Relevance (183:23-25); Lack of foundation (FRE 602); Calls for speculation (183:24-25). |
| 184:4 | 184:19 | Relevance (184:4-19); Lack of foundation (FRE 602); Calls for speculation (184:4-11); Vague and ambiguous (184:13-19). |
| 184:23 | 184:23 | Relevance; Vague and ambiguous; Lack of foundation (FRE 602). |
| 194:14 | 196:1 | Relevance (194:14-196:1); Lack of foundation (FRE 602); Mischaracterizes testimony; Calls for speculation (195:23-196:1). |
| 196:9 | 197:8 | Relevance (196:9-197:8); Lack of foundation (FRE 602); Mischaracterizes testimony; Calls for speculation (196:9-12). |
| 197:11 | 197:19 | Relevance. |
| 200:21 | 200:22 | Not Testimony |
| 204:5 | 204:6 | Not Testimony |
| 216:8 | 216:9 | Not Testimony |
| 235:14 | 235:22 | Relevance (235:14-22); Lack of foundation (FRE 602); Compound (235:14-22). |
| 236:1 | 236:23 | Relevance (236:1-23); Lack of foundation (FRE 602); Compound (236:1-3). |

4

**GUC Trust and New GM's Counter Designations of the Deposition Testimony of Keith Martorana and the Plaintiffs and Participating Unitholders' Objections Thereto**

| Keith Martorana November 20, 2017 || |
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation Designation End** | |
| 14:12 | 14:22 | This is not a valid counter-designation, as neither completeness or fairness requires that this designation be considered contemporaneously with the designations (FRE 106); foundation/ lacks personal knowledge (FRE 601, 602). |
| 27:21 | 28:4 | This is not a valid counter-designation, as neither completeness or fairness requires that this designation be considered contemporaneously with the designations (FRE 106); Hearsay (801, 802) |
| 35:13 | 35:14 | Improper designation of counsel objection |
| 36:9 | 36:10 | Improper designation of counsel objection |
| 60:3 | 60:13 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation / personal knowledge (601, 602); vague and ambiguous; speculation. |
| 73:21 | 74:2 | Not a valid counter-designation, as neither completeness or fairness requires that this designation be considered contemporaneously with the designations (FRE 106); lacks personal knowledge / foundation (601, 602); speculation |
| 78:12 | 79:4 | First off, this is out-of-context and incomplete in and of itself (106); second, even if it were "complete" by itself, this is not a valid counter-designation to any of the content affirmatively designated (106); hearsay (801, 802); lacks |

5

| Keith Martorana November 20, 2017 |||
|---|---|---|
| GUC Trust and New GM's Counter Designations || Plaintiffs and Participating Unitholders' Objections to Counter-Designations |
| Counter-Designation Begin | Counter-Designation Designation End | |
|  |  | foundation/ personal knowledge (601, 602); 401-403; speculation/ vague and ambiguous. |
| 79:15 | 80:14 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation / personal knowledge (601, 602); calls for speculation. |
| 80:25 | 81:13 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (FRE 106); lacks foundation/ personal knowledge (FRE 601, 602). |
| 88:11 | 88:16 | Hearsay (801, 802); lacks foundation/ personal knowledge and is vague and ambiguous ("*we* did not feel it was appropriate...") |
| 92:21 | 92:23 | Improper designation of counsel objection |
| 93:3 | 93:6 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation/ personal knowledge (601, 602); relevance (401-403); hearsay (801, 802) |
| 93:13 | 93:18 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation/ personal knowledge (601, 602); relevance (401-403); hearsay (801, 802) |
| 93:21 | 94:16 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation/ personal knowledge (601, 602); relevance (401-403); hearsay (801, 802) |

6

| Keith Martorana<br>November 20, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation Designation End** | |
| 108:8 | 108:9 | Not a valid counter-designation for completeness or fairness purposes (FRE 106). |
| 108:15 | 109:14 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation/ personal knowledge (601, 602); improper opinion (701, 702); hearsay (801, 802); vague and ambiguous; more prejudicial than probative/ waste of time (401-403). |
| 110:3 | 110:5 | |
| 129:4 | 129:5 | Improper designation of counsel objection |
| 130:1 | 130:2 | Improper designation of counsel objection |
| 132:8 | 132:9 | Improper designation of counsel objection |
| 149:13 | 149:14 | Improper designation of counsel objection |
| 154:1 | 155:6 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); hearsay (801, 802); 401-403 (more prejudicial than probative); lacks foundation/personal knowledge (601, 602); improper opinion (701, 702) |
| 184:25 | 185:11 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation (601, 602); calls for speculation. |
| 185:15 | 185:23 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation (601, 602); more prejudicial than probative/ confuses the issues/ waste of time (401-403); calls for speculation. |
| 186:2 | 186:8 | Not a valid counter-designation and is moreover incomplete on its own |

7

| Keith Martorana<br>November 20, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation Designation End** | |
| | | because it omits the answer to the question (106); even if it were "complete" by itself, this is not a valid counter-designation to any of the content affirmatively designated (106); lacks foundation (601, 602); 401-403 (more prejudicial than probative/ confusion of the issues/ waste of time); calls for speculation. |
| 186:11 | 186:20 | Not a valid counter-designation and is moreover incomplete on its own and out of context (106); includes improper record objections; 401-403 (more prejudicial than probative/ confusion of the issues/ waste of time); calls for speculation; lacks foundation/ personal knowledge (601, 602). |
| 200:6 | 200:20 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (106); lacks foundation/ personal knowledge (FRE 601, 602); 401-403. |
| 200:23 | 201:25 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (106); 401-403, 801, 802, 701, 702, Lacks foundation (601, 602) |
| 202:12 | 203:3 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (106); 401-403 |

8

| Keith Martorana November 20, 2017 ||| 
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation Designation End** | |
| | | (more prejudicial than probative/ confusion of the issues); hearsay |
| 203:8 | 203:18 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (106); further, it is in and of itself incomplete, as it omits the answer to the designated question on line 19 (106); 401-403 (more prejudicial than probative/ confusion of the issues). |
| 203:20 | 204:4 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (106); further, it is in and of itself incomplete, as it omits the answer to the designated question on line 19 (106); 401-403 (more prejudicial than probative/ confusion of the issues); improper opinion (701, 702). |
| 204:7 | 204:23 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (106); improper opinion (701, 702); 401-403 (more prejudicial than probative/ confusion of the issues). |
| 206:19 | 207:4 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (106); 401-403 (more prejudicial than probative/ |

9

| Keith Martorana November 20, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter-Designations** |
| **Counter-Designation Begin** | **Counter-Designation Designation End** | |
| | | confusion of the issues); lacks foundation / personal knowledge (601, 602). |
| 208:7 | 208:12 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (106); 401-403 (more prejudicial than probative/ confusion of the issues); lacks personal knowledge / foundation (601, 602); calls for speculation. |
| 211:22 | 212:15 | First off, this is out-of-context and incomplete in and of itself (106); second, even if it were "complete" by itself, this is not a valid counter-designation to any of the content affirmatively designated (106); lacks foundation/ personal knowledge (601, 602); 401-403; speculation/ vague and ambiguous. |
| 214:10 | 215:9 | This is not a valid counter-designation, as neither completeness nor fairness requires that this designation be considered contemporaneously with the designated content (106); hearsay (801, 802); 401-403 (more prejudicial than probative/ confusion of the issues); lacks foundation / personal knowledge (601, 602). |
| 216:1 | 216:7 | This is out-of-context and incomplete in and of itself (106); even if it were "complete" by itself, this is not a valid counter-designation to any of the content affirmatively designated (106); hearsay (801, 802); lacks foundation (601, 602); more prejudicial than probative/ confusion of the issues/ |

10

| Keith Martorana November 20, 2017 ||| 
|---|---|---|
| GUC Trust and New GM's Counter Designations || Plaintiffs and Participating Unitholders' Objections to Counter-Designations |
| Counter-Designation Begin | Counter-Designation Designation End | |
| | | waste of time (401-403); improper opinion (701, 702). |