# **EXHIBIT P**

**In re: MOTORS LIQUIDATION COMPANY, *et al.*,**
**f/k/a General Motors Corp., *et al.*, No. 09-50026**

**Plaintiffs and Participating Unitholders' Affirmative Designations of the Deposition Testimony of Matthew J. Williams and the GUC Trust and New GM's Objections Thereto**

| Matthew J. Williams November 13 and 20, 2017 |||
|---|---|---|
| Plaintiffs and Participating Unitholders' Affirmative Designations || GUC Trust and New GM's Objections |
| Designation Begin | Designation End | |
| 12:7 | 12:17 | Vague and ambiguous; Compound (FRE 611(a)); Lack of foundation (FRE 602) (12:13-17). |
| 12:21 | 13:10 | |
| 16:3 | 16:7 | |
| 19:21 | 20:3 | |
| 29:14 | 29:25 | |
| 30:6 | 30:20 | |
| 56:2 | 57:3 | |
| 59:6 | 59:10 | Vague and ambiguous; Compound (FRE 611(a)); Lack of foundation (FRE 602). |
| 59:14 | 59:17 | Designation of answer at 59:14-17 is incomplete. |
| 59:20 | 60:15 | |
| 63:2 | 63:16 | |
| 64:4 | 64:11 | Lack of foundation and personal knowledge (FRE 602) (64:4-10). |
| 64:16 | 64:24 | |
| 65:18 | 65:23 | |
| 66:1 | 66:11 | |
| 66:24 | 67:8 | Lack of foundation and personal knowledge (FRE 602); Mischaracterizes testimony. |
| 67:13 | 68:1 | |
| 68:18 | 69:5 | |
| 69:16 | 69:19 | |
| 69:23 | 70:7 | Lack of foundation (FRE 602); Mischaracterizes testimony (70:5-7). |
| 70:10 | 70:15 | |
| 80:2 | 80:5 | Lack of foundation (FRE 602); Mischaracterizes testimony. |

1

| Matthew J. Williams<br>November 13 and 20, 2017 ||  |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** || **GUC Trust and New GM's Objections** |
| **Designation Begin** | **Designation End** | |
| 80:10 | 80:17 | |
| 85:18 | 86:9 | |
| 90:8 | 91:8 | |
| 93:18 | 94:2 | |
| 99:6 | 99:13 | |
| 99:15 | 99:16 | |
| 101:1 | 101:8 | |
| 103:13 | 103:24 | |
| 104:18 | 105:2 | |
| 130:15 | 130:24 | |
| 136:10 | 137:7 | |
| 144:24 | 145:3 | Asked & Answered (FRE 403) |
| 145:7 | 145:9 | Asked & Answered (FRE 403) |
| 147:11 | 147:18 | Compound |
| 148:5 | 148:6 | Improper Characterization |
| 148:9 | 148:14 | |
| 148:22 | 149:4 | Lack of foundation (FRE 602); Mischaracterizes testimony; Compound (FRE 611(a)). |
| 149:14 | 149:17 | |
| 150:24 | 151:3 | |
| 151:8 | 152:5 | |
| 152:9 | 152:17 | |
| 163:6 | 163:12 | Compound |
| 164:8 | 164:19 | |
| 184:19 | 185:5 | |
| 188:11 | 188:13 | Asked & Answered (FRE 403) |
| 227:23 | 228:4 | Relevance. |
| 228:14 | 228:16 | Relevance. |
| 230:25 | 231:12 | Relevance. |
| 232:2 | 232:3 | Relevance; Lack of foundation (FRE 602) |
| 232:5 | 232:6 | Relevance. |
| 243:24 | 244:1 | Not Testimony |

**GUC Trust and New GM's Counter Designations of the Deposition Testimony of Matthew J. Williams and the Plaintiffs and Participating Unitholders' Objections Thereto**

| Matthew J. Williams November 13 and 20, 2017 | | |
|---|---|---|
| **GUC Trust and New GM's Counter Designations** | | **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 16:9 | 16:14 | This designation (counter or not) is incomplete in and of itself (106); even if it were "complete" by itself, this is not a proper valid counter-designation to any of the content affirmatively designated (FRE 106); hearsay (FRE 801, 802); lacks foundation/ personal knowledge (FRE 601, 602) |
| 16:17 | 16:18 | Incomplete (FRE106); does not "complete" anything that in fairness should be introduced contemporaneously with the affirmative designations (FRE106); lacks foundation/personal knowledge |
| 28:23 | 29:13 | Impermissible hearsay (FRE 802) |
| 30:1 | 30:5 | Lack of foundation, calls for speculation (FRE 602) |
| 46:16 | 46:22 | Not a valid counter-designation, as fairness/completeness does not require that this be considered contemporaneously with any of the affirmative designations (FRE 106); Lack of foundation, calls for speculation (FRE 602) |
| 59:11 | 59:13 | Improper record objection (FRE 401-403) |
| 60:1 | 60:13 | Impermissible hearsay (FRE 802) |
| 63:17 | 63:20 | Lacks foundation/personal knowledge (FRE 601, 602); improper counter-designation (completeness / fairness does not require inclusion of this designation with the affirmatively designated content) (FRE 106)). |
| 64:1 | 64:3 | Lacks foundation/personal knowledge (FRE 601, 602); |

3

| Matthew J. Williams November 13 and 20, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | improper counter-designation (completeness / fairness does not require inclusion of this designation with the affirmatively designated content) (FRE 106)). |
| 67:9 | 67:10 | Improper record objection (FRE 401-403) |
| 79:21 | 79:24 | |
| 84:3 | 84:6 | This is not a valid counter-designation and furthermore is incomplete and out of context by itself (FRE 106); Relevance (FRE 401-403); lacks foundation (FRE 601, 602). |
| 94:3 | 94:6 | Not a valid counter-designation and completeness/fairness does not require its inclusion contemporaneously with the affirmatively designated testimony (106); hearsay (FRE 801, 802). |
| 94:7 | 94:9 | Not a valid counter-designation and completeness/fairness does not require its inclusion contemporaneously with the affirmatively designated testimony(106); hearsay (FRE 801, 802). |
| 94:21 | 95:3 | |
| 95:6 | 96:15 | |
| 97:15 | 98:1 | Not a valid counter-designation to the affirmatively designated content (FRE 106); Lack of foundation, calls for expert opinion (FRE 602, 701, 702); calls for speculation (FRE 602) |
| 98:21 | 99:5 | Impermissible hearsay (FRE 802) |
| 99:14 | 99:14 | |
| 99:17 | 100:11 | Relevance (FRE 401); Lack of foundation, calls for expert opinion (FRE 602, 701, 702); Calls for speculation (FRE 602); incomplete |

4

| Matthew J. Williams November 13 and 20, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | (FRE 106); not a valid counter-designation, as neither completeness nor fairness requires that this be considered contemporaneously with the affirmative designations (FRE 106). |
| 100:20 | 100:25 | Relevance (FRE 401); Lack of foundation, calls for expert opinion (FRE 602, 701, 702); Calls for speculation (FRE 602); incomplete (FRE 106); not a valid counter-designation, as neither completeness nor fairness requires that this be considered contemporaneously with the affirmative designations (FRE 106). |
| 101:12 | 101:17 | Relevance (FRE 401); Lack of foundation, calls for expert opinion (FRE 602, 701, 702); Calls for speculation (FRE 602); incomplete (FRE 106); not a valid counter-designation, as neither completeness nor fairness requires that this be considered contemporaneously with the affirmative designations (FRE 106). |
| 126:20 | 127:3 | Not a valid counter-designation, as neither completeness nor fairness requires that this be considered contemporaneously with the affirmative designations (FRE 106); impermissible hearsay (FRE 802); relevance (FRE 401). |
| 127:4 | 128:7 | Not a valid counter-designation, as neither completeness nor fairness requires that this be considered contemporaneously with the affirmative designations (FRE 106); impermissible hearsay (FRE 802); relevance (FRE 401). |
| 128:10 | 128:14 | Not a valid counter-designation, as |

| Matthew J. Williams November 13 and 20, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | neither completeness nor fairness requires that this be considered contemporaneously with the affirmative designations (FRE 106); impermissible hearsay (FRE 802); relevance (FRE 401-403) |
| 128:15 | 129:2 | Not a valid counter-designation, as neither completeness nor fairness requires that this be considered contemporaneously with the affirmative designations (FRE 106); impermissible hearsay (FRE 802); Relevance (FRE 401); Lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 130:5 | 130:14 | Incomplete/ not a valid counter-designation under FRE 106; Lack of foundation, calls for expert testimony (FRE 602, 701, 702) |
| 134:21 | 135:5 | Hearsay (FRE 801, 802); lack of foundation/ personal knowledge (FRE 601, 602); incomplete (FRE 106); not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106). |
| 135:7 | 135:18 | Hearsay (FRE 801, 802); lack of foundation/ personal knowledge (FRE 601, 602); incomplete (FRE 106); not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106). |
| 136:5 | 136:9 | Lacks foundation/ personal knowledge (FRE 601, 602) |
| 138:20 | 139:1 | Incomplete in and of itself (FRE 106); not a proper counter- |

6

| Matthew J. Williams November 13 and 20, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** ||
|  |  | designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106); calls for speculation (FRE 602) |
| 142:4 | 143:8 | Incomplete in and of itself (FRE 106); not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106); lack of foundation, calls for expert opinion (FRE 602, 701, 702) |
| 145:10 | 145:24 | Incomplete and out-of-context in and of itself (FRE 106); not a proper counter-designation, as neither completeness nor fairness requires that this be considered contemporaneously with the affirmative designations (FRE 106); |
| 146:9 | 147:7 | Incomplete in and of itself (FRE 106); not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106). |
| 147:21 | 148:4 | Incomplete in and of itself (FRE 106); not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106). |
| 149:5 | 149:10 | Improper record objection (FRE 401-403); not a valid counter-designation because neither completeness nor fairness requires this be considered contemporaneously with the |

7

| Matthew J. Williams November 13 and 20, 2017 ||| 
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | affirmative designations (FRE 106) |
| 153:24 | 154:5 | Incomplete in and of itself (FRE 106); not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106). |
| 154:8 | 155:2 | Improper counter-designation (FRE106) (does not complete any content affirmatively designated by); Lack of foundation (FRE 602) |
| 155:15 | 155:25 | Lack of foundation, speculation (FRE 602); not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106). |
| 156:15 | 157:25 | Incomplete in and of itself (FRE 106); not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106). |
| 158:1 | 159:24 | Relevance (FRE 401-403); hearsay (801, 802) |
| 162:7 | 163:2 | This is not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106); moreover, on its own, this excerpt is out of context and incomplete (FRE 106) |
| 164:20 | 164:25 | This is not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE |

8

| Matthew J. Williams  November 13 and 20, 2017 |||
|---|---|---|
| GUC Trust and New GM's Counter Designations ||  Plaintiffs and Participating Unitholders' Objections to Counter Designations |
| Counter-Designation Begin | Counter-Designation End | |
| | | 106); moreover, on its own, this excerpt is out of context and incomplete (FRE 106); hearsay (FRE 801, 802). |
| 166:3 | 166:25 | This is not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106); moreover, on its own, this excerpt is out of context and incomplete (FRE 106); hearsay (FRE 801, 802). |
| 167:7 | 167:9 | Incomplete in and of itself (FRE 106); not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106). |
| 186:2 | 187:13 | Calls for hearsay (FRE 802); incomplete (answer designated without the preceding question) (FRE 106); not a proper counter-designation because neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106); speculative/lacks foundation (FRE 601, 602). |
| 187:21 | 188:6 | Calls for speculation (FRE 602); incomplete (answer designated without the preceding question) (FRE 106); not a proper counter-designation because neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106). |
| 191:13 | 192:3 | Incomplete (FRE 106); not a proper |

9

| Matthew J. Williams November 13 and 20, 2017 |||
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| | | counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106); improper record objection (FRE 401-403). |
| 192:20 | 193:5 | Incomplete (answer designated without the preceding question) (FRE 106); not a proper counter-designation because neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106); speculation; more prejudicial than probative (FRE 401-403). |
| 193:9 | 193:10 | Not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106); incomplete in and of itself (FRE 106). |
| 193:15 | 193:20 | Not a proper counter-designation, as neither completeness nor fairness requires this be considered contemporaneously with the affirmative designations (FRE 106); incomplete in and of itself (FRE 106); speculation / lack of foundation (FRE 601, 602). |
| 198:14 | 199:14 | Calls for hearsay (FRE 802) |
| 200:1 | 201:9 | Calls for hearsay (FRE 802); Objection to form vague and ambiguous (FRE 611(a)); Objection to the form confusing (FRE 611(a)); Objection to the form compound (FRE 611(a)) |
| 201:18 | 202:4 | Calls for hearsay (FRE 802) |
| 228:17 | 229:3 | |

10

| Matthew J. Williams<br>November 13 and 20, 2017 ||  |
|---|---|---|
| **GUC Trust and New GM's Counter Designations** || **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 239:24 | 240:19 | Calls for hearsay (FRE 802); Calls for speculation (FRE 602) |
| 242:23 | 243:23 | Calls for hearsay (FRE 802); Lack of personal knowledge (FRE 602); Calls for speculation (FRE 602); Objection to form, asked and answered (FRE 611(a)) |
| 244:2 | 244:3 | |

11