**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a general motors corp., *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 09-50026 (MG)<br><br>(Jointly Administered) |

## PLAINTIFFS' AND THE PARTICIPATING UNITHOLDERS' NOTICE OF FILING AMENDED OBJECTIONS TO GUC TRUST AND NEW GM'S EXHIBIT LIST

The Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, and certain Pre-Closing Accident Plaintiffs (collectively, "Plaintiffs") and the Participating Unitholders, hereby give notice of filing their Amended Objections to the GUC Trust and New GM Exhibit List.

Pursuant to the *Pre-Trial Stipulation and Scheduling Order*, dated October 11, 2017 [ECF No. 14130] at ¶ 5, on December 5, 2017, the parties filed the [Proposed] Joint Pre-Trial Order [ECF No. 14183], which attached Exhibit F, Plaintiffs' and the Participating Unitholders' Objections to the GUC Trust and New GM Exhibit List [ECF No. 14183-7].

Attached hereto as Exhibit 1 is Plaintiffs' and the Participating Unitholders' Amended Objections to the GUC Trust and New GM Exhibit List, which is meant to replace the original objections filed with the Pre-Trial Order as Exhibit F [ECF No. 14183-7].

| | |
|---|---|
| Dated: December 11, 2017<br>　　　New York, New York | Respectfully submitted,<br>/s/ Robert C. Hilliard<br>Robert Hilliard, Esq.<br>HILLIARD MARTINEZ GONZALES LLP<br>719 South Shoreline<br>Corpus Christi, TX 78401<br>Tel: 361-882-1612<br>bobh@hmglawfirm.com |

*Counsel to certain Pre-Closing Accident Plaintiffs*

Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste. 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Those Certain Pre-Closing Accident Plaintiffs Represented By Hilliard Muñoz Gonzales L.L.P. and the Law Offices of Thomas J. Henry*

Thomas J. Henry, Esq.
THE LAW OFFICES OF THOMAS J. HENRY
4715 Fredricksburg, Suite 507
San Antonio, TX 78229

*Counsel to Certain Pre-Closing Accident Plaintiffs*

Lisa M. Norman (admitted *pro hac vice*)
ANDREWS MYERS, P.C.
1885 St. James Place, 15th Floor
Houston, Texas 77056
Tel: 713-850-4200
Lnorman@andrewsmyers.com

*Counsel to Certain Pre-Closing Accident Plaintiffs*

Daniel H. Golden
Deborah J. Newman
AKIN GUMP STRAUSS HAUER & FELD LLP

3

One Bryant Park
New York, NY 10036
Tel: 212-872-1000
dgolden@akingump.com
djnewman@akingump.com

*Counsel to Participating Unitholders*