**EXHIBIT "A" (Updated 12/12/2017)**
**Additional Ignition Switch Pre-Closing Accident Plaintiffs**

|     | Last name   | First name  | Actual Date of Injury |
|-----|-------------|-------------|-----------------------|
| 1.  | Aguilar     | Angel       | 02/28-29/2008         |
| 2.  | Allen       | Carl        | 02/01/2008            |
| 3.  | Alvarado    | Angelica    | 04/07/2007            |
| 4.  | Amaya       | Anthony     | 06/28/2009            |
| 5.  | Amaya       | Brandon     | 06/28/2009            |
| 6.  | Amaya       | Rosalie     | 06/28/2009            |
| 7.  | Anderson    | Cindy       | 02/14/2003            |
| 8.  | Anderson    | Jeanne      | 03/25/2003            |
| 9.  | Andrew      | Curtis      | 03/15/2009            |
| 10. | Ashford     | Karl        | 07/26/2006            |
| 11. | Ator        | Carole      | 05/09/2008            |
| 12. | Bachelder   | Jeannine    | 07/23/2007            |
| 13. | Badalucco   | Anthony     | 07/22/2004            |
| 14. | Barton      | James       | 08/19/2008            |
| 15. | Baylous     | Marquessia  | 08/25/2007            |
| 16. | Bazinette   | Carolyn     | 08/15/2005            |
| 17. | Beaty       | Robert      | 05/01/2009            |
| 18. | Bednar      | Jared       | 01/09/2008            |
| 19. | Bennett     | Erick       | 07/04/2008            |
| 20. | Bennett     | Mary        | 02/26/2006            |
| 21. | Bhandari    | Sunita      | 07/03/2008            |
| 22. | Birkheimer  | LeAnn       | 07/09/2006            |
| 23. | Black       | Benita      | 06/21/2007            |
| 24. | Bleicken    | Eric        | 04/26/2008            |
| 25. | Bloedow     | Barbara     | 07/14/2007            |
| 26. | Boggs       | Alvin       | 01/14/2007            |
| 27. | Bonds       | Ashanti     | 02/28/2009            |
| 28. | Booth       | Cody        | 06/02/2009            |
| 29. | Botello     | David       | 04/07/2007            |
| 30. | Boyle       | James       | 05/12/2009            |
| 31. | Bradfield   | Annette     | 12/25/2006            |
| 32. | Bradley     | Cynthia     | 11/23/2006            |
| 33. | Brown       | Bertha      | 04/17/2009            |
| 34. | Brown       | Chante      | 12/19/2007            |
| 35. | Brown       | Jovan       | 10/03/2007            |
| 36. | Brown       | Samantha    | 02/01/2009            |
| 37. | Burke       | Christina   | 03/09/2009            |
| 38. | Burley      | William     | 12/19/2008            |
| 39. | Carrisales  | Patrick     | 11/25/2003            |
| 40. | Celestine   | Glory       | 12/31/2005            |

| | | | |
|---|---|---|---|
| 41. | Champagne (Decd.) | Dustin | 5/25/2007 |
| 42. | Charly | Sallie | 03/25/2009 |
| 43. | Clark | Teresse | 10/17/2005 |
| 44. | Clem | Paul | 05/08/2006 |
| 45. | Cochran | Kim | 02/11/2005 |
| 46. | Coleman | Anthony | 07/11/2009 |
| 47. | Collins | Daryl | 12/09/2007 |
| 48. | Comens | Pamela | Dec-07 |
| 49. | Cook | Reina | 12/29/2006 |
| 50. | Coviello | Rebecca | 04/09/2008 |
| 51. | Cuesta | James | 03/13/2005 |
| 52. | Curry | Derek | 08/05/2005 |
| 53. | Cyr | Elizabeth | 05/03/2007 |
| 54. | Dalsass | Donna | 02/11/2007 |
| 55. | Dardano | Joanne | 12/12/2008 |
| 56. | Davis | Tajanae | 04/27/2007 |
| 57. | Davis | Terry | 08/19/2003 |
| 58. | Davis | Tiffaney | 08/15/2004 |
| 59. | Delasso | Seiarra | 01/23/2009 |
| 60. | Delp | Amanda | 05/27/2008 |
| 61. | Dent | Anthony | 12/11/2008 |
| 62. | Dent | Nell | 12/30/2005 |
| 63. | Dinar | Joseph | 10/24/2003 |
| 64. | DiSchiavi | Mario | 12/10/2008 |
| 65. | Dixon | Ashley | 01/10/2007 |
| 66. | Doll | Lyndsey | 11/30/2008 |
| 67. | Donato | Joann | 07/18/2005 |
| 68. | Dorsey | Alonda | 07/06/2009 |
| 69. | Dorsey-Foster | Amanda | 07/06/2009 |
| 70. | Dullen | Ryan | 2004 |
| 71. | Dziedzic | Tommy | 12/21/2005 |
| 72. | Earnest | Crystal | 04/22/2005 |
| 73. | Earnest | Gregory | 04/22/2005 |
| 74. | Earnest | Jessie | 04/22/2005 |
| 75. | Earnest | Tyler | 04/22/2005 |
| 76. | Edwards | Andre | 03/07/2007 |
| 77. | Edwards | Franklin | 09/16/2005 |
| 78. | El-cheikh | Sheryl | 09/10/2001 |
| 79. | Enders | Kathryn | 09/25/2008 |
| 80. | Eubank | Betty | 08/09/2007 |
| 81. | Evans | Daniel | 10/04/2002 |
| 82. | Fallon | Patrick | 10/30/2001 |
| 83. | Farley | Wanda | 02/02/2009 |

| | | | |
|---|---|---|---:|
| 84. | Farrar | Julius | 03/09/2004 |
| 85. | Faugno | Nicole | Jul-06 |
| 86. | Fedoris | Joe | 09/15/2007 |
| 87. | Fischer | Darrin | 05/26/2003 |
| 88. | Fitzpatrick | Aliza | 10/30/2004 |
| 89. | Floyd | Rayland | 02/02/2009 |
| 90. | Fonseca | Nina | 02/07/2006 |
| 91. | Forbes | Andre | 05/23/2004 |
| 92. | Forrest | Janice | 06/07/2007 |
| 93. | Frazier | Brenda | 06/25/2007 |
| 94. | Frimel | Carol | 08/27/2007 |
| 95. | Fritze (Decd.) | Dean | 01/04/2009 |
| 96. | Fritze (Decd.) | Minerva | 01/04/2009 |
| 97. | Geisleman | Laura | 10/15/2007 |
| 98. | Gentry | Rodney | 01/31/2008 |
| 99. | Gibson | Demetria | 02/25/2008 |
| 100. | Gilliam | Edward | 11/24/2008 |
| 101. | Gillis | Michael | 10/23/2007 |
| 102. | Glasper | Dandra | 02/12/2006 |
| 103. | Glenn | Rodney | 05/30/2009 |
| 104. | Gless | Todd | 07/07/2006 |
| 105. | Godwin, Jr. | James | 07/17/2009 |
| 106. | Gonzalez | Jesus | 03/04/2005 |
| 107. | Goodman | Nancy | 07/01/2009 |
| 108. | Gottshall | Sonia | 09/21/2007 |
| 109. | Grant | Chas | 08/26/2006 |
| 110. | Green | Chasity | 04/09/2006 |
| 111. | Green | Sederick | 05/27/2008 |
| 112. | Green | Thomas | 06/05/2006 |
| 113. | Hackbarth | Brant | 12/14/2003 |
| 114. | Hadley | Melissa | 01/29/2009 |
| 115. | Hair | Danischa | 05/27/2007 |
| 116. | Hale | Howard | 02/13/2009 |
| 117. | Hamm | Loretta | 06/09/2001 |
| 118. | Hamrick | Sharlie | 03/11/2006 |
| 119. | Harvey | Steven | 05/28/2008 |
| 120. | Hauser | Ryan | 01/28/2009 |
| 121. | Haynes | Robin | 2008 |
| 122. | Healy | William | 05/16/2009 |
| 123. | Henderson | Bonnie | 02/05/2009 |
| 124. | Henzel | Jessica | 10/09/2005 |
| 125. | Hernandez | Aida | 06/08/2007 |
| 126. | Hernandez | Rosalia | 06/16/2009 |

| | | | |
|---|---|---|---|
| 127. | Hester | Reginald | 05/22/2005 |
| 128. | Hester | Rosie | 05/22/2005 |
| 129. | Hester | Terri | 05/22/2005 |
| 130. | Higgins | Shatora | 03/05/2005 |
| 131. | Hightower | Tracy | 11/24/2008 |
| 132. | Hill | Adam | 10/13/2005 |
| 133. | Hill | David | 07/20/2008 |
| 134. | Hillin | Misty | 08/08/2008 |
| 135. | Hiney | Christine | 09/11/2007 |
| 136. | Holcomb | Supreina | 05/27/2007 |
| 137. | Holub | Jessica | 2009 |
| 138. | Hosfelt | Helene | 04/28/1999 |
| 139. | Hutchings | Kevin | 01/05/2006 |
| 140. | Hvizda | Paulette | 06/10/2009 |
| 141. | Jackson | Christine | 09/01/2005 |
| 142. | James | Amber | 08/10/2007 |
| 143. | Jankauskas | Roseanne | 02/02/2009 |
| 144. | Jaskula | Joseph | 11/21/2007 |
| 145. | Jimenez (Decd.) | Jordan | 01/23/2007 |
| 146. | Johnson | Kevin | 01/22/2008 |
| 147. | Johnson | LaShauna | 04/27/2007 |
| 148. | Johnson | Shanga | 07/06/2009 |
| 149. | Jones | Antoinette | 06/15/2008 |
| 150. | Jones | Jimmy | 11/12/2007 |
| 151. | Jones | Precila | 06/28/2000 |
| 152. | Josey | Barbara | 02/27/2008 |
| 153. | Kasey | Dallas | 11/06/2004 |
| 154. | Kearney | LaToya | 05/27/2008 |
| 155. | Kilbourne | Mary Ann | 07/06/2007 |
| 156. | King | Dominque | 08/17/2001 |
| 157. | King | Jeanette | 08/17/2001 |
| 158. | King | Keith | 11/12/1999 |
| 159. | Kletzien | Emily | 03/04/2005 |
| 160. | Knight | Justin | 10/07/2006 |
| 161. | Konz | Susan (for dec. David Konz) | 05/20/2002 |
| 162. | LaDow | Charles | 01/01/2004 |
| 163. | LaFevor | Kimberly | 10/23/2008 |
| 164. | Landry | Eugene | 04/10/2006 |
| 165. | Lasley | Julie | 08/29/2006 |
| 166. | Lavergne | Keisha | 08/18/2007 |
| 167. | Lawrimore | Gina | 09/13/2012 |
| 168. | Lefever | Troy | 08/15/2005 |
| 169. | Lehman | Sylvia | 08/04/2006 |

| | | | |
|---|---|---|---|
| 170. | Lewis | Gloria | 02/01/2002 |
| 171. | Limon | Juan Carlos | 05/04/2008 |
| 172. | Linden | Michael | 05/09/2006 |
| 173. | Little | Amelia | 12/05/2006 |
| 174. | Little | Leawaiia | 08/12/2008 |
| 175. | Lonzo | Calvin | 08/02/2005 |
| 176. | Lynch | Melinda | 11/24/2002 |
| 177. | MacLaren | Nathan | 05/15/2009 |
| 178. | Magee | Juahem | 08/25/2007 |
| 179. | Manuel-Collins | Yolanda | 12/09/2007 |
| 180. | Marquiss | Amy | 05/24/2008 |
| 181. | Martinez | Louella | 03/15/2008 |
| 182. | Masternak | Becky | 10/12/2004 |
| 183. | Mastrich | Debra | 12/01/2001 |
| 184. | Mathis | Steve | 11/14/2007 |
| 185. | Mayr | Mark | 03/08/2009 |
| 186. | Mayrant | Tyisha | 01/16/2009 |
| 187. | Mays | Joshua | 01/04/2007 |
| 188. | McBrayer | Anthony | 11/11/2006 |
| 189. | McCarthy | Shawn | 06/07/2009 |
| 190. | McCarthy (Decd.) | Cory | 10/07/2008 |
| 191. | McCluney | Demetria | 03/20/2007 |
| 192. | McClure | Katrina | 11/15/2008 |
| 193. | McDonough | John | 03/03/1998 |
| 194. | McGhee | Gina | 01/03/2009 |
| 195. | McLeod | Jacoby | 01/20/2000 |
| 196. | McLeod | Scott | 01/20/2000 |
| 197. | McMillin | Juliet | 11/14/2007 |
| 198. | Merritt | Ruby | 03/19/2008 |
| 199. | Mikeska | Christopher | 12/17/2007 |
| 200. | Milam | Mark | 02/27/2008 |
| 201. | Miles | Lisa | 02/28/2009 |
| 202. | Miller | Ariel | 09/06/2008 |
| 203. | Miller | Grace | 03/29/2008 |
| 204. | Miller | Jessie | 08/26/2006 |
| 205. | Miller | Star | 10/21/2007 |
| 206. | Monroe | Jerry | 09/20/2001 |
| 207. | Moore | Wilbur | 11/12/2007 |
| 208. | Morales | Jason | 09/29/2006 |
| 209. | Morgan | Glenda | 12/11/2008 |
| 210. | Morris | Lillian | 06/10/2009 |
| 211. | Morris | Sonya | 06/20/2001 |
| 212. | Morrison | Sheryl | 05/07/2008 |

| | | | |
|---|---|---|---|
| 213. | Mortin | Phillip | 07/16/2008 |
| 214. | Mungo | Ernest | 12/07/2007 |
| 215. | Murray | Shirley | 07/02/2004 |
| 216. | Murry | Kienda | 05/20/2009 |
| 217. | Myers | Rachel | 07/23/2005 |
| 218. | Nash | Jenifer | 04/01/2007 |
| 219. | New | Michael | 01/29/2009 |
| 220. | Nichols | Michael | 06/12/2006 |
| 221. | Norwood | Dijionay | 08/25/2007 |
| 222. | Norwood | Sumer | 08/25/2007 |
| 223. | Olufs | Courtney | 09/25/2008 |
| 224. | Olufs | Joshua | 09/25/2008 |
| 225. | Owens, Sr. | Perry | 08/17/2001 |
| 226. | Parker | Andy | 05/21/2004 |
| 227. | Parker | Randy | Fall 2008 |
| 228. | Patrick | Mary | 12/11/2004 |
| 229. | Patterson | Richard | 06/10/2009 |
| 230. | Perkins | Crystal | 09/16/2008 |
| 231. | Perlstone | Paul | 03/30/2007 |
| 232. | Perrino | Alyssa | 02/16/2007 |
| 233. | Perrino | Joseph | 02/16/2007 |
| 234. | Perrino | Kathleen | 02/16/2007 |
| 235. | Perymon | Sinator | 09/01/2000 |
| 236. | Peters | Merle | 01/06/2009 |
| 237. | Phillips | Ami | 05/24/2009 |
| 238. | Pier | David | 01/16/2005 |
| 239. | Pope | Twanna | 10/25/2001 |
| 240. | Portale | Phil | 08/20/2007 |
| 241. | Prayleau | Priscella | 01/16/2009 |
| 242. | Pruski | Alexander | 10/13/2007 |
| 243. | Ramirez | Melissa | 12/20/2007 |
| 244. | Randolph | Annie | 08/09/2007 |
| 245. | Reed | Joy | 09/23/2008 |
| 246. | Reeves | Curtis | 06/09/2002 |
| 247. | Renckert | Michael | 10/27/2006 |
| 248. | Rhoades | Brigette | 03/14/2007 |
| 249. | Rhodes | Marian | 11/14/2007 |
| 250. | Rhyner | Allen | 03/04/2005 |
| 251. | Richardson | Jerry | 07/08/2009 |
| 252. | Richardson | Steve | 07/02/2004 |
| 253. | Riley | Jibreel | 06/18/2007 |
| 254. | Rivers | Antonio | 03/28/2005 |
| 255. | Roberts | Valare | 03/23/2007 |

| | | | |
|---|---|---|---|
| 256. | Robinson | Diane | 06/19/2008 |
| 257. | Robinson | Laquinda | 06/28/2009 |
| 258. | Rodney | Van | 02/05/2009 |
| 259. | Rogers | Kevin | 02/13/2008 |
| 260. | Rolfes | Todd | 02/28/2009 |
| 261. | Rozier | Kevin | 02/24/2008 |
| 262. | Rubino | Gary | 06/04/2009 |
| 263. | Rutledge | Raeann | 01/18/2005 |
| 264. | Sachs | Andrea | 08/01/2008 |
| 265. | Salazar | Ontonio | 03/05/2008 |
| 266. | Samuels | Sandra | 03/19/2008 |
| 267. | Sanchez | Alejandro | 10/13/2007 |
| 268. | Sandel | Kelly | 04/25/2009 |
| 269. | Sanders | Felicia | 01/14/2009 |
| 270. | Sanderson | Sheila | 04/14/2005 |
| 271. | Sasser | Stephanie | 11/02/2008 |
| 272. | Sauseda | Michael | 12/08/2008 |
| 273. | Scherer | Claudette | 05/14/2006 |
| 274. | Schnieter | Marianne | 11/26/2007 |
| 275. | Selby | Mathew | 05/13/2009 |
| 276. | Shaffer (Decd.) | Lloyd | 02/14/2009 |
| 277. | Shaffer | Maurice | 02/14/2009 |
| 278. | Sharon | Debra | 08/16/2008 |
| 279. | Shaw | Tony | 01/28/2006 |
| 280. | Sherman | Chelsea | 05/21/2006 |
| 281. | Sherman | Emily | 05/21/2006 |
| 282. | Silk-Miller | Colleen | 07/04/2007 |
| 283. | Sills | Jerome | 11/22/2004 |
| 284. | Simecek | Dawn | 11/02/2007 |
| 285. | Simmonds | Alner | 07/02/2004 |
| 286. | Simmons | David | 03/07/2006 |
| 287. | Simpson | Lynette | 01/02/2009 |
| 288. | Sims | Charles Arthur | 05/08/2005 |
| 289. | Sims | Janice | 06/01/2001 |
| 290. | Singleton | Beulah | 01/13/2007 |
| 291. | Singleton | Billy | 01/13/2007 |
| 292. | Sinnett | Kasie | 03/28/2004 |
| 293. | Sinnokrot | Mamoon | 12/02/2005 |
| 294. | Slade | Austin | 03/29/2006 |
| 295. | Smart | Kayla | 10/01/2005 |
| 296. | Smith | Denise | 07/21/2007 |
| 297. | Smith | Mark | 02/13/2009 |
| 298. | Smith | Mildred | 04/05/2008 |

| | | | |
|---|---|---|---|
| 299. | Smith | Monica | 07/20/2002 |
| 300. | Smith | Ruth | 08/16/2006 |
| 301. | Smith | Steve | 04/23/2005 |
| 302. | Speed | Kimberly | 06/18/2009 |
| 303. | Stafford (Decd.) | Theodore | 02/25/2007 |
| 304. | Starlin | Marvella | 01/18/2006 |
| 305. | Stephenson | Shakiria | 2007 |
| 306. | Stewart | Annette | 08/20/2007 |
| 307. | Stiens | Karen | 03/01/2008 |
| 308. | Tate | Rasheed | 07/12/2002 |
| 309. | Taylor | Mike | 12/27/2000 |
| 310. | Tenner | Tiffany | 04/11/2008 |
| 311. | Thomas | Ashley | 04/13/2009 |
| 312. | Thomas | Mary | 02/11/2009 |
| 313. | Thompson-Warren | Kesha | 06/02/2007 |
| 314. | Tilley | Joan | 07/08/2008 |
| 315. | Tipton | Kristina | 09/12/2007 |
| 316. | Tittle | James | 05/29/2009 |
| 317. | Tollefson | Mary Ann | 10/15/2007 |
| 318. | Tooley | Camille | 01/10/2009 |
| 319. | Tousoulis | Denise | 05/25/2009 |
| 320. | Tousoulis | John | 05/25/2009 |
| 321. | Tyler | Lora | 09/15/2004 |
| 322. | Tyler | Theresa | Summer 2008 |
| 323. | Valcarce-Stuart | Rosaura | 05/20/2008 |
| 324. | Vines | Sarah | 10/19/2003 |
| 325. | Wagley | Kelly | 02/26/2008 |
| 326. | Walker | Thomas | 07/05/2009 |
| 327. | Washington | George | 02/08/2008 |
| 328. | Wells | Fredrick | 03/18/2008 |
| 329. | Werth | Regina | 04/18/2007 |
| 330. | Whalen | Pam | 02/13/2006 |
| 331. | Whatley | Susan | 05/29/2009 |
| 332. | Wheeler | Meghan | 03/13/2009 |
| 333. | Wheeler | Vickie | 06/14/2007 |
| 334. | Whitfield | Rose | 12/25/2007 |
| 335. | Wiesjahn (Decd.) | Rachel | 08/28/2008 |
| 336. | Wilkins | Damion | 12/05/2006 |
| 337. | Wilkins | Rolando | 12/05/2006 |
| 338. | Williams | Brittany | 06/07/2009 |
| 339. | Williams | Claudia | 06/07/2009 |
| 340. | Wilson | Jazmin | 030/3/2009 |
| 341. | Wisniewski | Edward | 10/22/2007 |

| 342. | Wooten | William | 05/19/2009 |
| --- | --- | --- | --- |
| 343. | Worsham | John | 08/25/2005 |
| 344. | Wrigley | Joyce | 07/31/2008 |
| 345. | Writt | James | 03/28/2009 |
| 346. | Wyatt | Lisa | 12/19/2008 |
| 347. | Young | Ashley | 04/03/2008 |
| 348. | Youngbear | James | 07/29/2007 |
| 349. | Zayas | Ricardo | 05/26/2007 |
| 350. | Zayas | Victor | 05/26/2007 |
| 351. | Zimmer | Katherine | 08/06/2005 |