**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7199**

WRITER'S EMAIL ADDRESS
**Jamestecce@quinnemanuel.com**

December 12, 2017

**VIA ELECTRONIC CASE FILING & HAND DELIVERY**

Honorable Martin Glenn
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, New York 10006

Re:    **In re: Motors Liquidation Company, et al.**, **Case No. 09-50026 (MG) (Bankr. S.D.N.Y.)**

Dear Judge Glenn:

General Motors LLC ("New GM") joins the letter submitted today by counsel for the GUC Trust objecting to and moving to strike certain portions of the testimony submitted by Movants (Dkt. 14196).

Respectfully submitted,

James C. Tecce

cc:    Counsel of record, via CM/ECF

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH