**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a general motors corp., *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 09-50026 (MG)<br><br>(Jointly Administered) |

## NOTICE OF THE PARTIES' JOINT FILING OF AMENDED OBJECTIONS TO DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS

The Parties[1] having conferred among themselves hereby give notice of their Amended Objections to the deposition designations and counter-designations originally submitted as Exhibits "H" through "P" of the Parties' Joint Pre-Trial Order [ECF Nos. 14183-9 through 14183-17].

Pursuant to the *Pre-Trial Stipulation and Scheduling Order*, dated October 11, 2017 [ECF No. 14130] at ¶ 5, on December 5, 2017, the parties filed the [Proposed] Joint Pre-Trial Order [ECF No. 14183], which attached Exhibits "H" through "P," consisting of the parties' joint charts reflecting the deposition designations and counter-designations of Beth Andrews, James Barton, Daniel Golden, Keith Martorana, Melanie Mosley, Howard Steel, William Weintraub, Ed Weisfelner, and Matthew Williams, as well as the parties' objections thereto [ECF Nos. 14183-9 through 14183-17]. The Parties have met and conferred in good faith and have reduced the number of objections over which there is still a dispute. Accordingly, attached hereto as Exhibits 1-9 are the Parties' amended objections to the following deposition designations and counter-designations:

---

[1] The term "**Parties**" refers to the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, and certain Pre-Closing Accident Plaintiffs (collectively, "Plaintiffs"); the Participating Unitholders; the GUC Trust; and New GM.

- Beth Andrews – Exhibit 1 (replacing Exhibit H to the Pre-Trial Order, ECF No. 14183-9)

- James Barton – Exhibit 2 (replacing Exhibit I to the Pre-Trial Order, ECF No. 14183-10)

- Daniel Golden – Exhibit 3 (replacing Exhibit J to the Pre-Trial Order, ECF No. 14183-11)

- Keith Martorana – Exhibit 4 (replacing Exhibit K to the Pre-Trial Order, ECF No. 14183-12)

- Melanie Mosley – Exhibit 5 (replacing Exhibit L to the Pre-Trial Order, ECF No. 14183-13)

- Howard Steel – Exhibit 6 (replacing Exhibit M to the Pre-Trial Order, ECF No. 14183-14)

- William Weintraub – Exhibit 7 (replacing Exhibit N to the Pre-Trial Order, ECF No. 14183-15)

- Edward Weisfelner – Exhibit 8 (replacing Exhibit O to the Pre-Trial Order, ECF No. 14183-16)

- Matthew Williams – Exhibit 9 (replacing Exhibit P to the Pre-Trial Order, ECF No. 14183-17)

The Parties request that the attached Exhibits 1-9 serve to the replace Exhibits H through P of the Parties' [Proposed] Joint Pre-Trial Order (ECF Nos. 14183-9 through 14183-17) as filed on December 5, 2017.

Dated: December 16, 2017
      New York, New York

Respectfully submitted,

/s/ Robert C. Hilliard
Robert Hilliard, Esq.
HILLIARD MARTINEZ GONZALES LLP
719 South Shoreline
Corpus Christi, TX 78401
Tel: 361-882-1612
bobh@hmglawfirm.com

*Counsel to certain Pre-Closing Accident Plaintiffs*

Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

Sander L. Esserman
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA, A
PROFESSIONAL CORPORATION
2323 Bryan Street, Ste. 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO
LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the MDL Court*

3

William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Those Certain Pre-Closing Accident Plaintiffs Represented By Hilliard Muñoz Gonzales L.L.P. and the Law Offices of Thomas J. Henry*

Thomas J. Henry, Esq.
THE LAW OFFICES OF THOMAS J. HENRY
4715 Fredricksburg, Suite 507
San Antonio, TX 78229

*Counsel to Certain Pre-Closing Accident Plaintiffs*

Lisa M. Norman (admitted *pro hac vice*)
ANDREWS MYERS, P.C.
1885 St. James Place, 15th Floor
Houston, Texas 77056
Tel: 713-850-4200
Lnorman@andrewsmyers.com

*Counsel to Certain Pre-Closing Accident Plaintiffs*

Daniel H. Golden
Deborah J. Newman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Tel: 212-872-1000
dgolden@akingump.com

djnewman@akingump.com

*Counsel to Participating Unitholders*