# EXHIBIT 1

In re: MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*, No. 09-50026

**Plaintiffs and Participating Unitholders' Affirmative Designations of the Deposition Testimony of Beth Andrews and the GUC Trust and New GM's Objections Thereto**

| Beth Andrews November 15, 2017 | | |
|---|---|---|
| Plaintiffs and Participating Unitholders' Affirmative Designations | | GUC Trust and New GM Objections |
| Designation Begin | Designation End | |
| 11:14 | 11:25 | |
| 16:20 | 16:25 | |
| 17:14 | 18:1 | |
| 18:15 | 18:18 | |
| 18:22 | 18:24 | |
| 22:14 | 22:20 | |
| 22:24 | 22:25 | |
| 25:2 | 25:9 | |
| 26:1 | 26:2 | |
| 26:6 | 26:13 | |
| 27:9 | 27:10 | |
| 27:14 | 27:16 | |
| 30:22 | 31:16 | |
| 39:11 | 39:16 | |
| 39:18 | 40:1 | |
| 40:5 | 40:14 | |
| 42:19 | 42:20 | |
| 42:23 | 43:6 | |
| 43:8 | 43:14 | |
| 46:8 | 47:9 | |
| 47:11 | 47:25 | |
| 48:5 | 49:10 | |
| 56:6 | 56:8 | |
| 56:12 | 56:15 | |
| 56:17 | 56:21 | |
| 59:3 | 59:16 | |
| 59:23 | 60:9 | Relevance. |
| 60:11 | 60:15 | Relevance. |
| 60:20 | 61:10 | Relevance. |
| 61:18 | 64:1 | Relevance. |
| 64:5 | 64:15 | Relevance |
| 64:19 | 64:20 | Relevance |
| 70:21 | 71:6 | |
| 71:8 | 71:9 | |

1

| Beth Andrews November 15, 2017 | | |
| Plaintiffs and Participating Unitholders' Affirmative Designations | | GUC Trust and New GM Objections |
| Designation Begin | Designation End | |
| 71:16 | 71:21 | Vague and ambiguous; question is incomplete as stated. |
| 72:13 | 72:15 | |
| 72:20 | 72:20 | |
| 72:21 | 73:25 | Mischaracterizes testimony (73:21–73:25). |
| 74:3 | 74:20 | Mischaracterizes testimony (74:3-4). |
| 74:25 | 75:8 | |
| 75:13 | 75:22 | |
| 75:25 | 76:9 | |
| 78:16 | 80:1 | |
| 80:15 | 81:6 | |
| 82:21 | 84:6 | |
| 89:24 | 90:3 | Lack of Foundation (FRE 602) |
| 90:9 | 90:18 | Lack of Foundation (FRE 602) |
| 90:21 | 90:22 | |
| 98:24 | 99:2 | |
| 99:7 | 99:21 | |
| 100:3 | 100:6 | |
| 100:17 | 100:19 | |
| 100:23 | 101:4 | Vague and ambiguous. |
| 101:7 | 101:8 | Vague and ambiguous. |
| 101:11 | 101:23 | Vague and ambiguous; Lack of foundation (FRE 602 (101:13-23) |
| 102:2 | 102:9 | Vague and ambiguous; Lack of foundation (FRE 602) 102:2-3). |
| 103:6 | 104:11 | |
| 104:14 | 104:22 | |
| 104:25 | 106:14 | |
| 107:2 | 109:2 | |
| 109:10 | 110:22 | |
| 110:25 | 111:21 | Mischaracterizes testimony (111:13-21). |
| 111:24 | 111:25 | Mischaracterizes testimony. |
| 115:4 | 115:7 | |
| 118:6 | 120:16 | Calls for speculation; Lack of foundation (FRE 602) (120:12-16). |
| 120:20 | 121:1 | Mischaracterizes testimony; Calls for speculation; Lack of foundation (FRE 602) (120:20-121:1). |

2

| Beth Andrews November 15, 2017 | | |
|---|---|---|
| Plaintiffs and Participating Unitholders' Affirmative Designations | | GUC Trust and New GM Objections |
| Designation Begin | Designation End | |
| 121:8 | 121:15 | Mischaracterizes testimony; Calls for speculation; Lack of foundation (FRE 602). |
| 122:5 | 122:18 | |
| 123:19 | 124:11 | |
| 124:23 | 125:2 | |
| 127:4 | 127:4 | |
| 127:10 | 127:11 | |
| 128:24 | 129:4 | |
| 130:22 | 131:23 | |
| 132:2 | 132:3 | |
| 132:12 | 134:15 | |
| 134:24 | 135:2 | |
| 135:5 | 135:12 | |
| 135:24 | 136:22 | Vague and ambiguous; Lack of foundation (FRE 602) (136:15-22). |
| 136:24 | 137:2 | Vague and ambiguous; Lack of foundation (FRE 602). |
| 137:17 | 138:15 | Mischaracterizes testimony (138:10-15). |
| 138:17 | 138:18 | Mischaracterizes testimony. |
| 138:23 | 139:11 | Mischaracterizes testimony; Compound (FRE 611(a)); Lack of foundation (FRE 602) (139:4-11). |
| 139:16 | 140:15 | Mischaracterizes testimony; Compound (FRE 611(a));Lack of foundation (FRE 602) (139:16; Lack of foundation (FRE 602) (140:9-23). |
| 140:18 | 140:25 | |
| 142:1 | 143:4 | |
| 143:7 | 143:16 | |
| 143:20 | 144:1 | |
| 144:5 | 145:5 | Mischaracterizes testimony; Calls for speculation; Lack of foundation (FRE 602) (145:4-7). |
| 145:7 | 145:18 | |
| 145:21 | 146:2 | |
| 146:6 | 146:15 | |
| 150:15 | 150:19 | |

3

| Beth Andrews November 15, 2017 | | |
|---|---|---|
| **Plaintiffs and Participating Unitholders' Affirmative Designations** | | **GUC Trust and New GM Objections** |
| **Designation Begin** | **Designation End** | |
| 150:22 | 150:22 | |
| 152:1 | 152:11 | |
| 152:15 | 154:11 | Cumulative (154:9-11). |
| 154:15 | 155:24 | Cumulative (154:15–155:1). |

**GUC Trust and New GM's Counter Designations of the Deposition Testimony of Beth Andrews and the Plaintiffs and Participating Unitholders' Objections Thereto**

| Beth Andrews November 15, 2017 | | |
|---|---|---|
| **GUC Trust and New GM's Counter Designations** | | **Plaintiffs and Participating Unitholders' Objections to Counter Designations** |
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 9:14 | 10:12 | |
| 18:3 | 18:5 | |
| 18:8 | 18:12 | |
| 23:2 | 23:15 | |
| 25:11 | 25:25 | |
| 28:13 | 28:25 | |
| 34:21 | 35:4 | |
| 41:15 | 41:17 | |
| 42:3 | 42:7 | Incomplete/out-of-context (omits the relevant date discussion) (FRE 106); mischaracterizes testimony. |
| 53:17 | 53:22 | |
| 54:24 | 55:4 | |
| 57:3 | 57:5 | |
| 68:6 | 68:13 | This is not a valid counter-designation as it does not "complete" anything affirmatively designated and fairness does not require that it be considered contemporaneously with the designated content (106); Improper opinion evidence (702); Foundation (601, 602). |
| 68:15 | 68:19 | This is not a valid counter-designation as it does not "complete" anything affirmatively |

| Beth Andrews November 15, 2017 | | |
|---|---|---|
| GUC Trust and New GM's Counter Designations | | Plaintiffs and Participating Unitholders' Objections to Counter Designations |
| Counter-Designation Begin | Counter-Designation End | |
|  |  | designated, and fairness does not require that it be considered contemporaneously with the designated content (106); Improper opinion evidence (702); Foundation (601, 602). |
| 69:23 | 70:1 | Not a valid counter-designation, as fairness or completeness requirements do not necessitate its inclusion with the designated content (106) ; 403 (more confusing than probative); vague and ambiguous; foundation (601, 602). |
| 70:6 | 70:17 |  |
| 72:8 | 72:12 | Objection withdrawn if GUC/New GM properly completes the designation by designating the question to which this answer responds. |
| 74:1 | 74:2 | Improper designation of record objections (401-403 – irrelevant). |
| 74:21 | 74:24 | Improper designation of record objections (401-403 – irrelevant). |
| 75:9 | 75:12 | Incomplete and not a valid counter-designation, as fairness or completeness requirements do not necessitate its inclusion with the designated content (106); improper designation of record objections (401-403 – irrelevant). |
| 77:21 | 78:4 |  |
| 80:4 | 80:14 |  |
| 82:11 | 82:20 | Hearsay; not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation (601, 602); calls for speculation. |

| Beth Andrews November 15, 2017 | | |
|---|---|---|
| GUC Trust and New GM's Counter Designations | | Plaintiffs and Participating Unitholders' Objections to Counter Designations |
| Counter-Designation Begin | Counter-Designation End | |
| 84:7 | 84:23 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation (601, 602); hearsay (801, 802). |
| 88:22 | 89:9 | Not a valid counter-designation for completeness or fairness purposes (FRE 106); lacks foundation (601, 602); hearsay (801, 802). |
| 99:3 | 99:6 | |
| 100:7 | 100:9 | Lacks foundation (601, 602); not a valid counter-designation for completeness or fairness purposes (FRE 106); calls for speculation. |
| 100:13 | 100:16 | Lacks foundation (601, 602); not a valid counter-designation for completeness or fairness purposes (FRE 106). |
| 100:20 | 100:22 | Improper designation of record objection. |
| 101:5 | 101:6 | Improper designation of record objections (401-403 – relevance). |
| 104:12 | 104:13 | Improper designation of record objections (401-403 – relevance). |
| 104:23 | 104:24 | Improper designation of record objections (401-403 – relevance). |
| 110:23 | 110:24 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objections (401-403 – relevance). |
| 112:1 | 112:7 | Not a valid counter-designation for completeness or fairness purposes (106); calls for speculation; lacks foundation (601, 602). |
| 112:12 | 113:3 | Not a valid counter-designation for completeness or fairness purposes (106); calls for speculation; lacks |

6

| Beth Andrews November 15, 2017 | | |
|---|---|---|
| GUC Trust and New GM's Counter Designations | | Plaintiffs and Participating Unitholders' Objections to Counter Designations |
| Counter-Designation Begin | Counter-Designation End | |
| | | foundation (601, 602); hearsay (801, 802). |
| 113:7 | 113:20 | Not a valid counter-designation for completeness or fairness purposes (106); calls for speculation; lacks foundation (601, 602); hearsay (801, 802); hearsay within hearsay (804). |
| 113:23 | 114:3 | Not a valid counter-designation for completeness or fairness purposes (106). |
| 120:17 | 120:19 | Improper designation of record objections (401-403 – relevance). |
| 121:2 | 121:7 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objections (401-403 – relevance). |
| 125:7 | 125:15 | |
| 126:20 | 127:2 | Not a valid counter-designation for completeness or fairness purposes (106); hearsay (801, 802); lacks foundation / personal knowledge (601, 602). |
| 127:5 | 127:9 | Not a valid counter-designation for completeness or fairness purposes (106); lacks foundation / personal knowledge (601, 602). |
| 127:14 | 128:10 | Incomplete (starts with an answer, preceding question not designated) (106); not a valid counter-designation for completeness or fairness purposes (106); hearsay (801, 802); lacks foundation / personal knowledge (601, 602). |
| 132:4 | 132:7 | Not a valid counter-designation for completeness or fairness purposes (106). |

| Beth Andrews November 15, 2017 | | |
|---|---|---|
| GUC Trust and New GM's Counter Designations | | Plaintiffs and Participating Unitholders' Objections to Counter Designations |
| Counter-Designation Begin | Counter-Designation End | |
| 135:3 | 135:4 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403). |
| 136:23 | 136:23 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403). |
| 138:16 | 138:16 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403). |
| 140:16 | 140:17 | Not a valid counter-designation for completeness or fairness purposes (106); improper designation of record objection, which is irrelevant (401-403). |
| 150:20 | 150:21 | Improper designation of record objection, which is irrelevant (401-403), and the selective designation of certain record objections in the middle of designated testimony and not others is incomplete in and of itself. |
| 154:12 | 154:14 | Improper designation of record objection, which is irrelevant (401-403). |
| 156:11 | 157:1 | This is not a valid counter-designation to any of the designated content, and fairness/completeness requirements do not necessitate it being considered contemporaneously therewith (106). |

| Beth Andrews<br>November 15, 2017 | | |
| GUC Trust and New GM's Counter Designations | | Plaintiffs and Participating Unitholders' Objections to Counter Designations |
| Counter-Designation Begin | Counter-Designation End | |
| 158:1 | 158:4 | Not a valid counter-designation for completeness or fairness purposes (106); hearsay (801, 802). |
| 158:7 | 158:22 | Not a valid counter-designation for completeness or fairness purposes (106). |
| 158:25 | 159:8 | |
| 163:12 | 163:15 | Lacks foundation (601, 602); not a valid counter-designation (106); hearsay (801, 802); calls for speculation. |
| 163:21 | 164:2 | Not a valid counter-designation for completeness or fairness purposes (106); lacks personal knowledge/ foundation (601, 602); hearsay (801, 802); calls for speculation. |
| 164:9 | 164:17 | Not a valid counter-designation for completeness or fairness purposes (106); lacks personal knowledge/ foundation (601, 602); calls for speculation. |