# **EXHIBIT 5**

**In re MOTORS LIQUIDATION COMPANY, *et al.*,**
**f/k/a General Motors Corp., et al., No. 09-50026**

**GUC Trust and New GM's Affirmative Designations of the Deposition Testimony of Melanie Mosley and the Plaintiffs and Participating Unitholders' Objections Thereto**

| Melanie Mosley<br>November 22, 2017 | | |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** | | **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 14:23 | 14:25 | 106 (completeness/ fairness requires introduction of other evidence which ought in fairness be considered contemporaneously with this evidence, otherwise it is out of context); 401-403 (irrelevant; any minimal probative value is outweighed by risks of confusion of the issues/ waste of time). |
| 15:4 | 15:11 | 106 (completeness/ fairness requires introduction of other evidence which ought in fairness be considered contemporaneously with this evidence, otherwise it is out of context); 401-403 (irrelevant; any minimal probative value is outweighed by risks of confusion of the issues/ waste of time). |
| 17:4 | 17:9 | 106 (completeness/ fairness requires introduction of other portions of testimony which ought in fairness be considered contemporaneously); 401-403 (irrelevant to phase 1 issues, and any minimal relevance is outweighed by risks of confusion of the issues/ waste of time); 601, 602 (lacks foundation). |
| 25:8 | 25:10 | |
| 25:13 | 25:15 | |

**Plaintiffs and Participating Unitholders' Counter-Designations of the Deposition Testimony of Melanie Mosley and the GUC Trust and New GM's Objections Thereto**

| Melanie Mosley<br>November 22, 2017 |
|---|

| Plaintiffs and Participating Unitholders' Counter-Designations | | GUC Trust and New GM Objections to Counter-Designations |
|---|---|---|
| **Counter-Designation Begin** | **Counter-Designation End** | |
| 18:24 | 19:10 | |