# **<u>EXHIBIT 6</u>**

**In re MOTORS LIQUIDATION COMPANY**, *et al.*,
**f/k/a General Motors Corp., et al., No. 09-50026**

**GUC Trust and New GM's Affirmative Designations of the Deposition Testimony of**
**Howard Steel and the Plaintiffs and Participating Unitholders' Objections Thereto**

| Howard Steel November 8, 2017 | | |
|---|---|---|
| **GUC Trust and New GM's Affirmative Designations** | | **Plaintiffs and Participating Unitholders' Objections** |
| **Designation Begin** | **Designation End** | |
| 9:11 | 9:16 | |
| 9:22 | 9:24 | |
| 10:10 | 10:21 | |
| 14:11 | 14:15 | |
| 14:24 | 15:19 | |
| 16:12 | 16:20 | |
| 17:14 | 17:17 | |
| 17:19 | 18:12 | |
| 18:19 | 19:7 | |
| 22:4 | 22:10 | |
| 23:6 | 23:12 | |
| 24:24 | 24:25 | |
| 25:2 | 25:15 | |
| 27:1 | 27:22 | |
| 28:1 | 28:11 | |
| 37:7 | 37:12 | |
| 51:15 | 52:2 | |
| 52:14 | 52:25 | |
| 53:2 | 53:9 | |
| 55:3 | 55:22 | |
| 66:11 | 66:13 | |
| 67:17 | 68:15 | |
| 68:21 | 69:3 | |
| 69:18 | 69:19 | Improper record objection (401-403) |
| 70:5 | 70:13 | |
| 70:14 | 70:19 | |
| 82:22 | 83:4 | |
| 83:11 | 83:25 | |
| 87:2 | 87:11 | |
| 87:24 | 89:21 | |
| 91:4 | 91:11 | |
| 91:20 | 92:19 | |
| 104:17 | 104:25 | |
| 105:7 | 105:9 | |

| Howard Steel November 8, 2017 | | |
|---|---|---|
| GUC Trust and New GM's Affirmative Designations | | Plaintiffs and Participating Unitholders' Objections |
| Designation Begin | Designation End | |
| 105:21 | 107:1 | 106:16-107:1 (FRE 602, lack of personal knowledge) |
| 108:6 | 108:19 | 108:6-12 (FRE 602, lack of personal knowledge) |
| 108:22 | 109:4 | |
| 109:9 | 109:23 | |
| 114:5 | 115:7 | |
| 117:4 | 117:24 | |
| 118:17 | 119:17 | |
| 125:7 | 125:13 | |

**Plaintiffs and Participating Unitholders' Counter Designations of the Deposition Testimony of Howard Steel and the GUC Trust and New GM's Objections Thereto**

| Howard Steel November 8, 2017 | | |
|---|---|---|
| Plaintiffs and Participating Unitholders' Counter-Designations | | GUC Trust and New GM Objections to Counter-Designations |
| Counter-Designation Begin | Counter-Designation End | |
| 10:22 | 10:25 | Prejudicial, Confusing, Misleading (FRE 403); Lack of Foundation (FRE 602) |
| 11:7 | 11:25 | Prejudicial, Confusing, Misleading (FRE 403); Lack of Foundation (FRE 602) |
| 12:12 | 13:14 | Prejudicial, Confusing, Misleading (FRE 403); Lack of Foundation (FRE 602) |
| 69:4 | 69:17 | |
| 81:2 | 82:6 | Prejudicial, Confusing, Misleading (FRE 403) |
| 82:9 | 82:13 | Prejudicial, Confusing, Misleading (FRE 403) |
| 82:19 | 82:21 | |

2

| Howard Steel<br>November 8, 2017 | | |
| Plaintiffs and Participating Unitholders' Counter-Designations | | GUC Trust and New GM Objections to Counter-Designations |
| Counter-Designation Begin | Counter-Designation End | |
| 115:22 | 117:3 | Prejudicial, Confusing, Misleading (FRE 403); Relevance (FRE 401/402) |
| 119:18 | 120:13 | |
| 123:16 | 125:6 | Prejudicial, Confusing, Misleading (FRE 403) |

3