**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
In re: :
:
: Chapter 11
MOTORS LIQUIDATION COMPANY, et al., : Case No.: 09-50026 (MG)
f/k/a General Motors Corp., et al., : (Jointly Administered)
:
Debtors. :
------------------------------------------------------------X

## STIPULATION ADMITTING CERTAIN EXHIBITS INTO EVIDENCE

**WHEREAS**, the Joint Pretrial Order [ECF No. 14193] in the above-captioned action included Plaintiffs' Objections to Defendants' Exhibit List [Ex. 14193-7; Ex. F] and Defendants' Objections to Plaintiffs' Exhibit List [Ex. 14193-8; Ex. G];

**WHEREAS**, Plaintiffs and Defendants thereafter filed amended objections to their respective exhibit lists;

**WHEREAS**, Plaintiffs' Amended Objections to Defendants' Exhibit List [ECF No. 14194] and Defendants' Amended Objections to Plaintiffs' Exhibit List [ECF No. 14192] each contain certain exhibits to which no objection has been made;

**WHEREAS**, Plaintiffs and Defendants agree to admit into evidence all exhibits listed on Plaintiffs' Amended Objections to Defendants' Exhibit List and Defendants' Amended Objections to Plaintiffs' Exhibit List to which no objection has been made;

**WHEREAS**, Plaintiffs and Defendants agree to admit into evidence, for a limited purpose, all exhibits listed on Defendants' Amended Objections to Plaintiffs' Exhibit List to which objections have been made by the GUC Trust and New GM on the ground(s) of hearsay and/or relevance, but to which there are no objections as to admission of those exhibits into evidence solely for the fact that the matter was stated and not for the truth of the matter asserted;

1

**WHEREAS**, during the trial in this matter the Court requested that the parties reach an agreement to admit into evidence as an exhibit a copy of the Second Amended and Restated Motors Liquidation Company GUC Trust Agreement (the "Trust Agreement") with the provisions relating to fiduciary duties owed by Wilmington Trust Company, as trustee for and administrator of the Motors Liquidation Company GUC Trust, highlighted;

**WHEREAS**, counsel to the Participating Unitholders and counsel to the GUC Trust have each highlighted certain provisions of the Trust Agreement in accordance with the Court's directive;

**WHEREAS**, the highlighted GUC Trust Agreement has been stamped as Plaintiffs' exhibit PX-144, a copy of which is submitted to the Court in conjunction with this Stipulation;

**IT IS STIPULATED AND AGREED**, by and between the undersigned counsel, subject to approval of the Court, that:

1. The following of Defendants' exhibits, to which no objection has been made, are admitted into evidence for all purposes: DX-A, DX-B, DX-C, DX-D, DX-E, DX-F, DX-G, DX-H, DX-I, DX-J, DX-K, DX-L, DX-M, DX-N, DX-O, DX-P, DX-Q, DX-R, DX-S, DX-T, DX-U, DX-V, DX-W, DX-X, DX-Y, DX-Z, DX-AA, DX-BB, DX-CC, DX-DD, DX-EE, DX-FF, DX-GG, DX-HH, DX-II, DX-JJ, DX-KK, DX-LL, DX-MM, DX-NN, DX-OO, DX-PP, DX-QQ, DX-RR, DX-SS, DX-TT, DX-UU, DX-VV, DX-WW, DX-XX, DX-YY, DX-ZZ, DX-AAA, DX-BBB, DX-CCC, DX-DDD, DX-EEE, DX-FFF, DX-GGG, DX-HHH, DX-III, DX-JJJ, DX-KKK, DX-LLL, DX-MMM, DX-NNN, DX-OOO, DX-PPP, DX-QQQ, DX-RRR, DX-SSS, DX-TTT, DX-UUU, DX-VVV, DX-WWW, DX-XXX, DX-YYY, DX-ZZZ, DX-AAAA, DX-BBBB, DX-CCCC, DX-DDDD, DX-EEEE, DX-FFFF, DX-GGGG, DX-HHHH, DX-IIII, DX-JJJJ, DX-KKKK,

DX-LLLL, DX-MMMM, DX-NNNN, DX-WWWW, DX-YYYY, DX-AAAAA, DX-BBBBB, DX-CCCCC, DX-DDDDD, DX-EEEEE, DX-FFFFF, DX-GGGGG, DX-HHHHH, DX-IIIII, DX-JJJJJ, DX-KKKKK, DX-LLLLL, DX-MMMMM, DX-PPPPP, and DX-QQQQQ.

2. The following of Plaintiffs' exhibits, to which no objection has been made, are admitted into evidence for all purposes: PX-001, PX-002, PX-003, PX-004, PX-005, PX-006, PX-007, PX-008, PX-009, PX-010, PX-011, PX-012, PX-013, PX-014, PX-016, PX-017, PX-019, PX-020, PX-021, PX-022, PX-023, PX-024, PX-025, PX-026, PX-027, PX-028, PX-029, PX-030, PX-031, PX-032, PX-033, PX-034, PX-035, PX-036, PX-037, PX-038, PX-039, PX-040, PX-041, PX-042, PX-043, PX-044, PX-045, PX-046, PX-047, PX-048, PX-049, PX-050, PX-051, PX-052, PX-053, PX-054, PX-056, PX-057, PX-058, PX-059, PX-060, PX-061, PX-062, PX-063, PX-064, PX-065, PX-066, PX-067, PX-068, PX-070, PX-071, PX-072, PX-073, PX-074, PX-075, PX-076, PX-077, PX-078, PX-079, PX-080, PX-081, PX-082, PX-083, PX-084, PX-085, PX-086, PX-087, PX-088, PX-089, PX-090, PX-091, PX-092, PX-093, PX-094, PX-095, PX-096, PX-098, PX-100, PX-101, PX-102, PX-103, PX-104, PX-105, PX-106, PX-107, PX-108, PX-109, PX-110, PX-111, PX-112, PX-113, PX-114, PX-115, PX-116, PX-117, PX-118, PX-119, PX-120, PX-121, PX-122, PX-123, PX-124, PX-125, PX-126, PX-127, PX-129, PX-130, PX-131, PX-132, PX-133, PX-134, PX-135, PX-136, PX-137, PX-138, PX-139, PX-140, PX-141, PX-142, and PX-143, and PX-144.

3. The following of Plaintiffs' exhibits, to which objections have been made by the GUC Trust and New GM on the ground(s) of hearsay and/or relevance, are admitted into

4

evidence solely for the fact that the matter was stated and not for the truth of the matter asserted:  PX-15, PX-18, PX-55, PX-69, PX-97, PX-99, and PX-128.

Dated:  December 20, 2017
New York, New York

By: *James C. Tecce*
Susheel Kirpalani
James C. Tecce
Julia M. Beskin
QUINN EMANUEL URQUHART &
SULLIVAN LLP
52 Madison Avenue
New York, NY  10010
Tel: 212-849-7100

-and-

Arthur J. Steinberg
Scott Davidson
KING AND SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: 212-556-2158

*Counsel to New GM*

By: *Mitchell A. Karlan*
Mitchell A. Karlan
James L. Hallowell
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
Tel: 212-351-3800

*Counsel to GUC Trust*

By: *Steve W. Berman*
Steve W. Berman (admitted pro hac vice)
HAGENS BERMAN SOBOL &
SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: 206-623-7292
steve@hbsslaw.com

By: *Edward S. Weisfelner*
Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

By: *Sander L. Esserman*
Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

By: *Deborah J. Newman*
Daniel H. Golden
Deborah J. Newman
AKIN GUMP STRAUSS HAUER
& FELD LLP
One Bryant Park
New York, NY  10036
Tel: 212-871-1002

*Counsel to Participating Unitholders*

5

By: *Elizabeth J. Cabraser*
Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

By: *William P. Weintraub*
William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: 212-813-8800
wweintraub@goodwinlaw.com
gfox@goodwinlaw.com

*Counsel to Ignition Switch Pre-Closing Accident Plaintiffs Represented By Hilliard Muñoz Gonzales L.L.P.*

By: *Robert Hilliard*
Robert Hilliard
HILLIARD MUÑOZ GONZALES LLP
719 South Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: 361-882-1612
bobh@hmglawfirm.com

*Counsel for Certain Ignition Switch Pre-Closing Accident Plaintiffs*

-and-

Thomas J. Henry, Esq.
THE LAW OFFICES OF THOMAS J. HENRY
4715 Fredricksburg, Suite 507
San Antonio, TX 78229

*Counsel to Certain Pre-Closing Accident Plaintiffs*

By: *Lisa M. Norman*
Lisa M. Norman (admitted pro hac vice)
ANDREWS MYERS, P.C.
1885 St. James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200

*Counsel to Certain Pre-Closing Accident Plaintiffs*

6