

December 21, 2017

*Via CM/ECF*

The Honorable Martin Glenn
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:  *In re: Motors Liquidation Company, et al.*, 09-50026 (MG)

Dear Judge Glenn:

Plaintiffs write to provide the Court with a courtesy copy of the attached Opinion and Order Regarding New GM's Motion for Partial Summary Judgment on Successor Liability entered on December 19, 2017 by Judge Furman in the MDL.

                                             Respectfully,
                                             /s/

| Steve W. Berman | Elizabeth J. Cabraser | Robert C. Hilliard |
|---|---|---|
| **Hagens Berman Sobol Shapiro LLP** | **Lieff Cabraser Heimann & Bernstein, LLP** | **Hilliard Martinez Gonzales L.L.P.** |
| 1918 Eighth Ave. | 275 Battery Street | 719 S Shoreline Blvd |
| Suite 3300 | 29th Floor | Suite #500 |
| Seattle, WA 98101 | San Francisco, CA 94111-3339 | Corpus Christi, TX 78401 |
| | | |
| -and- | -and- | |
| 555 Fifth Avenue | 250 Hudson Street | |
| Suite 1700 | 8th Floor | |
| New York, NY 10017 | New York, NY 10013-1413 | |

cc:  GM Defense Counsel