**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.
------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

# ORDER ADMITTING DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS INTO EVIDENCE AND RULINGS ON OBJECTIONS

It is hereby **ORDERED** that all of the deposition designations and counter-designations of the parties that are set forth in the deposition transcripts provided to the Court are admitted into evidence, subject to the rulings on Exhibit A below on the objections set forth in the *Joint Filing of Amended Objections to Deposition Designations and Counter-Designations* (ECF Doc. # 14202).

Dated: December 21, 2017
   New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Martin Glenn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**EXHIBIT A: RULINGS ON THE PARTIES' OBJECTIONS**

| Deponent | Objections to the Deposition Designations and Counter Designations appearing at the following page and line references | Ruling |
|---|---|---|
| Andrews | 42:3–42:7 | Overruled |
| Andrews | 59:23–60:9 | Overruled |
| Andrews | 60:11–60:15 | Overruled |
| Andrews | 60:20–61:10 | Overruled |
| Andrews | 61:18–64:1 | Overruled |
| Andrews | 64:5–64:15 | Overruled |
| Andrews | 64:19–64:20 | Overruled |
| Andrews | 68:6–68:13 | Overruled |
| Andrews | 68:15–68:19 | Overruled |
| Andrews | 69:23–70:1 | Overruled |
| Andrews | 71:16–71:21 | Overruled |
| Andrews | 72:8–72:12 | Overruled |
| Andrews | 72:21–73:25 | Overruled |
| Andrews | 74:1–74:2 | Overruled |
| Andrews | 74:3–74:20 | Overruled |
| Andrews | 74:21–74:24 | Overruled |
| Andrews | 82:11–82:20 | Overruled |
| Andrews | 84:7–84:23 | Overruled |
| Andrews | 88:22–89:9 | Overruled |
| Andrews | 89:24–90:3 | Overruled |
| Andrews | 90:9–90:18 | Overruled |
| Andrews | 100:7–100:9 | Sustained |
| Andrews | 100:13–100:16 | Sustained |
| Andrews | 100:20–100:22 | Overruled |
| Andrews | 100:23–101:4 | Overruled |
| Andrews | 101:5–101:6 | Overruled |
| Andrews | 101:7–101:8 | Overruled |
| Andrews | 101:11–101:23 | Overruled |
| Andrews | 102:2–102:9 | Overruled |
| Andrews | 104:12–104:13 | Overruled |
| Andrews | 104:23–104:24 | Overruled |
| Andrews | 110:23–110:24 | Overruled |
| Andrews | 110:25–111:21 | Overruled |
| Andrews | 111:24–111:25 | Overruled |

| Deponent | Objections to the Deposition Designations and Counter Designations appearing at the following page and line references | Ruling |
|---|---|---|
| Andrews | 112:1–112:7 | Overruled |
| Andrews | 112:12–113:3 | Overruled |
| Andrews | 113:7–113:20 | Overruled |
| Andrews | 113:23–114:3 | Overruled |
| Andrews | 118:6–120:16 | Overruled |
| Andrews | 120:17–120:19 | Overruled |
| Andrews | 120:20–121:1 | Overruled |
| Andrews | 121:2–121:7 | Overruled |
| Andrews | 121:8–121:15 | Overruled |
| Andrews | 126:20–127:2 | Overruled |
| Andrews | 127:5–127:9 | Overruled |
| Andrews | 127:14–128:10 | Overruled |
| Andrews | 132:4–132:7 | Overruled |
| Andrews | 135:3–135:4 | Overruled |
| Andrews | 135:24–136:22 | Overruled |
| Andrews | 136:23–136:23 | Overruled |
| Andrews | 136:24–137:2 | Overruled |
| Andrews | 137:17–138:15 | Overruled |
| Andrews | 138:16–138:16 | Overruled |
| Andrews | 138:17–138:18 | Overruled |
| Andrews | 138:23–139:11 | Overruled |
| Andrews | 139:16–140:15 | Overruled |
| Andrews | 144:5–145:5 | Overruled |
| Andrews | 140:16–140:17 | Overruled |
| Andrews | 150:20–150:21 | Overruled |
| Andrews | 152:15–154:11 | Overruled |
| Andrews | 154:15–155:24 | Overruled |
| Andrews | 156:11–157:1 | Overruled |
| Andrews | 158:1–158:4 | Overruled |
| Andrews | 158:7–158:22 | Overruled |
| Andrews | 163:12–163:15 | Overruled |
| Andrews | 163:21–164:2 | Overruled |
| Andrews | 164:9–164:17 | Overruled |
| Barton | 18:15–18:16 | Overruled |
| Barton | 18:24–19:7 | Overruled |
| Barton | 19:23–20:2 | Overruled |
| Barton | 20:9–20:10 | Overruled |

| Deponent | Objections to the Deposition Designations and Counter Designations appearing at the following page and line references | Ruling |
|---|---|---|
| Barton | 20:12–20:14 | Overruled |
| Barton | 21:4–21:7 | Overruled |
| Barton | 23:20–24:1 | Overruled |
| Barton | 24:12–24:17 | Overruled |
| Barton | 32:22–33:9 | Overruled |
| Barton | 33:13–33:20 | Overruled |
| Barton | 39:7–39:12 | Overruled |
| Golden | 14:14–14:17 | Overruled |
| Golden | 15:11–15:18 | Overruled |
| Golden | 15:19–15:21 | Overruled |
| Golden | 15:25–16:7 | Overruled |
| Golden | 32:2–32:5 | Overruled |
| Golden | 32:8–32:9 | Overruled |
| Golden | 32:10–32:15 | Overruled |
| Golden | 33:20–33:24 | Overruled |
| Golden | 34:5–36:11 | Overruled |
| Golden | 54:9–54:14 | Overruled |
| Golden | 69:18–70:4 | Overruled |
| Golden | 72:23–73:14 | Overruled |
| Golden | 73:15–73:18 | Overruled |
| Golden | 73:22–74:10 | Overruled |
| Golden | 74:11–74:14 | Overruled |
| Golden | 76:16–74:18 | Overruled |
| Golden | 74:19–74:22 | Overruled |
| Golden | 74:23–75:6 | Overruled |
| Golden | 75:7–75:18 | Overruled |
| Golden | 75:21–75:21 | Overruled |
| Golden | 75:22–75:25 | Overruled |
| Golden | 76:1–76:15 | Overruled |
| Golden | 78:11–78:15 | Overruled |
| Golden | 78:17–78:24 | Overruled |
| Golden | 78:24–79:2 | Overruled |
| Golden | 79:3–79:7 | Overruled |
| Golden | 79:8–79:11 | Overruled |
| Golden | 79:13–79:22 | Overruled |
| Golden | 83:14–83:18 | Overruled |
| Golden | 83:19–83:22 | Overruled |

| Deponent | Objections to the Deposition Designations and Counter Designations appearing at the following page and line references | Ruling |
|---|---|---|
| Golden | 83:23–83:25 | Overruled |
| Golden | 84:2–84:3 | Overruled |
| Golden | 84:4–84:7 | Overruled |
| Golden | 84:8–84:13 | Overruled |
| Golden | 84:15–84:17 | Overruled |
| Golden | 91:2–91:16 | Overruled |
| Golden | 91:17–91:19 | Overruled |
| Golden | 91:22–91:23 | Overruled |
| Golden | 110:1–110:2 | Overruled |
| Golden | 110:5–110:7 | Overruled |
| Golden | 111:20–112:1 | Overruled |
| Golden | 112:2–112:7 | Overruled |
| Golden | 130:13–130:15 | Overruled |
| Golden | 130:19–130:20 | Overruled |
| Golden | 130:21–130:23 | Overruled |
| Golden | 133:14–133:17 | Overruled |
| Golden | 133:19–133:19 | Overruled |
| Golden | 141:18–142:3 | Overruled |
| Golden | 154:15–154:19 | Overruled |
| Golden | 161:1–161:5 | Overruled |
| Golden | 161:6–161:8 | Overruled |
| Golden | 161:11–161:21 | Overruled |
| Golden | 163:6–163:10 | Overruled |
| Golden | 181:7–181:11 | Overruled |
| Golden | 181:12–181:14 | Overruled |
| Golden | 181:15–182:2 | Overruled |
| Golden | 185:12–186:1 | Overruled |
| Golden | 191:18–191:23 | Overruled |
| Golden | 202:23–203:8 | Overruled |
| Golden | 203:9–203:9 | Overruled |
| Golden | 203:11–203:12 | Overruled |
| Golden | 207:21–208:13 | Overruled |
| Golden | 209:14–209:17 | Overruled |
| Golden | 210:6–210:6 | Overruled |
| Golden | 210:7–210:9 | Overruled |
| Martorana | 27:21–28:4 | Overruled |
| Martorana | 35:13–35:14 | Overruled |

| Deponent | Objections to the Deposition Designations and Counter Designations appearing at the following page and line references | Ruling |
|---|---|---|
| Martorana | 36:9–36:10 | Overruled |
| Martorana | 78:12–79:4 | Overruled |
| Martorana | 79:15–80:14 | Overruled |
| Martorana | 80:25–81:13 | Overruled |
| Martorana | 83:9–83:23 | Overruled |
| Martorana | 84:16–85:15 | Overruled |
| Martorana | 85:22–86:1 | Overruled |
| Martorana | 86:11–88:4 | Overruled |
| Martorana | 88:8–88:10 | Overruled |
| Martorana | 88:11–88:16 | Overruled |
| Martorana | 92:14–92:19 | Overruled |
| Martorana | 92:21–92:23 | Overruled |
| Martorana | 92:24–93:2 | Overruled |
| Martorana | 93:3–93:6 | Overruled |
| Martorana | 93:13–93:18 | Overruled |
| Martorana | 93:21–94:16 | Overruled |
| Martorana | 108:8–108:9 | Overruled |
| Martorana | 108:15–109:14 | Overruled |
| Martorana | 110:3–110:5 | Overruled |
| Martorana | 110:6–110:8 | Sustained |
| Martorana | 111:14–112:14 | Overruled |
| Martorana | 112:16–112:19 | Sustained |
| Martorana | 112:23–113:25 | Sustained |
| Martorana | 129:4–129:5 | Overruled |
| Martorana | 130:1–130:2 | Overruled |
| Martorana | 131:19–132:7 | Overruled |
| Martorana | 132:8–132:9 | Overruled |
| Martorana | 132:10–132:20 | Overruled |
| Martorana | 149:13–149:14 | Overruled |
| Martorana | 154:1–155:6 | Overruled |
| Martorana | 184:25–185:11 | Overruled |
| Martorana | 185:15–185:23 | Overruled |
| Martorana | 186:2–186:8 | Sustained |
| Martorana | 186:11–186:20 | Overruled |
| Martorana | 194:14–196:1 | Overruled |
| Martorana | 196:9–197:8 | Overruled |
| Martorana | 200:6–200:20 | Overruled |

| Deponent | Objections to the Deposition Designations and Counter Designations appearing at the following page and line references | Ruling |
|---|---|---|
| Martorana | 200:23–201:25 | Overruled |
| Martorana | 202:12–203:3 | Overruled |
| Martorana | 203:8–203:18 | Sustained |
| Martorana | 203:20–204:4 | Overruled |
| Martorana | 204:7–204:23 | Overruled |
| Martorana | 206:19–207:4 | Overruled |
| Martorana | 208:7–208:12 | Overruled |
| Martorana | 211:22–212:15 | Overruled |
| Martorana | 214:10–215:9 | Overruled |
| Martorana | 216:1–216:7 | Overruled |
| Mosley | 14:23–14:25 | Overruled |
| Mosley | 15:4–15:11 | Overruled |
| Mosley | 17:4–17:9 | Overruled |
| Steel | 10:22–10:25 | Overruled |
| Steel | 11:7–11:25 | Overruled |
| Steel | 12:12–13:14 | Overruled |
| Steel | 69:18–69:19 | Overruled |
| Steel | 81:2–82:6 | Overruled |
| Steel | 82:9–82:13 | Overruled |
| Steel | 105:21–107:1 | Overruled |
| Steel | 108:6–108:19 | Sustained |
| Steel | 115:22–117:3 | Overruled |
| Steel | 123:16–125:6 | Overruled |
| Weintraub | 13:22–14:7 | Overruled |
| Weintraub | 14:9–14:24 | Overruled |
| Weintraub | 18:18–19:19 | Overruled |
| Weintraub | 38:2–38:8 | Overruled |
| Weintraub | 45:12–45:22 | Overruled |
| Weintraub | 46:1–46:9 | Overruled |
| Weintraub | 50:20–51:10 | Overruled |
| Weintraub | 84:21–84:24 | Sustained |
| Weisfelner | 82:11–83:21 | Overruled |
| Weisfelner | 80:22–80:24 | Overruled |
| Weisfelner | 99:16–99:21 | Sustained |
| Weisfelner | 105:1–105:6 | Sustained |
| Williams | 16:9–16:14 | Overruled |
| Williams | 16:17–16:18 | Overruled |

| Deponent | Objections to the Deposition Designations and Counter Designations appearing at the following page and line references | Ruling |
|---|---|---|
| Williams | 59:11–59:13 | Overruled |
| Williams | 59:14–59:17 | Sustained |
| Williams | 64:4–64:11 | Overruled |
| Williams | 66:24–67:8 | Overruled |
| Williams | 67:9–67:10 | Overruled |
| Williams | 69:23–70:7 | Overruled |
| Williams | 80:2–80:5 | Overruled |
| Williams | 94:3–94:6 | Overruled |
| Williams | 94:7–94:9 | Overruled |
| Williams | 97:15–98:1 | Overruled |
| Williams | 99:17–100:11 | Overruled |
| Williams | 100:20–100:25 | Overruled |
| Williams | 101:12–101:17 | Overruled |
| Williams | 126:20–127:3 | Overruled |
| Williams | 127:4–128:7 | Overruled |
| Williams | 128:10–128:14 | Overruled |
| Williams | 128:15–129:2 | Overruled |
| Williams | 130:5–130:14 | Overruled |
| Williams | 134:21–135:5 | Overruled |
| Williams | 135:7–135:18 | Overruled |
| Williams | 138:20–139:1 | Sustained |
| Williams | 142:4–143:8 | Overruled |
| Williams | 145:10–145:24 | Overruled |
| Williams | 146:9–147:7 | Overruled |
| Williams | 147:21–148:4 | Overruled |
| Williams | 148:5–148:6 | Overruled |
| Williams | 148:22–149:4 | Sustained |
| Williams | 149:5–149:10 | Overruled |
| Williams | 153:24–154:5 | Overruled |
| Williams | 154:8–155:2 | Sustained |
| Williams | 155:15–155:25 | Overruled |
| Williams | 156:15–157:25 | Overruled |
| Williams | 158:1–159:24 | Overruled |
| Williams | 162:7–163:2 | Overruled |
| Williams | 164:20–164:25 | Overruled |
| Williams | 166:3–166:25 | Overruled |
| Williams | 167:7–167:9 | Overruled |

| Deponent | Objections to the Deposition Designations and Counter Designations appearing at the following page and line references | Ruling |
|---|---|---|
| Williams | 186:2–187:13 | Overruled |
| Williams | 187:21–188:6 | Overruled |
| Williams | 191:13–192:3 | Overruled |
| Williams | 192:20–193:5 | Overruled |
| Williams | 193:15–193:20 | Overruled |
| Williams | 200:1–201:9 | Overruled |
| Williams | 239:24–240:19 | Overruled |
| Williams | 242:23–243:23 | Sustained |