UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, f/k/a<br>GENERAL MOTORS CORPORATION, *et al.,* | |
| | Case No.: **09-50026** (MG) |
| Debtor(s) | |

-------------------------------------------------------X

## ORDER AMENDING SCHEDULING CONFERENCE DATE AND TIME IN MEMORANDUM OPINION AND ORDER

A "Memorandum Opinion and Order Regarding Motion to Enforce the Settlement Agreement by and Among the Signatory Plaintiffs and the GUC Trust" was entered on January 18, 2018, arranging a scheduling conference to take place February 21, 2018 at 10:00 AM.  (Document no. 14212)

It is hereby ORDERED, that the scheduling conference regarding this matter will take place on February 22, 2018 at 2:00 PM.  All other dates in the Memorandum Opinion and Order will remain in effect.

Dated: New York, New York
         February 5, 2018              */S/Martin Glenn*
                                  THE HONORABLE MARTIN GLENN
                                  UNITED STATES BANKRUPTCY JUDGE