**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*        :
                                                   :
                   Debtors.                :    (Jointly Administered)
                                                   :
------------------------------------------------------------x

### ORDER AMENDING SCHEDULING CONFERENCE DATE AND TIME IN MEMORANDUM OPINION AND ORDER

**PLEASE TAKE NOTICE** that the scheduling conference regarding the Late Claims Motions previously scheduled for February 22, 2018 at 2:00 p.m. has been adjourned at the request of the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs, certain Ignition Switch Pre-Closing Accident Plaintiffs, and the Participating Unitholders to March 8, 2018 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated:  February 12, 2018
          New York, New York

                                                       **/s/ Martin Glenn**
                                                        MARTIN GLENN
                                        United States Bankruptcy Judge