**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                         :
:          Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*,    :          Case No. 09-50026 (MG)
f/k/a General Motors Corp., *et al.*                 :
:          (Jointly Administered)
Debtors.                                              :
:
---------------------------------------------------------------x

**ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e) AUTHORIZING THE WITHDRAWAL OF GIBSON, DUNN & CRUTCHER AS COUNSEL OF RECORD FOR THE GUC TRUST AND THE GUC TRUST ADMINISTRATOR**

Upon the motion, dated February 12, 2018 (the "Motion")[1] of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") seeking authority pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") to withdraw as counsel of record for the Motors Liquidation Company GUC Trust (the "GUC Trust") and Wilmington Trust Company as trust administrator and trustee (in such capacity, the "GUC Trust Administrator") of the GUC Trust; and any objections to the Motion having been settled, resolved, withdrawn or overruled; and it further appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor:

IT IS HEREBY:

ORDERED, that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED, that, pursuant to Rule 2090-1(e) of the Local Rules, Gibson Dunn is hereby authorized to withdraw as counsel of record for the GUC Trust and the GUC Trust

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Administrator in connection with the above-captioned cases, and is hereby replaced in such capacity by DBR; and it is further

ORDERED, that this Court shall retain jurisdiction of all matters and disputes arising in connection with or related to the interpretation or implementation of this Order.

**IT IS SO ORDERED.**
Dated:  February 14, 2018
         New York, New York

                                                             /s/ Martin Glenn
                                                           MARTIN GLENN
                                                    United States Bankruptcy Judge