Kris Ted Ledford
LEDFORD LAW FIRM
Heritage Professional Plaza
425 East 22nd Street, Suite 101
Owasso, OK  74055
Telephone: (918) 376-4610
Facsimile: (918) 376-4993
Email: kris@ledford-lawfirm.com

*Attorney for Christopher Pope and Gwendolyn Pope*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026(MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
-------------------------------------------------------------x

**NOTICE OF REMOVAL**

I, Kris Ted Ledford, request to be removed from all notice and service lists in this case.

Dated:  February 14, 2018.

                              Respectfully submitted,

                              /s/ Kris Ted Ledford
                              KRIS TED LEDFORD, OBA #17552
                              LEDFORD LAW FIRM
                              Heritage Professional Plaza
                              425 East 22nd Street, Suite 101
                              Owasso, OK  74055
                              Telephone: (918) 376-4610
                              Facsimile: (918) 376-4993
                              Email: kris@ledford-lawfirm.com

                              *Attorney for Christopher Pope and Gwendolyn Pope*

S:\Pope\GM Bankruptcy Pleadings\Word\2018.2.14 KTL Notice of Removal.doc