# EXHIBIT C

**[2018 Reporting Costs Budget]**

**MLC GUC Trust**
**2018 (Calendar Year) Reporting Costs Budget**
November 2017

| $ in thousands | QE 3.31 | QE 6.30 | QE 9.30 | QE 12.31 | Total Budget CY 2018 | 2017 Annual Budget | 2017 Actual/Est. |
|---|---|---|---|---|---|---|---|
| Governance Costs | | | | | | | |
|    Trust Monitor (FTI Consulting) | $125.0 | $125.0 | $125.0 | $125.0 | $500.0 | $500.0 | $500.0 |
|    Trust Administrator (Wilmington Trust) | $325.0 | $325.0 | $325.0 | $325.0 | $1,300.0 | 1,300.0 | 1,300.0 |
| *Subtotal for Governance Costs* | *450.0* | *450.0* | *450.0* | *450.0* | *1,800.0* | *1,800.0* | *1,800.0* |
| Trust Professionals | | | | | | | |
|    AlixPartners | 306.0 | 306.0 | 306.0 | 306.0 | 1,224.0 | 1,224.0 | 1,224.0 |
|    Frazier & Deeter | 49.0 | 49.0 | 60.0 | 42.0 | 200.0 | 200.0 | 175.3 |
|    Gibson Dunn | 187.5 | 187.5 | 187.5 | 187.5 | 750.0 | 750.0 | 612.0 |
|    CohnReznick | 39.7 | 52.4 | 17.3 | 74.4 | 183.8 | 178.9 | 161.5 |
|    Plante Moran | 25.0 | 20.0 | 25.0 | 25.0 | 95.0 | 112.0 | 103.1 |
|    Crowell Moring | 105.0 | 105.0 | 105.0 | 105.0 | 420.0 | 420.0 | 424.3 |
| *Subtotal for Trust Professionals* | *712.2* | *719.9* | *700.8* | *739.9* | *2,872.8* | *2,884.9* | *2,700.3* |
| Other Expenses | | | | | | | |
|    RR Donnelly | 25.0 | 25.0 | 25.0 | 25.0 | 100.0 | 100.0 | 82.1 |
|    Contingency | 125.0 | 125.0 | 125.0 | 125.0 | 500.0 | 500.0 | 0.0 |
| *Subtotal for Other Expenses* | *150.0* | *150.0* | *150.0* | *150.0* | *600.0* | *600.0* | *82.1* |
| *Total Reporting Costs* | *$1,187.2* | *$1,194.9* | *$1,175.8* | *$1,214.9* | *$5,272.8* | *$5,284.9* | *$4,582.4* |

|  |  |
|---|---|
| Projected Cash available to carry over: | ($718.3) |
| Estimated request to re-allocate: | **$4,554.5** |