**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York  10036-2714
Telephone:  (212) 248-3140
Facsimile:  (212) 248-3141
E-mail: kristin.going@dbr.com;
           marita.erbeck@dbr.com;
           stacy.lutkus@dbr.com
Kristin K. Going
Marita S. Erbeck
Stacy A. Lutkus

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, f/k/a General Motors Corp., *et al.* | **09-50026 (MG)** |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF**
**MOTION OF WILMINGTON TRUST COMPANY, AS GUC TRUST**
**ADMINISTRATOR, FOR AN ORDER (A) GRANTING AUTHORITY TO**
**REALLOCATE AND USE DISTRIBUTABLE CASH FOR THE**
**PURPOSES OF FUNDING ADMINISTRATIVE AND REPORTING**
**FEES, COSTS AND EXPENSES OF THE GUC TRUST AND**
**(B) EXTENDING THE DURATION OF THE GUC TRUST [DOCKET NO. 14233]**

PLEASE TAKE NOTICE, that Wilmington Trust Company, not in its individual capacity and solely in its capacity as trust administrator and trustee (the "GUC Trust Administrator") of the Motors Liquidation Company GUC Trust, hereby withdraws, without prejudice, the *Motion of Wilmington Trust Company, as GUC Trust Administrator, for an*

91338214.1

*Order (A) Granting Authority to Reallocate and Use Distributable Cash for the Purposes of Funding Administrative and Reporting Fees, Costs and Expenses of the GUC Trust and (B) Extending the Duration of the GUC Trust* filed at Docket No. 14233 on February 14, 2018.

Dated: New York, New York
February 15, 2018

                    DRINKER BIDDLE & REATH LLP
                    By: /s/ *Kristin K. Going*
                          Kristin K. Going
                          Marita S. Erbeck
                          Stacy A. Lutkus
                          1177 Avenue of the Americas
                          41st Floor
                          New York, NY 10036-2714
                          Tel: (212) 248-3140
                          E-mail: kristin.going@dbr.com;
                                    marita.erbeck@dbr.com;
                                    stacy.lutkus@dbr.com

                    *Attorneys for the Motors Liquidation Company GUC Trust Administrator*

91338214.1