# Exhibit E

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
----------------------------------------------------------------x

**ORDER GRANTING MOTION BY GENERAL MOTORS LLC TO
ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER
AND THE RULINGS IN CONNECTION THEREWITH,
WITH RESPECT TO THE MOORE,** ***ET AL.*** **PLAINTIFFS**

Upon the Motion, dated February 27, 2018 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] seeking the entry of an order enforcing the Sale Order and the Bankruptcy Court's rulings in connection therewith, by directing the Moore Plaintiffs to modify the Moore Amended Complaint so that it complies with the Sale Order and the other Bankruptcy Court rulings, all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided to counsel for the Moore Plaintiffs, and it appearing that no other or further notice need be given; and a hearing (the "**Hearing**") having been held with respect to the Motion on March 29, 2018; and upon the record of the Hearing, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is therefore:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED, that the Moore Plaintiffs shall, within three (3) business days of the entry of this Order, file with the Michigan District Court an amended pleading so that it fully complies

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

with the Sale Order and the other Bankruptcy Court rulings by amending or striking all allegations, claims and requests for damages that violate the Sale Order and the other Bankruptcy Court rulings (all as more fully described in the Motion); and it is further

ORDERED that within ten (10) business days after the entry of this Order, the Moore Plaintiffs shall file with the Clerk of this Court evidence of the filing of their further amended pleading with the Michigan District Court; and it is further

ORDERED that until the Moore Amended Complaint is further modified as set forth herein, the Moore Plaintiffs and their counsel are enjoined and restrained from further proceeding with the Moore Lawsuits; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2018
      New York, New York

                                                 UNITED STATES BANKRUPTCY JUDGE