# Exhibit F

**GM**

General Motors LLC

<u>VIA FEDEX - 798858552670</u>

<u>PERSONAL & CONFIDENTIAL</u>

July 16, 2010

BOMBARD CAR CO., INC.
1351 EAST GENESEE STREET
SKANEATELES, NY 13152

Dear Pat J Bombard:

Your dealership executed a Letter of Intent in connection with the arbitration filing under Section 747 of the Consolidated Appropriations Act, 2010 (H.R. 3288). As provided for in the Arbitration Statute, the Letter of Intent allowed your dealership the opportunity for reinstatement of the Chevrolet brand(s) if your dealership complied with all the requirements of the Letter of Intent.

The Letter of Intent required compliance with all the terms and conditions within sixty (60) days of the date of execution. The letter was executed by your dealership on 3/17/2010, meaning compliance was due by 5/16/2010. Your dealership has not provided GM with satisfactory evidence of compliance with all of the terms and conditions of the Letter of Intent. As a result, pursuant to its terms, the Letter of Intent is now expired.

Accordingly, the terms of Wind-Down agreement executed between your dealership and GM will govern the termination of the Chevrolet dealer agreement(s) on, or before, October 31, 2010, pursuant to the terms of the Wind-Down agreement. GM is committed to working with your dealership through this process.

Very truly yours,

**GENERAL MOTORS LLC**