# Exhibit G



General Motors LLC

**VIA FEDEX 7941-0021-5438**

**PERSONAL & CONFIDENTIAL**

November 3, 2010

Mr. Pat J Bombard
Bombard Car Co., Inc.
1351 East Genesee Street
Skaneateles, NY 13152

Dear Pat J Bombard:

This is in response to your fax received October 31, 2010 relative to your request for GM to consider reinstatement of the Chevrolet brand in Skaneateles, New York.

Your dealership executed a Letter of Intent in connection with the arbitration filing under Section 747 of the Consolidated Appropriations Act, 2010 (H.R. 3288). As provided for in the Arbitration Statute, the Letter of Intent allowed your dealership the opportunity for reinstatement of the Chevrolet brand if your dealership complied with all the requirements of the Letter of Intent.

The Letter of Intent required compliance with all the terms and conditions within sixty (60) days of the date of execution. The letter was executed by your dealership on March 17, 2010, meaning compliance was due by May 16, 2010. Your dealership has never provided GM with satisfactory evidence of compliance with all of the terms and conditions of the Letter of Intent, specifically, Wholesale Floorplan Financing or return of the Wind-down payment. As a result, pursuant to its terms, the Letter of Intent expired months ago.

Accordingly, under the terms of the Wind-Down agreement executed between your dealership and GM, the Chevrolet dealer agreement terminated on October 31, 2010.

Very truly yours,

Troy D. Ifer
Manager, Strategic Network Analysis

cc: DCG