# Exhibit M

**Ellis, Robert**

| | |
|---|---|
| **From:** | Rick Guy <rickguy7@gmail.com> |
| **Sent:** | Friday, February 16, 2018 10:16 AM |
| **To:** | Ellis, Robert |
| **Subject:** | Re: Pat Bombard |

Dear Mr. Dykema,

Thank you for your message of February 6th. I have discussed the matter with my client.

We look forward to presenting our case to the Hearing Officer and expect that any confusion about GM's duties to Mr. Bombard will be cleared up thereafter.

Best Regards,
Rick Guy, Esq.


On Tue, Feb 6, 2018 at 3:35 PM, Ellis, Robert <REllis@dykema.com> wrote:

Mr. Guy:


Please find the attached.


Regards,


| DYKEMA | **Robert H. Ellis**<br>Member<br>REllis@dykema.com | 313-568-6723 Direct<br>313-568-6800 Main<br>855-252-7980 Fax<br>248-622-9993 Mobile | 400 Renaissance Center<br>Detroit, Michigan 48243<br>www.dykema.com |
|---|---|---|---|

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.


--

1

***Rick Guy***
**Frederick R. Guy, Esq**
**3596 Pleasant Valley Rd.**
**Syracuse, New York  13215**
**315-314-7461 ph**
**315-254-2127 fax**
**www.rickguy.com**

Confidentiality and Federal Tax Disclosure Notice:
In accordance with IRS requirements, we inform you that any Federal tax advice contained in this communication is not intended
for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to anoth
herein.

This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain 
sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any d
of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, pl
and delete the original message.  *The Law Office of Frederick R. Guy*