# Exhibit N

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                                                    :         Chapter 11
                                                                             :
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :         Case No.:  09-50026 (MG)
    f/k/a General Motors Corp., *et al.*           :
                                                                             :
                  Debtors.              :         (Jointly Administered)
                                                                             :
------------------------------------------------------------x

### ORDER ON MOTION BY GENERAL MOTORS LLC TO ENFORCE THE BANKRUPTCY COURT'S SALE ORDER AND COURT-APPROVED DEFERRED TERMINATION (WIND-DOWN) AGREEMENT WITH RESPECT TO PAT BOMBARD

Upon the Motion, dated February 27, 2018 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] for entry of an order enforcing the Sale Order and Bombard WD Agreement by (i) enjoining Mr. Bombard from proceeding with the Adjudicatory Proceedings Request in the NYDMV, (ii) directing Mr. Bombard to withdraw such request with prejudice immediately, and (iii) enjoining Mr. Bombard from asserting any claims against New GM in the future arising from, relate to or concerning the Bombard WD Agreement, the Bombard Dealer Agreement, or any matter related thereto; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice is necessary; and a hearing ("**Hearing**") having been held with respect to the Motion on March 29, 2018; and, upon the record of the Hearing, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is GRANTED as set forth herein; and it is further

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that Mr. Bombard shall withdraw the Adjudicatory Proceedings Request, with prejudice, within three (3) business days after the entry of this Order; and it is further

ORDERED that Mr. Bombard and all persons acting in concert with him shall cease and desist from prosecuting the claims attempted to be asserted in the Adjudicatory Proceedings Request and from taking any action or attempting in any way to avoid the terms of the Bombard WD Agreement; and it is further

ORDERED that Mr. Bombard is enjoined from asserting any claims against New GM in the future arising from, relate to or concerning the Bombard WD Agreement, the Bombard Dealer Agreement, or any matter related thereto; and it is further

ORDERED that Mr. Bombard shall file with the Clerk of this Court evidence of the withdrawal, with prejudice, of the Adjudicatory Proceedings Request within ten (10) business days after the entry of this Order; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____ __, 2018
New York, New York

                                                        _____
                                                        UNITED STATES BANKRUPTCY JUDGE