KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                        :   Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :   Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                     :
                                                             :
                                    Debtors.                 :   (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *February 27, 2018* I caused to be served a true and correct copy of *Motion to Authorize by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and the Rulings in Connection Therewith, With Respect to the Moore, et al., Plaintiffs* [Dkt. Nos. 14241 and 14242] by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed below by causing copies of same to be delivered *via* email and overnight delivery upon:

| | |
|---|---|
| Edward J. Hood | Alexander McH. Memmen |
| Karl J. Edward Fornell | THE MEMMEN LAW FIRM, LLC |
| Joseph Colaianne | 505 North LaSalle Street, Suite 500 |
| CLARK HILL PLC | Chicago, Illinois 60654 |
| 500 Woodward Avenue, Suite 3500 | amm@memmenlaw.com |
| Detroit, Michigan 48226-3435 | |
| ehood@clarkhill.com | |
| kfornell@clarkhill.com | |
| jcolaianne@clarkhill.com | |

Dated: February 28, 2018
      New York, New York

           KING & SPALDING LLP

           By: /s/   Scott I. Davidson
           Arthur J. Steinberg
           Scott Davidson
           King & Spalding LLP
           1185 Avenue of the Americas
           New York, NY 10036
           Telephone: (212) 556-2100
           Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*