U.S. Bankruptcy Court
Southern District of N.Y.
One Bowling Green
New York, NY 10004

Date 2/18/2018

Re: Paul Minix vs. GM Motors

Case No. 09-50026 (mg)

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk;

Please make note of Plaintiff's / Appellant's new address and update the records.

Thank you for your kind assistance.

New Address: Paul Minix #638154
TDCJ Eastham Unit
2665 Prison Rd. 1
Lovelady, Texas 75851

Respectfully
Paul Minix
Paul Minix #638154
TDCJ Eastham Unit
2665 Prison Rd. 1
Lovelady, TX 75851

Pro se

[illegible]

Please make copy of Plaintiff's / Appellant's new address and update the records.

Thank you for your kind assistance.

[illegible]

Respectfully,

[illegible]