UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al.

Debtor

Case No.: 09-50026(MG)

Chapter 11

---------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Alexander McH. Memmen, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Moore, et al., a plaintiff in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois,

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 19, 2018
Chicago, Illinois

Alexander McH. Memmen
*Mailing Address:*

The Memmen Law Firm, LLC
505 North LaSalle, Suite 500
Chicago, Illinois 60654
*E-mail address:* amm@memmenlaw.com
*Telephone number:* (312) 878.2357

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motors Corp., et al.

                Debtor

Case No.: 09-50026(MG)

Chapter 11

------------------------------------------------------------x

                Plaintiff

v.

                Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Alexander McH. Memmen**, to be admitted, *pro hac vice*, to represent **Moore, et al.**, (the "Client") a **plaintiff** in the above referenced [✓] case [ ] adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Illinois** and, if applicable, the bar of the U.S. District Court for the **Northern** District of **Illinois**, it is hereby

**ORDERED**, that **Alexander McH. Memmen**, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE