# Exhibit C

STATE OF MICHIGAN

JOHN ENGLER, Governor

## DEPARTMENT OF ENVIRONMENTAL QUALITY

HOLLISTER BUILDING, PO BOX 30473, LANSING MI 48909-7973

INTERNET: http://www.deq.state.ml.us

RUSSELL J. HARDING, Director

REPLY TO:

SHIAWASSEE DISTRICT OFFICE
10650 BENNETT DRIVE
MORRICE MI. 48857-9792

October 2, 1997

Mr. Tom Ramos, Sr. Env. Engineer
GM - North American Operations
Validation/QRD Center
General Motors Proving Ground
483-323-206
Milford, MI 48380-3726

Dear Mr. Ramos:

As you know, the Michigan Department of Environmental Quality (MDEQ) is investigating a sodium and chloride groundwater contamination in the area of Sections 13, 14, 23 and 24 (possibly others also) of Brighton Township in Livingston County. Samples of numerous residential wells in this area was conducted in May, 1997, by the MDEQ. Enclosed please find copies of the results from this sampling.

Groundwater in this area is known to flow southwesterly. At a meeting we both attended in May, 1997, an Oakland County Health Department representative stated groundwater quality upgradient of the GM Proving Grounds typically has chlorides of 35ppb to non-detect. As you can see from the sample results, it appears that a source of sodium and chlorides may therefore emanate from the GM Proving Grounds facility.

In your June 13, 1997, letter you indicated General Motors would investigate if any chloride or sodium sources exist or historically existed at the Proving Grounds. Has this investigation had been conducted and were any conclusions derived from this investigation? Please submit an update on this investigation to this office by October 31, 1997.

If you have any questions, please feel free to contact me.

Sincerely,

Beth Vens
Environmental Quality Analyst
Environmental Response Division
517-625-4623

BV:jah
enclosure
cc: Joe Lavato, WSD

EQP 6100o
(Rev. 10/90)