# Exhibit D

*File Kensington Jacoby Rod Smith Compain 6 pm*

| For DEQ Use Only |
|---|
| ITS #: [illegible] |
| Site ID #: 47[illegible] |
| Category Code: |



MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
REMEDIATION AND REDEVELOPMENT DIVISION

## NOTICE OF MIGRATION OF CONTAMINATION (FORM EQP4482 REV. 3/14)
*(Under the authority of Part 201, Natural Resources and Environmental Protection Act, 1994 Act 451, as amended, (NREPA) and the Rules promulgated thereunder)*

An owner or operator of property that is a facility, and/or who is subject to MCL324.20107a, and who has reason to believe that a hazardous substance is emanating from, has emanated from, or is likely to be emanating from the property and migrating beyond the boundaries of the property that he or she owns or operates is required under R 299.51017(1) and MCL 324.20114(1)(b)(ii) & (iii) to notify the Michigan Department of Environmental Quality (DEQ) and affected property owners. Submission of this notice does not fulfill the notification requirements of MCL 324.21309a.

The notice must be provided within 45 days (MCL 324.20107a) or within 30 days (MCL 324.20114) after the owner or operator has reason to believe that hazardous substances have migrated, or are likely to have migrated, to or beyond the boundary of his or her property (see R 299.51017 for exceptions that apply to parties subject to MCL 324.20107a).

Use of this form is mandatory for the notice required by R 299.51017(1) and may also be used by parties subject to MCL 324.20114(1)(ii) & (iii). This form may also be used to provide notice to affected property owners as required by those rules.

If a person holds a permit for an oil and gas well under Part 615, Supervisor of Wells, of the NREPA and there is a release from the oil and gas exploration or production activities, that person shall give notice to the DEQ and to the owner of the surface rights of the property.

If a person holds an easement and there is a release from the easement holder's activities, that person shall provide notice to the DEQ and to the grantor of the easement, or the grantor's successor in interest, if any.

Completing this notice in no way relieves a person who is subject to MCL 324.20114 from the responsibility to undertake required response activities.

This notice must be sent to the DEQ office that serves the county in which the property is located. A list of DEQ offices is available at www.michigan.gov/bea, or by calling the Remediation and Redevelopment Division's Lansing office at 517-284-5187. The DEQ will not prepare acknowledgement of receipt of these notices. The sender is responsible for sending the report using a method that provides proof of delivery if such proof is desired. Please label the outside of the envelope "Migration Notice." Additional guidelines for the compliance with the requirements of R 299.51017(1) or MCL 324.20114(1)(ii) & (iii) are available at www.michigan.gov/bea.

**THIS NOTICE IS PROVIDED PURSUANT TO:**   R 299.51017 ☒   MCL 324.20114(1) ☒
*(check both, if applicable)*

Please provide the following information as completely as possible.

1. Name and location of the property that hazardous substances are emanating from:

2. Status relative to the property:
   *(Check one or both, as applicable.)*
   Owner ☒
   Operator ☒

   Name: General Motors Milford Proving Ground
   Address: 3300 General Motors Road    *Livingston Co*
   Location:    *Sodium Chloride migration per*
   City/County: Milford/Livingston & Oakland
   Property Tax Identification Number, or if applicable, the ward and item number: See Attachment 1

   Latitude (decimal degrees): 42°34'8.67"    Longitude (decimal degrees): -83°40'29.41"

   Reference Point for Latitude and Longitude:
   Center of Site: ☐    Main/front door: ☐    Front gate/main entrance: ☒    Other: ☐

   Collection Method:    Survey: ☐    Interpolation: ☐    GPS: ☒

*RECEIVED OCT 13 2014 MDEQ-RD LANSING DISTRICT OFF*



MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
REMEDIATION AND REDEVELOPMENT DIVISION

2. Provide any additional ID numbers associated with the property (e.g., EPA ID No., BEA No., Part 213 facility ID No., etc.):
   Part 213 facility ID No. 00016141, EPA ID No. MID082220757

3. Name, address, and telephone number of the property owner, operator, or other party submitting the notice:
   Name: William McFarland, General Motors LLC
   Address: 30200 Mound Rd. MC: 480-111-1N
   City/State: Warren, Michigan
   Telephone number: 586-947-8666

4. Name, address and telephone number of a contact person familiar with the content of the notice:
   Name: Cheryl Hiatt
   Address: 30200 Mound Rd. MC: 480-111-1N
   City/State: Warren, Michigan
   Telephone: 313-510-4328

5. If this Notice is provided pursuant to R 299.51017, provide the address and other location information for the *adjacent* property(s) onto which contamination is migrating, has migrated, or is likely to migrate.

   If this Notice is provided pursuant to MCL Section 324.20114(1), provide the address and other location information for *each* property onto which contamination has migrated. Notice should be sent to the property owner of record. If the impacted property is owned by the State of Michigan, notice should be sent to the department managing the property (e.g., a prison, state park, etc.). Notices to the Michigan Department of Transportation (MDOT) for state owned roadways should be sent to Contaminated Site Specialist, Environmental Services Section, MDOT-Bureau of Development, 425 W. Ottawa Street, P.O. Box 30050, Lansing, MI 48909. If the impacted property is owned by the State of Michigan, notice should be sent to the department managing the property (i.e. a prison, state park, etc.).

Address: See Attachment 2
City/State: [ ]
Property Tax ID number: [ ]
Other: [ ]

Notified?  No ☐  Yes ☒  Date: [ ]

Address: [ ]
City/State: [ ]
Property Tax ID number: [ ]
Other: [ ]

Notified?  No ☐  Yes ☒  Date: [ ]

Address: [ ]
City/State: [ ]
Property Tax ID number: [ ]
Other: [ ]

Notified?  No ☐  Yes ☒  Date: [ ]

Address: [ ]
City/State: [ ]
Property Tax ID number: [ ]
Other: [ ]

Notified?  No ☐  Yes ☐  Date: [ ]

Address: [ ]
City/State: [ ]
Property Tax ID number: [ ]
Other: [ ]

Notified?  No ☐  Yes ☐  Date: [ ]

(attach additional pages as needed)

EQP 4482, Page 2 of 4 (REV 3/2014)



**MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY**
**REMEDIATION AND REDEVELOPMENT DIVISION**

6. Complete the Table on Page 3 of this Form for each hazardous substance which has migrated, or is likely to have migrated, beyond the property boundary at a concentration that exceeds a Generic Residential Cleanup Criterion developed by the DEQ pursuant to MCL 324.20120a(1). Complete and attach additional copies of Page 3, if necessary, to list all hazardous substances that must be reported. Include a scaled map or drawing that shows the location of sampling points identified on the Table on Page 3, the property boundaries, and the adjacent property owners if providing notice pursuant to R 299.1017(1) or all impacted property owners if providing notice pursuant to MCL 324.20114(1).

7. Provide a summary of the information which shows that contamination is emanating from, or has emanated from, and is present beyond the boundary of the source property at a concentration which exceeds the generic residential criteria developed by the DEQ pursuant to MCL 324.20120a(1)(a). This summary shall identify the environmental media affected, specific hazardous substances, and the concentrations of those hazardous substances in all affected environmental media at the property boundary and in any sample locations beyond the property boundary. The summary shall also describe the basis for the conclusion that the contamination is emanating, has emanated, or is present beyond the boundary of the source property, including whether the conclusion is based on groundwater analytical data or fate and transport modeling, both, or neither.

8. If the person making this notice has reason to believe that a migrating hazardous substance has affected, or is likely to affect, a private or public water supply, then that water supply must be identified here:

    Private supply - See Attachment 2

|    |    | YES | NO |
|----|----|-----|----|
| 9. | Is this notice being submitted within the timeframes established under R 299.51017 and/or MCL 324.20114(1), as applicable? | ☒ | ☐ |
| 10. | Is this notice in addition to a notice that was submitted prior to *December 21, 2002*? (R 299.51017(4)(c)) | ☐ | ☒ |
| 11. | Is this notice related to an oil and gas well permit (R 299.51017(2))? Permit #: | ☐ | ☒ |
| 12. | Is this notice related to an easement (R 299.51017(3))? (NOTE: All easement grantors *must* receive this notice.) | ☐ | ☒ |
| 13. | Has surface water been affected (R 299.51017(1)? (If yes, please identify the affected surface water body.) | ☐ | ☒ |

**CERTIFICATION:**

With my signature below, I certify that I am the owner of the facility or that I am legally authorized to execute this notice on behalf of the owner or operator named on this form, and that to the best of my knowledge and belief the above representations are complete and accurate. I understand that intentionally submitting false information to the DEQ is a felony and may result in fines up to $25,000 for each violation.

Signature _William J. McFarland_    Date October 9, 2014
(Owner or person legally authorized to bind the person making this report)

Name (Typed or Printed)    William J. McFarland

Title (Typed or Printed)    Director, GM Remediation Team

EQP 4482, Page 3 of 4 (REV 3/2014)

 **MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY**
**REMEDIATION AND REDEVELOPMENT DIVISION**

See Item 6 on Page 2 of this Form for instructions to be used in completing this Table. Attach additional pages if necessary. The information to be included in each column of the Table is:

Column A   Name of hazardous substance.
Column B   Chemical Abstract Service (CAS) Number for the hazardous substance.
Column C   Maximum hazardous substance concentration measured on the property, expressed in parts per billion (e.g., ug/L or ug/Kg). Report maximum concentration separately for each environmental medium.
Column D   Sample location for Column C (relate to label on map).
Column E   Environmental medium in which concentration reported in Column C was measured (e.g., soil or groundwater).
Column F   Distance from point of maximum measured concentration (Column D) to property boundary, in direction of contaminant migration, if direction is known or can reasonably be inferred. If direction is unknown, list distance to nearest property boundary.
Column G   Direction of contaminant migration, if known.
Column H   Concentration closest to property boundary, if known. If a concentration lower than the maximum concentration reported in Column C has been measured at a point closer to the property boundary in the direction of contaminant migration, use Column I to list the concentration that was measured closest to the property boundary in the direction of contaminant migration.
Column I   Sample location for Column H (relate to label on map).
Column J   Environmental medium for measurement reported in Column H, if applicable.

| A Hazardous Substance | B CAS Number | C Maximum Concentration | D Sample Location for "C" | E Environmental Medium for "C" | F Distance to Property Boundary | G Direction of Migration | H Boundary Concentration | I Sample Location for "H" | J Environmental Medium for "H" |
|---|---|---|---|---|---|---|---|---|---|
| sodium | 17341252 | 1800000 | MW-16(10) | groundwater | 750 feet | S & SW | 630000 | MW-23(14) | groundwater |
| chloride | 16887006 | 3500000 | MW-16(10) | groundwater | 750 feet | S & SW | 1300000 | MW-23(14) | groundwater |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Total Number Samples Collected:   MW-23(14) – one sample, MW-16(10) – 16 samples; all part of extensive monitoring program
Total Number of Samples Exceeding Criteria:   MW-23(14) – one sample, MW-16(10) – 16 samples; all part of extensive monitoring program

**A scaled map or drawing showing these locations and the property boundaries must be submitted with this Notice**

EQP 4482, Page 4 of 4 (REV 3/2014)

CONFIDENTIAL