# Exhibit G

Date and Time 05/02/97 14:39:02

From: STANFIEC--DNRDC
To: VENSB    --DNRDC

From: Cheryl Stanfield, ERD, Shiawassee District Office
Subject: Salt Water (again)

Had a call from Lois of DWRPD about a new subdivision that is going in just southwest of GM proving grounds "Oaks on Beach". Big houses, big $. Started drilling wells for homes and found high chlorides, up to 1000 ppm. Developer angry!!! GM may be responsible as they have salt storage on site and use salt in splash testing for cars etc. There is a meeting on Thursday at 1:30 at Livingston County Health Dept. with reps from GM. We are expected at the meeting. I'm going to meet Mark Doyle Monday at 10:00 to see logs, data, maps, etc. and also visit site before meeting? Are you available to go with me? We could see about doing it in the pm if you'd rather do it on your way home.

Phone (517) 625-4645