# Exhibit H

STATE OF MICHIGAN

JOHN ENGLER, Governor

## DEPARTMENT OF ENVIRONMENTAL QUALITY

HOLLISTER BUILDING, PO BOX 30473, LANSING MI 48909-7973
INTERNET: http://www.deq.state.mi.us

RUSSELL J. HARDING, Director

REPLY TO:

DRINKING WATER & RADIOLOGICAL PROTECTION DIVISION
3423 N MARTIN L KING JR BLVD
PO BOX 30630
LANSING, MI 48909-8130

June 17, 1997


JUN 1997
RECEIVED

Lukuma Residence
12277 Jacoby
Milford, Michigan 48380

Dear Property Owner:

On May 13, 1997, representatives of the Michigan Department of Environmental Quality (DEQ) and the Livingston County Health Department collected a sample from your drinking water well. The sample was collected as part of an investigation of the occurrence of elevated chloride and sodium concentrations in some area drinking water wells. The sample was forwarded to the DEQ, Drinking Water Analysis Laboratory. A copy of the laboratory report is enclosed for your review.

The results of the analysis reported satisfactory water quality with the exception of hardness, chloride, and sodium. Elevated hardness is not a health concern but will cause problems such as scaling of pipes and fixtures. The concentrations of chloride and sodium found in your water supply were greater than expected for this area. Chloride was detected at 447 milligrams per liter (mg/L) which exceeds the recommended limit of 250 mg/L. Sodium was detected at 186 mg/L. It is suggested that individuals who have been placed on a sodium-restricted diet consult their physician about the long-term consumption of this water.

If you have questions, feel free to contact Mr. Mark Doyle, Livingston County Health Department at 517-536-9850, or me.

Sincerely,

Lois Elliott Graham
Lois Elliott Graham, R.S.
Contamination Investigation Unit
Ground Water Supply Section
Drinking Water and Radiological Protection Division

LEG:ckh

Enclosures
cc:   Mr. Daryl Fecho, Manager, Brighton Township
      Mr. Mark Doyle, Livingston County Health Department
      Ms. Beth Vens, DEQ, ERD, Shiawassee District Office
File: Kensingston Road Area Residential Wells

EQP 0100-30o
(Rev. 4/97)