UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :        Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*        :
                                                    :        ORDER GRANTING ADMISSION
                  Debtor(s)              :        TO PRACTICE, PRO HAC VICE
-------------------------------------------------------------x

Upon the motion of Alexander McHenry Memmen, to be admitted, *pro hac vice,* to represent Terry Moore, et al., (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Illinois, it is hereby,

ORDERED that Alexander McHenry Memmen is admitted to practice, *pro hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **March 22, 2018**                                    */s/Martin Glenn*
                                                                                           The Honorable Martin Glenn
                                                                                             United States Bankruptcy Judge