# Exhibit A



LIBER 2245 PAGE 0130

**RECORDED**

1997 NOV -4  P 12: 16

NANCY HAVILAND
REGISTER OF DEEDS
LIVINGSTON COUNTY, MI.
48843



**RESTRICTIONS**

**FOR**

**"THE OAKS" AT BEACH LAKE NO. 2**

LIBER 2245 PAGE 0143

Section 8. Committee Approval: Committee approval shall be deemed given if the plans and specifications submitted for approval are marked or stamped as having been finally approved by the Committee and are dated and signed by any one member of the Committee.

## VII. RESTRICTIONS FROM LIVINGSTON COUNTY HEALTH DEPARTMENT

1. No lot shall be used for other than a single family dwelling.

2. There shall be no future subdividing of any building lots which would utilize individual onsite sewage disposal and/or water supply systems.

3. "The Oaks at Beach Lake No. 2" Subdivision has been approved for 21 individual lots as described in Boss Engineering's site plan Job #95287 dated 6/18/96. The wells and septics shall be located in the exact area as indicated on the preliminary plans as submitted.

4. Hydrogeologic studies have identified several water bearing layers (Aquifers) beneath the property. Beneath and hydrologically separated from the shallow aquifer ("Water Table Aquifer") are up to three additional aquifers ("Confined Aquifers").

The Confined Aquifers have been determined by the Developer's Hydrologist as having the most acceptable level of potable water. The Hydrologist has identified the presence of a higher than normal level of minerals (including but not limited to, iron, chloride and sodium [collectively "Minerals"]) in the Water Table Aquifer. Acceptable levels of Minerals have been identified in the Confined Aquifers. Water wells are not to be installed within the Water Table Aquifer.

A water treatment system should be used to "soften" the water and to reduce the iron concentrations. When installing the water treatment system, the Homeowner shall not allow the softening discharges to be disposed of in the community septic system or the individual septic system. The softening discharge must be separately disposed of.

All wells shall be drilled by a licensed Michigan well driller and shall be drilled through the Water Table Aquifer and into an underlying Confined Aquifer to a depth of at least the depth indicated, for the specific lot as detailed below.

| Lot # | Ground Surface Elevation | Minimum Well Screen Depth | Approximate Invert Elevation |
|---|---|---|---|
| 39 | 1012 | 232 | 780 |
| 40 | 1012 | 182 | 830 |
| 41 | 1020 | 190 | 830 |
| 42 | 1014 | 184 | 830 |
| 43 | 1024 | 194 | 830 |
| 44 | 1016 | 186 | 830 |
| 45 | 1036 | 206 | 830 |
| 46 | 1038 | 208 | 830 |
| 47 | 1038 | 208 | 830 |
| 48 | 1038 | 208 | 830 |
| 49 | 1036 | 206 | 830 |
| 50 | 1040 | 210 | 830 |
| 51 | 1038 | 208 | 830 |
| 52 | 1038 | 208 | 830 |
| 53 | 1042 | 212 | 830 |
| 55 | 1016 | 236 | 780 |
| 56 | 1016 | 236 | 780 |
| 57 | 1028 | 248 | 780 |
| 58 | 1040 | 260 | 780 |
| 59 | 1044 | 264 | 780 |

APPROVED
Livingston County Health Department
Name _____
Date 9-11-97

14