U.S. District Court
S.D. of New York
One Bowling Green
New York NY 10004

March 16, 2018

Re: Paul Minix vs. GM Motors
Case No. 09-50026 (mg)

Dear Clerk

Please record my change of address.

And,

Please forward to me the court's most recent rulings in the above case. I do not have access to PACER. I am proceeding pro se in this case and would like to be updated on case status.

Respectfully  __NEW ADDRESS__

Paul Minix
#638154
Eastham Unit
2665 Prison Rd. 1
Lovelady, TX 75851


RECEIVED
MAR 22 2018
U.S. BANKRUPTCY COURT
S. DIST. OF NEW YORK