KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :   Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*         :
                                                   :
                        Debtors.     :   (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on March 26, 2018 I caused to be served a true and correct copy of *Reply by General Motors LLC to Objection by Pat Bombard to Motion by General Motors LLC to Enforce the Bankruptcy Court's Sale Order and Court-Approved Deferred Termination (Wind-Down) Agreement With Respect to Pat Bombard* [Dkt. No. 14253] by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed below by causing copies of same to be delivered *via* email and overnight delivery upon:

    Frederick R. Guy. Esq.
    3596 Pleasant Valley Road
    Syracuse, New York 13215
    rickguy7@gmail.com

Further, copies of the document were served upon the person listed below by causing copies of same to be delivered *via* overnight delivery upon:

Mr. Pat J. Bombard
5 Wheeler Avenue
Fayetteville, New York 13066

Dated: March 27, 2018
       New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson___
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*