KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on March 26, 2018 I caused to be served a true and correct copy of *Reply by General Motors LLC to Objection to Motion by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and the Rulings in Connection Therewith, With Respect to the Moore, et al., Plaintiffs* [Dkt. 14254] by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed below by causing copies of same to be delivered *via* email and overnight delivery upon:

| | |
|---|---|
| Edward J. Hood | Alexander McH. Memmen |
| Karl J. Edward Fornell | THE MEMMEN LAW FIRM, LLC |
| Joseph Colaianne | 505 North LaSalle Street, Suite 500 |
| CLARK HILL PLC | Chicago, Illinois 60654 |
| 500 Woodward Avenue, Suite 3500 | amm@memmenlaw.com |
| Detroit, Michigan 48226-3435 | |
| ehood@clarkhill.com | |
| kfornell@clarkhill.com | |
| jcolaianne@clarkhill.com | |

Dated: March 27, 2018
New York, New York

                        KING & SPALDING LLP

                        By: /s/   Scott I. Davidson
                        Arthur J. Steinberg
                        Scott Davidson
                        King & Spalding LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222

                        *Attorneys for General Motors LLC*