**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, BY MICHAEL L. CALDWELL

    I, Michael L. Caldwell, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent General Motors LLC in the above referenced case.

    I certify that I am a member in good standing of the bar in the State of Michigan and the bars of the Sixth Circuit Court of Appeals, the United States District Court for the Eastern District of Michigan and the United States District Court for the Western District of Michigan.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 28, 2018
       Farmington Hills, Michigan

                             /s/ Michael L. Caldwell
                             Michael L. Caldwell
                             Zausmer, August & Caldwell, P.C.
                             32255 Northwestern Highway, Suite 225
                             Farmington Hills, MI 48334
                             Phone: 248-851-4111
                             Fax: 248-851-0100
                             E-mail: MCaldwell@zacfirm.com