UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No.:  09-50026 (MG) |
|     f/k/a **General Motors Corp.**, *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael L. Caldwell, Esq., to be admitted, *pro hac vice*, to represent General Motors LLC in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bars of the Sixth Circuit Court of Appeals, the United States District Court for the Eastern District of Michigan and the United States District Court for the Western District of Michigan, it is hereby

ORDERED, that Michael L. Caldwell, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent General Motors LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018
       New York, NY

_____
UNITED STATES BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT