KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------------- x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 29, 2018 AT 10:00 A.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

1. *Motion by General Motors LLC to Enforce the Bankruptcy Courts Sale Order and Court-Approved Deferred Termination (Wind-Down) Agreement With Respect to Pat Bombard filed by Arthur Jay Steinberg on behalf of General Motors LLC* (including all exhibits) **(ECF No. 14243)**

   Response Filed:

   A.    *Motion to Dismiss, filed by Pat J. Bombard, pro se* (including attachments) **(ECF No. 14255)**

   Reply Filed:

    A.    *Reply by General Motors LLC to Objection by Pat Bombard to Motion by General Motors LLC to Enforce the Bankruptcy Court's Sale Order and Court-Approved Deferred Termination (Wind-Down) Agreement With Respect to Pat Bombard* **(ECF No. 14253)**

Status: This matter is going forward.

2. *Motion by General Motors LLC to Enforce the Bankruptcy Courts July 5, 2009 Sale Order and The Rulings In Connection Therewith, With Respect to the Moore, et al. Plaintiffs filed by Arthur Jay Steinberg on behalf of General Motors LLC* (including all exhibits) **(ECF Nos. 14241 and 14242)**

Response Filed:

    A.    *Objection to General Motors' Motion to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and The Rulings In Connection Therewith, With Respect to the Moore, et al. Plaintiffs* (including exhibits) **(ECF No. 14251)**

Reply Filed:

    A.    *Reply by General Motors LLC to Objection to Motion by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and the Rulings in Connection Therewith, With Respect to the Moore, et al., Plaintiffs* **(ECF No. 14254)**

Status: This matter is going forward.

Dated: March 28, 2018
        New York, New York

KING & SPALDING LLP

By: /s/   Arthur J. Steinberg
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*