KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                 :
                                                         :
        Debtors.                               :    (Jointly Administered)
------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

       This is to certify that on March 28, 2018 I caused to be served a true and correct copy of the *Notice of Agenda - Notice of Matters Scheduled for Hearing on March 29, 2018 at 10:00 a.m. (Eastern Time)* [Dkt. No. 14262] by electronic mail on all parties receiving notice via the Court's ECF System.

       In addition, copies of the document were served upon each of the persons and entities listed below by causing copies of same to be delivered *via* email upon:

| | |
|---|---|
| Edward J. Hood | Alexander McH. Memmen |
| Karl J. Edward Fornell | THE MEMMEN LAW FIRM, LLC |
| Joseph Colaianne | 505 North LaSalle Street, Suite 500 |
| CLARK HILL PLC | Chicago, Illinois 60654 |
| 500 Woodward Avenue, Suite 3500 | amm@memmenlaw.com |
| Detroit, Michigan 48226-3435 | |
| ehood@clarkhill.com | |
| kfornell@clarkhill.com | |
| jcolaianne@clarkhill.com | |

Frederick R. Guy. Esq.
3596 Pleasant Valley Road
Syracuse, New York 13215
rickguy7@gmail.com

Dated: March 29, 2018
New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*