# Exhibit A

**Schedule Of Certain MDL 2543 Events That May Impact The Late Claims Matter**

| TIMING | TYPE | DESCRIPTION |
|---|---|---|
| Completed 12/8/17 | Economic Loss (EL) | Briefing on New GM's Motion for Summary Judgment on Benefit-of-the-Bargain Damages |
| Completed 3/8/18 | EL | Briefing regarding dismissal of certain economic loss claims and categories of damages in 35 states (manifest defect, damages for alleged lost time, and unjust enrichment) |
| 4/5/18 | Personal Injury (PI) | Submission of Joint Proposed Order re procedures for dismissal of potentially non-meritorious pre-Sale personal injury claims on grounds of statute of limitations, statute of repose, and failure to plead a defect/causation |
| 4/20/18 | EL | Plaintiffs' Rebuttal Expert Reports due |
| 4/27/18 – 6/15/18 | PI | Briefing on New GM's Consolidated Summary Judgment Motion in personal injury cases on ground that air bag deployed |
| 5/4/18 – 7/20/18 | EL | Briefing on Plaintiffs' Class Certification Motion related to three bellwether states (CA, TX, and MO) |
| 5/4/18 – 7/20/18 | EL | Briefing on New GM's Summary Judgment Motion and Daubert Motion related to three bellwether states (CA, TX, and MO) |
| 5/15/18 – 7/3/18 | PI | Briefing on New GM's Consolidated Summary Judgment Motion related to statute of limitations/repose |
| 6/22/18 – 8/10/18 | EL | Briefing on New GM's Daubert Motion (if any) related to Plaintiffs' Motion for Class Certification |
| 6/22/18 - 8/10/18 | EL | Briefing on Plaintiffs' Daubert Motion (if any) related to New GM's Motion for Summary Judgment |
| September or October 2018 2018 (or as soon thereafter as is reasonably practicable) | EL | Class Certification/Summary Judgment Hearing |