3/28/2018

To Honable Judge
Martin Glenn

I am writing You and The Court
I am asking for Your help with
my case. NO: 09-50026 (MG).
I am acting ProSE & cant
Be There on 3/29/2018. I have
no finaly ablty to get to courts
I have filed my papers with Your
Court. I am asking for You and
Your court to allow. My Motor
Vehicle hearing to Happen this April
per Leter I found you Today. Also
To Dismiss our notes and award

page 1 →

3/28/2018

Reply By Pat Borland
To Objections of GM LLC
To Dismiss GM Case
No: 09-50026 (MG)

att.
Arthur Steinberg
Scott Davidson

There Motion has no Merit in this Court. And is attempt To cause personal harm and financial harm to Mr Borland and use the court has a bad weapon for clearly to Barnstorm and case harm. Therefore There claim should be dismissed and Borland shall be awarded damages and fees. from this case.

1) NOT TRUE
2) BK court received answer 3/16/2018
3) PRO SE is the way I need to proceed to another court
4) DMV hearing filed and STAY IS AUTOMATIC

me the award and danger. This is my Life and family. That A need To provide and move to a good place so A can Take care of Them..

Sorry about my writing hope you can read and my answer helps You..

Thank You
Cat

my cell

5). Second circuit court does hAve Bearing on Case. The Decision is for The Dealer and his Franchise and all rights and awards.

6). Proof of Claim for cost is To be allowed per. old GM New GM BK. proceedings

7). NYS Vehicle and Traffic
   LAW - 471 - A
   LAW - 471 - B
   LAW - 463(2)(e)(i)
       465(7)

8. CPLR 3211 (a)(2)(c)4(5)

Patsy Borland
Pro SE

faxed To KING + SPAULDING   212-556-2222 fax
   3/28/2018
mail To cut 3/27/2018
To BK. Judge

## STATE OF NEW YORK - DEPARTMENT OF MOTOR VEHICLES
### 6 Empire State Plaza, Albany, New York 12228

**Division of Safety and Business Hearings    Tel: (518) 474-1509    Fax: (518) 473-8505**

|  |  |
|---|---|
| SAFETY AND BUSINESS HEARING BUREAU ) NOTICE OF HEARING ) ) in the matter of ) Pat J. Bombard DBA Bombard Car Company, Inc. ) ) Dealer/Franchisee ) and ) General Motors Corporation-Chevrolet ) Franchisor ) RESPONDENT | Case No. __FMD201801__ <br><br> Date of Hearing: April 23, 2018 <br> Time of Hearing: 9:00 AM <br> Place of Hearing: <br> NYS Dept. of Motor Vehicles <br> Western Lights Plaza <br> 4671 Onondaga Blvd Suite #100B <br> Syracuse, NY 13219 <br><br> Presiding Officer: Jeffrey Leibo |

YOU ARE HEREBY GIVEN NOTICE that an Adjudicatory Hearing, conducted by the New York State Department of Motor Vehicles, in accordance with Vehicle and Traffic Law Section 471-a, and 15 N.Y.C.R.R., part 127.13, has been scheduled between the above parties before the assigned presiding officer.

This hearing is a result of a *Request for Adjudicatory Proceeding*, filed by the franchised motor vehicle dealer with the Commissioner of the Department of Motor Vehicles. The matters asserted by the dealer are as per the attached sheet. If you are hearing impaired, an interpreter will be available to you if you notify the Safety and Business Hearing Bureau in advance. An interpreter for the hearing impaired will be provided at no charge. It is your responsibility to bring an English translator if needed. You are permitted to appear with counsel. You should be prepared to present all evidence and witnesses at the hearing.

Adjournments are not granted except for good cause based on all the circumstances. Requests for adjournments should be made to the Safety and Business Hearing Bureau, Department of Motor Vehicles, 6 Empire State Plaza, Albany, NY 12228. Contact the bureau promptly. Do not assume an adjournment has been granted without specific confirmation. **In case of inclement weather such as a snow/ice storm please call Safety Hearing at (518) 474-1509 on the morning of hearing to see if hearing is still on.**

**Franchisor:** You have **20 Days** from receipt of this Hearing notice to deliver to the assigned presiding officer at the above address, and to the Dealer-Franchisee, a short and concise answering statement in response to the Dealer-Franchisee's allegations, and of the facts on which you rely upon in defense of such allegations, along with any supporting documents. **Your attention is directed to the automatic stay provisions, without bond, under Vehicle and Traffic Law Sections 463(2)(e)(1) and 465(7).**

**Dealer-Franchisee:** You have **20 Days** from receipt of the Franchisor's answering statement, to submit to the presiding officer at the above address, an additional statement of facts and documentary material but only to the extent of answering any new matter raised by the franchisor.

Date:   1/31/18

### THE HEARING WILL START PROMPTLY

| Dealer/Franchisee: | Pat J. Bombard DBA Bombard Car Company, Inc. | Franchisor: | General Motors Corporation-Chevrolet |
|---|---|---|---|
| Address: | 5 Wheeler Avenue Fayetteville, NY 13066 | Address: | General Motors Global Headquarters Detroit, MI 48625 |
| Telephone #: | 315-382-9464 | Telephone #: | 313-667-9844 |
| Represented By: | Fredrick R. Guy, ESQ | Represented By: | Deborah F. Collins, Esq |
| Address: | The Guy Law Firm PLLC 3598 Pleasant Valley Road Syracuse, NY 13215 | Address: | 300 Renaissance Center Detroit, MI 48625 |
| Telephone #: | 315-314-7461 | Telephone #: | 313-667-9844 |

AA-70 (8/10)

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: MOTORS LIQUIDATION Company, et al., F/K/A General Motors Corp., et al. | Case Number: 09-50026 (MG) | |

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
PAT BOMBARD

COURT USE ONLY

Name and address where notices should be sent: 5 Wheeler Ave Fayetteville NY 13066

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Telephone number: 315-382-9464    email: summerwinds llc patik c.m

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:    email:

1. Amount of Claim as of Date Case Filed:  $ 10 Million

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Franchise Award Chevrolet
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: 9191 | 3a. Debtor may have scheduled account as: _____ (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _____ (See instruction #3b) |
|---|---|---|

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☒ Other
Describe:

Value of Property: $ 10 Million

Annual Interest Rate _____% ☒ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ 10 Million

Basis for perfection: F/A Chev

Amount of Secured Claim: $ 10 Million

Amount Unsecured: $ 0

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority: $ _____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)     2

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See Instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: PAT BOMBARD
Title: PRESIDENT
Company: BOMBARD CARS
Address and telephone number (if different from notice address above):

_____
_____

Telephone number: _____ email: _____

(Signature) Pat J Bombard    (Date) 3/13/2018

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.