# **Exhibit 2**

| | |
|---|---|
| **From:** | Davidson, Scott |
| **Sent:** | Friday, March 30, 2018 11:01 AM |
| **To:** | rickguy7@gmail.com |
| **Cc:** | Steinberg, Arthur; Ellis, Robert (REllis@dykema.com); jpavlus@bcplegal.com |
| **Subject:** | In re Motors Liquidation Company; Case No: 09-50026  - Motion to Enforce With Respect to Pat Bombard |

Mr. Guy:

Reference is made to Judge Glenn's comments at yesterday's hearing on New GM's Motion to Enforce.  It is clear that the Bankruptcy Court has taken jurisdiction over this matter pursuant to the terms of the Sale Order and the Wind Down Agreement that Mr. Bombard signed.  The Bankruptcy Court has requested supplemental submissions by April 5, 2018, will hold a further hearing on this matter on April 12, 2018, and indicated that it would promptly issue a ruling.  Based on these circumstances, we believe you are required to join in New GM's request to stay Mr. Bombard's Adjudicatory Proceeding Request in the NY DMV until Judge Glenn has ruled on New GM's Motion to Enforce.  Please confirm by Tuesday, April 3, 2018 that you will promptly file such a pleading.

Thank you
**Scott I. Davidson | King & Spalding LLP**
_____

Tel: 212.556.2164 | Fax: 212.556.2222 | E-mail: sdavidson@kslaw.com
1185 Avenue of the Americas | New York, New York 10036
_____

The information contained in this e-mail is personal and confidential and is intended for the recipient only. In the event that you have received this message in error, please delete it immediately and inform the sender as soon as possible.