# Exhibit 5



New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

THIS CERTIFICATE EXPIRES 04/30/10

FACILITY IDENTIFICATION NO.   7058987

BOMBARD CAR CO INC
POBX8 1351 E GNSE RD
SKANEATELES NY   13152

Validation Date and Number:   04/15/08   02339

This person is   REGISTERED AS A
NEW MOTOR VEHICLE DEALER
pursuant to the provisions of the Vehicle and Traffic Law.

This document does not certify that this business complies with zoning and other local laws

POST IN A CONSPICUOUS PLACE

NV-81P (11/05)