# **Exhibit 8**

SKANEATELES N.Y 13152    10/8/2014

DBPG CONTACT INF. - ADDRESS + FAX

Dealer Business Planning Group
100 Renaissance Center    FAX
MAIL - CODE - 482 - AUE - CGC    315 607-5121
DeTroit MI 48265 - 1000    10/8/2014

Please CONTACT ME oN
my Personal cell 315-506-5797
Dealer NAME    PAT BoMBARD
BAC 115292
Chev - 15-044

I AM giving you my EMAIL ADRESS
SUMMERWINDS.LLC @ g.MAiL.COM

PLEASE FORWARD To MY EMAiL
ALL Dealership NEW CONTRACT FOR
5 year RENEWAL PER YOUR aggament
oN MY Chevrolet STORE.
I AM EXCITED ABOUT MY NEW STORE
AND Chevrolet New Product
AND BREAKing More SALES RecorAS

Pat Bombard

CC. CSR 0710 ASS.
CC dBADAM. LAWYER dBADANTE@RCBN. NET
CC M. Ashley LAWYER MiTchell Ashley Law@ the Ashley law Firm.com