# Exhibit 9

Pat Bombard
Bombard Car Co
230 Turner Ave
Syracuse, NY 13219

January 5, 2016

Re: Bombard Car Co., Inc.

Dear Mr. Bombard:

I am writing in response to your request for information concerning Bombard Car Co., Inc. As you can see from the agreements and correspondence enclosed, Bombard Car Co., Inc. ("Dealer Company") no longer has a General Motors Dealer Sales and Service Agreement for Chevrolet as a result of the Dealer Company's failure to comply with the March 11, 2010 Letter of Intent you executed on March 17th of that year. You received notice on both July 16, 2010 and November 3, 2010 of your failure to comply with the Letter of Intent, specifically, your failure to provide evidence of floorplan and the failure to return the initial wind-down payment within 60 days of your execution of the Letter of Intent.

Each letter is attached for your review and specifically describes these events. Your Dealer Agreement expired October 31, 2010 as described in the Wind-Down Agreement dated June 1, 2009. If you have any further questions, please contact me at deborah.f.collins@gm.com.

                                                  Respectfully,

                                                  Deborah F. Collins
                                                  Attorney
                                                  GM Legal Staff