# Exhibit 10

| | |
|---|---|
| **From:** | Deborah F. Collins <deborah.f.collins@gm.com> |
| **Sent:** | Saturday, March 05, 2016 5:13 PM |
| **To:** | Pat |
| **Cc:** | Lynn Howard |
| **Subject:** | RE: Bombard |

Dear Mr. Bombard:
As stated in my January letter and in the materials provided with that letter, you do not have a General Motors Dealer Sales and Service Agreement for Chevrolet. You do, however, have unclaimed wind down funds available upon completion of a number of outstanding requirements. I will be able to provide you a list of the remaining issues that must be resolved in order to receive the remainder of your wind down payment when I return to the office next week.
Deb Collins

-----Original Message-----
From: Pat [mailto:summerwindsllc@gmail.com]
Sent: Friday, March 04, 2016 3:43 PM
To: Deborah F. Collins <deborah.f.collins@gm.com>
Subject: Bombard

Ms Collins Can You Please Answer my Email . With a Update On My Chevrolet Store and Deposit With Gm . I understand You are Busy but I need To Move Forward I'm Hoping we Can agree and Not Choose Legal Action. No One Wins !! So Please Give Me a Chance to Follow My Dealership With Your Help and Lynn And My Letter Sent To CEO of Gm Thank You For The Help Needed Have a Nice Weekend . Look Forward to A Yes !! Pat Bombard

Sent from my iPhone

1