**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                :

In re                                        :                Chapter 11

**MOTORS LIQUIDATION COMPANY,** *et al.*,   :               Case No. 09-50026 (MG)
        f/k/a General Motors Corp., *et al*.      :

                          Debtors.        :               **(Jointly Administered)**
                                                :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINTON    )
                                    ) ss
COUNTY OF KING          )

I, Eric Westberg, being duly sworn, depose and state:

1.      I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.      On April 9, 2018, at the direction of Drinker Biddle & Reath LLP , attorneys for the Motors Liquidation Company GUC Trust Administrator, I caused true and correct copy of the following document to be served by e-mail to summerwindsllc@gmail.com and by first class mail on the party identified on Exhibit A (Affected Party):

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

) **Order Approving Motion Pursuant to Bankruptcy Rule 3003 and Section 105(a) of the Bankruptcy Code for an Order Disallowing Certain Late Filed Claims** [Docket No. 11394].

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 11th day of
April, 2018

/s/ Katherine A. Hathaway
Katherine A. Hathaway
Notary Public, State of Washington
No. 184372
Commission Expires: February 26, 2020

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| PAT BOMBARD | 5 WHEELER AVE | | | | FAYETTEVILLE | NY | 13066 |