# Exhibit B

  

April 15, 2018

***VIA ELECTRONIC COURT FILING***

The Honorable Jesse M. Furman
United States District Court
Southern District of New York

    Re:    *In re: General Motors LLC Ignition Switch Litig.*,
           14-MD-2543 (JMF); 14-MC-2543

Dear Judge Furman:

    Pursuant to Order No. 131 ¶ 11 (Docket No. 4499), Co-Lead Counsel for the Economic Loss Plaintiffs and counsel for New GM, having met and conferred, write jointly to request a further short extension on certain deadlines relating to the economic loss schedule. This request is necessary as the parties continue to work in good faith to complete expert discovery.

    First, the parties propose to adjust the current expert discovery deadlines as follows: moving the deadline for Plaintiff expert rebuttal reports from April 20, 2018 to **Friday, May 18, 2018**, and the deadline to depose New GM's experts and Plaintiffs' rebuttal experts from May 4, 2018, to **Friday, June 22, 2018**.

    Second, and flowing from the parties' proposed adjustment to the completion of expert discovery, the parties propose to adjust the current summary judgment, class certification, and *Daubert* motion practice deadlines by moving the deadline for opening briefs from May 4, 2018 to **Friday, June 29, 2018**; opposition briefs from June 22, 2018 to **Friday, August 24, 2018** (including any *Daubert* motions that Plaintiffs may file in connection with New GM's summary judgment motion and any remaining *Daubert* motions that New GM may file limited to plaintiffs' class certification motion); reply briefs from July 20, 2018 to **Friday, September 21, 2018**; and certain replies in support of *Daubert* briefing from August 10, 2018 to **Friday, October 12, 2018**.

    Third, the parties propose to change the hearing on summary judgment and class certification contemplated in Order No. 131 from "September or October 2018 or as soon thereafter as is reasonably practicable" to "October or November 2018 or as soon thereafter as reasonably practicable."

    This is the parties' third request for an extension of the deadlines in Order No. 131, and, if granted, would only modestly extend the timing of resolving summary judgment and bellwether class certification motions in the economic loss case. Consistent with Order No. 131, the parties have attached as Exhibit 1 hereto a revised economic loss deadline chart incorporating the parties' proposed extension request.

HB010440-11 1027326 V1

The Honorable Jesse M. Furman
April 15, 2018
Page 2

                                                  Respectfully,

| */s/ Steve W. Berman* | */s/ Elizabeth J. Cabraser* |
|---|---|
| Steve W. Berman | Elizabeth J. Cabraser |
| **Hagens Berman Sobol Shapiro LLP** | **Lieff Cabraser Heimann & Bernstein, LLP** |
| 1918 Eighth Ave. | 275 Battery Street |
| Suite 3300 | 29th Floor |
| Seattle, WA  98101 | San Francisco, CA  94111-3339 |
| -and- | -and- |
| 555 Fifth Avenue | 250 Hudson Street |
| Suite 1700 | 8th Floor |
| New York, NY 10017 | New York, NY  10013-1413 |

cc:  MDL Counsel of Record

HB010440-11 1027326 V1

# Exhibit 1

## [PROPOSED] ECONOMIC LOSS DEADLINES

| Deadline | Submission | Party or Parties |
|---|---|---|
| May 18, 2018 | Plaintiff Expert Rebuttal Reports | Lead Counsel |
| June 22, 2018 | Deadline to Depose New GM's Experts and Plaintiffs' Rebuttal Experts | Both Parties |
| June 29, 2018 | Summary Judgment Motion | New GM |
| June 29, 2018 | New GM's *Daubert* Motions (if any) in connection with its Summary Judgment Motion | New GM |
| June 29, 2018 | Class Certification Motion | Lead Counsel |
| August 24, 2018 | Summary Judgment Opposition Brief | Lead Counsel |
| August 24, 2018 | Plaintiffs' Daubert Motions (if any) in connection with GM's Motion for Summary Judgment | Lead Counsel |
| August 24, 2018 | Plaintiffs' response to GM's June 29 *Daubert* Motions | Lead Counsel |
| August 24, 2018 | Class Certification Opposition Brief | Lead Counsel |
| August 24, 2018 | New GM's remaining *Daubert* Motions (if any) limited to Plaintiffs' Motion for Class Certification (motions must not duplicate arguments as to any experts already the subject of GM's June 29 *Daubert* Motions) | New GM |
| September 21, 2018 | Summary Judgment Reply Brief | New GM |
| September 21, 2018 | New GM's reply in support of June 29 *Daubert* Motions and Opposition to Plaintiff's *Daubert* Motions | New GM |
| September 21, 2018 | Class Certification Reply Brief | Lead Counsel |
| September 21, 2018 | Plaintiffs' opposition to New GM's August 24 *Daubert* Motions | Lead Counsel |
| October 12, 2018 | New GM's reply in support of its August 24 *Daubert* Motions | New GM |

| Deadline | Submission | Party or Parties |
|---|---|---|
| October 12, 2018 | Plaintiffs' reply in support of their August 24 *Daubert* Motions | Lead Counsel |
| October or November 2018 (or as soon thereafter as is reasonably practicable) | Class Certification/ Summary Judgment Hearing | Both Parties |