KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                 Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on April 17, 2018 I caused to be served a true and correct copy of the *Letter Regarding Update on Related Proceedings* [Dkt. No. 14272], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service lists were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email.

Dated: April 19, 2018
New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        -and-

        Richard C. Godfrey, P.C. (admitted *pro hac vice*)
        Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200

        *Attorneys for General Motors LLC*

# Service List for April 17, 2018

**Documents Served via E-mail:**

*Letter Regarding Update on Related Proceedings* [Dkt. No. 14272].

| | |
|---|---|
| Edward S. Weisfelner, Esq.<br>Howard Steel, Esq.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>T: 212-209-4800<br>EWeisfelner@brownrudnick.com<br>HSteel@brownrudnick.com<br>JForster@brownrudnick.com<br>SJason@brownrudnick.com<br>JMeyers@brownrudnick.com<br>ACunningham@brownrudnick.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* | Sander L. Esserman, Esq.<br>STUTZMAN, BROMBERG,<br>  ESSERMAN & PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>T: 214-969-4900<br>esserman@sbep-law.com<br><br>*Designated Counsel for Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |
| William Weintraub, Esq.<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br>wweintraub@goodwinprocter.com<br><br>*Designated Counsel for Ignition Switch Pre-Sale Accident Plaintiffs and counsel to certain Ignition Switch Post-Closing Accident Plaintiffs and certain Non-Ignition Switch Post-Closing Accident Plaintiffs* | Robert Hilliard, Esq.<br>HILLIARD MUNOZ GONZALES LLP<br>719 South Shoreline<br>Suite 500<br>Corpus Christi, TX 78401<br>T: 361-882-1612<br>bobh@hmglawfirm.com<br>kashley@hmglawfirm.com<br>lauren@hmglawfirm.com<br>rudyg@hmglawfirm.com<br>anne@hilliardshadowenlaw.com<br><br>*Lead Counsel in MDL 2543* |

| | |
|---|---|
| Elizabeth J. Cabraser, Esq.<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, L.L.P.<br>275 Battery Street<br>Embarcadero Center W.<br>San Francisco, CA 94111<br>T: 415- 956-1000<br>ecabraser@lchb.com<br>rgeman@lchb.com<br><br>*Lead Counsel in MDL 2543* | Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL<br>  SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WN 98101<br>T: 206-623-7292<br>steve@hbsslaw.com<br>carrie@hbsslaw.com<br>nick@hbsslaw.com<br>sean@hbsslaw.com<br><br>*Lead Counsel in MDL 2543* |
| Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>AKIN GUMP STRAUSS<br>  HAUER & FELD LLP<br>One Bryant Park<br>New York, NY  10036<br>T: 212-872-1000<br>dgolden@akingump.com<br>jkane@akingump.com<br>djnewman@akingump.com<br>jwoodson@akingump.com<br><br>*Counsel for Participating GUC Trust Unit Holders* | Lisa M. Norman<br>ANDREWS MYERS, P.C.<br>1885 St. James Place, 15th Floor<br>Houston, Texas 77056<br>T: 713-850-4200<br>lnorman@andrewsmyers.com<br>jjudd@andrewsmyers.com<br><br>*Counsel for Additional Ignition Switch Pre-Closing Plaintiffs* |
| Thomas J. Henry, Esq.<br>Lesley C. Paniszczyn, Esq.<br>LAW OFFICE OF THOMAS J. HENRY<br>521 Starr Street<br>Corpus Christi, TX 78401<br>T: (361) 985-0600<br>tjh@thomasjhenrylaw.com<br>lpaniszczyn@thomasjhenrylaw.com<br>ldobson@thomasjhenrylaw.com | Kristin Going, Esq.<br>Clay Pierce, Esq.<br>Marita Erbeck, Esq.<br>DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>T: (212) 248-3140<br>Marita.Erbeck@dbr.com<br>Clay.Pierce@dbr.com<br>Kristin.Going@dbr.com |