Steve W. Berman (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: 206-623-7292
Email: steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: 414-956-1000
Email: ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the MDL Court*

Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: 212-209-4800
Email: eweisfelner@brownrudnick.com
Email : hsteel@brownrudnick.com

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: 214-969-4900
Email: esserman@sbep-law.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
IN RE:                                                     :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :    Case No. 09-50026 (MG)
f/k/a General Motors Corp., *et al.*,                      :
                                                           :
---------------------------------------------------------- x    (Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

1.   Carrie Flexer, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Edmonds, Washington.

2.   On the 24th day of April, 2018, I caused to be served a true and correct copy of Notice of Filing of Amended Exhibits to Motion for an Order Granting Authority to File Late Class Proofs of Claim, with exhibits A and B thereto, docket number 14280, by filing through

- 1 -

010440-11 1028377 V1

the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3.   In addition on 24th day of April, 2018, I caused to be served a true and correct copy of Notice of Filing of Amended Exhibits to Motion for an Order Granting Authority to File Late Class Proofs of Claim, with exhibits A and B thereto, docket number 14280, by electronic mail upon the parties listed in Exhibit A.

/s/ Carrie L. Flexer
Carrie L. Flexer

Sworn to before me this
24th day of April, 2018.

/s/ Karen C. Russell
Karen C. Russell
Notary Public, State of Washington, County: King
License No. 34596
Qualified in King County
Commission Expires, February 28, 2022



010440-11 1028377 V1

# EXHIBIT A

abloomer@kirkland.com
anne@hilliardshadowenlaw.com
asteinberg@kslaw.com
bobh@hmglawfirm.com
Carrie@hbsslaw.com
dgolden@AkinGump.com
djnewman@akingump.com'
ecabraser@lchb.com esserman@sbep-law.com
jamestecce@quinnemanuel.com
JFortney@gibsondunn.com'
jkane@akingump.com
jordanharap@quinnemanuel.com
juliabeskin@quinnemanuel.com
jwoodson@akingump.com
kashley@hmglawfirm.com
LAkers@hmglawfirm.com
lauren@hmglawfirm.com
ldobson@thomasjhenrylaw.com
Lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com'
MEggenberger@gibsondunn.com
MKarlan@gibsondunn.com
Nick@hbsslaw.com rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
Sean@hbsslaw.com'
Steve@hbsslaw.com
susheelkirpalani@quinnemanuel.com
tjhenry@thomasjhenrylaw.com
WWeintraub@goodwinlaw.com

010440-11 1028377 V1