# EXHIBIT A – AFFECTED MOVANTS[2]

1. Lisa Allen
2. Elizabeth Burns*
3. Veronica Lynn Davis
4. Santoria Gibbs
5. Mary Gibson
6. April Gill
7. John Hairston*
8. Marjorie Lockhart
9. Kimberly Lopez
10. Justin Maclin
11. Myra Washington
12. Julie Moza
13. Richard Moza
14. Joell Platzke
15. Shirley Pylar
16. Janet Reetz
17. Richard Rooney*
18. Willie Shells*
19. Glenn Stanley
20. Kally Surbeck*[3]
21. Chelsea Vargas*
22. Dwayne Waithe
23. Tracy West*

---

[2] Those Affected Claimants marked with an "*" have affirmatively consented to the withdrawal of their proofs of claim from the Motion.

[3] Kally Surbeck affirmatively withdraws her proof of claim from the Motion, however, HMG and TJHIA continue to represent her in the MDL.

i

ACTIVE/94684307.3