# EXHIBIT B – UNAFFECTED MOVANTS

1. Christine Albert
2. Vangie Anderson
3. Horace Atkinson, individually, and as representative of the estate of Tammeye Jan Atkinson
4. Sandra Baylor, individually and as next friend of Kyle Wojciechowski
5. Keith Bennett
6. Walter Bennett
7. Kathleen Bonito
8. Alicia Bowyer
9. Linda Braxton
10. Sandra Bremenkamp
11. Joseph Brooks
12. Rose Brooks
13. Cathalina Brown
14. Amanda Buckley
15. Connell Caldwell
16. Nicole Carter
17. Dessie Chandler
18. Hans Charles
19. Donna Collins, individually and as next friend of Billy Collins
20. Ruth Cuthbertson
21. Gayla Deforest
22. Michelle Delhommer, individually and as next friend of Justice Delhommer and Justin Kyle
23. Michael Deming
24. Peter Doinidis Jr.
25. Alan Dyer, individually and as representative of the estate of Emma Dyer
26. Margaret Dyer
27. Kesha Edmonson
28. Shiza Edwards
29. Abraham Elias
30. Diane Elias
31. Michael Elias
32. Kristi Fair
33. Edward Ferruolo
34. Robert Fish
35. Jessica Fleming
36. Sandra Gibbs
37. Robert Gillespie
38. Tiffany Gomez
39. Catherine Gordon
40. Crystal Greene
41. Stephanie Grooms
42. Kevin Gross

i

43. Michelle Groves
44. Robert Haislah
45. Donnie Hamilton
46. Paul Harmon
47. Wade Hawes
48. Deana Hemminger
49. Roderick Hill
50. Wesley Hubbard
51. Erik Hultgren
52. Gwendolyn James
53. Robert Jennings
54. Michael Johansen
55. Jason Johndro
56. Kara Johnson
57. Volanda Jones
58. Gloria Kage
59. Rahseda Kalilou
60. Michael Kavanaugh
61. William Keller
62. Andrea Laird
63. James Latimer
64. Nachel Leblanc
65. Gilbert LeDay
66. Janeshea Leonard
67. Kevin Lissner
68. Jenna Loree
69. Mark Love
70. Teeynesha Love
71. Kon Lueth
72. Patricia Lynch
73. Patricia McCloud
74. Sharon McGhee
75. Randall McPherson
76. Eileen Mency
77. Melanie Mosley
78. Edson Myers
79. Ashley Page
80. Sammie Page
81. Kenneth Pearce
82. Sharon Powell
83. Katherine Prados
84. Jami Pruitt
85. Jose Quintanilla
86. Rosalita Quintanilla
87. Samuel Raniolo
88. Justin Robbins

ACTIVE/94684307.3

89. Miranda Robinson
90. Dailene Rodgers
91. Rafael Rodriguez
92. Samara Roura
93. Amy Ruppert
94. Carla Santiago
95. Deborah Scroggins
96. Patricia Shinko
97. Deidra Shipman
98. Rodney Sims
99. Clara Small
100. George Smith
101. Rickey Sorrells
102. Christina Spencer
103. Carol Spiller
104. Deborah Stanley
105. Cheryl Stevens
106. Aliana Strauss
107. Marshell Swafford
108. Johnnie Sykes
109. Kenya Taylor
110. Teresa Thomison
111. Hilda Vasquez
112. Erica Walker
113. Tionnte Walker
114. Isaac Warren
115. Diana Watkins
116. Rhonda Weston
117. Virginia White
118. Ashley Wiley
119. Alexander Williams
120. Johnny Wilson
121. Vernessa Wright
122. George Zamora