

Kristin K. Going
212-248-3273 Direct
212-248-3141 Fax
Kristin.Going@dbr.com

*Law Offices*

1177 Avenue of the Americas
41st Floor
New York, NY
10036-2714

212-248-3140
212-248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

April 25, 2018

**VIA ELECTRONIC COURT FILING AND E-MAIL**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

**Re:    In re Motors Liquidation Company, Case No. 09-50026 (MG)**

Dear Judge Glenn:

I write on behalf of Wilmington Trust Company, solely in its capacity as trust administrator and trustee (the "**Trust Administrator**") of the Motors Liquidation Company GUC Trust (the "**GUC Trust**").  Pursuant to this Court's Order of March 27, 2018, we are pleased to report that today the GUC Trust executed a settlement agreement with the Ignition Switch Plaintiffs, certain Non-Ignition Switch Plaintiffs (collectively, the "**Economic Loss Plaintiffs**") and certain of the Ignition Switch Pre-Closing Accident Plaintiffs.  The GUC Trust, the Economic Loss Plaintiffs and the Ignition Switch Pre-Closing Accident Plaintiffs are currently working to finalize motion papers and ancillary documents necessary to seek approval of the settlement from this Court and to implement the terms of the Settlement.  We anticipate filing the necessary motions on or before May 2, 2018.

We are available at the Court's convenience should Your Honor wish to discuss this matter.

Respectfully Submitted,

*S/ Kristin K. Going*
Kristin K. Going
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
(212) 248-3273
Kristin.going@dbr.com

KKG/TYL

*Established* 1849

92405076.3