PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Aidan Synnott
Kyle J. Kimpler

*Co-Counsel for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                           :
                                                                 :   **Chapter 11**
**MOTORS LIQUIDATION COMPANY,** *et al.,*                        :
f/k/a General Motors Corp., *et al.*                             :   **Case No. 09-50026 (MG)**
                                                                 :
**Debtors.**                                                     :   **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that General Motors LLC ("New GM") enters its appearance by and through its co-counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such parties in interest hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the names of the undersigned representatives be added to the mailing list maintained by the Clerk in the above-captioned case, and that the Clerk and all other parties in interest in this case provide all notices and all papers served on any

Pg 2 of 3

party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case, to all of the persons listed directly below:

> Paul M. Basta (pbasta@paulweiss.com)
> Aidan Synnott (asynnott@paulweiss.com)
> Kyle J. Kimpler (kkimpler@paulweiss.com)
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 1285 Avenue of the Americas
> New York, New York  10019-6064
> Telephone: (212) 373-3000
> Facsimile:  (212) 757-3990

**PLEASE TAKE FURTHER NOTICE** that Paul Weiss will represent New GM as co-counsel with King & Spalding LLP, who has previously filed a notice of appearance in these cases.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the above-referenced case and the proceedings therein, all of which shall be sent to all of the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any right of New GM to (i) have final orders in non-core matters

entered only after *de novo* review by a higher court; (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any and all rights, claims, actions, defenses, setoffs, recoupments, or remedies to which New GM is or may be entitled under agreements, in law or in equity, any and all of which are expressly reserved hereby.

Dated: April 30, 2018  PAUL, WEISS, RIFKIND, WHARTON &
       New York, New York  GARRISON LLP

By:  */s/ Paul M. Basta*
    Paul M. Basta
    (A Member of the Firm)
Paul M. Basta (pbasta@paulweiss.com)
Aidan Synnott (asynnott@paulweiss.com)
Kyle J. Kimpler (kkimpler@paulweiss.com)
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Co-Counsel for General Motors LLC*