**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
                                                            :
In re:                                                      :     Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                         :     Case No.: 09-50026 (MG)
       f/k/a General Motors Corp., et al.,                  :
                                                            :
                              Debtors.                      :     (Jointly Administered)
------------------------------------------------------------X
```

**ORDER (1) GRANTING AUTHORITY TO REALLOCATE AND
USE DISTRIBUTABLE CASH FOR NOTICING PROCEDURES;
(2) APPROVING NOTICE PROCEDURES WITH RESPECT TO (A)
THE PROPOSED SETTLEMENT PURSUANT TO FEDERAL RULE
OF BANKRUPTCY PROCEDURE 2002(m) AND (B) THE ESTIMATION
MOTION; AND (3) DIRECTING THE PRODUCTION OF INFORMATION
HELD BY GENERAL MOTORS LLC PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004 AND BANKRUPTCY CODE SECTION 105(a)**

Upon the *Motion for Order: (1) Granting Authority to Reallocate and Use Distributable Cash for Noticing Procedures; (2) Approving Notice Procedures with Respect to (A) the Proposed Settlement Pursuant to Federal Rule of Bankruptcy Procedure 2002(m) and (B) the Estimation Motion; and (3) Directing The Production Of Information Held By General Motors LLC Pursuant To Federal Rule of Bankruptcy Procedure 2004 and Bankruptcy Code Section 105(a)*, dated May 2, 2018 (the "**Motion**"),[1] of the Ignition Switch Plaintiffs, Certain Non-Ignition Switch Plaintiffs, Certain Pre-Closing Accident Plaintiffs and the GUC Trust; and the Bankruptcy Court having considered the Motion; and a hearing on the Motion having been held before the Bankruptcy Court on _____, 2018 (the "**Hearing**") to consider the relief requested in the Motion; and the Bankruptcy Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Plan; and the Bankruptcy Court having considered the statements of counsel on the record at the Hearing and the filings of the parties in connection the

---

[1]   Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

1

92549152.1

Motion; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that pursuant to 6.1(b) of the GUC Trust Agreement, the GUC Trust is authorized and directed to reallocate $6,000,000 of otherwise distributable assets to satisfy the costs of the Notice Procedures described below;

**ORDERED** that the Notice Procedures are approved; and it is further

**ORDERED** that notice of the 9019 Motion and the Estimation Motion in accordance with the Notice Procedures shall be good and sufficient notice in satisfaction of federal and state due process obligations and other applicable law to put Plaintiffs and other parties-in-interest on notice of the 9019 Motion and the Estimation Motion, including the Release and Waiver provided for in the Settlement Agreement; and it is further

**ORDERED** that New GM must produce to the Parties within 20 days of entry of this Order the Recall Data; and it is further

**ORDERED** that, all responses and objections to the 9019 Motion must be filed and served so as to be received by _____, 2018 at 5:00 PM (EST); and it is further

**ORDERED** that the hearing on the 9019 Motion shall take place in the Bankruptcy Court on _____, 2018 at _____ (EST); and it is further

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2018
      New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

92549152.1