**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.,*<br><br>f/k/a General Motors Corp*., et al.*,<br><br><br>Debtors. | Case No. 09-50026 (MG)<br><br>(Jointly Administered) |

**ORDER RULING ON NEW GM'S OBJECTIONS TO MARK-UP OF THE**
**MOORE, *ET AL.* PLAINTIFFS' AMENDED COMPLAINT**

**MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

On February 27, 2018, General Motors LLC ("New GM") filed a *Motion to Enforce the Bankruptcy Court's July 5, 2009, Sale Order and the Rulings in Connection Therewith, With Respect to the Moore, et al. Plaintiffs* (the "Motion," ECF Doc. # 14241). Through the Motion, New GM seeks to enjoin the plaintiffs (the "Moore Plaintiffs,") in a lawsuit captioned *Terry Moore, et al. v. General Motors LLC*, Case No. 2:17-cv-14226 (the "Moore Litigation"), pending in the United States District Court for the Eastern District of Michigan. New GM believes aspects of the complaint filed in the Moore Litigation (the "Moore Amended Complaint," ECF Doc. # 14242-2) contravene the Sale Order and this Court's previous decisions and judgments, and seeks the Court's assistance in enforcing the Sale Order and enjoining the litigation to the extent the Moore Amended Complaint is improper. (Mot. ¶¶ 1, 5.) The Moore Plaintiffs filed an objection to the Motion (ECF Doc. # 14251), and New GM filed a reply in further support of the Motion (ECF Doc. # 14254). On March 29, 2018, the Court heard argument on the Motion. (*See* ECF Doc. # 14274).

During the hearing on the Motion, the Court directed the parties' counsel to meet and confer to try to narrow their disagreements regarding the Moore Plaintiffs' proposed amended

complaint.  On April 20, 2018, New GM submitted a letter to the Court (ECF Doc. # 14277-1) explaining that the parties had resolved some but not all of their disagreements.  They also provided the Court with a redlined version of the Moore Amended Complaint indicating the parties' remaining disputes (ECF Doc. # 14277-2, the "Mark-Up").

For the reasons described in the Court's Opinion and Order on the Motion (ECF Doc. # 14295), the Court sustains New GM's objections with respect to the allegations in paragraphs 5, 42, 47, 69, 71 and 119 of the Mark-Up.  The Court overrules New GM's objections with respect to the allegations in paragraphs 77, 121 and 122 of the Mark-Up.

**IT IS SO ORDERED.**

Dated: May 4, 2018
New York, New York

_____/s/ Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge