**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MOTORS LIQUIDATION COMPANY, *et al.,*

f/k/a General Motors Corp*., et al.*,

Debtors.

Case No. 09-50026 (MG)

(Jointly Administered)

**ORDER SCHEDULING A CASE MANAGEMENT CONFERENCE REGARDING**
**PROPOSED SETTLEMENT BETWEEN THE GUC TRUST AND SIGNATORY**
**PLAINTIFFS**

The GUC Trust has filed three motions in connection with a proposed settlement with the signatory plaintiffs. *See* ECF doc. ## 14292, 14293, and 14294. The Court hereby schedules a case management conference in connection with the three motions for 10:00 a.m., Friday, May 25, 2018. All parties in interest in connection with these motions shall be prepared to discuss at the hearing all issues concerning the scheduling of these motions.

On or before 5:00 p.m., May 18, 2018, counsel for the GUC Trust and for the Signatory Plaintiffs shall file a proposed schedule for all proceedings related to the three motions. On or before 5:00 p.m., May 22, 2018, any other party in interest may file a proposed alternative schedule for all proceedings related to the three motions.

All counsel wishing to be heard at the case management conference who maintain their principal office in the New York City Metropolitan Area shall appear at the hearing in person. Any counsel who does not maintain its principal office in the New York City Metropolitan Area may appear by telephone.

Counsel for the GUC Trust shall arrange and post notice of a Court Call conference telephone number for the hearing.

**IT IS SO ORDERED.**

Dated:   May 8, 2018
         New York, New York

___*Martin Glenn*_____
MARTIN GLENN
United States Bankruptcy Judge
