

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

May 2, 2018

Honorable Martin Glen
One Bowling Green
New York, New York
10004-1408

Re:   **Motors Liquidation Company**
      **Civil Action No. 09-50026(MG)**

Dear Judge Glen:

Per my conversation with Ms. Anderson of your chambers, please accept this letter as a Notice of Substitution in the above-cited matter. I am replacing Maureen Leary who left our office a month ago to work for the NYS Public Service Commission.

Thank you for your consideration in this matter.

Sincerely,

JAMES C. WOODS
Assistant Attorney General
(518) 776-2418
Jamie.Woods@ag.ny.gov

THE CAPITOL, ALBANY, N.Y. 12224-0341 • PHONE (518) 776-2400 • FAX (518) 650-9363 • WWW.AG.NY.GOV