DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Tel: (212) 248-3140
Fax: (212) 248-3141
Kristin K. Going
Marita S. Erbeck
E-mail: kristin.going@dbr.com
          marita.erbeck@dbr.com

*Attorneys for the Motors Liquidation Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                               :
**In re**                                      :    Chapter 11 Case No.
                                               :
**MOTORS LIQUIDATION COMPANY,** *et al.*,      :    09-50026 (MG)
**f/k/a General Motors Corp.,** *et al.*       :
                                               :    (Jointly Administered)
          **Debtors.**                         :
------------------------------------------------------------------x

### NOTICE REGARDING TELEPHONIC PARTICIPATION IN
### THE CASE MANAGEMENT CONFERENCE
### SCHEDULED FOR MAY 25, 2018 AT 10:00 A.M. (EDT)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.    By order entered May 8, 2018 (the "Order"), the Honorable Martin Glenn, United States Bankruptcy Judge, has scheduled a case management conference regarding three motions filed May 2 and 3, 2018, by the Motors Liquidation Company GUC Trust "in connection with a proposed settlement with the signatory plaintiffs" [ECF Nos. 14292, 14293, and 14294] for **May 25, 2018 at 10:00 a.m. (Prevailing Eastern Time)** (the "Conference") [Docket No. 14298].

    2.    The Order further (i) provides that "[a]ny counsel who does not maintain its principal office in the New York City Metropolitan Area may appear [at the Conference] by telephone" and (ii) directs counsel for the Motors Liquidation Company GUC Trust to arrange a telephonic connection for the Conference through CourtCall.

    3.    Reservations for telephonic appearances, as well as "listen-only" attendance, must be made in sufficient time to participate in the Conference by calling CourtCall at (888) 882-6878 pursuant to the CourtCall procedures attached hereto as Exhibit 1.

    4.    Counsel who have made a proper reservation with CourtCall to appear telephonically and any party wishing to make a "listen-only" appearance (who, for the avoidance of doubt, must also make a proper reservation with CourtCall) should be on the telephone by no later than 9:45 a.m. (Prevailing Eastern Time) to make his or her appearance

92574315.1

on the record, identifying counsel's name and each of the parties on whose behalf counsel is appearing, so that the Conference may commence promptly at 10:00 a.m. (Prevailing Eastern Time).  No appearances will be noted on the record after 9:55 a.m. (Prevailing Eastern Time).

Dated: New York, New York
       May 10, 2018

                                          DRINKER BIDDLE & REATH LLP

                                        By:  /s/ Kristin K. Going

                                        Kristin K. Going
                                        Marita S. Erbeck
                                        1177 Avenue of the Americas
                                        41st Floor
                                        New York, NY 10036-2714
                                        Tel: (212) 248-3140
                                        Fax: (212) 248-3141
                                        E-mail: kristin.going@dbr.com
                                                     marita.erbeck@dbr.com

                                        *Attorneys for the Motors Liquidation Company GUC Trust*

92574315.1