# **<u>EXHIBIT 1</u>**

92574315.1



6383 Arizona Circle
Los Angeles, CA 90045
Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

Court Conference® is a division of CourtCall®

# How to Use CourtCall

## Scheduling a CourtCall Appearance

**Register and log in online**
You can schedule, continue and cancel your CourtCall Appearances online at www.courtcall.com.  Available online services also include financial and firm administration tools and online account management. Note that some scheduling restrictions may apply in certain Courts.

*CourtCall online services are free, easy to use, and available 24 hours a day. There is no membership or obligation to use the service once registered. Ask a representative for details or visit our website at www.courtcall.com.

**Contacting us**
You may also call us to place your order using the toll-free number listed above. The following information will be required when requesting a CourtCall Appearance: Name of party appearing and contact information, Court location, Judge/department, appearance date/time, case name, case number, nature of proceeding and party being represented.

**Making payment**
We accept Visa, Mastercard, American Express and Discover credit cards, CourtCall Debit Accounts* and business checks [personal checks are not accepted]. Once confirmed, you will receive a written confirmation of your CourtCall Appearance.

*A CourtCall Debit Account is an easy way to track payments for CourtCall services, this pre-paid account can be managed 24 hours a day from our website. Ask a representative for details or look for the FAQ tab on our website at www.courtcall.com.

**Serving your notice**
Once you have confirmed your CourtCall, you will receive a 'Service Copy' - serve it as you would any other document. [Do not serve the confirmation as the dialing instructions are for your use only and are subject to change without notice.] **DO NOT FILE** the Request Form, Service Copy or Confirmation with the Court.

*For information and questions about CourtCall Appearances, call CourtCall, not the Court as these are general requirements and may vary.

**IF YOU DO NOT RECEIVE CONFIRMATION WITHIN 1 HOUR OF PLACING YOUR ORDER AND MAKING PAYMENT, CALL (888) 882-6878 FOR ASSISTANCE.**

*Upon receiving your documents:* **Carefully review the details and instructions for accuracy and immediately call us if corrections are required. Without a written Confirmation, you are not on the CourtCall calendar. Do not wait until the appearance is about to begin as it may be too late to make corrections or changes and you may miss your hearing.**

## Making Your CourtCall Appearance

1. **Review your Confirmation** upon receipt and before your hearing for accuracy and additional procedures as specific instructions are provided within your confirmation.

2. Unless your confirmation instructs otherwise, you must **call the toll free number on your confirmation** at least 5 minutes before your scheduled hearing time. In most instances cellular and pay phones are strongly discouraged as they may compromise the quality of the conference for ALL participants. If you *must* use a cellular phone, check to make sure you are in a location with good reception before dialing in to your conference. If using a pay phone, try to use one where background noise can be kept to a minimum. Read the **'Mandatory Instructions for Making a CourtCall Appearance'** located on your Confirmation prior to making the call and remember that you are making a Court Appearance and disruptions on the line will not be tolerated by the Judge.

3. **If prompted, dial your Access Code\*;** you will be advised whether you are joining the call in progress or if you are the first to call or you may be placed on "music-on-hold." Otherwise, if your CourtCall Confirmation does not list an access code with your assigned teleconference number, the check-in will be conducted by a teleconference specialist who will conduct the conference in accordance with the Court's instructions. The rules regarding cell phones and use of handsets apply to access code and operator-assisted calls.

* Access Code Calls: If you are the first person on the call be patient, even if you experience silence or are placed on "music-on-hold," as the Clerk will join the call in due course. As others join you may hear a mild "beep-beep" indicating that others are on the line.  Refrain from speaking, other than with the Clerk, until your case is called.

4. **After check-in wait until your case is called**.  Use your speakerphone while waiting only if you are able to mute the microphone to eliminate ambient noise. You must use the handset when speaking with the Court and identify yourself each time you speak and conduct yourself as you would if you were in the Courtroom. Note that procedures for handling

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

## How to Use CourtCall (continued)

CourtCall may vary depending on the particular courtroom; sometimes, the Court will mute their line, or you may be placed on hold with music. Listen carefully and follow any instructions provided by the CourtCall Operator or Courtroom Staff.

5. **If the Court does not join the call within 15 minutes** after your scheduled hearing time, have a staff member call CourtCall on our toll-free Help Line at (888) 882-6878 and we will be happy to assist you. Do not leave the conference line or place the conference line on hold.

6. **If Court has commenced, DO NOT INTERRUPT**. You will have an opportunity to speak. If the call is in progress and you hear voices, wait until an opportunity to speak arises without interrupting others. The Clerk may be performing a check-in and will get to you.

7. **Once your matter is concluded**, disconnect from the line. If your hearing is canceled or continued you must notify us, prior to the time of your hearing to have your fee apply to the continued hearing date or to be eligible for a refund. Matters continued at the time of the hearing require a new fee and confirmation for the new appearance date.

## CourtCall Video

### Overview

In addition to remote audio appearances, CourtCall also offers video in some courtrooms. Appearing by video is an optional enhancement to a standard CourtCall Appearance and participation in this program is at the discretion of the Court. Parties who do not wish to use video and those without video capability may continue to appear remotely by audio only, even in departments offering this service, without any negative impact to proceedings.

CourtCall Video offers all the benefits of a telephonic appearance, with an added visual element for Judges and participating parties. Lawyers, interested parties and others involved in matters scheduled before the Court have the opportunity to view the Judge and other parties appearing by video and Judges have the ability to see the participants. In courtrooms where video is permitted, the Judge's bench is equipped with a monitor and operator-supported, state-of-the-art software, providing real-time streaming video, thus allowing Judges to simulate a typical day in Court. Some Judges will require those wishing to view the Judge to also transmit video to the Court.

### Scheduling Video

Parties interested in appearing via video for a participating Judge may add video to a standard CourtCall Appearance for an additional fee when scheduling through a CourtCall representative or by completing and faxing a CourtCall Request Form indicating the availability of video. Video is not currently available for scheduling online. The supplemental fee for video participation is the same regardless of whether the Judge allows or requires one- or two- way conferencing and regardless of whether other people are transmitting video.

### Making Your Video Appearance

Those parties wishing to appear by audio and by video are provided with dialing instructions and a separate link to access the video portion of the conference. Complete details are contained in the confirmation that CourtCall will send to confirmed participants. Please note, for all remote appearances, each participant must make his or her own arrangements and must not share private conference numbers or video access links with other parties.

All participants appearing by video must be sure that sufficient bandwidth and a working camera is connected to the computer that will be used for the appearance to insure that it meets system requirements. To check your system, please visit our website at www.courtcall.com and click the link provided in the 'Video' page.

When transmitting video to the Court, participants should remember to dress as if appearing in Court and be sure to have an appropriate background to avoid activities disrupting the appearance or transmitting inappropriate images. Remote participants do not have permission to use, capture, record, retransmit, broadcast or distribute the proceedings or images of the Court or any other participant and may be subject to sanction should they do so.

### Custom Video Appearances

If you need a principal, witness, carrier representative or other party for your trial, hearing, arbitration, mediation, or other proceeding it's now as easy as calling us to make arrangements. For most custom video sessions, the fee for each remote participant is $45 for the first 45 minutes and $12.50 for each 15 minute increment or portion thereof.

> **Recording or re-broadcasting audio or video of Court proceedings is STRICTLY PROHIBITED and doing so will subject a participant to sanctions of other penalties.**

Copyright © 2015 CourtCall, LLC. All Rights Reserved.