Kris Ted Ledford
LEDFORD LAW FIRM
Heritage Professional Plaza
425 East 22nd Street, Suite 101
Owasso, OK  74055
Telephone: (918) 376-4610
Facsimile: (918) 376-4993
Email: kris@ledford-lawfirm.com

*Attorney for Christopher Pope and Gwendolyn Pope*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :    Case No.: 09-50026(MG)
    f/k/a General Motors Corp., *et al.*                    :
                                                            :    (Jointly Administered)
                    Debtors.                                :
------------------------------------------------------------x

## MOTION FOR REMOVAL

I, Kris Ted Ledford, request to be removed from the ECF notifications in the above referenced case.  The claim I was handling on behalf of Christopher Pope and Gwendolyn Pope was resolved in December of 2017.

Dated:  May 11, 2018.

                                                        Respectfully submitted,

                                                        /s/ Kris Ted Ledford
                                                        KRIS TED LEDFORD, OBA #17552
                                                        LEDFORD LAW FIRM
                                                        Heritage Professional Plaza
                                                        425 East 22nd Street, Suite 101
                                                        Owasso, OK  74055
                                                        Telephone: (918) 376-4610
                                                        Facsimile: (918) 376-4993
                                                        Email: kris@ledford-lawfirm.com

                                                        *Attorney for Christopher Pope and Gwendolyn Pope*