KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re                                                          :    Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :    Case No.:  09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                       :
                                                               :
                            Debtors.                           :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**GENERAL MOTORS LLC'S COUNTER–DESIGNATION**
**OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD**
**ON APPEAL REGARDING THE APPEAL OF THE**
**BANKRUPTCY COURT'S APRIL 13, 2018 OPINION [ECF NO. 14271]**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), General Motors LLC ("**New GM**") submits this counter-designation of additional items to be included in the record on appeal in connection with the appeal of the *Memorandum Opinion and Order Granting General Motors LLC's Motion to Enforce the Sale Order with Respect to Pat Bombard*, dated April 13, 2018 [ECF No. 14271] (the "**April 2018 Opinion**").

**COUNTER-DESIGNATION OF RECORD**

In addition to the items designated by Appellant in his statement, entered on May 7, 2018 [ECF No. 14297], New GM submits the following designation of additional items to be included in the record on appeal of the April 2018 Opinion (including any exhibit, annex, appendix or addendum thereto):

09-50026-mg    Doc 14306    Filed 05/18/18    Entered 05/18/18 11:04:54    Main Document
    Pg 2 of 2

| Item No. | Date Filed | Description | Docket No. |
|---|---|---|---|
| 1. | 2/27/2018 | Motion by General Motors LLC to Enforce the Bankruptcy Court's Sale Order and Court-Approved Deferred Termination (Wind-Down) Agreement with Respect to Pat Bombard | 14243 |
| 2. | 3/16/2018 | Motion to Dismiss filed by Pat J. Bombard | 14255 |
| 3. | 3/26/2018 | Reply by General Motors LLC to Objection by Pat Bombard to Motion by General Motors LLC to Enforce the Bankruptcy Court's Sale Order and Court-Approved Deferred Termination (Wind-Down) Agreement with Respect to Pat Bombard | 14253 |
| 4. | 3/29/2018 | Letter to Judge Glenn filed by Pat J. Bombard | 14266 |
| 5. | 3/30/2018 | Transcript of hearing held on March 29, 2018 | 14274 |
| 6. | 4/5/2018 | Supplemental Memorandum in Further Support of Motion by General Motors LLC to Enforce the Bankruptcy Court's Sale Order and Court-Approved Deferred Termination (Wind-Down) Agreement with Respect to Pat Bombard | 14268 |
| 7. | 4/5/2018 | Statement/Purpose: To presents facts, exhibits, and proof outlining Chevrolet franchise owner by Pat J. Bombard per the March 29, 2018 request of the court | 14269 |
| 8. | 4/13/2018 | Memorandum Opinion and Order Granting General Motors LLC's Motion to Enforce Sale Order with Respect to Pat Bombard | 14271 |
| 9. | 5/16/2018 | Transcript of hearing held on April 12, 2018 | 14305 |

Dated: New York, New York
    May 18, 2018                            Respectfully submitted,

                                    /s/ Arthur Steinberg
                                Arthur Steinberg
                                Scott Davidson
                                KING & SPALDING LLP
                                1185 Avenue of the Americas
                                New York, New York 10036
                                Telephone: (212) 556-2100
                                Facsimile: (212) 556-2222

                                *Attorneys for General Motors LLC*