KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on May 18, 2018 I caused to be served a true and correct copy of *General Motors LLC's Counter-Designation of Additional Items to be Included in the Record on Appeal Regarding the Appeal of the Bankruptcy Court's April 13, 2018 Opinion [ECF No. 14271]* [Dkt. No. 14306] by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed below by causing copies of same to be delivered *via* overnight delivery upon:

    Frederick R. Guy. Esq.
    3596 Pleasant Valley Road
    Syracuse, New York 13215

    Mr. Pat J. Bombard
    5 Wheeler Avenue
    Fayetteville, New York 13066

Dated: May 18, 2018
       New York, New York

        KING & SPALDING LLP

        By: /s/   Scott I. Davidson
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*