MAY 1 8 2018

IN  THE  UNITED  STATES  COURT
SOUTHERN  DISTRICT  OF  NEW  YORK

CREAMER

V

GENERAL  MOTORS

#14 MD 2543

#16-3923  #14 MD 2543

FURMAN

---

MOTION  TO  FURTHER  EVALUATE  THE  2009  ACCIDENT  CAUSED  BY
GENERAL MOTORS  FAILURE TO  ANSWER IN  2011 DIST OF  KS #11-4028

REGARDING  DOC. 5480   5/3/2018   4 Exhibits (356 pages) total

An Order from the   Dist of Kansas July 15, 2011 was mailed and
reached SD of NY Clerk office May 11, 2018 and   the second sentence on this
Order of July 15, 2011  states:   DIST of Kansas #11-4028 General Motors Defendant

" Defendant's  failed to appear or otherwise  defend, and the Clerk of the
Court entered default  against  Defendant's  on June 6, 2011 . "

Marjorie A. Creamer   Certificate of Bankruptcy  filing 3 page
documentation is   Mailed  in this motion.

Plaintiff , Marjorie A. Creamer  is showing degeneration of the  bones
from the  impact in 2009 accident she substained due to failure of  General
Motors  to recall the defective autos before an  accident. Furthermore, a
default   won in 2011, also  ignored  by General Motors, today is May 14,
2018.

Asking Judge to consider Plaintiff's  last two filings in this above
captioned  case of #16-3923   and case of #14md 2943 this in the hearing
on May 31. 2018 the fact of  failure of General Motors . Marjorie A. Creamer

CERT of SERVICE                        5/14/2018 Marjorie A. C reamer
Clerk of SD of NY                                    PO Box 25164 KC. MO  64119
Defendant attorney

May 14, 2018

Economic loss + personal
Old Gm    new Gm to deliver    Injuries claim
Settlement    agreement attached
Exhibit A

Courthouse Dist of K
Quincy St
Topeka Ks

FILED
MAY 3 2013
Clerk, U.S. District Court
By: ___
Deputy Clerk

May 1, 2013

Clerk of Court
for U.S Dist of Kansas

for filing purposes in

11-4028

case of the

BK of (defaut
No answer)

SD of NY #09-50026

Thank you,

Megere A Cuane

Enc U.S BK Court
Entry of Defaults
Judgment by Defaults

B 260
(1/96)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _Motors Liquidaton Comp._
　　　　Debtor

_Marjorie A. Creamer_
　　　　Plaintiff

_m i c_ ,
　　　　Defendant

)
)
)
)
)
)
)
)
)

Case No. _09-50026_

Chapter _11_

_Appeal no 12-6074_

Adv. Proc. No. _____

## ENTRY OF DEFAULT

　　It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: _aka General Motors Inc. Motors Liquidation Company_

　　Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
_Clerk of the Bankruptcy Court_

_____
_Date_

By:_____
_Deputy Clerk_