**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Motors Liquidation Company and Ignition Switch   CASE NO.: 09–50026–mg
Pre–Closing Accident Plaintiffs Re

  aka   Automotive Market Research
  aka   NAO Fleet Operations
  aka   GMC Truck Division
  aka   National Car Rental
  aka   GM Corporation–GM Auction Department
  aka   GM Corporation
  aka   National Car Sales
  fka   General Motors Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER:  11
38–0572515

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on April 23, 2018, document number 14283, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 18–cv–3658 assigned to the Honorable Vernon S. Broderick.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: May 21, 2018                                    Vito Genna
                                                                                 Clerk of the Court