# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 5/21/2018 |
| Case: 09−50026−mg | Form ID: tranapl | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      Pat J. Bombard

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty      Arthur Jay Steinberg      asteinberg@kslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk      Pat J. Bombard      5 Wheeler Ave      Fayetteville, NY 13066

TOTAL: 1