UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :    Case No. 09-50026 (MG)
f/k/a General Motors Corp., et al.          :
                         Debtors.           :    (Jointly Administered)
                                            :
-----------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On May 22, 2018 I caused to be served copies of the following documents on the persons set forth on the attached Service List A:

   a. **Letter Setting Forth New GM's Proposed Schedule in Response to the May 8, 2018 Order Scheduling a Case Management Conference** [Docket No. 14313];

   b. **Objection of General Motors LLC to the Motion for Order (1) Granting Authority to Reallocate and Use Distributable Cash for Notice Procedures; (2) Approving Notice Procedures With Respect to (A) the Proposed Settlement Pursuant to Federal Rule of Bankruptcy Procedure 2002(M) and (B) the Estimation Motion; and (3) Directing the Production of Information Held by General Motors LLC Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Bankruptcy Code Section 105(a)** [Docket No. 14314]; and

   c. **General Motors LLC's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Certain Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief** (together with accompanying exhibits) [Docket No. 14315].

3. I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent in the manner shown thereon.

4. Also on May 22, 2018 I caused to be sent a copy of the **Letter Setting Forth New GM's Proposed Schedule in Response to the May 8, 2018 Order Scheduling a Case Management Conference** [Docket No. 14313] on the persons set forth on Service List B:

5. On May 23, 2018 I caused to be served copies of the following documents on the persons set forth on Service List C:

   a. **Objection of General Motors LLC to the Motion for Order (1) Granting Authority to Reallocate and Use Distributable Cash for Notice Procedures; (2) Approving Notice Procedures With Respect to (A) the Proposed Settlement Pursuant to Federal Rule of Bankruptcy Procedure 2002(M) and (B) the Estimation Motion; and (3) Directing the Production of Information Held by General Motors LLC Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Bankruptcy Code Section 105(a)** [Docket No. 14314]; and

   b. **General Motors LLC's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Certain Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief** (together with accompanying exhibits) [Docket No. 14315].

6. I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent in the manner shown thereon.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
23rd day of May, 2018

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2018

## SERVICE LIST A

**By Email Delivery**

'asteinberg@kslaw.com'; 'sdavidson@kslaw.com'; 'richard.godfrey@kirkland.com'; 'andrew.bloomer@kirkland.com'; 'dbaty@honigman.com'; 'jcalton@honigman.com'; 'jsgroi@honigman.com'; 'tsherick@honigman.com'; 'rweiss@honigman.com'; 'gregory.bailey@weil.com'; 'david.berez@retired.weil.com'; 'robert.lemons@weil.com'; 'harvey.miller@weil.com'; 'joseph.smolinsky@weil.com'; 'stephen.karotkin@weil.com'; 'dmurray@jenner.com'; 'kovskyd@pepperlaw.com'; 'patrick.trostle@tklaw.com'; 'amm@memmenlaw.com'; 'wweintraub@goodwinlaw.com'; 'gfox@goodwinlaw.com'; 'jfortney@gibsondunn.com'; 'aherrera@gibsondunn.com'; 'mkarlan@gibsondunn.com'; 'meggenberger@gibsondunn.com'; 'lrubin@gibsondunn.com'; 'awu@gibsondunn.com'; 'nysbnotice@gmail.com'; 'pbentley@kramerlevin.com'; 'dblabey@kramerlevin.com'; 'acaton@kramerlevin.com'; 'lmacksoud@kramerlevin.com'; 'tmayer@kramerlevin.com'; 'gplotko@kramerlevin.com'; 'arogoff@kramerlevin.com'; 'rschmidt@kramerlevin.com'; 'jsharret@kramerlevin.com'; 'fishere@dicksteinshapiro.com'; 'efisher@binderschwartz.com'; 'ehood@clarkhill.com'; 'kfornell@clarkhill.com'; 'jcolaianne@clarkhill.com'; 'conor.tully@fticonsulting.com'; 'mjedelman@vedderprice.com'; 'mschein@vedderprice.com'; 'ecabraser@lchb.com'; 'rgeman@lchb.com'; 'tjh@thomasjhenrylaw.com'; 'lpaniszczyn@thomasjhenrylaw.com'; 'ldobson@thomasjhenrylaw.com'; 'dgolden@akingump.com'; 'djnewman@akingump.com'; 'jkane@akingump.com'; 'jwoodson@akingump.com'; 'steve@hbsslaw.com'; 'sean@hbsslaw.com'; 'carrie@hbsslaw.com'; 'nick@hbsslaw.com'; 'bobh@hmglawfirm.com'; 'anne@hilliardshadowenlaw.com'; 'kashley@hmglawfirm.com'; 'LAKers@hmglawfirm.com'; 'lauren@hmglawfirm.com'; 'rudyg@hmglawfirm.com'; 'esserman@sbep-law.com'; 'eweisfelner@brownrudnick.com'; 'hsteel@brownrudnick.com'; 'jforster@brownrudnick.com'; 'KAulet@brownrudnick.com'; 'SJason@brownrudnick.com'; 'JMeyers@brownrudnick.com'; 'ACunninghham@brownrudnick.com'; 'rickguy7@gmail.com'; 'lnorman@andrewsmyers.com'; 'jjudd@andrewmyers.com'; 'Marita.Erbeck@dbr.com'; 'Kristen.Going@dbr.com'

## SERVICE LIST B

**By Federal Express**

Pat J. Bombard
5 Wheeler Avenue
Fayetteville, NY 13066

Erik Rosenfeld
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

William K. Harrington
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY  10014

## SERVICE LIST C

**By Federal Express**

Pat J. Bombard
5 Wheeler Avenue
Fayetteville, NY 13066

Erik Rosenfeld
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

**By Hand Delivery**

William K. Harrington
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014