**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Motors Liquidation Company and Ignition Switch   CASE NO.: 09−50026−mg
Pre−Closing Accident Plaintiffs Re

- aka   Automotive Market Research
- aka   NAO Fleet Operations
- aka   GMC Truck Division
- aka   National Car Rental
- aka   GM Corporation−GM Auction Department
- aka   GM Corporation
- aka   National Car Sales
- fka   General Motors Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  11
38−0572515

---

## NOTICE OF TRANSMITTAL OF RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on April 23, 2018, document number 14283, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 18−cv−3658 assigned to the Honorable Vernon S. Broderick.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: May 21, 2018                                     Vito Genna
                                                        Clerk of the Court

```
                              United States Bankruptcy Court
                              Southern District of New York
In re:                                                              Case No. 09-50026-mg
Motors Liquidation Company                                          Chapter 11
Ignition Switch Pre-Closing Accident Pla
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0208-1          User: arouzeau              Page 1 of 9                Date Rcvd: May 21, 2018
                              Form ID: tranapl            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
unk           +Pat J. Bombard,    5 Wheeler Ave,    Fayetteville, NY 13066-2530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Pat J. Bombard
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              ALEJANDRO   ALERS, JR    on behalf of Interested Party    General Motors LLC alalersjr@att.net
              Abigail M. Stempson     on behalf of Interested Party    State of Nebraska, Attorney General's
               Office jalyn.wurm@nebraska.gov
              Adam J Levitt    on behalf of Plaintiff John  Morgenstein
               jtangren@dlcfirm.com;alebdjiri@dlcfirm.com
              Alan R. Brayton     on behalf of Attorney    Brayton Purcell LLP bankruptcy@braytonlaw.com
              Alejandro A Herrera     on behalf of Trustee    Wilmington Trust Company aherrera@gibsondunn.com
              Alexander H. Schmidt     on behalf of Interested Party    ABC Flooring, Inc. schmidt@whafh.com
              Alexander McHenry Memmen    on behalf of Petitioning Creditor Terry  Moore amm@memmenlaw.com
              Andre E. Jardini    on behalf of Unknown    Plaintiffs aej@kpclegal.com,    mmz@kpclegal.com
              Andrea Sheehan     on behalf of Creditor    Carrollton Farmers Branch Independent School   District
               sheehan@txschoollaw.com,    coston@txschoollaw.com
              Andrew C. Kassner     on behalf of Creditor    Automotive Component Carriers LLC
               andrew.kassner@dbr.com
              Andrew D. Velez-Rivera    on behalf of U.S. Trustee    United States Trustee
               andy.velez-rivera@usdoj.gov
              Andrew K. Glenn    on behalf of Defendant    Arnhold-Houston Police Officers Pension System
               aglenn@kasowitz.com,    courtnotices@kasowitz.com
              Andrew P. Propps    on behalf of Interested Party    Wells Fargo Bank Northwest, N.A., as agent for
               the TPC Lenders apropps@sidley.com,    emcdonnell@sidley.com
              Angela  Ferrante    on behalf of Claims and Noticing Agent    GCG, LLC PACERTeam@gardencitygroup.com
              Aric  Wu    on behalf of Trustee    Wilmington Trust Company awu@gibsondunn.com,
               GGillett@gibsondunn.com
              Arthur Jay Steinberg     on behalf of Defendant    GMAM Investment Funds Trust asteinberg@kslaw.com,
               sdavidson@kslaw.com;jcmccullough@kslaw.com
              Arthur Jay Steinberg     on behalf of Interested Party    General Motors LLC asteinberg@kslaw.com,
               sdavidson@kslaw.com;jcmccullough@kslaw.com
              Austin L. McMullen     on behalf of Creditor    Knowledge Learning Corporation amcmullen@babc.com
              Barbara J. Parker     on behalf of Defendant    City of Oakland Police & Fire Retirement System
               bparker@oaklandcityattorney.org,    jsmith@oaklandcityattorney.org
              Barbara S Mehlsack     on behalf of Creditor    International Union of Operating Engineers ("IUOE")
               and IUOE Locals 101, 18s, 832s bmehlsack@gkllaw.com
              Barry A. Weprin    on behalf of Plaintiff Donna M. Trusky bweprin@milberg.com
              Barry M. Kazan    on behalf of Creditor    Stanley Black & Decker, Inc.
               Barry.Kazan@ThompsonHine.com,    Dwayne.Lunde@thompsonhine.com;ECFDocket@thompsonhine.com
              Barry M. Lasky    on behalf of Unknown    Atlas Technologies, Inc. BMLPC@aol.com
              Barry N. Seidel     on behalf of Unknown    Motors Liquidation Company Avoidance Action Trust
               bseidel@blankrome.com,
               nybankruptcydocketing@blankrome.com;CALewis@BlankRome.com;eDocketing@blankrome.com
```

```
District/off: 0208-1               User: arouzeau              Page 2 of 9                   Date Rcvd: May 21, 2018
                                   Form ID: tranapl            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Barry N. Seidel   on behalf of Plaintiff   Motors Liquidation Company GUC Trust seidelb@dicksteinshapiro.com, nybankruptcydocketing@blankrome.com;CALewis@BlankRome.com;eDocketing@blankrome.com
         Benjamin Rosenblum   on behalf of Defendant   The Ad Hoc Group of Term Lenders brosenblum@jonesday.com
         Benjamin P. Deutsch   on behalf of Creditor   Ad Hoc Committee of Consumer Victims of General Motors bdeutsch@schnader.com
         Bevin M. Brennan   on behalf of Defendant   Morgan Stanley Senior Funding Inc. bbrennan@pedersenhoupt.com, eparry@pedersenhoupt.com
         Brendan M. Scott   on behalf of Defendant   Phoenix Edge SRS-Multi-Sector Fixed Income Series bscott@klestadt.com
         Brian S. Masumoto   on behalf of U.S. Trustee   United States Trustee nysbnotice@gmail.com
         Bruce R. Zirinsky   on behalf of Defendant   DbX Risk Arbitrage 1 Fund, Lyxor/Paulson International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners Enhanced, L.P., and Paulson Partners L.P. zirinskyb@gtlaw.com
         Bruce R. Zirinsky   on behalf of Defendant   Drawbridge DSO Securities LLC zirinskyb@gtlaw.com
         Bruce R. Zirinsky,   on behalf of Unknown   Drawbridge DSO Securities LLC bzirinsky@zirinskylaw.com
         Bruce W. Hoover   on behalf of Interested Party   The Quaker Oats Company bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com;rbraden@goldbergsegalla.com
         Carol A. Felicetta   on behalf of Creditor   Barnes Group Inc. cfelicetta@reidandriege.com
         Carol E. Momjian   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue cmomjian@attorneygeneral.gov
         Carrie M. Reilly   on behalf of Defendant   JPMorgan Chase Bank, N.A. cmreilly@wlrk.com, calert@wlrk.com
         Christopher K. Kiplok   on behalf of Unknown   Medianews Group, Inc. kiplok@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
         Christopher Lee Wilson   on behalf of Defendant   J.P. Morgan Whitefriars Inc. clwilson@jonesday.com, nydocket@jonesday.com
         Colin T Bowen   on behalf of Defendant   City of Oakland Police & Fire Retirement System cbowen@oaklandcityattorney.org
         Correy Ann Kamin   on behalf of Unknown Marlene Karu kamin@whafh.com
         Cynthia Jordan Lowery   on behalf of Creditor   Hagemeyer, N.A. cynthialowery@mvalaw.com
         Daniel Edelson   on behalf of Plaintiff Donna M. Trusky daniel.edelson@kattenlaw.com
         Daniel H. Golden   on behalf of Interested Party   Participating Unitholders sschultz@AkinGump.com;dkrasa-berstell@akingump.com;sdaddese@akingump.com;daniel-golden-7178@ecf.pacerpro.com;AGSearch-Lit@akingump.com
         Daniel J Hornal   on behalf of Unknown Celestine Elliott daniel@taloslaw.com, peller@law.georgetown.edu
         Daniel L. Keller   on behalf of Unknown   Keller, Fishback & Jackson LLP dkeller@kflegal.com
         Daniel Mills Hinkle   on behalf of Defendant   Continental Casualty Company daniel.hinkle@cna.com
         Daniel W. Linna, Jr.   on behalf of Interested Party   General Motors LLC dlinna@honigman.com
         David Molton   on behalf of Unknown   The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas dmolton@brownrudnick.com, hsteel@brownrudnick.com;acarty@brownrudnick.com;acunningham@brownrudnick.com;gcicero@brownrudnick.com;jforster@brownrudnick.com;asanneh@brownrudnick.com;cmullarney@brownrudnick.com
         David A. Rosenzweig   on behalf of Attorney   Fulbright & Jaworski LLP david.rosenzweig@nortonrosefulbright.com
         David B. Owens   on behalf of Unknown Roger Dean Gillispie david@loevy.com, melinda@loevy.com;blake@loevy.com;anne@loevy.com
         David B. Wheeler   on behalf of Creditor   Hagemeyer, N.A. davidwheeler@mvalaw.com
         David G. Aelvoet   on behalf of Creditor   Bexar County sanantonio.bankruptcy@publicans.com
         David G. Ebert   on behalf of Unknown   Shepardson Stern & Kaminsky, LLC (SS&K) debert@ingramllp.com, mtajika@ingramllp.com
         David Henry Hartheimer   on behalf of Interested Party   Clarcor, Inc. david@mhlaw-ny.com, david@clearbid.com
         David J Cohen   on behalf of Unknown Karen Bloom dcohen@kolmanlaw.net, dcohenlaw@comcast.net
         David N. Crapo   on behalf of Interested Party   J.D. Power and Associates dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
         David R. Berz   on behalf of Debtor   Motors Liquidation Company gregory.bailey@weil.com
         David S. Jones   on behalf of Interested Party   United States Of America david.jones6@usdoj.gov
         David S. Jones   on behalf of Defendant   United States Department of Treasury david.jones6@usdoj.gov
         Dawn R. Copley   on behalf of Creditor   Johnson Controls, Inc. dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
         Deborah Newman   on behalf of Interested Party   Participating Unitholders djnewman@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com
         Deborah L. Fish   on behalf of Creditor   Overhead Conveyor Company dfish@allardfishpc.com
         Debra A. Kowich   on behalf of Creditor   Board of Regents of The University of Michigan dkowich@umich.edu
         Denis Dice   on behalf of Defendant   DE-SEI Institutional Investment Trust - High Yield Bond Fund dice.d@wssllp.com
         Dennis J. Connolly   on behalf of Interested Party   Autoliv ASP, Inc. Dennis.Connolly@alston.com
         Dennis J. Drebsky   on behalf of Unknown   Aspen Insurance UK Limited ddrebsky@nixonpeabody.com, cfong@nixonpeabody.com
         Dennis Jay Raterink   on behalf of Creditor   Michigan Funds Administration raterinkd@michigan.gov, bannisters@michigan.gov

```
District/off: 0208-1              User: arouzeau              Page 3 of 9                 Date Rcvd: May 21, 2018
                                  Form ID: tranapl            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Dianna Lyons   on behalf of Interested Party   Kazan McClain Asbestos Claimants dlyons@kazanlaw.com
        Dominic J. Picca   on behalf of Unknown Dale   Earnhardt, Inc. dpicca@mintz.com, Docketing@mintz.com
        Donald F. Baty, Jr.   on behalf of Debtor   Motors Liquidation Company dbaty@honigman.com
        Donald F. Campbell, Jr.   on behalf of Creditor   Fairview Funding LLC dcampbell@ghclaw.com
        Douglas B. Rosner   on behalf of Creditor   767 Fifth Partners LLC drosner@goulstonstorrs.com
        Douglas Gregory Blankinship   on behalf of Creditor Lisa   Phaneuf gblankinship@fbfglaw.com
        Eamonn O'Hagan   on behalf of Attorney   Hilliard Munoz Gonzales LLP and Thomas J. Henry Injury Attorney eohagan@goodwinprocter.com
        Edward Smith   on behalf of Creditor   Camino Real Chevrolet, Inc. easmith@sbjlaw.com
        Edward A. Friedman   on behalf of Defendant   Aurelius Investment LLC efriedman@fklaw.com, jshaw@fklaw.com
        Edward F. Haber   on behalf of Defendant   Employees Retirement System of the City of Montgomery ehaber@shulaw.com, filing@shulaw.com;mblauner@shulaw.com;pvallely@shulaw.com
        Edward L. Ripley   on behalf of Defendant   GMAM Investment Funds Trust ERipley@kslaw.com
        Elihu Inselbuch   on behalf of Attorney   Caplin & Drysdale, Chartered cecilia-guerrero-caplin-6140@ecf.pacerpro.com
        Elizabeth Austin   on behalf of Defendant   State of Connecticut ea@pullcom.com, jgrossarth@pullcom.com
        Elizabeth Weller   on behalf of Creditor   Cameron County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Elizabeth K. Flaagan   on behalf of Creditor   Oxbow Carbon & Minerals LLC elizabeth.flaagan@faegrebd.com, carol.wildt@faegrebd.com,brad.dempsey@faegrebd.com
        Elliot Moskowitz   on behalf of Defendant   Arrowgrass Master Fund Ltd elliot.moskowitz@dpw.com, ecf.ct.papers@davispolk.com
        Emil A. Kleinhaus   on behalf of Defendant   JPMorgan Chase Bank, N.A. eakleinhaus@wlrk.com, calert@wlrk.com
        Emily S. Rucker   on behalf of Defendant   Alticor Inc erucker@wnj.com
        Eric Fisher   on behalf of Creditor Committee   Official Committee of Unsecured Creditors of General Motors Corporation efisher@binderschwartz.com, docket@binderschwartz.com
        Eric A. Goldberg   on behalf of Unknown   Seneca Insurance Company, Inc. eg@kahngoldberg.com
        Eric Alwin Boden   on behalf of Creditor   Ad Hoc Committee of Consumer Victims of General Motors tclancy@schnader.com
        Erin L Burke   on behalf of Cross-Claimant   Term Loan Lenders eburke@jonesday.com, definegan@jonesday.com
        Eugene J. Chikowski   on behalf of Interested Party   American Express Travel Related Services Company, Inc. eugene.chikowski@flastergreenberg.com
        Evan J. Zucker   on behalf of Plaintiff   Motors Liquidation Company Avoidance Action Trust ezucker@blankrome.com, nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
        Frank McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
        Frederick Perillo   on behalf of Creditor   International Ass'n of Machinists & Aerospace Workers (IAMAW) fp@previant.com, cmw@previant.com
        Gary Peller   on behalf of Attorney Gary   Peller peller@law.georgetown.edu
        Gary Ticoll   on behalf of Defendant   Drawbridge DSO Securities LLC ticollg@gtlaw.com
        Gary A. Ritacco   on behalf of Defendant   GMAM Investment Funds Trust jcmccullough@kslaw.com
        Gary H. Leibowitz   on behalf of Defendant   Hewlett-Packard Company gleibowitz@coleschotz.com
        George M Garvey   on behalf of Cross-Claimant   Term Loan Lenders george.garvey@mto.com
        German Yusufov   on behalf of Creditor   PIMA COUNTY pcaocvbk@pcao.pima.gov
        Gerrit M. Pronske   on behalf of Plaintiff Boyd   Bryant gpronske@pronskepatel.com
        Gordon J. Toering   on behalf of Defendant   Alticor Inc gtoering@wnj.com
        Gregory Oxford   on behalf of Counter-Claimant   General Motors Company goxford@icclawfirm.com
        Gregory K. Arenson   on behalf of Unknown Kimi L. Hurst garenson@kaplanfox.com
        Gregory Mark Nespole   on behalf of Unknown Marlene   Karu gmn@whafh.com
        Gregory W. Fox   on behalf of Attorney   Hilliard Munoz Gonzales LLP and Thomas J. Henry Injury Attorney gfox@goodwinprocter.com
        H. Slayton Dabney, Jr.   on behalf of Unknown Patrice   Witherspoon rtrowbridge@kslaw.com
        Hanh V. Huynh   on behalf of Transferee   Kayson 48 Corp. hhuynh@rubinlawllc.com
        Harold S. Novikoff   on behalf of Cross Defendant   JPMorgan Chase Bank, N.A. hsnovikoff@wlrk.com, calert@wlrk.com
        Harry A. Light   on behalf of Defendant   General Motors Corporation light@fec.net
        Harvey A. Strickon   on behalf of Unknown   Rolls-Royce plc and Rolls-Royce Corporation harveystrickon@paulhastings.com
        Harvey R. Miller   on behalf of Debtor   Motors Liquidation Company garrett.fail@weil.com
        Heather M. Crockett   on behalf of Defendant   State of Indiana Major Moves heather.crockett@atg.in.gov
        Henry A. Efroymson   on behalf of Creditor   Honeywell International Inc. henry.efroymson@icemiller.com, kathy.peed@icemiller.com
        Irwin H. Warren   on behalf of Interested Party   Weil, Gotshal & Manges LLP irwin.warren@weil.com
        J Eric Charlton   on behalf of Creditor   Autoport Limited echarlton@barclaydamon.com, rjones@barclaydamon.com
        J. Alex Kress   on behalf of Creditor   KONE, Inc. and KONE Elevators akress@becker.legal, akress@ecf.courtdrive.com
        J. Casey Roy   on behalf of Interested Party   The State of Texas on Behalf of The Texas Department of Transportation, Motor Vehicle Division casey.roy@oag.state.tx.us
        Jacob F. Lamme   on behalf of Creditor   St. Regis Mohawk Tribe lamme@mltw.com

```
District/off: 0208-1           User: arouzeau            Page 4 of 9             Date Rcvd: May 21, 2018
                               Form ID: tranapl          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James Gitzlaff    on behalf of Defendant    Continental Casualty Company james.gitzlaff@cna.com, sharon.nebesnyk@cna.com
          James Hallowell    on behalf of Creditor    Wilmington Trust Company jhallowell@gibsondunn.com
          James B. Helmer, Jr.    on behalf of Creditor Roger L Sanders jhelmer@fcalawfirm.com, wdiggs@fcalawfirm.com
          James C Tecce    on behalf of Interested Party    General Motors LLC jamestecce@quinnemanuel.com
          James C. Woods    on behalf of Unknown    New York State Department of Environmental Conservation jamie.woods@ag.ny.gov
          James Christopher Caldwell    on behalf of Creditor    Satterlund Supply Company ccaldwell@starkreagan.com
          James D. Newbold    on behalf of Interested Party    State of Illinois James.Newbold@illinois.gov
          James E. Butler, Jr.    on behalf of Unknown    Butler Wooten & Peak LLP jim@butlerwooten.com
          James E. DeLine    on behalf of Creditor    AVL Americas, Inc. jed@krwlaw.com, pal@krwlaw.com
          James E. Hough    on behalf of Defendant    Citigroup Global Markets Inc. jhough@mofo.com
          James M. Martin    on behalf of Unknown Frank L. Pugh mmllaw@swbell.net
          James Michael Lawniczak    on behalf of Creditor    Carolina Forge Company jlawniczak@calfee.com
          Jan I. Berlage    on behalf of Creditor Harold Martin JBerlage@GHSLLP.com
          Jason A. Zweig    on behalf of Unknown    State of Arizona ex rel. Mark Brnovich, the Attorney General jzweig@kaplanfox.com
          Jayson B. Ruff    on behalf of Creditor    Swagelok Company jruff@mcdonaldhopkins.com
          Jeanette M. Gilbert    on behalf of Creditor    L.C. Jackson jgilbert@motleyrice.com
          Jeff Klusmeier    on behalf of Creditor    State of Missouri jeff.klusmeier@ago.mo.gov, Michelle.Hirschvogel@ago.mo.gov
          Jeffrey Rhodes    on behalf of Unknown    Motors Liquidation Company Avoidance Action Trust jrhodes@blankrome.com, bankruptcy-jr@dsmo.com;pcanavan@blankrome.com;eDocketing@blankrome.com
          Jeffrey A. Cooper    on behalf of Creditor    295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMa jcooper@rltlawfirm.com
          Jeffrey C. Wisler    on behalf of Unknown    Connecticut General Life Insurance Company and related CIGNA entities jwisler@connollygallagher.com
          Jeffrey J. Jones    on behalf of Defendant    General Motors LLC jjjones@jonesday.com
          Jeffrey R. Harris    on behalf of Unknown Marlos Chenault jeff@hpllegal.com
          Jeffrey S. Sabin    on behalf of Interested Party    Deutsche Bank AG jssabin@venable.com
          Jeffrey S. Stein    on behalf of Claims and Noticing Agent    Garden City Group, Inc PACERTeam@gardencitygroup.com, michelle.murphy@gcginc.com
          Jeffrey S. Stein    on behalf of Claims and Noticing Agent    GCG, Inc PACERTeam@gardencitygroup.com, michelle.murphy@gcginc.com
          Jeffrey T. Wegner    on behalf of Creditor    Kansas City Board of Public Utilities jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com
          Jennifer Lauren Saffer    on behalf of Creditor    TMI Custom Air Systems, Inc. jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com
          Jerilin Buzzetta    on behalf of Creditor    Wilmington Trust Company jbuzzetta@gibsondunn.com
          Jessica Fainman    on behalf of Unknown    Barclays Bank PLC jessica.fainman@barclayscapital.com
          Jill B. Bienstock    on behalf of Defendant    Hewlett-Packard Company jbienstock@coleschotz.com, fpisano@coleschotz.com
          Joanna C Hendon    on behalf of Defendant    Lehman Principal Investors Fund, Inc. - High Yield Fund jhendon@spearsimes.com, aamdur@spearsimes.com;cmileski@spearsimes.com
          Joel Wertman    on behalf of Defendant    DE-SEI Institutional Investment Trust - High Yield Bond Fund wertman.j@wssllp.com
          John Lucian    on behalf of Defendant    PNC Bank, National Association lucian@blankrome.com
          John A. Simon    on behalf of Creditor    Cooper-Standard Automotive, Inc. jsimon@foley.com
          John F. Carberry    on behalf of Creditor    Emigrant Business Credit Corp. jcarberry@cl-law.com
          John F. Kostelnik    on behalf of Unknown    Avery Dennison jkostelnik@frantzward.com
          John J. Privitera    on behalf of Creditor    St. Regis Mohawk Tribe privitera@mltw.com, hill@mltw.com;lamme@mltw.com
          John J. Zefutie, Jr.    on behalf of Interested Party    ELIO MOTORS, INC. jjzefutie@duanemorris.com, atmurray@duanemorris.com
          John M. Callagy    on behalf of Defendant    JPMorgan Chase Bank, N.A. jcallagy@kelleydrye.com
          John M. Callagy    on behalf of Cross Defendant    JPMorgan Chase Bank, N.A. jcallagy@kelleydrye.com
          John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
          John T. Banks    on behalf of Unknown    Hidalgo County jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
          John T. Gregg    on behalf of Creditor    Continental Tire North America, Inc. jgregg@btlaw.com
          Jonathan Bradley Alter    on behalf of Unknown    Travelers Casualty and Surety Company of America jonathan.alter@bingham.com
          Jonathan D. Fortney    on behalf of Trustee    Wilmington Trust Company jfortney@gibsondunn.com
          Jonathan I. Rabinowitz    on behalf of Attorney Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
          Jonathan L. Flaxer    on behalf of Interested Party    ABC Flooring, Inc. jflaxer@golenbock.com, jsavitsky@golenbock.com;mweinstein@golenbock.com
          Joon P. Hong    on behalf of Attorney    Richards Kibbe & Orbe LLP joonhong@chapman.com
          Joram Hirsch    on behalf of Interested Party Bernard Pitterman, Adm. jhirsch@ahctriallaw.com
          Jordan E. Stern    on behalf of Cross-Claimant    Wells Cap Mgmt - 13923601 jstern@beckerglynn.com, hhill@beckerglynn.com;mghose@beckerglynn.com
          Joseph A. Dworetzky    on behalf of Plaintiff    NCR Corporation jad@hangley.com
          Joseph B. Koczko    on behalf of Unknown    Linden Development, LLC joseph.koczko@thompsonhine.com
          Joseph Clark Wylie, II    on behalf of Defendant    Ivy Fund Inc.-High Income Fund joseph.wylie@klgates.com
          Joseph H. Lemkin    on behalf of Defendant    Alticor Inc jlemkin@stark-stark.com

```
District/off: 0208-1              User: arouzeau                Page 5 of 9                  Date Rcvd: May 21, 2018
                                  Form ID: tranapl              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph H. Smolinsky    on behalf of Defendant    Motors Liquidation Company Joseph.Smolinsky@weil.com, matthew.goren@weil.com
        Joseph M. Cerra    on behalf of Creditor    Affiliated Computer Services of Spain SL jcerra@formanlaw.com
        Joseph N. Cordaro    on behalf of Unknown    United States Of America joseph.cordaro@usdoj.gov
        Joseph R. Sgroi    on behalf of Debtor    Motors Liquidation Company jsgroi@honigman.com
        Joshua Liston    on behalf of Cross-Claimant    BTG Pactual Chile S.A. Administradora General De Fondos jliston@blmllp.com
        Joshua Paul Davis    on behalf of Unknown Dori  Powledge josh@thejdfirm.com, maria@thejdfirm.com;kelly@thejdfirm.com
        Joshua S. Markowitz    on behalf of Interested Party Brianna  Minard carcionelaw@yahoo.com
        Judy B. Calton    on behalf of Attorney    Honigman Miller Schwartz and Cohn LLP jcalton@honigman.com
        Julianne Cutruzzula Beil    on behalf of Unknown Carolyn  Rickard jbeil@cnlawfirm.net
        Justin S. Brooks    on behalf of Unknown    Grant & Eisenhofer P.A., Baron & Budd, P.C. and the Cooper Law Firm as counsel for certain class action cases jbrooks@gelaw.com
        Karon Y. Wright    on behalf of Creditor c/o Karon Y. Wright    Travis County karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
        Kathleen H. Klaus    on behalf of Unknown    Mtech Associates, LLC khk@maddinhauser.com
        Kathryn Y Schubert    on behalf of Defendant    City of Oakland Police & Fire Retirement System kschubert@schubertlawfirm.com, paralegal@schubertlawfirm.com
        Ken Kansa    on behalf of Unknown    Wells Fargo Bank Northwest, N.A., as Agent to the TPC Lenders kkansa@sidley.com
        Kenneth Ziman    on behalf of Creditor    TPI Incorporated kziman@stblaw.com
        Kenneth C Anthony, Jr.    on behalf of Unknown Kenneth  Anthony kanthony@anthonylaw.com, janthony@anthonylaw.com
        Kevin Blaney    on behalf of Attorney Kevin  Blaney kblaney@btlawokc.com, chorton@btlawokc.com
        Kim Martin Lewis    on behalf of Interested Party    Convergys Corporation kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
        Kimberly Salomon    on behalf of Creditor Rose  Cole ksalomon@formanlaw.com
        Kirk L. Brett    on behalf of Defendant    Credit Suisse AG kbrett@dsllp.com
        Kris Ted Ledford    on behalf of Unknown Christopher  Pope kris@ledford-lawfirm.com, brandie@ledford-lawfirm.com
        Kristin Going    on behalf of Creditor    Wilmington Trust Company, as Trust Administrator and Trustee for the Motors Liquidation Company GUC Trust kristin.going@dbr.com, Daniel.Northrop@dbr.com
        Larry A. Levick    on behalf of Creditor    Affiliated Computer Services, Inc. levick@singerlevick.com, croote@singerlevick.com;scotton@singerlevick.com
        Larry E. Parres    on behalf of Unknown    Leggett and Platt lparres@lewisrice.com
        Lauren Beslow    on behalf of Creditor    United Parcel Service, Inc. Lauren.Beslow@quarles.com
        Lauren K. Handelsman    on behalf of Plaintiff    Motors Liquidation Company Avoidance Action Trust lhandelsman@binderschwartz.com
        Lawrence P. Eagel    on behalf of Unknown    County of Bastrop, et al. eagel@bragarwexler.com
        Leonora K. Baughman    on behalf of Creditor    City of Detroit ecf@kaalaw.com
        Leslie Levy    on behalf of Interested Party    State of Nebraska, Attorney General's Office leslie.levy@nebraska.gov
        Lindsay A. Bush    on behalf of Plaintiff    Motors Liquidation Company Avoidance Action Trust lbush@binderschwartz.com
        Lisa H. Rubin    on behalf of Trustee    Wilmington Trust Company lrubin@gibsondunn.com, MAO@gibsondunn.com
        Lisa M Norman    on behalf of Creditor    Additional Ignition Switch Pre-Closing Accident Plaintiffs lnorman@andrewsmyers.com, kbocco@andrewsmyers.com
        Lorraine S. McGowen    on behalf of Defendant    Banca di Credito Cooperativo di Roma Societa Cooperativa lmcgowen@orrick.com, dfelder@orrick.com
        Lynn M. Brimer    on behalf of Creditor    Pioneer Steel Corporation lbrimer@stroblpc.com
        Madeline E McNeeley    on behalf of Unknown Marlos  Chenault molly@hpllegal.com, Odalys@hpllegal.com
        Malcolm T. Brown    on behalf of Unknown Marlene  Karu brown@whafh.com
        Marc Wolinsky    on behalf of Cross Defendant    JPMorgan Chase Bank, N.A. mwolinsky@wlrk.com, Calert@wlrk.com
        Marc B. Merklin    on behalf of Creditor    FirstEnergy Corporation mmerklin@brouse.com
        Marc H. Edelson    on behalf of Plaintiff Donna M. Trusky medelson@edelson-law.com
        Marc N. Swanson    on behalf of Creditor    Kongsberg Automotive Holdings ASA swansonm@millercanfield.com
        Margreta Morgulas,    on behalf of Creditor    West Covina Motors, Inc. mmorgulas@okinhollander.com
        Maria A. Bove    on behalf of Unknown    Certain Class Action Plaintiffs mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
        Maria Elena Douvas    on behalf of Defendant    Appaloosa Investment Limited Partnership I mariadouvas@paulhastings.com
        Marianne Goldstein Robbins    on behalf of Creditor    International Ass'n of Machinists & Aerospace Workers (IAMAW) MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
        Maricel E.V. Skiles    on behalf of Defendant    State of Indiana Major Moves maricel.skiles@atg.in.gov, Heather.Crockett@atg.in.gov;Stephanie.Patrick@atg.in.gov
        Mark Schlachet    on behalf of Plaintiff Alante  Carpenter individually and on behalf of all others similarly situated mschlachet@gmail.com
        Mark E. McKane    on behalf of Plaintiff    New United Motors Manufacturing, Inc. mmckane@kirkland.com, sarah.farley@kirkland.com
        Mark L. Brown    on behalf of Counter-Defendant    LakinChapman LLC markb@slchapman.com

```
District/off: 0208-1            User: arouzeau              Page 6 of 9                  Date Rcvd: May 21, 2018
                                Form ID: tranapl            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mark P. Robinson, Jr.    on behalf of Unknown    The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas mrobinson@rcrlaw.net, beachlawyer51@hotmail.com
        Mark Russell Owens    on behalf of Creditor    Hirata Corporation of America mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
        Mark S. Frankel    on behalf of Creditor    Commercial Contracting Corporation mfrankel@couzens.com
        Mark S. Indelicato    on behalf of Unknown    Liquidating Reichhold, Inc. and Alan Halperin as Liquidating Trustee of the Reichhold Liquidation Trust mindelicato@hahnhessen.com, eschnitzer@hahnhessen.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;chunker@hahnhessen.com;hahnhessen@ecf.inforuptcy.com
        Mark T. Power    on behalf of Defendant    Bechtel Trust & Thrift Plan MPower@HahnHessen.com, jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;aladd@hahnhessen.com;sthompson@hahnhessen.com;dreinhart@hahnhessen.com
        Marshall C. Turner    on behalf of Creditor    Newport Television marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
        Martin Krolewski    on behalf of Defendant    JPMorgan Chase Bank, N.A. mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
        Martin Krolewski    on behalf of Cross Defendant    JPMorgan Chase Bank, N.A. mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
        Martin James Weis    on behalf of Creditor    Medco Health Solutions, Inc. weismj@dilworthlaw.com
        Marvin E. Clements, Jr.    on behalf of Creditor    Tennessee Board of Regents-Columbia State Community College agbanknewyork@ag.tn.gov
        Mary Kay Shaver    on behalf of Creditor    ADAC Plastics, Inc. mkshaver@varnumlaw.com
        Matthew Williams    on behalf of Unknown    Motors Liquidation Company GUC Trust mjwilliams@gibsondunn.com, akeats@gibsondunn.com;amoskowitz@gibsondunn.com;DFeldman@gibsondunn.com
        Matthew A Macdonald    on behalf of Cross-Claimant    Ad Hoc Group of Term Lenders matthew.macdonald@mto.com, lauren.barnett@mto.com;michael.lamb@mto.com;George.garvey@mto.com;Raphael.sepulveda@mto.com
        Matthew A. Hamermesh    on behalf of Creditor    NCR Corporation mhamermesh@hangley.com
        Matthew Allen Alvis    on behalf of Defendant    Ivy Fund Inc.-High Income Fund matthew.alvis@klgates.com
        Matthew E. Wright    on behalf of Unknown Dolly Walton mwright@hmdlaw1.com, tscott@hmdlaw1.com
        Matthew F. Kye    on behalf of Creditor    Heard Robins Cloud & Black LLP mkye@kyelaw.com
        Matthew J. Riopelle    on behalf of Plaintiff    Toyota Motor Corporation mriopelle@foley.com
        Matthew K. Beatman    on behalf of Unknown    Westfalia-Automotive GMBH mbeatman@zeislaw.com
        Maureen F. Leary    on behalf of Unknown    New York State Department of Environmental Conservation maureen.leary@oag.state.ny.us
        Melissa Z. Neier    on behalf of Interested Party    Sonic Automotive, Inc. mneier@ibolaw.com
        Michael A. Maricco    on behalf of Creditor    Pension Benefit Guaranty Corporation efile@pbgc.gov
        Michael A. Nedelman    on behalf of Creditor    Crown Enterprises Inc. mnedelman@nglegal.com
        Michael C. Lambert    on behalf of Creditor    Compania Sud Americana de Vapores S.A. mclambert@lawpost-nyc.com
        Michael E. Norton    on behalf of Creditor    SSDC Services Corp. mnorton@nortonlawassociates.com
        Michael G. Cruse    on behalf of Creditor    Auma S.A. de C.V. mcruse@wnj.com, hziegler@wnj.com
        Michael J. Pendell    on behalf of Unknown    Plaintiffs mpendell@motleyrice.com
        Michael James Edelman    on behalf of Creditor    Export Development Canada mjedelman@vedderprice.com, ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.com
        Michael K. Cross    on behalf of Defendant    Green Hunt Wedlake, Inc., as trustee for General Motors Nova Scotia Finance Company mcross@akingump.com
        Michael M Hodgson    on behalf of Plaintiff    Motors Liquidation Company Avoidance Action Trust mhodgson@binderschwartz.com
        Michael R. Enright    on behalf of Creditor    Carrier Corporation menright@rc.com
        Michael R. Wernette    on behalf of Attorney    CIE Celaya, S.A. de C.V. mwernette@schaferandweiner.com
        Michael S. Davis    on behalf of Unknown    American International Specialty Lines Insurance Co. and other entities related to Chartis, Inc. mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
        Michael S. Etkin    on behalf of Interested Party    Plaintiff and Putative Class re: Peggy Sue Jones, et al. v. General Motors, LLC and Larry Darby, et al. v. General Motors, LLC and Delphi Automotive PLLC metkin@lowenstein.com, mseymour@lowenstein.com
        Michael S. Holmes    on behalf of Creditor    River Oaks L-M, Inc. dba Westpoint mshpclaw@gmail.com, mshatty@yahoo.com
        Michael T. Conway    on behalf of Creditor    Detroit Diesel Corporation mconway@goodwin.com
        Michele Angell    on behalf of Unknown    Ad Hoc Group of Term Lenders mangell@kasowitz.com, courtnotices@kasowitz.com
        Michelle Goldis    on behalf of Unknown    Lowe's Companies, Inc. michelle.goldis@wilmerhale.com
        Michelle T. Sutter    on behalf of Creditor    Ohio Attorney General msutter@ag.state.oh.us
        Mitchell A. Karlan    on behalf of Creditor    Wilmington Trust Company mkarlan@gibsondunn.com
        N. Kathleen Strickland    on behalf of Creditor    Remy International, Inc. kstrickland@rmkb.com
        Nan E. Joesten    on behalf of Interested Party    General Motors Retiree Association njoesten@fbm.com
        Neil Andrew Goteiner    on behalf of Interested Party    General Motors Retiree Association ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
        Neil S. Binder    on behalf of Plaintiff    Motors Liquidation Company Avoidance Action Trust nbinder@binderschwartz.com, dclark@binderschwartz.com

```
District/off: 0208-1           User: arouzeau              Page 7 of 9                  Date Rcvd: May 21, 2018
                               Form ID: tranapl            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Nicholas D. Fram    on behalf of Cross-Claimant    Term Loan Lenders nicholas.fram@mto.com, erika.eberline@mto.com
        Nicholas Heath Wooten    on behalf of Unknown Dianne  Ashworth nick@nickwooten.com, notices@nickwooten.com;linnea@nickwooten.com
        Oren  Giskan    on behalf of Plaintiff Rodolfo Fidel Mendoza ogiskan@gslawny.com
        Oscar B. Fears, III    on behalf of Creditor    Georgia Department of Revenue bfears@law.ga.gov
        Oscar N. Pinkas    on behalf of Defendant    Canadian Imperial Bank of Commerce oscar.pinkas@dentons.com, docketny@dentons.com
        Otis McGee, Jr.    on behalf of Defendant    City of Oakland Police & Fire Retirement System omcgeejr@oaklandcityattorney.org
        P. Warren Hunt    on behalf of Creditor    AVL Americas, Inc. pwh@krwlaw.com
        Patrick E. Mears    on behalf of Creditor    M-Heat Investors, LLC patrick.mears@btlaw.com
        Patrick G. Warner    on behalf of Plaintiff John  Morgenstein pgwarn@climacolaw.com
        Patrick J. Orr    on behalf of Unknown    MLC Asbestos PI Trust tklestadt@klestadt.com;kgarofalo@klestadt.com
        Patrick J. Trostle    on behalf of Debtor    Motors Liquidation Company patrick.trostle@tklaw.com, jessica.lopez@tklaw.com;shannon.savage@tklaw.com
        Paul  Sheldon    on behalf of Defendant    Continental Casualty Company paul.sheldon@cna.com
        Paul H. Silverman    on behalf of Creditor    Class of Saturn Consumers PSilverman@mclaughlinstern.com
        Paul J. Pascuzzi    on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
        Paul J. Ricotta    on behalf of Creditor    Hitachi Automotive Products (USA), Inc. pricotta@mintz.com, docketing@mintz.com
        Paul M. Basta    on behalf of Interested Party    General Motors LLC pbasta@paulweiss.com
        Paul T. Weinstein    on behalf of Unknown    Motors Liquidation Company Avoidance Action Trust pweinstein@emmetmarvin.com
        Peter  D'Apice    on behalf of Creditor    Ad Hoc Committee of Asbestos Personal Injury Claimants dapice@sbep-law.com
        Peter  D'Apice    on behalf of Unknown    Chair Lead Counsel Takata MDL Action Plaintiffs dapice@sbep-law.com
        Peter Gregory Schwed    on behalf of Unknown    Deloitte Tax LLP gschwed@loeb.com, tcummins@loeb.com;tcummins@ecf.courtdrive.com
        Peter S. Partee    on behalf of Interested Party    DTE Pontiac North, LLC ppartee@huntonak.com
        Phillip W. Bohl    on behalf of Creditor    Willette Acquisition Corp., a/k/a Digital Technologies and Allied Vaughn phillip.bohl@gpmlaw.com
        R. Christopher Cataldo    on behalf of Plaintiff    MCM Management Corp. ccataldo@jaffelaw.com
        R. Hugh Stephens    on behalf of Creditor    Stephens & Stephens, LLP hstephens@stephensstephens.com
        Renee M. Dailey    on behalf of Creditor    Georg Fischer Automotive AG renee.dailey@bgllp.com
        Richard David Lane    on behalf of Defendant    DE-SEI Institutional Investment Trust - High Yield Bond Fund rdlane@mdwcg.com
        Richard E. Kruger    on behalf of Creditor    BMW Group rkruger@jaffelaw.com
        Richard F. Harrison    on behalf of Interested Party    River Birch Capital LLC rharrison@westermanllp.com
        Richard Jon Riley    on behalf of Interested Party Rebekah  Oglesby cburt@mrblaw.com
        Richard L. Epling    on behalf of Creditor    Financial Engines Advisors L.L.C. richard.epling@pillsburylaw.com
        Richard L. Ferrell    on behalf of Creditor    EnovaPremier of Michigan LLC Ferrell@taftlaw.com
        Richardo I. Kilpatrick    on behalf of Creditor    City of Detroit ecf@kaalaw.com
        Robert  Honeywell    on behalf of Defendant    Ivy Fund Inc.-High Income Fund robert.honeywell@klgates.com, brian.koosed@klgates.com
        Robert  Sidorsky    on behalf of Creditor    A Raymond, Inc. robert@kruzhkovrusso.com, yana@kruzhkovrusso.com
        Robert B. Weiss    on behalf of Debtor    Motors Liquidation Company rweiss@honigman.com
        Robert C Hilliard    on behalf of Interested Party    Designated Counsel for the Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs bobh@hmglawfirm.com, lauren@hmglawfirm.com;katrina@hmglawfirm.com
        Robert D. Gordon    on behalf of Creditor    ATS Automation Tooling Systems, Inc. rgordon@clarkhill.com
        Robert D. Wolford    on behalf of Creditor    Benteler Automotive Corp. ecfwolfordr@millerjohnson.com
        Robert H. Brownlee    on behalf of Creditor c/o Robert Brownlee  Maritz Holdings Inc. rbrownlee@thompsoncoburn.com
        Robert H. Snyder, Jr.    on behalf of Unknown    Butler Wooten & Peak LLP rob@butlerwooten.com
        Robert L. LeHane    on behalf of Creditor    LBA Realty Fund III  Company IX, LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
        Robert T. Schmidt    on behalf of Plaintiff    Official Committee of Unsecured Creditors of Motors Liquidation Company, et al. rschmidt@kramerlevin.com, andrea-chouprouta-1684@ecf.pacerpro.com;corporate-reorg-1449@ecf.pacerpro.com;docketing@kramerlevin.com
        Robert W. Phillips    on behalf of Interested Party    Certain Mesothelioma Claimants rphillips@simmonscooper.com
        Roland  Hwang    on behalf of Unknown    Michigan Department of Energy, Labor & Economic Growth, Unemployment Insurance Agency hwangr@michigan.gov
        Ronald Jay Smolow    on behalf of Plaintiff Donna M. Trusky ron@smolow.com, pat@smolow.com
        Ronald S. Pretekin    on behalf of Creditor    Harco Manufacturing Group LLC piatt@coollaw.com
        Rudy  Gonzales, Jr.    on behalf of Unknown    Certain Pre-Closing Accident Plaintiffs lauren@hmglawfirm.com, rudyg@hmglawfirm.com

```
District/off: 0208-1          User: arouzeau            Page 8 of 9              Date Rcvd: May 21, 2018
                              Form ID: tranapl          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Russell Carl Babcock   on behalf of Unknown   The Estate of Kathleen Pillars, Deceased russellbabcock@aol.com, marylynnmcphail@yahoo.com
          Ryan D. Heilman   on behalf of Attorney   BASF Corporation ryan@wernetteheilman.com
          S. Alyssa Young   on behalf of Plaintiff Barbara   Allen ayoung@leaderberkon.com
          S. Christopher Szczerban   on behalf of Defendant   JPMorgan Chase Bank, N.A. scs@wlrk.com, calert@wlrk.com
          Sarah L. Prutzman   on behalf of Defendant   Citigroup Global Markets Inc. slp4@mofo.com, docketny@mofo.com;sarah-prutzman-8500@ecf.pacerpro.com
          Sarah M. Chen   on behalf of Unknown   Praxair Distribution Inc. docket@lockelord.com
          Sarah Sandok Rabinovici   on behalf of Creditor   SKF USA Inc. rabinovicis@pepperlaw.com
          Scott A. Golden   on behalf of Interested Party   News America Incorporated scott.golden@hoganlovells.com
          Scott I. Davidson   on behalf of Defendant   General Motors Co. sdavidson@kslaw.com
          Scott I. Davidson   on behalf of Interested Party   General Motors LLC sdavidson@kslaw.com
          Scott J. Freedman   on behalf of Attorney   Dilworth Paxson LLP sfreedman@dilworthlaw.com
          Scott L. Esbin   on behalf of Transferee   Pandora Select Partners, LP bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
          Scott N. Brown, Jr.   on behalf of Creditor   Hamilton County Trustee snb@smrw.com
          Scott S Balber   on behalf of Defendant   OCM-WM Pool High Yield Fixed Interest Trust scott.balber@hsf.com, stephanie.morano@hsf.com
          Sean E. O'Donnell   on behalf of Defendant   Green Hunt Wedlake, Inc., as trustee for General Motors Nova Scotia Finance Company sodonnell@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com
          Sean E. O'Donnell   on behalf of Unknown   Green Hunt Wedlake, Inc., Trustee sodonnell@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com
          Selia M Warren   on behalf of Defendant   City of Oakland Police & Fire Retirement System swarren@oaklandcityattorney.org
          Serge Ambroise   on behalf of Plaintiff   AFL-CIO sambroise@kjmlabor.com, eperez@kjmlabor.com, lthompson@kjmlabor.com
          Sharon L. Stolte   on behalf of Creditor   Haldex Credit Services Corp. sstolte@sandbergphoenix.com
          Shaya M. Berger   on behalf of Unknown   Motors Liquidation Company GUC Trust bergers@dicksteinshapiro.com
          Stanley B. Tarr   on behalf of Interested Party   Cellco Partnership d/b/a Verizon Wireless on behalf of itself and its controlled affiliates tarr@blankrome.com
          Stanley B. Tarr   on behalf of Defendant   PNC Bank, National Association tarr@blankrome.com
          State of Nebraska, Attorney General's Office   leslie.levy@nebraska.gov
          Stephen M. Gross   on behalf of Attorney   McDonald Hopkins PLC sgross@mcdonaldhopkins.com
          Stephen S. LaPlante   on behalf of Interested Party   Ford Motor Company laplante@millercanfield.com
          Steve Berman   on behalf of Interested Party   Participating Unitholders steve@hbsslaw.com, heatherw@hbsslaw.com,carrie@hbsslaw.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue sdnyecf@dor.mo.gov
          Steven B. Eichel   on behalf of Defendant   Intesa Sanpaolo Private Banking SPA seichel@crowell.com
          Steven B. Eichel   on behalf of Creditor   Winkelmann Sp. z.o.o. se@robinsonbrog.com
          Steven B. Flancher   on behalf of Interested Party   Michael A. Cox Attorney General for the State of Michigan flanchers@michigan.gov
          Steven B. Soll   on behalf of Unknown   Certain Class Action Plaintiffs ssoll@oshr.com, awilliams@oshr.com;asilverstein@otterbourg.com;mmillan@otterbourg.com
          Steven Harris Blatt   on behalf of Unknown   Mount Kisco Chevrolet Cadillac Hummer, Inc. sblatt@dealerlaw.com
          Steven J. Reisman   on behalf of Defendant   DbX Risk Arbitrage 1 Fund, Lyxor/Paulson International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners Enhanced, L.P., and Paulson Partners L.P. sreisman@katten.com, cindi.giglio@kattenlaw.com;nyc.bknotices@kattenlaw.com
          Steven M. Bierman   on behalf of Unknown   WELLS FARGO BANK, N.A. sbierman@sidley.com, emalin@sidley.com;emcdonnell@sidley.com
          Steven R. Montgomery   on behalf of Creditor   J.B. Hunt Transport Services, Inc. smontgomery@rawle.com
          Stewart D Aaron   on behalf of Defendant   Kynikos Opportunity Fund II LP stewart.aaron@aporter.com
          Stuart A. Krause   on behalf of Interested Party   Toyota Tsusho America, Inc. skrause@zeklaw.com
          Susan Jennik   on behalf of Plaintiff   AFL-CIO sjennik@cwsny.com, lthompson@cwsny.com, elogue@cwsny.com,ecf@cwsny.com
          Susan L Shin   on behalf of Defendant   Kynikos Opportunity Fund II LP susan.shin@apks.com
          Susan M. Cook   on behalf of Creditor   Knight Facilities Management, Inc. smcook@lambertleser.com
          Susan R. Katzoff   on behalf of Creditor   Niagara Mohawk Power Corporation, d/b/a National Grid skatzoff@barclaydamon.com, lmcrobbie@barclaydamon.com
          Terry Josh Judd   on behalf of Creditor   Additional Ignition Switch Pre-Closing Accident Plaintiffs jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;sray@andrewsmyers.com
          Tessa Brianne Harvey   on behalf of Plaintiff   Motors Liquidation Company Avoidance Action Trust tharvey@binderschwartz.com
          Thomas B. Radom   on behalf of Creditor   Gates de Mexico SA de CV radom@butzel.com
          Thomas E. Coughlin   on behalf of Creditor   MCM Management Corp. tcoughlin@jaffelaw.com
          Thomas J. Schank   on behalf of Creditor   John N. Graham, Trustee for the Bankruptcy Estate of High Tech Packaging, Inc. tomschank@hunterschank.com

```
District/off: 0208-1          User: arouzeau           Page 9 of 9             Date Rcvd: May 21, 2018
                              Form ID: tranapl         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
- Thomas M. Kennedy    on behalf of Plaintiff    AFL-CIO tkennedy@cwsny.com, lthompson@cwsny.com, elogue@cwsny.com,ecf@cwsny.com
- Thomas P. Sarb    on behalf of Creditor    Benteler Automotive Corp. ecfsarbt@millerjohnson.com
- Thomas W. Schouten    on behalf of Creditor    Ridgeview Industries, Inc. tschouten@dunnsslaw.com
- Todd S Garber    on behalf of Creditor Lisa    Phaneuf tgarber@fbfglaw.com
- Tonya A. Trumm    on behalf of Creditor    Jefferson Wells International, Inc. tatrumm@michaelbest.com
- Trent P. Cornell    on behalf of Interested Party    General Motors National Retiree Association, Over The Hill Car People, LLC tcornell@pedersenhoupt.com
- United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
- Victor J. Mastromarco, Jr.    on behalf of Unknown Gerald    Haynor vmastromar@aol.com
- Victor J. Mastromarco, Jr.    on behalf of Creditor    Pillars, Estate of Kathleen Pillars, Deceased vmastromar@aol.com
- Victoria D. Garry    on behalf of Creditor    Ohio Attorney General vgarry@ag.state.oh.us
- Wendy S. Walker    on behalf of Creditor    A.P. Moller-Maersk A/S wwalker@morganlewis.com
- Whitney L. Mosby    on behalf of Defendant    Manual Transmissions of Muncie, LLC wmosby@binghammchale.com
- William Howard Newman    on behalf of Defendant    Wells Cap Mgmt - 13923601 wnewman@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com
- William P. Weintraub    on behalf of Attorney    Burnett Law Firm wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
- William Patrick Lalor    on behalf of Defendant    Continental Casualty Company wlalor@mayalaw.com
- Zachary H. Smith    on behalf of Defendant    Phoenix CLO II, Ltd zacharysmith@mvalaw.com
- c/o Robert Brownlee    Maritz Holdings Inc.    rbrownlee@thompsoncoburn.com

                                                                                                TOTAL: 375