Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                          :
In re:                                                    :          Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,      :          Case No.: 09-50026 (MG)
          f/k/a General Motors Corp., et al.,      :
                                                          :
                              Debtors.      :          (Jointly Administered)
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                                          ) ss.:
COUNTY OF NEW YORK        )

    1.      Amy J. Cunningham, being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

    2.      On the 22nd day of May, 2018, I caused to be served a true and correct copy of the Letter to Judge Martin Glenn from the undersigned counsel for the Signatory Plaintiffs and the GUC Trust in response to May 10, 2018 Order re Case Management Conference Regarding Proposed Settlement Between the GUC Trust and Signatory Plaintiffs, with exhibits A and B thereto, docket number 14312, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3.      On the 22nd day of May, 2018, I caused to be served a true and correct copy of the

Letter to Judge Martin Glenn from the undersigned counsel for the Signatory Plaintiffs and the

GUC Trust in response to May 10, 2018 Order re Case Management Conference Regarding

Proposed Settlement Between the GUC Trust and Signatory Plaintiffs, with exhibits A and B

thereto, docket number 14312, by electronic mail upon the parties listed in Exhibit A.


                                                            /s/ Amy J. Cunningham
                                                            Amy J. Cunningham



Sworn to before me this
24th day of May, 2018.


/s/ Harriet E. Cohen
Notary Public, State of New York
No. 01CO6358978
Qualified in New York County
My Commission Expires May 22, 2021

# **EXHIBIT A**

abloomer@kirkland.com
anne@hilliardshadowenlaw.com
bobh@hmglawfirm.com
Carrie@hbsslaw.com
Clay.Pierce@dbr.com
sdavidson@kslaw.com
ECABRASER@lchb.com
esserman@sbep-law.com
rgeman@lchb.com
gfox@goodwinlaw.com
dgolden@AkinGump.com
jamestecce@quinnemanuel.com
Jjudd@andrewsmyers.com
jordanharap@quinnemanuel.com
juliabeskin@quinnemanuel.com
jkane@akingump.com
kashley@hmglawfirm.com
Kristin.Going@dbr.com
LAkers@hmglawfirm.com
lauren@hmglawfirm.com
ldobson@thomasjhenrylaw.com
lpaniszczyn@thomasjhenrylaw.com
Lnorman@andrewsmyers.com
Marita.Erbeck@dbr.com
djnewman@akingump.com
Nick@hbsslaw.com
rgodfrey@kirkland.com
rudyg@hmglawfirm.com
Sean@hbsslaw.com
asteinberg@kslaw.com
Steve@hbsslaw.com
susheelkirpalani@quinnemanuel.com
tjhenry@thomasjhenrylaw.com
jwoodson@akingump.com
WWeintraub@goodwinlaw.com

63005100 v1