**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
E-mail: kristin.going@dbr.com
         clay.pierce@dbr.com
         marita.erbeck@dbr.com
Kristin K. Going
Clay J. Pierce
Marita S. Erbeck

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :
                                                                 :   **Chapter 11 Case No.**
                                                                 :
                                                                 :   **09-50026 (MG)**
**MOTORS LIQUIDATION COMPANY,** *et al.***,**                    :
**f/k/a General Motors Corp.,** *et al.*                         :
                                                                 :   **(Jointly Administered)**
                                                                 :
                    **Debtors.**                                 :
-----------------------------------------------------------------x

### AMENDED[1] NOTICE OF MATTERS SCHEDULED FOR CONFERENCE
### ON MAY 25, 2018 AT 10:00 A.M. (EASTERN TIME)

Location of Conference:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONFERENCE**

1.    *Order Scheduling a Case Management Conference Regarding Proposed Settlement Between the GUC Trust and Signatory Plaintiffs* **(ECF 14298)**.

2.    *Notice Regarding Telephonic Participation in the Case Management Conference Scheduled for May 25, 2018 at 10:00 a.m.* filed by Motors Liquidation Company GUC Trust **(ECF 14302)**.

---

[1]    Amended agenda items appear in bold-face type.

1

92711058.1

Responses Filed:

A. None to Date.

Replies Filed:

B. None to Date.

Additional Documents:

C. *Order Re Case Management Conference Regarding Proposed Settlement Between the GUC Trust and Signatory Plaintiffs* **(ECF 14301)**.

D. *Proposed Schedule* filed by the Motors Liquidation Company GUC Trust and Signatory Plaintiffs **(ECF 14309)**.

E. May 22, 2018 Letter and Exhibits filed by the Motors Liquidation Company GUC Trust and Signatory Plaintiffs **(ECF 14312)**.

F. *Notice of Filing* of corrected Exhibit D filed by the Motors Liquidation Company GUC Trust and Signatory Plaintiffs **(ECF 14316)**.

G. *Proposed Schedule for Motions filed by the GUC Trust with Respect to a Proposed Settlement with Signatory Plaintiffs* filed by New GM **(ECF 14313)**.

H. ***Letter Response to the Court's May 10, 2018 Order re: Case Management Conference Regarding Proposed Settlement Order and (i) Response to May 22, 2018 Letter and (ii) Certain Revisions to the Proposed Settlement* filed by New GM (ECF 14320).**

**Status:** This matter is going forward as a case management conference.

Dated: New York, New York
May 24, 2018

                                                    DRINKER BIDDLE & REATH LLP
By: /s/ *Kristin K. Going*
                                                    Kristin K. Going
                                                    Clay J. Pierce
                                                    Marita S. Erbeck
                                                    1177 Avenue of the Americas
                                                    41st Floor
                                                    New York, NY 10036-2714
                                                    Tel: (212) 248-3140

92711058.1

E-mail: kristin.going@dbr.com
clay.pierce@dbr.com
marita.erbeck@dbr.com

*Attorneys for the Motors Liquidation
Company GUC Trust Administrator*

3

92711058.1