# EXHIBIT A – MOVANTS

| No. | Name | Recall |
|---|---|---|
| 1. | Adams, Ernest Individually, and as Representative of the Estate of Elizabeth Williams | **14V400000** |
| 2. | Amsdill, Scott | **14V400000** |
| 3. | Bannarn, Dennis | **14V400000** |
| 4. | Barkwell, Linda Individually, and as Representative of the Estate of Randall Forrester | **14V355000** |
| 5. | Barner, Jasmine | **14V400000** |
| 6. | Barrett, Lowary | **14V400000** |
| 7. | Bowers, Johnnie | **14V355000** |
| 8. | Boyd, David | **14V400000** |
| 9. | Brown, Melinda Individually, and as Representative of the Estate of Brenda Inman | **14V400000** |
| 10. | Buie, Darell | **14V400000** |
| 11. | Cady, Jeanine Individually, and as Representative of the Estate of Sandy Cady | **14V355000** |
| 12. | Cardell, Kateasha | **14V400000** |
| 13. | Casey, Isaac | **14V394000** |
| 14. | Chapman, Edgar | **14V400000** |
| 15. | Crew, Richard | **14V400000** |
| 16. | Cunningham, Eric | **14V400000** |
| 17. | Delk, Brittany | **14V400000** |
| 18. | Delk, Grant | **14V400000** |
| 19. | Delk, Sherille | **14V400000** |
| 20. | Delk, Sherille Individually, and as Next Friend of Timothy Delk | **14V400000** |

| No. | Name | Recall |
|---|---|---|
| 21. | Delk, Valeria | **14V400000** |
| 22. | Dunbar, Alternetta | **14V400000** |
| 23. | Duncan, Lynda | **14V400000** |
| 24. | Dunson, Jamie | **14V394000** |
| 25. | Gaston Jr, Darryl R | **14V400000** |
| 26. | Ghesquiere, Daniel | **14V355000** |
| 27. | Goad, Lisa Individually, and as Representative of the Estate of Justin Wayne Goad | **14V400000** |
| 28. | Gonzales, Simon | **14V400000** |
| 29. | Gracia, Christopher (Deceased) | **14V355000** |
| 30. | Hicks, Jennie Individually, and as Representative of the Estate of Alphonso Hicks | **14V355000** |
| 31. | Howard, Tanya | **14V400000** |
| 32. | Hughes, Melody | **14V400000** |
| 33. | Jackson, Mary | **14V400000** |
| 34. | Jaure, Nicole | **14V400000** |
| 35. | Johnson, Margaret Individually, and as Next Friend of Bryan Johnson Individually, and as Representative of the Estate of Robert Brian Johnson | **14V400000** |
| 36. | Kersey, Patricia Individually, and as Representative of the Estate of Carl Beale | **14V400000** |
| 37. | Knight, Michael | **14V400000** |
| 38. | Korona, Richard | **14V400000** |
| 39. | Kunc, Linda | **14V400000** |
| 40. | Lesesne, Cheryl | **14V394000** |

| No. | Name | Recall |
|---|---|---|
| 41. | Lester, Shirley | **14V355000** |
| 42. | Lett, Tony Sr. Individually, and as Representative of the Estate of Tony Lett, Jr. | **14V400000** |
| 43. | Maloney, Margaret | **14V400000** |
| 44. | Marshall, Tammie | **14V400000** |
| 45. | Myles, Yvette | **14V400000** |
| 46. | Noffke, Robert A. | **14V400000** |
| 47. | O'Shields, Mary Individually, and as Representative of the Estate of Brenda Inman | **14V400000** |
| 48. | Owens, Janice | **14V400000** |
| 49. | Powell, Martinique | **14V400000** |
| 50. | Powell, Ryan | **14V400000** |
| 51. | Powledge Colvin, Amber Individually, and as Representative of the Estate of Adam Powledge | **14V400000** |
| 52. | Powledge, Austin Individually, and as Representative of the Estate of Adam Powledge | **14V400000** |
| 53. | Powledge, Mary Individually, and as Representative of the Estate of Adam Powledge | **14V400000** |
| 54. | Powledge, Ronnie Individually, and as Representative of the Estate of Adam Powledge | **14V400000** |
| 55. | Prewitt, Vernice | **14V400000** |
| 56. | Purdy, Anna | **14V400000** |
| 57. | Ramadi, Muntaha | **14V400000** |
| 58. | Ramsey, Joyce | **14V400000** |
| 59. | Rogers, Dennis Individually, and as Representative of the Estate of Sarah Rogers | **14V400000** |
| 60. | Rogers, Timothy | **14V355000** |
| 61. | Russell, Chikoa | **14V400000** |

| No. | Name | Recall |
|---|---|---|
| 62. | Scott, Randy | **14V400000** |
| 63. | Secord, Marilyn | **14V400000** |
| 64. | Short-Coleman, Yolanda | **14V400000** |
| 65. | Sims, Derrius | **14V394000** |
| 66. | Small, Kenneth | **14V400000** |
| 67. | Sowers, Adam | **14V394000** |
| 68. | Washington, Rickie | **14V400000** |
| 69. | Wilkinson, Herbert Individually, and as Representative of the Estate of Jimmy Wilkinson | **14V400000** |