**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes, and says:

     1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.    On June 12, 2018 I caused to be served copies of the **Memorandum of Law of General Motors LLC With Respect to Application of Rule 23 to the Proposed Settlement** (together with accompanying exhibit) on the persons set forth on the attached service list.

     3.    I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent in the manner and date shown thereon and on all parties of interest via the Court's electronic case filing system.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
12th day of June, 2018

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2018

## **SERVICE LIST**

### **By Email (Electronic Mail) on June 12, 2018**

asteinberg@kslaw.com; sdavidson@kslaw.com; richard.godfrey@kirkland.com;
andrew.bloomer@kirkland.com; dbaty@honigman.com; jcalton@honigman.com;
jsgroi@honigman.com; tsherick@honigman.com; rweiss@honigman.com;
gregory.bailey@weil.com; david.berez@retired.weil.com; robert.lemons@weil.com;
harvey.miller@weil.com; joseph.smolinsky@weil.com; stephen.karotkin@weil.com;
dmurray@jenner.com; kovskyd@pepperlaw.com; patrick.trostle@tklaw.com;
amm@memmenlaw.com; wweintraub@goodwinlaw.com; gfox@goodwinlaw.com;
jfortney@gibsondunn.com; aherrera@gibsondunn.com; mkarlan@gibsondunn.com;
meggenberger@gibsondunn.com; lrubin@gibsondunn.com; awu@gibsondunn.com;
nysbnotice@gmail.com; pbentley@kramerlevin.com; dblabey@kramerlevin.com;
acaton@kramerlevin.com; lmacksoud@kramerlevin.com; tmayer@kramerlevin.com;
gplotko@kramerlevin.com; arogoff@kramerlevin.com; rschmidt@kramerlevin.com;
jsharret@kramerlevin.com; fishere@dicksteinshapiro.com; efisher@binderschwartz.com;
ehood@clarkhill.com; kfornell@clarkhill.com; jcolaianne@clarkhill.com;
conor.tully@fticonsulting.com; mjedelman@vedderprice.com;
mschein@vedderprice.com; ecabraser@lchb.com; rgeman@lchb.com;
tjh@thomasjhenrylaw.com; lpaniszczyn@thomasjhenrylaw.com;
ldobson@thomasjhenrylaw.com; dgolden@akingump.com; djnewman@akingump.com;
jkane@akingump.com; jwoodson@akingump.com; steve@hbsslaw.com;
sean@hbsslaw.com; carrie@hbsslaw.com; nick@hbsslaw.com; bobh@hmglawfirm.com;
anne@hilliardshadowenlaw.com; kashley@hmglawfirm.com;
LAKers@hmglawfirm.com; lauren@hmglawfirm.com; rudyg@hmglawfirm.com;
esserman@sbep-law.com; eweisfelner@brownrudnick.com; hsteel@brownrudnick.com;
jforster@brownrudnick.com; KAulet@brownrudnick.com; SJason@brownrudnick.com;
JMeyers@brownrudnick.com; ACunninghham@brownrudnick.com;
rickguy7@gmail.com; Lnorman@andrewsmyers.com; Jjudd@andrewmyers.com;
Marita.Erbeck@dbr.com; kristin.going@dbr.com; garrett.fail@weil.com;
gregory.bailey@weil.com

### **By Federal Express on June 12, 2018**

Pat J. Bombard
5 Wheeler Avenue
Fayetteville, NY 13066

Erik Rosenfeld
U.S. Department of the Treasury
1500 Pennsylvania Avenue
Washington, DC  20220

**By Hand Delivery on June 13, 2018**

Brian Masumoto
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY  10014