Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                  :
In re:                                            :          Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,               :          Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., et al.,          :
                                                  :
                     Debtors.          :          (Jointly Administered)
-------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                             ) ss.:
COUNTY OF NEW YORK   )

     1.     Amy J. Cunningham, being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

     2.     On the 12th day of June, 2018, I caused to be served a true and correct copy of the Brief of the Signatory Plaintiffs and GUC Trust Addressing the Application of Fed. R. Civ. Proc. 23 to the Pending Settlement Approval and Claims Estimate Motions, docket number 14332, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

     3.     On the 12th day of June, 2018, I caused to be served a true and correct copy of the Brief of the Signatory Plaintiffs and GUC Trust Addressing the Application of Fed. R. Civ. Proc.

23 to the Pending Settlement Approval and Claims Estimate Motions, docket number 14332, by

electronic mail upon the parties listed in Exhibit A.

    4.    On the 13th day of June, 2018, I caused to be served a true and correct copy of the

Brief of the Signatory Plaintiffs and GUC Trust Addressing the Application of Fed. R. Civ. Proc.

23 to the Pending Settlement Approval and Claims Estimate Motions, docket number 14332, by

hand delivery upon the party listed in Exhibit B.

    5.    On the 13th day of June, 2018, I caused to be served a true and correct copy of the

Brief of the Signatory Plaintiffs and GUC Trust Addressing the Application of Fed. R. Civ. Proc.

23 to the Pending Settlement Approval and Claims Estimate Motions, docket number 14332, by

first class mail, postage pre-paid upon the party listed in Exhibit C.


    /s/ Amy J. Cunningham
    Amy J. Cunningham


Sworn to before me this
13th day of June, 2018.


/s/ Harriet E. Cohen
Notary Public, State of New York
No. 01CO6358978
Qualified in New York County
My Commission Expires May 22, 2021

# <u>EXHIBIT A</u>

abloomer@kirkland.com
anne@hilliardshadowenlaw.com
asteinberg@kslaw.com
asynnott@paulweiss.com
bobh@hmglawfirm.com
Carrie@hbsslaw.com
Clay.Pierce@dbr.com
conor.tully@fticonsulting.com
ddavis@paulweiss.com
dgolden@AkinGump.com
djnewman@akingump.com
ECABRASER@lchb.com
esserman@sbep-law.com
gfox@goodwinlaw.com
HSNovikoff@wlrk.com
jamestecce@quinnemanuel.com
Jjudd@andrewsmyers.com
jkane@akingump.com
jordanharap@quinnemanuel.com
juliabeskin@quinnemanuel.com
jwoodson@akingump.com
kashley@hmglawfirm.com
kkimpler@paulweiss.com
Kristin.Going@dbr.com
LAkers@hmglawfirm.com
lauren@hmglawfirm.com
ldobson@thomasjhenrylaw.com
Lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com
lshumejda@paulweiss.com
Marita.Erbeck@dbr.com
mjedelman@vedderprice.com
mschein@vedderprice.com
Nick@hbsslaw.com
pbasta@paulweiss.com
rgeman@lchb.com
rgodfrey@kirkland.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
Sean@hbsslaw.com
sharnett@paulweiss.com
Steve@hbsslaw.com
susheelkirpalani@quinnemanuel.com
tjhenry@thomasjhenrylaw.com
WWeintraub@goodwinlaw.com

# **EXHIBIT B**

Office of the United States Trustee
for the Southern District of New York
Attn: William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

# **EXHIBIT C**

United States Department of the Treasury
Attn: Erik Rosenfeld
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

63005100 v1