**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.

------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

## ORDER SCHEDULING ORAL ARGUMENT FOR JULY 19, 2018 AT 2:00P.M. REGARDING THE APPLICATION OF FED. R. CIV. PROC. 23 TO THE PENDING SETTLEMENT APPROVAL AND CLAIMS ESTIMATE MOTIONS

On May 25, 2018, the Court held a case management conference concerning the proposed settlement between the GUC Trust and the signatory plaintiffs. The Court requested simultaneous briefs on the gating issue whether Rule 23 of the Federal Rules of Civil Procedure must apply to any proposed settlement of economic loss claims presented to this Court. On June 12, 2018, counsel for the parties filed simultaneous briefs (the "Rule 23 Gating Briefs," ECF Doc. # 14331, 14332).

The Court hereby schedules oral argument for **2:00 p.m., Thursday, July 19, 2018** (not to exceed 90 minutes for each side) in connection with the Rule 23 gating issue**.**

**IT IS SO ORDERED.**

Dated: June 20, 2018
       New York, New York

               **/s/ Martin Glenn**
               MARTIN GLENN
               United States Bankruptcy Judge

1