7/2/2018

P.J. Bombard
1990 Main Street
Suite 750
Sarasota, FLA 34236
O: 941.309.5385
C: 941.993.7846

The Honorable Judge Martin Glenn
Re: Case # 09-50026
US Bankruptcy Court
Southern District of NY
1 Bowling Green
New York, New York 10004-1408

This is an updated address and phone numbers for all correspondence, and phone calls, court dates, hearings, etc.

Sincerely,

*Pat Bombard*

Pat Bombard, pro se