**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036

---

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019

July 10, 2018

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    **Re:** In re Motors Liquidation Company, *et al.*
       Case No. 09-50026 (MG)

       **Response to Pat Bombard's Pleading Related to Rule 23 Briefing**

Dear Judge Glenn:

  General Motors LLC ("**New GM**") writes with respect to Pat Bombard's *Memorandum in Response to Memorandum of Law of General Motors LLC with Respect to Application of Rule 23 to the Proposed Settlement*, filed on June 28, 2018 [ECF No. 14340] (the "**Bombard Rule 23 Pleading**"). New GM previously filed a motion to enforce the Sale Order and a wind-down agreement with Mr. Bombard's now defunct company, and on April 13, 2018, this Court granted New GM's motion (the "**April 2018 Order**"). Mr. Bombard, acting *pro se*, appealed the April 2018 Order, which is pending in the District Court (the "**Bombard Appeal**"). The Bombard Rule 23 Pleading only addresses issues subject to the Bombard Appeal and does not address any of the issues that are before the Court with respect to the Proposed Settlement. Accordingly, the Bombard Rule 23 Pleading should be stricken and disregarded, and Mr. Bombard's request to be heard on the Rule 23 Issue should be denied.

*[Remainder of Page Intentionally Left Blank]*

Honorable Martin Glenn
July 10, 2018
Page 2

Respectfully submitted,

*/s/ Paul M. Basta*_____
Paul M. Basta
Aidan Synnott
Kyle J. Kimpler
Sarah Harnett
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*and*

Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Counsel for General Motors LLC*