July 9, 2018

JUL 1 2 2018

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 1004-1408

Dear Sir/Madam:

Prior to the General Motors Bankruptcy in 2008 I purchased 430 shares of General Motors Senior Notes, 370ESC816 and 500 shares of General Motors Senior Notes 370ESC121, which are presently held in my Schwab Brokerage Account pending possible future distributions. My brokerage account shows I am presently carrying a $~~16,113.~~51 loss on these securities.

# 15,915.39

I am writing to you to inquire as to what plans General Motors has to pay off this debt or issue me stock of equal value.

It has been ten (10) years since I incurred this loss, General Motors is doing well and it is time for them to repay their debts.

I will appreciate hearing from you regarding this matter at your earliest convenience.

Sincerely,

*Montyna Kelly*

Montyna Kelly

Accounts | Trade | Research | Products | Guidance | Service | Contact Us | Chat | Help

Summary | Balances | **Positions** | Portfolio Performance | History | Statements | Transfers & Payments

**Joint Tenant**

Page last updated: 10:48 PM ET, 07/07/2018   Refresh   Export   Print

**Market Value** | Unrealized Gain / Loss | Positions Monitor

View Realized Gain/Loss

| Account Value | Cash & Cash Invest. | Market Value | Day Change[1] | Cost Basis | Gain/Loss[3] |
|---|---|---|---|---|---|
| (redacted) | (redacted) | (redacted) | (redacted) | (redacted) | (redacted) |

| Group By: Security Type | Show Indices | Settings | Last | Change | Bid | Ask | High | Low | Volume | Time (ET) | Refresh Trade | News | Chart |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xel | Quote | Symbol Lookup | XEL 46.96 | +0.37 (+0.79%) | 42.55 | 47.50 | 47.08 | 46.60 | 2,193,794 | 4:00:00 PM | | | |

| Symbol / Name Full / Short | Price | Quantity | Price Change $ / % | Day Change[2] $ / % | Rating[5] | Reinvest? | ▼Market Value | % of Account[6] | Cost Basis | Gain/Loss[3] $ / % |
|---|---|---|---|---|---|---|---|---|---|---|
| **◻ Equities** | | | | | | | | | | |
| WFC+X WELLS FARGO BK 5.5% PFD... | | | | | | | | | | |
| CTL CENTURYLINK INC | | | | | | | | | | |
| VZ VERIZON COMMUNICATN | | | | | | | | | | |
| NEE+J NEXTERA ENERGY CAP 5%PFD... | | | | -- -- | | | | | | |
| WFC+T WELLS FARGO BK N 6% PFD... | | | | | | | | | | |
| CTV QWEST CORP 6.875%PFD... | | | | | | | | | | |
| DKT DEUTSCH BANK 8.05% PFD PFD | | | | | | | | | | |
| ✓ GM GENERAL MOTORS CO | $39.16[8] | 125 | -$0.31 | -$38.75 | A | No | $4,895.00[8] | 2.86% | $20,810.39 | -$15,915.39 ✓ |
| T A T & T INC | | | | | | | | | | |
| CELG CELGENE CORP | | | | | | | | | | |
| PBI+B PITNEY BOWES INC 6.7%PFD... | | | | | | | | | | |
| SLRC SOLAR CAPITAL LTD | | | | | | | | | | |
| ALL+D ALLSTATE COR 6.625% PFD... | | | | | | | | | | |
| NLY ANNALY CAPITAL MGMT REIT | | | | | | | | | | |
| **Equities Total** | | | | | | | | | | |
| **◻ Fixed Income** | | | | | | | | | | |
| ✓ 370ESC816 GENERAL MOTORS 7.25XXX ESCROW PENDING POSSIBLE FUTURE DISTRIBUTIONS | $0.00 | 430 | N/A | N/A | -- / -- | -- | $0.00 | N/A | N/A | N/A |
| 370ESC121 GENERAL MTRS CP7.5%44XXX ESCROW PENDING POSSIBLE FUTURE DISTRIBUTIONS | $0.00 | 500 | N/A | N/A | -- / -- | -- | $0.00 | N/A | N/A | N/A |
| **Fixed Income Total** | | | | N/A | | | $0.00 | N/A | N/A | N/A |