**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.

------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)

(Jointly Administered)

**ORDER STRIKING MEMORANDUM IN RESPONSE TO MEMORANDUM OF LAW OF GENERAL MOTORS LLC WITH RESPECT TO APPLICATION OF RULE 23 TO THE PROPOSED SETTLEMENT FILED BY PAT J. BOMBARD**

On April 13, 2018, this Court issued a *Memorandum Opinion and Order* (the "Bombard Opinion," ECF Doc. # 14271) granting *General Motors LLC's Motion to Enforce Sale Order With Respect to Pat Bombard* (ECF Doc. # 14243). On April 23, 2018, Pat J. Bombard ("Bombard") filed a Notice of Appeal and Statement of Election (the "Notice of Appeal," ECF Doc. # 14283) in regards to the Bombard Opinion.

On June 25, 2018, Bombard filed a *Memorandum in Response to Memorandum of Law of General Motors LLC with Respect to Application of Rule 23 to the Proposed Settlement* (the "Bombard Response," ECF Doc. # 14340) that in form purports to respond to the pending Settlement Approval and Claims Estimate Motion (*see* ECF Doc. ## 14331, 14332) but in substance discusses only the Bombard Opinion and its pending appeal.

[*Remainder of Page Intentionally Left Blank*]

1

2

Bombard has a pending appeal that is no longer before this Court, and therefore the Court hereby issues this Order **STRIKING** the Bombard Response. Bombard does not have standing to contest the pending Settlement Approval and Claims Estimate Motion; Bombard will not be granted nor allowed any time during oral argument at the hearing scheduled for Thursday, July 19, 2018 at 2:00 P.M. EST.

**IT IS SO ORDERED.**

Dated: July 17, 2018
New York, New York

_____/s/ Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge