**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.
------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

**ORDER RE JULY 19, 2018 HEARING REGARDING WHETHER CLASS CERTIFICATION OF ECONOMIC LOSS CLAIMANTS IS REQUIRED TO APPROVE THE PENDING SETTLEMENT**

At the hearing this afternoon addressing whether Rule 7023 of the Federal Rules of Bankruptcy Procedure must be applied to any proposed settlement of economic loss claims, arguments shall proceed in the following order: <u>first</u>, from counsel for New GM, and <u>second</u>, from counsel for the Signatory Plaintiffs and the GUC Trust.

The Signatory Plaintiffs and the GUC Trust should address, among other things: (1) Does the proposed Settlement terminate if the Court concludes that settlement approval of economic loss claims requires certification of one or more classes, and, (2) if so, are the Signatory Plaintiffs and the GUC Trust prepared to modify the Settlement to provide that the Settlement terminates only if the Court does not certify one or more classes for settlement purposes?

Counsel for the parties should also address what future proceedings are necessary if the Court determines that Rule 7023 certification is required.

**IT IS SO ORDERED.**

Dated:  July 19, 2018
         New York, New York

                                                   **/s/ Martin Glenn**
                                                   MARTIN GLENN
                                                   United States Bankruptcy Judge

1