**BROWN RUDNICK**

EDWARD S. WEISFELNER
direct dial: (212) 209-4900
fax: (212) 209-4801
eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

July 26, 2018

**VIA EMAIL AND ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

**RE:    In re Motors Liquidation Company, et al., Case No. 09-50026 (MG)**

Dear Judge Glenn:

      We write on behalf of the Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs to attach for the Court's reference the *Order Approving Debtors' Motion for Entry of an Order (I) Approving the Proposed Kansas and Missouri Agreement and Release Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief*, In re GenOn Energy, Inc., Case No. 17-33695 (DRJ) (Bankr. S.D. Tex. July 25, 2018). This Order approves the motion seeking to settle class proofs of claim under Rule 9019 without a certified class under Rule 23 that we referenced at the July 19, 2018 hearing. See July 19, 2018 Hr'g Tr. 63:16-65:6. We respectfully submit that this Order provides supplemental authority in support of the *Brief of the Signatory Plaintiffs and GUC Trust Addressing the Application of Fed. R. Civ. Proc. 23 to the Pending Settlement Approval and Claims Estimation Motion*, dated June 12, 2018 [ECF No. 14332].

      Respectfully submitted,

      */s/ Edward S. Weisfelner*
      Edward S. Weisfelner
      Howard S. Steel
      BROWN RUDNICK LLP
      Seven Times Square
      New York, New York 10036
      Tel: 212-209-4800
      eweisfelner@brownrudnick.com
      hsteel@brownrudnick.com

brownrudnick.com

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.


Honorable Martin Glenn
July 26, 2018
Page 2

        Sander L. Esserman
        STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
        A PROFESSIONAL CORPORATION
        2323 Bryan Street, Ste 2200
        Dallas, Texas 75201
        Tel: 214-969-4900
        esserman@sbep-law.com

        *Designated Counsel for the Ignition Switch*
        *Plaintiffs and Certain Non-Ignition Switch*
        *Plaintiffs in the Bankruptcy Court*

        Steve W. Berman (admitted pro hac vice)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1918 Eighth Avenue, Suite 3300
        Seattle, Washington 98101
        Tel: 206-623-7292
        steve@hbsslaw.com

        Elizabeth J. Cabraser
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, California 94111
        Tel: 414-956-1000
        ecabraser@lchb.com

        *Co-Lead Counsel for the Ignition Switch*
        *Plaintiffs and Certain Non-Ignition Switch*
        *Plaintiffs in the MDL Court*

cc:    Counsel of Record via CM/ECF