**COLE SCHOTZ P.C.**

Mark Tsukerman, Esq.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
mtsukerman@coleschotz.com

*Bankruptcy Counsel for Certain Ignition Switch*
*Pre-Closing Accident Plaintiffs Represented by*
*The Cooper Firm and Beasley, Allen, Crow,*
*Methvin, Portis & Miles, P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* f/k/a General Motors Corp., *et al.*, | Case No.: 09-50026 (MG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, SUHAILAH SALLIE, hereby certify:

1.      I am employed as a paralegal with the law firm of Cole Schotz P.C., counsel to the Certain Ignition Switch Pre-Closing Accident Plaintiffs Represented by The Cooper Firm and Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. in the above–captioned Chapter 11 cases.

2.      On July 27, 2018, this office caused a true copy of the following pleading to be served upon all parties listed in **Exhibit A** attached hereto, *via electronic mail*:

(a)      Motion by Certain Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths in Connection with Settlement with the Motors Liquidation Company GUC Trust [Docket No. 14350].

3.      On July 27, 2018, this office further caused a true copy of the aforementioned pleading to be served upon the United States Trustee's Office at U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014, Attn: William K. Harrington, Esq.

4.      This office further caused service of the aforementioned pleading to be served upon all parties who have requested electronic notification of filings via the Bankruptcy Court CM/ECF system via electronic notification on July 27, 2018.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  July 27, 2018

*/s/ Suhailah Sallie*
Suhailah Sallie

57986/0001-16146615v1

**EXHIBIT A**

**MOTORS LIQUIDATION COMPANY, et al – eService List**
**Case No. 09-50026 (MG)**

abloomer@kirkland.com;
anne@hilliardshadowenlaw.com;
asteinberg@kslaw.com;
asynnott@paulweiss.com;
bobh@hmglawfirm.com;
Carrie@hbsslaw.com;
Clay.Pierce@dbr.com;
Conor.Tully@FTIConsulting.com;
ddavis@paulweiss.com;
dgolden@AkinGump.com;
djnewman@akingump.com;
ECABRASER@lchb.com;
esserman@sbep-law.com <esserman@xn--sbeplaw-806c.com>;
gfox@goodwinlaw.com;
HSNovikoff@wlrk.com;
jamestecce@quinnemanuel.com;
Jjudd@andrewsmyers.com;
jkane@akingump.com;
jordanharap@quinnemanuel.com;
juliabeskin@quinnemanuel.com;
jwoodson@akingump.com;
kashley@hmglawfirm.com;
kkimpler@paulweiss.com;
Kristin.Going@dbr.com;
LAkers@hmglawfirm.com;
lauren@hmglawfirm.com;
ldobson@thomasjhenrylaw.com;
Lnorman@andrewsmyers.com;
lpaniszczyn@thomasjhenrylaw.com;
lshumejda@paulweiss.com;
Marita.Erbeck@dbr.com;
mjedelman@vedderprice.com;
mschein@vedderprice.com;
Nick@hbsslaw.com;
pbasta@paulweiss.com;
rgeman@lchb.com;
rgodfrey@kirkland.com;
rudyg@hmglawfirm.com;
sdavidson@kslaw.com;
Sean@hbsslaw.com;
sharnett@paulweiss.com;
Steve@hbsslaw.com;
susheelkirpalani@quinnemanuel.com;
tjhenry@thomasjhenrylaw.com;
WWeintraub@goodwinlaw.com;
eweisfelner@brownrudnick.com;
hsteel@brownrudnick.com