Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                           :
In re:                                                     :   Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                        :   Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., et al.,                    :
                                                           :
                        Debtors.                           :   (Jointly Administered)
-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

1. Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

2. On the 26th day of July, 2018, I caused to be served a true and correct copy of the Letter to The Honorable Martin Glenn from Edward S. Weisfelner enclosing order in *In re GenOn Energy, Inc.* case, docket number 14348, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3. On the 26th day of July, 2018, I caused to be served a true and correct copy of the Letter to The Honorable Martin Glenn from Edward S. Weisfelner enclosing order in *In re*

*GenOn Energy, Inc.* case, docket number 14348, by electronic mail upon the parties listed in Exhibit A.

4.  On the 26th day of July, 2018, I caused to be served a true and correct copy of the Letter to The Honorable Martin Glenn from Edward S. Weisfelner enclosing order in *In re GenOn Energy, Inc.* case, docket number 14348, by first class mail, postage pre-paid upon the parties listed in Exhibit B.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
27th day of July, 2018.

/s/ Vicki A. Goldstein
Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2019

# **EXHIBIT A**

abloomer@kirkland.com
anne@hilliardshadowenlaw.com
asteinberg@kslaw.com
asynnott@paulweiss.com
bobh@hmglawfirm.com
Carrie@hbsslaw.com
Clay.Pierce@dbr.com
conor.tully@fticonsulting.com
ddavis@paulweiss.com
dgolden@AkinGump.com
djnewman@akingump.com
ECABRASER@lchb.com
esserman@sbep-law.com
gfox@goodwinlaw.com
HSNovikoff@wlrk.com
jamestecce@quinnemanuel.com
Jjudd@andrewsmyers.com
jkane@akingump.com
jordanharap@quinnemanuel.com
juliabeskin@quinnemanuel.com
jwoodson@akingump.com
kashley@hmglawfirm.com
kkimpler@paulweiss.com
Kristin.Going@dbr.com
LAkers@hmglawfirm.com
lauren@hmglawfirm.com
ldobson@thomasjhenrylaw.com
Lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com
lshumejda@paulweiss.com
Marita.Erbeck@dbr.com
mjedelman@vedderprice.com
mschein@vedderprice.com
Nick@hbsslaw.com
pbasta@paulweiss.com
rgeman@lchb.com
rgodfrey@kirkland.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
Sean@hbsslaw.com
sharnett@paulweiss.com
Steve@hbsslaw.com
susheelkirpalani@quinnemanuel.com
tjhenry@thomasjhenrylaw.com
WWeintraub@goodwinlaw.com

# **EXHIBIT B**

Office of the United States Trustee
for the Southern District of New York
Attn: William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

United States Department of the Treasury
Attn: Erik Rosenfeld
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

63107122 v1