**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                      ) ss.:
COUNTY OF NEW YORK  )

Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On July 25, 2018 I caused to be served copies of the **Letter to Judge Glenn Enclosing Materials Filed in the MDL Court on July 20, 2018** (together with accompanying exhibits) on the persons set forth on the attached service list.

3. I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent in the manner and date shown thereon and on all parties of interest via the Court's electronic case filing system.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
30th day of July, 2018

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2018

# SERVICE LIST

### By Electronic Mail (Email) on July 25, 2018

marita.erbeck@dbr.com; kristin.going@dbr.com; nysbnotice@gmail.com; conor.tully@fticonsulting.com; mjedelman@vedderprice.com; mschein@vedderprice.com; eweisfelner@brownrudnick.com; hsteel@brownrudnick.com; esserman@sbep-law.com; steve@hbsslaw.com; ecabraser@lchb.com; wweintraub@goodwinprocter.com; tjh@thomasjhenrylaw.com; bobh@hmglawfirm.com; lnorman@andrewsmyers.com; jjudd@andrewsmyers.com; asteinberg@kslaw.com; sdavidson@kslaw.com; richard.godfrey@kirkland.com; andrew.bloomer@kirkland.com; mnomellini@kirkland.com; beth.larsen@kirkland.com; ASteinberg@KSLAW.com; wbloom@kirkland.com; rcheck@kirkland.com; allan.pixton@kirkland.com; SDavidson@KSLAW.com; rgodfrey@kirkland.com; pbasta@paulweiss.com; asynnott@[paulweiss.com; sharnett@paulweiss.com; dyoungblut@paulweiss.com

### By Federal Express on July 25, 2018

Erik Rosenfeld
U.S. Department of the Treasury
1500 Pennsylvanian Avenue NW
Room 2312
Washington, DC 20220

### By Hand Delivery on July 26, 2018

Brian Masumoto
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Doc#: US1:12210551v1