Jeffrey A. Hokanson
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Telephone:  (317) 236-2236
Facsimile:  (317- 592-4809
jeff.hokanson@icemiller.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** f/k/a General Motors Corp., et al. | **Case No.  09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF SUBSTITUTION OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned substitutes his appearance for the appearance of Henry A. Efroymson in the above-captioned case as counsel to Houghton International, Inc., Owens-Illinois, Inc. and Honeywell International, Inc. (the "Creditors"), pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et seq*. (the "Bankruptcy Code") for the reason that Henry A. Efroymson has retired from the firm of Ice Miller LLP, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

Jeffrey A. Hokanson    email:   jeff.hokanson@icemiller.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that, this Notice of Substitution of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Creditor's (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: Indianapolis, Indiana, August 27, 2018

/s/ Jeffrey A. Hokanson
**ICE MILLER LLP**
Jeffrey A. Hokanson (Ind. Atty. 14579-49)
Sarah L. Fowler (Ind. Atty. 30621-49)
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Telephone:  (317) 236-2100
Jeff.Hokanson@icemiller.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served via electronic mail using the CM/ECF system, or via the United States Postal Service, first class mail in postage pre-paid envelopes to all those who have appeared and requested notice, on this 1st day of August 27, 2018.


      /s/ Jeffrey A. Hokanson
      Jeffrey A. Hokanson