# **<u>Exhibit G</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                          :          Chapter 11
                                               :
**MOTORS LIQUIDATION COMPANY,** *et al.*,      :          Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.* :
                                               :
        Debtors.   :          (Jointly Administered)
---------------------------------------------------------------x

### ORDER GRANTING MOTION BY GENERAL MOTORS LLC TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND THE RULINGS IN CONNECTION THEREWITH, WITH RESPECT TO THE FINCH PLAINTIFF

Upon the Motion, dated September 7, 2018 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] seeking the entry of an order enforcing the Sale Order and Injunction, and the Bankruptcy Court's rulings in connection therewith, with respect to Finch, all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided to counsel for Finch, and it appearing that no other or further notice need be given; and a hearing (the "**Hearing**") having been held with respect to the Motion on October 2, 2018; and upon the record of the Hearing, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is therefore:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that Finch is enjoined from seeking punitive damages against New GM based on Old GM conduct in connection with any Count contained in the Finch SAC; and it is further

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that Finch is enjoined from alleging in the Alabama Court that New GM designed or manufactured the Finch Subject Vehicle; and it is further

ORDERED that Finch is enjoined from proceeding with any claim against New GM that is based on a failure to recall the Finch Subject Vehicle by Old GM; and it is further

ORDERED that the alleged Independent Claims contained in the Finch SAC are not appropriately pled and Finch is precluded from asserting such claims at trial; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October __, 2018
      New York, New York

 

_____
UNITED STATES BANKRUPTCY JUDGE