**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:  MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al.

                                       Debtor

Case No.: 09-50026 (MG)
Chapter 11

---------------------------------------------------------------x
Kruuz Finch, as the Administrator of the Estate of Lamar Hough, Deceased,

                                       Plaintiff

Adversary Proceeding No.: _____

v.

General Motors, LLC; Ronald Goshay, d/b/a Ron's Automotive, et al.,

                                       Defendant
---------------------------------------------------------------x


**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*


I, _____John Gregory Allen_____, request admission, *pro hac vice*, before the Honorable ___Martin Glenn_____, to represent _____Kruuz Finch_____, a _____Plaintiff_____ in the above-referenced   case   adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of ____Alabama____ and, if applicable, the bar of the U.S. District Court for the ___Middle___ District of _____Alabama_____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: ___09/12/2018___
_____New York_____, New York

_Beasley Allen Law Firm_____
*Mailing Address*:
_P.O. Box 4160_____
_Montgomery, Alabama 36103_____
_____

*E-mail address*: _greg.allen@beasleyallen.com
*Telephone number*: ( 334 ) __269-2343____