**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re: MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp, et al.

Debtor

Case No.: 09-50026 (MG)

Chapter 11

---------------------------------------------------------------x
Kruuz Finch, as the Administrator of the Estate of Lamar Hough, Deceased,

Plaintiff

Adversary Proceeding No.: _____

v.

General Motors, LLC; Ronald Goshay, d/b/a Ron's Automotive, et al.,

Defendant
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __Stephanie S. Monplaisir__, request admission, ***pro hac vice***, before the Honorable __Martin Glenn__, to represent __Kruuz Finch__, a __Plaintiff__ in the above-referenced   case   adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __Alabama__ and, if applicable, the bar of the U.S. District Court for the __Middle__ District of __Alabama__.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: __09/12/2018__
__New York__, New York

Beasley Allen Law Firm
*Mailing Address*:
P.O. Box 4160
Montgomery, Alabama 36103

*E-mail address*: stephanie.monplaisir@beasleyallen.com
*Telephone number*: ( 334 ) 269-2343