**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motors Corp., et al.

Debtor

---------------------------------------------------------------x

Case No.: 09-50026 (MG)

Chapter 11

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of __John Gregory Allen__, to be admitted, *pro hac vice*, to represent __Kruuz Finch__, (the "Client") a __Plaintiff__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __Alabama__ and, if applicable, the bar of the U.S. District Court for the __Middle__ District of __Alabama__, it is hereby

**ORDERED**, that __John Gregory Allen__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **September 13, 2018**
New York, New York

__/s/Martin Glenn__
UNITED STATES BANKRUPTCY JUDGE