| | |
|---|---|
| Steve W. Berman (admitted *pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington  98101<br>Telephone:  206-623-7292<br>Email: steve@hbsslaw.com<br><br>Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111<br>Telephone:   414-956-1000<br>Email: ecabraser@lchb.com<br><br>*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court* | Edward S. Weisfelner<br>Howard S. Steel<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212-209-4800<br>Email: eweisfelner@brownrudnick.com<br>Email : hsteel@brownrudnick.com<br><br>Sander L. Esserman<br>STUTZMAN, BROMBERG, ESSERMAN &<br>PLIFKA, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone:  214-969-4900<br>Email:  esserman@sbep-law.com<br><br>*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
IN RE:                                          :         Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*, :     Case No. 09-50026 (MG)
f/k/a General Motors Corp., *et al.*,           :
                                                :         (Jointly Administered)
------------------------------------------------------- x

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective September 16, 2018, the Seattle office of the

firm Hagens Berman Sobol Shapiro LLP has changed its address to the following:

Hagens Berman Sobol Shapiro LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101

The telephone and facsimile numbers will remain the same.  Telephone: (206) 623-7292;

Facsimile: (206) 623-0594.

- 1 -

1063357 V1

Dated: September 17, 2018

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
   Steve W. Berman
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

- 2 -

1063357 V1