**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,                    Chapter 11

                                                            Case No. 09-50026 (MG)
                               Debtors.       (Jointly Administered)
------------------------------------------------------------------------x

## ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

The Court will hold a case management conference at 2:00 p.m., Wednesday, December 19, 2018, to discuss scheduling of future proceedings concerning whether leave should be granted to file late claims on behalf of (1) pre-closing accident victims and (2) economic loss claimants. The Signatory Plaintiffs and the GUC Trust must also address whether they intend to propose a new settlement that addresses any of these issues.

Counsel shall meet and confer on or before 5:00 p.m., December 10, 2018, in an effort to reach agreement on a proposed schedule for future proceedings.

Counsel shall file status letters on or before 5:00 p.m., December 12, 2018. The letters shall address (2) the scheduling issues and (2) the status of mediation of potential late claims.

Any counsel who maintains his or her office outside the New York Metropolitan area may appear at the conference by telephone. Counsel for the GUC Trust shall arrange a Court Call telephone number for the conference and post notice of the call-in information on ECF.

**IT IS SO ORDERED.**

Dated:    November 6, 2018
             New York, New York

                                                      *___Martin Glenn_____*
                                                        MARTIN GLENN
                                                  United States Bankruptcy Judge