DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Tel: (212) 248-3140
Fax: (212) 248-3141
Kristin K. Going
Marita S. Erbeck
E-mail: kristin.going@dbr.com
         marita.erbeck@dbr.com

*Attorneys for the Motors Liquidation Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                      :    **09-50026 (MG)**
**f/k/a General Motors Corp.**, *et al.*                       :
                                                               :    **(Jointly Administered)**
                          **Debtors.**                         :
---------------------------------------------------------------x

### NOTICE REGARDING TELEPHONIC PARTICIPATION IN THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 19, 2018 AT 2:00 P.M. (EST)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  By order entered November 6, 2018 (the "Order"), the Honorable Martin Glenn, United States Bankruptcy Judge, has scheduled a case management conference to discuss scheduling future proceedings concerning whether leave should be granted to file late claims on behalf of (1) pre-closing accident victims and (2) economic loss claimants, among other things, for **December 19, 2018 at 2:00 p.m. (Prevailing Eastern Time)** (the "Conference") [Docket No. 14377].

2.  The Order further (i) provides that "[a]ny counsel who maintains his or her office outside the New York Metropolitan area may appear at the conference by telephone" and (ii) directs counsel for the Motors Liquidation Company GUC Trust to arrange a telephonic connection for the Conference through CourtCall.

3.  Reservations for telephonic appearances, as well as "listen-only" attendance, must be made in sufficient time to participate in the Conference by calling CourtCall at (888) 882-6878 pursuant to the CourtCall procedures attached hereto as Exhibit 1.

4.  Counsel who have made a proper reservation with CourtCall to appear telephonically and any party wishing to make a "listen-only" appearance (who, for the avoidance of doubt, must also make a proper reservation with CourtCall) should be on the telephone by no later than 1:45 p.m. (Prevailing Eastern Time) to make his or her appearance

94580143.1

on the record, identifying counsel's name and each of the parties on whose behalf counsel is appearing, so that the Conference may commence promptly at 2:00 p.m. (Prevailing Eastern Time). No appearances will be noted on the record after 1:55 p.m. (Prevailing Eastern Time).

Dated: New York, New York
November 6, 2018

                                      DRINKER BIDDLE & REATH LLP

                                      By:   /s/ Kristin K. Going

                                      Kristin K. Going
                                      Marita S. Erbeck
                                      1177 Avenue of the Americas
                                      41st Floor
                                      New York, NY 10036-2714
                                      Tel: (212) 248-3140
                                      Fax: (212) 248-3141
                                      E-mail: kristin.going@dbr.com
                                                  marita.erbeck@dbr.com

*Attorneys for the Motors Liquidation Company GUC Trust*

94580143.1