UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :    Case No. 09-50026 (MG)
f/k/a General Motors Corp., *et al.*              :
                          Debtors.                :    (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Joseph Monzione, being duly sworn, deposes, and says:

      1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

      2.    On December 12, 2018, I caused to be served copies of the **Letter Response to the Court's November 6, 2018 Order Scheduling Case Management Conference** on the persons set forth on the attached service list.

      3.    I caused to be served true copies of the aforementioned document in properly addressed wrappers and caused them to be sent to the persons on the attached service list by electronic mail (E-Mail), overnight delivery, and on all parties of interest via the Court's electronic case filing system.

                                                                                  /s/ Joseph Monzione
                                                                                    Joseph Monzione

Sworn to before me this
12th day of December, 2018

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2018

## **SERVICE LIST**

**By Electronic Mail (E-Mail)**

ACunningham@brownrudnick.com; abloomer@kirkland.com; anne@hilliardshadowenlaw.com; asteinberg@kslaw.com; asynnott@paulweiss.com; bobh@hmglawfirm.com; Carrie@hbsslaw.com; Clay.Pierce@dbr.com; ddavis@paulweiss.com; dgolden@AkinGump.com; djnewman@akingump.com; ECABRASER@lchb.com; esserman@sbep-law.com; gfox@goodwinlaw.com; HSNovikoff@wlrk.com; jamestecce@quinnemanuel.com; Jjudd@andrewsmyers.com; jkane@akingump.com; jordanharap@quinnemanuel.com; conor.tully@fticonsulting.com; juliabeskin@quinnemanuel.com; jwoodson@akingump.com; kashley@hmglawfirm.com; kkimpler@paulweiss.com; Kristin.Going@dbr.com; LAkers@hmglawfirm.com; lauren@hmglawfirm.com; ldobson@thomasjhenrylaw.com; Lnorman@andrewsmyers.com; lpaniszczyn@thomasjhenrylaw.com; lshumejda@paulweiss.com; Marita.Erbeck@dbr.com; mjedelman@vedderprice.com; mschein@vedderprice.com; Nick@hbsslaw.com; pbasta@paulweiss.com; rgeman@lchb.com; rgodfrey@kirkland.com; rudyg@hmglawfirm.com; sdavidson@kslaw.com; Sean@hbsslaw.com; sharnett@paulweiss.com; Steve@hbsslaw.com; susheelkirpalani@quinnemanuel.com; tjhenry@thomasjhenrylaw.com WWeintraub@goodwinlaw.com; KAulet@brownrudnick.com; ACunningham@brownrudnick.com; JCunningham@brownrudnick.com; JForster@brownrudnick.com;. SJason@brownrudnick.com; JMeyers@brownrudnick.com; HSteel@brownrudnick.com; EWeisfelner@brownrudnick.com

**By Federal Express**

Erik Rosenfeld
U.S. Department of the Treasury
1500 Pennsylvanian Avenue NW
Room 2312
Washington, DC 20220

Brian Masumoto
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014