**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re**                                                                      :    Chapter 11
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,       :    Case No. 09-50026 (MG)
    f/k/a General Motors Corp., *et al*.                :
:
                    Debtors.   :    (Jointly Administered)
:
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                            ) ss
COUNTY OF KING             )

I, Eric Westberg being duly sworn, depose and state:

1.     I am a Consultant with Epiq Class Action & Claims Solutions, Inc.,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1201 Third Avenue, Suite 500, Seattle, Washington 98101.

2.     On December 14, 2018, at the direction of Drinker Biddle & Reath LLP, attorneys for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties):

---

[1] Garden City Group, LLC was acquired by Epiq Class Action and Claims Solutions, Inc. on June 15, 2018.

) **Notice of (I) Adjournment of Case Management Conference Scheduled for December 19, 2018 to December 20, 2018 at 2:00 P.M. (EST), and (II) Telephonic Participation in the Rescheduled Case Management Conference** [Docket No. 14386].

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 18th day of
December, 2018

/s/ Benjamin A. Johnson
Benjamin A. Johnson
Notary Public, State of Washington
License No. 199739
Commission Expires April 4, 2022

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL | 120 BROADWAY - 24TH FLOOR | | NEW YORK | NY | 10271 |
| CAPLIN & DRYSDALE, CHARTERED | ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS; | MARK BUTTITA | ATT: ELIHU INSELBUCH | 375 PARK AVENUE, 35TH FLOOR | NEW YORK | NY | 10152-3500 |
| CAPLIN & DRYSDALE, CHARTERED | ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS; | MARK BUTTITA | ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS | 1 THOMAS CIRCLE | WASHINGTON | DC | 20005 |
| CAPLIN & DRYSDALE, CHARTERED | ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE | ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III | ONE THOMAS CIRCLE, NW, SUITE 1100 | | WASHINGTON | DC | 20005 |
| CASSELS BROCK | ATT: B. LEONARD; M. MERCIER | 2100 SCOTIA PLAZA - 40 KING STREET WEST | TORONTO, ON M5H 3C2 | CANADA | | | |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN CAROL A. GLICK, ESQ. | ATTY FOR USAA | 90 MERRICK AVENUE, 9TH FLOOR | | EAST MEADOW | NY | 11554 |
| COHEN, WEISS AND SIMON LLP | ATTY FOR INTERNATIONAL UNION, UAW | ATT: BABETTE A. CECCOTTI, ESQ. | 330 WEST 42ND STREET | | NEW YORK | NY | 10036 |
| CUMMINGS & LOCKWOOD LLC | ATTY FOR EMIGRANT BUSINESS CREDIT CORP | ATT: JOHN F. CARBERRY, ESQ. | SIX LANDMARK SQUARE | | STAMFORD | CT | 06901 |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP | ATTN STEVEN J. REISMAN, ESQ. | 101 PARK AVE | | | NEW YORK | NY | 10178-0061 |
| DAWDA, MANN, MULCAHY & SADLER, PLC | ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING | ATT: WILLIAM ROSIN & KENNETH FLASKA | 39533 WOODWARD AVENUE, SUITE 200 | | BLOOMFIELD HILLS | MI | 48304 |
| DICKINSON WRIGHT PLLC | ATTY FOR JOHNSON CONTROLS, INC. | ATT: JAMES A. PLEMMONS, ESQ. | 500 WOODWARD AVENUE, SUITE 4000 | | DETROIT | MI | 48226 |
| DICKINSON WRIGHT PLLC | ATTY FOR JOHNSON CONTROLS, INC. | ATT: DORON YITZCHAKI, ESQ. | 301 E. LIBERTY, SUITE 500 | | ANN ARBOR | MI | 48104 |
| ELLIS & WINTERS LLP | ATT: GEORGE F. SANDERSON III | ATTY FOR CRYMES LANDFILL PRP GROUP | P.O. BOX 33550 | | RALEIGH | NC | 27636 |
| EMMET MARVIN & MARTIN LLP | ATTN PAUL T WEINSTEIN ESQ | 120 BROADWAY, 32ND FLOOR | | | NEW YORK | NY | 10271 |
| ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C. | ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN | ATTY FOR ETKIN MANAGEMENT SERVICES | 400 GALLERIA OFFICENTRE, STE. 444 | | SOUTHFIELD | MI | 48034 |
| ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C. | ATT: DAVID M. EISENBERG, ESQ. | ATTY FOR NIDEC MOTORS & ACTUATORS | 400 GALLERIA OFFICENTRE, STE. 444 | | SOUTHFIELD | MI | 48034 |
| ERVIN COHEN & JESSUP LLP | ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET | ATTN: CARLOS SALAZAR | 9401 WILSHIRE BOULEVARD | | BEVERLY HILLS | CA | 90212 |
| FARELLA BRAUN & MARTEL LLP | ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION | ATT: NEIL A. GOTEINER, ESQ. | 235 MONTGOMERY STREET, 17TH FLOOR | | SAN FRANCISCO | CA | 94104 |
| MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C. | ATTY FOR M-TECH ASSOCIATES | ATTN: KATHLEEN H. KLAUS, ESQ. | 28400 NORTHWESTERN HWY., 3RD FLOOR | | SOUTHFIELD | MI | 48034 |
| MOTLEY RICE LLC | ATTY FOR ASBESTOS TORT CLAIMANTS | ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS | 28 BRIDGESIDE BLVD. | | MT. PLEASANT | SC | 29464 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATT: MARY W. KOKS | ATTY FOR JIS PERFORMING PARTY GROUP | 700 LOUISIANA, SUITE 4600 | | HOUSTON | TX | 77002 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA | ATTN: JOHN ANSBRO | 666 FIFTH AVENUE | | NEW YORK | NY | 10103 |
| PARKER POE ADAMS & BERNSTEIN LLP | ATTY FOR SONIC AUTOMOTIVE, INC. | ATTN: KIAH T. FORD IV, ESQ. | THREE WACHOVIA CENTER | 401 S. TRYON STREET, SUITE 3000 | CHARLOTTE | NC | 28202 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE, ESQ. | 1400 DOUGLAS STREET, STOP 1580 | | | OMAHA | NE | 68179 |
| WARNER NORCROSS & JUDD LLP | ATTY FOR ROBERT BOSCH GMBH | ATT: GORDON J. TOERING, ESQ. | 900 FIFTH THIRD CENTER | 111 LYON STREET, NW | GRAND RAPIDS | MI | 49503 |
| WARNER NORCROSS & JUDD LLP | ATTY FOR GHSP, INC. | ATTN: STEPHEN B. GROW, ESQ. | 900 FIFTH THIRD CENTER | 111 LYON STREET, NW | GRAND RAPIDS | MI | 49503 |
| WARNER NORCROSS & JUDD LLP | ATTN KURT M. BRAUER, ESQ. | ATTY FOR THE CITY OF BAY CITY | 2000 TOWN CENTER, SUITE 2700 | | SOUTHFIELD | MI | 48075-1318 |
| WILDMAN, HARROLD, ALLEN & DIXON | ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC., | DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL | ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN | 225 WEST WACKER DRIVE, SUITE 3000 | CHICAGO | IL | 60606-1229 |