# EXHIBIT B

**2019 Administrative Costs Budget**

95754211.3

## MLC GUC Trust
## 2019 (Calendar Year) Administrative Costs Budget
November 2018

| $ in thousands | QE 3.31 | QE 6.30 | QE 9.30 | QE 12.31 | Total Budget CY 2019 |
|---|---|---|---|---|---|
| Governance Costs | | | | | |
| Trust Monitor (FTI Consulting) | 204.00 | 204.00 | 204.00 | 204.00 | 816.00 |
| Trust Administrator (Wilmington Trust) | 357.70 | 357.70 | 357.70 | 357.70 | 1,430.80 |
| *Subtotal for Governance Costs* | *561.70* | *561.70* | *561.70* | *561.70* | *2,246.80* |
| | | | | | |
| Financial Reporting & Claims Resolution | | | | | |
| Alix Partners | 50.00 | 50.00 | 50.00 | 50.00 | 200.00 |
| Distribution Advisor-Epiq | 5.00 | 5.00 | 5.00 | 5.00 | 20.00 |
| Claims Agent (Garden City Group) | 15.00 | 28.00 | 15.00 | 15.00 | 73.00 |
| Trust Corporate Counsel (Drinker Biddle) (Wind Down) | 375.00 | 375.00 | 375.00 | 375.00 | 1,500.00 |
| Trust Recall Matter Counsel (Drinker Biddle) | 750.00 | 750.00 | 750.00 | 750.00 | 3,000.00 |
| *Subtotal for Financial Reporting & Claims Resolution* | *1,195.00* | *1,208.00* | *1,195.00* | *1,195.00* | *4,793.00* |
| | | | | | |
| Investment, Accounting & Tax Advisors | | | | | |
| Investment Management Services (Wilmington Trust) | 65.00 | 65.00 | 65.00 | 65.00 | 260.00 |
| External Auditor (Plante Moran) | 25.00 | 110.00 | 5.00 | 5.00 | 145.00 |
| Tax Advisor (Rick Zablocki) | 15.00 | 15.00 | 10.00 | 10.00 | 50.00 |
| *Subtotal for Investment, Accounting & Tax Advisors* | *105.00* | *190.00* | *80.00* | *80.00* | *455.00* |
| | | | | | |
| Other Expenses | | | | | |
| Insurance Expense | 57.00 | 57.00 | 57.00 | 57.00 | 228.00 |
| US Trustee Fees | 13.00 | 13.00 | 13.00 | 13.00 | 52.00 |
| Contingency | 500.00 | 500.00 | 500.00 | 500.00 | 2,000.00 |
| *Subtotal for Other Expenses* | *570.00* | *570.00* | *570.00* | *570.00* | *2,280.00* |
| | | | | | |
| *Total Wind Down Expense* | *2,431.70* | *2,529.70* | *2,406.70* | *2,406.70* | *9,774.80* |

| | | |
|---|---|---|
| Projected Cash available to carry over: | | (1,543.30) |
| Estimated request to re-allocate: | | 8,231.50 |