# EXHIBIT C

**2019 Reporting Costs Budget**

95754211.3

## MLC GUC Trust
## 2019 (Calendar Year) Reporting Costs Budget
November 2018

| $ in thousands | QE 3.31 | QE 6.30 | QE 9.30 | QE 12.31 | Total Budget CY 2019 |
|---|---|---|---|---|---|
| **Governance Costs** | | | | | |
| Trust Monitor (FTI Consulting) | $125.0 | $125.0 | $125.0 | $125.0 | $500.0 |
| Trust Administrator (Wilmington Trust) | $325.0 | $325.0 | $325.0 | $325.0 | $1,300.0 |
| *Subtotal for Governance Costs* | *450.0* | *450.0* | *450.0* | *450.0* | *1,800.0* |
| | | | | | |
| **Trust Professionals** | | | | | |
| AlixPartners | 306.0 | 306.0 | 306.0 | 306.0 | 1,224.0 |
| Frazier & Deeter | 49.0 | 80.0 | 42.0 | 42.0 | 213.0 |
| Drinker Biddle | 125.0 | 125.0 | 125.0 | 125.0 | 500.0 |
| CohnReznick | 41.5 | 53.1 | 18.2 | 77.6 | 190.4 |
| Plante Moran | 25.0 | 20.0 | 25.0 | 25.0 | 95.0 |
| Crowell Moring | 105.0 | 105.0 | 105.0 | 105.0 | 420.0 |
| *Subtotal for Trust Professionals* | *651.5* | *689.1* | *621.2* | *680.6* | *2,642.4* |
| | | | | | |
| **Other Expenses** | | | | | |
| RR Donnelly | 25.0 | 25.0 | 25.0 | 25.0 | 100.0 |
| Contingency | 125.0 | 125.0 | 125.0 | 125.0 | 500.0 |
| *Subtotal for Other Expenses* | *150.0* | *150.0* | *150.0* | *150.0* | *600.0* |
| | | | | | |
| ***Total Reporting Costs*** | **$1,126.5** | **$1,164.1** | **$1,096.2** | **$1,155.6** | **$5,042.4** |
| | | | | | |
| Projected Cash available to carry over: | | | | | ($872.4) |
| Estimated request to re-allocate: | | | | | $4,170.0 |