# EXHIBIT A



# Environmental Site Remediation Database Search Details

## Site Record

### Administrative Information

**Site Name:** Tonawanda Forge Site
**Site Code:** 915274
**Program:** State Superfund Program
Classification: 02
**EPA ID Number:**

### Location

**DEC Region:** 9
**Address:** 2390 Kenmore Avenue
**City:** Tonawanda    **Zip:** 14150
**County:** Erie
**Latitude:** 42.967091667
**Longitude:** -78.907391667
**Site Type:** STRUCTURE
**Estimated Size:** 33.2 Acres

### Site Owner(s) and Operator(s)

**Current Owner Name:** Lewis Brothers LLC
**Current Owner(s) Address:** 466 Southlake Blvd
North Chesterfield, VA, 23236

### Site Document Repository

**Name:** New York State Department of Environmental Conservation
**Address:** 270 Michigan Avenue
Buffalo, NY 14203

### Site Description

Location: The Tonawanda Forge Site is located in an urban area at 2390 and 2392 Kenmore Avenue in the Town of Tonawanda, Erie County. The site is approximately 2,300 feet southeast of the intersection of Kenmore Ave. and Sheridan Drive. Site Features: The main site features of the 34.8 acre site include two remaining brick multi-story buildings which were part of the original manufacturing complex. The remaining three-quarters of the southern portion of the site consist of the building floor slab, parking lots or driveways. A large grassed area along Kenmore area consists of a former landfill area on the site. Current Zoning and Land Use: The site is currently inactive, and is zoned for heavy industrial use. The surrounding

parcels are currently used for heavy industrial applications however a residential area is located 500 feet directly south of the site. Past Use of the Site: The property was originally part of the General Motors - Tonawanda Engine Plant facility that borders the site to the north, west and south. The forge facility was sold in 1994 to American Axle and Manufacturing, Inc. (American Axle). In 2008, American Axle sold the property to the current owner, Lewis Brothers, LLC (Lewis), of Richmond, Virginia. Upon sale of the property, Lewis began the demolition of the facility starting with the removal of the interior equipment and ending with the removal of all of the buildings superstructure. Upon the owner's refusal to expeditiously address petroleum contamination on the site and in violation of a stipulation agreement with DEC, DEC proceeded with the remediation of petroleum contamination and a Site Characterization of the property under Spill Site number 0911809. During the demolition of the building, a subcontractor did not properly address a PCB transformer which resulted in a release of PCB oil within the facility. Again, upon the subcontractor and property owner¿s refusal to adequately address the spill in a timely manner, DEC instituted clean-up procedures under Spill Site number 1112690. While the majority this contamination has been addressed, the site surface water continues to exhibit elevated levels of PCBs above water quality limits. In addition, several areas of the site also exhibit PCB concentration above the regulatory criteria for a hazardous waste. Site Geology and Hydrogeology: Soil boring results from the subsurface investigation revealed brown silt and clay and some clay with a trace of gravel to a depth of the termination of each soil boring. Bedrock was not encountered at depths up to 24 feet bgs but is believed to consist of the Upper Silurian-aged Salina Group, which generally consists of shale, and Dolostone. Depth to groundwater at the property ranged from 0.5 feet to 15.82 feet. The local groundwater flow direction is estimated to be west towards the Niagara River, and may be influenced by local drainage features, seasonal groundwater level fluctuations, subsurface geology, surface topography, and/or other local site features.

## Contaminants of Concern (Including Materials Disposed)

**Contaminant Name/Type**
PCB aroclor 1254
arsenic
PCB aroclor 1242
PCB aroclor 1260

## Site Environmental Assessment

Based upon investigations conducted to date, the primary contaminants of concern include PCBs and various petroleum products. Primary concern at the site is the elevated levels of PCBs in surface water across the site property. While the storm water sewer remains in place, the outlets have been blocked at the property boundaries by the adjacent property owner (GMHC) in order to prevent contaminated surface water from entering their property. This has resulted in storm water ponding across the site. This surface water contains PCBs at concentrations of approximately 1 part per billion (ppb) which exceeds the water quality limit of

0.065 ppb. The sources of the PCBs on site have not been determined to date. Interim remedial measures (IRM) were conducted in 2016 to remove debris piles from building demolition which contained asbestos debris and elevated PCBs. In November 2016, 15.5 feet of oil was observed in groundwater monitoring well MW-21I with a PCB concentration of 270 parts per million (ppm). Oil is being recovered on a periodic basis. Additional ground-penetrating radar (GPR) investigations have identified sub-surface structures and piping. The suspected pipe is within one foot of MW-21I.

## Site Health Assessment

The site is completely fenced, which restricts public access. However, persons who enter the site could contact contaminants in the impounded surface waters. The NYSDOH will evaluate the potential for exposures to site-related contaminants once additional information from the investigation of the site becomes available.

For more Information: E-mail Us

Refine This Search