UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al., ) | Chapter 11 |
| f/k/a General Motors Corp., et. al., ) | (Jointly Administered) |
| ) | |
| Debtors ) | |
| ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeffrey C. Stravino, Esq., who is admitted to practice before the United States District Court for the Southern District of New York (Bar Number JS1997), and is a member of the law firm of Hodgson Russ LLP, hereby enters his appearance in this case as counsel of record for American Axle & Manufacturing, Inc., and requests that all papers and electronic filings in this action be served upon the undersigned electronically through the Court's CM/ECF system and/or at the address below.

Dated:  December 31, 2018

**HODGSON RUSS LLP**
*Attorneys for American Axle & Manufacturing, Inc.*

By:  /s/ Jeffrey C. Stravino
Jeffrey C. Stravino
The Guaranty Building
140 Pearl Street
Buffalo, New York 14202
Tel: (716) 856-4000
Fax: (716) 819-4659
jstravino@hodgsonruss.com