**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
E-mail: kristin.going@dbr.com;
       marita.erbeck@dbr.com;
Kristin K. Going
Marita S. Erbeck

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------x : | |
| **In re** : : : | **Chapter 11 Case No.** |
| : **MOTORS LIQUIDATION COMPANY,** *et al.*, : **f/k/a General Motors Corp.,** *et al.* : : | **09-50026 (MG)** **(Jointly Administered)** |
| **Debtors.** : ------------------------------------------------------------x | |

**CERTIFICATE OF NO OBJECTION**

Pursuant to 28 U.S.C. § 1746, Local Bankruptcy Rule 9075-2 and the *Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures* dated May 5, 2011 [ECF No. 10183] (the "**Sixth Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On December 19, 2018, Wilmington Trust Company, not in its individual capacity and solely in its capacity as trust administrator and trustee of the Motors Liquidation Company GUC Trust (in such capacity, the "**GUC Trust Administrator**"), filed the *Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order (A) Granting Authority to Reallocate and Use Distributable Cash for the Purposes of*

1

96755918.1

*Funding Administrative and Reporting Fees, Costs and Expenses of the GUC Trust and (B) Extending the Duration of the GUC Trust* [ECF No. 14390] (the "**Motion**").

2. On December 19, 2018, the GUC Trust Administrator (through its agent, Epiq Class Action and Claims Solutions, Inc. ("**Epiq**")) served notice of the Motion on (a) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014, (b) the parties in interest in accordance with the Sixth Amended Case Management Order, and (c) all other required parties under Section 6.1(b)(iv) of the GUC Trust Agreement. *See* ECF No. 14391.

3. At the Court's request, on December 28, 2018, the GUC Trust Administrator filed a *Notice of Re-scheduled Hearing on and Deadline to Object to Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order (A) Granting Authority to Reallocate and Use Distributable Cash for the Purposes of Funding Administrative and Reporting Fees, Costs and Expenses of the GUC Trust and (B) Extending the Duration of the GUC Trust* [ECF No. 14396] (the "**Notice of Re-scheduled Hearing**").

4. On December 28, 2018, the GUC Trust Administrator (through its agent, Epiq) served the Notice of Re-scheduled Hearing on (a) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014, (b) the parties in interest in accordance with the Sixth Amended Case Management Order, and (c) all other required parties under Section 6.1(b)(iv) of the GUC Trust Agreement. *See* ECF No. 14398.

5. The deadline for submitting objections to the Motion, as set forth in the Notice of Re-scheduled Hearing, was January 17, 2019 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**").

96755918.1

6. The undersigned counsel represents that (i) more than forty-eight (48) hours has passed since the expiration of the Objection Deadline, (ii) it has reviewed the Court's docket not less than forty-eight (48) hours after the expiration of the Objection Deadline, (iii) no objections, responsive pleadings or requests for hearing appear on the Court's docket, and (iv) no objections, responsive pleadings or requests for a hearing have been filed or served on the GUC Trust Administrator with respect to the Motion.

5. An electronic copy of the proposed order that was annexed to the Motion will be re-submitted to the Court, along with this Certificate of No Objection pursuant to Local Bankruptcy Rule 9075-2 and the Sixth Amended Case Management Order.

Dated: New York, New York
        January 22, 2019

                                        DRINKER BIDDLE & REATH LLP

                                        By:    /s/  *Kristin K. Going*
                                               Kristin K. Going
                                               Marita S. Erbeck
                                               1177 Avenue of the Americas
                                               41st Floor
                                               New York, NY 10036-2714
                                               Tel: (212) 248-3140
                                               E-mail: kristin.going@dbr.com;
                                                       marita.erbeck@dbr.com;

                                        *Attorneys for the Motors Liquidation
                                        Company GUC Trust Administrator*

96755918.1