UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No.: 09-50026 (REG)
       f/k/a General Motors Corp., *et al.*        :
                                                   :
                              Debtors.             :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019, I caused the *Elliotts' Motion to Lift Bar Date and Proposed [Late] Proof of Claims, with attachments*, ECF No.14399, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: January 25, 2019

/s/ Gary Peller
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Plaintiffs