UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                  :        Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,  :        Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*      :
                                                       :
                 Debtors.       :        (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2018, I caused the *Letter Regarding Schedule for Further Proceedings*, ECF No.14382, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: January 25, 2019

                                                  /s/ Gary Peller
                                                  Gary Peller
                                                  600 New Jersey Avenue, NW
                                                  Washington, DC, 20001
                                                  (202) 662 9122
                                                  peller@law.georgetown.edu
                                                  Attorney for Plaintiffs