**REVISED HEARING DATE: MARCH 5, 2019, 10:00 a.m.**
         **REVISED OBJECTION DEADLINE: FEBRUARY 25, 2019 AT 4:00 p.m.**

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
*Attorney for United States of America*
By: DAVID S. JONES
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: 212-637-2739

———————————————————X
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK    Chapter 11 Case No.
                         09-50026 (MG)

In re MOTORS LIQUIDATION COMPANY,
*et al.*, f/k/a General Motors Corp., *et al.*,    (Jointly Administered)

  Debtors.
———————————————————X


**NOTICE OF RE-SCHEDULED HEARING ON AND DEADLINE TO OBJECT TO MOTION OF AMERICAN AXLE & MANUFACTURING, INC.'s MOTION TO INCLUDE THE TONAWANDA FORGE SITE IN THE RACER TRUST OR, IN THE ALTERNATIVE, FOR AUTHORITY TO FILE A LATE CLAIM AGAINST THE <u>DEBTORS TO PARTICIPATE IN DISTRIBUTIONS FROM THE GUC TRUST</u>**

  PLEASE TAKE NOTICE that the Court has rescheduled the objection deadline and hearing date on the motion of American Axle & Manufacturing, Inc. "to include the Tonawanda Forge Site in the RACER Trust or, in the alternative, for authority to file a late claim against the Debtors to participate in distributions from the GUC Trust," ECF Nos. 14392, 14393. The initial objection deadline was January 29, 2019, and the originally scheduled hearing date was February 5, 2019. **The revised objection deadline is February 25, 2019, at 4:00 p.m., and the revised hearing date is March 5, 2019**, at 10:00 a.m., before the Honorable Martin Glenn,

1

United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that all procedural requirements set forth in the original notice of motion, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the Bankruptcy Court, remain in effect.

Dated: New York, New York
January 29, 2019

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York
        *Attorney for the United States*

By:   /s/ David S. Jones
      DAVID S. JONES
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY  10007
      Telephone: 212.637.2739
      Fax: 212.637.2750
      David.jones6@usdoj.gov

TO:    All parties via ECF notification

       And by email to counsel for all parties known to the United States to have an interest in the motion, namely, Jeffrey Stravino and James Thoman, counsel for American Axle & Manufacturing, Inc.; Carl Garvey and Michael Blumenthal, counsel for the MLC RACER Trust; Marita Erbeck, counsel for the MLC GUC Trust; Scott Davidson, counsel for New GM.

       And by fax to the Office of the U.S. Trustee, 33 Whitehall Street, New York, NY 10004