# **EXHIBIT D**

**If you owned or leased a GM vehicle prior to July 10, 2009, your rights may be affected by a proposed bankruptcy court settlement.**

A proposed "Settlement" involving the claims of owners and lessees of certain General Motors Corporation ("Old GM") vehicles has been submitted for Bankruptcy Court approval in the bankruptcy case of Old GM. **The purpose of this notice is to inform you of the proposed Settlement and your legal rights.**

**Who Will be Affected by the Proposed Settlement?** The Settlement includes "Affected Persons" in the United States who, prior to July 10, 2009, bought or leased certain Old GM vehicles or suffered personal injury or wrongful death in an accident involving certain Old GM vehicles. You were mailed this notice because you may be an Affected Person. Go to the Settlement Website, www.XXXXXXXXXX.com, or call 1-8xx-xxx-xxxx, to confirm if your vehicle is covered by the Settlement, which would make you an Affected Person.

**What are the Settlement Terms?** If the Settlement is approved, each Affected Person will be deemed to have forever waived and released any and all legal claims they might otherwise have against the Old GM estate, the Motors Liquidation Company General Unsecured Creditors Trust (the "GUC Trust"), the trust administrator of the GUC Trust, the past and present assets of the GUC Trust, the Motors Liquidation Company Avoidance Action Trust, and/or the holders of beneficial units in the GUC Trust (collectively, the "Released Parties"). In exchange, the GUC Trust will seek the entry of an order estimating certain Affected Persons' claims (the "Claims Estimate Order"). If these claims are estimated at certain, specified levels that are detailed on the Settlement Website, New GM will be required to issue shares of New GM common stock to the Settlement Fund, which will be used to pay Affected Persons based on allocation and eligibility criteria that will be determined at a later date. The Notice of such details will be provided only on the Settlement Website.

**THERE IS NO GUARANTEE THAT THE CLAIMS ESTIMATE ORDER WILL REQUIRE NEW GM TO ISSUE ANY SHARES. BUT IF THE SETTLEMENT IS APPROVED, YOU WILL BE PREVENTED FROM PURSUING YOUR OWN LAWSUIT ASSERTING INJURY, DEATH, OR ECONOMIC LOSS CLAIMS AGAINST THE OLD GM BANKRUPTCY ESTATE.**

**How Can I Get a Payment? <u>Being defined as an Affected Person does not assure you will receive a distribution from the Settlement Fund.</u>** For details about the Settlement, the money that may be available to Affected Persons, and your eligibility to receive any distributions, you should visit www.XXXXXXXXX.com and review the Long Form Notice and the Settlement Agreement.

**Your Other Options.** You can object to the proposed Settlement. The information on the Settlement Website explains how to object. The Bankruptcy Court will hold a hearing to consider whether to approve the Settlement on a final basis. You may appear at the hearing, either yourself or through an attorney hired by you, but you do not have to. For more information, including when the hearing will be held, call or visit the Settlement Website below. **IF YOU DO NOT OBJECT TO THE SETTLEMENT AND THE SETTLEMENT IS APPROVED, YOU WILL BE BOUND BY THE RELEASE AND WAIVER.**

1-8xx-xxx-xxxx                              www._____.com

- 1 -

- 2 -

[On the back of the postcard will be the plaintiff's name and address, and court logo:]

IMPORTANT COURT-APPROVED LEGAL NOTICE FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK



                    Plaintiff John Doe
                    123 45th Street
                    Anytown, USA. _____

**General Motors Bankruptcy Settlement Information**