# <u>EXHIBIT E</u>

**ALL DEPOSITORIES, NOMINEES, BROKERS AND OTHERS:**
**PLEASE FACILITATE THE TRANSMISSION OF THIS NOTICE**
**TO ALL BENEFICIAL OWNERS.**

**NOTICE**
**TO HOLDERS OF**

**MOTORS LIQUIDATION COMPANY**
**GUC TRUST UNITS (CUSIP NO. 62010U101)[1]**

_____, 2019

Reference is made to (i) the Second Amended Joint Chapter 11 Plan dated as of March 18, 2011 of Motors Liquidation Company and certain of its affiliates, which was confirmed by an order of the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered on March 29, 2011 (as so confirmed, the "Plan") and which became effective on March 31, 2011, and (ii) the Second Amended and Restated Motors Liquidation Company GUC Trust Agreement dated as of July 30, 2015 (the "GUC Trust Agreement").[2] The above-described units (the "Trust Units") representing contingent beneficial interests in the Motors Liquidating Trust General Unsecured Creditors Trust (the "GUC Trust") were issued pursuant to the terms of the Plan and the GUC Trust Agreement. Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

The Plan provides for the establishment of the GUC Trust to implement the Plan, including by distributing GUC Trust Distributable Assets (as defined in the GUC Trust Agreement) and resolving outstanding Disputed General Unsecured Claims.

As previously disclosed in the GUC Trust's public reports filed with the U.S. Securities and Exchange Commission, the GUC Trust is involved in litigation (the "Recall Litigation") concerning purported economic losses, personal injuries and/or death suffered by certain lessees and owners of vehicles (persons who have suffered such losses or injuries, regardless of whether they are currently involved in the Recall Litigation, "Potential Plaintiffs") manufactured by General Motors Corporation prior to its sale of substantially all of its assets to NGMCO, Inc., n/k/a General Motors LLC ("New GM") on July 10, 2009. Certain of the Potential Plaintiffs have filed lawsuits against New GM, filed motions seeking authority from the Bankruptcy Court to file claims against the GUC Trust, including late class claims, or are members of a putative class covered by those actions.

---

[1] The CUSIP number appearing herein has been included solely for the convenience of the holders of the Trust Units. Wilmington Trust Company assumes no responsibility for the selection or use of such number and makes no representations as to the correctness of the CUSIP number appearing herein.

[2] Information on the bankruptcy proceedings, including a copy of the Plan, can be found at: http://www.motorsliquidationdocket.com/. Information can also be found on the website maintained by the trust administrator and trustee of the Motors Liquidation Company GUC Trust at https://www.mlcguctrust.com/.

On _____, 2019 the GUC Trust announced that it had reached an agreement
(the "Proposed Agreement") with certain of the Potential Plaintiffs (the "Signatory
Plaintiffs") which, if approved by the Bankruptcy Court on a final basis, would result in a
waiver and release of all claims that are held, or could be held, by all Potential Plaintiffs
against the GUC Trust in exchange for an agreement by the GUC Trust to seek entry of an
order (the "Claims Estimate Order") that estimates the total aggregate allowed general
unsecured claims of the Potential Plaintiffs in an amount that could, as of the date of the
Claims Estimate Order, equal or exceed $10 billion.  If the Proposed Agreement is
approved on a final basis, holders of Trust Units will be deemed to provide a waiver and
release of any rights they may have to additional shares of New GM common stock issued
under the Claims Estimate Order, if entered.  Based on the current amount of allowed and
disputed unsecured claims against Old GM, New GM's obligation to issue these additional
shares would not be triggered absent Plaintiffs' claims and the holders of Trust Units would
have no expectation to receive these shares.  Counsel to certain holders of 65% of the Trust
Units was actively involved in negotiating and supports the Proposed Agreement.

Wilmington Trust Company, as trust administrator and trustee of the GUC Trust (in such
capacity, the "GUC Trust Administrator"), hereby informs you that, on February 1, 2019, the
GUC Trust filed a motion (the "Rule 9019 Motion") with the Bankruptcy Court seeking, among
other things, approval of the Proposed Agreement and authority to pay up to approximately
$13.7 million to fund the reasonable costs and expenses for notice.  Also on February 1, 2019,
certain of the Signatory Plaintiffs filed a motion (the "Rule 23 Motion," and together with the
Rule 9019 Motion, the "Motions") with the Bankruptcy Court seeking, among other things,
approval of the Proposed Agreement.  Copies of the Motions are available on the website
maintained by the GUC Trust: www.mlcguctrust.com.

The Bankruptcy Court has granted preliminary approval of the Settlement and has scheduled a
final approval hearing on the Motions on _____, 2019 at _____ _.m. (Eastern), with an
objection deadline of _____, 2019 at _____ _.m. (Eastern).[3]

Wilmington Trust Company has prepared this communication in its capacity as GUC Trust
Administrator, based upon information supplied to it without independent investigation.  You
should not rely on Wilmington Trust Company as your sole source of information.  Wilmington
Trust Company makes no recommendations and gives no investment or legal advice herein, and
holders of Trust Units are urged to consult with their own advisors concerning the Trust Units,
the Plan and the Motion.

Should any holder of Trust Units have any questions regarding this notice, please contact
Wilmington Trust Company as follows:

> Wilmington Trust Company
> Rodney Square North
> 1110 North Market Street
> Wilmington, Delaware, 19890-1615
> Phone No.: (866) 521-0079
> Fax No.: (302) 636-4140

---

[3] Please note the times and dates set forth herein are subject to change without further notice.

Wilmington Trust Company may conclude that a specific response to particular inquiries from individual holders of Trust Units is not consistent with its duties to provide equal and full dissemination to all holders of Trust Units.

Very Truly Yours,


Wilmington Trust Company,
solely in its capacity as GUC Trust Administrator