**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss:
COUNTY OF NEW YORK  )

Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY  10019.

2. On February 12, 2019, I caused to be served copies of the **Joinder of General Motors LLC to Objection of Wilmington Trust Company, as GUC Trust Administrator, to the Elliotts' Motion to Lift Bar Date and File Proposed Late Proof of Claim** on the persons set forth on the attached service list.

3. I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent by electronic mail (e-mail) and on all parties of interest via the Court's electronic case filing system.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph Monzione
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　   Joseph Monzione

Sworn to before me this
12th day of February, 2019

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
My Commission Expires December 21, 2022

**SERVICE LIST**

**Via Electronic Mail**

peller@georgetown.edu; abloomer@kirkland.com; anne@hilliardshadowenlaw.com; ASteinberg@KSLAW.com; asynnott@paulweiss.com; bobh@hmglawfirm.com; carrie@hbsslaw.com; Clay.Pierce@dbr.com; conor.tully@fticonsulting.com; dgolden@akingump.com; djnewman@akingump.com; ecabraser@lchb.com; esserman@sbep-law.com; gfox@goodwinlaw.com; hsnovikoff@wlrk.com; jjudd@andrewsmyers.com; jkane@akingump.com; jwoodson@akingump.com; kashley@hmglawfirm.com; kkimpler@paulweiss.com; kristin.going@dbr.com; LAKers@hmglawfirm.com; lauren@hmglawfirm.com; ldobson@thomasjhenrylaw.com; lnorman@andrewsmyers.com; lpaniszczyn@thomasjhenrylaw.com; Marita.Erbeck@dbr.com; mjedelman@vedderprice.com; mschein@vedderprice.com; nick@hbsslaw.com;  pbasta@paulweiss.com; rgeman@lchb.com; rgodfrey@kirkland.com; rudyg@hmglawfirm.com; sdavidson@kslaw.com; sean@hbsslaw.com; SHarnett@paulweiss.com; steve@hbsslaw.com; tjh@thomasjhenrylaw.com; wweintraub@goodwinlaw.com; KAulet@brownrudnick.com; ACunningham@brownrudnick.com; jcunningham@brownrudnick.com; jforster@brownrudnick.com; SJason@brownrudnick.com; JMeyers@brownrudnick.com; hsteel@brownrudnick.com; eweisfelner@brownrudnick.com; asivakumar@brownrudnick.com; ANofzinger@paulweiss.com; sjames@paulweiss.com