**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008

*Attorneys for the Motors Liquidation Company
Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                    Debtors.
------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

STATE OF NEW YORK )
                    ) ss.:
COUNTY OF NEW YORK )

## AFFIDAVIT OF SERVICE

Lindsay A. Bush, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Binder & Schwartz LLP, 366 Madison Avenue, 6th Floor, New York, New York, 10017.

2. On February 4, 2019, I served documents on the following parties:

    - Cynthiana LLC and Earlham LLC, pursuant to Section 15.1 and Annex I, of the CE Capital Provision Agreement (Bankr. Dkt. No. 13957-2) in the Main Bankruptcy Proceeding captioned *In re Motors Liquidation Co.*, Case No. 09-50026 (MG), via the following email address: info@litfinsolutions.com;

    - LW Holdco VI LLC, pursuant to Section 15.1 and Annex I, of the LW Capital Provision Agreement (Bankr. Dkt. No. 14413-2) in

        the Main Bankruptcy Proceeding captioned *In re Motors Liquidation Co.*, Case No. 09-50026 (MG), via the following email address: weinstein@lakewhillans.com; and

- the Master Service List, pursuant to the Supplemental Cash Management Order #1 (Adv. Pro. ECF No. 481) in the Adversary Proceedings captioned *Motors Liquidation Company Avoidance Action Trust v. JPMorgan Chase Bank, N.A.*, Case No. 09-00504, via the following email address: MasterServiceList@TermLoanAvoidanceAction.com.

3.     The documents I served were true and correct copies of the following:

- Notice of Hearing on Motion of Motors Liquidation Company Avoidance Action Trust for Entry of Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020(d) (I) Approving Amendments to the Third Amended and Restated Avoidance Action Trust Agreement and Authorizing the Avoidance Action Trust to Enter into the Fourth Amended and Restated Avoidance Action Trust Agreement (II) Authorizing the Avoidance Action Trust to Enter into the LW Capital Provision Agreement and To Grant a Lien to the LW Capital Provider (ECF No. 14412);

- Motion of Motors Liquidation Company Avoidance Action Trust for Entry of Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020(d) (I) Approving Amendments to the Third Amended and Restated Avoidance Action Trust Agreement and Authorizing the Avoidance Action Trust to Enter into the Fourth Amended and Restated Avoidance Action Trust Agreement (II) Authorizing the Avoidance Action Trust to Enter into the LW Capital Provision Agreement and To Grant a Lien to the LW Capital Provider (with Exhibits A-G) (ECF Nos. 14413 through 14413-714413); and

- Declaration of Arthur J. Gonzalez in Support of Motors Liquidation Company Avoidance Action Trust's Motion for Entry of Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020(d) (I) Approving Amendments to the Third Amended and Restated Avoidance Action Trust Agreement and Authorizing the Avoidance Action Trust to Enter into the Fourth Amended and Restated Avoidance Action Trust Agreement (II) Authorizing the Avoidance Action Trust to Enter into the LW Capital Provision Agreement and To Grant a Lien to the LW Capital Provider (ECF No. 14414).

_____
Lindsay A. Bush

Sworn to and subscribed before me this
13th day of February 2019

_____

LAUREN K HANDELSMAN
Notary Public - State of New York
NO. 02HA6163792
Qualified in Kings County
My Commission Expires Apr 2, 2019

3