Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
:
In re: : Chapter 11
MOTORS LIQUIDATION COMPANY, et al., : Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., et al., :
:
                      Debtors. : (Jointly Administered)
----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                            ) ss.:
COUNTY OF NEW YORK  )

    1.    Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

    2.    On the 13th day of February, 2019, I caused to be served a true and correct copy of the Letter to Judge Glenn from Economic Loss Plaintiffs, dated February 13, 2019, in response to the Letter Requesting Status Conference Regarding Proposed Settlement, docket number 14424, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    3.    On the 13th day of February, 2019, I caused to be served a true and correct copy of the Letter to Judge Glenn from Economic Loss Plaintiffs, dated February 13, 2019, in response

to the Letter Requesting Status Conference Regarding Proposed Settlement, docket number 14424, by electronic mail upon the parties listed in Exhibit A.

     5.     On the 13th day of February, 2019, I caused to be served a true and correct copy of the Letter to Judge Glenn from Economic Loss Plaintiffs, dated February 13, 2019, in response to the Letter Requesting Status Conference Regarding Proposed Settlement, docket number 14424, by first class mail, postage pre-paid upon the parties listed in Exhibit B.

                                            /s/ Amy J. Cunningham  
                                            Amy J. Cunningham

Sworn to before me this  
20th day of February 2019.

/s/ Harriet E. Cohen  
Notary Public, State of New York  
No. 01CO6358978  
Qualified in New York County  
My Commission Expires May 22, 2021

# **EXHIBIT A**

abloomer@kirkland.com
anne@hilliardshadowenlaw.com
asteinberg@kslaw.com
asynnott@paulweiss.com
bobh@hmglawfirm.com
Carrie@hbsslaw.com
Clay.Pierce@dbr.com
conor.tully@fticonsulting.com
ddavis@paulweiss.com
dgolden@AkinGump.com
djnewman@akingump.com
ECABRASER@lchb.com
esserman@sbep-law.com
gfox@goodwinlaw.com
HSNovikoff@wlrk.com
jamestecce@quinnemanuel.com
Jjudd@andrewsmyers.com
jkane@akingump.com
jordanharap@quinnemanuel.com
juliabeskin@quinnemanuel.com
jwoodson@akingump.com
kashley@hmglawfirm.com
kkimpler@paulweiss.com
Kristin.Going@dbr.com
LAkers@hmglawfirm.com
lauren@hmglawfirm.com
ldobson@thomasjhenrylaw.com
Lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com
lshumejda@paulweiss.com
Marita.Erbeck@dbr.com
mjedelman@vedderprice.com
mschein@vedderprice.com
Nick@hbsslaw.com
pbasta@paulweiss.com
rgeman@lchb.com
rgodfrey@kirkland.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
Sean@hbsslaw.com
sharnett@paulweiss.com
Steve@hbsslaw.com
susheelkirpalani@quinnemanuel.com
tjhenry@thomasjhenrylaw.com
WWeintraub@goodwinlaw.com

# **EXHIBIT B**

Office of the United States Trustee
for the Southern District of New York
Attn: William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

United States Department of the Treasury
Attn: Erik Rosenfeld
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220