UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                                                       :          Chapter 11
                                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,    :          Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                :
                                                                                 :
                                  Debtors.                        :          (Jointly Administered)
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 201 , I caused the *Elliotts' Reply To Objections To The Elliotts' Motion To Lift Bar Date*, ECF No.14427, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: February 20, 2019

/s/ *Gary Peller*
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Plaintiffs