## **EXHIBIT A**

## **FORM OF PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50026 (MG) <br><br> (Jointly Administered) |

**[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS RELATED TO THE PROPOSED SETTLEMENT PURSUANT SECTION 105(a) OF THE BANKRUPTCY CODE**

Upon *General Motors LLC's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief* (the "Motion"),[1] dated February 22, 2019; and the Court having jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in that certain *Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures* [Docket No. 10183]; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of all parties and that the legal and factual bases set forth in the Motion establish just

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

A-2

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

    ORDERED that objections to the Motion are hereby overruled; and it is further

    ORDERED that the Motion is granted as set forth herein; and it is further

    ORDERED that proceedings in this Court relating to the Proposed Settlement or any relief otherwise sought in connection with the Settlement Motions are hereby stayed until further order of this Court;

    ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

    ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: _____ 2019
       New York, New York

THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE