# Exhibit 3

```
                     UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF NEW YORK


                                    .    Case No. 09-50026-mg
  IN RE:                            .    Chapter 11
                                    .
  MOTORS LIQUIDATION COMPANY,  .    (Jointly administered)
  et al., f/k/a GENERAL             .
  MOTORS CORP., et al,              .    One Bowling Green
                                    .    New York, NY 10004
                 Debtors.           .
                                    .    Wednesday, November 16, 2016
  . . . . . . . . . . . . . . . .   .    11:38 a.m.


   TRANSCRIPT OF CASE MANAGEMENT CONFERENCE (CC: DOCUMENT NUMBER
        13786, RELATED DOCUMENT(S) 13373, 13775, 13697)
             BEFORE THE HONORABLE MARTIN GLENN
           UNITED STATES BANKRUPTCY COURT JUDGE

  APPEARANCES:

  For the Debtor:              King & Spalding LLP
                               By:  ARTHUR STEINBERG, ESQ.
                                    SCOTT DAVIDSON, ESQ.
                               1185 Avenue of the Americas
                               New York, New York 10036-4003
                               (212) 556-2158

  For the Ignition Switch  Brown Rudnick LLP
  plaintiffs and certain   By:  EDWARD S. WEISFELNER, ESQ.
  non-Ignition Switch      7 Times Square
  plaintiffs:              New York, New York 10036
                           (212) 209-4917


  For Sesay, Bledsoe
  and Elliott:                 GARY PELLER, ESQ.
                               600 New Jersey Ave., NW
                               Washington, DC 20001
                               (202) 662-9122

  APPEARANCES CONTINUED.

  Audio Operator:              Jonathan, ECRO


  Transcription Company:       Access Transcripts, LLC
                               10110 Youngwood Lane
                               Fishers, IN 46038
                               (855) 873-2223
                               www.accesstranscripts.com


        Proceedings recorded by electronic sound recording,
          transcript produced by transcription service.
```

09-50026-mg   Doc 13796   Filed 11/17/16   Entered 11/18/16 11:06:44   Main Document
Pg 70 of 78

70

 1          MR. WEINTRAUB:  Your Honor --

 2          THE COURT:  Yeah, just a second, Mr. Weintraub.  Go

 3  ahead, Mr. Weintraub.

 4          MR. WEINTRAUB:  Of course, there are two additional

 5  wrinkles to the late-filed claim issue.  With respect to the

 6  pre-closing ignition switch accident plaintiffs, we don't

 7  believe that could be a class proof of claim.  We --

 8          THE COURT:  As to the accident plaintiffs, I Would

 9  agree it couldn't be a class proof of claim.

10          MR. WEINTRAUB:  We've been moving, timing-wise, in

11  lock step with the economic loss people.  We have a motion

12  ready to be filed whenever the Court says it should be filed

13  with respect to 200 proofs of claim.  The problem is we don't

14  know that that's all of the proofs of claim that might be

15  filed.  Through Mr. Hilliard, we have 200 proofs of claim for

16  his clients.  We suspect, but we don't know that there are

17  other plaintiffs attorneys with other clients, and one of the

18  challenges is to how to get notice to those potential people

19  that they should be filing a motion now, too.

20          THE COURT:  Mr. Weintraub, in an entirely different

21  context, this morning, I reviewed -- reasoned to review a prior

22  decision of mine where I denied leave to file a late claim, and

23  the argument was that they didn't have proper notices of bar

24  date, and I denied their leave to file a late claim because

25  once they had notice that they hadn't been -- you know, once

09-50026-mg   Doc 13796   Filed 11/17/16   Entered 11/18/16 11:08:44   Main Document
Pg 78 of 78

78

1                  **C E R T I F I C A T I O N**

2

3        I, Alicia Jarrett, court-approved transcriber, hereby

4 certify that the foregoing is a correct transcript from the

5 official electronic sound recording of the proceedings in the

6 above-entitled matter.

7

8

9

10 _____

11 ALICIA JARRETT, AAERT NO. 428        DATE:   November 17, 2016

12 ACCESS TRANSCRIPTS, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

ACCESS TRANSCRIPTS, LLC  1-855-USE-ACCESS (873-2223)