# Exhibit 5

```
 1    UNITED STATES BANKRUPTCY COURT

 2    SOUTHERN DISTRICT OF NEW YORK

 3    Case No. 09-50026-reg

 4    - - - - - - - - - - - - - - - - - - - - - - - - - - x

 5    In the Matter of:

 6    MOTORS LIQUIDATION COMPANY, et al.,

 7    f/k/a General Motors Corp., et al.

 8

 9              Debtors.

10    - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12

13                   U.S. Bankruptcy Court

14                   One Bowling Green

15                   New York, NY 10004-1408

16

17

18                   February, 18, 2015

19                   9:00 AM

20

21    B E F O R E :

22    HON ROBERT E. GERBER

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO:  K. HARRIS
```

```
 1    Trust's distributions after becoming aware of their claims

 2    or alleged claims, and because the appellants there had

 3    failed to provide notice to general, unsecured Creditors,

 4    who would be stripped of their recoveries if the relief that

 5    appellants had sought, had been granted.

 6              Here, Plaintiffs' argument that their procedural

 7    due process claims should relive them of having to comply

 8    with Chateaugay's diligence factor rings especially hollow,

 9    given that Plaintiffs chose for strategic reasons, not to

10    pursue claims against the GUC Trust and not to seek to stay

11    the GUC Trust's distributions even after they became aware

12    of their alleged claims, and there's no dispute about that,

13    Your Honor.

14              Under binding Second Circuit case law, the

15    ramification of that strategic decision is that any claims

16    the Plaintiffs may seek to pursue against the GUC Trust now

17    or in the future, are barred by the doctrine of equitable

18    mootness.  And this is the case, Your Honor, even if the

19    Court accepts Mr. Weisfelner's somewhat half-hearted

20    argument that the reason that Plaintiffs chose not to seek a

21    stay was because they believed that they would not have been

22    able to obtain one under the law.  Even if that is so, Your

23    Honor, the case law is clear that what is important to

24    satisfy in Chateaugay's diligence factor is that a claimant

25    seek a stay, not that it obtain one.
```

```
1                C E R T I F I C A T I O N

2

3   I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6   [signature: Sonya M. Ledanski Hyde]

7

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20  Veritext Legal Solutions

21  330 Old Country Road

22  Suite 300

23  Mineola, NY 11501

24

25  Date:   February 20, 2015
```