# Exhibit 6

09-50026-mg Doc 14434-6 Filed 02/22/19 Entered 02/22/19 21:15:29 Exhibit 6
Transcript of Status Conference Regarding Late Claims Motion dated J    Pg 2 of 5

09-50026-mg  Doc 13826  Filed 01/13/17  Entered 01/13/17 11:05:32  Main Document
Pg 1 of 83

```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK


                                    .  Case No. 09-50026-mg
IN RE:                              .  Chapter 11
                                    .
MOTORS LIQUIDATION COMPANY,         .  (Jointly administered)
et al., f/k/a GENERAL               .
MOTORS CORP., et al,                .  One Bowling Green
                                    .  New York, NY 10004
          Debtors.                  .
                                    .  Thursday, January 12, 2017
. . . . . . . . . . . . . . . .     .  9:30 a.m.


   TRANSCRIPT OF (CC: DOC# 13802, 13813, 13819, 13820, 13822)
  STATUS CONFERENCE REGARDING LATE CLAIMS MOTION; (CC: DOC. NO.
    13806) STATUS CONFERENCE RE: MOTION FOR AN ORDER GRANTING
 AUTHORITY TO FILE LATE CLASS PROOFS OF CLAIM FILED BY EDWARD S.
    WEISFELNER ON BEHALF OF DESIGNATED COUNSEL FOR THE IGNITION
    SWITCH PLAINTIFFS & CERTAIN NON-IGNITION SWITCH PLAINTIFFS;
    (CC: DOC# 13807) OMNIBUS MOTION TO ALLOW CLAIMS, FILE LATE
    PROOFS OF CLAIM FOR PERSONAL INJURIES AND WRONGFUL DEATHS
```

**BEFORE THE HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY COURT JUDGE**

APPEARANCES:

| | |
|---|---|
| For the Debtor: | King & Spalding LLP<br>By: ARTHUR STEINBERG, ESQ.<br>     SCOTT DAVIDSON, ESQ.<br>1185 Avenue of the Americas<br>New York, New York 10036-4003<br>(212) 556-2158 |
| For the Ignition Switch plaintiffs and certain non-Ignition Switch plaintiffs: | Brown Rudnick LLP<br>By: EDWARD S. WEISFELNER, ESQ.<br>     HOWARD S. STEEL, ESQ.<br>7 Times Square<br>New York, New York 10036<br>(212) 209-4917 |

APPEARANCES CONTINUED.

| | |
|---|---|
| Audio Operator: | Jonathan, ECRO |
| Transcription Company: | Access Transcripts, LLC<br>10110 Youngwood Lane<br>Fishers, IN 46038<br>(855) 873-2223<br>www.accesstranscripts.com |

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

09-50026-mg Doc 13826 Filed 01/13/17 Entered 01/13/17 11:05:32 Main Document
Pg 10 of 83

09-50026-mg Doc 14434-6 Filed 02/22/19 Entered 02/22/19 21:15:29 Exhibit 6
Transcript of Status Conference Regarding Late Claims Motion dated J Pg 3 of 5

10

1 us in advance they would otherwise want from not just our class
2 representatives, but frankly, virtually every state
3 representative plaintiff, every named plaintiff they could find
4 in the MDL. Loads of document and deposition testimony is what
5 they wanted. Our view is, let it happen in the MDL --
6         THE COURT: These are economic loss plaintiffs?
7         MR. WEISFELNER: Yes, sir. And Mr. Weintraub will
8 speak for accident plaintiffs, but a similar situation evolves
9 there. Again, there are certain cases that are being
10 prioritized by Judge Furman, and we think those ought to move
11 forward before anyone contemplates discovery, before -- within
12 the context of this bankruptcy case, we think it'll be
13 duplicative and potentially in violation of orders that Judge
14 Furman has put in place. Beyond that, I will tell you that
15 there are additional reasons, in our view, for a 90-day
16 extension.
17         THE COURT: Are the depositions of the putative class
18 representatives, are those going to occur in the next 90 days?
19         MR. WEISFELNER: Yes. Beyond that, Your Honor, Judge
20 Furman is currently in the process of adjudicating motions for,
21 I think a summary judgment as opposed to motions to dismiss,
22 motions for summary judgment on the theories behind the
23 plaintiffs' request to hold New GM liable as the success. And
24 depending on the resolution of that motion, one could
25 anticipate that the vim and vigor with which the plaintiffs

ACCESS TRANSCRIPTS, LLC    1-855-USE-ACCESS (873-2223)

09-50026-mg Doc 13626 Filed 01/13/17 Entered 01/13/17 11:05:32 Main Document
Pg 11 of 63

09-50026-mg Doc 14434-6 Filed 02/22/19 Entered 02/22/19 21:15:29 Exhibit 6
Transcript of Status Conference Regarding Late Claims Motion dated J Pg 4 of 5

11

1 prosecute and the adversaries defend the late claims motion may
2 change.
3       THE COURT: Are those summary judgment motions fully
4 briefed at this point?
5       MR. WEISFELNER: I think they're in the process of
6 being finalized. We anticipate they'll be fully briefed before
7 the end of January. And, of course, we don't have a schedule
8 for when the judge is going to rule, but if the past is any
9 prologue, we suspect that within this 90-day period, the
10 parties will further be able to assess the nature and value of
11 their respective claims and defenses.
12       Now, there was a third reason for -- and I hate to
13 characterize it this way, but there is yet a third reason for
14 doing nothing, in our view, for the next 90 days. There was
15 some debate during the meet and confer as to whether or not,
16 putting discovery aside for all the reasons I previously
17 indicated, the parties are to move forward on some briefing
18 schedule to resolve legal issues. And among the legal issues
19 that some folks thought could be advanced was the question of
20 equitable mootness.
21       Now, Your Honor knows that equitable mootness was
22 part of the threshold issues that Judge Gerber considered and
23 ruled upon, and Your Honor is also aware that that decision
24 went up to the Second Circuit, which ultimately vacated Judge
25 Gerber's ruling on the basis of it being an advisory opinion

09-50026-mg Doc 14434-6 Filed 02/22/19 Entered 02/22/19 21:15:29 Exhibit 6
Transcript of Status Conference Regarding Late Claims Motion dated J    Pg 5 of 5

09-50026-mg  Doc 13626  Filed 01/13/17  Entered 01/13/17 11:05:32  Main Document
Pg 83 of 83

83

# **C E R T I F I C A T I O N**

I, Alicia Jarrett, court-approved transcriber, hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____

ALICIA JARRETT, AAERT NO. 428    DATE:   January 13, 2017

ACCESS TRANSCRIPTS, LLC

ACCESS TRANSCRIPTS, LLC    1-855-USE-ACCESS (873-2223)