# Exhibit 7

```
                                                                    1
 1   UNITED STATES BANKRUPTCY COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------
 3   In re:
 4   MOTORS LIQUIDATION COMPANY, et al.,
     f/k/a General Motors Corp., et al.,
 5
                          Debtors.
 6
     Cast No.: 09-50026 (MG)
 7   ------------------------------------------
 8
                          December 18, 2017
 9                        9:02 a.m.
10                        One Bowling Green
                          New York, New York
11
12
13   B E F O R E:
14
15
16          HON. MARTIN GLENN
17
18
19
20
21
22
23
24
25
```

151

| | | |
|---|---|---|
| 1 | debated. | 11:42:33 |
| 2 | Debated by whom? | 11:42:33 |
| 3 | THE WITNESS: Well, the | 11:42:36 |
| 4 | principal debaters were Mr. Golden | 11:42:37 |
| 5 | on the one hand and myself on the | 11:42:40 |
| 6 | other. But whenever he needed | 11:42:42 |
| 7 | help, which is rare, he would call | 11:42:45 |
| 8 | in the folks from Gibson Dunn. | 11:42:47 |
| 9 | But the resolution of that | 11:42:52 |
| 10 | issue and how we were going to go | 11:42:54 |
| 11 | about binding potentially millions | 11:42:56 |
| 12 | of present or former car owners was | 11:42:58 |
| 13 | settled on, was part of the | 11:43:02 |
| 14 | settlement documentation going all | 11:43:05 |
| 15 | the way back to the first of the | 11:43:08 |
| 16 | twenty-one drafts that were | 11:43:11 |
| 17 | exchanged between the parties. And | 11:43:12 |
| 18 | our thought again there was -- and | 11:43:15 |
| 19 | there were a lot of reasons to pick | 11:43:18 |
| 20 | 9019 over a Rule 23 class | 11:43:20 |
| 21 | settlement and those reasons | 11:43:26 |
| 22 | included but unlimited to Danny and | 11:43:29 |
| 23 | I are bankruptcy lawyers, what do | 11:43:31 |
| 24 | we know about class settlements. | 11:43:35 |
| 25 | More specifically, we understood | 11:43:37 |

152

| | | |
|---|---|---|
| 1 | that the MDL had as an open issue | 11:43:38 |
| 2 | class certification and we didn't | 11:43:44 |
| 3 | want to start confusing class | 11:43:45 |
| 4 | certification for the purposes of | 11:43:48 |
| 5 | the MDL and class certifications | 11:43:49 |
| 6 | for the purpose of the bankruptcy | 11:43:51 |
| 7 | settlement. | 11:43:54 |
| 8 | The third reason, as Mr. | 11:43:54 |
| 9 | Karlan quite generously pointed | 11:43:57 |
| 10 | out, all we were getting out of the | 11:43:59 |
| 11 | settlement was fifteen million | 11:44:01 |
| 12 | bucks spread over millions of | 11:44:04 |
| 13 | people, we thought it was much | 11:44:06 |
| 14 | better to worry about things like | 11:44:09 |
| 15 | class certification as when and if | 11:44:14 |
| 16 | there was res that were prepared to | 11:44:18 |
| 17 | be distributed.  So if you're | 11:44:20 |
| 18 | talking about fifteen million | 11:44:21 |
| 19 | supplemented by all or some of the | 11:44:21 |
| 20 | potential billions of dollars' | 11:44:23 |
| 21 | worth of GM stock proceeds then it | 11:44:26 |
| 22 | made sense, it seemed to us, to | 11:44:29 |
| 23 | start talking about how do you | 11:44:31 |
| 24 | distribute the rest.  And so as | 11:44:33 |
| 25 | long as you had notice and an | 11:44:36 |

```
                                                              429
 1                  CERTIFICATION BY REPORTER
 2
 3        I, Wayne Hock, a Notary Public of the
 4   State of New York, do hereby certify:
 5        That said proceeding was held before
 6   me at the aforesaid time and place;
 7        That said proceeding was taken
 8   stenographically by me, then transcribed
 9   under my supervision, and that the within
10   transcript is a true record of the
11   testimony of said proceeding.
12        I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, that I am not
15   interested directly or indirectly in the
16   matter in controversy, nor am I in the
17   employ of any of the counsel.
18        IN WITNESS WHEREOF, I have hereunto
19   set my hand this              day of
20   , 2017.
21              <%signature%>
22
23
24
25
```