GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: DAVID S. JONES
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel:    (212) 637-2739
Fax:    (212) 637-2730
E-mail:david.jones6@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

| | |
|---|---|
| In re: | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, *et al*., f/ka General Motors Corp., *et al.*, | Case No. 09-50026 (MG) |
| | (Jointly Administered) |
| Debtors, | |

————————————————————X

### CERTIFICATE OF SERVICE OF OBJECTION OF THE UNITED STATES OF AMERICA TO AMERICAN AXLE & MANUFACTURING, INC.'S MOTION TO INCLUDE THE TONAWANDA FORGE SITE IN THE RACER TRUST OR, IN THE ALTERNATIVE, FOR AUTHORITY TO FILE A LATE CLAIM AGAINST THE DEBTORS TO PARTICIPATE IN DISTRIBUTIONS FROM THE GUC TRUST

I, David S. Jones, am employed in the United States Attorney's Office for the Southern District of New York.  On February 25, 2019, I caused the above-referenced pleading (ECF No. 14435) to be served as follows:

By electronic notice via ECF to all persons registered to receive such notice;

By email to the following:  Michael Blumenthal (Michael.Blumenthal@tklaw.com);

Marita S. Erbeck (Marita S. Erbeck (marita.erbeck@dbr.com); James Thoman

(JThoman@hodgsonruss.com); Jeffrey Stravino (JStravin@hodgsonruss.com); Scott Davidson (SDavidson@KSLaw.com), and Michael Schein (MSchein@vedderprice.com);

And by fax to the Office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                          s/ David S. Jones

New York, New York
February 25, 2019