**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re:                                      :   Chapter 11
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :   Case No. 09-50026 (MG)
f/k/a General Motors Corp., et al.          :
                                            :   (Jointly Administered)
                    Debtors.                :
-------------------------------------------------------------x
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes, and says:

     1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.    I caused to be served copies of the following documents on the persons set forth on the attached service list:

    (i)    **Notice of Hearing on General Motors LLC's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief**;

    (ii)    **General Motors LLC's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief** (together with accompanying exhibits);

    (iii)    **Motion to Withdraw the Reference of Economic Loss Plaintiffs' Rule 23 Motion**; and

    (iv)    **General Motors LLC's Memorandum of Law in Support of Its Motion to Withdraw the Reference of the Economic Loss Plaintiffs' Rule 23 Motion** (together with accompanying exhibits).

      3.      I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent on the date and in the manner shown, as well as on all parties of interest via the Court's electronic case filing system.

                                                                 /s/ Joseph Monzione
                                                                 Joseph Monzione

Sworn to before me this
25th day of February, 2019

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
My Commission Expires December 21, 2022

## SERVICE LIST

### By Electronic Mail (Email) on February 22, 2019

anne@hilliardshadowenlaw.com; ASteinberg@KSLAW.com; asynnott@paulweiss.com; bobh@hmglawfirm.com; carrie@hbsslaw.com; Clay.Pierce@dbr.com; conor.tully@fticonsulting.com; dgolden@akingump.com; djnewman@akingump.com; ecabraser@lchb.com; esserman@sbep-law.com; gfox@goodwinlaw.com; hsnovikoff@wlrk.com; jjudd@andrewsmyers.com; jkane@akingump.com; jwoodson@akingump.com; kashley@hmglawfirm.com; kkimpler@paulweiss.com; kristin.going@dbr.com; LAKers@hmglawfirm.com; lauren@hmglawfirm.com; ldobson@thomasjhenrylaw.com; lnorman@andrewsmyers.com; lpaniszczyn@thomasjhenrylaw.com; Marita.Erbeck@dbr.com; mjedelman@vedderprice.com; mschein@vedderprice.com; nick@hbsslaw.com; pbasta@paulweiss.com; rgeman@lchb.com; rudyg@hmglawfirm.com; sdavidson@kslaw.com; sean@hbsslaw.com; SHarnett@paulweiss.com; steve@hbsslaw.com; tjh@thomasjhenrylaw.com; wweintraub@goodwinlaw.com; KAulet@brownrudnick.com; ACunningham@brownrudnick.com; jcunningham@brownrudnick.com; jforster@brownrudnick.com; SJason@brownrudnick.com; JMeyers@brownrudnick.com; hsteel@brownrudnick.com; eweisfelner@brownrudnick.com; asivakumar@brownrudnick.com; ANofzinger@paulweiss.com; sjames@paulweiss.com; mtsukerman@coleschotz.com

### By Federal Express on February 25, 2019

United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Erik Rosenfeld

### By Hand Delivery on February 25, 2019

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street
Room 1006
New York, NY 10014
Attn: William K. Harrington