KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036

———

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019

February 28, 2019

**VIA E-MAIL**
**AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

   Re: **In re Motors Liquidation Company,** *et al.*
     **Case No. 09-50026 (MG)**

Dear Judge Glenn:

  Counsel for New GM writes to update the Court on New GM's efforts to voluntarily mediate and attempt to resolve pre-sale personal injury and wrongful death claims (the "Pre-Sale PIWD Claims"). *See* February 2, 2019 Letter [ECF No. 14411], December 12, 2018 Letter [ECF No. 14384]; July 30, 2018 Letter [ECF No. 14377]; and June 11, 2018 Letter [ECF No. 14328].

  As mentioned in our February 2, 2019 letter, from November 2018 through February 1, 2019, New GM conducted mediations with various PIWD Plaintiffs represented by law firms that had larger "dockets" (*i.e.*, in separate groups based on the law firms representing various PIWD Plaintiffs). As of such time, New GM had reached agreements in principle to settle four dockets involving a total of 393 Pre-Sale PIWD Claims, of which (i) 248 were filed both as late claims in this Court and as claims in the MDL Court, (ii) 92 were pending only as late claims in this Court, (iii) 38 were pending only in the MDL Court, and (iv) 15 were unfiled.

  Today, New GM reached an agreement in principle with plaintiffs represented by Langdon & Emison to settle a fifth docket involving a total of 103 Pre-Sale PIWD claims, of which (i) 59 are filed both as late claims in this Court and as claims in the MDL Court, (ii) 41 are pending only as late claims in this Court, (iii) 1 is pending only in the MDL Court, and (iv) 2 are pending in state courts (one in state court only and one in both state court and as a late claim in this Court). Of these 103 claimants eligible for the Langdon & Emison aggregate settlement, 101 are included

Honorable Martin Glenn
February 28, 2019
Page 2

on schedule 2 to the settlement agreement proposed by the GUC Trust and various claimants on February 1, 2019 (the "Proposed Settlement").

In sum, since November 2018, New GM has entered into agreements in principle involving a total of 496 PIWD claims, of which (i) 307 are filed both as late claims in this Court and as claims in the MDL Court, (ii) 133 are pending only as late claims in this Court, (iii) 39 are pending only in the MDL Court, (iv) 15 are unfiled, and (v) 2 are in state courts (one in state court only and one in both state court and as a late claim in Court). Of these 496 claimants eligible for various aggregate settlements, 254 are also currently included on schedule 2 to the Proposed Settlement.

Each of these agreements concerns a confidential, private aggregate settlement that includes prerequisites to be met and, upon occurrence of those prerequisites, such claimants will withdraw their late claims in this Court and dismiss with prejudice their Pre-Sale PIWD Claims in the MDL Court or other forums as applicable.

There are 187 remaining PIWD claimants included on schedule 2 to the Proposed Settlement who are not eligible for an aggregate settlement or otherwise settled.[1]  Additional mediations and individual case negotiations will occur after New GM evaluates information still being produced by certain of the plaintiffs' counsel regarding such claims. In particular, a mediation with The Potts Firm is scheduled for March 21, 2019 and will address, among other things, 98 of the remaining 187 Pre-Sale PIWD claims included on schedule 2 to the Proposed Settlement. New GM will update the Court as more information becomes available. New GM remains committed to mediating and settling as many Pre-Sale PIWD Claims as possible, minimizing further litigation costs and burdens for this Court and the MDL Court, the GUC Trust, the late claimants and New GM.

---

[1] One of these claimants has not yet filed a proof of claim.

Honorable Martin Glenn
February 28, 2019
Page 3

Respectfully submitted,

/s/ Paul M. Basta
Paul M. Basta
Aidan Synnott
Kyle J. Kimpler
Sarah Harnett
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*and*

Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Counsel for General Motors LLC*