UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                  )
                                                        )   Case No. 09-50026 (MG)
MOTORS LIQUIDATION COMPANY, *et al.*,   )   Chapter 11
    f/k/a General Motors Corp., *et. al.*,          )   (Jointly Administered)
                                                        )
    Debtors                                           )
                                                        )

### **CERTIFICATE OF SERVICE**

STATE OF NEW YORK    )
                                )   ss.:
COUNTY OF ERIE       )

Sally A. Yeates, being duly sworn, deposes and says:

1. I am over 18 years of age and an employee with Hodgson Russ LLP and not a party to this action.

2. On March 1, 2019, I served copies of American Axle & Manufacturing, Inc.'s Reply in Further Support of its Motion to Include the Tonawanda Forge Site in the Racer Trust or, in the Alternative, for Authority to File a Late Claim against the Debtors to Participate in Distributions from the GUC Trust (the "Reply") by electronic filing using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective email addresses designated for such service.

3. On the March 1, 2019, I also served the Reply via U.S. First Class Mail to the parties listed on the Notice List attached hereto as **Exhibit A.**

- 2 -

4. On March 1, 2019, in addition to notification via electronic filing using the Court's CM/ECF system, I also served the following attorneys via e-mail:

Michael V. Blumenthal, Esq.
Thompson & Knight LLP
900 Third Avenue – 20th Floor
New York, NY 10022
Michael.Blumenthal@tklaw.com

David S. Jones, Esq
Deputy Chief, Civil Division
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007
David.Jones6@usdoj.gov

Marita Erbeck, Esq.
Drinker Biddle & Reath LLP
600 Campus Dr.
Florham Park, NJ 07932-1047
(973) 549-7076
marita.erbeck@dbr.com

Kristin K. Going, Esq.
Drinker Biddle & Reath LLP
600 Campus Dr.
Florham Park, NJ 07932-1047
(973) 549-7076
kristin.going@dbr.com

Scott I. Davidson, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
SDavidson@KSLAW.com

Michael L. Schein
VedderPrice
1633 Broadway, 31st Floor
New York, NY 10019
mschein@vedderprice.com

- 3 -

Carl P. Garvey, Esq.
Racer Trust
500 Woodward Avenue
Suite 2650
Detroit, MI 48226-3416
cgarvey@racertrust.org

5. On March 1, 2019, in addition to notification via electronic filing using the Court's CM/ECF system, I also served a courtesy hard copy of the Reply via overnight Federal Express to Judge Martin Glenn, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

_____
Sally A. Yeates

Sworn to before me this
1st day of March, 2019

_____
Notary Public, State of New York

BARBARA S HOOD
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01HO6060498
MY COMMISSION EXPIRES 06/25/2019

- 4 -

**EXHIBIT A - NOTICE LIST**

| | | |
|---|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: H. Miller, S. Karotkin, J. Smolinksy<br>767 Fifth Avenue<br>New York, NY 10153 | Caplin & Drysdale<br>Attn: T. Swett III, K. Maclay<br>One Thomas Circle, Suite 1100<br>Washington, D.C. 20005 | Alix Partners LLP<br>Attn: Carrianne Basler<br>300 N. LaSalle Street<br>Chicago, Il 60654 |
| Motors Liquidation Company<br>Attn: Thomas Morrow<br>401 S. Old Woodward Avenue<br>Suite 370<br>Birmingham, Michigan 48009 | Stutzman, Bromberg, Esserman & Plifka<br>Attn: S. Esserman, R. Brousseau<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201 | Brady C. Williamson<br>One East Main Street<br>Madison, WI 53703 |
| General Motors LLC<br>Attn: Lawrence Buonomo<br>400 Renaissance Center<br>Detroit, Michigan 48265 | Gibson, Dunn & Crutcher LLP<br>Attn: K. Martorana, M. Williams<br>200 Park Avenue, 47th Floor<br>New York, NY 10166 | Chapell & Associates<br>Attn: Alan Chapell<br>297 Driggs Avenue, Suite 3A<br>Brooklyn, NY 11222 |
| Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi<br>One World Financial Center<br>New York, NY 10281 | FTI Consulting<br>Attn: Anna Phillips<br>1201 W. Peachtree Street, Suite 500<br>Atlanta, GA 30309 | Cleary Gottlieb Steen & Hamilton LLP<br>Attn: D. Gottlieb, R. Lincer, R. Susko<br>One Liberty Plaza<br>New York, NY 10006 |
| U.S. Department of the Treasury<br>Attn: Joseph Samarias<br>1500 Pennsylvania Avenue<br>Room 2312<br>Washington, D.C. 20220 | Crowell & Moring LLP<br>Attn: E. Laws, M. Blumenthal<br>590 Madison Avenue, 19th Floor<br>New York, NY 10022-2524 | Daniel W. Sherrick<br>8000 East Jefferson Avenue<br>Detroit, MI 48214 |
| Vedder Price, P.C.<br>Attn: M. Edelman, M. Schein<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Kirk P. Watson, Esq.<br>2301 Woodlawn Boulevard<br>Austin, TX 78703 | Dean Trafelet<br>50 W. Schiller Street<br>Chicago, IL 60610 |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: P. Bentley, T. Moers Mayer, R. Schmidt, L. Macksoud, J. Sharret<br>1177 Avenue of the Americas<br>New York, NY 10036 | United States Trustee's Office<br>Attn: Brian S. Masumoto<br>201 Varick Street, Room 1006<br>New York, NY 10014 | U.S. Department of Labor<br>Attn: Deputy Solicitor of Labor<br>200 Constitution Avenue NW<br>Washington, D.C. 20201 |
| Office of the United States Trustee for the Southern District of New York<br>Attn: A. Schwartz, W. Harrington<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Counsel for Racer Trust<br>Attn: Carl Garvey<br>500 Woodward Avenue, Suite 2650<br>Detroit, MI 48226 | FTI Consulting<br>Attn: Michael Cordasco<br>3 Times Square<br>New York, NY 10036 |

- 5 -

| | | |
|---|---|---|
| U.S. District Attorney's Office, S.D.N.Y.<br>Attn: D. Jones, N. Kuehler<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | Drinker, Biddle, and Reath, LLP<br>Attn: K. Going, C. Pierce, M. Erbeck<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036 | Godfrey and Kahn, S.C.<br>Attn: Timothy F. Nixon<br>780 North Water Street<br>Milwaukee, WI 53202 |
| Caplin & Drysdale<br>Attn. E. Inselbuch, R. Tobin<br>600 Lexington Avenue, Floor 21<br>New York, NY 10022 | Honigman Miller Schwartz and Cohn, LLP<br>Attn: Donald Baty, Jr.<br>660 Woodward Avenue<br>Detroit, MI 48826 | Internal Revenue Service<br>Attn: Insolvency Section<br>290 Broadway<br>New York, NY 10007 |
| Internal Revenue Service<br>Attn: Insolvency Section<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Kevin and Connie Schoenl<br>20 Jade Creek Drive<br>Hilton, NY 14468 | Wilmington Trust Company<br>Attn: Corporate Trust Action<br>Rodney Square North<br>Wilmington, DE 19890 |
| Kennedy, Jennik, & Murray P.C.<br>Attn: S. Jennik, T. Kennedy<br>113 University Place, 7th Floor<br>New York, NY 10003 | Securities and Exchange Commission<br>Attn: A. Vollmer, M. Schonfeld<br>100 F Street<br>Washington, D.C. 20549 | Shinn Fu Corporation<br>Attn: Arthur Chaykin<br>10939 Pomona Avenue<br>Kansas City, MO 64153 |
| Morgan, Lewis & Bockius LLP<br>Attn: A. Gottfried<br>101 Park Avenue<br>New York, NY 10178 | Simpson Thacher & Bartlett LLP<br>Attn: P. Pantaleo, D. Mack<br>425 Lexington Avenue<br>New York, NY 10017 | Stember Feinstein Doyle and Payne<br>E. Doyle, J. Hurt, P. Ewing, J. Stember, S. Pincus<br>429 Forbes Avenue Suite 1705<br>Pittsburgh, PA 15219 |
| New York City Dept. of Finance<br>Attn: Legal Affairs – D. Cohn<br>345 Adams Street, 3rd Floor<br>Brooklyn, NY 11201 | The Church of Good News<br>1599 Columbus Avenue<br>Boston, MA 02119 | NYS Dept. of Taxation and Finance<br>Attn: Bankruptcy/ Special Proc. Sect.<br>P.O. Box 5300<br>Albany, NY 12205 |
| Office of the Attorney General<br>120 Broadway<br>New York, NY 10271 | Orrick Herrington & Sutcliff LLP<br>Attn: R. Wyron, R. Frankel<br>Columbia Center<br>1152 15th Street NW<br>Washington, D.C. 20005 | The Garden City Group<br>Attn: S. Persichilli<br>1985 Marcus Avenue<br>Lake Success, NY 11042 |
| Osler, Hoskin & Harcourt LLP<br>Attn: T. Sandler<br>100 King Street W, Suite 6100<br>Toronto, Ont. M5X 1B8 Canada | United States Attorney's Office<br>Attn: Claims Unit – Room 417<br>One ST. Andrews Plaza<br>New York, NY 10007 | |

- 6 -

| | | |
|---|---|---|
| Otterbourg Steindler Houston & Rosen<br>Attn: J. Helfat, S. Soll<br>230 Park Avenue<br>New York, NY 10169 | United States Dept. of Treasury<br>Attn: Chief Counsel, Office of Financial Stability; Office of General Counsel<br>1500 Pennsylvania Avenue NW<br>Washington, D.C. | Paul Weiss Rifkind Wharton & Garrison<br>Attn: A. Rosenberg<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| United States Department of Justice<br>Attn: Anti-Trust Division; E. Holder<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 | | |