**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Telephone:  (212) 248-3140
Facsimile:  (212) 248-3141
E-mail: kristin.going@dbr.com
         clay.pierce@dbr.com
         marita.erbeck@dbr.com
Kristin K. Going
Clay J. Pierce
Marita S. Erbeck

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**  :
:                                    **Chapter 11 Case No.**
:
:                                    **09-50026 (MG)**
**MOTORS LIQUIDATION COMPANY**, *et al.*,  :
**f/k/a General Motors Corp.**, *et al.*  :
:                                    **(Jointly Administered)**
:
**Debtors.**  :
---------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR HEARING**
**ON MARCH 5, 2019 AT 10:00 A.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER**

1.    *American Axle & Manufacturing, Inc.'s Motion to Include the Tonawanda Forge Site in the RACER Trust or, in the Alternative, for Authority to File a Late Claim Against the Debtors to Participate in Distributions from the GUC Trust* **(ECF 14392, 14393)**.

1

97196592.1

Responses Filed:

A. *Objection of Wilmington Trust Company, as GUC Trust Administrator, to American Axle & Manufacturing, Inc.'s Motion to Include the Tonawanda Forge Site in the RACER Trust or, in the Alternative, for Authority to File a Late Claim Against the Debtors to Participate in Distributions from the GUC Trust* **(ECF 14432)**.

B. *Objection of the United States of America to American Axle & Manufacturing, Inc.'s Motion to Include the Tonawanda Forge Site in the RACER Trust or, in the Alternative, for Authority to File a Late Claim Against the Debtors to Participate in Distributions from the GUC Trust* **(ECF 14435)**.

C. *RACER's Response to the Motion of American Axle & Manufacturing, Inc.'s Motion to Include Tonawanda Forge Site in the RACER Trust* **(ECF 14436)**.

Replies Filed:

A. *Reply by American Axle & Manufacturing, Inc. in Further Support of Its Motion to Include the Tonawanda Forge Site in the RACER Trust or, in the Alternative, for Authority to File a Late Claim Against the Debtors to Participate in Distributions from the GUC Trust* **(ECF 14445)**.

**Status:**     This matter is going forward.

Dated:  New York, New York
        March 1, 2019

                                        DRINKER BIDDLE & REATH LLP
                                        By:   /s/  Kristin K. Going
                                              Kristin K. Going
                                              Clay J. Pierce
                                              Marita S. Erbeck
                                              1177 Avenue of the Americas
                                              41st Floor
                                              New York, NY 10036-2714
                                              Tel: (212) 248-3140
                                              E-mail: kristin.going@dbr.com
                                                      clay.pierce@dbr.com
                                                      marita.erbeck@dbr.com

                                              *Attorneys for the Motors Liquidation Company GUC Trust Administrator*

97196592.1