UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATIONS COMPANY, et al. | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., et al. | |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kathryn Baird, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Additional Ignition Switch Pre-Closing Accident Plaintiffs ("Clients"), creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Texas and the bar of the U.S. District Courts for the Southern District of Texas.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Date:  March 5, 2019
        Houston, Texas

/s/ Kathryn Baird
KATHRYN BAIRD
ANDREWS MYERS, PC
Texas State Bar No. 24094687
Federal Bar No. 3041107
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4245
Fax: 713-850-4211
kbaird@andrewsmyers.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATIONS COMPANY, et al.<br>f/k/a General Motors Corp., et al.<br><br>Debtors. | Chapter 11<br>Case No.: 09-50026 (MG)<br><br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kathryn Baird, to be admitted, **pro hac vice**, to represent Additional Ignition Switch Pre-Closing Accident Plaintiffs, (the "Client") creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Southern District of Texas, it is hereby

ORDERED, that Kathryn Baird, Esq., is admitted to practice, **pro hac vice**, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____
_____, New York


_____
UNITED STATES BANKRUPTCY JUDGE