Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                            :    Case No.: 09-50026 (MG)
      f/k/a General Motors Corp., et al.,                     :
                                                               :
                                  Debtors.              :    (Jointly Administered)
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

    1.    Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

    2.    On the 3rd day of March, 2019, I caused to be served a true and correct copy of the The Economic Loss Plaintiffs' Objection To General Motors LLC's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief, docket number 14447, by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3.      On the 3rd day of March, 2019, I caused to be served a true and correct copy of the The Economic Loss Plaintiffs' Objection To General Motors LLC's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief, docket number 14447, by electronic mail upon the parties listed in Exhibit A.

5.      On the 4th day of March, 2019, I caused to be served a true and correct copy of the The Economic Loss Plaintiffs' Objection To General Motors LLC's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief, docket number 14447, by hand delivery upon the party listed in Exhibit B.

6.      On the 4th day of March, 2019, I caused to be served a true and correct copy of the The Economic Loss Plaintiffs' Objection To General Motors LLC's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief, docket number 14447, by UPS overnight delivery upon the party listed in Exhibit C.

/s/ Amy J. Cunningham
Amy J. Cunningham

Sworn to before me this
5th day of March, 2019.

/s/ Harriet E. Cohen
Notary Public, State of New York
No. 01CO6358978
Qualified in New York County
My Commission Expires May 22, 2021

# **EXHIBIT A**

ANDREW@HBSSLAW.COM
asteinberg@kslaw.com
asynnott@paulweiss.com
cioni@sbep-law.com
clay.pierce@dbr.com
conor.tully@fticonsulting.com
dyoungblut@paulweiss.com
ECABRASER@lchb.com
esserman@sbep-law.com
Jjudd@andrewsmyers.com
kkimpler@paulweiss.com
Kristin.Going@dbr.com
Lnorman@andrewsmyers.com
Marita.Erbeck@dbr.com
mjedelman@vedderprice.com
mschein@vedderprice.com
mtsukerman@coleschotz.com
pbasta@paulweiss.com
rgeman@lchb.com
sdavidson@kslaw.com
SEAN@HBSSLAW.COM
sharnett@paulweiss.com
Steve@hbsslaw.com

# **EXHIBIT B**

09-50026-mg    Doc 14456    Filed 03/05/19    Entered 03/05/19 10:55:20    Main Document
Pg 5 of 8

Office of the United States Trustee
for the Southern District of New York
Attn: William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

2

# **EXHIBIT C**

2

United States Department of the Treasury
Attn: Erik Rosenfeld
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220