**Opposition Deadline:**
                                                               **Hearing:  TBD**

Gary Peller
600 New Jersey Avenue, N.W.
Washington, DC 20001
(202) 662-9122
peller@georgetown.edu
*Counsel for Celestine Elliott and*
*Lawrence Elliott*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., ) | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., et al., ) | |
| ) | |
| Debtors. ) | (Jointly Administered) |

### SHARON BLEDSOE'S ADDENDUM TO HER JOINDER TO THE OMNIBUS LATE CLAIMS MOTION AND PROPOSED PROOF OF CLAIMS

      Sharon Bledsoe, by and through undersigned counsel, submits this addendum to her Joinder to Plaintiffs' Omnibus Late Claims Motion. (ECF No. 13811). At the time of her joinder, she was not required to submit a proposed proof of claim. However, to facilitate her participation the proposed global settlement of pending claims for personal injury and property damage resulting from pre-petition accidents caused by the Delta Ignition Switch Defect, she submits her proposed proof of claim now as Exhibits.

Dated: March 5, 2019                                              Respectfully submitted,

                                                                       */s/ Gary Peller*
                                                                       Gary Peller
                                                                       600 New Jersey Avenue, N.W.
                                                                       Washington, DC 20001
                                                                       (202) 662-9122
                                                                       peller@law.georgetown.edu
                                                                       *Counsel for Sharon Bledsoe (White-*
                                                                       *Williams)*