**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, *et al.,*           :    Case No. 09-50026 (MG)
f/k/a General Motors Corp., *et al.*            :
                                                :    (Jointly Administered)
                       Debtors.                 :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Brooke Filler, being duly sworn, deposes, and says:

    1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

    2.    I caused to be served copies of the following documents on the persons set forth on the attached service list:

    (i)    **Objection of General Motors LLC to the Proposed Settlement Among the Motors Liquidation GUC Trust and the Signatory Economic Loss and Personal Injury Plaintiffs**;

    (ii)    **Declaration of Kyle Kimpler in Support of Objection of General Motors LLC to the Proposed Settlement Among the Motors Liquidation GUC Trust and the Signatory Economic Loss and Personal Injury Plaintiffs** (together with accompanying exhibits); and

    (iii)    **Motion to File Under Seal General Motors LLC's Motion Pursuant to 11 U.S.C. Section 107(b), Fed R. Bankr. P. 9018, and Local Bankruptcy Rule 9018-1 for an Order Authorizing Filing under Seal Certain Exhibits to Its Objection to the Proposed Settlement Among the Motors Liquidation GUC Trust and the Signatory Economic Loss and Personal Injury Plaintiffs.**

      3.     I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent on the date and in the manner shown, as well as on all parties of interest via the Court's electronic case filing system.

<u>/s/ Brooke Filler</u>
Brooke Filler

Sworn to before me this
6th day of March, 2019

<u>/s/ Maurice Tattnall</u>
Notary Public, State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
My Commission Expires December 21, 2022

**SERVICE LIST**

**By Electronic Mail (Email)**

anne@hilliardshadowenlaw.com; ASteinberg@KSLAW.com; asynnott@paulweiss.com; bobh@hmglawfirm.com; carrie@hbsslaw.com; Clay.Pierce@dbr.com; conor.tully@fticonsulting.com; dgolden@akingump.com; djnewman@akingump.com; ecabraser@lchb.com; esserman@sbep-law.com; gfox@goodwinlaw.com; hsnovikoff@wlrk.com; jjudd@andrewsmyers.com; jkane@akingump.com; jwoodson@akingump.com; kashley@hmglawfirm.com; kkimpler@paulweiss.com; kristin.going@dbr.com; LAKers@hmglawfirm.com; lauren@hmglawfirm.com; ldobson@thomasjhenrylaw.com; lnorman@andrewsmyers.com; lpaniszczyn@thomasjhenrylaw.com; Marita.Erbeck@dbr.com; mjedelman@vedderprice.com; mschein@vedderprice.com; nick@hbsslaw.com; pbasta@paulweiss.com; rgeman@lchb.com; rudyg@hmglawfirm.com; sdavidson@kslaw.com; sean@hbsslaw.com; SHarnett@paulweiss.com; steve@hbsslaw.com; tjh@thomasjhenrylaw.com; wweintraub@goodwinlaw.com; KAulet@brownrudnick.com; ACunningham@brownrudnick.com; jcunningham@brownrudnick.com; jforster@brownrudnick.com; SJason@brownrudnick.com; JMeyers@brownrudnick.com; hsteel@brownrudnick.com; eweisfelner@brownrudnick.com; asivakumar@brownrudnick.com; ANofzinger@paulweiss.com; sjames@paulweiss.com; mtsukerman@coleschotz.com

**By Federal Express**

United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Erik Rosenfeld

**By Hand Delivery**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street
Room 1006
New York, NY 10014
Attn: William K. Harrington