**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,           Chapter 11

                                                Case No. 09-50026 (MG)
                              Debtors.          (Jointly Administered)
------------------------------------------------------------------------x

**ORDER ADJOURNING MARCH 11, 2019 HEARINGS *SINE DIE* ON (1) MOTION OF ECONOMIC LOSS PLAINTIFFS FOR CLASS CERTIFICATION (ECF DOC. # 14408), (2) MOTION TO APPROVE COMPROMISE (ECF DOC. # 14409), (3) MOTION TO STAY PROCEEDINGS RELATED TO CLASS CERTIFICATION (ECF DOC. # 14431) AND (4) MOTION TO FILE UNDER SEAL (ECF DOC. # 14451)**

Pending before the Court are several motions relating to the Economic Loss Plaintiffs' motion for class certification (ECF Doc. # 14408), and the GUC Trust's motion to approve a settlement between the GUC Trust and the Economic Loss Plaintiffs (ECF Doc. # 14409). General Motors LLC's has filed oppositions to these motions, and it has also filed a motion to stay proceedings in the bankruptcy court relating to class certification. (ECF Doc. # 14431.) The hearing on these motions in the bankruptcy court, currently scheduled for March 11, 2019, is adjourned *sine die*. Reply briefs, if any, with respect to the motions pending in the bankruptcy court shall be filed on or before 5:00 PM, March 8, 2019.

Additionally, General Motors LLC has filed a motion to withdraw the reference of the Economic Loss Plaintiffs' motion for class certification. (ECF Doc. ## 14433, 14434.) The motion to withdraw the reference shall be heard by the district court, but the filing of the motion to withdraw the reference does not stay any proceedings in the bankruptcy court. Fed. R. Bankr. P. 5011(a) & (c).

1

After the pending motions in the bankruptcy court and the motion to withdraw in the district court are fully briefed, before scheduling further proceedings on the motions pending in this Court, I intend to speak with Judge Furman about all of the pending motions.

Counsel shall deliver a complete set of all pleadings filed in the bankruptcy court or in the district court relating to the pending motions to both judges

**IT IS SO ORDERED.**

Dated:   March 6, 2019
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge