UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br>MOTORS LIQUIDATIONS COMPANY, et al.<br>f/k/a General Motors Corp., et al.<br><br>Debtors. | Chapter 11<br>Case No.: 09-50026 (MG)<br><br>(Jointly Administered) |
|---|---|

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kathryn Baird, to be admitted, *pro hac vice*, to represent Additional Ignition Switch Pre-Closing Accident Plaintiffs, (the "Client") creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Southern District of Texas, it is hereby

ORDERED, that Kathryn Baird, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 7, 2019
New York, New York

/s/ MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE