**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
```
In re:                                              :        Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.,*               :        Case No. 09-50026 (MG)
f/k/a General Motors Corp., *et al.*                :
                                                    :        (Jointly Administered)
                            Debtors.                :
```
-------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes, and says:

　　　1.　　I am not a party to this action, am over eighteen years of age, and am employed by Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY  10019.

　　　2.　　On March 8, 2019, I caused to be served copies of **General Motors LLC's Reply to Objections of the Economic Loss Plaintiffs and Wilmington Trust Company, as GUC Trust Administrator, to New GM's Motion Pursuant to Section 105(a) of the Bankruptcy Code to (A) Stay Proceedings Relating to the Proposed Settlement and (B) Grant Related Relief** on the persons set forth on the attached service list.

　　　3.　　I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent and in the manner shown, as well as on all parties of interest via the Court's electronic case filing system.

                                                    /s/ Joseph Monzione
                                                     Joseph Monzione

Sworn to before me this
8th day of March, 2019

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
My Commission Expires December 21, 2022

## SERVICE LIST

### By Electronic Mail (Email)

anne@hilliardshadowenlaw.com; ASteinberg@KSLAW.com; asynnott@paulweiss.com;
bobh@hmglawfirm.com; carrie@hbsslaw.com; Clay.Pierce@dbr.com;
conor.tully@fticonsulting.com; dgolden@akingump.com; djnewman@akingump.com;
ecabraser@lchb.com; esserman@sbep-law.com; gfox@goodwinlaw.com;
hsnovikoff@wlrk.com; jjudd@andrewsmyers.com; jkane@akingump.com;
jwoodson@akingump.com; kashley@hmglawfirm.com; kkimpler@paulweiss.com;
kristin.going@dbr.com; LAKers@hmglawfirm.com; lauren@hmglawfirm.com;
ldobson@thomasjhenrylaw.com; lnorman@andrewsmyers.com;
lpaniszczyn@thomasjhenrylaw.com; Marita.Erbeck@dbr.com; mjedelman@vedderprice.com;
mschein@vedderprice.com; nick@hbsslaw.com;  pbasta@paulweiss.com; rgeman@lchb.com;
rudyg@hmglawfirm.com; sdavidson@kslaw.com; sean@hbsslaw.com;
SHarnett@paulweiss.com; steve@hbsslaw.com; tjh@thomasjhenrylaw.com;
wweintraub@goodwinlaw.com; KAulet@brownrudnick.com;
ACunningham@brownrudnick.com; jcunningham@brownrudnick.com;
jforster@brownrudnick.com; SJason@brownrudnick.com; JMeyers@brownrudnick.com;
hsteel@brownrudnick.com; eweisfelner@brownrudnick.com; asivakumar@brownrudnick.com;
ANofzinger@paulweiss.com; sjames@paulweiss.com; mtsukerman@coleschotz.com;
dyoungblut@paulweiss.com

### By Federal Express

United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Erik Rosenfeld

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street
Room 1006
New York, NY  10014
Attn: William K. Harrington