Edward S. Weisfelner
Howard S. Steel
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com
hsteel@brownrudnick.com

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
In re:                                                       :   Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :   Case No.: 09-50026 (MG)
      f/k/a General Motors Corp., et al.,                   :
                                                             :
                           Debtors.         :   (Jointly Administered)
-------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

      1.      Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Astoria, New York.

      2.      On the 8th day of March, 2019, I caused to be served a true and correct copy of the (1) The Economic Loss Plaintiffs' Reply in Support of Rule 23(e) Motion [ECF No. 14463], (2) Declaration of Steve W. Berman [ECF No. 14466], (3) Declaration of Edward S. Weisfelner [ECF No. 14467] and (4) Motion Pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and Local Bankruptcy Rule 9018-1 for an Order Authorizing Filing Under Seal Certain Documents in Support of the Economic Loss Plaintiffs' Reply in Support of Rule 23(e) Motion [ECF No.

14468] by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3. On the 8th day of March, 2019, I caused to be served a true and correct copy of the (1) The Economic Loss Plaintiffs' Reply in Support of Rule 23(e) Motion [ECF No. 14463], (2) Declaration of Steve W. Berman [ECF No. 14466], (3) Declaration of Edward S. Weisfelner [ECF No. 14467] and (4) Motion Pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and Local Bankruptcy Rule 9018-1 for an Order Authorizing Filing Under Seal Certain Documents in Support of the Economic Loss Plaintiffs' Reply in Support of Rule 23(e) Motion [ECF No. 14468] by electronic mail upon the parties listed in Exhibit A.

5. On the 11th day of March, 2019, I caused to be served a true and correct copy of the (1) The Economic Loss Plaintiffs' Reply in Support of Rule 23(e) Motion [ECF No. 14463], (2) Declaration of Steve W. Berman [ECF No. 14466], (3) Declaration of Edward S. Weisfelner [ECF No. 14467] and (4) Motion Pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and Local Bankruptcy Rule 9018-1 for an Order Authorizing Filing Under Seal Certain Documents in Support of the Economic Loss Plaintiffs' Reply in Support of Rule 23(e) Motion [ECF No. 14468] by hand delivery upon the party listed in Exhibit B.

6. On the 11th day of March, 2019, I caused to be served a true and correct copy of the (1) The Economic Loss Plaintiffs' Reply in Support of Rule 23(e) Motion [ECF No. 14463], (2) Declaration of Steve W. Berman [ECF No. 14466], (3) Declaration of Edward S. Weisfelner [ECF No. 14467] and (4) Motion Pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and Local Bankruptcy Rule 9018-1 for an Order Authorizing Filing Under Seal Certain Documents in Support of the Economic Loss Plaintiffs' Reply in Support of Rule 23(e) Motion [ECF No. 14468] by UPS overnight delivery upon the party listed in Exhibit C.

          /s/ Amy J. Cunningham
          Amy J. Cunningham

Sworn to before me this
13th day of March, 2019.

/s/ Harriet E. Cohen
Notary Public, State of New York
No. 01CO6358978
Qualified in New York County
My Commission Expires May 22, 2021

# **EXHIBIT A**

ANDREW@HBSSLAW.COM
asteinberg@kslaw.com
asynnott@paulweiss.com
cioni@sbep-law.com
clay.pierce@dbr.com
conor.tully@fticonsulting.com
dyoungblut@paulweiss.com
ECABRASER@lchb.com
esserman@sbep-law.com
Jjudd@andrewsmyers.com
kkimpler@paulweiss.com
Kristin.Going@dbr.com
Lnorman@andrewsmyers.com
Marita.Erbeck@dbr.com
mjedelman@vedderprice.com
mschein@vedderprice.com
mtsukerman@coleschotz.com
pbasta@paulweiss.com
rgeman@lchb.com
sdavidson@kslaw.com
SEAN@HBSSLAW.COM
sharnett@paulweiss.com
Steve@hbsslaw.com

# **EXHIBIT B**

09-50026-mg    Doc 14470    Filed 03/13/19    Entered 03/13/19 15:13:32    Main Document
Pg 6 of 9

Office of the United States Trustee
for the Southern District of New York
Attn: William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

# **EXHIBIT C**

United States Department of the Treasury
Attn: Erik Rosenfeld
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

3