IN THE UNITED STATES
BANKRUPTCY COURT, SD of NY

CREAMER

v.

GM, TRUST

BK Court #09-50026

Judge Martin Glenn

MAR 14 2019

86 F.3d 167 (10th Cirt. 1996)
ENTRY of APPEARANCE since 2009
+ motion

Entry of Appearance for 2009 accident and asking for settlement conference hearing as March 11, 2019 canceled today. March 11, 2019

Myrna A Creamer
Pro Se
PO Box 25164
KC MO 64119
816-872-2803

Cert of Service -
US Mail, email

X — Fed Clerk Bankruptcy Crt
       Clerk

— Judge Martin Glenn
— GM attorney(s)

# The Hush

www.Xlibris.com

Marjorie A. Creamer

non-fiction

~~false~~ case law

86 F.3rd 167 (10th cuit 1996)

Used my name

Andrew T. Brake

| ATTORNEY OF RECORD:<br>Marjorie Creamer<br>Firm: Marjorie Creamer - In Pro Per/Pro Se<br>Tel: (816) 872-2803  Fax: (740) 845-1240<br>State Bar No.<br>Cust Ref #:<br>ATTORNEY FOR (Name): Creditor, Marjorie Creamer / LIVE | DO NOT FILE WITH COURT<br>**COMPLETELY FILL OUT/CORRECT FORM BEFORE SUBMITTING TO COURTCALL**<br>CourtCall ID #:   9635468 |
|---|---|
| U.S. Bankruptcy Court-S.D. New York (NY) | |
| Case Name:  General Motors Company *[handwritten: GM TRUST, Motors Liquidation Inc, Hq GM NW]* | CASE NUMBER: 09-50026<br>JUDGE/DEPT:<br>523/Judge Martin Glenn<br>DATE/TIME: Monday, March 11th, 2019 at 10:00 AM ET<br>PROCEEDING: Hearing |
| REQUEST FOR COURTCALL APPEARANCE | Our Tax ID#: 95-4568415 |

1. **MARJORIE A. CREAMER Pro Se** (Name of specific attorney appearing remotely) requests a CourtCall appearance at the above referenced proceeding and agrees to provisions of the Rule/Order/Procedure Re: CourtCall Appearances. I UNDERSTAND THAT I DIAL INTO THE CALL TEN MINUTES BEFORE ITS SCHEDULED START TIME. COURTCALL DOES NOT DIAL OUT TO ME.

2. A copy of this document was served on all other parties and faxed or emailed to CourtCall at (866) 533-2946 or requestform@courtcall.com.

3. Effective for appearances on or after May 1st 2009 the charge for this Court Conference appearance is **$30.00**.
   This fee will be supplemented based on the length of the call as follows: First 45 minutes = **$30.00**, each additional 15 minutes = **$7.00**.

4. If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. Company checks are also accepted by first providing your check number to a representative, entering it online or by faxing or emailing a copy of your completed check, with a copy of this Request Form to (888) 883-2946 or requestform@courtcall.com. Once you have received your confirmation, mail your original check, payable to CourtCall, LLC, 6383 Arizona Circle, Los Angeles, CA 90045. with your CourtCall ID number written in the memo section of your check. **Please note: Personal checks are not accepted.**

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your confirmed CourtCall Appearance, call (888) 882-6878 prior to the scheduled appearance time.

6. Request forms are processed within 24 hours of receipt. Call CourtCall if you do not receive a Confirmation within 24 hours. **WITHOUT A WRITTEN CONFIRMATION YOU ARE NOT ON THE COURTCALL CALENDAR AND MAY BE PRECLUDED FROM APPEARING REMOTELY. COURTCALL'S LIABILITY CONCERNING THIS APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL.**

*MY SIGNATURE ON THIS DOCUMENT SERVES AS CONSENT FOR COURTCALL TO CONTINUE TO FAX (AT THE FAX NUMBER LISTED ABOVE UNDER "ATTORNEY OF RECORD") OR EMAIL NOTICES TO ME OR MY FIRM ADVISING OF UPCOMING APPEARANCES AND/OR OTHER OFFERINGS FROM COURTCALL UNTIL I OR MY FIRM ADVISES COURTCALL OTHERWISE.*

Date: Feb 28, 2019                    Signature: *[signed] Marjorie A Creamer*   *also account 2009*

Janell Mullen ext. 872 [CS]            REQUEST FOR COURTCALL® APPEARANCE            Copyright © 2019 CourtCall, LLC. All Rights Reserved.

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
(312) 862-2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, Illinois 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

February 13, 2019

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *In re: General Motors LLC Ignition Switch Litigation*,
14-MD-2543 (JMF)

Dear Judge Furman:

Counsel for New GM write to advise the Court of recent proceedings in the Bankruptcy Court of significance to MDL 2543.

First, on February 1, 2019, Co-Lead Counsel for the economic loss plaintiffs and counsel for the MLC GUC Trust filed motions in the Bankruptcy Court seeking approval of a proposed class action settlement between the MLC GUC Trust and certain "Signatory Plaintiffs." Copies of their motions are attached as Exhibits 1 and 2, respectively. Co-Lead Counsel for the economic loss plaintiffs also filed a joint letter with counsel for Certain Pre-Closing Accident Plaintiffs and counsel for the MLC GUC Trust in the Bankruptcy Court regarding the proposed settlement. A copy of the letter is attached as Exhibit 3. A hearing on the settlement motions is currently scheduled for March 11, 2019, with objections to the motions due on March 4, 2019.

Second, on February 11, 2019, New GM filed a letter requesting a status conference to address issues related to the proposed settlement, including a schedule for resolving the settlement motions. A copy of the letter is attached as Exhibit 4.

## KIRKLAND & ELLIS LLP

The Honorable Jesse M. Furman
February 13, 2019
Page 2

  Counsel for New GM will update the Court regarding proceedings in the Bankruptcy Court as further developments arise and will be prepared to address the issue at the March 1, 2019 status conference.

Respectfully submitted,

/s/ Richard C. Godfrey, P.C.
/s/ Andrew B. Bloomer, P.C.

*Counsel for Defendant General Motors LLC*

cc: MDL Counsel of Record

6/27/2019 Judge Martin Glenn
fee waiver BK
sgn + date

Caled 1:45pm
Elizabeth D

IN THE UNITED STATES COURTS

SD OF NY, NEW YORK

MARJORIE A. CREAMER,

A/K/A <u>THE HUSH</u>          #09-BK 50026 MG

V                              #14MD 2543 JMF

GENERAL MOTORS

MOTORS LIQUIDATED, INC

GM OLD-GM NEW

---

MOTION FOR RESPONSES AND "DIRTY HANDS" OF PROPOSED CLASS ACTION SETTLEMENT AGAINST GM NEW

---

*3 pages of letter GM Feb 13, 2019 and conference call — LIVE March 11, 2019*

AS A PLAINTIFF, PRO SE AND THE POSSIBILITY OF SETTLEMENT HEARING HELD MARCH 11, 2019 and this MOTION DUE MARCH 4, 2019 PREPARES THIS PLEADING AS SHE HAS DONE FOR 10 YEARS DUE TO THE ESIS (gm) CLAIM AGENTS IGNORANCE, for filing in both or same courts JUDGES FROM THE BK AND MD ;

   MARJORIE A. CREAMER as a the FINANCIAL AND PHYSICAL economic loss VICTIM OF A NEW 2006 COBALT (ie ignition switch default and motor steering defective nonreplacement and non AIRBAG deployment — accident on September 2009 - a clear day and few cars on Kansas highway ) has for 10 years escalates to the maximum limit of a hugh economic loss as follows:



1-7

*Sept 24, 2009 Cobalt defective accident
69 mile impact and rolls*

1  pain and suffering on day of accident 9/24/2009
2  loss of right side of head lobal frontal impact due to non airbag deployment and rolling
3  concussion as car rolls
4  bodily injuries
5  dogs (2) injuried
6  electric wires from utility pole crash in ditch
7  realization of accident and whose fault
8  10 years
9  Lost of dignity when corruption of estate court takes my home and land and sells at auction and all my belongings, that I own Free and clear of any loans, property all expensed paid, insurance, tags, taxes all paid for – NO NEED TO SELL- NOR CALL ME MENTAL WHEN I HAVE A HEAD INJURY AND PTSD  - ADA American disability Act 1964 1991

10    police in 2013, year of taking my dogs and arresting me for my condition of being hurt from a 2006 Cobalt, defective car of which purchased new, and sole owner. Past and future costs.

11    courts violations Judges, attorneys

2-7

Victim and made HOMELESS, WHEN I HAD A HOME PAID FOR ......2013

12   Police for 6 years arresting me and confining me for no reason, and the beatings due to violation of 1983, POLICE MISCONDUCT COURTS CORRUPTION DUE TO MY CONDITION OF A.D.A.

13   FINANCIAL AND PHYSICAL AND EMOTIONAL ECONOMIC LOSS OVERLOAD AND LOST OF MY LIFESTYLE AND POLICE MISCONDUCTS

14   MY FAMILY, HEALTH, WEALTH, AND HOME

DOCTOR RUBEN SILAN OF NORTON, KANSAS

XRAY, with tears in his eyes shows me the xray

And Creamer submits to this product liability case since 2010 when GM acknowledges fact of ignition switch parts of which they knew since

2005

3-7

## PAPERS FROM DOCTORS CONCUSSION



## Not Recognizing a Concussion can be Costly

- JUNE 11, 2015
- FIRST AID

## Not Recognizing a Concussion can be Costly

## 3 Reasons Recognizing a Concussion is Important

### A Concussion is a Head Injury, Head Injuries are Bad

According to the CDC, a concussion is a mild traumatic brain injury (TBI). However, even if it is "mild" it still can be dangerous. Besides that, having one makes us more susceptible to the next one,

4-7

and preliminary evidence shows that repeated mild TBIs (even those without symptoms), can lead to permanent brain damage.

### *Concussion Symptoms Require a Physician Follow-Up*

Symptoms can last from a few days to a few weeks. Some symptoms can even last longer depending on the type of injury. Recognition is tricky because some people may report that they are "Not Feeling Right." Be aware that other medical conditions can mimic concussion symptoms. That's why, when symptoms are recognized, medical evaluation is important for proper diagnosis and treatment.



### *It's the Law*

Every state has some form of Concussion Legislation. There are actions that coaches and school health officials are required to take.

This month in Iowa, a <u>Des Moines jury awarded a former high school football player almost $1 million</u> because of the school's response to his head injury. His concussion symptoms were actually symptoms of a more serious brain injury. While he was pulled from play, the school failed to follow their state's protocol for post-concussion follow up with his family or a physician. He had a blood clot and required brain surgery.

## What to Look For - Recognizing a Concussion

Here are the signs and symptoms of a concussion from the <u>Mayo Clinic's website</u>:
- Headache or a feeling of pressure in the head
- Temporary loss of consciousness
- Confusion or feeling as if in a fog
- Amnesia surrounding the traumatic event
- Dizziness or "seeing stars"
- Ringing in the ears
- Nausea
- Vomiting
- Slurred speech



5-7

- Delayed response to questions
- Appearing dazed
- Fatigue

**The onset of these concussion symptoms can be delayed by hours or even days:**



- Concentration and memory complaints
- Irritability and other personality changes
- Sensitivity to light and noise
- Sleep disturbances
- Psychological adjustment problems and depression
- Disorders of taste and smell

With young children, recognizing a concussion may be more difficult as they might not be able to communicate what's wrong. Here are some signs of head injury in infants and toddlers:
- Appearing dazed
- Listlessness and tiring easily
- Irritability and crankiness
- Loss of balance and unsteady walking
- Crying excessively
- Change in eating or sleeping patterns
- Lack of interest in favorite toys

You can also view other symptoms and information on the CDC's Website.
## Now what?



6-7

MIKE WEBSTER - CONCUSSION
2015 Movie Will Smith. - only shows after slice BRAIN.

Take time to review your concussion treatment protocol regularly. If you don't have one, make one. Consult with your <u>state authority</u> for guidance on the requirements, and check out the TBI resources for <u>coaches</u> and <u>parents</u> from the CDC.

POLICE BEATING + ARRESTS since 2009 (total Accident)

SETTLEMENT DUE, ORDER BANKRUPTCY OF PRESIDENT OBAMA IN 2009 JULY WHEN GM KNEW OF THESE ERROS AND DID NOTHING FOR ANYONE.

Feb 23, 2019

*Marjorie A. Creamer*

MARJORIE A. CREAMER, a/k/a <u>THE HUSH</u>
PO BOX 25164
KC, MO 64119
thehush91@yahoo.com
816-872-2803

March 11, 2019

CERTIFICATE OF SERVICE
US MAIL, EMAIL, FAX

SD of NY JUDGE JESSE M. FURMAN
SD of NY BANKRUPTCY JUDGE GLENN MARTIN.
FEDERAL CLERK OF SD of NY
DEF ATTORNEY
BRENT@HHLAWOFF.COM

Dr. Bennett Omalu — research

7-7