IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
In re: : Chapter 11
:
GENERAL MOTORS CORPORATION, *et al.*, :
: Case No. 09-50026 (MG)
Debtors. :
:
:
---------------------------------------------------------- X

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that I, James L. Bromley, hereby request the withdrawal of my appearance on behalf of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America in the above-captioned chapter 11 cases as I am no longer affiliated with Cleary Gottlieb Steen & Hamilton LLP.

PLEASE TAKE FURTHER NOTICE that I further request to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
       March 14, 2019

Respectfully submitted,

*/s/ James L. Bromley*
James L. Bromley

SC1:4890082.2