IN THE UNITED STATES COURT
BANKRUPTCY SD OF NY

CREAMER, MARJORIE A.

V.   #09-50026
MARTIN GLENN

GENERAL MOTORS, MOTORS
LIQUIDATION, INC

---

MOTION FOR SETTLEMENT, CLAIM OF 2014 SUBMITTED, ATTACHMENTS
LETTER FROM DEF. ATTORNEY DOC. 6579 OF THE SD OF NY #14MD2543

---

SD of NY Local BK rule 9077-1(a) good and sufficient reasons - SD of NY #14MD2543, Letty doc 6579

PURSUANT TO THE SETTLEMENT CONFERENCE WHICH WAS TO BE HELD

ON March 11, 2019 and then canceled; MARJORIE A. CREAMER, PLAINTIFF,

requests to be heard in this courtroom for settlement due to the 2014 claim Judge Furman and the fact of Andrew Bloomer's letter dated    March 15, 2019,    with

new cases added to this SD of NY case #14MD2543 before Judge Jesse M.

Furman and the trial not until next year. March 18, 2019  Mrs A Creamer

Gm Ignition Comp Claim 2014 year.   PO BOX 25164  KC, MO 64119
thehush91@yahoo.com
816-872-2803

CERT OF SERVICE
US MAIL, EMAIL, FAX
X -CLERK OF FED BANKRUPTCY COURT
-ATTORNEY FOR DEFENDANT
-BK JUDGE MARTIN GLENN

Enc:
1- 2009 Sept. 24th - State of Ks motor Vehicle accident report - ON CRUISE at time (1 page)
2- Gm Settlements June 30, 2014 - Airbags (2 page)
3- Gm Ignitr Compensation Claim 2014 - Melton case
   Creamer case   (1 page)
4- SD of NY #14MD2543 Doc. 6579 letter Gm Attorney (1 page)
   Added cases 2014 — 2019.
   (1-6)

# STATE OF KANSAS
## MOTOR VEHICLE ACCIDENT REPORT
### DOT FORM NO. 850

KDOT Rev. 1-2005    AFRS 3.1 v.20080519.a

- [ ] Amended Report
- [ ] Hit & Run Accident
- [ ] KDOT Property Damage
- [ ] KDOT Construction Zone

Over $1000
Under $1000
Private Property

| Milepost | COUNTY | On Road | Speed Limit | CITY | Photos By | Local Case Number | Page of |
|---|---|---|---|---|---|---|---|
| 193.7 | SD | US83 | 65 | SELDEN | SDSO | 2009-AC-43 | 1 / 2 |

| Distance | F/M | Dir. | ☒ FROM ☐ AT Road | Speed Limit | Investigating Dept. | Investigating Officer / Badge Number | Reviewed By |
|---|---|---|---|---|---|---|---|
| 0.100 | M | W | US83 & US383 JUNCT | 65 | Sheridan Co. Sheriff | BRIAN FENNER 80 | |

**COLLISION DIAGRAM** (Show Unit Movements, Roads)

NOT TO SCALE

Describe pre-crash movement or action and direction of vehicles and pedestrians by traffic unit number.

V1 WAS EASTBOUND ON US83 WHEN D1 LOST CONTROL OF V1. V1 ENTERED THE NORTH DITCH AND ROLLED ONTO IT'S TOP THEN HIT THE UTILITY POLE. V1 WAS THEN SPUN AND ROLLED ONTO WHEELS.

| Date of Accident | 09/24/2009 | |
|---|---|---|
| TIME Occurred | 17:20 | DAY TH |
| TIME Notified | 17:27 | DAY TH |
| TIME Arrived | 17:45 | DAY TH |

Object Damaged and nature of damage (Show location in diagram)
UTILITY POLE

Name and Address of object owner
MIDWEST ENERGY, 916 SHERIDAN AVE, HOXIE, KS 67740

### Unit 01

| Unit | ☒ Driver ☐ Ped | NAME (Last, First and Initial) | Phone ☐ Work ☒ Home | Color | YEAR | MAKE | MODEL & BODY STYLE | MC CCs |
|---|---|---|---|---|---|---|---|---|
| 01 | | CREAMER MARJORIE A | (785) 259-1460 | BLK | 2006 | CHEV | CBT 4D | |

| Driver/Ped ADDRESS Number & Street | City | State Zip Code | STATE | LICENSE PLATE # | EXP YR | Removed By: |
|---|---|---|---|---|---|---|
| 705 S MONROE | SMITH CENTER | KS 66967 | KS | XQT750 | 2010 | ACS TOWING & REPAIR |

| DRIVER'S LICENSE STATE and NUMBER | CDL? | DATE OF BIRTH | SEX | VEHICLE IDENTIFICATION NUMBER | Odometer |
|---|---|---|---|---|---|
| St KS No. K01716776 | N | 07/01/1957 | F | 1G1AL55F367780039 | |

| Registered OWNER FULL NAME ("Same" if Driver) | Phone ☐ Work ☒ Home | TOTAL occupants in this vehicle | Fire? | Insurance Company |
|---|---|---|---|---|
| CREAMER MARJORIE A | (785) 259-1460 | 1 | N | PROGRESSIVE |

| OWNER Address ("Same" if Driver) | City | State Zip Code | Special Data Area | Direction of Travel | Policy Number |
|---|---|---|---|---|---|
| 705 S MONROE | SMITH CENTER | KS 66967 | | E | 25255891-1 |

Special Conditions for unit above: ☐ 01 Hit & Run ☐ 02 Non-Contact ☐ 03 Stolen ☐ 04 Legally parked ☐ 05 Police pursuit ☐ 06 Driverless ☒ 07 Towed away

### Unit (blank)

| Unit | ☐ Driver ☐ Ped | NAME (Last, First and Initial) | Phone ☐ Work ☐ Home | Color | YEAR | MAKE | MODEL & BODY STYLE | MC CCs |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Special Conditions for unit above: ☐ 01 Hit & Run ☐ 02 Non-Contact ☐ 03 Stolen ☐ 04 Legally parked ☐ 05 Police pursuit ☐ 06 Driverless ☐ 07 Towed away

| TRAF UNIT | SEAT TYPE | Last NAME | First Name | Initial | ADDRESS (Number, Street, City, State, Zip) | SEX | AGE | S.E. USED | EJECT TRAP | INJ SEV | EMS UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | CREAMER | MARJORIE | A | 705 S MONROE SMITH CENTER KS 66967 | F | 52 | S | N | N | |

| EMS Unit A | INJURED TAKEN By: | EMS Unit B | INJURED TAKEN By: | EMS Unit C | INJURED TAKEN By: |
|---|---|---|---|---|---|
| | INJURED TAKEN To: | | INJURED TAKEN To: | | INJURED TAKEN To: |

(2-6) # 09-50026

GM Settlements to be Paid for Accidents Where Airbags Did Not Deploy - AboutLawsuits.com

*[handwritten: unconcious and 2009 - Maryou A. Cearner, accident Sept 24, 69 mph impact, rolling and utility wires hanging over Cobalt car]*

**GM Settlements to be Paid for Accidents Where Airbags Did Not Deploy**
June 30, 2014
Written by: Irvin Jackson
87 Comments

Individuals who have suffered a personal injury or died in auto accidents that may have been caused by defective ignition switches in recalled Chevy, Pontiac and Saturn vehicles may qualify for payments from a General Motors (GM) compensation fund that is currently being negotiated.

The General Motors settlement fund is being administered by attorney Kenneth Feinberg, who was hired by GM CEO Mary Barra to resolve injury and death cases that may have been caused by ignition switch problems that have affected millions of vehicles.

During a press conference this morning, Feinberg announced that GM settlements will start at $1 million for families of individuals who died in an accident linked to defective ignition switches. In addition, the company will pay estimated lifetime earnings and $300,000 to a spouse and each dependent. Those who suffered life-altering injuries may receive many times more, including compensation for a life time of medical care, Feinberg announced.

Feinberg said that the fund will be uncapped, meaning that it will have no upper limit, and that GM will offer compensation to all drivers, passengers and bystanders who were injured or died in accidents linked to the defective switches. The fund will even cover accidents that have not yet occurred, and will compensate any individuals involved in GM ignition switch-related accidents through the end of this year.

The cases stem from a GM ignition switch recall first issued in February, which has been expanded several times to ultimately include more than 2.5 million Chevy Cobalt, Chevrolet HHR, Pontiac G5, Pontiac Pursuit, Pontiac Solstice, Saturn Ion and Saturn Sky vehicles.

The automaker has acknowledged that the vehicles may suddenly shut of if heavy key chains were used or if the ignition was jarred, such as may occur in an accident. This may switch off the air bags, causing them to fail to deploy when needed in an accident.

Some have suggested that General Motors hopes that the creation of a settlement fund will alleviate some of the potential legal woes and negative corporate image generated by the controversial recall, as it has been established that GM know about the potential ignition switch problems for years, yet failed to correct the problem or recall the vehicles. Barra called the fund GM's "civic duty."

While GM has indicated that it only knows of 13 deaths and about 47 accidents linked to the recall, the federal investigators and independent consumer groups have predicted that those numbers are expected to rise upon deeper analysis of accident records.

Economic Damages Lawsuits Not Included

Barra and other GM officials have said that while the company wants to compensate injury and death victims, it will attempt to fight off any lawsuits

Page 1

*[handwritten: (3-6)#09-50026]*

gm

involving economic damages. Those lawsuits, including several class actions, have come from both GM vehicle owners who say their vehicles have depreciated in value, and investors who said the company made false statements about the safety of its vehicles, artificially inflating the value of its stock.

GM officials have known about the ignition switch problems since at least 2002, according to investigations by both the National Highway Traffic Safety Administration (NHTSA) and GM's own internal probe. However, the company failed to act until this year, due to what GM's own report called a "pattern of incompetence."

The NHTSA fined GM a record $35 million over their handling of the recall. The automaker also agreed to submit to extensive government oversight as part of a consent agreement designed to change the culture of the company.

At least 15 different GM ignition switch lawsuits have already been filed, and the number of cases is expected to grow.

In early June, the U.S. Judicial Panel on Multidistrict Litigation issued an order consolidating all economic lawsuits against GM under U.S. District Judge Jesse M. Furman in federal court in New York for pretrial proceedings.

GM Recalls Continue

Since the first ignition switch recall was announced, GM has issued numerous recalls for other problems with its vehicles, affecting more than 20 million vehicles in North America this year.

On Friday, GM announced additional recalls affecting more than half a million more vehicles for various reasons.

The largest is a recall of 392,459 model year 2014-2015 Chevrolet Silverado trucks and 2015 Chevrolet Tahoe and Suburban SUVs. Only the four-wheel drive versions of the vehicles are affected by the recall, which may require a dealer to recalibrate software controlling the gears. Vehicles affected by the problem can slip into neutral unexpectedly, the company warns.

Just under 30,000 model year 2013 and 2014 Chevy Cruze vehicles are also being recalled because they may have defective air bags. The air bags were made by Takata Corporation and have resulted in millions of recalled vehicles from more than half a dozen auto makers. The recall came after GM ordered dealers to temporarily halt Chevy Cruze sales.

In some cases, the air bag inflators can launch shrapnel into the passenger's compartment, putting occupants at risk of injury or death. In other cases, there have been reports of the air bags opening unexpectedly due to humidity.

The Chevy Cruze is GM's best-selling vehicle.

Photo Courtesy of Mrs. FireMom via Flickr Creative Commons

Tags: Auto Accident, Auto Recall, General Motors (GM), Personal Injury, Wrongful Death

}

(4-6) #09-50026

*called Sept 22, 2014*

Aug 1 to Dec 31 for compensation

CREAMER case #14 cv 6053

Attachment U.S. Claimant filed

# L0100715

9-17

# GM Ignition Compensation Claims Resolution Facility
P.O. Box 10091
Dublin, OH 43017-6691
1-855-382-6463 (US and Canada); 01-800-111-2140 (Mexico)
Email: ClaimantServices@GMIgnitionCompensation.com
www.GMIgnitionCompensation.com

10-5

All Claimants submitting a Claim Form for compensation from the GM Ignition Compensation Claims Resolution Facility (the "Facility"), who received medical treatment, should complete and submit to the Administrator the attached authorization form.

By submitting this authorization, the Claimant authorizes the Facility to collect medical records from the Claimant's healthcare providers. The information obtained from the Claimant's healthcare providers under this authorization will be used by the Facility's Administrator and the retained Lien Resolution Administrator (the Garretson Resolution Group) to perform their duties pursuant to the Protocol including: the identification, resolution and satisfaction of any or all repayment obligations related to payments received through the Facility, such as Medicare parts A and B, Medicaid[1] and commercial or private health care liens[2].

Please complete, sign and return the attached document to the address shown on the last page of the document. (If you are an Authorized Representative of a minor, incapacitated or incompetent person, or deceased person, please provide information for the Claimant, sign and return this document to the address shown below.)

THE COOPER FIRM
531 Roselane Street #200
Atlanta GA 30060
770-427-5588   fax 770-427-0010

---

[1] Including but not limited to the third-party liability recovery units of AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VI, VT, VA, WA, WV, WI and WY, as well as Medicaid managed care organizations, waiver programs, HMOs, PPOs, PFFSs and any state-subsidized health benefit programs.

[2] Including, but not limited to, the following entities and/or their recovery agents: Medicare Part C and D Plans, Employee Retirement Income Security Act Plans, Federal Employee Health Benefit Act Plans, Health Provider Organizations including hospitals and individual healthcare providers, State-sponsored Health Plans, and all other private health insurers and/or benefit providers.

page 6

(5-6) #09-50026    1 of 5   transmitted to depose

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
+1 312 862 2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

March 15, 2019

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *In re: Gen. Motors LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)

Dear Judge Furman:

  Pursuant to this Court's Order No. 50 Paragraph 8 (Docket No. 875), counsel for New GM and Lead Counsel for plaintiffs are to jointly submit a list of cases recently transferred to MDL 2543 which contain economic loss allegations, claims, and/or defendants that are not included in the Fifth Amended Consolidated Complaint. (*See id.*) Based on their review, the parties have not identified any such economic loss cases transferred to the MDL 2543 docket since the parties' February 15, 2019 joint letter (Docket No. 6483).

             Andrew B. Bloomer, P.C.

             /s/ Richard C. Godfrey, P.C.
             /s/ Andrew B. Bloomer, P.C.

             *Counsel for Defendant General Motors LLC*

cc: MDL Counsel of Record

Beijing Boston Dallas Hong Kong Houston London Los Angeles Munich New York Palo Alto San Francisco Shanghai Washington, D.C.

(6-6) #09-50026

212-284-4037

Deanna 3/18/2019
Anderson

-4565 Chambers

4039        TJ Li

4038 —

Doc 14008 -3/14 App. Entry