# Exhibit G

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

### ORDER GRANTING MOTION BY GENERAL MOTORS LLC TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION AND THE RULINGS IN CONNECTION THEREWITH, WITH RESPECT TO KIMBERLY McCALL AND TAMMY McCALL

Upon the Motion, dated April 10, 2019 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] seeking the entry of an order enforcing the Sale Order and Injunction, and the Bankruptcy Court's rulings in connection therewith, with respect to Kimberly McCall and Tammy McCall, all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided to counsel for the McCalls and all entities that receive electronic notice from the Court's ECF system, and it appearing that no other or further notice need be given; and a hearing (the "**Hearing**") having been held with respect to the Motion on May 9, 2019; and upon the record of the Hearing, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. The McCall Plaintiffs' claims for punitive damages against New GM set forth in the McCall Complaints pending in (i) *Tammy Denise Powell McCall v. General Motors LLC*, Case No. 36-CV-2016-900040.00, Circuit Court of Hale County, Alabama, and (ii) *Kimberly Bell a/k/a Kimberly McCall v. General Motors LLC*, Case No. CV-2016-900046, Circuit Court of Hale County, Alabama, are barred and enjoined by the Sale Order and Injunction and other Bankruptcy Court rulings.

3. The McCall Plaintiffs' claims for punitive damages against New GM under the Alabama Wrongful Death Act are precluded by the Sale Order and Injunction and other Bankruptcy Court rulings.

4. The McCall Plaintiffs are directed to amend the McCall Complaints (i) to dismiss, with prejudice, all claims and requests for punitive damages against New GM contained therein, and (ii) correct all inappropriate allegations contained therein, all as more specifically set forth in the Motion.

5. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2019
      New York, New York

 

_____
UNITED STATES BANKRUPTCY JUDGE