# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

April 16, 2019

Mr. Robert Cardew
82-C-0739
Five Points Correctional Facility
6600 State Route 96
P.O. Box 119
Romulus, New York 14541-0119

Re:  *In re Motors Liquidation Company*
     Case No. 09-50026 (MG)

     **Response to Letter dated March 25, 2019**
     **[Entered on Docket on April 10, 2019]**

Dear Mr. Cardew:

King & Spalding LLP is counsel for General Motors LLC, the entity that purchased assets and assumed certain liabilities of General Motors Corporation (also known as Motors Liquidation Company). That sale was approved in the Motors Liquidation Company's bankruptcy case in July 2009. The Honorable Martin Glenn, the Bankruptcy Judge presiding over the Motors Liquidation Company bankruptcy case, has directed me to respond to your letter to him dated March 25, 2019 (entered on the Bankruptcy Court's docket on April 10, 2019). Your lawsuit was filed against "Motors Liquidation Company, f/k/a General Motors Corporation." That entity dissolved in December 2011 whereupon its assets and liabilities were then transferred to the Motors Liquidation Company General Unsecured Creditor Trust. The contact information for the counsel of the Motors Liquidation Company General Unsecured Creditors Trust is:

Kristen Going, Esq.
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
(212) 248-3140

DMSLIBRARY01\21600\162081\34221245.v1-4/15/19

Robert Cardew
April 16, 2019
Page 2

      I am copying Ms. Going on this letter. If you have any further questions, you may call me at (212) 556-2164.

Very truly yours,

Scott Davidson

SD/hs

cc:    Kristen Going, Esq.

DMSLIBRARY01\21600\162081\34221245.v1-4/15/19