KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                                   :    Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,                   :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                  :
                                                        :
                                                  Debtors.      :    (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on April 10, 2019 I caused to be served a true and correct copy of *Motion to Authorize by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction and the Rulings in Connection Therewith, With Respect to Kimberly McCall and Tammy McCall* [Dkt. No. 14477] by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed below by causing copies of same to be delivered *via* email and overnight delivery upon:

| | |
|---|---|
| R. Edwin Lamberth, Esq.<br>Gilmore Law Firm<br>116 Court Street<br>Grove Hill, Alabama 36451<br>rel@gilmorelawfirm.com | |
| Joshua P. Hayes, Esq.<br>The Law Firm of Prince Glover & Hayes<br>1 Cypress Point<br>701 Rice Mine Road N.<br>Tuscaloosa, Alabama 35406<br>jhayes@princelaw.net | |

Dated: April 17, 2019
      New York, New York

                               KING & SPALDING LLP

                               By: /s/   Scott I. Davidson
                               Arthur J. Steinberg
                               Scott Davidson
                               King & Spalding LLP
                               1185 Avenue of the Americas
                               New York, NY 10036
                               Telephone: (212) 556-2100
                               Facsimile: (212) 556-2222

                               *Attorneys for General Motors LLC*