KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., *et al.*         :
                                                     :
                                Debtors.             : (Jointly Administered)
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

This is to certify that on April 16, 2019 I caused to be served a true and correct copy of *General Motors LLC's Response to Robert Cardew's letter addressed to Judge Glenn dated March 25, 2019 (entered on the Bankruptcy Court's docket on April 10, 2019)* [Dkt. No. 14479] by electronic mail on all parties receiving notice via the Court's ECF System.

In addition, copies of the document were served upon each of the persons and entities listed below by causing copies of same to be delivered *via* first class mail upon:

Mr. Robert Cardew
82-C-0739
Five Points Correctional Facility
6600 State Route 96
P.O. Box 119
Romulus, New York 14541-0119

In addition, copies of the document were served upon each of the persons and entities listed below by causing copies of same to be delivered *via* email upon:

Kristen Going, Esq.
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
kristin.going@dbr.com

Dated: April 17, 2019
New York, New York

KING & SPALDING LLP

By: /s/   Scott I. Davidson
Arthur J. Steinberg
Scott Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for General Motors LLC*