KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg, Esq.
Scott Davidson, Esq.

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al*.          :
                                                  :    (Jointly Administered)
            Debtors.                              :
---------------------------------------------------------------x

## NOTICE OF FILING OF (I) LETTER BY ROBERT CARDEW, DATED APRIL 15, 2019, AND (II) RESPONSE LETTER BY GENERAL MOTORS LLC, DATED APRIL 22, 2019

PLEASE TAKE NOTICE that Mr. Robert Cardew had previously written a letter that counsel for General Motors LLC ("**New GM**") responded to (*see* ECF Nos. 14478, 14479); and

PLEASE TAKE FURTHER NOTICE that on April 19, 2019, counsel for New GM received another letter from Mr. Cardew, this one dated April 15, 2019, a copy of which is attached hereto as **Exhibit "A,"** and counsel for New GM responded to that Letter by letter dated April 22, 2019, a copy of which is attached hereto as **Exhibit "B."**

Dated: New York, New York
April 22, 2019

                                Respectfully submitted,

                                __/s/ Scott Davidson___
                                Arthur Steinberg
                                Scott Davidson
                                KING & SPALDING LLP
                                1185 Avenue of the Americas
                                New York, New York  10036
                                Telephone:    (212) 556-2100
                                Facsimile:    (212) 556-2222

                                *Attorneys for General Motors LLC*