

218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

(800) 898-2034

BeasleyAllen.com

**J. Greg Allen**
Lead Products Liability Attorney
greg.allen@beasleyallen.com

ATLANTA | MONTGOMERY

April 18, 2019

Judge Martin Glenn
US Bankruptcy Judge
US Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

Re: **Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.
Case No.: 09-50026 (MG); Chapter 11
Kruuz Finch v. General Motors, LLC, et al.**

Dear Judge Glenn:

This letter is to advise that on September 13, 2018 I was admitted *pro hac vice* to represent Kruuz Finch in the above-referenced matter. On November 30, 2018 the Finch v. GM case settled. Please accept this letter as my notice of withdrawal in the Motors Liquidation Company case.

Very truly yours,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

J. GREG ALLEN

JGA/cct