# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (MG) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that I, Correy A. Kamin, hereby request the withdrawal of my appearance on behalf of Marlene Karu in the above-captioned chapter 11 cases as I am no longer affiliated with Wolf Haldenstein Adler Freeman & Herz LLP.

PLEASE TAKE FURTHER NOTICE that I respectfully request to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
      April 24, 2019

Respectfully submitted,

 /s/ *Correy A. Kamin*
Correy A. Kamin