# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

April 26, 2019

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

>        Re:   In re Motors Liquidation Company, *et al.*
>              Case No. 09-50026 (MG)
>
>              **Proposed Revised Schedule for McCall Motion to Enforce
>              [ECF No. 14477]**

Dear Judge Glenn:

      On April 10, 2019, General Motors LLC ("**New GM**") filed the *Motion By General Motors LLC To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction And The Rulings In Connection Therewith, With Respect To Kimberly McCall And Tammy McCall* [ECF No. 14477] ("**McCall Motion to Enforce**"). Currently, the objection deadline for the McCall Motion to Enforce is May 2, 2019 and the hearing date is May 9, 2019 at 11:00 a.m.

      After the filing of the McCall Motion to Enforce, counsel for the McCall Plaintiffs contacted counsel for New GM requesting an extension of time to respond to the McCall Motion to Enforce. After discussing the matter and speaking to your Courtroom Deputy, the parties respectfully request that the Court approve the following revised schedule for the McCall Motion to Enforce:

| New Objection Deadline | May 15, 2019 at 5:00 p.m. |
| New Reply Deadline | May 24, 2019 at 5:00 p.m. |
| New Hearing Date and Time | May 30, 2019 at 10:00 a.m. |

DMSLIBRARY01\34264983.v2

Honorable Martin Glenn
April 26, 2019
Page 2

      If the Court has any questions, please let me know.

      Respectfully submitted,

      */s/ Scott Davidson*

      Scott Davidson

cc:    Eric Snyder, Esq. (counsel for the McCall Plaintiffs) (via e-mail transmission)