**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York  10036-2714
Telephone:  (212) 248-3140
Facsimile:  (212) 248-3141
E-mail: kristin.going@dbr.com;
          marita.erbeck@dbr.com;
Kristin K. Going
Marita S. Erbeck

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :      **Chapter 11 Case No.**
                                                               :
                                                               :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                      :      **09-50026 (MG)**
**f/k/a General Motors Corp.,** *et al.*                       :
                                                               :      **(Jointly Administered)**
                                                               :
              **Debtors.**                                     :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON ELLIOTTS' MOTION TO**
**LIFT BAR DATE AND PROPOSED [LATE] PROOF OF CLAIMS [ECF NO. 14399]**

**PLEASE TAKE NOTICE** that, upon the request of the parties, the hearing scheduled for **April 29, 2019 at 10:00 a.m. (Eastern Daylight Time)** with respect to the *Elliotts' Motion to Lift Bar Date and Proposed [Late] Proof of Claims* [ECF No. 14399] has been adjourned to **May 20, 2019 at 2:00 p.m. (Eastern Daylight Time)** before the Honorable Judge Martin Glenn, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated:  New York, New York
        April 26, 2019

                                                DRINKER BIDDLE & REATH LLP

                                                By:    /s/   Kristin K. Going

118447216.1

Kristin K. Going
Marita S. Erbeck
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Tel: (212) 248-3140
E-mail: kristin.going@dbr.com;
       marita.erbeck@dbr.com;

*Attorneys for the Motors Liquidation
Company GUC Trust Administrator*

2

118447216.1