WILK AUSLANDER LLP
1515 Broadway, 43rd Floor
New York, NY 10036
(212) 981-2300
Eric J. Snyder, Esq.
Attorneys for Kimberly McCall and Tammy McCall

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (MG) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Kimberly McCall and Tammy McCall, pursuant to section 1109 of title 11 of the United States Code and rules 2002, 3017, 9007, and 9010 of the Federal Rule of Bankruptcy Procedure, hereby appear through WILK AUSLANDER LLP, their undersigned attorneys, and demand service of all notices and papers herein upon:

> WILK AUSLANDER LLP
> 1515 Broadway, 43rd Floor
> New York, New York 10036
> Attn: Eric J. Snyder, Esq.
> Attn: Eloy A. Peral, Esq.
> Email: esnyder@wilkauslander.com
> Email: eperal@wilkauslander.com
> Telephone: (212) 981-2300

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the

01090977.1

debtor, its property, or its estate. The undersigned requests that its name be added to the mailing list in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Demand for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de* novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
April 29, 2019

                          WILK AUSLANDER LLP
                          Attorneys for Kimberly McCall
                          and Tammy McCall

                         By: /s/ Eric J. Snyder
                              Eric J. Snyder, Esq.
                              1515 Broadway, 43rd Floor
                              New York, New York 10036
                              (212) 981-2300

01090977.1