**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York  10036-2714
Telephone:  (212) 248-3140
Facsimile:  (212) 248-3141
E-mail: kristin.going@dbr.com;
           marita.erbeck@dbr.com;
Kristin K. Going
Marita S. Erbeck

*Attorneys for the Motors Liquidation Company
GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :
                                                                 :   **Chapter 11 Case No.**
                                                                 :
                                                                 :   **09-50026 (MG)**
**MOTORS LIQUIDATION COMPANY,** *et al.*,                        :
**f/k/a General Motors Corp.,** *et al.*                         :   **(Jointly Administered)**
                                                                 :
                       **Debtors.**                              :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON ELLIOTTS' MOTION TO
LIFT BAR DATE AND PROPOSED [LATE] PROOF OF CLAIMS [ECF NO. 14399]**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Notice of Adjournment of Hearing on Elliotts' Motion to Lift Bar Date and Proposed [Late] Proof of Claims* [ECF No. 14487], filed April 26, 2019, the hearing on *Elliotts' Motion to Lift Bar Date and Proposed [Late] Proof of Claims* [ECF No. 14399] (the "Motion") was adjourned to May 20, 2019 at 2:00 p.m. (Eastern Daylight Time).

**PLEASE TAKE FURTHER NOTICE**, that, at the request of the Court, the hearing on the Motion has been re-scheduled from **May 20, 2019 at 2:00 p.m. Eastern Daylight Time** to **May 23, 2019 at 2:30 p.m. Eastern Daylight Time** before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

118616269.2

Dated: New York, New York
May 1, 2019

                    DRINKER BIDDLE & REATH LLP

By: /s/ Kristin K. Going
     Kristin K. Going
     Marita S. Erbeck
     1177 Avenue of the Americas
     41st Floor
     New York, NY 10036-2714
     Tel: (212) 248-3140
     E-mail: kristin.going@dbr.com;
             marita.erbeck@dbr.com;

*Attorneys for the Motors Liquidation Company GUC Trust Administrator*