**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 09-50026 (MG) |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | |
| f/k/a General Motors Corp., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

# NOTICE OF REQUEST FOR DISCONTINUED SERVICE

**PLEASE TAKE NOTICE** that the undersigned have appeared as counsel of record for interested parties Hydrogenics Corporation and Joseph Cargnelli, in the above bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests the Clerk of the United States Bankruptcy Court for the Southern District of New York remove her from the electronic and paper noticing matrix for the above-captioned bankruptcy case.

Dated: New York, New York
      May 8, 2019

Respectfully submitted,

NEW FLYER OF AMERICA INC.

*/s/ Alison D. Bauer*
Alison D. Bauer
William F. Gray, Jr.
TORYS LLP
1114 Avenue of the Americas, 23rd Floor
New York, New York 10036
Tel: (212) 880-6000
Fax: (212) 682-0200
abauer@torys.com
wgray@torys.com

*Counsel to Hydrogenics Corporation and Joseph Cargnelli*