**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 09-50026 (MG) |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | |
| f/k/a General Motors Corp., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## NOTICE OF REQUEST FOR DISCONTINUED SERVICE

**PLEASE TAKE NOTICE** that the undersigned, formerly with Torys LLP, have appeared as counsel of record for interested parties Hydrogenics Corporation and Joseph Cargnelli, in the above bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests the Clerk of the United States Bankruptcy Court for the Southern District of New York remove them from the electronic and paper noticing matrix for the above-captioned bankruptcy case.

Dated: New York, New York
      May 8, 2019

Respectfully submitted,

HYDROGENICS CORPORATION and JOSEPH CARGNELLI

*/s/ Alison D. Bauer*

Alison D. Bauer
William F. Gray, Jr.
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
Tel: (646) 927-5500
Fax: (646) 927-5599
abauer@foleyhoag.com
wgray@foleyhoag.com

*Counsel to Hydrogenics Corporation and Joseph Cargnelli*