Honorable Justice Morris
US Bankruptcy Court
One Bowling Green

5/8/2019

Request for G.M. "Trust"    Case # 09-B-50026

I am after review by Intake, I am forwarding a request and amount specified $400.00 to re-open estate of Joyce B. Keeler, Richard A. Ferraro aka Zane W. Keeler prior June 2009 by Helene Blum Clerk of Courts and meeting Deputy Clerk Vito Genna on Pacer problems in Maine with quality of service problem appeared formally and stamp application of a GM bankruptcy with no trust defined. This open comptrollers office matter is currently under my registration.

I have attained another atty Jeffery Bennett of Legal-Ease of S. Portland, ME 207 805 0055 and recent New York atty Kenneth Gibson of Scotia NY. A problem in 2012 with IRS proper identity of Joyce B. Keeler name improperly spelled on lawyer registration, correction performed.

My identity of Richard Ferraro was also a drivers license correction performed, Chief of Winthrop Maine Policeman Dan Cook made a correction. As well as DOT of accuracy + integrity of Maine State Police. Maine is not a Real I.D. complient state. Multiple family comptroller open estate matters exist which I've researched and filed with the State of N.Y. Comptroller. I have 4 Benson claims, no action for Richard Ferraro/Zane Keeler has occurred to date.

I AM FOR THE FIRST TIME IN NEW YORK ADDRESSING MYSELF ZANE W. KEELER / RICHARD FERRARO FOR I HAVE HAD NO SUBMISSION ONLY AS EXECUTOR OF MY PARENTS ESTATES FILED AS EXECUTOR. PLEASE REVIEW THE FOUR CLAIMS OF 7M WHERE THE ESTATE OF JOYCE B. KEELER RICHARD A. FERRARO EXECUTOR, WITH (3) OTHERS ESTATE OF DONALD J. KEELER, RICHARD A. FERRARO ET, AL GM TO WHICH I REQUEST A FILING TODAY IN ADDITION TO THE CURRENT ESTATE OF JOYCE B. KEELER, RICHARD A. FERRARO EXECUTOR.

I AM AVAILABLE IN WRITING!

RICHARD A. FERRARO
625 WILSON PD. RD.
N. MONMOUTH, ME 04265 · 6117

BEST ALWAYS,
Richard A. Ferraro

PR Certificate
(Rev. 2/27/04)

# STATE OF MAINE

Docket 2007-0661

KENNEBEC, ss.                                      REGISTRY OF PROBATE

I, Kathleen Grant Ayers, Register of the Probate Court for said County of KENNEBEC, hereby certify, that on the 27th day of November, 2007:

Richard A. Ferraro formerly of Conway, NH and now of North Monmouth, ME was duly appointed Personal Representative of the estate of Joyce Bentley Keeler, late of North Monmouth, ME, without bond, according to law.

I also certify that it appears by the records and files of said Court that said appointment is still in full force and effect.

In Witness Whereof I have hereunto set my hand and affixed the Official Seal of said Court, this 29th day of March, 2019.


_____ Register