

Clerk of BK

SD of NY

file

RECEIVED
MAY 1 3 2019

CREAMER v. GM

#09-50026

Default against GM
won 2011
Dist. of Kansas

UNITED STATES of AMERICA
IN DISTRICT of SD
of NEW YORK

RECEIVED
MAY 13 2019

CREAMER
(aka)
THE HUSH

# 14-2543

# 16-3923

V.

GENERAL MOTORS    (BK # 09-50026)

Motion on Default 2011 filing in Kansas
Motion on Default in KS Action
# 11-4028 IGNORED by Gm and early Settlement
Motion on everybody eleses Settlements
See attached 3 pages

of a 2006 defective

Cobalt which plaintiff's car
she should still be driving today
May 4, 2019

US Mail email fax              Mary A Creamer
Certay Madley                   PO Box 35164
Judge SDq NY, BK                KC MO 64119
Clerk of SD q NY                911 tie ley attn
Gm defendant                    LANCE COOPER
Bob Hilliand, Elzabeth Cohraner
              LANCE COOPER

*[handwritten: SD- Dist of NY JMF]*

*[handwritten: MAY 3, 2019]*

*[handwritten: TO: BOB Hilliard + ELIzABETH cabrasser +]*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

*[handwritten: Seen and sud to JMF]*

| | |
|---|---|
| IN RE: | 14-MD-2543 (JMF) |
| GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | Hon. Jesse M. Furman |

*[handwritten: FROM: MARJORIE A. CREAMER]*

~~PROPOSED~~ **ORDER APPROVING THE ESTABLISHMENT OF THE
HILLIARD-HENRY CLAIMANTS GM IGNITION SWITCH
QUALIFIED SETTLEMENT FUND TRUST AGREEMENT**

Upon the Joint Motion of Hilliard Martinez Gonzales LLP and Thomas J. Henry Law,

PLLC ("Claimants' Counsel") and General Motors LLC ("New GM"), and for good cause shown,

the Court hereby orders as follows:

1.    Establishment of the Hilliard-Henry Claimants GM Ignition Switch Qualified Settlement

Fund (the "Trust") is approved in accordance with the terms of the trust agreement (the

"Trust Agreement"), which is attached to the motion, and the Court retains continuing

jurisdiction and supervision thereof, in accordance with the terms of the Trust Agreement.

*[handwritten: "Dirty ? Hands"]*

2.    The Trust is a "qualified settlement fund" within the meaning of section 468B of the

Internal Revenue Code and the Treasury Regulations thereunder, and shall be operated in

a manner consistent with the rules of Treasury Regulation Section 1.468B-1, *et seq.*

*[handwritten: No call from Hilliard or Settlement of FIRM this settlement to Pay my doctors and get my home and Land back, police excuse (force knee in back MD. Chiropract Xray of spine damage from car 69 mph impact]*

Signed this 29th day of April 2019

*[handwritten: IS MY NAME or]*

*[signature]*

Honorable Jesse M. Furman

*[handwritten: Marjorie A Creamer #16-3923 2006 Cobalt crash Sept 24, 2009 10 yrs 4/20/2017 Doc 16 Dist of #16-816 ORDER Judge Fernando J. Gaitan Jr. (1 of 2) #14-2543]*

The Clerk of Court is directed to terminate Docket No. 6707.

*[handwritten: To Clk's authorit A. Driar.]*

*Damages*

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

| Wendy L. Bloom | 300 North LaSalle | Facsimile: |
| To Call Writer Directly: | Chicago, Illinois 60654 | (312) 862-2200 |
| (312) 862-2343 | | |
| Wendy.bloom@kirkland.com | (312) 862-2000 | |
| | www.kirkland.com | |

April 25, 2019

*#14-2543*
*14 pages of 115 plaintiffs*

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

*14*
*20*
*X ——— 2014 — 2019*

*April 24 1991  EEOC*
*Sept 24, 2009  18 years apart*

Re:    *In re GM LLC Ignition Switch Litig.*, 14-MD-2543; *Seals v. GM LLC*, 18-CV-4487

*Accident CREAMER 2009*    *10 yrs*

*COLBY SELDEN Accident*

Dear Judge Furman:

New GM respectfully requests an extension of the expert deadlines in the above-captioned matter in order to allow the parties' time to mediate their claims. New GM and plaintiffs' counsel are engaged in ongoing discussions regarding these claims, as well as the claims of plaintiffs' counsel's other clients. In light of those ongoing discussions, New GM has met and conferred with plaintiffs, and they do not oppose this request.

*NO*

*Dr. Rueben Silas North KS*    *Orthopedic Hastings NE*    *Chiropract Breana Mung, Julie Holt act*

The parties have not previously sought to extend these deadlines and the revised deadlines will not impact any future deadlines. Accordingly, New GM requests that the schedule contained in Order No. 160 (Docket No. 6511) be amended as follows:

*Knee in Back Pelvic Explosive Force #16-816 Knee Judge Fox J. Gustav Sr*

| | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Disclosure of New GM Experts | April 30, 2019 | July 1, 2019 |
| New GM's Experts Deposed No Later Than | June 15, 2019 | August 14, 2019 |
| Next Steps Proposal | 3 weeks after completion of the foregoing depositions | 3 weeks after completion of the foregoing depositions |

*PTSD, Dr Jeff Nichols MD*    Respectfully submitted,    *Psy - Marc C Dipoto LPC LCSW*

*"Dirty Hands" LAIDLAW + GENERAL MOTORS*    *00.26 45 mo. LIC.*

/s/ Wendy L. Bloom
/s/ Richard C. Godfrey, P.C.
/s/ Andrew B. Bloomer, P.C.

*Counsel for Defendant General Motors LLC*

cc:    MDL Counsel of Record    *Howards Will + Testant Car accident*

*Car and Chg after — 2008  2001?*    *Howards Will - ELLIS -*

Beijing  Boston  Dallas  Hong Kong  Houston  London  Los Angeles  Munich  New York  Palo Alto  Paris  San Francisco  Shanghai  Washington, D.C.

*LOST my belongings Home and LAND corruption Courts*
*(2 of 3) #16-7642*

*(handwritten annotations:)*
*Dist of C*
*#11-4098*
*CREAMER v. GM, ESIS    US Supreme Court*
*Accident Sept 24 2009*
*a 2006 LT Seder Spk package Cobalt*
*XM saturut PKg*
*#10,000.00 Cash purches*
*No Brakes*
*Elect Steer, motor real (12 mpg on occd.)*
*NO AIRBAG Deployment Ign Sw*
*De fault*

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Andrew B. Bloomer, P.C.
To Call Writer Directly:
+1 312 862 2482
andrew.bloomer@kirkland.com

Facsimile:
+1 312 862 2200

April 30, 2019

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *In re: GM LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)

Dear Judge Furman:

Pursuant to this Court's Order Nos. 8, 127, 147, 154, and 161 (Docket Nos. 249, 4253, 5302, 5976, 6543), Lead and Liaison Counsel and counsel for New GM submit this joint written update regarding: 1) matters of possible significance in proceedings related to MDL 2543; 2) a report on the status of New GM's settlement efforts; and 3) the status of plaintiffs subject to New GM's notices and/or motions filed pursuant to Order Nos. 140 and 148, motions to withdraw, and Wave discovery.

## I.    Matters of Possible Significance in Proceedings Related to MDL 2543.

First, Pursuant to Order No. 1 Section X.8, the Defendants' July 21, 2014 Status Letter (Docket No. 73) included an Exhibit A listing active cases consolidated to date in MDL 2543, as well as an Exhibit B listing related cases pending in state and federal courts, together with their current status. Updated versions of Exhibits A and B are attached collectively as Exhibit 1.

Second, the parties continue to work to ensure that the Court is provided with current and correct contact information for presiding judges in actions listed in the aforementioned Exhibit B. To that end, the Federal/State Liaison Counsel will submit shortly to the Court updates to the e-mail addresses of the presiding judges in Related Actions.

## II.    Report on the Status of New GM's Settlement Efforts.

Pursuant to this Court's Order No. 127, New GM provides the following report on the status of settlement efforts. These figures reflect New GM's best understanding of the docket as of today; the numbers change on a regular basis as new claims are filed and as claims are settled. For the Court's information, more than 215 new plaintiffs have filed suit and have been

*(handwritten: (2-3) #14-2543)*

Clerk of Cours  BK  09-50026
1 Bowling Green  10004