**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
E-mail: kristin.going@dbr.com
       clay.pierce@dbr.com
       marita.erbeck@dbr.com
Kristin K. Going
Clay J. Pierce
Marita S. Erbeck

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                          :

**In re**                                             :        **Chapter 11 Case No.**

**MOTORS LIQUIDATION COMPANY,** *et al.*,  :        **09-50026 (MG)**
**f/k/a General Motors Corp.,** *et al.*
                                                           :        **(Jointly Administered)**

                              **Debtors.**                  :
---------------------------------------------------------------x

**NOTICE OF MATTER SCHEDULED FOR HEARING**
**ON MAY 23, 2019 AT 2:30 P.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.**    **CONTESTED MATTER**

    1.    *Elliotts' Motion to Lift Bar Date and Proposed [Late] Proof of Claims* **(ECF 14399)**.

    <u>Responses Filed:</u>

    A.    *Objection of Wilmington Trust Company, as GUC Trust Administrator, to Elliotts' Motion to Lift Bar Date and Proposed Late Proof of Claim* **(ECF 14417)**.

1

118854595.1

B. *Joinder of General Motors LLC to Objection of Wilmington Trust Company, as GUC Trust Administrator, to the Elliotts' Motion to Lift Bar Date and Proposed Late Proof of Claim* **(ECF 14418)**.

Reply Filed:

A. *Elliotts' Reply to Objections to the Elliotts' Motion to Lift Bar Date* **(ECF No. 14427)**.

**Status:** This matter is going forward.

Dated: New York, New York
May 21, 2019

                         DRINKER BIDDLE & REATH LLP

By: /s/ *Kristin K. Going*
     Kristin K. Going
     Clay J. Pierce
     Marita S. Erbeck
     1177 Avenue of the Americas
     41st Floor
     New York, NY 10036-2714
     Tel: (212) 248-3140
     E-mail: kristin.going@dbr.com
             clay.pierce@dbr.com
             marita.erbeck@dbr.com

*Attorneys for the Motors Liquidation Company GUC Trust Administrator*