**ADJOURNED HEARING DATE AND TIME: May 30 at 3:00 p.m.**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | **Case No.: 09-50026 (MG)** |
| **f/k/a General Motors Corp.,** *et al.* : | |
| : | |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION BY GENERAL MOTORS
LLC TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND
INJUNCTION, AND THE RULINGS IN CONNECTION THEREWITH, WITH
<u>RESPECT TO KIMBERLY MCCALL AND TAMMY MCCALL</u>**

PLEASE TAKE NOTICE that the hearing in connection with the *Motion By General Motors LLC to Enforce The Bankruptcy Court's July 5, 2009 Sale Order and Injunction, and The Rulings In Connection Therewith, with Respect to Kimberly McCall and Tammy McCall*, filed on April 10, 2019 [Dkt. No. 14477], previously scheduled for May 30, 2019 at 10:00 a.m., has been adjourned to May 30, 2019 at 3:00 p.m., on request by the Court on May 29, 2019.

Dated: New York, New York
May 29, 2019

Respectfully submitted,

/s/ Scott Davidson
Scott Davidson
Arthur Steinberg
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*