KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                           :     Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :     Case No.: 09-50026 (MG)
     f/k/a General Motors Corp., *et al.*       :
                                                :
                          Debtors.              :     (Jointly Administered)
                                                :
--------------------------------------------------------- x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 30, 2019 AT 3:00 P.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

1. *Motion by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction and the Rulings in Connection Therewith, With Respect to Kimberly McCall and Tammy McCall,* filed by Arthur Jay Steinberg on behalf of General Motors LLC (including all exhibits) **(ECF No. 14477)**

Response Filed:

A.   *Objection to Motion By General Motors LLC to Enforce Stay as to Kimberly and Tammy McCall,* filed by Eric J. Snyder on behalf of Kimberly McCall, Tammy McCall. (including exhibits) **(ECF No. 14509)**

Reply Filed:

B.   *Reply Brief By General Motors LLC To Objection To Motion To Enforce The Bankruptcy Court's July 5, 2009 Sale Order And Injunction, And The Rulings In Connection Therewith, With Respect To Kimberly McCall And Tammy McCall,* filed by Arthur Jay Steinberg on behalf of General Motors LLC (including all exhibits) **(ECF No. 14515 and 14517)**

Status: This matter is going forward.

Dated:  March 29, 2019
        New York, New York

        KING & SPALDING LLP

        By: /s/ *Arthur J. Steinberg*
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222

        -and-

        Richard C. Godfrey, P.C. (admitted *pro hac vice*)
        Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, IL 60654
        Telephone:   (312) 862-2000
        Facsimile:   (312) 862-2200

        *Attorneys for General Motors LLC*