# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Arthur Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

June 4, 2019

**VIA E-MAIL TRANSMISSION
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

   **Re:** *In re Motors Liquidation Co.*
      Case No.: 09-50026 (MG)

     **McCall Motion to Enforce – Appellate Decision in Overton v. FCA US LLC**

Dear Judge Glenn:

  King & Spalding LLP is co-counsel with Kirkland & Ellis LLP for General Motors LLC ("**New GM**") in connection with the *Motion by General Motors LLC to Enforce the Bankruptcy Court's July 5, 2009 Sale Order and Injunction and the Rulings in Connection Therewith, With Respect to Kimberly McCall and Tammy McCall* [ECF No. 14477] ("**McCall Motion to Enforce**").  The hearing on the McCall Motion to Enforce took place on May 30, 2019.

  In the McCall Motion to Enforce, New GM cited to *In re Old Carco LLC*, 593 B.R. 182 (Bankr. S.D.N.Y. 2018) (referred to in the McCall Motion to Enforce as the "**Chrysler-Overton Opinion**"), and stated that the Chrysler-Overton Opinion had been appealed to the United States District Court for the Southern District of New York ("**District Court**").  *See* McCall Motion to Enforce, at p.2 n.6.  On May 31, 2019, the District Court entered an Opinion and Order ("**DC May 2019 Opinion**") affirming the Chrysler-Overton Opinion.  A copy of the DC May 2019 Opinion is attached as **Exhibit "A."**

           Respectfully submitted,

           _/s/ Arthur Steinberg_____
           Arthur Steinberg

Honorable Martin Glenn
June 4, 2019
Page 2

cc:   Eric J. Snyder, Esq. (via e-mail transmission)
      Michael L. Bell (via e-mail transmission)

AJS/SD
Encl.