Gmail                    Renee England <redharley44@gmail.com>

## Case No. 09-50026 (MG) Motors liquidation Company
1 message

**Renee England <redharley44@gmail.com>**           Sun, Jun 2, 2019 at 3:26 PM
To: mg.chambers@nysb.uscourts.gov

JUN - 4 2019

June 2, 2019

England                                    Cheryl Renee

Road                                       717 Clevet Springs

                                           Hayden, AL 35079

(MG)                                       Case No. 09-50026

Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408
Courtroom: 523

Dear Judge Martin Glenn:

I received a notice in the mail on May 31st 2019 with a deadline of June 5th 2019 to respond and honestly I am uncertain on how to respond. I know with this case it has been several years long, and I don't feel as a unsecured loss that it was treated properly although there were stocks and warrants issued it doesn't touch the expenses that myself personally had endured, along with others like myself.

From what I have been reading in this book that I received on May 31st, the rule 9019 is geared towards the secured lenders, which

yes they should receive as well if anything is to come of this case but I feel that individuals should be considered also.

I have in the past sent all pictures and proof of claim in, if I need to resend please let me know. I am responding in this manner as I wasn't sure on such short notice what/which forms to fill out if any and wanted to make sure my information was still with in the group case for follow up information on the case.

Thank you for all that you are doing.

*Cheryl Renee England* (signature)

Cheryl Renee England
205-283-5834

motor liquidation company case.doc
20K

HEARING DATE AND TIME: June 12, 2019 at 11:00 a.m. (Eastern Time)
Objection Deadline: June 5, 2019 at 4:00 p.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

In Re:

MOTOR LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, et al,

Chapter 11
Case No. 09-50026 (MG)

Adversary prceedings
Case No. 09-00504 (MG)

-----------------------------------------------------------

I Cheryl Renee England filing as an Individual and from my understanding feel that the unsecured applicants should be taken into consideration just as much as the term/secured applicants, We have all endured expenses/loss in this ordeal.