**COLE SCHOTZ P.C.**
Mark Tsukerman, Esq.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
mtsukerman@coleschotz.com

*Bankruptcy Counsel for Certain Ignition Switch Pre-Closing Accident Plaintiffs Represented by The Cooper Firm and Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* f/k/a General Motors Corp., *et al.*, | Case No.: 09-50026 (MG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF MOTION BY CERTAIN IGNITION SWITCH PRE-CLOSING ACCIDENT PLAINTIFFS FOR AUTHORITY TO FILE LATE PROOFS OF CLAIM FOR PERSONAL INJURIES AND WRONGFUL DEATHS IN CONNECTION WITH SETTLEMENT WITH THE <u>MOTORS LIQUIDATION COMPANY GUC TRUST</u>

**PLEASE TAKE NOTICE** that the Ignition Switch Pre-Closing Accident Plaintiffs (collectively, the "**Movants**"), as identified in the proofs of claim attached to the *Motion by Certain Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths in Connection with Settlement with the Motors Liquidation Company GUC Trust*, filed on July 27, 2018 [Docket No. 14350] (the "**Motion**"), hereby withdraw the Motion due to a settlement reached with General Motors LLC.

| | |
|---|---|
| Dated: New York, New York<br>June 6, 2019 | Respectfully submitted,<br><br> /s/ *Mark Tsukerman*  <br>Mark Tsukerman<br>**COLE SCHOTZ P.C.**<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>mtsukerman@coleschotz.com<br><br>*Bankruptcy Counsel for Certain Ignition Switch Pre-Closing Accident Plaintiffs Represented by The Cooper Firm and Beasley, Allen, Crow, Methvin, Portis & Miles, P.C* |