**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                  Debtors.
------------------------------------------------------------------------x
MOTORS LIQUIDATION COMPANY AVOIDANCE
ACTION TRUST, by and through the Wilmington Trust
Company, solely in its capacity as Trust Administrator and
Trustee,

                                  Plaintiff,

              against

JPMORGAN CHASE BANK, N.A., *et al.*,

                                Defendants.
------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

Adversary Proceeding

Case No. 09-00504 (MG)

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 12, 2019 AT 11:00 AM (EDT)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408.

I. **MOTION OF MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST PURSUANT TO RULE 9019 TO APPROVE GLOBAL SETTLEMENT AGREEMENT**

    A. Notice of Hearing on Motion of Motors Liquidation Company Avoidance Action Trust for Entry of an Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Parties [Bankr. Dkt. No. 14502; Adv. Pro. Dkt. No. 1179][1]

    Motion Papers:

1. Declaration of Arthur J. Gonzalez in Support of Motion of Motors Liquidation Company Avoidance Action Trust for Entry of an Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Parties [Bankr. Dkt. No. 14504; Adv. Pro. Dkt. No. 1181]

2. Motion of Motors Liquidation Company Avoidance Action Trust for Entry of an Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Parties, with Exhibits A through D [Bankr. Dkt. No. 14505 through 14505-4; Adv. Pro. Dkt. No. 1182 through 1182-4]

    Joinder:

3. Joinder of the Motors Liquidation Company GUC Trust Administrator in Motion of Motors Liquidation Company Avoidance Action Trust for Entry of an Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Parties [Bankr. Dkt. No. 14508; Adv. Pro. Dkt. No. 1183]

    Additional Documents:

6.     Correspondence to Judge Martin Glenn [Bankr. Dkt. No. 14524]

    Status: This matter is uncontested and is going forward.

---

[1] All references to the Bankruptcy Docket are to *In re Motors Liquidation Company f/k/a General Motors Corporation*, Case No. 09-50026. All references to the Adversary Docket are to *Motors Liquidation Company Avoidance Action Trust v. JPMorgan Chase Bank, N.A.*, Adv. Pro. No. 09-00504.

Dated: June 10, 2019
New York, New York

Respectfully submitted,

**BINDER & SCHWARTZ LLP**

/s/ Eric B. Fisher
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for the Motors Liquidation
Company Avoidance Action Trust*