Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662-9122
peller@georgetown.edu
Counsel for Celestine and Lawrence Elliott

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
                                                    :
In re                                               :    Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*,               :    Case No.: 09-50026 (REG)
           f/k/a General Motors Corp., et al.       :
                                                    :
                          Debtors.                  :    (Jointly Administered)
----------------------------------------------------------------X

## NOTICE OF APPEAL

Celestine Elliott and Lawrence Elliott, by and through their undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Memorandum Opinion and Order Denying Motion to Permit Filing of Late Claim*, dated May 28, 2019 (ECF No. 14516).

A copy of the Memorandum Opinion and Order is attached as Exhibit A.

The parties to the Memorandum Opinion and Order appealed from, and the names, addresses, and telephone umbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| The Motors Liquidation Company GUC Trust Administrator | **DRINKER BIDDLE & REATH LLP**<br>Kristin K. Going<br>Marita S. Erbeck<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036-2714<br>(212) 248-3140 |
| General Motors LLC | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta |

|  | Aidan Synnott <br> Kyle J. Kimpler <br> Sarah Harnett <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> (212) 373-3000 <br><br> **KING & SPALDING** <br> Arthur Steinberg <br> Scott Davidson <br> 1185 Avenue of the Americas <br> New York, New York 10036 <br> (212) 556-2100 |
|---|---|

Dated: June 11, 2019

    Respectfully Submitted,

    /s/ Gary Peller
    Gary Peller
    600 New Jersey Avenue, NW
    Washington, DC, 20001
    (202) 662-9122