# Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, f/k/a<br>GENERAL MOTORS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (MG)<br>(Jointly Administered) |

------------------------------------------------------------------------x

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY AVOIDANCE<br>ACTION TRUST, by and through the Wilmington Trust<br>Company, solely in its capacity as Trust Administrator and<br>Trustee,<br><br>                                Plaintiff,<br><br>     against<br><br>JPMORGAN CHASE BANK, N.A., *et al.*,<br><br>                                Defendants. | Adversary Proceeding<br><br>Case No. 09-00504 (MG) |

------------------------------------------------------------------------x

### ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b) EXTENDING THE DURATION OF THE MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST

Upon the motion (the "**Motion**"), dated June 13, 2019, of Wilmington Trust Company, in its capacity as trust administrator and trustee (in such capacity, the "**Trust Administrator**") of the Motors Liquidation Company Avoidance Action Trust (the "**AAT**"), as established under the Debtors' Second Amended Joint Chapter 11 Plan in the above-captioned bankruptcy proceeding, seeking entry of an order pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure and Section 4.1 of the Fourth Amended and Restated Motors Liquidation Company Avoidance Action Trust Agreement dated as of February 25, 2019 (the "**AAT Agreement**") extending the duration of the AAT for an additional 24 months, through and including December 15, 2021, all as more fully described in the Motion; and any objections to the Motion having been settled,

resolved, withdrawn or overruled; and this Court having determined that the relief requested in the Motion is in the best interests of the above-captioned post-effective date debtors' creditors and estates; and it further appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor:

**IT IS HEREBY:**

ORDERED, that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED, that the duration of the AAT, as described in section 4.1 of the AAT Agreement, is extended an additional 24 months and the AAT shall remain in full force and effect through and including December 15, 2021, unless the Trust Administrator elects to dissolve and wind-up the AAT sooner; and it is further

ORDERED, that this Order is without prejudice to the right of the Trust Administrator to seek authority to further extend the duration of the AAT upon application of the Trust Administrator to this Court in accordance with the AAT Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2019
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE