**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.
------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

**ORDER DIRECTING RESPONSE FROM GENERAL MOTORS LLC TO**
**FILING BY ROBERT CARDEW (ECF DOC. # 14534)**

KING & SPALDING
*Counsel for General Motors LLC*
1185 Avenue of the Americas
By:   Arthur Steinberg, Esq.
      Scott Davidson, Esq.
**MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

King & Spalding, as counsel to General Motors LLC ("New GM"), shall file a response to the filing in the Bankruptcy Court on June 13, 2019, of Robert Cardew ("Cardew," ECF Doc. # 14534), concerning his injuries, claim and litigation allegedly arising from an accident on May 1, 2017 involving a "2008 General Motors Corporation Chevrolet Express Van 3500." ("Subject Vehicle.") This alleged accident appears to involve a post-sale accident involving a pre-sale GM manufactured vehicle. It is unclear to this Court what, if any, product defect the Subject Vehicle is alleged to have had. Counsel for New GM should specifically address whether Cardew may proceed with his litigation claims against New GM arising from the facts alleged in Cardew's filing, and, if not, why not.

The response by New GM shall be filed on or before 5:00 p.m., July 11, 2019. Cardew may file a reply on or before July 25, 2019.

The Court will thereafter decide based on the papers filed by Cardew and New GM what the appropriate disposition of this matter will be. No Court hearing will be held.

A copy of this order shall be mailed by the Clerk of the Court to Cardew at the address shown in his pleading filed with the Court. New GM shall serve Cardew with its response at the same address.

**IT IS SO ORDERED.**

Dated:  June 20, 2019
   New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge