UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re:                                                          : Chapter 11
                                                                :
    Motors Liquidation Company, f/k/a        :
    General Motors Corporation, et al.,      : Case No. 09-50026-MG
                                                                :
                  Debtor(s)    :
------------------------------------x

## CERTIFICATE OF SERVICE

    I served a conformed copy of the following:

        * Order Directing Response From General Motors, LLC to Filing by Robert Cardew (ECF Doc. #14538)

    By First Class mail, postage paid, addressed to:

        * Robert Cardew
          82-C-0739
          Five Points Correctional Facility
          6600 State Route 96, P.O. Box 119
          Romulus, New York 14541-0119

Dated: New York, New York
       June 20, 2019

                                          Vito Genna
                                          Clerk of Court

                                          By:___/s/Deanna Anderson_
                                                 Courtroom Deputy