KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036

---

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019

June 26, 2019

**VIA E-MAIL**
**AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

      Re:    **In re Motors Liquidation Company,** *et al.*
             **Case No. 09-50026 (MG)**

Dear Judge Glenn:

      Counsel for New GM write to update the Court on New GM's efforts to voluntarily mediate and attempt to resolve pre-sale personal injury and wrongful death claims (the "Pre-Sale PIWD Claims"). *See* February 2, 2019 Letter [ECF No. 14411], December 12, 2018 Letter [ECF No. 14384]; July 30, 2018 Letter [ECF No. 14377]; June 11, 2018 Letter [ECF No. 14328]; and February 28, 2019 Letter [ECF No 14444].

      Yesterday, New GM executed a confidential term sheet memorializing an agreement with claimants represented by the Potts Law Firm, Junell & Associates, PLLC, and the Burnett Law Firm to settle a sixth docket involving a total of 98 Pre-Sale PIWD claims, of which (i) 82 are filed both as late claims in this Court and as claims in the MDL Court and (ii) 16 are pending only as late claims in this Court.  (These 98 claimants are represented in this Court by the Andrews Meyers firm.)  All 98 claimants eligible for this aggregate settlement are included on Schedule 2 to the settlement agreement proposed by the GUC Trust and various claimants on February 1, 2019 (the "Proposed Settlement").

      In sum, since November 2018, New GM has entered into agreements in principle involving a total of 600 Pre-Sale PIWD claims, of which (i) 392 are filed both as late claims in this Court and as claims in the MDL Court, (ii) 149 are pending only as late claims in this Court, (iii) 40 are pending only in the MDL Court, (iv) 16 are unfiled, and (v) 3 are in state courts (two in state court

Honorable Martin Glenn
June 26, 2019
Page 2

only and one in both state court and as a late claim in this Court).  Of these 600 claimants eligible for various aggregate settlements, 356 are also currently included on Schedule 2 to the Proposed Settlement.

Each of these agreements concerns a confidential, private aggregate settlement that includes prerequisites to be met and, upon occurrence of those prerequisites, such claimants will withdraw their late claims in this Court and dismiss with prejudice their Pre-Sale PIWD Claims in the MDL Court or other forums as applicable.

Respectfully submitted,

*/s/ Paul M. Basta*
Paul M. Basta
Aidan Synnott
Kyle J. Kimpler
Sarah Harnett
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

and

Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Counsel for General Motors LLC*