June 26, 2019


Cheryl Renee England
717 Clevet Springs Road
Hayden, AL 35079

Case No. 09-50026 (MG)

Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408
Courtroom: 523

Dear Judge Martin Glenn:

I am responding to this case as an objection, as I feel that this case has gone on for many years with no resolution, I feel that an extension is hindering individuals and also with the other companies they may owe.

From what I have been reading in the last hearing and the ruling of the 9019 they are geared more towards their secured lenders and themselves.

I have in the past sent all pictures and proof of claims, if I need to resend please let me know. I am responding in this manner as I wasn't sure with the short notice what/which forms to fill out if any and wanted to make sure my information was still with in the group for follow up information on the case.

Thank you for all that you are doing to resolve this case.

Cheryl Renee England
205-283-5834



**HEARING DATE AND TIME: JULY 10, 2019. (Eastern Time)**
**Objection Deadline: JULY 3, 2019 at 4:00 p.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

In Re:

MOTOR LIQUIDATION COMPANY, f/k/a                    Chapter 11
GENERAL MOTORS CORPORATION, et al,                  Case No. 09-50026 (MG)

                                                    Adversary proceedings
                                                    Case No. 09-00504 (MG)

-----------------------------------------------------------------

   I Cheryl Renee England as an individual I am filing against the extension as stated in the hearing on June 13, 2019, The AAT has had several extensions to get business and arrangements resolved. I feel the AAT has had ample enough time to have things in order by December 2019 as they are dissolving the Trust Administration by the following year.