**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | : | Adversary Proceeding |
| | : | Case No. 09-00504 (MG) |
| Plaintiff, | : | |
| vs. | : | |
| JPMORGAN CHASE BANK, N.A., individually and as Administrative Agent for Various Lenders Party to the Term Loan Agreement described herein, *et al.*, | : | |
| Defendants. | : | |

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, the undersigned parties to the above-captioned action (the "Action") have negotiated and agreed to a settlement of their claims and cross-claims in the Action:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

1. All claims and cross-claims by the undersigned parties are dismissed with prejudice and without costs except as provided and in accordance with the settlement agreement settling all claims in the Action (the "Settlement Agreement").

2. The Settlement Agreement shall not be admissible in any proceeding, except to enforce the terms of the Settlement Agreement.

Dated: \_\_\_\_June 5\_\_\_\_, 2019

**WACHTELL, LIPTON, ROSEN & KATZ**

By: _____

    Marc Wolinsky
    Harold S. Novikoff
    Amy R. Wolf
    51 West 52nd Street
    New York, New York 10019
    Telephone: (212) 403-1000
    Facsimile: (212) 403-2000
    Email: MWolinsky@wlrk.com

**KELLEY DRYE & WARREN LLP**

    John M. Callagy
    Nicholas J. Panarella
    Martin A. Krolewski
    101 Park Avenue
    New York, New York 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897
    Email: JCallagy@kelleydrye.com

**JONES DAY**

    C. Lee Wilson
    250 Vesey Street
    New York, New York 10281
    Telephone: (212) 326-3885
    Facsimile: (212) 755-7306
    Email: CLWilson@jonesday.com

*Attorneys for Defendant and Cross-Claim Defendant JPMorgan Chase Bank, N.A.*

MUNGER, TOLLES & OLSON LLP

By: _____
    John W. Spiegel
    Bradley R. Schneider
    Matthew A. Macdonald
    350 South Grand Avenue, 50th Floor
    Los Angeles, CA 90071
    Telephone: (213) 683-9100
    Email: john.spiegel@mto.com

**JONES DAY**

    Bruce Bennett
    Erin Burke
    555 South Flower Street, 50th Floor
    Los Angeles, CA 90071
    Telephone: (213) 489-3939
    Email: bbennett@jonesday.com

    Gregory Shumaker
    Christopher DiPompeo
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001
    Telephone: (202) 879-3939
    Email: gshumaker@jonesday.com

*Attorneys for the Term Loan Lenders as listed in*
*Appendix A to the Consent Motion to Withdraw [Dkt. 753]*


**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

By:    Andrew K. Glenn
        Michelle Genet Bernstein
        Frank DiCarlo
        1633 Broadway
        New York, NY 10019
        Tel: (212) 506-1700
        Email: aglenn@kasowitz.com

*Attorneys for the Ad Hoc Group of Cross-Claiming*
*Term Lenders listed in Appendix A to Dkt. 334 and*
*the Ad Hoc Supplemental Group of Answering Term*
*Lenders listed in Appendix A to Dkt. 690*

**MUNGER, TOLLES & OLSON LLP**

By: John W. Spiegel
Bradley R. Schneider
Matthew A. Macdonald
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Email: john.spiegel@mto.com

**JONES DAY**

Bruce Bennett
Erin Burke
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Email: bbennett@jonesday.com

Gregory Shumaker
Christopher DiPompeo
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Email:  gshumaker@jonesday.com

*Attorneys for the Term Loan Lenders as listed in*
*Appendix A to the Consent Motion to Withdraw [Dkt. 753}*

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

By: _/s/ Andrew K. Glenn_
Andrew K. Glenn
Michelle Genet Bernstein
Frank DiCarlo
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Email: aglenn@kasowitz.com

*Attorneys for the Ad Hoc Group of Cross-Claiming*
*Term Lenders listed in Appendix A to Dkt. 334 and*
*the Ad Hoc Supplemental Group of Answering Term*
*Lenders listed in Appendix A to Dkt. 690*

ENTWISTLE & CAPPUCCI LLP

By: _/s/ Joshua K. Porter_
Joshua K. Porter
299 Park Avenue, 20th Floor
New York, NY 10171
Tel: (212) 894-7282
Email: jporter@entwistle-law.com

*Attorneys for Teachers' Retirement System of the State of Illinois and TCW Illinois State Board of Investments*

BARONE MOONEY NEWMAN & FOREMAN

By: _/s/ Cindy Newman_
Cindy Newman
343 Thornall Street, Suite 650
Edison, New Jersey 08837
Tel: (732) 494-0050
Email: Cindy.Newman@csaa.com

*Attorneys for Wells Cap Mgmt- 13923601*

**IT IS SO ORDERED.**

Dated:  July 2, 2019
        New York, New York

                                    _/s/Martin Glenn_____
                                    MARTIN GLENN
                                    United States Bankruptcy Judge