**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (MG) |
| Debtors. | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | Adversary Proceeding  Case No. 09-00504 (MG) |
| Plaintiff, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., individually and as Administrative Agent for Various Lenders Party to the Term Loan Agreement described herein, *et al.*, | |
| Defendants. | |

## ORDER OF DISMISSAL

WHEREAS, the Motors Liquidation Company Avoidance Action Trust (the "AAT") has negotiated and agreed to a settlement of its claims in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

1. The AAT's claims in the Action are dismissed with prejudice and without costs except as provided and in accordance with the settlement agreement settling all claims in the Action (the "Settlement Agreement").

2. The Settlement Agreement shall not be admissible in any proceeding, except to enforce the terms of the Settlement Agreement.

Dated: July ___, 2019

**BINDER & SCHWARTZ LLP**

By:  /s/ Eric B. Fisher_____
      Eric B. Fisher
      Neil S. Binder
      Lindsay A. Bush
      Lauren K. Handelsman
      Tessa B. Harvey
      Lisa C. Lightbody
      366 Madison Avenue, 6th Floor
      New York, New York 10017
      Telephone: (212) 510-7008
      Facsimile: (212) 510-7008

      *Attorneys for the Motors Liquidation*
      *Company Avoidance Action Trust*

**IT IS SO ORDERED.**

Dated:  July 2, 2019
      New York, New York

                                                           **/s/Martin Glenn_____**
                                                            MARTIN GLENN
                                                  United States Bankruptcy Judge