**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for the Motors Liquidation*
*Company Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                       Debtors.
------------------------------------------------------------------------x
MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION
TRUST, by and through the Wilmington Trust Company, solely
in its capacity as Trust Administrator and Trustee,

                                       Plaintiff,

                     against

JPMORGAN CHASE BANK, N.A., *et al.*,

                                       Defendants.
------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

Adversary Proceeding

Case No. 09-00504 (MG)

**NOTICE OF ADJOURNMENT OF HEARING**

    **PLEASE TAKE NOTICE** that the hearing on the *Motion of Wilmington Trust Company, Solely in its Capacity as Trust Administrator and Trustee of the Motors Liquidation Company Avoidance Action Trust, for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) Extending the Duration of the Motors Liquidation Company Avoidance Action Trust* [Bankr. Dkt. No. 14533], previously scheduled for July 10, 2019 at 11:00 a.m., has been **adjourned to Thursday, July 11, 2019 at 1:30 p.m. (Eastern Time)**.

Dated: July 3, 2019
      New York, New York

                                             Respectfully submitted,

**BINDER & SCHWARTZ LLP**

/s/ Eric B. Fisher
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008

*Attorneys for the Motors Liquidation
Company Avoidance Action Trust*