UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                             Debtors.

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

------------------------------------------------------------------x
MOTORS LIQUIDATION COMPANY AVOIDANCE
ACTION TRUST, by and through the Wilmington Trust
Company, solely in its capacity as Trust Administrator and
Trustee,

                                             Plaintiff,

against

JPMORGAN CHASE BANK, N.A., *et al.*,

                                             Defendants.

Adversary Proceeding

Case No. 09-00504 (MG)

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

I, Bridget Dalton, being duly sworn, deposes and says:

1.    I am employed as a paralegal by Binder & Schwartz, LLP, located at 366 Madison Avenue, 6th Floor, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On July 8, 2019, I served Cheryl Renee England with the "Letter in Response to Ms. Cheryl England's *pro se* Letter Dated June 26, 2019 Objecting to the AAT's Motion to Extend the Duration of the AAT," dated July 8, 2019 [Docket No. 14550], by causing true and correct copies to be delivered by Federal Express First Overnight mail to the address provided by Ms. England in her letter to the Court: Cheryl Renee England, 717 Clevet Springs Road, Hayden, AL 35079.

_____
Bridget Dalton

Sworn to before me this 10th day of July, 2019

_____

LINDSAY A BUSH
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02BU6126284
COMMISSION EXPIRES 05/02/2017 2021