**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                                                      Debtors.

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

------------------------------------------------------------------------x
MOTORS LIQUIDATION COMPANY AVOIDANCE
ACTION TRUST, by and through the Wilmington Trust
Company, solely in its capacity as Trust Administrator and
Trustee,

                                                  Plaintiff,

                against

JPMORGAN CHASE BANK, N.A., *et al.*,

                                                Defendants.
------------------------------------------------------------------------x

Adversary Proceeding

Case No. 09-00504 (MG)

## **ORDER EXTENDING AVOIDANCE ACTION TRUST**

Pending before the Court is Wilmington Trust Company's motion to extend the duration of the Avoidance Action Trust ("AAT") for an additional twenty-four months. ("Motion," ECF Doc. # 14533.) The AAT is scheduled to dissolve no later than December 15, 2019. The Motion proposes to extend the AAT through and including December 15, 2021.

Individual Cheryl Renee England filed an objection to the Motion. ("Objection," ECF Doc. # 14543.) The Objection states that Ms. England feels that the AAT "has had ample enough time to have things in order by December 2019." The AAT filed a letter in response to Ms. England's Objection. (ECF Doc. # 14550.)

The Court finds that the relief requested in the Motion is consistent with the terms of the Second Amended Joint Chapter 11 Plan (ECF Doc. # 9836), the Confirmation Order (ECF Doc.

# 9941), the AAT Agreement (ECF Doc. # 14533-1), and applicable bankruptcy law.

Furthermore, the Court concludes that the extension of the duration of the AAT is necessary to complete the liquidation and distribution of the AAT's assets and is in the best interest of the AAT's beneficiaries.  Accordingly, the Objection is overruled, and the Motion is granted.

**IT IS SO ORDERED.**
Dated:  July 11, 2019
      New York, New York

                                            **_/s/ Martin Glenn_**
                                                 MARTIN GLENN
                                  United States Bankruptcy Judge