# Exhibit A

April 15, 2019

Mr. Arthur Steinberg
Attorney at Law
King & Spaulding LLP
1185 Avenue of the Americas
New York, New York 10036

Re:  Motors Liquidation Company f/k/a General Motors Corporation
     S.D.N.Y. Bankruptcy COurt No. 09-50026(MG)

Dear Mr. Steinberg:

   A review of recent court decisions show that you represent the above-referenced company in its bankruptcy proceeding.

   On May 1, 2017, I was severely injured in a 2008 Chevrolet 3500 van manufactured by GM and according to the bankruptcy the new company is liable for injury and death of individuals from products manufactured by General Motors.

   What I would like to know is if the automatic stay relating to the bankruptcy proceeding is still in force under section 362 of the Bankruptcy Code and if so, does the automatice stay apply to personal injury lawsuits or not?

   I would also like to know if if I have to file a motion with the court for a waiver of the automatic stay, who is the attorney for the above that I serve it on since your office is not the only law office representing the company.

   I would also like to know if the automatic stay provisions apply since the bankruptcy started in 2009 and my injuries occurred in 2017 and is there a way for me to file a claim in the bankruptcy for my injuries instead of a lawsuit?

   I do not know anything about bankruptcy proceedings but it is on our computer system in our law library so I have been trying to find out how to do this without filing a motion in federal bankruptcy court.

   Thank you for your time and consideration in this matter.

Sincerely,

_____
Robert Cardew
82-C-0739
Five Points Correctional Facility
6600 State Route 96, P.O. Box 119
Romulus, New York 14541-0119