# Exhibit B

April 29, 2019                                                      Page 1 of 2

Mr. Scott Davidson
Attorney at Law
King & Spaulding LLP
1185 Avenue of the Americas
New York, New York 10036-4003

Re:  In re Motors Liquidation Company
     Case No. 09-50026(MG)

     Your Letter of April 16, 2019

Dear Mr. Davidson:

    In your letter you asked me to call you if I have any questions. However, I am in prison and have been since 1982.

    For your information, in New York State people in prison cannot just make a telephone call to anyone they want. A person on the outside has to open a special account and prepay for it to allow someone to call them. Attorneys, etc., are required to contact the facility the person is in and make arrangements so that the attorney can call the facility at a specific time and the facility will have the inmate in a specific place to receive the telephone call.

    Your letter states that Motors Liquidation Company was dissolved in 2011. However, the New York State Department of State told me in writing in 2017, and again on February 27, 2018, that old GM is known as Motors Liquidation Company f/k/a General Motors Corporation located at 300 Renaissance Center, Detroit, Michigan 48265 and that the registered agent for service of process is CT Corporation System, 111 Eighth Avenue, New York, New York 10011. (See Department of State website dos.ny.gov).

    How come if this company was dissolved it was still being registered every year as Motors Liquidation Company and not General Motors LLC and/or Motors Liquidation Company General Unsecured Creditors Trust with the New York State Department of State? That is why I filed my lawsuit against Motors Liguidation Company.

    Now you letter also gives me the name of "Motors Liquidation Company General Unsecured Creditors Trust." So now I have four different names for the same company and which name do I use in a lawsuit or do I put all four names on it? I did title my lawsuit in state court as "Motors Liquidation Company f/k/a General Motors Corporation." Since I do not know if this name is any good I do not know if I have to file a new lawsuit or not and everything in this is totally confusing to me. Also, I do not know who the registered agent for service of process is either for these other names.

Therefore, I may have to submit a motion in the above-referenced matter in the court to have the judge address these issues, especially since I do not know if the automatic stay is still in effect or not and if so, when does the statute of limitations start because of it since I have until May 1, 2020, before the normal statute of limitations runs out.

Has the automatic stay been lifted? If so, when was it lifted and if not, when will it be lifted?

Can I file a claim with the company instead of a lawsuit because of the bankruptcy? I wrote the court for information and was given telephone numbers by the court clerk I cannot call and no information.

On April 3, 2017, I had open heart surgery for Aortic Valve replacement and other things and on May 1, 2019, this area of my chest was injured because of being in a 2008 Chevrolet Express 3500 van. I have VIN number, copy of registration and bill of sale of van to registered owner and other information of van.

I am bound and determined to litigate a lawsuit because I do know that the new company is responsible for physical injury or death relating to old GM's products so the new company is liable in that respect according to the bankruptcy proceeding.

I also do know how to litigate in federal and state court and do discovery, etc., if I cannot obtain an attorney to represent me.

Therefore, what information can be provided to me or should I file a motion in court and have the court tell me?

Your letter references sending a copy of my letter to Mr. Going at Drinker Biddle & Reath LLP. However, I still have not been contacted by anyone from this law office.

Thank you for your time and consideration in this matter.

Sincerely,

_Robert Cardew_
Robert Cardew
82-C-0739
Five Points Correctional Facility
6600 State Route 96, P.O. Box 119
Romulus, New York 14541-0119