# Exhibit D

RECEIVED

MAY 20 2019

ESIS-GM CLAIMS UNIT

May 17, 2019

ESIS/GM Claims Unit
300 Renaissance Center
MC-482-C19-B61
Detroit, Michigan 48625-3000

Dear Sir/Madam:

    Mr. Scott Davidson of King & Spaulding LLP, 1185 Avenue of the Americas, New York, New York 10036-4003, who is legal counsel in New York State for General Motors LLC, requested that I contact your office for proper paperwork to file a personal injury claim against your company concerning injuries I received in a 2008 Chevrolet Express 3500 vehicle.

    Therefore, please provide me with the proper paperwork that I would need to file a personal injury claim.

    Thank you very much.

Sincerely,

*[signature]*
Robert Cardew
82-C-0739
Five Points Correctional Facility
6600 State Route 96, P.O. Box 119
Romulus, New York 14541-0119