# Exhibit E

# ESIS®

ESIS/GM Central Claims Unit
P.O. Box 300
Mail Code 482 C19 B61
Detroit, MI 48265-3000

800.888.0164 *tel*
313-221-9932 *fax*

**ESIS Claim Rep 312**
Claims Administrator

May 30, 2019

Robert Cardew
Inmate# 82-C-0739
Five Points Correctional Facility
6600 State Rt 96
P.O. Box 119
Romulus, NY 14541

RE:    Claimant:          Robert Cardew
       Our File No.:      921135
       Our Client:        General Motors LLC
       Date/Event:        May 1, 2017
       Subject vehicle:   2008 Chevrolet Express 3500
       VIN:               Unknown

Dear Mr. Robert Cardew:

We are the third-party administrators on behalf of General Motors LLC (GM) for matters involving
allegations of product liability. I am the Claims Administrator assigned to this file.

ESIS is undertaking an investigation of your claim on behalf of GM. Conducting this investigation and
responding to your claim is not a waiver of any defense that GM may have to your claim. GM expressly
reserves its right to assert any defense. In undertaking to investigate your claim, ESIS and GM make no
promise, representation, or statement that either will make any payment of your claim and ESIS and GM
expressly reserve the right, in their discretion, to deny your claim and make no payment.

In that regard, I am in receipt of your correspondence to GM concerning your injuries. Your
correspondence alleges that you sustained bodily injuries as a result of a manufacturer's product defect.
However, insufficient technical documentation was provided relative to any alleged defect. Due to this
fact, the following information and documentation are respectfully requested:

1. A copy of the police and/or fire report.

2. A detailed statement of the event and parties involved. This should include events prior
   to and immediately following the incident.

3. Advise of the vehicle owner contact information along with a VIN.

4. Provide copies of all medical records or complete the enclosed medical authorization
   form.

5. Provide color copies of injuries sustained.

6. Provide any information relevant to your claim and clarification of your allegation in relation to how the vehicle contributed to the injuries sustained.

As soon as the requested information has been received, a technical evaluation of this matter will be completed.  Upon the conclusion of our evaluation, I will contact you with our position.

Also, you have the obligation and responsibility to ensure that the subject vehicle and its related components are maintained and preserved in their post-event condition for so long as you intend to pursue a claim and/or cause of action. If you choose to dispose of the salvage, it will be to your own peril and spoliation may become an issue.  We will be unable to determine if a physical inspection of the subject vehicle would be necessary until we have had the opportunity to thoroughly evaluate your supporting technical documentation.

Sincerely,

ESISClaimRep312@GM.com
Claims Administrator