# Notice Recipients

District/Off: 0208−1    User:    Date Created: 7/16/2019
Case: 09−50026−mg    Form ID: tranapl    Total: 3

**Recipients of Notice of Electronic Filing:**
aty    Gary Peller    peller@law.georgetown.edu
aty    Kristin Going    kristin.going@dbr.com
aty    Kyle J. Kimpler    kkimpler@paulweiss.com

TOTAL: 3