

Eric B. Fisher
Binder & Schwartz LLP
366 Madison Avenue 6th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

July 16, 2019

**By ECF and Federal Express**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, New York 10004-1408

    Re:   *In re: Motors Liquidation Company, f/k/a General Motors Corporation, et al.*,
            Case No. 09-50026 (MG)

Dear Judge Glenn:

    We represent the Motors Liquidation Company Avoidance Action Trust (the "AAT") in connection with the above-referenced action. Further to this Court's Order entered on July 11, 2019 (ECF Doc. No. 14556), granting the AAT's motion to extend the duration of the AAT through and including December 15, 2021 (the "Extension Motion"), we write to advise the Court that on July 11, 2019, the Trust received a letter ruling from the Internal Revenue Service determining that an extension of the Trust's term will not adversely affect the classification of the Trust as a liquidating trust for U.S. federal income tax purposes.

    No further action is requested of the Court with respect to the Extension Motion. I thank the Court for its attention to this supplemental information.

                                                           Respectfully,

                                                       /s/ Eric B. Fisher
                                                       Eric B. Fisher

cc: All counsel of record (via ECF)