**<u>EXHIBIT A</u>**

DM_US 161360106-2.094884.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | |
| f/k/a General Motors Corp., *et al.* | : | **09-50026 (MG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

### ORDER (A) AUTHORIZING THE GUC TRUST ADMINISTRATOR TO EXPEDITE THE PAYMENT OF EXCESS GUC DISTRIBUTABLE ASSETS AND (B) APPROVING SUCH DISTRIBUTION AS AN APPROPRIATE EXERCISE OF THE GUC TRUST ADMINISTRATOR'S RIGHTS, POWERS AND/OR PRIVILEGES PURSUANT TO THE TERMS OF THE TRUST AGREEMENT

Upon the motion, dated July 22, 2019 (the "**Motion**")[1] of Wilmington Trust Company in its capacity as trust administrator and trustee (in such capacity, the "**GUC Trust Administrator**") of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), as established under the Debtors' Second Amended Joint Chapter 11 Plan dated as of March 18, 2011 [ECF No. 9836] (as confirmed, the "**Plan**") of the above-captioned post-effective date debtors (the "**Debtors**") seeking entry of an Order pursuant to sections 105 and 1142 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, and sections 5.4, 5.8, and 8.1(e) of the GUC Trust Agreement, (A) authorizing an expedited distribution of Excess GUC Distributable Assets and (B) approving the distribution of Excess GUC Distributable Assets as an appropriate exercise of the GUC Trust Administrator's rights, powers and/or privileges pursuant to the terms of the GUC Trust Agreement, all as more fully described in the Motion; and any objections to the Motion having been settled, resolved, withdrawn or overruled; and this Court having determined that the relief requested in the Motion is in the best interests of

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

the Debtors' creditors and estates; and it further appearing that proper and adequate notice of the

Motion has been given and that no other or further notice is necessary; and after due deliberation

thereon, and good and sufficient cause appearing therefor:

IT IS HEREBY:

ORDERED, that the relief requested in the Motion is granted to the extent provided herein;

and it is further

ORDERED, that, pursuant to Section 5.8 of the GUC Trust Agreement, the GUC Trust

Administrator is authorized to make an expedited distribution of Excess GUC Distributable Assets

in the amount of $320,880,639.00; and it is further

ORDERED, that, pursuant to Section 8.1(e) of the GUC Trust Agreement, the GUC Trust

Administrator is authorized to make the Excess Distribution; and it is further

ORDERED, that nothing herein shall be deemed to prohibit the GUC Trust Administrator

from seeking additional Court authority to reallocate and use Distributable Cash to fund fees, costs

or expenses of the GUC Trust incurred or anticipated for the calendar year 2019 or any future year;

and it is further

ORDERED, that this Court shall retain jurisdiction of all matters and disputes arising in

connection with or related to the interpretation or implementation of this Order, any reallocation

or use of Distributable Cash in connection herewith, or the GUC Trust Agreement.


Dated: _____ __, 2019
      New York, New York

                          _____
                           UNITED STATES BANKRUPTCY JUDGE