# **EXHIBIT A**

DM_US 161384827-1.T18860.0010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                     :
:      Chapter 11 Case No.
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :
f/k/a General Motors Corp., *et al.*             :      **09-50026 (MG)**
:
Debtors.                                   :      **(Jointly Administered)**
:
------------------------------------------------------------x

### ORDER AUTHORIZING THE GUC TRUST ADMINISTRATOR TO EXPEDITE THE DISTRIBUTION TO HOLDERS OF 502(h) CLAIMS RESULTING FROM THE AAT SETTLEMENT AGREEMENT PURSUANT TO SECTIONS 5.3 AND 5.8 OF THE GUC TRUST AGREEMENT

Upon the motion, dated July 22, 2019 (the "**Motion**")[1] of Wilmington Trust Company in its capacity as trust administrator and trustee (in such capacity, the "**GUC Trust Administrator**") of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), as established under the Debtors' Second Amended Joint Chapter 11 Plan dated as of March 18, 2011 [ECF No. 9836] (as confirmed, the "**Plan**") of the above-captioned post-effective date debtors (the "**Debtors**") seeking entry of an Order pursuant to sections 105 and 1142 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, and sections 5.3 and 5.8 of the GUC Trust Agreement authorizing distribution to holders of 502(h) claims resulting from the AAT Settlement, all as more fully described in the Motion; and any objections to the Motion having been settled, resolved, withdrawn or overruled; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors' creditors and estates; and it further appearing that proper and adequate notice of the Motion has been given

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor:

IT IS HEREBY:

ORDERED, that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED, that, pursuant to Section 5.8 of the GUC Trust Agreement, the GUC Trust Administrator is authorized to make an expedited distribution to holders of 502(h) Claims resulting from the AAT Settlement in the amount of $68,471,056.60; and it is further

ORDERED, that this Court shall retain jurisdiction of all matters and disputes arising in connection with or related to the interpretation or implementation of this Order, any use of Distributable Cash in connection herewith, or the GUC Trust Agreement.


Dated: _____ __, 2019
        New York, New York

                                         _____
                                         UNITED STATES BANKRUPTCY JUDGE