RECEIVED
19 JUL 16 AM 1:07
US DISTRICT COURT
S.D.N.Y.

RE: APPEAL OF DOCKET 14530 in 09-50025-mg (SDNY Bankruptcy court)

↓ 09-50026-mg in re bankruptcy of *General Motors, et. al.* jointly administered proceedings and adversary cases
(SDNY bankr. court Honorable Martin Glenn)

↗ related to matters of *Chrysler LLC, et al.* bankruptcy

09-50000-smb
09-50001-smb
09-50002-smb
09-50003-smb
09-50004-smb
09-50005-smb
09-50006-smb
09-50007-smb
09-50008-smb
09-50009-smb
09-50010-smb
09-50011-smb
09-50012-smb
09-50013-smb
09-50014-smb
09-50015-smb
09-50016-smb
09-50017-smb
09-50018-smb
09-50019-smb
09-50020-smb
09-50021-smb
09-50022-smb
09-50023-smb
09-50024-smb
09-50025-smb

hereinafter "Daimlerchrysler bankruptcy", plan confirmed in 2010, all cases discharged post confirmation in 2015.

↓ related to NYS case Bronx County # 26828-2016E, removed to SDNY Moynihan Court 16-cv-9145 (KMW) then appealed to US 2nd circuit lead case 17-1628.

Background

2

My Oct 11, 2016 complaint alleges:

(1) negligence for breach of implied warranty vs. sellers defined by complaint with entity referred to as "Chrysler LLC" regardless of use of other trade names as entity identified as sellers in the 11 USC 363 transaction ("Fiat Transaction") which closed on June 10, 2009 pursuant to orders 09-50002-smb docket 3073 and 3232. The cause of action is for recovery of loss for suffering and pain due to my injuries (no allegation of public harm) due to breach of implied warranty, for defective original part Selec-trac gear shifter no brake interlock. There is no privity of insurance contract paid for by Daimlerchysler Corp. in 2002 and sellers estate for which purchaser may have insurable interest. The United States, the estate of United States, the estate of Daimlerchrysler corp, the estate of Chrysler LLC (as defined by my complaint) have no insurable interest in financial matters which relate to my health impairments covered by insurance. Insurance is regulated by laws of the states and not by U.S. NYS Ins. Law §§3205 (a), 3205(d); 15 USC 1012, US Constitution (general powers of U.S.). Interference with insurance benefits for human suffering and death under guise of vagueness or need for "interpretration" of Final Orders of non-article III judge under guise of title 11 authority is UNCONSTITUTIONAL // its as applies to me as interference of sovereignty of states.

Daimlerchrysler Corp is involved in bankruptcy fraud, insurance fraud, bank fraud, international fraud, tax evasion. equities fraud, securities fraud, court fraud, and racketeering in complicity with handful of federal employees involved in theft of billions of US Public funds, to be distributed under supervision of former bankruptcy judge Arthur Gonzalez, associated with GVC

(2) breach of state public safety obligations [which are identical to title 49 obligations under 49 USC 30303(b)] against purchaser of June 10, 2009 11 USC 363 Transaction, referred to by name of "FCA" regardless of use of other trade name, and which involve one or more "affiliate" as defined by complaint as those as affiliate of purchaser involved with jeep Chrysler post June 10 2009.

My allegations are for personal harm (compensatory damages) and for public harm (punitive damages) for deliberate indifference to public safety to warrant massive punitive damages against purchaser, as it is the purchase which violated docket 3232 ¶ EE 09-50002-smb for its failure to: (P)

failure to install brake override,

failure to warn vehicle owner Nick Piccirilli who happened to own NYS licensed auto repair shop,

failure to offer consumer rebate for cost of labor to retrofit brake override in event of wide open throttle malfunction

failure to correct defect of torque converter which diverts 100% of power of utility vehicle to oppose wheel to cause curvilinear motion & inability of driver to steer or brake, to cause imbalanced center of mass, to cause greater inability to steer. ( purchaser also refused to offer reimbursement to retrofit rear bracket to avoid rear impact explosions, which did not occur, despite population density and out of control vehicle which wrecked cars on property, on streets, mowed down children, mowed down meters, then got stuck in 2 rear wheel drive with one rear wheel elevated to trap this u.v. long enough for heroic driver to get vehicle to off). There are 200+ police photos and 89 page police report regarding occurrence of harm. I am injured, my infant is injured, another infant friend of my daughter is injured, and my infant son is eleven years old and under state law has 9 years to commence action against PURCHASER and against SELLER (insured) both of which are liable for harm.  comp and punitive  only comp
                                                                                                                state law

On Oct 11 2016, I commenced action in NYS and paid for index # 26828-2016E (Marianne OGrady v. FCA US LLC, et al for 2002 model year Jeep Grand Cherokee Laredo vin no. 1J4GW48N72C225306). I had to represent myself after being threatened by representatives on and after Dec 13 2013, to deal with bankruptcy threats. I pled my complaint to withstand bankruptcy interference (no insurable interest of purchaser or of debtor's estate). The insurer of seller disappeared into thin

uncontroverted fact:
Not successor to seller; assets sale

2|15

air in 2009.    The Old Carco Liquidation Trust never existed (except by name). That is hoax.   Robert Manzo as trustee of "estate" is figurehead.   Brayton Purcell as Litigation Manager is fictitious. LM  DOJ has no records on this bankruptcy matter.   Treasury has no documents to certify as true and accurate related to this so-called transaction.   Federal Reserve Board is unable to furnish me with resposne to FOIA requests.   Despite the 26 filed in petitions SDNY bankruptcy, the dockets are disordered, and evidence of fraud.   Dockets contradict SEC filings and SEC filings are inaccurate, misleading and false.   The petitions are identical except for 09-50025-smb, which informed the public that Alpha may opt to filed bankruptcy elsewhere.   Other than filing of petitions, it appears that Daimler AG owned or controlled the purchaser.   Daimler AG is involved racket through GM order 14530 which I appeal as impairing my rights, despite my prohibition to Hon Glenn and Hon Bernstein that I refuse to agree to permit any bankruptcy judge from ruling on any issue which impairs my rights.   Daimler AG expects 10 billion or else Fiat remains lessee and licensee of property which includes Auburn Hills, as it is uncontroverted fact that Auburn Hills is second largest office building, next to Pentagon.  Incredibly, Fiat Transaction is in 2019 in GM.

    On Nov 22 2016, FCA threatened removal and contempt proceedings, unless   I sign agreement to amend my own complaint "with prejudice".   But I had moot issue of contempt as I immediately agreed for simplicity to the demand, and added words "without prejudice". I got blackmailed by Daimlerchrysler corp.   On Nov 23 2016, FCA flooded state court with 1000 pages of jargon filled papers, and I did nothing wrong.

    By Nov 28 2016, FCA commenced 16-cv-9145-kmw. as Bankruptcy Matter.

    By Dec 14 2016, FCA had impropery filed exparte letter docket so prejudicial, Dist Court sua sponte issue order that FCA move to dismiss on or by Jan 13, 2017.

    On Dec 28 2016, I had to file motion to remand on narrow basis of technical defect of removal (2 days to late, ineffective removal from state due to filing notice of removal on Nov 23 2016, not after removal on Nov 28 2016.   FCA correctly argued that US Court would be deprived of jurisdiction if bankruptcy matter.   By end of Jan 2017, I had to stay in U.S. Court to avoid another removal/remand to state without resolution of bankruptcy matter would be harmful to me.    I notified FCA I wiill not respond to its opposition to my motion for remand.  (There had been nothing further to add anyway)

    By mid Jan 2017, FCA moved for partial dismiss on basis of 12b (sufficiency of pleadings) and on basis of declaratory relief.   The Moynihan Court did not sit in capacity of bankruptcy court in this megacase so could only rule on sufficiency of pleadings.  My pleadings withstood that motion and I continued to discover I am entangled in fraud akin to Bernie Maddoff / Enron.   the bankruptcy case is dangerous and requires moratorium.   It is nothing but FRAUD.   I could not even appear as the case is convoluted with fraud was impossible to explain coherently to Hon Wood.   I remained silent as patterns of false removals in country pointed to fact that there will be adverse ruling and I need to be prepared for 2nd circuit motion for certification for direct appeal as collateral attack on entire case, as dangerous to public.   The bankruptcy is misused in risk calculation by gamers who ignore title 49 obligations and remove cases which feed the bankruptcy court which then continues this stoli racket of secret TARP trust as GUC trust (not knowing is very same as GM GUC trust).

    By April 2017 and May 2017, Hon Kimba Wood issued adverse order.    I promptly appealled in notices of appeals, sequenced for alternate time line of bankruptcy.

    In June 2017, unbeknownst to me, attorneys for Daimerchrysler began court fraud in state.   They ambushed me in Sept



3/15

This is matter of national importance involve US Court appeals certified question to NYS Court of Appeals. I did not engage with FCA in state and got state disentangled from my affairs to preserve article III power in this matter. Article III is preserved as matter of law, and US Court of Appeals and not district court has exclusive jurisdiction in my matter 29 USC 1291. Under 28 USC 1291, certified question re: title II interference in state insurance regulation. Bond US US (2013) US Sup. Court

I incorporate the attachments as dockets of US 2nd Circuit as if stated herein.

For this appeal I challenge 11 USC 105 as unconstitutional as it applies to me. Within 60 days of June 13 2019, I will have amended notice of appeal. No frivilous process this time around is permitted by anyone claiming prejudice. The only one harmed for all these years is me and other victims who are harmed by this GUC stoli racket which is over. GUC may not exist and 10 billion legal slush to protect the assets of estate by hindering and harming victims under guise of bankruptcy is OVER.

Since Sept 2017, I have been harassed, harmed and intimidated by attorneys having nothing to do with me in state court as will be set forth to provide context of obstruction of justice in US CA 2nd circuit. There is NO sdny jurisdiction in this matter. I will file motion for certification as set forth in attached papers and so-mandated by US CA on Sept 26 2017.

I declared under laws of the United States and under penalty of perjury that all statements are true and accurate to best of my knowledge and information, and belief.

_____
Marianne O'Grady
Appellant
Case no. 17-1628 United States Court of Appeals 2nd circuit

28 USC 1651 } US 2nd circuit
28 USC 1291 } has appellate jurisdiction

Daimler Ag specialty: Irregular process for preclusion. This situation is typical, not atypical.

5/15

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of September, two thousand and seventeen,

Marianne OGrady,

    Plaintiff - Appellant,

v.

FCA US LLC,

    Defendant - Appellee,

Roseanne Piccirilli, Nicola Piccirilli, L&S Auto Repair Corp.,

    Defendants.

**ORDER**
Docket No: 17-1628

Appellant has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting December 19, 2017 as the brief and joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court



6/15

Case 17-1628, Document 56, 09/25/2017, 2132564, Page1 of 6

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

### PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE: Marianne OGrady v. FCA US LLC, Roseanne Picirilli, Nicola Piccirilli, L&S Auto Repair Inc. | USCA DOCKET NUMBER: 17-1628cv | APPELLANT: Marianne OGrady |
| | DISTRICT: S.D.N.Y. | APPELLANT'S ADDRESS: 83 E 236 St Bronx NY 10470 |
| | DISTRICT/AGENCY NUMBER: | APPELLANT'S PHONE NUMBER: 347-739-7036 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted for filing no later than **Dec 19 2017** (MM/DD/YYYY). This date is within 91 days of the later of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required filing date of my Form D-P with the Court.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal illness or family death, the Court will not grant a motion to extend the time to file a brief. Local Rule 27.1.(f)(1).

_____
Signature of Appellant/Petitioner

9/24/17                                    Marianne OGrady, pro Se
Date                                            Print Name

I refer to attached Statement B and Statement C as if fully set forth herein.

Rev. May, 2011

1/15

## STATEMENT B

### 1. DEFECT DOCKET NO. 37

On a April 21, 2017 deadline, I obtained permission from Judge Wood's chambers to fax her a written statement that day, in order to meet a deadline or otherwise provide oral statements in a hearing involving jargon-filled irrelevant bankruptcy process not docketed or made public, which due process precluded.

On April 21, 2017 I submitted by fax Docket 37 no. pages 1-3. The April 21 2017 date is recorded in part at the top of those pages.

On April 26, 2017 I submitted pages 4-16 of Doc. no. 37. The April 26, 2017 date is recorded in part at the top of those pages.

Both the April 21 2017 and the April 26, 2017 submissions are recorded as Doc no. 37 with a "File Date" of April 28 2017.

I am preparing a motion to District Court to re-enter those submissions as separate with dates which I filed them.

In the alternative, I seek to order clarify that the "File Date" is "District Court File Date".

### 2. DEFECT ORDER DOCKET NO. 38

Docket 38 order refers to an undefined term of "MTD"which I thought an error for "MTA".

The MTA is an extremely common term in the bankruptcy case 09-50002-smb. Of the tens of thousands of bankruptcy documents I have looked at, many refer to an "MTA", which refers to the April 30 2009 "Master Transaction Agreement" (" MTA " ). My district court papers and state pleadings refer to the MTA.

FCA repeatedly refers to an April 30 2009 MTA to disclaim liability, and that is fraud.



8/15

The "MTA" is not the June 10, 2009 Purchase Agrement. The MTA is a non-executory agreement involving non-party Fiat s.P.a. The non-controlling nominal member of the receivership entity on June 10 2009 is a DE-formed May 14 2009 shell entity called Fiat North America LLC ("FNA")

The MTA is non-executory. Exhibits to that MTA are as phony as the MTA.

Prior to July 12, 2017, out of an abundance of caution, I evaluated and ruled out filing the notice of appeal with the S.D.N.Y. bankruptcy court.

However, I recently discovered that "MTD" may have meant Motion to Dismiss, although it is undefined.

Within two weeks, I will have

(i) move in district court for clarification that "MTD" is "motion to dismiss" and then file notice of appeal with S.D.N.Y. Bankruptcy Court, or
(ii) move in district court to certify a direct appeal to the Court of Appeals of bankruptcy orders to join that appeal with this appeal. (I have no lesser rights of action, since on and after April 28 2017 — whatever bankruptcy order, plan or injunction, agreement, stipulation, or contract, which under federal interstate bankruptcy authority prohibits states'residents from exercising rights of action (free speech) in state court, perpetually and irrevocably grants an exclusive franchise, immunity, and privelege throughout the states to FCA US LLC but not to Ford or Toyota, and enjoins states from affording due process to residents.

Case 17-1628, Document 56, 09/25/2017, 2132564, Page4 of 6

### Statement C

### IMPORTANT OF THIS CASE - PUBLIC SAFETY

I state the following upon information and belief after reviewing tens of thousands of documents to understand how my case may be related in any way to a bankruptcy case. It not not.

This statement only explains how this matter is complex and important to the public at large.

This and other cases are made complex by FCA US LLC ("FCA") involved in a liability scam, FCA proclaims perpetual immunity from civil liability in states, while conducting business within states after June 10 2009. FCA may pretend there is federal controvery when none exists.

On Oct 11, 2016, I made allegations of FCA's own independent inactions, and deliberate indifference to public safety between June 10, 2009 to Oct 11, 2013 , giving rise to issues of liability, justice, representation of defendants - there is conflict of interest between manufacturer TARP Trustee and FCA as servicer/warrantor. FCA cannot serve as insurer of the manufacturer in this and other cases, due to "competing claims" to apportion compensatory damages.

FCA US LLC happened to acquire the brand name "jeep" from a bankruptcy estate on June 10, 2009. In 2009, a bankruptcy judge ordered transfer of estate's assets to other entity, free of creditors' liens but the creditors get proceeds of the estate sale.

The June 10, 2009 contract between seller, estate's creditors' trustees (as successor to creditors commitee), and buyer FCA was not docketed. A non-executory contract, "MTA" as of April 30, 2009 is pretended to be the purchase agreement. It is not.

The federal gov't paid $4 billion dollars (public contract) — $4 billion became transferred as TARP funding to GMAC in May 2009 and also federal funds became transferred to Chrysler LLC on Jan 2 2009. The TARP funds paid for the cost of service/warranty obligations. The

trusts' agreements were not docketed, and the assets of the remainder of the estate and $4 billion of federal funds vanished into secrecy.

FCA uses or gets reimbursed from the unknown TARP Fund Trustee after resolution of censored state complaints. Claims for compensatory and punitive damages against FCA for its own post-June 10 2009 wrongdoing get removed via threats of or else false federal bankruptcy court proceedings.

Wrongdoing claims compete with the claims giving rise to the TARP-Funded and Entrusted compensatory damages for defects which relate back to date-of-manufacture of product.

This is a grave matter of public concern because FCA hinders and obstructs justice in different states, by playing its bankruptcy three-card monte game upon the fed. and states' courts, if plaintiffs do not remove claims for compensatory and punitive damages which are based upon claims of FCA's own independent liability for its own wrongdoing.

On Nov. 22, 2016, I was threatened with contempt of court proceedings before the U.S.A. court. I offered to remove claims or entire complaint without prejudice. The deal was - get brought before the court of the United States of America for defying final order or remove with my claims with prejudice. That is censorship, and I said no.

This involves censorship, fraud, obstruction of justice, and interference with state sovereignty, in violation of my and other state citizens' rights of due process and equal protection of the laws. Those who make allegations about Ford or Toyota have more rights in this country than those who make similar claims against FCA.

On Nov. 23 2016, I got served with 318 pages of jargon filled papers on with the words "Defendants Demand Trial by Jury" I thought I was being indicted by a grand jury of the federal gov't.

I and the public is endangered and at risk of irreparable harm in this scam. There are other cases which I will soon provide for judicial notice. This is not an isolated event.



11/15

Case 17-1628, Document 56, 09/25/2017, 2132564, Page6 of 6

FCA entangles me and other state litigants into false bankruptcy megacase. In bankruptcy court, or district court, it is impossible to disentangle from false litigation without harm. The bankruptcy dockets are fraudulent, the SEC filings are fraudulent, and there is grave danger to the public as this continues.

FCA acts brazenly, illegally, arrogantly, and with impunity with such degree of illegality, it is incomprehensible to believe.

I will make some brief judicial notice motions, no more than a few pages each, and each one seeks judicial notice of one small point (e.g. please take judicial notice of false SEC filing - the Master Transaction Agrement filed with the SEC is false, please compare these two documents, to see one page removed), etc.

After a few motions for judicial notice, the Court of Appeals may understand the dangers to the public at large, and harm to the states throughout the nation, state residents, and the federal gov't.

On and after Oct 11, 2016, New York State had exclusive jurisdiction in this non-bankruptcy civil proceeding which FCA falsely removed from state court. Due to threats to state residents, I preemptively pled against false bankruptcy removal, and my complaint is prima facie evidence how my state complaint could not have been interfered with. Until this matter is resolved by the federal gov't, my rights and state soverignty are impaired, interfered with and violated.

There is an unknown Litigation Manager who serves as "special bankruptcy counsel" in this fraud upon federal and state courts. The TARP Fund Trustee looks the other way.



12/15

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: OGrady v. FCA US LLC    Docket No.: 17-1628

Lead Counsel of Record (name/firm) or Pro se Party (name): Marianne OGrady, pro se

Appearance for (party/designation): Marianne OGrady, pro se

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect.    Please change the following parties' designations:
    Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Marianne OGrady
Firm: pro se
Address: 83 E 236 St Bronx NY 10470
Telephone: 347-739-7036    Fax: _____
Email: marianne_ogrady@hotmail.com

### RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously.    The short title, docket number, and citation are: _____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: see Attachment B

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR    *OGrady* (signature)
Signature of pro se litigant: _____
Type or Print Name: Marianne OGrady
[✓] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.


13/15

Attachment B

In re Johns-Manville Corp.    Second Circuit Docket no. 06-2099-bk

"The orders must be read to conform with court's jurisdiction. The claims were not derivative of Manville's liability, but instead, the claims sought to recover from Travelers for its own alleged misconduct. Bankruptcy court had no jurisidction to enjoin those state court actions."

In re Motors Liquidation Co.   Second Circuit Docket no. 15-2844-bk

"The Code allows a § 363 sale 'free and clear of any interest in such property.' 11 U.S.C. § 363(f)…whether New GM may use the Sale Order's 'free and clear' provision to shield itself from claims primarily arising out of …[old GM's] defects…

a bankruptcy court may approve a § 363 sale 'free and clear' of successor liability claims if those claims flow from the debtor's ownership of the sold assets. Such a claim must arise from a (1) right to payment (2) that arose before the filing of the petition or resulted from pre-petition conduct fairly giving rise to the claim. Further, there must be some contact or relationship between the debtor and the claimant such that the claimant is identifiable…

the independent claims do not meet the Code's limitation on claims…independent claims are claims based on New GM's own post-closing wrongful conduct…These sorts of claims…are not claims that are based on a right to payment that arose before the filing of petition or that are based on pre-petition conduct. Thus, these claims are outside the scope of the Sale Order's 'free and clear' provision…

the Sale Order likewise does not cover the Used Car Purchasers' claims. The Used Car Purchasers were individuals who purchased Old GM cars after the closing, without knowledge of the defect…They had no relation with Old GM prior to bankruptcy…We cannot, consistent with bankruptcy law, read the Sale Order to cover their claims. See Chateaugay I, 944 F.2d at 1003-04 (calling such a reading 'absurd').

New GM argues that 'modifying' the Sale Order would 'knock the props out of the foundation on which the [Sale Order] was based… But we do not modify the Sale Order. Instead, we merely interpret the Sale Order in accordance with bankruptcy law."

In re Chrysler LLC Second Circuit Docket no. 09-2311-bk.

*to my prejudice & inability to explain to USCt 2d cir.*

2017 and continued relentlessly from then until about May 2019, at which point I terminated informal attempts to resolve matter. I hold nothing against other attorneys who have harmed me. I need to focus on task of federal matter.

The United States is party to my action, 49 USC 30120A, NYS CPLR §§1501, 1502. There are 60 days from June 13 2019 in which I may file or amend notice appeal, and I will do so NO SOONER than that date. This is ambush of Daimler AG hiding in GM, in same manner it hides in New York state court in 23913-2015E without jurisdiction *Bronx Co.*. It is a chameleon, it ambushes, its arrogant, and engaged in criminal conduct, including obstruction of federal investigation and justice.

Since discovery of Daimler AG hiding in GM in name of INDIANA STATE POLICE PENSION TRUST, INDIANA STATE TEACHERS RETIREMENT FUND, INDIANA MAJOR MOVES CONSTRUCTION FUND in GM 9019 "global agrement" which did not need judicial approval. It needs transfer its manufactured debt it carries in fairy tale of yet another chameleon change of form in financial fraud.

Daimer-Benz AG or its German affiliate (either as "Daimler" as context requires) switches/ressurects dissolved entities which are the real survivors of mergers. Daimler reuses entities for debt "saved" within dissolved entity which secretly emerges during concealment of time. Daimler is magician to disperse debt over time or place and uses bankruptcy shell game mergers of entities into and with other entity. *↓ figure of speech*

On or around May 25 2009, a merger of two new entities occurred, one affiliated with Chrysler LLC. The dissolved entity in this time appears to be in all likilihood FCA Minority LLC formed in Delaware in 2009. Its trackable in financial filings. Daimler's secret survivor purports to "emerge" after dissolution into and with one of the bankrupt entities. While shielded in secrecy bankruptcy process, the invisible ressurrected entity flutters out of bankruptcy with as much debt as Daimler desires. Daimler then uses this fairy tale in its next change shield by yet another "Final" order.

*↓ figure of speech*

I challenge Martin Glenn's authority in any matter other than in-rem creditors- debtor transaction. There is nothing for Hon Glenn to decide. The US funds are public funds which belong to US subject to audit of Congress which has sole authority for the govt away for public benefit. Whatever Thatcher Profitt is involved in or Eric Fisher is subject typical audit.

There are billioins about to be "stole" or "assisted theft" of billion of US public funds. Gonzalez is unqualified as monitor of any money stolen in 2009 and 2010.

The rabbi trust fund is deferred compensation of former directors and employees and professionals of Daimlerchrysler corp. None of them get one penny for bankruptcy heist of billions, unless approved by Congress as required by US Constitution. I have standing under False Claim Act to assert rights of US govt, and I do so for no bounty to prevent further harm to public in this stoli racket/

Daimlerchrysler corp is part of conglomerate Fiat Chrysler N.V. in SEC filings. UK and Germany and EU must be notified of proceedings with opportunity to intervene. International fraud is fraud. Daimlerchysler corp in ghoulish scheme is forcing victims to be stockholders as if autotrust stands in shoes of victims. It ghoulish and it is Daimlerchrylser which has in rem interest in victims, not vice versa. Daimlerchrysler obstructs even driver insurance coverage in NYS and obstruct court process as appear with money bags of Stolen TARP funds, as Christmas time special master in Bronx, as nightmarish situation is imposed upon me, as I flee from I dont know, but its Freddie Cruger as DOJ special master hiding and chasing me through halls of Bronx, the situation is klafasque and will be set forth in detail.

*↓ figure of speech but terrifying ordeal of harm of GUC*        *figure of speech to characterize GUC*

14/15

"Article III of the Constitution limits the judicial power of the United States to the resolution of 'cases' and 'controversies.' U.S. Const. art. III, § 2. This limitation is effectuated in part through the requirement of standing."

Summer 2017
harassed by frivilous process, deceit, concealment, fraud.

Sept 7 2017
ambush

Sept 8 2017
ambush

Sept 8 2017 to Jan 15 2018
relentless attacks

Dec 20, 2017
I file 300+ page appendix in USCA 2nd Circuit re: attorneys with fake names, fake clients. I cannot explain what is happening but docket the story

15/15