**HEARING DATE AND TIME: AUGUST 5, 2019 at 2:pm. (Eastern Time)**
**Objection Deadline: JULY 29, 2019 at 4:00 p.m. (Eastern Time)**

JUL 26 2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

In Re:

MOTOR LIQUIDATION COMPANY, f/k/a                    Chapter 11
GENERAL MOTORS CORPORATION, et al,                  Case No. 09-50026 (MG)

                                                    Adversary proceedings
                                                    Case No. 09-00504 (MG)

-------------------------------------------------------------------

Judge Martin Green,

      No further objections at this time and I do feel that the disbursements should be
overseen and approved.  I read that the ATT has sent out notification for address and tax
information. My question is what happens if it hasn't been received  an what is the deadline
for them receiving it, the pamphlet stated 60 days but from which actual date?

Cheryl Renee England
205-283-5834
redharley44@gmail.com



RECE...
JUL 26 2019
U.S. BANKRUPTCY COURT SDNY