**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss:
COUNTY OF NEW YORK  )

Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On July 29, 2019, I caused to be served copies of the **Objection and Reservation of Rights of General Motors LLC with Respect to Motion of Avoidance Action Trust for Entry of an Order Approving the Proposed Distribution Plan** on the persons set forth on the attached service list.

3. I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent in the manner shown thereon; as well as on all parties of interest via the Court's electronic case filing system.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
30th day of July, 2019

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
My Commission Expires December 21, 2022

**SERVICE LIST**

**By Electronic Mail (Email)**

anne@hilliardshadowenlaw.com; ASteinberg@KSLAW.com; asynnott@paulweiss.com; bobh@hmglawfirm.com; carrie@hbsslaw.com; Clay.Pierce@dbr.com; conor.tully@fticonsulting.com; dgolden@akingump.com; djnewman@akingump.com; ecabraser@lchb.com; esserman@sbep-law.com; gfox@goodwinlaw.com; hsnovikoff@wlrk.com; jjudd@andrewsmyers.com; jkane@akingump.com; jwoodson@akingump.com; kashley@hmglawfirm.com; kkimpler@paulweiss.com; Kgoing@mwe.com; LAKers@hmglawfirm.com; lauren@hmglawfirm.com; ldobson@thomasjhenrylaw.com; lnorman@andrewsmyers.com; lpaniszczyn@thomasjhenrylaw.com; Marita.Erbeck@dbr.com; mjedelman@vedderprice.com; mschein@vedderprice.com; nick@hbsslaw.com; pbasta@paulweiss.com; rgeman@lchb.com; rudyg@hmglawfirm.com; sdavidson@kslaw.com; sean@hbsslaw.com; SHarnett@paulweiss.com; steve@hbsslaw.com; tjh@thomasjhenrylaw.com; wweintraub@goodwinlaw.com; KAulet@brownrudnick.com; ACunningham@brownrudnick.com; jcunningham@brownrudnick.com; jforster@brownrudnick.com; SJason@brownrudnick.com; JMeyers@brownrudnick.com; hsteel@brownrudnick.com; eweisfelner@brownrudnick.com; asivakumar@brownrudnick.com; ANofzinger@paulweiss.com; sjames@paulweiss.com; mtsukerman@coleschotz.com; dyoungblut@paulweiss.com; efisher@binderschwartz.com; nbinder@binderschwartz.com; lbush@binderschwarts.com; lhandelsman@binderschwartz.com

**By Federal Express**

Erik Rosenfeld
United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

William K. Harrington
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street
Room 1006
New York, NY  10014