**BROWN RUDNICK LLP**
Edward S. Weisfelner
7 Times Square
New York, NY 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION**
Sander L. Esserman
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (admitted pro hac vice)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: 206-623-7292
steve@hbsslaw.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                           :    Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., et al.,                   :
                                                              :
                                        Debtors.              :    (Jointly Administered)
---------------------------------------------------------------X

## THE ECONOMIC LOSS PLAINTIFFS' JOINDER TO GENERAL MOTORS LLC'S REQUEST FOR ADJOURNMENT OF HEARING

To: The Honorable Martin Glenn, United States Bankruptcy Judge:

The Ignition Switch Plaintiffs[1] and certain Non-Ignition Switch Plaintiffs[2] (together, the "**Economic Loss Plaintiffs**") hereby join (the "**Joinder**") in the Request for Adjournment of Hearing set forth in paragraph 36 of the *Objection and Reservation of Rights of General Motors LLC with Respect to Motion of Avoidance Action Trust for Entry of an Order Approving the Proposed Distribution Plan*, dated July 29, 2019 [ECF No. 14572] (the "**New GM Objection**") and respectfully state as follows:

1. By this Joinder, the Economic Loss Plaintiffs hereby join the request set forth in paragraph 36 of the New GM Objection to adjourn the hearing on the AAT Distribution Motion[3] from August 5, 2019 at 2:00 p.m. to August 12, 2019 at 10:00 a.m., or at a later time, to be heard at the same time as the GUC Trust Distribution Motion.[4]

2. The adjournment is requested to allow the AAT Distribution Motion and the GUC Trust Distribution Motion to be heard at the same time given the substantial overlap of issues raised by these Motions. Further, Co-Lead Counsel will be attending a MDL status conference before Judge Furman on August 15, 2019 at 9:30 a.m. Accordingly, the Economic Loss Plaintiffs further request that, if at all possible, the hearing on the Motions take place in the

---

[1] The term "**Ignition Switch Plaintiffs**" shall mean those plaintiffs asserting economic loss claims or persons suffering economic losses who, prior to July 10, 2009, owned or leased a vehicle with an ignition switch defect included in Recall No. 14V-047 (the "**Ignition Switch Defect**").

[2] The term "**Non-Ignition Switch Plaintiffs**" shall mean those plaintiffs asserting economic loss claims or persons suffering economic losses who, prior to July 10, 2009, owned or leased a vehicle with defects in ignition switches, side airbags or power steering included in Recall Nos. 14V-355, 14V-394, 14V-400, 14V-118 and 14V-153.

[3] *Motion of Motors Liquidation Company Avoidance Action Trust for Entry of an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020 Approving the Distribution Plan to the Avoidance Action Trust's Beneficiaries*, dated July 8, 2019 [ECF No. 14552] (the "**AAT Distribution Motion**").

[4] *Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order (A) Authorizing the Expedited Payment of Excess GUC Distributable Assets Pursuant to Section 5.4 of the GUC Trust Agreement, and (B) Approving such Distribution as an Appropriate Exercise of the GUC Trust Administrator's Rights, Powers and/or Privileges Pursuant to Section 8.1(e) of the GUC Trust Agreement*, dated July 23, 2019 [ECF No. 14565] (the "**GUC Trust Distribution Motion**," together with the AAT Distribution Motion, the "**Motions**").

2

afternoon of August 15, 2019 to accommodate travel schedules for out of town Co-Lead Counsel.

Dated: July 30, 2019
      New York, New York

Respectfully submitted,

 */s/ Edward S. Weisfelner*
Edward S. Weisfelner
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, A PROFESSIONAL CORPORATION
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

Steve W. Berman (admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: 206-623-7292
steve@hbsslaw.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 414-956-1000
ecabraser@lchb.com

*Co-Lead Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the MDL Court*