## EXHIBIT B

MLC GUC Trust
Wind-Down
Actual vs. Approved Budget Report
($ in thousands)

| | | Apr - Jun 2019 Actual (1) | Apr - Jun 2019 Budget (2) | Actual o(u) Budget $ | % | Notes |
|---|---|---|---|---|---|---|
| 1 | AlixPartners | $ 64.3 | $ 50.0 | $ 14.3 | 29% | Increased expenses related to review and update of claims register. |
| 2 | ADR | 0.0 | 5.0 | (5.0) | 0% | |
| 3 | **Total Professional Fees** | **$ 64.3** | **$ 55.0** | **$ 9.3** | **17%** | |
| 4 | Garden City Group | $ 38.6 | $ 28.0 | $ 10.6 | 38% | Greater than anticipated noticing expenses associated with the AAT settlement. |
| 5 | GUC Trustee Fees - Wilmington | 355.1 | 357.7 | (2.6) | (1%) | |
| 6 | GUC Trustee Legal-Drinker | 208.5 | 375.0 | (166.5) | (44%) | Lower than forecasted fees associated with wind down expenses. |
| 7 | Trust Counsel (Drinker) (Recall Matters) | 259.8 | 750.0 | (490.2) | (65%) | Lower than forecasted fees as a result of little activity on the Ignition Switch matter. |
| 8 | Monitoring Fees | 202.8 | 204.0 | (1.2) | (1%) | |
| 9 | Acctg & Tax Advisors | 130.2 | 190.0 | (59.8) | (31%) | Lower than anticipated fees related to tax and accounting advisors. |
| 10 | US Trustee Fees | 29.9 | 13.0 | 16.9 | 130% | Total of fees paid during the quarter exceeded forecast amount. |
| 11 | Insurance Expense - Wind Down | 62.1 | 57.0 | 5.1 | 9% | |
| 12 | **Total Other Costs** | **$ 1,287.0** | **$ 1,974.7** | **$ (687.7)** | **(35%)** | |
| 13 | Contingency | 0.0 | 500.0 | (500.0) | 0% | |
| 14 | **Total GUC Trust Expenses** | **$ 1,351.3** | **$ 2,529.7** | **($1,178.4)** | **(47%)** | |

(1) Reflective of expenses incurred and accrued for work performed during the 3 months ended June 30, 2019. Excludes any true-up from reversal of prior quarter accruals.
(2) Per 8-K filed December 1, 2018