Edward S. Weisfelner
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                            :    Case No.: 09-50026 (MG)
          f/k/a General Motors Corp., et al.,                  :
                                                               :
                           Debtors.                            :    (Jointly Administered)
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF ONTARIO           )

1. Carol S. Ennis, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Canandaigua, New York.

2. On the 29th day of July, 2019, I caused to be served a true and correct copy of *The Economic Loss Plaintiffs' Omnibus Objection to (i) Motion of Motors Liquidation Company Avoidance Action Trust for an Order Approving the Distribution Plan; (ii) Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Authorizing the Expedited Payment of Excess GUC Distributable Assets; and (iii) Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Authorizing the Expedited Distribution to Holders of 502(h) Claims* [ECF No. 14571] (the "Omnibus Objection") by filing through the Court's CM/ECF

system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3. On the 29th day of July, I also caused to be served a true and correct copy of the Omnibus Objection by electronic mail upon the parties listed on Exhibit A and by overnight mail on the party listed on Exhibit B.

_____
Carol S. Ennis

Sworn to before me this
30th day of July, 2019.

_____
Notary Public, State of New York

ALAYNA RUFFALO
Notary Public, State of New York
Ontario County Reg. #01RU6317771
Commission Expires 01/12/23

**EXHIBIT A**

anne@hilliardshadowenlaw.com
arwolf@wlrk.com
ASteinberg@KSLAW.com
bobh@hmglawfirm.com
carrie@hbsslaw.com
Clay.Pierce@dbr.com
clwilson@jonesday.com
conor.tully@fticonsulting.com
dgolden@akingump.com
djnewman@akingump.com
ecabraser@lchb.com
efisher@binderschwartz.com
esserman@sbep-law.com
gfox@goodwinlaw.com
hsnovikoff@wlrk.com
jcallagy@kelleydrye.com
jjudd@andrewsmyers.com
jkane@akingump.com
jmonzione@paulweiss.com
jwoodson@akingump.com
kashley@hmglawfirm.com
Kgoing@mwe.com
LAKers@hmglawfirm.com
lauren@hmglawfirm.com
lbush@binderschwartz.com
ldobson@thomasjhenrylaw.com
lhandelsman@binderschwartz.com
lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com
Marita.Erbeck@dbr.com
mjedelman@vedderprice.com
mkrolewski@kelleydrye.com
mschein@vedderprice.com
mtsukerman@coleschotz.com
mwolinsky@wlrk.com
nbinder@binderschwartz.com
nick@hbsslaw.com
npanarella@kelleydrye.com

anne@hilliardshadowenlaw.com
arwolf@wlrk.com
ASteinberg@KSLAW.com
bobh@hmglawfirm.com
carrie@hbsslaw.com
Clay.Pierce@dbr.com
clwilson@jonesday.com
conor.tully@fticonsulting.com
dgolden@akingump.com
djnewman@akingump.com
ecabraser@lchb.com
efisher@binderschwartz.com
esserman@sbep-law.com
gfox@goodwinlaw.com
hsnovikoff@wlrk.com
jcallagy@kelleydrye.com
jjudd@andrewsmyers.com
jkane@akingump.com
jmonzione@paulweiss.com
jwoodson@akingump.com
kashley@hmglawfirm.com
Kgoing@mwe.com
LAKers@hmglawfirm.com
lauren@hmglawfirm.com
lbush@binderschwartz.com
ldobson@thomasjhenrylaw.com
lhandelsman@binderschwartz.com
lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com
Marita.Erbeck@dbr.com
mjedelman@vedderprice.com
mkrolewski@kelleydrye.com
mschein@vedderprice.com
mtsukerman@coleschotz.com
mwolinsky@wlrk.com
nbinder@binderschwartz.com
nick@hbsslaw.com
npanarella@kelleydrye.com

rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
sean@hbsslaw.com
steve@hbsslaw.com
tjh@thomasjhenrylaw.com
wweintraub@goodwinlaw.com

rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
sean@hbsslaw.com
steve@hbsslaw.com
tjh@thomasjhenrylaw.com
wweintraub@goodwinlaw.com

**EXHIBIT B**

Office of the United States Trustee
for the Southern District of New York
Attn: William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014