Edward S. Weisfelner
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com

*Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
In re:                                                     :   Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                        :   Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., et al.,                :
:
                          Debtors.                           :   (Jointly Administered)
-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK           )
                              ) ss.:
COUNTY OF ONTARIO           )

1. Carol S. Ennis, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Canandaigua, New York.

2. On the 30th day of July, 2019, I caused to be served a true and correct copy of *The Economic Loss Plaintiffs' Joinder to General Motors LLC's Request for Adjournment of Hearing* [ECF No. 14575] (the "Joinder") by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

3. On the 30th day of July, I also caused to be served a true and correct copy of the Joinder by electronic mail upon the parties listed on Exhibit A and by overnight mail on the party listed on Exhibit B.

_____
Carol S. Ennis

Sworn to before me this
31st day of July, 2019.

_____
Notary Public, State of New York

ALAYNA RUFFALO
Notary Public, State of New York
Ontario County Reg. #01RU6317771
Commission Expires 01/12/23

**EXHIBIT A**

| | |
|---|---|
| anne@hilliardshadowenlaw.com | anne@hilliardshadowenlaw.com |
| anofzinger@paulweiss.com | anofzinger@paulweiss.com |
| arwolf@wlrk.com | arwolf@wlrk.com |
| ASteinberg@KSLAW.com | ASteinberg@KSLAW.com |
| asynnott@paulweiss.com | asynnott@paulweiss.com |
| bobh@hmglawfirm.com | bobh@hmglawfirm.com |
| carrie@hbsslaw.com | carrie@hbsslaw.com |
| Clay.Pierce@dbr.com | Clay.Pierce@dbr.com |
| clwilson@jonesday.com | clwilson@jonesday.com |
| conor.tully@fticonsulting.com | conor.tully@fticonsulting.com |
| dgolden@akingump.com | dgolden@akingump.com |
| djnewman@akingump.com | djnewman@akingump.com |
| dyoungblut@paulweiss.com | dyoungblut@paulweiss.com |
| ecabraser@lchb.com | ecabraser@lchb.com |
| efisher@binderschwartz.com | efisher@binderschwartz.com |
| esserman@sbep-law.com | esserman@sbep-law.com |
| gfox@goodwinlaw.com | gfox@goodwinlaw.com |
| hsnovikoff@wlrk.com | hsnovikoff@wlrk.com |
| jcallagy@kelleydrye.com | jcallagy@kelleydrye.com |
| jjudd@andrewsmyers.com | jjudd@andrewsmyers.com |
| jkane@akingump.com | jkane@akingump.com |
| jmonzione@paulweiss.com | jmonzione@paulweiss.com |
| jwoodson@akingump.com | jwoodson@akingump.com |
| kashley@hmglawfirm.com | kashley@hmglawfirm.com |
| Kgoing@mwe.com | Kgoing@mwe.com |
| kkimpler@paulweiss.com | kkimpler@paulweiss.com |
| LAKers@hmglawfirm.com | LAKers@hmglawfirm.com |
| lauren@hmglawfirm.com | lauren@hmglawfirm.com |
| lbush@binderschwartz.com | lbush@binderschwartz.com |
| ldobson@thomasjhenrylaw.com | ldobson@thomasjhenrylaw.com |
| lhandelsman@binderschwartz.com | lhandelsman@binderschwartz.com |
| lnorman@andrewsmyers.com | lnorman@andrewsmyers.com |
| lpaniszczyn@thomasjhenrylaw.com | lpaniszczyn@thomasjhenrylaw.com |
| Marita.Erbeck@dbr.com | Marita.Erbeck@dbr.com |
| mjedelman@vedderprice.com | mjedelman@vedderprice.com |
| mkrolewski@kelleydrye.com | mkrolewski@kelleydrye.com |
| mschein@vedderprice.com | mschein@vedderprice.com |
| mtsukerman@coleschotz.com | mtsukerman@coleschotz.com |

mwolinsky@wlrk.com
nbinder@binderschwartz.com
nick@hbsslaw.com
npanarella@kelleydrye.com
pbasta@paulweiss.com
rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
sean@hbsslaw.com
sharnett@paulweiss.com
sjames@paulweiss.com
steve@hbsslaw.com
tjh@thomasjhenrylaw.com
wweintraub@goodwinlaw.com

mwolinsky@wlrk.com
nbinder@binderschwartz.com
nick@hbsslaw.com
npanarella@kelleydrye.com
pbasta@paulweiss.com
rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
sean@hbsslaw.com
sharnett@paulweiss.com
sjames@paulweiss.com
steve@hbsslaw.com
tjh@thomasjhenrylaw.com
wweintraub@goodwinlaw.com

**EXHIBIT B**

Office of the United States Trustee
for the Southern District of New York
Attn: William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014