

Eric B. Fisher
Binder & Schwartz LLP
366 Madison Avenue 6th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

August 1, 2019

**By ECF and Email**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   *In re Motors Liquidation Company, et al.,* Case No. 09-50026 (MG)

Dear Judge Glenn:

  We write on behalf of the Motors Liquidation Company Avoidance Action Trust (the "AAT") concerning the upcoming hearing on the AAT's motion for approval of its distribution plan (ECF No. 14552) (the "AAT Motion"). The hearing on the AAT Motion was originally scheduled for August 5, 2019 and was then adjourned by the Court to August 12, 2019. The AAT respectfully requests that the hearing proceed as currently scheduled.

  Without consulting with the AAT, the Economic Loss Plaintiffs have asked the Court to adjourn the hearing on the AAT Motion to August 15, 2019 (ECF No. 14575), and New GM has asked the Court to adjourn the hearing to August 16, 2019 or the week of August 19, 2019 (ECF No. 14581). Neither Mr. Weisfelner nor Mr. Basta suggests that they are unavailable to attend the hearing if it remains as scheduled on August 12. We have consulted with counsel for the GUC Trust, and the GUC Trust's counsel is also available for the August 12 hearing. (In the event that the hearing is further adjourned, I note for the Court's consideration that I am scheduled to be out of the country from August 13 through August 21, 2019.)

  Accordingly, we respectfully request that the hearing on the AAT Motion proceed on August 12, 2019.

           Respectfully,

           /s/ Eric B. Fisher
           Eric B. Fisher

cc:   Counsel of Record (by ECF and email)