**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> MOTORS LIQUIDATION COMPANY, *et al.*, <br><br> Debtors. | Chapter 11 Case <br><br> Case No. 09-50026 (MG) <br><br> (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, <br><br> Plaintiff, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., *et al.*, | Adversary Proceeding <br><br> Case No. 09-00504 (MG) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

I, Bridget Dalton, being duly sworn, deposes and says:

1. I am employed as a paralegal by Binder & Schwartz, LLP, located at 366 Madison Avenue, 6th Floor, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 31, 2019, I served Cheryl Renee England with the "Notice of Adjournment of Hearing on Motion of Motors Liquidation Company Avoidance Action Trust for Entry of an Order Approving the Distribution Plan to the Avoidance Action Trusts Beneficiaries," dated July 30, 2019 [Docket No. 14577], by causing a true and correct copy to be delivered by Federal Express First Overnight mail to the address previously provided by Ms. England to the Court: Chreyl Renee England, 717 Clevet Springs Road, Hayden, AL 35079.

_[signature]_
Bridget Dalton

Sworn to before me this 1st day of
August, 2019

_[signature: Lindsay A. Bush]_

LINDSAY A BUSH
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02BU6126284
COMMISSION EXPIRES 05/02/~~2017~~ 2021