UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Motors Liquidation Company, f/k/a | : |
| General Motors Corporation, et al., | : Case No. 09-50026-MG |
| | : |
| Debtor(s) | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **CERTIFICATE OF SERVICE**

I served a conformed copy of the following:

    \* Order Denying Robert Cardew any Relief (ECF Doc. #14588)

By First Class mail, postage paid, addressed to:

    \* Robert Cardew
      82-C-0739
      Five Points Correctional Facility
      6600 State Route 96, P.O. Box 119
      Romulus, New York 14541-0119

Dated: New York, New York
      August 6, 2019

                                                          Vito Genna
                                                          Clerk of Court

                                                          By:\_\_\_\_/s/Deanna Anderson\_
                                                                Courtroom Deputy