**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss:
COUNTY OF NEW YORK  )

Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On August 5, 2019, I caused to be served copies of **Objection of General Motors LLC to GUC Trust Distribution Motion o**n the persons set forth on the attached service list.

3. I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent and in the manner shown thereon, as well as on all parties of interest via the Court's electronic case filing system.

                                                            /s/ Joseph Monzione
                                                              Joseph Monzione

Sworn to before me this
6th day of August, 2019

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
My Commission Expires December 21, 2022

# SERVICE LIST

### By Electronic Mail (Email)

anne@hilliardshadowenlaw.com; ASteinberg@KSLAW.com; asynnott@paulweiss.com; bobh@hmglawfirm.com; carrie@hbsslaw.com; Clay.Pierce@dbr.com; conor.tully@fticonsulting.com; dgolden@akingump.com; djnewman@akingump.com; ecabraser@lchb.com; esserman@sbep-law.com; gfox@goodwinlaw.com; hsnovikoff@wlrk.com; jjudd@andrewsmyers.com; jkane@akingump.com; jwoodson@akingump.com; kashley@hmglawfirm.com; kkimpler@paulweiss.com; Kgoing@mwe.com; LAKers@hmglawfirm.com; lauren@hmglawfirm.com; ldobson@thomasjhenrylaw.com; lnorman@andrewsmyers.com; lpaniszczyn@thomasjhenrylaw.com; Marita.Erbeck@dbr.com; mjedelman@vedderprice.com; mschein@vedderprice.com; nick@hbsslaw.com; pbasta@paulweiss.com; rgeman@lchb.com; rudyg@hmglawfirm.com; sdavidson@kslaw.com; sean@hbsslaw.com; SHarnett@paulweiss.com; steve@hbsslaw.com; tjh@thomasjhenrylaw.com; wweintraub@goodwinlaw.com; KAulet@brownrudnick.com; ACunningham@brownrudnick.com; jcunningham@brownrudnick.com; jforster@brownrudnick.com; SJason@brownrudnick.com; JMeyers@brownrudnick.com; hsteel@brownrudnick.com; eweisfelner@brownrudnick.com; asivakumar@brownrudnick.com; ANofzinger@paulweiss.com; sjames@paulweiss.com; mtsukerman@coleschotz.com; dyoungblut@paulweiss.com; efisher@binderschwartz.com; nbinder@binderschwartz.com; lbush@binderschwartz.com; lhandelsman@binderschwartz.com

### By Hand Delivery

William K. Harrington
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street
Room 1006
New York, NY 10014

### By Federal Express

United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Erik Rosenfeld