**HEARING DATE AND TIME: AUGUST 12, 2019 at 10:pm. (Eastern Time)**
Objection Deadline: AUGUST 5, 2019 at 4:00 p.m. (Eastern Time)
Doc 14565

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

In Re:

MOTOR LIQUIDATION COMPANY, et al f/k/a                Chapter 11
GENERAL MOTORS CORPORATION, et al,                    Case No. 09-50026 (MG)

-----------------------------------------------------------------

Honorable Martin Green,

I don't feel there should be a rush on any payouts,
1) When there is a rush on anything that leads to mistakes,
2) If the money is an account that draws interest then that means more money to distribute. If the money sits for two months say at 4% interest that's more to help someone.
3) I still feel the money should be monitored by the courts.

I realize I am the low woman on the pole and probably won't receive a dime but I still don't feel it should be rushed for everyone's benefit. I realize this case has been going on for years I don't think two more months will make a difference.

Thank you for everything you are doing.

Cheryl Renee England
717 Clevet Springs Road
Hayden, AL 35079
205-283-5834



