# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 8/7/2019 |
| Case: 09−50026−mg | Form ID: tranapl | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr     Marianne Ogrady     83 East 236 Street     Bronx, NY 10470
aty     Neil S. Binder     Richchards Kibbe & Orbe LLP     One World Financial Center     29th Floor     New York, NY 10281

TOTAL: 2