**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (MG) |
| Debtors. | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | Adversary Proceeding |
| | Case No. 09-00504 (MG) |
| Plaintiff, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Rachel Campbell, being duly sworn, deposes and says:

1. I am employed as a paralegal by Binder & Schwartz, LLP, located at 366 Madison Avenue, 6th Floor, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 9, 2019 I served Cheryl Renee England with the "Motors Liquidation Company Avoidance Action Trust's Omnibus Response to Objections to Motion to Approve Distribution Plan to the AAT's Beneficiaries," dated August 9, 2019 [Docket No. 14598], by causing a true and correct copy to be delivered by Federal Express First Overnight mail (Saturday Delivery) to the address previously provided by Ms. England to the Court: Cheryl Renee England, 717 Clevet Springs Road, Hayden, Alabama 35079.

*[signature]*
Rachel Campbell

Sworn to before me this 9th day of August, 2019

*[signature]*

BRIDGET M. DALTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DA6382728
Qualified in Bronx County
My Commission Expires 10-29-2022