**McDermott Will & Emery LLP**
340 Madison Ave.
New York, New York 10173-1922
Telephone: (212) 547-5429
Facsimile: (212) 547-5444
E-mail: kgoing@mwe.com
Kristin K. Going

*Attorney for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11** |
|  | : |  |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (MG)** |
| **f/k/a General Motors Corp.,** *et al.* | : |  |
|  | : | **(Jointly Administered)** |
|  | : |  |
| **Debtors.** | : |  |

-----------------------------------------------------------------x

**AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON AUGUST 12, 2019 AT 10:00 A.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 523, One Bowling Green, New York, NY 10004-1408

I.    **CONTESTED MATTERS**

1.    Motion of Motors Liquidation Company Avoidance Action Trust for Entry of an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020 Approving the Distribution Plan to the Avoidance Action Trust's Beneficiaries **(ECF 14552)**.

Responses Filed:

A.    Response to Motion filed by Pro Se Individual Cheryl Renee England **(ECF 14570)**.

B.    The Economic Loss Plaintiffs' Omnibus Objection to (I) Motion of Motors Liquidation Company Avoidance Action Trust for an Order Approving the Distribution Plan; (II) Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Authorizing the Expedited Payment of

Excess GUC Distributable Assets; and (III) Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Authorizing the Expedited Distribution to Holders of 502(h) Claims **(ECF 14571)**.

C.    Objection and Reservation of Rights of General Motors LLC with Respect to Motion of Avoidance Action Trust for Entry of an Order Approving the Proposed Distribution Plan **(ECF 14572)**.

Replies Filed:

A.    Joinder of Debtor-in-Possession Lenders United States Department of the Treasury and Export Development Canada in Motion of Motors Liquidation Co. Avoidance Action Trust for Entry of an Order Approving Distribution Plan to the Avoidance Action Trust's Beneficiaries, and DIP Lenders' Response to Objections to That Motion **(ECF 14597)**.

B.    Motors Liquidation Company Avoidance Action Trust's Omnibus Response to Objections to Motion for Entry of an Order Approving the Distribution Plan to the Avoidance Action Trust's Beneficiaries **(ECF 14598)**.

Additional Documents:

A.    The Economic Loss Plaintiffs' Joinder to General Motors LLC's Request for Adjournment of Hearing **(ECF 14575)**.

B.    Letter to Judge Glenn in Support of Adjourning the Hearing on the Distribution Motions Until After the MDL Status Conference **(ECF 14581)**.

C.    Letter to Judge Glenn from Eric Fisher Regarding Hearing Date for Motion of Motors Liquidation Company Avoidance Action Trust for Entry of an Order Approving the Distribution Plan to the Avoidance Action Trust's Beneficiaries **(ECF 14583)**.

**Status:**            This matter is going forward.

2.    Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Authorizing Expedited Distribution to Holders of 502(h) Claims Resulting from the AAT Settlement Agreement Pursuant to Sections 5.3 and 5.8 of the GUC Trust Agreement **(ECF 14566)**.

Responses Filed:

A.    The Economic Loss Plaintiffs' Omnibus Objection to (I) Motion of Motors Liquidation Company Avoidance Action Trust for an Order Approving the Distribution Plan; (II) Motion of Wilmington Trust Company, as GUC Trust

Administrator, for an Order Authorizing the Expedited Payment of Excess GUC Distributable Assets; and (III) Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Authorizing the Expedited Distribution to Holders of 502(h) Claims **(ECF 14571)**.

B.    Response of JPMorgan Chase Bank, N.A. in Support of Motion by GUC Trust Administrator for an Order Authorizing Expedited Distribution to Holders of 502(h) Claims Resulting from the AAT Settlement Agreement Pursuant to Sections 5.3 and 5.8 of the GUC Trust Agreement **(ECF 14587)**.

Replies Filed:

A.    Reply of Wilmington Trust Company, as GUC Trust Administrator, to Economic Loss Plaintiffs' Objection to Motion for an Order Authorizing Expedited Distribution to Holders of 502(h) Claims Resulting from the AAT Settlement Agreement Pursuant to Sections 5.3 and 5.8 of the GUC Trust Agreement **(ECF 14602)**.

Additional Documents:

A.    The Economic Loss Plaintiffs' Joinder to General Motors LLC's Request for Adjournment of Hearing **(ECF 14575)**.

B.    Letter to Judge Glenn in Support of Adjourning the Hearing on the Distribution Motions Until After the MDL Status Conference **(ECF 14581)**.

**Status**:                This matter is going forward.


3.    Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order (A) Authorizing the Expedited Payment of Excess GUC Distributable Assets Pursuant to Section 5.4 of the GUC Trust Agreement, and (B) Approving Such Distribution as an Appropriate Exercise of the GUC Trust Administrator's Rights, Powers and/or Privileges Pursuant to Section 8.1(e) of the GUC Trust Agreement **(ECF 14565)**.

Responses Filed:

A.    The Economic Loss Plaintiffs' Omnibus Objection to (I) Motion of Motors Liquidation Company Avoidance Action Trust for an Order Approving the Distribution Plan; (II) Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Authorizing the Expedited Payment of Excess GUC Distributable Assets; and (III) Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Authorizing the Expedited Distribution to Holders of 502(h) Claims **(ECF 14571)**.

B.    The Participating Unitholders' Joinder to the Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order (A) Authorizing the

Expedited Payment of Excess GUC Distributable Assets Pursuant to Section 5.4 of the GUC Trust Agreement, and (B) Approving Such Distribution as an Appropriate Exercise of the GUC Trust Administrator's Rights, Powers and/or Privileges Pursuant to Section 8.1(e) of the GUC Trust Agreement **(ECF 14576)**.

C.     Objection of General Motors LLC to GUC Trust Distribution Motion **(ECF 14586)**.

D.     Letter re: Payouts in the Case filed by Pro Se Individual Cheryl Renee England **(ECF 14593)**.

Replies Filed:

A.     The Participating Unitholders' Reply to Objections to the Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order (A) Authorizing the Expedited Payment of Excess GUC Distributable Assets Pursuant to Section 5.4 of the GUC Trust Agreement, and (B) Approving Such Distribution as an Appropriate Exercise of the GUC Trust Administrator's Rights, Powers and/or Privileges Pursuant to Section 8.1(e) of the GUC Trust Agreement **(ECF 14599)**.

B.     Omnibus Reply of Wilmington Trust Company, as GUC Trust Administrator, to Objections to Motion for an Order (A) Authorizing the Expedited Payment of Excess GUC Distributable Assets Pursuant to Section 5.4 of the GUC Trust Agreement, and (B) Approving Such Distribution as an Appropriate Exercise of the GUC Trust Administrator's Rights, Powers and/or Privileges Pursuant to Section 8.1(e) of the GUC Trust Agreement **(ECF 14600)**.

Additional Documents:

A.     The Economic Loss Plaintiffs' Joinder to General Motors LLC's Request for Adjournment of Hearing **(ECF 14575)**.

B.     Letter to Judge Glenn in Support of Adjourning the Hearing on the Distribution Motions Until After the MDL Status Conference **(ECF 14581)**.

**Status:**             This matter is going forward.

Dated:  New York, New York
         August 9, 2019

By:    /s/  *Kristin K. Going*
        Kristin K. Going
        McDermott Will & Emery LLP
        340 Madison Ave.

4

New York, NY 10173-1922
Tel: (212) 547-5429
E-mail: kgoing@mwe.com

*Attorneys for the Motors Liquidation*
*Company GUC Trust Administrator*