AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
Mitchell P. Hurley
Nomi Moss
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for Participating Unitholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, et al., | ) | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., et al., | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

DAGMARA KRASA-BERSTELL

1.  I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: One Bryant Park, New York, New York 10036.

2.  I certify that on August 9, 2019, I caused a true and correct copy of *The Participating Unitholders' Reply to Objections to the Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order (A) Authorizing the Expedited Payment of Excess GUC Distributable Assets Pursuant to Section 5.4 of the GUC Trust Agreement, and (B) Approving Such Distribution as an Appropriate Exercise of the GUC Trust Administrator's Rights, Powers and/or Privileges Pursuant to Section 8.1(e) of the GUC Trust Agreement* [ECF No. 14599], to be served via electronic mail on all parties receiving notice via the Court's ECF System.

3.  I certify that on August 9, 2019, I caused a true and correct copy of *The Participating Unitholders' Reply to Objections to the Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order (A) Authorizing the Expedited Payment of Excess GUC Distributable Assets Pursuant to Section 5.4 of the GUC Trust Agreement, and (B) Approving Such Distribution as an Appropriate Exercise of the GUC Trust Administrator's Rights, Powers and/or Privileges Pursuant to Section 8.1(e) of the GUC Trust Agreement* [ECF No. 14599], to be served via electronic mail on the parties listed in the Exhibit A attached hereto.

New York, New York
Dated: August 9, 2019

*[signature]*
Dagmara Krasa-Berstell

**EXHIBIT A**

| Name | Email |
|---|---|
| anne@hilliardshadowenlaw.com | anne@hilliardshadowenlaw.com |
| Ashley, Katrina | kashley@hmglawfirm.com; |
| Aulet, Kenneth | KAulet@brownrudnick.com |
| Basta, Paul M. | pbasta@paulweiss.com |
| Berman, Steve | steve@hbsslaw.com |
| Binder, N. | nbinder@binderschwartz.com |
| Bush, L. | lbush@binderschwartz.com |
| Cabraser, Elizabeth | ecabraser@lchb.com; |
| carrie@hbsslaw.com; | carrie@hbsslaw.com |
| Cunningham, Amy | ACunningham@brownrudnick.com |
| Cunningham, Justin | jcunningham@brownrudnick.com |
| Davidson, Scott | sdavidson@kslaw.com |
| Dobson, L. | ldobson@thomasjhenrylaw.com |
| Edelman, Michael | mjedelman@vedderprice.com |
| Esserman, Sander | esserman@sbep-law.com; |
| Fisher, E. | efisher@binderschwartz.com |
| Forster, Jill | jforster@brownrudnick.com |
| Fox, G. | gfox@goodwinlaw.com; |
| Geman, Rachel | rgeman@lchb.com |
| Going, Kristin | Kgoing@mwe.com |
| Handerlsman, L. | lhandelsman@binderschwartz.com |
| Harnett, Sarah | sharnett@paulweiss.com |
| Henry, Thomas | tjh@thomasjhenrylaw.com |
| Hilliard, Bob | bobh@hmglawfirm.com; |
| James, Shamara R. | james@paulweiss.com |
| Jason, Selbie | SJason@brownrudnick.com |
| Judd, J. | jjudd@andrewsmyers.com; |
| Kimpler, Kyle | kkimpler@paulweiss.com |
| LAKers@hmglawfirm.com; | LAKers@hmglawfirm.com |
| lauren@hmglawfirm.com; | lauren@hmglawfirm.com |
| Marita Erbeck | Marita.Erbeck@dbr.com; |
| Matt, Sean | sean@hbsslaw.com |
| Meyers, Jessica | JMeyers@brownrudnick.com |
| Monzione, Joseph | jmonzione@paulweiss.com |
| Nofzinger, Alice | anofzinger@paulweiss.com |
| Norman, L. | lnorman@andrewsmyers.com |
| Novikoff, Harold S. | hsnovikoff@wlrk.com; |

| Name | Email |
|---|---|
| Paniszczyn, Lesley | lpaniszczyn@thomasjhenrylaw.com |
| Pierce, Clay | Clay.Pierce@dbr.com |
| Rudy Gonzales. Jr. | rudyg@hmglawfirm.com |
| Schein, Michael L. | mschein@vedderprice.com |
| Sivakumar, Arjun | asivakumar@brownrudnick.com |
| Steel, Howard | hsteel@brownrudnick.com |
| Steinberg, Arthur | asteinberg@kslaw.com |
| Styant-Browne, Nick | nick@hbsslaw.com |
| Synnott, Aidan | asynnott@paulweiss.com |
| Tsukerman, Mark | mtsukerman@coleschotz.com |
| Tully, Conor | conor.tully@fticonsulting.com |
| Weintraub, William | wweintraub@goodwinlaw.com |
| Weisfelner, Ed | eweisfelner@brownrudnick.com |
| Youngblut, Daniel | dyoungblut@paulweiss.com |