**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

| | |
|---|---|
| IN RE: Motors Liquidation Company | CASE NO.: 09−50026−mg |
| aka   Automotive Market Research | |
| aka   NAO Fleet Operations | |
| aka   GMC Truck Division | |
| aka   National Car Rental | |
| aka   GM Corporation−GM Auction Department | |
| aka   GM Corporation | |
| aka   National Car Sales | |
| fka   General Motors Corporation | |
| | |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 38−0572515 | CHAPTER: 11 |

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on June 27, 2019, document number 14542, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 19−cv−6668 assigned to the Honorable Alison J. Nathan.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: August 7, 2019                                Vito Genna
                                                     Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                              Case No. 09-50026-mg
Motors Liquidation Company                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1        User:                    Page 1 of 9            Date Rcvd: Aug 07, 2019
                            Form ID: tranapl         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
aty          +Neil S. Binder,   Richchards Kibbe & Orbe LLP,   One World Financial Center,   29th Floor,
               New York, NY 10281-1029
cr           +Marianne Ogrady,   83 East 236 Street,   Bronx, NY 10470-1917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
      ALEJANDRO   ALERS, JR   on behalf of Interested Party    General Motors LLC alalersjr@att.net
      Abigail M. Stempson    on behalf of Interested Party    State of Nebraska, Attorney General's
               Office jalyn.wurm@nebraska.gov
      Adam J Levitt    on behalf of Plaintiff John  Morgenstein alevitt@dlcfirm.com,
               5525369420@filings.docketbird.com
      Alan R. Brayton    on behalf of Attorney    Brayton Purcell LLP bankruptcy@braytonlaw.com
      Alejandro A Herrera    on behalf of Trustee    Wilmington Trust Company aherrera@gibsondunn.com
      Alexander H. Schmidt    on behalf of Interested Party    ABC Flooring, Inc. schmidt@whafh.com
      Alexander McHenry Memmen    on behalf of Petitioning Creditor Terry  Moore amm@memmenlaw.com
      Alison D. Bauer    on behalf of Interested Party    Hydrogenics Corporation abauer@foleyhoag.com,
               cnigro@foleyhoag.com;bauerar90617@notify.bestcase.com;rkelly@foleyhoag.com
      Andre E. Jardini    on behalf of Unknown    Plaintiffs aej@kpclegal.com,  mmz@kpclegal.com
      Andrea  Sheehan    on behalf of Creditor    Carrollton Farmers Branch Independent School  District
               sheehan@txschoollaw.com,  coston@txschoollaw.com
      Andrew C. Kassner    on behalf of Creditor    Automotive Component Carriers LLC
               andrew.kassner@dbr.com
      Andrew D. Velez-Rivera    on behalf of U.S. Trustee    United States Trustee
               andy.velez-rivera@usdoj.gov
      Andrew K. Glenn    on behalf of Defendant    Arnhold-Houston Police Officers Pension System
               aglenn@kasowitz.com,  courtnotices@kasowitz.com
      Andrew P. Propps    on behalf of Interested Party    Wells Fargo Bank Northwest, N.A., as agent for
               the TPC Lenders apropps@sidley.com,  emcdonnell@sidley.com
      Angela  Ferrante    on behalf of Claims and Noticing Agent    GCG, LLC PACERTeam@gardencitygroup.com
      Aric  Wu    on behalf of Trustee    Wilmington Trust Company awu@gibsondunn.com,
               GGillett@gibsondunn.com
      Arthur Jay Steinberg    on behalf of Defendant    GMAM Investment Funds Trust asteinberg@kslaw.com,
               sdavidson@kslaw.com;jcmccullough@kslaw.com
      Arthur Jay Steinberg    on behalf of Interested Party    General Motors LLC asteinberg@kslaw.com,
               sdavidson@kslaw.com;jcmccullough@kslaw.com
      Austin L. McMullen    on behalf of Creditor    Knowledge Learning Corporation amcmullen@babc.com
      Barbara J. Parker    on behalf of Defendant    City of Oakland Police & Fire Retirement System
               bparker@oaklandcityattorney.org,  jsmith@oaklandcityattorney.org
      Barbara S Mehlsack    on behalf of Creditor    International Union of Operating Engineers ("IUOE")
               and IUOE Locals 101, 18s, 832s bmehlsack@gkllaw.com
      Barry A. Weprin    on behalf of Plaintiff Donna M. Trusky bweprin@milberg.com
      Barry M. Kazan    on behalf of Creditor    Stanley Black & Decker, Inc.
               Barry.Kazan@ThompsonHine.com,  Dwayne.Lunde@thompsonhine.com;ECFDocket@thompsonhine.com
      Barry M. Lasky    on behalf of Unknown    Atlas Technologies, Inc. BMLPC@aol.com
      Barry N. Seidel    on behalf of Unknown    Motors Liquidation Company Avoidance Action Trust
               bseidel@homlegal.com,  Barry@seidelesq.com

```
District/off: 0208-1                  User:                    Page 2 of 9                  Date Rcvd: Aug 07, 2019
                                      Form ID: tranapl         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Barry N. Seidel   on behalf of Plaintiff   Motors Liquidation Company GUC Trust seidelb@dicksteinshapiro.com, Barry@seidelesq.com
      Benjamin Rosenblum   on behalf of Defendant   The Ad Hoc Group of Term Lenders brosenblum@jonesday.com
      Benjamin P. Deutsch   on behalf of Creditor   Ad Hoc Committee of Consumer Victims of General Motors bdeutsch@schnader.com
      Bevin M. Brennan   on behalf of Defendant   Morgan Stanley Senior Funding Inc. bbrennan@pedersenhoupt.com, eparry@pedersenhoupt.com
      Brendan M. Scott   on behalf of Defendant   Phoenix Edge SRS-Multi-Sector Fixed Income Series bscott@klestadt.com
      Brian S. Masumoto   on behalf of U.S. Trustee   United States Trustee nysbnotice@gmail.com
      Bruce Robert Zirinsky   on behalf of Defendant   DbX Risk Arbitrage 1 Fund, Lyxor/Paulson International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners Enhanced, L.P., and Paulson Partners L.P. bzirinsky@zirinskylaw.com
      Bruce W. Hoover   on behalf of Interested Party   The Quaker Oats Company bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com;rbraden@goldbergsegalla.com
      Carol A. Felicetta   on behalf of Creditor   Barnes Group Inc. cfelicetta@reidandriege.com
      Carol E. Momjian   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue cmomjian@attorneygeneral.gov
      Carrie M. Reilly   on behalf of Defendant   JPMorgan Chase Bank, N.A. cmreilly@wlrk.com, calert@wlrk.com
      Christopher K. Kiplok   on behalf of Unknown   Medianews Group, Inc. kiplok@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
      Christopher Lee Wilson   on behalf of Defendant   J.P. Morgan Whitefriars Inc. clwilson@jonesday.com, nydocket@jonesday.com
      Clay J. Pierce   on behalf of Creditor   Wilmington Trust Company, as Trust Administrator and Trustee for the Motors Liquidation Company GUC Trust clay.pierce@dbr.com
      Colin T Bowen   on behalf of Defendant   City of Oakland Police & Fire Retirement System cbowen@oaklandcityattorney.org
      Correy Ann Kamin   on behalf of Unknown Marlene   Karu ckamin@sc-harris.com, ckamin@sc-harris.com
      Cynthia Jordan Lowery   on behalf of Creditor   Hagemeyer, N.A. cynthialowery@mvalaw.com
      Daniel Edelson   on behalf of Plaintiff Donna M. Trusky daniel.edelson@kattenlaw.com
      Daniel H. Golden   on behalf of Interested Party   Participating Unitholders sschultz@AkinGump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com
      Daniel J Hornal   on behalf of Unknown Celestine   Elliott daniel@taloslaw.com, peller@law.georgetown.edu
      Daniel L. Keller   on behalf of Unknown   Keller, Fishback & Jackson LLP dkeller@kflegal.com
      Daniel Mills Hinkle   on behalf of Defendant   Continental Casualty Company daniel.hinkle@cna.com
      Daniel W. Linna, Jr.   on behalf of Interested Party   General Motors LLC dlinna@honigman.com
      David Molton   on behalf of Unknown   The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas dmolton@brownrudnick.com, hsteel@brownrudnick.com;acarty@brownrudnick.com;gcicero@brownrudnick.com;jforster@brownrudnick.com;cmullarney@brownrudnick.com;HCohen@brownrudnick.com;CEnnis@brownrudnick.com
      David A. Rosenzweig   on behalf of Attorney   Fulbright & Jaworski LLP david.rosenzweig@nortonrosefulbright.com
      David B. Owens   on behalf of Unknown Roger Dean Gillispie david@loevy.com, melinda@loevy.com;anne@loevy.com
      David B. Wheeler   on behalf of Creditor   Hagemeyer, N.A. davidwheeler@mvalaw.com
      David Clayton Christian, II   on behalf of Defendant   Continental Casualty Company dchristian@dca.law
      David G. Aelvoet   on behalf of Creditor   Bexar County sanantonio.bankruptcy@publicans.com
      David G. Ebert   on behalf of Unknown   Shepardson Stern & Kaminsky, LLC (SS&K) debert@ingramllp.com, mtajika@ingramllp.com
      David Henry Hartheimer   on behalf of Interested Party   Clarcor, Inc. david@mhlaw-ny.com, david@clearbid.com
      David J Cohen   on behalf of Unknown Karen   Bloom dcohen@kolmanlaw.net, dcohenlaw@comcast.net
      David N. Crapo   on behalf of Interested Party   J.D. Power and Associates dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
      David R. Berz   on behalf of Debtor   Motors Liquidation Company gregory.bailey@weil.com
      David S. Jones   on behalf of Interested Party   United States Of America david.jones6@usdoj.gov
      David S. Jones   on behalf of Defendant   United States Department of Treasury david.jones6@usdoj.gov
      Dawn R. Copley   on behalf of Creditor   Johnson Controls, Inc. dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
      Deborah Newman   on behalf of Interested Party   Participating Unitholders djnewman@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com
      Deborah L. Fish   on behalf of Creditor   Overhead Conveyor Company dfish@allardfishpc.com
      Debra A. Kowich   on behalf of Creditor   Board of Regents of The University of Michigan dkowich@umich.edu
      Denis Dice   on behalf of Defendant   DE-SEI Institutional Investment Trust - High Yield Bond Fund dice.d@wssllp.com
      Dennis J. Connolly   on behalf of Interested Party   Autoliv ASP, Inc. Dennis.Connolly@alston.com
      Dennis J. Drebsky   on behalf of Unknown   Aspen Insurance UK Limited ddrebsky@nixonpeabody.com, cfong@nixonpeabody.com
      Dennis Jay Raterink   on behalf of Creditor   Michigan Funds Administration raterinkd@michigan.gov, bannisters@michigan.gov
      Dianna Lyons   on behalf of Interested Party   Kazan McClain Asbestos Claimants dlyons@kazanlaw.com

```
District/off: 0208-1                   User:                        Page 3 of 9                    Date Rcvd: Aug 07, 2019
                                       Form ID: tranapl             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Dominic J. Picca    on behalf of Unknown Dale  Earnhardt, Inc. dpicca@mintz.com, Docketing@mintz.com
        Donald F. Baty, Jr.    on behalf of Debtor    Motors Liquidation Company dbaty@honigman.com
        Donald F. Campbell, Jr.    on behalf of Creditor    Fairview Funding LLC dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
        Douglas B. Rosner    on behalf of Creditor    767 Fifth Partners LLC drosner@goulstonstorrs.com
        Douglas Gregory Blankinship    on behalf of Creditor Lisa  Phaneuf gblankinship@fbfglaw.com
        Eamonn  O'Hagan    on behalf of Attorney    Hilliard Munoz Gonzales LLP and Thomas J. Henry Injury Attorney eohagan@goodwinprocter.com
        Edward  Smith    on behalf of Creditor    Camino Real Chevrolet, Inc. easmith@sbjlaw.com
        Edward A. Friedman    on behalf of Defendant    Aurelius Investment LLC efriedman@fklaw.com
        Edward F. Haber    on behalf of Defendant    Employees Retirement System of the City of Montgomery ehaber@shulaw.com, filing@shulaw.com;mblauner@shulaw.com;pvallely@shulaw.com
        Edward L. Ripley    on behalf of Defendant    GMAM Investment Funds Trust ERipley@kslaw.com, tsilva@kslaw.com,jcmccullough@kslaw.com
        Elihu  Inselbuch    on behalf of Attorney    Caplin & Drysdale, Chartered cecilia-guerrero-caplin-6140@ecf.pacerpro.com
        Elizabeth  Austin    on behalf of Defendant    State of Connecticut ea@pullcom.com, jgrossarth@pullcom.com
        Elizabeth  Weller    on behalf of Creditor    Cameron County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Elizabeth K. Flaagan    on behalf of Creditor    Oxbow Carbon & Minerals LLC elizabeth.flaagan@faegrebd.com, carol.wildt@faegrebd.com,brad.dempsey@faegrebd.com
        Elliot  Moskowitz    on behalf of Defendant    Arrowgrass Master Fund Ltd elliot.moskowitz@dpw.com, ecf.ct.papers@davispolk.com
        Emil A. Kleinhaus    on behalf of Defendant    JPMorgan Chase Bank, N.A. eakleinhaus@wlrk.com, calert@wlrk.com
        Emily S. Rucker    on behalf of Defendant    Alticor Inc erucker@wnj.com
        Eric  Fisher    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of General Motors Corporation efisher@binderschwartz.com, docket@binderschwartz.com
        Eric A. Goldberg    on behalf of Unknown    Seneca Insurance Company, Inc. eg@kahngoldberg.com
        Eric Alwin Boden    on behalf of Creditor    Ad Hoc Committee of Consumer Victims of General Motors tclancy@schnader.com
        Eric J. Snyder    on behalf of Interested Party Kimberly  McCall esnyder@wilkauslander.com, jstauder@wilkauslander.com
        Erin L Burke    on behalf of Cross-Claimant    Term Loan Lenders eburke@jonesday.com, definegan@jonesday.com
        Eugene J. Chikowski    on behalf of Interested Party    American Express Travel Related Services Company, Inc. eugene.chikowski@flastergreenberg.com
        Evan J. Zucker    on behalf of Plaintiff    Motors Liquidation Company Avoidance Action Trust ezucker@blankrome.com, nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
        Frank  McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
        Frederick  Perillo    on behalf of Creditor    International Ass'n of Machinists & Aerospace Workers (IAMAW) fp@previant.com, cmw@previant.com
        Gary  Peller    on behalf of Attorney Gary  Peller peller@law.georgetown.edu
        Gary A. Ritacco    on behalf of Defendant    GMAM Investment Funds Trust jcmccullough@kslaw.com
        Gary D. Ticoll    on behalf of Defendant    Drawbridge DSO Securities LLC gticoll@zirinskylaw.com
        Gary H. Leibowitz    on behalf of Defendant    Hewlett-Packard Company gleibowitz@coleschotz.com
        George M Garvey    on behalf of Cross-Claimant    Term Loan Lenders george.garvey@mto.com
        German  Yusufov    on behalf of Creditor    PIMA COUNTY pcaocvbk@pcao.pima.gov
        Gerrit M. Pronske    on behalf of Plaintiff Boyd  Bryant gpronske@pronskepatel.com
        Gordon J. Toering    on behalf of Defendant    Alticor Inc gtoering@wnj.com
        Gregory  Oxford    on behalf of Counter-Claimant    General Motors Company goxford@icclawfirm.com
        Gregory K. Arenson    on behalf of Unknown Kimi L. Hurst garenson@kaplanfox.com
        Gregory Mark Nespole    on behalf of Unknown Marlene  Karu gmn@whafh.com
        Gregory W. Fox    on behalf of Attorney    Hilliard Munoz Gonzales LLP and Thomas J. Henry Injury Attorney gfox@goodwinprocter.com, ACunningham@goodwinlaw.com
        H. Slayton Dabney, Jr.    on behalf of Unknown Patrice  Witherspoon rtrowbridge@kslaw.com
        Harold S. Novikoff    on behalf of Creditor    JPMorgan Chase Bank, N.A., as Administrative Agent hsnovikoff@wlrk.com, calert@wlrk.com
        Harry A. Light    on behalf of Defendant    General Motors Corporation light@fec.net
        Harvey A. Strickon    on behalf of Unknown    Rolls-Royce plc and Rolls-Royce Corporation harveystrickon@paulhastings.com
        Harvey R. Miller    on behalf of Debtor    Motors Liquidation Company garrett.fail@weil.com
        Henry A. Efroymson    on behalf of Creditor    Honeywell International Inc. henry.efroymson@icemiller.com
        Irwin H. Warren    on behalf of Interested Party    Weil, Gotshal & Manges LLP irwin.warren@weil.com
        J Eric Charlton    on behalf of Creditor    Autoport Limited echarlton@barclaydamon.com, rjones@barclaydamon.com
        J. Alex Kress    on behalf of Creditor    KONE, Inc. and KONE Elevators akress@becker.legal, akress@ecf.courtdrive.com
        J. Casey Roy    on behalf of Interested Party    The State of Texas on Behalf of The Texas Department of Transportation, Motor Vehicle Division casey.roy@oag.state.tx.us
        Jacob F. Lamme    on behalf of Creditor    St. Regis Mohawk Tribe lamme@mltw.com
        James  Gitzlaff    on behalf of Defendant    Continental Casualty Company james.gitzlaff@cna.com, sharon.nebesnyk@cna.com
        James  Hallowell    on behalf of Creditor    Wilmington Trust Company jhallowell@gibsondunn.com

```
District/off: 0208-1          User:                    Page 4 of 9              Date Rcvd: Aug 07, 2019
                              Form ID: tranapl         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James B. Helmer, Jr.    on behalf of Creditor Roger L Sanders jhelmer@fcalawfirm.com,
          wdiggs@fcalawfirm.com
          James C Tecce    on behalf of Interested Party    General Motors LLC jamestecce@quinnemanuel.com
          James C. Thoman    on behalf of Creditor    American Axle & Manufacturing, Inc.
          jthoman@hodgsonruss.com, ecrummin@hodgsonruss.com;cnapiers@hodgsonruss.com
          James C. Woods    on behalf of Unknown    New York State Department of Environmental Conservation
          jamie.woods@ag.ny.gov
          James Christopher Caldwell    on behalf of Creditor    Satterlund Supply Company
          ccaldwell@starkreagan.com
          James D. Newbold    on behalf of Interested Party    State of Illinois James.Newbold@illinois.gov
          James E. Butler, Jr.    on behalf of Unknown    Butler Wooten & Peak LLP jim@butlerwooten.com
          James E. DeLine    on behalf of Creditor    AVL Americas, Inc. jed@krwlaw.com, pal@krwlaw.com
          James E. Hough    on behalf of Defendant    Citigroup Global Markets Inc. jhough@mofo.com
          James L. Bromley    on behalf of Unknown    International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America (UAW) bromleyj@sullcrom.com, bromleyj@sullcrom.com
          James M. Martin    on behalf of Unknown Frank L. Pugh mmllaw@swbell.net
          James Michael Lawniczak    on behalf of Creditor    Carolina Forge Company jlawniczak@calfee.com
          Jan I. Berlage    on behalf of Creditor Harold Martin JBerlage@GHSLLP.com
          Jason A. Zweig    on behalf of Unknown    State of Arizona ex rel. Mark Brnovich, the Attorney
          General jzweig@kaplanfox.com
          Jayson B. Ruff    on behalf of Creditor    Swagelok Company jruff@mcdonaldhopkins.com
          Jeanette M. Gilbert    on behalf of Creditor    L.C. Jackson jgilbert@motleyrice.com
          Jeff Klusmeier    on behalf of Creditor    State of Missouri jeff.klusmeier@ago.mo.gov,
          Michelle.Hirschvogel@ago.mo.gov
          Jeffrey Rhodes    on behalf of Unknown    Motors Liquidation Company Avoidance Action Trust
          jrhodes@blankrome.com, bankruptcy-jr@dsmo.com;pcanavan@blankrome.com;eDocketing@blankrome.com
          Jeffrey A. Cooper    on behalf of Creditor    295 Park Avenue Corp., John L. Remsen, Personal
          Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of
          Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMa jcooper@rltlawfirm.com
          Jeffrey A. Hokanson    on behalf of Creditor    Honeywell International Inc.
          jeff.hokanson@icemiller.com, bgnotices@icemiller.com
          Jeffrey C. Wisler    on behalf of Unknown    Connecticut General Life Insurance Company and related
          CIGNA entities jwisler@connollygallagher.com
          Jeffrey J. Jones    on behalf of Defendant    General Motors LLC jjjones@jonesday.com
          Jeffrey R. Harris    on behalf of Unknown Marlos Chenault jeff@hpllegal.com
          Jeffrey S. Sabin    on behalf of Interested Party    Deutsche Bank AG jssabin@venable.com
          Jeffrey S. Stein    on behalf of Claims and Noticing Agent    Garden City Group, Inc
          PACERTeam@gardencitygroup.com, michelle.murphy@gcginc.com
          Jeffrey S. Stein    on behalf of Claims and Noticing Agent    GCG, Inc
          PACERTeam@gardencitygroup.com, michelle.murphy@gcginc.com
          Jeffrey T. Wegner    on behalf of Creditor    Kansas City Board of Public Utilities
          jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com
          Jennifer Lauren Saffer    on behalf of Creditor    TMI Custom Air Systems, Inc.
          jlsaffer@jlsaffer.com
          Jerilin Buzzetta    on behalf of Creditor    Wilmington Trust Company jbuzzetta@gibsondunn.com
          Jessica Fainman    on behalf of Unknown    Barclays Bank PLC jessica.fainman@barclayscapital.com
          Jill B. Bienstock    on behalf of Defendant    Hewlett-Packard Company jbienstock@coleschotz.com,
          fpisano@coleschotz.com
          Joanna C Hendon    on behalf of Defendant    Lehman Principal Investors Fund, Inc. - High Yield
          Fund jhendon@spearsimes.com, aamdur@spearsimes.com;cmileski@spearsimes.com
          Joel Wertman    on behalf of Defendant    DE-SEI Institutional Investment Trust - High Yield Bond
          Fund wertman.j@wssllp.com
          John Lucian    on behalf of Defendant    PNC Bank, National Association lucian@blankrome.com
          John Simon    on behalf of Creditor    Cooper-Standard Automotive, Inc. jsimon@foley.com
          John F Kostelnik    on behalf of Unknown    Avery Dennison jkostelnik@frantzward.com,
          dlbeatrice@frantzward.com
          John F. Carberry    on behalf of Creditor    Emigrant Business Credit Corp. jcarberry@cl-law.com
          John J. Privitera    on behalf of Creditor    St. Regis Mohawk Tribe privitera@mltw.com,
          hill@mltw.com;lamme@mltw.com
          John J. Zefutie, Jr.    on behalf of Interested Party    ELIO MOTORS, INC.
          jjzefutie@duanemorris.com, atmurray@duanemorris.com
          John M. Callagy    on behalf of Defendant    JPMorgan Chase Bank, N.A. jcallagy@kelleydrye.com
          John M. Callagy    on behalf of Cross Defendant    JPMorgan Chase Bank, N.A. jcallagy@kelleydrye.com
          John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
          John T. Banks    on behalf of Unknown    Hidalgo County jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
          John T. Gregg    on behalf of Creditor    Continental Tire North America, Inc. jgregg@btlaw.com
          Jonathan Bradley Alter    on behalf of Unknown    Travelers Casualty and Surety Company of America
          jonathan.alter@bingham.com
          Jonathan D. Fortney    on behalf of Trustee    Wilmington Trust Company jfortney@gibsondunn.com
          Jonathan I. Rabinowitz    on behalf of Attorney Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com
          Jonathan L. Flaxer    on behalf of Interested Party    ABC Flooring, Inc. jflaxer@golenbock.com,
          jsavitsky@golenbock.com;mweinstein@golenbock.com
          Joon P. Hong    on behalf of Attorney    Richards Kibbe & Orbe LLP joonhong@chapman.com
          Joram Hirsch    on behalf of Interested Party Bernard Pitterman, Adm. jhirsch@ahctriallaw.com
          Jordan E. Stern    on behalf of Cross-Claimant    Wells Cap Mgmt - 13923601 jstern@beckerglynn.com,
          hhill@beckerglynn.com;mghose@beckerglynn.com
          Joseph A. Dworetzky    on behalf of Plaintiff    NCR Corporation jad@hangley.com
          Joseph B. Koczko    on behalf of Unknown    Linden Development, LLC joseph.koczko@thompsonhine.com

```
District/off: 0208-1              User:                    Page 5 of 9              Date Rcvd: Aug 07, 2019
                                  Form ID: tranapl         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph Clark Wylie, II   on behalf of Defendant   Ivy Fund Inc.-High Income Fund joseph.wylie@klgates.com
        Joseph H. Lemkin    on behalf of Defendant   Alticor Inc jlemkin@stark-stark.com
        Joseph H. Smolinsky    on behalf of Defendant   Motors Liquidation Company Joseph.Smolinsky@weil.com, matthew.goren@weil.com
        Joseph M. Cerra    on behalf of Creditor   Affiliated Computer Services of Spain SL jcerra@formanlaw.com
        Joseph N. Cordaro    on behalf of Unknown   United States Of America joseph.cordaro@usdoj.gov
        Joseph R. Sgroi    on behalf of Debtor   Motors Liquidation Company jsgroi@honigman.com
        Joshua Liston    on behalf of Cross-Claimant   BTG Pactual Chile S.A. Administradora General De Fondos jliston@blmllp.com
        Joshua Paul Davis    on behalf of Unknown Dori  Powledge josh@thejdfirm.com, maria@thejdfirm.com;kelly@thejdfirm.com
        Joshua S. Markowitz    on behalf of Interested Party Brianna  Minard carcionelaw@yahoo.com
        Judy B. Calton    on behalf of Attorney   Honigman Miller Schwartz and Cohn LLP jcalton@honigman.com
        Julianne Cutruzzula Beil    on behalf of Unknown Carolyn  Rickard jbeil@cnlawfirm.net
        Justin S. Brooks    on behalf of Unknown   Grant  & Eisenhofer P.A., Baron & Budd, P.C. and the Cooper Law Firm as counsel for certain class action cases jbrooks@gelaw.com
        Karon Y. Wright    on behalf of Creditor c/o Karon Y. Wright  Travis County karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
        Kathleen H. Klaus    on behalf of Unknown   Mtech Associates, LLC khk@maddinhauser.com
        Kathryn Y Schubert    on behalf of Defendant   City of Oakland Police & Fire Retirement System kschubert@schubertlawfirm.com, paralegal@schubertlawfirm.com
        Ken Kansa    on behalf of Unknown   Wells Fargo Bank Northwest, N.A., as Agent to the TPC Lenders kkansa@sidley.com
        Kenneth Ziman    on behalf of Creditor   TPI Incorporated kziman@stblaw.com
        Kenneth C Anthony, Jr.    on behalf of Unknown Kenneth  Anthony kanthony@anthonylaw.com, janthony@anthonylaw.com
        Kevin Blaney    on behalf of Attorney Kevin  Blaney kblaney@btlawokc.com, chorton@btlawokc.com
        Kim Martin Lewis    on behalf of Interested Party   Convergys Corporation kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
        Kimberly Salomon    on behalf of Creditor Rose  Cole ksalomon@formanlaw.com
        Kirk L. Brett    on behalf of Defendant   Credit Suisse AG kbrett@dsllp.com
        Kristin K. Going    on behalf of Creditor   Wilmington Trust Company, as Trust Administrator and Trustee for the Motors Liquidation Company GUC Trust kgoing@mwe.com, DNorthrop@mwe.com;wlancaster@mwe.com
        Kyle J. Kimpler    on behalf of Interested Party   General Motors LLC sharnett@paulweiss.com;dyoungblut@paulweiss.com;anofzinger@paulweiss.com;kkimpler@paulweiss.com;mtattnall@paulweiss.com
        Larry A. Levick    on behalf of Creditor   Affiliated Computer Services, Inc. levick@singerlevick.com, croote@singerlevick.com;scotton@singerlevick.com
        Larry E. Parres    on behalf of Unknown   Leggett and Platt lparres@lewisrice.com
        Lauren Beslow    on behalf of Creditor   United Parcel Service, Inc. Lauren.Beslow@quarles.com
        Lauren K. Handelsman    on behalf of Plaintiff   Motors Liquidation Company Avoidance Action Trust lhandelsman@binderschwartz.com
        Lawrence P. Eagel    on behalf of Unknown   County of Bastrop, et al. eagel@bragarwexler.com
        Leonora K. Baughman    on behalf of Creditor   City of Detroit ecf@kaalaw.com
        Leslie Levy    on behalf of Interested Party   State of Nebraska, Attorney General's Office leslie.levy@nebraska.gov
        Lindsay A. Bush    on behalf of Plaintiff   Motors Liquidation Company Avoidance Action Trust lbush@binderschwartz.com
        Lisa H. Rubin    on behalf of Trustee   Wilmington Trust Company lrubin@gibsondunn.com, MAO@gibsondunn.com
        Lisa M Norman    on behalf of Creditor   Additional Ignition Switch Pre-Closing Accident Plaintiffs lnorman@andrewsmyers.com, kbocco@andrewsmyers.com
        Lorraine S. McGowen    on behalf of Defendant   Banca di Credito Cooperativo di Roma Societa Cooperativa lmcgowen@orrick.com, dfelder@orrick.com
        Lorri Staal    on behalf of Claims and Noticing Agent   Epiq Class Action & Claims Solutions, Inc. lorri.staal@choosegcg.com
        Louis Thomas DeLucia    on behalf of Creditor   Additional Ignition Switch Pre-Closing Accident Plaintiffs louis.delucia@icemiller.com, michele.rodriguez@icemiller.com
        Lynn M. Brimer    on behalf of Creditor   Pioneer Steel Corporation lbrimer@stroblpc.com
        Madeline E McNeeley    on behalf of Unknown Marlos  Chenault molly@hlmlawfirm.com, molly@hlmlawfirm.com
        Malcolm T. Brown    on behalf of Unknown Marlene  Karu brown@whafh.com
        Marc Wolinsky    on behalf of Cross Defendant   JPMorgan Chase Bank, N.A. mwolinsky@wlrk.com, Calert@wlrk.com
        Marc B. Merklin    on behalf of Creditor   FirstEnergy Corporation mmerklin@brouse.com
        Marc H. Edelson    on behalf of Plaintiff Donna M. Trusky medelson@edelson-law.com
        Marc N. Swanson    on behalf of Creditor   Kongsberg Automotive Holdings ASA swansonm@millercanfield.com
        Margreta Morgulas,    on behalf of Creditor   West Covina Motors, Inc. mmorgulas@okinhollander.com
        Maria A. Bove    on behalf of Unknown   Certain Class Action Plaintiffs mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
        Maria Elena Douvas    on behalf of Defendant   Appaloosa Investment Limited Partnership I mariadouvas@paulhastings.com

```
District/off: 0208-1                User:                     Page 6 of 9                  Date Rcvd: Aug 07, 2019
                                    Form ID: tranapl          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Marianne Goldstein Robbins  on behalf of Creditor  International Ass'n of Machinists & Aerospace Workers (IAMAW) MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
    Maricel E.V. Skiles  on behalf of Defendant  State of Indiana Major Moves maricel.skiles@atg.in.gov, Heather.Crockett@atg.in.gov;Stephanie.Patrick@atg.in.gov
    Mark Schlachet  on behalf of Plaintiff Alante Carpenter individually and on behalf of all others similarly situated mschlachet@gmail.com
    Mark Tsukerman  on behalf of Unknown  Certain Ignition Switch Pre-Closing Accident Plaintiffs Represented by The Cooper Firm and Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. mtsukerman@coleschotz.com, ssallie@coleschotz.com
    Mark E. McKane  on behalf of Plaintiff  New United Motors Manufacturing, Inc. mmckane@kirkland.com, sarah.farley@kirkland.com
    Mark L. Brown  on behalf of Counter-Defendant  LakinChapman LLC markb@slchapman.com
    Mark P. Robinson, Jr.  on behalf of Unknown  The People of the State of California, acting by and through Orange County District Attorney Tony Rackauckas mrobinson@rcrlaw.net, beachlawyer51@hotmail.com
    Mark Russell Owens  on behalf of Creditor  Hirata Corporation of America mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
    Mark S. Frankel  on behalf of Creditor  Commercial Contracting Corporation mfrankel@couzens.com
    Mark S. Indelicato  on behalf of Unknown  Liquidating Reichhold, Inc. and Alan Halperin as Liquidating Trustee of the Reichhold Liquidation Trust mindelicato@hahnhessen.com, jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jzawadzki@hahnhessen.com;hahnhessen@ecf.inforuptcy.com
    Mark T. Power  on behalf of Defendant  Arch Reinsurance Ltd MPower@HahnHessen.com, jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;aladd@hahnhessen.com;sthompson@hahnhessen.com;dreinhart@hahnhessen.com;MPower@ecf.courtdrive.com
    Marshall C. Turner  on behalf of Creditor  Newport Television marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
    Martin Krolewski  on behalf of Defendant  JPMorgan Chase Bank, N.A. mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
    Martin Krolewski  on behalf of Cross Defendant  JPMorgan Chase Bank, N.A. mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
    Martin James Weis  on behalf of Creditor  Medco Health Solutions, Inc. weismj@dilworthlaw.com
    Marvin E. Clements, Jr.  on behalf of Creditor  Tennessee Board of Regents-Columbia State Community College agbanknewyork@ag.tn.gov
    Mary Kay Shaver  on behalf of Creditor  ADAC Plastics, Inc. mkshaver@varnumlaw.com
    Matthew Williams  on behalf of Unknown  Motors Liquidation Company GUC Trust mjwilliams@gibsondunn.com, akeats@gibsondunn.com;amoskowitz@gibsondunn.com;DFeldman@gibsondunn.com
    Matthew A Macdonald  on behalf of Cross-Claimant  Ad Hoc Group of Term Lenders matthew.macdonald@mto.com, lauren.barnett@mto.com;michael.lamb@mto.com;George.garvey@mto.com;Raphael.sepulveda@mto.com
    Matthew A. Hamermesh  on behalf of Creditor  NCR Corporation mhamermesh@hangley.com
    Matthew Allen Alvis  on behalf of Defendant  Ivy Fund Inc.-High Income Fund matthew.alvis@klgates.com
    Matthew E. Wright  on behalf of Unknown Dolly Walton mwright@hmdlaw1.com, tscott@hmdlaw1.com
    Matthew F. Kye  on behalf of Creditor  Heard Robins Cloud & Black LLP mkye@kyelaw.com
    Matthew J. Riopelle  on behalf of Plaintiff  Toyota Motor Corporation mriopelle@foley.com
    Matthew K. Beatman  on behalf of Unknown  Westfalia-Automotive GMBH mbeatman@zeislaw.com
    Maureen F. Leary  on behalf of Unknown  New York State Department of Environmental Conservation maureen.leary@oag.state.ny.us
    Melissa Z. Neier  on behalf of Interested Party  Sonic Automotive, Inc. mneier@ibolaw.com
    Michael A. Maricco  on behalf of Creditor  Pension Benefit Guaranty Corporation efile@pbgc.gov
    Michael A. Nedelman  on behalf of Creditor  Crown Enterprises Inc. mnedelman@nglegal.com
    Michael C. Lambert  on behalf of Creditor  Compania Sud Americana de Vapores S.A. mclambert@lawpost-nyc.com
    Michael E. Norton  on behalf of Creditor  SSDC Services Corp. mnorton@nortonlawassociates.com
    Michael G. Cruse  on behalf of Creditor  Auma S.A. de C.V. mcruse@wnj.com, hziegler@wnj.com
    Michael J. Pendell  on behalf of Unknown  Plaintiffs mpendell@motleyrice.com
    Michael James Edelman  on behalf of Creditor  Export Development Canada mjedelman@vedderprice.com, ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.com
    Michael K. Cross  on behalf of Defendant  Green Hunt Wedlake, Inc., as trustee for General Motors Nova Scotia Finance Company mcross@akingump.com
    Michael M Hodgson  on behalf of Plaintiff  Motors Liquidation Company Avoidance Action Trust mhodgson@binderschwartz.com
    Michael R. Enright  on behalf of Creditor  Carrier Corporation menright@rc.com
    Michael R. Wernette  on behalf of Attorney  CIE Celaya, S.A. de C.V. mwernette@schaferandweiner.com
    Michael S. Davis  on behalf of Unknown  American International Specialty Lines Insurance Co. and other entities related to Chartis, Inc. mdavis@zeklaw.com, rguttmann@zeklaw.com
    Michael S. Etkin  on behalf of Interested Party  Plaintiff and Putative Class re: Peggy Sue Jones, et al. v. General Motors, LLC and Larry Darby, et al. v. General Motors, LLC and Delphi Automotive PLLC metkin@lowenstein.com, mseymour@lowenstein.com
    Michael S. Holmes  on behalf of Creditor  River Oaks L-M, Inc. dba Westpoint mshpclaw@gmail.com, mshatty@yahoo.com
    Michael T. Conway  on behalf of Creditor  Detroit Diesel Corporation mconway@goodwin.com

```
District/off: 0208-1                  User:                    Page 7 of 9                    Date Rcvd: Aug 07, 2019
                                      Form ID: tranapl         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael V. Blumenthal    on behalf of Unknown    Revitalizing Auto Communities Environmental Response Trust michael.blumenthal@tklaw.com
          Michele Angell    on behalf of Unknown    Ad Hoc Group of Term Lenders mangell@kasowitz.com, courtnotices@kasowitz.com
          Michelle Goldis    on behalf of Unknown    Lowe's Companies, Inc. michelle.goldis@wilmerhale.com
          Michelle T. Sutter    on behalf of Creditor    Ohio Attorney General msutter@ag.state.oh.us
          Mitchell A. Karlan    on behalf of Creditor    Wilmington Trust Company mkarlan@gibsondunn.com
          N. Kathleen Strickland    on behalf of Creditor    Remy International, Inc. kstrickland@rmkb.com
          Nan E. Joesten    on behalf of Interested Party    General Motors Retiree Association njoesten@fbm.com
          Neil Andrew Goteiner    on behalf of Interested Party    General Motors Retiree Association ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
          Neil S. Binder    on behalf of Plaintiff    Motors Liquidation Company Avoidance Action Trust nbinder@binderschwartz.com, dclark@binderschwartz.com
          Nicholas D. Fram    on behalf of Cross-Claimant    Term Loan Lenders nicholas.fram@mto.com, erika.eberline@mto.com
          Nicholas Heath Wooten    on behalf of Unknown Dianne  Ashworth nick@nickwooten.com, notices@nickwooten.com;linnea@nickwooten.com
          Oren Giskan    on behalf of Plaintiff Rodolfo Fidel Mendoza ogiskan@gslawny.com
          Oscar B. Fears, III    on behalf of Creditor    Georgia Department of Revenue bfears@law.ga.gov
          Oscar N. Pinkas    on behalf of Defendant    Canadian Imperial Bank of Commerce oscar.pinkas@dentons.com, docketny@dentons.com
          Otis McGee, Jr.    on behalf of Defendant    City of Oakland Police & Fire Retirement System omcgeejr@oaklandcityattorney.org
          P. Warren Hunt    on behalf of Creditor    AVL Americas, Inc. pwh@krwlaw.com
          Patrick E. Mears    on behalf of Creditor    M-Heat Investors, LLC patrick.mears@btlaw.com
          Patrick G. Warner    on behalf of Plaintiff John  Morgenstein pgwarn@climacolaw.com
          Patrick J. Orr    on behalf of Unknown    MLC Asbestos PI Trust tklestadt@klestadt.com;kgarofalo@klestadt.com
          Patrick J. Trostle    on behalf of Debtor    Motors Liquidation Company trostle66@gmail.com, jessica.lopez@tklaw.com;shannon.savage@tklaw.com
          Paul Rubin    on behalf of Transferee    Kayson 48 Corp. prubin@rubinlawllc.com, hhuynh@rubinlawllc.com
          Paul Sheldon    on behalf of Defendant    Continental Casualty Company paul.sheldon@cna.com
          Paul H. Silverman    on behalf of Creditor    Class of Saturn Consumers PSilverman@mclaughlinstern.com
          Paul J. Pascuzzi    on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Ricotta    on behalf of Creditor    Hitachi Automotive Products (USA), Inc. pricotta@mintz.com, docketing@mintz.com
          Paul M. Basta    on behalf of Interested Party    General Motors LLC pbasta@paulweiss.com
          Paul T. Weinstein    on behalf of Unknown    Motors Liquidation Company Avoidance Action Trust pweinstein@emmetmarvin.com
          Peter D'Apice    on behalf of Creditor    Ad Hoc Committee of Asbestos Personal Injury Claimants dapice@sbep-law.com
          Peter D'Apice    on behalf of Unknown    Chair Lead Counsel Takata MDL Action Plaintiffs dapice@sbep-law.com
          Peter Gregory Schwed    on behalf of Unknown    Deloitte Tax LLP gschwed@loeb.com, tcummins@ecf.courtdrive.com
          Peter S. Partee    on behalf of Interested Party    DTE Pontiac North, LLC ppartee@huntonak.com
          Phillip W. Bohl    on behalf of Creditor    Willette Acquisition Corp., a/k/a Digital Technologies and Allied Vaughn phillip.bohl@gpmlaw.com
          R. Christopher Cataldo    on behalf of Plaintiff    MCM Management Corp. ccataldo@jaffelaw.com
          R. Hugh Stephens    on behalf of Creditor    Stephens & Stephens, LLP hstephens@stephensstephens.com
          Renee M. Dailey    on behalf of Creditor    Georg Fischer Automotive AG rdailey@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com
          Richard David Lane    on behalf of Defendant    DE-SEI Institutional Investment Trust - High Yield Bond Fund rdlane@mdwcg.com
          Richard E. Kruger    on behalf of Creditor    BMW Group rkruger@jaffelaw.com
          Richard F. Harrison    on behalf of Interested Party    River Birch Capital LLC rharrison@westermanllp.com
          Richard Jon Riley    on behalf of Interested Party Rebekah  Oglesby cburt@mrblaw.com
          Richard L. Epling    on behalf of Creditor    Financial Engines Advisors L.L.C. richard.epling@pillsburylaw.com
          Richard L. Ferrell    on behalf of Creditor    EnovaPremier of Michigan LLC Ferrell@taftlaw.com
          Richardo I. Kilpatrick    on behalf of Creditor    City of Detroit ecf@kaalaw.com
          Robert Honeywell    on behalf of Defendant    Ivy Fund Inc.-High Income Fund robert.honeywell@klgates.com, brian.koosed@klgates.com
          Robert Sidorsky    on behalf of Creditor    A Raymond, Inc. robert@kruzhkovrusso.com, yana@kruzhkovrusso.com
          Robert B. Weiss    on behalf of Debtor    Motors Liquidation Company rweiss@honigman.com
          Robert C Hilliard    on behalf of Interested Party    Designated Counsel for the Ignition Switch Plaintiffs & Certain Non-Ignition Switch Plaintiffs bobh@hmglawfirm.com, lauren@hmglawfirm.com;katrina@hmglawfirm.com
          Robert D. Gordon    on behalf of Creditor    ATS Automation Tooling Systems, Inc. rgordon@clarkhill.com
          Robert D. Wolford    on behalf of Creditor    Benteler Automotive Corp. ecfwolfordr@millerjohnson.com

```
09-50026-mg    Doc 14605    Filed 08/09/19    Entered 08/10/19 00:17:02    Imaged
                         Certificate of Notice    Pg 9 of 10
```

```
District/off: 0208-1              User:                  Page 8 of 9                Date Rcvd: Aug 07, 2019
                                  Form ID: tranapl       Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Robert H. Brownlee    on behalf of Creditor c/o Robert Brownlee    Maritz Holdings Inc.
               rbrownlee@thompsoncoburn.com
              Robert H. Snyder, Jr.    on behalf of Unknown    Butler Wooten & Peak LLP rob@butlerwooten.com
              Robert L. LeHane    on behalf of Creditor    LBA Realty Fund III    Company IX, LLC
               KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              Robert T. Schmidt    on behalf of Plaintiff    Official Committee of Unsecured Creditors of Motors
               Liquidation Company, et al. rschmidt@kramerlevin.com,
               andrea-chouprouta-1684@ecf.pacerpro.com;corporate-reorg-1449@ecf.pacerpro.com;docketing@kramerlev
               in.com
              Robert W. Phillips    on behalf of Interested Party    Certain Mesothelioma Claimants
               rphillips@simmonscooper.com
              Roland Hwang    on behalf of Unknown    Michigan Department of Energy, Labor & Economic Growth,
               Unemployment Insurance Agency hwangr@michigan.gov
              Ronald Jay Smolow    on behalf of Plaintiff Donna M. Trusky ron@smolow.com, pat@smolow.com
              Ronald S. Pretekin    on behalf of Creditor    Harco Manufacturing Group LLC piatt@coollaw.com
              Rudy Gonzales, Jr.    on behalf of Unknown    Certain Pre-Closing Accident Plaintiffs
               lauren@hmglawfirm.com, rudyg@hmglawfirm.com
              Russell Carl Babcock    on behalf of Unknown    The Estate of Kathleen Pillars, Deceased
               russellbabcock@aol.com, marylynnmcphail@yahoo.com
              Ryan D. Heilman    on behalf of Attorney    BASF Corporation ryan@wernetteheilman.com
              S. Alyssa Young    on behalf of Plaintiff Barbara    Allen ayoung@leaderberkon.com
              S. Christopher Szczerban    on behalf of Defendant    JPMorgan Chase Bank, N.A. scs@wlrk.com,
               calert@wlrk.com
              Sarah L. Prutzman    on behalf of Defendant    Citigroup Global Markets Inc. slp4@mofo.com,
               docketny@mofo.com;sarah-prutzman-8500@ecf.pacerpro.com
              Sarah M. Chen    on behalf of Unknown    Praxair Distribution Inc. docket@lockelord.com
              Sarah Sandok Rabinovici    on behalf of Creditor    SKF USA Inc. rabinovicis@pepperlaw.com
              Scott A. Golden    on behalf of Interested Party    News America Incorporated
               scott.golden@hoganlovells.com
              Scott I. Davidson    on behalf of Defendant    General Motors Co. sdavidson@kslaw.com,
               jcmccullough@kslaw.com
              Scott I. Davidson    on behalf of Interested Party    General Motors LLC sdavidson@kslaw.com,
               jcmccullough@kslaw.com
              Scott J. Freedman    on behalf of Attorney    Dilworth Paxson LLP sfreedman@dilworthlaw.com
              Scott L. Esbin    on behalf of Transferee    Pandora Select Partners, LP
               bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
              Scott N. Brown, Jr.    on behalf of Creditor    Hamilton County Trustee snb@smrw.com
              Scott S Balber    on behalf of Defendant    OCM-WM Pool High Yield Fixed Interest Trust
               scott.balber@hsf.com, stephanie.morano@hsf.com
              Sean E. O'Donnell    on behalf of Defendant    Green Hunt Wedlake, Inc., as trustee for General
               Motors Nova Scotia Finance Company sodonnell@akingump.com,
               courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com
              Sean E. O'Donnell    on behalf of Unknown    Green Hunt Wedlake, Inc., Trustee
               sodonnell@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com
              Selia M Warren    on behalf of Defendant    City of Oakland Police & Fire Retirement System
               swarren@oaklandcityattorney.org
              Serge Ambroise    on behalf of Plaintiff    AFL-CIO sambroise@kjmlabor.com, eperez@kjmlabor.com,
               lthompson@kjmlabor.com
              Sharon L. Stolte    on behalf of Creditor    Haldex Credit Services Corp.
               sstolte@sandbergphoenix.com
              Shaya M. Berger    on behalf of Unknown    Motors Liquidation Company GUC Trust
               sberger@gulkowitzberger.com
              Stanley B. Tarr    on behalf of Interested Party    Cellco Partnership d/b/a Verizon Wireless on
               behalf of itself and its controlled affiliates tarr@blankrome.com
              Stanley B. Tarr    on behalf of Defendant    PNC Bank, National Association tarr@blankrome.com
              State of Nebraska, Attorney General's Office    leslie.levy@nebraska.gov
              Stephanie S. Monplaisir    on behalf of Unknown Kruuz    Finch stephanie.monplaisir@beasleyallen.com,
               angela.talley@beasleyallen.com
              Stephen M. Gross    on behalf of Attorney    McDonald Hopkins PLC sgross@mcdonaldhopkins.com
              Stephen S. LaPlante    on behalf of Interested Party    Ford Motor Company
               laplante@millercanfield.com
              Steve Berman    on behalf of Interested Party    Participating Unitholders steve@hbsslaw.com,
               heatherw@hbsslaw.com,carrie@hbsslaw.com
              Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue sdnyecf@dor.mo.gov
              Steven B. Eichel    on behalf of Defendant    Intesa Sanpaolo Private Banking SPA
               seichel@crowell.com
              Steven B. Eichel    on behalf of Creditor    Winkelmann Sp. z.o.o. se@robinsonbrog.com
              Steven B. Flancher    on behalf of Interested Party    Michael A. Cox Attorney General for the
               State of Michigan flanchers@michigan.gov
              Steven B. Soll    on behalf of Unknown    Certain Class Action Plaintiffs ssoll@oshr.com,
               awilliams@oshr.com;asilverstein@otterbourg.com;dfiorillo@otterbourg.com
              Steven Harris Blatt    on behalf of Unknown    Mount Kisco Chevrolet Cadillac Hummer, Inc.
               sblatt@dealerlaw.com
              Steven J. Reisman    on behalf of Defendant    DbX Risk Arbitrage 1 Fund, Lyxor/Paulson
               International Fund Limited, Paulson Enhanced Ltd., Paulson International Ltd., Paulson Partners
               Enhanced, L.P., and Paulson Partners L.P. sreisman@katten.com, nyc.bknotices@kattenlaw.com
              Steven M. Bierman    on behalf of Unknown    WELLS FARGO BANK, N.A. sbierman@sidley.com,
               emcdonnell@sidley.com

```
District/off: 0208-1              User:                    Page 9 of 9              Date Rcvd: Aug 07, 2019
                                  Form ID: tranapl         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Steven R. Montgomery    on behalf of Creditor   J.B. Hunt Transport Services, Inc.
               smontgomery@rawle.com
              Stewart D Aaron    on behalf of Defendant   Kynikos Opportunity Fund II LP
               stewart.aaron@aporter.com
              Stuart A. Krause    on behalf of Interested Party   Toyota Tsusho America, Inc. skrause@zeklaw.com
              Susan Jennik    on behalf of Plaintiff   AFL-CIO sjennik@cwsny.com, lthompson@cwsny.com,
               elogue@cwsny.com,ecf@cwsny.com
              Susan L Shin    on behalf of Defendant   Kynikos Opportunity Fund II LP susan.shin@apks.com
              Susan M. Cook    on behalf of Creditor   Knight Facilities Management, Inc. smcook@lambertleser.com
              Susan R. Katzoff    on behalf of Creditor   Niagara Mohawk Power Corporation, d/b/a National Grid
               skatzoff@barclaydamon.com, lmcrobbie@barclaydamon.com
              Terry Josh Judd    on behalf of Creditor   Additional Ignition Switch Pre-Closing Accident
               Plaintiffs jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;sray@andrewsmyers.com
              Tessa Brianne Harvey    on behalf of Plaintiff   Motors Liquidation Company Avoidance Action Trust
               tharvey@binderschwartz.com
              Thomas B. Radom    on behalf of Creditor   Gates de Mexico SA de CV radom@butzel.com
              Thomas E. Coughlin    on behalf of Creditor   MCM Management Corp. tcoughlin@jaffelaw.com
              Thomas J. Schank    on behalf of Creditor   John N. Graham, Trustee for the Bankruptcy Estate of
               High Tech Packaging, Inc. tomschank@hunterschank.com
              Thomas M. Kennedy    on behalf of Plaintiff   AFL-CIO tkennedy@cwsny.com, lthompson@cwsny.com,
               elogue@cwsny.com,ecf@cwsny.com
              Thomas P. Sarb    on behalf of Creditor   Benteler Automotive Corp. ecfsarbt@millerjohnson.com
              Thomas W. Schouten    on behalf of Creditor   Ridgeview Industries, Inc. tschouten@dunnsslaw.com
              Todd S Garber    on behalf of Creditor Lisa   Phaneuf tgarber@fbfglaw.com
              Tonya A. Trumm    on behalf of Creditor   Jefferson Wells International, Inc.
               tatrumm@michaelbest.com
              Trent P. Cornell    on behalf of Interested Party   General Motors National Retiree Association,
               Over The Hill Car People, LLC tcornell@pedersenhoupt.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
              Victor J. Mastromarco, Jr.    on behalf of Unknown Gerald   Haynor vmastromar@aol.com
              Victor J. Mastromarco, Jr.    on behalf of Creditor   Pillars, Estate of Kathleen Pillars,
               Deceased vmastromar@aol.com
              Victoria D. Garry    on behalf of Creditor   Ohio Attorney General vgarry@ag.state.oh.us
              Wendy S. Walker    on behalf of Creditor   A.P. Moller-Maersk A/S wwalker@morganlewis.com
              Whitney L. Mosby    on behalf of Defendant   Manual Transmissions of Muncie, LLC
               wmosby@binghammchale.com
              William Howard Newman    on behalf of Defendant   Wells Cap Mgmt - 13923601
               wnewman@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com
              William P. Weintraub    on behalf of Attorney   Burnett Law Firm wweintraub@goodwinprocter.com,
               gfox@goodwinprocter.com
              William Patrick Lalor    on behalf of Defendant   Continental Casualty Company
               wlalor@lalorattorneys.com
              Zachary H. Smith    on behalf of Defendant   Phoenix CLO II, Ltd zacharysmith@mvalaw.com
              c/o Robert Brownlee   Maritz Holdings Inc.    rbrownlee@thompsoncoburn.com
                                                                                             TOTAL: 384
```