UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:                   Case No. 09-50026 (MG)
In re                          :
:
**MOTORS LIQUIDATION COMPANY,**  :   Chapter 11
*et al.*, f/k/a General Motors Corp., *et al.*,  :
:                   (Jointly Administered)
Debtors.          :
:
---------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that Andrew D. Velez-Rivera hereby withdraws his appearance on behalf of the United States Trustee for Region 2 in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that service of pleadings and notices in these cases, including CM/ECF electronic notification upon the undersigned, should be discontinued.

Dated: New York, New York
August 16, 2019

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

**By:**   /s/ *Andrew D. Velez-Rivera*
Trial Attorney
U.S. Federal Building
201 Varick Street, Suite 1006
New York, New York 10014
Tel. No. (212) 510-0500
Fax. No. (212) 668-2255