KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222
Arthur Steinberg
Scott Davidson

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                            :    Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :
    f/k/a General Motors Corp., *et al.*,         :    Case No.: 09-50026 (MG)
                                                  :
                    Debtors.                      :    (Jointly Administered)
                                                  :
---------------------------------------------------------------x

# GENERAL MOTORS LLC'S COUNTER–DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, General Motors LLC ("**New GM**"), as appellee, submits this counter-designation of additional items to be included in the record on appeal in connection with the appeal of the *Memorandum Opinion and Order Enforcing Provisions of Sale Order with Respect to Punitive Damage Claims Made by Kimberly and Tammy McCall, Both Individually and as Representatives*, dated July 10, 2019 [ECF No. 14554] ("**McCall Opinion**").

## COUNTER-DESIGNATION OF RECORD

In addition to the items (including any exhibit, annex, appendix or addendum thereto) designated by Appellants in their *Record on Appeal and Statement of Issues on Appeal*, dated August 7, 2019 [ECF No. 14595], New GM submits the following designation of additional items to be included in the record on appeal of the McCall Opinion (including any exhibit, annex, appendix or addendum thereto):

| Item No. | Date Filed | Description |
|---|---|---|
| 1. | 3/15/2019 | Appellee's Brief filed by FCA US LLC in *In re Old Carco LLC*, 18-cv-11290-AJN (S.D.N.Y.) [ECF No. 18]. |

Dated: New York, New York
August 21, 2019

Respectfully submitted,

/s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

-and-

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC*