Edward S. Weisfelner
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
eweisfelner@brownrudnick.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch*
*Plaintiffs in the Bankruptcy Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                              :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., et al., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF ONTARIO | ) |

     1.     Carol S. Ennis, being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Canandaigua, New York.

     2.     On the 22nd day of August, 2019, I caused to be served a true and correct copy of the *Letter Regarding Motion For Reconsideration of the MDL Court's Recent Ruling on New GMs Motion for Summary Judgment Against the Bellwether Economic Loss Plaintiffs* [ECF No. 14614] (the "Letter") by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

     3.     On the 22nd day of August, I also caused to be served a true and correct copy of the Letter by electronic mail upon the parties listed on Exhibit A and by overnight mail on the party listed on Exhibit B.

Carol S. Ennis

Sworn to before me this
26th day of August, 2019.

Notary Public, State of New York

**ABBY ROSE MONTANYE**
Notary Public, State of New York
Ontario County Reg. #01MO6388001
Commission Expires 02/25/2023

# EXHIBIT A

**Members:**

| | |
|---|---|
| anne@hilliardshadowenlaw.com | anne@hilliardshadowenlaw.com |
| anofzinger@paulweiss.com | anofzinger@paulweiss.com |
| arwolf@wlrk.com | arwolf@wlrk.com |
| ASteinberg@KSLAW.com | ASteinberg@KSLAW.com |
| asynnott@paulweiss.com | asynnott@paulweiss.com |
| bobh@hmglawfirm.com | bobh@hmglawfirm.com |
| carrie@hbsslaw.com | carrie@hbsslaw.com |
| Clay.Pierce@dbr.com | Clay.Pierce@dbr.com |
| clwilson@jonesday.com | clwilson@jonesday.com |
| conor.tully@fticonsulting.com | conor.tully@fticonsulting.com |
| dgolden@akingump.com | dgolden@akingump.com |
| djnewman@akingump.com | djnewman@akingump.com |
| dyoungblut@paulweiss.com | dyoungblut@paulweiss.com |
| ecabraser@lchb.com | ecabraser@lchb.com |
| efisher@binderschwartz.com | efisher@binderschwartz.com |
| esserman@sbep-law.com | esserman@sbep-law.com |
| gfox@goodwinlaw.com | gfox@goodwinlaw.com |
| hsnovikoff@wlrk.com | hsnovikoff@wlrk.com |
| jcallagy@kelleydrye.com | jcallagy@kelleydrye.com |
| jjudd@andrewsmyers.com | jjudd@andrewsmyers.com |
| jkane@akingump.com | jkane@akingump.com |
| jmonzione@paulweiss.com | jmonzione@paulweiss.com |
| jwoodson@akingump.com | jwoodson@akingump.com |
| kashley@hmglawfirm.com | kashley@hmglawfirm.com |
| Kgoing@mwe.com | Kgoing@mwe.com |
| kkimpler@paulweiss.com | kkimpler@paulweiss.com |
| LAKers@hmglawfirm.com | LAKers@hmglawfirm.com |
| lauren@hmglawfirm.com | lauren@hmglawfirm.com |
| lbush@binderschwartz.com | lbush@binderschwartz.com |
| ldobson@thomasjhenrylaw.com | ldobson@thomasjhenrylaw.com |
| lhandelsman@binderschwartz.com | lhandelsman@binderschwartz.com |
| lnorman@andrewsmyers.com | lnorman@andrewsmyers.com |
| lpaniszczyn@thomasjhenrylaw.com | lpaniszczyn@thomasjhenrylaw.com |
| Marita.Erbeck@dbr.com | Marita.Erbeck@dbr.com |
| mjedelman@vedderprice.com | mjedelman@vedderprice.com |
| mkrolewski@kelleydrye.com | mkrolewski@kelleydrye.com |
| mschein@vedderprice.com | mschein@vedderprice.com |
| mtsukerman@coleschotz.com | mtsukerman@coleschotz.com |

mwolinsky@wlrk.com
nbinder@binderschwartz.com
nick@hbsslaw.com
npanarella@kelleydrye.com
pbasta@paulweiss.com
rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
sean@hbsslaw.com
sharnett@paulweiss.com
sjames@paulweiss.com
steve@hbsslaw.com
tjh@thomasjhenrylaw.com
wweintraub@goodwinlaw.com

mwolinsky@wlrk.com
nbinder@binderschwartz.com
nick@hbsslaw.com
npanarella@kelleydrye.com
pbasta@paulweiss.com
rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
sean@hbsslaw.com
sharnett@paulweiss.com
sjames@paulweiss.com
steve@hbsslaw.com
tjh@thomasjhenrylaw.com
wweintraub@goodwinlaw.com

# EXHIBIT B

Office of the United States Trustee
for the Southern District of New York
Attn: William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014