UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT
NEW YORK

| | |
|---|---|
| MOTORS LIQUIDATION CO. | CHAPTER 11 CASE NO. 09-50026 (MG) |
| CLAIMANT: DANA H-FOX, PRO-SE | DOCKET 14565 7/23/19 |
| ATT: JUDGE MARTIN GLENN | SECTIONS 5.4 & 5.8 GUC TRUST 502h CLAIM |

MOTION FOR CLAIMANT, FOX PRO-SE TO BE A RECEIPIANT OF DISTRIBUTION BASED ON ORDER OF JUDGE GERBER THAT DIDN'T LIMIT $19,000.00+ AWARD TO BANKRUPTCY RULES.

→ # 2013 ECF 8291 DOCKET # 12-798 FROM FLORIDA CIRCUIT COURT LEE COUNTY 53-CA-03653 (05-28403?)

MOTION TO COURT TO ACCEPT HANDWRITTEN PLEADING AS CLAIMANT, DANA H-FOX PRO-SE IS A CLASSIFIED FEDERAL AGENT UNDER OATH NOT TO USE COMPUTERS... MY TYPEWRITER IS "BURIED" IN STORAGE; MOTION FOR COURT TO GRANT LEEWAY TO A PRO-SE LITIGANT; DOES THIS COURT RECOGNIZE THE RIGHTS OF A PRO-SE LITIGANT? [BY LAW].

FOX PRO-SE "INVENTED" MOTORS LIQUIDATORS AND HAD THE TRUSTEES PLACE IT IN DUBLIN, OHIO (1960's): TRUSTEES CRAIG, EMERSON FOR J.M. FORBES BOSTON, MASS;

FOX PRO-SE ALSO HAD THE TRUSTEES ESTABLISH THE NEW YORK BANKRUPTCY COURT AROUND THE SAME TIME; AS I VOLUNTEER TO AMERICA, I'M NOT PAID.

TRUSTEE DIANE MOORE CRAIG SAID I OWN GENERAL MOTORS DUE TO MY POSITION IN GREAT BRITAIN AND THE UNITED STATES: LORD OF THE MANOR, OVERLORD, [THIS IS CLASSIFIED].

MY LEGAL RECORDS MAY BE MISSING AS I DID NOT FIND THEM IN STORAGE TO INCLUDE JUDGE GERBER'S DECISION GRANTING FULL RELIEF OF $19,000.— DAMAGES, NO BANKRUPTCY LIMITATIONS IN ORDER.

MOTION TO FIND ORDER IN THE FILES FOR PROOF.

FOX PRO-SE IS ALSO THE FOUNDER OF AMERICAN CIVIL LIBERTIES UNION PUBLIC DEFENDERS OFFICE, LAWYER'S GUILD & LAWYER REFERRAL. FOR MY UNPAID CONTRIBUTIONS, IT WOULD BE NICE TO HAVE A SUBSTANTIAL MONTHLY INCOME OR EQUIVALENT LUMP SUM TO FIDELITY ACCT.

I CERTIFY A TRUE COPY IS SERVED BY U.S. MAIL TO MCDERMOTT WILL EMERY FOR MOTORS LIQUIDATION ON THIS DATE 8/20/19

RESPECTFULLY SUBMITTED
DANA H-FOX, PRO-SE