**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## ORDER

Dana H. Fox, appearing pro se, filed a motion in this case. (See ECF document number [14617]). The motion is incomprehensible. The request for relief is DENIED.

**IT IS SO ORDERED.**

Dated:   August 26, 2019
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge

1