UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT
1 BOWLING GREEN
N.Y., N.Y., 10004

MOTORS LIQUIDATORS
CLAIMANT:—
DANA H. FOX, PRO-SE

CHAPT. 11 CASE
09-50026
DOCKET 14565

AUG 30 2019

ADDENDUM TO 8/20/19
FILING FOR RESTITUTION

PER FOX PRO-SE'S STATEMENTS AND THE COURT CAN VERIFY, THIS IS NOT THE FIRST G.M. BANKRUPTCY THAT FOX PRO-SE HAS DEALT WITH. [SOME OF US HAVE A BAD TIME-SEQUENCE REPEAT] THE AURORA WAS INSPIRED BY THE FIAT DINO (ENZO'S 1ST FIRST CAR FERRARI & FIAT DID WHEN THEY MERGED BACK IN THE '60's [FOX PRO-SE WAS THERE ALSO WITH DINO, FIAT, ENZO & INSPIRATION]. THE 4 OVERHEAD CAM ENGINE IN THE DINO INSPIRED THE NORTHSTAR V-8 AND THE SPACE IN THE OIL PAN FOR THE FRONT EXHAUST [FOX PRO-SE TOO]. THIS IS AN EXAMPLE OF PRO-SE'S INVOLVEMENT WITH G.M. & ENGINEERS & DESIGN THAT I'VE NOT BEEN PAID FOR TO DATE.

THE AUTO-INDUSTRY IS OVERDESIGNING OUR CARS WITH TOO MUCH ELECTRONIC, COMPUTERIZED JUNK THAT IS ACTUALLY DANGEROUS.! N.H.T.S.A. IS MINE AS IS A.C.L.U., PUBLIC DEFENDERS OFFICE, LAWYERS GUILD AND LAWYERS REFERRAL [UNPAID TO DATE]. OTHERS TAKE CREDIT, I WANT CASH! MOTION FOR SUBSTANTIAL DISTRIBUTION; RESTITUTION

I CERTIFY A TRUE COPY IS
SERVED BY U.S. MAIL
TO McDERMOTT, WILL & EMERY
FOR MOTORS LIQUIDATORS ON
THIS DATE 8/26/19
D.H.F.

RESPECTFULLY SUBMITTED
DANA H. FOX  PRO-SE