**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Motors Liquidation Company | CASE NO.: 09–50026–mg |
| aka  Automotive Market Research | |
| aka  NAO Fleet Operations | |
| aka  GMC Truck Division | |
| aka  National Car Rental | |
| aka  GM Corporation–GM Auction Department | |
| aka  GM Corporation | |
| aka  National Car Sales | |
| fka  General Motors Corporation | |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 38–0572515 | CHAPTER: 11 |

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on July 24, 2019, document number 14569, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 19–cv–7315 assigned to the Honorable Jesse M. Furman.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: September 5, 2019                                          Vito Genna
                                                                 Clerk of the Court