# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 9/5/2019 |
| Case: 09−50026−mg | Form ID: tranapl | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Arthur Jay Steinberg    asteinberg@kslaw.com
aty    Eric J. Snyder    esnyder@wilkauslander.com

TOTAL: 2