**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.
------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

## ORDER SETTING DEADLINE FOR RESPONSES TO LETTER FROM GUC TRUST'S COUNSEL

The Court received a letter from the GUC Trust's counsel regarding a proposed briefing schedule for late claims motions. (ECF Doc. # 14625.) The letter states the "some of the parties oppose the timeline proposed below for briefing the agreed upon issues." *Id.* at 1. Any parties wishing to respond to the letter from the GUC Trust's counsel regarding the issues to be briefed or the briefing schedule shall file letters addressing those matters on or before 5:00 p.m., Monday, October 28, 2019.

**IT IS SO ORDERED.**

Dated:   October 23, 2019
         New York, New York

              *Martin Glenn*
            _____
              MARTIN GLENN
              United States Bankruptcy Judge