*Gary Peller*
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 662-9122
(202) 662-9680 (facsimile)

October 28, 2019

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

    Re:    **In re Motors Liquidation Company,** *et al.,*
             **Case No. 09-50026 (MG); Late Claims Briefing**

Dear Judge Glenn:

    I represent Sharon Bledsoe, Celestine Elliott, Lawrence Elliott, Tina Farmer, and Dierra Thomas ("Plaintiffs"), who each purchased General Motors vehicles prior to the Sale date. Mr. and Mrs. Elliott, Ms. Bledsoe, Ms. Farmer and Ms. Thomas each seek to recover for the economic loss they suffered in connection with their purchase and use of hazardous vehicles containing the Delta Ignition Switch defect, NHTSA Recall No. 14-047. Plaintiffs are Ignition Switch Plaintiffs who are not represented by counsel for the "Economic Loss Plaintiffs."

    Plaintiffs submit this letter in response to the Court's Order Setting Deadline for Responses to Letter from GUC Trust's Counsel, ECF No. 14626.

    Plaintiffs expect to join in the arguments made by other counsel but request an opportunity to submit non-duplicative supplemental briefing in connection with the upcoming briefing on the late claims issue. Specifically, Plaintiffs request an opportunity to submit a 15 page supplemental brief with respect to any initial briefing, and a 5 page reply with respect to any reply briefing, to be due 7 days after briefing by counsel for the Economic Loss Plaintiffs.

                                                    Respectfully submitted,
                                                    /s/ *Gary Peller*
                                                    Gary Peller, Esq.
                                                    Counsel for Sharon Bledsoe,
                                                    Celestine Elliott, Lawrence Elliott,
                                                    Tina Farmer, and Dierra Thomas