UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2019, I caused the *Letter Regarding Briefing on Late Claims Motions*, ECF No.14629, to be filed and served upon all parties receiving notice via the Court's ECF system.

Dated: October 27, 2019

/s/ *Gary Peller*
Gary Peller
600 New Jersey Avenue, NW
Washington, DC, 20001
(202) 662 9122
peller@law.georgetown.edu
Attorney for Plaintiffs