**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036

---

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019

October 28, 2019

**VIA E-MAIL
AND ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    Re: **In re Motors Liquidation Company,** *et al.*
       **Case No. 09-50026 (MG)**

Dear Judge Glenn:

  Counsel for General Motors LLC ("New GM") writes in response to this Court's *Order Setting Deadline for Responses to Letter from GUC Trust's Counsel* [Docket No. 14626] and after having reviewed the GUC Trust's letter dated October 22, 2019 [Docket No. 14625] and the Economic Loss Plaintiff's letter dated October 23, 2019 [Docket No. 14627].

  New GM supports moving forward with briefing the legal issues outlined in the GUC Trust Letter. Rulings on these legal issues (or even a subset of these issues as suggested by Economic Loss Plaintiffs) would clarify whether Economic Loss Plaintiffs may file late claims against the GUC Trust, a critical step towards the ultimate resolution of the Economic Loss Plaintiffs' claims.

  New GM anticipates that its interests in the proposed briefing issues are largely aligned with the interests of the GUC Trust and the Participating Unitholders. As a result, New GM will coordinate with those parties to minimize duplicative briefing and the burden on the Court. New GM will comply with whatever briefing schedule is adopted by this Court or agreed upon by the parties.

  We are available should the Court have any questions.

Honorable Martin Glenn
October 28, 2019
Page 2

Respectfully submitted,

*/s/ Paul M. Basta*
Paul M. Basta
Aidan Synnott
Kyle J. Kimpler
Sarah Harnett
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*and*

Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Counsel for General Motors LLC*