# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | 300 North LaSalle | |
| --- | --- | --- |
| Andrew B. Bloomer, P.C. | Chicago, IL 60654 | |
| To Call Writer Directly: | United States | Facsimile: |
| +1 312 862 2482 | +1 312 862 2000 | +1 312 862 2200 |
| andrew.bloomer@kirkland.com | | |
| | www.kirkland.com | |

November 1, 2019

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:** *In re GM LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)
         *In re Motors Liquidation Co.*, 19-CV-1852 (JMF)

Dear Judge Furman:

  Pursuant to the Court's October 28, 2019 Order (ECF No. 7343), Lead Counsel for plaintiffs, counsel for New GM, counsel for the GUC Trust, and counsel for the Participating Unitholders write jointly to advise the Court that New GM has agreed to withdraw its motion to withdraw the reference in light of the termination of Settlement 3.0. New GM reserves the right to file another motion to withdraw in the future if necessary.

                Respectfully submitted,

                /s/ Richard C. Godfrey, P.C.
                /s/ Andrew B. Bloomer, P.C.

                *Counsel for Defendant General Motors LLC*

cc: MDL Counsel of Record

  The Clerk of Court is directed to terminate 19-CV-1852, ECF No. 1 and to close that case. SO ORDERED.

November 4, 2019