

**mwe.com**

Kristin Going
Attorney at Law
kgoing@mwe.com
+1 212 547 5429

November 6, 2019

**VIA EMAIL AND ECF FILING**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

   *Re: Request for Conference in Motors Liquidation Company – Case No. 09-50026(MG)*

Dear Judge Glenn:

  Counsel for the Motors Liquidation Company GUC Trust (the "GUC Trust") requests a status conference be scheduled at the earliest possible date of convenience for the Court to discuss the proposed briefing schedule submitted to the Court on October 22, 2019 (ECF No. 14625) and the responsive letters filed by (i) designated bankruptcy counsel for the Economic Loss Plaintiffs on October 23, 2019 (ECF No. 14627), (ii) Plaintiffs Sharon Bledsoe, Celestine Elliott, Lawrence Elliott, Tina Farmer and Dierra Thomas, represented by Professor Gary Peller, on October 27, 2019 (ECF No. 14629), (iii) the Motors Liquidation Company Avoidance Action Trust on October 28, 2019 (ECF No. 14631) and (iv) New GM on October 28, 2019 (ECF No. 14632), and to address any concerns the Court may have with the proposed schedule. The GUC Trust believes that all parties will benefit from an understanding of the path forward with regards to litigation relating to potential late claims.

  We appreciate the Court's attention to this request, and we are available if the Court has questions or needs additional information.



340 Madison Avenue New York NY 10173-1922 Tel +1 212 547 5400 Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

DM_US 163903421-3.108740.0012

November 6, 2019
Page 2

                        Respectfully submitted,

                        *s/ Kristin Going*

                        Kristin Going

cc:    Edward S. Weisfelner, Esq. (via e-mail and ECF)
       Gary Peller, Esq. (via e-mail and ECF)
       Eric B. Fisher, Esq. (via e-mail and ECF)
       Paul M. Basta, Esq. (via e-mail and ECF)
       Arthur Steinberg, Esq. (via e-mail and ECF)
       Lisa M. Norman, Esq. (via e-mail and ECF)

