UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a                    Chapter 11
GENERAL MOTORS CORPORATION, *et al.*,
                                                                                Case No. 09-50026 (MG)
                                                                                 (Jointly Administered)

                                                 Debtors.
------------------------------------------------------------------------x

### ORDER SETTING CASE MANAGEMENT CONFERENCE CONCERNING SCHEDULE FOR BRIEFING OF LATE CLAIMS MOTIONS

      The Court will hold a case management conference at 11:00 a.m., Tuesday, December 10, 2019 for the Court to determine next steps forward and a briefing schedule concerning the late claims motions. Any counsel wishing to speak at the hearing must appear in person. Any other counsel or parties in interest wishing to attend the hearing may do so by telephone. Counsel for the GUC Trust shall arrange a Court-Call number for the conference and post notice of the call-in information on the docket.

      **IT IS SO ORDERED.**

Dated:     November 8, 2019
              New York, New York

                                                      ____*Martin Glenn*_____
                                                        MARTIN GLENN
                                            United States Bankruptcy Judge