

LISA M. NORMAN
SHAREHOLDER

DIRECT DIAL: (713) 850-4245
Lnorman@andrewsmyers.com

December 5, 2019

**VIA ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    **RE:**    **In re Motors Liquidation Company, et al., Case No. 09-50026 (MG)**

Dear Judge Glenn:

    I am writing this status report on behalf of those certain 389 Ignition Switch Pre-Closing Accident Plaintiffs for which my firm, as bankruptcy counsel, filed the Late Claims Motion and supplements thereto (collectively, the "**Andrews Myers Plaintiffs**").[1]

    As previously reported by New GM, a significant number of the Andrews Myers Plaintiffs were able to reach settlements with New GM at the mediations attended by their respective personal injury counsel. With regard to the status of the claims, I am pleased to report that the only Andrews Myers Plaintiffs who have not reached settlements with New GM and/or who still desire to continue pursuing their claims through the pending Late Claims Motions are the following 9 Plaintiffs, all of whom are represented by one personal injury firm, Kirkendall Dwyer:

1. Bertha Brown
2. Joann Donato
3. Rodney Gentry
4. Chas Grant
5. Melinda Lynch
6. Louella Martinez
7. John McDonough
8. David Pier
9. Shakira Stephenson

---

[1] *See* Doc. 14018, Doc. 14112, Doc. 14195, Doc. 14346.

**Andrews Myers** • Attorneys at Law
1885 Saint James Place, 15th Floor • Houston, Texas 77056
T 713.850.4200 F 713.850.4211 • www.andrewsmyers.com

December 6, 2019
Page 2

      For purposes of any pending litigation relating to the potential late claims, out of the 389 proofs of claim identified in and attached to the Late Claim Motions, only the nine (9) remaining Andrews Myers Plaintiffs identified in this letter will be participating in such litigation. The remaining 380 Andrews Myers Plaintiffs who were included in the Late Claims Motions we filed are no longer pursuing their claims in this case.

      Respectfully submitted,

      /s/ Lisa M. Norman
      Lisa M. Norman (admitted *pro hac vice*)
      T. Joshua Judd (admitted *pro hac vice*)
      ANDREWS MYERS, P.C.
      1885 St. James Place, 15th Floor
      Houston, Texas 77056
      Tel: 713-850-4200
      Lnorman@andrewsmyers.com
      Jjudd@andrewsmyers.com

      *Counsel for Certain Ignition Switch*
      *Pre-Closing Accident Plaintiffs*

cc:    Kristin Going (via e-mail and ECF)
       Edward S. Weisfelner (via e-mail and ECF)
       Eric Fisher (via e-mail and ECF)
       Paul Basta (via e-mail and ECF)
       Arthur Steinberg (via e-mail and ECF)
       -and-
       Counsel of Record via CM/ECF

4602.1