## EXHIBIT A – AFFECTED MOVANTS

1.    Lynda Duncan (Supplemental Late Claims Movant)
2.    Christopher Gracia (Deceased) (Supplemental Late Claims Movant)
3.    Nicole Jaure (Supplemental Late Claims Movant)
4.    Tammie Marshall (Supplemental Late Claims Movant)
5.    Deidra Shipman (Late Claims Movant)

i