## **EXHIBIT B – PREVIOUSLY WITHDRAWN MOVANTS**

1. Allen, Lisa
2. Berard, Brandy
3. Bueno, John
4. Bueno, Lisa
5. Burns, Angela
6. Burns, Elizabeth Faye
7. Davis, Veronica Lynn
8. Duckett, Raymond
9. Ferrell, Tabatha
10. Garza, Rosy E
11. Gibbs, Santoria
12. Gibson, Mary
13. Gill, April
14. Hairston, John T
15. Harris, Charlesa
16. Hartnett, Carolyn individually and as representative of the Estate for Sara Hartnett
17. Haseleu, Tanya individually and as representative of the Estate for Tiffany Lee Haseleu
18. Haseleu, Todd individually and as representative of the Estate for Tiffany Lee Haseleu
19. Higgins, Sherell individually and as next friend of Darrell Brown Jr. and as representative of the Estate of Dameasha Brown
20. Honeycutt, Sammeeka
21. Hueber, Jamie
22. Jackman, Kenneth individually and as representative of the Estate for Jessica Jackman
23. Jackman, Patricia individually and as representative of the Estate for Jessica Jackman
24. Langley, Kim individually and as representative of the Estate for Richard Bailey
25. Langley, Nick individually and as representative of the Estate for Richard Bailey
26. Lindsay, Kenneth individually and as representative of the Estate of Rita Carol Lindsay
27. Lockhart, Marjorie
28. Lopez, Kimberly
29. Maclin, Justin
30. Moindi, Wycliffe
31. Moza, Joell individually and as representative of the Estate for Loretta Moza
32. Moza, Julie individually and as representative of the Estate for Loretta Moza
33. Moza, Richard individually and as representative of the Estate for Loretta Moza
34. Myra Washington a/k/a Minerva Peterson individually and as representative of the Estate for Myra Washington
35. Peoples, Earlesha
36. Peterson, Ranae
37. Platzke, Joell
38. Pylar, Shirley
39. Reetz, Janet individually and as representative of the Estate for Loretta Moza
40. Rooney, Richard

41. Shells, Willie
42. Snyder, Anthony
43. Stanley, Glenn
44. Stivers, Brandon
45. Surbeck, Kally
46. Torres, Aleni
47. Torres, Daniel
48. Vargas, Chelsea Dirks
49. Venable, Houston
50. Waithe, Dwayne
51. Wallace, Carla individually and as representative of the Estate for Cory Wallace
52. West, Linda individually and as representative of the Estate for Tracy West
53. Willis-Singh, Tanya
54. Wright, Jacqueline

ii