# EXHIBIT C – SETTLING PLAINTIFFS

1. Adams, Ernest individually and as representative of the Estate for Elizabeth Williams
2. Albert, Christine a/k/a Boutilier, Christine
3. Amsdill, Scott
4. Anderson, Vangie
5. Atkinson, Horace individually and as representative of the Estate for Tammeye Jan Atkinson
6. Bannarn, Dennis
7. Barkwell, Linda individually and as representative of the Estate for Randall Forrester
8. Barner, Jasmine
9. Barrett, Lowary
10. Baylor, Sandra D individually and as next friend of Kyle Wojciechowski
11. Bennett, Keith
12. Bennett, Walter Kevin
13. Bonito, Kathleen
14. Bowers, Johnnie
15. Bowyer, Alicia a/k/a Stewart, Alicia
16. Boyd, David
17. Braxton, Linda
18. Bremenkamp, Sandra
19. Brooks Jr., Joseph
20. Brooks, Rose
21. Brown, Cathalina
22. Brown, Melinda individually and as representative of the Estate for Brenda Inman
23. Buckley, Amanda
24. Buie, Darell
25. Cady, Jeanine individually and as representative of the Estate for Sandy Cady
26. Caldwell, Connell
27. Cardell, Kateasha
28. Casey, Isaac
29. Chandler, Dessie
30. Chapman, Edgar
31. Charles, Hans
32. Collins, Donna individually as next friend of Billy V. Collins
33. Crew, Richard
34. Cunningham, Eric
35. Cuthbertson, Ruth
36. Deforest, Gayla
37. Delhommer, Michelle individually and as next friend of Justin Kyle and Justice Delhommer
38. Delk, Brittany
39. Delk, Grant
40. Delk, Sherille
41. Delk, Sherille individually and as next friend of Timothy Delk

42. Delk, Valeria
43. Deming, Michael
44. Doinidis Jr., Peter
45. Dunbar, Alternetta
46. Dunson, Jamie
47. Dyer, Alan individually and as representative of the Estate for Emma R Dyer
48. Dyer, Margaret individually and as representative of the Estate for Emma R Dyer
49. Edmonson, Kesha
50. Edwards, Shiza
51. Elias, Abraham
52. Elias, Diane individually and as the representative of the Estate of Dolores Zatwarnicki
53. Elias, Michael
54. Fair, Kristi
55. Ferruolo, Edward individually and as representative of the Estate for Evelyn Ferruolo
56. Fish, Robert
57. Fleming, Jessica
58. Gaston Jr, Darryl R
59. Ghesquiere, Dan
60. Gibbs, Sandra
61. Gillespie, Robert
62. Goad, Lisa individually and as representative of the Estate for Justin Wayne Goad
63. Gomez, Tiffany
64. Gonzales, Simon
65. Gordon, Catherine
66. Greene, Crystal
67. Grooms, Stephanie
68. Gross, Kevin D.
69. Groves, Michelle
70. Haislah, Robert
71. Hamilton, Donnie
72. Harmon, Paul individually and as representative of the Estate for Anthony Harmon
73. Hawes, Wade individually and as representative of the Estate for Amy Hawes
74. Hemminger, Deana
75. Hicks, Jennie individually and as representative of the Estate for Alphonso Hicks
76. Hill, Roderick
77. Howard, Tanya
78. Hubbard, Wesley
79. Hughes, Melody
80. Hultgren, Erik
81. Ira, Sage a/k/a Carter, Nicole
82. Jackson, Mary
83. James, Gwendolyn
84. Jennings, Robert
85. Johansen, Michael
86. Johndro, Jason

87. Johnson, Kara
88. Johnson, Margaret individually and as next friend of Bryan Johnson and individually and as representative of the Estate for Robert Brian Johnson
89. Jones, Volanda
90. Kage, Gloria
91. Kalilou, Rasheda
92. Kavanaugh, Michael individually and as representative of the Estate for Norman Kavanaugh
93. Keller, William F.
94. Kersey, Patricia individually and as representative of the Estate for Carl Beale
95. Knight, Michael
96. Korona, Richard
97. Kunc, Linda
98. Laird, Andrea
99. Latimer, James
100. Leblanc, Nachel
101. LeDay, Gilbert
102. Leonard, Janeshea
103. Lesesne, Cheryl
104. Lester, Shirley
105. Lett, Tony Sr. individually and as representative of the Estate for Tony Lett, Jr.
106. Lissner, Kevin
107. Loree, Jenna
108. Love, Mark
109. Love, Teeynesha
110. Lueth, Kon
111. Lynch, Patricia
112. Maloney, Margaret
113. McCloud, Patricia
114. McGhee, Sharon
115. McPherson, Randall individually and as representative of the Estate of Tina Elizabeth McPherson
116. Mency, Eileen
117. Mosley, Melanie individually and as representative of the Estate for Anthony Harmon
118. Myers, Edson
119. Myles, Yvette
120. Noffke, Robert A.
121. O'Shields, Mary individually and as representative of the Estate for Brenda Inman
122. Owens, Janice
123. Page, Ashley
124. Page, Sammie individually and as representative of the Estate for Nakeshia Page
125. Pearce, Kenneth
126. Powell, Martinique
127. Powell, Ryan
128. Powell, Sharon

iii

129. Powledge Colvin, Amber individually and as representative of the Estate for Adam Powledge
130. Powledge, Austin individually and as representative of the Estate for Adam Powledge
131. Powledge, Mary individually and as representative of the Estate for Adam Powledge
132. Powledge, Ronnie individually and as representative of the Estate for Adam Powledge
133. Prados, Katherine
134. Prewitt, Vernice
135. Pruitt, Jami individually and as representative of the Estate for David James Slezak
136. Purdy, Anna
137. Quintanilla, Jose individually and as representative of the Estate for Joe Quintanilla
138. Quintanilla, Rosalita individually and as representative of the Estate for Joe Quintanilla
139. Ramadi, Muntaha
140. Ramsey, Joyce
141. Raniolo, Samuel individually and as representative of the Estate for Christian Raniolo
142. Robbins, Justin
143. Robinson, Miranda individually and as representative of the Estate for Tina Elizabeth McPherson
144. Rodgers, Dailene
145. Rodriguez, Rafael
146. Rogers, Dennis individually and as representative of the Estate for Sarah Rogers
147. Rogers, Timothy
148. Roura, Samara
149. Ruppert, Amy
150. Russell, Chikoa
151. Santiago, Carla
152. Scott, Randy
153. Scroggins, Deborah
154. Secord, Marilyn
155. Shinko, Patricia
156. Short-Coleman, Yolanda
157. Sims, Derrius
158. Sims, Rodney
159. Small, Clara
160. Small, Kenneth
161. Smith, George E.
162. Sorrells, Rickey
163. Sowers, Adam
164. Spencer, Christina
165. Spiller, Carol
166. Stanley, Deborah
167. Stevens, Cheryl
168. Strauss, Alaina
169. Surbeck, Kally[1]

---

[1] Ms. Surbeck previously withdrew her proof of claim from the Motion. *See* Docket No. 14282 at 3 n.1.

iv

170. Swafford, Marshell individually and as representative of the Estate for Corey Swafford
171. Sykes, Johnnie
172. Taylor, Kenya
173. Thomison, Teresa
174. Vasquez, Hilda
175. Walker, Erica individually and as representative of the Estate for Kenneth Juan Walker
176. Walker, Tionnte
177. Warren, Isaac individually and as representative of the Estate for Melissa Warren
178. Washington, Ricky
179. Watkins, Diana
180. Weston, Rhonda
181. White, Virginia
182. Wiley, Ashley a/k/a Good, Ashley
183. Wilkinson, Herbert individually and as representative of the Estate for Jimmy Wilkinson
184. Williams, Alexander
185. Wilson, Johnny
186. Wright, Vernessa
187. Zamora, George