William P. Weintraub
Gregory W. Fox
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
E: wweintraub@goodwinlaw.com
E: gfox@goodwinlaw.com

*Counsel for Pre-Closing Accident Plaintiffs
Represented by Hilliard Martinez Gonzales L.L.P.
and Thomas J. Henry Injury Attorneys*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :      Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                          :      Case No.: 09-50026 (MG)
        f/k/a General Motors Corp., et al.,                  :
                                                             :
                                    Debtors.                 :      (Jointly Administered)
-------------------------------------------------------------X

# CERTIFICATE OF SERVICE

     I, William P. Weintraub, hereby certify that a copy of the *NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD FOR CERTAIN MOVANTS UNDER OMNIBUS MOTIONS BY CERTAIN PRE-CLOSING ACCIDENT PLAINTIFFS FOR AUTHORITY TO FILE LATE PROOFS OF CLAIM FOR PERSONAL INJURIES AND WRONGFUL DEATHS [DOCKET NOS. 13807 AND 14325]* [ECF No. 14644] (the "**Notice**"), filed through the CM/ECF System, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 9, 2019. Further, copies of the Notice were served by first class mail on the parties identified on Exhibits A and B of the Notice on December 10, 2019.

                                          /s/ William P. Weintraub
                                          William P. Weintraub

ACTIVE/101715575.1