# EXHIBIT B

**2020 Administrative Costs Budget**

## MLC GUC Trust
## 2020 (Calendar Year) Administrative Costs Budget
November 2019

| $ in thousands | QE 3.31 | QE 6.30 | QE 9.30 | QE 12.31 | Total Budget CY 2020 |
|---|---|---|---|---|---|
| **Governance Costs** | | | | | |
| Trust Monitor (FTI Consulting) | 204.00 | 204.00 | 204.00 | 204.00 | 816.00 |
| Trust Administrator (Wilmington Trust) | 357.70 | 357.70 | 357.70 | 357.70 | 1,430.80 |
| *Subtotal for Governance Costs* | *561.70* | *561.70* | *561.70* | *561.70* | *2,246.80* |
| **Financial Reporting & Claims Resolution** | | | | | |
| Alix Partners | 68.75 | 68.75 | 68.75 | 68.75 | 275.00 |
| Distribution Advisor-Epiq | 5.00 | 5.00 | 5.00 | 5.00 | 20.00 |
| Claims Agent (Garden City Group) | 21.75 | 51.50 | 51.50 | 21.75 | 146.50 |
| Trust Corporate Counsel (Drinker Biddle) (Wind Down) | 375.00 | 375.00 | 375.00 | 375.00 | 1,500.00 |
| Trust Recall Matter Counsel (Drinker Biddle) | 875.00 | 875.00 | 875.00 | 875.00 | 3,500.00 |
| *Subtotal for Financial Reporting & Claims Resolution* | *1,345.50* | *1,375.25* | *1,375.25* | *1,345.50* | *5,441.50* |
| **Investment, Accounting & Tax Advisors** | | | | | |
| Investment Management Services (Wilmington Trust) | 65.00 | 65.00 | 65.00 | 65.00 | 260.00 |
| External Auditor (Plante Moran) | 25.00 | 110.00 | 5.00 | 5.00 | 145.00 |
| Tax Advisor (Rick Zablocki) | 12.50 | 15.00 | 10.00 | 7.50 | 45.00 |
| *Subtotal for Investment, Accounting & Tax Advisors* | *102.50* | *190.00* | *80.00* | *77.50* | *450.00* |
| **Other Expenses** | | | | | |
| Insurance Expense | 65.25 | 65.25 | 65.25 | 65.25 | 261.00 |
| US Trustee Fees | 25.00 | 25.00 | 25.00 | 25.00 | 100.00 |
| Contingency | 500.00 | 500.00 | 500.00 | 500.00 | 2,000.00 |
| *Subtotal for Other Expenses* | *590.25* | *590.25* | *590.25* | *590.25* | *2,361.00* |
| **Total Wind Down Expense** | 2,599.95 | 2,717.20 | 2,607.20 | 2,574.95 | 10,499.30 |
| Projected Cash available to carry over: | | | | | (3,959.00) |
| Estimated request to re-allocate: | | | | | 6,540.30 |