# EXHIBIT C

**2020 Reporting Costs Budget**

**MLC GUC Trust**
**2020 (Calendar Year) Reporting Costs Budget**
November 2019

| $ in thousands | QE 3.31 | QE 6.30 | QE 9.30 | QE 12.31 | Total Budget CY 2020 |
|---|---|---|---|---|---|
| **Governance Costs** | | | | | |
| Trust Monitor (FTI Consulting) | $125.0 | $125.0 | $125.0 | $125.0 | $500.0 |
| Trust Administrator (Wilmington Trust) | $325.0 | $325.0 | $325.0 | $325.0 | $1,300.0 |
| *Subtotal for Governance Costs* | *450.0* | *450.0* | *450.0* | *450.0* | *1,800.0* |
| | | | | | |
| **Trust Professionals** | | | | | |
| AlixPartners | 307.5 | 307.5 | 307.5 | 307.5 | 1,230.0 |
| Frazier & Deeter | 55.0 | 80.0 | 45.0 | 45.0 | 225.0 |
| Drinker Biddle | 125.0 | 125.0 | 125.0 | 125.0 | 500.0 |
| CohnReznick | 52.6 | 53.9 | 11.1 | 79.1 | 196.7 |
| Plante Moran | 25.0 | 20.0 | 25.0 | 25.0 | 95.0 |
| Crowell Moring | 105.0 | 105.0 | 105.0 | 105.0 | 420.0 |
| *Subtotal for Trust Professionals* | *670.1* | *691.4* | *618.6* | *686.6* | *2,666.7* |
| | | | | | |
| **Other Expenses** | | | | | |
| RR Donnelly | 25.0 | 25.0 | 25.0 | 25.0 | 100.0 |
| Contingency | 125.0 | 125.0 | 125.0 | 125.0 | 500.0 |
| *Subtotal for Other Expenses* | *150.0* | *150.0* | *150.0* | *150.0* | *600.0* |
| | | | | | |
| **Total Reporting Costs** | **$1,145.1** | **$1,166.4** | **$1,093.6** | **$1,161.6** | **$5,066.7** |

|  |  |
|---|---|
| Projected Cash available to carry over: | ($787.5) |
| Estimated request to re-allocate: | $4,279.2 |