**MCDERMOTT WILL & EMERY LLP**
340 Madison Ave.
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (646) 417-7313
E-mail: kgoing@mwe.com
Kristin K. Going

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                                         :
                                                                  :
                                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                         :
**f/k/a General Motors Corp.,** *et al.*                          :
                                                                  :
                                                                  :
**Debtors.**                                                      :
------------------------------------------------------------------x

**Chapter 11 Case No.**

**09-50026 (MG)**

**(Jointly Administered)**

**CERTIFICATE OF NO OBJECTION**

Pursuant to 28 U.S.C. § 1746, Local Bankruptcy Rule 9075-2 and the *Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures* dated May 5, 2011 [ECF No. 10183] (the "**Sixth Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On December 18, 2019, Wilmington Trust Company, not in its individual capacity and solely in its capacity as trust administrator and trustee of the Motors Liquidation Company GUC Trust (in such capacity, the "**GUC Trust Administrator**"), filed the *Motion of Wilmington Trust Company, as GUC Trust Administrator, for an Order Granting Authority to Reallocate and Use Distributable Cash for the Purposes of Funding Administrative and Reporting Fees, Costs and Expenses of the GUC Trust* [ECF No. 14647] (the "**Motion**").

1

2. On December 18, 2019, the GUC Trust Administrator (through its agent, Epiq Class Action and Claims Solutions, Inc. ("**Epiq**")) served notice of the Motion on (a) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014, (b) the parties in interest in accordance with the Sixth Amended Case Management Order, and (c) all other required parties under Section 6.1(b)(iv) of the GUC Trust Agreement. *See* ECF Nos. 14649 and 14650.

3. The deadline for submitting objections to the Motion, as set forth in the Motion, was December 31, 2019 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**").

4. The undersigned counsel represents that (i) more than forty-eight (48) hours has passed since the expiration of the Objection Deadline, (ii) it has reviewed the Court's docket not less than forty-eight (48) hours after the expiration of the Objection Deadline, (iii) no objections, responsive pleadings or requests for hearing appear on the Court's docket, and (iv) no objections, responsive pleadings or requests for a hearing have been filed or served on the GUC Trust Administrator with respect to the Motion.

6. An electronic copy of the proposed order that was annexed to the Motion will be re-submitted to the Court, along with this Certificate of No Objection pursuant to Local Bankruptcy Rule 9075-2 and the Sixth Amended Case Management Order.

Dated:  New York, New York
        January 3, 2020

McDERMOTT WILL & EMERY LLP

By:  /s/ *Kristin K. Going*
     Kristin K. Going
     340 Madison Avenue
     New York, NY 10173
     Tel: (212) 547-5429
     E-mail: kgoing@mwe.com
     *Attorneys for the Motors Liquidation
     Company GUC Trust Administrator*

2