**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :
                                                                  :   Chapter 11
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,     :
f/k/a General Motors Corp., *et al.*,                  :   Case No. 09-50026 (MG)
                                                                  :
                    Debtors.                                :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

### ORDER REGARDING PROPOSED SCHEDULING ORDER FOR BRIEFING LATE CLAIMS MOTIONS

On January 15, 2020, Wilmington Trust Company, as Trust Administrator and Trustee for the Motors Liquidation Company GUC Trust, by and through its counsel Kristin Going, Esq., filed a Proposed Scheduling Order for Briefing Late Claims Motions. (ECF Doc. # 14654.) Any party may file an objection to the Proposed Scheduling Order for Briefing Late Claims Motions or submit its own proposed order by 5:00 p.m. on Monday, January 27, 2020.

**IT IS SO ORDERED.**

Dated:  January 23, 2020
             New York, New York

                                                             **/s/ Martin Glenn**
                                                             MARTIN GLENN
                                                             United States Bankruptcy Judge