**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                        :           **Chapter 11**
:
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :           **Case No. 09-50026 (MG)**
**f/k/a General Motors Corp.,** *et al.*                  :
:           **(Jointly Administered)**
:
**Debtors.**                                        :
------------------------------------------------------------------x

**SHOW CAUSE ORDER ESTABLISHING FEBRUARY 26, 2020 AS THE
DEADLINE BY WHICH: (I) THE REMAINING LATE CLAIM MOVANTS MUST
FILE A NOTICE OF INTENTION TO PROCEED *PRO SE* OR (II) COUNSEL TO
THE REMAINING LATE CLAIM MOVANTS (IF ANY) MUST FILE A NOTICE OF
APPEARANCE IN THIS CHAPTER 11 CASE**

Upon the motion (the "Motion")[1] of the GUC Trust Administrator for entry of an order (the "Show Cause Order"), pursuant to Bankruptcy Code section 105(a) and Local Bankruptcy Rule 9077-1, establishing February 26, 2020 as the deadline by which: (i) the Remaining Late Claim Movants (listed on Schedule 1 attached hereto) must file a notice of intention to proceed *pro se* or (ii) counsel to the Remaining Late Claim Movants (if any) must file a notice of appearance in this Chapter 11 Case, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated February 1, 2012; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is HEREBY ORDERED THAT:

1.       The Motion is granted as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2. On or before February 26, 2020, the Remaining Late Claim Movants listed on Schedule 1 to this Show Cause Order (or their counsel) shall file a notice of intention to proceed *pro se* or a notice of appearance, as applicable, in this Chapter 11 Case.

3. The GUC Trust Administrator shall serve this Show Cause Order on all of the Remaining Late Claim Movants listed on Schedule 1 to this Show Cause Order via first class mail and email within five (5) business days of entry of this Show Cause Order.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Show Cause Order.

**IT IS SO ORDERED.**

Dated: January 24, 2020
      New York, New York

                                   **_/s/ Martin Glenn_____**
                                     MARTIN GLENN
                               United States Bankruptcy Judge

## **Schedule 1**

Remaining Late Claim Movants

| | |
|---|---|
| 1. | Lynda Duncan |
| 2. | Christopher Gracia (Deceased) |
| 3. | Nicole Jaure |
| 4. | Tammie Marshall |
| 5. | Deidra Shipman |
| | |
| 6. | Allen, Lisa |
| 7. | Berard, Brandy |
| 8. | Bueno, John |
| 9. | Bueno, Lisa |
| 10. | Burns, Angela |
| 11. | Burns, Elizabeth Faye |
| 12. | Davis, Veronica Lynn |
| 13. | Duckett, Raymond |
| 14. | Ferrell, Tabatha |
| 15. | Garza, Rosy E |
| 16. | Gibbs, Santoria |
| 17. | Gibson, Mary |
| 18. | Gill, April |
| 19. | Hairston, John T |
| 20. | Harris, Charlesa |
| 21. | Hartnett, Carolyn individually and as representative of the Estate for Sara Hartnett |
| 22. | Haseleu, Tanya individually and as representative of the Estate for Tiffany Lee Haseleu |
| 23. | Haseleu, Todd individually and as representative of the Estate for Tiffany Lee Haseleu |
| 24. | Higgins, Sherell individually and as next friend of Darrell Brown Jr. and as representative of the Estate of Dameasha Brown |
| 25. | Honeycutt, Sammeeka |
| 26. | Hueber, Jamie |
| 27. | Jackman, Kenneth individually and as representative of the Estate for Jessica Jackman |
| 28. | Jackman, Patricia individually and as representative of the Estate for Jessica Jackman |
| 29. | Langley, Kim individually and as representative of the Estate for Richard Bailey |
| 30. | Langley, Nick individually and as representative of the Estate for Richard Bailey |
| 31. | Lindsay, Kenneth individually and as representative of the Estate of Rita Carol Lindsay |
| 32. | Lockhart, Marjorie |
| 33. | Lopez, Kimberly |
| 34. | Maclin, Justin |
| 35. | Moindi, Wycliffe |
| 36. | Moza, Joell individually and as representative of the Estate for Loretta Moza |
| 37. | Moza, Julie individually and as representative of the Estate for Loretta Moza |
| 38. | Moza, Richard individually and as representative of the Estate for Loretta Moza |

| | |
|---|---|
| 39. | Myra Washington a/k/a Minerva Peterson individually and as representative of the Estate for Myra Washington |
| 40. | Peoples, Earlesha |
| 41. | Peterson, Ranae |
| 42. | Platzke, Joell |
| 43. | Pylar, Shirley |
| 44. | Reetz, Janet individually and as representative of the Estate for Loretta Moza |
| 45. | Rooney, Richard |
| 46. | Shells, Willie |
| 47. | Snyder, Anthony |
| 48. | Stanley, Glenn |
| 49. | Stivers, Brandon |
| 50. | Surbeck, Kally |
| 51. | Torres, Aleni |
| 52. | Torres, Daniel |
| 53. | Vargas, Chelsea Dirks |
| 54. | Venable, Houston |
| 55. | Waithe, Dwayne |
| 56. | Wallace, Carla individually and as representative of the Estate for Cory Wallace |
| 57. | West, Linda individually and as representative of the Estate for Tracy West |
| 58. | Willis-Singh, Tanya |
| 59. | Wright, Jacqueline |