**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                          :
:                          **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,                          :
**f/k/a General Motors Corp.,** *et al.*                           :          **09-50026 (MG)**
:
**Debtors.**                          :          **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE REGARDING THE**
**BRIEFING SCHEDULE FOR THE AAT DISTRIBUTION MOTION**

A Case Management Conference is scheduled for February 5, 2020, at 4:00 p.m.

concerning the Motors Liquidation Company Avoidance Action Trust's (the "AAT") *Motion for*

*Entry of an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy*

*Rule 3020 Approving the Distribution Plan to the Avoidance Action Trust's Beneficiaries* (the

"AAT Distribution Motion," ECF Doc. # 14552.)  Counsel for the AAT, the Motors Liquidation

Company GUC Trust (the "GUC Trust"), General Motors LCC ("New GM"), the Economic

Loss Plaintiffs,[1] and any other party in interest that wishes to attend, should appear at the

Conference.  Counsel shall be prepared to address at the Conference a briefing schedule for the

AAT Distribution Motion.  Counsel shall also be prepared to address whether counsel for the

---

[1]      Economic Loss Plaintiffs is a term generally used in these proceedings to mean plaintiffs asserting
economic loss claims who (i) prior to the July 10, 2009 closing of the Section 363 sale of assets of Old GM to New
GM, owned or leased a vehicle with (a) an ignition switch defect included in NHTSA Recall No. 14V-047, or (b)
defects in ignition switches, side airbags, or power steering included in NHTSA Recall Nos. 14V-355, 14V-394,
14V-400, 14V-118 and 14V-153, and (ii) have filed motions for authority to file late proofs of claim at ECF Nos.
13806 and 13811.

AAT, along with a representative of the AAT with settlement authority, shall be ordered to

attend a mediation session before Judge Phillips with representatives of other parties in interest.

**IT IS SO ORDERED.**

Dated:  January 28, 2020
        New York, New York

                            _____/s/ Martin Glenn_____
                                MARTIN GLENN
                        United States Bankruptcy Judge