**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                                              :    Chapter 11
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,           :    Case No. 09-50026 (MG)
    f/k/a General Motors Corp., *et al*.                         :
:
                                            Debtors.                           :    (Jointly Administered)
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss
COUNTY OF NASSAU       )

I, Sharna Wilson, being duly sworn, depose and state:

1. I am a Case Manager with Epiq Class Action & Claims Solutions, Inc.,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042.

2. On January 28, 2020, at the direction of McDermott, Will, & Emery LLP, Attorneys for the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the **Scheduling Order for Briefing Late Claim Motion** [Docket No. 14661] to be served by first class mail on the parties identified on Exhibit A annexed hereto (Late Claim Movant Parties),[2] and by e-mail on

---

[1] Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[2] The envelopes used in the service on the parties identified on Exhibit A included the legend: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"

the parties identified on Exhibit B annexed hereto (Late Claim Movant Parties with e-mail addresses).

/s/ Sharna Wilson\
Sharna Wilson

Sworn to before me this 29th day of
January, 2020

/s/ Rose Marie Hardina\
Rose Marie Hardina\
Notary Public, State of New York\
License No. 01HA5067940\
Commission Expires January 7, 2023

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALLEN, LISA | 1006 ARGYLE AVE | | | | PONTIAC | MI | 48341 |
| BERARD, BRANDY | P.O. BOX 837 | | | | LAKE CHARLES | LA | 70602 |
| BUENO, JOHN | 16638 WYANDOTTE STREET | | | | LAKE BALBOA | CA | 91406 |
| BUENO, LISA | 16638 WYANDOTTE ST | | | | LAKE BALBOA | CA | 91406 |
| BURNS, ANGELA | 801 BROOKSDALE DRIVE | | | | SMYRNA | TN | 37167 |
| BURNS, ELIZABETH FAYE | 2224 WESTWOOD PINE DR | | | | MOSELEY | VA | 23120 |
| DAVIS, VERONICA LYNN | 3221 E. HEMPHILL RD. | | | | BURTON | MI | 48529 |
| DUCKETT, RAYMOND | 2804 BLACK WALNUT LANE | | | | CHARLOTTE | NC | 28262 |
| DUNCAN, LYNDA | TREEMONT NURSING 5550 HARVEST HILL RD RM 1239 | | | | DALLAS | TX | 75230 |
| FERRELL, TABATHA | 356 PITT BRANCH RD. | | | | CHAPMANVILLE | WV | 25508 |
| GARZA, ROSY E | 4302 VALDEZ | | | | CORPUS CHRISTI | TX | 78416 |
| GIBBS, SANTORIA | 101 LEAF LAKE BLVD APT 802 | | | | BIRMINGHAM | AL | 35211 |
| GIBSON, MARY | 396 COLONIAL DR. | | | | YOUNGSTOWN | OH | 44505 |
| GILL, APRIL | 3825 YORK DRIVE | | | | SAGINAW | MI | 48601 |
| GRACIA, CHRISTOPHER - DECEASED | 202 EAST PAYNE STREET | | | | CLAREMORE | OK | 74017 |
| HAIRSTON, JOHN T | 7437 NC HWY 14 | | | | EDEN | NC | 27288 |
| HARRIS, CHARLESA | 66028 S. 4710 RD. | | | | WESTVILLE | OK | 74965 |
| HARTNETT, CAROLYN IARE SARA HARTNETT | 242 SUNSET PATH N | | | | MONTGOMERY | TX | 77316 |
| HASELEU, TANYA IARE TIFFANY LEE HASELEU | 15 STIMPSON STREET | | | | WATERTOWN | WI | 53094 |
| HASELEU, TODD IARE TIFFANY LEE HASELEU | 15 STIMPSON STREET | | | | WATERTOWN | WI | 53094 |
| HIGGINS, SHERELL | 283 LUELLA AVE | | | | CALUMET CITY | IL | 60409 |
| HIGGINS, SHERELL IANF DARRELL BROWN JR. | 283 LUELLA AVE | | | | CALUMET CITY | IL | 60409 |
| HIGGINS, SHERELL IARE DARNEASHA BROWN | 283 LUELLA AVE | | | | CALUMET CITY | IL | 60409 |
| HONEYCUTT, SAMMEEKA | P.O. BOX 47595 | | | | LOS ANGELES | CA | 90047 |
| HUEBER, JAMIE | 1401 ROSEHILL PARKWAY, RIGHT SIDE | | | | NORTH CAPE MAY | NJ | 08204 |
| JACKMAN, KENNETH IARE JESSICA JACKMAN | 60 UXBRIDGE ROAD | | | | SUTTON | MA | 01590 |
| JACKMAN, PATRICIA IARE JESSICA JACKMAN | 60 UXBRIDGE ROAD | | | | SUTTON | MA | 01590 |
| JAURE, NICOLE | 12 VISTA GRANDE CIRCLE | | | | SANTA FE | NM | 87508 |
| LANGLEY, KIM IARE RICHARD BAILEY | 14005 N 38TH PL | | | | PHOENIX | AZ | 85032 |
| LANGLEY, NICK IARE RICHARD BAILEY | 14005 N 38TH PL | | | | PHOENIX | AZ | 85032 |
| LINDSAY, KENNETH IARE RITA CAROL LINDSAY | 900 LURLEEN DRIVE | | | | ALTOONA | AL | 35952 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LOCKHART, MARJORIE | 3500 WEST JEFFERSON LOT. 72 | | | | TRENTON | MI | 48183 |
| LOPEZ, KIMBERLY | P.O. BOX 24 | | | | LA JARA | CO | 81140 |
| MACLIN, JUSTIN | 29428 DEQUINDRE APT. 202 | | | | WARREN | MI | 48092 |
| MARSHALL, TAMMIE | 243 SOUTH MULBERRY ST. | | | | MANSFIELD | OH | 44903 |
| MINERVA PETERSON IARE MYRA WASHINGTON | 3144 OLD FARM RD. | | | | FLINT | MI | 48507 |
| MOINDI, WYCLIFFE | 60 DESCANSO DR. UNIT # 2113 | | | | SAN JOSE | CA | 95134 |
| MOZA, JOELL IARE LORETTA MOZA | 19903 FINTON STREET | | | | ROSEVILLE | MI | 48066 |
| MOZA, JULIE IARE LORETTA MOZA | 6343 CONNELL ROAD | | | | BROCKWAY | MI | 48097 |
| MOZA, RICHARD IARE LORETTA MOZA | 1966 CORDIA CIRCLE | | | | NEWTON | NC | 28658 |
| PEOPLES, EARLESHA | 2118 ROOSEVELT AVE | | | | CINCINNATI | OH | 45240 |
| PETERSON, RANAE | 1715 S. WALDEN AVE. | | | | APPLETON | WI | 54915 |
| PYLAR, SHIRLEY | 19903 FINTON STREET | | | | ROSEVILLE | MI | 48066 |
| REETZ, JANET IARE LORETTA MOZA | 26510 HOLLYWOOD STREET | | | | ROSEVILLE | MI | 48066 |
| ROONEY, RICHARD | 6410 PRIEST RIVER PL | | | | BAKERSFIELD | CA | 93306 |
| SHELLS, WILLIE | 4917 INDIANA AVE | | | | GULFPORT | MS | 39501 |
| SHIPMAN, DEIDRA | 345 BERRY LEWIS ROAD | | | | BLADENBORO | NC | 28320 |
| SNYDER, ANTHONY | 20 BROOKSIDE STREET | | | | WILKES BARRE | PA | 18702 |
| STANLEY, GLENN | P.O. BOX 1955 | | | | CLINTWOOD | VA | 24228 |
| STIVERS, BRANDON | 173 OLD DANVILLE RD | | | | HARRODSBURG | KY | 40330 |
| SURBECK, KALLY | P.O. BOX 1355 702 PINE | | | | LUSK | WY | 82225 |
| TORRES, ALENI | 21361 STATE ROUTE 18 | | | | DEFIANCE | OH | 43512 |
| TORRES, DANIEL | 21361 STATE ROUTE 18 | | | | DEFIANCE | OH | 43512 |
| VARGAS, CHELSEA DIRKS | 106 W. 4TH AVE. | | | | SAN MANUEL | AZ | 85631 |
| VENABLE, HOUSTON | 3112 MOUNTAIN RD. | | | | HALIFAX | VA | 24558 |
| WAITHE, DWAYNE | 7503 CRESTWOOD CT. | | | | BRANDYWINE | MD | 20613 |
| WALLACE, CARLA IARE CORY WALLACE | 10065 SOUTH 647 ROAD | | | | MIAMI | OK | 74354 |
| WEST, LINDA IARE TRACY WEST | 1308 AZTECA AVE. | | | | METAIRIE | LA | 70005 |
| WILLIS-SINGH, TANYA | 101 WHITELY TERRACE | | | | DARBY | PA | 19023 |
| WRIGHT, JACQUELINE | 4905 1ST STREET NW APT. 4 | | | | WASHINGTON | DC | 20011 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ALLEN, LISA | 1006 ARGYLE AVE | | | | PONTIAC | MI | 48341 | lisaallen0507@yahoo.com |
| BERARD, BRANDY | P.O. BOX 837 | | | | LAKE CHARLES | LA | 70602 | berardbrandy@yahoo.com |
| BUENO, JOHN | 16638 WYANDOTTE STREET | | | | LAKE BALBOA | CA | 91406 | buenomanager@aol.com |
| BUENO, LISA | 16638 WYANDOTTE ST | | | | LAKE BALBOA | CA | 91406 | lisambueno@aol.com |
| BURNS, ANGELA | 801 BROOKSDALE DRIVE | | | | SMYRNA | TN | 37167 | angelableon@yahoo.com |
| BURNS, ELIZABETH FAYE | 2224 WESTWOOD PINE DR | | | | MOSELEY | VA | 23120 | angelableon@yahoo.com |
| DAVIS, VERONICA LYNN | 3221 E. HEMPHILL RD. | | | | BURTON | MI | 48529 | tubbyotis@gmail.com |
| DUCKETT, RAYMOND | 2804 BLACK WALNUT LANE | | | | CHARLOTTE | NC | 28262 | duck_itt@hotmail.com |
| DUNCAN, LYNDA | TREEMONT NURSING 5550 HARVEST HILL RD RM 1239 | | | | DALLAS | TX | 75230 | lyndaduncan7@gmail.com |
| FERRELL, TABATHA | 356 PITT BRANCH RD. | | | | CHAPMANVILLE | WV | 25508 | nshwm@yahoo.com |
| GARZA, ROSY E | 4302 VALDEZ | | | | CORPUS CHRISTI | TX | 78416 | rosyg15@gmail.com |
| GIBBS, SANTORIA | 101 LEAF LAKE BLVD APT 802 | | | | BIRMINGHAM | AL | 35211 | sgg0002@auburn.edu |
| GILL, APRIL | 3825 YORK DRIVE | | | | SAGINAW | MI | 48601 | aprilgill1992@gmail.com |
| GRACIA, CHRISTOPHER - DECEASED | 202 EAST PAYNE STREET | | | | CLAREMORE | OK | 74017 | jmeadows87.jm@gmail.com |
| HARRIS, CHARLESA | 66028 S. 4710 RD. | | | | WESTVILLE | OK | 74965 | harris03@nsuok.edu |
| HARTNETT, CAROLYN IARE SARA HARTNETT | 242 SUNSET PATH N | | | | MONTGOMERY | TX | 77316 | carolynhartnett@gmail.com |
| HIGGINS, SHERELL | 283 LUELLA AVE | | | | CALUMET CITY | IL | 60409 | darneasha94@gmail.com |
| HIGGINS, SHERELL IANF DARRELL BROWN JR. | 283 LUELLA AVE | | | | CALUMET CITY | IL | 60409 | darneasha94@gmail.com |
| HIGGINS, SHERELL IARE DARNEASHA BROWN | 283 LUELLA AVE | | | | CALUMET CITY | IL | 60409 | darneasha94@gmail.com |
| HONEYCUTT, SAMMEEKA | P.O. BOX 47595 | | | | LOS ANGELES | CA | 90047 | preyjalon@yahoo.com |
| HUEBER, JAMIE | 1401 ROSEHILL PARKWAY, RIGHT SIDE | | | | NORTH CAPE MAY | NJ | 08204 | jmkh0517@gmail.com |
| JACKMAN, KENNETH IARE JESSICA JACKMAN | 60 UXBRIDGE ROAD | | | | SUTTON | MA | 01590 | trishj323@aol.com |
| JACKMAN, PATRICIA IARE JESSICA JACKMAN | 60 UXBRIDGE ROAD | | | | SUTTON | MA | 01590 | trishj323@aol.com |
| JAURE, NICOLE | 12 VISTA GRANDE CIRCLE | | | | SANTA FE | NM | 87508 | nicoleja@ymail.com |
| LANGLEY, KIM IARE RICHARD BAILEY | 14005 N 38TH PL | | | | PHOENIX | AZ | 85032 | nascarfamily4@aol.com |
| LANGLEY, NICK IARE RICHARD BAILEY | 14005 N 38TH PL | | | | PHOENIX | AZ | 85032 | nascarfamily4@aol.com |
| LOCKHART, MARJORIE | 3500 WEST JEFFERSON LOT. 72 | | | | TRENTON | MI | 48183 | mlockhart12@gmail.com |
| LOPEZ, KIMBERLY | P.O. BOX 24 | | | | LA JARA | CO | 81140 | xkrayziekim3@yahoo.com |
| MACLIN, JUSTIN | 29428 DEQUINDRE APT. 202 | | | | WARREN | MI | 48092 | justinmaclin@gmail.com |
| MARSHALL, TAMMIE | 243 SOUTH MULBERRY ST. | | | | MANSFIELD | OH | 44903 | miami41.tm@gmail.com |
| MINERVA PETERSON IARE MYRA WASHINGTON | 3144 OLD FARM RD. | | | | FLINT | MI | 48507 | mptoya1211@gmail.com |
| MOINDI, WYCLIFFE | 60 DESCANSO DR. UNIT # 2113 | | | | SAN JOSE | CA | 95134 | wmosh2009@yahoo.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| MOZA, JOELL IARE LORETTA MOZA | 19903 FINTON STREET | | | | ROSEVILLE | MI | 48066 | jmplatzke@yahoo.com |
| MOZA, JULIE IARE LORETTA MOZA | 6343 CONNELL ROAD | | | | BROCKWAY | MI | 48097 | jmoza99@yahoo.com |
| MOZA, RICHARD IARE LORETTA MOZA | 1966 CORDIA CIRCLE | | | | NEWTON | NC | 28658 | rhmoza@bellsouth.net |
| PEOPLES, EARLESHA | 2118 ROOSEVELT AVE | | | | CINCINNATI | OH | 45240 | peoplesearlesha@yahoo.com |
| PETERSON, RANAE | 1715 S. WALDEN AVE. | | | | APPLETON | WI | 54915 | rop0085@gmail.com |
| PYLAR, SHIRLEY | 19903 FINTON STREET | | | | ROSEVILLE | MI | 48066 | sapylar24@gmail.com |
| REETZ, JANET IARE LORETTA MOZA | 26510 HOLLYWOOD STREET | | | | ROSEVILLE | MI | 48066 | jaetz619@yahoo.com |
| ROONEY, RICHARD | 6410 PRIEST RIVER PL | | | | BAKERSFIELD | CA | 93306 | richardjrooney@gmail.com |
| SHIPMAN, DEIDRA | 345 BERRY LEWIS ROAD | | | | BLADENBORO | NC | 28320 | explicit719life@gmail.com |
| SNYDER, ANTHONY | 20 BROOKSIDE STREET | | | | WILKES BARRE | PA | 18702 | tsnyder0228@gmail.com |
| STIVERS, BRANDON | 173 OLD DANVILLE RD | | | | HARRODSBURG | KY | 40330 | robertbishop2017@yahoo.com |
| SURBECK, KALLY | P.O. BOX 1355 702 PINE | | | | LUSK | WY | 82225 | ksurbeck@yahoo.com |
| TORRES, ALENI | 21361 STATE ROUTE 18 | | | | DEFIANCE | OH | 43512 | torres.201@buckeyemail.osu.edu |
| TORRES, DANIEL | 21361 STATE ROUTE 18 | | | | DEFIANCE | OH | 43512 | semperfi.torres@gmail.com |
| VARGAS, CHELSEA DIRKS | 106 W. 4TH AVE. | | | | SAN MANUEL | AZ | 85631 | chelsea_dirks@hotmail.com |
| WAITHE, DWAYNE | 7503 CRESTWOOD CT. | | | | BRANDYWINE | MD | 20613 | waithew@yahoo.com |
| WALLACE, CARLA IARE CORY WALLACE | 10065 SOUTH 647 ROAD | | | | MIAMI | OK | 74354 | 19carlawallace60@gmail.com |
| WEST, LINDA IARE TRACY WEST | 1308 AZTECA AVE. | | | | METAIRIE | LA | 70005 | llw1308@aol.com |