

Eric B. Fisher
Binder & Schwartz LLP
366 Madison Avenue 6th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

January 29, 2020

**By ECF and Federal Express**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, New York 10004

Re:  *In re Motors Liquidation Company, f/k/a General Motors Corporation, et al.*,
Case No. 09-50026 (MG)

Dear Judge Glenn:

We write on behalf of the Motors Liquidation Company Avoidance Action Trust (the "AAT") to request that the conference scheduled for February 5, 2020 at 4:00 p.m. concerning the AAT's Distribution Motion be rescheduled.

We make this request because the AAT's Trust Monitor, Arthur Gonzalez, has a teaching commitment and is unable to attend at that time. We have confirmed availability with counsel for all relevant parties and respectfully request that, subject to the Court's availability, the conference be rescheduled for either the morning of February 5 or any time on February 6.

Thank you for your attention to this matter.

Respectfully,

s/ Eric B. Fisher

Eric B. Fisher

cc:  All counsel of record (via ECF)