**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for the Motors Liquidation*
*Company Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                        Debtors.
------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)

(Jointly Administered)

## NOTICE OF TIME CHANGE FOR HEARING

**PLEASE TAKE NOTICE** that the Case Management Conference concerning the Motors Liquidation Company Avoidance Action Trust's *Motion for Entry of an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020 Approving the Distribution Plan to the Avoidance Action Trust's Beneficiaries* [ECF Dkt. No. 14552], previously scheduled for February 5, 2020 at 4:00 p.m. (Eastern Time), **has been rescheduled to February 5, 2020 at 11:00 a.m. (Eastern Time)**.

Dated: January 31, 2020
New York, New York

        Respectfully submitted,

        **BINDER & SCHWARTZ LLP**

        /s/ Eric B. Fisher
        Eric B. Fisher
        Neil S. Binder
        Lindsay A. Bush
        Lauren K. Handelsman
        366 Madison Avenue, 6th Floor
        New York, New York 10017
        Tel: (212) 510-7008

        *Attorneys for the Motors Liquidation Company Avoidance Action Trust*