# Exhibit H



THE COOPER FIRM
*Relentlessly Pursuing Justice*

January 31, 2020

**Via Email**
Scott Davidson
King & Spalding
1185 Avenue of the Americas
New York, NY 10036-4003

      RE:   ***Buchanan v. General Motors LLC***
              **State Court of Cobb County**
              **Civil Action File No. 16-A-1280-7**

Dear Mr. Davidson:

    Attached is Plaintiff's First Amended Complaint for Damages in the above-referenced case. I assume the amendments address the concerns raised in your January 29, 2020 letter.

    Please let me know if you have any additional concerns.

    I hope you enjoy your weekend.

                                        Sincerely,
                                        THE COOPER FIRM

                                        Lance A. Cooper

LAC/dl
Enclosure

531 Roselane Street | Suite 200
Marietta, GA 30060
770-427-5588 | TheCooperFirm.com