# Exhibit J

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
In re                                                      :      Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :      Case No.: 09-50026 (MG)
      f/k/a General Motors Corp., et al.                   :
                                                           :
                          Debtors.                         :      (Jointly Administered)
-----------------------------------------------------------x
```

**ORDER GRANTING MOTION BY GENERAL MOTORS LLC TO ENFORCE THE BANKRUPTCY COURT'S JULY 5, 2009 SALE ORDER AND INJUNCTION AND THE RULINGS IN CONNECTION THEREWITH, WITH RESPECT TO ROBERT RANDALL BUCHANAN**

Upon the Motion, dated February 4, 2020 ("**Motion**"), of General Motors LLC ("**New GM**"),[1] seeking entry of an order enforcing the Sale Order and Injunction, and the Bankruptcy Court's rulings in connection therewith, with respect to Robert Randall Buchanan ("**Buchanan**"), all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided to counsel for Buchanan, and all entities that receive electronic notice from the Court's ECF system, and it appearing that no other or further notice need be given; and a hearing (the "**Hearing**") having been held with respect to the Motion on March 5, 2020; and upon the record of the Hearing, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent provided herein.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

        2.       Count III in the Buchanan Amended Complaint, entitled "Negligence of General Motors LLC," alleges a duty to warn claim based on Old GM's role as the manufacturer of the Subject Vehicle.  As such, Buchanan is alleging an Assumed Product Liability claim against New GM in Count III which, if established, is payable by compensatory damages only, and not punitive damages.  Accordingly, Buchanan is directed to amend the Buchanan Amended Complaint to dismiss with prejudice all requests for punitive damages against New GM.  Buchanan and his counsel are stayed, restrained and enjoined from further prosecuting the Buchanan Lawsuit until the actions mandated by this Order are fully complied with by Buchanan.

        3.       This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March __, 2020
       New York, New York

                                                          UNITED STATES BANKRUPTCY JUDGE

DMSLIBRARY01\36193150.v1