**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :
:                             **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,        :
**f/k/a General Motors Corp.,** *et al.*                   :   **09-50026 (MG)**
:
Debtors.                           :   **(Jointly Administered)**
:
------------------------------------------------------------------x

### SCHEDULING ORDER FOR SUPPLEMENTAL BRIEFING ON THE AAT'S DISTRIBUTION MOTION

As set forth on the record of the Case Management Conference held by the Court on February 5, 2020, it is hereby

**ORDERED** that, the Motors Liquidation Company Avoidance Action Trust (the "AAT") shall file a supplemental brief (the "AAT Brief") in further support of the AAT's *Motion for Entry of an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rule 3020 Approving the Distribution Plan to the Avoidance Action Trust's Beneficiaries* (ECF No. 14552) (the "AAT Distribution Motion") by March 6, 2020, which brief shall not exceed twenty five (25) pages; New GM and the Economic Loss Plaintiffs shall file briefs responding to the AAT Brief by March 27, 2020, which briefs shall collectively not exceed fifty (50) pages; and the AAT shall file a brief in reply by April 15, 2020, which brief shall not exceed twenty five (25) pages.

**IT IS SO ORDERED.**

Dated: February 10, 2020
       New York, New York

                                                    **/s/ Martin Glenn**
                                                    MARTIN GLENN
                                                    United States Bankruptcy Judge