

mwe.com

Kristin Going
Attorney at Law
kgoing@mwe.com
+1 212 547 5429

February 17, 2020

**VIA ECF AND HAND DELIVERY**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

   Re: *In re Motors Liquidation Company – Case No. 09-50026(MG)*

Dear Judge Glenn:

  Pursuant to the *Scheduling Order for Briefing Late Claims Motions* (ECF No. 14661), Designated Bankruptcy Counsel for the Economic Loss Plaintiffs and the Motors Liquidation Company GUC Trust submit this joint letter seeking extension of the deadline for submitting a proposed briefing schedule for any and all matters relating to (i) late claims sought to be filed by the Economic Loss Plaintiffs and (ii) the supplemental briefing request made by the Peller Plaintiffs in their October 27, 2019 letter to the Court. The current deadline for the above briefing schedule proposals is Monday, February 17, 2020. The parties respectfully request that the Court reset these deadlines to Monday, March 2, 2020. The parties believe this additional time will allow them to make progress on their discussions and potentially narrow or resolve disputes with respect to proposed next steps. This is the parties' first extension request. Granting this extension would not affect any other deadlines.

  We appreciate the Court's attention to this request, and we are available if the Court has questions or needs additional information.

        Respectfully submitted,

        *s/ Kristin Going*

        Kristin Going

cc: Edward S. Weisfelner, Esq. (via e-mail and ECF)
   Gary Peller, Esq. (via e-mail and ECF)
   Eric B. Fisher, Esq. (via e-mail and ECF)
   Paul M. Basta, Esq. (via e-mail and ECF)
   Arthur Steinberg, Esq. (via e-mail and ECF)



**340 Madison Avenue   New York NY 10173-1922   Tel +1 212 547 5400   Fax +1 212 547 5444**

*US practice conducted through McDermott Will & Emery LLP.*