

LISA M. NORMAN
SHAREHOLDER

DIRECT DIAL: (713) 850-4245
Lnorman@andrewsmyers.com

February 25, 2020

**VIA ECF FILING**
The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      **RE:**    **In re Motors Liquidation Company, et al., Case No. 09-50026 (MG)**

Dear Judge Glenn:

      This correspondence shall serve as a supplement to the status report filed on December 5, 2019 [Doc. 14643] regarding the claims being pursuing by the Ignition Switch Pre-Closing Accident Plaintiffs for which my firm, as bankruptcy counsel, filed the Late Claims Motion and supplements thereto for 389 Plaintiffs (collectively, the "**Andrews Myers Plaintiffs**").[1]

      We previously reported nine (9) specific Plaintiffs whose claims had not yet been settled. Please note that there are three (3) other Plaintiffs whose claims were included in the Late Claims Motion [Doc. 14018] who have also not settled their claims and were inadvertently not included in the list in the prior status report. The three Plaintiffs are as follows:

1. Kathryn Enders
2. Sandra Samuels
3. Ruby Merritt

      These three (3) Plaintiffs, along with the nine (9) identified in Doc. 14643, are continuing to participate in this litigation and to pursue their claims, which shall be further addressed in the briefs to be filed in support of the Late Claims Motion. Since settlement discussions are ongoing,

---

[1] *See* Doc. 14018, Doc. 14046, Doc. 14112, Doc. 14195 and Doc. 14346.

**Andrews Myers** • Attorneys at Law
1885 Saint James Place, 15th Floor • Houston, Texas 77056
T 713.850.4200 F 713.850.4211 • www.andrewsmyers.com

February 25, 2020
Page 2

we will advise the Court in the event any of our twelve (12) remaining Plaintiffs settle their claims. Thank you.

                Respectfully submitted,

                /s/ Lisa M. Norman
                Lisa M. Norman (admitted *pro hac vice*)
                T. Joshua Judd (admitted *pro hac vice*)
                ANDREWS MYERS, P.C.
                1885 St. James Place, 15th Floor
                Houston, Texas 77056
                Tel: 713-850-4200
                Lnorman@andrewsmyers.com
                Jjudd@andrewsmyers.com

                *Counsel for Certain Ignition Switch*
                *Pre-Closing Accident Plaintiffs*

cc:    Kristin Going (via e-mail and ECF)
       Edward S. Weisfelner (via e-mail and ECF)
       Eric Fisher (via e-mail and ECF)
       Paul Basta (via e-mail and ECF)
       Arthur Steinberg (via e-mail and ECF)
       -and-
       Counsel of Record via CM/ECF

4602.1