# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:                                                          Case No. 2:13-cv-11964-DPH-MAR

**DANIELL GUTHRIE,**                                  Hon. Denise Page Hood

    Debtor.                                              Magistrate Judge Mark A. Randon

_____/

ORDER RESOLVING
UNITED STATES TRUSTEE'S MOTION FOR CONTEMPT
AND FOR OTHER RELIEF AND SETTING PAYMENT SCHEDULE

This matter came before the Court after it withdrew the reference of this matter to the Bankruptcy Court. This Court withdrew the reference on the recommendation of the Bankruptcy Court. That recommendation was made specifically so this Order could be entered in this Court rather than the Bankruptcy Court; and could be enforced by this Court because of its broader powers.

This Order is entered on the stipulation of the United States Trustee and Vernon Taylor, a Bankruptcy Petition Preparer, by their respective counsel.

**IT IS ORDERED** that:

1.    The Settlement Agreement entered into by Vernon Taylor and the United States Trustee, filed in Bankruptcy Case No. 07-58703-TJT, Docket # 101, is adopted by this Court and the parties are bound by its terms per their agreement.

2.    The permanent injunctions entered by the Bankruptcy Court in Bankruptcy Case No. 07-58703-TJT are adopted by this Court and are now Orders and Injunctions of this Court; and enforceable by this Court and its broader powers. They are,

    a.    The *Consent Judgment* entered on November 8, 2007, Docket 18, and

b. The *Order Finding Vernon C. Taylor in Contempt and for Further Proceedings*, Docket #40, entered on October 31, 2011.

3. The Proposed Findings of Fact and Conclusions of Law submitted by the United States Trustee on February 19, 2013, Docket #92 in Bankruptcy Case No. 07-58703-TJT, except for paragraphs 32 and 38, are adopted by this Court as its Finding of Fact and Conclusions of Law.

4. Vernon Taylor shall pay $100.00 on the first business day of each month beginning on May 1, 2013, by delivering certified funds to the United States Trustee, made out to the following Debtors:

|     | **Case Name** | **Case No.** | **Amount Owed** |
|-----|---------------|--------------|-----------------|
| 1.  | Arlene Johnson | 08-44522 | $ 2,000.00 |
| 2.  | Cato Johnson | 08-43139 | $ 2,000.00 |
| 3.  | Kelly Vaughn | 08-40824 | $ 2,000.00 |
| 4.  | Kelly Vaughn | 08-42578 | $ 2,000.00 |
| 5.  | Delmar Williams | 08-48460 | $ 2,000.00 |
| 6.  | Vonzella Johnson | 08-48461 | $ 2,000.00 |
| 7.  | Algernon Bell | 08-48978 | $ 2,000.00 |
| 8.  | Latonya Wright | 08-51580 | $ 2,000.00 |
| 9.  | Rochelle K. Collins | 10-63595 | $ 2,000.00 |
| 10. | Raquel Johnson | 11-44555 | $ 2,500.00 |
| 11. | Celina D. Cason | 11-41480 | $ 2,000.00 |
| 12. | Melinda Young | 11-43176 | $ 2,000.00 |
| 13. | Joslynn T. Woodard | 11-49530 | $ 2,000.00 |
| 14. | Tajuana R. Robinson | 11-42370 | $ 2,000.00 |
| 15. | Kimberly L Gill | 11-50124 | $ 2,000.00 |
| 16. | Portia M. Smith | 11-53566 | $ 2,000.00 |
| 17. | Phillip P. Harris | 12-40177 | $ 2,000.00 |
| 18. | Priscilla A. Dixon | 12-40521 | $ 2,000.00 |
| 19. | Tamara M. Ingram | 12-40042 | $  2,000.00 |
|     |               | **TOTAL** | **$ 38,500.00** |

2

5. The payments will be made payable to each Debtor, beginning with No. 1, on a rotating and continuing basis until each of the Debtors has been paid in full. The obligation to pay will begin or began on May 1, 2013 and continues each month thereafter.

6. Vernon Taylor shall electronically submit a monthly statement to the United States Trustee reporting:

   a. Whether he is still working for Ray Richards,

   b. Whether he has earned any money other than under the employment of Ray Richards,

   c. How he has earned other money, and

   d. How much he has earned.

7. The Statement shall be sent by email to Paul.Randel@usdoj.gov and Karen.Riggs@usdoj.gov unless Taylor is notified of a different email address.

8. Vernon C. Taylor shall appear at the Office of the United States Trustee on a mutually agreed upon date for a deposition in six to nine months.

9. This Court may, without consulting the parties because they have already agreed, assign the litigation of any disputes regarding compliance with this Order to the Bankruptcy Court for Findings of Fact and Conclusions of Law. Also by agreement of the parties, those Findings and Conclusions will be binding on them and this Court may rely on them as if made in this Court when deciding what, if any, remedies to impose. This Court will have all remedies available to it that are available to Federal Courts established under Article III of the United States Constitution and will not be limited in any way because this matter originated in the Bankruptcy Court.

10.     Ray Richards' representation of Vernon Taylor will terminate thirty days after entry of this Order unless it is terminated earlier by proper procedure or extended by a new agreement.  After that date, unless Taylor is represented by counsel, service on Vernon Taylor will be accomplished by first class mail to: Vernon Taylor,  16878 Glastonbury Road, Detroit, MI 48219.

SO ORDERED.


Dated:  June 5, 2013                    s/Denise Page Hood
                                        DENISE PAGE HOOD
                                        U.S. DISTRICT COURTJUDGE

I hereby certify that a copy of this order was served upon the attorneys of record on this date, June 5, 2013, by electronic and/or ordinary mail.


                                        s/LaShawn R. Saulsberry
                                        Case Manager

4