**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes, and says:

    1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

    2.    On March 27, 2020, I caused to be served copies of the following documents on the persons set forth on the attached service list by email:

(i) **Reply of General Motors LLC with Respect to Motors Liquidation Company Avoidance Action Trust's Supplemental Brief in Further Support of Its Motion for Entry of an Order Approving the Proposed Distribution Plan**;

(ii) **Notice of Joint Motion and Joint Motion of (i) General Motors LLC, (ii) the Motors Liquidation Company GUC Trust, and (iii) the Economic Loss Plaintiffs to Withdraw the Reference of the Economic Loss Plaintiffs' Motion for an Order Granting Authority to File Late Class Proofs of Claim and Related Filings**; and

(iii) **Joint Memorandum of Law By (i) General Motors LLC, (ii) the Motors Liquidation Company GUC Trust, and (iii) the Economic Loss Plaintiffs in Support of Their Motion to Withdraw the Reference of the Economic Loss Plaintiffs' Motion for an Order Granting Authority to File Late Class Proofs of Claim and Related Filings** (together with accompanying exhibits).

3.  Also on March 27, 2020, I caused to be served copies of the aforementioned documents on all parties of interest via the Court's electronic case filing system.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
30th day of March, 2020

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
My Commission Expires December 21, 2022

## SERVICE LIST

### By Electronic Mail (Email)

anne@hilliardshadowenlaw.com; ASteinberg@KSLAW.com; asynnott@paulweiss.com; bobh@hmglawfirm.com; carrie@hbsslaw.com; Clay.Pierce@dbr.com; conor.tully@fticonsulting.com; dgolden@akingump.com; djnewman@akingump.com; ecabraser@lchb.com; esserman@sbep-law.com; gfox@goodwinlaw.com; hsnovikoff@wlrk.com; jjudd@andrewsmyers.com; jkane@akingump.com; jwoodson@akingump.com; kashley@hmglawfirm.com; kkimpler@paulweiss.com; Kgoing@mwe.com; LAKers@hmglawfirm.com; lauren@hmglawfirm.com; ldobson@thomasjhenrylaw.com; lnorman@andrewsmyers.com; lpaniszczyn@thomasjhenrylaw.com; Marita.Erbeck@dbr.com; mjedelman@vedderprice.com; mschein@vedderprice.com; nick@hbsslaw.com; pbasta@paulweiss.com; rgeman@lchb.com; rudyg@hmglawfirm.com; sdavidson@kslaw.com; sean@hbsslaw.com; SHarnett@paulweiss.com; steve@hbsslaw.com; tjh@thomasjhenrylaw.com; wweintraub@goodwinlaw.com; KAulet@brownrudnick.com; ACunningham@brownrudnick.com; jcunningham@brownrudnick.com; jforster@brownrudnick.com; SJason@brownrudnick.com; JMeyers@brownrudnick.com; hsteel@brownrudnick.com; eweisfelner@brownrudnick.com; asivakumar@brownrudnick.com; ANofzinger@paulweiss.com; sjames@paulweiss.com; mtsukerman@coleschotz.com; efisher@binderschwartz.com; nbinder@binderschwartz.com; lbush@binderschwartz.com; lhandelsman@binderschwartz.com; andy.velez-rivera@usdoj.gov; briancallan@treasury.gov; joseph.cordaro@usdoj.gov; jaimie.nawaday@usdoj.gov