**BROWN RUDNICK LLP**
Edward S. Weisfelner
Kenneth J. Aulet
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
eweisfelner@brownrudnick.com
kaulet@brownrudnick.com

**STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, A PROFESSIONAL
CORPORATION**
Sander L. Esserman
2323 Bryan Street, Ste 2200
Dallas, Texas 75201
Tel: 214-969-4900
esserman@sbep-law.com

*Designated Counsel for the Ignition Switch
Plaintiffs and Certain Non-Ignition Switch
Plaintiffs in the Bankruptcy Court*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY, et al,** | **:** | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Edward S. Weisfelner, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on March 27, 2020, I caused copies of the *Response of the Economic Loss Plaintiffs to the Motors Liquidation Company Avoidance Action Trust's Supplemental Brief in Further Support of Its Motion for Entry of an Order Approving the Distribution Plan to the Avoidance Action Trust's Beneficiaries* [Docket No. 14694] (the "Response") to be served by electronic mail upon the parties listed in the annexed Exhibit A.

I further certify that on March 30, 2020, I caused a copy of the Response to be delivered in postage pre-paid envelope via first-class mail to the party listed in the annexed Exhibit B.

I further certify that on March 27, 2020 upon electronic filing of the Response, electronic mail filing notifications of the Response were caused to be sent to all attorneys of record registered to receive electronic mail notices of filings in these cases via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:    New York, New York
          March 31, 2020                    /s/ Edward S. Weisfelner
                                            Edward S. Weisfelner

**EXHIBIT A**

anne@hilliardshadowenlaw.com
anwolf@wlrk.com
ASteinberg@KSLAW.com
bobh@hmglawfirm.com
carrie@hbsslaw.com
Clay.Pierce@dbr.com
clwilson@jonesday.com
conor.tully@fticonsulting.com
dgolden@akingump.com
djnewman@akingump.com
ecabraser@lchb.com
efisher@binderschwartz.com
esserman@sbep-law.com
gfox@goodwinlaw.com
hsnovikoff@wlrk.com
jcallagy@kelleydrye.com
jjudd@andrewsmyers.com
jkane@akingump.com
jmonzione@paulweiss.com
jwoodson@akingump.com
kashley@hmglawfirm.com
Kgoing@mwe.com
LAKers@hmglawfirm.com
lauren@hmglawfirm.com
lbush@binderschwartz.com
ldobson@thomasjhenrylaw.com
lhandelsman@binderschwartz.com
lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com
Marita.Erbeck@dbr.com
mjedelman@vedderprice.com
mkrolewski@kelleydrye.com
mschein@vedderprice.com
mtsukerman@coleschotz.com
mwolinsky@wlrk.com
nbinder@binderschwartz.com
nick@hbsslaw.com
npanarella@kelleydrye.com

anne@hilliardshadowenlaw.com
anwolf@wlrk.com
ASteinberg@KSLAW.com
bobh@hmglawfirm.com
carrie@hbsslaw.com
Clay.Pierce@dbr.com
clwilson@jonesday.com
conor.tully@fticonsulting.com
dgolden@akingump.com
djnewman@akingump.com
ecabraser@lchb.com
efisher@binderschwartz.com
esserman@sbep-law.com
gfox@goodwinlaw.com
hsnovikoff@wlrk.com
jcallagy@kelleydrye.com
jjudd@andrewsmyers.com
jkane@akingump.com
jmonzione@paulweiss.com
jwoodson@akingump.com
kashley@hmglawfirm.com
Kgoing@mwe.com
LAKers@hmglawfirm.com
lauren@hmglawfirm.com
lbush@binderschwartz.com
idobson@thomasjhenrylaw.com
lhandelsman@binderschwartz.com
lnorman@andrewsmyers.com
lpaniszczyn@thomasjhenrylaw.com
Marita.Erbeck@dbr.com
mjedelman@vedderprice.com
mkrolewski@kelleydrye.com
mschein@vedderprice.com
mtsukerman@coleschotz.com
mwolinsky@wlrk.com
nbinder@binderschwartz.com
nick@hbsslaw.com
npanarella@kelleydrye.com

rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
sean@hbsslaw.com
steve@hbsslaw.com
tjh@thomasjhenrylaw.com
wweintraub@goodwinlaw.com

rgeman@lchb.com
rudyg@hmglawfirm.com
sdavidson@kslaw.com
sean@hbsslaw.com
steve@hbsslaw.com
tjh@thomasjhenrylaw.com
wweintraub@goodwinlaw.com

**EXHIBIT B**

Office of the United States Trustee
for the Southern District of New York
Attn: William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014