KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.,*                    :    Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*                 :
                                                         :
                      Debtors.                           :    (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that General Motors LLC hereby appeals under 28 U.S.C. § 158(a)(1) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York from the *Memorandum Opinion and Order Granting in Part and Denying in Part New GM's Motion to Enforce the Sale Order with Respect to the Buchanan State Court Complaint*, entered by the United States Bankruptcy Court for the Southern District of New York in the above-referenced case on April 2, 2020 ("**April 2020 Opinion and Order**") [ECF No. 14702]. A copy of the April 2020 Opinion and Order is annexed hereto as Exhibit "A."

The names of all parties to the April 2020 Opinion and Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

36721598.v1

| ATTORNEY NAME | PARTY |
|---|---|
| KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>(212) 556-2100<br>By: Arthur J. Steinberg, Esq.<br>    Scott I. Davidson, Esq. | *Counsel for General Motors LLC* |
| COLE SCHOTZ P.C.<br>1325 Avenue of the Americas<br>New York, New York 10019<br>(212) 752-8000<br>By: Mark Tsukerman, Esq. | *Counsel for the Robert Randall Buchanan, Individually and as Administrator of the Estate of Glenda Marie Buchanan* |

Dated: New York, New York
       April 15, 2020

Respectfully submitted,

 /s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Attorneys for General Motors LLC*

36721598.v1