

LISA M. NORMAN
SHAREHOLDER

DIRECT DIAL: (713) 850-4245
Lnorman@andrewsmyers.com



April 16, 2020

**By ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, New York 10004

    Re:    Joint Hearing – *In re Motors Liquidation Company, f/k/a General Motors Corporation, et al.*, Case No. 09-50026 (MG) (the "Bankruptcy Action"); *In re General Motors LLC Ignition Switch Litig.*, 14-MD-2543 (JMF) (the "MDL Proceedings")

Dear Judge Furman and Judge Glenn:

    My firm represents the Additional Ignition Switch Pre-Closing Accident Plaintiffs in connection with proceedings in the Bankruptcy Action before Judge Glenn. My clients are not parties to the MDL Proceedings.

    We have filed an objection in the Bankruptcy Court to the GUC Trust's motion seeking entry of an order approving the settlement agreement between the proposed class of economic loss plaintiffs, the GUC Trust and New GM (Bankr. Dkt. No. 14691). The Additional Ignition Switch Pre-Closing Accident Plaintiffs request to be heard at the joint hearing scheduled for April 23, 2020 with respect to their Objection.

    Accordingly, pursuant to Order No. 168 (MDL Dkt. No. 7845), we write to respectfully request that Lisa M. Norman from Andrews Myers, PC be granted speaking privileges on behalf of the Additional Ignition Switch Pre-Closing Accident Plaintiffs. Thank you for your attention to this matter.

                        Sincerely,

                        *Lisa M. Norman*
                        LISA M. NORMAN

cc: All counsel of record (via ECF)

**Andrews Myers** • Attorneys at Law
1885 Saint James Place, 15th Floor • Houston, Texas 77056
T 713.850.4200 F 713.850.4211 • www.andrewsmyers.com