**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                                          :     Chapter 11
                                                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,    :     Case No. 09-50026 (MG)
f/k/a General Motors Corp., *et al.*                     :
                                                                                     :     (Jointly Administered)
                                          Debtors.            :
------------------------------------------------------------x

<b><u>AFFIDAVIT OF SERVICE</u></b>

STATE OF NEW YORK       )
                                              ) ss:
COUNTY OF NEW YORK  )

Zakiya Williams Wells, being duly sworn, deposes, and says:

     1.     I am not a party to this action, am over eighteen years of age, and am employed by Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.     On April 20, 2020, I caused to be served copies of the following documents on the persons set forth on the attached service list by email:

(i) **Omnibus Reply of General Motors LLC with Respect to Objections to the Motion of the GUC Trust Pursuant to Federal Rule of Bankruptcy Procedure 9019;** and

(ii) **Joinder of General Motors LLC to the GUC Trust's Omnibus Objection to Motions Filed by Certain Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths**.

3.      Also on April 20, 2020, I caused to be served copies of the aforementioned documents on all parties of interest via the Court's electronic case filing system.

/s/ Zakiya Williams Wells<br>Zakiya Williams Wells

Sworn to before me this
20th day of April, 2020

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
My Commission Expires December 21, 2022

# SERVICE LIST

### By Electronic Mail (Email)

anne@hilliardshadowenlaw.com; ASteinberg@KSLAW.com; asynnott@paulweiss.com; bobh@hmglawfirm.com; carrie@hbsslaw.com; Clay.Pierce@dbr.com; conor.tully@fticonsulting.com; dgolden@akingump.com; djnewman@akingump.com; ecabraser@lchb.com; esserman@sbep-law.com; gfox@goodwinlaw.com; hsnovikoff@wlrk.com; jjudd@andrewsmyers.com; jkane@akingump.com; jwoodson@akingump.com; kashley@hmglawfirm.com; kkimpler@paulweiss.com; Kgoing@mwe.com; LAKers@hmglawfirm.com; lauren@hmglawfirm.com; ldobson@thomasjhenrylaw.com; lnorman@andrewsmyers.com; lpaniszczyn@thomasjhenrylaw.com; Marita.Erbeck@dbr.com; mjedelman@vedderprice.com; mschein@vedderprice.com; nick@hbsslaw.com; pbasta@paulweiss.com; rgeman@lchb.com; rudyg@hmglawfirm.com; sdavidson@kslaw.com; sean@hbsslaw.com; SHarnett@paulweiss.com; steve@hbsslaw.com; tjh@thomasjhenrylaw.com; wweintraub@goodwinlaw.com; KAulet@brownrudnick.com; ACunningham@brownrudnick.com; jcunningham@brownrudnick.com; jforster@brownrudnick.com; SJason@brownrudnick.com; JMeyers@brownrudnick.com; hsteel@brownrudnick.com; eweisfelner@brownrudnick.com; asivakumar@brownrudnick.com; ANofzinger@paulweiss.com; sjames@paulweiss.com; mtsukerman@coleschotz.com; efisher@binderschwartz.com; nbinder@binderschwartz.com; lbush@binderschwartz.com; lhandelsman@binderschwartz.com; andy.velez-rivera@usdoj.gov; briancallan@treasury.gov; joseph.cordaro@usdoj.gov; jaimie.nawaday@usdoj.gov