**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
**In re:**                                                    :        Chapter 11
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :        Case No.: 09-50026 (MG)
       **f/k/a General Motors Corp.,** *et al*.   :
:        **(Jointly Administered)**
            **Debtors.**                     :
:
-----------------------------------------------------------x

## ORDER DESIGNATING THE USE OF COURTCALL FOR THE HEARING SCHEDULED IN THIS CASE FOR APRIL 23, 2020 AT 9:30 A.M.

      The hearing scheduled in this case for April 23, 2020 at 9:30 a.m. will be conducted telephonically. The Court has arranged for the use of CourtCall, an independent conference call company, to enable parties, counsel, and anyone interested (including members of the public and press) to attend remotely.

      Counsel for the parties must call CourtCall's reservation desk at (888) 882-6878, or make a reservation online at www.courtcall.com, no later than **4:00 p.m. Eastern Time on April 22, 2020**. CourtCall will charge parties and counsel participating in the conference $35 for the first 45 minutes, and $7.50 for each 15-minute increment thereafter. The Court has received the parties' list of attorneys who will attend and speak at the hearing. If there are any changes to these lists, the parties shall notify the Court no later than **1:00 p.m. on April 22, 2020**, which should be requested by email at Furman_NYSDChambers@nysd.uscourts.gov.

      To ensure public access to the conference, the Court has arranged for CourtCall to provide a toll-free number for members of the public and press to listen to the hearing. Members of the public and press should call (855) 855-8556, and enter access code 587-8792, followed by the pound (#) key. There will be no charge for using this line. Anyone using this line will be in "listen only" mode and will not be able to speak during the proceedings.

**IT IS SO ORDERED.**

Dated: April 20, 2020
       New York, New York

                                      *____Martin Glenn_____*
                                        MARTIN GLENN
                                United States Bankruptcy Judge