AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David M. Zensky
Naomi Moss
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for Participating Unitholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al., | Case No. 09-50026 (MG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

DAGMARA KRASA-BERSTELL

1.      I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: One Bryant Park, New York, New York 10036.

2.      I certify that on April 20, 2020, I caused true and correct copies of (i) *Joinder of the Participating Unitholders in the Reply of GUC Trust to Objections by (A) Motors Liquidation Company Avoidance Action Trust and (B) Additional Ignition Switch Pre-Closing Accident Plaintiffs to Motion for Entry of an Order (I) Approving the GUC Trust Administrator's Actions; (II) Approving the Settlement Agreement and the Release Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (III) Authorizing the Reallocation of GUC Trust Assets* [ECF No. 14713], and (ii) *Joinder of the Participating Unitholders in the GUC Trust's Omnibus Objection to*

*Motions Filed by Certain Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Death* [ECF No. 14723], to be served via electronic mail on all parties receiving notice via the Court's ECF System.

3.  I certify that on April 20, 2020, I caused true and correct copies of (i) *Joinder of the Participating Unitholders in the Reply of GUC Trust to Objections by (A) Motors Liquidation Company Avoidance Action Trust and (B) Additional Ignition Switch Pre-Closing Accident Plaintiffs to Motion for Entry of an Order (I) Approving the GUC Trust Administrator's Actions; (II) Approving the Settlement Agreement and the Release Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (III) Authorizing the Reallocation of GUC Trust Assets* [ECF No. 14713], and (ii) *Joinder of the Participating Unitholders in the GUC Trust's Omnibus Objection to Motions Filed by Certain Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Death* [ECF No. 14723], to be served via electronic mail on the parties listed in the Exhibit A attached hereto.

New York, New York

Dated: April 21, 2020

*Dagmara Krasa-Berstell* (signature)

───────────────────────────
Dagmara Krasa-Berstell

# EXHIBIT A

| Name | Email |
|---|---|
| anne@hilliardshadowenlaw.com | anne@hilliardshadowenlaw.com |
| Ashley, Katrina | kashley@hmglawfirm.com; |
| Aulet, Kenneth | KAulet@brownrudnick.com |
| Basta, Paul M. | pbasta@paulweiss.com |
| Berman, Steve | steve@hbsslaw.com |
| Binder, N. | nbinder@binderschwartz.com |
| Bush, L. | lbush@binderschwartz.com |
| Cabraser, Elizabeth | ecabraser@lchb.com; |
| carrie@hbsslaw.com; | carrie@hbsslaw.com |
| Cunningham, Amy | ACunningham@brownrudnick.com |
| Cunningham, Justin | jcunningham@brownrudnick.com |
| Davidson, Scott | sdavidson@kslaw.com |
| Dobson, L. | ldobson@thomasjhenrylaw.com |
| Edelman, Michael | mjedelman@vedderprice.com |
| Esserman, Sander | esserman@sbep-law.com; |
| Fisher, E. | efisher@binderschwartz.com |
| Forster, Jill | jforster@brownrudnick.com |
| Fox, G. | gfox@goodwinlaw.com; |
| Geman, Rachel | rgeman@lchb.com |
| Going, Kristin | Kgoing@mwe.com |
| Handerlsman, L. | lhandelsman@binderschwartz.com |
| Harnett, Sarah | sharnett@paulweiss.com |
| Henry, Thomas | tjh@thomasjhenrylaw.com |
| Hilliard, Bob | bobh@hmglawfirm.com; |
| James, Shamara R. | james@paulweiss.com |
| Jason, Selbie | SJason@brownrudnick.com |
| Judd, J. | jjudd@andrewsmyers.com; |
| Kimpler, Kyle | kkimpler@paulweiss.com |
| LAKers@hmglawfirm.com; | LAKers@hmglawfirm.com |
| lauren@hmglawfirm.com; | lauren@hmglawfirm.com |
| Marita Erbeck | Marita.Erbeck@dbr.com; |
| Matt, Sean | sean@hbsslaw.com |
| Meyers, Jessica | JMeyers@brownrudnick.com |
| Monzione, Joseph | jmonzione@paulweiss.com |
| Nofzinger, Alice | anofzinger@paulweiss.com |
| Norman, L. | lnorman@andrewsmyers.com |
| Novikoff, Harold S. | hsnovikoff@wlrk.com; |

| Name | Email |
| --- | --- |
| Paniszczyn, Lesley | lpaniszczyn@thomasjhenrylaw.com |
| Pierce, Clay | Clay.Pierce@dbr.com |
| Rudy Gonzales. Jr. | rudyg@hmglawfirm.com |
| Schein, Michael L. | mschein@vedderprice.com |
| Sivakumar, Arjun | asivakumar@brownrudnick.com |
| Steel, Howard | hsteel@brownrudnick.com |
| Steinberg, Arthur | asteinberg@kslaw.com |
| Styant-Browne, Nick | nick@hbsslaw.com |
| Synnott, Aidan | asynnott@paulweiss.com |
| Tsukerman, Mark | mtsukerman@coleschotz.com |
| Tully, Conor | conor.tully@fticonsulting.com |
| Weintraub, William | wweintraub@goodwinlaw.com |
| Weisfelner, Ed | eweisfelner@brownrudnick.com |
| Youngblut, Daniel | dyoungblut@paulweiss.com |