**MCDERMOTT WILL & EMERY LLP**
340 Madison Ave.
New York, New York 10173-1922
Telephone: (212) 547-5429
Facsimile: (212) 547-5444
E-mail: kgoing@mwe.com
Kristin K. Going

*Attorney for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :
                                                                 :    **Chapter 11**
                                                                 :
                                                                 :    **Case No. 09-50026 (MG)**
**MOTORS LIQUIDATION COMPANY,** *et al.*,                        :
**f/k/a General Motors Corp.,** *et al.*                         :    **(Jointly Administered)**
                                                                 :
                 **Debtors.**                                    :
-----------------------------------------------------------------x

**AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON APRIL 23, 2020 AT 9:30 A.M. (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Martin Glenn, United States Bankruptcy Judge. Joint hearing to be conducted telephonically[1] with the Honorable Jesse M. Furman, United States District Court Judge for the Southern District of New York.

**I.   CONTESTED MATTERS**

1.  Motion for Entry of an Order (I) Approving the GUC Trust Administrator's Actions; (II) Approving the Settlement Agreement and the Release Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (III) Authorizing the Reallocation of GUC Trust Assets **(ECF 14691)**.

    Responses Filed:

    A.  Motors Liquidation Company Avoidance Action Trust's Objection to the Motion of the GUC Trust Pursuant to Federal Rule of Bankruptcy Procedure 9019 **(ECF 14708)**.

---

[1] Parties should consult the Court's *Order Designating the Use of CourtCall for the Hearing Scheduled in this Case for April 23, 2020 at 9:30 A.M.* **(ECF 14721)**, entered April 20, 2020, for instructions regarding telephonic participation at the hearing.

B.      Additional Ignition Switch Pre-Closing Accident Plaintiffs' Objection to the GUC Trust's 9019 Motion for Approval of Settlement with Economic Loss Plaintiffs **(ECF 14709)**.

Replies Filed:

A.      Reply of GUC Trust to Objections by (A) Motors Liquidation Company Avoidance Action Trust and (B) Additional Ignition Switch Pre-Closing Accident Plaintiffs to Motion for Entry of an Order (I) Approving the GUC Trust Administrator's Actions; (II) Approving the Settlement Agreement and the Release Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (III) Authorizing the Reallocation of GUC Trust Assets **(ECF 14712)**.

B.      Joinder of the Participating Unitholders in GUC Trust's Motion for Entry of an Order (I) Approving the GUC Trust Administrator's Actions; (II) Approving the Settlement Agreement and the Release Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (III) Authorizing the Reallocation of GUC Trust Assets (**ECF 14698**).

C.      Joinder of the Participating Unitholders in the Reply of GUC Trust to Objections by (A) Motors Liquidation Company Avoidance Action Trust and (B) Additional Ignition Switch Pre-Closing Accident Plaintiffs to Motion for Entry of an Order (I) Approving the GUC Trust Administrator's Actions; (II) Approving the Settlement Agreement and the Release Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (III) Authorizing the Reallocation of GUC Trust Assets **(ECF 14713)**.

D.      Omnibus Reply of General Motors LLC with Respect to Objections to the Motion of the GUC Trust Pursuant to Federal Rule of Bankruptcy Procedure 9019 **(ECF 14717)**.

E.      Response of the Economic Loss Plaintiffs to the Motors Liquidation Company Avoidance Action Trust's Objection to the Motion of the GUC Trust Pusruant to Federal Rule of Bankruptcy Procedure 9019 **(ECF 14719)**.

F.      Limited Joinder of Debtor-in Possession Lenders United States Department of the Treasury and Export Development Canada in Objection of Avoidance Action Trust to Motion of General Unsecured Creditors' Trust for Settlement Approval Pursuant to Bankruptcy Rule 9019 **(ECF 14714)**.

**Status:**      This matter is going forward.

Dated: New York, New York
       April 21, 2020

By:   /s/  *Kristin K. Going*
      Kristin K. Going
      McDermott Will & Emery LLP
      340 Madison Ave.
      New York, NY 10173-1922
      Tel: (212) 547-5429
      E-mail: kgoing@mwe.com

*Attorneys for the Motors Liquidation Company GUC Trust Administrator*