**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

Debtors.

------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)

(Jointly Administered)

**ORDER DIRECTING QUESTIONS TO COUNSEL**
**FOR APRIL 23, 2020 ARGUMENT OF RULE 9019 MOTION**
**FOR BANKRUPTCY COURT APPROVAL OF THE SETTLEMENT**

1. What claims are being settled in the Settlement Agreement?

2. Do the Plaintiffs have claims against the GUC Trust other than in its capacity as the administrator of all assets that are to be distributed to holders of Allowed Unsecured Claims?  What is the basis for the Plaintiffs' claims against the GUC Trust?

3. Assuming the Class Action settlement receives final approval, in respect of what claims are the distributions to Plaintiffs being made?

4. Does the AAT retain the right to assert as a defense to any claim against the AAT by the Plaintiffs and New GM that the distributions to the Plaintiffs pursuant to the Settlement Agreement are made in respect of the Plaintiffs' putative claims against the Old GM estate?

**IT IS SO ORDERED.**

Dated: April 22, 2020
       New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge