**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

---

**NOTICE OF FILING OF ANNUAL REPORT AND ACCOUNT OF THE**
**MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2019**

The MLC Asbestos PI Trust (the "Trust") hereby files its Annual Report, Financial Statements, and Claims Summary for the fiscal year ending December 31, 2019. The Annual Report and Financial Statements are attached hereto as Exhibit 1.

Pursuant to the provisions of the MLC Asbestos PI Trust Agreement (the "Trust Agreement"), the Trust is providing copies of the Annual Report and the Financial Statements to the Trust Advisory Committee, the Future Claims Representative, and the Office of the United States Trustee.

Dated:  New York, New York
April 29, 2020

| | |
|---|---|
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP<br>Counsel to the MLC Asbestos PI Trust<br><br>By: /s/ *Brendan M. Scott*<br>    Brendan M. Scott<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel:  (212) 972-3000<br>Fax: (212) 972-2245 | CAMPBELL & LEVINE, LLC<br>Counsel to the MLC Asbestos PI Trust<br>Kathleen Campbell Davis<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE 19801<br>Tel: (302) 426-1900<br>Fax: (302) 426-9947<br><br>   -and-<br><br>Douglas A. Campbell<br>Stanley E. Levine<br>1700 Grant Building<br>Pittsburgh, PA 15219<br>Tel: (412) 261-0310<br>Fax: (412) 261-5066 |