**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

Mark T. Hurford hereby certifies the following under penalty of perjury:

1.  I am over the age of 18, am not a party to this action, and am a partner in the law firm known as Campbell & Levine, LLC, 222 Delaware Ave #1620, Wilmington, DE 19801.

2.  On the 29th day of April, 2020, copies of:

    - Notice of Filing of Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2019 [ECF Doc. No.: 14734]; and

    - Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2019, together with exhibit referenced therein [ECF Doc. No. 14734-1];

were served upon the attached service list by filing the documents electronically on the Court's electronic filing system, and by email.

*/s/ Mark T. Hurford*
Mark T. Hurford

{C1105375.1 }

**Service List**

John D. Cooney, Esq.
Cooney and Conway
120 N. LaSalle Street, 30th Fl.
Chicago, IL 60602-6412
jcooney@cooneyconway.com

Perry Weitz, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003
pweitz@weitzlux.com

Hon. Dean M. Trafelet (Ret.)
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202
dean@trafeletltd.com

Andrew Kress
Arnold & Porter LLP
250 West 55th Street
New York, NY 10019-9710
andrew.kress@arnoldporter.com

Kazan, McClain, Lyons, Greenwood & Harley, PLC
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Attn: Steven Kazan, Esq.
kazan@kazanlaw.com

Hon. Dean M. Trafelet (Ret.)
50 West Schiller
Chicago, IL 60610
dean@trafeletltd.com

Andrew D. Velez-Rivera
Office of the U.S. Trustee
201 Varick Street
Suite 1006
New York, NY 10014
andy.velez-rivera@usdoj.gov

{C1105375.1 }