HEARING DATE AND TIME: APRIL 23,2020 at 9:30 a.m. (Eastern Time)
Objection Deadline: APRIL 16, 2020 at 4:00 p.m. (Eastern Time)
Doc 14565

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In Re:

MOTOR LIQUIDATION COMPANY, et al f/k/a
GENERAL MOTORS CORPORATION, et al,

Chapter 11
Case No. 09-50026 (MG)
(Jointly Administered)

-----------------------------------------------------------

Honorable Martin Green,

I don't feel there should be a rush on any payouts,
1) When there is a rush on anything that leads to mistakes,
2) If the money is an account that draws interest then that means more money to distribute. If the money sits for two months say at 4% interest that's more to help someone.
3) I still feel the money should be monitored by the courts. Uncertain if the New GM will administer timely.
4) I was under the impression that the trust was finalized at the end of the year.

The New case that is addressed in the information sent to me is for 2014 recalls, my vehicle does not apply as mine was a 2004 although I would like to still be on the roster for receiving information.

I realize I am the low woman on the pole and didn't receive a dime but I still don't feel it should be rushed for everyone's benefit. I don't fell that it was right, that I lost a vehicle due to not receiving a recall when I should have, and receive nothing to cover it only because I can't afford an attorney, I realize the bigger company's want their money as well but can be written off of their books, I also realize others have lost more than me, and finally I realize this case has been going on for years I don't think a few more months will make a difference.

Thank you for everything you are doing.

Cheryl Renee England
717 Clevet Springs Road
Hayden, AL 35079
205-283-5834