Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
DUANE MORRIS LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Moody's Investors Service, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
                                                    :

In re:                                          :    Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,    :    Case No. 09-50026 (MG)

                                Debtors.    :    (Jointly Administered)
---------------------------------------------------------------------X

**NOTICE OF CHANGE OF LAW FIRM NAME AND E-MAIL ADDRESSES**

**PLEASE TAKE NOTICE** that the law firm SATTERLEE STEPHENS LLP, attorneys for Moody's Investors Service, Inc., has combined with and changed its name to DUANE MORRIS LLP. The address, phone numbers, and facsimile number of the firm will remain the same. The email addresses for Christopher R. Belmonte and Pamela A. Bosswick have changed to the following:

    Christopher R. Belmonte, Esq.    CRBelmonte@duanemorris.com
    Pamela A. Bosswick, Esq.    PABosswick@duanemorris.com

DM3\6644092.1

-2-

Dated: New York, New York
May 19, 2020

DUANE MORRIS LLP

By: /s/ Christopher R. Belmonte
Christopher R. Belmonte
Pamela A. Bosswick
230 Park Avenue
New York, New York 10169
Phone: (212) 818-9200
Fax: (212) 818-9606
Email: CRBelmonte@duanemorris.com
PABosswick@duanemorris.com

*Attorneys for Moody's Investors Service, Inc.*