# Notice Recipients

District/Off: 0208−1          User:                          Date Created: 5/22/2020
Case: 09−50026−mg             Form ID: tranapl               Total: 2

**Recipients of Notice of Electronic Filing:**
aty        Arthur Jay Steinberg        asteinberg@kslaw.com
aty        Mark Tsukerman              mtsukerman@coleschotz.com

TOTAL: 2