5/16/20

DR. DANA H. FOX, PRO-SE
955 MASS. AVE.
#455
CAMBRIDGE, MASS.
02139

JUDGE MARTIN GLENN, ET AL.
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT, N.Y.
40 CENTRE ST.
N.Y., N.Y. 10007

RECEIVED
MAY 29 2020
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I'M UNDER OATH NOT USE COMPUTERS, CELL, TEXTING, ETC.

ATT: JESSE M. FURMAN DISTRICT COURT FORWARD TO BANKRUPTCY COURT IF NECESSARY, PLEASE.

DEAR JUDGE GLENN, ET AL:

THIS MATTER IS INDICATIVE OF WHAT THE ENTIRE AUTOMOTIVE INDUSTRY IS UPTO; I'M UNDER OATH TO GO AFTER ANY PROBLEM I RUN INTO; IT'S EXTENSIVE AND EXHAUSTING.; [I HAVE ALOT OF PHYSICAL DAMAGE TO WORK AROUND].

I WAS TOLD BY A TRUSTEE, DIANE MOORE CRAIG (SHERATON CORP.) THAT I OWNED G.M. 1960'S; I'VE NEVER BEEN PAID FOR MY CONTRIBUTIONS AND THE TRUSTEES J.M FORBES BOSTON, MASS, ENCOURAGE "SCREWING" THINGS UP TO MAKE MORE MONEY "SCREWING" PEOPLE OVER... I'VE NEVER APPROVED OF THAT.

PLEASE REVIEW MY CLAIM #4287 ECF#12443 DECIDED BY JUDGE GERBER, ON MY BEHALF, AS IT IS WORTH MORE. I'M TAKEN ADVANTAGE OF BY THE TRUSTEES, U.S. GOVERNMENT, AUTO INDUSTRY, ETC., ETC. & G.M. INC. SINCE ADDITIONAL SETTLEMENT(S) IS/ARE ARGUED FOR AND RIGHTFULLY SO, I'M ENTITLED FOR A SUBSTANTIAL/LARGE SUM OF MONEY.
LET JUSTICE PREVAIL!

PLEASE ACCESS COURT RECORDS FOR MY CASE AS MY RECORDS ARE 2,000 MILES AWAY IN STORAGE.

CC: ~~MCDERMOTT WILL & EMERY~~
FOR DISTRIBUTION

SINCERELY
DR. DANA H. FOX, PRO-SE

I'M ON THE ROAD 26 YEARS KEEPING MY OATH.
D.H.F.

✱ I HAVE A FIDELITY ACCT.
# 273-571580
FOR WIRE-TRANSFER PAYMENT. D.H.F.

I CAN'T FIND A GOOD CAR
D.H.F.

BANKRUPTCY COURT
SOUTHERN DISTRICT
NEW YORK

Dr. DANA H. FOX, PRO-SE  }   CHAPTER 11           April 23, 2020
   PLAINTIFF            }   CASE # 09-50026 (MG)    HEARING
V.                       }                        * MOTION FOR LATE
MOTORS LIQUIDATORS     }   * I'M UNDER OATH NOT   ENTRY DUE TO
        DEFENDANTS     }    TO USE COMPUTERS,     MAIL FORWARDING
NEW c/o G.M.           }    TEXTING, CELLS, ETC.  OF DOCUMENT

MOTION FOR LEEWAY TO     MOTION FOR ADDITIONAL    / MOTION TO ACCEPT
PRO-SE LITIGANT          SETTLEMENT.              ADDITIONAL HANDWRITTEN
(VARIANCE)                                        PLEADING.

JUDGE GERBER DECIDED ON BEHALF OF PRO-SE (1)
DANA H. FOX AND AWARDED FULL AMOUNT OF
$19,500.— PLUS ADDITIONAL EXPENSES; YET, CONTRARY
TO JUDGE GERBER'S AWARD, FOX PRO-SE ONLY REC'VD
APPROX. 7,000.+ DOLLARS DUE TO ALLEGED BANKRUPTCY
RULES, NOT NOTED IN AWARD; "FINAL" NOTICE & CHECK.
THIS LITIGATION TOOK 9, NINE YEARS STARTING
IN DISTRICT COURT, LEE COUNTY, FT. MYERS, FLORIDA.
G.M. DIDN'T ANSWER A SUBPOENA [U.S. SENATE JUDICIARY
GAVE ME SUBPOENA POWER IN THE 1960'S WHEN I, AS
A CLASSIFIED FEDERAL AGENT, CREATED THE SENATE
JUDICIARY THROUGH JOE BIDEN AND SENATE]; G.M.
DECLARED BANKRUPTCY INSTEAD OF BEING FOUND IN
CONTEMPT OF COURT.
FOX PRO-SE HAS ALREADY FILED FOR ADDITIONAL SETTLEMENT
IN RESPONSE TO PREVIOUS NOTICES FROM THE COURT.
IT IS ALSO MOTIONED FOR $10,000.— ADDITIONAL TO
COVER MY TIME AS A PRO-SE LITIGANT AND AN AGENT
INVOLVED WITH THE CREATION OF MOTORS LIQUIDATORS AND
ALOT OF OTHER THINGS IN DUBLIN, OHIO (CLASSIFIED)
THROUGH GOV'T TRUSTEES & SENATE JUDICIARY; IT IS PROBABLY
WORTH MORE. (2)
WHEREFORE MOTION FOR ADDITIONAL SETTLEMENT PAYMENT
BALANCE OF JUDGE GERBER'S ORDER, $10,000.— AND ANY OTHER
RELIEF THE COURT DEEMS FIT.

SERVICE BY U.S. MAIL TO                RESPECTFULLY SUBMITTED
MOTOR LIQUIDATORS                      ~D-H-F~
McDERMOTT WILL EMERY          /DR.-    { DANA H. FOX } PRO-SE
FOR ALL G.M. ATTORNEYS LISTED
MARTIN GLENN                            (1) FOX, PRO-SE V. MOTOR LIQUIDATORS, G.M. INC.
JESSE M. FURMAN    /U.S. BANKRUPTCY         CASE 09-50026  CLAIM #4257
(2) $250,000.— / $500,000.—?  5/16/20 D-H-F     BCF # 12443  2013-14
                                           MY RECORDS ARE IN STORAGE 2,000 MILES AWAY
                                           PLEASE CITE COURT RECORDS  D.H.F.