| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------x<br>:<br>In re                                                                  :<br>                                                                            :<br>MOTORS LIQUIDATION COMPANY, *etal,*       :<br>flk/a General Motors Corp., *et al*                     :<br>                                                                            :<br>                               Debtors.                        :<br>                                                                            :<br>------------------------------------------------------x | **ELECTRONICALLY FILED**<br><br>Chapter 11 Case No.<br><br>09-50026 (REG)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING WILMINGTON TRUST COMPANY TO DISTRUTE GENERAL UNDECURED CLAIM

Counsel for Claimant, Billie England, has moved the Court for an Order authorizing Wilmington Trust Company to distribute the allowed Class Three Class Three Claim set forth as Exhibit D, in the Motion, directly to a security account set up as an escrow account in Claimant's counsel's name, using counsel's tax identification number.

**ORDERED** that Wilmington Trust Company is authorized to distribute the allowed Class Three Class Three Claim set forth as Exhibit D, in the Motion, directly to a security account set up as an escrow account in Claimant's counsel's name, using counsel's tax identification number.

Dated: _____
_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE