**HEARING DATE AND TIME: May 8, 2020 at 2:00 p.m. (Eastern Time)**
**Objection Deadline: May 6, 2020 at 12:00 p.m. (Eastern Time)**
**Doc 14565**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

In Re:

MOTOR LIQUIDATION COMPANY, et al f/k/a      Chapter 11
GENERAL MOTORS CORPORATION, et al,          Case No. 09-50026 (MG)
                                            (Jointly Administered)

-----------------------------------------------------------------

Honorable Martin Green,

I have been a part of these cases for many years, and have always had at least a week to respond on these. This last set of paper work was mailed (postmarked) May 4th, 2020 which I attached a copy of and a response to you, was supposed to be in by May 6th, 2020. I had not even received the paperwork (hearing) in the mail yet.

I don't feel this is appropriate. Although I am not getting anything from the cases or haven't as of yet, I still want to be included.

Cheryl Renee England
717 Clevet Springs Road
Hayden, AL 35079
205-283-5834





RECEIVED
JUN 1 0 2020
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK



Garden City Group, LLC
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, OH 43017-4286

3766425

Important Legal
Please direct a co
of this envelope t
Managing or Gen

\*\*\*\*\*\*\*\*\*\*\*\*

ENGLAND, CHERYL
ENGLAND, CHERYL
717 CLEVET SPRINGS RD
HAYDEN AL 35079

