**Hearing Date: July 23, 2020 at 2:00 p.m. (EST)**

Lisa M. Norman (admitted pro hac vice)
T. Joshua Judd (admitted pro hac vice)
ANDREWS MYERS, P.C.
1885 St. James Place, 15th Floor
Houston, Texas 77056
713-850-4200  Telephone
713-850-4211  Facsimile
Lnorman@andrewsmyers.com
Jjudd@andrewsmyers.com

*Counsel for Additional Ignition Switch*
*Pre-Closing Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>MOTORS LIQUIDATIONS COMPANY, et al.<br>f/k/a General Motors Corp., et al.<br><br>      Debtors. | Chapter 11<br>Case No.: 09-50026 (MG)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON MOTION FILED BY ADDITIONAL IGNITION SWITCH
PRE-CLOSING ACCIDENT PLAINTIFFS FOR AUTHORITY TO FILE
LATE PROOFS OF CLAIM FOR PERSONAL INJURIES AND WRONGFUL DEATHS**

**PLEASE TAKE NOTICE** a hearing on the Motion Filed by Additional Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths[1] will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, via Zoom for Government on July 23, 2020 at 2:00 p.m. (EST).

(*signature block on following page*)

---

[1] *See* Docs. 14018, and the supplements thereto at 14046, 14112, 14195 and 14346.

1

Respectfully submitted,

ANDREWS MYERS, P.C.

*/s/ Lisa M. Norman*
Lisa M. Norman (admitted pro hac vice)
T. Joshua Judd (admitted pro hac vice)
ANDREWS MYERS, P.C.
1885 St. James Place, 15th Floor
Houston, Texas 77056
713-850-4200  Telephone
713-850-4211  Facsimile
Lnorman@andrewsmyers.com
Jjudd@andrewsmyers.com

*Bankruptcy Counsel for Additional Ignition Switch Pre-Closing Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Hearing, filed through the CM/ECF system, will be sent electronically on July 6, 2020 to the registered participants as identified on the Notice of Electronic Filing (NEF), with paper copies served by first class mail postage prepaid on all Notice Parties for whom email addresses are unavailable.

*/s/ Lisa M. Norman*
LISA M. NORMAN

4842-2863-9681, v. 1