| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br>340 Madison Ave.<br>New York, New York 10173<br>Telephone:  (212) 547-5429<br>Facsimile:  (646) 417-7313<br>E-mail: kgoing@mwe.com<br>Kristin K. Going | **HEARING DATE AND TIME:** July 23, 2020<br>                                              @ 2:00 p.m. EDT<br><br>**OBJECTION DEADLINE:**     July 16, 2020<br>                                              @ 4:00 p.m. EDT |

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                                    :
**In re**                                                                    :
                                                                                    :          **Chapter 11**
                                                                                    :
                                                                                    :
                                                                                    :          **Case No. 09-50026 (MG)**
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :
**f/k/a General Motors Corp.,** *et al.*                 :          **(Jointly Administered)**
                                                                                    :
                                                                                    :
                        **Debtors.**                                    :
-------------------------------------------------------------------x

### NOTICE OF HEARING ON MOTION OF CLAIMANT BILLY ENGLAND TO ALLOW WILMINGTON TRUST TO TRANSFER SETTLEMENT DIRECTLY TO ESCROW

**PLEASE TAKE NOTICE** that on June 4, 2020, Claimant Billy England ("**Creditor**"), filed a motion (the "**Motion**") for an order permitting Wilmington Trust Company, solely in its capacity as trust administrator and trustee (in such capacity, the "**GUC Trust Administrator**"), of the Motors Liquidation Company GUC Trust, formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan dated March 18, 2011, to make a distribution to Creditor directly to a security account set up as an escrow account using Creditor's counsel's TIN number, and that a hearing (the "**Hearing**") on the Motion will be held before the Honorable Judge Martin Glenn, United States Bankruptcy Judge, using the videoconferencing solutions described herein, on **July 23, 2020 at 2:00 p.m.** (**Eastern Daylight Time**), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) McDermott Will & Emery LLP, attorneys for Wilmington Trust Company as GUC Trust Administrator, 340 Madison Avenue, New York, New York 10173 (Attn: Kristin K. Going, Esq.); (ii) David V. Scott, attorney for Creditor, 1338 Miller Lane, New Albany, Indiana 47150; and (iii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: William K. Harrington, Esq.), so as to be received no later than **July 16, 2020 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing shall take place virtually using videoconferencing solutions as set forth herein. The Court shall utilize Zoom for Government (for audio and video purposes). The Zoom link shall be provided by the Court to the list of persons identified by the parties as Zoom participants. All counsel who participate via Zoom shall participate in appropriate pre-Hearing testing of Zoom as may be required by the Court's personnel. The parties shall provide the Court with a list of all attorneys who will participate in the Hearing (including which party the attorney represents, firm, phone number, and e-mail address) and who will attend the Hearing via Zoom by no later than 12:00 noon,

July 22, 2020. The Court will circulate the Zoom link to such persons participating via Zoom prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that all other attorneys, parties in interest or members of the public who wish to hear or observe the Hearing shall send an email to Chambers (mg.chambers@nysb.uscourts.gov) on or before 5:00 p.m. EDT, July 21, 2020. Any such attorney, party in interest or member of the public connecting by telephone, must provide the Court with the telephone number that will be used to connect and the first and last names of each person who will connect. To avoid multiple appearances at the hearing, parties will join with one device only. The Court will circulate by email prior to the Hearing the Zoom link to such persons who wish to hear or observe the Hearing via Zoom.

Dated:  New York, New York
        July 8, 2020

                                                      McDERMOTT WILL & EMERY LLP

By:    /s/ Kristin K. Going
       Kristin K. Going
       340 Madison Avenue
       New York, New York 10173
       Tel: (212) 547-5429
       E-mail: kgoing@mwe.com

*Attorneys for the Motors Liquidation Company GUC Trust Administrator*