**MCDERMOTT WILL & EMERY LLP**
340 Madison Ave.
New York, New York 10173-1922
Telephone: (212) 547-5429
Facsimile: (212) 547-5444
E-mail: kgoing@mwe.com
Kristin K. Going

*Attorney for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                      :
:      **Chapter 11**
:
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,                      :      **Case No. 09-50026 (MG)**
**f/k/a General Motors Corp.,** *et al.*                       :
:      **(Jointly Administered)**
:
**Debtors.**                                                   :
---------------------------------------------------------------x

**AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON JULY 23, 2020 AT 2:00 P.M. (EASTERN TIME)**

Location of Hearing:    The hearing will take place virtually using videoconferencing solutions as set forth in the Court's *Order Establishing Procedures for Remote Evidentiary Hearing on July 23, 2020 in Connection with Ms. Norman's Contested Late Claims Motion and Motion to Allow Wilmington Trust to Transfer Settlement Directly to Escrow* entered at Docket No. 14760. The Court shall utilize Zoom for Government (for both audio and video purposes). The Zoom link shall be provided by the Court to the list of persons identified as Zoom participants.

**I.    CONTESTED MATTERS**

1.    Motion of Claimant Billy England to Allow Wilmington Trust to Transfer Settlement Directly to Escrow **(ECF 14753)**.

Response Filed:

A.    Response of Wilmington Trust Company to Motion to Allow Wilmington Trust to Transfer Settlement Directly to Escrow **(ECF 14758)**.

Additional Document:

A. Notice of Hearing on Motion of Claimant Billy England to Allow Wilmington Trust to Transfer Settlement Directly to Escrow (**ECF 14757**).

**Status:** This matter is going forward.

2. Omnibus Motion by Certain Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths (**ECF 13807**).

Responses Filed:

A. The GUC Trust's Omnibus Objection to Motions Filed by Certain Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths (**ECF 14724**).

Additional Documents:

A. Supplemental Omnibus Motion by Certain Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths in Connection with Settlement with the Motors Liquidation Company GUC Trust (**ECF 14325**).

B. Notice of Withdrawal as Counsel of Record for Certain Movants under Omnibus Motions by Certain Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths [Docket Nos. 13807 and 14325] (**ECF 14644**).

C. Show Cause Order Establishing February 26, 2020 as the Deadline by Which: (I) the Remaining Late Claim Movants Must File a Notice of Intention to Proceed *Pro Se* or (II) Counsel to the Remaining Late Claim Movants (if any) Must File a Notice of Appearance in This Chapter 11 Case (**ECF 14658**).

**Status:** This matter is going forward.

3. Motion by Additional Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths (**ECF 14018**).

Responses Filed:

A. The GUC Trust's Omnibus Objection to Motions Filed by Certain Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths (**ECF 14724**).

B. Joinder of General Motors LLC to the GUC Trust's Omnibus Objection to Motions Filed by Certain Pre-Closing Accident Plaintiffs for Authority to

        File Late Proofs of Claim for Personal Injuries and Wrongful Deaths **(ECF 14715)**.

C.    Joinder of the Participating Unitholders in the GUC Trust's Omnibus Objection to Motions Filed by Certain Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths **(ECF 14723)**.

D.    The GUC Trust's Supplemental Objection Addressing the Filing by Certain Pre-Closing Accident Plaintiffs on April 20, 2020 **(ECF 14744)**.

Reply Filed:

A.    Reply Brief to the Responses and Objections to Brief in Support of Motion Filed by Additional Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths **(ECF 14745)**.

Additional Documents:

A.    First Supplement to Motion [ECF No. 14018] by Additional Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths **(ECF 14046)**.

B.    Second Supplement to Motion [ECF No. 14018] by Additional Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths **(ECF 14112)**.

C.    Third Supplement to Motion [ECF No. 14018] by Additional Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths **(ECF 14195)**.

D.    Fourth Supplement to Motion [ECF No. 14018] by Additional Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths **(ECF 14346)**.

E.    Status Report filed on behalf of Addition Ignition Switch Pre-Closing Accident Plaintiffs (**ECF 14643**).

F.    Scheduling Order for Briefing Late Claims Motions **(ECF 14661)**.

G.    Status Report filed on behalf of Addition Ignition Switch Pre-Closing Accident Plaintiffs (**ECF 14676**).

H.    Brief in Support of Motion Filed by Additional Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths **(ECF 14690)**.

I.  Supplement to the Brief in Support of Motion Filed by Additional Ignition Switch Pre-Closing Accident Plaintiffs for Authority to File Late Proofs of Claim for Personal Injuries and Wrongful Deaths **(ECF 14716)**.

**Status:**     This matter is going forward.

Dated:  New York, New York
July 21, 2020

By:  /s/  *Kristin K. Going*
Kristin K. Going
McDermott Will & Emery LLP
340 Madison Ave.
New York, NY 10173-1922
Tel: (212) 547-5429
E-mail: kgoing@mwe.com

*Attorneys for the Motors Liquidation
Company GUC Trust Administrator*