**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                                  :
                                                                                          :        Chapter 11 Case No.
                                                                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :        09-50026 (MG)
f/k/a General Motors Corp., *et al.*                                    :
                                                                                          :        (Jointly Administered)
                             Debtors.                                            :
                                                                                          :
---------------------------------------------------------------x

**ORDER DENYING (I) MOTION BY CERTAIN IGNITION SWITCH PRE-CLOSING ACCIDENT PLAINTIFFS FOR AUTHORITY TO FILE LATE PROOFS OF CLAIM FOR PERSONAL INJURIES AND WRONGFUL DEATHS, AND
(II) SUPPLEMENTAL OMNIBUS MOTION BY CERTAIN PRE-CLOSING ACCIDENT PLAINTIFFS FOR AUTHORITY TO FILE LATE PROOFS OF CLAIM FOR PERSONAL INJURIES AND WRONGFUL DEATHS IN CONNECTION WITH SETTLEMENT WITH MOTORS LIQUIDATION COMPANY GUC TRUST**

Upon the motion, dated December 22, 2016 (the "Motion," ECF Doc. # 13807)[1] of the Ignition Switch Pre-Closing Accident Plaintiffs listed on Exhibit A to the Motion, and the supplemental omnibus motion, dated May 25, 2018 (the "Supplemental Motion," ECF Doc. # 14325) of the Pre-Closing Accident Plaintiffs listed on Exhibit A to the Supplemental Motion (together with the Ignition Switch Pre-Closing Accident Plaintiffs listed on Exhibit A to the Motion, the "Movants") seeking entry of an order or orders permitting the Movants to file late claims against the estate of above-captioned post-effective date debtors (the "Debtors") and for those claims to be deemed timely, all as more fully described in the Motion and the Supplemental Motion; and upon the omnibus objection, dated April 20, 2020 (the "Objection") of Wilmington Trust Company in its capacity as trust administrator and trustee (in such capacity, the "GUC Trust Administrator") of the Motors Liquidation Company GUC Trust (the "GUC Trust"), as established under the Debtors' Second Amended Joint Chapter 11 Plan dated as of March 18, 2011 (ECF Doc. # 9836), such Objection having been joined in by General

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion or the Supplemental Motion (defined herein), as applicable.

Motors LLC and certain unaffiliated holders of more than 68.5 percent of the beneficial units of the GUC Trust; and it appearing that due and proper notice having been given and that no other or further notice is necessary; and a hearing having been held on July 23, 2020 to consider the Motion and the Supplemental Motion; and the Court having considered the relief requested in the Motion and the Supplemental Motion and the Objection thereto; and for the reasons stated on the record,

IT IS HEREBY:

ORDERED, that the Objection of the GUC Trust Administrator with respect to the relief requested by the Movants in the Motion and the Supplemental Motion is SUSTAINED; and it is further

ORDERED, that the relief requested in the Motion and the Supplemental Motion is DENIED in its entirety.

**IT IS SO ORDERED.**

Dated:  July 24, 2020
           New York, New York

_____/s/ Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge