UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) |
| f/k/a General Motors Corp., *et al.*, | ) Case No.: 09-50026 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**MOTION TO WITHDRAW EDWARD S. WEISFELNER AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

This motion (the "Motion") seeks, pursuant to Local Rule 2090-1(e) of the Local Bankruptcy Rules, an order withdrawing Edward S. Weisfelner, formerly of the law firm Brown Rudnick LLP ("Brown Rudnick"), as an attorney of record for Daniel Ratzlaff, Patricia Barker, Sylvia Benton, Nicole Heuler, Katie Michelle McConnell, Carlota Onofre, and Teleso Satele, individually and as putative class representatives (collectively, the "Plaintiffs"), in the above-captioned case. Mr. Weisfelner has retired from Brown Rudnick. This Motion further seeks that Mr. Weisfelner's name be removed from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned case. Brown Rudnick will continue to serve as attorneys for the Plaintiffs.

I, William R. Baldiga, am an attorney at Brown Rudnick who has appeared as an attorney of record in this case on behalf of the Plaintiffs. Because I will continue to serve as an attorney of record in this case, the Court's approval of this Motion will not impact Brown Rudnick's representation of the Plaintiffs and will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, I respectfully request that the Court grant this Motion and order that Mr. Weisfelner is withdrawn as an attorney of record and, thus, will

no longer receive service or electronic notifications in the above-captioned cases. A proposed form of order granting the relief requested herein is annexed hereto as Exhibit A.

Dated:  New York, New York
        February 24, 2021

/s/ *William R. Baldiga*
William R. Baldiga
Andrew P. Strehle
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Tel: 617-856-8200
Fax: 617-856-8201
wbaldiga@brownrudnick.com
astrehle@brownrudnick.com

*Counsel for Daniel Ratzlaff, Patricia Barker, Sylvia Benton, Nicole Heuler, Katie Michelle McConnell, Carlota Onofre, and Teleso Satele, individually and as putative class representative*