# **PROPOSED ORDER**

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, ) | |
| f/k/a General Motors Corp., *et al.*, ) | Case No.: 09-50026 (MG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**ORDER GRANTING MOTION TO WITHDRAW
EDWARD S. WEISFELNER AS AN ATTORNEY OF RECORD
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the *Motion to Withdraw Edward S. Weisfelner as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e)* filed by William R. Baldiga of Brown Rudnick LLP, and for good cause shown therein,

IT IS HEREBY ORDERED that Edward S. Weisfelner is withdrawn as an attorney of record on behalf of the following: Daniel Ratzlaff, Patricia Barker, Sylvia Benton, Nicole Heuler, Katie Michelle McConnell, Carlota Onofre, and Teleso Satele, individually and as putative class representatives.

IT IS FURTHER ORDERED that Edward S. Weisfelner shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

It is SO ORDERED.

Dated:   New York, New York
         February __, 2021

                                            _____
                                            HONORABLE MARTIN GLENN
                                            United States Bankruptcy Judge