**HEARING DATE AND TIME: March 16, 2021 at 3:00 p.m. (Eastern Time)**
**OBJECTION DEADLINE: March 9, 2021 at 4:00 p.m. (Eastern Time)**

**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008

*Attorneys for the Motors Liquidation*
*Company Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| | |
| MOTORS LIQUIDATION COMPANY, f/k/a | |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (MG) |
| | (Jointly Administered) |
| | |
| Debtors. | |

------------------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF MOTORS LIQUIDATION COMPANY**
**AVOIDANCE ACTION TRUST FOR ENTRY OF AN ORDER AUTHORIZING**
**THE WIND-DOWN AND DISSOLUTION OF THE AAT AND**
**<u>GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that on February 18, 2021, Wilmington Trust Company, solely in its capacity as trust administrator and trustee (the "**Trust Administrator**") of the Motors Liquidation Company Avoidance Action Trust (the "**AAT**"), as established under the Debtors' Second Amended Joint Chapter 11 Plan dated as of March 18, 2011 [Bankr. Dkt. No. 9836] (as confirmed, the "**Plan**") of the above-captioned post-effective date debtors (the "**Debtors**"), submits this motion (the "**Motion**"), pursuant to section 105 of title 11 of the United States Code (the "**Bankruptcy Code**") and Bankruptcy Rule 6007, seeking entry of an order, substantially in the form attached to the Motion as Exhibit A (the "**Order**"), (i) authorizing the wind-down and dissolution of the AAT, (ii) discharging and exculpating the AAT Administrator and AAT Monitor and their employees and professionals, (iii) authorizing the destruction of the AAT's books and records, (iv) authorizing the Clerk's Office to dispose of any hard copies of, or electronic storage devices with, documents filed under seal in the adversary proceeding commenced by the AAT, Adv. Pro. No. 09-00504, in a way that protects the confidentiality of those documents consistent with the orders that authorized the filing of documents under seal, and (v) granting such other and further relief as the Court deems necessary, all as more fully described in the Motion, and that a hearing will be held before the Honorable Judge Martin Glenn, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **March 16, 2021 at 3:00 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that in light of the public health emergency caused by the COVID-19 virus, the Hearing will be conducted telephonically using Court Solutions LLC in accordance with General Order M-543, *Court Operations Under the Exigent Circumstances Created by COVID-19* (which can be found at www.nysb.uscourts.gov).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to this Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on Binder & Schwartz LLP, attorneys for Wilmington Trust Company as Avoidance Action Trust Administrator, 366 Madison Avenue, 6th Floor, New York, New York 10017 (Attn: Eric B. Fisher, Esq.), so as to be received no later than **March 9, 2021 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, Wilmington Trust Company, acting in its capacity as Avoidance Action Trust Administrator may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: March 2, 2021
New York, New York

Respectfully submitted,

**BINDER & SCHWARTZ LLP**

/s/ Eric B. Fisher
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008

*Attorneys for the Motors Liquidation Company Avoidance Action Trust*

4