# EXHIBIT A

Debtors and their respective case numbers

**Debtors and their respective case numbers:**

- Motors Liquidation Company (f/k/a General Motors Corporation) (Case No. 09-50026)

- MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) (Case No. 09-13558)

- MLCS, LLC (f/k/a Saturn, LLC) (Case No. 09-50027)

- MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) (Case No. 09-50028)

- Remediation and Liability Management Company, Inc. (Case No. 09-50029)

- Environmental Corporate Remediation Company, Inc. (Case No. 09-50030)