# EXHIBIT B

# EXHIBIT B

List of adversary proceedings in which documents were filed under seal; and
Parties requesting the sealing of documents with counsel

**List of adversary proceedings in which documents were filed under seal:**

- Case No. 09-00504[1]
- Case No. 12-09802
- Case No. 15-01389[2]

**Parties and Counsel:**

Arthur J. Steinberg
Scott I. Davidson
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

*Counsel to General Motors LLC in Adv. Pro. 12-09802*

Eric B. Fisher
**BINDER & SCHWARTZ LLP**
366 Madison Avenue, 6th Floor
New York, NY 10017
Tel: (212) 510-7008
Fax: (212) 510-7299

*Counsel to Motors Liquidation Company GUC Trust in Adv. Pro. 12-09802*

---

[1] As noted above, the disposal of sealed documents in this adversary proceeding will be the subject of a separate motion to be filed by the Motors Liquidation Company Avoidance Action Trust.

[2] On July 6, 2017, the Court entered the *Order Directing Clerk's Office to Destroy Any Hard Copies or Electronic Storage Devices with Documents Filed Under Seal* [ECF No. 58] in this adversary proceeding.