# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re:**                                                        :
:   **Chapter 11**
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,                         :
**f/k/a General Motors Corp.**, *et al.*                          :   **Case No. 09-50026 (MG)**
:
**Debtors.**                                                      :   **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### ORDER AUTHORIZING THE CLERK'S OFFICE TO DISPOSE OF ANY HARD COPIES OF, OR ELECTRONIC STORAGE DEVICES WITH, DOCUMENTS FILED UNDER SEAL

Upon consideration of the motion (the "Motion")[1] of Wilmington Trust Company, in its capacity as trust administrator and trustee of the Motors Liquidation Company GUC Trust, for entry of an order authorizing the Clerk's Office to dispose of the Sealed Documents filed in the chapter 11 cases and adversary proceedings identified on **Exhibits A and B** attached to the Motion; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that due and adequate notice of the Motion was given, that no other notice need be given at this time and that no hearing on the Motion is required; and after due deliberation and sufficient cause therefor, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Clerk's Office is authorized to dispose of the Sealed Documents filed in the chapter 11 cases and adversary proceedings identified on **Exhibits A and B** attached to the Motion in a way that protects the confidentiality of those documents consistent with the orders that authorized the filing of the Sealed Documents under seal; and it is further

---

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

1

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March ___, 2021
      New York, New York

                                                    _____
                                                    Honorable Martin Glenn
                                                    United States Bankruptcy Judge