**McDermott Will & Emery LLP**
340 Madison Ave.
New York, New York 10173
Telephone: (212) 547-5429
Facsimile: (646) 417-7313
E-mail: kgoing@mwe.com
Kristin K. Going

**Presentment Date: March 16, 2021 @ 12:00 p.m.**
**Objection Deadline: March 9, 2021 @ 4:00 p.m.**

*Attorneys for the Motors Liquidation Company*
*GUC Trust Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                    :
**In re:**                                                          :    **Chapter 11**
                                                                    :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                           :    **Case No. 09-50026 (MG)**
**f/k/a General Motors Corp.**, *et al.*                            :
                                                                    :    **(Jointly Administered)**
                            **Debtors.**                            :
                                                                    :
------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF MOTION**
**FOR ENTRY OF ORDER AUTHORIZING CLERK'S**
**OFFICE TO DISPOSE OF ANY HARD COPIES OF, OR ELECTRONIC**
**STORAGE DEVICES WITH, DOCUMENTS FILED UNDER SEAL**

**PLEASE TAKE NOTICE** that, on **March 16, 2021 at 12:00 p.m. (Prevailing Eastern**

**Time)**, Wilmington Trust Company, in its capacity as trust administrator and trustee of the

Motors Liquidation Company GUC Trust (the "GUC Trust Administrator") in the above-

captioned, chapter 11 cases, will present the annexed *Motion for Entry of Order Authorizing*

*Clerk's Office to Dispose of Any Hard Copies or Electronic Storage Devices with Documents*

*Filed Under Seal* (the "**Motion**") to the Honorable Martin Glenn of the United States Bankruptcy

Court for the Southern District of New York (the "**Court**") for approval, by entry of an order

substantially in the form attached to the Motion as Exhibit C.

1

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefor, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system, with a hard copy delivered directly to chambers and served so as to be actually received by (a) the undersigned counsel for the GUC Trust Administrator and (b) the Office of the United States Trustee no later than **March 9, 2021 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no objections are received by the Objection Deadline, the relief requested in the Motion may be granted without further notice or a hearing. If an objection is timely filed, a hearing will be scheduled, you will be notified of the hearing, and objecting parties will be required to attend the hearing or the Motion may be entered on default.

Dated: March 2, 2021
      New York, New York

                                ___/s/ Kristin Going_____
                                Kristin K. Going
                                **MCDERMOTT WILL & EMERY LLP**
                                340 Madison Ave.
                                New York, New York 10173
                                Telephone:    (212) 547-5429
                                Facsimile:    (646) 417-7313
                                E-mail:       kgoing@mwe.com

                                *Counsel to the Motors Liquidation Company*
                                *GUC Trust Administrator*