**HEARING DATE AND TIME: March 16, 2021 at 3:30 p.m. (Eastern Time)**
**Objection Deadline: March 9, 2021 at 4:00 p.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------

In Re:

MOTOR LIQUIDATION COMPANY, et al f/k/a
GENERAL MOTORS CORPORATION, et al,

Chapter 11
Case No. 09-50026 (MG)
(Jointly Administered)

----------------------------------------------------------------

Honorable Martin Green,

I don't feel there should be a rush on any payouts,
1) When there is a rush on anything that leads to mistakes,
2) If the money is an account that draws interest then that means more money to distribute. If the money sits for two months say at 4% interest that's more to help someone.
3) I still feel the money should be monitored by the courts. Uncertain if the New GM will administer timely.

The New case that is addressed in the information sent to me is for 2014 recalls, my vehicle does not apply as mine was a 2004 although I would like to still be on the roster for receiving information.

I realize I am past the date of filing objections, only because I received the paperwork the day of the deadline. I know the case Needs to be finalized but the papers were filed on March 2nd 2021 As I am late I still would like to receive future information,

I realize I am the low woman on the pole and didn't receive but $50.00 for a $16,000.00 loss but I still don't feel it should be rushed for everyone's benefit. I don't feel that it was right, that I lost a vehicle due to not receiving a recall when I should have, and receive nothing to cover it only because I can't afford an attorney, I realize the bigger company's want their money as well but can be written off of their books, I also realize others have lost more than me, and finally I realize this case has been going on for years I don't think a few more months will make a difference.

Thank you for everything you are doing.

Cheryl Renee England
717 Clevet Springs Road
Hayden, AL 35079
205-283-5834