UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No. 09-50026 (MG)
  f/k/a General Motors Corp., *et al.*, :
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

### ORDER REAPPOINTING EPLET, LLC AS ADMINISTRATIVE TRUSTEE OF THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE ("RACER") TRUST TO A THIRD FIVE-YEAR TERM THROUGH AND INCLUDING MARCH 31, 2026

Upon the Motion, dated March 17, 2021 (the "Motion"),[1] of the United States of America, pursuant to section 105(a) of title 11, United States Code (the "Bankruptcy Code"), for entry of an order pursuant to paragraph 42 of the Environmental Response Trust and Consent Decree, Docket No. 9941, Ex. C., as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted and EPLET, LLC, is hereby reappointed to a third five-year term as Administrative Trustee of RACER, through and including March 31, 2026; and it is

*[Remainder of page intentionally left blank]*

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

Dated:  March 25, 2021
        New York, New York

                                    /s/ Martin Glenn
                                    MARTIN GLENN
                                    United States Bankruptcy Judge