UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Pillars v. General Motors LLC, 15-CV-6289*
*Williams v. General Motors LLC, 19-CV-6996*
*Conner v. General Motors LLC, 19-CV-7190*
*In re Motors Liquidation Co., 20-CV-2757*
-------------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

In light of the granting of the motion to withdraw the bankruptcy reference in *In re Motors Liquidation Co.*, 20-CV-2757, ECF No. 15, and the final approval of the economic loss class settlement, the Court sees no reason to keep 20-CV-2757 open.

In addition, the Court understands that the parties in the other member cases referenced above (the "Settled Cases") have settled in principle and that the plaintiffs are therefore not actively litigating their claims at this time. Accordingly, it is ORDERED that the Settled Cases are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action if any settlement is not consummated. Any motion to reopen shall be filed **within thirty days from (1) the date on which the relevant settlement in principle is terminated by one or more parties or (2) one year from the date of this Order, whichever is earlier.**

To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Any request to extend the deadline to reopen must be filed as a letter motion on ECF at least 48 hours prior to the deadline.**

In accordance with the foregoing, the Clerk of Court is directed to close the following member cases:
- *Pillars v. General Motors LLC*, 15-CV-6289
- *Williams v. General Motors LLC*, 19-CV-6996
- *Conner v. General Motors LLC*, 19-CV-7190
- *In re Motors Liquidation Co.*, 20-CV-2757

SO ORDERED.

Dated: April 5, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge