**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

--------------------------------------------------------------------------------

### NOTICE OF FILING OF ANNUAL REPORT AND ACCOUNT OF THE
### MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2020

The MLC Asbestos PI Trust (the "Trust") hereby files its Annual Report, Financial

Statements, and Claims Summary for the fiscal year ending December 31, 2020.  The Annual

Report and Financial Statements are attached hereto as Exhibit 1.

Pursuant to the provisions of the MLC Asbestos PI Trust Agreement (the "Trust

Agreement"), the Trust is providing copies of the Annual Report and the Financial Statements to

the Trust Advisory Committee, the Future Claims Representative, and the Office of the United

States Trustee.

Dated:  New York, New York
         April 29, 2021

KLESTADT WINTERS JURELLER            CAMPBELL & LEVINE, LLC
SOUTHARD & STEVENS, LLP              Counsel to the MLC Asbestos PI Trust
Counsel to the MLC Asbestos PI Trust  Kathleen Campbell Davis
                                      222 Delaware Avenue, Suite 1620
By: /s/ *Brendan M. Scott*            Wilmington, DE 19801
     Brendan M. Scott                 Tel: (302) 426-1900
200 West 41st Street, 17th Floor      Fax: (302) 426-9947
New York, New York 10036
Tel:  (212) 972-3000                       -and-
Fax: (212) 972-2245
                                      Douglas A. Campbell
                                      Stanley E. Levine
                                      1700 Grant Building
                                      Pittsburgh, PA 15219
                                      Tel: (412) 261-0310
                                      Fax: (412) 261-5066