# MLC Asbestos PI Trust

## Audited Special-Purpose Financial
## Statements with Supplementary Information
Years Ended December 31, 2020 and 2019

The report accompanying these financial statements was issued by
BDO USA, LLP, a Delaware limited liability partnership and the U.S. member
of BDO International Limited, a UK company limited by guarantee.



# MLC Asbestos PI Trust

Audited Special-Purpose Financial Statements
with Supplementary Information
Years Ended December 31, 2020 and 2019

# MLC Asbestos PI Trust

## Contents

**Independent Auditor's Report**                                                           1-3

**Special-Purpose Financial Statements**

Special-Purpose Statements of Assets, Liabilities and Net Assets Available
for the Payment of Claims                                                                  4

Special-Purpose Statements of Changes in Net Assets Available for the
Payment of Claims                                                                          5

Special-Purpose Statements of Cash Flows                                                   6

Notes to the Special-Purpose Financial Statements                                          7-17

**Supplementary Information**

Independent Auditor's Report on Supplementary Information                                   18

Supplementary Schedules of Operating Expenses                                              19



Tel:  703-893-0600
Fax:  703-893-2766
www.bdo.com

8401 Greensboro Drive
Suite 800
McLean, VA 22102

**Independent Auditor's Report**

Trustee
MLC Asbestos PI Trust
Wilmington, Delaware

*Opinion*

We have audited the special-purpose financial statements of MLC Asbestos PI Trust (the Trust) (a statutory Trust created under the laws of the State of Delaware), which comprise the special-purpose statements of assets, liabilities, and net assets available for the payment of claims as of December 31, 2020 and 2019, and the related special-purpose statements of changes in net assets available for the payment of claims and the special-purpose statements of cash flows for the years then ended, and the related notes to the special-purpose financial statements.

In our opinion, the accompanying special-purpose financial statements present fairly, in all material respects, the net assets of the Trust as of December 31, 2020 and 2019, and the changes in net assets and cash flows for the years then ended, in accordance with the basis of accounting described in Note 2 to the special-purpose financial statements.

*Basis for Opinion*

We conducted our audits in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Special-Purpose Financial Statements section of our report. We are required to be independent of the Trust and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Emphasis of Matter - Basis of Accounting*

We draw attention to Note 2 of the special-purpose financial statements which describes the basis of accounting. As described in Note 2, the accompanying special-purpose financial statements were prepared by the Trust on a special-purpose basis of accounting which is a basis of accounting other than accounting principles generally accepted in the United States of America. As a result, the special-purpose financial statements may not be suitable for another purpose. Our opinion is not modified with respect to this matter. The special-purpose basis of accounting has been used in order to communicate the amount of net assets presently available to fund current and future claims.

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



*Responsibilities of Management for the Special-Purpose Financial Statements*

Management is responsible for the preparation and fair presentation of the special-purpose financial statements in accordance with the basis of accounting as described in Note 2 to the special-purpose financial statements. Management is also responsible for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of special-purpose financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the special-purpose financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Trust's ability to continue as a going concern within one year after the date that the special-purpose financial statements are issued or available to be issued.

*Auditor's Responsibilities for the Audit of the Special-Purpose Financial Statements*

Our objectives are to obtain reasonable assurance about whether the special-purpose financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the special-purpose financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the special-purpose financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the special-purpose financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Trust's internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the special-purpose financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Trust's ability to continue as a going concern for a reasonable period of time.



We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.

***Other Matters - Restriction of Use***

Our report is intended solely for the information and use of the Trust and is not intended to be and should not be used by anyone other than the specified party.  This restriction is not intended to limit the distribution of this report which, upon filing with the United States Bankruptcy Court for the Southern District of New York and with the United States Trustee for the Southern District of New York, is a matter of public record.

*BDO USA, LLP*

McLean, Virginia
April 26, 2021

# Special-Purpose Financial Statements

# MLC Asbestos PI Trust

### Special-Purpose Statements of Assets, Liabilities and Net Assets Available
### for the Payment of Claims

| December 31, | 2020 | 2019 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 4,553,005 | $ 7,321,321 |
| Investments, at fair value | | |
| Equity securities | 38,075,093 | 34,465,540 |
| Bonds | 94,715,830 | 98,475,820 |
| GUC Trust | 1,106,250 | 5,531,250 |
| Alternative investments | 21,057,748 | 19,497,856 |
| Interest receivable | 1,221,095 | 1,321,706 |
| Income tax receivable | 149,469 | - |
| **Total assets** | 160,878,490 | 166,613,493 |
| **Liabilities** | | |
| Accrued expenses and accounts payable | 853,997 | 1,700,091 |
| **Total liabilities** | 853,997 | 1,700,091 |
| **Net assets available for the payment of claims** | $ 160,024,493 | $ 164,913,402 |

*See accompanying notes to the special-purpose financial statements.*

# MLC Asbestos PI Trust

### Special-Purpose Statements of Changes in Net Assets Available
### for the Payment of Claims

| *Years Ended December 31,* | 2020 | 2019 |
|---|---:|---:|
| **Additions** | | |
| Funding under joint plan of reorganization | $ 5,843,581 | $ - |
| Settlement income | 2,010,134 | - |
| Net increase in fair value of alternative investments | 2,648,005 | 2,199,116 |
| Net appreciation in fair value of investment securities | 788,867 | 9,462,252 |
| Interest and dividend income, net | 2,863,790 | 3,408,021 |
| Income tax refund | 149,469 | - |
| **Total additions** | 14,303,846 | 15,069,389 |
| **Deductions** | | |
| Operating expenses | 1,948,624 | 1,784,381 |
| Income tax expense, net of refund | - | 194,489 |
| Personal injury claims expense | 17,129,474 | 13,068,778 |
| Claims processing expenses | 114,657 | 158,243 |
| **Total deductions** | 19,192,755 | 15,205,891 |
| **Decrease in net assets available for the payment of claims** | (4,888,909) | (136,502) |
| **Net assets available for the payment of claims** | | |
| Beginning of the year | 164,913,402 | 165,049,904 |
| End of the year | $ 160,024,493 | $ 164,913,402 |

*See accompanying notes to the special-purpose financial statements.*

# MLC Asbestos PI Trust

### Special-Purpose Statements of Cash Flows

| *Years Ended December 31,* | 2020 | 2019 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Decrease in net assets available for the payment of claims | $ (4,888,909) | $ (136,502) |
| Adjustments to reconcile decrease in net assets available for the payment of claims to net cash used in operating activities: | | |
|     Net appreciation in fair value of investments | (788,867) | (9,462,252) |
|     Net increase in fair value of alternative investments | (2,648,005) | (2,199,116) |
|     Amortization of premiums on bonds, net | 1,908,433 | 1,944,401 |
|     Changes in operating assets and liabilities | | |
|       Interest receivable | 100,611 | 20,367 |
|       Income taxes receivable | (149,469) | - |
|       Accrued expenses and accounts payable | (846,094) | 499,606 |
|     Total adjustments | (2,423,391) | (9,196,994) |
| **Net cash used in operating activities** | (7,312,300) | (9,333,496) |
| **Cash flows from investing activities:** | | |
| Sales of equity securities | 10,762,965 | 11,215,782 |
| Sales and maturities of bonds | 17,845,024 | 12,250,855 |
| Liquidation of alternative investments | 3,773,994 | 2,905,967 |
| Purchases of equity securities | (11,519,015) | (12,198,972) |
| Purchases of bonds | (13,633,103) | (13,357,045) |
| Contributions to alternative investments | (2,685,881) | (210,000) |
| **Net cash provided by investing activities** | 4,543,984 | 606,587 |
| Net decrease in cash and cash equivalents | (2,768,316) | (8,726,909) |
| Cash and cash equivalents at the beginning of the year | 7,321,321 | 16,048,230 |
| **Cash and cash equivalents at the end of the year** | $ 4,553,005 | $ 7,321,321 |

*See accompanying notes to the special-purpose financial statements.*

6

# MLC Asbestos PI Trust

## Notes to the Special-Purpose Financial Statements

### 1. Description of the Trust

On June 1, 2009, Motors Liquidation Company (MLC) (formerly known as General Motors Corporation) and certain of its subsidiaries (collectively, the Debtors), filed voluntary petitions for reorganization under Chapter 11 of the United States Bankruptcy Code (Bankruptcy Code) in the United States Bankruptcy Court for the Southern District of New York (Bankruptcy Court). On October 9, 2009, two additional Debtors, Remediation and Liability Management Company, Inc. (REALM) and Environmental Corporate Remediation Company, Inc. (ENCORE) filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court.

On December 7, 2010, the Debtors filed a Disclosure Statement (the Disclosure Statement) with the Bankruptcy Court describing the Debtors' Amended Joint Chapter 11 Plan. On March 29, 2011, the Bankruptcy Court confirmed the Second Amended Joint Chapter 11 Plan (the Plan). The Plan is final and can no longer be appealed.

The essential elements of the Plan include, among other things, the creation of the MLC Asbestos PI Trust (the Trust) on March 31, 2011, pursuant to which the Trust assumes all liabilities for Asbestos Personal Injury Claims in accordance with the Plan. Governance of the Trust is dictated by the terms and provisions of the Trust Agreement, which provides, inter alia, for the appointment of the Asbestos Trust Administrator and Trustee (the Trustee). The processing and payment of Asbestos Personal Injury Claims is, in turn, determined by reference to the detailed provisions of the Trust Distribution Procedures (the TDP).

The Trustee is responsible for supervising and administering the Trust and utilizing the Trust's assets and income to pay the holders of all Asbestos Personal Injury Claims in accordance with the Trust Agreement and the TDP in such a way that holders of such claims are treated fairly, equitably, and reasonably in light of the limited assets available to satisfy such claims.

### 2. Summary of Significant Accounting Policies

*Basis of Presentation*

The Trust's financial statements are prepared using special-purpose accounting methods adopted by the Trust, which differ from accounting principles generally accepted in the United States of America (GAAP). The special-purpose accounting methods were adopted in order to communicate to the beneficiaries of the Trust the net assets available for the payment of claims and the related operating expenses of the Trust. Since the accompanying special-purpose financial statements and transactions are not based upon GAAP, the accounting treatment by other parties for these same transactions may differ as to timing and amount. The special-purpose accounting methods include the following:

- Assets are generally recorded when they are received by the Trust and are available for the payment of asbestos claims.

- Future fixed liabilities under contractual obligations and other agreements entered into by the Trust are recorded as deductions from net assets available for the payment of claims in the same period that such contractual obligations or agreements are signed. Under GAAP, liabilities and contractual obligations are recorded over the period that is benefited by the underlying contract or agreement.

7

## MLC Asbestos PI Trust

### Notes to the Special-Purpose Financial Statements

- The full amounts of claims will be expensed in the period in which the confirmed claims are settled. A settled claim is a claim that has been allowed by the Trust and accepted by the claimant, with an approved release.  Under GAAP, a liability would be recorded for an estimate of the amount to be paid for claims that have been incurred but not yet reported, and for those claims that have been submitted but not yet approved for payment by the Trust. There were settled but unpaid claims of $760,531 and $1,382,631 for the years ended December 31, 2020 and 2019, respectively, which are included in accrued expenses and accounts payable in the special-purpose statements of assets, liabilities, and net assets available for the payment of claims. Total claims paid during the years ended December 31, 2020 and 2019 aggregated $17,751,574 and $12,686,386, respectively.

- Payments for services to be received over an extended period in the future are expensed as paid because these amounts are no longer available for the payment of claims.  Under GAAP, an asset would be recorded and amortized over the period in which the related benefits are received.

- Payments for property and equipment are expensed as incurred. Under GAAP, payments for property and equipment are capitalized and depreciated over the useful lives of the assets. To date, the Trust has incurred no expenses related to purchases of property and equipment.

- Income tax expense is estimated and recorded as incurred in the period in which certain income and expense items affect current federal income taxes payable. Under GAAP, the provision for income taxes is recorded based upon income reported for financial statement purposes, and federal and state income taxes both currently payable and changes in deferred taxes due to differences between financial reporting and tax bases of assets and liabilities. Under GAAP, deferred taxes include a provision for taxes attributable to changes in unrealized gains and losses on investments.

- Under GAAP, for financial statement disclosure purposes, all investments would be categorized based on the priority of inputs used to measure fair value. Under GAAP, inputs used in measuring fair value are categorized into three levels. Level 1 includes inputs that are based upon quoted prices for identical instruments traded in active markets. Level 2 includes inputs that are based upon quoted prices for similar instruments in active markets, quoted prices for identical or similar investments in markets that are not active, or models based on valuation techniques for which all significant assumptions are observable in the market or can be corroborated by observable market data for substantially the full term of the investment. Level 3 includes inputs that are generally unobservable and typically reflect management's estimates of assumptions that market participants would use in pricing the asset or liability. The fair values are therefore determined using model-based techniques that include option pricing models, discounted cash flow models, and similar techniques. The accompanying special-purpose financial statements do not categorize investments into these levels.

## MLC Asbestos PI Trust

**Notes to the Special-Purpose Financial Statements**

---

*Use of Estimates*

The preparation of financial statements in conformity with the special-purpose accounting methods described above requires the Trust to make estimates and assumptions that affect the reported amounts of certain assets and liabilities and the disclosures of contingent assets and liabilities at the date of the special-purpose financial statements, as well as the reported amounts of additions and deductions to the net assets available for the payment of claims during the reporting period.  Actual results could differ from those estimates and such differences could have a material effect on the net assets available for the payment of claims.

*Cash Equivalents*

The Trust considers all highly liquid instruments with original maturities of three months or less to be cash equivalents.

*Investments*

Investment securities are stated at fair value. Fair values for investment securities, other than alternative investments, are based on quoted market prices for identical or similar instruments traded in active markets as of the date of the special-purpose financial statements. The fair value for alternative investments is based on the Trust's proportionate share of each fund's net assets, as reported as of the date of the special-purpose financial statements. The net appreciation or depreciation in fair value of investments in the accompanying special-purpose statements of changes in net assets available for the payment of claims consists of realized gains or losses on sales of investments and the changes in unrealized gains or losses on investments held. Investment income is recognized when earned.  Interest and dividend income, net of investment expenses and amortization and accretion of bond premiums or discounts, are included in interest and dividend income, net in the accompanying special-purpose statements of changes in net assets available for the payment of claims.  Gains and losses on sales of investment securities are determined using the average cost method.

*Accrued Expenses and Accounts Payable*

Accrued expenses and accounts payable consist of accruals and outstanding invoices associated with managing and operating the Trust.

*Operating Expenses*

Operating expenses of the Trust are paid from the net assets available for the payment of claims when invoices are received.

*Claims Processing Expenses*

Claims processing expenses are paid from net assets available for the payment of claims when invoices are received.

## MLC Asbestos PI Trust

### Notes to the Special-Purpose Financial Statements

*Income Taxes*

The Trust is classified as a Qualified Settlement Fund pursuant to the Internal Revenue Code and Regulations thereunder (the Code). The Trust is subject to federal income taxes based on modified gross income, as defined by the Code. In the opinion of the Trustee and advisors, the Trust is not subject to state income taxes and, therefore, the special-purpose financial statements do not include any provision or liability for state income taxes. The Trust is generally no longer subject to income tax examinations by the Internal Revenue Service (IRS) for the years ended December 31, 2016 and prior.

Income tax expense is estimated and includes amounts payable or receivable under current federal income taxes. The Trust records income tax expense (or benefit) associated with amounts payable (or receivable) under current federal income taxes and does not record a provision for (or benefit from) deferred taxes. Accordingly, there is no provision for deferred taxes associated with changes in cumulative unrealized gains and losses on investments (see Note 4). The income taxes associated with gains on investments will be recorded in the Trust's special-purpose financial statements when the net gains are realized (i.e. the securities are sold) and the taxes become currently payable.

*Risks and Uncertainties*

The Trust's assets that are exposed to credit risk consist primarily of cash and cash equivalents and investments in equity securities, municipal bonds, and alternative investments. Cash and cash equivalents are maintained at financial institutions and, at times, balances may exceed federally insured limits. The Trust has never experienced any losses related to these balances. There were no amounts on deposit in excess of federally insured limits at December 31, 2020.

The Trust invests in a professionally managed portfolio that contains municipal bonds and Treasury bills, common shares of publicly traded companies, money market funds, and alternative investments. Such investment securities are exposed to various risks such as interest rate and credit risks. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the Trust's account balance and the amounts reported in the special-purpose statements of assets, liabilities and net assets available for the payment of claims.

**3. Funding Under Joint Plan of Reorganization**

In accordance with the Plan and Stipulation and Order Fixing Asbestos Trust Claim and Resolving Debtor's Estimation Motion (the Stipulation) entered by the Bankruptcy Court on February 14, 2011, the Trust was funded with the Asbestos Trust Assets that were comprised of cash in the amount of $2,000,000 and an allowed general unsecured claim of $625,000,000. The Plan provides that general unsecured creditors, including the Trust, shall receive a pro rata share of New GM Securities (a combination of General Motors Company common stock, stock rights, and stock warrants) and General Unsecured Trust (the GUC Trust) Units in accordance with the terms of the Motors Liquidation Company GUC Trust Agreement (the GUC Trust Agreement). The initial distribution on the Trust's general unsecured claim was made directly to the Trust rather than through the GUC Trust pursuant to the terms of the Stipulation.  All subsequent distributions were made in accordance with the Plan.  The first distribution in accordance with the Plan occurred in 2012 whereby the Trust received 625,000 units in the GUC Trust with a fair market value of

## MLC Asbestos PI Trust

### Notes to the Special-Purpose Financial Statements

$7,875,000 on the date the securities were transferred to the Trust. During the year ended December 31, 2013, the Trust received distributions from the GUC Trust consisting of equity securities with a fair value of $11,974,066 as of the date the securities were transferred to the Trust. During the year ended December 31, 2014, the Trust received distributions from the GUC Trust consisting of equity securities and warrants with a fair value of $4,697,578. During the year ended December 31, 2015, the Trust received distributions from the GUC Trust consisting of equity securities and warrants with a fair value of $2,545,266. During the year ended December 31, 2016, the Trust received a cash distribution in the amount of $2,201,900 from the GUC Trust. During the year ended December 31, 2020, the Trust received a cash distribution of $5,843,581 from the GUC Trust.

In addition, during the year ended, December 31, 2020, the Trust received settlement income in the amount of $2,010,134, as a result of the settlement of the Term Loan Avoidance Action. The administrator of the Avoidance Action Trust distributed the funds to the MLC Asbestos PI Trust in accordance with the Fourth Amended and Restated Avoidance Action Trust Agreement and the Second Amended Joint Chapter 11 Plan of Motors Liquidation Company.

### 4. Investments

Investment securities consist of the following at December 31:

| Description | 2020 | | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Market Value |
| Equity securities | $ 19,834,705 | $ 18,240,388 | $ - | $ 38,075,093 |
| Bonds | 89,079,570 | 5,636,260 | - | 94,715,830 |
| GUC Trust | 7,875,000 | - | (6,768,750) | 1,106,250 |
| | $ 116,789,275 | $ 23,876,648 | $ (6,768,750) | $ 133,897,173 |

| Description | 2019 | | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Market Value |
| Equity securities | $ 21,800,187 | $ 12,665,353 | $ - | $ 34,465,540 |
| Bonds | 94,887,842 | 3,587,978 | - | 98,475,820 |
| GUC Trust | 7,875,000 | - | (2,343,750) | 5,531,250 |
| | $ 124,563,029 | $ 16,253,331 | $ (2,343,750) | $ 138,472,610 |

Net appreciation in the fair value of investment securities of $788,867 and $9,462,252 for the years ended December 31, 2020 and 2019, respectively, consists of the net change in unrealized gains (losses) and net realized gains (losses) from investment sales.

## MLC Asbestos PI Trust

### Notes to the Special-Purpose Financial Statements

*Net Unrealized Gains and Losses*

The net change in unrealized gains (losses) from market appreciation (depreciation) of investment securities consist of the following as of December 31:

|  | 2020 | 2019 |
|---|---|---|
| Equity securities | $  5,575,035 | $  6,792,388 |
| Bonds | 2,048,282 | 3,365,283 |
| GUC Trust | (4,425,000) | (125,000) |
|  | $  3,198,317 | $ 10,032,671 |

*Realized Gains and Losses*

Net realized gains (losses) from investment sales consist of the following as of December 31:

|  | 2020 | 2019 |
|---|---|---|
| Equity securities | $  (2,721,532) | $  (597,609) |
| Bonds | 312,082 | 27,190 |
|  | $  (2,409,450) | $  (570,419) |

*Summary of Changes in Alternative Investments*

The table below sets forth a summary of changes in the Trust's alternative investments for the years ended December 31:

|  | 2020 | 2019 |
|---|---|---|
| **Balance, beginning of the year** | $  19,497,856 | $ 19,994,707 |
| Liquidation of alternative investments | (3,773,994) | (2,905,967) |
| Contributions to alternative investments | 2,685,881 | 210,000 |
| Increase in fair value | 2,648,005 | 2,199,116 |
| **Balance, end of the year** | $  21,057,748 | $ 19,497,856 |

# MLC Asbestos PI Trust

### Notes to the Special-Purpose Financial Statements

The major categories of the Trust's alternative investments, including general information related to each category, are as follows:

| | Fair Value | | Redemption Frequency (if Currently Eligible) | First/Next Redemption | Notice Period (days) | Gate |
|---|---|---|---|---|---|---|
| | 2020 | 2019 | | | | |
| **(a)** | | | | | | |
| Long/short fund | 466,875 | 2,164,010 | ** | ** | ** | ** |
| Long/short fund | 3,697,971 | 2,539,317 | 25% Quarterly | March 31, 2021 | 65 | 0% |
| Long/short fund | 69,404 | 69,404 | * | * | * | * |
| | 4,234,250 | 4,772,731 | | | | |
| **(b)** | | | | | | |
| Multi-strategy fund | 2,282,514 | 2,202,966 | Annually – anniversary date | December 31, 2021 | 60 | 10% |
| Multi-strategy fund | 84,086 | 971,717 | ** | ** | ** | ** |
| Multi-strategy fund | 6,004,304 | 5,040,773 | Annually – anniversary date | June 30, 2021 | 45 | 0% |
| Multi-strategy fund | 3,601 | 23,283 | * | * | * | * |
| Multi-strategy fund | 2,657,253 | 2,314,215 | 25% Quarterly | March 31, 2021 | 67 | 0% |
| Multi-strategy fund | 2,114,391 | - | 50% semi-annually | June 30, 2021 | 60 | 25% |
| | 13,146,149 | 10,552,954 | | | | |
| **(c)** | | | | | | |
| Credit opportunities fund | 2,488,498 | 2,631,419 | 25% Quarterly | March 31, 2021 | 95 | 0% |
| Credit opportunities fund | 310,609 | 1,330,752 | ** | ** | ** | ** |
| Credit opportunities fund | 374,522 | - | Not eligible | N/A | N/A | N/A |
| | 3,173,629 | 3,962,171 | | | | |
| **(d)** | | | | | | |
| Growth equity | 503,720 | 210,000 | Not eligible | N/A | N/A | N/A |
| | 503,720 | 210,000 | | | | |
| | $ 21,057,748 | $ 19,497,856 | | | | |

* This fund is fully liquidated, thus no longer eligible for any further redemption.
**This fund has started to return liquid capital, thus only eligible for redemption of remaining amount.

# MLC Asbestos PI Trust

## Notes to the Special-Purpose Financial Statements

(a)    This category includes alternative investments that hold securities traded primarily in the U.S. equity market. The investment strategy is managed by engaging in short-sale equity transactions based on individual company fundamentals and, to a far lesser extent, by shorting broad market and sector indices.

(b)    This category includes alternative investments that focus on event-driven investing which is defined as investing in securities and instruments of companies undergoing extraordinary events that affect the value of one or more securities of a company.  Mergers and acquisitions, corporate restructurings and spin-offs, credit investments, and capital structure arbitrage are the primary focuses of the alternative investments in this category.

(c)    This category includes alternative investments that focus on generating risk adjusted returns through a multi-disciplinary investment approach using a broad array of securities and strategies, primarily through active leveraged trading and investments in mortgage securities, related financial instruments, and North American, European, and Asian credit markets. The funds seek to make investments with capital preservation as a primary investment objective. The investment managers seek to accomplish this strategy through investing in distressed securities, long/short securities, relative value securities and macro securities and by taking long or short positions in credit derivatives, equity derivatives, corporate and convertible bonds, loans, public equities, private equities, real estate related assets, collateralized debt obligations, and other asset-backed securities.

(d)    This alternative investment will invest primarily in growth equity funds and direct and indirect investments in the equity or other securities of public or private companies offered as co-investment opportunities by growth equity fund managers or sponsors.

Certain alternative investments are made through limited partnerships, limited liability companies, and subscriptions.  Under the terms of these arrangements, the Trust is obligated to remit additional funding periodically as capital calls are exercised by the manager. These funds have a limited existence, and such arrangements may provide for annual extensions for the purposes of disposing of portfolio positions and returning capital to investors. However, depending on market conditions, the inability to execute the fund's strategy, and other factors, a manager may extend the term of a fund beyond its original anticipated existence or may wind the fund down prematurely. As a result, the timing and amount of future capital liquidity calls expected to be exercised in any particular future year is uncertain. Unfunded commitments will be funded either by cash available in the investment portfolio or by liquidating other investments based on the Trust's assessment. The aggregate amount of unfunded commitments as of December 31, 2020, was $3,869,741 across three different investments.

## 5.  Income Taxes

During the year ended December 31, 2020 and 2019, the Trust made estimated tax payments of $0 and $195,000, respectively. During the year ended December 31, 2020 and 2019, the Trust received a refund of $149,469 and $511, respectively, related to overpayments from previous years.

On December 22, 2017, Congress passed the Tax Cuts and Jobs Act (the 2017 Tax Act) which reduced the income tax rate from 39.6% to 37% and modified the rules regarding the usability of certain net operating losses for the Trust beginning on January 1, 2018. The Trust has utilized all net operating losses generated prior to January 1, 2018. As of December 31, 2020, the Trust has approximately $1,600,000 in net operating loss carryforwards. These net operating loss carryforwards generated after January 1, 2018, do not expire but can only be used to offset up to 80% of taxable income in future years as part of the 2017 Tax Act. In addition, there are no net operating loss carryback provisions under the 2017 Tax Act. As of December 31, 2020, the Trust does not have net capital loss carryforwards available to offset future capital gains. Capital loss

# MLC Asbestos PI Trust

## Notes to the Special-Purpose Financial Statements

carryforwards created after January 1, 2018, may be carried back for three years and carried forward for five years. Capital loss carrybacks and carryforwards cannot create a net operating loss.

As of December 31, 2020, the estimated deferred tax liability associated with unrealized gains on investments is approximately $6,300,000. As of December 31, 2019, the estimated deferred tax liability associated with unrealized gains on investments is approximately $5,100,000.

As disclosed in Note 2 to the special-purpose financial statements, the Trust does not record a provision for (or benefit from) deferred taxes. Accordingly, there is no provision for deferred taxes associated with net operating loss carry forwards, net capital loss carryforwards, or cumulative unrealized gains and losses on investments.

## 6. Contingent Liabilities

The Plan Documents (as defined in the Confirmed Plan) subject the Trust to certain reimbursement and indemnification obligations that may result in future claims against the Trust. The probability of such claims cannot be reasonably determined. Accordingly, no associated liability has been recorded in the accompanying special-purpose financial statements. Such claims, if any, are not expected to be material.  The Trust has obtained insurance for purposes of supporting its obligation to indemnify the Trustee.

## 7. Liability for Asbestos Claims

The settled but unpaid claims liability at December 31, 2020 and 2019 consists of personal injury claims that were settled and approved for payment by the Trust, but unpaid as of December 31, 2020 and 2019.   These amounts have been included in accrued expenses and accounts payable in the accompanying special-purpose statements of assets, liabilities and net assets available for the payment of claims and in personal injury claims expense in the accompanying special-purpose statements of changes in net assets available for the payment of claims for the years ended December 31, 2020 and 2019.

The ultimate number of Asbestos Personal Injury Trust Claims to be filed and the liability for all such claims are uncertain at this time. The net assets available for the payment of claims at December 31, 2020 and 2019 represents funding available for all Asbestos Personal Injury Trust Claims for which no fixed liability has yet been established. The net assets available for the payment of claims at December 31, 2020 and 2019 may or may not be sufficient to meet all future obligations of the Trust.

## 8. Trust Liability Insurance

The Trust purchased liability insurance requiring a premium of $69,030 and $70,430 for the years ended December 31, 2020 and 2019, respectively. The current policy term is from March 3, 2020 through March 3, 2021 and was renewed through March 3, 2022. The Trust's accounting policy is to expense in the current period any amounts that will not be available to pay future Asbestos Personal Injury Trust Claims or expenses of the Trust. Accordingly, $69,030 and $70,430 was recorded as a deduction in net assets available for the payment of claims for each of the years ended December 31, 2020 and 2019, respectively.

**MLC Asbestos PI Trust**

### Notes to the Special-Purpose Financial Statements

**9.  Trustee, Trust Advisory Committee, and Future Claimants' Representative**

Fees and expenses of the Trustee, Trust Advisory Committee, Trust Advisory Committee Counsel, Future Claimants' Representative, and Future Claimants' Representative Counsel for the years ended December 31, 2020 and 2019 were as follows:

|  | 2020 | | | |
|---|---|---|---|---|
|  | Fees | Retainer | Expenses | Total |
| Trustee | $      45,306 | $      85,428 | $      394 | $      131,128 |
| Trust Advisory Committee Counsel | 39,599 | - | 98 | 39,697 |
| Trust Advisory Committee | 1,700 | - | 145 | 1,845 |
| Future Claimants' Representative | 47,475 | - | - | 47,475 |
| Future Claimants' Representative Counsel | 170,137 | - | - | 170,137 |
|  | $      304,217 | $      85,428 | $      637 | $      390,282 |

|  | 2019 | | | |
|---|---|---|---|---|
|  | Fees | Retainer | Expenses | Total |
| Trustee | $      76,801 | $      84,801 | $      4,978 | $      166,580 |
| Trust Advisory Committee Counsel | 31,037 | - | 1,192 | 32,229 |
| Trust Advisory Committee | 2,192 | - | 366 | 2,558 |
| Future Claimants' Representative | 37,463 | - | - | 37,463 |
| Future Claimants' Representative Counsel | 131,021 | - | - | 131,021 |
|  | $      278,514 | $      84,801 | $      6,536 | $      369,851 |

The above amounts are included in operating expenses in the special-purpose statements of changes in net assets available for the payment of claims for the years ended December 31, 2020 and 2019.

**10.  COVID-19 and CARES Act**

On January 30, 2020, the World Health Organization (WHO) announced a global health emergency because of a new strain of coronavirus originating in Wuhan, China (the COVID-19 outbreak) and the risks to the international community as the virus spreads globally beyond its point of origin. In March 2020, the WHO classified the COVID-19 outbreak as a pandemic, based on the rapid increase in exposure globally.

The Trust faces various risks related to the global outbreak of COVID-19, and the full impact of the COVID-19 pandemic continues to evolve as of the date of this report. The COVID-19 pandemic has

**MLC Asbestos PI Trust**

**Notes to the Special-Purpose Financial Statements**

adversely affected global economic activity and greatly contributed to significant volatility in financial markets through the date of issuance of these special-purpose financial statements. The Trustee, Trust advisors, and management of the Trust are actively monitoring the impact of this global situation on the Trust's financial condition and operations. Given the daily evolution of the COVID-19 pandemic and the global responses to curb its spread, the Trust is not able to estimate the long-term effects of the COVID-19 pandemic on its financial condition and operations.

In addition, on March 27, 2020, the President of the United States signed into law the "Coronavirus Aid, Relief and Economic Security (CARES) Act". The CARES Act, among other things, includes provisions for an elective five-year carryback of net operating losses (NOLs) generated in taxable years beginning after December 31, 2017 and before January 1, 2021. Taxpayers may elect to relinquish the entire five-year carryback period with respect to a particular year's NOL, with the election being irrevocable once made. In addition, the 80% limitation on NOL deductions arising in taxable years beginning after December 31, 2017 has temporarily been pushed to taxable years beginning after December 31, 2020. The CARES Act also appropriated funds for the SBA Paycheck Protection Program loans that are forgivable in certain situations to promote continued employment, as well as Economic Injury Disaster Loans to provide liquidity to small businesses harmed by COVID-19.

The Trustee, Trust advisors, and management of the Trust continue to examine the impact that the CARES Act may have on the Trust's long term financial condition and operations.

**11.  Subsequent Events**

The Trust has evaluated its December 31, 2020 special-purpose financial statements for subsequent events through April 26, 2021, the date the special-purpose financial statements were available to be issued.  The Trust is not aware of any subsequent events which would require recognition or disclosure in the special-purpose financial statements.

# MLC Asbestos PI Trust

## Supplementary Information
Years Ended December 31, 2020 and 2019



Tel:  703-893-0600            8401 Greensboro Drive
Fax:  703-893-2766           Suite 800
www.bdo.com                  McLean, VA 22102

**Independent Auditor's Report on Supplementary Information**

Trustee
MLC Asbestos PI Trust
Wilmington, Delaware

Our audits of the special-purpose financial statements included in the preceding section of this report were conducted for the purpose of forming an opinion on those special-purpose statements as a whole.  The supplementary information presented in the following section of this report is presented for purposes of additional analysis and is not a required part of the special-purpose financial statements.  Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the special-purpose financial statements.  The information has been subjected to the auditing procedures applied in the audits of the special-purpose financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the special-purpose financial statements or to the special-purpose financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America.  In our opinion, the information is fairly stated in all material respects in relation to the special-purpose financial statements as a whole.

*BDO USA, LLP*

McLean, Virginia
April 26, 2021

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

## MLC Asbestos PI Trust

### Supplementary Schedules of Operating Expenses

| Years Ended December 31, | | 2020 | | 2019 |
|---|---|---|---|---|
| Investment management fees | $ | 685,572 | $ | 656,353 |
| Consulting expenses | | 341,415 | | 371,257 |
| Administration and reporting | | 253,209 | | 250,311 |
| General legal fees | | 188,561 | | 39,306 |
| Future Claimants' Representative Counsel | | 170,137 | | 131,021 |
| Trustee fees and expenses | | 131,128 | | 166,580 |
| Trust liability insurance | | 69,030 | | 70,430 |
| Future Claimants' Representative | | 47,475 | | 37,463 |
| Trust Advisory Committee Counsel fees | | 39,697 | | 32,229 |
| Office expenses | | 10,405 | | 10,164 |
| Trust meetings and expenses | | 10,150 | | 16,709 |
| Trust Advisory Committee fees and expenses | | 1,845 | | 2,558 |
| **Total operating expenses** | $ | 1,948,624 | $ | 1,784,381 |