**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (MG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

Mark T. Hurford hereby certifies the following under penalty of perjury:

1.  I am over the age of 18, am not a party to this action, and am a partner in the law firm known as Campbell & Levine, LLC, 222 Delaware Ave #1620, Wilmington, DE 19801.

2.  On the 29th day of April, 2021, copies of:

    - Notice of Filing of Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2020 [ECF Doc. No.: 14804]; and

    - Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2020, together with exhibit referenced therein [ECF Doc. No. 14804-1];

were served upon the attached service list by filing the documents electronically on the Court's electronic filing system, and by email upon the attached service list.

*/s/ Mark T. Hurford*____
Mark T. Hurford

{C1105375.1 }

## Service List

| | |
|---|---|
| John D. Cooney, Esq.<br>Cooney and Conway<br>120 N. LaSalle Street, 30th Fl.<br>Chicago, IL 60602-6412<br>jcooney@cooneyconway.com | Kazan, McClain, Lyons, Greenwood & Harley, PLC<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Attn: Steven Kazan, Esq.<br>kazan@kazanlaw.com |
| Perry Weitz, Esq.<br>Weitz & Luxenberg<br>700 Broadway<br>New York, NY 10003<br>pweitz@weitzlux.com | Hon. Dean M. Trafelet (Ret.)<br>50 West Schiller<br>Chicago, IL 60610<br>dean@trafeletltd.com |
| Hon. Dean M. Trafelet (Ret.)<br>P.O. Box 518<br>9130 Wild Lane<br>Baileys Harbor, WI 54202<br>dean@trafeletltd.com | Andrew D. Velez-Rivera<br>Office of the U.S. Trustee<br>201 Varick Street<br>Suite 1006<br>New York, NY 10014<br>andy.velez-rivera@usdoj.gov |
| Andrew Kress<br>Arnold & Porter LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>andrew.kress@arnoldporter.com | |

{C1105375.1 }