UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

--------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

Shannon M. Clougherty hereby certifies the following under penalty of perjury:

1.  I am over the age of 18, am not a party to this action, and am a Member in the law firm known as Campbell & Levine, LLC 310 Grant Street, Suite 1700, Pittsburgh, Pennsylvania 15219.

2.  On the 29th day of April, 2021, a true and correct copy of: Notice of Filing of Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2021 [ECF Doc. No.:14809] was served upon the attached service list by filing the documents electronically on the Court's electronic filing system, and by email upon the attached service list.

Dated: New York, New York
       May 2, 2022

CAMPBELL & LEVINE, LLC
*Counsel to the MLC Asbestos PI Trust*

/s/Brendan M. Scott, Esq.
Brendan M. Scott, Esq.
Klestadt Winters Jureller Southard &
   Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203
(212) 972-3000 Main
(212) 972-2245 Fax
bscott@klestadt.com

/s/Shannon M. Clougherty
Douglas A. Campbell
Shannon M. Clougherty
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Tel: (412) 261-0310
Fax: (412) 261-5066

and

Kathleen Campbell Davis
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Tel: (302) 426-1900
Fax: (302) 426-9947

**Service List**

John D. Cooney, Esq.
Cooney and Conway
120 N. LaSalle Street, 30th Fl.
Chicago, IL 60602-6412
jcooney@cooneyconway.com

Kazan, McClain, Lyons, Greenwood & Harley, PLC
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Attn: Steven Kazan, Esq.
kazan@kazanlaw.com

Perry Weitz, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003
pweitz@weitzlux.com

Hon. Dean M. Trafelet (Ret.)
50 West Schiller
Chicago, IL 60610
dean@trafeletltd.com

Hon. Dean M. Trafelet (Ret.)
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202
dean@trafeletltd.com

Andrew D. Velez-Rivera
Office of the U.S. Trustee
201 Varick Street
Suite 1006
New York, NY 10014
andy.velez-rivera@usdoj.gov

Andrew Kress
Arnold & Porter LLP
250 West 55th Street
New York, NY 10019-9710
andrew.kress@arnoldporter.com