UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

Shannon M. Clougherty hereby certifies the following under penalty of perjury:

1.	I am over the age of 18, am not a party to this action, and am a Member in the law firm known as Campbell & Levine, LLC 310 Grant Street, Suite 1700, Pittsburgh, Pennsylvania 15219.

2.	On the 27th day of April, 2023, a true and correct copy of: Notice of Filing of Annual Report and Account of the MLC Asbestos PI Trust for the Fiscal Year Ending December 31, 2022 with Exhibit 1 [ECF Doc. No.:14811] was served upon the attached service list by filing the documents electronically on the Court's electronic filing system, and by email upon the attached service list.

Dated:	New York, New York
	April 27, 2023

	*/s/ Shannon M. Clougherty*
	Shannon M. Clougherty

**Service List**

Robert J. Cooney, Jr., Esq.
Cooney and Conway
120 N. LaSalle Street, 30th Fl.
Chicago, IL 60602-6412
bcooney@cooneyconway.com

Perry Weitz, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003
pweitz@weitzlux.com

Andrew Kress
Arnold & Porter LLP
250 West 55th Street
New York, NY 10019-9710
andrew.kress@arnoldporter.com

Kazan, McClain, Lyons, Greenwood & Harley, PLC
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Attn: Steven Kazan, Esq.
kazan@kazanlaw.com

Andrew D. Velez-Rivera
Office of the U.S. Trustee
201 Varick Street
Suite 1006
New York, NY 10014
andy.velez-rivera@usdoj.gov

Ed Harron, Esq.
Catherine Lyons, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
100 North King Street
Wilmington, DE 19801
eharron@ycst.com
clyons@ycst.com