**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------------------  :
                                                                                             :
In re:                                                                                       :   Chapter 11
                                                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                                                        :   Case No. 09-50026 (REG)
      f/k/a General Motors Corp., *et al.*                      :
                                                                                             :   (Jointly Administered)
               Debtors.   :
                                                                                             :
-----------------------------------------------------------------------------------------  :

### NOTICE OF FILING OF ANNUAL REPORT AND ACCOUNT OF THE MLC ASBESTOS PI TRUST FOR THE FISCAL YEAR ENDING DECEMBER 31, 2025

The MLC Asbestos PI Trust (the "Trust") hereby files its Annual Report, Financial Statements, and Claims Summary for the fiscal year ending December 31, 2025.  The Annual Report and Financial Statements are attached hereto as Exhibit 1.

Pursuant to the provisions of the MLC Asbestos PI Trust Agreement (the "Trust Agreement"), the Trust is providing copies of the Annual Report and the Financial Statements to the Trust Advisory Committee, the Future Claims Representative, and the Office of the United States Trustee.

Dated: New York, New York
      April 30, 2026

     /s/ *Brendan M. Scott*
Brendan M. Scott, Esq.
Klestadt Winters Jureller Southard &
   Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203
(212) 972-3000 Main
(212) 972-2245 Fax
bscott@klestadt.com

CAMPBELL & LEVINE, LLC
Counsel to the MLC Asbestos PI Trust
Kathleen Campbell Davis
222 Delaware Avenue, Suite 905
Wilmington, DE 19801
Tel: (302) 426-1900
Fax: (302) 426-9947

   -and-

Douglas A. Campbell
Shannon M. Clougherty
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Tel: (412) 261-0310
Fax: (412) 261-5066